# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**      **2. PLEASE TYPE OR PRINT**      **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | E.D.N.Y. | Hon. Margo K. Brodie |

| | Date the Order or Judgment Appealed from was Entered on the Docket: 8/20/2025 | District Court Docket No.: 1:05-md-1720 |
|---|---|---|
| | Date the Notice of Appeal was Filed: 8/20/2025 | Is this a Cross Appeal? ☐ Yes ☑ No |

**Attorney(s) for Appellant(s):**
☐ Plaintiff
☑ Defendant

Counsel's Name: Address: Telephone No.: Fax No.: E-mail:

Arnold & Porter Kaye Scholer LLP; Matthew Eisenstein; 601 Massachusetts Ave., NW, Washington, DC 20001; (202) 942-6606; Matthew.Eisenstein@arnoldporter.com

**Attorney(s) for Appellee(s):**
☑ Plaintiff
☐ Defendant

Counsel's Name: Address: Telephone No.: Fax No.: E-mail:

Cohen Milstein Sellers & Toll PLLC; Brent W. Johnson; 1100 New York Ave., NW, Eighth Floor, Washington, DC 20005; (202) 408-4600; bjohnson@cohenmilstein.com

| Has Transcript Been Prepared? No | Approx. Number of Transcript Pages: N/A | Number of Exhibits Appended to Transcript: N/A | Has this matter been before this Circuit previously? ☑ Yes ☐ No |
|---|---|---|---|
| | | | If Yes, provide the following: Case Name: See Schedule 1 |
| | | | 2d Cir. Docket No.: Reporter Citation: (i.e., F.3d or Fed. App.) |

**ADDENDUM "A":** COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

**ADDENDUM "B":** COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A: JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party | ☐ Final Decision |
| ☐ Diversity | ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☑ Federal question (U.S. not a party) | ☑ Interlocutory Decision Appealable As of Right |
| ☐ Other (specify): | ☐ Other (specify): |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**FORM C** (Rev. October 2016)

## PART B: DISTRICT COURT DISPOSITION   (Check as many as apply)

**1. Stage of Proceedings**

☐ Pre-trial
☐ During trial
☐ After trial

**Post Settlement re**

**1:05-md-1720**

**2. Type of Judgment/Order Appealed**

☐ Default judgment
☐ Dismissal/FRCP 12(b)(1) lack of subject matter juris.
☐ Dismissal/FRCP 12(b)(6) failure to state a claim
☐ Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
☐ Dismissal/28 U.S.C. § 1915(e)(2) other dismissal

☐ Dismissal/other jurisdiction
☐ Dismissal/merit
☑ Judgment / Decision of the Court
☐ Summary judgment
☐ Declaratory judgment
☐ Jury verdict
☐ Judgment NOV
☐ Directed verdict
☐ Other (specify):

**3. Relief**

☐ Damages:
  ☐ Sought: $ _____
  ☐ Granted: $ _____
  ☐ Denied: $ _____

☐ Injunctions:
  ☐ Preliminary
  ☐ Permanent
  ☐ Denied

## PART C: NATURE OF SUIT   (Check as many as apply)

**1. Federal Statutes**

☑ Antitrust
☐ Bankruptcy
☐ Banks/Banking
☐ Civil Rights
☐ Commerce
☐ Energy
☐ Commodities
☐ Other (specify): _____

☐ Communications
☐ Consumer Protection
☐ Copyright ☐ Patent
☐ Trademark
☐ Election
☐ Soc. Security
☐ Environmental

☐ Freedom of Information Act
☐ Immigration
☐ Labor
☐ OSHA
☐ Securities
☐ Tax

**2. Torts**

☐ Admiralty/ Maritime
☐ Assault / Defamation
☐ FELA
☐ Products Liability
☐ Other (Specify):

**3. Contracts**

☐ Admiralty/ Maritime
☐ Arbitration
☐ Commercial
☐ Employment
☐ Insurance
☐ Negotiable Instruments
☐ Other Specify

**4. Prisoner Petitions**

☐ Civil Rights
☐ Habeas Corpus
☐ Mandamus
☐ Parole
☐ Vacate Sentence
☐ Other

**5. Other**

☐ Hague Int'l Child Custody Conv.
☐ Forfeiture/Penalty
☐ Real Property
☐ Treaty (specify): _____
☐ Other (specify): _____

**6. General**

☐ Arbitration
☐ Attorney Disqualification
☑ Class Action
☐ Counsel Fees
☐ Shareholder Derivative
☐ Transfer

**7.** Will appeal raise constitutional issue(s)?

☐ Yes   ☑ No

Will appeal raise a matter of first impression?

☐ Yes   ☑ No

---

1. Is any matter relative to this appeal still pending below? ☐ Yes, specify: _____   ☑ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

  (A)   Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No

  (B)   Involves an issue that is substantially similar or related to an issue in this appeal?   ☐ Yes   ☑ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Appellant: Visa Inc.

Date: 09-02-2025   Signature of Counsel of Record: /s/ Matthew Eisenstein

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**
1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

    **PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C**  (Rev. December 2016)

Form C, Sch. 1 on behalf of Appellant Visa Inc.                              Case No.: 25-02073

## SCHEDULE 1 (for Form C)

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 2d Cir. Docket No.12-4671, 827 F.3d 223 (2d Cir. 2016)
- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 2d Cir. Docket No. 15-217, (appeal dismissed as moot)
- *Fikes Wholesale, Inc. v. HSBC Bank USA, N.A.*, 2d Cir. Docket No. 20-339, 62 F.4th 704 (2d Cir. 2023)
- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 2d Cir. 2d Cir. Docket Nos. 24-1653 (L), 24-1808 (CON), (pending)

Form C, Add. A. on behalf of Appellant Visa Inc.　　　　　　　Case No.: 25-02073

### ADDENDUM "A" (for Form C)

**(1).**　　Visa Inc. ("Visa") appeals the district court's decision not to enforce the Rule 23(b)(3) Class Settlement Agreement (ECF No. 7257-2) ("Settlement Agreement") and Final Judgment (ECF No. 7832) and prevent members of the Rule 23(b)(3) Settlement Class from pursuing released claims in a separate action entitled *In re Visa Debit Card Antitrust Litigation*, No. 1:24-cv-07435 (S.D.N.Y.) ("*In re Visa Debit*"), as required by the Court's Final Judgment.  (ECF No. 7832, ¶ 17.)

**(2).**　　Visa moved to enforce the Settlement Agreement and Final Judgment by compelling members of the Rule 23(b)(3) Settlement Class to dismiss released claims in a separate action, *In re Visa Debit*.  In the decision under review, the district court denied Visa's motion to enforce the Rule 23(b)(3) Class Settlement Agreement and Final Judgment on the grounds that the Settlement Agreement Release does not apply to the *In re Visa Debit* allegations and that the *In re Visa Debit* Plaintiffs are not bound by the Settlement Agreement Release. (ECF No. 9647.)

Attached hereto are:

1) Notice of Appeal;
2) District Court's Docket Sheet;
3) District Court's Memorandum and Order Denying Defendant's Motion to Enforce the Rule 23(b)(3) Class Settlement Agreement and Final Judgment by Compelling Rule 23(b)(3) Class Members to Dismiss Released Claims.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 05-MD-1720 (MKB) (JAM) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Visa Inc. appeals to the United States Court of Appeals for the Second Circuit from the Memorandum & Order entered on August 20, 2025 (Dkt. 9647) denying Visa Inc.'s Motion to Enforce the Rule 23(b)(3) Class Settlement Agreement and Final Judgment by Compelling Rule 23(b)(3) Class Members to Dismiss Released Claims.


Dated:  August 20, 2025                     Respectfully submitted,


                                            **ARNOLD & PORTER KAYE SCHOLER LLP**

                                            */s/ Matthew A. Eisenstein*
                                            Robert J. Vizas
                                            Three Embarcadero Center, 10th Floor
                                            San Francisco, CA 94111-4024
                                            (415) 471-3100
                                            robert.vizas@arnoldporter.com

                                            Anne P. Davis
                                            Matthew A. Eisenstein
                                            Rosemary Szanyi
                                            601 Massachusetts Avenue, NW
                                            Washington, DC 20001-3743
                                            202) 942-5000
                                            anne.davis@arnoldporter.com
                                            matthew.eisenstein@arnoldporter.com
                                            rosemary.szanyi@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Counsel for Defendant Visa Inc.*

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:05-md-01720-MKB-JAM**

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

Assigned to: Chief Judge Margo K. Brodie

Referred to: Magistrate Judge Joseph A. Marutollo

Member cases:

Date Filed: 10/20/2005

Jury Demand: Both

Nature of Suit: 410 Anti-Trust

Jurisdiction: Federal Question

    1:05-cv-05207-MKB-JAM

    1:05-cv-05319-MKB-JAM

    1:05-cv-05073-MKB-JAM

    1:05-cv-04650-MKB-JAM

    1:05-cv-04799-MKB-JAM

    1:05-cv-04521-MKB-JAM

    1:05-cv-04728-MKB-JAM

    1:05-cv-04194-MKB-JAM

    1:05-cv-05069-MKB-JAM

    1:05-cv-05070-MKB-JAM

    1:05-cv-05074-MKB-JAM

    1:05-cv-05080-MKB-JAM

    1:05-cv-05083-MKB-JAM

    1:05-cv-05082-MKB-JAM

    1:05-cv-05076-MKB-JAM

    1:05-cv-05072-MKB-JAM

    1:05-cv-05081-MKB-JAM

    1:05-cv-05077-MKB-JAM

    1:05-cv-05075-MKB-JAM

    1:05-cv-05866-MKB-JAM

    1:05-cv-05078-MKB-JAM

    1:05-cv-03800-MKB-JAM

    1:05-cv-04131-MKB-JAM

    1:05-cv-04974-MKB-JAM

    1:05-cv-03925-MKB-JAM

    1:05-cv-05071-MKB-JAM

    1:05-cv-05153-MKB-JAM

    1:05-cv-05352-MKB-JAM

    1:05-cv-04974-MKB-JAM

    1:05-cv-05883-MKB-JAM

    1:05-cv-05882-MKB-JAM

    1:05-cv-05884-MKB-JAM

    1:05-cv-05881-MKB-JAM

    1:05-cv-05885-MKB-JAM

    1:05-cv-05868-MKB-JAM

    1:06-cv-00039-MKB-JAM

    1:05-cv-05871-MKB-JAM

1:05-cv-05870-MKB-JAM

1:05-cv-05879-MKB-JAM

1:05-cv-05878-MKB-JAM

1:05-cv-05880-MKB-JAM

1:05-cv-05869-MKB-JAM

1:06-cv-02532-MKB-JAM

1:06-cv-02534-MKB-JAM

1:06-cv-01829-MKB-JAM

1:06-cv-01830-MKB-JAM

1:06-cv-01831-MKB-JAM

1:06-cv-01832-MKB-JAM

1:07-cv-00592-MKB-JAM

1:06-cv-05583-MKB-JAM

1:06-cv-05765-MKB-JAM

1:05-cv-04520-MKB-JAM

1:06-cv-00078-MKB-JAM

1:05-cv-03924-MKB-JAM

1:09-cv-02264-MKB-JAM

1:09-cv-03225-MKB-JAM

1:05-cv-04677-MKB-JAM

1:13-cv-05352-MKB-JAM

1:14-cv-00261-MKB-VMS

1:05-cv-04799-MKB-JAM

1:16-cv-05507-MKB-JAM

1:17-cv-04555-MKB-VMS

1:17-cv-03531-MKB-VMS

1:17-cv-04362-MKB-JAM

1:17-cv-05988-MKB-VMS

1:14-cv-07018-MKB-VMS

1:18-cv-04568-MKB-JAM

1:14-cv-06450-MKB-VMS

1:19-cv-04256-MKB-VMS

1:19-cv-04616-MKB-JAM

1:19-cv-05567-MKB-VMS

2:19-cv-05882-MKB-JAM

1:19-cv-06318-MKB-VMS

1:20-cv-01325-MKB-VMS

2:20-cv-01517-MKB-VMS

1:20-cv-01483-MKB-VMS

1:20-cv-02166-MKB-VMS

1:20-cv-02495-MKB-VMS

2:20-cv-02394-MKB-JAM

1:20-cv-03791-MKB-VMS

1:21-cv-01175-MKB-JAM

1:21-cv-01519-MKB-VMS

1:21-cv-02360-MKB-JAM

1:21-cv-03401-MKB-JAM

1:21-cv-06708-MKB-VMS

1:22-cv-04489-MKB-VMS

1:23-cv-00232-MKB-VMS

1:23-cv-01215-MKB-JAM

1:23-cv-05377-MKB-JAM

1:24-cv-05251-MKB-JAM

1:24-cv-06989-MKB-JAM

related Case:    1:24-mc-03415-MKB-JAM

Cause: 15:1 Antitrust Litigation

**In Re**

**Payment Card Interchange Fee and Merchant Discount
Antitrust Litigation**

represented by

**Christopher M. Burke**
Korein Tillery P.C.
401 West A Street
Suite 1430
San Diego, CA 92101
619-625-5621
Email: Cburke@KoreinTillery.com
*TERMINATED: 04/03/2008*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
Nussbaum Law Group, P.C.
1133 Avenue of the Americas
31th Floor
New York, NY 10036-6710
917-438-9189
Email: lnussbaum@nussbaumpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra S. Bernay**
Robbins Geller Rudman & Dowd LLP
655 W. Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: xanb@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amelia N. Jadoo**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 Lasalle Avenue
Minneapolis, MN 55402
612-349-8296
Fax: 612-339-4181
Email: anjadoo@rkmc.com
*TERMINATED: 09/09/2013*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
215-875-3000
Fax: 215-875-4604
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Benjamin R. Nagin**
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
(212) 839-5911
Fax: (212) 839-5599
Email: bnagin@sidley.com
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
Hausfeld LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415)633-1908
Fax: (415)358-4980
Email: bsweeney@hausfeld.com
*TERMINATED: 01/20/2015*

*ATTORNEY TO BE NOTICED*

**Carmen A. Medici**
Scott&Scott Attorneys at Law LLP
600 W. Broadway
Suite 3300
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: cmedici@scott-scott.com
*TERMINATED: 01/19/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Coty R. Miller**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*TERMINATED: 05/07/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Cameron Baker**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
(415)288-4545
Fax: (415)288-4534
Email: cbaker@csgrr.com
*ATTORNEY TO BE NOTICED*

**David W. Mitchell**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: DavidM@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Stewart**
Gustafson Gluek PLLC
600 W. Broadway
Suite 3300
San Diego, CA 92101
612-333-8844
Fax: 612-339-6622
Email: dstewart@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Eric P. Barstad**
Robins Kaplan LLP
800 Lasalle Avenue
Suite 2800
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
Email: ebarstad@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Eric Cramer**
Berger & Montague
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215)875-3000
Fax: (215)875-4604
Email: ecramer@bergermontague.com

*ATTORNEY TO BE NOTICED*

**Eric H. Grush**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7855
Fax: 312-853-7036
Email: egrush@sidley.com

**Gary R. Carney , Jr.**
Paul, Weiss, Rifkind, Wharton & Garison, LLP
1285 Avenue of the Americas
New York, NY 10019-3051
(212)373-3051
Email: gcarney@paulweiss.com
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**George D. Carroll**
Robins Kaplan LLP
800 Lasalle Avenue
2800 Lasalle Plaza
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
Email: gcarroll@robinskaplan.com
*TERMINATED: 08/08/2016*
*ATTORNEY TO BE NOTICED*

**H. Laddie Montague**
Berger & Montague, P.C.
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215-875-3000
Fax: 215-875-4604
Email: hlmontague@bm.net
*ATTORNEY TO BE NOTICED*

**Jesse M. Calm**
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 Lasalle Plaza
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Jonah H Goldstein**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)231-1058
Fax: (619)231-7423
Email: jonahg@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**K. Craig Wildfang**
Robins Kaplan L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
Fax: (612) 339-4181
Email: kcwildfang@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Katherine A. Malcolm**

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619)231-1058
Fax: (619)231-7423
*TERMINATED: 11/05/2009*
*ATTORNEY TO BE NOTICED*

**Kristen Anderson**
Scott & Scott Attorneys at Law LLP
230 Park Avenue
24th Floor
New York, NY 10169
212-223-6444
Email: kanderson@scott-scott.com
*TERMINATED: 04/03/2008*
*ATTORNEY TO BE NOTICED*

**Merrill G. Davidoff**
Beger & Montague, P.C.
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215-875-3084
Fax: 215-875-4671
Email: mdavidoff@bm.net
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Coughlin**
Scott&Scott Attorneys at Law LLP
600 W. Broadway
Ste 3300
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: pcoughlin@scott-scott.com
*ATTORNEY TO BE NOTICED*

**Robert M. Rothman**
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: rrothman@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Ross A. Abbey**
Robbins, Kaplan, Miller & Ciresi LLP
800 Lasalle Ave
Suite 2800
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
*TERMINATED: 12/03/2009*
*ATTORNEY TO BE NOTICED*

**Ryan W. Marth**
Robins Kaplan LLP
2800 Lasalle Plaza
800 Lasalle Avenue
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
Email: rmarth@robinskaplan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Saren Sudel**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza

800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
*TERMINATED: 12/02/2008*
*ATTORNEY TO BE NOTICED*

**Stacey Slaughter**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 La Salle Plaza
800 La Salle Ave
Minneapolis, MN 55402
612-349-8289
Fax: 612-339-4181
Email: spslaughter@rkmc.com
*ATTORNEY TO BE NOTICED*

**Thomas B. Hatch**
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Lasalle Avenue
2800 Lasalle Plaza
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
Email: tbhatch@rkmc.com
*TERMINATED: 04/09/2014*
*ATTORNEY TO BE NOTICED*

**Thomas J. Undlin**
Robins Kaplan, L.L.P.
2800 La Salle Plaza
800 La Salle Avenue
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
Email: tundlin@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Jonathan Lee Riches**
*TERMINATED: 07/23/2008*

represented by   **Jonathan Lee Riches**
PRO SE

**Movant**

**Mr Gary Friedman**
*TERMINATED: 09/19/2019*

represented by   **Gary B. Friedman**
Friedman Law Group LLP
270 Lafayette St
Suite 1410
New York, NY 10012
212-680-5150
Fax: 646-227-1151
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Eastern Watch Co.**

represented by   **David S. Preminger**
30 5th Avenue
Apt. 2F
New York, NY 10011
917-607-5469
Email: dpreminger@aol.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Robert Gardner**

represented by   **David S. Preminger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Karla F. Solis, D.D.S., Inc. d/b/a LA Holistic Dentistry**      represented by   **David S. Preminger**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Movant**

**The Perfect Sidekick, LLC**      represented by   **David S. Preminger**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Movant**

**Aldi Inc.**      represented by   **Jerome F. Buch**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
(312) 460-5000
Fax: Active
Email: jbuch@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Robert Schleppenbach**
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
312 460 5362
Fax: Voluntary Withdraw
Email: jschleppenbach@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Movant**

**Jonathan David**      represented by   **James P. Bonner**
Fleischman Bonner & Rocco LLP
317 George Street
Suite 320
New Brunswick, NJ 08901
646-415-1399
Fax: 908-516-2049
Email: jbonner@fbrllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Expert**

**Professor Alan O. Sykes**
New York University School of Law
40 Washington Square South
308A
New York, NY 10012
(212) 998-6356


**Special Master**

**James Orenstein**
620 Eighth Avenue 34th Floor
New York, NY 10018
212-607-2787

represented by   **James Orenstein**
Jams
The New York Times Building
620 8th Ave
Ste 34th Floor
New York, NY 10018
212-251-7000
Email: jorenstein@jamsadr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO**

represented by

**K. Craig Wildfang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
Shinder Cantor Lerner LLP
14 Penn Plaza
Ste 19th Floor
New York, NY 10122
646-960-8602
Email: jeffrey@scl-llp.com
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
Constantine Cannon LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
(212) 350-2700
Fax: (212) 350-2701
Email: kcoughlin@constantinecannon.com
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 Lasalle Plaza, Lasalle Avenue
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14thFloor
New York, NY 10022
212-687-1980
Fax: 212-687-7714
Email: rkilsheimer@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Thomas M. Campbell**
Smith Campbell, LLP
110 Wall Street
19th Floor
New York, NY 10005
212-344-1500
Fax: 212-344-5585
Email: tcampbell@sc-llp.com
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
Sperling Kenny Nachwalter, LLC
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
305-373-1000
Fax: 305-372-1861
Email: wblechman@knpa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO**

represented by

**K. Craig Wildfang**
(See above for address)
*TERMINATED: 08/07/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
(See above for address)
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A.**
**Inc. et al 05-cv-4650 JG-JO**

represented by **Thomas M. Campbell**
(See above for address)
*LEAD ATTORNEY*

**David P. Germaine**
Sperling Kenny Nachwalter, LLC
321 North Clark Street
Ste Floor 25
Chicago, IL 60654
312-224-1505
Fax: 312-641-6492
Email: dgermaine@sperling-law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
Sperling Kenny Nachwalter, LLC
321 N. Clark Street
Ste 25th Floor
Chicago, IL 60654
312-641-3200
Fax: 312-641-6492
Email: jvanek@sperlingkenny.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Paul E. Slater**
Sperling Slater & Spitz
55 West Monroe Street, Suite 3200
Chicago, IL 60603
312-641-3200
Fax: 312-641-6492
Email: pes@sperling-law.com
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212-836-8077
Fax: 212-836-8689
Email: robert.mason@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO** | represented by | **Thomas M. Campbell** (See above for address) *LEAD ATTORNEY* |
| | | **David P. Germaine** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Jason A. Zweig** Bartko Pavia LLP 1100 Sansome Street San Francisco, CA 94111 415-956-1900 Email: jzweig@bartkopavia.com *TERMINATED: 03/04/2011* |
| | | **Joseph Michael Vanek** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **M. Tayari Garrett** (See above for address) *TERMINATED: 07/28/2011* *ATTORNEY TO BE NOTICED* |
| | | **Paul E. Slater** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Richard J. Kilsheimer** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **William Jay Blechman** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Plaintiffs in civil action Seaway Gas & Petroleum, Inc.
v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO**

represented by

**Jeffrey M Norton**
Newman Ferrara LLP
1250 Broadway, 27th Fl.,
New York, NY 10001
212 619-5400
Fax: 212 619-3090
Email: jnorton@nfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Christopher M. Burke**
(See above for address)
*TERMINATED: 06/25/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald A. Broggi**
Scott & Scott, LLC.
1291 Robinson Ave

San Diego, CA 92101
(619)233-4565
Fax: (610)233-0508
Email: dbroggi@scott-scott.com
*ATTORNEY TO BE NOTICED*

**Edmund W. Searby**
Scott & Scott, LLC
33 River Street
Chagrin Falls, OH 44022
440-247-8200
Fax: 440-247-8275
*TERMINATED: 08/24/2009*
*ATTORNEY TO BE NOTICED*

**Kristen Anderson**
(See above for address)
*TERMINATED: 06/25/2012*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Mark V. Jackowski**
Scott Scott, LLC
33 River Street
Chagrin Falls, OH 44022
440-247-8200
Fax: 440-247-8275
*TERMINATED: 08/24/2009*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter W. Noss**
Korein Tillery P.C.
401 West A Street

Ste 1430
San Diego, CA 92101
619-625-5622
Email: wnoss@koreintillery.com
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al**      represented by     **Thomas M. Campbell**
**05-cv-4799 JG-JO**                                                      (See above for address)
*LEAD ATTORNEY*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**David P. Germaine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Paul E. Slater**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO** | represented by | **Bart D. Cohen** (See above for address) *TERMINATED: 05/27/2014* *ATTORNEY TO BE NOTICED* |

**Jay S. Cohen**
Spector, Roseman & Kodroff, P.C.
1818 Market St, Suite 2500
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: jcohen@srkw-law.com
*TERMINATED: 08/24/2015*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Patrick A. Klingman**
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412
860-526-1100
Fax: 860-526-1120
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO**

represented by

**K. Craig Wildfang**
(See above for address)
*TERMINATED: 08/07/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
(See above for address)
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald A. Bloch**
Kalik Lewin
4720 Montgomery Lane
Suite 400
Bethesda, MD 20814
202-237-7456
Email: ronbloch@erols.com
*TERMINATED: 06/08/2012*
*ATTORNEY TO BE NOTICED*

**Thomas M. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO**

represented by **K. Craig Wildfang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO**

represented by **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Jasperson v. Visa U.S.A., Inc.**           represented by    **Bart D. Cohen**
**05-cv-5070 JG-JO**                                                                    (See above for address)
                                                                                        *TERMINATED: 05/27/2014*
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Brian N. Toder**
                                                                                        Chestnut Cambronne PA
                                                                                        100 Washington Avenue South
                                                                                        Suite 1700
                                                                                        Minneapolis, MN 55401
                                                                                        612-339-7300
                                                                                        Email: btoder@chestnutcambronne.com
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Jeffrey D. Bores**
                                                                                        Chestnut Cambronne PA
                                                                                        100 Washington Avenue South
                                                                                        Suite 1700
                                                                                        Minneapolis, MN 55401
                                                                                        612-339-7300
                                                                                        Email: jbores@chestnutcambronne.com
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Karl Cambronne**
                                                                                        Chestnut & Cambronne, P.A.
                                                                                        3700 Campbell Mithun Tower
                                                                                        222 South Ninth Street
                                                                                        Minneapolis, MN 55402
                                                                                        612-339-7300
                                                                                        Fax: 612-336-2940
                                                                                        Email: kcambronne@chestnutcambronne.com
                                                                                        *TERMINATED: 02/26/2025*
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **M. Tayari Garrett**
                                                                                        (See above for address)
                                                                                        *TERMINATED: 07/28/2011*
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Richard J. Kilsheimer**
                                                                                        (See above for address)
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Stewart C. Loper**
                                                                                        Chestnut & Cambronne, P.A.
                                                                                        3700 Campbell Mithun Tower
                                                                                        222 South 9th Street
                                                                                        Minneapolis, MN 55402
                                                                                        612-339-7300
                                                                                        Fax: 612-336-2940
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **William Jay Blechman**
                                                                                        (See above for address)
                                                                                        *PRO HAC VICE*
                                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in Civil action Animal Land, Inc. v. Visa U.S.A.,**          represented by          **Mark Reinhardt**
**Inc 05-cv-5074 JG-JO**                                                                           Reinhardt Wendorf & Blanchfield
                                                                                                  W1050 First National Bank Bldg.
                                                                                                  332 Minnesota Street
                                                                                                  St. Paul, MN 55101
                                                                                                  651-287-2100
                                                                                                  Email: m.reinhardt@rwblawfirm.com
                                                                                                  *LEAD ATTORNEY*
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Bart D. Cohen**
                                                                                                  (See above for address)
                                                                                                  *TERMINATED: 05/27/2014*
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Craig Gordon Harley**
                                                                                                  Chitwood Harley Harnes, LLP
                                                                                                  1230 Peachtree St Ne
                                                                                                  Suite 2300
                                                                                                  Atlanta, GA 30309
                                                                                                  404-873-3900
                                                                                                  Fax: 404-876-4476
                                                                                                  Email: charley@chitwoodlaw.com
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Dean Martin Solomon**
                                                                                                  Law Office of Dean M. Solomon, Esq.
                                                                                                  351 Palmer Avenue
                                                                                                  Suite 2r
                                                                                                  Mamaroneck, NY 10543
                                                                                                  917-573-0601
                                                                                                  Email: deansolomonlaw@gmail.com
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Gary B. Friedman**
                                                                                                  Friedman Law Group LLP
                                                                                                  270 Lafayette St.
                                                                                                  Suite 1410
                                                                                                  New York, NY 10012
                                                                                                  212-680-5150
                                                                                                  Fax: 646-277-1151
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **James Milligan Wilson , Jr**
                                                                                                  Faruqi & Faruqi, LLP
                                                                                                  685 Third Avenue, 26th Floor
                                                                                                  New York, NY 10017
                                                                                                  212-983-9330
                                                                                                  Fax: 212-983-9331
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **M. Tayari Garrett**
                                                                                                  (See above for address)
                                                                                                  *TERMINATED: 07/28/2011*
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Noah Shube**
                                                                                                  434 Broadway
                                                                                                  Sixth Floor

                                                                                                  New York, NY 10013
                                                                                                  212-274-8638
                                                                                                  Fax: 212-966-8652
                                                                                                  Email: nshube@nsfirm.com
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Richard J. Kilsheimer**
                                                                                                  (See above for address)
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **William Jay Blechman**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yeshimebet Abebe**
Chitwood Harley Harnes LLP
1230 Peachtree St NE
Suite 2300
Atlanta, GA 30309
404-873-3900
Fax: 404-876-4476
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Plaintiffs in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO

represented by **Robert S Kitchenoff**
Weinstein Kitchenoff & Asher LLC
24 W. Lancaster Ave
Suite 201
Ardmore, PA 19003-1349
215-545-7200
Email: kitchenoff@wka-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Patricia I. Avery**
Wolf Popper LLP
845 Third Avenue
12th Floor
New York, NY 10022
212-759-4600
Fax: 212-486-2093
Email: pavery@wolfpopper.com
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Greenbaum**
Robert D. Greenbaum & Associates LLC
123 S Broad Street, 28th Fl
Philadelphia, PA 19109
215-772-5060
Fax: 215-772-5080
Email: rgreenba@voicenet.com
*ATTORNEY TO BE NOTICED*

**Steven A. Asher**
Weinstein Kitchenoff & Asher
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
215-545-7200
Fax: 215-545-6535
Email: asher@wka-law.com
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO**

represented by **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J. Ban**
Barrack, Rodos & Bacine
425 Park Avenue
Suite 3100
New York, NY 10022
212-688-0782
Fax: 212-688-0783
Email: wban@barrack.com
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO**

represented by **Jason S. Cowart**
Zuckerman Spaeder LLP
485 Madison Avenue
19th Floor
New York, NY 10022
212-704-9600
Email: jasoncowart@yahoo.com *(Inactive)*
*TERMINATED: 03/05/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO**

represented by

**Jason S. Cowart**
(See above for address)
*TERMINATED: 03/05/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S. Kilene**
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South 6th Street
Suite 2600
Minneapolis, MN 55402
612-333-8844
Fax: 612-339-6622
Email: jkilene@gustafsongluek.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Dennis Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO** | represented by | **H. Laddie Montague** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Michael J. Kane** Berger & Montague, P.C. 1818 Market Street Suite 3600 Philadelphia, PA 19103 215-875-3000 Fax: 215-875-4604 Email: mkane@bm.net *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Bart D. Cohen** (See above for address) *TERMINATED: 05/27/2014* *ATTORNEY TO BE NOTICED* |
| | | **M. Tayari Garrett** (See above for address) *TERMINATED: 07/28/2011* *ATTORNEY TO BE NOTICED* |
| | | **Merrill G. Davidoff** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Richard J. Kilsheimer** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **William Jay Blechman** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Plaintiffs in civil action Lakeshore Interiors v. Visa
U.S.A., Inc. 05-cv-5081JG JO**

represented by

**Carmen B. Copher**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles N. Nauen**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: cnnauen@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darla Jo Boggs**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneappolis, MN 55401
612-339-6900
Fax: 612-339-0981
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
Lockridge Grindal Nauen P.L.L. P.
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: Khriebel@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel J. Christiansen**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: rjchristiansen@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Lockridge**
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: ralockridge@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981

Email: wjbruckner@locklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A. Gengler**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: wagengler@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO**

represented by

**Hadley P Roeltgen**
Kohn Swift & Graf
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389
215-238-1700
Fax: 215-238-1968
Email: hroeltgen@kohnswift.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason L. Solotaroff**
Giskan Solotaroff & Anderson, LLP
1 Rockefeller Plaza
Ste 8th Floor
New York, NY 10020
646-964-9640
Email: jsolotaroff@gslawny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. LaRocca**
Kohn Swift & Graf
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389
215-238-1700
Fax: 215-238-1968
Email: rlarocca@kohnswift.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Joanne Zack**
Boni & Zack, LLC
15 St Asaphs Road
Bala Cynwyd, PA 19004
610-822-0200
Fax: 610-822-0206
*TERMINATED: 12/27/2012*
*ATTORNEY TO BE NOTICED*

**Joshua D Snyder**
Boni Zack & Snyder LLC
15 St Asaphs Rd
Bala Cynwyd, PA 19004
(610)822-0200
Fax: (610)822-0206
Email: jsnyder@bonizack.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Reznick**
Boni & Zack, LLC
15 St Asaphs Road
Bala Cynwyd, PA 19004
610-822-0200
Fax: 610-822-0206
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Michael J. Boni**
Boni Zack & Snyder LLC

15 St Asaphs Rd
Bala Cynwyd, PA 19004
(610)822-0201
Fax: (610)822-0206
Email: mboni@bonizack.com
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J Henson**
Boni & Zack LLC
15 St Asaphs Road
Bala Cynwyd, PA 19004
610-822-0200
Fax: 610-822-0206
*TERMINATED: 04/02/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO**

represented by

**Bonny E. Sweeney**
(See above for address)
*TERMINATED: 01/20/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Burke**
(See above for address)
*TERMINATED: 04/03/2008*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason S. Cowart**
(See above for address)
*TERMINATED: 03/05/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Dennis Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald L. Perelman**
Fine, Kaplan and Black, R.P.C.
One South Broad Street
Suite 2300
Philadelphia, PA 19107
215-567-6565
Fax: 215-568-5872
Email: dperelman@finekaplan.com
*ATTORNEY TO BE NOTICED*

**Joseph Goldberg**
Freedman Boyd Daniels Hollander Goldberg & Cline, P.A.
P.O. Box 25326
20 First Plaza, Suite 700
Albuquerque, NM 87102
505-842-9960
Fax: 505-842-0761
Email: jg@fbdlaw.com
*ATTORNEY TO BE NOTICED*

**Leslie Hurst**
Lerach Coughlin, et al.,
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Wilhelm**
Lerach Coughlin, et al.
655 W Broadway , Ste 1900
San Diego, CA 92101
619-231-1058

Fax: 619-231-7423
*TERMINATED: 05/20/2008*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Hyman v. VISA International
Service Association, Inc. 05-cv-5866 JG-JO**

represented by

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Lee et al v. Visa U.S.A. Inc. et al
05-cv-3800 JG-JO**

represented by

**Jerald M. Stein**
Law Office of Jerald M. Stein
PO Box 1011
835 Main Street
Suite 3
Margaretville, NY 12455-1011
845-586-6111
Fax: 844-380-9475
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Resnick Amsterdam & Leshner**          represented by          **Jason S. Cowart**
**P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO**                                          (See above for address)
                                                                                             *TERMINATED: 03/05/2014*
                                                                                             *LEAD ATTORNEY*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Ann D. White**
                                                                                             Ann D. White Law Office
                                                                                             165 Township Line Road
                                                                                             Suite 2400
                                                                                             Jenkintown, PA 19046
                                                                                             215-481-0274
                                                                                             Fax: 215-481-0271
                                                                                             Email: awhite@awhitelaw.com
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Bart D. Cohen**
                                                                                             (See above for address)
                                                                                             *TERMINATED: 05/27/2014*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **M. Tayari Garrett**
                                                                                             (See above for address)
                                                                                             *TERMINATED: 07/28/2011*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Richard J. Kilsheimer**
                                                                                             (See above for address)
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **William Jay Blechman**
                                                                                             (See above for address)
                                                                                             *PRO HAC VICE*
                                                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc.**          represented by          **M. Tayari Garrett**
**et al 05-cv-3925-JG-JO**                                                                       (See above for address)
                                                                                                 *TERMINATED: 07/28/2011*
                                                                                                 *ATTORNEY TO BE NOTICED*

                                                                                                 **Richard J. Kilsheimer**
                                                                                                 (See above for address)
                                                                                                 *ATTORNEY TO BE NOTICED*

                                                                                                 **William Jay Blechman**
                                                                                                 (See above for address)
                                                                                                 *PRO HAC VICE*
                                                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A.
Inc. et al 05-cv-4131-JG-JO**

represented by **Linda P. Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Germaine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Paul E. Slater**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
212-687-1980
Email: rkaplan@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Lepkowski v. Mastercard
International Incorporated et al 05-cv-4974 JG-JO**

represented by **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracey L. Kitzman**
Song Law
26 Broadway Street
Ste 3rd Floor
New York, NY 10004
917-270-1023
Email: tkitzman@song.law
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO**

represented by **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO**

represented by **William Jay Blechman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Barry L. Refsin**
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-568-6200
Fax: 215-568-0300
Email: brefsin@hangley.com
*ATTORNEY TO BE NOTICED*

**Eric Bloom**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Fl
Philadelphia, PA 19103
717-364-1030
Fax: 215-568-0300
Email: ebloom@hangley.com
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard A. Arnold**
Kenny Nachwalter, P.A.
201 S Biscayne Blvd.
Suite 1100
Miami, FL 33131
305-373-1000
Fax: 305-372-1861
Email: rarnold@kennynachwalter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO**

represented by

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Francis J. Balint**
Bonnett, Fairbourn, Friedman & Balint, P.C.
7301 N. 16th Street
Ste 102
Phoenix, AZ 85020
602-274-1100
Email: fbalint@bffb.com
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Harris Stationers, Inc., et al. v.
Visa International Service Association, et al. 05-cv-5868
JG-JO**

represented by **Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California St.
Suite 1505
San Francisco, CA 94108
415-500-6800
Fax: 415-395-9940
Email: jsaveri@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Daniel M. Bradley**
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401
843-727-6500
Fax: 843-727-3103
*ATTORNEY TO BE NOTICED*

**Daniel O. Myers**
Richardson, Patrick, Westbrook & Brickman, LLC
1037-A Chuck Dawley Blvd
Mount Pleasant, SC 29464
843-727-6500
Fax: 843-216-6509
*ATTORNEY TO BE NOTICED*

**Darlene Micelli**
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue
48th Floor
New York, NY 10017
212-355-9500
Fax: 212-355-9592
Email: hgeribon@lchb.com
*TERMINATED: 01/18/2008*
*ATTORNEY TO BE NOTICED*

**Kimberly Keevers Palmer**
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401
843-727-6500
Fax: 843-727-3103
Email: kkeevers@rpwb.com
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al . 05-cv-5866 JG-JO**

represented by

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO**

represented by

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**JONATHAN J. Lerner**
Starr, Gern, Davison & Rubin, P.C.
103 Eisenhower Parkway
Roseland, NJ 07068-1050
973-403-9200
Fax: 973-226-0031
Email: jlerner@starrgern.com
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO** | represented by | **Jason S. Hartley**<br>Hartley LLP<br>550 West C Street<br>Suite 1750<br>San Diego, CA 92101<br>619-400-5822<br>Fax: 619-400-5832<br>Email: hartley@hartleyllp.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bart D. Cohen**<br>(See above for address)<br>*TERMINATED: 05/27/2014*<br>*ATTORNEY TO BE NOTICED* |
| | | **M. Tayari Garrett**<br>(See above for address)<br>*TERMINATED: 07/28/2011*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard J. Kilsheimer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **William Jay Blechman**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO** | represented by | **Bart D. Cohen**<br>(See above for address)<br>*TERMINATED: 05/27/2014*<br>*ATTORNEY TO BE NOTICED* |
| | | **Dennis Stewart**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **M. Tayari Garrett**<br>(See above for address)<br>*TERMINATED: 07/28/2011*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard J. Kilsheimer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **William Jay Blechman**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Plaintiffs in civil action Leeber Cohen, M.D. v. Visa**          represented by     **Bart D. Cohen**
**U.S.A., Inc., et al. 05-cv-5878 JG-JO**                                          (See above for address)
                                                                                   *TERMINATED: 05/27/2014*
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Bernard Persky**
                                                                                   Robins Kaplan LLP
                                                                                   601 Lexington Avenue
                                                                                   Suite 3400
                                                                                   New York, NY 10022
                                                                                   212-980-7400
                                                                                   Fax: 212-980-7499
                                                                                   Email: bpersky@robinskaplan.com
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Douglas Thompson**
                                                                                   Finkelstein Thompson LLP
                                                                                   2201 Wisconsin Ave. N.W.
                                                                                   Washington DC, DC 20001
                                                                                   202-337-8000
                                                                                   Fax: 202-337-8090
                                                                                   Email: dthompson@finkelsteinthompson.com
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Gregory S. Asciolla**
                                                                                   DiCello Levitt LLP
                                                                                   485 Lexington Avenue
                                                                                   Suite 1001
                                                                                   New York, NY 10017
                                                                                   646-933-1000
                                                                                   Fax: 646-494-9648
                                                                                   Email: gasciolla@dicellolevitt.com
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Hilary K Scherrer**
                                                                                   Hausfeld LLP
                                                                                   1200 17th Street, N.W
                                                                                   Ste 600
                                                                                   Washington, DC 20036
                                                                                   202-540-7200
                                                                                   Fax: 202-540-7201
                                                                                   Email: hratway@hausfeldllp.com
                                                                                   *TERMINATED: 08/30/2006*
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **M. Tayari Garrett**
                                                                                   (See above for address)
                                                                                   *TERMINATED: 07/28/2011*
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Richard J. Kilsheimer**
                                                                                   (See above for address)
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Richard M. Volin**
                                                                                   Finkelstein, Thompson, & Loughran
                                                                                   1050 30th Street, Nw
                                                                                   Washington, DC 20007
                                                                                   202-337-8000
                                                                                   Fax: 202-337-8090
                                                                                   *TERMINATED: 11/15/2012*
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **William Jay Blechman**
                                                                                   (See above for address)
                                                                                   *PRO HAC VICE*
                                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO** | represented by | **Bart D. Cohen** (See above for address) *TERMINATED: 05/27/2014* *ATTORNEY TO BE NOTICED* |
| | | **M. Tayari Garrett** (See above for address) *TERMINATED: 07/28/2011* *ATTORNEY TO BE NOTICED* |
| | | **Richard J. Kilsheimer** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **William Jay Blechman** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Plaintiffs in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO**

represented by

**Joe R. Whatley , Jr.**
Whatley Kallas, LLP
152 West 57th Street
41st Floor
New York, NY 10019
212-447-7060
Fax: 800-922-4851
Email: jwhatley@whatleykallas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Charles S. Hellman**
Dubner, Hartley & O'Connor LLC
2 Penn Plaza
Suite 1500
New York, NY 10119
212-292-5665
Fax: 212-629-4568
Email: chellman@dholaw.com
*ATTORNEY TO BE NOTICED*

**J. Douglas Richards**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10119
212-661-1100
Fax: 212-661-8665
Email: drichards@pomlaw.com
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Michael M. Buchman**
Motley Rice LLC
800 Third Avenue
Suite 2401
New York, NY 10022
212-577-0050
Email: mbuchman@motleyrice.com
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Rouco**
Quinn, Connor, Weaver, Davies & Rouco LLP
2 - 20th Street North
Suite 930
Birmingham, AL 35203
205-870-9989
Email: rrouco@qcwdr.com
*ATTORNEY TO BE NOTICED*

**Ryan G. Kriger**
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
212-594-5300
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Plaintiffs in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO

represented by **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Plaintiffs in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO

represented by **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Dianne M Nast**
NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, PA 19107
215-923-9300
Fax: 215-923-9302
Email: dnast@nastlaw.com
*ATTORNEY TO BE NOTICED*

**Erin Burns**
Hagens Berman Sobol Shaprior LLP
1 Faneuil Hall Square
Ste 5th Floor
Boston, MA 02109
617-482-3700
Email: erinb@hbsslaw.com
*TERMINATED: 07/17/2019*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO**

represented by    **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Dianne M Nast**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erin Burns**
(See above for address)
*TERMINATED: 07/17/2019*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5884 JG-JO**

represented by    **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO**

represented by    **Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO**

represented by **William Jay Blechman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Barry L. Refsin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Bloom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Rite Aid Corporation et al. v.**
**Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO**

represented by **Ashely M. Chan**
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
18th & Cherry Streets
Philadelphia, PA 19103
215-496-7050
Fax: 215-568-0300
Email: achan@hangley.com

**Barry L. Refsin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Bloom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason L. Reimer**
Hangley Aronchick Segal & Pudlin
30 N Third Street, Ste 700
Harrisburg, PA 17101
717-364-1030
Fax: 717-364-1020
*TERMINATED: 07/11/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth G. Walsh**
Law Office of Kenneth G. Walsh
59 Kensico Road
Suite 7
Thornwood, NY 10594
917-270-5545
Email: kwalsh@kgwalshlegal.com
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steve D. Shadowen**
Hilliard Shadowen LLP
1717 W. 6th St.
Suite 290
Austin, TX 78703
717-903-1177
Fax: 512-233-2824
Email: steve@hilliardshadowenlaw.com
*TERMINATED: 01/09/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO**

represented by

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
Miller Shah LLP
2103 N. Commerce Parkway
Ft. Lauderdale, FL 33326
954-903-3170
Fax: 866-300-7367
Email: jagoldstein@millershah.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Albert**
Mager & Goldstein LLP
One Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103
215-640-3280
Fax: 215-640-3281
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A.,**        represented by   **Ashely M. Chan**
**Inc. et al 06-cv-2532 JG-JO**                                                         (See above for address)

                                                                                        **Barry L. Refsin**
                                                                                        (See above for address)
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Eric Bloom**
                                                                                        (See above for address)
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Jason L. Reimer**
                                                                                        (See above for address)
                                                                                        *TERMINATED: 07/11/2011*
                                                                                        *PRO HAC VICE*
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **M. Tayari Garrett**
                                                                                        (See above for address)
                                                                                        *TERMINATED: 07/28/2011*
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Richard J. Kilsheimer**
                                                                                        (See above for address)
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Steve D. Shadowen**
                                                                                        (See above for address)
                                                                                        *TERMINATED: 01/09/2012*
                                                                                        *PRO HAC VICE*
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **William Jay Blechman**
                                                                                        (See above for address)
                                                                                        *PRO HAC VICE*
                                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO**

     represented by      **Ashely M. Chan**
(See above for address)

**Barry L. Refsin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Bloom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason L. Reimer**
(See above for address)
*TERMINATED: 07/11/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steve D. Shadowen**
(See above for address)
*TERMINATED: 01/09/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in civil action 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al** | represented by | **Angus Macaulay Lawton**<br>Joyce Law Firm<br>Northgate Office Building<br>5861 Rivers Avenue<br>Suite 101<br>Charleston, SC 29406<br>843-554-3100<br>Fax: 843-529-9180<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jonathan Craig Smith**
Joyce Law Firm
Northgate Office Building
5861 Rivers Avenue
Suite 101
Charleston, SC 29406
843-554-3100
Fax: 843-554-6539
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 05/27/2014*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**QVC, Inc.**

represented by **L. Webb Campbell , II**
Sherrard & Roe PLC
424 Church Street
Suite 2000
Nashville, TN 37219
615-742-4200
Fax: 615-742-4539
Email: wcampbell@sherrardroe.com

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Paul E. Slater**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip F. Cramer**
Sherrard & Roe PLC
424 Church Street
Suite 2000
Nashville, TN 37219
615-742-4200
Fax: 615-742-4539
Email: pcramer@sherrardroe.com
*ATTORNEY TO BE NOTICED*

**Richard J. Kilsheimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Payless ShoeSource, Payless Shoe Source, Inc.**

represented by    **J. Douglas Richards**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael M. Buchman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Holmes Kozen**
Robins Kaplan LLP
800 Lasalle Avenue
Suite 2800
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
Email: gkozen@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Michelle C. Clerkin**
Spiro Harrison & Nelson
40 Exchange Place
Ste 1404
New York, NY 10005
646-880-8850
Email: mclerkin@shnlegal.com
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GMRI, Inc.**

represented by    **K. Craig Wildfang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Capital Audio Electronics, Inc.**                                                represented by   **Christopher J McDonald**
ADR Office of Chris McDonald
249 Burtis Avenue
11570-2408
Rockville Centre, NY 11570-2408
516-458-9286
Email: Chris@McDonaldADROffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay L. Himes**
Jay L Himes
50 E 89th St Apt 12F
New York, NY 10128-1225
646-808-6135
Email: jay.himes@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Morissa Robin Falk**
Labaton Sucharow
140 Broadway
New York, NY 10005
212-907-0833
Fax: 212-818-0477
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce H. Levinson**
Law Office of Bruce Levinson
17 Mt. Holly Road East
Katonah, NY 10536
212-750-9898
Email: ecf@blevlaw.com
*ATTORNEY TO BE NOTICED*

**Geoffrey Holmes Kozen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**Seth Rich Gassman**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
Fax: 212-818-0477
*TERMINATED: 10/24/2012*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William V. Reiss**
Robins Kaplan LLP
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
212-980-7400
Fax: 212-980-7499
Email: wreiss@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NATSO, Inc.**

represented by

**Adam Owen Glist**
Constantine Cannon LLP
230 Park Avenue
17th Floor
New York, NY 10169
212-350-2776
Fax: 212-350-2701
Email: oglist@constantinecannon.com
*ATTORNEY TO BE NOTICED*

**David Balto**
Law Offices of David Balto
2600 Virginia Avenue, Nw
Suite 1111
Washington, DC 20037
202-577-5424
Fax: 202-333-4168
Email: david.balto@yahoo.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
(See above for address)
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**M. Tayari Garrett**
(See above for address)
*TERMINATED: 07/28/2011*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action BKS. v. Visa U.S.A., Inc. et al 09-cv-2264-JG-JO**

represented by **Carroll H. Ingram**
INGRAM & ASSOCIATES
P.O. Box 15039
Hattiesburg, MS 39404-5039
601/261-1385
Email: carroll@ingramlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Ingram Wilkinson**
Ingram Wilkinson, PLLC
2901 Arlington Loop
P.O. Box 15039
Hattiesburg, MS 39404
(601) 261-1385
Fax: (601) 261-1393
Email: Jennifer@ingramlawyers.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Corlew**
Corlew, Munford & Smith, PLLC
4450 Old Canton Road
Suite 111
Jackson, MS 39236-6807
(601) 366-1106
Fax: (601) 366-1052
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John F Hawkins**
Hawkins Gibson, PLLC
628 North State Street
P O Box 24627
Jackson, MS 39225
601-969-9692
Fax: 601-914-3580
Email: john@hsglawfirm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Gulfside Casino Partnership. v. Visa U.S.A., Inc. et al 09-cv-03225 JG-JO**

represented by **Jennifer Ingram Wilkinson**
Ingram Wilkinson, PLLC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Superstores**
*BKS, INC., BKS of LA, Inc. d/b/a KEITH SUPERSTORES, and KEITHCO PETROLEUM, INC.*

represented by **John F Hawkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keithco Petroleum, Inc.**
*BKS, INC., BKS of LA, Inc. d/b/a KEITH SUPERSTORES, and KEITHCO PETROLEUM, INC.*

represented by **John F Hawkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Community Pharmacists Association**                    represented by    **Daniel Hume**
Kirby McInerney
250 Park Avenue
Suite 820
New York, NY 10177
212-371-6600
Fax: 212-699-1194
Email: dhume@kmllp.com
*ATTORNEY TO BE NOTICED*

**David E. Kovel**
Kirby McInerney
250 Park Avenue
Suite 820
New York, NY 10177
212-371-6600
Fax: 212-699-1194
Email: dkovel@kmllp.com
*ATTORNEY TO BE NOTICED*

**Eric Citron**
Zimmer, Citron, & Clarke
130 Bishop Allen Drive
Cambridge, MA 02139
617-821-6006
Email: eric@zimmercitronclarke.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
(See above for address)
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**Meghan Joan Summers**
Kirby McInerney
250 Park Avenue
Suite 820
New York, NY 10177
212-371-6600
Fax: 212-699-1194
Email: msummers@kmllp.com
*ATTORNEY TO BE NOTICED*

**Thomas Goldstein**
Goldstein & Russell, P.C.
7475 Wisconsin Ave
Suite 850
Bethesda, MD 20814
202-362-0636
Fax: 866-574-2033
Email: tgoldstein@goldsteinrussell.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Cooperative Grocers Association**
    represented by   **Daniel Hume**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Kovel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Citron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
(See above for address)
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**Meghan Joan Summers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Goldstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Coborn's Incorporated**
    represented by   **Adam Owen Glist**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
(See above for address)
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D'Agostino Supermarkets**
    represented by   **Adam Owen Glist**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerin E. Coughlin**
(See above for address)
*TERMINATED: 04/03/2013*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **National Restaurant Association**<br>*TERMINATED: 03/30/2016* | represented by | **Adam Owen Glist**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel Hume**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **David E. Kovel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Eric Citron**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Isaac Shinder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Kerin E. Coughlin**<br>(See above for address)<br>*TERMINATED: 04/03/2013*<br>*ATTORNEY TO BE NOTICED* |
| | | **Meghan Joan Summers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas Goldstein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Affiliated Foods Midwest** | represented by | **Adam Owen Glist**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Isaac Shinder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Kerin E. Coughlin**<br>(See above for address)<br>*TERMINATED: 04/03/2013*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robersons Fine Jewelry, Inc.** | represented by | **Jerrold S. Parker**<br>Parker & Waichman, LLC<br>111 Great Neck Road, 1st Fl.<br>Great Neck, NY 11021<br>516-466-6500<br>Fax: 516-466-6665<br>Email: Jerry@yourlawyer.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Gielen Enterprises,Inc.**

represented by **Gielen Enterprises,Inc.**
PRO SE

**Arun Srinivas Subramanian**
Susman Godfrey LLP
560 Lexington Avenue, 15th Floor
New York, NY 10022
212-336-8330
Fax: 212-336-8340
Email: asubramanian@susmangodfrey.com
*TERMINATED: 04/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rice Palace,Inc.;**

represented by **Rice Palace,Inc.;**
PRO SE

**Arun Srinivas Subramanian**
(See above for address)
*TERMINATED: 04/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tobacco Plus,Inc.;**

represented by **Tobacco Plus,Inc.;**
PRO SE

**Arun Srinivas Subramanian**
(See above for address)
*TERMINATED: 04/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CVS Pharmacy, Inc.**
*TERMINATED: 03/30/2016*

represented by **David P. Germaine**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay W. Eisenhofer**
Grant & Eisenhofer, P.A.
485 Lexington Avenue
New York, NY 10017
646-722-8505
Fax: 646-722-8502
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul E. Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in Delta Airlines Inc et al v. Visa Inc et al, 1:13-cv-04766-JG-JO**

represented by **Richard E. Norman**
Crowley Norman LLP
Three Riverway
Suite 1775
Houston, TX 77056
(713)651-1771
Fax: (713)651-1775
Email: rnorman@crowleynorman.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cox Communications, Inc.**

represented by **Brian R Strange**
Strange and Carpenter
12100 Wilshire Blvd
Suite 1900
Los Angeles, CA 90025
310-207-5055
Fax: 310-826-3210
Email: bstrange@strangeandbutler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith L Butler**
Strange and Carpenter
12100 Wilshire Blvd
Suite 1900
Los Angeles, CA 90025
310-207-5055
Fax: 310-826-3210
Email: kbutler@strangeandcarpenter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cox Enterprises, Inc.**

represented by **Brian R Strange**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith L Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cox Media Group LLC**

represented by **Brian R Strange**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith L Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G6 Hospitality LLC**                        represented by    **Brian R Strange**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Keith L Butler**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Live Nation Entertainment Inc**             represented by    **Brian R Strange**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Keith L Butler**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manheim Inc**                               represented by    **Brian R Strange**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manheim Inc**                               represented by    **Brian R Strange**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Keith L Butler**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Motel 6 Operating LP**                      represented by    **Brian R Strange**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Keith L Butler**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**E-Z Mart Stores, Inc.**
*TERMINATED: 06/13/2017*

represented by

**Donald R. Hall , Jr.**
Kaplan Fox & Kilsheimer LLP
800 Third Ave
38th Floor
New York, NY 10022
212-687-1980
Email: dhall@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Matt Mattson Keil**
Keil & Goodson PA
406 Walnut Street
Texarkana, AR 71854
870/772-4113
Fax: 18707732967
Email: mkeil@kglawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederic S. Fox**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue
38th Floor
New York, NY 10022
212-687-1980
Email: ffox@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L McWilliams**
Po Box 58
Texarkana, TX 75504
870-772-2055
Fax: 870-772-0513
Email: glmlawoffice@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Goodson**
Keil & Goodson PA
406 Walnut Street
Texarkana, AR 71854
870-772-4113
Fax: 870-773-2967
Email: jcgoodson@kglawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue
38th Floor
New York, NY 10022
212-687-1980
Email: mmccahill@kaplanfox.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacksons Food Stores, Inc./PacWest Energy LLC**
*TERMINATED: 06/12/2017*

represented by   **Donald R. Hall , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Matt Mattson Keil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederic S. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L McWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Goodson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kum & Go, L.C.**                                          represented by   **Donald R. Hall , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Matt Mattson Keil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederic S. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L McWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Goodson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheetz, Inc.**                                                represented by   **Donald R. Hall , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Matt Mattson Keil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederic S. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L McWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Goodson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susser Holdings Corporation**
*TERMINATED: 03/03/2020*

represented by    **Donald R. Hall , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Matt Mattson Keil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederic S. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L McWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Goodson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Pantry, Inc.**                                    represented by      **Donald R. Hall , Jr.**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Donald Matt Mattson Keil**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *PRO HAC VICE*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Frederic S. Fox**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **George L McWilliams**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **John C Goodson**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Matthew Powers McCahill**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *PRO HAC VICE*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Robert N. Kaplan**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in Target Corporation, et al. v. Visa Inc., et al.,**<br>**13-cv-03477** | represented by | **Amanda McMurray Roe**<br>Vorys, Sater, Seymour and Pease LLP<br>200 Public Square<br>Suite 1400<br>Cleveland, OH 43215<br>216-479-6127<br>Fax: 216-937-3738<br>Email: amroe@vorys.com<br>*TERMINATED: 06/11/2019*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **James A Wilson , Jr**<br>Vorys Sater Seymour and Pease LLP<br>52 E. Gay St.<br>Columbus, OH 43215<br>614-464-5606<br>Email: jawilson@vorys.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Kimberly Weber Herlihy**<br>Vorys, Sater, Seymour and Pease, LLP (Columbus)<br>52 E Gay Street<br>Po Box 1008<br>Columbus, OH 43215<br>614-464-8283<br>Fax: 614-719-5021<br>Email: kwherlihy@vorys.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Mallory B. Duncan**<br>Vorys, Sater, Seymour and Pease<br>1909 K Street, N.W.<br>Ste 900<br>Washington, DC 20006<br>202-467-8800<br>Email: mbduncan@vorys.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in Civil Action Target Corporation, et al. v.**<br>**Visa Inc. et al., 13-cv-4442** | represented by | **James D. Thomas**<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>614-464-6400<br>Fax: 614-464-6350<br>Email: jdthomas@vorys.com<br>*TERMINATED: 03/27/2018*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mallory B. Duncan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **DSW, Inc.** | represented by | **Jason A. Zweig**<br>(See above for address) |

**Plaintiff**

| | | |
|---|---|---|
| **Jetblue Airways Corporation** | represented by | **Jetblue Airways Corporation**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc.**<br>**et al, 1:13-cv-05746-JG-JO** | represented by | **Jeffrey Isaac Shinder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Sunoco, Inc. (R&M)**                          represented by      **Arthur Christopher Young**
Troutman Pepper Locke LLP
3000 Two Logan Square
18th And Arch Streets
Philadelphia, PA 19103
215-981-4190
Email: christopher.young@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin M. Buffmire**
Jackson Walker LLP
2323 Ross Avenue
Ste 600
Dallas, TX 75201
214-953-6051
Email: ebuffmire@jw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Hickok**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
215-981-4583
Fax: 215-981-4750
Email: robert.hickok@troutman.com *(Inactive)*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie L. Jonaitis**
Troutman Pepper Locke LLP
104 Carnegie Center
Suite 203
Princeton, NJ 08540
609-951-4212
Email: stephanie.jonaitis@troutman.com
*LEAD ATTORNEY*

**Timothy S. Jenkins**
Pepper Hamilton LLP
3000 Two Logan Square
18th And Arch Streets
Philadelphia, PA 19103
215-981-4743
Fax: 866-618-9833
Email: jenkinst@pepperlaw.com
*TERMINATED: 01/03/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica S. Russell**
Pepper Hamilton LLP
30000 Two Logan Square
Philadelphia
Philadelphia, PA 19103
(215)981-4750
Fax: (215)981-4000
Email: russellj@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah S. Rabinovici**
Pepper Hamilton LLP
620 Eighth Avenue
New York, NY 10018
212-808-2739
Fax: 866-422-2995

Email: rabinovicis@pepperlaw.com
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minnesota Twins LLC**       represented by     **Minnesota Twins LLC**
PRO SE

**Plaintiff**

**CHS Inc.**       represented by     **Bonny E. Sweeney**
(See above for address)
*TERMINATED: 01/20/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H. Laddie Montague**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**K. Craig Wildfang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Holmes Kozen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Rock LLC**       represented by     **Bonny E. Sweeney**
*TERMINATED: 04/27/2018*                                       (See above for address)
*TERMINATED: 01/20/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H. Laddie Montague**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**K. Craig Wildfang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Holmes Kozen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leons Transmission Service, Inc**                    represented by    **Bonny E. Sweeney**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/20/2015*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **H. Laddie Montague**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **K. Craig Wildfang**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Geoffrey Holmes Kozen**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Traditions, Ltd**                                    represented by    **Bonny E. Sweeney**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/20/2015*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **H. Laddie Montague**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **K. Craig Wildfang**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Geoffrey Holmes Kozen**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leons Transmission Service, Inc**                    represented by    **Leons Transmission Service, Inc**
                                                                        PRO SE

**Plaintiff**

**Einstein Noah Restaurant Group, Inc.**               represented by    **George L McWilliams**
*TERMINATED: 10/14/2015*                                                (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Furniture Row BC, Inc.**                             represented by    **George L McWilliams**
*TERMINATED: 06/18/2015*                                                (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Furniture Row, LLC**
*TERMINATED: 06/18/2015*

represented by **George L McWilliams**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Google Inc.**

represented by **David T Moran**
Jackson Walker
901 Main Street
Suite 6000
Dallas, TX 75202
(214)953-6051
Fax: (214)953-5822
Email: dmoran@jw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Google Payment Corporation**

represented by **David T Moran**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bass Pro Group, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Sportsman Holdings Co.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bass Pro Outdoor World, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bass Pro Shops White River Conference & Education
Center, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BPIP, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BPS Direct, LLC**                                              represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Big Cedar, LLC**                                              represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fryingpan River Ranch, LLC**                                 represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Islamorada Fish Company Kansas, LLC**                        represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Islamorada Fish Company Texas, LLC**                         represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Islamorada Fish Company, LLC**                               represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sportman's Distribution Co. of GA, LLC**                     represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sportsman's Specialty Group, LLC**                           represented by     **Richard E. Norman**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TMBC Corp. of Canada**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracker Marine Financial Services, LLC**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracker Marine Retail, LLC**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracker Marine, LLC**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Travis Boats & Motors Baton Rouge, LLC**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charming Charlie LLC**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Scottsdale**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Starving Students, Inc.**

represented by
**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crocs Retail, LLC**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crocs, Inc.**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**East Coast Waffles, Inc.**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Allen Global, Inc.**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Allen Interiors, Inc.**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Allen Miami, LLC**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Allen Operations, Inc.**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Allen Realty, LLC**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Allen Retail, Inc.**                                represented by    **Richard E. Norman**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ethan Allen.com, Inc.**                                   represented by    **Richard E. Norman**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Fury, Inc.**                                              represented by    **Richard E. Norman**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Grand America Hotel Company**                             represented by    **Richard E. Norman**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Crab Addison, Inc.**                                      represented by    **Richard E. Norman**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**BHTT Entertainment, Inc.**                                represented by    **Richard E. Norman**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**BHTT Private Club - Plano TX**                            represented by    **Richard E. Norman**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Board of Trustees of the University of Arkansas acting**  represented by    **Richard E. Norman**
**for University of Arkansas, Fayetteville**                                  (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *PRO HAC VICE*
                                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Bite, Inc.**                                    represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jibbitz, LLC**                                  represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lake Avenue Associates, Inc.**                  represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Love's Travel Stops & Country Stores, Inc.**    represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucky Brand Dungarees Stores, Inc.**            represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Little America Hotel Company**                  represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Little America Hotels and Resorts Inc.**        represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lizzy Mae, Inc.**                               represented by   **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Allen (Canada) Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manor House, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack - Abingdon MD, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack - Alabama Private Club, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack - Anne Arundel MC, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack - Hunt Valley MD, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack - Kansas, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack - Maryland, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack - Texas Inc.**                                    represented by   **Richard E. Norman**
                                                                                      (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe's Crab Shack -Redondo Beach, Inc.**                            represented by   **Richard E. Norman**
                                                                                      (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JCS Monmouth Mall - NJ, LLC**                                      represented by   **Richard E. Norman**
                                                                                      (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mid South Waffles, Inc.**                                          represented by   **Richard E. Norman**
                                                                                      (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Midwest Waffles, Inc.**                                            represented by   **Richard E. Norman**
                                                                                      (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ignite Restaurant Group, Inc.**                                    represented by   **Richard E. Norman**
                                                                                      (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ignite Restaurants - New Jersey, Inc.**                            represented by   **Richard E. Norman**
                                                                                      (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scandinavian Airlines System Denmark-Norway-**                     represented by   **Richard E. Norman**
**Sweden**                                                                            (See above for address)
                                                                                      *LEAD ATTORNEY*
                                                                                      *PRO HAC VICE*
                                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scandinavian Airlines of North America Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sinclair Oil Corporation**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Snowbasin Resort Company**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stuart Weitzman Holdings, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stuart Weitzman IP, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sun Valley Company**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sportsman's Specialty Group, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stuart Weitzman Retail Stores, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stuart Weitzman, LLC**            represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New West Jeanswear Holding LLC**    represented by    **Richard E. Norman**
*formerly known as*
Jones Holding Inc.
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nine West Development LLC**      represented by    **Richard E. Norman**
*formerly known as*
Nine West Development Corporation
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nine West Holdings**            represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ocean Minded, Inc.**            represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**One Jeanswear Group, Inc.**      represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ozark Waffles, LLC**            represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jones Distribution Corporation**     represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jones Investment Co., Inc.,**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jones Management Service Company**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TMBC, LLC**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany and Company**
*doing business as*
Tiffany & Co.

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Twin Liquors, LP**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Waffle House, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Westgate Hotel Company**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William-Sonoma Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ross Dress for Less, Inc.**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**1-800 Contacts, Inc.**
*doing business as*
Glasses.com
*doing business as*
South Valley Optical

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Electronic Payment Systems, LLC**

represented by **Scotty P. Krob**
Krob Law Office, LLC
8400 E Prentice Avenue
Penthouse
Greenwood Village, CO 80111
(303)694-0099
Fax: (303)694-5005
Email: scott@kroblaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brookstone Company, Inc.**
*TERMINATED: 03/30/2016*

represented by **Keith L Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brookstone Holdings Corp.**
*TERMINATED: 03/30/2016*

represented by **Keith L Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brookstone Stores, Inc.**
*TERMINATED: 03/30/2016*

represented by **Keith L Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brown - Thompson General Partnership d/b/a 7-Eleven Stores**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cleveland State University**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D&H Company**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dodge Brothers, Inc. (also known as Dodge Brothers)**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dodge Oil Company**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dodge Oil Company of Arkansas**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dodge Oil Company of Mississippi**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**East Coast Oil Company**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GES Inc., dba Food Giant**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giant Oil Company of Kentucky**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giant Oil Company of Mississippi**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Go Oil Company, Inc.**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H&D Oil Company, Inc.**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Oil Company of Tennessee**

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kent State University**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Restaurants Management, Inc.**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**North Mississippi Oil Company**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ohio University**
*TERMINATED: 03/30/2016*

represented by **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Park Oil Company**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Perfection Oil Company**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Progressive Oil Company**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Quality Oil Company**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Royal Oil Company**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Savings Carolina Division**

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Savings Oil Company**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Savings, Alabama Division, Inc.**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Savings, Inc.**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The University of Akron**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The University of Toledo**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YSU Bookstore**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Youngstown State University**
*TERMINATED: 03/30/2016*

represented by    **Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tedeschi Food Shops, Inc.**
*TERMINATED: 07/27/2017*

represented by    **James Michael Evangelista**
Evangelista Worley LLC
10 Glenlake Parkway
Suite 130
Atlanta, GA 30328
404-205-8400
Email: jim@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Evangelista**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bravo Foods**                                represented by   **Brent O. Hatch**
                                                                HATCH JAMES & DODGE
                                                                10 W BROADWAY STE 400
                                                                SALT LAKE CITY, UT 84101
                                                                (801)363-6363
                                                                Email: bhatch@hjdlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                HATCH JAMES & DODGE
                                                                10 W BROADWAY STE 400
                                                                SALT LAKE CITY, UT 84101
                                                                (801) 363-6363
                                                                Email: smcneill@hjdlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CFL Pizza**                                  represented by   **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CGS Sales**                                  represented by   **Amanda R. Jesteadt**
                                                                Wiley Rein LLP
                                                                2050 M Street NW
                                                                Washington, DC 20036
                                                                202-719-3447
                                                                Email: ajesteadt@wiley.law
                                                                *TERMINATED: 03/23/2023*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer A. Yasko**
                                                                Carlton Fields, P.A.
                                                                525 Okeechobee Blvd.
                                                                Ste 1200
                                                                West Palm Beach, FL 33401
                                                                561-650-8047
                                                                Email: jyasko@carltonfields.com
                                                                *TERMINATED: 03/23/2023*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Captain Development Co**                    represented by    **Brent O. Hatch**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Shaunda L. McNeill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cary Oil**                                  represented by    **Brent O. Hatch**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Shaunda L. McNeill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's General Stores**                    represented by    **Brent O. Hatch**
*TERMINATED: 07/27/2017*                                       (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Shaunda L. McNeill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Michael Evangelista**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's Marketing Company**                 represented by    **Brent O. Hatch**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Dean Morande**
                                                               Carlton Fields, P.A.
                                                               Cityplace Tower
                                                               525 Okeechobee Boulevard
                                                               Suite 1200
                                                               West Palm Beach, FL 33401
                                                               561-659-7070
                                                               Fax: 561-659-7368
                                                               Email: dmorande@carltonfields.com
                                                               *TERMINATED: 03/23/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Shaunda L. McNeill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Michael Evangelista**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's Retail Company**                                     represented by

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
Law Firm
525 Okeechobee Blvd.
Suite 1200
West Palm Beach, FL 33401
561-650-8032
Email: chardymcgowan@carltonfields.com
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
Carlton Fields, P.A.
525 Okeechobee Blvd.
Suite 1200
West Palm Beach, FL 33401
561-659-7070
Email: desau@carltonfields.com
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
Carlton Fields, P.A.
1025 Thomas Jefferson St., NW
Suite 400 West
Washington, DC 20007
202-965-8112
Email: sabeles@carltonfields.com
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
Carlton Fields, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL 33401
561-659-7070
Fax: 561-659-7368
Email: scohen@carltonfields.com
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Evangelista**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's Services Company**        represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Evangelista**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cusick Corporation**        represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delta Sonic Carwash Systems**        represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Epping Forest Yacht Club**        represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GT Petroleum**                          represented by   **Brent O. Hatch**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Shaunda L. McNeill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gate Fuel Service**                     represented by   **Brent O. Hatch**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Shaunda L. McNeill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gate Petroleum Company**

represented by **Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**High Plains Pizza**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**North American Financial Group**                  represented by   **Brent O. Hatch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shaunda L. McNeill**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ponte Vedra Corporation**                         represented by   **Amanda R. Jesteadt**
                                                                     (See above for address)
                                                                     *TERMINATED: 03/23/2023*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Brent O. Hatch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Casey Hardy McGowan**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/12/2021*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **David Bedford Esau**
                                                                     (See above for address)
                                                                     *TERMINATED: 03/23/2023*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Dean Morande**
                                                                     (See above for address)
                                                                     *TERMINATED: 03/23/2023*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jennifer A. Yasko**
                                                                     (See above for address)
                                                                     *TERMINATED: 03/23/2023*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott Abeles**
                                                                     (See above for address)
                                                                     *TERMINATED: 03/23/2023*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shaunda L. McNeill**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Stephen A. Cohen**
                                                                     (See above for address)
                                                                     *TERMINATED: 03/23/2023*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ponte Vedra Lodge**                          represented by   **Amanda R. Jesteadt**
                                                               (See above for address)
                                                               *TERMINATED: 03/23/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Brent O. Hatch**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Casey Hardy McGowan**
                                                               (See above for address)
                                                               *TERMINATED: 10/12/2021*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **David Bedford Esau**
                                                               (See above for address)
                                                               *TERMINATED: 03/23/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Dean Morande**
                                                               (See above for address)
                                                               *TERMINATED: 03/23/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer A. Yasko**
                                                               (See above for address)
                                                               *TERMINATED: 03/23/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Scott Abeles**
                                                               (See above for address)
                                                               *TERMINATED: 03/23/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Shaunda L. McNeill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Stephen A. Cohen**
                                                               (See above for address)
                                                               *TERMINATED: 03/23/2023*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**River Club, The**                            represented by   **Brent O. Hatch**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Shaunda L. McNeill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stinker Stores**                                    represented by    **Brent O. Hatch**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Shaunda L. McNeill**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CTC LLC Diamond Jim's**                             represented by    **Brent O. Hatch**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Shaunda L. McNeill**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CTC LLP Crossroads Travel Center**                  represented by    **Brent O. Hatch**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Shaunda L. McNeill**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Captain Development Co**                            represented by    **Brent O. Hatch**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Shaunda L. McNeill**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Carolina Pizza Co**                                 represented by    **Brent O. Hatch**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Shaunda L. McNeill**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Crossroads Cafe**                                   represented by    **Brent O. Hatch**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Shaunda L. McNeill**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DC's Eastgate**                                   represented by    **Brent O. Hatch**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Shaunda L. McNeill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DHCC LLC**                                        represented by    **Brent O. Hatch**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Shaunda L. McNeill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DJ Casinos**                                      represented by    **Brent O. Hatch**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Shaunda L. McNeill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daland Corporation**                              represented by    **Brent O. Hatch**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Shaunda L. McNeill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Great Lakes Convenience**                         represented by    **Brent O. Hatch**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Shaunda L. McNeill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**HN LLC**                                      represented by   **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hi-Noon Petroleum**                           represented by   **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MRC Hi-Noon**                                 represented by   **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MTG Managment**                               represented by   **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mackinaw Food Services**                      represented by   **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michigan Pizza Service**                      represented by   **Brent O. Hatch**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Shaunda L. McNeill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Northfield Restaurant**                    represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peru Pizza**                               represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pester Marketing**                         represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TTM Montana LLC**                          represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TriConn**                                  represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Triple S Oil** | represented by | **Brent O. Hatch** |
| *doing business as* | | (See above for address) |
| Mr. Gas | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shaunda L. McNeill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Virginia Pizza** | represented by | **Brent O. Hatch** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shaunda L. McNeill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **WGN** | represented by | **Brent O. Hatch** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shaunda L. McNeill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Champlain Oil** | represented by | **Brent O. Hatch** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shaunda L. McNeill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Coco Mart** | represented by | **Brent O. Hatch** |
| *doing business as* | | (See above for address) |
| Jiffy Mart | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shaunda L. McNeill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Columbia Basin Pizza Hut** | represented by | **Brent O. Hatch** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shaunda L. McNeill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Emerald City Pizza**                    represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.D. Streett & Company**                represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kath Fuel Oil Service**                 represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Las Vegas Pizza**                       represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pizza Hut of Southeast Kansas**         represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Slidell Oil**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Space Age Fuel**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Spokane Valley Pizza**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TB of America**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**By-Lo Oil**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CNH Food**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Canton Pizza**                           represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Capital Pizza Huts**                     represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Capital Pizza Huts of Vermont**          represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Capital Pizza of New Hampshire**         represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Columbiana Pizza**                       represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Food Stores**                      represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dash In Food Stores**                    represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delmarva Oil**                           represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Downs Energy**                           represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elyria Pizza**                           represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fastrip Oil**                            represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flyers Energy**                                            represented by       **Brent O. Hatch**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

                                                                                 **Shaunda L. McNeill**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**G.E. Junghans Discount Liquor**                            represented by       **Brent O. Hatch**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

                                                                                 **Shaunda L. McNeill**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geuga Pizza**                                              represented by       **Brent O. Hatch**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

                                                                                 **Shaunda L. McNeill**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Golden Dollar**                                            represented by       **Brent O. Hatch**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

                                                                                 **Shaunda L. McNeill**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**HJB Convenience**                                          represented by       **Brent O. Hatch**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

                                                                                 **Shaunda L. McNeill**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heart of Texas Pizza**
       represented by   **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herdrich Petroleum**
       represented by   **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J&J Golf**
       represented by   **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAG Convenience**
       represented by   **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JNH Food**
       represented by   **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaco Hill Company**
       represented by   **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamieson Hill Company**                    represented by    **Amanda R. Jesteadt**
                                                              (See above for address)
                                                              *TERMINATED: 03/23/2023*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Brent O. Hatch**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Casey Hardy McGowan**
                                                              (See above for address)
                                                              *TERMINATED: 10/12/2021*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **David Bedford Esau**
                                                              (See above for address)
                                                              *TERMINATED: 03/23/2023*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Dean Morande**
                                                              (See above for address)
                                                              *TERMINATED: 03/23/2023*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer A. Yasko**
                                                              (See above for address)
                                                              *TERMINATED: 03/23/2023*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Scott Abeles**
                                                              (See above for address)
                                                              *TERMINATED: 03/23/2023*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Shaunda L. McNeill**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Stephen A. Cohen**
                                                              (See above for address)
                                                              *TERMINATED: 03/23/2023*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kocomo Pizza**                             represented by    **Brent O. Hatch**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Shaunda L. McNeill**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lacombe Chevron Travel Center**                     represented by     **Brent O. Hatch**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Shaunda L. McNeill**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Oil**                                       represented by     **Brent O. Hatch**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Shaunda L. McNeill**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard E Belcher Inc**                              represented by     **Brent O. Hatch**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Shaunda L. McNeill**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Liberty Pizza**                                      represented by     **Brent O. Hatch**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Shaunda L. McNeill**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M2R**                                                represented by     **Brent O. Hatch**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Shaunda L. McNeill**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mission Trail Oil**                                  represented by     **Brent O. Hatch**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Shaunda L. McNeill**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mountain View Pizza**                    represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**NJ Capital Furnishings**                 represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**North Coast Pizza**                      represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oklahoma Magic**                         represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Painesville Pizza**                      represented by    **Brent O. Hatch**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Shaunda L. McNeill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pete's of Erie**

represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaid Pantries**

represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pliska Golf**

represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pliska Investments**

represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Popingo's Convenience Stores**

represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Potomac Energy Holdings**

represented by    **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RKS Ventures**                                                  represented by   **Brent O. Hatch**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Shaunda L. McNeill**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Redding Oil**                                                  represented by   **Brent O. Hatch**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Shaunda L. McNeill**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reid Companies**                                              represented by   **Brent O. Hatch**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Shaunda L. McNeill**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reid Petroleum**                                              represented by   **Brent O. Hatch**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Shaunda L. McNeill**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reid Stores**                                                 represented by   **Brent O. Hatch**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Shaunda L. McNeill**
                                                                                  (See above for address)
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robinson Oil**                          represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SMO**                                   represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salem Pizza**                           represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Schmitt Sales**                         represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seaside Pizza**                         represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shop Quik Stores**                      represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sky of Jenks**                                    represented by    **Brent O. Hatch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shaunda L. McNeill**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Slidell Oil**                                     represented by    **Brent O. Hatch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shaunda L. McNeill**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southern Maryland Oil**                           represented by    **Brent O. Hatch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shaunda L. McNeill**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Space Age Fuel**                                  represented by    **Brent O. Hatch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shaunda L. McNeill**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Speedie Mart**                                    represented by    **Brent O. Hatch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Shaunda L. McNeill**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Speedy Q Markets**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Spencer Companies**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tri Star Marketing**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trico Pizza**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valley Petroleum**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WK Capital Enterprises**

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wallis Oil Company**                    represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wallis Petroleum**                      represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Pizza**                           represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Pizza of Ohio**                   represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wills Group, The**                      represented by    **Brent O. Hatch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shaunda L. McNeill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jetro Cash & Carry**                          represented by   **Jonathan Baker**
                                                                 Kutak Rock LLP
                                                                 1650 Farnam Street
                                                                 Omaha, NE 68102
                                                                 402-231-8741
                                                                 Email: jonathan.baker@kutakrock.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Daniel Hume**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David E. Kovel**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Eric Citron**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Meghan Joan Summers**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Association of Truck Stop Operators**   represented by   **Daniel Hume**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **David E. Kovel**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Eric Citron**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Meghan Joan Summers**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Thomas Goldstein**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Grocers Association**

represented by **Jonathan Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Hume**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Kovel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Citron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan Joan Summers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Goldstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Calloway Oil Company**

represented by **Jana Eisinger**
Law Office of Jana Eisinger, PLLC
Law Office of Jana Eisinger, PLLC
4610 South Ulster Street
Suite 150
Denver, CO 80237
303-209-0266
Fax: 303-353-0786
Email: jeisinger@eisingerlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Evangelista**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald K. Gardner , Jr.**
Dady & Gardner
80 South 8th Street
Suite 5100
Minneapolis, MN 55402
612-359-9000
Email: rkgardner@dadygardner.com
*TERMINATED: 06/08/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E-Z Stop Foodmarts, Inc.**

represented by **Ronald K. Gardner , Jr.**
(See above for address)
*TERMINATED: 06/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Evangelista**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New Prime Inc.**
*TERMINATED: 10/27/2016*

represented by **Justin Collins**
Prime Inc.
2740 N. Mayfair Avenue
Springfield, MO 65803
417-521-3162
Email: jcollins@primeinc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aloha Petroleum, LTD**
*TERMINATED: 03/03/2020*

represented by **Edwin M. Buffmire**
Jackson Walker LLP
2323 Ross Avenue
Ste 600
Dallas, TX 75201
214-953-6051
Fax: 214-662-6677
Email: ebuffmire@jw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Hickok**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Jenkins**
(See above for address)
*TERMINATED: 01/03/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica S. Russell**
Pepper Hamilton LLP
30000 Two Logan Square
Philadelphia, PA 19103
(215)981-4750
Fax: (215)981-4000
Email: russellj@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CMP Consulting Serv., Inc.**                                          represented by   **Daniel Lawrence Berger**
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
646-722-8522
Fax: 646-722-8501
Email: dberger@gelaw.com
*LEAD ATTORNEY*

**Deborah A. Elman**
Garwin Gerstein & Fisher LLP
88 Pine Street, 28th Floor
Suite 2810
New York, NY 10005
212-398-0055
Fax: 212-764-6620
Email: delman@garwingerstein.com
*TERMINATED: 01/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
302-622-7000
Fax: 302-622-7001
Email: reisler@gelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DDMB 2, LLC d/b/a Emporium Logan Square**              represented by   **Daniel Lawrence Berger**
(See above for address)
*LEAD ATTORNEY*

**Deborah A. Elman**
(See above for address)
*TERMINATED: 01/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven A. Kanner**
Freed Kanner London & Millen LLC
100 Tri-State International
Ste 128
Lincolnshire, IL 60069
224-632-4500
Email: skanner@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **DDMB, Inc. d/b/a Emporium Arcade Bar** | represented by | **Daniel Lawrence Berger**<br>(See above for address)<br>*LEAD ATTORNEY* |
| | | **Deborah A. Elman**<br>(See above for address)<br>*TERMINATED: 01/18/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert G. Eisler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven A. Kanner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Generic Depot 3, Inc. d/b/a Prescription Depot** | represented by | **Daniel Lawrence Berger**<br>(See above for address)<br>*LEAD ATTORNEY* |
| | | **Deborah A. Elman**<br>(See above for address)<br>*TERMINATED: 01/18/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Linda P. Nussbaum**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert G. Eisler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **PureOne, LLC d/b/a Salon Pure** | represented by | **Daniel Lawrence Berger**<br>(See above for address)<br>*LEAD ATTORNEY* |
| | | **Deborah A. Elman**<br>(See above for address)<br>*TERMINATED: 01/18/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Linda P. Nussbaum**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert G. Eisler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Runcentral, LLC**                        represented by    **Daniel Lawrence Berger**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Deborah A. Elman**
                                                             (See above for address)
                                                             *TERMINATED: 01/18/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kevin B. Love**
                                                             Criden & Love, P.A.
                                                             2020 Salzedo Street
                                                             Ste 302
                                                             Coral Gables, FL 33134
                                                             305-357-9000
                                                             Email: klove@cridenlove.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Linda P. Nussbaum**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert G. Eisler**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Town Kitchen, LLC d/b/a Town Kitchen & Bar**    represented by    **Daniel Lawrence Berger**
*TERMINATED: 03/21/2018*                                           (See above for address)
                                                                   *LEAD ATTORNEY*

                                                                   **Deborah A. Elman**
                                                                   (See above for address)
                                                                   *TERMINATED: 01/18/2022*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert G. Eisler**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Breaux Mart Supermarkets, Inc.**         represented by    **Breaux Mart Supermarkets, Inc.**
                                                             PRO SE

**Plaintiff**

**Champagne's Quality Foods, Inc.**        represented by    **Champagne's Quality Foods, Inc.**
                                                             PRO SE

**Plaintiff**

**Claiborne Fresh Market, LLC**            represented by    **Claiborne Fresh Market, LLC**
                                                             PRO SE

**Plaintiff**

**Coleman Oil Company, LLC**               represented by    **Coleman Oil Company, LLC**
                                                             PRO SE

**Plaintiff**

**Franks Supermaket #3**                   represented by    **Franks Supermaket #3**
                                                             PRO SE

**Plaintiff**

**Franks Supermarket #2, Inc.**

represented by    **Franks Supermarket #2, Inc.**
PRO SE

Plaintiff

**Franks Supermarket #3, Inc.**
*doing business as*
Franks Supermaket #5

represented by    **Franks Supermarket #3, Inc.**
PRO SE

Plaintiff

**Franks Supermarket #4, Inc.**

represented by    **Franks Supermarket #4, Inc.**
PRO SE

Plaintiff

**Harrison Fresh Market, LLC**

represented by    **Harrison Fresh Market, LLC**
PRO SE

Plaintiff

**Kenilworth Supermarket, Inc.**

represented by    **Kenilworth Supermarket, Inc.**
PRO SE

Plaintiff

**Longview Enterprises, Inc.**

represented by    **Longview Enterprises, Inc.**
PRO SE

Plaintiff

**M L Robert II, LLC**

represented by    **M L Robert II, LLC**
PRO SE

Plaintiff

**M Robert Enterprises, Inc.**

represented by    **M Robert Enterprises, Inc.**
PRO SE

Plaintiff

**Mackenthun's Supermarkets, Inc.**

represented by    **Mackenthun's Supermarkets, Inc.**
PRO SE

Plaintiff

**Marketfare Annunciation, LLC**

represented by    **Marketfare Annunciation, LLC**
PRO SE

Plaintiff

**Marketfare Canal, LLC**

represented by    **Marketfare Canal, LLC**
PRO SE

Plaintiff

**Marketfare N Broad, LLC**

represented by    **Marketfare N Broad, LLC**
PRO SE

Plaintiff

**Marketfare St. Claude, LLC**

represented by    **Marketfare St. Claude, LLC**
PRO SE

Plaintiff

**Matherne's LLC**

represented by **Matherne's LLC**
PRO SE

**Plaintiff**

**Matherne's Supermarket at Riverlands, LLC**

represented by **Matherne's Supermarket at Riverlands, LLC**
PRO SE

**Plaintiff**

**Potash Bros., Inc.**

represented by **Potash Bros., Inc.**
PRO SE

**Plaintiff**

**Potash-Hancock, Inc.**

represented by **Potash-Hancock, Inc.**
PRO SE

**Plaintiff**

**Sandburg Supermart, Inc.**

represented by **Sandburg Supermart, Inc.**
PRO SE

**Plaintiff**

**Sopranos Supermarkets, LLC**

represented by **Sopranos Supermarkets, LLC**
PRO SE

**Plaintiff**

**Stepherson Inc.**
*TERMINATED: 07/28/2017*

represented by **Stepherson Inc.**
PRO SE

**Plaintiff**

**Supermarket Operations, Inc.**

represented by **Supermarket Operations, Inc.**
PRO SE

**Plaintiff**

**Techau's, Inc.**

represented by **Techau's, Inc.**
PRO SE

**Plaintiff**

**Barry's Cut Rate Stores Inc.**
*TERMINATED: 03/21/2018*

represented by **Daniel Lawrence Berger**
(See above for address)
*LEAD ATTORNEY*

**Deborah A. Elman**
(See above for address)
*TERMINATED: 01/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Kanner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Equitable Relief Class**

represented by **Linda P. Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh Sandler**
Krantz & Berman, LLP
747 Third Avenue
32nd Floor
New York
New York, NY 10017
646-943-6112
Email: hsandler@krantzberman.com
*TERMINATED: 04/22/2019*
*ATTORNEY TO BE NOTICED*

**Michael J. Freed**
Freed Kanner London & Millen
100 Tri-State International
Ste 128
Lincolnshire, IL 60069
224-632-4511
Email: mfreed@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steve D. Shadowen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grove Liquors LLC**                                      represented by   **Armen Zohrabian**
                                                                           Robbins Geller Rudman and Dowd LLP
                                                                           1 Montgomery Street
                                                                           Suite 1800
                                                                           San Francisco, CA 94104
                                                                           415-288-4545
                                                                           Fax: 415-288-4534
                                                                           Email: AZohrabian@hedinhall.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **John William Devine**
                                                                           Devine Goodman Rasco WattsFitzGerald LLP
                                                                           2800 Ponce De Leon Boulevard
                                                                           Suite 1400
                                                                           Coral Gables, FL 33134
                                                                           305-374-8200
                                                                           Fax: 305-374-8208
                                                                           Email: jdevine@devinegoodman.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Lonnie Anthony Browne**
                                                                           Robbins Geller Rudman and Dowd LLP
                                                                           655 West Broadway
                                                                           Suite 1900
                                                                           San Diego, CA 92101
                                                                           619-231-1058
                                                                           Fax: 619-231-7423
                                                                           Email: lbrowne@rgrdlaw.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Robert J Kuntz , Jr.**
                                                                           Rivero Mestre LLP
                                                                           2525 Ponce De Leon Boulevard
                                                                           Ste 1000
                                                                           Coral Gables, FL 33134
                                                                           305-445-2500
                                                                           Fax: 305-445-2505
                                                                           Email: rkuntz@riveromestre.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Thomas E. Egler**
                                                                           Robbins Geller Rudman & Dowd LLP
                                                                           655 West Broadway
                                                                           Suite 1900
                                                                           San Diego, CA 92101
                                                                           619-231-1058
                                                                           Fax: 619-231-7423
                                                                           Email: tome@rgrdlaw.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Lawrence Dean Goodman**
                                                                           Devine Goodman Rasco WattsFitzGerald LLP
                                                                           2800 Ponce De Leon Boulevard
                                                                           Suite 1400
                                                                           Coral Gables, FL 33134
                                                                           305-374-8200
                                                                           Fax: 305-374-8208
                                                                           Email: lgoodman@devinegoodman.com
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Palero Food Corp. and Cagueyes Food Corp.**                    represented by    **Armen Zohrabian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John William Devine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lonnie Anthony Browne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J Kuntz , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Dean Goodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Strouk Group LLC**                    represented by    **Armen Zohrabian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John William Devine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lonnie Anthony Browne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J Kuntz , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Dean Goodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herc Rentals Inc.**

represented by **Robert D.W. Landon , III**
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
(305) 373-1000
Email: rlandon@kennynachwalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Barton Gray**
Sperling Kenny Nachwalter, LLC
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
305-373-1000
Fax: 305-372-1861
Email: jgray@sperlingkenny.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hertz Corporation**

represented by **Robert D.W. Landon , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Royal Caribbean Cruises LTD.**

represented by **Robert D.W. Landon , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Barton Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herc Rentals Inc.**

represented by **Robert D.W. Landon , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hertz Corporation**

represented by **Robert D.W. Landon , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Barton Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Royal Caribbean Cruises LTD.**

represented by **Robert D.W. Landon , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Broadway Grill, Inc.**

represented by   **Anne Marie Murphy**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000
Fax: (650) 692-3606
Email: amurphy@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: jcotchett@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Cotton Molumphy**
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road
Suite 200
Burlingame, Ca 94010
(650)697-6000
Fax: 650-697-0577
Email: mmolumphy@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy L. Fineman**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: nfineman@cpmlegal.com
*TERMINATED: 11/29/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander E. Barnett**
Dicello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
646-933-1000
Fax: 646-494-9648
Email: abarnett@cpmlegal.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kohlberg Kravis & Roberts Co.**

represented by   **Kohlberg Kravis & Roberts Co.**
PRO SE

<u>**Plaintiff**</u>

**Luby's Fuddruckers Restaurants, LLC**
*TERMINATED: 05/05/2020*

represented by **David Edwards Wynne**
Wynne Law PLLC
1800 Bering Dr., Suite 1075
Houston, TX 77057
713-227-8835
Email: dwynne@wynnepllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth R. Wynne**
Burdine Wynne LLP
1021 Main Street
Suite 1275
One City Centre
Houston, TX 77002
(713) 227-8835
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott G. Burdine**
Burdine Wynne LLP
1415 Louisiana St
Suite 3900
Houston, TX 77002
713-227-8835
Fax: 713-227-6205
Email: sburdine@burdinewynne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luby's Inc.**

represented by **Luby's Inc.**
PRO SE

**Plaintiff**

**Expedia, Inc.**

represented by **Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natm Buying Corporation**

represented by **Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tractor Supply Company**

represented by **Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fikes Wholesale, Inc.**                              represented by    **Jana Eisinger**
                                                                          Law Office of Jana Eisinger, PLLC
                                                                          4610 South Ulster Street
                                                                          Suite 150
                                                                          Denver, CO 80237
                                                                          303-209-0266
                                                                          Fax: 303-353-0786
                                                                          Email: jeisinger@eisingerlawfirm.com
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Ronald K. Gardner , Jr.**
                                                                          (See above for address)
                                                                          *TERMINATED: 06/08/2024*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Steve W. Berman**
                                                                          Hagens Berman Sobol Shapiro LLP
                                                                          1301 2nd Ave, Suite 2000
                                                                          Seattle, WA 98101
                                                                          206-623-7292
                                                                          Email: steve@hbsslaw.com
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reid Petroleum Corp.**                               represented by    **Steve W. Berman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sampson-Bladen Oil Company, Inc.**

represented by   **Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York City Transit Authority**

represented by **New York City Transit Authority**
PRO SE

**Jeffrey G. Smith**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016
212-545-4740
Fax: 212-545-4653
Email: smith@whafh.com
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street
Suite 1820
San Diego, CA 92101
619-239-4599
Fax: 619-234-4599
Email: manifold@whafh.com
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
Carella Byrne Cecchi Olstein Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
Email: kcooper@carellabyrne.com
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
Calcaterra Pollack LLP
1140 Avenue of the Americas
9th Floor
New York, NY 10036-5803
212-899-1766
Email: rcalcaterra@calcaterrapollack.com
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Long Island Rail Road Company**

represented by **Long Island Rail Road Company**
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MTA Bus Company**

represented by **MTA Bus Company**
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manhattan and Bronx Surface Transit Operating
Authority**

represented by **Manhattan and Bronx Surface Transit Operating
Authority**
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metro-North Commuter Railroad Company**                    represented by   **Metro-North Commuter Railroad Company**
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metropolitan Suburban Bus Authority**                    represented by   **Metropolitan Suburban Bus Authority**
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metropolitan Transportation Authority**                    represented by    **Metropolitan Transportation Authority**
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Staten Island Rapid Transit Operating Authority**          represented by    **Staten Island Rapid Transit Operating Authority**
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Triborough Bridge and Tunnel Authority**

represented by   **Triborough Bridge and Tunnel Authority**
347 Madison Avenue
New York, NY 10017
PRO SE

**Jeffrey G. Smith**
(See above for address)
*TERMINATED: 04/10/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Betsy C. Manifold**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Kevin G. Cooper**
(See above for address)
*TERMINATED: 04/10/2020*
*ATTORNEY TO BE NOTICED*

**Regina Marie Calcaterra**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO)**

represented by

**Daniel A. Sasse**
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
949-263-8400
Fax: 949-263-8414
Email: dsasse@crowell.com
*LEAD ATTORNEY*

**Chahira Solh**
Crowell & Moring LLP
3 Park Plaza
Ste 20th Floor
Irvine, CA 92614-8505
949-798-1367
Fax: 949-263-8414
Email: csolh@crowell.com
*ATTORNEY TO BE NOTICED*

**Christy A Markos**
Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA 92618
949-622-2700
Fax: 949-622-2739
Email: christy.markos@troutman.com
*ATTORNEY TO BE NOTICED*

**Deborah E. Arbabi**
Crowell & Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614
949-263-8400
Fax: 949-263-8414
Email: darbabi@crowell.com
*ATTORNEY TO BE NOTICED*

**John Samuel Gibson**
DLA Piper LLP US
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-595-3039
Fax: 310-595-3339
Email: john.gibson@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Jordan Lee Ludwig**
Crowell & Moring LLP
515 S. Flower Street
40th Floor
Los Angeles, CA 90071
213-443-5524
Fax: 213-622-2690
Email: jludwig@crowell.com
*ATTORNEY TO BE NOTICED*

**Katherine Rose Sass**
Crowell & Moring LLP
3 Embarcadero Center, 26th Fl.
San Francisco, CA 94111
415-365-7409
Email: katie@kbklegal.com
*ATTORNEY TO BE NOTICED*

**Kelly T. Currie**
Crowell & Moring LLP
Two Manhattan West

375 Ninth Avenue
New York, NY 10001
212-223-4000
Fax: 212-223-4134
Email: kcurrie@crowell.com
*ATTORNEY TO BE NOTICED*

**Shane Wagman Romero**
Crowell & Moring LLP
3 Park Plaza, 20th Fl.
Irvine, CA 92614
949-263-8400
Fax: 949-263-8414
Email: sromero@crowell.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianna Lawrence**                                        represented by    **Jamie Lynne Miller**
Alioto Law Firm
One Sansome Street
35th Floor
San Francisco, CA 94104
415-434-8900
Fax: 415-434-9200
Email: jmiller@aliotolaw.com
*TERMINATED: 01/04/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
Law Offices of Jeffery K. Perkins
1550-G Tiburon Blvd.
Ste 344
Tiburon, CA 94920
415-302-1115
Email: jefferykperkins@aol.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Haslet Boone**
Law Offices of John H. Boone
555 California Street
Suite 3160
San Francisco, CA 94104
415-434-8900
Fax: 415-434-9200
Email: jboone@dc.rr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M Alioto , Sr**
Alioto Law Firm
One Sansome Street, 35th Floor
San Francisco, CA 94104
415-434-8900
Fax: 415-434-9200
Email: jmalioto@aliotolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
Law Offices of Lawrence G. Papale
1308 Main Street
Suite 117
Saint Helena, CA 94574
707-963-1704
Fax: 707-963-0706
Email: lgpapale@papalelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
Law Offices of Lingel H. Winters
388 Market Street
Suite 900
San Francisco, CA 94111
415-398-2941
Fax: 415-393-9887
Email: sawmill2@aol.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Frank Schwartz**

Schwartz & Schwartz
7751 Carondelet Avenue
Suite 204
Saint Louis, MO 63105
314-540-4050
Fax: 314-862-4357
Email: theodore@schwartz-schwartz.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
Alioto Law Firm
One Sansome Street
35th Floor
San Francisco, CA 94104
415-434-8900
Fax: 415-434-9200
Email: TMoore@aliotolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Lawrence**                    represented by    **Jeffery Kenneth Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Haslet Boone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Frank Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Salveson**

represented by

**Jamie Lynne Miller**
(See above for address)
*TERMINATED: 01/04/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Haslet Boone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Frank Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Wendy M. Adams** | represented by | **Jamie Lynne Miller** |
| | | (See above for address) |
| | | *TERMINATED: 01/04/2021* |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Jeffery Kenneth Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Haslet Boone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Frank Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Outrigger Hotels Hawaii** | represented by | **Joseph Michael Vanek** |
| *A Hawaii limited partnership* | | (See above for address) |
| *TERMINATED: 06/16/2020* | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Westgate Resorts, LTD.** | represented by | **Joseph Michael Vanek** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Cellco Partnership**
*doing business as*
Verizon Wireless

represented by    **Cellco Partnership**
PRO SE

**Gavin J Rooney**
Lowenstein & Sandler
1251 Avenue Of The Americas
New York, NY 10020
973-597-2500
Fax: 973-597-2473
Email: grooney@lowenstein.com
*TERMINATED: 12/11/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Verizon Corporate Services Group, Inc.**

represented by    **Verizon Corporate Services Group, Inc.**
PRO SE

**Gavin J Rooney**
(See above for address)
*TERMINATED: 12/11/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Verizon Services Corp.**

represented by    **Verizon Services Corp.**
PRO SE

**Gavin J Rooney**
(See above for address)
*TERMINATED: 12/11/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Verizon Sourcing LLC**

represented by    **Verizon Sourcing LLC**
PRO SE

**Gavin J Rooney**
(See above for address)
*TERMINATED: 12/11/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Salveson**

represented by    **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DiningIn LLC**                                                    represented by    **Alycia N. Broz**
Vorys, Sater, Seymour And Pease Llp
52 E. Gay Street
Columbus, OH 43215
(614) 464-5481
Fax: Pro Hac Vice
Email: anbroz@vorys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anand C. Mathew**
Palmersheim & Mathew
401 N. Franklin Street
Suite 4S
Chicago, IL 60654
3127053625
Email: acm@thepmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Matthews**
Vorys, Sater, Seymour And Pease Llp
52 East Gay Street
Columbus, OH 43215
(614) 464-5460
Fax: Pro Hac Vice
Email: drmatthews@vorys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie M. Mallen**
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6631
Email: mallen@litchfieldcavo.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
Vorys, Sater, Seymour and Pease LLP
52 E Gay Street
Columbus, OH 43215
614-464-5692
Fax: 614-719-4796
Email: kjrubin@vorys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert John Palmersheim**
Palmersheim & Mathew
401 N. Franklin Street
Suite 4S
Chicago, IL 60654
(312) 705-3622

Fax: Active
Email: rjp@thepmlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neal Webner**
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(614) 464-8243
Fax: (614)-719-5083
Email: rnwebner@vorys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eat24, LLC**                        represented by    **Alycia N. Broz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anand C. Mathew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Matthews**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie M. Mallen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert John Palmersheim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neal Webner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Foodler, LLC**                                     represented by      **Alycia N. Broz**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Anand C. Mathew**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Douglas Matthews**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **James A Wilson , Jr**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Julie M. Mallen**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Kenneth J. Rubin**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Kimberly Weber Herlihy**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert John Palmersheim**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert Neal Webner**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**GrubHub Holdings Inc.**

represented by **Alycia N. Broz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anand C. Mathew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Matthews**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie M. Mallen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert John Palmersheim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neal Webner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCVNGR, Inc.**                                    represented by  **Alycia N. Broz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anand C. Mathew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Matthews**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie M. Mallen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert John Palmersheim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neal Webner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tapingo, Inc.**                    represented by    **Alycia N. Broz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anand C. Mathew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Matthews**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie M. Mallen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert John Palmersheim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neal Webner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**All Plaintiffs 19-cv-06555**

represented by   **Alycia N. Broz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anand C. Mathew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Matthews**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie M. Mallen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert John Palmersheim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Neal Webner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**All Plaintiffs in 13 CV 5745**          represented by   **Gregory Alan Clarick**
Clarick Gueron Reisbaum LLP
41 Madison Avenue
23rd Floor
New York, NY 10010
212-633-4310
Email: gclarick@cgr-law.com
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrett Reasoner**
Gibbs & Bruns LLP
Email: breasoner@gibbsbruns.com
*ATTORNEY TO BE NOTICED*

**David Sheeren**
Sheeren Law PLLC
1390 Chain Bridge Rd.
Unit 4002
McLean, VA 22101
832-248-5784
*ATTORNEY TO BE NOTICED*

**Denise Drake**
Gibbs & Bruns LLP
Email: ddrake@gibbsbruns.com
*ATTORNEY TO BE NOTICED*

**Erica Krennerich**
Gibbs & Bruns LLP
*ATTORNEY TO BE NOTICED*

**Kathy D. Patrick**
Gibbs & Bruns LLP
Email: kpatrick@gibbsbruns.com
*ATTORNEY TO BE NOTICED*

**Shannon Nicole Smith**
Yetter Coleman LLP
811 Main Street
Suite 4100
Houston, TX 77002
713-632-8066
Fax: 713-632-8002
Email: ssmith@yettercoleman.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**All Plaintiffs in Case No. 1:20cv593**
*TERMINATED: 03/03/2020*

represented by **Brian R Strange**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fields Alexander**
Beck Redden LLP - Houston
1221 Mckinney Street
Suite 4500
Houston, TX 77010
713-951-3700
Fax: 713-951-3720
Email: falexander@beckredden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Angelovich**
Nix, Patterson & Roach
3600 N Capital Of Texas Hwy
Bldg B, Suite 350
Austin, TX 78746
512-328-5333
Fax: 512-328-5335
Email: jangelovich@npraustin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith L Butler**
Strange & Butler
12100 Wilshire Blvd
Suite 1900
Los Angeles, CA 90025
310-207-5055
Fax: 310-826-3210
Email: kbutler@strangeandbutler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard E. Norman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Curt Webb**
Beck Redden LLP
1221 McKinney Street
Ste. 4500
Houston, TX 77010
713-951-3700
Fax: 713-951-3720
Email: cwebb@beckredden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Equilon Enterprises LLC**
*TERMINATED: 03/03/2020*

represented by
**David T. Moran**
Jackson Walker
2323 Ross Avenue
Ste. 600
Dallas, TX 75201
214-953-6051
Fax: 214-661-6677
Email: dmoran@jw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edwin M. Buffmire**
Jackson Walker LLP
2323 Ross Avenue Suite 600
Dallas, TX 75201
214-953-6000
Fax: 214-953-5822
Email: ebuffmire@jw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Motiva Enterprises LLC**

represented by
**David T. Moran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin M. Buffmire**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dell Federal Systems L.P.**

represented by
**David T Moran**
Jackson Walker
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dell Financial Services L.L.C.**

represented by
**David T Moran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dell Inc.**

represented by
**David T Moran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dell Marketing L.P.**

represented by
**David T Moran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dell USA L.P.**

represented by
**David T Moran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dell World Trade L.P.**                          represented by    **David T Moran**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*


Plaintiff

**Dell, Technologies, Inc.**                       represented by    **David T Moran**
*TERMINATED: 03/03/2020*                                            (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*


Plaintiff

**EMC Corp.**                                      represented by    **David T Moran**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*


Plaintiff

**Wyse Technology LLC**                            represented by    **David T Moran**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*


Plaintiff

**Boomi, Inc.**                                    represented by    **David T Moran**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*


Plaintiff

**Breeze Thru Markets, LLC**                    represented by  **Breeze Thru Markets, LLC**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CGS Sales Corporation**                                    represented by    **CGS Sales Corporation**
                                                                               PRO SE

                                                                               **Casey Hardy McGowan**
                                                                               (See above for address)
                                                                               *TERMINATED: 10/12/2021*
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

                                                                               **David Bedford Esau**
                                                                               (See above for address)
                                                                               *TERMINATED: 03/23/2023*
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

                                                                               **Dean Morande**
                                                                               (See above for address)
                                                                               *TERMINATED: 03/23/2023*
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

                                                                               **Jennifer A. Yasko**
                                                                               (See above for address)
                                                                               *TERMINATED: 03/23/2023*
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

                                                                               **Scott Abeles**
                                                                               (See above for address)
                                                                               *TERMINATED: 03/23/2023*
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

                                                                               **Stephen A. Cohen**
                                                                               (See above for address)
                                                                               *TERMINATED: 03/23/2023*
                                                                               *LEAD ATTORNEY*
                                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cary Oil Co., Inc.**

represented by     **Cary Oil Co., Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's General Stores, Inc.**

represented by **Casey's General Stores, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's Marketing Company**

represented by **Casey's Marketing Company**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's Retail Company**

represented by **Casey's Retail Company**
PRO SE

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey's Services Company**

represented by    **Casey's Services Company**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CenturyLink Communications LLC**

represented by **CenturyLink Communications LLC**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheney Bros., Inc.**                              represented by    **Cheney Bros., Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clipper Petroleum, Inc.**

represented by    **Clipper Petroleum, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Case: 25-2073, 09/02/2025, DktEntry: 6.1, Page 171 of 1187

**Comcast Cable Communications, LLC**

represented by    **Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin A. Gore**
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd
Suite 1200
West Palm Beach, FL 33401
561-650-8046
Fax: 561-659-7368
Email: kgore@carltonfields.com
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dish Network L.L.C.**                                    represented by    **Dish Network L.L.C.**
                                                                             PRO SE

                                                                             **Amanda R. Jesteadt**
                                                                             (See above for address)
                                                                             *TERMINATED: 03/23/2023*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Casey Hardy McGowan**
                                                                             (See above for address)
                                                                             *TERMINATED: 10/12/2021*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **David Bedford Esau**
                                                                             (See above for address)
                                                                             *TERMINATED: 03/23/2023*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Dean Morande**
                                                                             (See above for address)
                                                                             *TERMINATED: 03/23/2023*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Jennifer A. Yasko**
                                                                             (See above for address)
                                                                             *TERMINATED: 03/23/2023*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Scott Abeles**
                                                                             (See above for address)
                                                                             *TERMINATED: 03/23/2023*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Stephen A. Cohen**
                                                                             (See above for address)
                                                                             *TERMINATED: 03/23/2023*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Energy North, Inc.**

represented by    **Energy North, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Epping Forest Yacht Club, Inc.**

represented by    **Epping Forest Yacht Club, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fastrip Oil Company**

represented by   **Fastrip Oil Company**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gate Fuel Service, Inc.**

represented by    **Gate Fuel Service, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gate North Carolina, Inc.**

represented by **Gate North Carolina, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gate Petroleum Company**

represented by **Gate Petroleum Company**
PRO SE

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaco Hill Company**

represented by **Jaco Hill Company**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaco Oil Company**

represented by    **Jaco Oil Company**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jamieson Hill Company**

represented by    **Jamieson Hill Company**
PRO SE

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Level 3 Communications, LLC**

represented by **Level 3 Communications, LLC**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NBCUniversal Media, LLC**                                     represented by

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin A. Gore**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaid Pantries, Inc.**

represented by   **Plaid Pantries, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ponte Vedra Corporation**

represented by   **Ponte Vedra Corporation**
PRO SE

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ponte Vedra Lodge**

represented by   **Ponte Vedra Lodge**
PRO SE

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reid Petroleum Corp.**

represented by   **Reid Petroleum Corp.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reid Stores, Inc.**

represented by **Reid Stores, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sampson-Bladen Oil Company, Inc.**

represented by **Sampson-Bladen Oil Company, Inc.**
PRO SE

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sodexo, Inc.**                                    represented by     **Sodexo, Inc.**
                                                                       PRO SE

                                                                       **Amanda R. Jesteadt**
                                                                       (See above for address)
                                                                       *TERMINATED: 03/23/2023*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Casey Hardy McGowan**
                                                                       (See above for address)
                                                                       *TERMINATED: 10/12/2021*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **David Bedford Esau**
                                                                       (See above for address)
                                                                       *TERMINATED: 03/23/2023*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Dean Morande**
                                                                       (See above for address)
                                                                       *TERMINATED: 03/23/2023*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jennifer A. Yasko**
                                                                       (See above for address)
                                                                       *TERMINATED: 03/23/2023*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Kristin A. Gore**
                                                                       (See above for address)
                                                                       *TERMINATED: 03/23/2023*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Scott Abeles**
                                                                       (See above for address)
                                                                       *TERMINATED: 03/23/2023*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Stephen A. Cohen**
                                                                       (See above for address)
                                                                       *TERMINATED: 03/23/2023*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**The River Club, Inc.**

represented by    **The River Club, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**United Energy, Inc.**

represented by **United Energy, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WideOpenWest, Inc.**

represented by   **WideOpenWest, Inc.**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BFC, INC**

represented by   **BFC, INC**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Basic Properties LP**

represented by **Basic Properties LP**
PRO SE

**Amanda R. Jesteadt**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Hardy McGowan**
(See above for address)
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean Morande**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Yasko**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Abeles**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Cohen**
(See above for address)
*TERMINATED: 03/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555**

represented by **James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Boyd Gaming Corporation**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
Criden & Love PA
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
Criden & Love PA
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briad Restaurant Group, LLC**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Creative Hairdressers Inc.**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MGM Resorts International**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ratner Companies, L.C.**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seminole Hard Rock Entertainment, Inc.**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seminole Tribe of Florida**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TGI Friday's, Inc.**
*TERMINATED: 05/05/2020*

represented by **Kevin Bruce Love**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Elliot Criden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Breadberry, Inc.**

represented by **Daniel Adam Schlanger**
Schlanger Law Group, LLP
150 Allens Creek Road
Suite 240
Rochester, NY 14618
212-500-6114
Fax: 646-612-7996
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CSSY**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**East New York Kosler, Corp.**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Farm Fresh of Lakewood, Inc.**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Glasses Unlimited**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Glatt Western Kosher, Inc.**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Heartland Kosher Products, Inc.**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Hollandale Farmers Market, LLC**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Kol Tuv Grocery, Inc.**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Kollel Food, Inc.**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**LKWD Restaurant, LLC**

represented by **Daniel Adam Schlanger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M&M Chow, LLC**                                    represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Max Binik 2'L Corp.**                              represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moishas Kosher Discount Supermarket**             represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mountain Kosher Food Corp.**                       represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Octagon Commerce, LLC**                            represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oh Nuts of Monsey**                                represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oh Nuts, Inc.**                                    represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Online Express Manufacturers**                     represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pizzabov, Inc.**                                   represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renegade Furniture Group, Inc.**                   represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seven Mile Food Market, LLC**                      represented by    **Daniel Adam Schlanger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shadora**                                  represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shnoop, LLC**                              represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shnoop.com, Corp.**                        represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shnoop.com, LLC**                          represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shnoopcom, Corp.**                         represented by   **Daniel Adam Schlanger**
*doing business as*                                          (See above for address)
Blingdaily.com                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shnoopcom, Corp.**                         represented by   **Daniel Adam Schlanger**
*doing business as*                                          (See above for address)
Pennywise.biz                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Therapy Depot, Inc.**                      represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**US Airmotive Worldwide Corp.**             represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**YGSL Holdings, LLC**                       represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ben's Outlet**                             represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**1SaleADay**                                represented by   **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**1Sale**                                  represented by   **Daniel Adam Schlanger**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Fareway Stores, Inc.**                    represented by   **Jana Eisinger**
*TERMINATED: 05/05/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Find a Grave, Inc.**                      represented by   **Jana Eisinger**
*TERMINATED: 05/05/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Iarchvies, Inc.**                         represented by   **Jana Eisinger**
*TERMINATED: 05/05/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**TGN Services, LLC**                       represented by   **Jana Eisinger**
*TERMINATED: 05/05/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ancestry.com Operations Inc.**            represented by   **Jana Eisinger**
*TERMINATED: 05/05/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ancestry.com DNA, LLC**                   represented by   **Jana Eisinger**
*TERMINATED: 05/05/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**New Avon Company**                        represented by   **Jana Eisinger**
*TERMINATED: 06/16/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Exxon Mobile Corporation**                represented by   **David Edwards Wynne**
*TERMINATED: 06/16/2020*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Outrigger Hotels Hawaii**                 represented by   **Outrigger Hotels Hawaii**
                                                            PRO SE

<u>**Plaintiff**</u>

**Bucks, Inc.**

represented by **Christopher Bateman**
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
Fourteenth Floor
New York, NY 10005
212-838-7797
Fax: 212-838-7745
Email: cbateman@cohenmilstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
Cohen Milstein Sellers Toll, PLLC
11780 U.S. Highway One
Suite 500
Palm Beach Gardens, FL 33408
561-515-1400
Fax: 561-515-1401
Email: jdominguez@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: mwild@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave Nw
Suite 500
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: rkoffman@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
Cohen, Milstein, Sellers & Toll, P.L.L.C.
88 Pine Street
14th Flr.
New York, NY 10005
212-838-7797
Fax: 212-838-7745
Email: srobertson@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Koehnens Standard Service, Inc.**

represented by **Christopher Bateman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mox LLC**

represented by **Christopher Bateman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**OKY LLC**

represented by **Christopher Bateman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Old Jericho Enterprise, Inc.**

represented by  **Christopher Bateman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pointe Service Center LLC**

represented by  **Christopher Bateman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W.L.F. Automotive, Inc.**

represented by  **Christopher Bateman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wesco, Inc.**                          represented by  **Christopher Bateman**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sharon Kunjumon Robertson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Manuel Juan Dominguez**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew S. Wild**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Richard A. Koffman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dunhill Asset Services V LLC**         represented by  **Jana Eisinger**
*TERMINATED: 09/04/2020*                                Law Office of Jana Eisinger, PLLC

                                                      4610 South Ulster Street
                                                      Suite 150
                                                      Denver, CO 80237
                                                      303-209-0266
                                                      Fax: 303-353-0786
                                                      Email: jeisinger@eisingerlawfirm.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chandler Oil-1 Corporation**           represented by  **Christopher Bateman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Manuel Juan Dominguez**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew S. Wild**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Richard A. Koffman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sharon Kunjumon Robertson**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Coffee Cup Fuel Stop, Inc.**

represented by **Christopher Bateman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H&H Enterprises, Inc.**

represented by **Christopher Bateman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heinz Enterprises, Inc.**

represented by **Christopher Bateman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Case: 25-2073, 09/02/2025, DktEntry: 6.1, Page 201 of 1187

**Mineral Spring Avenue Getty, Inc.**                    represented by    **Christopher Bateman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Manuel Juan Dominguez**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Matthew S. Wild**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Richard A. Koffman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Sharon Kunjumon Robertson**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pit Row, Inc.**                                        represented by    **Christopher Bateman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Manuel Juan Dominguez**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Matthew S. Wild**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Richard A. Koffman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Sharon Kunjumon Robertson**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Red Eagle, Inc.**                                      represented by    **Christopher Bateman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Manuel Juan Dominguez**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Matthew S. Wild**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Richard A. Koffman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Sharon Kunjumon Robertson**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victory Energy, LLC**

represented by **Christopher Bateman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Village Center Auto Care, Inc.**

represented by **Christopher Bateman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zarco USA, Inc.**

represented by **Christopher Bateman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**32T, LLC**

represented by **Christopher Bateman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew S. Wild**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Koffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon Kunjumon Robertson**
Cohen, Milstein, Sellers & Toll, P.L.L.C.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Intuit Inc.**

represented by **Claire Disston Hausman**
Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
213-443-3179
Fax: 213-443-3100
Email: clairehausman@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Danielle Marie Shrader-Frechette**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St
10th Floor
Los Angeles, CA 90017
213-443-3710
Email: daniellefrechette@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Adam Bryan Wolfson**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017
213-443-3000
Email: adamwolfson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Kevin Yoshiwo Teruya**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street
Los Angeles
Los Angeles, CA 90017
213-443-3226
Email: kevinteruya@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Intuit Payment Solutions, LLC**                    represented by    **Claire Disston Hausman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danielle Marie Shrader-Frechette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Bryan Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Yoshiwo Teruya**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Equitable Relief Plaintiffs**                    represented by    **Equitable Relief Plaintiffs**
PRO SE

<u>**Plaintiff**</u>

**CryoServices, Inc.**                    represented by    **Daniel L. Warshaw**
Pearson Warshaw, LLP
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403
818-788-8300
Email: dwarshaw@pwfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Carl Rifkin**
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016
212-545-4600
Fax: 212-545-4653
Email: rifkin@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hamilton Burt**
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016
212-545-4600
Fax: 212-545-4653
Email: burt@whafh.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dell Fox Jewelry LLC**                    represented by    **Daniel L. Warshaw**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Carl Rifkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Hayley Lanning**                                  represented by   **Daniel L. Warshaw**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Mark Carl Rifkin**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Thomas Hamilton Burt**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SBG Designs, LLC**                                represented by   **Daniel L. Warshaw**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Mark Carl Rifkin**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Thomas Hamilton Burt**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Equitable Relief Class Plaintiffs**              represented by   **Equitable Relief Class Plaintiffs**
                                                                     PRO SE

**Plaintiff**

**Equitable Relief Class Plaintiffs**              represented by   **Equitable Relief Class Plaintiffs**
                                                                     (See above for address)
                                                                     PRO SE

**Plaintiff**

**Equitable Relief Class Plaintiffs**              represented by   **Equitable Relief Class Plaintiffs**
                                                                     (See above for address)
                                                                     PRO SE

**Plaintiff**

**Equitable Relief Class Plaintiffs**              represented by   **Equitable Relief Class Plaintiffs**
                                                                     (See above for address)
                                                                     PRO SE

**Plaintiff**

**Equitable Relief Class Plaintiffs**                    represented by    **Chad Holtzman**
                                                                           Grant & Eisenhofer PA
                                                                           123 Justison
                                                                           Wilmington, DE 19801
                                                                           302-622-7100
                                                                           Email: choltzman@gelaw.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Robert G. Eisler**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **H Melissa Mather**
                                                                           Hilliard Shadowen LLP
                                                                           Texas
                                                                           1717 W 6th St.
                                                                           Ste. 290
                                                                           Austin, TX 78703
                                                                           512-796-9294
                                                                           Email: mmather@hilliardshadowenlaw.com
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Sherwin Faridifar**
                                                                           Hilliard Shadowen LLP
                                                                           1717 W. 6th St.
                                                                           Ste. 290
                                                                           Austin, TX 78703
                                                                           512-981-9639
                                                                           Email: sfaridifar@hilliardshadowenlaw.com
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Steve D. Shadowen**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Equitable Relief Class Plaintiffs**                    represented by    **Equitable Relief Class Plaintiffs**
                                                                           (See above for address)
                                                                           PRO SE

**Plaintiff**

**Equitable Relief Class Plaintiffs**                    represented by    **Robert G. Eisler**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Energy Marketers of America**                          represented by    **Steve W. Berman**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rule 23(b)(2) Class Plaintiffs**                       represented by    **Rule 23(b)(2) Class Plaintiffs**
                                                                           PRO SE

**Plaintiff**

**Halcyon Loan Trading Fund LLC**                        represented by    **Halcyon Loan Trading Fund LLC**
                                                                           PRO SE

**Plaintiff**

**CenturyLink Communications, LLC**                    represented by   **Jana Eisinger**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**North Side Recovery LLC**                            represented by   **John C. Briody**
                                                                       McKool Smith, P.C.
                                                                       1301 Avenue of the Americas
                                                                       32nd Floor
                                                                       New York, NY 10019
                                                                       212-402-9400
                                                                       Email: jbriody@mckoolsmith.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rum Point Recovery LLC**                             represented by   **John C. Briody**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Garib Karapetyan**                                  represented by   **Joseph M Alioto , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Tatiana V Wallace**
                                                                       Alioto Law Firm
                                                                       One Sansome Street, 35th Floor
                                                                       San Francisco, CA 94104
                                                                       Email: twallace@aliotolaw.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John Nypl**                                         represented by   **Joseph M Alioto , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Tatiana V Wallace**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John Palladino**                                    represented by   **Joseph M Alioto , Sr**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Tatiana V Wallace**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

Steve Palladino           represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Block, Inc.**        represented by   **Justin T. Reinheimer**
Quinn Emanuel Urquhart & Sullivan
50 California St.
22nd Floor
San Francisco, CA 94111
415-875-6600
Email: justinreinheimer@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Manisha M. Sheth**
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, NY 10016
212-849-7000
Email: manishasheth@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Marc L. Greenwald**
Quinn Emanuel Urquhart & Sullivan, LLP
New York
295 5th Avenue
New York, NY 10016
212-849-7140
Fax: 212-849-7100
Email: marcgreenwald@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Steig David Olson**
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
212-849-7152
Email: steigolson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camp Grounds Coffee, LLC**     represented by   **Mark Carl Rifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Hamilton Burt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**803 Kava LLC**        represented by   **Mark Carl Rifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Hamilton Burt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CryoServices, Inc.,**
*dba Andersonville Cryotherapy and Athletic Recovery Center*

represented by **CryoServices, Inc.,**
PRO SE

**Plaintiff**

**Dell Fox Jewelry LLC**

represented by **Mark Carl Rifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Hamilton Burt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Roxberry**

represented by **Mark Carl Rifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Hamilton Burt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SBG Designs, LLC**
*dba Goldfine Jewelry*

represented by **SBG Designs, LLC**
PRO SE

**Plaintiff**

**Shen Shu Acupuncture, PLLC**

represented by **Mark Carl Rifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Hamilton Burt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mirage Wine Spirits, Inc.**                                      represented by   **Caitlin E. Keiper**
Robins Kaplan LLP
800 Lasalle Ave
2800 Lasalle Plaza
Minneapolis, MN 55402
612-349-8500
Email: ckeiper@robinskaplan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Burke**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**K. Craig Wildfang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Lv**
Burke LLP
402 West Broadway
Suite 1890
San Diego, CA 92101
619-369-8244
Email: klv@burke.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A Wallenstein**
Korein Tillery - Chicago
205 North Michigan Avenue
Suite 1950
Chicago, IL 60601
312-641-9750
Fax: 314-241-3525
Email: mwallenstein@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Navy Thompson**
Robins Kaplan LLP
800 Lasalle Ave
2800 Lasalle Plaza
Minneapolis, MN 55402
612-349-8747
Email: nthompson@robinskaplan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McGahan**
Scott&Scott Attorneys at Law LLP
156 South Main Street
P.O. Box 192
Ste P.O. Box 192
Colchester, CT 06415
860-537-5537
Email: pmcgahan@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Marth**
Robins Kaplan LLP
800 Lasalle Ave
2800 Lasalle Plaza
Minneapolis, MN 55402
612-349-8500
Fax: 612-339-4181
Email: rmarth@robinskaplan.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Russell**
Scott & Scott Attorneys at Law LLP - CA
600 W. Broadway
Suite 3300
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: srussell@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey Slaughter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Tillery**
Korein Tillery, LLC - St. Louis
One U.S. Bank Plaza
505 North 7th Street
Suite 3600
St. Louis, MO 63101-1625
314-241-4844
Fax: 314-241-3525
Email: stillery@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Undlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Walter W. Noss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Airbnb, Inc.**                    represented by    **Marc L. Greenwald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Airbnb Payments, Inc.**           represented by    **Marc L. Greenwald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hotel Tonight LLC**               represented by    **Marc L. Greenwald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betz & Baril**                          represented by   **James J. DeCristofaro**
                                                           James J. DeCristofaro, ESQ.
                                                           902 Broadway Fl 6
                                                           New York, NY 10010
                                                           212-500-1891
                                                           Fax: 917-591-0289
                                                           Email: james@dclfirm.com
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Airbnb, Inc.**                          represented by   **Marc L. Greenwald**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Airbnb Payments, Inc.**                 represented by   **Marc L. Greenwald**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hotel Tonight, LLC**                    represented by   **Marc L. Greenwald**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CardSettlement.org LLC**                represented by   **CardSettlement.org LLC**
                                                           PRO SE

**Plaintiff**

**CardSettlement.org LLC**                represented by   **CardSettlement.org LLC**
                                                           (See above for address)
                                                           PRO SE

V.

**Intervenor Plaintiff**

**Oneota Community Food Co-op**           represented by   **Oneota Community Food Co-op**
                                                           PRO SE

V.

**Defendant**

**Defendants in civil action Jetro Holding, Inc. et al v.
Visa U.S.A., Inc. et al 05-cv-4520 JG-JO**

represented by

**Lawrence B. Friedman**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3999
Email: lfriedman@cgsh.com
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Tully**
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1000
Fax: 617-523-1231
Email: mtully@goodwinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kelly**
Lord Bissell & Brook LLP
111 S Wacker Dr
Chicago, IL 60606
(312)443-0700
Fax: (312)443-0336
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Sullivan**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
401-276-6437
Fax: 888-325-9067
*TERMINATED: 08/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
212-735-3620
Fax: 917-777-3620
Email: pgreene@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Harry Rooney**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8259
Fax: (212) 977-0292
Email: maoedny@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ali Stoeppelwerth**
Wilmer Cutler Pickering Hale and Dorr
2445 M Street, N.W.
Washington, DC 20037
202-663-6589
Fax: 202-663-6363
Email: Ali.Stoeppelwerth@wilmerhale.com
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
Dickstein Shapiro
1825 Eye Street NW
Washington, DC 20006
202-420-2200
Fax: 202-420-2201
Email: battsa@dicksteinshapiro.com
*TERMINATED: 06/25/2012*

**Andrew J. McDonald**
Pullman & Comley, LLC
300 Atlantic Streeet
Stamford, CT 06901
(203)324-5000
Fax: (203)363-8659
*ATTORNEY TO BE NOTICED*

**Ann-Marie Lucianoc**
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006
202-420-2200
Fax: 202-420-2201
*TERMINATED: 06/25/2012*

**Brian A. Herman**
Morgan, Lewis & Bockuis, LLP
101 Park Aevnue
New York, NY 10178
212-309-6909
Fax: 212-309-6001
Email: bherman@morganlewis.com

**Christopher R. Lipsett**
Wilmer Cutler Pickering Hale and Dorr
399 Park Avenue
New York, NY 10022
212-230-8800
Fax: 212-230-8888
Email: christopher.lipsett@wilmerhale.com
*TERMINATED: 07/16/2012*
*ATTORNEY TO BE NOTICED*

**Cyrus Amir-Mokri**
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
212-735-3000
Fax: 212-735-2000
*TERMINATED: 08/12/2009*
*ATTORNEY TO BE NOTICED*

**David Sapir Lesser**
KIng & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212-556-2261
Email: dlesser@kslaw.com
*ATTORNEY TO BE NOTICED*

**Douglas Melamed**
2445M Street
Washington , Dc, WA 20037
*ATTORNEY TO BE NOTICED*

**Eric H. Grush**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Fenby**
Alston & Bird LLP

1201 West Peachtree Street
Atlanta, GA 30309
404-881-7893
Fax: 404-253-8693
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Florence Amanda Crisp**
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903
401-276-6413
Fax: 866-204-4410
Email: fcrisp@eapdlaw.com
*TERMINATED: 08/10/2012*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Harold Stephen Harris**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7197
Fax: 404-881-7777
*TERMINATED: 05/21/2008*
*ATTORNEY TO BE NOTICED*

**James T. Shearin**
Pullman & Comley, LLC
850 Main Street
PO Box 7006
Bridgeport, CT 06601
(203) 330-2000
Fax: (203) 576-8888
Email: jtshearin@pullcom.com
*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102-2186
(402)346-6000
Fax: (402)346-1148
Email: james.sulentic@kutakrock.com
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
Dickstein Shapiro
1825 Eye Street NW
Washington, DC 20006
202-420-2200
Fax: 202-420-2201
Email: trulovej@dicksteinshapiro.com
*TERMINATED: 06/25/2012*

**John M. Majoras**
Jones Day
51 Louisiana Ave Nw
Washington, DC 20001
202-879-3939
Fax: 202-626-1700
Email: jmajoras@jonesday.com
*TERMINATED: 08/05/2016*
*ATTORNEY TO BE NOTICED*

**John P. Passarelli**
Kutak Rock LLP

1650 Farnam Street
Omaha, NE 68102
402-346-6000
Fax: 402-346-1148
Email: john.passarelli@kutakrock.com
*ATTORNEY TO BE NOTICED*

**Jonathan B. Orleans**
Pullman & Comley LLC
850 Main Street
POB 7006
Bridgeport, CT 06601
203-330--2233
Fax: 203-330-2088
Email: jborleans@pullcom.com
*ATTORNEY TO BE NOTICED*

**Joseph W. Clark**
Jones Day
51 Lousiana Avenue. N.W.
Washington, DC 20001-2113
(202) 879-3939
*ATTORNEY TO BE NOTICED*

**Joseph N. Froehlich**
Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022
919-578-6337
Email: joseph.froehlich@troutman.com
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Kara Kennedy**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: kara.kennedy@alston.com
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
2001 K Street, N.W.
Washington, DC 20006
202-223-7356
Fax: 202-204-7356
Email: kgallo@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisl J. Dunlop**
Axinn, Veltrop & Harkrider LLP
114 W 47th Street
Ste Floor 22
New York, NY 10036
212-728-2229
Fax: 212-728-2201
Email: ldunlop@axinn.com
*TERMINATED: 07/28/2020*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**

Morrison & Foerster
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: mladner@mofo.com
*TERMINATED: 12/29/2020*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000
Email: mfreimuth@willkie.com
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michael Edward Johnson**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444
Email: mjohnson@alston.com
*ATTORNEY TO BE NOTICED*

**Michael R. Lazerwitz**
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania, Ave N.W.
Washington, DC 20006-1801
(202)974-1500
Fax: (202)974-1999
Email: mlazerwitz@cgsh.com
*TERMINATED: 05/05/2006*
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
Morrison & Foerster LLP
250 West 55 Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: mbmiller@mofo.com
*ATTORNEY TO BE NOTICED*

**Naeemah Clark**
Phillips Nizer LLP
485 Lexington Avenue
14th Floor
New York, NY 10017
212-841-0717
Email: nclark@westermanllp.com
*TERMINATED: 01/21/2011*
*ATTORNEY TO BE NOTICED*

**Nicolas W. Steenland**
Alston & Bird LLP
90 Park Ave
15th Floor
New York, NY 10016
(212)210-1257
Fax: (212)922-3957
Email: nicolas.steenland@alston.com
*TERMINATED: 06/05/2018*
*ATTORNEY TO BE NOTICED*

**Peter S. Julian**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000

Email: pjulian@skadden.com
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402)346-6000
Fax: (402)346-1148
*TERMINATED: 04/30/2007*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
Gilbert LLP
700 Pennsylvania Ave.
Ste 400
Washington, DC 20003
202-772-1918
Fax: 202-772-3333
Email: leveridger@gilbertlegal.com
*TERMINATED: 06/25/2012*

**Robert Donald Carroll**
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
617-570-1000
Email: rcarroll@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa T. Bonder**
Alston & Bird LLP
55 2nd Street
Suite 2100
San Francisco, CA 94105
415-243-1010
Email: teresa.bonder@alston.com
*ATTORNEY TO BE NOTICED*

**Valerie C. Williams**
Alston & Bird
55 2nd Street
Suite 2100
San Francisco, CA 94105
415-243-1000
Fax: 415-243-1001
Email: valarie.williams@alston.com
*ATTORNEY TO BE NOTICED*

**William Kolasky**
2445 M Street NW
Washington, DC, WA 20037
Email: William.Kolasky@wilmerhale.com

**Defendant**

**Defendants in civil action** National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO

represented by

**Lawrence B. Friedman**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Tully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Sullivan**
(See above for address)
*TERMINATED: 08/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000
Email: wpowell@willkie.com
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Harry Rooney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ali Stoeppelwerth**
(See above for address)
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Andrew J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Brian A. Herman**
(See above for address)

**Christopher R. Lipsett**
(See above for address)
*TERMINATED: 07/16/2012*
*ATTORNEY TO BE NOTICED*

**Cyrus Amir-Mokri**
(See above for address)
*TERMINATED: 08/12/2009*
*ATTORNEY TO BE NOTICED*

**David Sapir Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Melamed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric H. Grush**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Fenby**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Florence Amanda Crisp**
(See above for address)
*TERMINATED: 08/10/2012*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Harold Stephen Harris**
(See above for address)
*TERMINATED: 05/21/2008*
*ATTORNEY TO BE NOTICED*

**James T. Shearin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
(See above for address)
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**John M. Majoras**
(See above for address)
*TERMINATED: 08/05/2016*
*ATTORNEY TO BE NOTICED*

**John P. Passarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan B. Orleans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Kara Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Lisl J. Dunlop**
(See above for address)
*TERMINATED: 07/28/2020*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**
(See above for address)
*TERMINATED: 12/29/2020*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michael Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Lazerwitz**
(See above for address)
*TERMINATED: 05/05/2006*

**Michael B. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Naeemah Clark**
(See above for address)
*TERMINATED: 01/21/2011*
*ATTORNEY TO BE NOTICED*

**Nicolas W. Steenland**
(See above for address)
*TERMINATED: 06/05/2018*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter S. Julian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
(See above for address)
*TERMINATED: 04/30/2007*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert Donald Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa T. Bonder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Valerie C. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Supervalu Inc. v. Visa U.S.A.
Inc. et al 05-cv-4650 JG-JO**

represented by  **Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO** | represented by | **Michael Kelly**<br>(See above for address)<br>*TERMINATED: 07/20/2009*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action East Goshen Pharmacy, Inc.**
**v. Visa U.S.A., Inc 05-cv-5073-JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants iin civil action National Grocers**
**Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG**
**-JO**

represented by

**Lawrence B. Friedman**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Tully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Sullivan**
(See above for address)
*TERMINATED: 08/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Harry Rooney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ali Stoeppelwerth**
(See above for address)
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Andrew J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Brian A. Herman**
(See above for address)

**Christopher R. Lipsett**
(See above for address)
*TERMINATED: 07/16/2012*
*ATTORNEY TO BE NOTICED*

**Cyrus Amir-Mokri**
(See above for address)
*TERMINATED: 08/12/2009*
*ATTORNEY TO BE NOTICED*

**David Sapir Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Melamed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric H. Grush**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Fenby**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Florence Amanda Crisp**
(See above for address)
*TERMINATED: 08/10/2012*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Harold Stephen Harris**
(See above for address)
*TERMINATED: 05/21/2008*
*ATTORNEY TO BE NOTICED*

**James T. Shearin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
(See above for address)
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**John P. Passarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan B. Orleans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Kara Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**
(See above for address)
*TERMINATED: 12/29/2020*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michael Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Lazerwitz**
(See above for address)
*TERMINATED: 05/05/2006*
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Naeemah Clark**
(See above for address)
*TERMINATED: 01/21/2011*
*ATTORNEY TO BE NOTICED*

**Nicolas W. Steenland**
(See above for address)
*TERMINATED: 06/05/2018*
*ATTORNEY TO BE NOTICED*

**Peter S. Julian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
(See above for address)
*TERMINATED: 04/30/2007*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert Donald Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa T. Bonder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Valerie C. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kolasky**
(See above for address)

**Defendant**

**Defendants in civil action American Booksellers
Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO**

represented by

**Lawrence B. Friedman**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Tully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Sullivan**
(See above for address)
*TERMINATED: 08/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Harry Rooney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ali Stoeppelwerth**
(See above for address)
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Andrew J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Brian A. Herman**
(See above for address)

**Christopher R. Lipsett**
(See above for address)
*TERMINATED: 07/16/2012*
*ATTORNEY TO BE NOTICED*

**Cyrus Amir-Mokri**
(See above for address)
*TERMINATED: 08/12/2009*
*ATTORNEY TO BE NOTICED*

**David Sapir Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Melamed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric H. Grush**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Fenby**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Florence Amanda Crisp**
(See above for address)
*TERMINATED: 08/10/2012*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Harold Stephen Harris**
(See above for address)
*TERMINATED: 05/21/2008*
*ATTORNEY TO BE NOTICED*

**James T. Shearin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
(See above for address)
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**John P. Passarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan B. Orleans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Kara Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**
(See above for address)
*TERMINATED: 12/29/2020*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michael Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Lazerwitz**
(See above for address)
*TERMINATED: 05/05/2006*

**Naeemah Clark**
(See above for address)
*TERMINATED: 01/21/2011*
*ATTORNEY TO BE NOTICED*

**Nicolas W. Steenland**
(See above for address)
*TERMINATED: 06/05/2018*
*ATTORNEY TO BE NOTICED*

**Peter S. Julian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
(See above for address)
*TERMINATED: 04/30/2007*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert Donald Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa T. Bonder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Valerie C. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kolasky**
(See above for address)

**Defendant**

**Defendants in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Animal Land, Inc. v. Visa
U.S.A., Inc. 05-cv-5074-JG-JO**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO**

represented by    **Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO**                    represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO** | represented by | **Michael Kelly** (See above for address) *TERMINATED: 07/20/2009* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants** in civil action Fairmont Orthopedics &
Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-
JO

represented by **Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO** | represented by | **Michael Kelly** |

**Defendants in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Parkway Corp. v. Visa U.S.A.,**
**Inc. 05-cv-5077-JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Joseph N. Froehlich**
(See above for address)
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO** | represented by | **Michael Kelly**<br>(See above for address)<br>*TERMINATED: 07/20/2009*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Edward Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alicia Batts**<br>(See above for address)<br>*TERMINATED: 06/25/2012* |
| | | **Ann-Marie Lucianoc**<br>(See above for address)<br>*TERMINATED: 06/25/2012* |
| | | **Gary R. Carney , Jr.**<br>(See above for address)<br>*TERMINATED: 04/25/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jodi Trulove**<br>(See above for address)<br>*TERMINATED: 06/25/2012* |
| | | **Joseph N. Froehlich**<br>(See above for address)<br>*TERMINATED: 07/20/2009*<br>*ATTORNEY TO BE NOTICED* |
| | | **Keila D. Ravelo**<br>(See above for address)<br>*TERMINATED: 12/21/2016*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Stephen Freimuth**<br>(See above for address)<br>*TERMINATED: 12/21/2016*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard J. Leveridge**<br>(See above for address)<br>*TERMINATED: 06/25/2012* |
| | | **Robert C. Mason**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Defendants in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800**

represented by **Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO** | represented by | **Michael Kelly** |

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Defendant**

**Defendants in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO** | represented by | **Michael Kelly** (See above for address) *TERMINATED: 07/20/2009* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Peter Edward Greene** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Alicia Batts** (See above for address) *TERMINATED: 06/25/2012* |
| | | **Ann-Marie Lucianoc** (See above for address) *TERMINATED: 06/25/2012* |
| | | **Gary R. Carney , Jr.** (See above for address) *TERMINATED: 04/25/2025* *ATTORNEY TO BE NOTICED* |
| | | **Jodi Trulove** (See above for address) *TERMINATED: 06/25/2012* |
| | | **Richard J. Leveridge** (See above for address) *TERMINATED: 06/25/2012* |
| | | **Robert C. Mason** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**Defendants in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO**

represented by

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jonathan Mitchell Jacobson**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
Ste 40th Floor
New York, NY 10019
212-497-7758
Email: jjacobson@wsgr.com
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Paul W. Bartel , II**
Davis, Polk and Wardwell
450 Lexington Avenue
New York, NY 10017
(212)450-4760
Fax: (212)450-3760
Email: paul.bartel@dpw.com
*ATTORNEY TO BE NOTICED*

**Sammi Malek**
Baker & Hostetler LLP
45 Rockefeller Plaza
11th floor
New York, NY 10111
212-589-4200
Fax: 212-589-4201
*TERMINATED: 07/30/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Photos Etc. Corp. v. Visa**
**U.S.A., Inc. 05-cv-5071-JG-JO**

represented by

**Craig A. Raabe**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8304
Fax: 860-275-8299
Email: craabe@rc.com
*TERMINATED: 06/26/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Tully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Sullivan**
(See above for address)
*TERMINATED: 08/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ali Stoeppelwerth**
(See above for address)
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Andrew J. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Christopher R. Lipsett**
(See above for address)
*TERMINATED: 07/16/2012*
*ATTORNEY TO BE NOTICED*

**Cyrus Amir-Mokri**
(See above for address)
*TERMINATED: 08/12/2009*
*ATTORNEY TO BE NOTICED*

**David Sapir Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Melamed**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Eric H. Grush**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Fenby**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Florence Amanda Crisp**
(See above for address)
*TERMINATED: 08/10/2012*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Harold Stephen Harris**
(See above for address)
*TERMINATED: 05/21/2008*
*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
(See above for address)
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**John P. Passarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan B. Orleans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kara Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisl J. Dunlop**
(See above for address)
*TERMINATED: 07/28/2020*
*ATTORNEY TO BE NOTICED*

**Michael Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Lazerwitz**
(See above for address)
*TERMINATED: 05/05/2006*
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Naeemah Clark**
(See above for address)
*TERMINATED: 01/21/2011*

*ATTORNEY TO BE NOTICED*

**Nicolas W. Steenland**
(See above for address)
*TERMINATED: 06/05/2018*
*ATTORNEY TO BE NOTICED*

**Peter S. Julian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
(See above for address)
*TERMINATED: 04/30/2007*
*ATTORNEY TO BE NOTICED*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert Donald Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa T. Bonder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Valerie C. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Kolasky**
(See above for address)

**Defendant**

**Defendants in civil action Kroger Co. v. Visa U.S.A., Inc.**      represented by    **Michael Kelly**
**05-cv-5078 JG-JO**                                                                  (See above for address)
                                                                                     *TERMINATED: 07/20/2009*
                                                                                     *LEAD ATTORNEY*
                                                                                     *ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann-Marie Lucianoc**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Jodi Trulove**
(See above for address)
*TERMINATED: 06/25/2012*

**Richard J. Leveridge**
(See above for address)
*TERMINATED: 06/25/2012*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO** | represented by | **Peter Edward Greene** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Alicia Batts** (See above for address) *TERMINATED: 06/25/2012* |
| | | **Gary R. Carney , Jr.** (See above for address) *TERMINATED: 04/25/2025* *ATTORNEY TO BE NOTICED* |
| | | **Keila D. Ravelo** (See above for address) *TERMINATED: 12/21/2016* *ATTORNEY TO BE NOTICED* |
| | | **Kenneth A. Gallo** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Matthew Stephen Freimuth** (See above for address) *TERMINATED: 12/21/2016* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO** | represented by | **Michael Kelly** (See above for address) *TERMINATED: 07/20/2009* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Peter Edward Greene** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Alicia Batts** (See above for address) *TERMINATED: 06/25/2012* |
| | | **Robert C. Mason** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**Defendants in civil action The Kroger Co., et al. v.**
**MasterCard Inc., et al., 06-cv-0039 JG-JO**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO**

represented by

**Joshua N. Holian**
Latham & Watkins
Suite 2000
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600
Fax: (415) 395-8095
Email: joshua.holian@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Lazerwitz**
(See above for address)
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Eric H. Grush**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Fenby**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Joseph W. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kara Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michael Edward Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Naeemah Clark**
(See above for address)
*TERMINATED: 01/21/2011*
*ATTORNEY TO BE NOTICED*

**Nicolas W. Steenland**
(See above for address)
*TERMINATED: 06/05/2018*
*ATTORNEY TO BE NOTICED*

**Richard P. Jeffries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa T. Bonder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Valerie C. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Joseph W. Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Defendants in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO**

represented by

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Defendants in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO**

represented by    **Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO**

represented by    **Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Leeber Cohen, M.D. v. Visa**      represented by
**U.S.A., Inc., et al. 05-cv-5878 JG-JO**

**Michael Kelly**
(See above for address)
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Batts**
(See above for address)
*TERMINATED: 06/25/2012*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Defendants in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO** | represented by | **Michael Kelly**<br>(See above for address)<br>*TERMINATED: 07/20/2009*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Edward Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alicia Batts**<br>(See above for address)<br>*TERMINATED: 06/25/2012* |
| | | **Eric H. Grush**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Gary R. Carney , Jr.**<br>(See above for address)<br>*TERMINATED: 04/25/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Keila D. Ravelo**<br>(See above for address)<br>*TERMINATED: 12/21/2016*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Stephen Freimuth**<br>(See above for address)<br>*TERMINATED: 12/21/2016*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael R. Lazerwitz**<br>(See above for address)<br>*TERMINATED: 05/05/2006*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael B. Miller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Defendants in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO** | represented by | **Peter Edward Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gary R. Carney , Jr.**<br>(See above for address)<br>*TERMINATED: 04/25/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Keila D. Ravelo**<br>(See above for address)<br>*TERMINATED: 12/21/2016*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Stephen Freimuth**<br>(See above for address)<br>*TERMINATED: 12/21/2016*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885**

represented by **Peter Edward Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Fringe, Inc. v. Visa, U.S.A.,**          represented by   **Michael Kelly**
**Inc. et al 05-cv-4194 JG-JO**                                                        (See above for address)
                                                                                       *TERMINATED: 07/20/2009*
                                                                                       *LEAD ATTORNEY*
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Peter Edward Greene**
                                                                                       (See above for address)
                                                                                       *LEAD ATTORNEY*
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Gary R. Carney , Jr.**
                                                                                       (See above for address)
                                                                                       *TERMINATED: 04/25/2025*
                                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Bank USA, N.A.**                                              represented by   **David Sapir Lesser**
                                                                                       (See above for address)
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Perry Lange**
                                                                                       Wilmer Cutler Pickering Hale & Dorr LLP
                                                                                       2100 Pennsylvania Ave, NW
                                                                                       Washington, DC 20037
                                                                                       202-663-6493
                                                                                       Email: perry.lange@wilmerhale.com
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **William J. Perlstein**
                                                                                       WilmerHale
                                                                                       1875 Pennsylvania Avenue Nw
                                                                                       Washington, DC 20006
                                                                                       212-230-8810
                                                                                       Fax: 212-230-8888
                                                                                       Email: bill.perlstein@wilmerhale.com
                                                                                       *TERMINATED: 06/09/2015*
                                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Capital One Bank**

represented by **Abby Faith Rudzin**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Ste 1700
New York, NY 10019
212-326-2000
Fax: 212-326-2061
Email: arudzin@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Frackman**
O'Melveny & Meyers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022
212-326-2000
Fax: 212-326-2061
Email: afrackman@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward D. Hassi**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-326-4318
Fax: 212-326-2061
Email: ehassi@omm.com
*TERMINATED: 02/10/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
Ahmad, Zavitsanos, & Mensing, PLLC
1221 McKinney
Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: jzavitsanos@azalaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Lyn Warshauer**
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney St
Ste 2500
Houston, TX 77010
713-655-1101
Email: jwarshauer@azalaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Clemens Herrick**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-326-2262
Fax: 212-326-2061
Email: pherrick@omm.com
*TERMINATED: 04/16/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth T. Murata**
O'Melveny & Myers LLP

7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: kmurata@omm.com
*TERMINATED: 10/17/2013*

**Defendant**

**Capital One F S B**                    represented by    **Abby Faith Rudzin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Frackman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward D. Hassi**
(See above for address)
*TERMINATED: 02/10/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Clemens Herrick**
(See above for address)
*TERMINATED: 04/16/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth T. Murata**
(See above for address)
*TERMINATED: 10/17/2013*

**Defendant**

**Capital One Financial Corp**

represented by    **Abby Faith Rudzin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Frackman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward D. Hassi**
(See above for address)
*TERMINATED: 02/10/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Alan Aycock**
AZA
1221 McKinney Street
Suite 2500
Houston, TX 77010
713-600-4922
Fax: 713-655-0062
Email: jamieaycock@azalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Clemens Herrick**
(See above for address)
*TERMINATED: 04/16/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth T. Murata**
(See above for address)
*TERMINATED: 10/17/2013*

**Defendant**

**Wells Fargo & Company**

represented by

**Allyson M. Maltas**
Latham & Watkins LLP
555 Eleventh Street, Nw
Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: allyson.maltas@lw.com
*TERMINATED: 11/09/2007*
*LEAD ATTORNEY*

**Charles Bedford Hampton**
McGuireWoods LLP
600 Travis
Ste 7500
Houston, TX 77002
713-353-6683
Email: champton@mcguirewoods.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Seador**
Latham & Watkins
555 Eleventh Street, Nw
Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
*TERMINATED: 11/09/2007*
*LEAD ATTORNEY*

**Norman W. Kee**
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
212-336-2261
Fax: 212-336-2222
*TERMINATED: 07/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Abraham Nelson**
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
New York City, NY 10036
212-336-3406
Fax: 212-336-2222
Email: pnelson@pbwt.com
*TERMINATED: 05/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P. LoBue**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2000
Fax: 212-336-2222
Email: rplobue@pbwt.com
*TERMINATED: 01/04/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vivian Ruth Mills Storm**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212)336-7624
Fax: (212)336-2222
*TERMINATED: 09/05/2017*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Cavanaugh**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2793
Fax: 212-336-2394
Email: wfcavanaugh@pbwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Neda Vegari**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2000
Fax: 212-336-2222
Email: avegari@pbwt.com
*ATTORNEY TO BE NOTICED*

**Andrew Howard Warren**
Latham & Watkins LLP
555 Eleventh Street, Nw
Suite 1000
Washington, DC 20004
202-637-2317
Fax: 202-637-2201
*TERMINATED: 05/28/2009*

**Benjamin R. Rossen**
Patterson Belknap Webb & Tyler
1133 Avenue Of The Americas
New York, NY 10036
212-336-2379
Fax: 212-336-2347
*ATTORNEY TO BE NOTICED*

**Eric J. McCarthy**
Latham & Watkins, LLP
555 Eleventh Street, Nw
Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: eric.mccarthy@lw.com
*TERMINATED: 11/09/2007*

**Erica T. Grossman**
Latham & Watkins
505 Montgomery St
Suite 2000
San Francisco, CA 94111
(415)391-0600
Fax: (415)395-8095
*TERMINATED: 05/28/2009*

**Holly Tate**
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415)391-0600
Fax: (415)395-8095
Email: holly.tate@lw.com
*TERMINATED: 11/09/2007*

**Jason D. Cruise**
Latham & Watkins, LLP
555 Eleventh Street, Nw
Suite 1000

Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: jason.cruise@lw.com
*TERMINATED: 11/09/2007*
*PRO HAC VICE*

**Joshua N. Holian**
Latham & Watkins
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600
Fax: (415) 395-8095
Email: joshua.holian@lw.com
*TERMINATED: 05/28/2009*

**Terra Hittson**
Hartline Barger LLP
141 E. Palace Avenue
Ste Garden Suite #100
Santa Fe, NM 87501
505-336-5310
Fax: 505-336-5321
Email: thittson@pbwt.com
*TERMINATED: 01/31/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National City Bank of Kentucky**                    represented by    **National City Bank of Kentucky**
PRO SE

**Frederick N. Egler**
Reed Smith
225 Fifth Avenue
Pittsburgh, PA 15222
412-288-3396
Fax: 412-288-3063
Email: fegler@reedsmith.com
*TERMINATED: 12/12/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Majoras**
Jones Day
51 Louisiana Ave Nw
Washington, DC 20001
202-879-3939
Fax: 202-626-1700
Email: jwclark@jonesday.com
*TERMINATED: 08/05/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National City Corporation**

represented by   **National City Corporation**
PRO SE

**Frederick N. Egler**
(See above for address)
*TERMINATED: 12/12/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Majoras**
(See above for address)
*TERMINATED: 08/05/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Juniper Financial Corporation**

represented by   **Richard F. Schwed**
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
212-848-4000
Email: rschwed@aoshearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Klebanoff**
Allen Overy Shearman Sterling US LLP
599 Lexington Ave.
New York
New York, NY 10022
212-848-4000
Fax: 646-848-7316
Email: benjamin.klebanoff@aoshearman.com
*ATTORNEY TO BE NOTICED*

**Brian Calandra**
Pomerantz LLP
600 Third Avenue
Ste 20th Floor
New York, NY 10016
212-661-1100
Email: bcalandra@pomlaw.com
*TERMINATED: 05/31/2019*
*ATTORNEY TO BE NOTICED*

**Grace Jheeyoung Lee**
Allen Overy Shearman Sterling US LLP
1101 New York Avenue NW
Washington, DC 20005
212-848-4489
Email: grace.lee@aoshearman.com
*ATTORNEY TO BE NOTICED*

**James P. Tallon**
Shearman & Sterling
599 Lexington Avenue
Suite 548
New York, NY 10022
212-848-4650
Fax: 646-848-4650
Email: jtallon@shearman.com
*TERMINATED: 01/03/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mastercard Incorporated**

represented by **Brette Morgan Tannenbaum**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: btannenbaum@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Ioffredo**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, Nw
Washington, DC 20006
202-223-7376
Fax: 202-204-7376
Email: dioffredo@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney**
Paul Weiss Rifkind Wharton & Garrison, LLP-NY
1285 Avenue of the Americas
New York, NY 10019
212-373-3051
Fax: .
Email: gcarney@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeannie S. Rhee**
Dunn Isaacson Rhee LLP
401 Ninth Street, N.W.
Washington, DC 20004
202-240-2900
Email: jrhee@dirllp.com
*TERMINATED: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Anderson**
Exxon Mobil Corporation
22777 Springwoods Village Parkway
Ste Nature N1.5A.578
Spring, TX 77389
737-272-1219
Email: justin.a.anderson@exxonmobil.com
*TERMINATED: 07/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Charles Port**
Gaslowitz Frankel LLC
4500 Suntrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
404-892-9797
Fax: 404-892-1311
Email: rport@gadisputes.com

*TERMINATED: 11/15/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tynan Buthod**
Baker Botts LLP
One Shell Plaza
910 Louisiana St
Houston, TX 77002
713-229-1912
Fax: 713-229-2712
Email: ty.buthod@bakerbotts.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alex Michael Hyman**
Squire Patton Boggs (US) LLP
1211 Ave. of the Americas
26th Floor
New York, NY 10036
212-872-9884
Email: alex.hyman@squirepb.com
*TERMINATED: 06/28/2021*
*ATTORNEY TO BE NOTICED*

**Andrew Corydon Finch**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
2 Manhattan West
New York, NY 10001
212-474-1000
Email: afinch@cravath.com
*TERMINATED: 04/07/2017*
*ATTORNEY TO BE NOTICED*

**Ariana Bloom**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: abloom@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Bruce Alan Birenboim**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 6th Avenue
33rd Floor
New York, NY 10019
212-373-3165
Fax: 212-492-0165
Email: bbirenboim@paulweiss.com
*TERMINATED: 04/28/2025*
*ATTORNEY TO BE NOTICED*

**Craig Aaron Benson**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, Nw
Washington, DC 20006
202-223-7300
Fax: 202-223-7420
Email: cbenson@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Danielle M. Aguirre**
Paul Weiss Rifkind Wharton Garrison LLP
1615 L Street, Nw
Suite #1300
Washington, DC 20036
202-223-7368
Fax: 202-223-7461
Email: daguirre@paulweiss.com

*TERMINATED: 02/14/2011*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Heather C. Milligan**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street Nw
Washington, DC 20006
202-223-7300
Fax: 202-223-7420
Email: hmilligan@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Jarred A. Klorfein**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, Nw
Washington, DC 20006
202-223-7300
Fax: 202-223-7420
Email: jklorfein@paulweiss.com
*TERMINATED: 02/25/2019*
*ATTORNEY TO BE NOTICED*

**Jessica A. Morton**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-843-1642
Email: jmorton@democracyforward.org
*TERMINATED: 01/22/2021*
*ATTORNEY TO BE NOTICED*

**Karen L Berenthal**
Facebook, Inc.
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
202-223-7338
Fax: 202-204-7387
Email: karen.berenthal@gmail.com
*TERMINATED: 04/30/2015*
*ATTORNEY TO BE NOTICED*

**Kelly Dodge Garcia**
Paul, Weiss, Rifkind,Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212)373-3335
Fax: (212)492-0335
Email: kgarcia@paulweiss.com
*TERMINATED: 04/05/2022*
*ATTORNEY TO BE NOTICED*

**Larry Alan Coury**
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3170
Fax: 212-492-0170
*TERMINATED: 06/25/2012*
*ATTORNEY TO BE NOTICED*

**Lina Dagnew**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street Nw
Washington, DC 20006
202-223-7300
Fax: 202-223-7420
Email: ldagnew@paulweiss.com

*ATTORNEY TO BE NOTICED*

**Maia Usui**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
212-735-3000
Email: maia.usui@skadden.com
*TERMINATED: 10/26/2024*
*ATTORNEY TO BE NOTICED*

**Marco Minichiello**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: mminichiello@paulweiss.com
*TERMINATED: 03/02/2022*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michelle Katherine Parikh**
DOJ-Crm
1331 F Street NW
Washington, DC 20005
202-353-0726
Email: michelle.parikh@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nina Mikhaylovna Kovalenko**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: nkovalenko@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Paul Eric Chaffin**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K St Nw
Washington, DC 20006
202-223-7329
Fax: 202-403-3118
Email: pchaffin@paulweiss.com
*TERMINATED: 10/12/2021*
*ATTORNEY TO BE NOTICED*

**Robert Joseph O'Loughlin , III**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
212-373-3000
Fax: 212-757-3990
Email: roloughlin@paulweiss.com
*TERMINATED: 05/24/2021*
*ATTORNEY TO BE NOTICED*

**Sarah Ripa**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
(202)223-7328
Fax: (202)204-7385
Email: sripa@paulweiss.com
*TERMINATED: 01/13/2021*
*ATTORNEY TO BE NOTICED*

**Sasha Freedman**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, Nw
Washington, DC 20006
202-223-7300
Fax: 202-223-7420
Email: sfreedman@paulweiss.com
*TERMINATED: 08/10/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stanton Lawyer**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, Nw
Washington, DC 20006
(202)223-7459
Fax: (202)379-4217
Email: slawyer@paulweiss.com
*TERMINATED: 08/03/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Zachary Alan Dietert**
United States Department of Justice
450 5th Street NW
Ste 6400-South
Washington, DC 20001
202-616-9027
Email: zachary.a.dietert@usdoj.gov
*TERMINATED: 11/01/2019*
*ATTORNEY TO BE NOTICED*

**Matthew Duff Turner**
Armstrong Teasdale LLP-JCMO
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mastercard International Incorporated**

represented by

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Ioffredo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney**
(See above for address)
*TERMINATED: 04/25/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeannie S. Rhee**
(See above for address)
*TERMINATED: 06/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Anderson**
(See above for address)
*TERMINATED: 07/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Charles Port**
(See above for address)
*TERMINATED: 11/15/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tynan Buthod**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alex Michael Hyman**
(See above for address)
*TERMINATED: 06/28/2021*
*ATTORNEY TO BE NOTICED*

**Andrew Corydon Finch**
(See above for address)
*TERMINATED: 04/07/2017*
*ATTORNEY TO BE NOTICED*

**Ariana Bloom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bruce Alan Birenboim**
(See above for address)
*TERMINATED: 04/28/2025*
*ATTORNEY TO BE NOTICED*

**Craig Aaron Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danielle M. Aguirre**
(See above for address)
*TERMINATED: 02/14/2011*
*ATTORNEY TO BE NOTICED*

**Gary R. Carney , Jr.**
(See above for address)
*TERMINATED: 04/25/2025*
*ATTORNEY TO BE NOTICED*

**Heather C. Milligan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jarred A. Klorfein**
(See above for address)
*TERMINATED: 02/25/2019*
*ATTORNEY TO BE NOTICED*

**Jessica A. Morton**
(See above for address)
*TERMINATED: 01/22/2021*
*ATTORNEY TO BE NOTICED*

**Karen L Berenthal**
(See above for address)
*TERMINATED: 04/30/2015*
*ATTORNEY TO BE NOTICED*

**Kelly Dodge Garcia**
(See above for address)
*TERMINATED: 04/05/2022*
*ATTORNEY TO BE NOTICED*

**Larry Alan Coury**
(See above for address)
*TERMINATED: 06/25/2012*
*ATTORNEY TO BE NOTICED*

**Lina Dagnew**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maia Usui**
(See above for address)
*TERMINATED: 10/26/2024*
*ATTORNEY TO BE NOTICED*

**Marco Minichiello**
(See above for address)
*TERMINATED: 03/02/2022*
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Freimuth**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Michelle Katherine Parikh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina Mikhaylovna Kovalenko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Eric Chaffin**

(See above for address)
*TERMINATED: 10/12/2021*
*ATTORNEY TO BE NOTICED*

**Robert Joseph O'Loughlin , III**
(See above for address)
*TERMINATED: 05/24/2021*
*ATTORNEY TO BE NOTICED*

**Sarah Ripa**
(See above for address)
*TERMINATED: 01/13/2021*
*ATTORNEY TO BE NOTICED*

**Sasha Freedman**
(See above for address)
*TERMINATED: 08/10/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stanton Lawyer**
(See above for address)
*TERMINATED: 08/03/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wesley Railey Powell**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Zachary Alan Dietert**
(See above for address)
*TERMINATED: 11/01/2019*
*ATTORNEY TO BE NOTICED*

**Matthew Duff Turner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Finance Corporation**          represented by   **David Sapir Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Perry Lange**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J. Perlstein**
(See above for address)
*TERMINATED: 06/09/2015*
*ATTORNEY TO BE NOTICED*

**Steven F. Molo**
MoloLamken LLP
*TERMINATED: 02/05/2013*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC North America Holdings, Inc**

represented by   **David Sapir Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Perry Lange**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J. Perlstein**
(See above for address)
*TERMINATED: 06/09/2015*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Citibank N A | represented by | **Benjamin R. Nagin**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Tracy N LeRoy**
Sidley Austin LLP
Wells Fargo Plaza
1000 Louisiana, Suite 6000
Houston, TX 77002
713-495-4510
Fax: 713-495-7799
Email: tleroy@sidley.com
*TERMINATED: 08/20/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ada Asante Davis**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5906
Fax: 212-839-5599
*ATTORNEY TO BE NOTICED*

**David Graham**
Sidley Austin Brown & Wood LLP
1 S Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
Email: dgraham@sidley.com
*TERMINATED: 01/02/2020*
*ATTORNEY TO BE NOTICED*

**Eamon Paul Joyce**
Sidley Austin LLP
787 Seventh Ave
New York, NY 10019
212-839-8555
Fax: 212-839-5599
Email: ejoyce@sidley.com
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Marissa Alter-Nelson**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Email: marissa.alter-nelson@lw.com
*TERMINATED: 09/12/2022*
*ATTORNEY TO BE NOTICED*

**Samuel Sung-Ook Choi**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5675
Fax: 212-839-5599
Email: schoi723@gmail.com
*TERMINATED: 04/26/2021*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Paskowitz**
Sidley Austin LLP
787 Seventh Avenue

New York, NY 10019
212-839-5300
Fax: 212-839-5599
Email: tpaskowitz@sidley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citicorp**                                    represented by    **Benjamin R. Nagin**
(See above for address)
*LEAD ATTORNEY*

**Ada Asante Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eamon Paul Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Marissa Alter-Nelson**
(See above for address)
*TERMINATED: 10/19/2022*
*ATTORNEY TO BE NOTICED*

**Samuel Sung-Ook Choi**
(See above for address)
*TERMINATED: 04/26/2021*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Paskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Inc**                                    represented by    **Benjamin R. Nagin**
(See above for address)
*LEAD ATTORNEY*

**Tracy N LeRoy**
(See above for address)
*TERMINATED: 08/20/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ada Asante Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eamon Paul Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keila D. Ravelo**
(See above for address)
*TERMINATED: 12/21/2016*
*ATTORNEY TO BE NOTICED*

**Marissa Alter-Nelson**
(See above for address)
*TERMINATED: 09/12/2022*
*ATTORNEY TO BE NOTICED*

**Samuel Sung-Ook Choi**
(See above for address)
*TERMINATED: 04/26/2021*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Paskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO**

**Defendant**

**Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO**

**Defendant**

**Chase Bank USA, N.A.**

represented by **Noelle Marie Reed**
Skadden, Arps, Slate, Meagher & Flom LLP
1000 Louisiana Street
Suite 6800
Houston, TX 77002
713-655-5122
Email: noelle.reed@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*TERMINATED: 05/22/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Boris Bershteyn**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3834
Email: boris.bershteyn@skadden.com
*ATTORNEY TO BE NOTICED*

**Cyrus Amir-Mokri**
(See above for address)
*TERMINATED: 08/12/2009*
*ATTORNEY TO BE NOTICED*

**Dan Michael Karmel**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-2546
Email: dan.karmel@skadden.com
*TERMINATED: 03/01/2020*
*ATTORNEY TO BE NOTICED*

**Evan Kreiner**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-2491
Email: evan.kreiner@skadden.com
*ATTORNEY TO BE NOTICED*

**Jonathan L. Marcus**
ReedSmith LLP
1301 K Street NW
East Tower
Ste 1000
Washington, DC 20005
202-414-9188
Fax: 202-414-9299
Email: jonathan.marcus@reedsmith.com
*TERMINATED: 12/23/2020*
*ATTORNEY TO BE NOTICED*

**Kamali P Willett**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-2728
Email: kamali.willett@skadden.com
*ATTORNEY TO BE NOTICED*

**Linda Wong Cenedella**
Skadden Arps
Four Times Square
New York, NY 10036
212-735-2888

Fax: 917-777-2888
Email: lwong@skadden.com
*ATTORNEY TO BE NOTICED*

**Michael Mary Powell**
Gish PLLC
41 Madison Avenue
New York, NY 10010
212-735-2000
Email: michael@gishpllc.com
*TERMINATED: 02/10/2023*
*ATTORNEY TO BE NOTICED*

**Vincent Martin Chiappini**
Department of Justice
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6299
Email: Vincent.Chiappini@usdoj.gov
*TERMINATED: 11/10/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JP Morgan Chase & Co.**                                        represented by    **Noelle Marie Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*TERMINATED: 05/22/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Boris Bershteyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cyrus Amir-Mokri**
(See above for address)
*TERMINATED: 08/12/2009*
*ATTORNEY TO BE NOTICED*

**Dan Michael Karmel**
(See above for address)
*TERMINATED: 03/01/2020*
*ATTORNEY TO BE NOTICED*

**Evan Kreiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haichuan Luo**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Email: hadrian.luo@lw.com
*TERMINATED: 08/03/2021*

**Jonathan L. Marcus**
(See above for address)
*TERMINATED: 12/23/2020*
*ATTORNEY TO BE NOTICED*

**Kamali P Willett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara A. Flath**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3717
Fax: 917-777-3717
Email: lara.flath@skadden.com
*ATTORNEY TO BE NOTICED*

**Linda Wong Cenedella**
(See above for address)
*TERMINATED: 04/26/2010*
*ATTORNEY TO BE NOTICED*

**Michael Mary Powell**
(See above for address)
*TERMINATED: 02/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael Y Scudder**
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606
312-407-0877

Fax: 312-407-0411
*TERMINATED: 05/17/2018*
*ATTORNEY TO BE NOTICED*

**Vincent Martin Chiappini**
(See above for address)
*TERMINATED: 11/10/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fifth Third Bancorp**

represented by **Anthony M Verticchio**
Keating Muething & Klekamp
1 E. 4th Street
Suite 1400
Cincinnati, OH 45202
513-639-3878
Fax: 513-579-6457
Email: averticchio@kmklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eliot Fielding Turner**
Norton Rose Fulbright US LLP
1301 McKinney St
Ste 5100
Houston, TX 77010
713-651-5113
Email: eliot.turner@nortonrosefulbright.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick F. Fischer**
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
513-579-6400
Fax: 513-579-6457
*TERMINATED: 12/16/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin G. Stewart**
Keating Muething & Klekamp, PLL
One East Fourth Street
14th Floor
Cincinnati, OH 45202
513-579-6405
Fax: 513-579-6457
Email: bgstewart@kmklaw.com
*ATTORNEY TO BE NOTICED*

**Brenna L. Penrose**
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cinncinnati, OH 45202
513-579-6400
Fax: 513-579-6457
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Charles M. Miller**
Keating Muething & Klekamp PLL
One E 4th Street
Suite 1400
Cincinnati, OH 45202
513-579-6967
Fax: 513-579-6457
Email: cmiller@kmklaw.com
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Drew M. Hicks**
Keating Muething & Klekamp
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
513-579-6565
Fax: 513-579-6457

Email: dhicks@kmklaw.com
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Joseph M. Callow**
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
513-579-6419
Fax: 513-579-6457
Email: jcallow@kmklaw.com
*ATTORNEY TO BE NOTICED*

**Richard L. Creighton**
Keating Muething & Klekamp PLL
One E. Fourth Street
Ste 1400
Cincinnati, OH 45202
513-579-6512
Fax: 513-579-6457
Email: rcreighton@kmklaw.com
*ATTORNEY TO BE NOTICED*

**Trenton B. Douthett**
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
(513)562-1425
Fax: (513)579-6457
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank Of America, N.A.**

represented by **Adam James Hunt**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: adamhunt@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Andrew Tepfer**
Morrison & Foerster
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: ctepfer@mofo.com
*TERMINATED: 05/02/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Rosenberg**
Morrison & Foerster
250 West 55 Street
New York, NY 10019
(212)468-8000
Fax: (212)468-7900
Email: jrosenberg@mofo.com
*TERMINATED: 05/09/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**
(See above for address)
*TERMINATED: 12/29/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert James Baehr**
Proskauer Rose LLP
Elevent Times Square
New York
New York, NY 10036
212-969-3000
Email: rbaehr@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiffani B Figueroa**
Morrison Foerster
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: tfigueroa@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Visa International Service Association**   represented by   **Blair Eden Kaminsky**
Holwell Shuster & Goldberg LLP
750 Seventh Avenue
26th Floor
New York, NY 10019
646-837-5151
Fax: 646-837-5150
Email: bkaminsky@hsgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Conrow Murphy , Jr.**
Vaughan & Murphy
260 Peachtree Street, NW
Suite 1600
Atlanta, GA 30303
404-577-6550
Email: cmurphy@vaughanandmurphy.com
*TERMINATED: 10/13/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen G. Schlossberg**
Vaughan & Murphy
260 Peachtree Street, NW
Suite 1600
Atlanta, GA 30303
404-577-6550
Email: eschloss@vaughanandmurphy.com
*TERMINATED: 10/14/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jayme Alyse Jonat**
Holwell Shuster Goldberg LLP
750 Seventh Avenue, 26 Floor
New York, NY 10019
646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Kenedy**
Lord Bissell & Brook
111 South Wacker Drive
Chicago, IL 60606
312-443-0700
Fax: 312-443-0336
Email: jkenedy@lordbissell.com
*TERMINATED: 07/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee L. Kaplan**
Smyser Kaplan & Veselka, LLP
700 Louisiana
Ste. 2300
Houston, NY 77002
713-221-2300
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark R. Merley**
Arnold & Porter LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202-942-5000

Fax: 202-942-5999
Email: mark.merley@aporter.com
*TERMINATED: 01/04/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Eisenstein**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202-942-6606
Fax: 202-942-5999
Email: matthew.eisenstein@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
Fax: (646) 837-5150
Email: mshuster@hsgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Morrow**
Holwell Shuster Goldberg LLP
750 Seventh Avenue, 26th, Floor
New York, NY 10019
646-837-5151
Fax: 646-837-5150
Email: Rmorrow@www.hsgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert John Vizas**
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
415-471-3100
Email: robert.vizas@apks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Douglass Mayo**
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center
Ste Tenth Floor
San Francisco, CA 94111
415-471-3296
Fax: 415-471-3400
Email: Sharon.Mayo@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia Gonzalez**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington D.C., DC 20001-3743
202-942-5942
Email: sophia.gonzalez@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Adam Kerner**
Holwell Shuster & Goldberg
750 Seventh Avenue
26th floor

New York, NY 10019
646-837-5164
Fax: 646-837-5150
Email: zkerner@hsgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Talbot**
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219-3916
804-775-1622
Email: atalbot@mcguirewoods.com
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Anne P. Davis**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-6197
Email: anne.davis@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Anthony D. Boccanfuso**
Arnold & Porter
399 Park Avenue
New York, NY 10022
(212) 715-1000
Fax: 212-715-1399
Email: Anthony.Boccanfuso@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Demian Alexander Ordway**
Holwell Shuster & Goldberg LLP
750 Seventh Avenue
26th floor
New York, NY 10019
646-837-5159
Fax: 646-837-5150
Email: dordway@hsgllp.com
*ATTORNEY TO BE NOTICED*

**Dylan Young**
Arnold & Porter Kaye Scholer
601 Massachusetts Ave. NW
Washington, DC 20001
202-942-6740
Email: dylan.young@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Edward C. Fitzpatrick**
Lord, Bissell & Brook LLP
111 S Wacker Dr
Chicago, IL 60606
(312)443-0700
Fax: (312)443-0336
*TERMINATED: 02/28/2008*
*ATTORNEY TO BE NOTICED*

**Karen Otto**
Arnold & Porter LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202-942-5389
Fax: 202-942-5999
Email: karen.otto@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Laura J. Butte**
Department of Justice
450 Fifth Street NW

20530
Washington, DC 20001
202-431-6619
Email: laura.butte@apks.com
*TERMINATED: 10/21/2019*
*ATTORNEY TO BE NOTICED*

**Leigh-Anne St. Charles**
Arnold & Porter LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202-942-5536
Fax: 202-942-5999
Email: leigh-anne.st.charles@aporter.com
*TERMINATED: 11/06/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Gaertner**
Locke, Lord, Bissell & Liddell, LLP
111 S Wacker Dr
Chicago, IL 60606
(312)443-0700
Fax: (312)443-0336
Email: mgaertner@lockelord.com
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Michael Shuster**
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
10017
New York, NY 10017
646-837-5151
Email: mshuster@hsgllp.com
*ATTORNEY TO BE NOTICED*

**Nina Rachel Kanovitch Schiffer**
Holwell Shuster & Goldberg
425 Lexington Avenue
14th Floor
New York, NY 10017
646-837-5151
Fax: 646-837-5150
Email: nina@jayaramlaw.com
*TERMINATED: 03/07/2024*

**Phillip Russell Perdew**
Troutman Pepper Locke LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-1712
Fax: 312-896-6712
Email: rusty.perdew@troutman.com
*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Priyanka Timblo**
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
646-837-5151
Fax: 646-837-5150
Email: ptimblo@hsgllp.com
*ATTORNEY TO BE NOTICED*

**Randall A. Hack**
Troutman Pepper Locke LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0700
Email: randall.hack@troutman.com

9/2/25, 11:11 AM

Case: 25-2073, 09/02/2025, DktEntry: 6.1, Page 292 of 1187

app.pacerpro.com/cases/8537/print?q=

*TERMINATED: 07/20/2009*
*ATTORNEY TO BE NOTICED*

**Richard J. Holwell**
Holwell Shuster & Goldberg LLP
750 Seventh Avenue
26th floor
New York, NY 10019
646-837-5152
Fax: 646-837-5150
Email: rholwell@hsgllp.com
*ATTORNEY TO BE NOTICED*

**Robert S. Jones**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202-942-5000
Fax: 202-942-5999
Email: stanton.jones@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Ron Ghatan**
Arnold & Porter LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202-942-5966
Fax: 202-942-5999
Email: ron.ghatan@aporter.com
*TERMINATED: 04/11/2020*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202-942-5000
Fax: 202-942-5999
Email: Rosemary.Szanyi@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Visa U.S.A. Inc.**                                                              represented by      **Blair Eden Kaminsky**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Jayme Alyse Jonat**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Lee L. Kaplan**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *PRO HAC VICE*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Mark R. Merley**
                                                                                                      Arnold & Porter Kaye Scholer LLP
                                                                                                      601 Massachusetts Ave, Nw
                                                                                                      Washington, DC 20001
                                                                                                      202-942-5321
                                                                                                      Fax: 202-942-5999
                                                                                                      Email: mark.merley@apks.com
                                                                                                      *TERMINATED: 01/04/2021*
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *PRO HAC VICE*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Matthew Eisenstein**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *PRO HAC VICE*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Michael S. Shuster**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Robert C. Mason**
                                                                                                      (See above for address)
                                                                                                      *TERMINATED: 07/11/2023*
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Robert J. Morrow**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Robert John Vizas**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Sharon Douglass Mayo**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *PRO HAC VICE*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Sophia Gonzalez**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

                                                                                                      **Zachary Adam Kerner**
                                                                                                      (See above for address)
                                                                                                      *LEAD ATTORNEY*
                                                                                                      *ATTORNEY TO BE NOTICED*

**Andrew Talbot**
(See above for address)
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Anne P. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anthony D. Boccanfuso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Demian Alexander Ordway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura J. Butte**
(See above for address)
*TERMINATED: 10/21/2019*
*ATTORNEY TO BE NOTICED*

**Leigh-Anne St. Charles**
(See above for address)
*TERMINATED: 11/06/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Shuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina Rachel Kanovitch Schiffer**
(See above for address)
*TERMINATED: 03/07/2024*

**Priyanka Timblo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard J. Holwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert S. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ron Ghatan**
(See above for address)
*TERMINATED: 04/11/2020*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action 06-cv-5583, Esdacy, INC. v.
Visa USA, INC. et al**

**Defendant**

**Bank of America Corporation**                    represented by     **Adam James Hunt**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Cameron Andrew Tepfer**
                                                                      (See above for address)
                                                                      *TERMINATED: 05/02/2018*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Eliot Fielding Turner**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jeffrey K. Rosenberg**
                                                                      (See above for address)
                                                                      *TERMINATED: 05/09/2019*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Layne E. Kruse**
                                                                      Fulbright & Jaworski LLP
                                                                      1301 McKinney
                                                                      Suite 5100
                                                                      Houston, TX 77010
                                                                      713-651-5194
                                                                      Fax: 713-651-5246
                                                                      Email: lkruse@fulbright.com
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mark P. Ladner**
                                                                      (See above for address)
                                                                      *TERMINATED: 12/29/2020*
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Robert James Baehr**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael B. Miller**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Tiffani B Figueroa**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Texas Independent Bancshares, Inc.**

represented by **Dennis R Bettison**
Bettison Doyle et al
6710 Stewart Rd
Ste 300
Galveston, TX 77551
409-744-9783
Fax: 409-744-9786
Email: dbettison@bdaglaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam S. Mocciolo**
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
212-259-6448
Email: adam.mocciolo@akerman.com
*TERMINATED: 10/29/2021*
*ATTORNEY TO BE NOTICED*

**Robert M. Frost**
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd, Suite 500
Po Box 1740
Bridgeport, CT 06604
203-333-9441
Fax: 203-333-1489
*TERMINATED: 07/22/2008*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Orleans**
Pullman & Comley LLC
*ATTORNEY TO BE NOTICED*

**Defendant**

**First National Bank of Omaha**

represented by **Eliot Fielding Turner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclays Financial Corp.**                                    represented by  **Richard F. Schwed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Klebanoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Calandra**
(See above for address)
*TERMINATED: 05/31/2019*
*ATTORNEY TO BE NOTICED*

**Grace Jheeyoung Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Tallon**
Shearman & Sterling
599 Lexington Ave
Suite 548
New York, NY 10022
212-848-4650
Fax: 646-848-4650
Email: jtallon@shearman.com
*TERMINATED: 01/03/2019*
*ATTORNEY TO BE NOTICED*

**Nicholas Maurice Menasche**
Shearman & Sterling LLP
599 Lexington Avenue
Room 448
New York, NY 10022
212-848-8278
Fax: 646-848-8278
*TERMINATED: 05/13/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Washington Mutual, Inc.**

**Defendant**

**Chase Paymentech Solutions, LLC**                    represented by    **Boris Bershteyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan Michael Karmel**
(See above for address)
*TERMINATED: 03/01/2020*
*ATTORNEY TO BE NOTICED*

**Evan Kreiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan L. Marcus**
(See above for address)
*TERMINATED: 12/23/2020*
*ATTORNEY TO BE NOTICED*

**Kamali P Willett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Mary Powell**
(See above for address)
*TERMINATED: 02/10/2023*
*ATTORNEY TO BE NOTICED*

**Vincent Martin Chiappini**
(See above for address)
*TERMINATED: 11/10/2023*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Defendants in civil action BKS. v. Visa U.S.A., Inc. et al**
**09-cv-2264-JG-JO**

<u>**Defendant**</u>

**Wachovia Bank, NA.**                    represented by    **Wachovia Bank, NA.**
PRO SE

**Norman W. Kee**
(See above for address)
*TERMINATED: 07/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Abraham Nelson**
(See above for address)
*TERMINATED: 05/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P. LoBue**
(See above for address)
*TERMINATED: 01/04/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vivian Ruth Mills Storm**
(See above for address)
*TERMINATED: 09/05/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terra Hittson**
(See above for address)
*TERMINATED: 01/31/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wachovia Corporation**

represented by  **Wachovia Corporation**
PRO SE

**Norman W. Kee**
(See above for address)
*TERMINATED: 07/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Abraham Nelson**
(See above for address)
*TERMINATED: 05/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P. LoBue**
(See above for address)
*TERMINATED: 01/04/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vivian Ruth Mills Storm**
(See above for address)
*TERMINATED: 09/05/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terra Hittson**
(See above for address)
*TERMINATED: 01/31/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants in civil action Gulfside Casino Partnership.
v. Visa U.S.A., Inc. et al 09-cv-03225 JG-JO**

**Defendant**

**Landers Harley-Davidson Little Rock**

**Defendant**

**Sears Holdings Management Corporation**

**Defendant**

**Discover Financial Services**

represented by

**Dana Lynn Cook-Milligan**
Winston and Strawn LLP
101 California Street
San Francisco, CA 94111
415-591-1000
Fax: 415-591-1400
Email: dlcook@winston.com
*ATTORNEY TO BE NOTICED*

**Elizabeth P Papez**
Gibson, Dunn & Crutcher LLP
1700 M Street NW
Washington, DC 20036
202-955-8608
Fax: 202-282-5100
Email: epapez@gibsondunn.com
*TERMINATED: 03/11/2019*
*ATTORNEY TO BE NOTICED*

**Eva W. Cole**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4609
Fax: 212-294-4700
Email: ewcole@winston.com
*ATTORNEY TO BE NOTICED*

**James Franklin Herbison**
Winston and Strawn LLP
35 W Wacker Drive
Chicago, IL 60601
312-558-5600
Fax: 312-558-5700
Email: jherbison@winston.com
*ATTORNEY TO BE NOTICED*

**Jeanifer Ellen Parsigian**
Winston & Strawn LLP
101 California Street
Ste 21st Floor
San Francisco, CA 94111
415-591-1000
Fax: 415-591-1400
Email: jparsigian@winston.com
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-6700
Fax: 212-294-4700
Email: jkessler@winston.com
*ATTORNEY TO BE NOTICED*

**Johanna Rae Hudgens**
Winston & Strawn LLP
200 Park Ave
New York, NY 10166
212-294-6734
Fax: 212-294-4700
Email: jhudgens@winston.com
*ATTORNEY TO BE NOTICED*

**Sean D. Meenan**
Winston and Strawn
101 California Street
San Francisco, CA 94111
415-591-1000
Fax: 415-591-1400

Email: smeenan@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newport European Motorcars, Ltd. Newport Beach, California**
*Newport European Motorcars, Ltd. Newport Beach, California*

**Defendant**

**Dennis D Gibson**

**Defendant**

**Unlimited Vacations and Cruises Inc**

represented by    **John Jacob Pentz , III**
John Pentz, ESQ.
18 Damon Street
Wayland, MA 01778
978-985-4668
Email: jjpentz3@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daviss Donuts and Deli**

represented by    **John Jacob Pentz , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Top Gun Wrecker**

represented by    **John Jacob Pentz , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orange County Bldg Materials**

represented by    **John Jacob Pentz , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bishop**

represented by    **John Jacob Pentz , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Enterprise Holdings, Inc.**

**Defendant**

**Ragland Bros.Retail Cos., Inc.**

**Defendant**

**ABP Corporation**

**Defendant**

**NJ Applebee's(Paramus)**

**Defendant**

**River Valley Market, LLC**

**Defendant**

**Durango Natural Foods**

**Defendant**

**The Real Good Food Store, Inc.,**

**Defendant**

**Paymentech, LLC**                    represented by    **Boris Bershteyn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Haichuan Luo**
                                                        (See above for address)
                                                        *TERMINATED: 08/03/2021*

                                                        **Jonathan L. Marcus**
                                                        (See above for address)
                                                        *TERMINATED: 12/23/2020*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kamali P Willett**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lara A. Flath**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**LAJ, Inc.,**

**Defendant**

**Lane Courkamp**                      represented by    **Daniel L. Brown**
                                                        Sheppard, Mullin, Richter & Hampton
                                                        30 Rockefeller Plaza
                                                        New York, NY 10112
                                                        212-332-3800
                                                        Fax: 212-332-3888
                                                        Email: dlbrown@sheppardmullin.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Permier Enterprises Group**          represented by    **Daniel L. Brown**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Class Action Recovery Service**                  represented by   **Dennis M. Campbell**
Campbell Law Firm PLLC
201 Alhambra Circle
Suite 602
Coral Gables, FL 33134
305-444-6040
Fax: 305-444-6041
Email: dcampbell@campbellmiami.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Refund Recovery Services, LLC**                  represented by   **Robert M. Gardner**
Gardner Law Office
3000 County Road 42 West, Suite 310
Burnsville, MN 55337
952-435-7474
Fax: 952-892-0241
Email: rgardner@mnlawcenter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Electronic Payment Systems, LLC**                represented by   **Scotty P. Krob**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Electronic Payment Systems, LLC**                represented by   **Scotty P. Krob**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonbro**                                         represented by   **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaunda L. McNeill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Visa Europe Limited**                    represented by    **James R. Warnot , Jr.**
Linklaters LLP
1290 Avenue of the Americas
New York New York, NY 10104
212-903-9028
Email: james.warnot@linklaters.com
*TERMINATED: 08/07/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demian Alexander Ordway**
Holwell Shuster & Goldberg LLP
Email: dordway@hsgllp.com
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
Arnold & Porter Kaye Scholer LLP
Email: robert.mason@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Visa Europe Services Inc.**               represented by    **James R. Warnot , Jr.**
(See above for address)
*TERMINATED: 08/07/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demian Alexander Ordway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Visa Inc.**                                              represented by     **Blair Eden Kaminsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demian Alexander Ordway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayme Alyse Jonat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee L. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark R. Merley**
(See above for address)
*TERMINATED: 01/04/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Morrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert John Vizas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Douglass Mayo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Adam Kerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Talbot**
(See above for address)
*TERMINATED: 04/24/2024*
*ATTORNEY TO BE NOTICED*

**Anne P. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anthony D. Boccanfuso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura J. Butte**
(See above for address)
*TERMINATED: 10/21/2019*
*ATTORNEY TO BE NOTICED*

**Leigh-Anne St. Charles**
(See above for address)
*TERMINATED: 11/06/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Eisenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Shuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina Rachel Kanovitch Schiffer**
(See above for address)
*TERMINATED: 03/07/2024*

**Priyanka Timblo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert S. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Ron Ghatan**
(See above for address)
*TERMINATED: 04/11/2020*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Capital One Bank, (USA), N.A.**

represented by **Abby Faith Rudzin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Frackman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Alan Aycock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Lyn Warshauer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chase Manhattan Bank USA, N.A.**

represented by **Boris Bershteyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kamali P Willett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citibank (South Dakota), N.A.**

represented by **Benjamin R. Nagin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Graham**
(See above for address)
*TERMINATED: 01/02/2020*
*ATTORNEY TO BE NOTICED*

**Marissa Alter-Nelson**
(See above for address)
*TERMINATED: 10/19/2022*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JP Morgan Chase Bank, N.A.**                                      represented by   **Noelle Marie Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Edward Greene**
(See above for address)
*TERMINATED: 05/22/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Boris Bershteyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan Michael Karmel**
(See above for address)
*TERMINATED: 03/01/2020*
*ATTORNEY TO BE NOTICED*

**Evan Kreiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haichuan Luo**
(See above for address)
*TERMINATED: 08/03/2021*

**Jonathan L. Marcus**
(See above for address)
*TERMINATED: 12/23/2020*
*ATTORNEY TO BE NOTICED*

**Kamali P Willett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara A. Flath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Mary Powell**
(See above for address)
*TERMINATED: 02/10/2023*
*ATTORNEY TO BE NOTICED*

**Vincent Martin Chiappini**
(See above for address)
*TERMINATED: 11/10/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclays Bank PLC**                              represented by   **Richard F. Schwed**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Benjamin Klebanoff**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Brian Calandra**
                                                                    (See above for address)
                                                                    *TERMINATED: 05/31/2019*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Grace Jheeyoung Lee**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **James P. Tallon**
                                                                    (See above for address)
                                                                    *TERMINATED: 01/03/2019*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Barclays Bank Delaware**

represented by **Brent Lockhart Brown**
Cotten Schmidt Abbott LLP
100 Energy Way
Ste. 2000
Fort Worth, TX 76102
817-338-4500
Fax: 817-338-4599
Email: bbrown@csa-lawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Calandra**
(See above for address)
*TERMINATED: 05/31/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lanzalotto**
Sherman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
212-848-4082
Fax: 646-848-4082
*TERMINATED: 09/01/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James P. Tallon**
(See above for address)
*TERMINATED: 01/03/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F. Schwed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Klebanoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Jheeyoung Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Tallon**
(See above for address)
*TERMINATED: 01/03/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BA Merchant Services LLC**
*formerly known as*
National Processing, Inc

represented by    **Adam James Hunt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Andrew Tepfer**
(See above for address)
*TERMINATED: 05/02/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eliot Fielding Turner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Layne E. Kruse**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**
(See above for address)
*TERMINATED: 12/29/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert James Baehr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffani B Figueroa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MBNA America Bank, N.A.**

represented by    **Adam James Hunt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Andrew Tepfer**
(See above for address)
*TERMINATED: 05/02/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**
(See above for address)
*TERMINATED: 12/29/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert James Baehr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffani B Figueroa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Finance Corporation**                    represented by        **Bradley C Weber**
Locke Lord LLP
2200 Ross Ave
Ste 2600
Dallas, TX 75201
214-740-8497
Fax: 214-756-8497
Email: bweber@lockelord.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Sapir Lesser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Perry A Lange**
Wilmer Hale
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6493
Email: perry.lange@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger B Cowie**
Troutman Pepper Locke LLP
2200 Ross Avenue, Suite 2200
Ste 2600
Dallas, TX 75201
214-740-8614
Email: roger.cowie@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Holdings PLC**

**Defendant**

**HSBC North America Holdings Inc**         represented by        **Bradley C Weber**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Sapir Lesser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry A Lange**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger B Cowie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PNC Financial Services Group, Inc.**

represented by **Bruce Allen Blefeld**
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Email: BBlefeld@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward William Duffy**
ReedSmith LLP
811 Main Street
Ste 1700
Houston, TX 77002
713-469-3839
Email: EDuffy@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederick N. Egler**
(See above for address)
*TERMINATED: 12/12/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alejo R. Cabranes**
Reed Smith LLP
599 Lexington Avenue, Floor 22
New York, NY 10022
212-549-4193
Email: acabranes@reedsmith.com
*TERMINATED: 01/04/2023*
*ATTORNEY TO BE NOTICED*

**Michelle Ann Mantine**
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
412-288-4268
Fax: 412-288-3063
Email: mmantine@reedsmith.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**SunTrust Bank Holding Company**

<u>**Defendant**</u>

**Suntrust Bank**

represented by **Jared M Slade**
Alson Bird LLP
2828 Harwood St
Ste 1800
Dallas, TX 75201
214-922-3424
Email: jared.slade@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Austin Lomax**
Alston & Bird, LLP
1201 W. Peachtree St. NW
Atlanta, GA 30309
404-881-7000
Email: austin.lomax@alston.com
*ATTORNEY TO BE NOTICED*

**Nicolas W. Steenland**
(See above for address)
*TERMINATED: 06/05/2018*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Suntrust Banks Inc**

represented by **Jared M Slade**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Austin Lomax**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Bank N.A.**

represented by **William F. Cavanaugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Neda Vegari**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert P. LoBue**
(See above for address)
*TERMINATED: 01/04/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Merchant Services, LLC**

represented by **Charles Bedford Hampton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert P. LoBue**
(See above for address)
*TERMINATED: 01/04/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FIA Card Services, N.A.**

**Defendant**

**FIA Card Services, N.A.**

**Defendant**

**Citicorp Credit Services, Inc. (USA)**      represented by    **Benjamin R. Nagin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa Alter-Nelson**
(See above for address)
*TERMINATED: 09/12/2022*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Paskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citicorp LLC**      represented by    **Benjamin R. Nagin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa Alter-Nelson**
(See above for address)
*TERMINATED: 09/12/2022*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Paskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Visa Inc.**

represented by **Blair Eden Kaminsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel M. Meyers**
Arnold & Porter Kaye Scholer LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
(312) 583-2393
Fax: Not a member
Email: daniel.meyers@apks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Merley**
(See above for address)
*TERMINATED: 01/04/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Rachel Kanovitch Schiffer**
(See above for address)
*TERMINATED: 03/07/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demian Alexander Ordway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**Klarna Inc.**

represented by **Abby Faith Rudzin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Discover**

represented by **Matthew Cantor**
Shinder Cantor Lerner LLP
14 Penn Plaza, 19th Floor
New York, NY 10022
646-960-8601
Email: matthew@scl-llp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Rebel Payments LLC**

represented by **Christopher R Dryden**
Global Legal Law Firm
322 Encinitas Blvd
Ste 200
Encinitas, CA 92024
858-337-2881
Email: cdryden@attorneygl.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Interpleader**

**MNZ Inc**

represented by **MNZ Inc**
PRO SE

V.

**Claimant**

**St. Louis Airport Taxi, LLC.**

**Claimant**

**Certain Absent Class Members**

**Interested Party**

**Hal R. Lieberman**
*Special Counsel to K. Craig Wildfang, Esq., and Robins*
*Kaplan Miller & Ciresi LLP*
*TERMINATED: 09/24/2007*

**Interested Party**

**Union Gospel Mission**

**Interested Party**

**MSU Bookstore, Inc.**

**Interested Party**

**Clifford's Sunrise to Sunset Markets, Inc.**

**Interested Party**

**Clifford Fuel Co., Inc.**

**Interested Party**

**DPNY, Inc.**

**Interested Party**

**SGS Pizza Inc,**

**Interested Party**

**Central Missouri Pizza, Inc.**

**Interested Party**

**ALTA East, Inc.**

**Interested Party**

**Clements Marketplace Inc.**

**Interested Party**

**Kocolene Marketing, LLC**

**Interested Party**

**Stewart Allan Inc.**

**Interested Party**

**PF&E Oil Company**

**Interested Party**

**Shipley Stores, LLC**

**Interested Party**

**Quick Check Convenience Store, Inc.**

**Interested Party**

**Neimann Foods, Inc.**

**Interested Party**

**Trail's Travel Plaza, Inc.**

**Interested Party**

**Fox Drug, Inc**

**Interested Party**

**HealthSource Pharmacy III B Inc.**          represented by    **HealthSource Pharmacy III B Inc.**
                                                                 PRO SE

**Interested Party**

**HealthSource Pharmacy III Inc.**            represented by    **HealthSource Pharmacy III Inc.**
                                                                 PRO SE

**Interested Party**

**HealthSource Pharmacy II Inc.**             represented by    **HealthSource Pharmacy II Inc.**
                                                                 PRO SE

**Interested Party**

**HealthSource Pharmacy Inc.**                represented by    **HealthSource Pharmacy Inc.**
                                                                 PRO SE

**Interested Party**

**Johnson Family Pharmacy**                   represented by    **Johnson Family Pharmacy**
                                                                 PRO SE

**Interested Party**

**Home Convalescent Aids, Inc.**              represented by    **Home Convalescent Aids, Inc.**
                                                                 PRO SE

**Interested Party**

**Peace Pharmacy**                            represented by    **Peace Pharmacy**
                                                                 PRO SE

**Interested Party**

**Citizens Pharmacy**                         represented by    **Citizens Pharmacy**
                                                                 PRO SE

**Interested Party**

**Canndo Pizza Inc.**

**Interested Party**

**Fort Thomas Drug Center**                   represented by    **Fort Thomas Drug Center**
                                                                 PRO SE

**Interested Party**

**Rocky Mountain Pharmacy of Estes Park**       represented by    **Rocky Mountain Pharmacy of Estes Park**
PRO SE

**Interested Party**

**Hieber's Pharmacy**       represented by    **Hieber's Pharmacy**
PRO SE

**Interested Party**

**Newts Pharmacy LLC**       represented by    **Newts Pharmacy LLC**
PRO SE

**Interested Party**

**Turner Drug**       represented by    **Turner Drug**
PRO SE

**Interested Party**

**Douglas Distributing**

**Interested Party**

**Little General's Gas Plus**

**Interested Party**

**Burton's Grill**

**Interested Party**

**Quality Oil Company, LLC**
*TERMINATED: 03/30/2016*

**Interested Party**

**Marceaux's Superette, Inc.**

**Interested Party**

**Parsons Convenience Stores**

**Interested Party**

**XBN Corp**

**Interested Party**

**Gate Petroleum**

**Interested Party**

**GRJH Inc.**

**Interested Party**

**Nice N Easy Grocery Shoppe, Inc.**

**Interested Party**

**High's of Baltimore**

**Interested Party**

**Medicap Pharmacy**

**Interested Party**

**Medicap Pharmacy #8230**


**Interested Party**

**Medicap Pharmacy # 8240**


**Interested Party**

**Medicap Pharmacy #8247**


**Interested Party**

**Medicap Pharmacy #8256**


**Interested Party**

**Medicap Pharmacy # 8318**


**Interested Party**

**Medicap Pharmacy # 8347**


**Interested Party**

**Medicap LTC Vital Care**


**Interested Party**

**Poinciana Pharmacy**


**Interested Party**

**Amicare Pharmacy**


**Interested Party**

**Larsen Service Drug**


**Interested Party**

**O&K Pharmacy**


**Interested Party**

**Med Rx Pharmacy**


**Interested Party**

**Bangs Drug Mart**


**Interested Party**

**Larsen Service Drug**


**Interested Party**

**Shannon Hills Pharmacy**                    represented by   **Shannon Hills Pharmacy**
                                                              PRO SE


**Interested Party**

**Faulkenberg Harth**                         represented by   **Faulkenberg Harth**
                                                              PRO SE

**Interested Party**

**Clark Pharmacy**

**Interested Party**

**Medical Center Pharmacy**

**Interested Party**

**Medical Towers Pharmacy**                    represented by    **Medical Towers Pharmacy**
                                                                 PRO SE

**Interested Party**

**Minneola Pharmacy**

**Interested Party**

**Downtown Drug**                              represented by    **Downtown Drug**
                                                                 PRO SE

**Interested Party**

**Prescription Shop**

**Interested Party**

**Monument Pharmacy, Inc.**                    represented by    **Monument Pharmacy, Inc.**
                                                                 PRO SE

**Interested Party**

**Scheer Drugs**

**Interested Party**

**Uncas Pharmacy**

**Interested Party**

**Jack's Market Pharmacy**                     represented by    **Jack's Market Pharmacy**
                                                                 PRO SE

**Interested Party**

**Reeds Drug Store**

**Interested Party**

**The Medicine Shoppe**

**Interested Party**

**Qbaum Enterprises**

**Interested Party**

**Reeser's Pharmacy**

**Interested Party**

**Hayden Family Pharmacy, P.C.**              represented by    **Hayden Family Pharmacy, P.C.**
                                                                 PRO SE

**Interested Party**

**Mishawaka Medical Arts Pharmacy**

**Interested Party**

**Louis & Clark # 572**

**Interested Party**

**WHJ Enterprises**                                    represented by    **WHJ Enterprises**
                                                                        PRO SE

**Interested Party**

**Louis & Clark # 102**

**Interested Party**

**Louis & Clark Homecare Medical**

**Interested Party**

**Arrochar Pharmacy**                                 represented by    **Arrochar Pharmacy**
                                                                        PRO SE

**Interested Party**

**J&J Pharmacy**                                      represented by    **J&J Pharmacy**
                                                                        PRO SE

**Interested Party**

**DJH, Inc.**                                         represented by    **DJH, Inc.**
                                                                        PRO SE

**Interested Party**

**Kiowa County Pharmacy, LLC**                        represented by    **Kiowa County Pharmacy, LLC**
                                                                        PRO SE

**Interested Party**

**Abeldt's Gaslight Pharmacy**                        represented by    **Abeldt's Gaslight Pharmacy**
                                                                        PRO SE

**Interested Party**

**Charlie's Drug, Inc.**                              represented by    **Charlie's Drug, Inc.**
                                                                        PRO SE

**Interested Party**

**Thornville Pharmacy**                               represented by    **Thornville Pharmacy**
                                                                        PRO SE

**Interested Party**

**Emporium Pharmacy**                                 represented by    **Emporium Pharmacy**
                                                                        PRO SE

**Interested Party**

**Shirley Knight-Donely**

**Interested Party**

**Hutch's Food Center**

**Interested Party**

**Hillcrest Pharmacy**                                        represented by     **Hillcrest Pharmacy**
                                                                                PRO SE

**Interested Party**

**Stelly's Supermarket**

**Interested Party**

**Bellettini Foods**

**Interested Party**

**Dragon's Lair Comics & Fantasy**

**Interested Party**

**MarketFare St Claude LLC**

**Interested Party**

**Gilbertson Restaurants LLC**

**Interested Party**

**DDL Inc.**

**Interested Party**

**Nothern Truck Equipment Corp.**

**Interested Party**

**Anson Plaza Pharmacy**                                      represented by     **Anson Plaza Pharmacy**
                                                                                PRO SE

**Interested Party**

**The Drug Store**                                            represented by     **The Drug Store**
                                                                                PRO SE

**Interested Party**

**Jim & Phil's Family Pharmacy LTD.**                         represented by     **Jim & Phil's Family Pharmacy LTD.**
                                                                                PRO SE

**Interested Party**

**Victory Tampa Medical Pharmacy**                            represented by     **Victory Tampa Medical Pharmacy**
                                                                                PRO SE

**Interested Party**

**Nothern Truck Equipment Corp. (Watertown)**

**Interested Party**

**Medicap Pharmacy 8209**                                     represented by     **Medicap Pharmacy 8209**
                                                                                PRO SE

**Interested Party**

**Northern Truck Equipment Corp. (Rapid City)**

**Interested Party**

**Larimore Drug and Gift**                                    represented by    **Larimore Drug and Gift**
                                                                                PRO SE

**Interested Party**

**Northern Truck Equipment Corp. (Sioux Falls)**

**Interested Party**

**RG Drug Corp**                                             represented by    **RG Drug Corp**
                                                                                PRO SE

**Interested Party**

**Portes Pharmacy, Inc.**                                    represented by    **Portes Pharmacy, Inc.**
                                                                                PRO SE

**Interested Party**

**Louis & Clark Medical # 179**

**Interested Party**

**Louis & Clark Country Gifts**

**Interested Party**

**Louis & Clark Country Gifts (Hadley)**

**Interested Party**

**Douglas & Ogden Medical Center Pharmacy Inc.**            represented by    **Douglas & Ogden Medical Center Pharmacy Inc.**
                                                                                PRO SE

**Interested Party**

**IHHS Pharmacy**

**Interested Party**

**Your Drugstore**

**Interested Party**

**TEKO Pharmacy**

**Interested Party**

**Olde Towne Pharmacy**                                      represented by    **Olde Towne Pharmacy**
                                                                                PRO SE

**Interested Party**

**Medical Center Pharmacy of Durant**

**Interested Party**

**Power's Pharmacy**

**Interested Party**

**Oakdale Pharmacy**                                         represented by    **Oakdale Pharmacy**
                                                                                PRO SE

**Interested Party**

**Cotton County Drug**

**Interested Party**

**Todds Discount Drugs**                    represented by    **Todds Discount Drugs**
                                                             PRO SE

**Interested Party**

**Mt. Carmel Pharmacy**

**Interested Party**

**Wilson Pharmacy**

**Interested Party**

**Lo Cost Pharmacy**                        represented by    **Lo Cost Pharmacy**
                                                             PRO SE

**Interested Party**

**The Drug Store**

**Interested Party**

**Marble City Pharmacy**

**Interested Party**

**Lihuc Pharmacy**

**Interested Party**

**Rutland Pharmacy**

**Interested Party**

**Stoll's Pharmacy, Inc.**                  represented by    **Stoll's Pharmacy, Inc.**
                                                             PRO SE

**Interested Party**

**Marco Drugs & Compounding**

**Interested Party**

**Scott's Pharmacy**

**Interested Party**

**Knight Equestrian Books**

**Interested Party**

**Bobby & Steve's Auto World**

**Interested Party**

**Bobby & Steve's Auto World II**

**Interested Party**

**Sbisubway**

**Interested Party**

**RPimaging**

**Interested Party**

**Bourne Petroleum**

**Interested Party**

**Eastside Market**

**Interested Party**

**JFH Enterprises-Cove**

**Interested Party**

**JFH Enterprises-Killeen**

**Interested Party**

**Combos Provo**

**Interested Party**

**Ohannes Vartan Chamian**

**Interested Party**

**K G Ventures**

**Interested Party**

**Subway of Kirtland**

**Interested Party**

**KP Enterprises**

**Interested Party**

**Oak Ridge One Stop**

**Interested Party**

**Jokoma Inc.**

**Interested Party**

**Schoon's Incorporated**

**Interested Party**

**Engen Enterprises, Inc.**

**Interested Party**

**Engen Ventures, Inc.**

**Interested Party**

**Kumud , Inc.**

**Interested Party**

**Nodaway Valley Market**

**Interested Party**

**Beye Realty Corporation**

**Interested Party**

**EP Enterprises**

**Interested Party**

**Rio Chevron**

**Interested Party**

**Big Easy Market**

**Interested Party**

**Subventure Partnership**

**Interested Party**

**Crown Ventures**

**Interested Party**

**Crown Ventures Iowa**

**Interested Party**

**Linronkee**

**Interested Party**

**Riverside Wiles, LLC**

**Interested Party**

**Atman Inc.**

**Interested Party**

**MPG Corporation**

**Interested Party**

**Commonwealth Pizza**

**Interested Party**

**Volta Oil Company**

**Interested Party**

**Upper Crust Inc**

**Interested Party**

**Sigma Pie**

**Interested Party**

**UnbeZINGAble**

**Interested Party**

**Mega Inc**


**Interested Party**

**Z-Man's Pizza**


**Interested Party**

**JFK Memorial Airport**


**Interested Party**

**City Circle Marketing**


**Interested Party**

**Dabob Enterprises**


**Interested Party**

**King Richard Productions**


**Interested Party**

**Commercial Hiatus, LLC**


**Interested Party**

**Wilde Pizza**


**Interested Party**

**Talking Leaves Inc.**


**Interested Party**

**Konza Prairie Pizza**


**Interested Party**

**Pizzafella**


**Interested Party**

**MAX-E-Stores**


**Interested Party**

**CSN Sons Inc.**


**Interested Party**

**DeBlaquiere Ent. Inc.,**
*doing business as*
White Cross Pharmacy

represented by    **DeBlaquiere Ent. Inc.,**
PRO SE


**Interested Party**

**Amerimax Coconut Creek, LLC**


**Interested Party**

**Amerimax Coral Springs**

**Interested Party**

**Soldotna Professional Pharmacy**                    represented by    **Soldotna Professional Pharmacy**
                                                                         PRO SE

**Interested Party**

**Amerimax Davie, LLC**

**Interested Party**

**Amerimax Heron Bay, LLC**

**Interested Party**

**JDB Catering**

**Interested Party**

**Laurel Oil**

**Interested Party**

**Amerimax Lakeview, LLC**

**Interested Party**

**Smokin' Gun Inc.**

**Interested Party**

**Zigman Inc.**

**Interested Party**

**jkps Inc.**

**Interested Party**

**Billings Distribution**

**Interested Party**

**The Traveler Inc.**

**Interested Party**

**Clinic United Pharmacy**

**Interested Party**

**Hofman Oil Co**

**Interested Party**

**Amerimax Plantation, LLC**

**Interested Party**

**WSC Operations**

**Interested Party**

**C.S.P.H. Inc.**

**Interested Party**

**Medicine Plus**                                              represented by    **Medicine Plus**
                                                                                PRO SE

Interested Party

**Maddox Drugs**                                               represented by    **Maddox Drugs**
                                                                                PRO SE

Interested Party

**Kiefer Inc. D.B.A. Watson's City Drug**                     represented by    **Kiefer Inc. D.B.A. Watson's City Drug**
                                                                                PRO SE

Interested Party

**Park Plaza Pharmacy, Inc.**                                 represented by    **Park Plaza Pharmacy, Inc.**
                                                                                PRO SE

Interested Party

**A & M Discount Beverage #51**

Interested Party

**Diamond T Truck and Auto Plaza I**

Interested Party

**Diamond T Truck and Trailer In**

Interested Party

**Diamond T Truck and Trailer**

Interested Party

**Diamond T Travel Plaza**

Interested Party

**Comcheckdiamond T Truc**

Interested Party

**Diamond T Trk Auto Plz**

Interested Party

**Tommy Hartman Wpremie**

Interested Party

**Diamond T Truck and Trailer Inc.**

Interested Party

**Diamond T. Truck and Trailer Inc.,**

Interested Party

**A & M Discount Beverage #34**

Interested Party

**Stater Bros. Markets**

**Interested Party**

**Blende Drug Inc.**                                              represented by    **Blende Drug Inc.**
                                                                                    PRO SE


**Interested Party**

**Clinic Drug, Inc.**                                            represented by    **Clinic Drug, Inc.**
                                                                                    PRO SE


**Interested Party**

**St Bernard Drugs #2 LLC**                                      represented by    **St Bernard Drugs #2 LLC**
                                                                                    PRO SE


**Interested Party**

**The Apothecary**                                              represented by    **The Apothecary**
                                                                                    PRO SE


**Interested Party**

**Almadad Inc. DBA / Bronx Pharmacy**                            represented by    **Almadad Inc. DBA / Bronx Pharmacy**
                                                                                    PRO SE


**Interested Party**

**Kelley Drug & Selections**                                    represented by    **Kelley Drug & Selections**
                                                                                    PRO SE


**Interested Party**

**A & H Stores, Inc.**                                          represented by    **A & H Stores, Inc.**
                                                                                    PRO SE


**Interested Party**

**Frankenrose Restaurants, Inc.**


**Interested Party**

**Golden Rock Pharmacy**                                        represented by    **Golden Rock Pharmacy**
                                                                                    PRO SE


**Interested Party**

**Medicap Pharmacy**                                            represented by    **Medicap Pharmacy**
                                                                                    PRO SE


**Interested Party**

**Village Drug Shop of Athens Inc.**                            represented by    **Village Drug Shop of Athens Inc.**
                                                                                    PRO SE


**Interested Party**

**Amelia Larosa's, Inc.**


**Interested Party**

**Elm Plaza Pharmacy**                                          represented by    **Elm Plaza Pharmacy**
                                                                                    PRO SE


**Interested Party**

**Mt. Olympus Compounding**                                     represented by    **Mt. Olympus Compounding**
                                                                                    PRO SE

**Interested Party**

**Westwind II**

**Interested Party**

**Reliable Discount Pharmacy**                    represented by    **Reliable Discount Pharmacy**
                                                                    PRO SE

**Interested Party**

**Westwind, Inc.**

**Interested Party**

**Yellowfront Grocery**

**Interested Party**

**Millers of Wyckoff, Inc.**                      represented by    **Millers of Wyckoff, Inc.**
                                                                    PRO SE

**Interested Party**

**Sellersville Pharmacy**                         represented by    **Sellersville Pharmacy**
                                                                    PRO SE

**Interested Party**

**Chads Payless Pharmacy, Inc.**                  represented by    **Chads Payless Pharmacy, Inc.**
                                                                    PRO SE

**Interested Party**

**Super Saver Pharmacy #4, LLC**                  represented by    **Super Saver Pharmacy #4, LLC**
                                                                    PRO SE

**Interested Party**

**Super Saver Pharmacy #3, LLC**                  represented by    **Super Saver Pharmacy #3, LLC**
                                                                    PRO SE

**Interested Party**

**Super Saver Pharmacy #2, LLC**                  represented by    **Super Saver Pharmacy #2, LLC**
                                                                    PRO SE

**Interested Party**

**Super Saver Pharmacy LLC**                      represented by    **Super Saver Pharmacy LLC**
                                                                    PRO SE

**Interested Party**

**Covington Movies 3**

**Interested Party**

**Camacho Pharmacy Supply, Inc.**                 represented by    **Camacho Pharmacy Supply, Inc.**
                                                                    PRO SE

**Interested Party**

**B. Green & Company, Inc.**

**Interested Party**

**Estherville Drug, Inc. DBA Estherville Snyder Drug**

represented by **Estherville Drug, Inc. DBA Estherville Snyder Drug**
PRO SE

<u>Interested Party</u>

**A & M Discount Beverage #32**

<u>Interested Party</u>

**Carrollwood Pharmacy**

represented by **Carrollwood Pharmacy**
PRO SE

<u>Interested Party</u>

**Willdine Inc.**

<u>Interested Party</u>

**Bella Nail Spa**

<u>Interested Party</u>

**E Street Discount Pharmacy**

represented by **E Street Discount Pharmacy**
PRO SE

<u>Interested Party</u>

**Original Bread, Inc.**

<u>Interested Party</u>

**Noble Pharmacy**

represented by **Noble Pharmacy**
PRO SE

<u>Interested Party</u>

**Corolla Movies 4**

<u>Interested Party</u>

**Corrolla Movies 4**

<u>Interested Party</u>

**State Cinema 3**

<u>Interested Party</u>

**Hollywood Movies 4**

<u>Interested Party</u>

**Kill Devil Hills Movie 10**

<u>Interested Party</u>

**Hatteras Island Plaza Movies 4**

<u>Interested Party</u>

**Hanover Movies 16**

<u>Interested Party</u>

**Surf N Sand 8**

**Interested Party**

**East Point Movies 10**

**Interested Party**

**Valley Mall Movies 16**

**Interested Party**

**Hat Trick II**

**Interested Party**

**JTS One Stop**

**Interested Party**

**Grover Lc**

**Interested Party**

**DWD Pizza**

**Interested Party**

**Hussein Mawani**

**Interested Party**

**RJ Julia Booksellers**

**Interested Party**

**Knapper Oil**

**Interested Party**

**J.W. Sandri**

**Interested Party**

**Pop Love-it Skate Shop**

**Interested Party**

**Arlington Subway**

**Interested Party**

**Subway Orangecrest**

**Interested Party**

**Skylands Energy Service**

**Interested Party**

**Subway(Pagosa Springs)**

**Interested Party**

**Open Door Bookstore**

**Interested Party**

**Subway Medlock Ctr**

**Interested Party**

**Skv Inc.**

**Interested Party**

**Subway ejb**

**Interested Party**

**Subway # 26892**

**Interested Party**

**Subway ph Inc.**

**Interested Party**

**Subway Cedar Hills Crossing**

**Interested Party**

**Quality State Oil Co.**

**Interested Party**

**Subway 6162**

**Interested Party**

**MAL Enterprises**

**Interested Party**

**Daley Service Inc.**

**Interested Party**

**Puls Inc.**

**Interested Party**

**SA Subway Inc.**

**Interested Party**

**Joe's Grocery**

**Interested Party**

**Gathagan Investment Co.**

**Interested Party**

**Schoon's Incorporated**

**Interested Party**

**Pharm-Assist Inc.**

**Interested Party**

**POC USA, Inc.**

**Interested Party**

**Orton Motor Inc.**

**Interested Party**

**Main Street Drug & Lakeside Pharmacy**          represented by   **Main Street Drug & Lakeside Pharmacy**
                                                                    PRO SE

**Interested Party**

**Econo-Med Pharmacy, Inc**                        represented by   **Econo-Med Pharmacy, Inc**
                                                                    PRO SE

**Interested Party**

**Cottrill's Pharmacy, Inc.**                      represented by   **Cottrill's Pharmacy, Inc.**
                                                                    PRO SE

**Interested Party**

**Union City Pharmacy**                            represented by   **Union City Pharmacy**
                                                                    PRO SE

**Interested Party**

**Patriot Cinemas**

**Interested Party**

**Medical Pharmacy & Supply**                      represented by   **Medical Pharmacy & Supply**
                                                                    PRO SE

**Interested Party**

**PR Sports Inc.**

**Interested Party**

**Here's a Book Store Inc.**

**Interested Party**

**Waverly Pharmacy**                               represented by   **Waverly Pharmacy**
                                                                    PRO SE

**Interested Party**

**McDonald Oil Company**

**Interested Party**

**Marengo Community Pharmacy, Inc.**               represented by   **Marengo Community Pharmacy, Inc.**
                                                                    PRO SE

**Interested Party**

**Sound City Foods**

**Interested Party**

**McDermott Oil Company**

**Interested Party**

**Redding Oil Company**

**Interested Party**

**Rider Pharmacy**                                    represented by    **Rider Pharmacy**
                                                                        PRO SE

**Interested Party**

**Parsons Oil Company**

**Interested Party**

**+F, Inc.**

**Interested Party**

**Quincy Pharmacy**                                  represented by    **Quincy Pharmacy**
                                                                        PRO SE

**Interested Party**

**Harvard Family Physicians Pharmacy**               represented by    **Harvard Family Physicians Pharmacy**
                                                                        PRO SE

**Interested Party**

**Hoffman Drug-True Value**                           represented by    **Hoffman Drug-True Value**
                                                                        PRO SE

**Interested Party**

**RP Healthcare, Inc.**                              represented by    **RP Healthcare, Inc.**
                                                                        PRO SE

**Interested Party**

**VM Pharmacy**                                      represented by    **VM Pharmacy**
                                                                        PRO SE

**Interested Party**

Evans Pharmacy                                       represented by    **Evans Pharmacy**
                                                                        PRO SE

**Interested Party**

**BPRS, Inc. dba Avenue Pharmacy**                   represented by    **BPRS, Inc. dba Avenue Pharmacy**
                                                                        PRO SE

**Interested Party**

**DeSousa Oil**

**Interested Party**

**R/C Theatres Management**

**Interested Party**

**Sooner Pharmacy of Davis, Inc.**                   represented by    **Sooner Pharmacy of Davis, Inc.**
                                                                        PRO SE

**Interested Party**

**American Multi-Cinema**

**Interested Party**

**USave Pharmacy**                                        represented by   **USave Pharmacy**
                                                                           PRO SE

**Interested Party**

**Holiday Stationstores**

**Interested Party**

**Holiday Companies**

**Interested Party**

**M.J. Mall Cinema**

**Interested Party**

**Gerlands Realty**

**Interested Party**

**Plateau Drugs, Inc.**                                   represented by   **Plateau Drugs, Inc.**
                                                                           PRO SE

**Interested Party**

**Bissell Pharmacy**                                      represented by   **Bissell Pharmacy**
                                                                           PRO SE

**Interested Party**

**Richard Lyle Briley**

**Interested Party**

**United Food Venture**

**Interested Party**

**Valley Mission Homecare Pharmacy**                      represented by   **Valley Mission Homecare Pharmacy**
                                                                           PRO SE

**Interested Party**

**United Food Systems**

**Interested Party**

**Culpeper Movies 4**

**Interested Party**

**Southwest Donut Shops**

**Interested Party**

**Wilkes Barre Movies 14**

**Interested Party**

**Hongs Enterprises**

**Interested Party**

**Bird's Hill Pharmacy, Inc.**                            represented by   **Bird's Hill Pharmacy, Inc.**
                                                                           PRO SE

**Interested Party**

**Reading Movies 11**

**Interested Party**

**Duncan's Pharmacy, Inc.**                    represented by    **Duncan's Pharmacy, Inc.**
                                                               PRO SE

**Interested Party**

**E&M Pharmacy**                               represented by    **E&M Pharmacy**
                                                               PRO SE

**Interested Party**

**Northeast Donut Shops Management**

**Interested Party**

**Columbus Food Services**

**Interested Party**

**Kinglender, Inc.**

**Interested Party**

**KNC Holdings, Inc.**

**Interested Party**

**Anthony Pharmacy**                           represented by    **Anthony Pharmacy**
                                                               PRO SE

**Interested Party**

**Raceway Management Co.**

**Interested Party**

**Gateway Gettysburg**

**Interested Party**

**Ethan Allen**

**Interested Party**

**Badcock Home Furniture**

**Interested Party**

**M&M Pharmacy Corp dba Continental Drugs**    represented by    **M&M Pharmacy Corp dba Continental Drugs**
                                                               PRO SE

**Interested Party**

**W.S. Badcock Corporation**

**Interested Party**

**Parkside Movies 14**

**Interested Party**

**1st Quick Check**

**Interested Party**

**Knowlands Super Markets**

**Interested Party**

**Ocean Walk Movies 10**

**Interested Party**

**Aarthun Enterprises**

**Interested Party**

**Pay and Save, Inc.**

**Interested Party**

**Dakota King Inc.**

**Interested Party**

**SDI Ardmore, TN**

**Interested Party**

**Westview Movies 16**

**Interested Party**

**Ewolts Grocery**

**Interested Party**

**Wilson Pharmacy**                        represented by    **Wilson Pharmacy**
                                                             PRO SE

**Interested Party**

**Concord Pharmacy, Inc.**                 represented by    **Concord Pharmacy, Inc.**
                                                             PRO SE

**Interested Party**

**Carolltowne Movies 6**

**Interested Party**

**Starkman Oil Company**

**Interested Party**

**J&L Sandwiches**

**Interested Party**

**J&L Sandwiches (Subway)**

**Interested Party**

**Michael Martin**

**Interested Party**

**Bridges & James, Inc., DBA, Wannamaker Drug**    represented by    **Bridges & James, Inc., DBA, Wannamaker Drug**
                                                                     PRO SE

**Interested Party**

**Cinemas 1-2-3**

**Interested Party**

**Sherry's Discount Drug**                    represented by    **Sherry's Discount Drug**
                                                              PRO SE

**Interested Party**

**TB Sandwiches**

**Interested Party**

**Armstrong Subway**

**Interested Party**

**A&E Oil**

**Interested Party**

**Bayou Book Co.**

**Interested Party**

**RPB Pharmacy, Inc., DBA Pharmahealth Pharmacy**    represented by    **RPB Pharmacy, Inc., DBA Pharmahealth Pharmacy**
                                                                     PRO SE

**Interested Party**

**Pharmahealth Heuthorn, Inc.**               represented by    **Pharmahealth Heuthorn, Inc.**
                                                              PRO SE

**Interested Party**

**Northland Sonic Drive-Ins**

**Interested Party**

**Pharmahealth Long Term Care, Inc.**         represented by    **Pharmahealth Long Term Care, Inc.**
                                                              PRO SE

**Interested Party**

**Seitz Drug Company, Inc.**                  represented by    **Seitz Drug Company, Inc.**
                                                              PRO SE

**Interested Party**

**P&S Pharmacy LLC dba Wurtsboro Pharmacy**   represented by    **P&S Pharmacy LLC dba Wurtsboro Pharmacy**
                                                              PRO SE

**Interested Party**

**McLoud Clinic Pharmacy**                    represented by    **McLoud Clinic Pharmacy**
                                                              PRO SE

**Interested Party**

**Mark's Family Pharmacy**                    represented by    **Mark's Family Pharmacy**
                                                              PRO SE

**Interested Party**

Minooka Pharmacy, Inc.                          represented by    **Minooka Pharmacy, Inc.**
                                                                  PRO SE

**Interested Party**

Seeley Swan Pharmacy                            represented by    **Seeley Swan Pharmacy**
                                                                  PRO SE

**Interested Party**

Parkhill Pharmacy, Inc. dba, Lopez Island Pharmacy    represented by    **Parkhill Pharmacy, Inc. dba, Lopez Island Pharmacy**
                                                                        PRO SE

**Interested Party**

Turtle Lake Rexall Drug                         represented by    **Turtle Lake Rexall Drug**
                                                                  PRO SE

**Interested Party**

Osborn Drugs, Inc.                              represented by    **Osborn Drugs, Inc.**
                                                                  PRO SE

**Interested Party**

A & M Discount Beverage #11

**Interested Party**

Hayen Pharmacies, P.A. dba Paul's Pharmacy      represented by    **Hayen Pharmacies, P.A. dba Paul's Pharmacy**
                                                                  PRO SE

**Interested Party**

Millersburg Pharmacy, Inc.                      represented by    **Millersburg Pharmacy, Inc.**
                                                                  PRO SE

**Interested Party**

Perry Drug, Inc.                                represented by    **Perry Drug, Inc.**
                                                                  PRO SE

**Interested Party**

Liberty Drug                                    represented by    **Liberty Drug**
                                                                  PRO SE

**Interested Party**

SVT, LLC

**Interested Party**

Interstate Subway

**Interested Party**

Foot Locker, Inc.

**Interested Party**

Pharmacy Services, Inc.                         represented by    **Pharmacy Services, Inc.**
                                                                  PRO SE

**Interested Party**

Subarundel, Inc.

**Interested Party**

**Patada Retail Consulting**

**Interested Party**

**Greenville Drug Store, Inc.**                    represented by    **Greenville Drug Store, Inc.**
                                                                    PRO SE

**Interested Party**

**Tauer Enterprises**

**Interested Party**

**Northern Subs Inc.**

**Interested Party**

**Punrica Inc.**

**Interested Party**

**Hart & Iliff Fuel**

**Interested Party**

**Cory Subway**

**Interested Party**

**New Castle Theater**

**Interested Party**

**Hermitage Theater**

**Interested Party**

**Waterworks Theaters**

**Interested Party**

**Cranberry Theaters**

**Interested Party**

**Country Club Cinemas**

**Interested Party**

**Family Pharmacy & Med Serv International**        represented by    **Family Pharmacy & Med Serv International**
                                                                    PRO SE

**Interested Party**

**Berlin Mills Variety**

**Interested Party**

**Standard Pharmacy**                              represented by    **Standard Pharmacy**
                                                                    PRO SE

**Interested Party**

**Standard Pharmacy @ HealthFirst**                                   represented by     **Standard Pharmacy @ HealthFirst**
                                                                                         PRO SE

**Interested Party**

**Kaupp Enterprises**

**Interested Party**

**Robert Holmberg**

**Interested Party**

**Travel Mart, Inc.**

**Interested Party**

**Sudbury Pharmacy**

**Interested Party**

**Dipasqua Enterprises**

**Interested Party**

**Paris Apothecary, LLC**                                             represented by     **Paris Apothecary, LLC**
                                                                                         PRO SE

**Interested Party**

**A.R. Sandri, Inc.**

**Interested Party**

**W.A. Sandri, Inc.**

**Interested Party**

**Johnson Drug aka Johnson Compounding and**                          represented by     **Johnson Drug aka Johnson Compounding and**
**Wellness Center**                                                                      **Wellness Center**
                                                                                         PRO SE

**Interested Party**

**Sandri Energy**

**Interested Party**

**Apothecare Pharmacy LLC**                                           represented by     **Apothecare Pharmacy LLC**
                                                                                         PRO SE

**Interested Party**

**Bill & Gordon Investment Co.**

**Interested Party**

**Sandri Realty, Inc.**

**Interested Party**

**A & M Discount Beverage # 2**

**Interested Party**

**Crumpin Fox Club**

**Interested Party**

**Fox Hopyard, LLC**

**Interested Party**

**Rexbo Realty, Inc.**

**Interested Party**

**Eat Fresh Subs, Inc.**

**Interested Party**

**LLCC Subway, Inc.**

**Interested Party**

**Fresh Fit Subs**

**Interested Party**

**Lamas Drug, Inc. DBA Barre Family Pharmacy**          represented by   **Lamas Drug, Inc. DBA Barre Family Pharmacy**
PRO SE

**Interested Party**

**Tic Toc Food Mart Inc. of PA**

**Interested Party**

**Best Oil Company**

**Interested Party**

**Tic Toc Food Mart of Ohio**

**Interested Party**

**Subway # 2440**

**Interested Party**

**Willway Inc.**

**Interested Party**

**Union Square Hospitality Group Businesses**

**Interested Party**

**Gee and Gee Inc.**

**Interested Party**

**Sangill Inc.**

**Interested Party**

**UMBC Sub LLC**

**Interested Party**

**Punsub Inc.**

**Interested Party**

**J.E.B. Enterprises**

**Interested Party**

**43 Crossroad Inc.**

**Interested Party**

**Acton Pharmacy, Inc.**                                 represented by   **Acton Pharmacy, Inc.**
                                                                          PRO SE

**Interested Party**

**Feather Petroleum Company**

**Interested Party**

**Moshannon Valley Pharmacy**

**Interested Party**

**Diesel, A Bookstore**

**Interested Party**

**JT Alexander & Son Inc.**

**Interested Party**

**Towne Pharmacy of Rincon, LLC**                       represented by   **Towne Pharmacy of Rincon, LLC**
                                                                          PRO SE

**Interested Party**

**Brawley Market**

**Interested Party**

**KDG Inc.**

**Interested Party**

**Tattered Cover Inc.**

**Interested Party**

**Perham Health Retail Pharmacy**                       represented by   **Perham Health Retail Pharmacy**
                                                                          PRO SE

**Interested Party**

**Tattered Cover Food & Beverage**

**Interested Party**

**Loris Drug Store, Inc.**                               represented by   **Loris Drug Store, Inc.**
                                                                          PRO SE

**Interested Party**

**Adams Pharmacy, Inc.**                                 represented by   **Adams Pharmacy, Inc.**
                                                                          PRO SE

**Interested Party**

**CoGo's Co.**

**Interested Party**

**Headrick's Drug Store**                                    represented by    **Headrick's Drug Store**
                                                                               PRO SE

**Interested Party**

**K and D Sandwiches, LLC**

**Interested Party**

**Malheur Drug, Inc.**                                       represented by    **Malheur Drug, Inc.**
                                                                               PRO SE

**Interested Party**

**Vishven Global Promoters**

**Interested Party**

**Cherokee Nation Entertainment LLC**

**Interested Party**

**Brand Ventures LLC**

**Interested Party**

**Cuppa Coffee Inc**

**Interested Party**

**Simoneaud's Grocery & Market**

**Interested Party**

**Transworld Entertainment Corp and Subsidaries**

**Interested Party**

**Trans World Entertainment Corporation and Subsidaries**

**Interested Party**

**Panera Bread (Staten Island)**

**Interested Party**

**Panera Bread (New Hyde Park)**

**Interested Party**

**Hibbett Sporting Goods, Inc.**

**Interested Party**

**Panera Bread (North Babylon)**

**Interested Party**

**Panera Bread (Little Neck)**

**Interested Party**

**Panera Bread (Hicksville)**

**Interested Party**

**Bristol Farms Inc.**

**Interested Party**

**GMTN Tall Tales LLC**

**Interested Party**

**Tractor Supply Company**

**Interested Party**

**24 Hour Fitness USA, Inc.**

**Interested Party**

**Panera Bread (Kings Plaza)**

**Interested Party**

**NJ Applebee's**

**Interested Party**

**NY Applebee's**

**Interested Party**

**Panera Bread (Bayside)**

**Interested Party**

**Sicomac Partners Nanuet**

**Interested Party**

**Lieham Corp**

**Interested Party**

**Sicomac Partners New City**

**Interested Party**

**Sicomac Partners Pearl River**

**Interested Party**

**Sicomac Partners West**

**Interested Party**

**Nothern Tier Retail, LLC**

**Interested Party**

**Sicomac Partners Orange**

**Interested Party**

**Digital River, Inc.,**

**Interested Party**

**Great Oak Pharmacy**                                      represented by    **Great Oak Pharmacy**
                                                                              PRO SE

<u>**Interested Party**</u>

**Thompson Pharmacy & Medical**                            represented by    **Thompson Pharmacy & Medical**
                                                                              PRO SE

<u>**Interested Party**</u>

**Lexar Corporation**                                      represented by    **Lexar Corporation**
                                                                              PRO SE

<u>**Interested Party**</u>

**Scepter Pharmacy**                                       represented by    **Scepter Pharmacy**
                                                                              PRO SE

<u>**Interested Party**</u>

**Focus Respiratory, Inc.**                                represented by    **Focus Respiratory, Inc.**
                                                                              PRO SE

<u>**Interested Party**</u>

**Penninsula Pharmacy Inc.**

<u>**Interested Party**</u>

**Headland Discount Pharmacy**                             represented by    **Headland Discount Pharmacy**
                                                                              PRO SE

<u>**Interested Party**</u>

**Hartig Drug Company, Inc.**                              represented by    **Hartig Drug Company, Inc.**
                                                                              PRO SE

<u>**Interested Party**</u>

**IRWIN - POTTER DRUG - MEDICAL - LAB**

<u>**Interested Party**</u>

**McNabb Pharmacy, Inc.**

<u>**Interested Party**</u>

**Conlin's Pharmacy Inc.**

<u>**Interested Party**</u>

**Doganieros Pharmacy Inc.**                               represented by    **Doganieros Pharmacy Inc.**
                                                                              PRO SE

<u>**Interested Party**</u>

**Baxter Pharmacy**

<u>**Interested Party**</u>

**Marshland Pharmacy, Inc.**                               represented by    **Marshland Pharmacy, Inc.**
                                                                              PRO SE

<u>**Interested Party**</u>

**Tuttle's Pharmacy, Inc.**                                represented by    **Tuttle's Pharmacy, Inc.**
                                                                              PRO SE

**Interested Party**

**Professional Pharmacy LLC**                                    represented by    **Professional Pharmacy LLC**
                                                                                  PRO SE

**Interested Party**

**Wholefoods Community Co-Op, Inc**

**Interested Party**

**Prescription Center LLC**                                      represented by    **Prescription Center LLC**
                                                                                  PRO SE

**Interested Party**

**Williamson Street Grocery Co-Op**

**Interested Party**

**North Pole Prescription Lab. Inc.**                            represented by    **North Pole Prescription Lab. Inc.**
                                                                                  PRO SE

**Interested Party**

**Ypslanti Food Co-Op**

**Interested Party**

**Peak Pharmacy Inc.**                                           represented by    **Peak Pharmacy Inc.**
                                                                                  PRO SE

**Interested Party**

**Mifflintown Pharmacy Inc.**                                    represented by    **Mifflintown Pharmacy Inc.**
                                                                                  PRO SE

**Interested Party**

**Ozark Natural Foods**

**Interested Party**

**Dollex Pharmacy**                                              represented by    **Dollex Pharmacy**
                                                                                  PRO SE

**Interested Party**

**Outpost Natural Foods**

**Interested Party**

**Dunes Family Pharmacy Inc.**                                   represented by    **Dunes Family Pharmacy Inc.**
                                                                                  PRO SE

**Interested Party**

**People's Food Cooperative, Inc.,**

**Interested Party**

**People's Food Co-Op of Kalamazoo**

**Interested Party**

**Phoenix Earth Food Cooperative**

**Interested Party**

**River Market Community Co-Op**

**Interested Party**

**Seward Community Co-Op**

**Interested Party**

**St. Peter Food Cooperative**

**Interested Party**

**Community Mercantile, Inc.**

**Interested Party**

**East Dakotah Natural Foods Co-Op**

**Interested Party**

**Wedge Communityy Co-Op, Inc.**

**Interested Party**

**Valley Community Food Co-Op**

**Interested Party**

**Wheatsfield Cooperative**

**Interested Party**

**Viroqua Food Co-Op**

**Interested Party**

**Wheatsville Co-Op**

**Interested Party**

**People's Food Co-Op of Kalamazoo**

**Interested Party**

**Lakewinds Natural Foods**

**Interested Party**

**Linden Hills Co-Op**

**Interested Party**

**Centre-In Food Coop Inc.**

**Interested Party**

**The Menomonie Food Co-Op**

**Interested Party**

**Natural Harvest Food Co-Op**

**Interested Party**

**Neighborhood Co-Op**

<u>Interested Party</u>

**New Pioneer's Cooperative Society**

<u>Interested Party</u>

**Open Harvest Cooperative**

<u>Interested Party</u>

**Roberds Pharmacy**                      represented by    **Roberds Pharmacy**
                                                           PRO SE

<u>Interested Party</u>

**East End Pharmacy, Inc.**               represented by    **East End Pharmacy, Inc.**
                                                           PRO SE

<u>Interested Party</u>

**Oryana Natural Foods Market**

<u>Interested Party</u>

**Hankinson Drug, Inc.**                  represented by    **Hankinson Drug, Inc.**
                                                           PRO SE

<u>Interested Party</u>

**J.E. Pierce Apothecary and Compound**   represented by    **J.E. Pierce Apothecary and Compound**
                                                           PRO SE

<u>Interested Party</u>

**Weatherly Area Community Pharmacy**     represented by    **Weatherly Area Community Pharmacy**
                                                           PRO SE

<u>Interested Party</u>

**Nash Drugs, Inc.**                      represented by    **Nash Drugs, Inc.**
                                                           PRO SE

<u>Interested Party</u>

**Bloomingfoods Market & Deli**

<u>Interested Party</u>

**Matthewson Drug Co.**                   represented by    **Matthewson Drug Co.**
                                                           PRO SE

<u>Interested Party</u>

**Famine Foods Co-Op**

<u>Interested Party</u>

**Chequamegon Food Co-Op**

<u>Interested Party</u>

**Common Ground Food Co-Op**

<u>Interested Party</u>

**East Lansing Food Co-Op**

<u>Interested Party</u>

**Eastside Food Cooperative**

<u>Interested Party</u>

**Grain Train Natural Foods Market**

<u>Interested Party</u>

**GreenTree Cooperative Grocery**

<u>Interested Party</u>

**Just Food: Northfield Community Co-Op, Inc.**

<u>Interested Party</u>

**Harmony Natural Foods Coop**

<u>Interested Party</u>

**Honest Weight Food Co-op**

<u>Interested Party</u>

**Hunger Mountain Cooperative**

<u>Interested Party</u>

**Lexington Cooperative Market**

<u>Interested Party</u>

**Life Grocery, Inc.**

<u>Interested Party</u>

**Mariposa Inc.**

<u>Interested Party</u>

**Middlebury Natural foods Co-Op**

<u>Interested Party</u>

**New Leaf Market**

<u>Interested Party</u>

**Roanoke Cooperative Association LTD**

<u>Interested Party</u>

**Springfield Food Co-Op**

<u>Interested Party</u>

**Frederick County Consumer Cooperative**

<u>Interested Party</u>

**Three Rivers Market**

**Interested Party**

**Tidal Creek Cooperative Food Market, Inc.**

**Interested Party**

**Weaver Street Market**

**Interested Party**

**Weavers Way Cooperative**

**Interested Party**

**Whole Foods Cooperative**

**Interested Party**

**Trias LLC**

**Interested Party**

**Delphia Inc.**

**Interested Party**

**Maverick Inc.**

**Interested Party**

**Cox Oil Co.**

**Interested Party**

**Meredith Furn., Inc.**

**Interested Party**

**Rye Beach Pharmacy**

**Interested Party**

**Wild Goose Station**

**Interested Party**

**NY Applebee's (Bohemia)**

**Interested Party**

**Forrest Park Finer Foods**

**Interested Party**

**Houchens North Foods**

**Interested Party**

**Stewart Richey Construction**

**Interested Party**

**Houchens Express Pharmacy**

**Interested Party**

**Burger King (Vanmar, Inc.)**

**Interested Party**

**The Corner Bookstore**

**Interested Party**

**Jason R. McFall, DDS**

**Interested Party**

**Panera Bread (Port Jefferson)**

**Interested Party**

**Panera Bread (West Babylon)**

**Interested Party**

**Wild Oats Co-operative, Inc.,**

**Interested Party**

**Briar Patch Cooperative**

**Interested Party**

**City Drug Co**                                    represented by   **City Drug Co**
                                                                    PRO SE

**Interested Party**

**MedPark Pharmacy, Inc.**                          represented by   **MedPark Pharmacy, Inc.**
                                                                    PRO SE

**Interested Party**

**Tanglewood Pharmacy, Inc.**                       represented by   **Tanglewood Pharmacy, Inc.**
                                                                    PRO SE

**Interested Party**

**Paoli Pharmacy, Inc.**

**Interested Party**

**RJT Pharmacy, Inc. DBA The Medicine Shoppe #0500**   represented by   **RJT Pharmacy, Inc. DBA The Medicine Shoppe #0500**
                                                                    PRO SE

**Interested Party**

**Gateway Pharmacy**                                represented by   **Gateway Pharmacy**
                                                                    PRO SE

**Interested Party**

**Overton's, Inc.**

**Interested Party**

**NY Applebee's (Brentwood)**

**Interested Party**

**League of Oregon Cities**

**Interested Party**

**Winnerco, Inc.**

**Interested Party**

**Four Seasons Sales and Service**

**Interested Party**

**Lakebryan Donuts**

**Interested Party**

**Gaines Management Group**

**Interested Party**

**Parsons Furniture LLC**

**Interested Party**

**Cedar Donuts LLC**

**Interested Party**

**Somerset Donuts**

**Interested Party**

**Modern Comfort Systems**

**Interested Party**

**Cade's Market**

**Interested Party**

**Central Coop**

**Interested Party**

**Community Food Cooperative**

**Interested Party**

**Community Food Co-op**

**Interested Party**

**Davis Food Cooperative Inc.**

**Interested Party**

**Terry's BP-Gas**

**Interested Party**

**Crabby Dave's**

**Interested Party**

**National Association of College Stores**

**Interested Party**

**Society of Independent Gasoline Marketers of America**    represented by  **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**New York & Company**

**Interested Party**

**Dutch Oil Company**

**Interested Party**

**Pine Tree Country Store**

**Interested Party**

**Family Pharmacy of Dover, LLC**    represented by  **Family Pharmacy of Dover, LLC**
PRO SE

**Interested Party**

**First Alternative Cooperative**

**Interested Party**

**The Compounding Shoppe**    represented by  **The Compounding Shoppe**
PRO SE

**Interested Party**

**Food Conspiracy Cooperative**

**Interested Party**

**Ralph Lauren Corporation**

**Interested Party**

**Gerlands Food Fair**

**Interested Party**

**Tractor Supply Company**

**Interested Party**

**The Medicine Shoppe**    represented by  **The Medicine Shoppe**
PRO SE

**Interested Party**

**Wood Pharmacy**    represented by  **Wood Pharmacy**
PRO SE

**Interested Party**

**First Data Corporation**

**Interested Party**

**Mill Run Community Pharmacy**    represented by  **Mill Run Community Pharmacy**
PRO SE

**Interested Party**

**Victory Marketing, LLC**

**Interested Party**

**Jonestown Pharmacy**                     represented by   **Jonestown Pharmacy**
                                                            PRO SE

**Interested Party**

**Healthlink Pharmacy**                    represented by   **Healthlink Pharmacy**
                                                            PRO SE

**Interested Party**

**Burgers & More, Inc.**

**Interested Party**

**Yellowstone Community Cooperative**

**Interested Party**

**Morris Petroleum, Inc.**

**Interested Party**

**Pharma LLC DBA Sebring Pharmacy**        represented by   **Pharma LLC DBA Sebring Pharmacy**
                                                            PRO SE

**Interested Party**

**Fisherville Pharmacy, LLC**              represented by   **Fisherville Pharmacy, LLC**
                                                            PRO SE

**Interested Party**

**The Waldwin Group, Inc.**

**Interested Party**

**Waldwin Concessions, LLC**

**Interested Party**

**Waldwin Retail LLC**

**Interested Party**

**Bucklow Pharmacy, Inc.**                 represented by   **Bucklow Pharmacy, Inc.**
                                                            PRO SE

**Interested Party**

**City of North Liberty**

**Interested Party**

**Immediate Pharmaceutical Services, Inc.**  represented by  **Immediate Pharmaceutical Services, Inc.**
                                                            PRO SE

**Interested Party**

**Towne Drugs Inc.**                       represented by   **Towne Drugs Inc.**
                                                            PRO SE

**Interested Party**

**Discount Drug Mart, Inc.**                    represented by    **Discount Drug Mart, Inc.**
                                                                  PRO SE

<u>Interested Party</u>

**Star Medical Center Pharmacy**                represented by    **Star Medical Center Pharmacy**
                                                                  PRO SE

<u>Interested Party</u>

**La Montamita Co-op**

<u>Interested Party</u>

**Holst Pharmacy d/b/a The Medicine Store**     represented by    **Holst Pharmacy d/b/a The Medicine Store**
                                                                  PRO SE

<u>Interested Party</u>

**Krittenbrink Pharmacy**                       represented by    **Krittenbrink Pharmacy**
                                                                  PRO SE

<u>Interested Party</u>

**Pharm-A-Save Inc.**                           represented by    **Pharm-A-Save Inc.**
                                                                  PRO SE

<u>Interested Party</u>

**Sumpter Pharmacy, Inc.**                      represented by    **Sumpter Pharmacy, Inc.**
                                                                  PRO SE

<u>Interested Party</u>

**Medicap Pharmacy**                            represented by    **Medicap Pharmacy**
                                                                  (See above for address)
                                                                  PRO SE

<u>Interested Party</u>

**Pineland Pharmacy**                           represented by    **Pineland Pharmacy**
                                                                  PRO SE

<u>Interested Party</u>

**Los Alamos Cooperative Market**

<u>Interested Party</u>

**Yorkville Drugstore**                         represented by    **Yorkville Drugstore**
                                                                  PRO SE

<u>Interested Party</u>

**Ider Discount Drugs, Inc.**                   represented by    **Ider Discount Drugs, Inc.**
                                                                  PRO SE

<u>Interested Party</u>

**East End Food Coop**

<u>Interested Party</u>

**Donlon Healthmart Pharmacy**                  represented by    **Donlon Healthmart Pharmacy**
                                                                  PRO SE

**Interested Party**

**R&M Drugs**                                            represented by    **R&M Drugs**
                                                                          PRO SE

**Interested Party**

**Deep Roots Market**

**Interested Party**

**Concord Food Cooperative, Inc**

**Interested Party**

**Hawco, Inc. dba Ver Helst Drug Center**               represented by    **Hawco, Inc. dba Ver Helst Drug Center**
                                                                          PRO SE

**Interested Party**

**Company Shops Market**

**Interested Party**

**Onion River Cooperative**

**Interested Party**

**West Pointe Pharmacy**                                represented by    **West Pointe Pharmacy**
                                                                          PRO SE

**Interested Party**

**Minersville Pharmacy**                                represented by    **Minersville Pharmacy**
                                                                          PRO SE

**Interested Party**

**Orange Pharmacy**                                     represented by    **Orange Pharmacy**
                                                                          PRO SE

**Interested Party**

**Kansas Pharmacy LLC**                                 represented by    **Kansas Pharmacy LLC**
                                                                          PRO SE

**Interested Party**

**Catoosa Family Pharmacy, LLC**                        represented by    **Catoosa Family Pharmacy, LLC**
                                                                          PRO SE

**Interested Party**

**Four Star Drug of Bethany, Inc.**                     represented by    **Four Star Drug of Bethany, Inc.**
                                                                          PRO SE

**Interested Party**

**Trumm Drug, Inc.**                                    represented by    **Trumm Drug, Inc.**
                                                                          PRO SE

**Interested Party**

**Lindsay Drug Co., Inc.**                              represented by    **Lindsay Drug Co., Inc.**
                                                                          PRO SE

**Interested Party**

**Elliott Plaza Pharmacy, LLC**                                  represented by   **Elliott Plaza Pharmacy, LLC**
                                                                                 PRO SE

**Interested Party**

**Genesee Co-Op Natural Food Store, Inc.,**

**Interested Party**

**Valley Pharmacy**                                            represented by   **Valley Pharmacy**
                                                                                 PRO SE

**Interested Party**

**Three Rivers Food Co-Op, Inc.,**

**Interested Party**

**Inola Drug Inc.**                                            represented by   **Inola Drug Inc.**
                                                                                 PRO SE

**Interested Party**

**Family Drug**                                                represented by   **Family Drug**
                                                                                 PRO SE

**Interested Party**

**Bouvier Pharmacy Inc.**                                      represented by   **Bouvier Pharmacy Inc.**
                                                                                 PRO SE

**Interested Party**

**Brown's Main Street Pharmacy, Inc.**                         represented by   **Brown's Main Street Pharmacy, Inc.**
                                                                                 PRO SE

**Interested Party**

**Langston Drug Store**                                        represented by   **Langston Drug Store**
                                                                                 PRO SE

**Interested Party**

**Grand Forks Food Co-op**

**Interested Party**

**Ron's Pharmacy, Inc.**                                       represented by   **Ron's Pharmacy, Inc.**
                                                                                 PRO SE

**Interested Party**

**WPR Food Enterprises, LLC**                                  represented by   **WPR Food Enterprises, LLC**
                                                                                 PRO SE

**Interested Party**

**Lawson Pharmacy**                                            represented by   **Lawson Pharmacy**
                                                                                 PRO SE

**Interested Party**

**Powell Foods of 104th Street, LLC**                          represented by   **Powell Foods of 104th Street, LLC**
                                                                                 PRO SE

**Interested Party**

**Los Ebanos Pharmacies and Home Health Care, Inc.**               represented by   **Los Ebanos Pharmacies and Home Health Care, Inc.**
PRO SE

**Interested Party**

**Hanover Consumer Cooperative Society, Inc.**

**Interested Party**

**Robert Fox Inc**                                                represented by   **Robert Fox Inc**
PRO SE

**Interested Party**

**River Valley Market, LLC**

**Interested Party**

**Wilderness Center Pharmacy Inc.**                               represented by   **Wilderness Center Pharmacy Inc.**
PRO SE

**Interested Party**

**Doctors Park Pharmacy**                                         represented by   **Doctors Park Pharmacy**
PRO SE

**Interested Party**

**Louis Morgan Drugs No. 5 Inc.**                                 represented by   **Louis Morgan Drugs No. 5 Inc.**
PRO SE

**Interested Party**

**Vet's Oil Company Inc**                                         represented by   **Vet's Oil Company Inc**
PRO SE

**Interested Party**

**Kems Pharmacy/optiMed Pharmacy/D&C enterprise**                 represented by   **Kems Pharmacy/optiMed Pharmacy/D&C enterprise**
**Inc.**                                                                          **Inc.**
PRO SE

**Interested Party**

**Elkton Family Pharmacy**                                        represented by   **Elkton Family Pharmacy**
PRO SE

**Interested Party**

**MJKL Enterprises, MJKL Enterprises Midwest, Pizza**             represented by   **MJKL Enterprises, MJKL Enterprises Midwest, Pizza**
**Revolucion, and Frontier Star**                                                 **Revolucion, and Frontier Star**
PRO SE

**Interested Party**

**Clayton Hometown Pharmacy**                                     represented by   **Clayton Hometown Pharmacy**
PRO SE

**Interested Party**

**Willimantie Food Coop**

**Interested Party**

**Linden Hills Co-Op**

**Interested Party**

**Patient Care Pharmacy**                    represented by    **Patient Care Pharmacy**
                                                              PRO SE

**Interested Party**

**Stop-N-Go Foodmart**                       represented by    **Stop-N-Go Foodmart**
                                                              PRO SE

**Interested Party**

**Grand Forks Food Co-op**

**Interested Party**

**Elmer Hometown Pharmacy**                  represented by    **Elmer Hometown Pharmacy**
                                                              PRO SE

**Interested Party**

**Okian Natural Foods**

**Interested Party**

**Lindberg Pharmacy**                        represented by    **Lindberg Pharmacy**
                                                              PRO SE

**Interested Party**

**Lindenwold Hometown Pharmacy**             represented by    **Lindenwold Hometown Pharmacy**
                                                              PRO SE

**Interested Party**

**The Food Co-op**

**Interested Party**

**Trader Gus Shell**                         represented by    **Trader Gus Shell**
                                                              PRO SE

**Interested Party**

**Central Avenue Pharmacy Inc.**             represented by    **Central Avenue Pharmacy Inc.**
                                                              PRO SE

**Interested Party**

**Matlack Hometown Pharmacy**                represented by    **Matlack Hometown Pharmacy**
                                                              PRO SE

**Interested Party**

**Skagit Valley Food Co-op**

**Interested Party**

**Silver City Food Co-op**

**Interested Party**

**Riverside Hometown Pharmacy**              represented by    **Riverside Hometown Pharmacy**
                                                              PRO SE

**Interested Party**

| | | |
|---|---|---|
| **Buy For Less Discount Pharmacy dba Sheridan Express Pharmacy** | represented by | **Buy For Less Discount Pharmacy dba Sheridan Express Pharmacy** PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **Spruce Mountain Pharmacy** | represented by | **Spruce Mountain Pharmacy** PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **Byard-Mercer Pharmacy** | represented by | **Byard-Mercer Pharmacy** PRO SE |

**Interested Party**

**Quincy Natural Foods Co-op**

**Interested Party**

| | | |
|---|---|---|
| **Community Pharmacy, Inc.** | represented by | **Community Pharmacy, Inc.** PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **Total Care Pharmacy** | represented by | **Total Care Pharmacy** PRO SE |

**Interested Party**

**Sacramento Natural Foods Cooperative, Inc.**

**Interested Party**

**People's Food Cooperative, Inc.,**

**Interested Party**

| | | |
|---|---|---|
| **Glenview Apothecary Inc.** | represented by | **Glenview Apothecary Inc.** PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **The Medicine Shoppe** | represented by | **The Medicine Shoppe** (See above for address) PRO SE |

**Interested Party**

**North Coast Cooperative, Inc.,**

**Interested Party**

| | | |
|---|---|---|
| **Dairyland Depot** | represented by | **Dairyland Depot** PRO SE |

**Interested Party**

**Ocean Beach People's Organic Food Co-op**

**Interested Party**

| | | |
|---|---|---|
| **Jordan Pharmacy Inc.** | represented by | **Jordan Pharmacy Inc.** PRO SE |

**Interested Party**

**Moscow Food Co-op**

Interested Party

**Medicine Shoppe and Washington Healthmart**
represented by **Medicine Shoppe and Washington Healthmart**
PRO SE

Interested Party

**Medford Food Co-op**

Interested Party

**Gore Green County Drug, Inc.**
represented by **Gore Green County Drug, Inc.**
PRO SE

Interested Party

**Harvest Co-op Markets**

Interested Party

**The Medicine Shoppe**
represented by **The Medicine Shoppe**
(See above for address)
PRO SE

Interested Party

**Nicson, Inc. and Abrams BP, Inc.**
represented by **Nicson, Inc. and Abrams BP, Inc.**
PRO SE

Interested Party

**GreenStar Cooperative Market , Inc.**

Interested Party

**Good Foods Co-op**

Interested Party

**Family Pharmacy of Chester LLC dba Victor Drugs Healthmart**
represented by **Family Pharmacy of Chester LLC dba Victor Drugs Healthmart**
PRO SE

Interested Party

**Friendly City Food Cooperative, Inc.**

Interested Party

**Prairie Drug**
represented by **Prairie Drug**
PRO SE

Interested Party

**Books at Quail Corner, Inc**

Interested Party

**Westpark Discount Pharmacy**
represented by **Westpark Discount Pharmacy**
PRO SE

Interested Party

**Houchens Food Group, Inc.,**

**Interested Party**

**Houchens Restaurants, LLC**

**Interested Party**

**The Country Squire Disc. Pharmacy, Inc.**      represented by    **The Country Squire Disc. Pharmacy, Inc.**
PRO SE

**Interested Party**

**Hitcents.com, Inc.,**

**Interested Party**

**Mike Biehl D.B.A. Golden Sands Mini Mart**      represented by    **Mike Biehl D.B.A. Golden Sands Mini Mart**
PRO SE

**Interested Party**

**City Limits C-Store**      represented by    **City Limits C-Store**
PRO SE

**Interested Party**

**Glen Ed Pharmacy**      represented by    **Glen Ed Pharmacy**
PRO SE

**Interested Party**

**M & N Foods, LLC**

**Interested Party**

**Trilogy Health Care, LLC**      represented by    **Trilogy Health Care, LLC**
PRO SE

**Interested Party**

**R.P.C., Inc.,**

**Interested Party**

**Ralph's Supermarket LLC**

**Interested Party**

**Panera Bread (E. Northport)**

**Interested Party**

**Panera Bread (Lake Grove)**

**Interested Party**

**Upper Darby Pharmacy**      represented by    **Upper Darby Pharmacy**
PRO SE

**Interested Party**

**Panera Bread (Bayshore)**

**Interested Party**

**Double Quick Inc., Gresham Service Stations and**      represented by    **Double Quick Inc., Gresham Service Stations and**
**Tobacco Quick**     **Tobacco Quick**
PRO SE

**Interested Party**

**Douglas Corporation of Michigan**


**Interested Party**

**Lake Elmo Oil, Inc.**


**Interested Party**

**Kelly Oil LLC**


**Interested Party**

**CSC Investments, LLC**


**Interested Party**

**Coleman Oil Company**                    represented by    **Coleman Oil Company**
                                                            PRO SE


**Interested Party**

**Virginia Tech Services, Inc.**


**Interested Party**

**Panera Bread (Farmingdale)**


**Interested Party**

**Vanderheyden Enterprise LLC**            represented by    **Vanderheyden Enterprise LLC**
                                                            PRO SE


**Interested Party**

**S&K Med Pharmacy**                       represented by    **S&K Med Pharmacy**
                                                            PRO SE


**Interested Party**

**Burnstad Bros. Inc.**


**Interested Party**

**M.W.S. Enterprises, Inc.**               represented by    **M.W.S. Enterprises, Inc.**
                                                            PRO SE


**Interested Party**

**Port Consolidated, Inc.**


**Interested Party**

**Jon's Drug Inc.**                        represented by    **Jon's Drug Inc.**
                                                            PRO SE


**Interested Party**

**Volunteer Oil Company, Inc.**


**Interested Party**

**Peakside Pharmacy Care Center**          represented by    **Peakside Pharmacy Care Center**
                                                            PRO SE

**Interested Party**

**Food Giant Supermarkets, Inc.,**

**Interested Party**

**Thompson Oconto Enterprises Inc.**                    represented by    **Thompson Oconto Enterprises Inc.**
                                                                          PRO SE

**Interested Party**

**Texas Restaurant Group, Inc., Dallas Fresh, Inc.**

**Interested Party**

**Houchens Industries, Inc.**

**Interested Party**

**Jr. Food Stores, Inc.,**

**Interested Party**

**Nord's Pharmacy & Gifts Inc.**                        represented by    **Nord's Pharmacy & Gifts Inc.**
                                                                          PRO SE

**Interested Party**

**Scotty's Contracting & Stone LLC**

**Interested Party**

**Furman's, Inc.,**

**Interested Party**

**Stephens Pipe & Steel, LLC**

**Interested Party**

**Gresham Petroleum Co., Gresham McPherson Oil Co.,**    represented by    **Gresham Petroleum Co., Gresham McPherson Oil Co.,**
**Quick 7 Star, Triple Stop, One Stop Market, Windham**                    **Quick 7 Star, Triple Stop, One Stop Market, Windham**
**Service Station, and Byrd Service Station**                              **Service Station, and Byrd Service Station**
                                                                          PRO SE

**Interested Party**

**Panera Bread (Mineola)**

**Interested Party**

**Kidd Healthmart Drug Co., Inc.**                      represented by    **Kidd Healthmart Drug Co., Inc.**
                                                                          PRO SE

**Interested Party**

**G&J Brooks Enterprises, Inc.**

**Interested Party**

**Pilot Travel Centus LLC**                            represented by    **Pilot Travel Centus LLC**
                                                                          PRO SE

**Interested Party**

**R&Q Corporation**                                    represented by    **R&Q Corporation**
                                                                          PRO SE

**Interested Party**

**NJ Applebee's**


**Interested Party**

**Burlington Donuts Inc.**


**Interested Party**

**Dave's Supermarkets**


**Interested Party**

**MTG Management Inc**                    represented by    **MTG Management Inc**
                                                            PRO SE


**Interested Party**

**Lawrence Drug Inc.**                     represented by    **Lawrence Drug Inc.**
                                                            PRO SE


**Interested Party**

**Novo Operations, Inc.,**


**Interested Party**

**Kidsmeds Pharmacy**                      represented by    **Kidsmeds Pharmacy**
                                                            PRO SE


**Interested Party**

**Mountain Country Supermarket**


**Interested Party**

**Dundee Pharmacy**                        represented by    **Dundee Pharmacy**
                                                            PRO SE


**Interested Party**

**R&R Health Care Solutions, Inc.**        represented by    **R&R Health Care Solutions, Inc.**
                                                            PRO SE


**Interested Party**

**Matherne's Supermarkets**


**Interested Party**

**D&H Company**                            represented by    **D&H Company**
*TERMINATED: 03/30/2016*                                    PRO SE


**Interested Party**

**NJ Applebee's (Milltown)**


**Interested Party**

**Salem Crossroads Apothecary**            represented by    **Salem Crossroads Apothecary**
                                                            PRO SE


**Interested Party**

**Jeffrey P. Biddle Inc. dba Village Pharmacy**          represented by   **Jeffrey P. Biddle Inc. dba Village Pharmacy**
                                                                          PRO SE

**Interested Party**

**Little Verons**

**Interested Party**

**Investing Associates Inc.**          represented by   **Investing Associates Inc.**
                                                        PRO SE

**Interested Party**

**Keystone Pharmacy**          represented by   **Keystone Pharmacy**
                                                PRO SE

**Interested Party**

**Brooks Brothers Group, Inc.**

**Interested Party**

**Meadow Valley Pharmacy**          represented by   **Meadow Valley Pharmacy**
                                                     PRO SE

**Interested Party**

**Golden Cove Pharmacy**          represented by   **Golden Cove Pharmacy**
                                                   PRO SE

**Interested Party**

**Quick Check Convenience Store, Inc.**          represented by   **Quick Check Convenience Store, Inc.**
                                                                  PRO SE

**Interested Party**

**Panera Bread (Long Island City)**

**Interested Party**

**Panera Bread (East Meadow)**

**Interested Party**

**Tunkhannock Compounding Center**          represented by   **Tunkhannock Compounding Center**
                                                             PRO SE

**Interested Party**

**Pill Box Inc.**          represented by   **Pill Box Inc.**
                                            PRO SE

**Interested Party**

**Quick Check Corp.**          represented by   **Quick Check Corp.**
                                                PRO SE

**Interested Party**

**Mount View Mobil convenience store**

**Interested Party**

**Kirk's Pharmacy, Inc.**          represented by   **Kirk's Pharmacy, Inc.**
                                                    PRO SE

**Interested Party**

**Winola Pharmacy**                          represented by   **Winola Pharmacy**
                                                              PRO SE


**Interested Party**

**Kirk's Pharmacy at Sunrise**               represented by   **Kirk's Pharmacy at Sunrise**
                                                              PRO SE


**Interested Party**

**Konicki Pharmacy**                         represented by   **Konicki Pharmacy**
                                                              PRO SE


**Interested Party**

**Steaks N Stuff Lincoln**                   represented by   **Steaks N Stuff Lincoln**
                                                              PRO SE


**Interested Party**

**IDM Pharmacy/Dollar Maven**                represented by   **IDM Pharmacy/Dollar Maven**
                                                              PRO SE


**Interested Party**

**Kirk's Pharmacy at Hartland**              represented by   **Kirk's Pharmacy at Hartland**
                                                              PRO SE


**Interested Party**

**Serendipity Donuts, Inc.**


**Interested Party**

**Towne Drugs Inc.**                         represented by   **Towne Drugs Inc.**
                                                              PRO SE


**Interested Party**

**Country Yankee Grocer**                    represented by   **Country Yankee Grocer**
                                                              PRO SE


**Interested Party**

**Goody Koontz Drug Store Inc.**             represented by   **Goody Koontz Drug Store Inc.**
                                                              PRO SE


**Interested Party**

**Yorkville Drugstore**                      represented by   **Yorkville Drugstore**
                                                              (See above for address)
                                                              PRO SE


**Interested Party**

**Getman-Apothecary Shoppe**                 represented by   **Getman-Apothecary Shoppe**
                                                              PRO SE


**Interested Party**

**Pharmacy World Inc.**                      represented by   **Pharmacy World Inc.**
                                                              PRO SE


**Interested Party**

**FMS Pharmacy**                                     represented by   **FMS Pharmacy**
                                                                      PRO SE

Interested Party

**Leon's Medical Clinic Pharmacy**                   represented by   **Leon's Medical Clinic Pharmacy**
                                                                      PRO SE

Interested Party

**By-Lo Oil Co., Speedy Q Markets, Inc. Craig Food   represented by   **By-Lo Oil Co., Speedy Q Markets, Inc. Craig Food
Stores, Inc. and Lawrence Oil Co.**                                   Stores, Inc. and Lawrence Oil Co.**
                                                                      PRO SE

Interested Party

**English Plaza Pharmacy**                            represented by   **English Plaza Pharmacy**
                                                                      PRO SE

Interested Party

**Dodgeville Crossings, Inc.,**

Interested Party

**Shop-N-Go**                                         represented by   **Shop-N-Go**
                                                                      PRO SE

Interested Party

**Montevallo Drug**                                   represented by   **Montevallo Drug**
                                                                      PRO SE

Interested Party

**Brighton-Eggert Pharmacy**                          represented by   **Brighton-Eggert Pharmacy**
                                                                      PRO SE

Interested Party

**Krios Donuts, Inc.,**

Interested Party

**RTTF Enterprises**                                  represented by   **RTTF Enterprises**
                                                                      PRO SE

Interested Party

**Titan Donuts, Inc.,**

Interested Party

**Northern Bedford Pharmacy**                         represented by   **Northern Bedford Pharmacy**
                                                                      PRO SE

Interested Party

**Brabham Oil Co., Inc.**                             represented by   **Brabham Oil Co., Inc.**
                                                                      PRO SE

Interested Party

**Red Shift Donuts, Inc.,**

Interested Party

**J&S Professional Pharmacy, Inc.**

represented by  **J&S Professional Pharmacy, Inc.**
PRO SE

**Interested Party**

**Hampton Allied Pharmacy**

represented by  **Hampton Allied Pharmacy**
PRO SE

**Interested Party**

**Esco Drug Co.**

represented by  **Esco Drug Co.**
PRO SE

**Interested Party**

**Blue Sky Associates, LLC.,**

**Interested Party**

**North Scranton CFM LLC**

represented by  **North Scranton CFM LLC**
PRO SE

**Interested Party**

**Little Five Points Pharmacy Inc.**

represented by  **Little Five Points Pharmacy Inc.**
PRO SE

**Interested Party**

**Galva Pharmacy**

represented by  **Galva Pharmacy**
PRO SE

**Interested Party**

**Kronus Donuts, Inc.,**

**Interested Party**

**Thrifty Drug Stores, Inc.**

represented by  **Thrifty Drug Stores, Inc.**
PRO SE

**Interested Party**

**Nebraska Grocery Industry Association, Inc.**

represented by  **Nebraska Grocery Industry Association, Inc.**
PRO SE

**Interested Party**

**Southall Pharmacy, PLLC**

represented by  **Southall Pharmacy, PLLC**
PRO SE

**Interested Party**

**Dusini Drug Inc.**

represented by  **Dusini Drug Inc.**
PRO SE

**Interested Party**

**Bull City Homebrew**

represented by  **Bull City Homebrew**
PRO SE

**Interested Party**

**Foster's Eastside Pharmacy**

represented by  **Foster's Eastside Pharmacy**
PRO SE

**Interested Party**

**Hartig Drug Company, Inc.**

represented by    **Hartig Drug Company, Inc.**
PRO SE

**Interested Party**

**Sea Chord Donuts, Inc.,**

**Interested Party**

**Corner Pharmacy, LLC**

represented by    **Corner Pharmacy, LLC**
PRO SE

**Interested Party**

**The Children's Place Retail Stores, Inc.,**

**Interested Party**

**Madison Pharmacy**

represented by    **Madison Pharmacy**
PRO SE

**Interested Party**

**Curtis Convenience Stores, Inc.**

represented by    **Curtis Convenience Stores, Inc.**
PRO SE

**Interested Party**

**Reed's Family Pharmacy**

represented by    **Reed's Family Pharmacy**
PRO SE

**Interested Party**

**Island Pharmacy**

represented by    **Island Pharmacy**
PRO SE

**Interested Party**

**Liebe Drug Inc.**

represented by    **Liebe Drug Inc.**
PRO SE

**Interested Party**

**Suburban Pharmacy**

represented by    **Suburban Pharmacy**
PRO SE

**Interested Party**

**Speedy Car Wash, LLC**

represented by    **Speedy Car Wash, LLC**
PRO SE

**Interested Party**

**Liberty Truck Center Inc.**

**Interested Party**

**Pharmacy Center**

represented by    **Pharmacy Center**
PRO SE

**Interested Party**

**Thrifty Way Pharmacy of St. Martinville**

represented by    **Thrifty Way Pharmacy of St. Martinville**
PRO SE

**Interested Party**

**Mission Trail Oil Co.**                                      represented by   **Mission Trail Oil Co.**
                                                                               PRO SE

**Interested Party**

**Brant-Sta, Inc.**

**Interested Party**

**Robinson Oil Corp.**                                        represented by   **Robinson Oil Corp.**
                                                                               PRO SE

**Interested Party**

**Schmidt Oil Co., Inc.**                                     represented by   **Schmidt Oil Co., Inc.**
                                                                               PRO SE

**Interested Party**

**Fabulous Freddy's**                                         represented by   **Fabulous Freddy's**
                                                                               PRO SE

**Interested Party**

**Northwest Petroleum, LP**                                   represented by   **Northwest Petroleum, LP**
                                                                               PRO SE

**Interested Party**

**Braker Park, LP**                                           represented by   **Braker Park, LP**
                                                                               PRO SE

**Interested Party**

**Farmacia CDT Cayey**                                        represented by   **Farmacia CDT Cayey**
                                                                               PRO SE

**Interested Party**

**M & D Star Drug Inc.**                                      represented by   **M & D Star Drug Inc.**
                                                                               PRO SE

**Interested Party**

**LeeMak 529, LLC**                                           represented by   **LeeMak 529, LLC**
                                                                               PRO SE

**Interested Party**

**LeeMak Jarrell, LLC**                                       represented by   **LeeMak Jarrell, LLC**
                                                                               PRO SE

**Interested Party**

**LeeMak Normandy, LLC**                                      represented by   **LeeMak Normandy, LLC**
                                                                               PRO SE

**Interested Party**

**LeeMak Lakeline, LLC**                                      represented by   **LeeMak Lakeline, LLC**
                                                                               PRO SE

**Interested Party**

**LeeMak Teravista, LLC**                    represented by   **LeeMak Teravista, LLC**
                                                             PRO SE

**Interested Party**

**Westbrook Park Pharmacy**                  represented by   **Westbrook Park Pharmacy**
                                                             PRO SE

**Interested Party**

**Galeton Drug**                             represented by   **Galeton Drug**
                                                             PRO SE

**Interested Party**

**LeeMak St John, LLC**                      represented by   **LeeMak St John, LLC**
                                                             PRO SE

**Interested Party**

**LeeMak Wilson, LLC**                       represented by   **LeeMak Wilson, LLC**
                                                             PRO SE

**Interested Party**

**Corkreans The Pharmacist**                 represented by   **Corkreans The Pharmacist**
                                                             PRO SE

**Interested Party**

**LeeMak Beechnut, LLC**                     represented by   **LeeMak Beechnut, LLC**
                                                             PRO SE

**Interested Party**

**Canby Drug & Gifts**                       represented by   **Canby Drug & Gifts**
                                                             PRO SE

**Interested Party**

**Weick's Pharmacy**                         represented by   **Weick's Pharmacy**
                                                             PRO SE

**Interested Party**

**North Dallas Petroleum, LP**               represented by   **North Dallas Petroleum, LP**
                                                             PRO SE

**Interested Party**

**Hideg Pharmacy Inc.**                      represented by   **Hideg Pharmacy Inc.**
                                                             PRO SE

**Interested Party**

**Toms One Stop**                            represented by   **Toms One Stop**
                                                             PRO SE

**Interested Party**

**Main Street Apothecary**                   represented by   **Main Street Apothecary**
                                                             PRO SE

**Interested Party**

**LB Metcalf, Inc**                          represented by   **LB Metcalf, Inc**
                                                             PRO SE

**Interested Party**

**Bolton's Pharmacy II, Inc**                      represented by    **Bolton's Pharmacy II, Inc**
                                                                     PRO SE

**Interested Party**

**Old Corner Drug**                                represented by    **Old Corner Drug**
                                                                     PRO SE

**Interested Party**

**Island Drug**                                    represented by    **Island Drug**
                                                                     PRO SE

**Interested Party**

**David Michael Foods Inc**                        represented by    **David Michael Foods Inc**
                                                                     PRO SE

**Interested Party**

**Minersville Pharmacy**                           represented by    **Minersville Pharmacy**
                                                                     (See above for address)
                                                                     PRO SE

**Interested Party**

**Jeffrey Michael Foods Inc**                      represented by    **Jeffrey Michael Foods Inc**
                                                                     PRO SE

**Interested Party**

**William Michael Foods Inc**                      represented by    **William Michael Foods Inc**
                                                                     PRO SE

**Interested Party**

**Ken's Pharmacy**                                 represented by    **Ken's Pharmacy**
                                                                     PRO SE

**Interested Party**

**Cynthia D Lee Enterprises Inc**                  represented by    **Cynthia D Lee Enterprises Inc**
                                                                     PRO SE

**Interested Party**

**Village Pharmacy**

**Interested Party**

**OrangeSubway Inc.**                              represented by    **OrangeSubway Inc.**
                                                                     PRO SE

**Interested Party**

**Stilwell Pharmacy**                              represented by    **Stilwell Pharmacy**
                                                                     PRO SE

**Interested Party**

**Hometown Subways, LLC**                          represented by    **Hometown Subways, LLC**
                                                                     PRO SE

**Interested Party**

**Medic Pharmacy**                                  represented by    **Medic Pharmacy**
                                                                      PRO SE

<u>Interested Party</u>

**Johnston Drug, Inc.**                             represented by    **Johnston Drug, Inc.**
                                                                      PRO SE

<u>Interested Party</u>

**Randy's Pharmacy, Inc.**                          represented by    **Randy's Pharmacy, Inc.**
                                                                      PRO SE

<u>Interested Party</u>

**C & B Warehouse Distributing, Inc.**              represented by    **C & B Warehouse Distributing, Inc.**
                                                                      PRO SE

<u>Interested Party</u>

**The Corner Drug Store**                           represented by    **The Corner Drug Store**
                                                                      PRO SE

<u>Interested Party</u>

**P & P Marketplace dba Pump & Pantry**             represented by    **P & P Marketplace dba Pump & Pantry**
                                                                      PRO SE

<u>Interested Party</u>

**Hospital Pharmacy, Inc.**                         represented by    **Hospital Pharmacy, Inc.**
                                                                      PRO SE

<u>Interested Party</u>

**Trag Industries Incorporated**                    represented by    **Trag Industries Incorporated**
                                                                      PRO SE

<u>Interested Party</u>

**Linden Drug Co., Inc.**                           represented by    **Linden Drug Co., Inc.**
                                                                      PRO SE

<u>Interested Party</u>

**Hometown subways, LLC**                           represented by    **Hometown subways, LLC**
                                                                      PRO SE

<u>Interested Party</u>

**Doyle's Drug**                                    represented by    **Doyle's Drug**
                                                                      PRO SE

<u>Interested Party</u>

**Redinger Pharmacy**                               represented by    **Redinger Pharmacy**
                                                                      PRO SE

<u>Interested Party</u>

**Trinity & Zamora Investments Inc**                represented by    **Trinity & Zamora Investments Inc**
                                                                      PRO SE

<u>Interested Party</u>

**Dunaway's Imperial Pharmacy**                     represented by    **Dunaway's Imperial Pharmacy**
                                                                      PRO SE

**Interested Party**

**Ike's 25th Street Exxon**                            represented by   **Ike's 25th Street Exxon**
                                                                        PRO SE


**Interested Party**

**Ike's Airport Garage**                              represented by   **Ike's Airport Garage**
                                                                        PRO SE


**Interested Party**

**Zitomer - Z Chemists - Thriftway Far Rockaway Drug**   represented by   **Zitomer - Z Chemists - Thriftway Far Rockaway Drug**
                                                                        PRO SE


**Interested Party**

**Ikes Airport Sunoco**                               represented by   **Ikes Airport Sunoco**
                                                                        PRO SE


**Interested Party**

**Friends Pharmacy, Inc.**                            represented by   **Friends Pharmacy, Inc.**
                                                                        PRO SE


**Interested Party**

**Ike's Shell**                                       represented by   **Ike's Shell**
                                                                        PRO SE


**Interested Party**

**Valley Pharmacy**                                   represented by   **Valley Pharmacy**
                                                                        (See above for address)
                                                                        PRO SE


**Interested Party**

**Five J's Service CO LLC**                           represented by   **Five J's Service CO LLC**
                                                                        PRO SE


**Interested Party**

**Bob Johnson's Pharmacy**                            represented by   **Bob Johnson's Pharmacy**
                                                                        PRO SE


**Interested Party**

**Subway #14951**                                     represented by   **Subway #14951**
                                                                        PRO SE


**Interested Party**

**Tahoka Drug**                                       represented by   **Tahoka Drug**
                                                                        PRO SE


**Interested Party**

**Ross Fogg Fuel Oil Company**                        represented by   **Ross Fogg Fuel Oil Company**
                                                                        PRO SE


**Interested Party**

**Prescriptions Compunding Pharmacy**                 represented by   **Prescriptions Compunding Pharmacy**
                                                                        PRO SE

**Interested Party**

**Hoagies, Inc. dba Subway**                    represented by    **Hoagies, Inc. dba Subway**
                                                                  PRO SE

**Interested Party**

**Budny Humidifier**                            represented by    **Budny Humidifier**
                                                                  PRO SE

**Interested Party**

**Eagle Petroleum**                             represented by    **Eagle Petroleum**
                                                                  PRO SE

**Interested Party**

**Budny Fuel Oil Company**                      represented by    **Budny Fuel Oil Company**
                                                                  PRO SE

**Interested Party**

**Hometown Subways, LLC**                       represented by    **Hometown Subways, LLC**
                                                                  (See above for address)
                                                                  PRO SE

**Interested Party**

**JW Pierson Co**                               represented by    **JW Pierson Co**
                                                                  PRO SE

**Interested Party**

**Super Subways Inc**                           represented by    **Super Subways Inc**
                                                                  PRO SE

**Interested Party**

**Mazzo Oil**                                   represented by    **Mazzo Oil**
                                                                  PRO SE

**Interested Party**

**Vatterman's Sand Point Pharmacy**             represented by    **Vatterman's Sand Point Pharmacy**
                                                                  PRO SE

**Interested Party**

**GMD Services, Inc.**                          represented by    **GMD Services, Inc.**
                                                                  PRO SE

**Interested Party**

**Theraderm, Inc.**                             represented by    **Theraderm, Inc.**
                                                                  PRO SE

**Interested Party**

**Deull Fuel Company**                          represented by    **Deull Fuel Company**
                                                                  PRO SE

**Interested Party**

**Z-Stop Drugs, Inc.**                          represented by    **Z-Stop Drugs, Inc.**
                                                                  PRO SE

**Interested Party**

**Lakeview Pharmacy**                        represented by   **Lakeview Pharmacy**
                                                              PRO SE

**Interested Party**

**LeMars Subway Inc.**                       represented by   **LeMars Subway Inc.**
                                                              PRO SE

**Interested Party**

**Foulk's Service Inc**                      represented by   **Foulk's Service Inc**
                                                              PRO SE

**Interested Party**

**Smith Drug, PLLC**                         represented by   **Smith Drug, PLLC**
                                                              PRO SE

**Interested Party**

**TMB Corporation**                          represented by   **TMB Corporation**
                                                              PRO SE

**Interested Party**

**jada prooperties**                         represented by   **jada prooperties**
                                                              PRO SE

**Interested Party**

**Hominy Rexall, Inc.**                      represented by   **Hominy Rexall, Inc.**
                                                              PRO SE

**Interested Party**

**Jasland, Inc dba Subway Sandwich Shop**    represented by   **Jasland, Inc dba Subway Sandwich Shop**
                                                              PRO SE

**Interested Party**

**Merwin Long Term Care, Inc.**              represented by   **Merwin Long Term Care, Inc.**
                                                              PRO SE

**Interested Party**

**V & P Inc**                                represented by   **V & P Inc**
                                                              PRO SE

**Interested Party**

**Rushville Pharmacy**                       represented by   **Rushville Pharmacy**
                                                              PRO SE

**Interested Party**

**Puckett Discount Pharmacy**                represented by   **Puckett Discount Pharmacy**
                                                              PRO SE

**Interested Party**

**marty inc dba subway**                     represented by   **marty inc dba subway**
                                                              PRO SE

**Interested Party**

**WB Drug**                                  represented by   **WB Drug**
                                                              PRO SE

**Interested Party**

**marty inc dba subway**                          represented by    **marty inc dba subway**
                                                                    (See above for address)
                                                                    PRO SE


**Interested Party**

**South Miami Pharmacy, Inc.**                     represented by    **South Miami Pharmacy, Inc.**
                                                                    PRO SE


**Interested Party**

**South Miami Pharmacy II, Inc.**                  represented by    **South Miami Pharmacy II, Inc.**
                                                                    PRO SE


**Interested Party**

**South Miami Pharmacy Compounding, LLC**          represented by    **South Miami Pharmacy Compounding, LLC**
                                                                    PRO SE


**Interested Party**

**Hutton Pharmacy**                                represented by    **Hutton Pharmacy**
                                                                    PRO SE


**Interested Party**

**Payne Family Pharmacy**                          represented by    **Payne Family Pharmacy**
                                                                    PRO SE


**Interested Party**

**Greenwood-Stearns Enterprises**                  represented by    **Greenwood-Stearns Enterprises**
                                                                    PRO SE


**Interested Party**

**GDK Enterprises, Inc.**                          represented by    **GDK Enterprises, Inc.**
                                                                    PRO SE


**Interested Party**

**Harvard Family Physicians Pharmacy**             represented by    **Harvard Family Physicians Pharmacy**
                                                                    (See above for address)
                                                                    PRO SE


**Interested Party**

**SVG Enterprises Inc**                            represented by    **SVG Enterprises Inc**
                                                                    PRO SE


**Interested Party**

**Subway of Ozarks Eldon**                         represented by    **Subway of Ozarks Eldon**
                                                                    PRO SE


**Interested Party**

**Martin's Pharmacy**                              represented by    **Martin's Pharmacy**
                                                                    PRO SE


**Interested Party**

**Quick Meds Express Pharmacy**                    represented by    **Quick Meds Express Pharmacy**
                                                                    PRO SE

**Interested Party**

**Subco Enterprises Inc**                                    represented by    **Subco Enterprises Inc**
                                                                              PRO SE


**Interested Party**

**Martin's Pharmacy in Piggly Wiggly**                       represented by    **Martin's Pharmacy in Piggly Wiggly**
                                                                              PRO SE


**Interested Party**

**Medicap Pharmacy**                                         represented by    **Medicap Pharmacy**
                                                                              (See above for address)
                                                                              PRO SE


**Interested Party**

**nchise Owner**                                             represented by    **nchise Owner**
                                                                              PRO SE


**Interested Party**

**Eichelberger Subs Inc.**                                   represented by    **Eichelberger Subs Inc.**
                                                                              PRO SE


**Interested Party**

**Medicap Pharmacy #8011**                                   represented by    **Medicap Pharmacy #8011**
                                                                              PRO SE


**Interested Party**

**Spurgeon's 66 Service**                                    represented by    **Spurgeon's 66 Service**
                                                                              PRO SE


**Interested Party**

**Medicap Pharmacy #8036**                                   represented by    **Medicap Pharmacy #8036**
                                                                              PRO SE


**Interested Party**

**VCM Inc.**                                                 represented by    **VCM Inc.**
                                                                              PRO SE


**Interested Party**

**Oberlin Subway Inc**                                       represented by    **Oberlin Subway Inc**
                                                                              PRO SE


**Interested Party**

**Medicap Pharmacy #8043**                                   represented by    **Medicap Pharmacy #8043**
                                                                              PRO SE


**Interested Party**

**Clairmont Development, Inc dba Subway #23607**             represented by    **Clairmont Development, Inc dba Subway #23607**
                                                                              PRO SE


**Interested Party**

**Bomber, Inc. DBA Subway**                                  represented by    **Bomber, Inc. DBA Subway**
                                                                              PRO SE


**Interested Party**

**Medicap Pharmacy #8052**                    represented by    **Medicap Pharmacy #8052**
                                                                PRO SE

**Interested Party**

**Medicap Pharmacy #8057**                    represented by    **Medicap Pharmacy #8057**
                                                                PRO SE

**Interested Party**

**Clairmont Capital Corp dba Subway #23529**  represented by    **Clairmont Capital Corp dba Subway #23529**
                                                                PRO SE

**Interested Party**

**subway**                                    represented by    **subway**
                                                                PRO SE

**Interested Party**

**Lo Cost Pharmacy**                          represented by    **Lo Cost Pharmacy**
                                                                (See above for address)
                                                                PRO SE

**Interested Party**

**NB Subs, LLC**                              represented by    **NB Subs, LLC**
                                                                PRO SE

**Interested Party**

**Lo Cost Pharmacy**                          represented by    **Lo Cost Pharmacy**
                                                                (See above for address)
                                                                PRO SE

**Interested Party**

**Getzville Subs, LLC**                       represented by    **Getzville Subs, LLC**
                                                                PRO SE

**Interested Party**

**Blount Discount Pharmacy, Inc.**            represented by    **Blount Discount Pharmacy, Inc.**
                                                                PRO SE

**Interested Party**

**Medicap Pharmacy #8287**                    represented by    **Medicap Pharmacy #8287**
                                                                PRO SE

**Interested Party**

**DeBlaquiere Ent. Inc.**                      represented by    **DeBlaquiere Ent. Inc.**
*doing business as*                                             PRO SE
White Cross Pharmacy

**Interested Party**

**Terrence J McMorrow dba Subway**            represented by    **Terrence J McMorrow dba Subway**
                                                                PRO SE

**Interested Party**

**Mullins Pharmacy**                          represented by    **Mullins Pharmacy**
                                                                PRO SE

**Interested Party**

**Sioux Falls Subway, Inc.**                                      represented by   **Sioux Falls Subway, Inc.**
                                                                                    PRO SE

**Interested Party**

**Leier Investments, Inc. DBA Subway Sandwiches**                 represented by   **Leier Investments, Inc. DBA Subway Sandwiches**
                                                                                    PRO SE

**Interested Party**

**Joslyn's Food Center**                                         represented by   **Joslyn's Food Center**
                                                                                    PRO SE

**Interested Party**

**RCM Subs, Inc.**                                               represented by   **RCM Subs, Inc.**
                                                                                    PRO SE

**Interested Party**

**F & M Morton Co**                                              represented by   **F & M Morton Co**
                                                                                    PRO SE

**Interested Party**

**D. Gigme, Inc.**                                               represented by   **D. Gigme, Inc.**
                                                                                    PRO SE

**Interested Party**

**Sherman Enterprises Inc.**                                     represented by   **Sherman Enterprises Inc.**
                                                                                    PRO SE

**Interested Party**

**Terrence McMorrow dba Subway**                                 represented by   **Terrence McMorrow dba Subway**
                                                                                    PRO SE

**Interested Party**

**North Coast Subway Inc.**                                      represented by   **North Coast Subway Inc.**
                                                                                    PRO SE

**Interested Party**

**J A Hoover Associates Inc**                                    represented by   **J A Hoover Associates Inc**
                                                                                    PRO SE

**Interested Party**

**Discover Subway Inc.**                                         represented by   **Discover Subway Inc.**
                                                                                    PRO SE

**Interested Party**

**Dinero Inc**                                                   represented by   **Dinero Inc**
                                                                                    PRO SE

**Interested Party**

**SharJen Inc. d/b/a Subway**                                    represented by   **SharJen Inc. d/b/a Subway**
                                                                                    PRO SE

**Interested Party**

**JL Subs Inc**                                                  represented by   **JL Subs Inc**
                                                                                    PRO SE

**Interested Party**

**Scott County Pharmacy, Inc.**                    represented by    **Scott County Pharmacy, Inc.**
                                                                     PRO SE

**Interested Party**

**Newport Subway Inc**                             represented by    **Newport Subway Inc**
                                                                     PRO SE

**Interested Party**

**Nicholasville Pharmacy Services Inc.**           represented by    **Nicholasville Pharmacy Services Inc.**
                                                                     PRO SE

**Interested Party**

**North Bernen Pharmacy**                          represented by    **North Bernen Pharmacy**
                                                                     PRO SE

**Interested Party**

**Subway stores 228089 and 39268**                 represented by    **Subway stores 228089 and 39268**
                                                                     PRO SE

**Interested Party**

**Kenmar Pharmacy Inc.**                           represented by    **Kenmar Pharmacy Inc.**
                                                                     PRO SE

**Interested Party**

**Poole's Pharmacy Inc.**                          represented by    **Poole's Pharmacy Inc.**
                                                                     PRO SE

**Interested Party**

**T&M Pharmacy, Inc.**                             represented by    **T&M Pharmacy, Inc.**
                                                                     PRO SE

**Interested Party**

**Five Rivers Subs Inc**                           represented by    **Five Rivers Subs Inc**
                                                                     PRO SE

**Interested Party**

**E&L Subway Sandwich Shop Inc.**                  represented by    **E&L Subway Sandwich Shop Inc.**
                                                                     PRO SE

**Interested Party**

**Howell Mill Pharmacy, Inc.**                     represented by    **Howell Mill Pharmacy, Inc.**
                                                                     PRO SE

**Interested Party**

**Eagleridge Subs Inc.**                           represented by    **Eagleridge Subs Inc.**
                                                                     PRO SE

**Interested Party**

**Moore Pharmacy**                                 represented by    **Moore Pharmacy**
                                                                     PRO SE

**Interested Party**

**Murphy Subs Inc.**                                          represented by   **Murphy Subs Inc.**
                                                                              PRO SE

<u>Interested Party</u>

**Moden-Giroux Inc. dba Thee Barker Store**                  represented by   **Moden-Giroux Inc. dba Thee Barker Store**
                                                                              PRO SE

<u>Interested Party</u>

**Subway #27630**                                            represented by   **Subway #27630**
                                                                              PRO SE

<u>Interested Party</u>

**Massachusetts Independent Pharmacists Association**        represented by   **Massachusetts Independent Pharmacists Association**
                                                                              PRO SE

<u>Interested Party</u>

**Summit Park Pharmacy Inc.**                                represented by   **Summit Park Pharmacy Inc.**
                                                                              PRO SE

<u>Interested Party</u>

**Keyes Drug, Inc.**                                         represented by   **Keyes Drug, Inc.**
                                                                              PRO SE

<u>Interested Party</u>

**West Pueblo Subs Inc.**                                    represented by   **West Pueblo Subs Inc.**
                                                                              PRO SE

<u>Interested Party</u>

**Lockport Pharmacy Inc. dba Lockport Home Medical           represented by   **Lockport Pharmacy Inc. dba Lockport Home Medical
Equipment**                                                                   Equipment**
                                                                              PRO SE

<u>Interested Party</u>

**Gibsons Pharmacy / Medical Arts Pharmacy**                 represented by   **Gibsons Pharmacy / Medical Arts Pharmacy**
                                                                              PRO SE

<u>Interested Party</u>

**Moden-Giroux Inc. dba Transit Hill Pharmacy**              represented by   **Moden-Giroux Inc. dba Transit Hill Pharmacy**
                                                                              PRO SE

<u>Interested Party</u>

**Great Oak Pharmacy**                                       represented by   **Great Oak Pharmacy**
                                                                              (See above for address)
                                                                              PRO SE

<u>Interested Party</u>

**Rosenkrans Pharmacy Inc. dba Hilton Family                 represented by   **Rosenkrans Pharmacy Inc. dba Hilton Family
Pharmacy**                                                                    Pharmacy**
                                                                              PRO SE

<u>Interested Party</u>

**MNZ Inc**                                                  represented by   **MNZ Inc**
                                                                              (See above for address)
                                                                              PRO SE

**Interested Party**

**Rosenkrans Pharmacy Inc. dba Oakfield Family Pharmacy**

represented by **Rosenkrans Pharmacy Inc. dba Oakfield Family Pharmacy**
PRO SE

**Interested Party**

**Pueblo Subway Inc.**

represented by **Pueblo Subway Inc.**
PRO SE

**Interested Party**

**Rosenkrans Pharmacy Inc.**

represented by **Rosenkrans Pharmacy Inc.**
PRO SE

**Interested Party**

**Hipp Drug**

represented by **Hipp Drug**
PRO SE

**Interested Party**

**Hyde Druge Store**

represented by **Hyde Druge Store**
PRO SE

**Interested Party**

**D & G Duncan Ent. Inc.**

represented by **D & G Duncan Ent. Inc.**
PRO SE

**Interested Party**

**Tura's Pharmacy Inc.**

represented by **Tura's Pharmacy Inc.**
PRO SE

**Interested Party**

**KRSNA Inc.**

represented by **KRSNA Inc.**
PRO SE

**Interested Party**

**Letourneau's Pharmacy Inc.**

represented by **Letourneau's Pharmacy Inc.**
PRO SE

**Interested Party**

**Cayucos Pharmacy**

represented by **Cayucos Pharmacy**
PRO SE

**Interested Party**

**Keystone Pharmacy Alliance**

represented by **Keystone Pharmacy Alliance**
PRO SE

**Interested Party**

**Thorson LLC dba Subway**

represented by **Thorson LLC dba Subway**
PRO SE

**Interested Party**

**Bridges & James Inc. dba Wannamaker Drug**

represented by **Bridges & James Inc. dba Wannamaker Drug**
PRO SE

**Interested Party**

**Subway #36165, Inc.**                    represented by    **Subway #36165, Inc.**
                                                             PRO SE

<u>Interested Party</u>

**R&S Drug Stores, Inc.**                   represented by    **R&S Drug Stores, Inc.**
                                                             PRO SE

<u>Interested Party</u>

**TDC Enterprises, LP**                     represented by    **TDC Enterprises, LP**
                                                             PRO SE

<u>Interested Party</u>

**Pasadena Pharmacy**                       represented by    **Pasadena Pharmacy**
                                                             PRO SE

<u>Interested Party</u>

**Satdad Subway**                           represented by    **Satdad Subway**
                                                             PRO SE

<u>Interested Party</u>

**Sai Subway**                              represented by    **Sai Subway**
                                                             PRO SE

<u>Interested Party</u>

**Motihera Inc.**                           represented by    **Motihera Inc.**
                                                             PRO SE

<u>Interested Party</u>

**Bragdon & Company Inc**                   represented by    **Bragdon & Company Inc**
                                                             PRO SE

<u>Interested Party</u>

**SKV Inc**                                 represented by    **SKV Inc**
                                                             PRO SE

<u>Interested Party</u>

**GM Towers, Inc**                          represented by    **GM Towers, Inc**
                                                             PRO SE

<u>Interested Party</u>

**Highhouse Oil Co., Inc.**                 represented by    **Highhouse Oil Co., Inc.**
                                                             PRO SE

<u>Interested Party</u>

**Riggs Oil Company**                       represented by    **Riggs Oil Company**
                                                             PRO SE

<u>Interested Party</u>

**Vandegrift Investment Corp.**             represented by    **Vandegrift Investment Corp.**
                                                             PRO SE

<u>Interested Party</u>

**Convenient Food Mart #175, Inc.**         represented by    **Convenient Food Mart #175, Inc.**
                                                             PRO SE

**Interested Party**

**FEBE Brothers, Ltd.**                                     represented by     **FEBE Brothers, Ltd.**
                                                                               PRO SE

**Interested Party**

**Genaud Drugs LLC**                                        represented by     **Genaud Drugs LLC**
                                                                               PRO SE

**Interested Party**

**MH Commonwealth, Inc.**                                   represented by     **MH Commonwealth, Inc.**
                                                                               PRO SE

**Interested Party**

**Denville Sub LLC**                                        represented by     **Denville Sub LLC**
                                                                               PRO SE

**Interested Party**

**Haledon Sub LLC**                                         represented by     **Haledon Sub LLC**
                                                                               PRO SE

**Interested Party**

**The Learning Tree, LLC**                                  represented by     **The Learning Tree, LLC**
                                                                               PRO SE

**Interested Party**

**Yorkville Drugstore**                                     represented by     **Yorkville Drugstore**
                                                                               (See above for address)
                                                                               PRO SE

**Interested Party**

**Cochran Brothers Co.**                                    represented by     **Cochran Brothers Co.**
                                                                               PRO SE

**Interested Party**

**Towne Drugs, Inc.**                                       represented by     **Towne Drugs, Inc.**
                                                                               PRO SE

**Interested Party**

**Woolpets, LLC**                                           represented by     **Woolpets, LLC**
                                                                               PRO SE

**Interested Party**

**Indeliclae LLC dba Ebenezer Books**                       represented by     **Indeliclae LLC dba Ebenezer Books**
                                                                               PRO SE

**Interested Party**

**Northgate Cinema, Inc.**                                  represented by     **Northgate Cinema, Inc.**
                                                                               PRO SE

**Interested Party**

**Kwik Chek Food Stores, Inc.**                             represented by     **Kwik Chek Food Stores, Inc.**
                                                                               PRO SE

**Interested Party**

**Pennsylvania Toy Academy & Party Shop, Inc.**              represented by     **Pennsylvania Toy Academy & Party Shop, Inc.**
                                                                                PRO SE

**Interested Party**

**Wymore Superette**              represented by     **Wymore Superette**
                                                     PRO SE

**Interested Party**

**Lowry's Books**              represented by     **Lowry's Books**
                                                 PRO SE

**Interested Party**

**Wymore Liquor LLC**              represented by     **Wymore Liquor LLC**
                                                     PRO SE

**Interested Party**

**Cusick Corporation**              represented by     **Cusick Corporation**
                                                      PRO SE

**Interested Party**

**Vintners Distributors, Inc.**              represented by     **Vintners Distributors, Inc.**
                                                               PRO SE

                                                               **Steve W. Berman**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Interested Party**

**Midwest Petroleum Company**              represented by     **Midwest Petroleum Company**
                                                             PRO SE

                                                             **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Interested Party**

**Nakash Enterprises, LLC**              represented by     **Nakash Enterprises, LLC**
                                                           PRO SE

**Interested Party**

**Panama Mainstreet Corp.**              represented by     **Panama Mainstreet Corp.**
                                                           PRO SE

**Interested Party**

**Dougs Hometown Foods**              represented by     **Dougs Hometown Foods**
                                                        PRO SE

**Interested Party**

**Stompin Grounds Plus, Inc. dba Aunt Bea's Pantry**              represented by     **Stompin Grounds Plus, Inc. dba Aunt Bea's Pantry**
                                                                                    PRO SE

**Interested Party**

**Doc's Deli'licious**              represented by     **Doc's Deli'licious**
                                                      PRO SE

**Interested Party**

**Collamer Stop & Shop**                          represented by     **Collamer Stop & Shop**
                                                                     PRO SE

**Interested Party**

**Jimmy Kwik Store**                              represented by     **Jimmy Kwik Store**
                                                                     PRO SE

**Interested Party**

**Citgo Quick Mart**                             represented by     **Citgo Quick Mart**
                                                                     PRO SE

**Interested Party**

**Mason Corporation**                            represented by     **Mason Corporation**
                                                                     PRO SE

**Interested Party**

**Westhall Inc.**                                represented by     **Westhall Inc.**
                                                                     PRO SE

**Interested Party**

**Dragon's Toy Box LLC**                         represented by     **Dragon's Toy Box LLC**
                                                                     PRO SE

**Interested Party**

**GPMS Inc. dba Wind Up Here**                   represented by     **GPMS Inc. dba Wind Up Here**
                                                                     PRO SE

**Interested Party**

**Clark's Pharmacy**                             represented by     **Clark's Pharmacy**
                                                                     PRO SE

**Interested Party**

**Pedretti, Inc.**                               represented by     **Pedretti, Inc.**
                                                                     PRO SE

**Interested Party**

**Dabblers LLC**                                 represented by     **Dabblers LLC**
                                                                     PRO SE

**Interested Party**

**Sperring Enterprises Inc. dba Burlingame Valero**   represented by   **Sperring Enterprises Inc. dba Burlingame Valero**
                                                                     PRO SE

**Interested Party**

**Family Rexall Drug**                           represented by     **Family Rexall Drug**
                                                                     PRO SE

**Interested Party**

**Thomas Myers**                                 represented by     **Thomas Myers**
                                                                     PRO SE

**Interested Party**

Hollin Hall Automotive Services, Inc.

represented by **Hollin Hall Automotive Services, Inc.**
PRO SE

**Interested Party**

**Parker's**

represented by **Parker's**
PRO SE

**Interested Party**

**Don Ritter Group - Ritter Express Pharmacy**

represented by **Don Ritter Group - Ritter Express Pharmacy**
PRO SE

**Interested Party**

**TSP Enterprises LLC dba Dorsett Mobil**

represented by **TSP Enterprises LLC dba Dorsett Mobil**
PRO SE

**Interested Party**

**Just Imagine Toys**

represented by **Just Imagine Toys**
PRO SE

**Interested Party**

**Mabardy Oil Inc. Salisbury Mini Mart Inc., Seabrok One Stop, Inc.**

represented by **Mabardy Oil Inc. Salisbury Mini Mart Inc., Seabrok One Stop, Inc.**
PRO SE

**Interested Party**

**Steaks N' Stuff Pl**

represented by **Steaks N' Stuff Pl**
PRO SE

**Interested Party**

**Book House of Stuyveant Plaza, Inc.**

represented by **Book House of Stuyveant Plaza, Inc.**
PRO SE

**Interested Party**

**Pester Marketing**

represented by **Pester Marketing**
PRO SE

**Interested Party**

**Moody Book Corporation**

represented by **Moody Book Corporation**
PRO SE

**Interested Party**

**kiddywampus**

represented by **kiddywampus**
PRO SE

**Interested Party**

**Thompson Oconto Enterprises, Inc.**

represented by **Thompson Oconto Enterprises, Inc.**
PRO SE

**Interested Party**

**Stevenson's Hi-Pointe Standard Service Inc.**

represented by **Stevenson's Hi-Pointe Standard Service Inc.**
PRO SE

**Interested Party**

**Clifford's Pet Specialties**                    represented by    **Clifford's Pet Specialties**
                                                                    PRO SE

**Interested Party**

**More Than Convenience**                         represented by    **More Than Convenience**
                                                                    PRO SE

**Interested Party**

**Kay Jays Doll Shoppe**                          represented by    **Kay Jays Doll Shoppe**
                                                                    PRO SE

**Interested Party**

**Calico cat Toy Shoppe**                         represented by    **Calico cat Toy Shoppe**
                                                                    PRO SE

**Interested Party**

**Nutfield Trading, LLC dba Troy Country Store**  represented by    **Nutfield Trading, LLC dba Troy Country Store**
                                                                    PRO SE

**Interested Party**

**Sutton Superette, LLC**                         represented by    **Sutton Superette, LLC**
                                                                    PRO SE

**Interested Party**

**Buddy's Mini-Marts**                            represented by    **Buddy's Mini-Marts**
                                                                    PRO SE

**Interested Party**

**Wayside South LLC**                             represented by    **Wayside South LLC**
                                                                    PRO SE

**Interested Party**

**Children's World Uniform Supply**               represented by    **Children's World Uniform Supply**
                                                                    PRO SE

**Interested Party**

**Integrity Auto**                                represented by    **Integrity Auto**
                                                                    PRO SE

**Interested Party**

**Wayside, Inc.**                                 represented by    **Wayside, Inc.**
                                                                    PRO SE

**Interested Party**

**Captus LLc dba Earth Explorer Toys**            represented by    **Captus LLc dba Earth Explorer Toys**
                                                                    PRO SE

**Interested Party**

**Mazen Owydat**                                  represented by    **Mazen Owydat**
                                                                    PRO SE

**Interested Party**

**Inter Island Petroleum, Inc.**                  represented by    **Inter Island Petroleum, Inc.**
                                                                    PRO SE

**Interested Party**

**Melrose Pharmacy**                                    represented by    **Melrose Pharmacy**
                                                                          PRO SE


**Interested Party**

**Flowerama**                                          represented by    **Flowerama**
                                                                          PRO SE


**Interested Party**

**Play Clothes, LLC**                                  represented by    **Play Clothes, LLC**
                                                                          PRO SE


**Interested Party**

**Home Oil Company, LLC**                              represented by    **Home Oil Company, LLC**
                                                                          PRO SE


**Interested Party**

**Ports Petroleum Co.**                                represented by    **Ports Petroleum Co.**
                                                                          PRO SE


**Interested Party**

**Steve's Madhouse Market Inc.**                       represented by    **Steve's Madhouse Market Inc.**
                                                                          PRO SE


**Interested Party**

**Meeks Mart**                                         represented by    **Meeks Mart**
                                                                          PRO SE


**Interested Party**

**Driver Heating Oil, Inc**                            represented by    **Driver Heating Oil, Inc**
                                                                          PRO SE


**Interested Party**

**Pyramid Books**                                      represented by    **Pyramid Books**
                                                                          PRO SE


**Interested Party**

**E & S Service LLC dba Community Exxon**              represented by    **E & S Service LLC dba Community Exxon**
                                                                          PRO SE


**Interested Party**

**Waters Auto Centers Inc. dba McCausland Auto Center**   represented by  **Waters Auto Centers Inc. dba McCausland Auto Center**
**& dba Kirkwood Service Center**                                          **& dba Kirkwood Service Center**
                                                                          PRO SE


**Interested Party**

**Degen Properties, Inc.**                             represented by    **Degen Properties, Inc.**
                                                                          PRO SE


**Interested Party**

**Texas Trail Market**                                 represented by    **Texas Trail Market**
                                                                          PRO SE

**Interested Party**

**Swarthmore College Bookstore**                                        represented by    **Swarthmore College Bookstore**
                                                                                          PRO SE


**Interested Party**

**Franchisee 7-Eleven**                                                 represented by    **Franchisee 7-Eleven**
                                                                                          PRO SE


**Interested Party**

**Medicap Pharmacy**                                                    represented by    **Medicap Pharmacy**
                                                                                          (See above for address)
                                                                                          PRO SE


**Interested Party**

**Citgo Quik Mart**                                                     represented by    **Citgo Quik Mart**
                                                                                          PRO SE


**Interested Party**

**In Gathering, Inc.**                                                  represented by    **In Gathering, Inc.**
                                                                                          PRO SE


**Interested Party**

**PL Squared, Inc.**                                                    represented by    **PL Squared, Inc.**
                                                                                          PRO SE


**Interested Party**

**Sensa Products, LLC.**


**Interested Party**

**Rampson Foods Inc.**


**Interested Party**

**Shady Lane Market**


**Interested Party**

**Los Banos Cinemas**


**Interested Party**

**Seedway, LLC**


**Interested Party**

**Growmark, Inc.**


**Interested Party**

**Needler Enterprises**


**Interested Party**

**Silver Gulch Brewing & Bottling**


**Interested Party**

**Burnett Foods**

**Interested Party**

**ERW Inc.**

**Interested Party**

**Dorothy Lane Market**

**Interested Party**

**Macon Donuts & Coffee, Inc**

**Interested Party**

**ZRN Enterprises**

**Interested Party**

**Villarreal Pizza Inc.**

**Interested Party**

**Potash Markets**

**Interested Party**

**Martin's of Effingham, Inc.**

**Interested Party**

**The Cato Corporation**

**Interested Party**

**Martin's IGA**

**Interested Party**

**Ocean Cyclery**

**Interested Party**

**Manna Development Group, LLC**

**Interested Party**

**Quadrico, Inc.**

**Interested Party**

**Little Pub Holdings, LLC**                    represented by    **Sherli Shamtoub**
Brownstein Hyatt Farber Schreck, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
310-500-4600
Fax: 310-500-4602
Email: sfrank@bhfs.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Kounyado, Inc.**

**Interested Party**

**Range Regional Health Services**

**Interested Party**

**Graud Petroleum**

**Interested Party**

**Erickson Oil Products, Inc.**

**Interested Party**

**M&M Service Company**

**Interested Party**

**Minnestota Retailers Assoc.**

**Interested Party**

**Eat'n Park Hospitality Group**

**Interested Party**

**Ozark Breads, Inc.**

**Interested Party**

**El Dorado Furniture Corporation**

**Interested Party**

**Hom Furniture, Inc.**

**Interested Party**

**Regents of the University of California**

**Interested Party**

**Long Beach Travel Center**

**Interested Party**

**G5 Ventures**

**Interested Party**

**City of De Pere**                                represented by    **City of De Pere**
                                                                   PRO SE

**Interested Party**

**Hansen's AutoCare, Inc.**                        represented by    **Hansen's AutoCare, Inc.**
                                                                   PRO SE

**Interested Party**

**Mel Roberts Enterprises**

**Interested Party**

**Dollar General Corporation**

represented by **Dollar General Corporation**
PRO SE

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**E-Zone Enterprises**

**Interested Party**

**The Trading Post LLC**

represented by **The Trading Post LLC**
PRO SE

**Interested Party**

**Synnex Corporation**

**Interested Party**

**Tommy Bahama Group, Inc.**

represented by **Tommy Bahama Group, Inc.**
PRO SE

**Interested Party**

**Enterprise Holdings**

**Interested Party**

**The Association of Kentucky Fried Chicken Franchisees, Inc.**

represented by **The Association of Kentucky Fried Chicken Franchisees, Inc.**
PRO SE

**Interested Party**

**Newegg, Inc.**

**Interested Party**

**Downs Energy**

**Interested Party**

**Sugartown Worldwide LLC**

represented by **Sugartown Worldwide LLC**
PRO SE

**Interested Party**

**Oppy's Service Inc.**

**Interested Party**

**Oxford Industries, Inc.**

represented by **Oxford Industries, Inc.**
PRO SE

**Interested Party**

**Sheetz, Inc.**

represented by **Sheetz, Inc.**
PRO SE

**Interested Party**

**The Traditional Bakery, Inc.**

**Interested Party**

**Waffle House, Inc.**                          represented by    **Waffle House, Inc.**
                                                                 PRO SE

**Interested Party**

**Ozark Waffles, LLC**                          represented by    **Ozark Waffles, LLC**
                                                                 PRO SE

**Interested Party**

**East Coast Waffles, Inc.**                    represented by    **East Coast Waffles, Inc.**
                                                                 PRO SE

**Interested Party**

**Mid South Waffles, Inc.**                     represented by    **Mid South Waffles, Inc.**
                                                                 PRO SE

**Interested Party**

**Midwest Waffles, Inc.**                       represented by    **Midwest Waffles, Inc.**
                                                                 PRO SE

**Interested Party**

**Pizzoli LLC**                                 represented by    **Pizzoli LLC**
                                                                 PRO SE

**Interested Party**

**Pilot Travel Centers LLC**                    represented by    **Pilot Travel Centers LLC**
                                                                 PRO SE

**Interested Party**

**National Association of Convenience Stores**  represented by    **National Association of Convenience Stores**
                                                                 PRO SE

                                                                 **Jonathan Baker**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Daniel Hume**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David E. Kovel**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Eric Citron**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Meghan Joan Summers**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Thomas Goldstein**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Interested Party**

**Oklahoma City Bakery, Inc.**

**Interested Party**

**C.N. Brown Company**                                          represented by    **C.N. Brown Company**
                                                                                  PRO SE

**Interested Party**

**Tommy Bahama R&R Holdings, Inc.**                            represented by    **Tommy Bahama R&R Holdings, Inc.**
                                                                                  PRO SE

**Interested Party**

**Love's Travel Stops & Country Stores, Inc.**

**Interested Party**

**Subway at 6301 N. Kelly Ave**

**Interested Party**

**Northbrook Seafood LLC**                                     represented by    **Northbrook Seafood LLC**
                                                                                  PRO SE

**Interested Party**

**Melcar, Inc.**                                               represented by    **Melcar, Inc.**
                                                                                  PRO SE

**Interested Party**

**Petterino's LLC**                                            represented by    **Petterino's LLC**
                                                                                  PRO SE

**Interested Party**

**Eiffel Tower LLC**                                           represented by    **Eiffel Tower LLC**
                                                                                  PRO SE

**Interested Party**

**Hot Topic, Inc.**

**Interested Party**

**Vegas Tapas LLC**                                            represented by    **Vegas Tapas LLC**
                                                                                  PRO SE

**Interested Party**

**City of St. Joseph, Missouri**

**Interested Party**

**One Fin, Inc.**                                              represented by    **One Fin, Inc.**
                                                                                  PRO SE

**Interested Party**

**QuikTrip Corporation**

**Interested Party**

**Water Tower Place Restaurants LP**                          represented by    **Water Tower Place Restaurants LP**
                                                                                  PRO SE

**Interested Party**

**High Plains Pizza , Inc.**

**Interested Party**

**TTS Industries**

**Interested Party**

**City of DePere**

**Interested Party**

**Red Hed Oil Co., Inc.**

**Interested Party**

**Pedersen's Furniture Co.**

**Interested Party**

**G&M Oil Co., Inc.**

**Interested Party**

**Four Eyed Frog Book Store Inc.**

**Interested Party**

**Restaurant Associates of Cincinnati, Inc.**

**Interested Party**

**Houlihan's Restaurants , Inc.,**

**Interested Party**

**Sturdy Oil Company**

**Interested Party**

**MNS, Ltd.**

**Interested Party**

**Hough Petroleum Corp.**                          represented by   **Hough Petroleum Corp.**
                                                                   PRO SE

**Interested Party**

**Mid Pac Petroleum, LLC**

**Interested Party**

**Cardwell Distributing Incorporated**

**Interested Party**

**West Central FS, Inc.,**

**Interested Party**

**Bob Brandi Stations, Inc.**                       represented by   **Bob Brandi Stations, Inc.**
                                                                   PRO SE

**Interested Party**

**Retif Oil & Fuel**

**Interested Party**

**Eat in the Mall Too, Inc.**                    represented by    **Eat in the Mall Too, Inc.**
                                                                  PRO SE

**Interested Party**

**HJB Convenience Corp.**

**Interested Party**

**LaRosa's Holding Company**

**Interested Party**

**Tucci of Arizona, LP**                          represented by    **Tucci of Arizona, LP**
                                                                  PRO SE

**Interested Party**

**Margot's Ice Cream Parlor**

**Interested Party**

**Vegas Tapas LLC**                               represented by    **Vegas Tapas LLC**
                                                                  (See above for address)
                                                                  PRO SE

**Interested Party**

**Reston Canteen LLC**                            represented by    **Reston Canteen LLC**
                                                                  PRO SE

**Interested Party**

**Contra Costa Stadium Cinemas**

**Interested Party**

**Labone, Inc. DBA Tucci Benucch**                represented by    **Labone, Inc. DBA Tucci Benucch**
                                                                  PRO SE

**Interested Party**

**Labone Limited Partnership**                    represented by    **Labone Limited Partnership**
                                                                  PRO SE

**Interested Party**

**RPCS, Inc.,**

**Interested Party**

**Frost Oil Co.**

**Interested Party**

**Dearborn Hubbard LLC**                          represented by    **Dearborn Hubbard LLC**
                                                                  PRO SE

**Interested Party**

**Good & Quick Co.**

**Interested Party**

**Tucci of Minnesota, Inc.**                             represented by    **Tucci of Minnesota, Inc.**
                                                                          PRO SE

**Interested Party**

**Joe's Stone Crab of Chicago LLC**                      represented by    **Joe's Stone Crab of Chicago LLC**
                                                                          PRO SE

**Interested Party**

**Joe's of Las Vegas LLC**                               represented by    **Joe's of Las Vegas LLC**
                                                                          PRO SE

**Interested Party**

**Phase One LLC**                                        represented by    **Phase One LLC**
                                                                          PRO SE

**Interested Party**

**The Party Factory Inc.**

**Interested Party**

**Make It Special LLC**                                  represented by    **Make It Special LLC**
                                                                          PRO SE

**Interested Party**

**Shaw's Schaumburg LLC**                                represented by    **Shaw's Schaumburg LLC**
                                                                          PRO SE

**Interested Party**

**TD Roc's Inc.**

**Interested Party**

**It's A Buffalo Inc.**

**Interested Party**

**Seymour Rocs Wing Co.**

**Interested Party**

**Buzzed on Suds Inc.**

**Interested Party**

**Vegas Tapas LLC, DBA Stripburger**                     represented by    **Vegas Tapas LLC, DBA Stripburger**
                                                                          PRO SE

**Interested Party**

**LGO Santa Monica LLC**                                 represented by    **LGO Santa Monica LLC**
                                                                          PRO SE

**Interested Party**

**L. Woods LLC**                                         represented by    **L. Woods LLC**
                                                                          PRO SE

**Interested Party**

**M Street Kitchen LLC**                                    represented by    **M Street Kitchen LLC**
                                                                             PRO SE

**Interested Party**

**Lettuce Entertain You Enterprises, Inc.**                 represented by    **Lettuce Entertain You Enterprises, Inc.**
                                                                             PRO SE

**Interested Party**

**Lettuce Entertain You Enterprises, Inc. DBA Lettuce**     represented by    **Lettuce Entertain You Enterprises, Inc. DBA Lettuce**
**Frequent Diner's Club**                                                    **Frequent Diner's Club**
                                                                             PRO SE

**Interested Party**

**Lettuce Wine Club LLC, DBA Lettuce Wine Cellars**         represented by    **Lettuce Wine Club LLC, DBA Lettuce Wine Cellars**
                                                                             PRO SE

**Interested Party**

**Phase One LLC, DBA M Burger**                             represented by    **Phase One LLC, DBA M Burger**
                                                                             PRO SE

**Interested Party**

**OVS LLC, DBA M Burger Ontario**                           represented by    **OVS LLC, DBA M Burger Ontario**
                                                                             PRO SE

**Interested Party**

**M Burger Thompson LLC, DBA M Burger Thompson**            represented by    **M Burger Thompson LLC, DBA M Burger Thompson**
                                                                             PRO SE

**Interested Party**

**Just B'Claws, Inc.**                                      represented by    **Just B'Claws, Inc.**
                                                                             PRO SE

**Interested Party**

**Water Tower Place Restaurants LP, DBA M Burger**          represented by    **Water Tower Place Restaurants LP, DBA M Burger**
**Water Tower**                                                              **Water Tower**
                                                                             PRO SE

**Interested Party**

**M Street Kitchen LLC, DBA M Street Kitchen**              represented by    **M Street Kitchen LLC, DBA M Street Kitchen**
                                                                             PRO SE

**Interested Party**

**Just B'Claws, Inc., DBA Shaw's Crab House - Chicago**     represented by    **Just B'Claws, Inc., DBA Shaw's Crab House - Chicago**
                                                                             PRO SE

**Interested Party**

**Jessica's High Ceilings, Inc.**                           represented by    **Jessica's High Ceilings, Inc.**
                                                                             PRO SE

**Interested Party**

**The Crepe Stand LLC, DBA Magic Pan Crepe Stand**          represented by    **The Crepe Stand LLC, DBA Magic Pan Crepe Stand**
                                                                             PRO SE

**Interested Party**

**Magic Pan Northbrook LLC, DBA Magic Pan Crepe Stand**

represented by **Magic Pan Northbrook LLC, DBA Magic Pan Crepe Stand**
PRO SE

**Interested Party**

**Osteria Wheeling LLC**

represented by **Osteria Wheeling LLC**
PRO SE

**Interested Party**

**Magic Pan - Ridgedale LLC, DBA Magic Pan Crepe Stand - Ridgedale**

represented by **Magic Pan - Ridgedale LLC, DBA Magic Pan Crepe Stand - Ridgedale**
PRO SE

**Interested Party**

**Kremeworks Hawaii LLC**

represented by **Kremeworks Hawaii LLC**
PRO SE

**Interested Party**

**Water Tower Place Restaurants LP, DBA Mity Nice Grill**

represented by **Water Tower Place Restaurants LP, DBA Mity Nice Grill**
PRO SE

**Interested Party**

**Kremeworks Oregon LLC**

represented by **Kremeworks Oregon LLC**
PRO SE

**Interested Party**

**Mon Ami Bethesda LLC, DBA Mon Ami Gabi - Bethesda**

represented by **Mon Ami Bethesda LLC, DBA Mon Ami Gabi - Bethesda**
PRO SE

**Interested Party**

**Kremeworks Oregon LLC, DBA Krispy Kreme-Clackamas**

represented by **Kremeworks Oregon LLC, DBA Krispy Kreme-Clackamas**
PRO SE

**Interested Party**

**Kremeworks Oregon LLC, DBA Krispy Kreme-Beaverton**

represented by **Kremeworks Oregon LLC, DBA Krispy Kreme-Beaverton**
PRO SE

**Interested Party**

**Rocco's Inc.**

**Interested Party**

**The City of Oak Creek, Wisconsin**

**Interested Party**

**Sonic Drive In Restaurants**

**Interested Party**

**Books on B LLC**

**Interested Party**

**Frisco Shopping Center Inc.**

**Interested Party**

**Kilgore and Guertin Enterprises**

**Interested Party**

**The Homer Bookstore, Inc.**

**Interested Party**

**La Creme, Inc., DBA Mon Ami Gabi - Chicago**     represented by    **La Creme, Inc., DBA Mon Ami Gabi - Chicago**
PRO SE

**Interested Party**

**The City of Portland, Oregon**

**Interested Party**

**Mon Ami Bethesda LLC, DBA Mon Ami Gabi - Bethesda**    represented by    **Mon Ami Bethesda LLC, DBA Mon Ami Gabi - Bethesda**
(See above for address)
PRO SE

**Interested Party**

**New Dixie Oil Corporation**

**Interested Party**

**Wilderness Acres**

**Interested Party**

**Mon Ami Gabi Development LLC, DBA Mon Ami Gabi -
Oakbrook**    represented by    **Mon Ami Gabi Development LLC, DBA Mon Ami Gabi -
Oakbrook**
PRO SE

**Interested Party**

**Mr. Cartender Inc.**

**Interested Party**

**Mon Ami Reston LLC, DBA Mon Ami Gabi - Reston**    represented by    **Mon Ami Reston LLC, DBA Mon Ami Gabi - Reston**
PRO SE

**Interested Party**

**NFG Salem, LLC**    represented by    **NFG Salem, LLC**
PRO SE

**Interested Party**

**NFG Portland, LLC**    represented by    **NFG Portland, LLC**
PRO SE

**Interested Party**

**NFG Seattle, LLC**    represented by    **NFG Seattle, LLC**
PRO SE

**Interested Party**

**Chase's Diner**

**Interested Party**

**Shoker Trading Corp.**

**Interested Party**

**E&C Taco, Inc.**

**Interested Party**

**Harmony Food Services, LLC**

**Interested Party**

**Subway 22896**

**Interested Party**

**Sinclair Oil Corporation**

**Interested Party**

**French Cafe LLC, DBA Mon Ami Gabi**                              represented by    **French Cafe LLC, DBA Mon Ami Gabi**
                                                                                    PRO SE

**Interested Party**

**Subway 22937**

**Interested Party**

**Seal Pizza, LLC**                                                represented by    **Seal Pizza, LLC**
                                                                                    PRO SE

**Interested Party**

**Subway 38885**

**Interested Party**

**Nacional LLC, DBA NACIONAL 27**                                  represented by    **Nacional LLC, DBA NACIONAL 27**
                                                                                    PRO SE

**Interested Party**

**OVS LLC, DBA OSTERIA VIA STATO/PIZZARIA**                        represented by    **OVS LLC, DBA OSTERIA VIA STATO/PIZZARIA**
                                                                                    PRO SE

**Interested Party**

**Demeter & Dionysos, Inc.**

**Interested Party**

**Skoglund Oil Company, Inc.**

**Interested Party**

**CFM 29101, Inc.**

**Interested Party**

**EMB State LP, DBA PAPAGUS - CHICAGO**                            represented by    **EMB State LP, DBA PAPAGUS - CHICAGO**
                                                                                    PRO SE

**Interested Party**

**Inkwood, Inc.**

**Interested Party**

**Papagus Oakbrook, Inc., DBA PAPAGUS - OAKBROOK**

represented by   **Papagus Oakbrook, Inc., DBA PAPAGUS - OAKBROOK**
PRO SE

**Interested Party**

**Petterino's LLC, DBA PETTERINO'S**

represented by   **Petterino's LLC, DBA PETTERINO'S**
PRO SE

**Interested Party**

**Grand Jete**

**Interested Party**

**Oak Brook Seafood LLC, DBA REEL CLUB**

represented by   **Oak Brook Seafood LLC, DBA REEL CLUB**
PRO SE

**Interested Party**

**Lettuce Entertain You Enterprises, Inc., DBA RJ GRUNTS**

represented by   **Lettuce Entertain You Enterprises, Inc., DBA RJ GRUNTS**
PRO SE

**Interested Party**

**River North Italian LLC, DBA RPM ITALIAN**

represented by   **River North Italian LLC, DBA RPM ITALIAN**
PRO SE

**Interested Party**

**Park Service, Inc.**

**Interested Party**

**Neptune Enterprises, Inc.**

**Interested Party**

**Rock King L.P.**

**Interested Party**

**Wildfire Eden Prairie LLC, DBA WILDFIRE - EDEN PRAIRIE**

represented by   **Wildfire Eden Prairie LLC, DBA WILDFIRE - EDEN PRAIRIE**
PRO SE

**Interested Party**

**Oh Management Inc.,**

**Interested Party**

**City of Ann Arbor, Michigan**

**Interested Party**

**P&H Service Inc.**

**Interested Party**

**Wildfire Glenview LLC, DBA WILDFIRE - GLENVIEW**

represented by   **Wildfire Glenview LLC, DBA WILDFIRE - GLENVIEW**
PRO SE

**Interested Party**

**Wildfire, Inc., DBA WILDFIRE - LINCOLNSHIRE**          represented by   **Wildfire, Inc., DBA WILDFIRE - LINCOLNSHIRE**
                                                                          PRO SE

**Interested Party**

**Shanel's Freeze Dried Flowers**

**Interested Party**

**Hap Management LLC**

**Interested Party**

**Wildfire, Inc., DBA WILDFIRE - OAK BROOK**             represented by   **Wildfire, Inc., DBA WILDFIRE - OAK BROOK**
                                                                          PRO SE

**Interested Party**

**Draughtridge Gas & Oil Company**

**Interested Party**

**Wildfire Schaumburg LLC, DBA WILDFIRE -**              represented by   **Wildfire Schaumburg LLC, DBA WILDFIRE -**
**SCHAUMBURG**                                                            **SCHAUMBURG**
                                                                          PRO SE

**Interested Party**

**In-n-Out Burgers**

**Interested Party**

**Wildfire Tysons LLC, DBA WILDFIRE - TYSON**            represented by   **Wildfire Tysons LLC, DBA WILDFIRE - TYSON**
                                                                          PRO SE

**Interested Party**

**Mt. Shasta Restaurant Co.**

**Interested Party**

**Wow Bao Jackson LLC, DBA WOW BAO - JACKSON**           represented by   **Wow Bao Jackson LLC, DBA WOW BAO - JACKSON**
                                                                          PRO SE

**Interested Party**

**In-N-Out Burgers**

**Interested Party**

**Phestigo Shell**

**Interested Party**

**LJN Management Corp.**

**Interested Party**

**Riverside Pizza Co.**

**Interested Party**

**Wow Bao Jackson LLC, DBA WOW BAO WIRELESS -**          represented by   **Wow Bao Jackson LLC, DBA WOW BAO WIRELESS -**
**JACKSON**                                                               **JACKSON**
                                                                          PRO SE

**Interested Party**

**Growmark FS, LLC**

**Interested Party**

**EZ Stop Mobil**

**Interested Party**

**Wow Bao 225 LLC, DBA WOW BAO-MICHIGAN**

represented by **Wow Bao 225 LLC, DBA WOW BAO-MICHIGAN**
PRO SE

**Interested Party**

**Syburg-Walker Restaurants, Inc.**

**Interested Party**

**Wow Bao State Lake LLC, DBA WOW BAO - STATE AND LAKE**

represented by **Wow Bao State Lake LLC, DBA WOW BAO - STATE AND LAKE**
PRO SE

**Interested Party**

**CD Okemos 10 LLC**

**Interested Party**

**Wow Bao Buns LLC, DBA WOW BAO - WATERTOWER**

represented by **Wow Bao Buns LLC, DBA WOW BAO - WATERTOWER**
PRO SE

**Interested Party**

**Three Sevens Inc.**

**Interested Party**

**Kremeworks Washington LLC, DBA KRISPY KREME - ISSAQUAH**

represented by **Kremeworks Washington LLC, DBA KRISPY KREME - ISSAQUAH**
PRO SE

**Interested Party**

**Roland J. Robert, Distributor, Inc. and Super Stop Enterprises, Inc.**

**Interested Party**

**OTBP, LLC**

**Interested Party**

**TimeSaver Food Stores, Co.**

**Interested Party**

**Kremeworks Washington LLC, DBA KRISPY KREME - SPOKANE**

represented by **Kremeworks Washington LLC, DBA KRISPY KREME - SPOKANE**
PRO SE

**Interested Party**

**Purk's Inc.**

**Interested Party**

| | | |
|---|---|---|
| **Kremeworks Washington LLC, DBA KRISPY KREME - NORTH SEATTLE** | represented by | **Kremeworks Washington LLC, DBA KRISPY KREME - NORTH SEATTLE**<br>PRO SE |

**Interested Party**

**Opry Bros, Inc.**

**Interested Party**

**North State Grocery, Inc.**

**Interested Party**

| | | |
|---|---|---|
| **Kremeworks Washington LLC, DBA KRISPY KREME - SODO** | represented by | **Kremeworks Washington LLC, DBA KRISPY KREME - SODO**<br>PRO SE |

**Interested Party**

**Erwin Oil Company, Inc.**

**Interested Party**

**Papa Murphy's Take and Bake Pizza**

**Interested Party**

| | | |
|---|---|---|
| **Kremeworks Washington LLC, DBA KRISPY KREME - BURLINGTON** | represented by | **Kremeworks Washington LLC, DBA KRISPY KREME - BURLINGTON**<br>PRO SE |

| | | |
|---|---|---|
| **Kremeworks Washington LLC, DBA KRISPY KREME - TACOMA** | represented by | **Kremeworks Washington LLC, DBA KRISPY KREME - TACOMA**<br>PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **Kremeworks Washington LLC, DBA KRISPY KREME - PUYALLUP** | represented by | **Kremeworks Washington LLC, DBA KRISPY KREME - PUYALLUP**<br>PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **Payson Professional Management Corp.** | represented by | **Payson Professional Management Corp.**<br>PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **MCL Main & Alma Restaurant, LLC** | represented by | **MCL Main & Alma Restaurant, LLC**<br>PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **Citgo Quik Mart** | represented by | **Citgo Quik Mart**<br>(See above for address)<br>PRO SE |

**Interested Party**

| | | |
|---|---|---|
| **Christina Wallerstein** | represented by | **Christina Wallerstein**<br>PRO SE |

**Interested Party**

**MCL Catalina Restaurant, Inc.**                    represented by   **MCL Catalina Restaurant, Inc.**
                                                                       PRO SE

**Interested Party**

**Tucson Restaurants, Inc.**                         represented by   **Tucson Restaurants, Inc.**
                                                                       PRO SE

**Interested Party**

**MCL Tucson Alvernon Restaurant, Inc.**             represented by   **MCL Tucson Alvernon Restaurant, Inc.**
                                                                       PRO SE

**Interested Party**

**Lincoln Skyline Deli**                             represented by   **Lincoln Skyline Deli**
                                                                       PRO SE

**Interested Party**

**MCL Gilbert Road Restaurants, LLC**                represented by   **MCL Gilbert Road Restaurants, LLC**
                                                                       PRO SE

**Interested Party**

**MCL Happy Valley Restaurant, LLC**                 represented by   **MCL Happy Valley Restaurant, LLC**
                                                                       PRO SE

**Interested Party**

**MCL Camp Verde Restaurant, LLC**                   represented by   **MCL Camp Verde Restaurant, LLC**
                                                                       PRO SE

**Interested Party**

**Showtop Restaurants, Inc.**                        represented by   **Showtop Restaurants, Inc.**
                                                                       PRO SE

**Interested Party**

**MCL River & LaCholla Restaurant, LLC**             represented by   **MCL River & LaCholla Restaurant, LLC**
                                                                       PRO SE

**Interested Party**

**Cumberland Farms, Inc & Gulf Oil Limited Partnership**   represented by   **Cumberland Farms, Inc & Gulf Oil Limited Partnership**
                                                                       PRO SE

**Interested Party**

**MCL Country Club Restaurant, LLC**                 represented by   **MCL Country Club Restaurant, LLC**
                                                                       PRO SE

**Interested Party**

**MCL Prescott Restaurants, LLC**                    represented by   **MCL Prescott Restaurants, LLC**
                                                                       PRO SE

**Interested Party**

**MCL Enterprises, Inc.**                            represented by   **MCL Enterprises, Inc.**
                                                                       PRO SE

**Interested Party**

**MCL Whiteriver Restaurant, LLC**                   represented by   **MCL Whiteriver Restaurant, LLC**
                                                                       PRO SE

**Interested Party**

**Watermark Donut Company DBA Dunkin Donuts**                    represented by   **Watermark Donut Company DBA Dunkin Donuts**
PRO SE

**Interested Party**

**Epstein Porter 2, LLC DBA Dunkin Donuts**                    represented by   **Epstein Porter 2, LLC DBA Dunkin Donuts**
PRO SE

**Interested Party**

**Epstein Porter 1, LLC DBA Dunkin Donuts**                    represented by   **Epstein Porter 1, LLC DBA Dunkin Donuts**
PRO SE

**Interested Party**

**David Michael's Salon, LLC**                    represented by   **David Michael's Salon, LLC**
PRO SE

**Interested Party**

**Zuri, Inc. DBA Dunkin Donuts / Baskin Robbins**                    represented by   **Zuri, Inc. DBA Dunkin Donuts / Baskin Robbins**
PRO SE

**Interested Party**

**Division "L" DBA Dunkin Donuts**                    represented by   **Division "L" DBA Dunkin Donuts**
PRO SE

**Interested Party**

**Western "L" DBA Dunkin Donuts**                    represented by   **Western "L" DBA Dunkin Donuts**
PRO SE

**Interested Party**

**Jordan Pizza, LLC**                    represented by   **Jordan Pizza, LLC**
PRO SE

**Interested Party**

**Dakota Direct Furniture, LLC**                    represented by   **Dakota Direct Furniture, LLC**
PRO SE

**Interested Party**

**Maverik, Inc.**                    represented by   **Maverik, Inc.**
PRO SE

**Interested Party**

**Equilon Enterprises LLC**                    represented by   **Equilon Enterprises LLC**
*TERMINATED: 03/03/2020*                                         PRO SE

**Charles Babcock**
Jackson Walker LLP
1401 Mckinney Street
Suite 1900
Houston, TX 77010
(713)752-4200
Fax: (713)752-4221
Email: cbabcock@jw.com
*TERMINATED: 08/14/2013*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Motiva Enterprises LLC**                    represented by    **Motiva Enterprises LLC**
                                                                PRO SE

                                                                **Charles Babcock**
                                                                (See above for address)
                                                                *TERMINATED: 08/14/2013*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**Shimurima II, Inc.**                        represented by    **Shimurima II, Inc.**
                                                                PRO SE

**Interested Party**

**Shimurima, Inc.**                           represented by    **Shimurima, Inc.**
                                                                PRO SE

**Interested Party**

**Gourmet Catalog Inc.**                      represented by    **Gourmet Catalog Inc.**
                                                                PRO SE

**Interested Party**

**Old Warsaw Restaurant**                     represented by    **Old Warsaw Restaurant**
                                                                PRO SE

**Interested Party**

**Swarovski**                                 represented by    **Swarovski**
                                                                PRO SE

**Interested Party**

**Managed Care Advisory Group, Inc.**         represented by    **Joe R. Whatley , Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Patrick J. Sheehan**
                                                                Whatley Kallas, LLP
                                                                152 West 57th Street
                                                                41st Floor
                                                                New York, NY 10019
                                                                212-447-7060
                                                                Fax: 800-922-4851
                                                                Email: psheehan@whatleykallas.com
                                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**Heartland Payment Systems, Inc.**                    represented by    **Jason Brown**
Cohen & Gresser LLP
800 Third Avenue
Ste 21st Floor
New York, NY 10022
212-957-7600
Email: jbrown@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Seth C. Harrington**
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street
Suite 2000
Boston, MA 02166
617-880-1800
Email: seth.harrington@ropesgray.com
*TERMINATED: 12/27/2018*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Global Payments Inc.**                    represented by    **John Felix Cambria**
*TERMINATED: 10/25/2013*                                      Alston and Bird
90 Park Avenue
New York, NY 10016
(212) 210-9583
Fax: (212) 210-9444
Email: john.cambria@alston.com
*TERMINATED: 10/25/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Settlement Recovery Group, LLC**                    represented by    **Neil S. Binder**
Binder & Schwartz LLP
28 west 44th Street
Suite 700
New York, NY 10036
212-510-7008
Fax: 212-510-7299
Email: nbinder@binderschwartz.com
*TERMINATED: 12/12/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Spectrum Settlement Recovery LLC**                    represented by    **Eric L. Lewis**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street. N.W.
Suite 400
Washington, DC 20001
202-833-8900
Fax: 202-466-5738
Email: eric.lewis@lewisbaach.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Financial Recovery Services, Inc.**

**Interested Party**

| **Listed Entities** | represented by | **Daniel A. Sasse**<br>Crowell & Moring LLP<br>3 Park Plaza<br>20th Floor<br>Irvine, CA 92614<br>(949)798-1347<br>Fax: (949)263-8414<br>Email: dsasse@crowell.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Deborah E. Arbabi**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kelly T. Currie**<br>Crowell & Moring LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>212-223-4000<br>Fax: 212-223-4134<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| **Class Action Recovery Services** | represented by | **Dennis M. Campbell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| **Claims Compensation Bureau, LLC** | represented by | **Brian Dale Graifman**<br>Borah, Goldstein, Altschuler, Nahins & Goidstein, P.C.<br>377 Broadway<br>New York, NY 10013<br>212-431-1300 X322<br>Fax: 212-965-2773<br>Email: bgraifman@borahgoldstein.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Howard B. Sirota**<br>Howard B. Sirota<br>348 Palm Street<br>Hollywood, FL 33019<br>917-363-0619<br>Fax: 754-400-9142<br>Email: howard.sirota@gmail.com<br>*TERMINATED: 07/07/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| **Manor Capital Recovery, LLC** | represented by | **Mark G. Trigg**<br>Greenberg Traurig, LLP<br>Terminus 200<br>3333 Piedmont Road, Ne<br>Suite 2500<br>Atlanta, GA 30305<br>678-553-2415<br>Fax: 678-553-2416<br>Email: triggm@gtlaw.com<br>*TERMINATED: 09/08/2015*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

**Stephen Greiner**                                     represented by    **Stephen William Greiner**
                                                                          Willkie Farr & Gallagher LLP
                                                                          787 Seventh Avenue
                                                                          New York, NY 10019
                                                                          212-728-8000
                                                                          Fax: 212-728-8111
                                                                          Email: maoedny@willkie.com
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Gary Friedman**                                       represented by    **Gary B. Friedman**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Samuel Issacharoff**
                                                                          Samuel Issacharoff, Esq.
                                                                          40 Washington Square South, 411j
                                                                          New York, NY 10012
                                                                          212-998-6580
                                                                          Fax: 212-995-4590
                                                                          Email: si13@nyu.edu
                                                                          *TERMINATED: 09/03/2015*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Theresa Trzaskoma**
                                                                          Harris Trzaskoma LLP
                                                                          156 West 56th St
                                                                          Suite 2004
                                                                          New York, NY 10019
                                                                          934-667-3816
                                                                          Email: ttrzaskoma@harristrz.com
                                                                          *TERMINATED: 09/03/2015*
                                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Willkie Farr & Gallagher LLP**                        represented by    **Robert J. Jossen**
                                                                          Swidler, Berlin, Shereff & Friedman, LLP
                                                                          The Chrysler Building
                                                                          405 Lexington Avenue
                                                                          New York, NY 10174
                                                                          212-973-0111
                                                                          Fax: 212-891-9225
                                                                          Email: robert.jossen@dechert.com
                                                                          *TERMINATED: 02/28/2018*
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Hunton & Williams LLP**

**Interested Party**

**PNC Bank National Association**                    represented by  **Frederick N. Egler**
(See above for address)
*TERMINATED: 12/12/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alejo R. Cabranes**
(See above for address)
*TERMINATED: 01/04/2023*
*ATTORNEY TO BE NOTICED*

**Jennifer P Snyder**
Dilworth Paxson LLP
1650 Market Street
Suite 1200
Philadelphia, PA 19103
215-575-7000
Fax: 215-575-7200
Email: jsnyder@dilworthlaw.com
*ATTORNEY TO BE NOTICED*

**Michelle Ann Mantine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Carlison Transportation, Inc.**                    represented by  **Frederic S. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hae Sung Nam**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue
38th Floor
New York, NY 10022
212-687-1980
Email: hnam@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Boss Dental Care PLLC**                                    represented by    **Anne Fornecker Johnson**
Hagens Berman Sobol Shapiro LLP
68 3rd Street
Suite 249
Brooklyn, NY 11231
718-916-3520
Fax: 206-623-0594
Email: annej@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bart D. Cohen**
(See above for address)
*TERMINATED: 11/01/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Lawrence Berger**
(See above for address)
*LEAD ATTORNEY*

**Donald S. Nation**
Hilliard & Shadowen LLP
2407 S Congress Ave
Suite E122
Austin, TX 78704
(855)344-3298
Fax: (361)882-3015
Email: chelsey@hmglawfirm.com
*TERMINATED: 08/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Weiner**
Hilliard & Shadowen LLP
2407 S Congress Ste E 122
Austin, TX 78704
855-344-3298
Fax: 512-233-2824
Email: matt@hilliardshadowenlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve D. Shadowen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M. Hogan**
Scott & Scott Attorneys at Law LLP
230 Park Ave
Ste 17th Floor
New York, NY 10169
212-223-6444
Email: brian.hogan@scott-scott.com
*TERMINATED: 09/19/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah A. Elman**
(See above for address)
*TERMINATED: 01/18/2022*
*ATTORNEY TO BE NOTICED*

**Frazar Wright Thomas**
Seeger Weiss LLP
325 Chestnut Street
Ste. 917
Philadelphia, PA 19106
215-553-7990
Email: fthomas@seegerweiss.com
*TERMINATED: 06/08/2021*

**Michael J. Freed**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Brunell**
Hilliard Shadowen LLP
1717 W. 6th St.
Ste. 290
Austin, TX 78703
202-600-9640
Email: rbrunell@hilliardshadowenlaw.com
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
Freed Kanner London & Millen, LLC
100 Tri-State International
Suite 128
Lincolnshire, IL 60069
224-632-4500
Email: rwozniak@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**rue21, Inc.**                                        represented by   **Carter Hoel**
Meyer Darragh Buckler Bebenek & Eck, PLLC
Us Steel Tower, Ste 4850
600 Grant Street
Pittsburgh, PA 15219
412-261-6600
Fax: 412-471-2754
Email: choel@mdbbe.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Tavern Hospitality Group Holdings, LLC d/b/a Tavern**      represented by   **Sherli Shamtoub**
**Hospitality Group**                                        (See above for address)
*TERMINATED: 11/06/2017*                                     *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Interested Party**

**rue21, Inc.**                                    represented by   **Edward G. Brandenstein**
                                                                   Pion Nerone Girman & Smith PC
                                                                   1500 One Gateway Center
                                                                   420 Ft. Duquesne Boulevard
                                                                   Pittsburgh, PA 15222
                                                                   412-667-6229
                                                                   Fax: 412-281-3388
                                                                   Email: ebrandenstein@pionlaw.com
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Paul Robinson**
                                                                   Meyer Darragh Buckler Bebenek & Eck, PLLC
                                                                   Us Steel Tower, Ste 4850
                                                                   600 Grant Street
                                                                   Pittsburgh, PA 15219
                                                                   412-553-7146
                                                                   Fax: 412-471-2754
                                                                   Email: probinson@mdbbe.com
                                                                   *ATTORNEY TO BE NOTICED*

**Interested Party**

**Financial Recovery Strategies, Inc.**            represented by   **Eric Todd Kanefsky**
                                                                   Calcagni & Kanefsky LLP
                                                                   1085 Raymond Blvd.
                                                                   Ste 18th Floor
                                                                   Newark, NJ 07102
                                                                   917-628-8739
                                                                   Email: eric@ck-litigation.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Interested Party**

**Cardtronics USA, Inc.**                          represented by   **Douglas P. Lobel**
                                                                   Cooley LLP
                                                                   11951 Freedom Dr
                                                                   Suite 1500
                                                                   Reston, VA 20190
                                                                   703-456-8019
                                                                   Fax: 703-456-8100
                                                                   Email: dlobel@cooley.com
                                                                   *TERMINATED: 08/14/2017*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Interested Party**

**The Clearing House Payments Company L.L.C. ("TCH")**  represented by   **Mary Gail Gearns**
                                                                   Morgan Lewis & Bokius LLP
                                                                   399 Park Avenue
                                                                   New York, NY 10022
                                                                   212-705-7000
                                                                   Fax: 212-752-5378
                                                                   Email: marygail.gearns@morganlewis.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Richard S. Taffet**
                                                                   Morgan Lewis & Bokius LLP
                                                                   399 park Ave
                                                                   New York, NY 10022-7302
                                                                   2127057000
                                                                   Fax: 2127525378
                                                                   Email: richard.taffet@morganlewis.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Interested Party**

**PNC Bank, National Association**                    represented by    **Alejo R. Cabranes**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/04/2023*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Conor Michael Shaffer**
                                                                        Reed Smith LLP
                                                                        Reed Smith Centre
                                                                        225 5th Ave
                                                                        Suite 1200
                                                                        Pittsburgh, PA 15222-2724
                                                                        412-288-3802
                                                                        Fax: 412-288-3063
                                                                        Email: cshaffer@reedsmith.com
                                                                        *TERMINATED: 07/19/2020*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Michelle Ann Mantine**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**The PNC Financial Services Group, Inc.**            represented by    **Conor Michael Shaffer**
                                                                        (See above for address)
                                                                        *TERMINATED: 07/19/2020*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Michelle Ann Mantine**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Goldstein & Russell, P.C.**

**Interested Party**

**Joshua Tucker**                                     represented by    **Samuel Kadosh**
                                                                        Gulko Schwed
                                                                        525 Chestnut Avenue
                                                                        Suite 209
                                                                        Cedarhurst, NY 11516
                                                                        212-634-7927
                                                                        Email: skadosh@gulkoschwed.com
                                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**UnionPay**                                          represented by    **Brian C. Dunning**
                                                                        Dunning Rievman & MacDonald LLP
                                                                        1350 Broadway
                                                                        Ste 2120
                                                                        New York, NY 10018
                                                                        646-873-7522
                                                                        Email: bdunning@drmlaw.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Optium Capital LLC**                                represented by    **Daniel A. Sasse**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Cascade Settlement Services LLC**

represented by **Anthony M Capozzolo**
Lewis Baach Kaufmann Middlemiss PLLC
The Chrysler Building
405 Lexington Avenue
Ste 64th Floor
New York, NY 10174
212-826-7001
Fax: 212-826-7146
Email: anthony.capozzolo@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Kassra Nassiri**
Nassiri & Jung LLP
1700 Montgomery St
Suite 207
CA
San Francisco, CA 94111
415-762-3100
Fax: 415-534-3200
Email: kass@njfirm.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Milberg Coleman Bryson Phillips Grossman PLLC**

**Interested Party**

**Yabla, Inc.**　　　　　　　　　　　　　　represented by　**Adam John Zapala**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
650-697-6000
Fax: 650-697-6340
Email: azapala@cpmlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 800
Washington, DC 20005
202-408-4600
Email: bjohnson@cohenmilstein.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
Burns Charest LLP
5290 Denver Tech Center Pkwy
Suite 150
Greenwood Village, CO 80111
720-630-2092
Email: ccormier@burnscharest.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lebsock**
Hausfeld
580 California Street
Ste 12th Floor
San Francisco, CA 94111
415-633-1908
Fax: 415-358-4980
Email: clebsock@hausfeld.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel McCuaig**
Cohen Milstein Sellers & Toll
1100 New York Avenue
Suite 500
Washington, DC 20005
202-408-3600
Email: dmccuaig@cohenmilstein.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Paul Weick**
Hausfeld LLP
33 Whitehall Street
Ste 14th Floor
New York, NY 10004
646-647-1282
Email: dweick@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Ian Baize**
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4490
Email: ibaize@burnscharest.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Ross Strauser**
4725 Wisconsin Avenue NW

Suite 200
Washington, DC 20016
469-421-9091
Email: mstrauser@burnscharest.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S. Tripolitsiotis**
Burns Charest LLP
757 Third Avenue
Ste 20th Floor
New York, NY 10017
469-895-5269
Email: mtripolitsiotis@burnscharest.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**R&N Productions LLC**      represented by    **Adam John Zapala**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lebsock**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel McCuaig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Paul Weick**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

**McKinsey & Company**      represented by    **Marion Brenda Cooper**
Drinker Biddle & Reath
500 Campus Drive
Florham Park, NJ 07932
973-549-7382
Email: marion.johnson@dbr.com
*TERMINATED: 12/30/2013*
*ATTORNEY TO BE NOTICED*

**Amicus**

**The European Commission**

**Amicus**

| | | |
|---|---|---|
| **ATMIA**<br>*ATMIA* | represented by | **Anthony J. Staltari**<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 5th Ave.<br>New York, NY 10016<br>212-849-7000<br>Email: anthonystaltari@quinnemanuel.com<br>*TERMINATED: 05/26/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Benjamin G. Shatz**<br>Manatt Phelps & Phillips Main Acc#mp0064<br>Information Services<br>2049 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067-3119<br>310-312-4383<br>Email: bshatz@manatt.com<br>*LEAD ATTORNEY* |

**Amicus**

| | | |
|---|---|---|
| **Paypal, Inc.** | represented by | **Francis Michael Curran**<br>Finazzo Cossolini O'Leary Meola & Hager, LLC<br>67 East Park Place, Suite 901<br>Morristown, NJ 07960<br>973-343-4960<br>Fax: 973-343-4970<br>Email: francis.curran@finazzolaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**The National Federation of Independent Business**

**Amicus**

**Canadian counsel for defendants in Canadian litigation
received from and filed by hand by Canadian counsel**

**Amicus**

| | | |
|---|---|---|
| **Amici Objecting States**<br>*Amici Objecting States* | represented by | **Robert Lee Hubbard**<br>New York Attorney General's Office<br>Attorney General's Office<br>120 Broadway, 26th Floor<br>New York, NY 10271<br>212-416-8267<br>Fax: 212-416-6015<br>Email: robert.hubbard@ag.ny.gov<br>*ATTORNEY TO BE NOTICED* |

**Material Witness**

| | | |
|---|---|---|
| **Verifone, Inc.**<br>*Subpoenaed third part* | represented by | **Karen P. Anderson**<br>VeriFone, Inc.<br>88 W Plumeria Drive<br>San Jose, CA 95134<br>408-232-7813<br>Fax: 111-111-1111<br>Email: thmbscrw@gmail.com<br>*TERMINATED: 05/21/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor**

**American Express**

**Intervenor**

**Mary Watson**
*TERMINATED: 04/11/2013*

represented by **David E. Kovel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Keila Ravelo**
*TERMINATED: 06/28/2018*

represented by **Lawrence S. Lustberg**
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4500
Fax: 973-639-6285
Email: llustberg@gibbonslaw.com
*TERMINATED: 12/07/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jake F. Goodman**
DLA Piper LLP (US)
51 John F. Kennedy Parkway
Suite 120
Short Hills, NJ 07078-2704
973-307-3019
Fax: 973-215-2805
Email: jake.goodman@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Steven H. Sadow**
Steven H. Sadow, P.C.
260 Peachtree Street, Nw
Suite 2502
Atlanta, GA 30303
404-577-1400
Fax: 404-577-3600
Email: stevesadow@gmail.com

**Intervenor**

**Walmart Inc.**

represented by **Paul Schoeman**
Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9264
Email: Paul.Schoeman@hsfkramer.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Merchant Trade Groups**

**Intervenor**

**Merchant Trade Groups**

**Intervenor**

**Gemstone Homes & Properties**

**Objector**

**Auriemma Consulting Group, Inc.**                     represented by   **Lita B. Wright**
                                                                        Amini LLC
                                                                        131 West 35th Street
                                                                        Ste 12th Floor
                                                                        New York, NY 10001
                                                                        212-490-4700
                                                                        Email: lbwright@aminillc.com
                                                                        *ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**A & D Wine Corp and other Objectors**                 represented by   **Jerrold S. Parker**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**Home Depot U.S.A., Inc.**
*TERMINATED: 04/24/2024*

represented by    **Alicia K. Cobb**
Quinn Emanuel Urquhart & Sullivan, LLP-WA
600 University Street
Seattle, WA 98101
206-905-7000
Fax: .
Email: aliciacobb@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin W. Thorpe**
Bondurant Mixson Elmore
1201 West Peachtree St NW
Ste. 3900
30309
Atlanta, GA 30309
404-881-4100
Email: bthorpe@bmelaw.com
*TERMINATED: 05/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah K. Brown**
Quinn Emanuel
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7116
Fax: 212-849-7100
Email: deborahbrown@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank M. Lowrey**
Bondurant Mixson & Elmore, LLP
1201 West Peachtree St Nw
Suite 3900
Atlanta, GA 30309
404-881-4100
Fax: 404-881-4111
Email: lowrey@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronan P. Doherty**
Bondurant Mixson & Elmore LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: doherty@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steig David Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Neuwirth**
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
22nd floor
New York, NY 10010
212-849-7165
Email: stephenneuwirth@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Du Leray**
Quinn Emanuel Urquhart & Sullivan LL P
295 5th Avenue
New York, NY 10016
212-849-7630
Email: davidleray@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Douglas Francis Post**
Quinn Emanuel Urquhart & Sullivan
865 South Figueroa Street
10th Floor
Ste 10th Fl
Los Angeles, CA 90017
213-443-3000
Email: dougpost@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**William Charlie Price**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
213-443-4000
Fax: 213-443-3100
Email: williamprice@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Objector**

**American Express Co.**                    represented by   **Philip C. Korologos**
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
212-446-2300
Email: pkorologos@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rory Ann Leraris**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
Email: rory.leraris@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
212-446-2300
Email: ebrenner@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Objector**

**American Eagle Outfitters, Inc.**
*TERMINATED: 10/24/2017*

represented by    **Jeanne Lahiff**
Imbesi Law P.C.
450 Seventh Avenue
Ste. 1408
New York, NY 10123
212-736-0007
Fax: 212-658-9177
Email: jlahiff@lawicm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Todd Victoria**
Gordon & Rees LLP
707 Grant Street Suite 3800
Pittsburgh, PA 15219
412-577-7400
Fax: 412-347-5461
Email: rvictoria@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**First Data Corporation**

represented by    **Jason A. Yurasek**
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7021
Fax: 415-344-7221
*ATTORNEY TO BE NOTICED*

**Objector**

**First Data Government Solutions**

represented by    **Jason A. Yurasek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**First Data Merchant Services Corporation**

represented by    **Jason A. Yurasek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**TASQ Technology, Inc.**

represented by    **Jason A. Yurasek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**TRS Recovery Services Inc.**

represented by    **Jason A. Yurasek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Telecheck Services Inc.**

represented by    **Jason A. Yurasek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers McClarty Ford Chrysler Dodge Jeep**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers McClarty Nissan**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers McCLarty Dodge Chrysler Jeep**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers Dodge Chrysler Jeep**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Tri-Lakes Motors**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Burleson Nissan**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Bel Air Honda**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers McClarty Toyota Scion**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Nissan of Fort Worth**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers McClarty Chevrolet**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers McClarty Huntsville Dodge Chrysler Jeep**

represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

| | | |
|---|---|---|
| **Mercedes Benz of Huntsville** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers McClarty Nissan of Huntsville** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers McClarty Subaru** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Lees Summit Dodge Chrysler Jeep Ram** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Lees Summit Nissan** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Olathe Dodge Chrysler Jeep** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Waxahachie Dodge Chrysler Jeep** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Waxahachie Ford-Mercury** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers Harley-Davidson Hot Springs** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers Harley-Davidson Little Rock** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Lander Harley-Davidson Conway** | represented by | **Jerrold S. Parker** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers Auto Group No. 1 d/b/a Landers Scion** | represented by | **Jerrold S. Parker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan Watson Cuneo**<br>Cuneo, Gilbert & LaDuca LLP<br>4725 Wisconsin Ave NW<br>Suite 200<br>Washington, DC 20016<br>202-789-3960<br>Fax: 202-789-1813<br>Email: jonc@cuneolaw.com<br>*TERMINATED: 12/23/2016*<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers Auto Group No. 1 d/b/a Landers Toyota** | represented by | **Benjamin David Elga**<br>Justice Catalyst Law<br>40 Rector Street<br>Ste 9th Floor<br>New York, NY 10006<br>518-732-6703<br>Email: belga@cuneolaw.com<br>*TERMINATED: 11/21/2016*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jerrold S. Parker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan Watson Cuneo**<br>(See above for address)<br>*TERMINATED: 12/23/2016*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Gil-Montllor**<br>Cuneo, Gilbert & LaDuca LLP<br>16 Court Street<br>Suite 1012<br>Brooklyn, NY 11241<br>917-565-0520<br>Fax: 202-789-1813<br>Email: pgil-montllor@cuneolaw.com<br>*TERMINATED: 12/16/2016*<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota** | represented by | **Jerrold S. Parker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers Chrysler Jeep Dodge, LLC** | represented by | **Jerrold S. Parker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Landers Chrysler Dodge Jeep d/b/a Landers Pre-Owned** | represented by | **Jerrold S. Parker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Objector**

**Landers Chrysler Dodge Jeep d/b/a Landers Suzuki**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**A&D Wine Corp.**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**A&Z Restaurant Corp.**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**105 Degrees, LLC**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**The Pantry Restaurant Group, LLC**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**PPT Inc., d/b/a Graffitis Restaurant**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**Sansoles Tanning Salon**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**Greenhaws, Inc.**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**Dons Pharmacy, Incorporated**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**Gossett Motor Cars, Inc.- Tennessee**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**Gossett Motor Cars, Inc. - Georgia**          represented by   **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

Objector

**JB Cook, LLC d/b/a Downtown Oil & Lube**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Storage World Limited Partnership, LLC**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Leisure Landing RV Park**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Pinnacle Valley Liquor Store, Inc.**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers Brothers Auto No. 2, LLC f/d/b/a Landers Buick Pine Bluff**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers Brothers Auto No. 3, LLC f/d/b/a Landers Hyundai Pine Bluff**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers Brothers Auto No. 4, LLC f/d/b/a Landers Honda Jonesboro**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers Brothers Auto No. 5, LLC f/d/b/a Landers Chrysler Dodge Jeep Pine Bluff**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Landers Brothers Auto Group, Inc. f/d/b/a Landers Honda Pine Bluff**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**The Tennis Shoppe, Inc.**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**The Grady Corporation (Bentonville Location) d/b/a Whole Hog Barbeque**

represented by    **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**The Grady Corporation II (Fayetteville Location) d/b/a Whole Hog Barbeque**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**Coulson Oil Company**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**Diamond State Oil, LLC**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**Superstop Stores, LLC**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**PetroPlus, LLC**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**Port Cities Oil, LLC**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**New Mercury, LLC**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**New Vista, LLC**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**New Neptune, LLC**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**SVI Security Solutions**

        represented by    **Jerrold S. Parker**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*

**Objector**

**National ATM Council, Inc.**

        represented by    **Don Allen Resnikoff**
                              5335 Wisconsin Avenue, NW
                              Washington, DC 20015
                              202-344-0089
                              Email: donresnikoff@donresnikofflaw.com
                              *ATTORNEY TO BE NOTICED*

**Objector**

**ATMs Of The South, Inc.**                  represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Business Resource Group, Inc.**            represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Cabe & Cato, Inc.**                        represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Just Atms, Inc.**                          represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Wash Water Solutions, Inc.**               represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Daniel Adam Schlanger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**ATM Bankcard Services, Inc.**              represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Meiners Development Company of Lee's Summit,**  represented by  **Don Allen Resnikoff**
**Missouri, LLC**                                                 (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Mills-Tel Corp.**                          represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Scot Gardner d/b/a SJI**                   represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Selman Telecommunications Investment Group, LLC**  represented by  **Don Allen Resnikoff**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Turnkey ATM Solutions, LLC**                          represented by    **Don Allen Resnikoff**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

**Objector**

**Trinity Holdings Ltd., Inc.**                         represented by    **Don Allen Resnikoff**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

**Objector**

**T & T Communications Inc. & Randall N. Bro d/b/a T &**   represented by    **Don Allen Resnikoff**
**B Investments**                                                          (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

**Objector**

**Pinnacle Valley Liquor Store, Inc.**
*TERMINATED: 09/09/2013*

**Objector**

**Target Corporation**                    represented by   **Michael J. Canter**
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(614)464-6327
Fax: (614)719-4655
Email: mjcanter@vorys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
Vorys Sayer Seymour & Pease LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216-1008
614-464-5481
Fax: 614-719-4810
Email: anbroz@vorys.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
Vorys, Sater, Seymour and Pease, LLP (Columbus)
52 East Gay Street
Columbus, OH 43215
(614)464-5460
Fax: (614)719-3484
Email: drmatthews@vorys.com
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
Isaac Zaur
41 Madison Avenue
23rd Floor
New York City, NY 10010
212-633-4310
Email: izaur@cgr-law.com
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
Vorys, Sater, Seymour and Pease LLP
Vorys, Sater, Seymour and Pease LLP
Columbus, OH 43215
1-614-464-6400
Fax: 1-614-464-6350
Email: jdthomas@vorys.com
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
Vorys, Sater, Seymour and Pease LLP
52 East Gay St
Columbus, OH 43215

614-464-6214
Fax: 614-719-4627
Email: matobias@vorys.com
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
Clarick Gueron Reisbaum LLP
41 Madison Avenue
23rd Floor
New York, NY 10010
212-633-4310
Email: ngueron@cgr-law.com
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
614-464-6400
Fax: 614-464-6350
Email: niwebb@vorys.com
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
Vorys, Sater, Seymour and Pease LLP
52 E Gay Street
Columbus, OH 43215
614-464-8243
Fax: 614-719-5083
Email: rnwebner@vorys.com
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
Vorys Sayer Seymour & Pease LLP
52 East Gay Street
Columbus, OH 43215
614-464-8205
Fax: 614-464-8205
Email: tbmcgranor@vorys.com
*ATTORNEY TO BE NOTICED*

**Objector**

**Macy's, Inc.**

represented by

**Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**J.C. Penney Corporation, Inc.**                    represented by    **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**The Gap, Inc.**

represented by **Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Objector**

**Limited Brands, Inc.**

represented by **Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Objector**

**Dillard's, Inc.**

represented by **Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Objector**

**Big Lots Stores, Inc.**                                    represented by    **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Ascena Retail Group, Inc.**                                    represented by   **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**The Neiman Marcus Group, Inc.**                    represented by    **Gregory Alan Clarick**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Isaac Berkman Zaur**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Nicole L. Gueron**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

**Objector**

**Abercrombie & Fitch Co.**                    represented by    **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Saks Incorporated**                                    represented by    **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Chico's FAS, Inc.**                    represented by    **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Bob Evans Farms, Inc.**

represented by **Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Objector**

**CKE Restaurants, Inc.**

represented by **Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Objector**

**Papa John's International, Inc.**

represented by **Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Objector**

**American Signature, Inc.**                    represented by     **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Boscov's Department Store, LLC**                    represented by   **Gregory Alan Clarick**
                                                                      (See above for address)
                                                                      *TERMINATED: 04/23/2021*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Isaac Berkman Zaur**
                                                                      (See above for address)
                                                                      *TERMINATED: 04/23/2021*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Nicole L. Gueron**
                                                                      (See above for address)
                                                                      *TERMINATED: 04/23/2021*
                                                                      *ATTORNEY TO BE NOTICED*

**Objector**

**National Retail Federation**                    represented by    **Andrew G. Celli , Jr**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza
8th Floor
New York, NY 10020
212-763-5000
Fax: 212-763-5001
Email: acelli@ecbawm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
Emery Celli Brinkerhoff & Abady LLP
75 Rockefeller Plaza
20th Fl
New York, NY 10019
212-763-5000
Fax: 212-763-5001
Email: apulver@ecbalaw.com
*TERMINATED: 06/28/2013*
*ATTORNEY TO BE NOTICED*

**Debra L. Greenberger**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
New York
One Rockefeller Plaza
8th Floor
New York
New York, NY 10020
212-763-5000
Email: dgreenberger@ecbawm.com
*ATTORNEY TO BE NOTICED*

**Diane Lee Houk**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza
8th Floor
New York, NY 10020
212-763-5000
Fax: 212-763-5001
Email: dhouk@ecbawm.com
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Nicole L. Gueron**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Noel Leon**
National Women's Law Center
1350 I Street NW
Suite 700
Washington, DC 20005
202-588-5180
Fax: 202-588-5185
Email: nleon@nwlc.org
*TERMINATED: 02/10/2023*
*ATTORNEY TO BE NOTICED*

**Objector**

**American Booksellers Association**                    represented by   **Jonathan Baker**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Gregory Alan Clarick**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Isaac Berkman Zaur**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Nicole L. Gueron**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**National Association of College Stores**              represented by   **Gregory Alan Clarick**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Isaac Berkman Zaur**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Nicole L. Gueron**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/23/2021*
                                                                        *ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**Carnival Corporation & PLC**

<u>**Objector**</u>

**Valuevision Media, Inc.**                            represented by   **Cheryl L. Davis**
                                                                        Menaker & Herrmann LLP
                                                                        10 East 40th Street
                                                                        New York, NY 10016
                                                                        212-545-1900
                                                                        Fax: 212-545-1656
                                                                        Email: cdavis@mhjur.com
                                                                        *ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**Royal Caribbean Cruises LTD.**                       represented by   **Cheryl L. Davis**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**American Express Travel Related Services Company, Inc.**

represented by   **Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rory Ann Leraris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Travel Impressions, Ltd.**

represented by   **Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**American Express Publishing Corp.**

represented by   **Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**U.S. Public Research Interest Group**

represented by   **Robert L. Begleiter**
Schlam, Stone & Dolan, LLP
26 Broadway
19th floor
New York, NY 10004
(212) 344-5400
Email: rbegleiter@constantinecannon.com
*ATTORNEY TO BE NOTICED*

**Objector**

**Kevan McLaughlin**

represented by   **John W. Davis**
Law Office of John Davis
3030 N. Rocky Point Dr. W.
Suite 150
Tampa, FL 33607
813-533-1972
Email: john@johnwdavis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**office depot**

represented by   **Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Objector**

**Discover Financial Services**                   represented by   **William H. Pratt**
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
(212)446-4894
Fax: (212)446-6460
Email: wpratt@kirkland.com
*TERMINATED: 08/18/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
Selendy Gay PLLC
1290 Avenue of the Americas
Ste 17th Floor
New York, NY 10104
212-390-9000
Fax: 212-390-9399
Email: jselendy@selendygay.com
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**The City of Oakland, California**               represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**7-Eleven Inc.**                                 represented by   **Adam Owen Glist**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Alan Scupp**
Shinder Cantor Lerner LLP
14 Penn Plaza
19th Floor
New York, NY 10122
646-960-8609
Email: david@scl-llp.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**Academy, Ltd.**                                 represented by   **Jeffrey Isaac Shinder**
*TERMINATED: 01/31/2024*                                          (See above for address)
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**Aldo US Inc.**                                  represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**Barnes & Nobles, Inc**                          represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**Best Buy Enterprise Services, Inc.**            represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**BJ's Wholesale Club, Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Carter's, Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Costco Wholesale Corporation**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Crate & Barrel Holdings, Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Darden Restaurants, Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**David's Bridal, Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Dillard's, Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**General Nutrition Corporation**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Genesco Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**The Gymboree Corporation**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Ikea North America Services, LLC**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**J. Crew Group, Inc.**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Kwik Trip, Inc.**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Lowe's Companies, Inc.**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Michaels Stores Inc.**

represented by   **Richard A. Arnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Jay Blechman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**National Railroad Passenger Corporation**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Nike, Inc.**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Panera, LLC**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Petco Animal Supplies, Inc.**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Petsmart LLC**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**RaceTrac Petroleum, Inc.**

represented by   **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Retail Industry Leaders Association**                    represented by    **David G. Trachtenberg**
Trachtenberg & Arena, LLP
380 Lexington Avenue
Ste 3300
New York, NY 10168
212-972-1375
Fax: 212-972-1376
Email: dtrachtenberg@talaw.law *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C Rakower**
Rakower Law PLLC
260 Madison Avenue
15th Floor
New York, NY 10016
212-660-5550
Fax: 212-660-5551
Email: mrakower@rakowerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew G. Celli , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Debra L. Greenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noel Leon**
(See above for address)
*TERMINATED: 02/10/2023*
*ATTORNEY TO BE NOTICED*

**Objector**

**Sears Holdings Corporation**            represented by   **Cynthia M. Jordano**
                                                           Cohen Ziffer Frenchman & McKenna LLP
                                                           1325 Avenue of the Americas
                                                           31st Floor
                                                           New York, NY 10019
                                                           212-584-1824
                                                           Email: cjordano@cohenziffer.com
                                                           *TERMINATED: 02/10/2021*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gayle R Klein**
                                                           Freshfields US LLP
                                                           3 World Trade Center
                                                           175 Greenwich Street, 51st Floor
                                                           New York, NY 10007
                                                           212-277-4000
                                                           Email: gayle.klein@freshfields.com
                                                           *TERMINATED: 02/04/2021*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **John C. Briody**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Hartmann Smith**
                                                           McKool Smith, P.C.
                                                           1301 Avenue of the Americas
                                                           32nd Floor
                                                           New York, NY 10019
                                                           212-402-9418
                                                           Email: jsmith@mckoolsmith.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeffrey Isaac Shinder**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Objector**

**Starbucks Corporation**                 represented by   **Jeffrey Isaac Shinder**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Objector**

**Thermo Fisher Scientific Inc.**         represented by   **Jeffrey Isaac Shinder**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Objector**

| | | |
|---|---|---|
| **Wal-Mart Stores, Inc.** | represented by | **Drew Hansen** |
| | | Susman Godfrey L.L.P. |
| | | 401 Union Street |
| | | Ste 3000 |
| | | Seattle, WA 98101-3000 |
| | | 206-516-3880 |
| | | Email: dhansen@susmangodfrey.com |
| | | *TERMINATED: 10/03/2018* |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jeffrey Isaac Shinder** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **John D. Comerford** |
| | | Dowd Bennett LLP |
| | | 7733 Forsyth Blvd |
| | | Suite 1900 |
| | | Saint Louis, MO 63105 |
| | | 314-889-7300 |
| | | Fax: 314-863-2111 |
| | | Email: jcomerford@dowdbennett.com |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **The Wendy's Company** | represented by | **Jeffrey Isaac Shinder** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **The Wet Seal, Inc.** | represented by | **Jeffrey Isaac Shinder** |
| *TERMINATED: 05/17/2018* | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Alon USA Energy, Inc.** | represented by | **Jeffrey Isaac Shinder** |
| *TERMINATED: 08/20/2019* | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Recreational Equipment, Inc.** | represented by | **Jeffrey Isaac Shinder** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Roundy's Supermarkets, Inc.** | represented by | **William Jay Blechman** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jeffrey Isaac Shinder** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Joshua Barton Gray** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

**AIMCO Equipment Company, LLC**
*AIMCO Equipment Company, LLC - Little Rock, Arkansas*

**Objector**

**Desert European Motorcars, Ltd.**
*Desert European Motorcars, Ltd. Rancho Mirage, California*

**Objector**

**San Diego European Motorcars, Ltd**
*San Diego European Motorcars, Ltd. San Diego, California*

**Objector**

**Park Hill Collections, LLC Little Rock, Arkansas**
*Park Hill Collections, LLC Little Rock, Arkansas*

**Objector**

**Riverbike of Tennessee, Inc. Nashville, Tennessee**
*Riverbike of Tennessee, Inc. Nashville, Tennessee*

**Objector**

**Pars Custom Cycle, Inc. Oklahoma City, Oklahoma**
*Pars Custom Cycle, Inc. Oklahoma City, Oklahoma*

**Objector**

**V.I.P. Motor Cars Ltd. Palm Springs, California**
*V.I.P. Motor Cars Ltd. Palm Springs, California*

**Objector**

**RR #1 TX, LLC**
*RR #1 TX, LLC*

**Objector**

**Shepherd's Flock**
*Shepherd's Flock - Townshend, Vermont*

**Objector**

**Einstein Noah Restaurant Group, Inc.**
*TERMINATED: 10/14/2015*

represented by    **Michiko Brown**
Wheeler Trigg O'Donnell
370 17th Street
Suite 4500
Denver, CO 80202
(303)244-1877
Fax: (303)244-1879
Email: brown@wtotrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Vaught**
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
303-244-1800
Fax: 303-244-1879
Email: vaught@wtotrial.com
*ATTORNEY TO BE NOTICED*

**Kelly A. Laudenslager**
Wheeler Trigg O'Donnell LLP
370 17th Street
Suite 4500
Denver, CO 80202
303-244-1800
Fax: 303-244-1879
Email: laudenslager@wtotrial.com
*ATTORNEY TO BE NOTICED*

**Michael D. Alper**
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
303-244-1800
Fax: 303-244-1879
Email: alper@wtotrial.com
*ATTORNEY TO BE NOTICED*

**Objector**

**Cardtronics, Inc.**

represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Family Dollar, Inc.**

represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Barnes & Noble College Booksellers, LLC**

represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Drury Hotels Company, LLC**

represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**WellPoint, Inc.**                                     represented by    **Robert N. Webner**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Isaac Berkman Zaur**
                                                                          (See above for address)
                                                                          *TERMINATED: 04/23/2021*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Kenneth J. Rubin**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Bon-Ton Stores, Inc.**                                represented by    **Michael J. Canter**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Alycia Nadine Broz**
                                                                          (See above for address)
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Douglas Robert Matthews**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Gregory Alan Clarick**
                                                                          (See above for address)
                                                                          *TERMINATED: 04/23/2021*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **James D. Thomas**
                                                                          (See above for address)
                                                                          *TERMINATED: 03/27/2018*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **James A Wilson , Jr**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Kenneth J. Rubin**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Kimberly Weber Herlihy**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Mitchell A. Tobias**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Nina I. Webb-Lawton**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Robert N. Webner**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Timothy B. McGranor**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Kohl's Corporation**                          represented by    **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**L Brands, Inc.**                                    represented by   **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Luxottica U.S. Holdings Corp.**                represented by   **Michael J. Canter**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Alycia Nadine Broz**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Douglas Robert Matthews**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Gregory Alan Clarick**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/23/2021*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Isaac Berkman Zaur**
                                                                 (See above for address)
                                                                 *TERMINATED: 04/23/2021*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **James D. Thomas**
                                                                 (See above for address)
                                                                 *TERMINATED: 03/27/2018*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **James A Wilson , Jr**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Kenneth J. Rubin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Kimberly Weber Herlihy**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Mitchell A. Tobias**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Nina I. Webb-Lawton**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert N. Webner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Timothy B. McGranor**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Objector**

**Office Depot, Inc.**                                    represented by   **Michael J. Canter**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Alycia Nadine Broz**
                                                                          (See above for address)
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Douglas Robert Matthews**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Gregory Alan Clarick**
                                                                          (See above for address)
                                                                          *TERMINATED: 04/23/2021*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Isaac Berkman Zaur**
                                                                          (See above for address)
                                                                          *TERMINATED: 04/23/2021*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **James D. Thomas**
                                                                          (See above for address)
                                                                          *TERMINATED: 03/27/2018*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **James A Wilson , Jr**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Kenneth J. Rubin**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Kimberly Weber Herlihy**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Mitchell A. Tobias**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Nina I. Webb-Lawton**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Robert N. Webner**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Timothy B. McGranor**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**OfficeMax Incorporated**

represented by **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Staples, Inc.**                                    represented by   **Michael J. Canter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Nadine Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Robert Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Alan Clarick**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**Isaac Berkman Zaur**
(See above for address)
*TERMINATED: 04/23/2021*
*ATTORNEY TO BE NOTICED*

**James D. Thomas**
(See above for address)
*TERMINATED: 03/27/2018*
*ATTORNEY TO BE NOTICED*

**James A Wilson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kimberly Weber Herlihy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell A. Tobias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina I. Webb-Lawton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Webner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy B. McGranor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**TJX Companies, Inc.**                    represented by   **Michael J. Canter**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alycia Nadine Broz**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Douglas Robert Matthews**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Gregory Alan Clarick**
                                                            (See above for address)
                                                            *TERMINATED: 04/23/2021*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Isaac Berkman Zaur**
                                                            (See above for address)
                                                            *TERMINATED: 04/23/2021*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James D. Thomas**
                                                            (See above for address)
                                                            *TERMINATED: 03/27/2018*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James A Wilson , Jr**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kenneth J. Rubin**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kimberly Weber Herlihy**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Mitchell A. Tobias**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nina I. Webb-Lawton**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert N. Webner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Timothy B. McGranor**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Objector**

**Marathon Petroleum Company LP**          represented by   **Jeffrey Isaac Shinder**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Objector**

**Speedway LLC**                           represented by   **Jeffrey Isaac Shinder**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Objector**

**The Iron Barley Restaurant**
Steve A. Miller, P.C.
1625 Larimer St.
Suite 2905
Denver, CO 80202
(303) 892-9933

represented by

**Steve A. Miller**
Steve A. Miller, P.C.
1625 Larimer St.
Suite 2906
Denver, CO 80202
303-892-9933
Email: sampc01@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Martin's Super Markets, Inc.**

represented by

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**SuperTest Service Stations of IN, Inc.**

represented by

**Christopher Braun**
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202
(317)637-0700
Fax: (317)637-0710
Email: cbraun@psrb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tonya Bond**
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202
(317)637-0700
Fax: (317)637-0710
Email: tbond@psrb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Restoration Hardware, Inc.**

represented by

**Arif Virji**
Carle Mackie Power & Ross LLP
100 B Street
Ste 400
Santa Rosa, CA 95401
707-526-4200
Fax: 707-526-4707
Email: avirji@cmprlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin S. Chang**
Wang & Chang
255 California Street
Suite 525
San Francisco, CA 94111
415-599-2828
Fax: 415-599-2829
Email: justin@wangchanglaw.com
*TERMINATED: 04/19/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph V Demarco**
DeMarco Law, PLLC
99 Park Avenue
Suite 1530
New York, NY 10016
212-922-9499
Email: jvd@devoredemarco.com

**Objector**

**Whole Foods Market Group, Inc.**

represented by

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Dennis D Gibson**
Gibson Law Firm
4925 Greenville
Suite 200
Dallas, Tx 75206
214-292-6627

**Objector**

**Teatro Dallas**

represented by

**Dennis Dean Gibson**
Gibson Law Firm
4925 Greenville
Suite 200
Dallas, TX 75206
214-292-6627
Fax: 214-292-6629
Email: gibson@lawgibson.com
*ATTORNEY TO BE NOTICED*

**Objector**

**Stein Mart, Inc.**

represented by

**Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Dick's Sporting Goods, Inc.**                    represented by   **Jeffrey Isaac Shinder**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Objector**

**Furniture Row, LLC**                             represented by   **Michiko Brown**
*TERMINATED: 06/18/2015*                                           (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **John M. Vaught**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kelly A. Laudenslager**
                                                                   (See above for address)
                                                                   *TERMINATED: 07/08/2013*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Michael D. Alper**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Objector**

**Furniture Row BC, Inc.**                         represented by   **Michiko Brown**
*TERMINATED: 06/18/2015*                                           (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **John M. Vaught**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kelly A. Laudenslager**
                                                                   (See above for address)
                                                                   *TERMINATED: 07/08/2013*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Michael D. Alper**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Objector**

**Vicente Consulting LLC**                         represented by   **Edward F Siegel**
                                                                   Law Offices of Edward F. Siegel
                                                                   705 S Alton Way #1c
                                                                   Denver, CO 80247
                                                                   (216)870-0295
                                                                   Fax: 888-576-6298
                                                                   Email: efsiegel@hotmail.com
                                                                   *ATTORNEY TO BE NOTICED*

**Objector**

**Foot Locker, Inc.**                              represented by   **Jeffrey Isaac Shinder**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Objector**

**Dell Inc.**

represented by **James B. Niehaus**
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114
216-515-1660
Fax: 216-515-1650
Email: jniehaus@frantzward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Farkas**
Frantz Ward LLP
127 Public Square
2500 Key Center
Cleveland, OH 44114
216-515-1660
Fax: 216-515-1650
Email: gfarkas@frantzward.com
*ATTORNEY TO BE NOTICED*

**Objector**

**Zappos.com, Inc.**

represented by **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Consumer Union of United States, Inc. d/b/a Consumer
Reports**
*Consumer Union of United States, Inc. d/b/a Consumer
Reports*

**Objector**

**Amazon.com, Inc.**

represented by **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Maison Weiss Inc.**

represented by **James Warren**
Carroll Warren & Parker PLLC
188 East Capitol Street
Suite 1200
Jackson, MS 39201
601-592-1010
Fax: 601-592-6060
Email: jwarren@cwplaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Panda Restaurant Group, Inc.**

represented by **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**1001 Property Solutions LLC**
*TERMINATED: 03/30/2016*

represented by **David Stein**
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
212-308-3444
Fax: 212-836-9595
Email: dstein@steinllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Temple Eagle Partners LLC**

represented by **David Stein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Fiesta Restaurant Group, Inc.**

represented by **Sanford H. Greenberg**
Greenberg Freeman LLP
110 East 59th Street
29th Floor
New York, NY 10022
(212)838-9738
Fax: (212)838-5032
Email: sgreenberg@greenbergfreeman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**P.C. Richard & Son, Inc.**

represented by **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Auto Europe Holdings, Inc.**

represented by **Brian A. Ratner**
Hausfeld
1200 17th Street, NW
Suite 600
Washington, DC 20036
202-540-7200
Fax: 202-540-7201
Email: bratner@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Objector**

**Hertz UK Limited**

represented by **Brian A. Ratner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Blue Cross Blue Shield entities**                    represented by    **Wendy H. Schwartz**
Binder & Schwartz LLP
675 Third Avenue
Ste Twenty-Sixth Floor
New York, NY 10017
212-510-7008
Fax: 212-510-7299
Email: wschwartz@binderschwartz.com
*TERMINATED: 02/18/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P. Feinberg**
Miller & Chevalier Chtd
900 16th Street N.W.
Ste N/A
Washington, DC 20006
202-626-6087
Fax: 202-626-5801
Email: afeinberg@milchev.com
*ATTORNEY TO BE NOTICED*

**Anthony F. Shelley**
Miller & Chevalier Chartered
655 Fifteenth St Nw
Suite 900
Washington, DC 20005
202-626-5924
Fax: 202-626-5801
Email: ashelley@milchev.com
*ATTORNEY TO BE NOTICED*

**Objector**

**YUM! Brands, Inc.**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Barneys New York**                    represented by    **Cheryl L. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Boston Market Corporation**                    represented by    **Cheryl L. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**HMSHost Corporation**                    represented by    **Jeffrey Isaac Shinder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**The Egg Store**                    represented by    **Roger J. Maldonado**
Smith, Gambrell & Russell, LLP
New York
1301 Avenue of the Americas
15th Floor
New York, NY 10019
212-907-9700
Fax: 212-907-9800
Email: rmaldonado@balberpickard.com
*ATTORNEY TO BE NOTICED*

**Objector**

**T-Mobile USA, Inc.**                                   represented by   **Arun Srinivas Subramanian**
                                                                         (See above for address)
                                                                         *TERMINATED: 04/11/2023*
                                                                         *ATTORNEY TO BE NOTICED*

**Objector**

**MetroPCS Wireless Inc.**

**Objector**

**VoiceStream Wireless Corporation**

**Objector**

**Western PCS Corporation**

**Objector**

**Hermes of Paris, Inc.**                               represented by   **Alyse Fiori Stach**
                                                                         Proskauer Rose LLP
                                                                         11 Times Square
                                                                         Ste 2064
                                                                         New York, NY 10006
                                                                         212-969-3634
                                                                         Fax: 212-969-2900
                                                                         Email: astach@proskauer.com
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Jonathan Peter Shaub**
                                                                         Prokauer Rose
                                                                         11 Times Square
                                                                         New York, NY 10036
                                                                         212-969-3000
                                                                         Fax: 212-969-2900
                                                                         Email: jshaub@proskauer.com
                                                                         *TERMINATED: 06/01/2015*
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Matthew Jared Skinner**
                                                                         Prookauer Rose LLP
                                                                         Eleven Times Square
                                                                         New York, NY 10036
                                                                         212-969-3804
                                                                         Fax: 212-969-2900
                                                                         Email: mskinner@proskauer.com
                                                                         *TERMINATED: 10/28/2013*
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

**Objector**

**Metropolitan Transportation Authority**
347 Madison Avenue
New York, NY 10017
212-878-7214

represented by

**Daniel Louis Russo**
Metropolitan Transportation Authority
2 Boroadway
4th Floor
New York, NY 10004
212-878-7371
Fax: 212-878-7398
Email: drusso@mtahq.org
*ATTORNEY TO BE NOTICED*

**Helene Fromm**
Metropolitan Transportation Authority
2 Broadway
4th floor
New York, NY 10004
212-878-7214
Email: hfromm@mtahq.org
*TERMINATED: 07/02/2018*

**Objector**

**99 Only Stores**

represented by

**Alyse Fiori Stach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Peter Shaub**
(See above for address)
*TERMINATED: 06/01/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Jared Skinner**
(See above for address)
*TERMINATED: 10/28/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Smart & Final Holdings, Inc.**

represented by

**Alyse Fiori Stach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Peter Shaub**
(See above for address)
*TERMINATED: 06/01/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Jared Skinner**
(See above for address)
*TERMINATED: 10/28/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

| | | |
|---|---|---|
| **City of New York** | represented by | **Amy Nkemka Okereke**<br>New York City Law Department<br>Office of the Corporation Counsel<br>Affirmative Litigation Division<br>100 Church Street<br>New York, NY 10007<br>(212)788-9790<br>Fax: (212)788-1633<br>Email: aokereke@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Melanie C.T. Ash**<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>212-356-2276<br>Fax: 212-788-1633<br>Email: mash@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Objector**

**Etc. Optical**

**Objector**

| | | |
|---|---|---|
| **Jon M Zimmerman** | represented by | **Joshua R. Furman**<br>Joshua R. Furman Law Corp.<br>15260 Ventura Blvd, Suite 2250<br>Sherman Oaks, CA 91403<br>818-646-4300<br>Fax: 818-646-4301<br>Email: jrf@furmanlawyers.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Objector**

**Bill Papenhausen Bail Bonds**

**Objector**

**Bill Papenhausen nvestigations**

**Objector**

**Professional Nails**

**Objector**

**Professionailand Spa 858**

**Objector**

| | | |
|---|---|---|
| **DFS Services, LLC** | represented by | **William H. Pratt**<br>(See above for address)<br>*TERMINATED: 08/18/2016*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennifer M. Selendy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Objector**

**Discover Home Loans, Inc.**                                   represented by   **William H. Pratt**
(See above for address)
*TERMINATED: 08/18/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**Discover Bank**                                              represented by   **William H. Pratt**
(See above for address)
*TERMINATED: 08/18/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**Fill-Up Mart INC**

<u>**Objector**</u>

**JDR Associates, Inc. dba Subway**

<u>**Objector**</u>

**Krupa Econo Inc.**

<u>**Objector**</u>

**Cary Oil Co., Inc.**

<u>**Objector**</u>

**Burnell Herbolsheimer**

<u>**Objector**</u>

**CAR INC**

<u>**Objector**</u>

**Mother & Son LLC dba Bionic Chevron**

<u>**Objector**</u>

**Carniceria y Taqueria RS, LLC**

<u>**Objector**</u>

**Varahima Inc**

<u>**Objector**</u>

**varahi ma inc-subway 23890**

<u>**Objector**</u>

**Tom-lin enterprises inc**

<u>**Objector**</u>

**Star Chaser's Austin, LLC**

<u>Objector</u>

**Fit TRI Run**

<u>Objector</u>

**Downs Energy**

<u>Objector</u>

**Star Goals, LLC**

<u>Objector</u>

**B&J, LLC**

<u>Objector</u>

**Bernard Karcher Investments, Inc.**

<u>Objector</u>

**Alsaker Corp--wolly buggers, inc--Hare's Ear, Inc.**

<u>Objector</u>

**Alsaker Corp/Jackrabbit Red Casino/B & H Casino/Hare's Ear Casino**

<u>Objector</u>

**Metro Mattress Corp.**

<u>Objector</u>

**Northsider Car Wash**

<u>Objector</u>

**Alsaker Corp/Broadway Truck Stops**

<u>Objector</u>

**Golden Good Foods Ltd**

<u>Objector</u>

**Double J Enterprises, Inc.**

<u>Objector</u>

**A & M Pizza, Inc.**

<u>Objector</u>

**Valley Petroleum, LLC**

<u>Objector</u>

**Longhouse Market & Deli**

<u>Objector</u>

**Reel-Strong Fuel Company**

**Objector**

**Alsaker Corp.**

**Objector**

**Valentine Stores, Inc.**

**Objector**

**GFR Inc dba Gallagher Fitness Resources**

**Objector**

**MBR Management Corp.**

**Objector**

**Ratteau Pizza, LLC dba Dominos**

**Objector**

**Lowell Automatic Transmission Co.**

**Objector**

**Tri-State Running Company**

**Objector**

**Kusy No. 3065, Ltd.**

**Objector**

**Kusy Ventures, Ltd.**

**Objector**

**RCGF, LLC**

**Objector**

**Sprint Food Stores, Inc.**

**Objector**

**Hodges Convenience Stores, INC**

**Objector**

**Fredon Holdings LLC**

**Objector**

**Pico Aviation**

**Objector**

**Rod's Auto & Align INC.**

**Objector**

**Bohica Investment, Ltd.**

**Objector**

**TMR & Associates Inc. dba Subway**

**Objector**

**Rite Way Oil & Gas Co., Inc.**

**Objector**

**cleve-hill auto**

**Objector**

**Spellbound Children's Bookshop**

**Objector**

**Westex Capital, Ltd.**

**Objector**

**Clothes Garden, Inc.**

**Objector**

**Kazco Inc.**

**Objector**

**Buffalo Wings National Franchisee Association (BWNFA)**

**Objector**

**Quicks Supermarket INC.**

**Objector**

**Gate Fuel Service, Inc.**

**Objector**

**Fastway Market**

**Objector**

**Miller Mall Car Wash**

**Objector**

**GlenRose, Inc., DBA Glenn's 1-stop**

**Objector**

**Square Books**

**Objector**

**Ponte Vedra Corporation**

**Objector**

**22 Shawno, LLC**

**Objector**

**Tennessee Fuel and Convenience Store Association**

**Objector**

**Interstate Petroleum, Inc.**

**Objector**

**2000 C-Store, Inc.**

**Objector**

**Bowlin Travel Centers, Inc.**

**Objector**

**Wagner Medford Shell, LLC**

**Objector**

**London Road Car Wash**

**Objector**

**Wagner Medford Shell**

**Objector**

**The Lodge at Ponte Vedra Beach, Ltd.**

**Objector**

**Wagner/Ghidorzi Oil Co. of Cottage Grove, LLC**

**Objector**

**Queen City Wholesale, Inc.**

**Objector**

**Wagner/Ghidorzi Oil Co. of Weston, LLC**

**Objector**

**Wagner Point Shell, LLC**

**Objector**

**Nino Corp.**

**Objector**

**Breakwater Books LLC**

**Objector**

**David J Daily**

**Objector**

**RC Stores, Inc.**

**Objector**

**Express Stop AZ, LLC**

**Objector**

**Paulin Inc.**

**Objector**

**Rockford Stop-N-Go, Inc.**

**Objector**

**Cargo Express Peterson LC**

**Objector**

**Stop-N-Go of Madison, Inc.**

**Objector**

**EAM Enterprises Inc**

**Objector**

**Mellen Shell, LLC**

**Objector**

**Van Doren Oil Company**

**Objector**

**Big Dipper Ice Cream Inc**

**Objector**

**Wanger Shell, 4611 LLC**

**Objector**

**FountainPark Gas-N-Go. Inc.**

**Objector**

**Wittenberg Shell, LLC**

**Objector**

**Radhe Corp**

**Objector**

**Radhe Corp**

**Objector**

**Dira Corp.**

**Objector**

**Wagner Shell Food Mart**

**Objector**

**Kishori Corp**

**Objector**

**G.W. Lippincott, Inc.**

**Objector**

**Clarksville Subway Inc.**

**Objector**

**Merrill Shell, LLC**

**Objector**

**Shoreview Bp**

**Objector**

**Keje Corp.**

**Objector**

**North Suburban BP**

**Objector**

**Harivansh Corp.**

**Objector**

**Shoreview Diagnostic Center**

**Objector**

**Sevakji LLC**

**Objector**

**Wash N Fill of New Brighton**

**Objector**

**5 Star Pizza LLC**

**Objector**

**Mike's Tire One Corporation**

**Objector**

**Pipeline Petroleum Inc**

**Objector**

**Main Stop BP**

**Objector**

**Domino's Pizza**

**Objector**

**Citgo Main Stop**

**Objector**

**Automotive Paradigm, INC.**

**Objector**

**Young Oil, Inc.**

**Objector**

**Whitley's Auto Specialist Inc**

**Objector**

**Gibson Subway Enterprises, Inc.**

**Objector**

**North Oaks Amoco, Inc.**

**Objector**

**Riverside Gas & Oil Co., Inc.**

**Objector**

**Citi Brands, LLC**

**Objector**

**Citizens Fuel Co.**

**Objector**

**Narrow and Wide, Inc.**

**Objector**

**Playmakers, Inc.**

**Objector**

**Subway #3931**

**Objector**

**Jade Inc.**

**Objector**

**GK United Enterprises Inc.**

**Objector**

**JUNIOR'S CS**

**Objector**

**Geo. H. Green Oil, Inc.**

**Objector**

**Assonet Star Mkt**

**Objector**

**Twin Boys LLC**

**Objector**

**Mason Corner Mini Storage**

**Objector**

**Green Toad Bookstore**

**Objector**

**E.J. Pope & Son, Inc/dba Handy Mart**

**Objector**

**SC of PA, Inc.**

**Objector**

**Old Fields Country Store**

**Objector**

**Jay Petroleum/Pak-A-Sak**

**Objector**

**Mystery Loves Company, Inc.**

**Objector**

**North Rim Country Store**

**Objector**

**Bitter Creek Books, Inc.**

**Objector**

**PAJCO, Inc. dba Rhodes 101 Convenience Stores**

**Objector**

**Eastgate Shell Inc.**

**Objector**

**SC of Upstate NY, Inc.**

**Objector**

**The Voracious Reader**

**Objector**

**Valley Springs Smoke & Sprit Inc**

**Objector**

**Bienville Books LLC**

**Objector**

**SC of Mid Hudson NY, Inc.**

**Objector**

**el Grillo**

**Objector**

**Harleysville Books LLC**

**Objector**

**JR's Shoppe II**

**Objector**

**K-Mac Project, Inc.**

**Objector**

**DPL-Surveillance-Equipment.com LLC**

**Objector**

**M.A. Roy & Associates**

**Objector**

**Jos. A. Majka & Sons, Inc.**

**Objector**

**HCL Subway Inc.**

**Objector**

**KML Subway Inc.**

**Objector**

**F&R Inc of Bemis**

**Objector**

**Coulee View Enterprises LLC**

**Objector**

**Serv-U-Best Geeting Co dba Subway**

**Objector**

**BraKia Inc**

**Objector**

**Convenience Retailing, LLC**

**Objector**

**Mountain Counties Supply Company**

**Objector**

**Kowalski's Woodbury Market**

**Objector**

**Shop Quik Stores LLC**

**Objector**

**We're Not Pizza Co. Dba Domino's Pizza**

**Objector**

**Kowalski's White Bear Market Inc.**

**Objector**

**Kowalski's Uptown Markets Inc.**

**Objector**

**The River Club, Inc.**

**Objector**

**L.E. Belcher Inc.**

**Objector**

**Magic Tree Bookstore**

**Objector**

**Country View Enterprises Inc.**

**Objector**

**C.H.R. Corporation D/B/A Rutter's Farm Stores**

**Objector**

**midtex**

**Objector**

**Supreme Foods**

**Objector**

**The Sequel**

**Objector**

**CCC Express, LLC**

**Objector**

**Titcomb's Bookshop**

**Objector**

**Carolina Cinemas LLC**

**Objector**

**Norwich Bookstore, Inc.**

**Objector**

**GA ASSN OF CONV STORES**

**Objector**

**Reading Frenzy BookShop**

**Objector**

**j.s.rusch,inc**

**Objector**

**A Novel Experience**

**Objector**

**Burger Buds Incorporated**

**Objector**

**Children's Book Cellar**

**Objector**

**The Bookstore**

**Objector**

**EPIC Battle Customs USA, LLC**

**Objector**

**Rooney Family LLC dba Nicola's Books**

**Objector**

**Daniel Voltz Inc. Dba Norski**

**Objector**

**Second Chapter Books, LLC**

**Objector**

**Kerasotes ShowPlace Theatres LLC**

**Objector**

**The Muse Book Shop**

**Objector**

**Southton Quick Stop**

**Objector**

**Paperbacks and Pieces**

**Objector**

**Pickwick Theatre Inc.**

**Objector**

**Diana's Bookstore**

**Objector**

**Artistic Ephemera**

**Objector**

**Books and Books Westhampton Beach**

**Objector**

**GLOTZBECKERS SERVICE**

**Objector**

**Kiwi & Co., Inc.**

**Objector**

**Fiction Addiction LLC**

**Objector**

**Al's Quick Stop**

**Objector**

**Susan Thurin**

**Objector**

**MILK JUG**                                 represented by   **MILK JUG**
                                                              PRO SE

**Objector**

**Katy Budget Books, LLC**

**Objector**

**FARZEEN ENTERPRISES INC.**

**Objector**

**StL Books LLC ("StL Books")**

**Objector**

**MANGUM ENTERPRISES INC**

**Objector**

**Crystal Books and Gifts**

**Objector**

**Shell Food Mart**

**Objector**

**Buxton Village Books, Inc.**

**Objector**

**Gordie's BP**

**Objector**

**Baxter Oil Company, Inc.**

**Objector**

**Baxter Oil Company, Inc.**

**Objector**

**Perry's Village Market, INC**

<u>Objector</u>

**Online Business System**

<u>Objector</u>

**Pour Richards Tavern**

<u>Objector</u>

**Shell Merchant & Valero merchant**

<u>Objector</u>

**Market Street Fast Serv Inc**                                        represented by    **Market Street Fast Serv Inc**
PRO SE

<u>Objector</u>

**Giovanni's Room**

<u>Objector</u>

**Mitten Inc., dba Mitten Truck Stop**

<u>Objector</u>

**T & R Enterprise, Inc.**

<u>Objector</u>

**Shariq Investments Inc**

<u>Objector</u>

**MPRM Investment, Inc.**

<u>Objector</u>

**Willis Oil Company**

<u>Objector</u>

**Violet Crown Cinema**

<u>Objector</u>

**Pacer Fuels LLC**

<u>Objector</u>

**HOme Oil Co, Inc**

<u>Objector</u>

**lonestar grocer supply**

<u>Objector</u>

**The Toadstool Bookshops inc.**

<u>Objector</u>

**Kohn's Corner Mart Inc.**

Objector

**IFRAN Investments Inc.**

Objector

**Tradelines International**

Objector

**I Star Enterprises Inc.**

Objector

**the river's end bookstore**

Objector

**STEVEN FICACCI T/A FLORHAM PARK EXXON**

Objector

**New Copperfield's Book Service, Inc.**

Objector

**Homer Bookstore Inc.**

Objector

**Shoukri Bros. Inc.**

Objector

**Al's Newsstand**

Objector

**Orca Books**

Objector

**Burnsville Auto Repair**

Objector

**Pacific Island Books**

Objector

**Cornelius Fast Serv Inc.**

Objector

**Lyon Books & Learning Center**

Objector

**Gateway Fast Serv Inc**

Objector

**Hooked on Books**

Objector

**Highland Food Mkt Inc**

**Objector**

**Bestsellers Cafe, Inc.**

**Objector**

**Woodburn Fast Serv Inc**

**Objector**

**LMD Ventures Inc.**

**Objector**

**New Reliable Corporation**

**Objector**

**Jet Food Stores of Georgia, Inc**

**Objector**

**Elliott Bay Book Company**

**Objector**

**Green Apple Books**

**Objector**

**Kari, Inc. DBA Duck In Market**

**Objector**

**The King's English Bookshop**

**Objector**

**Cattani, Inc.**

**Objector**

**Grand Central Foods, Inc.**

**Objector**

**Scrivener Oil Company dba Signal Food Stores**

**Objector**

**Walton Food Enterprises, LLC**

**Objector**

**Gray Oil Co., Inc.**

**Objector**

**Cascade**

**Objector**

**Jerome Food Enterprises, LLC**

**Objector**

**Mermini Corp dba Moose Crossing**

**Objector**

**Subway**

**Objector**

**Creekside Gas and Food Mart**

**Objector**

**Bartow Foods, LLC**

**Objector**

**Kowalski Companies Inc.**

**Objector**

**Crawford Pharmacy**

**Objector**

**Kasier Grand Mart**

**Objector**

**Fordham Foods, LLC**

**Objector**

**Wisconsin Petroleum Marketers & Convenience Store Association**

**Objector**

**Colonial Fuel Oil Corporation**

**Objector**

**L&B Food Enterprises, LLC**

**Objector**

**Hank's Chicken, Fish & More**

**Objector**

**Amb Enterprises Subway of Mayville**

**Objector**

**Epping Forest Yacht Club, Inc.**

**Objector**

**Staples and Associates Inc dba Diminos Pizza**

**Objector**

**Lambert & Lambert Enterprises, Inc. D/B/A Metro Petro**

**Objector**

**Quad Investments of Maple Grove Inc.**

<u>Objector</u>

**Quad Investments of Maple Grove Inc.**

<u>Objector</u>

**Krupa Inc**

<u>Objector</u>

**Holiday station store 3593**

<u>Objector</u>

**Yoginkurpa Inc**

<u>Objector</u>

**J & R Quick Stop**

<u>Objector</u>

**Shrijina Inc**

<u>Objector</u>

**Carpat, Inc. DBA Burnt Mills Sunoco**

<u>Objector</u>

**Subway**

<u>Objector</u>

**TDI SUCCESS INC dba Domino's Pizza**

<u>Objector</u>

**M&E Sickmiller, Inc. dba SUBWAY**

<u>Objector</u>

**Runner Runner Enterprises DBA Metro Run & Walk**

<u>Objector</u>

**Quiznos Sub**

<u>Objector</u>

**Page After Page Bookstore**

<u>Objector</u>

**Vanella Oil Inc.**

<u>Objector</u>

**P & R Sickmiller, Inc, dba SUBWAY**

<u>Objector</u>

**Sioux Oil Company**

**Objector**

**Odenville Discount Store**


**Objector**

**Pipeline Petroleum Inc**


**Objector**

**Convenience Plus LLC**


**Objector**

**SSS Enterprises Inc Whitney Corner**


**Objector**

**Kids and Sports of Arizona, Inc.**


**Objector**

**Certified Tax Professionals Inc.**


**Objector**

**Black's Mercantile**


**Objector**

**Cummings Oil Inc.**


**Objector**

**C & M of Jackson LLC**


**Objector**

**7-Eleven**


**Objector**

**Off'n Running Inc**


**Objector**

**Roth IGA Foodliner, Inc.**


**Objector**

**Losa Enterprises Inc - Subway #981**


**Objector**

**Zora Fast Food, Inc.**


**Objector**

**Crosstown Bp**


**Objector**

**CES Pizza Inc. dba Domino's Pizza**


**Objector**

Newport Ventures, Inc/Newport Exxon

**Objector**

Penn Mobil

**Objector**

Crosby's Markets Inc.

**Objector**

L & L FOOD ENTERPRISES, LLC

**Objector**

Rajendra Kumar

**Objector**

Paniha, Inc.

**Objector**

Lansman Enterprises, L.L.C.

**Objector**

D & G Duncan Ent. Inc

**Objector**

SOUTHERN FOOD ENTERPRISES, LLC

**Objector**

Hamilton Family Markets, Inc. dba Crosby's Markets
Inc.

**Objector**

Sonoran Subway Investments, LLC

**Objector**

MBR Management Corp dba Domino's Pizza

**Objector**

Jerry Kid Oil Co., Inc.

**Objector**

Big Guy Subway, LLC

**Objector**

David & sam Enterprises

**Objector**

USP Belmar Inc.

**Objector**

Bridgestone Americas, Inc.

**Objector**

**Fowl Investments, Inc.**

**Objector**

**BriRoJo Inc.**

**Objector**

**North Georgia Foods, Inc. d/b/a Burger King #5791**

**Objector**

**Desert Subway, Inc.**

**Objector**

**RianArk Corp**

**Objector**

**The Corner Store**

**Objector**

**Gearjammer, Inc.**

**Objector**

**Pennsylvania Retailers' Association**

**Objector**

**Alin Party Supply Co., Inc.**

**Objector**

**Jack in the Box, Inc.**

**Objector**

**Basic Needs Food Mart**

**Objector**

**Pine Tree Shop and Bayview Gallery**

**Objector**

**Ford's Foodliner, Inc. dba Paxton IGA**

**Objector**

**Pic A Pac**

**Objector**

**Walt Churchill's Market**

**Objector**

**C & S Inc**

**Objector**

Lake Rabun Properties d/b/a Valley Springs

**Objector**

Liberty Shell, Inc.

**Objector**

H.N. Williams Store

**Objector**

North Georgia Foods, Inc. d/b/a Burger King #7494

**Objector**

Ingram Micro Inc.

**Objector**

Brigemi Corp

**Objector**

Southland Foods, Inc. d/b/a Burger King #9255

**Objector**

Victory Energy, LLC

**Objector**

Burger King Restaurants

**Objector**

Dutch Pharmacies, Inc.

**Objector**

North Georgia Foods, Inc. d/b/a Burger King #12196

**Objector**

Portville Food Service LLC

**Objector**

Parkers Chevron

**Objector**

Stinkers Stores, Inc.

**Objector**

Nancy Fitzpatrick

**Objector**

Subway21154

**Objector**

Overlook Foods, Inc. d/b/a Arby's #7290

**Objector**

**Nancy J Fitzpatrick**

**Objector**

**Liberty Truckstop Inc.**

**Objector**

**Subway6295**

**Objector**

**Northern Lights Marketing**

**Objector**

**Tahoe Valley Pharmacy**

**Objector**

**My Toy Garden**

**Objector**

**AVP Metro Petroleum, LLC**

**Objector**

**MHR Enterprises Store List**

**Objector**

**Foodmart II Inc.**

**Objector**

**AKA Group LLC**

**Objector**

**Downtown Eagles Inc.**

**Objector**

**White Castle Restaurants**

**Objector**

**Hometown Foods**

**Objector**

**H & K Stevens, Inc.**

**Objector**

**PTC Subs Inc**

**Objector**

**Lube N' Oil, Inc.**

**Objector**

**Panera Bread**

**Objector**

**Peter Clarke**

**Objector**

**NY Applebee's**

**Objector**

**Bobby Steves Auto World Eden Prairie**

**Objector**

**Rush Stop**

**Objector**

**BDS Systems LLC**

**Objector**

**Christopher & Banks, C.J. Banks and Acorn**

**Objector**

**Jeffs Bobby & Steves Auto World LLP**

**Objector**

**Andrea's Beau, LLC**

**Objector**

**Newell Oil Co. Inc.**

**Objector**

**TJs Bobby & Steve's Auto World LLP**

**Objector**

**Page & Palette**

**Objector**

**C&S Mini-Market**

**Objector**

**Nancy Lee Meredith**

**Objector**

**Bobby & Steve's Auto World Nicollet, LLP**

**Objector**

**Muller Family Theatres of Lakeville**

**Objector**

**Capitol Book & News Company**

**Objector**

**NJ Applebee's**

**Objector**

**Muller Family Theatres of Delano**

**Objector**

**Muller Family Theatres of East Bethel**

**Objector**

**New Seven Heaven**

**Objector**

**Dutch Lubricants, LLC**

**Objector**

**Raymond Bittner Polish Art Center**

**Objector**

**Downtown Hartford Citgo**

**Objector**

**Subway of Mat-Su**

**Objector**

**Charlie's Chocolate & Cravings Inc**

**Objector**

**WLRBOOKS, Inc dba Misty Valley Books**

**Objector**

**United Airlines, Inc.**

**Objector**

**Muller Family Theatres of Monticello**

**Objector**

**Seminary Co-operative Bookstore, Inc.**

**Objector**

**Boulder Book Store**

**Objector**

**Carol Goldstein dba Mackerel Sky**

**Objector**

**subway**

**Objector**

**Muller Family Theatres of Rogers**

<u>Objector</u>

**Muller Family Theatres of Waconia**

<u>Objector</u>

**Kaposia Convenience Center**

<u>Objector</u>

**h.h. gregg Appliances & Electronics**

<u>Objector</u>

**Doc's Food Store Inc**

<u>Objector</u>

**Builders Booksource**

<u>Objector</u>

**Thomco Enterprises, Inc dba Subway**

<u>Objector</u>

**Covelli Enterprises d.b.a. Panera Bread and O'Charley's Restaurants**

<u>Objector</u>

**Muller Family Theatres of White Bear Township**

<u>Objector</u>

**Muller Family Theatres of Willow Creek**

<u>Objector</u>

**Mahalaxmi Petroleum Inc**

<u>Objector</u>

**Tiger Point Subway Inc**

<u>Objector</u>

**Cox Enterprises, Inc.**

<u>Objector</u>

**Bauer Service Inc.**

<u>Objector</u>

**NOK Foods LLC**

<u>Objector</u>

**Destinations Booksellers**

<u>Objector</u>

**Dinasubs Inc.**

**Objector**

**Wagner Shell Antigo**

**Objector**

**Europe Holdings, Inc. and its affiliates Hertz UK Limited**

**Objector**

**Odyssey Foods of 10826, LLC**

**Objector**

**Other Tiger Associates LLC**

**Objector**

**Odyssey Foods of 101, LLC**

**Objector**

**Whale of a Tale Children's Bookshoppe**

**Objector**

**Odyssey Foods of 684, LLC**

**Objector**

**PR Restaurants LLC d/b/a Panera Bread**

**Objector**

**Europe Holdings, Inc. and its affiliates Hertz UK Limited**

**Objector**

**Bindings Bookstore**

**Objector**

**Schofield Avenue Shell, LLC**

**Objector**

**QualityCoach.Net**

**Objector**

**Aardvark Sports Shop, Inc**

**Objector**

**Manheim, Inc.**

**Objector**

**Dobco Booksellers Inc.**

**Objector**

**Martin Eagle Oil Company, Inc.**

**Objector**

**A Snail's Pace, Inc.**

**Objector**

**Cox Media Group, Inc.**

**Objector**

**Needler Enterprises, Inc. Fresh Encounter, Inc.**

**Objector**

**Powell Foods of Irvington, LLC**

**Objector**

**Burry Bookstore**

**Objector**

**Fordham Chicken and Biscuits, LLC**

**Objector**

**Lions Quick Marts**

**Objector**

**Odyssey Foods of 3801, LLC**

**Objector**

**Bryson Enterprises**

**Objector**

**Sonic America's Drive In**

**Objector**

**Odyssey Foods of 2106, LLC**

**Objector**

**LuLou's Restaurant**

**Objector**

**Food Marketing Institute (FMI)**

**Objector**

**Changing Hands Bookstore, INC**

**Objector**

**Belleville Shell**

**Objector**

**Tri Star Energy, LLC**

**Objector**

**Sonic Restaurants, Inc.**

**Objector**

**Denevi Inc**

**Objector**

**NBIFOOD Food Services, Inc.**

**Objector**

**Treads Footwear**

**Objector**

**WORD**

**Objector**

**Pacific Pie, Inc DBA Domino's Pizza**

**Objector**

**Browseabout Shops, INC**

**Objector**

**MIDWEST ENERGY, INC.**

**Objector**

**Politics & Prose Bookstore**

**Objector**

**Gilt Groupe Inc.**

**Objector**

**Rum River Enterprises, LLC**

**Objector**

**All Objectors**

**Objector**

**QSF Incorporated dba Wendy's**

**Objector**

**Palmyra Citgo**

**Objector**

**Texaco**

**Objector**

**Nice N Easy Grocery Shoppe, Inc.**

**Objector**

**Cross Petroleum**

**Objector**

**Blackwood & Brower Booksellers Ltd.**

**Objector**

**A.G. Supermarkets, Inc.**

**Objector**

**Urban Outfitters, Inc. and Subsidiaries**

**Objector**

**S&S Pizza Corp. dba Domino's Pizza**

**Objector**

**A & M Discount Beverage #2**

**Objector**

**KWGV, LLC**

**Objector**

**Tesoro Refining & Marketing Company LLC**

**Objector**

**Sunoco APlus Mini Market #5033 (Perwil Inc)**

**Objector**

**Tilly & Salvy's Bacon Street Farm**

**Objector**

**New Hampshire Antique Corp., Inc.**

**Objector**

**Nimrah Corp.**

**Objector**

**Stop-N-Go Foodmart**

**Objector**

**Jiffy Mart Stores**

**Objector**

**Visa, Mastercard**

**Objector**

**Franchise Owner**

**Objector**

**Nicson Inc and Abrams BP, Inc**

**Objector**

**Bam Investments of Marinette - Stateline Mini Mart**

**Objector**

**Bam Investments of Marinette - Waterfront Store**

**Objector**

**Mike Biehl D.B.A. Golden Sands Mini Mart**

**Objector**

**Pete's of Erie, Inc. d/b/a Pump N Pete's**

**Objector**

**deer paark service station**

**Objector**

**s.s. metro exxon**

**Objector**

**Phillips Energy, Inc.**

**Objector**

**Rainier Liquors(DK 11 inc.)**

**Objector**

**Urbana Fuel and Treats, LLC**

**Objector**

**Imperial Marathon of Findlay Ohio Inc**

**Objector**

**Just Us Enterprises dba Best Pharmacy**

**Objector**

**Danforth Services dba WYogurt**

**Objector**

**Edge Efficiency Corporation**

**Objector**

**Cairns Brothers Realty Partnership**

**Objector**

**Smith and Friends**

**Objector**

**L&M Auto Service Inc**

**Objector**

**Framco Services, Inc.**

**Objector**

**OSK Investments Corp**

**Objector**

**Import Auto Service, Inc.**

**Objector**

**Heritage Market**

**Objector**

**Gautams LLC**

**Objector**

**Crafty Bees**

**Objector**

**Moose Lake Cooperative Association**

**Objector**

**Buckingham Automotive**

**Objector**

**Bagwell Oil Company, Inc.**

**Objector**

**Green Petroleum, LLC**

**Objector**

**Chelan Shell Foodmart**

**Objector**

**Martin's Trailside Express, Inc.**

**Objector**

**Martin J. Gallagher, Inc.**

**Objector**

**Middle Ridge, Inc.**

**Objector**

**Chatham Auto Repair**

**Objector**

**Minnesota Grocers Association**

**Objector**

**7-Eleven #33912**

**Objector**

**TV 7 INC**

**Objector**

**UNI-MART Forestville**

**Objector**

**Sat A Gee, Inc.**

**Objector**

**Horner's Spirit, Horner's Fuel**

**Objector**

**All Background Checks**

**Objector**

**Campus Service Center Inc**

**Objector**

**Vermont Grocers' Association**

**Objector**

**Royal River Natural Foods**

**Objector**

**LJ Norby Company dba Norby's Department Store**

**Objector**

**JJZ Enterprises, Inc.**

**Objector**

**California Fuel Stops**

**Objector**

**Adirondack Spirits Inc.**

**Objector**

**Sensible Foods, LLC**

**Objector**

**Georgetown-Wisconsin, Inc.**

**Objector**

**12th & Pennsylvania, Inc.**

**Objector**

**Miller Oil Co Inc**

**Objector**

**HAH Group, Inc.**

**Objector**

**Georgetown-Q, LLC**

**Objector**

**Watertown Confectionary**

**Objector**

**A&ZYY, LLC**

**Objector**

**King Enterprises of VA, Inc**

**Objector**

**Jackson Enterprises, Inc**

**Objector**

**AHZ of Chantilly, Inc.**

**Objector**

**A&H of Falls Chruch Inc**

**Objector**

**Modern Screenprint, Inc**

**Objector**

**CNC of Virginia Inc**

**Objector**

**RDS Management LLC**

**Objector**

**Virginia Forest, LLC**

**Objector**

**Annandale Liberty, LLC**

**Objector**

**Phinney's Automotive Center**

**Objector**

**Thompson's Redemption & Convenience, Inc.**

**Objector**

**Annis Petroleum Products Inc**

**Objector**

**Becklund's Auto Repair & Towing**

**Objector**

**Sam Annis & Company**

**Objector**

**Mountain View Pharmacy, Inc.**

**Objector**

**Elm Mott Grocery**

**Objector**

**Duran Central Pharmacy**

**Objector**

**McIntosh Energy Co., Inc.**

**Objector**

**Cummings Oil Inc.**

**Objector**

**Bostick Prescription Pharmacy, Inc.**

**Objector**

**Famcare Prescription and Health Center**

**Objector**

**Cobb's Westside Pharmacy**

**Objector**

**blueplate LLC**

**Objector**

**Sinclair's Cafe, Ltd.**

**Objector**

**Real-Tuff Inc**

**Objector**

**Durand Mart**

**Objector**

**Richie's Gas N Go, Inc.**

**Objector**

**Haven's Candies**

**Objector**

**Lundgren Inc. dba Central Drugs**

**Objector**

**3 Stef Corp./Stef Corp./14020 Darnestown LLC**

**Objector**

**Anne M Barr Enterprises, LLC**


**Objector**

**Duncan Services, Inc.**


**Objector**

**Bolton's Pharmacy II, Inc**


**Objector**

**Smokey Mountain Pharmacy**


**Objector**

**CWP INC.**


**Objector**

**Conwell's Pharmacy**


**Objector**

**Bos-Quas Automotive Inc.**


**Objector**

**Moordough, Inc DBA: Angelina's Pizza**


**Objector**

**Warm Springs Auto Services Inc**


**Objector**

**Advanced Auto Tech**


**Objector**

**AAMIR ENTERPRISES INC**


**Objector**

**Parkway Express**


**Objector**

**Smokin' Wally's BBQ**


**Objector**

**Wyndmoor Auto Services Inc**


**Objector**

**AFCO MANAGEMENT INC**


**Objector**

**IMPACT ENTERPRISES INC**


**Objector**

**Keewatin Sinclair**

**Objector**

**Buc-ee's Ltd**                                      represented by    **William R. H. Merrill**
                                                                        Susman Godfrey LLP (TX)
                                                                        1000 Louisiana Street
                                                                        Suite 5100
                                                                        Houston, TX 77002
                                                                        713-651-9366
                                                                        Fax: 713-654-6666
                                                                        Email: bmerrill@susmangodfrey.com
                                                                        *ATTORNEY TO BE NOTICED*

**Objector**

**R&M Objectors**                                    represented by    **Jay L.T. Breakstone**
                                                                        Parker Waichman LLP
                                                                        6 Harbor Park Drive
                                                                        Port Washington, NY 11050
                                                                        516-466-6500
                                                                        Fax: 516-723-4713
                                                                        Email: jbreakstone@yourlawyer.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Marcus Neil Bozeman**
                                                                        Bozeman Law Firm, P.A.
                                                                        Little Rock Regions Center
                                                                        400 West Capitol Avenue
                                                                        Ste 1700
                                                                        Little Rock, AR 72201
                                                                        501-381-2695
                                                                        Email: mbozeman@bozemanfirm.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jerrold S. Parker**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Objector**

**Falls Auto Gallery dba Falls Car Collection**      represented by    **Sam P. Cannata**
                                                                        Cannata Phillips LPA
                                                                        30799 Pinetree Rd
                                                                        #254
                                                                        Cleveland, OH 44124
                                                                        216-214-0796
                                                                        Fax: 440-893-9953
                                                                        Email: spc@cplpa.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Objector**

**Daniel Hall**

**Objector**

**Vicente Consulting LLC**

**Objector**

**C.S. Ross Company**

**Objector**

**Closeout Distribution, Inc.**

**Objector**

**PNS Stores, Inc.**

**Objector**

**National Federation of Independent Businesses**

**Objector**

**Daniel Hall**

**Objector**

**Temple Eagle Partners LLC**                    represented by    **David Stein**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Objector**

**Serve Virtual Enterprises, Inc**               represented by    **Donald L. Flexner**
                                                                   Boies, Schiller & Flexner LLP
                                                                   575 Lexington Avenue
                                                                   7th floor
                                                                   New York, NY 10022
                                                                   212-446-2300
                                                                   Fax: 212-446-2350
                                                                   Email: dflexner@bsfllp.com
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Eric Brenner**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **John F. LaSalle**
                                                                   Boies Schiller Flexner LLP
                                                                   55 Hudson Yards
                                                                   New York, NY 10001
                                                                   212-446-2300
                                                                   Email: jlasalle@bsfllp.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Philip C. Korologos**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Objector**

**Amex Assurance Company**

represented by **Donald L. Flexner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. LaSalle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Accertify, Inc**

represented by **Donald L. Flexner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. LaSalle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**ANCA 7 LLC**
*doing business as*
Vente Privee, USA

represented by **Donald L. Flexner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. LaSalle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

| | | |
|---|---|---|
| **State of Arizona** | represented by | **Robert Lee Hubbard** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **State of California** | represented by | **Robert Lee Hubbard** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

**Leathers Enterprises, Inc.**

**Objector**

| | | |
|---|---|---|
| **Slidell Oil Company, LLC** | represented by | **Jana Eisinger** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | **Ronald K. Gardner , Jr.** |
| | | (See above for address) |
| | | *TERMINATED: 06/08/2024* |
| | | *ATTORNEY TO BE NOTICED* |
| | | **Steve W. Berman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **National Association of Shell Marketers, Inc.** | represented by | **William L Taylor** |
| | | Taylor Powell, PLLC |
| | | 1455 Pennsylvania Avenue, NW |
| | | Suite 400 |
| | | Washington, DC 20004 |
| | | 202-420-7880 |
| | | Fax: 202-706-6080 |
| | | Email: williamltaylor@live.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | **Steve W. Berman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

**Petroleum Marketers Association of America**

**Objector**

**Walters-Dimmick Petroleum, Inc.**

**Objector**

**Jose Montero**

**Objector**

**Jimmy Kochisarli**

**Objector**

**WDS Ventures, LLC**

**Objector**

**Tumay Basaranlar**

**Objector**

**Pets USA LLC**                                  represented by   **John Jacob Pentz , III**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Objector**

**Cattoor Oil Co. Inc.**

**Objector**

**Smith Petroleum, Inc.**

**Objector**

**Easy Breathe Inc.**

**Objector**

**The Mattress Firm Inc.**

**Objector**

**Watsco Inc**

**Objector**

**WAG A BAG, LLC**

**Objector**

**Trev Oil, Inc.**

**Objector**

**Thompson-Kenny, LLC**

**Objector**

**Land O' Lakes Oil Company**

**Objector**

**Mercury Fuel Service**

**Objector**

**Parsch Inc. dba Parschs Automotive Service and Repair**

**Objector**

**Coulson Oil Company, Inc.**

**Objector**

**Diamond State Oil, LLC**

**Objector**

**Port Cities Oil, LLC**

**Objector**

**Jack Rabbit**

**Objector**

**Gnarlywood LLC**                          represented by   **John Jacob Pentz , III**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kendrick Jan**
                                                             Kendrick Jan, APC
                                                             225 Broadway
                                                             Suite 2220
                                                             San Diego, CA 92101
                                                             619-231-7702
                                                             Email: kj@jan-law.com
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Quincy Woodrights, LLC**                  represented by   **Kendrick Jan**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **John Jacob Pentz , III**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Jack Rabbit LLC**                         represented by   **N. Albert Bacharach , Jr.**
                                                             115 NE 6th Avenue
                                                             Gainesville, FL 32601
                                                             352-378-9859
                                                             Fax: 352-338-1858
                                                             Email: N.A.Bacharach@att.net
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Paul S. Rothstein**
                                                             Attorney Paul S. Rothstein
                                                             626 NE 1st Street
                                                             Gainesville, FL 32601
                                                             352-376-7650
                                                             Fax: 352-374-7133
                                                             Email: psrantitrust@rothsteinforjustice.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Objector**

**Elgin Ave. Recovery, LLC**  represented by **Cynthia M. Jordano**
(See above for address)
*TERMINATED: 02/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gayle R Klein**
(See above for address)
*TERMINATED: 02/04/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Hartmann Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Briody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Objector</u>

**Transform SR Holdings LLC**  represented by **Cynthia M. Jordano**
(See above for address)
*TERMINATED: 02/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gayle R Klein**
(See above for address)
*TERMINATED: 02/04/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Hartmann Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Briody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | Letter from the MDL Panel to the Clerk, EDNY, enclosing a copy of the MDL Panel's Transfer Order placing this MDL action in EDNY and assigning it to Judge Gleeson. (Vaughn, Terry) (Entered: 10/20/2005) | 10/20/2005 |
| 2 | Transfer Order rec'd. from the MDL Panel transferring the civil actions listed in Schedule A to EDNY for consolidated pretrial proceedings. (Vaughn, Terry) (Entered: 10/20/2005) | 10/20/2005 |
| 3 | MDL Panel - Attorney Service List. (Vaughn, Terry) (Entered: 10/20/2005) | 10/20/2005 |
|   | Case assigned to Judge Cheryl L. Pollak. (Brown, Marc) (Entered: 10/21/2005) | 10/21/2005 |
| 4 | NOTICE of Appearance by Jonathan Mitchell Jacobson on behalf of American Express Travel Related Services Company, Inc. (Jacobson, Jonathan) (Entered: 10/31/2005) | 10/31/2005 |
| 5 | NOTICE of Appearance by Sammi Malek on behalf of American Express Travel Related Services Company, Inc. (Malek, Sammi) (Entered: 10/31/2005) | 10/31/2005 |
| 6 | STIPULATION to Extend Time of Defendants to Respond to Complaint and Stay All Pretrial Deadlines by Mastercard International Incorporated. (Powell, Wesley) (Entered: 10/31/2005) | 10/31/2005 |
| 7 | STIPULATION to Extend Time of Defendants to Respond to Complaint and Stay All Pretrial Deadlines by Mastercard International Incorporated. (Powell, Wesley) (Entered: 11/02/2005) | 11/02/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 6 Stipulation, the stipulation is "so ordered." Defendants will move, answer or otherwise respond on or before December 19, 2005. All other pre-trial deadlines are continued until a coordinated schedule for pre-trial proceedings has been set. Ordered by Judge John Gleeson on November 2, 2005. (Gleeson, John) (Entered: 11/02/2005) | 11/02/2005 |
| 8 | STIPULATION to Extend Time of Defendants to Move, Answer or Otherwise Respond to Plaintiffs' Complaint and Continue All Other Pretrial Deadlines by Bank One Corporation, Bank One Delaware, N.A., Chase Manhattan Bank USA, N.A., JPMorgan Chase & Co.. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Greene, Peter) (Entered: 11/03/2005) | 11/03/2005 |
| 9 | NOTICE of Appearance by Wesley Railey Powell on behalf of Mastercard International Incorporated Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) | 11/04/2005 |
| 10 | Corporate Disclosure Statement by Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) | 11/04/2005 |
| 11 | STIPULATION to Extend Time of Defendants to Respond to Raley's Complaint and Stay All Pretrial Deadlines by Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) | 11/04/2005 |
| 12 | STIPULATION to Extend Time of Defendants to Respond to SuperValu Complaint and Stay All Pretrial Deadlines by Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) | 11/04/2005 |
| 13 | NOTICE of Appearance by Anthony D. Boccanfuso on behalf of Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Boccanfuso, Anthony) (Entered: 11/04/2005) | 11/04/2005 |
| 14 | Letter from Jonathan Jacobson to The Honorable John Gleeson Regarding In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No.: 1:05-md-1720-JG-CLP. (Attachments: # 1 Exhibit # 2 Exhibit)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Malek, Sammi) (Entered: 11/07/2005) | 11/07/2005 |
| 15 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company Inc. re 14 Letter, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/07/2005) | 11/07/2005 |
| 16 | NOTICE of Appearance by Robert C. Mason on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Mason, Robert) (Entered: 11/08/2005) | 11/08/2005 |
| 17 | Corporate Disclosure Statement by American Express Travel Related Services Company, Inc.. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/09/2005) | 11/09/2005 |
| 18 | NOTICE of Appearance by Sammi Malek on behalf of American Express Travel Related Services Company, Inc. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/09/2005) | 11/09/2005 |
| 19 | NOTICE of Appearance by Jonathan Mitchell Jacobson on behalf of American Express Travel Related Services Company, Inc. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Jacobson, Jonathan) (Entered: 11/09/2005) | 11/09/2005 |
| 20 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company, Inc. re 19 Notice of Appearance,, 17 Corporate Disclosure Statement,, 18 Notice of Appearance, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/09/2005) | 11/09/2005 |
| 21 | Corporate Disclosure Statement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Mason, Robert) (Entered: 11/09/2005) | 11/09/2005 |
| | ORDER the stipulation extending defendants' time is "so ordered." All defendants will move, answer or otherwise respond on or before December 19, 2005. All other pre-trial deadlines are continued as to all defendants until a coordinated schedule for pre-trial proceedings has been set. Ordered by Judge John Gleeson on November 9, 2005. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Gleeson, John) (Entered: 11/09/2005) | 11/09/2005 |
| 22 | Letter from Mark Reinhardt to Hon. John Gleeson Regarding Request for pre-motion conference Re: Arbitration. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Shube, Noah) (Entered: 11/10/2005) | 11/10/2005 |
| 23 | Letter from Jonathan M. Jacobson to The Honorable John Gleeson Regarding In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM,1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/10/2005) | 11/10/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| 24 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company, Inc. re 23 Letter, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP, 1:05-cv-04677-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP,1:05-cv-05207-JG-CLP, 1:05-cv-05319-JG-CLP(Malek, Sammi) (Entered: 11/15/2005) | 11/15/2005 |
| 25 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company, Inc. re 23 Letter, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP, 1:05-cv-04677-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP,1:05-cv-05207-JG-CLP, 1:05-cv-05319-JG-CLP(Malek, Sammi) (Entered: 11/15/2005) | 11/15/2005 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 11/15/2005) | 11/15/2005 |
| 26 | Letter dated 10/6/05 from MDL Pannel's to to Judge Korman Regarding transfer of cases. (Drayton, Lorraine) (Entered: 11/17/2005) | 11/17/2005 |
| 27 | Letter from K. Craig Wildfang, Esq. to The Honorable John Gleeson Regarding Notice of Motion and Motion, a Memorandum in Support of that Motion, and proposed Pretrial Orders Nos. 1 and 2. (Attachments: # 1 Notice of Motion and Motion# 2 Memorandum of Law in Support of the Motion of Certain Class Plaintiffs and Certain Non-Class Plaintiffs to Consolidate, Coordinate, Appoint Lead and Liaison Counsel and Other Relief# 3 Appendix A# 4 Text of Proposed Order [Proposed] Pretrial Order No. 1# 5 Text of Proposed Order [Proposed] Pretrial Order No. 2)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP, 1:05-cv-04677-JG-CLP,1:05-cv-04728-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP, 1:05-cv-05207-JG-CLP,1:05-cv-05319-JG-CLP(Wildfang, K.) (Entered: 11/22/2005) | 11/22/2005 |
| 28 | NOTICE of referring actions to Magistrate Judge James Orenstein. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP, 1:05-cv-04728-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP, 1:05-cv-05207-JG-CLP,1:05-cv-05319-JG-CLP(Vaughn, Terry) (Entered: 11/23/2005) | 11/23/2005 |
|  | Mag. Judge James Orenstein added. Judge Cheryl L. Pollak no longer assigned to case. (Vaughn, Terry) (Entered: 11/23/2005) | 11/23/2005 |
| 57 | Letter dtd. 11/18/05 from Denise Morgan of the MDL Panel to EDNY, enclosing their certified transfer order (CTO-1), so that EDNY can now request the following listed cases from (1-CaL-Central, 1-KY-Westrn., 1-NJ, 5-NY-Sthrn., 1-OH-Nthrn., 3-Penn.-Eastern and 1-from WI-Eastern) for their consolidation into MDL-1720 in the Eastern Dist. of N.Y. (Forwarded for assignment of new EDNY civil case numbers.(Attachments: # 1 Cond. Trasfer Order re CTO-1)). Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Layne, Monique) (Entered: 12/14/2005) | 11/25/2005 |
|  | ORDER re 14 Letter, American Express has requested a pre-motion conference regarding the filing of motions to dismiss or stay the three cases pending against it in this litigation. This request is respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on November 28, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gleeson, John) (Entered: 11/28/2005) | 11/28/2005 |
|  | Email Notification Test - DO NOT REPLY (Glenn, Marilyn) (Entered: 12/01/2005) | 12/01/2005 |
| 29 | Corporate Disclosure Statement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Nagin, Benjamin) (Entered: 12/05/2005) | 12/05/2005 |
| 30 | NOTICE of Appearance by Benjamin R. Nagin on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Nagin, Benjamin) (Entered: 12/05/2005) | 12/05/2005 |
| 31 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Defendants' Response to Motion of Certain Class Plaintiffs and Certain Non-Class Plaintiffs to Consolidate, Coordinate, Appoint Lead and Liaison Counsel and Other Relief Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Mason, Robert) (Entered: 12/05/2005) | 12/05/2005 |
| 32 | Letter from Charles S. Hellman, Drubner Hartley & O'Connor to The Honorable John Gleeson Regarding Response to 11/22/2005 Letter From Craig Wildfang, Robins, Kaplan, Miller & Ciresi. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Hellman, Charles) (Entered: 12/06/2005) | 12/06/2005 |
| 33 | Letter from Kenneth A. Gallo to The Honorable John Gleeson Regarding MasterCard's Anticipated Motion to Disqualify the Law Firm of Robins, Kaplan, Miller & Ciresi LLP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/06/2005) | 12/06/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| 34 | Notice of MOTION to Appoint Counsel Notice of Motion by Non-Class Plaintiffs to Appoint Liaison Counsel by all plaintiffs. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Campbell, Thomas) (Entered: 12/06/2005) | 12/06/2005 |
| 35 | MOTION to Appoint Counsel Non-Class Plaintiffs' Motion to Appoint the Law Firm of Kenny Nachwalter, P.A., as Liaison Counsel for Non-Class Plaintiffs in MDL 1720 by all plaintiffs. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Campbell, Thomas) (Entered: 12/06/2005) | 12/06/2005 |
| 36 | Letter from K. Craig Wildfang to The Honorable John Gleeson Regarding responsive to K. Gallo's letter to the Court of December 6 with regard to disqualification issues. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Wildfang, K.) (Entered: 12/07/2005) | 12/07/2005 |
| 144 | Letter dtd. 8/19/05 from K. Craig Wildfang of law office Robins, Kaplan, Miller & Ciresi, LLP to Clerk of MDL Panel, enclosing the following documents for filing with the Panel, GMRI, Inc.'s Response Brief in Opposition to Defts' and Kroger Pltffs'Motions for Transfer Under 28 USC sec. 1407; Exhibits to Response Brief in Opposition to Defts' and Kroger Pltffs' Motion for Transfer Under 28 U.S.C. sec. 1407; Reasons Why Oral Argument Should Be Heard; and Certificate of Service of the same. (Documents listed filed in Hard Copy in Court file). Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO(Layne, Monique) (Entered: 01/12/2006) | 12/07/2005 |
| 37 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation of Association of Counsel in Connecticut Food Association, Inc. et al. v. Visa U.S.A., Inc., et al. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Hellman, Charles) (Entered: 12/08/2005) | 12/08/2005 |
| 38 | NOTICE of Appearance by David P. Friedman on behalf of Texas Independent Bancshares, Inc. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Friedman, David) (Entered: 12/08/2005) | 12/08/2005 |
| 39 | Corporate Disclosure Statement by Texas Independent Bancshares, Inc.. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Friedman, David) (Entered: 12/08/2005) | 12/08/2005 |
| 40 | Letter from Richard A. Bieder to The Honorable John Gleeson Regarding response to C. Hellman's letter with regard to conversations about leadership in this matter. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Wildfang, K.) (Entered: 12/08/2005) | 12/08/2005 |
| 41 | Letter from Kenneth A. Gallo to The Honorable John Gleeson Regarding Letter dated December 7, 2005 from Craig Wildfang of Robins, Kaplan, Miller & Ciresi L.L.P.. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/08/2005) | 12/08/2005 |
|  | NOTICE to all counsel of record: To add your name to a docket sheet as representing a specific party, a Notice of Appearance must be filed separately in each and every case that that party is in, including the lead case 05md1720. If your name is already on a docket sheet, then there is no need to file a Notice of Appearance in that case. (Please note that the lead case 05md1720 does not list parties individually, but rather All Plaintiffs In 05cv4520, or All Defendants In 05cv4520, for example.)(For any questions, please call Ms. Piper at 718-260-2610.) Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Vaughn, Terry) (Entered: 12/08/2005) | 12/08/2005 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 12/08/2005) | 12/08/2005 |
| 42 | MOTION for Protective Order (LIMITED) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05069-JG-CLP, 1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/12/2005) | 12/12/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| 43 | MOTION to Appoint Counsel Application of Foote, Meyers, Mielke & Flowers, LLC and Gray & White for Appointment to Plaintiffs Steering Committee by all parties. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gray, Mark) (Entered: 12/12/2005) | 12/12/2005 |
| 44 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 45 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 46 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 47 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 48 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 49 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 50 | MOTION to Appoint Counsel Plaintiffs' Dr. Roy Hyman and Sharp Pro-Formance LLC, by their attorneys Foote, Meyers, Mielke and Flowers, LLC and Gray & White, Motion in Support of the Application of Milberg Weiss Bershad & Schulman, LLP as Lead Counsel by all parties. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gray, Mark) (Entered: 12/13/2005) | 12/13/2005 |
| 51 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 52 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 53 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 54 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 55 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
| 56 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) | 12/13/2005 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 12/13/2005) | 12/13/2005 |
|  | ORDER re 33 , 36 , 41 Letters, defendants MasterCard Incorporated and MasterCard International Incorporated anticipate filing a motion to disqualify the law firm of Robins, Kaplan, Miller & Ciresi LLP, counsel for certain plaintiffs, from this case. This issue is respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 13, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gleeson, John) (Entered: 12/13/2005) | 12/13/2005 |
|  | ORDER the motion to appoint Foote, Meyers, Mielke & Flowers, LLC and Gray & White to the plaintiffs' steering committee, docket entry 43 , the motion for a limited protective order, docket entry 42 , and the motion to appoint the law firm of Kenny Nachwalter, P.A., as liason counsel for non-class plaintiffs, docket entry 35 , are respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 13, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gleeson, John) (Entered: 12/13/2005) | 12/13/2005 |
| 58 | Letter from Gary R. Carney To The Honorable James Orenstein Regarding Disqualification and Protective Order Issues. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/14/2005) | 12/14/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| 59 | Letter from Robert C Mason to Judge Gleeson Regarding extension of time to answer. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Mason, Robert) (Entered: 12/14/2005) | 12/14/2005 |
| 60 | ORDER -- An initial conference is scheduled for January 12, 2006 at 9:30 a.m. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 12/14/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/14/2005) | 12/14/2005 |
| 61 | NOTICE of Appearance by Lawrence B. Friedman on behalf of Bank of America Corporation, Bank Of America, N.A., Fleet Bank (RI), N.A. n/k/a Bank of America, N.A. (USA), Fleet National Bank n/k/a Bank of America, N.A., National Processing, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Friedman, Lawrence) (Entered: 12/15/2005) | 12/15/2005 |
| 62 | Corporate Disclosure Statement by Bank of America Corporation, Bank Of America, N.A., Fleet Bank (RI), N.A. n/k/a Bank of America, N.A. (USA), Fleet National Bank n/k/a Bank of America, N.A., National Processing, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Friedman, Lawrence) (Entered: 12/15/2005) | 12/15/2005 |
| 63 | NOTICE of Appearance by Mark P. Ladner on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Ladner, Mark) (Entered: 12/15/2005) | 12/15/2005 |
| 64 | NOTICE of Appearance by Mark P. Ladner on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Ladner, Mark) (Entered: 12/16/2005) | 12/16/2005 |
| 65 | NOTICE of Appearance by Lawrence B. Friedman on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Friedman, Lawrence) (Entered: 12/16/2005) | 12/16/2005 |
|  | ORDER re 59 Letter, the request for an extension of time to respond is granted. All defendants will answer or otherwise respond to the complaint on or before January 31, 2006. Ordered by Judge John Gleeson on December 16, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gleeson, John) (Entered: 12/16/2005) | 12/16/2005 |
|  | ORDER re 58 -- SO ORDERED. The defendant's application for a limited protective order is granted as unopposed. Approved by Judge James Orenstein on 12/16/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/16/2005) | 12/16/2005 |
| 66 | NOTICE by All Plaintiffs in Civil Action 05-cv-5069 Notice of Appearance for Kenny Nachwalter, P.A. and Attorneys Richard Alan Arnold, William J. Blechman and Scott E. Perwin Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Campbell, Thomas) (Entered: 12/20/2005) | 12/20/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| 94 | Letter dtd. 12/16/05 from M. Carter of the Panel to EDNY, enclosing a certified copy of their Cond. Transf. Order (CTO-2), so that EDNY can now request the transfer of the action The Kroger Co., et al v. MasterCard Inc. et al from N.Y-Sthrn. for consol. into MDL-1720. ***Fwd. for assignment of new EDNY civil no. (Attachments: # 1 Cond. Transfer Order re CTO-2)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Layne, Monique) (Entered: 12/30/2005) | 12/20/2005 |
| 67 | NOTICE of Appearance by James T. Shearin on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Shearin, James) (Entered: 12/21/2005) | 12/21/2005 |
| 68 | NOTICE of Appearance by William J. Ban on behalf of all plaintiffs Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Ban, William) (Entered: 12/21/2005) | 12/21/2005 |
| 69 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Shearin, James) (Entered: 12/21/2005) | 12/21/2005 |
| 70 | NOTICE of Appearance by Steven F. Molo on behalf of Juniper Financial Corporation (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Molo, Steven) (Entered: 12/21/2005) | 12/21/2005 |
| 71 | NOTICE of Appearance by John M. Majoras on behalf of All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Majoras, John) (Entered: 12/22/2005) | 12/22/2005 |
| 72 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Majoras, John) Modified on 12/23/2005 (Piper, Francine). (Entered: 12/22/2005) | 12/22/2005 |
| 73 | Corporate Disclosure Statement by Juniper Financial Corporation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Molo, Steven) (Entered: 12/22/2005) | 12/22/2005 |
| 74 | NOTICE of Appearance by William Harry Rooney on behalf of USAA Federal Savings Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Rooney, William) (Entered: 12/22/2005) | 12/22/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| 75 | NOTICE of Appearance by Joseph N. Froehlich on behalf of All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Froehlich, Joseph) (Entered: 12/22/2005) | 12/22/2005 |
| 76 | NOTICE of Appearance by Michael M. Buchman on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Buchman, Michael) (Entered: 12/22/2005) | 12/22/2005 |
| 77 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Froehlich, Joseph) (Entered: 12/23/2005) | 12/23/2005 |
| 78 | NOTICE of Appearance by Noah Shube on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Shube, Noah) (Entered: 12/26/2005) | 12/26/2005 |
| 79 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) | 12/26/2005 |
| 80 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) | 12/26/2005 |
| 81 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) | 12/26/2005 |
| 82 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) | 12/26/2005 |
| 83 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) | 12/26/2005 |
| 84 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5319. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Wildfang, K.) (Entered: 12/26/2005) | 12/26/2005 |
| 85 | NOTICE of Appearance by K. Craig Wildfang on behalf of All Plaintiffs in Civil Action 05-cv-4520, All Plaintiffs in Civil Action 05-cv-4521, All Plaintiffs in Civil Action 05-cv-5207, All Plaintiffs in Civil Action 05-cv-5319 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Wildfang, K.) (Entered: 12/26/2005) | 12/26/2005 |
| 86 | NOTICE of Appearance by Christopher M. Burke on behalf of All Plaintiffs in Civil Action 05-cv-5075 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Burke, Christopher) (Entered: 12/27/2005) | 12/27/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| 87 | Letter from William J. Blechman to The Honorable Judge Gleeson Regarding Notice Of Motion And Non-Class Plaintiffs' Motion To Appoint The Law Firm Of Kenny Nachwalter, P.A. As Liason Counsel For Non-Class Plaintiffs In MDL 1720. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/28/2005) | 12/28/2005 |
| 88 | NOTICE of Appearance by Bonny E. Sweeney on behalf of All Plaintiffs in Civil Action 05-cv-5075 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Sweeney, Bonny) (Entered: 12/28/2005) | 12/28/2005 |
| 89 | RESPONSE in Opposition re 50 MOTION to Appoint Counsel Plaintiffs' Dr. Roy Hyman and Sharp Pro-Formance LLC, by their attorneys Foote, Meyers, Mielke and Flowers, LLC and Gray & White, Motion in Support of the Application of Milberg Weiss Bershad & Schulman, LLP as Lead C Certain Class Plaintiffs' Opposition to the Payless shoeshource Group's Cross-Motion filed by all plaintiffs. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Sweeney, Bonny) (Entered: 12/28/2005) | 12/28/2005 |
| 90 | AFFIDAVIT re 89 Response in Opposition to Motion,,, Declaration of Christopher M. Burke in Support of Certain Class Plaintiffs' Opposition to the Payless Shoesoure Group's Cross-Motion by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Sweeney, Bonny) (Entered: 12/28/2005) | 12/28/2005 |
| 91 | Letter to Magistrate Judge Orenstein in re: January 12 Hearing by All Plaintiffs in Civil Action 05-cv-5069. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/29/2005) | 12/29/2005 |
| 92 | Letter to Magistrate Judge Orenstein in re: January 12 Hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Wildfang, K.) (Entered: 12/29/2005) | 12/29/2005 |
| 93 | PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Adams-Ciardullo, Diana) (Entered: 12/29/2005) | 12/29/2005 |
| | ORDER the motion to appoint Milberg Weiss Bershad & Schulman, LLP, as lead counsel for class plaintiffs is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 29, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Gleeson, John) (Entered: 12/29/2005) | 12/29/2005 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 91 Letter, 92 Letter -- The initial conference remains scheduled for January 12, 2006 at 9:30 a.m. All deadlines in the December 14, 2005 order, docket entry 60, remain in effect. Approved Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/29/2005) | 12/29/2005 |
| 95 | Letter to Hon John Gleeson and Hon. James Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Schedule of NSR Counsel and cases)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Shube, Noah) (Entered: 01/03/2006) | 01/03/2006 |
| 96 | NOTICE of Appearance by Robert C. Mason on behalf of Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Mason, Robert) (Entered: 01/03/2006) | 01/03/2006 |
| 97 | Corporate Disclosure Statement by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Mason, Robert) (Entered: 01/03/2006) | 01/03/2006 |
| 98 | Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/03/2006) | 01/03/2006 |
| 99 | RESPONSE in Support re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief and in Opposition to Certain Class Plaintiffs' Motion to Consolidate etc. (Doc. # 27) filed by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/03/2006) | 01/03/2006 |
| 100 | NOTICE of Appearance by Brian C. Roche on behalf of All Defendants in Civil 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-JO(Roche, Brian) (Entered: 01/04/2006) | 01/04/2006 |
| 101 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibits A through D) filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/04/2006) | 01/04/2006 |
| 102 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-3924 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) | 01/04/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 103 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5080 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) | 01/04/2006 |
| 104 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5076 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) | 01/04/2006 |
| 105 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5075 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) | 01/04/2006 |
| 106 | NOTICE of Appearance by Linda P. Nussbaum on behalf of All Plaintiffs in Civil Action 05-cv-4131 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Nussbaum, Linda) (Entered: 01/05/2006) | 01/05/2006 |
| 107 | NOTICE of Appearance by David Sapir Lesser on behalf of HSBC Finance Corporation and HSBC North America Holdings Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lesser, David) (Entered: 01/05/2006) | 01/05/2006 |
| 108 | NOTICE of Appearance by Mark E. Tully on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Tully, Mark) (Entered: 01/05/2006) | 01/05/2006 |
| 109 | Corporate Disclosure Statement by HSBC Finance Corporation and HSBC North America Holdings Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lesser, David) (Entered: 01/05/2006) | 01/05/2006 |
| 110 | NOTICE of Appearance by Robert Donald Carroll on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carroll, Robert) (Entered: 01/05/2006) | 01/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 111 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Tully, Mark) (Entered: 01/05/2006) | 01/05/2006 |
| 112 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibit E, Part 1 and Part 2) filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit Exhibit E Part 1# 2 Exhibit E Part 2)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) | 01/05/2006 |
| 113 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibit E Part 3) filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit E Part 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) | 01/05/2006 |
| 114 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibit E Part 4) filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit E Part 4)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) | 01/05/2006 |
| 115 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Proposed Order) filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) | 01/05/2006 |
| 116 | CERTIFICATE OF SERVICE by THE PAYLESS SHOESOURCE GROUP re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (Certificate of Service) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) | 01/05/2006 |
| 169 | FILING FEE: $ 150.00, receipt number 319587 - Pro Hac Vice - Robert Vizas, David Gersc, Mark Merley, Julie Rottenberg, Matthew Eisenstein and Michael Rubin. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) | 01/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 170 | ORDER, endorsed on letter dated 1/5/06 from Eric Grush to Clerk, Pro Hac Vice granted. (Ordered by Judge John Gleeson on 1/10/06) (SEE DOCUMENT #171 FOR FILING FEE RECEIPT) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) | 01/05/2006 |
| 171 | FILING FEE: $ 100.00, receipt number 319583 - Pro Hac Vice - David Graham, David Schiffman, Eric Grush and Craig Sonnenschein. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) | 01/05/2006 |
| 117 | Letter re: payment of pro hac vice admission fee by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Text of Proposed Order December 29, 2005 Court Order# 2 Supplement Check to Clerk for admission fee# 3 Affidavit Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Leveridge, Richard) (Entered: 01/06/2006) | 01/06/2006 |
| 118 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5080, All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5075, All Plaintiffs in Civil Action 05-cv-3924 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/06/2006) | 01/06/2006 |
| 119 | Letter from Jonathan M. Jacobson on behalf of American Express Travel Related Services Company, Inc. to The Honorable James Orenstein Regarding In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Jacobson, Jonathan) (Entered: 01/09/2006) | 01/09/2006 |
| 120 | MOTION for Extension of Time to File Response/Reply (Letter to Magistrate Judge James Orenstein from Kenneth A. Gallo) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/09/2006) | 01/09/2006 |
| 121 | NOTICE of Appearance by Michael J. Kane on behalf of All Plaintiffs in Civil Action 05-cv-5072 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kane, Michael) (Entered: 01/09/2006) | 01/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 122 | Letter to Magistrate Judge Orenstein enclosing Certain Defendants' Proposed Initial Conference Agenda and Case Management Plan by All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5069, All Defendants in Civil Action 05-cv-5070, All Defendants in Civil Action 05-cv-5074, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-3800, All Defendants in Civil Action 05-cv-3924, All Defendants in Civil Action 05-cv-3925, All Defendants in Civil Action 05-cv-4131, All Defendants in Civil Action 05-cv-4974, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-5153, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Mason, Robert) (Entered: 01/09/2006) | 01/09/2006 |
| 123 | Letter to Judge Orenstein by All Plaintiffs in Civil Action 05-cv-3925. (Attachments: # 1 Non-Class Plaintiffs' Case Management Plan# 2 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Campbell, Thomas) (Entered: 01/09/2006) | 01/09/2006 |
| 124 | Letter to Judge Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Non-Class Plaintiffs' Case Management Plan# 2 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Campbell, Thomas) (Entered: 01/09/2006) | 01/09/2006 |
| 125 | Letter to Magistrate Judge Orenstein enclosing Class plaintiffs' 26(f) Report, Proposed Agenda for Initial Status Conference and Certificate of Service by All Plaintiffs in Civil Action 05-cv-5069, All Plaintiffs in Civil Action 05-cv-5070, All Plaintiffs in Civil Action 05-cv-5074, All Plaintiffs in Civil Action 05-cv-5083, All Plaintiffs in Civil Action 05-cv-5082, All Plaintiffs in Civil Action 05-cv-5080, All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5072, All Plaintiffs in Civil Action 05-cv-5081, All Plaintiffs in Civil Action 05-cv-5077, All Plaintiffs in Civil Action 05-cv-5075, All Plaintiffs in Civil Action 05-cv-5866, All Plaintiffs in Civil Action 05-cv-3800, All Plaintiffs in Civil Action 05-cv-3924, All Plaintiffs in Civil Action 05-cv-3925, All Plaintiffs in Civil Action 05-cv-4974, All Plaintiffs in Civil Action 05-cv-5071, All Plaintiffs in Civil Action 05-cv-5153, All Plaintiffs in Civil Action 05-cv-4520, All Plaintiffs in Civil Action 05-cv-4521, All Plaintiffs in Civil Action 05-cv-4728, All Plaintiffs in Civil Action 05-cv-5073, All Plaintiffs in Civil Action 05-cv-4974, All Plaintiffs in Civil Action 05-cv-5207, All Plaintiffs in Civil Action 05-cv-5319. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/09/2006) | 01/09/2006 |
| 126 | REPLY to Response to Motion re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (The Payless ShoeSource Group's Reply Memorandum in Support of the Cross-Motion) filed by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) | 01/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 127 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibits A, B and C) filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) | 01/09/2006 |
| 128 | CERTIFICATE OF SERVICE by THE PAYLESS SHOESOURCE GROUP re 126 Reply to Response to Motion,,, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) | 01/09/2006 |
| 129 | CERTIFICATE OF SERVICE by THE PAYLESS SHOESOURCE GROUP re 127 Affidavit in Support of Motion,,, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) | 01/09/2006 |
| 173 | NOTICE of Appearance by Ronald A. Bloch on behalf of All Plaintiffs in Civil Action 05-cv-5207 Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) | 01/09/2006 |
| 130 | NOTICE of Appearance by Richard P. Jeffries on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Jeffries, Richard) (Entered: 01/10/2006) | 01/10/2006 |
| | Email Notification Test - DO NOT REPLY (Greene, Donna) (Entered: 01/10/2006) | 01/10/2006 |
| | ORDER re 120 MOTION for Extension of Time to File Response/Reply -- The application is granted. The defendants' reply shall be submitted by January 18, 2006, and shall be no more than twenty pages. Approved by Judge James Orenstein on 01/10/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 01/10/2006) | 01/10/2006 |
| 131 | NOTICE by All Plaintiffs in Civil Action 05-cv-5069 Letter To The Honorable Judge Orenstein with Notice Of Filing Revised (Chart) Exhibit 1 To Non-Class Plaintiffs' Case Management Plan and attached Certificate Of Service Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Campbell, Thomas) (Entered: 01/11/2006) | 01/11/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 132 | Letter to Sandra Jones re: payment of pro hac vice admission fee by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Froehlich, Joseph) (Entered: 01/11/2006) | 01/11/2006 |
| 133 | NOTICE of Appearance by Brian A. Herman on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Herman, Brian) (Entered: 01/11/2006) | 01/11/2006 |
| 134 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Herman, Brian) (Entered: 01/11/2006) | 01/11/2006 |
| 135 | NOTICE of Appearance by Harold Stephen Harris on behalf of all parties (Attachments: # 1 Service List)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Harris, Harold) (Entered: 01/11/2006) | 01/11/2006 |
| 136 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-4520. (Attachments: # 1 Service List)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Harris, Harold) (Entered: 01/11/2006) | 01/11/2006 |
| 137 | NOTICE of Appearance by William Harry Rooney on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Rooney, William) (Entered: 01/11/2006) | 01/11/2006 |
| 138 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Rooney, William) (Entered: 01/11/2006) | 01/11/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 139 | Letter from Hal R. Lieberman (counsel for Robins Kaplan Miller & Ciresi, LLP) dated 01/10/06 opposing MasterCard's request for an extension of time to file a reply brief by All Plaintiffs in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO(Kraus, Schuyler) (Entered: 01/11/2006) | 01/11/2006 |
| 140 | Letter to Magistrate Judge Orenstein concerning three minor typographical errors in Class plaintiffs' 26(f) Report and proposed agenda, and enclosing corrected versions of same with certificate of service by All Plaintiffs in Civil Action 05-cv-5069, All Plaintiffs in Civil Action 05-cv-5070, All Plaintiffs in Civil Action 05-cv-5074, All Plaintiffs in Civil Action 05-cv-5083, All Plaintiffs in Civil Action 05-cv-5082, All Plaintiffs in Civil Action 05-cv-5080, All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5072, All Plaintiffs in Civil Action 05-cv-5081, All Plaintiffs in Civil Action 05-cv-5077, All Plaintiffs in Civil Action 05-cv-5075, All Plaintiffs in Civil Action 05-cv-5866, All Plaintiffs in Civil Action 05-cv-3800, All Plaintiffs in Civil Action 05-cv-3924, All Plaintiffs in Civil Action 05-cv-3925, All Plaintiffs in Civil Action 05-cv-4974, All Plaintiffs in Civil Action 05-cv-5071, All Plaintiffs in Civil Action 05-cv-5153, All Plaintiffs in Civil Action 05-cv-4520, All Plaintiffs in Civil Action 05-cv-4521, All Plaintiffs in Civil Action 05-cv-4650, All Plaintiffs in Civil Action 05-cv-4728, All Plaintiffs in Civil Action 05-cv-5073, All Plaintiffs in Civil Action 05-cv-5207, All Plaintiffs in Civil Action 05-cv-5319. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/11/2006) | 01/11/2006 |
| 141 | MEMORANDUM in Support (Memorandum of Law in Response to Defendants' Motion for Transfer Under 28 U.S.C. 1407 by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/11/2006) | 01/11/2006 |
|  | Motions terminated: 120 MOTION for Extension of Time to File Response/Reply (Letter to Magistrate Judge James Orenstein from Kenneth A. Gallo) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,.( Ordered by Judge James Orenstein on 1/10/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/11/2006) | 01/11/2006 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 01/11/2006) | 01/11/2006 |
| 142 | FILING FEE: $ 100.00, receipt number 319586 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/12/2006) | 01/12/2006 |
| 143 | FILING FEE: $ 25.00, receipt number 319580 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/12/2006) | 01/12/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 145 | Letter to Clerk for Pro Hac Vice Admission for Richard Alan Arnold, William J. Blechman, Scott E. Perwin, and Kevin J. Murray and Attached Certificate of Service by All Plaintiffs in Civil Action 05-cv-4520. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Campbell, Thomas) (Entered: 01/12/2006) | 01/12/2006 |
| 168 | FILING FEE: $ 100.00, receipt number 319738 - Pro Hac Vice - Richard Alan Arnold, William J. Blechman, Scott E. Perwin and Kevin J. Murray. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) | 01/12/2006 |
| 172 | FILING FEE: $ 50.00, receipt number 319607 - Pro Hac Vice - Ann-Marie Luciano and Jodi Trulove. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) | 01/12/2006 |
| 146 | NOTICE of Appearance by Patricia I. Avery on behalf of all parties Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Avery, Patricia) (Entered: 01/13/2006) | 01/13/2006 |
| 147 | NOTICE of Appearance by Lisl J. Dunlop on behalf of All Defendants in Civil Action 05-cv-4520 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Dunlop, Lisl) (Entered: 01/13/2006) | 01/13/2006 |
| 148 | NOTICE of Appearance by Lisl J. Dunlop on behalf of All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Dunlop, Lisl) (Entered: 01/13/2006) | 01/13/2006 |
| 149 | NOTICE of Appearance by Lisl J. Dunlop on behalf of All Defendants in Civil Action 05-cv-5071 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05071-JG-JO(Dunlop, Lisl) (Entered: 01/13/2006) | 01/13/2006 |
| 150 | NOTICE of Appearance by Patricia I. Avery on behalf of All Plaintiffs in Civil Action 05-cv-5083 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Avery, Patricia) (Entered: 01/13/2006) | 01/13/2006 |
| 151 | Letter to the Clerk of Court re: Payment of Pro Hac Vice Admission for Michael Lazerwitz and Steven Kaiser by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Friedman, Lawrence) (Entered: 01/13/2006) | 01/13/2006 |
| 311 | Letter dtd. 1/9/06 from Adam Biegel of law firm Alston & Bird, LLP to EDNY, requesting the removal of his name from electronic distribution in re the above-mentioned matter. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Layne, Monique) (Entered: 04/04/2006) | 01/13/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 152 | NOTICE of Appearance by Jason L. Solotaroff on behalf of All Plaintiffs in Civil Action 05-cv-5077 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Solotaroff, Jason) (Entered: 01/16/2006) | 01/16/2006 |
| 153 | NOTICE of Appearance by Peter Edward Greene on behalf of Bank One Corporation, Bank One, Delaware, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Greene, Peter) (Entered: 01/17/2006) | 01/17/2006 |
| 154 | NOTICE of Appearance by Jonathan B. Orleans on behalf of Texas Independent Bancshares, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Orleans, Jonathan) (Entered: 01/17/2006) | 01/17/2006 |
|  | To: Jason Solotaroff, Please advise Co-Counsel, Robert J. LaRocca and Kate Reznick to register for ECF and to file individual Notice of Appearances. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/17/2006) | 01/17/2006 |
|  | ORDER -- Oral argument on defendant MasterCard's motion to disqualify Craig Wildfang and the law firm Robins, Kaplan, Miller & Ciresi, LLP is scheduled for January 27, 2006 at 11:30 a.m. Approved by Judge James Orenstein on 01/17/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 01/17/2006) | 01/17/2006 |
| 155 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Greene, Peter) (Entered: 01/18/2006) | 01/18/2006 |
| 156 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Greene, Peter) (Entered: 01/18/2006) | 01/18/2006 |
| 157 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Greene, Peter) (Entered: 01/18/2006) | 01/18/2006 |
| 158 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Greene, Peter) (Entered: 01/18/2006) | 01/18/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 159 | NOTICE by All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5069, All Defendants in Civil Action 05-cv-5070, All Defendants in Civil Action 05-cv-5074, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-3800, All Defendants in Civil Action 05-cv-3924, All Defendants in Civil Action 05-cv-3925, All Defendants in Civil Action 05-cv-4131, All Defendants in Civil Action 05-cv-4974, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-5078, All Defendants in Civil Action 05-cv-5153, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 of filing of receipt for payment of Pro Hac Vice fee Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Mason, Robert) (Entered: 01/18/2006) | 01/18/2006 |
| 160 | PRETRIAL ORDER 2 -- The attached order consolidates cases for pretrial purposes and provides instructions on filing and serving court submissions. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 01/20/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 01/20/2006) | 01/20/2006 |
| 161 | NOTICE of Appearance by Tracey L. Kitzman on behalf of All Plaintiffs in Civil Action 05-cv-4974 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kitzman, Tracey) (Entered: 01/20/2006) | 01/20/2006 |
| 162 | NOTICE of Appearance by Jerald M. Stein on behalf of All Plaintiffs in Civil Action 05-cv-3800 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO(Stein, Jerald) (Entered: 01/20/2006) | 01/20/2006 |
| 163 | NOTICE of Change of Firm Address by Michael Kelly Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kelly, Michael) (Entered: 01/20/2006) | 01/20/2006 |
| 164 | NOTICE of Appearance by W. Joseph Bruckner on behalf of All Plaintiffs in Civil Action 05-cv-5081 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Bruckner, W.) (Entered: 01/20/2006) | 01/20/2006 |
| 165 | Letter attaching Pro Hac Vice admission fee for Patricia Sullivan, attorney for Providian Financial Corporation, and Providian National Bank by All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. (Attachments: # 1 Supplement Receipt of Pro Hac Vice fee# 2 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Sullivan, Patricia) (Entered: 01/23/2006) | 01/23/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 224 | FILING FEE: $ 25.00, receipt number 320218. Pro Hac Vice - Patricia Sullivan. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Piper, Francine) (Entered: 02/06/2006) | 01/23/2006 |
| | Email Notification Test - DO NOT REPLY (Permaul, Jenny) (Entered: 01/23/2006) | 01/23/2006 |
| 166 | NOTICE of Appearance by Mark Reinhardt on behalf of All Plaintiffs in Civil Action 05-cv-5074 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05074-JG-JO(Reinhardt, Mark) (Entered: 01/24/2006) | 01/24/2006 |
| 167 | Letter to Magistrate Judge Orenstein, filed on behalf of Dennis Stewart, regarding Class Plaintiff leadership issues (Dkt. 27 and 98) by All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5075. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/24/2006) | 01/24/2006 |
| 174 | Letter to M.J. Orenstein from Keila D. Ravelo re: Status of Protective Order Negotiations by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Powell, Wesley) (Entered: 01/25/2006) | 01/25/2006 |
| 175 | Letter to Magistrate Judge Orenstein dated January 25, 2006 by Defendent(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Blechman, William) (Entered: 01/25/2006) | 01/25/2006 |
| 176 | Letter to M.J. Orenstein from H. Laddie Montague, Jr. re: Status of Protective Order Negotiations by All Plaintiffs in Civil Action 05-cv-5072, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kane, Michael) (Entered: 01/25/2006) | 01/25/2006 |
| 177 | NOTICE of Appearance by Karl Cambronne on behalf of Randall Jasperson Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cambronne, Karl) (Entered: 01/26/2006) | 01/26/2006 |
| 178 | Letter on behalf of Joseph Goldberg, regarding Pro Hac Vice Admission by All Plaintiffs in Civil Action 05-cv-5075. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/26/2006) | 01/26/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 179 | Letter from Gary R. Carney to Robert C. Heinemann, Clerk of the Court, enclosing documents for filing by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. at el 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Carney, Gary) (Entered: 01/26/2006) | 01/26/2006 |
| 180 | Notice of MOTION to Disqualify Counsel Robins, Kaplan, Miller & Ciresi, L.L.P. by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) | 01/26/2006 |
| 181 | CERTIFICATE OF SERVICE by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO re 180 Notice of MOTION to Disqualify Counsel Robins, Kaplan, Miller & Ciresi, L.L.P. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) | 01/26/2006 |
| 182 | CERTIFICATE OF SERVICE by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO (Reply Papers re: Motion to Disqualify, #180) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) | 01/26/2006 |
| 183 | Letter from Hal R. Lieberman to Hon. James Orenstein, enclosing courtesy copies of Sur-Reply Papers in opposition to MasterCard's motion to disqualify by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) | 01/26/2006 |
| 184 | RESPONSE in Opposition re 180 Notice of MOTION to Disqualify Counsel Robins, Kaplan, Miller & Ciresi, L.L.P. Supplemental Declaration of Hal R. Lieberman filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Supplemental Declaration of Prof. Bruce A. Green# 2 Supplemental Declaration of Charles W. Wolfram# 3 Transcript of Case Management Conference held January 12, 2006, pp. 46-48, 70-83)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) | 01/26/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 185 | RESPONSE in Opposition re 180 Notice of MOTION to Disqualify Counsel Robins, Kaplan, Miller & Ciresi, L.L.P. Submission of Certain Plaintiffs' Counsel re: Motion to Disqualify K. Craig Wildfang and His Law Firm filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) | 01/26/2006 |
| 1769 | SEALED Declaration of Gary R. Carney in Support of Motion of Defendants Mastercard Incorporated and Mastercard International Incorporated for Disqualification of Counsel Robins, Kaplan, Miller & Ciresi and two volume of Exhibits. Modified on 1/9/2013 (Marziliano, August). (Entered: 01/09/2013) | 01/26/2006 |
| 1770 | DECLARATION on Oposition to Mastercard's Motion to Disqualify (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1771 | SEALED Exhibits to Declaration of Craig Wildfang, Esq, (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1772 | SEALED Reply DECLARATION of Gary R. Carney in Support of Motion for Disqualification (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1773 | SEALED DECLARATION of Geoffrey Hazard in support of Motion for Disqualification (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1774 | SEALED MEMORANDUM in Support Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1775 | MEMORANDUM in Opposition to Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1776 | REPLY in Support of Geoffrey Hazard of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1777 | DECLARATION of Noah Hanft in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1778 | DECLARATION of Kenneth Gallo in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1779 | DECLARATION of Eileen Simon in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1780 | REPLY in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1781 | SUR- REPLY Memorandum of Law in Opposition Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 1782 | SUPPLEMENTAL DECLARATION of Craig Wildfang (Marziliano, August) (Entered: 01/09/2013) | 01/26/2006 |
| 186 | NOTICE of Appearance by Bart D. Cohen on behalf of All Plaintiffs in Civil Action 05-cv-5072 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cohen, Bart) (Entered: 01/27/2006) | 01/27/2006 |
| 187 | Letter re: payment of pro hac vice admission fee for Teresa T. Bonder, Esq. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Harris, Harold) (Entered: 01/27/2006) | 01/27/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 188 | NOTICE of Appearance by Joseph R. Saveri on behalf of Harris Stationers, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Saveri, Joseph) (Entered: 01/27/2006) | 01/27/2006 |
| 189 | PRETRIAL ORDER 3: (1) As stated on the record at the conference on January 27, 2006, I denied the motion of defendants MasterCard Incorporated and MasterCard International Incorporated (together "MasterCard") for an order disqualifying attorney K. Craig Wildfang and the law firm of Robins, Kaplan, Miller & Ciresi from representing plaintiffs in this litigation. I will later issue a separate memorandum setting forth in detail the basis for my ruling. (2) I will hear oral argument on the motions by various counsel to be appointed lead plaintiffs' counsel on Monday, February 13, 2006, at 1:30 p.m. Any party wishing to submit its views relating to the possibility of appointing some combination of attorneys other than those identified in the parties' motion papers as co-lead counsel may submit a letter of no more than three pages no later than February 6, 2006. (3) A summary of parties to this action and information disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure is attached to this order as Exhibit A. All counsel are responsible for reviewing it and providing any updates or corrections to the law firm of Pomerantz Haudek Block Grossman & Gross LLP, counsel for certain plaintiffs, which firm is directed to submit updated summaries as needed to keep Judge Gleeson and me aware of potential conflicts of interest. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 01/27/06. (Attachments: # 1 Exhibit A)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 01/27/2006) | 01/27/2006 |
| 190 | NOTICE of Appearance by H. Laddie Montague on behalf of Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Montague, H.) (Entered: 01/30/2006) | 01/30/2006 |
| 191 | Letter to Sandra A. Jones, Attorney Admission Clerk, enclosing the pro hac vice admission fee for Kenneth A. Gallo by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/30/2006) | 01/30/2006 |
| 192 | NOTICE of Appearance by Richard J. Leveridge on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Leveridge, Richard) (Entered: 01/30/2006) | 01/30/2006 |
| 193 | CERTIFICATE of Counsel re 192 Notice of Appearance,, by Richard J. Leveridge on behalf of all defendants. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Leveridge, Richard) (Entered: 01/30/2006) | 01/30/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 194 | NOTICE of Appearance by Ann-Marie Luciano on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Luciano, Ann-Marie) (Entered: 01/30/2006) | 01/30/2006 |
| 195 | NOTICE of Appearance by Jodi Trulove on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Trulove, Jodi) (Entered: 01/30/2006) | 01/30/2006 |
| 196 | Letter to Attorney Admission Clerk requesting Pro Hac Admission and enclosing the requisite fee for Joseph M. Vanek and David P. Germaine by Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Vanek, Joseph) (Entered: 01/30/2006) | 01/30/2006 |
| 197 | NOTICE of Appearance by Cyrus Amir-Mokri on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Amir-Mokri, Cyrus) (Entered: 01/30/2006) | 01/30/2006 |
| 198 | NOTICE of Appearance by Joseph Michael Vanek on behalf of Supervalu Inc., Wekefern Food Corporation, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Vanek, Joseph) (Entered: 01/30/2006) | 01/30/2006 |
| 199 | NOTICE of Appearance by David P. Germaine on behalf of Supervalu Inc., Wekefern Food Corporation, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Germaine, David) (Entered: 01/30/2006) | 01/30/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 200 | NOTICE of Appearance by Peter S. Julian on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Julian, Peter) (Entered: 01/30/2006) | 01/30/2006 |
| 201 | NOTICE of Appearance by Gary R. Carney, Jr on behalf of Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/31/2006) | 01/31/2006 |
| 202 | NOTICE of Appearance by Ann-Marie Luciano on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Luciano, Ann-Marie) (Entered: 01/31/2006) | 01/31/2006 |
| 223 | FILING FEE: $ 25.00, receipt number 320606 - Pro Hac Vice, Attorney, Ann D. White. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Piper, Francine) (Entered: 02/06/2006) | 01/31/2006 |
| 203 | NOTICE of Appearance by Kenneth G. Walsh on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Walsh, Kenneth) (Entered: 02/01/2006) | 02/01/2006 |
| 204 | NOTICE of Appearance by Gary B. Friedman on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Friedman, Gary) (Entered: 02/01/2006) | 02/01/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 205 | NOTICE of Appearance by Kenneth A. Gallo on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Gallo, Kenneth) (Entered: 02/01/2006) | 02/01/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/01/2006) | 02/01/2006 |
| 206 | NOTICE of Appearance by Jay S. Cohen on behalf of Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cohen, Jay) (Entered: 02/02/2006) | 02/02/2006 |
| 207 | NOTICE of Appearance by Jonathan J. Lerner on behalf of Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lerner, Jonathan) (Entered: 02/02/2006) | 02/02/2006 |
| 208 | NOTICE of Appearance by Richard A. Lockridge on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lockridge, Richard) (Entered: 02/02/2006) | 02/02/2006 |
| 209 | NOTICE of Appearance by Joseph R. Saveri on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Saveri, Joseph) (Entered: 02/02/2006) | 02/02/2006 |
| 210 | NOTICE of Appearance by Charles N. Nauen on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Nauen, Charles) (Entered: 02/02/2006) | 02/02/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 211 | NOTICE of Appearance by William A. Gengler on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Gengler, William) (Entered: 02/02/2006) | 02/02/2006 |
| 212 | NOTICE of Appearance by Darla Jo Boggs on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Boggs, Darla Jo) (Entered: 02/02/2006) | 02/02/2006 |
| 213 | NOTICE of Appearance by Carmen B. Copher on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Copher, Carmen) (Entered: 02/02/2006) | 02/02/2006 |
| 214 | NOTICE of Appearance by Jay Cohen on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al 05-cv-5352 JG-JO, Plaintiff(s) in civil action Lee et al. v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cohen, Jay) (Entered: 02/02/2006) | 02/02/2006 |
| 215 | NOTICE of Appearance by Joseph Goldberg on behalf of Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Goldberg, Joseph) (Entered: 02/02/2006) | 02/02/2006 |
| 216 | NOTICE of Appearance by Dennis Stewart on behalf of Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Stewart, Dennis) (Entered: 02/02/2006) | 02/02/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 228 | FILING FEE: $ 100.00, receipt number 320733 - Pro Hac Vice, Attorney's, Eugene A. Spector, Jay S. Cohen, Willim G. Caldes and David Feldman. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-KAM(Piper, Francine) (Entered: 02/06/2006) | 02/02/2006 |
| 217 | NOTICE of Appearance by Hector Daniel Geribon on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-KAM(Geribon, Hector) (Entered: 02/03/2006) | 02/03/2006 |
| 218 | Letter to Attorney Admission Clerk requesting Pro Hac Admission and enclosing the requisite fee for Joseph R. Saveri, Gretchen M. Nelson, Joshua P. Davis, Arthur Martin and George A. Shohet by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-KAM(Geribon, Hector) (Entered: 02/03/2006) | 02/03/2006 |
| 219 | Letter to Magistrate Judge James Orenstein re: status of parties' negotiations of a proposed protective order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 [Proposed] Protective Order)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Powell, Wesley) (Entered: 02/03/2006) | 02/03/2006 |
| 220 | ORDER re 219 Letter -- The parties' proposal to submit letters in support of their respective positions regarding a protective order by February 8, 2006 is approved. Approved by Judge James Orenstein on 02/06/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Adams-Ciardullo, Diana) (Entered: 02/06/2006) | 02/06/2006 |
| 221 | NOTICE of Appearance by Michael J. Boni on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Boni, Michael) (Entered: 02/06/2006) | 02/06/2006 |
| 222 | FILING FEE: $ 50.00, receipt number 320746 Pro Hac Vice, Attorneys Joseph M. Vanek and David P. Germaine. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Piper, Francine) (Entered: 02/06/2006) | 02/06/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 225 | NOTICE of Appearance by J. Douglas Richards on behalf of Connecticut Food Association, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Richards, J.) (Entered: 02/06/2006) | 02/06/2006 |
| 226 | Letter "IN REPLY TO THE JANUARY 23RD LETTER OF MR. STEWART OF HULETT HARPER STEWART LLP" by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Richards, J.) (Entered: 02/06/2006) | 02/06/2006 |
| 227 | NOTICE of Appearance by Eric H. Grush on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-KAM(Grush, Eric) (Entered: 02/06/2006) | 02/06/2006 |
| 229 | NOTICE of Appearance by Andrew J. McDonald on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-KAM(McDonald, Andrew) (Entered: 02/06/2006) | 02/06/2006 |
| 230 | NOTICE of Appearance by Michael M. Buchman on behalf of Connecticut Food Association, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Buchman, Michael) (Entered: 02/06/2006) | 02/06/2006 |
| 231 | RESPONSE in Support re 50 MOTION to Appoint Counsel Plaintiffs' Dr. Roy Hyman and Sharp Pro-Formance LLC, by their attorneys Foote, Meyers, Mielke and Flowers, LLC and Gray & White, Motion in Support of the Application of Milberg Weiss Bershad & Schulman, LLP as Lead C ounsel filed by Connecticut Food Association, Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Hellman, Charles) (Entered: 02/06/2006) | 02/06/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 232 | Letter to Judge Orenstein by Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Reinhardt, Mark) (Entered: 02/06/2006) | 02/06/2006 |
| 233 | Letter to Magistrate Judge Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Foote, Robert) (Entered: 02/06/2006) | 02/06/2006 |
| 234 | Letter to Magistrate Judge James Orenstein re: motions for appointment of lead counsel by Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Wildfang, K.) (Entered: 02/06/2006) | 02/06/2006 |
| 235 | NOTICE of Appearance by Richard P. Rouco on behalf of Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO(Rouco, Richard) (Entered: 02/07/2006) | 02/07/2006 |
| 236 | Letter Regarding Leadership Motions by Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO(Rouco, Richard) (Entered: 02/07/2006) | 02/07/2006 |
| 237 | NOTICE of Appearance by H. Laddie Montague on behalf of Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO(Montague, H.) (Entered: 02/07/2006) | 02/07/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 238 | NOTICE of Appearance by Joseph Michael Vanek on behalf of Supervalu Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Vanek, Joseph) (Entered: 02/07/2006) | 02/07/2006 |
| 239 | NOTICE of Appearance by David P. Germaine on behalf of Plaintiff(s) in civil action 05-cv-4650 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Germaine, David) (Entered: 02/07/2006) | 02/07/2006 |
| 240 | NOTICE of Appearance by Mark P. Ladner on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ladner, Mark) (Entered: 02/07/2006) | 02/07/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/07/2006) | 02/07/2006 |
| | Email Notification Test - DO NOT REPLY (Permaul, Jenny) (Entered: 02/07/2006) | 02/07/2006 |
| | Email Notification Test - DO NOT REPLY (Permaul, Jenny) (Entered: 02/07/2006) | 02/07/2006 |
| 241 | Corporate Disclosure Statement by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO.(Lazerwitz, Michael) (Entered: 02/08/2006) | 02/08/2006 |
| 242 | NOTICE of Appearance by Michael R. Lazerwitz on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lazerwitz, Michael) (Entered: 02/08/2006) | 02/08/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 243 | Letter from Jonathan M. Jacobson on behalf of American Express Travel Related Services Company, Inc. to The Honorable James Orenstein Regarding In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation by Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Jacobson, Jonathan) (Entered: 02/08/2006) | 02/08/2006 |
| 244 | Letter on behalf of All Defendants re: proposed protective order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Powell, Wesley) (Entered: 02/08/2006) | 02/08/2006 |
| 245 | Letter on behalf of Class Plaintiffs re: proposed protective order by Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO. (Attachments: # 1 Appendix of Exhibits A-C)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cohen, Bart) (Entered: 02/08/2006) | 02/08/2006 |
| 246 | Letter from Non-Class Plaintiffs to Mag. Judge Orenstein regarding Protective Order by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Blechman, William) (Entered: 02/08/2006) | 02/08/2006 |
| 247 | FILING FEE: $ 125.00, receipt number 320801 - Pro Hac Vice Attorneys - Joseph Saveri, Gretchen Nelson, Joshua Davis, Arthur Martin and George Shohet. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-KAM, 1:05-cv-05871-JG-KAM, 1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/09/2006) | 02/09/2006 |
| 248 | NOTICE of Appearance by Charles S. Hellman on behalf of Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-KAM,1:05-cv-05871-JG-KAM, 1:05-cv-05879-JG-KAM,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hellman, Charles) (Entered: 02/09/2006) | 02/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER -- The hearing on the motions by various counsel to be appointed lead plaintiffs' counsel will take place on Monday, February 13, 2006, at 1:30 p.m in Courtroom 920 of the United States Federal Courthouse in Central Islip, New York. Approved by Judge James Orenstein on 02/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/09/2006) | 02/09/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/09/2006) | 02/09/2006 |
| 249 | Letter From Gary B. Friedman, Esq. to Hon. Judge Gleeson and Magistrate Orenstein by Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Shube, Noah) (Entered: 02/10/2006) | 02/10/2006 |
| 250 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation for Pro Hac Vice Admission of Alicia J. Batts (Attachments: # 1 Text of Proposed Order # 2 Supplement Check for admission fee)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Batts, Alicia) (Entered: 02/10/2006) | 02/10/2006 |
| 251 | NOTICE of Appearance by Alicia Batts on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Batts, Alicia) (Entered: 02/10/2006) | 02/10/2006 |
| 252 | NOTICE of Appearance by Dianne M. Nast on behalf of Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Nast, Dianne) (Entered: 02/10/2006) | 02/10/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 253 | Letter from Jonathan M. Jacobson to The Honorable James Orenstein re: Proposed Protective Order by Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Jacobson, Jonathan) (Entered: 02/10/2006) | 02/10/2006 |
| | Email Notification Test - DO NOT REPLY. (Valle, Christine) (Entered: 02/10/2006) | 02/10/2006 |
| 254 | ORDER: In light of the weather and travel conditions, the conference scheduled for Monday February 13, 2006, in the Central Islip courthouse is ADJOURNED to a later date to be determined. I will contact counsel to reschedule the oral argument on the cross-motions for appointment as lead counsel. All counsel are requested to notify their colleagues of this order as soon and as widely as possible to avoid needless travel burdens. Ordered by Judge James Orenstein on February 12, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Orenstein, James) (Entered: 02/12/2006) | 02/12/2006 |
| 255 | NOTICE of Appearance by Ryan G. Kriger on behalf of Connecticut Food Association, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kriger, Ryan) (Entered: 02/13/2006) | 02/13/2006 |
| 256 | NOTICE of Appearance by Jason S. Kilene on behalf of Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kilene, Jason) (Entered: 02/14/2006) | 02/14/2006 |
| 257 | CERTIFICATE OF SERVICE by Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO re 256 Notice of Appearance,,,, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kilene, Jason) (Entered: 02/14/2006) | 02/14/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 260 | Letter to Magistrate Judge J. Orenstein with regard to telephone conference to re-schedule the hearing on the leadership motions by Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 02/14/2006) | 02/14/2006 |
| 272 | FILING FEE: $ 50.00, receipt number 321228 - Pro Hac Vice - Attorneys, Dianne Nast and Eric Burns. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/21/2006) | 02/14/2006 |
|  | ORDER -- A telephone conference is scheduled for February 15, 2006 at 1:30 p.m. to discuss the respective proposals for a protective order and to reschedule oral argument on the cross motions for appointment as lead plaintiffs' counsel. The call-in number for the conference call is 1-800-289-5126 and the participants' passcode is 212-661-1100. Approved by Judge James Orenstein on 02/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/14/2006) | 02/14/2006 |
| 261 | NOTICE of Appearance by Alicia Batts on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Batts, Alicia) (Entered: 02/15/2006) | 02/15/2006 |
| 262 | PRETRIAL ORDER 4. On February 15, 2006, I held a telephone conference and made the following rulings: (1) Oral argument on the cross motions for appointment as lead plaintiffs' counsel was rescheduled for February 23, 2006 at 3:30 p.m. (2) The parties discussed the respective proposals for a protective order. The proposed protective order submitted on February 3, 2006, docket entry 219-2, is SO ORDERED with the modifications specified in the attached order. (3) I will entertain any application to modify paragraph 13(c) to include additional specific third parties to whom disclosure of confidential materials is prohibited. (4) The protective order, as modified, is effective immediately. In the interest of a clear record, the parties are directed to submit by February 17, 2006, a revised version of the protective order that incorporates the modifications ordered above. In addition, by the same date Liaison Counsel shall file a document listing the counsel who participated in today's telephone conference. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 02/15/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) Modified on 2/15/2006 (Dasaro-Savona, Michele). (Entered: 02/15/2006) | 02/15/2006 |
|  | ORDER terminating 42 Motion for Protective Order. SEE DOCKET ENTRY #262. Ordered by JudgeJames Orenstein on 2/15/06. (Guy, Alicia) (Entered: 09/18/2006) | 02/15/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 263 | NOTICE by National City Corporation Filing Fee Received Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 02/16/2006) | 02/16/2006 |
| 264 | NOTICE of Appearance by Keila D. Ravelo on behalf of Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 02/16/2006) | 02/16/2006 |
| 265 | NOTICE of Appearance by Craig Gordon Harley on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Harley, Craig) (Entered: 02/16/2006) | 02/16/2006 |
| 266 | Letter to Honorable Magistrate James Orenstein regarding participants in February 15, 2006 telephone conference by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cowart, Jason) (Entered: 02/17/2006) | 02/17/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 267 | NOTICE of Appearance by Keila D. Ravelo on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al. v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 02/17/2006) | 02/17/2006 |
| 268 | FILING FEE: $ 50.00, receipt number 320850 - Pro Hac Vice - Attorneys Charles Hadden and Jason Hartley. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/17/2006) | 02/17/2006 |
| 269 | Letter to Magistrate Judge Orenstein submitting a Revised Protective Order on Behalf of All Parties by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Powell, Wesley) (Entered: 02/17/2006) | 02/17/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 270 | FILING FEE: $ 100.00, receipt number 320830 - Pro Hac Vice Attorneys- Michael Boni, Robert LaRocca, Kate Reznick and Joshua Snyder. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/17/2006) | 02/17/2006 |
| 271 | NOTICE of Appearance by Teresa T. Bonder on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bonder, Teresa) (Entered: 02/17/2006) | 02/17/2006 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/17/2006) | 02/17/2006 |
| 273 | NOTICE of Appearance by Keila D. Ravelo on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, Inc., et al. 05-cv-5868, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc. 05-cv-5885, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 02/21/2006) | 02/21/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 269 -- The protective order is SO ORDERED. Approved by Judge James Orenstein on 02/21/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/21/2006) | 02/21/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/21/2006) | 02/21/2006 |
| 274 | NOTICE of Appearance by Matthew Stephen Freimuth on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799-- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Freimuth, Matthew) (Entered: 02/22/2006) | 02/22/2006 |
| 275 | NOTICE of Appearance by Jeffrey D. Bores on behalf of Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bores, Jeffrey) (Entered: 02/22/2006) | 02/22/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 276 | NOTICE of Appearance by Stewart C. Loper on behalf of Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Loper, Stewart) (Entered: 02/22/2006) | 02/22/2006 |
| 277 | Letter to Magistrate Judge Orenstein regarding updated Conflict of Interest Schedule by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Conflict of Interest Schedule)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cowart, Jason) (Entered: 02/22/2006) | 02/22/2006 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/23/2006) | 02/23/2006 |
| 278 | ORDER -- For the reasons forth in the attached Memorandum and Order, I grant the motion of the Certain Class Plaintiffs group, DE 27, deny the cross-motion of the Payless Shoesource group, DE 98, and appoint as plaintiffs' co-lead counsel the following three law firms: Robins, Kaplan, Miller & Ciresi L.L.P.; Berger & Montague, P.C.; and Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 02/24/06. (Adams-Ciardullo, Diana) (Entered: 02/24/2006) | 02/24/2006 |
| 279 | PRETRIAL ORDER 5: (1) The attached order specifies the responsibilities of co-lead plaintiffs' counsel and designates liaison counsel. (2) The first status conference will take place on March 8, 2006, at 9:30 a.m., at the Brooklyn courthouse in courtroom 5. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 02/24/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/24/2006) | 02/24/2006 |
|  | ORDER terminating 34 Motion to Appoint Counsel, terminating 35 Motion to Appoint Counsel, terminating 43 Motion to Appoint Counsel, terminating 50 Motion to Appoint Counsel. SEE DOCKET ENTRY #278. Ordered by JudgeJames Orenstein on 2/24/06. (Guy, Alicia) (Entered: 09/18/2006) | 02/24/2006 |
| 280 | NOTICE of Appearance by Jason S. Hartley on behalf of Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hartley, Jason) (Entered: 02/27/2006) | 02/27/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 281 | NOTICE of Appearance by Jason S. Hartley on behalf of Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hartley, Jason) (Entered: 02/27/2006) | 02/27/2006 |
| 282 | STATUS REPORT PARTIES' CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGMENT CONFERENCE NO. 2 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sweeney, Bonny) (Entered: 03/01/2006) | 03/01/2006 |
| 283 | NOTICE of Appearance by Brian N. Toder on behalf of Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc 05-cv-5070 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Toder, Brian) (Entered: 03/02/2006) | 03/02/2006 |
| 284 | Letter MOTION for Extension of Time to File Answer to the Complaint by Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bartel, Paul) (Entered: 03/03/2006) | 03/03/2006 |
|  | ORDER granting 284 Motion for Extension of Time to Answer -- SO ORDERED. Mr. Bartel is reminded that pursuant to Pretrial Order 2, DE 160, submissions should only be docketed on the Master File and counsel should opt not to spread text across the individual actions. Approved by Judge James Orenstein on 03/06/06. (Adams-Ciardullo, Diana) (Entered: 03/05/2006) | 03/05/2006 |
| 285 | Corporate Disclosure Statement by Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05073-JG-JO(Cohen, Jay) (Entered: 03/06/2006) | 03/06/2006 |
| 286 | Corporate Disclosure Statement by Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bores, Jeffrey) (Entered: 03/06/2006) | 03/06/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 287 | NOTICE of Appearance by Patrick A. Klingman on behalf of Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Klingman, Patrick) (Entered: 03/07/2006) | 03/07/2006 |
| 288 | NOTICE of Appearance by Bernard Persky on behalf of Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Persky, Bernard) (Entered: 03/07/2006) | 03/07/2006 |
| 301 | FILING FEE: $ 50.00, receipt number 019119 - Pro Hac Vice - Attorney, Joe R. Whatley and Richard Rouco. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 03/21/2006) | 03/07/2006 |
| 289 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 3/8/2006. SCHEDULING: The next status conference will be held on May 9, 2006, at 9:30 a.m. THE FOLLOWING RULINGS WERE MADE: (1) The class plaintiffs will file a Consolidated Amended Class Complaint by April 24, 2006. (2) The parties' respective counsel will meet and confer regarding a discovery schedule and submit either a joint report or competing proposals by March 22, 2006. (3) The parties report that they have reached an agreement to amend the Protective Order, master file docket entry 269. The parties directed to submit for my approval an amended order that reflects the terms to which they have agreed. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Orenstein, James) (Entered: 03/08/2006) | 03/08/2006 |
| 290 | NOTICE of Appearance by Merrill G. Davidoff on behalf of Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Davidoff, Merrill) (Entered: 03/08/2006) | 03/08/2006 |
| 298 | Letter dated 3/7/06 from Allan Steyer, Esq. to Clerk of Court enclosing a receipt showing payment of $50 to cover the pro hac vice motions of Allan Steyer and D. Scott Macrae. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05075-JG-JO(Chee, Alvin) (Entered: 03/17/2006) | 03/08/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 296 | FILING FEE: $ 75.00, receipt number 322302 for attorney Douglas G. Thompson, Hilary K. Ratway, and Richard M. Volin admission pro hac vice Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Greene, Donna) (Entered: 03/16/2006) | 03/09/2006 |
| 291 | NOTICE of Appearance by Michael Edward Johnson on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Johnson, Michael) (Entered: 03/10/2006) | 03/10/2006 |
| 292 | NOTICE of Appearance by Hilary K Ratway on behalf of Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ratway, Hilary) (Entered: 03/10/2006) | 03/10/2006 |
| 293 | Letter Regarding Amended Protective Order by Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO. (Attachments: # 1 # 2 # 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Powell, Wesley) (Entered: 03/10/2006) | 03/10/2006 |
| 294 | PRETRIAL ORDER 6 re 293 Letter -- The proposed amended protective order, DE 293, Attachments 1-2, is SO ORDERED. Approved by Judge James Orenstein on 03/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 03/13/2006) | 03/13/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 295 | NOTICE of Appearance by Benjamin R. Nagin on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:06-cv-00039-JG-JO(Nagin, Benjamin) (Entered: 03/14/2006) | 03/14/2006 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 03/15/2006) | 03/15/2006 |
| 297 | Letter dated 1/26/06 from Gary Carney to the Clerk, enclosing confidential documents in connection with the Motion of deft. MasterCard for disqualification of counsel Robins, Kaplan, Miller & Ciresi, LLP. (Documents (in a box) placed in vault.) (Vaughn, Terry) (Entered: 03/16/2006) | 03/16/2006 |
| 299 | NOTICE of Appearance by Steven A. Asher on behalf of Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Asher, Steven) (Entered: 03/20/2006) | 03/20/2006 |
| 300 | Letter To Honorable Magistrate Orenstein enclosing updated Conflict of Interest Schedule by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Conflict of Interest Schedule Update)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:06-cv-00039-JG-JO(Cowart, Jason) (Entered: 03/20/2006) | 03/20/2006 |
| 307 | ORDER, endorsed on letter dated 3/20/06 from Robert Kitchenoff to Sandra Jones, regarding pro hac vice admissions of attorneys Robert S. Kitchenoff and Robert D. Greenbaum. (Ordered by Judge John Gleeson on 3/23/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 03/27/2006) | 03/21/2006 |
| 308 | FILING FEE: $ 50.00, receipt number 322756 - Pro Hac Vice Attorneys - Robert S. Kitchenoff and Robert D. Greenbaum. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 03/27/2006) | 03/21/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 302 | Letter to the Honorable James Orenstein dated March 22, 2006 re Proposed Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Davidoff, Merrill) (Entered: 03/22/2006) | 03/22/2006 |
| 303 | Proposed Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Davidoff, Merrill) (Entered: 03/22/2006) | 03/22/2006 |
| | ORDER re 303 Proposed Scheduling Order -- SO ORDERED. Approved by Judge James Orenstein on 03/23/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 03/23/2006) | 03/23/2006 |
| 304 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 1731201. by Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Giskan, Oren) (Entered: 03/24/2006) | 03/24/2006 |
| 305 | NOTICE of Appearance by Jayne A. Goldstein on behalf of Fringe, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO(Goldstein, Jayne) (Entered: 03/24/2006) | 03/24/2006 |
| 306 | NOTICE of Appearance by Lee Albert on behalf of Fringe, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO(Albert, Lee) (Entered: 03/24/2006) | 03/24/2006 |
| | Email Notification Test - DO NOT REPLY (Layne, Monique) (Entered: 03/24/2006) | 03/24/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 03/24/2006) | 03/24/2006 |
| 309 | FILING FEE: $ 25.00, receipt number 323054. Pro Hac Vice attorney Donald L. Perelman at Fine, Kaplan and Black, R.P.C. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Greene, Donna) (Entered: 03/30/2006) | 03/27/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 310 | NOTICE of Appearance by Thomas G. Wilhelm on behalf of Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wilhelm, Thomas) (Entered: 04/03/2006) | 04/03/2006 |
| 312 | NOTICE of Appearance by Leslie Hurst on behalf of Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hurst, Leslie) (Entered: 04/06/2006) | 04/06/2006 |
| 313 | FILING FEE: $ 25.00, receipt number 323842 Pro Hac Vice - Lerach, Coughlin, Stoia, Gellar, Rudman Robbins LLP - Attorney, Amelia Burroughs. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 04/14/2006) | 04/12/2006 |
| 314 | Letter dtd. 4/12/06 from M. Carter of the J.P.M.L. to Mr. Heinemann, enclosing a certified copy of the Transfer Order filed on 4/12, ORDERED that these (4)actions pursuant to 28:1407, are transferred to the Eastern Dist.of N.Y. and assigned to Judge Gleeson for inclusion in the coord./consol. pretrial proceedings there re MDL-1720. **Fwd. for assignment of new civil no's. (Rec'd for docketing 4/18/06).Associated Cases:1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Layne, Monique) (Entered: 04/19/2006) | 04/14/2006 |
| 315 | NOTICE of Appearance by Robert D. Greenbaum on behalf of Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Greenbaum, Robert) (Entered: 04/24/2006) | 04/24/2006 |
| 316 | NOTICE of Appearance by Robert S. Kitchenoff on behalf of Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Kitchenoff, Robert) (Entered: 04/24/2006) | 04/24/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 317 | AMENDED COMPLAINT FIRST CONSOLIDATED AMENDED CLASS ACTION COMPLAINT against all defendants, filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO.(Wildfang, K.) (Entered: 04/24/2006) | 04/24/2006 |
| 318 | NOTICE of Appearance by Donald L. Perelman on behalf of Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Perelman, Donald) (Entered: 05/02/2006) | 05/02/2006 |
| 319 | MOTION to Withdraw as Attorney by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lazerwitz, Michael) (Entered: 05/02/2006) | 05/02/2006 |
| 320 | STATUS REPORT and Proposed Agenda for Case Management Conference No. 3 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Blechman, William) (Entered: 05/02/2006) | 05/02/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER granting 319 Motion to Withdraw as Attorney -- SO ORDERED. Approved by Judge James Orenstein on 05/03/06. (Adams-Ciardullo, Diana) (Entered: 05/03/2006) | 05/03/2006 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 05/05/2006) | 05/05/2006 |
| 321 | PRETRIAL ORDER 7: (1) A conference is scheduled for May 17, 2006, at 4:00 p.m. to discuss the status of securing the necessary third parties' consent to the production of confidential documents. (2) A status conference is scheduled for June 20, 2006, at 2:00 p.m. The conference will be canceled if the parties file a joint submission by June 18, 2006 stating that there are no discovery disputes requiring my intervention. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 05/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/09/2006) | 05/09/2006 |
| 322 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 5/9/2006. (Court Reporter Ron Tolkin.) (Attachments: # 1Appearance Sheet) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Guy, Alicia) (Entered: 05/10/2006) | 05/09/2006 |
| 323 | NOTICE of Appearance by Ann D. White on behalf of Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(White, Ann) (Entered: 05/10/2006) | 05/10/2006 |
| 324 | NOTICE of Appearance by Joshua N Holian on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Holian, Joshua) (Entered: 05/10/2006) | 05/10/2006 |
| 325 | Corporate Disclosure Statement by Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Holian, Joshua) (Entered: 05/10/2006) | 05/10/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 326 | FILING FEE: $ 125.00, receipt number 325128 - Pro Hac Vice - Attorneys, Daniel Wall, Joshua Holian, Erica Grossman, Eric McCarthy and Jason Cruise. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 05/15/2006) | 05/12/2006 |
| 327 | STATUS REPORT Statement of Defendants Visa U.S.A. Inc. and Mastercard International Incorporated Concerning the Status of the Third-Party Notice Process by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc et al 05-cv- 5207 JG JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Rite Aid Corporation et al v. Visa U.S.A., Inc. et al 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A. Inc. et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., et al 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al. 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A. Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 05/16/2006) | 05/16/2006 |
| 328 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 5/17/2006. SCHEDULING: The next status conference will be held on June 6, 2006, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: See Pretrial Order No. 8. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/17/2006) | 05/17/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 329 | PRERIAL ORDER 8: (1) The parties are working cooperatively with respect to the production of confidential documents from the Wal-Mart litigation and do not require my intervention. (2) For reasons discussed in the attached Order, counsel for the defendants shall submit a proposed order concerning the production of outstanding confidential documents from USA v. Visa by May 19, 2006. (3) At the next status conference I will address the status of securing the necessary third parties' consent to the production of confidential documents from the First Data litigation. (SEE ATTACHED ORDER.) Signed by Judge James Orenstein on 05/17/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/17/2006) | 05/17/2006 |
| 330 | AMENDED Minute Entry for proceedings held before James Orenstein: Status Conference held on 5/18/2006. The prior minute entry incorrectly listed the date of the next status conference. The next status conference will be held on June 20, 2006, at 2:00 p.m. Accordingly, the deadline for the defendants to file a statement listing each necessary third party that has not consented to the production of confidential materials from the First Data litigation is extended until June 16, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/18/2006) | 05/18/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 331 | NOTICE by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070- JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Proposed Order re production of documents from DOJ action Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 05/19/2006) | 05/19/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 332 | First MOTION for Leave to File Supplemental Complaint by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. (Attachments: # 1 Supplement Class Plaintiffs' First Supplemental Class Action Complaint)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 05/22/2006) | 05/22/2006 |
| | ORDER re 331 Notice -- Liason Counsel shall notify the court as to whether any of the plaintiffs object to the defendants proposed order by COB on May 24, 2006. Approved by Judge James Orenstein on 05/22/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/22/2006) | 05/22/2006 |
| 333 | NOTICE of Appearance by Patricia A. Sullivan on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 05/23/2006) | 05/23/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 334 | Corporate Disclosure Statement by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc. et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 05/23/2006) | 05/23/2006 |
| | ORDER The plaintiffs' motion for leave to file a supplemental complaint, docket entry 332 , is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on May 23, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gleeson, John) (Entered: 05/23/2006) | 05/23/2006 |
| | ORDER re 332 First MOTION for Leave to File Supplemental Complaint -- The defendants shall respond to the plaintiffs' application by May 26, 2006. If the defendants consent to the plaintiffs' request, they should confer with counsel for the plaintiffs and report whether the parties agree to any change in the agreed-upon date for responding to the complaint. Approved by Judge James Orenstein on 05/23/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/23/2006) | 05/23/2006 |
| | MOTIONS 332 First MOTION for Leave to File Supplemental Complaint REFERRED to Judge Mag. James Orenstein. (Piper, Francine) (Entered: 05/24/2006) | 05/23/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 335 | Letter to court responsive to minute order of May 22, 2006, regarding the proposed order submitted by defendants by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc et al 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A. Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A. Inc et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc., et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association v. Visa U.S.A., Inc. et al 05-cv-5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 05/24/2006) | 05/24/2006 |
| | Email Notification Test - DO NOT REPLY. (Barrett, C.) (Entered: 05/24/2006) | 05/24/2006 |
| | ORDER re 331 -- The proposed order submitted by defendants is SO ORDERED. Approved by Judge James Orenstein on 05/25/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sunshine, Jason) (Entered: 05/25/2006) | 05/25/2006 |
| 336 | Letter to Attorney Admission Clerk requesting Pro Hac Admission and enclosing the requisite fee for Kimberly Keevers Palmer, Michael J. Brickman, Daniel O. Myers and Daniel M. Bradley by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) | 05/26/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 337 | Corporate Disclosure Statement by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) | 05/26/2006 |
| 338 | Corporate Disclosure Statement by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) | 05/26/2006 |
| 339 | NOTICE of Change of the address of counsel Jaffe & Martin by Hector Daniel Geribon Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) | 05/26/2006 |
| 340 | NOTICE of Change of New York address by Regina Marie Calcaterra Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Calcaterra, Regina) (Entered: 05/26/2006) | 05/26/2006 |
| 341 | Letter to Judge Orenstein Opposing Class Plaintiffs' Application for Leave and Requesting a Pre-Motion Conference with the Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gallo, Kenneth) (Entered: 05/26/2006) | 05/26/2006 |
| 342 | Letter to Judge Gleeson on Behalf of Mastercard Incorporated and Mastercard International Incorporated, Requesting a Pre-Motion Conference with the Court. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gallo, Kenneth) (Entered: 05/26/2006) | 05/26/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 343 | Letter to Judge Gleeson on Behalf of All Defendants Requesting a Pre-Motion Conference with the Court for the Purpose of Obtaining Permission to File a Motion Pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gallo, Kenneth) (Entered: 05/26/2006) | 05/26/2006 |
| 363 | FILING FEE: $ 100.00, receipt number 325700 Pro Hac Vice - Attorneys, Kimberly Keevers Palmer, Michael J. Brickman, Daniel O. Myers and Daniel M. Bradely. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 06/08/2006) | 05/30/2006 |
| 344 | PRETRIAL ORDER 9: (1) A conference is scheduled for June 5, 2006, at 2:00 p.m. to discuss the class plaintiffs' application for leave to file a supplemental complaint. (2) The deadline for the defendants to file a responsive motion to the Consolidated Amended Class Complaint is adjourned without a date. The parties shall be prepared to discuss a revised briefing schedule at the next conference. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 05/31/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/31/2006) | 05/31/2006 |
| 345 | Letter to Magistrate Judge James Orenstein with regard to adjourning the previously set deadline for defendants to respond to the Consolidated Amended Class Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 05/31/2006) | 05/31/2006 |
| 346 | NOTICE of Appearance by David Sapir Lesser on behalf of HSBC Bank USA, N.A. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lesser, David) (Entered: 06/01/2006) | 06/01/2006 |
| 347 | Corporate Disclosure Statement by HSBC Bank USA, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lesser, David) (Entered: 06/01/2006) | 06/01/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 431 | FILING FEE: $ 150.00, receipt number 019906 - Pro Hac Vice - Attorneys, Ross Abbey; Kenneth Freeling; Kevin Magnuson; M. Ginger McCauley; Sonya Seidl and Lyzette Wallace. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/27/2006) | 06/02/2006 |
| 348 | NOTICE of Appearance by Eric Bloom on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bloom, Eric) (Entered: 06/05/2006) | 06/05/2006 |
| 349 | Minute Entry for proceedings held before James Orenstein: Pre Motion Conference held on 6/5/2006. SCHEDULING: The next status conference will be held on June 20, 2006, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: See Pretrial Order No. 10. (Court Reporter Burt Sulzer.)Associated Cases: 05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/05/2006) | 06/05/2006 |
| 350 | PRETRIAL ORDER 10 granting 332 Motion for Leave to File -- The attached Order grants the class plaintiffs' application for leave to file a supplemental complaint and addresses a number of scheduling issues. SEE ATTACHED ORDER. Signed by Judge James Orenstein on 06/05/06.(Adams-Ciardullo, Diana) (Entered: 06/05/2006) | 06/05/2006 |
| 426 | ADMISSION TO PRACTICE PRO HAC VICE, This Order confirms the appearance of Richard L. Creighton, Jr., Patrick F. Fischer, Joseph M. Callow,, Jr. and Drew M. Hicks as counsel. ( Ordered by Judge John Gleeson on 6/13/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/23/2006) | 06/05/2006 |
| 427 | FILING FEE: $ 100.00, receipt number 326005 - Pro Hac Vice Attorneys - Richard Creighton, Patrick Fischer, Joseph Callow and Drew Hicks. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/23/2006) | 06/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER the defendants' motion to dismiss is respectfully referred to Magistrate Judge James Orenstein for a report and recommendation. The motion is to be briefed and argued on a schedule to be set by Judge Orenstein. Ordered by Judge John Gleeson on June 5, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gleeson, John) (Entered: 06/05/2006) | 06/05/2006 |
| 351 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 06/06/2006) | 06/06/2006 |
| 352 | NOTICE of Appearance by Florence Amanda Crisp on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Crisp, Florence) (Entered: 06/06/2006) | 06/06/2006 |
| 353 | Letter to Hon. Magistrate Judge Orenstein by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Updated Conflict of Interest Schedule)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cowart, Jason) (Entered: 06/06/2006) | 06/06/2006 |
| 354 | Letter Corrected to Hon. Magistrate Judge Orenstein by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Updated Conflict of Interest Schedule)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cowart, Jason) (Entered: 06/06/2006) | 06/06/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 355 | Corporate Disclosure Statement by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 06/07/2006) | 06/07/2006 |
| 356 | STIPULATION of Dismissal Without Prejudice by Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 06/07/2006) | 06/07/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 06/07/2006) | 06/07/2006 |
| 357 | Corporate Disclosure Statement by Capital One Bank, Capital One F S B, Capital One Financial Corp. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Frackman, Andrew) (Entered: 06/08/2006) | 06/08/2006 |
| 358 | NOTICE of Appearance by Andrew J. Frackman on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Frackman, Andrew) (Entered: 06/08/2006) | 06/08/2006 |
| 359 | NOTICE of Appearance by Edward D. Hassi on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hassi, Edward) (Entered: 06/08/2006) | 06/08/2006 |
| 360 | NOTICE of Voluntary Dismissal by Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO [same as #356] (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 06/08/2006) | 06/08/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 361 | Corporate Disclosure Statement by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 06/08/2006) | 06/08/2006 |
| 362 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 06/08/2006) | 06/08/2006 |
| 364 | ANSWER to Amended Complaint (Answer of Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.) by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Meijer, Inc. v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Greene, Peter) (Entered: 06/08/2006) | 06/08/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 365 | Corporate Disclosure Statement by Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Grossman, Erica) (Entered: 06/08/2006) | 06/08/2006 |
| 366 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint of Hy-Vee, Inc. by Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |
| 367 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint of Raley's by Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |
| 368 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint of Supervalu Inc. by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-4650 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) Modified on 6/9/2006 to indicate that the defendant filed this document (Barrett, C.) (Entered: 06/09/2006) | 06/09/2006 |
| 369 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint Rite Aid Corporation et al. by Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |
| 370 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint Supervalu Inc. by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 371 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint of Kroger Co. by Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |
| 372 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint of Meijer, Inc. et al. by Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc et al 05-cv-4131 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |
| 373 | Defendant Visa U.S.A. Inc.'s ANSWER to Complaint Publix Supermarkets, Inc. by Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. 05-cv-4677-JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |
| 374 | ANSWER to Complaint by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883-JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A., Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Jeffries, Richard) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 375 | Defendant's Visa U.S.A. Inc's ANSWER to Complaint of All Class Actions by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) | 06/09/2006 |
| 376 | MOTION to Dismiss by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO. Responses due by 7/21/2006 (Attachments: # 1 MEMORANDUM OF LAW OF DEFENDANTS MASTERCARD INTERNATIONAL INCORPORATED AND MASTERCARD INCORPORATED IN SUPPORT OF THEIR MOTION TO DISMISS INDIVIDUAL MERCHANT PLAINTIFFS' CLAIMS UNDER SHERMAN ACT SECTION 2# 2 DECLARATION OF ADAV NOTI)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Carney, Gary) (Entered: 06/09/2006) | 06/09/2006 |
| 377 | ANSWER to Complaint (Answer of Defendants Bank of America Corp., Bank of America, N.A., BA Merchant Services LLC, and MBNA America Bank, N.A.) by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO.Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Ladner, Mark) (Entered: 06/09/2006) | 06/09/2006 |
| 378 | ANSWER to Complaint First Consolidated Amended Class Action Complaint by Wells Fargo & Company.Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Holian, Joshua) (Entered: 06/09/2006) | 06/09/2006 |
| 379 | Defendant Texas Independent Bancshares, Inc. ANSWER to Complaint First Consolidated Amended Class Action Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Orleans, Jonathan) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 380 | NOTICE of Appearance by Eric J. McCarthy on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(McCarthy, Eric) (Entered: 06/09/2006) | 06/09/2006 |
| 381 | NOTICE of Appearance by Erica T. Grossman on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Grossman, Erica) (Entered: 06/09/2006) | 06/09/2006 |
| 382 | NOTICE of Appearance by Jason D. Cruise on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cruise, Jason) (Entered: 06/09/2006) | 06/09/2006 |
| 383 | Letter to Attorney Admissions Clerk, re: Pro Hac Vice Admission for Joseph W. Clark by National City Bank of Kentucky, National City Corporation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 06/09/2006) | 06/09/2006 |
| 384 | Defendants Providian National Bank, Providian Financial Corporation and Washington Mutual, Inc.'s ANSWER to Complaint First Consolidated Amended Class Action Complaint by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 06/09/2006) | 06/09/2006 |
| 385 | ANSWER to Complaint by National City Corporation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 386 | ANSWER to Complaint by National City Bank of Kentucky.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 06/09/2006) | 06/09/2006 |
| 387 | MOTION to Dismiss by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, Inc., et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Responses due by 7/21/2006 (Attachments: # 1 MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE PLAINTIFFS' PRE-2004 DAMAGES CLAIMS# 2 DECLARATION OF KENNETH A. GALLO# 3 DECLARATION OF BRETT KITT# 4 DECLARATION OF BRETT KITT PART 2# 5 DECLARATION OF BRETT KITT PART 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Carney, Gary) (Entered: 06/09/2006) | 06/09/2006 |
| 388 | ANSWER to Complaint /Answer of Defendant Juniper Financial Corp. to the First Consolidated Amended Class Action Complaint by Juniper Financial Corporation. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bagley, Lisa) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 389 | ANSWER to Complaint / Answer of Defendants MasterCard Incorporated and MasterCard International Incorporated to First Consolidated Amended Class Action Complaint by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) | 06/09/2006 |
| 390 | ANSWER to Complaint by HSBC Finance Corporation, HSBC North America Holdings, Inc. (Attachments: # 1 Exhibit Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lesser, David) (Entered: 06/09/2006) | 06/09/2006 |
| 391 | Visa International's ANSWER to Complaint by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 392 | ANSWER to Complaint with Jury Demand / Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) | 06/09/2006 |
| 393 | ANSWER to Complaint with Jury Demand / Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to The Kroger Co. Complaint 05-cv- 6913 by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) | 06/09/2006 |
| 394 | ANSWER to Complaint by Capital One Bank, Capital One F S B, Capital One Financial Corp.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Frackman, Andrew) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 395 | ANSWER to Complaint with Jury Demand / Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Raley's Complaint (05-cv-4799) by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) | 06/09/2006 |
| 396 | Visa International's ANSWER to Complaint by Supervalu by Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 397 | ANSWER to Complaint with Jury Demand / Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Publix Super Markets, Inc Complaint (05-cv-4677) by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) | 06/09/2006 |
| 398 | Visa International's ANSWER to Complaint Rite Aid by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 399 | Visa International's ANSWER to Complaint by Raley's by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 400 | ANSWER to Complaint with Jury Demand / Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Rite Aid Corporation and Pathmark Store, Inc. Complaint (05-cv-0078) by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 401 | Visa International's ANSWER to Complaint by Publix by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 402 | Visa International's ANSWER to Complaint by Meijer by all defendants. (Attachments: # 1 Certificate if Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 403 | ANSWER to Complaint with Jury Demand / Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Hy-Vee, Inc. Complaint (05-cv-3925) by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) | 06/09/2006 |
| 404 | Visa International's ANSWER to Complaint by Kroger by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 405 | Visa International's ANSWER to Complaint by Hy-Vee by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) | 06/09/2006 |
| 406 | ANSWER to Complaint with Jury Demand by Wachovia Bank, N.A., Wachovia Corporation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Harris, Harold) (Entered: 06/09/2006) | 06/09/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 407 | ANSWER to Complaint by Citibank N A, Citicorp, Citigroup Inc.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Nagin, Benjamin) (Entered: 06/09/2006) | 06/09/2006 |
| 408 | STIPULATION re 350 Order on Motion for Leave to File, AND [PROPOSED] SCHEDULING ORDER by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A., Inc., et al at 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Carney, Gary) (Entered: 06/12/2006) | 06/12/2006 |
| 409 | MEMORANDUM to all counsel concerning electronic filing. SEE ATTACHED MEMORANDUM. Signed by Judge James Orenstein on 06/12/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/12/2006) | 06/12/2006 |
| 424 | ORDER, granting Joseph W. Clark request for admission pro hac vice. (Ordered by Judge John Gleeson on 6/14/06)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/23/2006) | 06/12/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 425 | FILING FEE: $ 25.00, receipt number 326389. Pro Hac Vice, - Attorney, Joseph W. Clark. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/23/2006) | 06/12/2006 |
| | ORDER re 408 Stipulation -- SO ORDERED. Approved by Judge James Orenstein on 06/13/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/13/2006) | 06/13/2006 |
| | Email Notification Test - DO NOT REPLY (Levine, Evelyn) (Entered: 06/14/2006) | 06/14/2006 |
| 410 | Letter from Peter E. Greene, Esq. to the Honorable James Orenstein by Chase Bank USA, N.A., JP Morgan Chase & Co.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Greene, Peter) (Entered: 06/15/2006) | 06/15/2006 |
| 411 | NOTICE of Appearance by Patrick F. Fischer on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Fischer, Patrick) (Entered: 06/15/2006) | 06/15/2006 |
| 412 | NOTICE of Appearance by Richard L. Creighton on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Creighton, Richard) (Entered: 06/15/2006) | 06/15/2006 |
| 413 | NOTICE of Appearance by Drew M. Hicks on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Hicks, Drew) (Entered: 06/15/2006) | 06/15/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 414 | NOTICE of Appearance by Joseph M. Callow on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Callow, Joseph) (Entered: 06/15/2006) | 06/15/2006 |
| 415 | Letter to Hon. Judge Orenstein regarding Status Conference currently scheduled for June 20, 2006, by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 06/15/2006) | 06/15/2006 |
| 416 | MOTION to Substitute Attorney and terminate notices to Attorney Paul F. Donsbach by Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Jeffries, Richard) (Entered: 06/16/2006) | 06/16/2006 |
| 417 | STATUS REPORT Parties' Joint Agenda and Status Report for June 20, 2006 Conference by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 06/16/2006) | 06/16/2006 |
| | ORDER -- In the absence of consent, the defendants' application to adjourn the next conference is denied. If there are matters that are unripe for decision as of the date of the conference, I will schedule further proceedings as appropriate.Approved by Judge James Orenstein on 06/16/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/16/2006) | 06/16/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 418 | STIPULATION and [Proposed] Order to Extend Time for Defendants to Respond to Complaint by Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 06/19/2006) | 06/19/2006 |
| | ORDER granting 416 Motion to Substitute Attorney -- SO ORDERED. Approved by Judge James Orenstein on 06/19/06. (Adams-Ciardullo, Diana) (Entered: 06/19/2006) | 06/19/2006 |
| 419 | Letter re: payment of Pro Hac Vice fee for Valarie C. Williams by Wachovia Bank, N.A., Wachovia Corporation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Harris, Harold) (Entered: 06/20/2006) | 06/20/2006 |
| 420 | NOTICE of Appearance by Charles S. Hellman on behalf of Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Hellman, Charles) (Entered: 06/20/2006) | 06/20/2006 |
| 421 | NOTICE of Appearance by Harold Stephen Harris on behalf of Wachovia Bank, N.A., Wachovia Corporation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Harris, Harold) (Entered: 06/20/2006) | 06/20/2006 |
| 422 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 6/20/2006. APPEARANCES: See attachment. SCHEDULING: The next status conference will be held on August 8, 2006, at 9:30 a.m. THE FOLLOWING RULINGS WERE MADE: (1) Legacy discovery is proceeding as discussed on the record. (2) Counsel for parties with an interest in the issue of the production of the objective coding of documents produced in the Wal-Mart litigation, together with Lead Class Counsel in that litigation, will continue to discuss the matter and report further at the next conference. Lead Class Counsel from the Wal-Mart litigation is encouraged to attend the next conference if the matter has not been resolved by that time. (3) Counsel for the class plaintiffs shall provide a copy of this minute order to the Wal-Mart Lead Class Counsel. (Attachments: # 1 Exhibit) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/20/2006) | 06/20/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 418 Stipulation -- SO ORDERED. Approved by Judge James Orenstein on 06/20/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/20/2006) | 06/20/2006 |
| 432 | FILING FEE: $ 25.00, receipt number 326738. Pro Hac Vice attorney Cary L. Talbot. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Donna) (Entered: 06/29/2006) | 06/21/2006 |
| 423 | MOTION to Withdraw as Attorney by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Raabe, Craig) (Entered: 06/22/2006) | 06/22/2006 |
| | ORDER granting 423 Motion to Withdraw as Attorney -- SO ORDERED. Approved by Judge James Orenstein on 06/23/06. (Adams-Ciardullo, Diana) (Entered: 06/23/2006) | 06/23/2006 |
| 428 | NOTICE of Appearance by Valerie C. Williams on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/26/2006) | 06/26/2006 |
| 429 | FILING FEE: $ 15.00, receipt number 326656 - Pro Hac Vice - Attorney, Valerie Williams Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/26/2006) | 06/26/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 430 | STIPULATION (Amended) and [Proposed] Order to Extend Time for Defendants to Respond to Complaint by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 06/26/2006) | 06/26/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 06/26/2006) | 06/26/2006 |
| | ORDER re 430 Stipulation -- SO ORDERED. Approved by Judge James Orenstein on 06/27/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/27/2006) | 06/27/2006 |
| 439 | PRO HACE VICE FILING FEE: $ 50.00, receipt number 327050 as to Gregory S. Seador and Allyson M. Maltas. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Donna) (Entered: 07/11/2006) | 06/30/2006 |
| 433 | NOTICE of Change of Firm Name/Address to Dickstein Shapiro LLP 1825 Eye Street, NW Washington, DC 20006-5403 by Alicia Batts for Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Batts, Alicia) (Entered: 07/05/2006) | 07/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 434 | AMENDED COMPLAINT Class Plaintiffs' First Supplemental Class Action Complaint against Bank Of America, N.A., HSBC Bank USA, N.A., HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa U.S.A., Inc et al 05-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO.(Wildfang, K.) (Entered: 07/05/2006) | 07/05/2006 |
| 435 | ANSWER to Amended Complaint by Fifth Third Bancorp.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Fischer, Patrick) (Entered: 07/06/2006) | 07/06/2006 |
| 436 | Defendant SunTrust Bank's ANSWER to Amended Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Williams, Valerie) (Entered: 07/06/2006) | 07/06/2006 |
| 437 | Letter Requesting Admittance of Michael P. Kenny Pro Hac Vice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Williams, Valerie) (Entered: 07/07/2006) | 07/07/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 438 | Letter to Magistrate Judge Orenstein re: MasterCard's Motion for Disqualification of Counsel by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 07/10/2006) | 07/10/2006 |
| 446 | ORDER, Admission for Pro Hac Vice is granted. ( Ordered by Judge John Gleeson on 7/10/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/18/2006) | 07/10/2006 |
| 447 | FILING FEE: $ 25.00, receipt number 327320 - Pro Hac Vice Attorney, Michael P. Kenny, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/18/2006) | 07/10/2006 |
| 440 | Letter dated 7/6/06 from Eva A. Temkin, Law Clerk to the Honorable John Gleeson to K. Craig Wildfang, forwarding three letters received by the Court regarding the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, also enclosing a copy of the letter sent in response. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Donna) (Entered: 07/11/2006) | 07/11/2006 |
| 441 | NOTICE of Appearance by Allyson M. Maltas on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Maltas, Allyson) (Entered: 07/11/2006) | 07/11/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 442 | NOTICE of Appearance by Gregory S. Seador on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Seador, Gregory) (Entered: 07/11/2006) | 07/11/2006 |
| 443 | Letter Re: Pro Hace Vice Admission of Timothy M. Maggio, Jennifer A. Kenedy, and P. Russell Perdew by Visa International Service Association. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 07/11/2006) | 07/11/2006 |
| 444 | NOTICE of Appearance by Jennifer A. Kenedy on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kenedy, Jennifer) (Entered: 07/12/2006) | 07/12/2006 |
| 445 | NOTICE of Appearance by P. Russell Perdew on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Perdew, P.) (Entered: 07/13/2006) | 07/13/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 07/13/2006) | 07/13/2006 |
| 448 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 07/20/2006) | 07/20/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 449 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 07/20/2006) | 07/20/2006 |
| 450 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. at et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 07/20/2006) | 07/20/2006 |
| 451 | RESPONSE in Opposition re 376 MOTION to Dismiss filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 07/21/2006) | 07/21/2006 |
| 452 | Letter by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 07/21/2006) | 07/21/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 453 | RESPONSE in Opposition re 387 MOTION to Dismiss or Alternatively to Strike Plaintiffs' Pre-2004 Damages Claims filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 07/21/2006) | 07/21/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 454 | AFFIDAVIT in Opposition re 387 MOTION to Dismiss Declaration of K. Craig Wildfang in Opposition to Defendants' Motion to Dismiss or Alternatively to Strike Plaintiffs' Pre-2004 Damages Claims filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3A# 4 Exhibit 3B# 5 Exhibit 3C# 6 Exhibit 4A# 7 Exhibit 4B# 8 Exhibit 5# 9 Exhibit 6)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 07/21/2006) | 07/21/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 455 | AFFIDAVIT in Opposition re 387 MOTION to Dismiss Declaration of Ryan W. Marth in Opposition to Defendants' Motion to Dismiss or Alternatively to Strike Plaintiffs' Pre-2004 Damages Claims filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A. et al. 05-cv-5880 JG-JO, Plaintiff(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 07/21/2006) | 07/21/2006 |
| 457 | FILING FEE: $25.00, receipt number 328129 - Pro Hac Vice Admission - Walter W. Noss. (Piper, Francine) Modified on 8/22/2006 (Mahon, Cinthia). (Entered: 07/25/2006) | 07/21/2006 |
| 459 | FILING FEE: $ 25.00, receipt number 328131 - Pro Hac Vice Attorney Admission - Mark V. Jackowski. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/25/2006) | 07/21/2006 |
| 460 | FILING FEE: $ 25.00, receipt number 328130 - Pro Hac Vice Attorney Admission - Edmund W. Searby. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/25/2006) | 07/21/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 456 | ORDER, admission pro hac vice is granted. (Ordered by Judge John Gleeson on 7/19/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/25/2006) | 07/25/2006 |
| 458 | FILING FEE: $ 75.00, receipt number 327423 - Pro Hac Vice Attorney Admission - Timothy Maggio, Jennifer Kenedy and P. Russell Perdew. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/25/2006) | 07/25/2006 |
| 461 | NOTICE of Appearance by Daniel O. Myers on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Myers, Daniel) (Entered: 07/25/2006) | 07/25/2006 |
| 462 | NOTICE of Appearance by Kimberly Keevers Palmer on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Keevers Palmer, Kimberly) (Entered: 07/25/2006) | 07/25/2006 |
| 463 | NOTICE of Appearance by Daniel M. Bradley on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Bradley, Daniel) (Entered: 07/25/2006) | 07/25/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 464 | TRANSCRIPT of Conference held on May 17, 2006 before Judge James Orenstein. Court Reporter: Gene Rudolph. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Permaul, Jenny) (Entered: 07/25/2006) | 07/25/2006 |
| 465 | Letter dated 5/25/06 from Melanie Orzel, Process Specialist to Arnold & Porter LLP to advise it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Guzzi, Roseann) (Entered: 07/26/2006) | 07/26/2006 |
| 466 | Letter dated 5/25/06 from Melanie Orzel, Process Specialist to Arnold & Porter LLP to advise it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Guzzi, Roseann) (Entered: 07/26/2006) | 07/26/2006 |
| 467 | MOTION for Extension of Time to File Joint Status Report and Agenda by all parties. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 08/02/2006) | 08/02/2006 |
| 468 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 08/03/2006) | 08/03/2006 |
| | ORDER granting 467 Motion for Extension of Time to File -- The application is granted. In the future, however, all counsel should avoid assuming that my failure to act instantly on an application submitted at the eleventh hour means that the application has been granted, as that assumption will normally be incorrect. Absent an emergency, I will normally deny an application to adjourn a deadline or conference made less than 48 hours before that deadline or conference. Approved by Judge James Orenstein on 08/03/06. (Adams-Ciardullo, Diana) (Entered: 08/03/2006) | 08/03/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 469 | ANSWER to Complaint of Bi-Lo LLC and Bruno's Supermarkets, Inc. by Visa International Service Association. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 08/04/2006) | 08/04/2006 |
| 470 | ANSWER to Complaint of Bi-Lo LLC and Bruno's Supermarkets, Inc. by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 08/04/2006) | 08/04/2006 |
| 471 | STIPULATION and [Proposed] Order Adopting the Briefing of Defendant's Previously Filed Motion to Dismiss and Extending the Time for Defendants to Respond to Complaint by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Freimuth, Matthew) (Entered: 08/04/2006) | 08/04/2006 |
| 472 | ANSWER to Complaint in BI-LO, LLC, and Bruno's Supermarkets, Inc. v. Visa U.S.A, Inc, et al. by Visa U.S.A. Inc..Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 08/04/2006) | 08/04/2006 |
| 473 | STATUS REPORT Parties' Case Status Report and Proposed Agenda for Case Management Conference No. 5 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Attachment No. 1# 2 Exhibit Attachment No. 2a# 3 Exhibit Attachment No. 2b# 4 Exhibit Attachment No. 2c# 5 Exhibit Attachment No. 3# 6 Exhibit Attachment No. 4# 7 Exhibit Attachment No. 5# 8 Exhibit Attachment No. 6# 9 Exhibit Attachment No. 7# 10 Exhibit Attachment No. 8# 11 Exhibit Attachment No. 9# 12 Exhibit Attachment No. 10)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 08/04/2006) | 08/04/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 474 | MEMORANDUM AND ORDER: (1) For the reasons set forth in the attached document, as well as those orally stated on the record on January 27, 2006, I denied the motion of defendants MasterCard Incorporated and MasterCard International Incorporated to disqualify attorney K. Craig Wildfang and the law firm of Robins, Kaplan, Miller & Ciresi from further representation of the plaintiffs in this litigation. (2) The movants may seek Judge Gleeson's review of the denial of its disqualification motion no later than August 21, 2006. I will entertain an application for a further enlargement of the time to seek such review on a showing of good cause filed before that deadline. (3) I have temporarily issued this attached Memorandum and Order under seal. No later than August 21, 2006, the parties shall identify the portions of this document, if any, that they wish to redact and maintain under seal, and explain the need for such continued secrecy; I will thereupon unseal the portions of this document as to which there is no such showing of need. SEE ATTACHED DOCUMENT. Signed by JudgeJames Orenstein on 08/07/06. (Adams-Ciardullo, Diana) Additional attachment(s) added on 8/7/2006 (Guy, Alicia). Modified on 8/17/2006 (Guy, Alicia). (Entered: 08/07/2006) | 08/07/2006 |
| 475 | Letter regarding the Parties' Case Management Report and Proposed Agenda for Case Management Conference No. 5 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 08/07/2006) | 08/07/2006 |
| 476 | Letter Regarding Payment for Naeemah Clark's Admission Pro Hac Vice by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding. Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Williams, Valerie) (Entered: 08/07/2006) | 08/07/2006 |
| 477 | Letter requesting additional attachment to the Status Report to be placed under seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 08/07/2006) | 08/07/2006 |
| 478 | NOTICE of Appearance by Naeemah Clark on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Clark, Naeemah) (Entered: 08/07/2006) | 08/07/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 479 | Letter to Magistrate Judge James Orenstein from Julie Rottenberg by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 08/07/2006) | 08/07/2006 |
| 480 | FILING FEE: $ 25.00, receipt number 328398 - Pro Hac Vice Attorney - Naeemah Clark Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 08/08/2006) | 08/07/2006 |
| | ORDER re 471 Stipulation -- SO ORDERED. Ordered by Judge James Orenstein on 08/08/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/07/2006) | 08/07/2006 |
| | Document sealed -- The Clerk of the court is directed to seal docket entry 473, attachments 6 & 8. Approved by Judge James Orenstein on 08/08/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/07/2006) | 08/07/2006 |
| 481 | STIPULATION and Proposed Order by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 08/08/2006) | 08/08/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 482 | Letter to Magistrate Judge Orenstein re: Dkt. No. 481 by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 08/08/2006) | 08/08/2006 |
| 483 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 8/9/2006. SCHEDULING: The next status conference will be held on September 20, 2006, at 2:00 p.m. Further status conferences will be held on: November 7, 2006, at 9:30 a.m., December 18, 2006, at 9:30 a.m., January 29, 2007, at 9:30 a.m., and March 12, 2007, at 10:30 a.m. THE FOLLOWING RULINGS WERE MADE: (1) Discovery is proceeding as discussed on the record. (2) The schedule for future conferences is merely presumptive: Counsel should feel free to confer and propose alternate dates and times to which all parties consent. (Court Reporter Anthony Mancuso.) (Attachments: # 1 Exhibit A) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JO(Adams-Ciardullo, Diana) (Entered: 08/09/2006) | 08/09/2006 |
| 484 | ORDER re 481 Stipulation -- The attached stipulation is SO ORDERED. Approved by Judge James Orenstein on 08/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/09/2006) | 08/09/2006 |
| | ORDER re 477 Letter, 479 Letter -- The Clerk of the Court is directed to seal attachments 2, 2b, 2c, and 5 to docket entry 473. Counsel shall submit redacted versions of these documents for public filing. Ordered by Judge James Orenstein on 08/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/09/2006) | 08/09/2006 |
| 485 | STIPULATION and [PROPOSED] SCHEDULING ORDER by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 08/11/2006) | 08/11/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 485 Stipulation -- SO ORDERED. Ordered by Judge James Orenstein on 08/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/14/2006) | 08/14/2006 |
| 486 | Letter to Magistrate Judge Orenstein re: the Court's August 7, 2006 Memorandum and Order by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 08/16/2006) | 08/16/2006 |
| 487 | Letter to Magistrate Judge Orenstein re: August 16, 2006 Letter by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 08/17/2006) | 08/17/2006 |
| 488 | Letter to Judge Gleeson on behalf of all Defendants Requesting Permission to Submit a Reply Brief of up to Fifteen Pages in Length by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 08/17/2006) | 08/17/2006 |
| | ORDER TO UNSEAL DOCUMENT 474 Order on Motion to Disqualify Counsel -- The Clerk of the Court is directed to unseal document 474. Ordered by Judge James Orenstein on 08/17/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/17/2006) | 08/17/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | PRETRIAL ORDER 11 re 486 Letter -- The application is granted. The time within which MasterCard may seek Judge Gleeson's review of the denial of its disqualification motion is extended through September 29, 2006. Approved by Judge James Orenstein on 08/17/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/17/2006) | 08/17/2006 |
| 489 | REPLY to Response to Motion re 376 MOTION to Dismiss REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MASTERCARD'S MOTION TO DISMISS INDIVIDUAL MERCHANT PLAINTIFFS' CLAIMS UNDER SHERMAN ACT SECTION 2 filed by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 08/18/2006) | 08/18/2006 |
| 490 | REPLY to Response to Motion re 387 MOTION to Dismiss REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE PLAINTIFFS' PRE-2004 DAMAGES CLAIMS filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 SECOND DECLARATION OF BRETT KITT)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 08/18/2006) | 08/18/2006 |
| | ORDER re 488 Letter -- The application is granted. Ordered by Judge James Orenstein on 08/18/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/18/2006) | 08/18/2006 |
| 491 | Letter to Magistrate Judge Orenstein dated August 29, 2006 by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 08/29/2006) | 08/29/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 492 | Letter MOTION for Discovery by all plaintiffs. (Attachments: # 1 Appendix Appendix A - F)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 08/30/2006) | 08/30/2006 |
| 493 | NOTICE by Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO Notice of Withdrawal Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Volin, Richard) (Entered: 08/30/2006) | 08/30/2006 |
| 494 | CERTIFICATE of Counsel Pro Hac Notice for Hadley Roeltgen by Michael J. Boni on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO(Boni, Michael) (Entered: 08/30/2006) | 08/30/2006 |
| 495 | RESPONSE in Opposition re 492 Letter MOTION for Discovery containing exhibits A-C filed by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ravelo, Keila) (Entered: 09/05/2006) | 09/05/2006 |
| 496 | NOTICE of Change of Firm name by Tracey L. Kitzman Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kitzman, Tracey) (Entered: 09/05/2006) | 09/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 491 Letter -- The individual plaintiffs' request that I hear oral argument on MasterCard's motion to dismiss certain of their claims at the September 20, 2006, status conference is denied. I will set a schedule for oral argument on both pending dismissal motions at the next conference. Ordered by Judge James Orenstein on 09/08/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 09/08/2006) | 09/08/2006 |
| 497 | Letter Brief moving the Court for and Order resolving discovery disputes by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. v. civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. (Attachments: # 1 Appendix Appendix# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Exhibit Exhibit E# 7 Exhibit Exhibit F# 8 Exhibit Exhibit G)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 09/11/2006) | 09/11/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 498 | ANSWER to Complaint Answer of Defendant Visa U.S.A. Inc. by Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 09/12/2006) | 09/12/2006 |
| 499 | Letter to Magistrate Orenstein compelling discovery by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 09/12/2006) | 09/12/2006 |
| 500 | ANSWER to Complaint in Meijer, Inc and Meijer Stores Limited Partnership by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ravelo, Keila) (Entered: 09/12/2006) | 09/12/2006 |
| 501 | ANSWER to Complaint of Meijer Inc. and Meijer Stores Limited Partnership by Visa International Service Association. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 09/12/2006) | 09/12/2006 |
| 502 | NOTICE of Appearance by Yeshimebet Abebe on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Abebe, Yeshimebet) (Entered: 09/13/2006) | 09/13/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 503 | NOTICE of Appearance by James M. Wilson, Jr on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wilson, James) (Entered: 09/13/2006) | 09/13/2006 |
| 504 | First MOTION for Extension of Time to File Response/Reply as to 497 Letter,,,,,,,,,,,,,,,,,,,,, by Visa International Service Association. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 09/14/2006) | 09/14/2006 |
| 505 | STATUS REPORT and Proposed Agenda for Case Management Conference No. 6 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1-3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 09/14/2006) | 09/14/2006 |
| | ORDER re 504 First MOTION for Extension of Time to File Response/Reply as to 497 Letter -- The application is granted. Defendants Visa International and Visa U.S.A. shall respond to the plaintiffs' motion by September 18, 2006. Ordered by Judge James Orenstein on 09/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 09/14/2006) | 09/14/2006 |
| | ORDER granting 504 Motion for Extension of Time to File Response/Reply re 504 First MOTION for Extension of Time to File Response/Reply as to 497 Letter (Ordered by Judge James Orenstein on 9/14/06) (Piper, Francine) (Entered: 09/18/2006) | 09/14/2006 |
| 506 | Letter Response in opposition re 499 Plaintiffs' September 12, 2006 letter motion on behalf of all defendants by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 09/15/2006) | 09/15/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 507 | MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Memorandum of Law of Defendants Mastercard International Incorporated and Mastercard Incorporated in Support of Their Motion to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint# 2 Declaration of Adav Noti)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 09/15/2006) | 09/15/2006 |
| 508 | Letter in response re 497 Plaintiffs' September 11, 2006 letter motion by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 09/18/2006) | 09/18/2006 |
| 509 | Letter in response re 497 Plaintiffs' September 11, 2006 letter motion by Visa International Service Association. (Attachments: # 1 Exhibit Appendix and Exhibits A-D)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 09/18/2006) | 09/18/2006 |
| 510 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 9/20/2006. APPEARANCES: See attachment. SCHEDULING: The next status conference will be held on November 7, 2006, at 9:30 a.m. THE FOLLOWING RULINGS WERE MADE: See attached document. (Attachments: # 1 Exhibit Appearances) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 09/20/2006) | 09/20/2006 |
| 511 | Letter to Magistrate Judge Orenstein re: Requesting Oral Argument by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 09/21/2006) | 09/21/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 512 | 4 Sealed Envelopes labeled 1 of 4 placed in vault filed by Larry Coury. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 10/02/2006) | 10/02/2006 |
| 513 | STIPULATION Concerning Production of Copies of Documents by Citibank N A, Citicorp, Citigroup Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Grush, Eric) (Entered: 10/04/2006) | 10/04/2006 |
| 514 | Letter to Magistrate Judge Orenstein in Response to Minute Order dated September 20, 2006 on Behalf of All Parties by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ladner, Mark) (Entered: 10/04/2006) | 10/04/2006 |
| | SCHEDULING ORDER: Oral argument on the two pending motions to dismiss is scheduled for November 21, 2006 at 9:30 a.m. in Courtroom 6 North, 4th floor. Ordered by Judge James Orenstein on 10/04/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO. (Pallak, Michelle) (Entered: 10/04/2006) | 10/04/2006 |
| 515 | ORDER re 492 Letter MOTION for Discovery, 495 Response in Opposition to Motion -- The attached order addresses the temporal scope of discovery. SEE ATTACHED ORDER . Ordered by Judge James Orenstein on 10/05/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO. (Pallak, Michelle) Additional attachment(s) added on 10/5/2006 (Guy, Alicia). (Entered: 10/05/2006) | 10/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 516 | Letter to Judge Gleeson Re: MasterCard's Objection to Judge Orenstein's Order Denying Disqualification of Counsel by Hal R. Lieberman. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Lieberman, Hal) (Entered: 10/05/2006) | 10/05/2006 |
| 517 | Letter to Magistrate Judge Orenstein requesting protection from Amex subpoenas by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit Meet and confer correspondence# 2 Exhibit Comparison Chart# 3 Exhibit Subpoena# 4 Exhibit Subpoena#5 Exhibit Hearing transcript excerpts#6 Exhibit Amex Order)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/05/2006) | 10/05/2006 |
| 518 | Letter to Magistrate Judge Orenstein regarding coordination of discovery by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit Meet and confer correspondence)Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/05/2006) | 10/05/2006 |
| 519 | Letter to Magistrate Judge Orenstein by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/05/2006) | 10/05/2006 |
|  | ORDER re 513 Stipulation -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 10/05/06. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 10/05/2006) | 10/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 514 Letter -- The parties' application to continue discussions and report on the status of any remaining disputes by October 13, 2006 is SO ORDERED. Ordered by Judge James Orenstein on 10/05/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 10/05/2006) | 10/05/2006 |
| 520 | NOTICE of Appearance by Randall A. Hack on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Hack, Randall) (Entered: 10/10/2006) | 10/10/2006 |
| 521 | CERTIFICATE of Counsel Pro Hac Vice Notice for Alan C. Promer of Hangley Aronchick Segal & Pudlin by Eric Bloom on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Bloom, Eric) (Entered: 10/11/2006) | 10/11/2006 |
| 522 | Letter Response re docket # 517 by Defendants Visa U.S.A., Visa International, MasterCard, Captial One, Chase, Providian and Wells Fargo to Plaintiffs letter motion dated October 5, 2006 by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 10/11/2006) | 10/11/2006 |
| 523 | Letter Response re 518 by Defendants MasterCard International Incorporated, MasterCard Incorporated, Visa U.S.A., Visa International, Captial One, Chase, Providian and Wells Fargo to Plaintiffs letter motion dated October 5, 2006 by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ravelo, Keila) (Entered: 10/11/2006) | 10/11/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 535 | FILING FEE: $ 25.00, receipt number 331016 - Pro Hac Vice Attorney - Alan C. Promer. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 10/26/2006) | 10/12/2006 |
| 536 | FILING FEE: $ 25.00, receipt number 331012 - Pro Hac Vice Attorney - Michael Alexander Johnson. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 10/26/2006) | 10/12/2006 |
| 524 | Letter on behalf of Plaintiffs regarding progress on various discovery issues by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Supplement Attachment 1# 2 Supplement Attachment 2# 3 Supplement Attachment 3# 4 Supplement Attachment 4)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/13/2006) | 10/13/2006 |
| 525 | Letter to Magistrate Judge Orenstein on behalf of Defendants regarding progress on various discovery issues by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ladner, Mark) (Entered: 10/13/2006) | 10/13/2006 |
| 526 | Letter MOTION to Compel by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Boccanfuso, Anthony) (Entered: 10/16/2006) | 10/16/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 527 | NOTICE of Appearance by Michael J. Gaertner on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gaertner, Michael) (Entered: 10/16/2006) | 10/16/2006 |
| 528 | Letter dtd. 10/11/2006 from M. Carter of the Panel to EDNY, enclosing a certified copy of their Cond. Transf. Order (CTO-3), so that EDNY can now request the transfer of the action Esdacy, Inc vs. Visa U.S.A. st al from South Carolina 2:06-2192 for consol. into MDL-1720. ***Fwd. for assignment of new EDNY civil no. Additional attachment(s) added on 10/17/2006 (Marziliano, August). (Entered: 10/17/2006) | 10/17/2006 |
| 529 | Sealed document containing letter motion to compel. Sealed as per order of MJ Orenstein. Date of sealing: 2/21/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Chee, Alvin) (Entered: 10/18/2006) | 10/17/2006 |
| | Email Notification Test - DO NOT REPLY (Lee, Tiffeny) (Entered: 10/17/2006) | 10/17/2006 |
| 530 | Letter in response to C. Wildfang's 10/13/06 letter to the Court by Visa International Service Association. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gaertner, Michael) (Entered: 10/18/2006) | 10/18/2006 |
| 531 | MOTION for Extension of Time to File Response/Reply as to 526 Letter MOTION to Compel by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/19/2006) | 10/19/2006 |
| | ORDER granting 531 Motion for Extension of Time to File Response/Reply. The motion is granted and time to respond is enlarged to October 23, 2006. Ordered by Judge James Orenstein on 10/19/06. (Pallak, Michelle) (Entered: 10/19/2006) | 10/19/2006 |
| 532 | NOTICE of Appearance by Edward C. Fitzpatrick on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Fitzpatrick, Edward) (Entered: 10/23/2006) | 10/23/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 533 | RESPONSE in Opposition re 526 Letter MOTION to Compel on Behalf of Individual Plaintiffs filed by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/23/2006) | 10/23/2006 |
| 534 | Letter to Hon. James Orenstein in response to Michael A. Johnson's 10-16-06 letter to Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JO(Sweeney, Bonny) (Entered: 10/23/2006) | 10/23/2006 |
| 537 | Letter MOTION to Compel Responses to Discovery by all plaintiffs. (Attachments: # 1 Appendix of Exhibits 1-4# 2 Appendix of Exhibits 5-9)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cohen, Bart) (Entered: 10/26/2006) | 10/26/2006 |
| 538 | Letter to Magistrate Judge Orenstein requesting Plaintiffs' be allowed to file one brief in response to the two pending motions before the Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/27/2006) | 10/27/2006 |
| 539 | RESPONSE in Opposition re 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/30/2006) | 10/30/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 540 | AFFIDAVIT in Opposition re 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint Declaration of K. Craig Wildfang filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/30/2006) | 10/30/2006 |
| 541 | AFFIDAVIT in Opposition re 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint Declaration of Ryan W. Marth filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit #1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/30/2006) | 10/30/2006 |
| | ORDER re 538 -- The application is granted. Ordered by Judge James Orenstein on 10/30/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 10/30/2006) | 10/30/2006 |
| 542 | RESPONSE in Opposition re 537 Letter MOTION to Compel Responses to Discovery filed by all defendants. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Grush, Eric) (Entered: 10/31/2006) | 10/31/2006 |
| 543 | Letter from Bonny Sweeney to The Honorable James Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Sweeney, Bonny) (Entered: 10/31/2006) | 10/31/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 544 | STATUS REPORT Parties' Case Status Report and Proposed Agenda for Case Management Conference No. 7 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Freimuth, Matthew) (Entered: 10/31/2006) | 10/31/2006 |
| 545 | NOTICE of Change of Address by William J. Ban Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ban, William) (Entered: 11/01/2006) | 11/01/2006 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 11/01/2006) | 11/01/2006 |
| 546 | Letter Response re docket # 543 by Defendants to Plaintiffs' Letter Motion dated October 31, 2006 by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 11/03/2006) | 11/03/2006 |
| 547 | Letter re Pro Hac Vice Admission for J. Craig Smith, Esq. by One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Smith, J. Craig) (Entered: 11/06/2006) | 11/06/2006 |
| 548 | Letter re: Pro Hac Vice Admission of Angus M. Lawton, Esq. by One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Lawton, Angus) (Entered: 11/06/2006) | 11/06/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 549 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 11/7/2006. SCHEDULING: (1) The next status conference will be held on December 18, 2006, at 9:30 a.m. (2) A further status conference will be held on January 29, 1007, at 9:30 a.m. (3) A further status conference will be held on March 12, 2007, at 10:30 a.m. THE FOLLOWING RULINGS WERE MADE: I will enter a separate order detailing the rulings made at today's conference. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Orenstein, James) (Entered: 11/07/2006) | 11/07/2006 |
| 550 | PRETRIAL ORDER 13 -- As described in the attached order: (1) I deny individual plaintiffs' motion to compel accelerated production here of documents that defendants have produced in Amex, 517 . (2) The parties resolved on mutual consent the plaintiffs' motion to coordinate discovery in this case with discovery in Amex, 518 . (3)The parties have largely resolved the defendants' motion to compel, 526 . (4) For the reasons discussed in the attached order, I grant plaintiffs' motion to compel identification of specific documents responsive to Interrogatories 31,33,51 and 55, 537 . (5) Plaintiffs' privilege log motion, 543 is resolved. (6) The parties agreed that, as used in my Order of October 5, 2006, 515 , the reference to "the present" as a date relevant to the parties' discovery obligations means August 1, 2006. SEE ATTACHED ORDER. Ordered by Judge James Orenstein on 11/7/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 11/07/2006) | 11/07/2006 |
| | ORDER terminating 492 see 515 , and terminating 526 , 537 see 550 . Ordered by Judge James Orenstein on 11/8/06. (Pallak, Michelle) (Entered: 11/08/2006) | 11/08/2006 |
| 551 | NOTICE of Appearance by Holly Tate on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Tate, Holly) (Entered: 11/14/2006) | 11/14/2006 |
| 552 | NOTICE of Appearance by Andrew Howard Warren on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Warren, Andrew) (Entered: 11/14/2006) | 11/14/2006 |
| | NOTICE OF CHANGE IN LOCATION -- The oral arguments scheduled for November 21, 2006 at 9:30 a.m. will be heard in Courtroom 8D. (Pallak, Michelle) (Entered: 11/17/2006) | 11/17/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 553 | AFFIDAVIT in Opposition re 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint SUPPLEMENTAL DECLARATION OF K. CRAIG WILDFANG IN FURTHER SUPPORT OF CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Affidavit Affidavit of Neil Zola# 2 Exhibit Ex. 1-3 of Affidavit of Neil Zola# 3 Exhibit Ex. 4a of Affidavit of Neil Zola# 4 Exhibit Ex. 4b of Affidavit of Neil Zola# 5 Exhibit Ex. 5 of Affidavit of Neil Zola)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 11/20/2006) | 11/20/2006 |
| 554 | STIPULATION AND PROPOSED ORDER CONCERNING DEFENDANTS' OBLIGATION TO RESPOND TO THE ESDACY CASE CLASS ACTION COMPLAINT by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 11/21/2006) | 11/21/2006 |
| 555 | Minute Entry for proceedings held before James Orenstein: Motion Hearing held on 11/21/2006 re 387 , 376 MOTIONS TO DISMISS (Court Reporter Burt Sulzer.) -- SCHEDULING: (1) The next status conference will be held on December 18, 2006, at 9:30 a.m. (2) A further status conference will be held on January 29, 2007, at 9:30 a.m. (3) A further status conference will be held on March 12, 2007, at 10:30 a.m. THE FOLLOWING RULINGS WERE MADE: I heard oral argument on the two pending fully-briefed motions to dismiss and reserved decision. I will issue a report and recommendation shortly. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO. (Pallak, Michelle) Additional attachment(s) added on 11/22/2006 (Guy, Alicia). (Entered: 11/21/2006) | 11/21/2006 |
| 556 | Letter to Magistrate Judge Orenstein submitting Second Amended Protective Order on Behalf of All Parties by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Second Amended Protective Order# 2 Blacklined Protective Order)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 11/21/2006) | 11/21/2006 |
|  | ORDER re 554 Stipulation -- The stipulation is so ordered. Ordered by Judge James Orenstein on 11/22/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) Modified on 11/22/2006 (Guy, Alicia). (Entered: 11/22/2006) | 11/22/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 556 Letter -- The Second Amended Protective Order, submitted upon the consent of all parties, is so ordered. Ordered by Judge James Orenstein on 11/22/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 11/22/2006) | 11/22/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 557 | STIPULATION and [Proposed] Order Regarding Discovery Related to Testifying Experts by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5884 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A. Inc. et al 05-cv-5352 JG-JO, Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO, One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, One or more Defendants in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v 05-cv-4131-JG-JO, Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG -JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et | 11/27/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | al 05-cv-5319 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Grush, Eric) (Entered: 11/27/2006) |  |
|  | ORDER re 557 -- The stipulation is so ordered. Ordered by Judge James Orenstein on 11/28/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 11/28/2006) | 11/28/2006 |
| 558 | Notice of MOTION to Dismiss of Bank Defendants of Class Plaintiffs' First Supplemental Class Action Complaint by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Peter) (Entered: 11/29/2006) | 11/29/2006 |
| 559 | MEMORANDUM in Support re 558 Notice of MOTION to Dismiss of Bank Defendants of Class Plaintiffs' First Supplemental Class Action Complaint by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Peter) (Entered: 11/29/2006) | 11/29/2006 |
| 560 | REPLY in Support re 558 Notice of MOTION to Dismiss of Bank Defendants of Class Plaintiffs' First Supplemental Class Action Complaint by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Peter) (Entered: 11/29/2006) | 11/29/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 561 | REPLY to Response to Motion re 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint [REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MASTERCARD'S MOTION TO DISMISS CLASS PLAINTIFFS' FIRST SUPPLEMENTAL CLASS ACTION COMPLAINT] filed by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 11/29/2006) | 11/29/2006 |
| 562 | Letter to Magistrate Judge Orenstein regarding questions raised by the Court at the November 21, 2006, Hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 12/01/2006) | 12/01/2006 |
| | ORDER REFERRING MOTION: The following motions to dismiss are respectfully referred to Magistrate Judge Orenstein for report and recommendation: 558 Notice of MOTION to Dismiss of Class Plaintiffs' First Supplemental Class Action Complaint; 387 MOTION to Dismiss; 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint; 376 MOTION to Dismiss. Ordered by Judge John Gleeson on December 1, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gleeson, John) (Entered: 12/01/2006) | 12/01/2006 |
| 563 | Letter To Magistrate Orenstein with updated Conflict of Interest Schedule by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Conflict of Interest Schedule)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 12/04/2006) | 12/04/2006 |
| 564 | CERTIFICATE OF SERVICE by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 12/05/2006) | 12/05/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| 565 | Letter MOTION to Compel the Court to Order MasterCard to add to List of Custodians by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JO(Burke, Christopher) (Entered: 12/11/2006) | 12/11/2006 |
| 566 | STATUS REPORT / Parties Case Status Report and Proposed Agenda for Case Management Conference No. 8 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Stipulation and [Proposed] Order as to Discovery Format Agreement)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JO(Powell, Wesley) (Entered: 12/11/2006) | 12/11/2006 |
|  | SCHEDULING ORDER: Oral argument on the two pending motions to dismiss, 507 and 558 , will be heard on January 29, 2007 at 9:30 a.m. in Courtroom 4A. Ordered by Judge James Orenstein on 12/12/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JO (Pallak, Michelle) (Entered: 12/12/2006) | 12/12/2006 |
| 567 | STIPULATION and [Proposed] Order Adopting the Briefing of Previously Filed Motion to Dismiss and Extending the Time for Defendants to Respond to Complaint by MasterCard Incorporated, MasterCard International Incorporated and Wakefern Food Corporation by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JO(Freimuth, Matthew) (Entered: 12/14/2006) | 12/14/2006 |
| 568 | Letter to Honorable James Orenstein from Christopher Burke, Lerach Coughlin, withdrawing plaintiffs' Dec. 11, 2006 letter motion to compel by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Burke, Christopher) (Entered: 12/14/2006) | 12/14/2006 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 567 -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 12/15/06. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 12/15/2006) | 12/15/2006 |
| | ORDER finding as moot 565 Motion to Compel -- See 568 . Ordered by Judge James Orenstein on 12/15/06. (Pallak, Michelle) (Entered: 12/15/2006) | 12/15/2006 |
| 569 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 12/18/2006 (Court Reporter Henry Shapiro)(Attachments: # 1 Exhibit Appearances). SCHEDULING: The next status conference will be held on January 29, 2007, at 9:30 a.m. Further status conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: See attached document. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO, 1:06-cv-01832-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 12/18/2006) | 12/18/2006 |
| 570 | Letter to Magistrate Judge Orenstein by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 12/29/2006) | 12/29/2006 |
| 571 | Letter to Magistrate Judge Orenstein regarding the upcoming Status Conference scheduled for January 29, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/29/2006) | 12/29/2006 |
| | ORDER re 570 -- The application is granted. Ordered by Judge James Orenstein on 12/29/06. (Pallak, Michelle) (Entered: 12/29/2006) | 12/29/2006 |
| 572 | ANSWER to Complaint Answer of Defendant Visa U.S.A. Inc. to Complaint of Wakefern Food Corporation by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 01/02/2007) | 01/02/2007 |
| 573 | Letter to Judge Orenstein regarding Individual Plaintiffs' estoppel argument on behalf of all Defendants by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-6# 3 Exhibit 7-8# 4 Exhibit 9-10) (Powell, Wesley) (Entered: 01/02/2007) | 01/02/2007 |
| 574 | Letter from W. Blechman to Judge Orenstein regarding metadata by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit Exhibits 1-3# 2 Exhibit Exhibits 4-6# 3 Exhibit Exhibits 7-14) (Blechman, William) (Entered: 01/02/2007) | 01/02/2007 |
| 575 | ANSWER to Complaint of Wakefern Food Corporation by Visa International Service Association. (Gaertner, Michael) (Entered: 01/03/2007) | 01/03/2007 |
| | SCHEDULING ORDER: The conference previously scheduled for January 29, 2007 is rescheduled for February 2, 2007 at 9:30 a.m. in Courtroom 8A. Ordered by Judge James Orenstein on 1/03/07. (Pallak, Michelle) (Entered: 01/03/2007) | 01/03/2007 |
| 576 | ANSWER to Complaint Answer and Defenses of Defendants MasterCard Incoporated and MasterCard International Incorporated to Complaint filed by Plaintiff Wakefern Food Corporation by Mastercard Incorporated, Mastercard International Incorporated. (Freimuth, Matthew) (Entered: 01/09/2007) | 01/09/2007 |
| 577 | ORDER -- For the reasons set forth in the attached order, I grant in part and deny in part the Individual Plaintiffs' application for a protective order governing their obligations with respect to metadata. SEE ATTACHED ORDER. Ordered by Judge James Orenstein on 1/12/07. (Pallak, Michelle) (Entered: 01/12/2007) | 01/12/2007 |
| 578 | Letter to the Honorable James Orenstein from Peter E. Greene, Esq. by JP Morgan Chase & Co. (Greene, Peter) (Entered: 01/19/2007) | 01/19/2007 |
| 579 | Letter to Judge Orenstein dated January 22, 2007 by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 01/22/2007) | 01/22/2007 |
| 580 | Letter to Magistrate Judge James Orenstein on behalf of Class Plaintiffs with regard to discovery deadline of February 15, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 01/22/2007) | 01/22/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 578 Letter filed by JP Morgan Chase & Co. -- The Class Plaintiffs and the Individual Plaintiffs shall respond to this request in writing no later than January 24, 2007. Ordered by Judge James Orenstein on 1/22/07. (Pallak, Michelle) (Entered: 01/22/2007) | 01/22/2007 |
| | ORDER re 579 Letter filed by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO -- The application is granted and Individual Plaintiffs' time to respond is enlarged to January 26, 2007. Ordered by Judge James Orenstein on 1/23/07. (Pallak, Michelle) (Entered: 01/23/2007) | 01/23/2007 |
| 581 | Letter to Judge Orenstein dated January 26, 2007 regarding substantial completion date of discovery by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 01/26/2007) | 01/26/2007 |
| 582 | STATUS REPORT Parties' Joint Agenda and Status Report for February 2, 2007 Status Conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Grush, Eric) (Entered: 01/26/2007) | 01/26/2007 |
| 583 | NOTICE of Appearance by Michael B. Miller on behalf of Bank of America Corporation, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Bank Of America, N.A., Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Miller, Michael) (Entered: 01/31/2007) | 01/31/2007 |
| 584 | Minute Entry for proceedings held before James Orenstein: Motion Hearing and Status Conference held on 2/02/2007 -- SEE ATTACHED ORDER. (Court Reporter Ron Tolkin.) (Attachments: # 1 Appendix Appearances) (Pallak, Michelle) (Entered: 02/02/2007) | 02/02/2007 |
| 585 | PRETRIAL ORDER 14: The attached order details the discovery issues discussed at the conference on February 2, 2007. SEE ATTACHED ORDER. Ordered by Judge James Orenstein on 2/02/07. (Pallak, Michelle) (Entered: 02/02/2007) | 02/02/2007 |
| 586 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO (Kilsheimer, Richard) (Entered: 02/08/2007) | 02/08/2007 |
| 587 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of Plainitff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO (Kilsheimer, Richard) (Entered: 02/08/2007) | 02/08/2007 |
| 588 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO (Kilsheimer, Richard) (Entered: 02/08/2007) | 02/08/2007 |
| 589 | Letter from Peter E. Greene to the Honorable James Orenstein dated February 12, 2007 by JP Morgan Chase & Co. (Greene, Peter) (Entered: 02/12/2007) | 02/12/2007 |
| 590 | RESPONSE in Support re 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 02/12/2007) | 02/12/2007 |
| 591 | TRANSCRIPT of Proceedings held on February 2, 2007 before Judge James Orenstein. Court Reporter: Ronald Tolkin. (Guy, Alicia) (Entered: 02/13/2007) | 02/13/2007 |
| 592 | RESPONSE in Opposition re 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint Letter to Court following the February 2, 2007, oral argument on Motion to Dismiss filed by Defendants filed by all plaintiffs. (Wildfang, K.) (Entered: 02/22/2007) | 02/22/2007 |
| 593 | NOTICE by QVC, Inc. of Motion to Admit L. Webb Campbell Pro Hac Vice (Attachments: # 1 Affidavit of L. Webb Campbell II in Support of Motion to Admit Counsel Pro Hac Vice# 2 Proposed Order Granting The Application of L. Webb Campbell Pro Hac Vice) (Kilsheimer, Richard) (Entered: 02/22/2007) | 02/22/2007 |
| 594 | NOTICE by QVC, Inc. of Motion to Admit Phillip F. Cramer Pro Hac Vice (Attachments: # 1 Affidavit of Phillip F. Cramer in Support of Motion to Admit Counsel Pro Hac Vice# 2 Proposed Order Granting The Application of Phillip F. Cramer Pro Hac Vice# 3 Certificate of Service) (Kilsheimer, Richard) (Entered: 02/22/2007) | 02/22/2007 |
| 595 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of all plaintiffs Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04799-JG-JO (Kilsheimer, Richard) (Entered: 02/27/2007) | 02/27/2007 |
| | ORDER re 593 Notice(Other), Notice(Other) filed by QVC, Inc., 594 Notice(Other), Notice(Other) filed by QVC, Inc. -- Attorneys L. Webb Campbell and Phillip F. Cramer shall be deemed admitted pro hac vice upon payment of the admission fee. See Order dated December 29, 2005, DE 93 . Ordered by Judge James Orenstein on 3/01/07. (Pallak, Michelle) (Entered: 03/01/2007) | 03/01/2007 |
| 596 | STIPULATION AND [PROPOSED] ORDER ADOPTING THE BRIEFING OF PREVIOUSLY FILED MOTION TO DISMISS AND EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY MASTERCARD, QVC AND VISA USA by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 03/02/2007) | 03/02/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 596 Stipulation, filed by Mastercard International Incorporated, Mastercard Incorporated -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 3/5/07. (Pallak, Michelle) (Entered: 03/05/2007) | 03/05/2007 |
| 597 | STATUS REPORT Joint Status Report for Case Management Conference No. 10 filed by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (Blechman, William) (Entered: 03/06/2007) | 03/06/2007 |
| 598 | Letter to Hon. James Orenstein by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 03/07/2007) | 03/07/2007 |
| 599 | NOTICE of Appearance by John P. Passarelli on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (aty to be noticed) (Passarelli, John) (Entered: 03/08/2007) | 03/08/2007 |
| 600 | NOTICE by Payless Shoe Source, Inc. of substitution of counsel (Buchman, Michael) (Entered: 03/08/2007) | 03/08/2007 |
| 601 | ANSWER to Complaint of QVC, Inc. by Visa International Service Association. (Gaertner, Michael) (Entered: 03/12/2007) | 03/12/2007 |
| | Incorrect Case/Document/Entry Information. Attorneys Michael Buchman and J. Douglas Richards previously filed a Notice/Other substituting counsel for pltffs. You are each directed to file a Notice of Appearance. (Piper, Francine) (Entered: 03/12/2007) | 03/12/2007 |
| 602 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 3/13/2007 (Court Reporter Allan Sherman.) (Attachments: # 1 Appendix Appearances) -- SCHEDULING: The next status conference will be held on April 24, 2007, at 2:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: 1. The parties discussed several discovery issues, as set out on the record, none of which is ripe for my review. 2. If the parties agree that the date scheduled for the next conference is inconvenient, they shall confer and contact chambers no later than March 31, 2007, to propose alternate dates to which all consent. SEE ATTACHED ORDER. (Pallak, Michelle) (Entered: 03/13/2007) | 03/13/2007 |
| 605 | FILING FEE: $ 25.00, receipt number 336657 -Pro Hac Vice Motion - Attorney, John Passarelli. (Piper, Francine) (Entered: 03/13/2007) | 03/13/2007 |
| 603 | ANSWER to Complaint Answer of Defendant Visa U.S.A. Inc. to Complaint of QVC, Inc. by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 03/20/2007) | 03/20/2007 |
| 604 | ANSWER to Complaint Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to Complaint of QVC Inc. by Mastercard Incorporated, Mastercard International Incorporated. (Freimuth, Matthew) (Entered: 03/20/2007) | 03/20/2007 |
| 606 | NOTICE of Appearance by Robert M. Frost on behalf of Texas Independent Bancshares, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Frost, Robert) (Entered: 03/23/2007) | 03/23/2007 |
| 610 | FILING FEE: $ 25.00, receipt number 337206 - Pro Hac Vice - Attorney, Robert M. Frost. (Piper, Francine) (Entered: 03/30/2007) | 03/27/2007 |
| 607 | Letter to Thomas P. Abt regarding electronic discovery by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 03/28/2007) | 03/28/2007 |
| 608 | STIPULATION AND [PROPOSED] ORDER AS TO DISCOVERY FORMAT AGREEMENT ON BEHALF OF ALL PARTIES by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Freimuth, Matthew) (Entered: 03/28/2007) | 03/28/2007 |
| 609 | NOTICE by Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc et al 05-cv-4650 JG-JO OF WITHDRAWAL OF APPEARANCE (Attachments: # 1 Declaration of Service) (Torell, Catherine) (Entered: 03/29/2007) | 03/29/2007 |
| | ORDER re 607 Letter filed by Payless Shoe Source, Inc. -- Counsel is reminded that pursuant to Federal Rule of Civil Procedure 5(d), discovery requests and materials produced in pretrial disclosure and discovery shall not be filed with the clerk's office except by order of the court. Fed. R. Civ. P. 5(d) ("[D]iscovery requests and responses must not be filed until they are used in the proceeding or the court orders filing...."). Ordered by Judge James Orenstein on 3/29/07. (Movahed, Michelle) (Entered: 03/29/2007) | 03/29/2007 |
| | ORDER re 608 Stipulation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 3/29/07. (Movahed, Michelle) (Entered: 03/29/2007) | 03/29/2007 |
| 611 | NOTICE of Change of Firm Affiliation by Michael J. Boni and Kate Reznick and Entry of Appearance Associated Cases: 1:05-md-01720-JG-JO et al. (Boni, Michael) (Entered: 04/03/2007) | 04/03/2007 |
| 612 | NOTICE of Change of Firm Affiliation by Linda P. Nussbaum Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04131-JG-JO (Nussbaum, Linda) (Entered: 04/03/2007) | 04/03/2007 |
| 613 | Letter to The Honorable James Orenstein re: Status Conference by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/06/2007) | 04/06/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER re 613 Letter filed by Visa U.S.A. Inc. -- The application is granted. Accordingly, the conference previously scheduled for April 24, 2007 is rescheduled for May 3, 2007 at 2:00 p.m. and the next status report shall be submitted on April 26, 2007. Ordered by Judge James Orenstein on 4/9/07. (Movahed, Michelle) (Entered: 04/09/2007) | 04/09/2007 |
| 614 | Letter from Gary Carney to Magistrate Judge Orenstein requesting the Court to compel the Individual Plaintiffs to employ keyword searches to all of each of their custodian's reasonably accessible e-mail by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc. (Carney, Gary) (Entered: 04/24/2007) | 04/24/2007 |
| 615 | Letter from Gary Carney to Magistrate Judge Orenstein requesting the Court to compel the putative class Plaintiff Payless Shoesource, Inc. to apply to its e-mail search a set of keyword search terms that is substantially similar to the set the comparably-sized Individual Plaintiffs have agreed to utilize by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1-3# 2 Exhibit 4-7) (Carney, Gary) (Entered: 04/24/2007) | 04/24/2007 |
| 616 | NOTICE of Appearance by Joanne Zack on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Parkway Coporation, Parkway Corp. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Zack, Joanne) (Entered: 04/24/2007) | 04/24/2007 |
| 617 | NOTICE of Appearance by Kate Reznick on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Parkway Coporation, Parkway Corp. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Reznick, Kate) (Entered: 04/24/2007) | 04/24/2007 |
| 618 | DOCUMENT REMOVED as per Order dated 4/26/07 by Judge James Orenstein (Guy, Alicia). (Entered: 04/25/2007) | 04/25/2007 |
| 619 | Letter to Judge James Orenstein by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 04/26/2007) | 04/26/2007 |
| 620 | Letter on behalf of Class Plaintiffs requesting permission to file letter brief in support of motion to declassify documents as privileged by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/26/2007) | 04/26/2007 |
| 621 | Letter to The Honorable James Orenstein re filing under seal of Defendants' Letter Motion to Compel Wakefern Food Corporation to Provide Discovery for All Entities that assigned Claims to Wakefern by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/26/2007) | 04/26/2007 |
| 622 | Letter in connection with Case Status Report filed requesting that attached Highly Confidential documents be filed under seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/26/2007) | 04/26/2007 |
| 623 | Letter to the Honorable James Orenstein re sealing of Defendants' Letter Motion to Compel Plaintiffs Bi-Lo, Rite Aid, and Pathmark to Treat Certain Executives as Document Custodians by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/26/2007) | 04/26/2007 |
| 624 | STATUS REPORT Parties' Joint Case Status Report and Proposed Agenda for Case Management Conference No. 11 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Sweeney, Bonny) (Entered: 04/26/2007) | 04/26/2007 |
| 625 | SEALED DOCUMENT: Letter Motion to Compel by Visa U.S.A. Inc. (Black, Amanda) . (Entered: 05/03/2007) | 04/26/2007 |
| 626 | SEALED DOCUMENT: Letter Motion to Compel by Visa U.S.A. Inc. (Black, Amanda) . (Entered: 05/03/2007) | 04/26/2007 |
|  | ORDER re 618 Letter -- I respectfully direct the Clerk to remove from the docket document number 618, a letter (which I have not read) submitted for filing under seal without my permission and contrary to the instructions for seeking such permission previously communicated to counsel by my law clerk in response to his telephonic inquiry. Any counsel wishing to submit a matter for ex parte review may submit a letter on the public docket explaining the need for such secrecy accompanied by a redacted version of the proposed submission that permits all other parties and the public to view the portions of the proposed submission as to which there is no need for secrecy. Ordered by Judge James Orenstein on 4/26/07. (Movahed, Michelle) (Entered: 04/26/2007) | 04/26/2007 |
| 627 | Letter to Judge James Orenstein by Wakefern Food Corporation Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 04/27/2007) | 04/27/2007 |
| 628 | MOTION to Withdraw as Attorney (Richard Jeffries) by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Passarelli, John) (Entered: 04/27/2007) | 04/27/2007 |
| 629 | Letter to Judge Orenstein by Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO (Attachments: # 1 Exhibit) Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 04/27/2007) | 04/27/2007 |
| 630 | Letter submitting materials for consideration at the May 3, 2007, Status Conference on behalf of third-party McKinsey, filed under seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/27/2007) | 04/27/2007 |
| 631 | Letter to Judge Orenstein by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) | 04/27/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 632 | Letter to Judge Orenstein by Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) | 04/27/2007 |
| 633 | Letter to Judge Orenstein by Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) | 04/27/2007 |
| 634 | Letter to Judge Orenstein by Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) | 04/27/2007 |
| 635 | Letter to Judge Orenstein by QVC, Inc. (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) | 04/27/2007 |
| 636 | RESPONSE to Motion re 565 Letter MOTION to Compel the Court to Order MasterCard to add to List of Custodians filed by Payless Shoe Source, Inc.. (Buchman, Michael) (Entered: 04/27/2007) | 04/27/2007 |
| 637 | STATUS REPORT PARTIES' JOINT CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 11 (EXHIBITS FILED UNDER SEAL) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Sweeney, Bonny) (Entered: 04/27/2007) | 04/27/2007 |
| 638 | SEALED DOCUMENT: Exhibit 6 to parties joint case status report and proposed agenda for case management conference No. 11. (Black, Amanda) (Entered: 04/30/2007) | 04/27/2007 |
| 639 | SEALED DOCUMENT: Letter Brief from C. Wildfang to Hon. James Orenstein. (Black, Amanda) (Entered: 04/30/2007) | 04/27/2007 |
| 640 | SEALED DOCUMENT: Exhibit to status report for 5/3/07 status conference. (Black, Amanda) (Entered: 04/30/2007) | 04/27/2007 |
|  | ORDER re 619 Letter filed by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO -- The application is granted and the Individual Plaintiffs' time to respond to the defendants' motion, docket entry 614 , is enlarged to May 1, 2007. Ordered by Judge James Orenstein on 4/27/07. (Movahed, Michelle) (Entered: 04/27/2007) | 04/27/2007 |
|  | ORDER re 620 ; 622 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The applications to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556 , are granted. Ordered by Judge James Orenstein on 4/27/07. (Guy, Alicia). (Entered: 04/27/2007) Modified on 4/27/2007 (Guy, Alicia). (Entered: 04/27/2007) | 04/27/2007 |
| 641 | MOTION for Extension of Time to File Response/Reply as to 623 Letter by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO. (Bloom, Eric) (Entered: 04/30/2007) | 04/30/2007 |
| 642 | Letter to Magistrate Judge Orenstein regarding response to Defendants' motion to compel by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 04/30/2007) | 04/30/2007 |
| 643 | Letter to Judge Orenstein by Wakefern Food Corporation Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 04/30/2007) | 04/30/2007 |
|  | ORDER re 627 Letter filed by Wakefern Food Corporation -- The application is SO ORDERED. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) | 04/30/2007 |
|  | ORDER granting 628 Motion to Withdraw as Attorney. Attorney Richard P. Jeffries terminated. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) | 04/30/2007 |
|  | ORDER re 636 Response to Motion filed by Payless Shoe Source, Inc. -- The application to file a seven-page response is granted. I deny the request by counsel for Payless to adjourn argument on the defendants' pending motion to compel Payless to use a specified list of search terms. If all relevant parties are represented at the next status conference by counsel prepared to discuss the motion, I will hear argument at that time; otherwise, I will decide the motion on the record currently before me. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) | 04/30/2007 |
|  | ORDER granting 641 Motion for Extension of Time to File Response/Reply -- The application for an extension of time is SO ORDERED. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) | 04/30/2007 |
|  | ORDER re 642 Letter, filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO -- The application is granted and the page limit extension is SO ORDERED.Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) | 04/30/2007 |
|  | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 04/30/2007) | 04/30/2007 |
| 644 | Letter seeking permission to file under seal by Visa International Service Association (Gaertner, Michael) (Entered: 05/01/2007) | 05/01/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 645 | Letter Brief to Magistrate Judge Orenstein regarding custodial e-mail searches by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10) (Blechman, William) (Entered: 05/01/2007) | 05/01/2007 |
| 671 | MOTION for Leave to Appear Pro Hac Vice (Attorney), Paul E. Slater by QVC, Inc., Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO. (Piper, Francine) (Entered: 05/14/2007) | 05/01/2007 |
|  | ORDER re 644 Letter filed by Visa International Service Association -- The application to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556 , is granted. Ordered by Judge James Orenstein on 5/1/07. (Movahed, Michelle) (Entered: 05/01/2007) | 05/01/2007 |
| 646 | Letter seeking permission to file under seal by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 05/02/2007) | 05/02/2007 |
| 647 | Letter To Justice Orenstein by Wakefern Food Corporation (Attachments: # 1 Exhibit N# 2 Exhibit O# 3 Exhibit P# 4 Exhibit Q# 5 Exhibit R) Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 05/02/2007) | 05/02/2007 |
| 648 | SEALED DOCUMENT: Response filed by Visa International Service Association to Letter Brief from C. Wildfang 639 . (Black, Amanda). Modified on 5/4/2007 (Guy, Alicia). (Entered: 05/03/2007) | 05/02/2007 |
| 649 | SEALED DOCUMENT: Individual Plaintiff Wakerfern's Response to Defendant's MOTION to Compel 626 . (Black, Amanda). Modified on 5/4/2007 (Guy, Alicia). (Entered: 05/03/2007) | 05/02/2007 |
| 652 | SEALED DOCUMENT: RESPONSE to Motion re 626 MOTION to Compel, 625 MOTION to Compel filed by Plaintiff(s) in civil action Pathmark Stores, Inc. v. Visa U.S.A., Inc et al 05-cv-0078, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO. (Black, Amanda). (Entered: 05/03/2007) | 05/02/2007 |
| 651 | Letter to Magistrate Orenstein regarding supplement to response to Defendants' Motion to Compel by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/03/2007) | 05/03/2007 |
| 653 | REDACTION Letter Motion to Compel Plaintiff Wakefern Food Corporation by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M) (Mason, Robert) (Entered: 05/03/2007) | 05/03/2007 |
| 654 | REDACTION Letter Motion to Compel Individual Plaintiffs Bi-Lo, Rite Aid and Pathmark by Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22) (Mason, Robert) (Entered: 05/03/2007) | 05/03/2007 |
| 655 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 5/3/2007 -- SCHEDULING: The next status conference will be held on June 5, 2007, at 2:00 p.m. Further status conferences are scheduled as set out in the attached document. THE FOLLOWING RULINGS WERE MADE: The parties addressed several discovery matters. I will enter a separate order reflecting the disposition of each. SEE ATTACHED DOCUMENT. (Movahed, Michelle) Additional attachment(s) added on 5/4/2007 (Guy, Alicia). (Entered: 05/03/2007) | 05/03/2007 |
| 656 | ORDER: The attached order details the discovery issues discussed at the conference on May 3, 2007. SEE ATTACHED ORDER. Ordered by Judge James Orenstein on 5/3/07. (Movahed, Michelle) (Entered: 05/03/2007) | 05/03/2007 |
| 673 | FILING FEE: $ 25.00, receipt number 338681 (Piper, Francine) (Entered: 05/14/2007) | 05/03/2007 |
| 657 | NOTICE of Appearance by Robert M. Frost on behalf of Texas Independent Bancshares, Inc. (aty to be noticed) (Frost, Robert) (Entered: 05/06/2007) | 05/06/2007 |
| 658 | Letter to Judge Orenstein regarding Motion for Protection by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/09/2007) | 05/09/2007 |
| 659 | Letter to Judge Orenstein regarding Motion to Compel Search Term Protocol by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit) (Blechman, William) (Entered: 05/09/2007) | 05/09/2007 |
| 660 | Letter to Judge Orenstein requesting hearing on Individual Plaintiffs' Motions by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 05/09/2007) | 05/09/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 661 | Letter seeking permission to file supplemental response under seal by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 05/10/2007) | 05/10/2007 |
| 663 | Letter to Magistrate Judge Orenstein by HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, QVC, Inc., Texas Independent Bancshares, Inc. (Attachments: # 1 Exhibit 1) (Carney, Gary) (Entered: 05/10/2007) | 05/10/2007 |
| 664 | Letter with attached objections to Defendants' Motion to Compel by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 05/10/2007) | 05/10/2007 |
| 678 | SEALED DOCUMENT: Supplement to Rite Aid Corp., Pathmark Stores, Inc. and BI-LO LLC's Response to Defendants Letter Motion to Compel. (Guy, Alicia) (Entered: 05/17/2007) | 05/10/2007 |
| 665 | Letter to Honorable Judge Orenstein dated May 10, 2007 with Exhibits A and B attached by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 05/11/2007) | 05/11/2007 |
| 666 | Letter Requesting Seven Days to Respond by Visa International Service Association (Gaertner, Michael) (Entered: 05/11/2007) | 05/11/2007 |
| 667 | REDACTION Response of Individual Plaintiffs BI-LO, Pathmark, and Rite Aid to Defendants Letter Motion to Compel by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5) (Bloom, Eric) (Entered: 05/11/2007) | 05/11/2007 |
| 668 | Letter to Magistrate Judge Orenstein requesting leave to refile Motion to Compel and Motion for Protection by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/11/2007) | 05/11/2007 |
| 669 | ORDER re 668 Letter, filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO -- The application is granted as set forth in the attached order. I direct all counsel to use one-inch margins and 12-point (or larger) fonts in all submissions to me. SEE ATTACHED ORDER. Ordered by Judge James Orenstein on 5/11/07. (Movahed, Michelle) (Entered: 05/11/2007) | 05/11/2007 |
| 670 | MOTION for Extension of Time to File Response/Reply [Letter to Magistrate Judge Orenstein] by all defendants. (Carney, Gary) (Entered: 05/11/2007) | 05/11/2007 |
|  | ORDER re 666 Letter filed by Visa International Service Association -- The application is granted and Visa International Service Association shall respond by May 17, 2007 to the Class Plaintiffs' letter, docket entry 662 . Ordered by Judge James Orenstein on 5/11/07. (Movahed, Michelle) (Entered: 05/11/2007) | 05/11/2007 |
| 672 | ORDER granting 671 Motion for Leave to Appear Pro Hac Vice. (Ordered by JudgeJohn Gleeson on 5/7/07) (Piper, Francine) (Entered: 05/14/2007) | 05/14/2007 |
| 674 | First MOTION to Consolidate Cases by GMRI, Inc.. (Wildfang, K.) (Entered: 05/14/2007) | 05/14/2007 |
| 675 | AFFIDAVIT/AFFIRMATION re 674 First MOTION to Consolidate Cases Declaration of K. Craig Wildfang Regarding Motion to Amend Complaint and Consolidate Case with MDL 1720 by GMRI, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B PART 1# 3 Exhibit B PART 2# 4 Exhibit B PART 3# 5 Exhibit C) (Wildfang, K.) (Entered: 05/14/2007) | 05/14/2007 |
| 676 | Proposed Pretrial Order Re: Motion to Amend Complaint and Consolidate Case with MDL 1720 by GMRI, Inc. (Wildfang, K.) (Entered: 05/14/2007) | 05/14/2007 |
|  | ORDER granting 670 Motion for Extension of Time to File Response/Reply -- The application is granted on consent. Accordingly, the defendants' time to respond to the Individual Plaintiffs' motion to compel, docket entry 659 , and motion for a protective order, docket entry 658 , is extended to May 18, 2007, at 2:00 p.m. Ordered by Judge James Orenstein on 5/14/07. (Movahed, Michelle) (Entered: 05/14/2007) | 05/14/2007 |
| 677 | Letter to Magistrate Judge Orenstein enclosing Exhibit 1 to Motion to Compel by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/15/2007) | 05/15/2007 |
| 679 | REDACTION Supplemental Response to Defendants' Letter Motion to Compel by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Attachments: # 1 Exhibit A - C) (Bloom, Eric) (Entered: 05/17/2007) | 05/17/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 680 | Letter advising court of intent to file letter response to plaintiffs' 5/10/07 letter under seal by Visa International Service Association (Gaertner, Michael) (Entered: 05/17/2007) | 05/17/2007 |
| 681 | Letter to Magistrate Judge Orenstein opposing Plaintiffs' Motion to Compel by Wells Fargo & Company (McCarthy, Eric) (Entered: 05/18/2007) | 05/18/2007 |
| 682 | Letter to Magistrate Judge Orenstein Opposing Plaintiffs' Motion to Compel by Fifth Third Bancorp (Creighton, Richard) (Entered: 05/18/2007) | 05/18/2007 |
| 683 | Letter from SunTrust Bank to Magistrate Judge Orenstein Opposing Individual Plaintiffs' Motion to Compel by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO (Clark, Naeemah) (Entered: 05/18/2007) | 05/18/2007 |
| 684 | Letter from Wachovia Corporation and Wachovia Bank, N.A. to Magistrate Orenstein Opposing Individual Plaintiffs' Motion to Compel by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, One or more Defendants in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa, Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521-JG-JO (Clark, Naeemah) (Entered: 05/18/2007) | 05/18/2007 |
| 685 | Letter to Magistrate Judge Orenstein opposing Individual Plaintiffs' Motion For a Protective Order by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit) (Carney, Gary) (Entered: 05/18/2007) | 05/18/2007 |
| 686 | Letter Response to Individual Plaintiffs May 9, 2007 Letter by Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/18/2007) | 05/18/2007 |
| 687 | Letter to Judge Orenstein Opposing Plaintiffs' Motion to Compel by National City Bank of Kentucky, National City Corporation (Majoras, John) (Entered: 05/18/2007) | 05/18/2007 |
| 694 | SEALED DOCUMENT PLACED IN VAULT Associated Cases: 1:05-md-01720-JG-JO et al. (Sica, Michele) (Entered: 05/31/2007) | 05/18/2007 |
| | ORDER re 680 Letter filed by Visa International Service Association: The application to seal the Class Plaintiffs' letter, docket entry 662 , is granted and the Clerk's office is respectfully directed to seal that docket entry. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) | 05/18/2007 |
| | ORDER re 615 Letter, filed by Visa International Service Association, Visa U.S.A. Inc., Mastercard International Incorporated, Mastercard Incorporated -- The defendants' motion to compel Payless ShoeSource, Inc. to use certain search terms, see docket entry 663 , Ex. 1, is GRANTED. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) | 05/18/2007 |
| | ORDER granting 625 Motion to Compel -- The defendants' motion to compel plaintiffs Bi-Lo, Rite Aid, and Pathmark to treat certain executives as document custodians is GRANTED. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) | 05/18/2007 |
| | ORDER re 678 Letter filed by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO -- The application by plaintiffs Bi-Lo, Rite Aid and Pathmark for an order requiring the defendants to confer with those plaintiffs regarding a narrower set of search terms is DENIED without prejudice to any later application for relief. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) | 05/18/2007 |
| | ORDER terminating 626 Motion to Compel plaintiff Wakefern -- See docket entry 656 . Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) | 05/18/2007 |
| 688 | NOTICE of Appearance by Phillip F. Cramer on behalf of QVC, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO, 1:07-cv-00592-JG-JO (Cramer, Phillip) (Entered: 05/21/2007) | 05/21/2007 |
| | ORDER: The 674 Motion to Consolidate Cases is respectfully referred to Judge Orenstein. Ordered by Judge John Gleeson on May 22, 2007. (Gleeson, John) (Entered: 05/22/2007) | 05/22/2007 |
| | ORDER re 674 First MOTION to Consolidate Cases filed by GMRI, Inc. -- Any party wishing to respond to this motion shall do so no later than May 25, 2007. Ordered by Judge James Orenstein on 5/22/07. (Movahed, Michelle) (Entered: 05/22/2007) | 05/22/2007 |
| | MOTIONS REFERRED: 674 First MOTION to Consolidate Cases. Motions referred to James Orenstein. (Piper, Francine) (Entered: 05/23/2007) | 05/22/2007 |
| 689 | Letter to Magistrate Judge Orenstein regarding search protocols by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/24/2007) | 05/24/2007 |
| 690 | RESPONSE to Motion re 674 First MOTION to Consolidate Cases Joinder in Response of Bank Defendants filed by Visa International Service Association. (Gaertner, Michael) (Entered: 05/25/2007) | 05/25/2007 |

9/2/25, 11:11 AM

app.pacerpro/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 691 | RESPONSE to Motion re 674 First MOTION to Consolidate Cases VISA U.S.A. INC.'S RESPONSE TO GMRI'S MOTION TO AMEND COMPLAINT AND CONSOLIDATE CASE WITH MDL 1720 filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 05/25/2007) | 05/25/2007 |
| 692 | RESPONSE to Motion re 674 First MOTION to Consolidate Cases :Response of Bank Defendants to GMRI's Motion to Amend Complaint and Consolidate Case with MDL1720 filed by HSBC Finance Corporation, HSBC North America Holdings, Inc. (Lesser, David) (Entered: 05/25/2007) | 05/25/2007 |
| 693 | STATUS REPORT JOINT CASE STATUS REPORT & PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 12 by Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Cohen, Bart) (Entered: 05/29/2007) | 05/29/2007 |
| 700 | FILING FEE: $ 25.00, receipt number 339706 - Pro Hac Vice Attorney - Karen H. Riebel of Lockridge Grindal Nauen. (Piper, Francine) (Entered: 06/07/2007) | 05/30/2007 |
|  | ORDER -- The first paragraph of Pretrial Order 15, docket entry ("DE") 656, is vacated. Accordingly, the following motions are withdrawn: the defendants' motion to compel Individual Plaintiffs to use certain search terms, DE 614; the Individual Plaintiffs' motion for a protective order, DE 668; and the Individual Plaintiffs' motion to compel the defendants to use certain search terms, DE 668. See DE 689; DE 693 at 4-5. Ordered by Judge James Orenstein on 5/30/07. (Movahed, Michelle) (Entered: 05/30/2007) | 05/30/2007 |
| 695 | Letter to Magistrate Judge James Orenstein by GMRI, Inc. (Wildfang, K.) (Entered: 06/01/2007) | 06/01/2007 |
| 696 | NOTICE by GMRI, Inc. re 674 First MOTION to Consolidate Cases (Withdrawal of Motion ) (Wildfang, K.) (Entered: 06/01/2007) | 06/01/2007 |
|  | ORDER terminating 674 Motion to Consolidate Cases -- See docket entry 696 . Ordered by Judge James Orenstein on 6/4/07. (Movahed, Michelle) (Entered: 06/04/2007) | 06/04/2007 |
| 697 | MOTION to Withdraw as Attorney by Visa International Service Association. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Leave to Withdraw) (Lucianoc, Ann-Marie) (Entered: 06/05/2007) | 06/05/2007 |
| 698 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 6/5/2007 (Court Reporter Shelly Silverman). SCHEDULING: Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: 1. The parties addressed several discovery matters, none of which is yet ripe for my review. 2. I heard further argument in camera on the outstanding issues regarding the Class Plaintiffs' sealed motion to declassify a previously-produced document, docket entry 639, and reserved decision. The transcript of the in camera proceeding is sealed pending further order. SEE ATTACHED DOCUMENT. (Attachments: # 1 Appendix Appearances) (Movahed, Michelle) (Entered: 06/05/2007) | 06/05/2007 |
| 699 | Letter on behalf of Thomas R. Merrick re pro hac vice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 06/05/2007) | 06/05/2007 |
| 705 | FILING FEE: $ 25.00, receipt number 339940 - Pro Hac Vice Motion - Thomas R. Merrick. (Piper, Francine) (Entered: 06/14/2007) | 06/06/2007 |
|  | ORDER denying 697 Motion to Withdraw as Attorney -- The application is denied without prejudice to renewal in compliance with Local Civil Rule 1.4. Ordered by Judge James Orenstein on June 6, 2007. (Movahed, Michelle) (Entered: 06/06/2007) | 06/06/2007 |
| 701 | NOTICE of Appearance by L. Webb Campbell, II on behalf of QVC, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO, 1:07-cv-00592-JG-JO (Campbell, L.) (Entered: 06/11/2007) | 06/11/2007 |
| 702 | Letter to Magistrate Judge Orenstein by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Wildfang, K.) (Entered: 06/13/2007) | 06/13/2007 |
| 703 | NOTICE of Appearance by Paul E. Slater on behalf of QVC, Inc., Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO (aty to be noticed) (Slater, Paul) (Entered: 06/13/2007) | 06/13/2007 |
| 704 | Letter Advising Court of Intent to File Letter-Response Under Seal by Visa International Service Association (Gaertner, Michael) (Entered: 06/13/2007) | 06/13/2007 |
| 706 | SEALED DOCUMENT PLACED IN VAULT (Sica, Michele) (Entered: 06/18/2007) | 06/14/2007 |
|  | ORDER re 702 Letter filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO -- Although I do not see the need for further briefing and the Class Plaintiffs' letter does not specify the issue upon which it seeks to provide such additional argument, I recognize the complexity of the issue before me and therefore grant the Class Plaintiffs leave to submit a letter of no more than three pages in length, no later than June 21, 2007, that presents argument not substantively provided in their earlier written and oral submissions. Visa International may submit a responsive letter not exceeding three pages no later than June 28, 2007, provided that if, after reviewing the Class Plaintiffs' letter, I find nothing substantively new or worthy of a response in that letter, I will so advise the parties by June 25, 2007, so that Visa International will avoid the needless expenditure of additional resources. Ordered by Judge James Orenstein on June 14, 2007. (Movahed, Michelle) (Entered: 06/14/2007) | 06/14/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 707 | MOTION to Withdraw as Attorney by Visa International Service Association. (Attachments: # 1 Text of Proposed Order # 2 Affidavit # 3 Affidavit # 4 Affidavit # 5 Affidavit) (Lucianoc, Ann-Marie) (Entered: 06/21/2007) | 06/21/2007 |
| 708 | MOTION for Discovery Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED) by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 06/21/2007) | 06/21/2007 |
| 709 | MOTION to Seal Document 708 MOTION for Discovery Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED) MOTION for Discovery Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED) by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 Application for Leave to File Document Under Seal) (Cohen, Bart) (Entered: 06/21/2007) | 06/21/2007 |
| | ORDER re 707 Motion to Withdraw as Attorney -- The motion is GRANTED. Ordered by Judge James Orenstein on June 22, 2007. (Movahed, Michelle) (Entered: 06/22/2007) | 06/22/2007 |
| | ORDER granting 709 Motion to Seal Document -- The application to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556, is granted. Ordered by Judge James Orenstein on June 22, 2007. (Movahed, Michelle) (Entered: 06/22/2007) | 06/22/2007 |
| | Motions terminated, docketed incorrectly: 708 MOTION for Discovery Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED) MOTION for Discovery Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED) filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO -- This is a supplemental letter brief, not a motion. (Movahed, Michelle) (Entered: 06/22/2007) | 06/22/2007 |
| 710 | FILING FEE: $ 25.00, receipt number 023259 -Pro Hac Vice Motion - Thomas B. Batch (Piper, Francine) (Entered: 06/25/2007) | 06/25/2007 |
| 711 | MOTION for Extension of Time to File Status Report on behalf of all parties by Mastercard Incorporated, Mastercard International Incorporated. (Powell, Wesley) (Entered: 06/26/2007) | 06/26/2007 |
| | ORDER granting 711 Motion for Extension of Time to File -- The application is granted and the parties shall file the next status report on or before July 12, 2007. Ordered by Judge James Orenstein on June 27, 2007. (Movahed, Michelle) (Entered: 06/27/2007) | 06/27/2007 |
| 712 | NOTICE of Change of Address by Linda P. Nussbaum Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO, 1:07-cv-00592-JG-JO (Nussbaum, Linda) (Entered: 06/28/2007) | 06/28/2007 |
| 713 | NOTICE of Appearance by Gregory Scott Asciolla on behalf of Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO (aty to be noticed) (Asciolla, Gregory) (Entered: 06/28/2007) | 06/28/2007 |
| 714 | Letter Responding to Class Plaintiffs' 6/21/07 Letter by Visa International Service Association (Gaertner, Michael) (Entered: 06/28/2007) | 06/28/2007 |
| 722 | Sealed Letter Response filed by Michael J. Gaertner placed in vault. (Piper, Francine) (Entered: 07/16/2007) | 06/29/2007 |
| 715 | Letter Seeking Entry of Proposed Scheduling Order by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Attachments: # 1 Text of Proposed Order) (Cohen, Bart) (Entered: 07/09/2007) | 07/09/2007 |
| 716 | Letter MOTION to Compel production from former defendant RBC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A and B# 2 Exhibit C - H) (Wildfang, K.) (Entered: 07/10/2007) | 07/10/2007 |
| | ORDER re 715 Letter filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO -- The application is granted and the deadlines contained in the proposed second scheduling order, annexed to docket entry 715 as Attachment 1, are SO ORDERED. Ordered by Judge James Orenstein on July 10, 2007. (Movahed, Michelle) (Entered: 07/10/2007) | 07/10/2007 |
| 717 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 716 Letter MOTION to Compel production from former defendant RBC (Wildfang, K.) (Entered: 07/11/2007) | 07/11/2007 |
| 718 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re Order,, (Wildfang, K.) (Entered: 07/11/2007) | 07/11/2007 |
| | ORDER re 716 Letter MOTION to Compel production from former defendant RBC filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- RBC Royal Bank of Canada and RBC Centura Banks, Inc. are directed to respond to this motion no later than July 13, 2007. The Class Plaintiffs shall promptly serve a copy of this order and the underlying papers on RBC Royal Bank of Canada and RBC Centura Banks, Inc. Ordered by Judge James Orenstein on July 11, 2007. (Movahed, Michelle) (Entered: 07/11/2007) | 07/11/2007 |
| 719 | STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 13 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Powell, Wesley) (Entered: 07/12/2007) | 07/12/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 720 | Letter MOTION to Compel Production of Privilege Logs by Defendant Texas Independent Bancshares, Inc. by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 07/13/2007) | 07/13/2007 |
| 721 | Letter in regard to Plaintiffs' letter brief of July 10, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Wildfang, K.) (Entered: 07/13/2007) | 07/13/2007 |
| 723 | RESPONSE to Motion re 720 Letter MOTION to Compel Production of Privilege Logs by Defendant Texas Independent Bancshares, Inc. filed by Texas Independent Bancshares, Inc.. (Orleans, Jonathan) (Entered: 07/16/2007) | 07/16/2007 |
|  | ORDER terminating 716 Motion to Compel -- The motion is terminated as withdrawn without prejudice to renewal. See docket entry 721 . Ordered by Judge James Orenstein on July 16, 2007. (Movahed, Michelle) (Entered: 07/16/2007) | 07/16/2007 |
| 724 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 7/17/2007. (Court Reporter Fred Guerino.) SCHEDULING: (1) The next status conference will be held on August 28, 2007, at 2:00 p.m. (2) A further status conference will be held on October 9, 2007, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: The parties addressed several discovery matters, none of which is yet ripe for my review. SEE ATTACHED DOCUMENT. (Attachments: # 1 Appendix Appearances) (Movahed, Michelle) (Entered: 07/17/2007) | 07/17/2007 |
|  | ORDER finding as moot 720 Motion to Compel as stated on the record at the status conference on 7/17/07. Ordered by JudgeJames Orenstein on 7/17/07. (Guy, Alicia) (Entered: 08/14/2007) | 07/17/2007 |
|  | Email Notification Test - DO NOT REPLY (Guy, Alicia) (Entered: 07/20/2007) | 07/20/2007 |
| 725 | NOTICE of Appearance by Karen Hanson Riebel on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO (aty to be noticed) (Riebel, Karen) (Entered: 07/26/2007) | 07/26/2007 |
| 726 | CERTIFICATE of Counsel Pro Hac Vice Notice for Ashely M. Chan by Ashely M. Chan on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Chan, Ashely) (Entered: 07/31/2007) | 07/31/2007 |
| 727 | Letter responding to Court's directive at July Status Conference re: document productions by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 08/01/2007) | 08/01/2007 |
| 731 | FILING FEE: $ 25.00, receipt number 342073 - Pro Hac Vice Motion for Ashely M. Chan. (Piper, Francine) (Entered: 08/08/2007) | 08/01/2007 |
| 728 | Letter on behalf of all parties to Judge Orenstein regarding the Status Conference scheduled for August 28, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 08/02/2007) | 08/02/2007 |
| 729 | NOTICE of Appearance by Dean Martin Solomon on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO (aty to be noticed) (Solomon, Dean) (Entered: 08/02/2007) | 08/02/2007 |
| 730 | Letter from Kristen Anderson on behalf of Christopher Burke, re pro hac vice admission by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Burke, Christopher) (Entered: 08/06/2007) | 08/06/2007 |
| 733 | FILING FEE: $ 25.00, receipt number 342241 - Pro Hac Vice Motion - Kristen Anderson. (Piper, Francine) (Entered: 08/22/2007) | 08/07/2007 |
| 732 | Letter on behalf of all parties to Judge Orenstein regarding the Status Conference scheduled for August 28, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 08/09/2007) | 08/09/2007 |
|  | ORDER re 732 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted and the conference previously scheduled for August 28, 2007 is rescheduled for September 25, 2007 at 2:00 p.m. Ordered by Judge James Orenstein on August 14, 2007. (Movahed, Michelle) (Entered: 08/14/2007) | 08/14/2007 |
| 734 | TRANSCRIPT of Proceedings held on 12/18/06 before Judge James Orenstein. Court Reporter: Henry Shapiro. (Guy, Alicia) (Entered: 08/22/2007) | 08/22/2007 |
| 735 | TRANSCRIPT of Proceedings held on 7/17/07 before Judge James Orenstein. Court Reporter: Fred Guerino. (Guy, Alicia) (Entered: 08/22/2007) | 08/22/2007 |
| 736 | Letter on behalf of Defendants to Judge James Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Carney, Gary) (Entered: 08/28/2007) | 08/28/2007 |
| 737 | Letter in regard to Defendants' Letter Motion to Compel of August 28, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 08/30/2007) | 08/30/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 737 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application to extend Payless's time to respond to the defendants' motion, docket entry 736, is granted on consent. If the matter is not resolved on consent, I direct Payless to submit a response no later than September 7, 2007, that includes a specific proposed date for substantial completion of its production as well as an explanation for the undue delays to date. Ordered by Judge James Orenstein on August 31, 2007. (Movahed, Michelle) (Entered: 08/31/2007) | 08/31/2007 |
| 738 | TRANSCRIPT of Proceedings held on 11/21/06 before Judge James Orenstein. Court Reporter: Burt Sulzer. (Movahed, Michelle) Additional attachment(s) added on 9/6/2007 (Guy, Alicia). (Entered: 09/05/2007) | 09/05/2007 |
| 739 | NOTICE of Change of Firm Name by Christopher M. Burke Associated Cases: 1:05-md-01720-JG-JO et al. (Burke, Christopher) (Entered: 09/06/2007) | 09/06/2007 |
| 740 | REPORT AND RECOMMENDATIONS re 387 MOTION to Dismiss -- For the reasons set forth in the attached order, I respectfully recommend that the court grant in full the defendants' motion to dismiss the Class Plaintiffs' claims for damages to the extent that those damages were incurred prior to January 1, 2004. Objections to R&R due by 9/24/2007. Ordered by Judge James Orenstein on September 7, 2007. (Movahed, Michelle) (Entered: 09/07/2007) | 09/07/2007 |
| 741 | Letter In Opposition to Motion to Compel by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 09/07/2007) | 09/07/2007 |
| 742 | Letter MOTION for Extension of Time to File Response/Reply as to 740 REPORT AND RECOMMENDATIONS re 387 MOTION to Dismiss filed by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, DefendantREPORT AND RECOMMENDATIONS re 387 MOTION to Dismiss filed by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant s' by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 09/10/2007) | 09/10/2007 |
| | ORDER granting 742 Motion for Extension of Time to File Response/Reply -- The application is granted; the deadline for filing objections, if any, is extended until October 15, 2007. Ordered by Judge James Orenstein on September 11, 2007. (Movahed, Michelle) (Entered: 09/11/2007) | 09/11/2007 |
| 743 | MOTION for Extension of Time to File Status Report by all parties. (Powell, Wesley) (Entered: 09/12/2007) | 09/12/2007 |
| 744 | Letter on behalf of Defendants in Response to 741 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Carney, Gary) (Entered: 09/12/2007) | 09/12/2007 |
| 745 | NOTICE of Appearance by Francis J. Balint on behalf of Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO (aty to be noticed) (Attachments: # 1 Exhibit Exhibit A) (Balint, Francis) (Entered: 09/12/2007) | 09/12/2007 |
| 758 | FILING FEE: $ 50.00, receipt number 343530 - Pro Hac Vice - Attorney, Brenna L. Penrose and Trenton Douthett (Piper, Francine) (Entered: 09/28/2007) | 09/12/2007 |
| 759 | FILING FEE: $ 25.00, receipt number 343633 - Pro Hac Vice Motion - Attorney James Sulentic. (Piper, Francine) (Entered: 09/28/2007) | 09/12/2007 |
| | ORDER granting 743 Motion for Extension of Time to File -- The application is granted. Ordered by Judge James Orenstein on September 13, 2007. (Movahed, Michelle) (Entered: 09/13/2007) | 09/13/2007 |
| 746 | Letter MOTION to Compel Putative Class Plaintiffs to Answer Interrogatories 1, 2, 3, 6, 13, 14 and 19 of the First Set of Interrogatories Propounded to Each Putative Class Plaintiff by All Defendants, Filed by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 09/14/2007) | 09/14/2007 |
| 747 | Letter to Hon. James Orenstein re Payless Cross-Motion Reply by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 09/17/2007) | 09/17/2007 |
| | ORDER re 747 Letter filed by Payless Shoe Source, Inc. -- Pursuant to Rule III.A.2.c. of my individual practice rules, replies are not permitted on letter motions. Accordingly, this improper submission will be disregarded. Ordered by Judge James Orenstein on September 18, 2007. (Movahed, Michelle) (Entered: 09/18/2007) | 09/18/2007 |
| 748 | RESPONSE in Opposition re 746 Letter MOTION to Compel Putative Class Plaintiffs to Answer Interrogatories 1, 2, 3, 6, 13, 14 and 19 of the First Set of Interrogatories Propounded to Each Putative Class Plaintiff by All Defendants, Filed filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 09/19/2007) | 09/19/2007 |
| 749 | Letter MOTION to Compel Complete Production of Transcripts and Exhibits of Overlapping Custodians in AmEx case by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO REDACTED (Blechman, William) . (Entered: 09/19/2007) | 09/19/2007 |
| 750 | MOTION for Leave to File Document Under Seal by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Blechman, William) (Entered: 09/19/2007) | 09/19/2007 |
| 751 | STATUS REPORT by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A) (Mason, Robert) (Entered: 09/19/2007) | 09/19/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER granting 750 Motion for Leave to File -- The application to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556 , is granted. Ordered by Judge James Orenstein on September 19, 2007. (Movahed, Michelle) (Entered: 09/19/2007) | 09/19/2007 |
| 752 | ORDER regarding Judge Orenstein's Memorandum and Order of August 7, 2006, 474 . Please see attached order. Ordered by Judge John Gleeson on September 24, 2007. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 09/24/2007) | 09/24/2007 |
| 753 | Letter in Opposition to Plaintiffs' 749 Letter Motion to Compel Complete Production of Transcripts and Exhibits of Overlapping Custodians in AmEx case by Wells Fargo & Company (McCarthy, Eric) (Entered: 09/24/2007) | 09/24/2007 |
| 755 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 9/25/2007 (Court Reporter Sheldon Silverman.) SCHEDULING: The next status conference will be held on October 30, 2007, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: (1) For the reasons set forth on the record, I granted in part the defendants' motion to compel class plaintiff Payless Shoesource, Inc. ("Payless") to produce certain discovery. Specifically, in light of the fact that it would at this point be unrealistic to order Payless to make substantially complete production of documents responsive to the defendants' requests by September 28, 2007, I ordered that Payless do so no later than October 24, 2007. I denied Payless's cross-motion for a protective order. See Docket Entry ("DE") 736; DE 741. (2) For the reasons set forth on the record, I granted the plaintiffs' motion to compel defendant Wells Fargo, Inc. to produce in unredacted form certain documents produced in connection with litigation pending elsewhere. See DE 749. (3)The parties will continue discussions in an attempt to resolve on consent the defendants' motion to compel the Class Plaintiffs to answer certain interrogatories. See DE 746. (4) The parties discussed a number of other issues on the record, none of which is ripe for my review. SEE ATTACHED ORDER. (Attachments: # 1 Appendix Appearances) (Movahed, Michelle) Additional attachment(s) added on 9/25/2007 (Guy, Alicia). Modified on 9/26/2007 (Guy, Alicia). Additional attachment(s) added on 9/26/2007 (Guy, Alicia). (Entered: 09/25/2007) | 09/25/2007 |
|  | ORDER granting 754 SEALED Motion to Compel and 749 REDACTED Motion to Compel. Ordered by JudgeJames Orenstein on 9/25/07. (Guy, Alicia) (Entered: 09/26/2007) | 09/25/2007 |
| 756 | NOTICE of Appearance by James M. Sulentic on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (aty to be noticed) (Sulentic, James) (Entered: 09/27/2007) | 09/27/2007 |
| 757 | Letter to Judge Orenstein re Request for Deposition Protocol Orders by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A# 2 Exhibit B) (Burke, Christopher) (Entered: 09/27/2007) | 09/27/2007 |
| 760 | TRANSCRIPT of Status Conference held on 9/25/2007 before Judge Orenstein. Counsel for parties present. Court Reporter: Anthony Mancuso. Associated Cases: 1:05-md-01720-JG-JO et al. (Toribio, Winnethka) (Entered: 10/01/2007) | 10/01/2007 |
| 761 | NOTICE of Appearance by Linda Wong Cenedella on behalf of Chase Bank USA, N.A., JP Morgan Chase & Co. (aty to be noticed) (Cenedella, Linda) (Entered: 10/01/2007) | 10/01/2007 |
| 762 | NOTICE by Visa International Service Association of Firm Name Change (Gaertner, Michael) (Entered: 10/03/2007) | 10/03/2007 |
| 763 | NOTICE of Change of Firm name and e-mail address by Michael J. Gaertner (Gaertner, Michael) (Entered: 10/04/2007) | 10/04/2007 |
| 764 | Letter request of Plaintiffs for telephone conference with the Court. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/04/2007) | 10/04/2007 |
| 765 | Letter attaching Stipulation and Order for entry by Visa International Service Association (Gaertner, Michael) (Entered: 10/05/2007) | 10/05/2007 |
|  | ORDER re 764 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- If any party objects to the proposed conference, it may submit a letter explaining its position by October 10, 2007. If there is no objection, I direct Mr. Wildfang to arrange a telephone conference for all interested participants on October 12, 2007, at 2:00 p.m. Ordered by Judge James Orenstein on October 5, 2007. (Kochendorfer, Kate) (Entered: 10/05/2007) | 10/05/2007 |
|  | ORDER re 765 Letter filed by Visa International Service Association -- The stipulation is so ordered. Ordered by Judge James Orenstein on October 9, 2007. (Kochendorfer, Kate) (Entered: 10/09/2007) | 10/09/2007 |
| 766 | Letter from Peter E. Greene, Esq. to the Honorable James Orenstein by Chase Bank USA, N.A., JP Morgan Chase & Co. (Greene, Peter) (Entered: 10/10/2007) | 10/10/2007 |
| 767 | Letter of Plaintiffs in response to letter of Mr. Greene of October 10, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/10/2007) | 10/10/2007 |
|  | ORDER re 764 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- I will conduct the telephone conference as scheduled. Ordered by Judge James Orenstein on October 10, 2007. (Kochendorfer, Kate) (Entered: 10/10/2007) | 10/10/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 768 | Letter containing dial-in instructions for October 12, 2007 telephone conference with the Court. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/11/2007) | 10/11/2007 |
| 769 | Minute Entry for proceedings held before James Orenstein : Telephone Conference held on 10/12/2007. No later than October 22, 2007, the Class Plaintiffs will submit a letter or brief setting forth their arguments as to how my Report and Recommendation of September 7, 2007, docket entry 740 (the "R&R"), should affect the claims of non-party members of the putative class who opted out of the earlier class action styled as In re Visa Check/ MasterMoney Antitrust Litigation, docket no. CV 96-5238 (E.D.N.Y.). The defendants will submit their response by October 29, 2007. After reviewing the submissions, I will issue a supplement to the R&R setting forth such further analysis and recommendations as I believe to be warranted under the circumstances. The deadline for submitting objections to the R&R is accordingly adjourned without date; I will set a new deadline in the supplemental document to be issued after reviewing the parties' submissions. (Orenstein, James) (Entered: 10/12/2007) | 10/12/2007 |
| 770 | MOTION for Leave to File Document Under Seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/15/2007) | 10/15/2007 |
| 771 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Plaintiffs' Notice of Motion and Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents (Sweeney, Bonny) Modified on 10/16/2007 to change this document from a Notice(other) to a Motion to Compel.(Vaughn, Terry). (Entered: 10/15/2007) | 10/15/2007 |
| 772 | MOTION to Compel Memorandum of Law in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 10/15/2007) | 10/15/2007 |
| 773 | AFFIDAVIT/AFFIRMATION [Redacted] Declaration of Dennis Stewart in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Sweeney, Bonny) (Entered: 10/15/2007) | 10/15/2007 |
| 774 | NOTICE of Appearance by Trenton B. Douthett on behalf of Fifth Third Bancorp (aty to be noticed) (Douthett, Trenton) (Entered: 10/16/2007) | 10/16/2007 |
| 775 | NOTICE of Appearance by Brenna L. Penrose on behalf of Fifth Third Bancorp (aty to be noticed) (Penrose, Brenna) (Entered: 10/16/2007) | 10/16/2007 |
| 776 | MOTION for Leave to File Documents Under Seal re Class Plaintiffs' Motion by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion and Motion# 2 Memorandum in Support of Motion# 3 Declaration of K. Craig Wildfang# 4 Exhibits to Declaration of K. Craig Wildfang# 5 Text of Proposed Order [Proposed] Order re Motion# 6 Certificate of Service) (Wildfang, K.) (Entered: 10/16/2007) | 10/16/2007 |
| 777 | MOTION for Leave to File Motion to Declare as Not Privileged Certain Documents Produced by MasterCard by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion and Motion# 2 Memorandum in Support of Motion# 3 Declaration of Thomas B. Hatch# 4 Exhibit List in re Declaration of Thomas B. Hatch# 5 Exhibit 1# 6 Exhibit 2# 7 Exhibit 3# 8 Errata 4# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 7# 12 Exhibit 8# 13 Text of Proposed Order # 14 Certificate of Service) (Wildfang, K.) (Entered: 10/16/2007) | 10/16/2007 |
| 778 | SEALED AFFIDAVIT/AFFIRMATION Declaration of Dennis Stewart in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Guy, Alicia) (Entered: 10/17/2007) | 10/16/2007 |
| | Motions terminated, docketed incorrectly: 772 MOTION to Compel Memorandum of Law in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (THESE DOCUMENTS ARE SUPPORTING PAPERS TO THE MOTION TO COMPEL) (Piper, Francine) (Entered: 10/16/2007) | 10/16/2007 |
| | ORDER granting 770 Motion for Leave to File -- The application to file under seal is granted. Ordered by Judge James Orenstein on October 16, 2007. (Kochendorfer, Kate) (Entered: 10/16/2007) | 10/16/2007 |
| 779 | Letter to Sandra Jones re Pro Hac Vice admission of Barry L. Refsin by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Refsin, Barry) (Entered: 10/17/2007) | 10/17/2007 |
| 780 | Letter to the Honorable James Orenstein requesting an extension of time to respond to Plaintiff's Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/17/2007) | 10/17/2007 |
| 781 | Letter to the Honorable James Orenstein requesting leave to file letter motion to compel under seal by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/18/2007) | 10/18/2007 |
| 782 | Letter of Plaintiffs' re briefing schedule with MasterCard by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/18/2007) | 10/18/2007 |
| 783 | Letter Response of Class Plaintiffs to Ms. Rottenberg's Request for Extension of Time to Respond by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/18/2007) | 10/18/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 784 | MOTION for Extension of Time to File Response/Reply to Plaintiffs' Motion to Declare As Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard (docket no. 776) and Class Plaintiffs' Motion to Declare As Not Privileged Certain Documents Produced by MasterCard (docket no. 777) by Mastercard Incorporated, Mastercard International Incorporated, Citibank N A, Citicorp, Citigroup Inc. (Ravelo, Keila) (Entered: 10/18/2007) | 10/18/2007 |
| 785 | Notice of MOTION to Withdraw as Attorney by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Motion to Withdraw the Appearance of Bradley M. Orschel# 2 Certificate of Service) (Wildfang, K.) (Entered: 10/18/2007) | 10/18/2007 |
| 786 | MOTION for Leave to File Document Under Seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Burke, Christopher) (Entered: 10/18/2007) | 10/18/2007 |
| 798 | FILING FEE: $ 25.00, receipt number 345034 - Pro Hac Vice Motion - Attorney, Barry Refsin. (Piper, Francine) (Entered: 10/23/2007) | 10/18/2007 |
|  | ORDER denying 771 Motion to Compel -- The plaintiffs' notice of motion to compel defendant First National Bank of Omaha to produce certain documents, docket entry 771, was filed without leave obtained at a pre-motion conference, in violation of rule III.A.3 of my individual practice rules. I note that the motion was addressed to my colleague, the Honorable Michael L. Orenstein, who is not assigned to this litigation but whose individual rules do not require a pre-motion conference. Assuming that the plaintiffs intended to address their motion to me, I deny it without prejudice to renewal, either as an informal letter motion pursuant to Local Civil Rule 37.3 or as a motion on notice in conformity with my individual practice rules. Ordered by Judge James Orenstein on October 18, 2007. (Kochendorfer, Kate) (Entered: 10/18/2007) | 10/18/2007 |
|  | ORDER finding as moot 780 Letter filed by Visa U.S.A. Inc. requesting an extension of time to respond to Plaintiff's Motion to Compel as the Motion to Compel 771 is denied. Ordered by Judge James Orenstein on 10/18/07. (Guy, Alicia) (Entered: 10/19/2007) | 10/18/2007 |
| 788 | NOTICE of Appearance by William F. Cavanaugh on behalf of Wells Fargo & Company (aty to be noticed) (Cavanaugh, William) (Entered: 10/19/2007) | 10/19/2007 |
| 789 | Letter MOTION to Compel Defendants' Production of Native Excel Files by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E, Pt. 1# 6 Exhibit E, Pt. 2# 7 Exhibit E, Pt. 3# 8 Exhibit E, Pt. 4# 9 Exhibit E, Pt. 5# 10 Exhibit E, Pt. 6# 11 Exhibit E, Pt. 7# 12 Exhibit E, Pt. 8# 13 Exhibit E, Pt. 9# 14 Exhibit E, Pt. 10# 15 Exhibit F) (Slaughter, Stacey) (Entered: 10/19/2007) | 10/19/2007 |
| 790 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 789 Letter MOTION to Compel Defendants' Production of Native Excel Files (Slaughter, Stacey) (Entered: 10/19/2007) | 10/19/2007 |
| 791 | NOTICE of Appearance by Thomas B. Hatch on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1) (Hatch, Thomas) (Entered: 10/19/2007) | 10/19/2007 |
| 792 | Letter Brief Re Privilege Log Issues by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 # 2) (Hatch, Thomas) (Entered: 10/19/2007) | 10/19/2007 |
| 793 | ORDER -- As explained in the attached document, I deem each of the plaintiffs' motions (DE 771; DE 776; DE 777) to be a request for a pre-motion conference. Any party that wishes to respond to the request for a pre-motion conference may submit a letter explaining its position by October 24, 2007. As a result of the foregoing, the various applications for extensions of time to respond to the substantive motions, DE 780; DE 784, are moot. Finally, to the extent the parties' respective submissions also seek leave to file materials under seal in connection with the anticipated motion practice, I grant such relief. SEE ATTACHED ORDER. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) | 10/19/2007 |
| 794 | Letter MOTION to Compel Challenging Defendant First Nationa Bank of Omaha's Privilege Designation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Burke, Christopher) (Entered: 10/19/2007) | 10/19/2007 |
|  | ORDER re 781 Letter filed by Visa U.S.A. Inc. -- The application to file under seal certain information designated as "highly confidential" or "confidential" within the meaning of the Second Amended Protective Order, docket entry 556, is granted. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) | 10/19/2007 |
|  | ORDER re 786 MOTION for Leave to File Document Under Seal filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application to file under seal is granted. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) | 10/19/2007 |
|  | ORDER granting 785 Motion to Withdraw as Attorney -- The motion is granted. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) | 10/19/2007 |
|  | ORDER terminating 776 Motion for Leave to File; terminating 777 Motion for Leave to File; terminating 784 Motion for Extension of Time to File Response/Reply ; granting 786 Motion for Leave to File. See Docket Entry 793. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) | 10/19/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 795 | Letter Motion by Class Plaintiffs for clarification of the Court's Report and Recommendation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment A - part 1# 2 Attachment A - part 2# 3 Attachment A - part 3# 4 Attachment A- part 4# 5 Attachment A- part 5# 6 Attachment B - part 1# 7 Attachment B - part 2) (Wildfang, K.) (Entered: 10/22/2007) | 10/22/2007 |
| 796 | NOTICE of Appearance by Stacey Slaughter on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (notification declined) (Attachments: # 1 Certificate of Service) (Slaughter, Stacey) (Entered: 10/22/2007) | 10/22/2007 |
| 797 | Letter MOTION to Compel third party Auriemma Consulting Group by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 [redacted]# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Wildfang, K.) (Entered: 10/22/2007) | 10/22/2007 |
| 807 | SEALED MOTION to Compel Challenging Defendant First Nationa Bank of Omaha's Privilege Designation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. REDACTED copy is docket entry 794 . (Guy, Alicia) (Entered: 10/24/2007) | 10/22/2007 |
| 808 | SEALED EXHIBITS 9-22 as attached to the Declaration of Thomas B. Hatch in re Class Plaintiff's Motion to Declare as Not Priviledged Certain Documents Produced by Mastercard, Docket Entry 777 . (Guy, Alicia) (Entered: 10/24/2007) | 10/22/2007 |
| 799 | FILING FEE: $ 25.00, receipt number 345146 re: Pro Hace Vice Admission for Stacey Slaughter. (Guy, Alicia) (Entered: 10/23/2007) | 10/23/2007 |
| 800 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 795 Letter, Motion of Class Plaintiffs requesting clarification of the Court's September 7, 2007 Report and Recommendation (Wildfang, K.) (Entered: 10/23/2007) | 10/23/2007 |
| 801 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 797 Letter MOTION to Compel third party Auriemma Consulting Group (Wildfang, K.) (Entered: 10/23/2007) | 10/23/2007 |
| 802 | MOTION for Leave to File Document Under Seal [re DE 797] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/23/2007) | 10/23/2007 |
| 803 | Letter to The Honorable James Orenstein with respect to Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/23/2007) | 10/23/2007 |
| 804 | Letter response of plaintiffs to Ms. Rottenberg's October 23, 2007 letter re motion to compel FNBO production by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/23/2007) | 10/23/2007 |
| 805 | Letter to The Honorable James Orenstein withdrawing Defendants' motion to compel against Coborn's Inc.(Docket No. 781) by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/23/2007) | 10/23/2007 |
| 806 | STATUS REPORT Parties' Joint Case Status Report & Proposed Agenda For Case Management Conference No. 15, filed on behalf of all parties by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/23/2007) | 10/23/2007 |
|  | ORDER re 797 Letter MOTION to Compel third party Auriemma Consulting Group filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Third party Auriemma Consulting Group shall respond in writing by October 25, 2007. Attorney Wildfang shall provide a copy of this order to them. Ordered by Judge James Orenstein on October 23, 2007. (Kochendorfer, Kate) (Entered: 10/23/2007) | 10/23/2007 |
| 809 | Letter to the Honorable James Orenstein withdrawing motion re privilege issues (Docket 792) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 10/24/2007) | 10/24/2007 |
| 810 | Letter to Judge Orenstein Regarding Class Plaintiffs' Motion to Compel Certain Defendants, etc. by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 10/24/2007) | 10/24/2007 |
| 811 | Letter to The Honorable James Orenstein concerning the pre-motion conference by Mastercard Incorporated, Mastercard International Incorporated, Citibank N A, Citicorp, Citigroup Inc (Attachments: # 1 Exhibit) (Ravelo, Keila) (Entered: 10/24/2007) | 10/24/2007 |
| 812 | RESPONSE in Opposition re 789 Letter MOTION to Compel Defendants' Production of Native Excel Files filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Ladner, Mark) (Entered: 10/24/2007) | 10/24/2007 |
|  | ORDER withdrawing 787 Sealed Motion as reported to the Court in docket entry 805 . Ordered by JudgeJames Orenstein on 10/24/07. (Guy, Alicia) (Entered: 10/24/2007) | 10/24/2007 |
|  | ORDER re 803 Letter filed by Visa U.S.A. Inc. -- Any party wishing to respond to the letter motion may do so by October 26, 2007, provided that multiple parties represented by common counsel shall file a single common response. The motion on notice is deemed withdrawn. Ordered by Judge James Orenstein on October 24, 2007. (Kochendorfer, Kate) (Entered: 10/24/2007) | 10/24/2007 |
|  | ORDER granting 802 Motion for Leave to File -- The application to file under seal is granted. Ordered by Judge James Orenstein on October 24, 2007. (Kochendorfer, Kate) (Entered: 10/24/2007) | 10/24/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 813 | RESPONSE in Opposition re 797 Letter MOTION to Compel third party Auriemma Consulting Group filed by Auriemma Consulting Group, Inc.. (Wright, Lita) (Entered: 10/25/2007) | 10/25/2007 |
| 814 | NOTICE of Appearance by Lita B. Wright on behalf of Auriemma Consulting Group, Inc. (aty to be noticed) (Wright, Lita) (Entered: 10/26/2007) | 10/26/2007 |
| 815 | Letter to The Honorable James Orenstein with respect to filing under seal of Visa U.S.A. Inc.'s letter in opposition to Plaintiffs' Letter Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents (No. 794) by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/26/2007) | 10/26/2007 |
| 816 | RESPONSE in Opposition re 794 Letter MOTION to Compel Challenging Defendant First Nationa Bank of Omaha's Privilege Designation filed by First National Bank of Omaha. (Attachments: # 1 Affidavit John Passarelli with Exhibits A-E) (Passarelli, John) (Entered: 10/26/2007) | 10/26/2007 |
| 817 | SEALED Response to Motion re 794 Letter MOTION to Compel Challenging Defendant First National Bank of Omaha's Privilege Designation filed by Visa U.S.A. Inc. Placed in vault. (Toribio, Winnethka) (Entered: 10/29/2007) | 10/26/2007 |
| 818 | RESPONSE in Opposition re 795 MOTION for More Definite Statement filed by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Greene, Peter) (Entered: 10/29/2007) | 10/29/2007 |
| 819 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 10/30/2007 -- SCHEDULING: The next status conference will be held on December 11, 2007, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved some as set forth in detail in Pretrial Order 16. SEE ATTACHED ORDER. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 10/30/2007) | 10/30/2007 |
| 820 | PRETRIAL ORDER 16: The attached order details the discovery issues discussed at the conference on October 30, 2007. SEE ATTACHED ORDER. Ordered by Judge James Orenstein on October 30, 2007. (Kochendorfer, Kate) (Entered: 10/30/2007) | 10/30/2007 |
| 821 | SEALED EXHIBIT 2 as attached to 797 Letter MOTION to Compel third party Auriemma Consulting Group filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Guy, Alicia) (Entered: 10/31/2007) | 10/30/2007 |
| | ORDER denying 789 Motion to Compel; granting 794 Motion to Compel; denying 795 Motion for More Definite Statement. See Docket Entry 820. Ordered by Judge James Orenstein on October 30, 2007. (Kochendorfer, Kate) (Entered: 10/30/2007) | 10/30/2007 |
| 822 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re service of Judge Orenstein's Pretrial Order (DE 820) on Auriemma (Wildfang, K.) (Entered: 11/01/2007) | 11/01/2007 |
| 823 | NOTICE of Appearance by Eric Bloom on behalf of Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (aty to be noticed) (Bloom, Eric) (Entered: 11/01/2007) | 11/01/2007 |
| 824 | TRANSCRIPT of Proceedings held on 10/30/07 before Judge James Orenstein. Court Reporter: Burt Sulzer. (Kochendorfer, Kate) (Entered: 11/01/2007) | 11/01/2007 |
| 825 | Letter to Sandra Jones re admission pro hac vice of Susan G. Lee and Thomas William Stoever, Jr. by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 11/02/2007) | 11/02/2007 |
| 826 | Letter on Behalf of Alexandra S. Bernay re pro hac vice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Burke, Christopher) (Entered: 11/05/2007) | 11/05/2007 |
| 827 | MOTION to Compel Documents Claimed as Privileged by MasterCard by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 11/06/2007) | 11/06/2007 |
| 828 | FILING FEE: $ 50, receipt number 345648 re: Pro Hac Vice Admission for Attoneys, Susan G. Lee and Thomas Stoever, Jr. (Guy, Alicia) (Entered: 11/06/2007) | 11/06/2007 |
| 829 | MOTION to Withdraw as Attorney by Wells Fargo & Company. (Attachments: # 1 Certificate of Service) (McCarthy, Eric) (Entered: 11/08/2007) | 11/08/2007 |
| 830 | MOTION to Compel Wells Fargo by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 October 16, 2007 letter# 2 October 23, 2007 letter) (Perelman, Donald) (Entered: 11/09/2007) | 11/09/2007 |
| | ORDER granting 829 Motion to Withdraw as Attorney -- The motion is granted. Ordered by Judge James Orenstein on November 9, 2007. (Roehm, Scott) (Entered: 11/09/2007) | 11/09/2007 |
| 831 | MOTION for Leave to File , Under Seal, the Supplemental Declaration of K. Craig Wildfang in support of Class Plaintiffs' Objections to Report and Recommendation Filed on September 7, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum, # 2 [Redacted] Supplemental Declaration, # 3 Under Seal Cover Page) (Wildfang, K.) (Entered: 11/13/2007) | 11/13/2007 |
| 832 | See Doc. No. 831. Included in Doc. No. 831 is Class Plaintiffs' OBJECTION to 740 Report and Recommendations filed 9/7/07. A copy of these objections are attached to this entry. (Vaughn, Terry) (Entered: 11/14/2007) | 11/14/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 833 | Letter seeking leave to file motion by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment 1) (Wildfang, K.) (Entered: 11/14/2007) | 11/14/2007 |
| 834 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 831 MOTION for Leave to File , Under Seal, the Supplemental Declaration of K. Craig Wildfang in support of Class Plaintiffs' Objections to Report and Recommendation Filed on September 7, 2007, 832 Objection to Report and Recommendations (Wildfang, K.) (Entered: 11/14/2007) | 11/14/2007 |
| | ORDER granting 831 Motion for Leave to File -- The application to file under seal is granted. Ordered by Magistrate-Judge James Orenstein on November 14, 2007. (Kochendorfer, Kate) (Entered: 11/14/2007) | 11/14/2007 |
| 835 | RESPONSE in Opposition re 830 MOTION to Compel Wells Fargo (Letter in Opposition to Motion to Compel Wells Fargo & Company) filed by Wells Fargo & Company. (Cavanaugh, William) (Entered: 11/15/2007) | 11/15/2007 |
| 836 | Letter on Behalf of Defendants to Magistrate Judge Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Carney, Gary) (Entered: 11/15/2007) | 11/15/2007 |
| | ORDER finding as moot 830 Motion to Compel -- The motion is deemed moot, without prejudice to renewal, in compliance with all applicable rules, after the plaintiffs review the revised privilege log to be produced by December 7, 2007 which will comply in all respects with the requirements of Rule 26(b)(5). Ordered by Magistrate-Judge James Orenstein on November 16, 2007. (Kochendorfer, Kate) (Entered: 11/16/2007) | 11/16/2007 |
| | ORDER: The defendants' request, 836 , for time to respond to the class plaintiffs' objections to the September 7, 2007 Report and Recommendation is granted. All responses to the objections to the Report and Recommendation shall be served and filed on or before December 13, 2007. Ordered by Judge John Gleeson on November 16, 2007. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 11/16/2007) | 11/16/2007 |
| 838 | Letter on behalf of all Defendants in response to Plaintiffs' Request Seeking Leave to Move For a Case Management Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 11/19/2007) | 11/19/2007 |
| 843 | FILING FEE: $ 25.00, receipt number 346415 -Pro Hac Vice Motion - Saren K. Sudel, Law Office of Robins, Kaplan, Miller & Ceresi LLP. (Piper, Francine) (Entered: 11/28/2007) | 11/19/2007 |
| 840 | TRANSCRIPT of Proceedings held on 10/30/07 before Judge James Orenstein. Court Reporter: Burton Sulzer. (Piper, Francine) (Entered: 11/21/2007) | 11/20/2007 |
| 839 | Letter to The Honorable James Orenstein re procedures for resolving privilege disputes by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/21/2007) | 11/21/2007 |
| 841 | NOTICE of Appearance by Barry L. Refsin on behalf of Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (aty to be noticed) (Refsin, Barry) (Entered: 11/26/2007) | 11/26/2007 |
| 842 | ORDER re 838 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, 839 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, 833 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. At the next status conference on December 11, 2007, I will discuss procedures for challenging assertions of privilege, as raised in the parties' recent submissions. If the matter is not resolved at that conference, I will set an expedited briefing schedule and resolve the dispute on the basis of the written submissions. Ordered by Magistrate Judge James Orenstein on November 26, 2007. (Orenstein, James) (Entered: 11/26/2007) | 11/26/2007 |
| 844 | NOTICE of Appearance by Saren Sudel on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Sudel, Saren) (Entered: 11/30/2007) | 11/30/2007 |
| 845 | Notice of MOTION for Leave to File Documents Under Seal Relating to the Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard [Relating to Docket Number 776] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 11/30/2007) | 11/30/2007 |
| 846 | MOTION for Leave to File Documents Under Seal Related to Letter Motion To Compel Third Party McKinsey by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Letter Motion to Compel third party McKinsey, # 2 Exhibit A (redacted), # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D (redacted), # 6 Exhibit E (redacted), # 7 Exhibit F, # 8 Exhibit G (redacted), # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J) (Wildfang, K.) (Entered: 12/03/2007) | 12/03/2007 |
| 847 | MOTION to Compel Defendant MasterCard to Provide a Designated Corporate Representative To Testify and To Compy With Their Discovery Agreement of Last June by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 ATTACHMENT 1, # 2 ATTACHMENT 2, # 3 ATTACHMENT 3, # 4 ATTACHMENT 4, # 5 ATTACHMENT 5, # 6 ATTACHMENT 6, # 7 ATTACHMENT 7, # 8 ATTACHMENT 8, # 9 ATTACHMENT 9, # 10 ATTACHMENT 10, # 11 ATTACHMENT 11) (Wildfang, K.) (Entered: 12/03/2007) | 12/03/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 848 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 846 MOTION for Leave to File Documents Under Seal Related to Letter Motion To Compel Third Party McKinsey (Wildfang, K.) (Entered: 12/04/2007) | 12/04/2007 |
| 849 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 847 MOTION to Compel Defendant MasterCard to Provide a Designated Corporate Representative To Testify and To Compy With Their Discovery Agreement of Last June (Wildfang, K.) (Entered: 12/04/2007) | 12/04/2007 |
| 850 | RESPONSE to Motion re 777 MOTION for Leave to File Motion to Declare as Not Privileged Certain Documents Produced by MasterCard with Cover Letter to Magistrate Judge James Orenstein filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application to file under seal, # 2 Exhibit MasterCard's Memorandum of Law in Opposition to Class Plaintiffs' Motion to Declare as Not Privileged Certain Documents Produced by MasterCard, # 3 Exhibit Declaration of Wesley R. Powell, # 4 Exhibit Declaration of Joshua Peirez, # 5 Exhibit Declaration of Noah J. Hanft, # 6 Exhibit Declaration of Carl Munson, # 7 Exhibit Declaration of James Masterson, # 8 Exhibit Declaration of Dana Lorberg, # 9 Exhibit Declaration of Michael Rethorn, # 10 Exhibit Declaration of Charles Hillock, # 11 Exhibit Class Plaintiffs' Reply Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents Produced by MasterCard [relating to Docket No. 777], # 12 Exhibit Supplemental Declaration of Thomas Hatch and Exhibit A [relating to Docket No. 777]) (Slaughter, Stacey) (Entered: 12/04/2007) | 12/04/2007 |
| 851 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 850 Response to Motion,,,, (Slaughter, Stacey) (Entered: 12/04/2007) | 12/04/2007 |
| 852 | Letter re date of service on third party McKinsey related to DE 846 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/04/2007) | 12/04/2007 |
| 853 | STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 16 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit Stipulation and Order of Case Management Order) (Powell, Wesley) (Entered: 12/04/2007) | 12/04/2007 |
| 854 | NOTICE of Appearance by Marion Brenda Johnson on behalf of McKinsey & Company (aty to be noticed) (Johnson, Marion) (Entered: 12/06/2007) | 12/06/2007 |
| 855 | RESPONSE in Opposition re 847 MOTION to Compel Defendant MasterCard to Provide a Designated Corporate Representative To Testify and To Compy With Their Discovery Agreement of Last June filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Ravelo, Keila) (Entered: 12/06/2007) | 12/06/2007 |
| 863 | SEALED MEMORANDUM in Opposition by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation placed in vault. (Toribio, Winnethka) (Entered: 12/12/2007) | 12/06/2007 |
| 856 | RESPONSE in Opposition re 846 MOTION for Leave to File Documents Under Seal Related to Letter Motion To Compel Third Party McKinsey filed by McKinsey & Company. (Attachments: # 1 Exhibit A) (Johnson, Marion) (Entered: 12/07/2007) | 12/07/2007 |
| 857 | REPLY to Response to Motion re 777 MOTION for Leave to File Motion to Declare as Not Privileged Certain Documents Produced by MasterCard Amended Class Plaintiffs' Reply Memorandum filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application to File Document Under Seal, # 2 Exhibit Amended Class Plaintiffs' Reply Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents Produced by MasterCard [Relating to Docket Nos. 777 and 850], # 3 Exhibit Certificate of Service) (Slaughter, Stacey) (Entered: 12/07/2007) | 12/07/2007 |
| 858 | Letter of Plaintiffs requesting additional item for discussion at the Status Conference of Tuesday, December 11, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/10/2007) | 12/10/2007 |
| 859 | Letter to Judge Orenstein correcting Parties' Joint Case Status Report #16 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Undlin, Thomas) (Entered: 12/10/2007) | 12/10/2007 |
| 860 | Letter Of Peter E. Greene To Honorable James Orenstein In Response To Plaintiff's Request For An Additional Item For Discussion At The Status Conference Of Tuesday, December 11, 2007, Filed by Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Attachment A) (Greene, Peter) (Entered: 12/10/2007) | 12/10/2007 |
| 861 | PRETRIAL ORDER 17 -- The attached order details the discovery issues discussed at the conference on December 11, 2007. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on December 11, 2007. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 12/11/2007) | 12/11/2007 |
| 864 | REPLY in Opposition re 832 Objection to Report and Recommendations DEFENDANTS' RESPONSE TO CLASS PLAINTIFFS' OBJECTIONS TO RECOMMENDATION AND REPORT FILED ON SEPTEMBER 7, 2007 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Appendix of Exhibits Pt.1, # 2 Appendix of Exhibits Pt. 2, # 3 Appendix of Exhibits Pt.3, # 4 Appendix of Exhibits Pt. 4, # 5 Appendix of Exhibits Pt. 5) (Carney, Gary) (Entered: 12/13/2007) | 12/13/2007 |
|  | ORDER -- According to Pretrial Order 17, docket entry 861 , a conference is scheduled for March 2, 2008; that conference will be held on March 4, 2008. Ordered by Magistrate Judge James Orenstein on December 13, 2007. (Kochendorfer, Kate) (Entered: 12/13/2007) | 12/13/2007 |

| # | Docket Text | Date Filed |
|---|---|---|
| 865 | Letter to Judge Orenstein re agreement concerning MasterCard's 30(b)(6) witness (DE 847) by Mastercard Incorporated, Mastercard International Incorporated (Ravelo, Keila) (Entered: 12/14/2007) | 12/14/2007 |
| 866 | TRANSCRIPT of Proceedings held on December 11, 2007 before Judge James Orenstein. Court Reporter: Marie Foley. (Kochendorfer, Kate) (Entered: 12/17/2007) | 12/17/2007 |
| 867 | SEALED TRANSCRIPT of Proceedings held on December 11, 2007 before Judge James Orenstein. Court Reporter: Marie Foley. (Kochendorfer, Kate) (Entered: 12/17/2007) | 12/17/2007 |
| | ORDER denying as moot 797 Motion to Compel; denying as moot 847 Motion to Compel. Ordered by Magistrate Judge James Orenstein on December 17, 2007. (Kochendorfer, Kate) (Entered: 12/17/2007) | 12/17/2007 |
| 868 | Letter to Magistrate Judge James Orenstein with proposal for case management order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Hatch, Thomas) (Entered: 12/26/2007) | 12/26/2007 |
| 869 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 868 Letter to Magistrate Judge James Orenstein with proposal for case management order (Hatch, Thomas) (Entered: 12/26/2007) | 12/26/2007 |
| 871 | Letter to Magistrate Judge James Orenstein with proposal for case management order with Exhibits by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1 to Letter, # 2 Exhibit 2 to Letter) (Miller, Michael) (Entered: 12/26/2007) | 12/26/2007 |
| 872 | Letter to Sandra Jones re: Pro Hac Vice admission of Jason L. Reimer by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 12/28/2007) | 12/28/2007 |
| 873 | FILING FEE: $ 25.00, receipt number 347659 - Pro Hac Vice - Attorney Jason Reimer. (Piper, Francine) (Entered: 01/03/2008) | 01/02/2008 |
| | Email Notification Test - DO NOT REPLY (Mahon, Cinthia) (Entered: 01/07/2008) | 01/07/2008 |
| | Email Notification Test - DO NOT REPLY (Mahon, Cinthia) (Entered: 01/07/2008) | 01/07/2008 |
| 874 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: Please see attached Order adopting Magistrate Judge Orenstein's Report and Recommendation of September 7, 2007 740 . Ordered by Judge John Gleeson on January 8, 2008. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 01/08/2008) | 01/08/2008 |
| 875 | MEMORANDUM in Support re 845 Notice of MOTION for Leave to File Documents Under Seal Relating to the Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard [Relating to Docket Number 776]Notice of MOTION for Leave to File Documents Under Seal Relating to the Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard [Relating to Docket Number 776] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application for Leave to File Documents Under Seal, # 2 Exhibit Class Plaintiffs' Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents Produced by Citigroup, but Claimed to be Privileged by MasterCard [relating to docket number 776], # 3 Supplement Declaration of K. Craig Wildfang, # 4 Exhibit 1 to Supp Decl of K. Craig Wildfang, # 5 Exhibit 2 to Supp Decl of K. Craig Wildfang, # 6 Exhibit 3 to Supp Decl of K. Craig Wildfang, # 7 Exhibit 4 to Supp Decl of K. Craig Wildfang, # 8 Exhibit 5 to Supp Decl of K. Craig Wildfang, # 9 Exhibit 6 to Supp Decl of K. Craig Wildfang, # 10 Exhibit 7 to Supp Decl of K. Craig Wildfang, # 11 Exhibit 8 to Supp Decl of K. Craig Wildfang, # 12 Exhibit 9 to Supp Decl of K. Craig Wildfang, # 13 Exhibit 10 to Supp Decl of K. Craig Wildfang, # 14 Exhibit 11 to Supp Decl of K. Craig Wildfang, # 15 Exhibit 12 to Supp Decl of K. Craig Wildfang, # 16 Exhibit 13 to Supp Decl of K. Craig Wildfang, # 17 Exhibit 14 to Supp Decl of K. Craig Wildfang, # 18 Exhibit MasterCard's Memorandum of Law in Opposition to Class Plaintiffs' Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard, # 19 Exhibit Declaration of Wesley Powell, # 20 Exhibit A to Decl of Wesley Powell, # 21 Exhibit B to Decl of Wesley Powell, # 22 Exhibit C to Decl of Wesley Powell, # 23 Exhibit D to Decl of Wesley Powell, # 24 Exhibit Declaration of Noah Hanft, # 25 Exhibit Declaration of Timothy Murphy, # 26 Exhibit Declaration of Iain Johnson, # 27 Exhibit Declaration of Paula Riedel, # 28 Exhibit Declaration of Eric Grush, # 29 Exhibit A to Decl of Eric Grush, # 30 Exhibit B to Decl of Eric Grush, # 31 Class Plaintiffs' Reply Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, but Claimed to be Privileged by MasterCard, # 32 Exhibit A to Class Plaintiffs' Reply Memorandum in Support of Their Motion, # 33 Exhibit B to Class Plaintiffs' Reply Memorandum in Support of Their Motion, # 34 Certificate of Service) (Wildfang, K.) (Entered: 01/08/2008) | 01/08/2008 |
| 876 | NOTICE of Appearance by Jason L. Reimer on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (aty to be noticed) (Reimer, Jason) (Entered: 01/08/2008) | 01/08/2008 |
| | ORDER -- The status conference scheduled for January 22, 2008, at 1 p.m., is rescheduled for January 22, 2008, at 3 p.m. Ordered by Magistrate Judge James Orenstein on January 8, 2008. (Kochendorfer, Kate) (Entered: 01/08/2008) | 01/08/2008 |
| 878 | REPORT AND RECOMMENDATIONS re 376 MOTION to Dismiss -- For the reasons set forth in the attached order, I respectfully recommend that the court deny MasterCard's motion to dismiss the Individual Plaintiffs' claims under Section 2 of the Sherman Act. Objections to R&R due by 1/31/2008. Ordered by Magistrate Judge James Orenstein on January 11, 2008. (Kochendorfer, Kate) (Entered: 01/11/2008) | 01/11/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 879 | Letter MOTION to Compel Visa USA and MasterCard to Identify Core Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Affidavit of Thomas B. Hatch in support of motion to compel Visa USA and MasterCard to identify core documents, # 2 Exhibit A to Hatch Declaration, # 3 Exhibit B to Hatch Declaration, # 4 Exhibit C to Hatch Declaration, # 5 Exhibit D to Hatch Declaration, # 6 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) | 01/15/2008 |
| 880 | Letter MOTION for Discovery regarding request for appointment of a Special Master by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Under Seal, # 2 Declaration to Thomas B. Hatch in support of motion to establish Vioxx-like procedures, # 3 Exhibit A to Hatch Declaration, # 4 Exhibit B to Hatch Declaration, # 5 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) | 01/15/2008 |
| 881 | Letter MOTION to Compel Production of Documents in MasterCard's January 1, 2008 Letter by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Declaration of Thomas Hatch re motion to compel prod. of documents in MC 1/9/08 ltr, # 3 Exhibit A-D to Hatch Declaration, # 4 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) | 01/15/2008 |
| 882 | STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO 17 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit [Proposed] Stipulation and Order Regarding Class Certification) (Powell, Wesley) (Entered: 01/15/2008) | 01/15/2008 |
| 883 | Letter MOTION to Compel Production of Documents Re Discounts at the Point of Sale by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Documents Under Seal, # 2 Declaration of Thomas Hatch re prod. of documents at point of sale, # 3 Exhibit A and B, # 4 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) | 01/15/2008 |
| 884 | Letter to the Honorable James Orenstein Requesting Entry of the Third Amended Protective Order by Visa U.S.A. Inc. (Attachments: # 1 Text of Proposed Order) (Mason, Robert) (Entered: 01/16/2008) | 01/16/2008 |
| 885 | NOTICE of Appearance by Peter Clemens Herrick on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp (aty to be noticed) (Herrick, Peter) (Entered: 01/17/2008) | 01/17/2008 |
| 886 | Letter MOTION for Extension of Time to File Response/Reply to Class Plaintiffs' Motion to Compel (docket no. 881) by Mastercard Incorporated, Mastercard International Incorporated. (Powell, Wesley) (Entered: 01/17/2008) | 01/17/2008 |
|  | ORDER re 884 Letter filed by Visa U.S.A. Inc. -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on January 17, 2008. (Kochendorfer, Kate) (Entered: 01/17/2008) | 01/17/2008 |
| 887 | NOTICE by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO OF WITHDRAWAL AS COUNSEL OF RECORD (Geribon, Hector) (Entered: 01/18/2008) | 01/18/2008 |
| 888 | MOTION to Withdraw as Attorney of Julie B. Rottenberg by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 01/18/2008) | 01/18/2008 |
| 889 | RESPONSE in Opposition re 879 Letter MOTION to Compel Visa USA and MasterCard to Identify Core Documents filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 01/18/2008) | 01/18/2008 |
| 890 | RESPONSE in Opposition re 883 Letter MOTION to Compel Production of Documents Re Discounts at the Point of Sale filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Declaration of Carl Munson) (Powell, Wesley) (Entered: 01/18/2008) | 01/18/2008 |
| 891 | RESPONSE in Opposition re 880 Letter MOTION for Discovery regarding request for appointment of a Special Master filed by Mastercard Incorporated, Mastercard International Incorporated, Citibank N A, Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation. (Powell, Wesley) (Entered: 01/18/2008) | 01/18/2008 |
|  | ORDER granting 886 Motion for Extension of Time to File Response/Reply -- The application is granted. Ordered by Magistrate Judge James Orenstein on January 18, 2008. (Roehm, Scott) (Entered: 01/18/2008) | 01/18/2008 |
| 892 | NOTICE of Appearance by Kenneth T. Murata on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp (aty to be noticed) (Murata, Kenneth) (Entered: 01/22/2008) | 01/22/2008 |
| 893 | NOTICE of Appearance by Kristen Anderson on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Anderson, Kristen) (Entered: 01/22/2008) | 01/22/2008 |
| 894 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation of Withdrawal of Attorney (Anderson, Kristen) (Entered: 01/22/2008) | 01/22/2008 |
| 895 | PRETRIAL ORDER 18: The attached order details the discovery issues discussed at the conference on January 22, 2008. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on January 22, 2008. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 01/22/2008) | 01/22/2008 |
|  | ORDER re 887 Notice(Other) filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO -- Any counsel of record seeking to withdraw must do so by seeking leave of the court pursuant to Local Civil Rule 1.4, rather than merely by providing notice. Ordered by Magistrate Judge James Orenstein on January 22, 2008. (Kochendorfer, Kate) (Entered: 01/22/2008) | 01/22/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 896 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 1/22/2008 -- SCHEDULING: The next status conference will be held on March 4, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 18. SEE ATTACHED ORDER. (Court Reporter Burton Sulzer.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 01/23/2008) | 01/23/2008 |
| 897 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 12/11/2007 -- SCHEDULING: The next status conference will be held on January 22, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 17. SEE ATTACHED ORDER. (Court Reporter Marie Foley.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 01/23/2008) | 01/23/2008 |
|  | ORDER denying 845 Motion for Leave to File; denying 879 Motion to Compel; denying 880 Motion for Discovery; denying 883 Motion to Compel. See docket entry 895. Ordered by Magistrate Judge James Orenstein on January 23, 2008. (Kochendorfer, Kate) (Entered: 01/23/2008) | 01/23/2008 |
|  | ORDER granting 846 Motion for Leave to File. See docket entry 861. Ordered by Magistrate Judge James Orenstein on January 23, 2008. (Kochendorfer, Kate) (Entered: 01/23/2008) | 01/23/2008 |
|  | ORDER re 894 Notice(Other) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Any counsel of record seeking to withdraw must seek leave of the court by means of a motion pursuant to Local Civil Rule 1.4; a "notice" of withdrawal is of no effect. Ordered by Magistrate Judge James Orenstein on January 23, 2008. (Kochendorfer, Kate) (Entered: 01/23/2008) | 01/23/2008 |
| 898 | Letter to The Honorable James Orenstein by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 01/24/2008) | 01/24/2008 |
|  | ORDER granting 888 Motion to Withdraw as Attorney. The motion is granted. Ordered by Magistrate Judge James Orenstein on January 24, 2008. (Kochendorfer, Kate) (Entered: 01/24/2008) | 01/24/2008 |
|  | ORDER re 898 Letter filed by Mastercard International Incorporated, Mastercard Incorporated -- The application is granted. Objections to the Report and Recommendation dated January 11, 2008, docket entry 878 , are due by February 15, 2008. Ordered by Magistrate Judge James Orenstein on January 25, 2008. (Kochendorfer, Kate) (Entered: 01/25/2008) | 01/25/2008 |
| 899 | TRANSCRIPT of Proceedings held on 1/22/08 before Judge James Orenstein. Court Reporter: Burt Sulzer. (Kochendorfer, Kate) (Entered: 01/28/2008) | 01/28/2008 |
| 900 | Letter to Magistrate Judge James Orenstein Withdrawing the Motion to Compel MasterCard to Produce Documents [Docket #881] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 01/28/2008) | 01/28/2008 |
| 901 | NOTICE of Appearance by Bruce Alan Birenboim on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Birenboim, Bruce) (Entered: 02/05/2008) | 02/05/2008 |
| 902 | NOTICE of Appearance by Andrew Corydon Finch on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Finch, Andrew) (Entered: 02/05/2008) | 02/05/2008 |
| 903 | NOTICE of Appearance by Danielle M. Aguirre on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Aguirre, Danielle) (Entered: 02/05/2008) | 02/05/2008 |
| 904 | Letter to Sandra A. Jones Requesting That Kathryne Love and Michael R. Hartman be admitted in this action Pro Hac Vice by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 02/06/2008) | 02/06/2008 |
|  | ORDER terminating 881 Motion to Compel. See docket entry 900 . Ordered by Magistrate Judge James Orenstein on February 7, 2008. (Kochendorfer, Kate) (Entered: 02/07/2008) | 02/07/2008 |
| 905 | Letter to Sandra A. Jones Requesting That Sharon Doylass Mayo be admitted in this action Pro Hac Vice by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 02/12/2008) | 02/12/2008 |
| 906 | REPORT AND RECOMMENDATIONS re 558 Notice of MOTION to Dismiss, 507 MOTION to Dismiss -- For the reasons set forth in the attached document, I respectfully recommend that the court grant in part and deny in part each pending motion to dismiss the Class Plaintiffs' First Supplemental Class Action Complaint. Specifically, I recommend that the court (a) dismiss, with leave to amend, the Class Plaintiffs' Seventeenth Claim For Relief as against the Bank defendants only; (b) dismiss, with leave to amend, the Class Plaintiffs' Twentieth Claim For Relief as against all defendants; and (c) deny the defendants' motions in all other respects. Objections to R&R due by 3/3/2008. Ordered by Magistrate Judge James Orenstein on February 12, 2008. (Kochendorfer, Kate) (Entered: 02/12/2008) | 02/12/2008 |
| 907 | FILING FEE: $ 25.00, receipt number 349190 - Pro Hac Vice - Sharon Doylass Mayo. (Piper, Francine) (Entered: 02/15/2008) | 02/12/2008 |
| 908 | FILING FEE: $ 50.00, receipt number 349220 - Pro Hac Vice Motions - Attorneys, Kathryne Love and Michael R. Hartman. (Piper, Francine) (Entered: 02/15/2008) | 02/15/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 909 | OBJECTION to (878 in 1:05-md-01720-JG-JO) Report and Recommendations dated January 11, 2008 filed by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO et al. (Gallo, Kenneth) (Entered: 02/15/2008) | 02/15/2008 |
| 913 | FILING FEE: $ 50.00, receipt number 349499 - Pro Hac Vice Admissions, Attorneys - Benjamin Stewart and Charles Miller. (Piper, Francine) (Entered: 02/22/2008) | 02/19/2008 |
| 910 | NOTICE of Appearance by Charles M. Miller on behalf of Fifth Third Bancorp (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Miller, Charles) (Entered: 02/20/2008) | 02/20/2008 |
| 911 | Letter to the Honorable James Orenstein by HSBC Bank USA, N.A., Capital One Bank, Mastercard Incorporated, Mastercard International Incorporated, Citicorp, JP Morgan Chase & Co., Bank of America Corporation (Aguirre, Danielle) (Entered: 02/21/2008) | 02/21/2008 |
| 912 | NOTICE of Appearance by Benjamin G. Stewart on behalf of Fifth Third Bancorp (aty to be noticed) (Stewart, Benjamin) (Entered: 02/22/2008) | 02/22/2008 |
|  | ORDER re 911 Letter filed by Bank of America Corporation, Capital One Bank, Mastercard International Incorporated, JP Morgan Chase & Co., Mastercard Incorporated, HSBC Bank USA, N.A., Citicorp -- So ordered. Ordered by Magistrate Judge James Orenstein on February 22, 2008. (Kochendorfer, Kate) (Entered: 02/22/2008) | 02/22/2008 |
| 914 | MOTION to Compel Network Defendants to Produce AmEx Discovery by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Blechman, William) (Entered: 02/25/2008) | 02/25/2008 |
| 915 | MOTION for Extension of Time to File Response to MasterCard's Objections to the Court's Report and Recommendation by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Blechman, William) (Entered: 02/25/2008) | 02/25/2008 |
| 916 | STATUS REPORT and Proposed Agenda for Case Management Conference No. 18 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 02/26/2008) | 02/26/2008 |
|  | ORDER granting 915 Motion for Extension of Time to File -- The application is granted. The Individual Plaintiffs may file a response to MasterCard's objections to the R&R dated January 11, 2008 by March 20, 2008. Ordered by Magistrate Judge James Orenstein on February 26, 2008. (Kochendorfer, Kate) (Entered: 02/26/2008) | 02/26/2008 |
| 917 | First MOTION to Withdraw as Attorney by Visa International Service Association. (Gaertner, Michael) (Entered: 02/27/2008) | 02/27/2008 |
| 918 | RESPONSE in Opposition re 914 MOTION to Compel Network Defendants to Produce AmEx Discovery filed by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A) (Mason, Robert) (Entered: 02/28/2008) | 02/28/2008 |
| 919 | NOTICE of Change of Firm Name And Address by Bernard Persky (Persky, Bernard) (Entered: 02/28/2008) | 02/28/2008 |
|  | ORDER granting 917 Motion to Withdraw as Attorney. Attorney Edward C. Fitzpatrick terminated. Ordered by Magistrate Judge James Orenstein on February 28, 2008. (Kochendorfer, Kate) (Entered: 02/28/2008) | 02/28/2008 |
| 920 | RESPONSE in Opposition re 914 MOTION to Compel Network Defendants to Produce AmEx Discovery filed by American Express. (Jacobson, Jonathan) (Entered: 02/29/2008) | 02/29/2008 |
| 921 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 3/4/2008 -- SCHEDULING: The next status conference will be held on April 22, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: (1) The plaintiffs withdrew their motion to compel network defendants to produce discovery related to American Express v. Visa U.S.A., et al. (S.D.N.Y) and Discover v. Visa U.S.A., et al. (S.D.N.Y.). Docket Entry ("DE") 914 . (2) Regarding several other disputes mentioned in the status report, DE 916 , that are not ripe for oral argument, I directed the parties to continue the meet and confer process and file appropriate motion practice if necessary. SEE ATTACHED DOCUMENT. (Court Reporter Nicole Warren.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 03/04/2008) | 03/04/2008 |
|  | ORDER withdrawing 914 Motion to Compel -- See docket entry 921 . Ordered by Magistrate Judge James Orenstein on March 4, 2008. (Kochendorfer, Kate) (Entered: 03/04/2008) | 03/04/2008 |
| 922 | Letter Seeking Entry of [Proposed] Third Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Sweeney, Bonny) (Entered: 03/07/2008) | 03/07/2008 |
| 923 | NOTICE of Appearance by Alexandra S. Bernay on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Bernay, Alexandra) (Entered: 03/10/2008) | 03/10/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 924 | THIRD SCHEDULING ORDER: Class certification motion papers served on: May 1, 2008. Class certification motion opposition papers served on: September 15, 2008. Fact discovery completed by: October 15, 2008. Class certification motion reply papers served, and all class certification motion papers filed on the docket on: November 15, 2008. Plaintiffs' merits expert reports due by: January 16, 2009. Defendants' responsive expert reports due by: March 17, 2009. Plaintiffs' rebuttal expert reports due by: April 21, 2009. Expert depositions completed by: June 30, 2009. Dispositive and Daubert motion papers served by: August 25, 2009. Dispositive and Daubert motion opposition papers served by: October 27, 2009. Dispositive and Daubert motion reply papers served, and all such motion papers filed on the docket by: November 25, 2009. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on March 13, 2008. (Kochendorfer, Kate) (Entered: 03/13/2008) | 03/13/2008 |
| 925 | Letter To Sandra A. Jones Requesting That Philip A. Selden Be Admitted In This Action Pro Hac Vice by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Additional attachment(s) added on 3/26/2008: # 1 Receipt for Payment of Pro Hac Vice) (Abdallah, Fida). (Entered: 03/17/2008) | 03/17/2008 |
| 926 | MEMORANDUM in Opposition to MasterCard's Objections to the Report and Recommendation filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, QVC, Inc., Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 - JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Blechman, William) (Entered: 03/20/2008) | 03/20/2008 |
| 927 | NOTICE of Appearance by Robert C. Mason on behalf of Visa International Service Association (aty to be noticed) (Mason, Robert) (Entered: 03/25/2008) | 03/25/2008 |
| 928 | MOTION to Withdraw as Attorney re Christopher Burke by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 04/02/2008) | 04/02/2008 |
| 929 | MOTION to Withdraw as Attorney re Kristen Anderson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 04/02/2008) | 04/02/2008 |
| 930 | NOTICE of Appearance by Christopher J McDonald on behalf of Capital Audio Electronics, Inc. (aty to be noticed) (McDonald, Christopher) (Entered: 04/02/2008) | 04/02/2008 |
| 931 | Corporate Disclosure Statement by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/02/2008) | 04/02/2008 |
| 932 | Corporate Disclosure Statement by Visa International Service Association (Mason, Robert) (Entered: 04/02/2008) | 04/02/2008 |
| 933 | Letter from David W. Mitchell on behalf of Bonny Sweeney re Pro Hac Vice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Additional attachment(s) added on 4/21/2008: # 1 Receipt of Payment for Pro Hac Vice) (Zoupaniotis, Evan). (Entered: 04/02/2008) | 04/02/2008 |
| 934 | NOTICE of Appearance by Morissa Robin Falk on behalf of Capital Audio Electronics, Inc. (aty to be noticed) (Falk, Morissa) (Entered: 04/02/2008) | 04/02/2008 |
| 935 | NOTICE of Appearance by Christopher M. Burke on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (notification declined) (Burke, Christopher) (Entered: 04/03/2008) | 04/03/2008 |
| 936 | NOTICE of Appearance by Kristen Anderson on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (notification declined) (Anderson, Kristen) (Entered: 04/03/2008) | 04/03/2008 |
| | ORDER granting 928 Motion to Withdraw as Attorney. Attorney Christopher M. Burke terminated; granting 929 Motion to Withdraw as Attorney. Attorney Kristen Anderson terminated. Ordered by Magistrate Judge James Orenstein on April 3, 2008. (Kochendorfer, Kate) (Entered: 04/03/2008) | 04/03/2008 |
| 937 | OBJECTION to 906 Report and Recommendations filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Declaration of Danielle M. Aguirre, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 2A, # 5 Exhibit 3, # 6 Exhibit 4) (Gallo, Kenneth) (Entered: 04/04/2008) | 04/04/2008 |
| 938 | OBJECTION to 906 Report and Recommendations filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 04/04/2008) | 04/04/2008 |
| 939 | NOTICE of Appearance by David Balto on behalf of NATSO, Inc. (aty to be noticed) (Balto, David) (Entered: 04/07/2008) | 04/07/2008 |
| 940 | Letter MOTION to Compel Defendant Chase to Produce Documents Redacted or Withheld on the Basis of Attorney/Client Privilege and Work Product Doctrine by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application to File Under Seal, # 2 Letter Motion to Compel, # 3 Placeholder for Tabs A-M, # 4 Certificate of Service) (Slaughter, Stacey) (Entered: 04/10/2008) | 04/10/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 941 | Letter to Magistrate Judge James Orenstein advising that motions have been resolved by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 04/11/2008) | 04/11/2008 |
| 942 | Letter MOTION for Extension of Time to File Response/Reply as to 940 Letter MOTION to Compel Defendant Chase to Produce Documents Redacted or Withheld on the Basis of Attorney/Client Privilege and Work Product Doctrine by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Amir-Mokri, Cyrus) (Entered: 04/11/2008) | 04/11/2008 |
| 993 | SEALED EXHIBITS A-M to Class Plaintiffs letter Motion to Compel Defendant Chase to Produce Documents Redacted or Withheld on the Basis of Attorney/Client Privilege and Work Product Doctrine 940 . (Guy, Alicia) (Entered: 05/29/2008) | 04/11/2008 |
| 943 | Letter MOTION to Compel the Bank Defendants to respond to Interrogatories by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Stewart, Dennis) (Entered: 04/14/2008) | 04/14/2008 |
| 944 | Letter MOTION to Compel Network Defendants to Provide Responses to Interrogatories by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Stewart, Dennis) (Entered: 04/14/2008) | 04/14/2008 |
| 945 | Letter MOTION for Extension of Time to File Response/Reply to April 4, 2008 Objections of MasterCard and Bank Defendants to the Court's Report and Recommendation issued February 12, 2008 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Wildfang, K.) (Entered: 04/14/2008) | 04/14/2008 |
| | ORDER granting 942 Motion for Extension of Time to File Response/Reply -- The application is granted. Ordered by Magistrate Judge James Orenstein on April 14, 2008. (Kochendorfer, Kate) (Entered: 04/14/2008) | 04/14/2008 |
| | ORDER terminating 827 Motion to Compel -- See docket entry 941 . Ordered by Magistrate Judge James Orenstein on April 14, 2008. (Kochendorfer, Kate) (Entered: 04/14/2008) | 04/14/2008 |
| 946 | Letter to Magistrate Judge James Orenstein advising that Plaintiffs April 10, 2008 Letter Motion to Compel Chase to Produce Documents Redacted or Withheld has been resolved by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Slaughter, Stacey) (Entered: 04/15/2008) | 04/15/2008 |
| 947 | Letter MOTION to Compel Plaintiff's to Abide by Paragraph 8 of the Protective Order by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 04/15/2008) | 04/15/2008 |
| 948 | DECLARATION re 947 Letter MOTION to Compel Plaintiff's to Abide by Paragraph 8 of the Protective Order by Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Certificate of Service) (Greene, Peter) (Entered: 04/15/2008) | 04/15/2008 |
| 949 | Letter from Katherine A. Morgan on behalf of David W. Mitchell re pro hac vice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 04/15/2008) | 04/15/2008 |
| 950 | Letter from D. Cameron Baker on behalf of David W. Mitchell re pro hac vice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 04/15/2008) | 04/15/2008 |
| 951 | Letter from Carmen Medici on behalf of David W. Mitchell re pro hac vice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 04/15/2008) | 04/15/2008 |
| 952 | STATUS REPORT & PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 19 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Birenboim, Bruce) (Entered: 04/15/2008) | 04/15/2008 |
| 966 | FILING FEE: $ 25.00, receipt number 351739 - Pro Hac Vice Motion, Attorney Ross A. Abbey. (Piper, Francine) (Entered: 05/07/2008) | 04/15/2008 |
| | ORDER granting 945 Motion for Extension of Time to File Response/Reply -- The application is granted; the Class Plaintiffs may respond to the defendants' objections no later than May 12, 2008. Ordered by Magistrate Judge James Orenstein on April 15, 2008. (Kochendorfer, Kate) (Entered: 04/15/2008) | 04/15/2008 |
| | ORDER terminating 940 Motion to Compel -- See docket entry 946 . Ordered by Magistrate Judge James Orenstein on April 16, 2008. (Kochendorfer, Kate) (Entered: 04/16/2008) | 04/16/2008 |
| 953 | RESPONSE in Opposition re 944 Letter MOTION to Compel Network Defendants to Provide Responses to Interrogatories filed by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Mason, Robert) (Entered: 04/17/2008) | 04/17/2008 |
| 954 | RESPONSE in Opposition re 943 Letter MOTION to Compel the Bank Defendants to respond to Interrogatories filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Ladner, Mark) (Entered: 04/17/2008) | 04/17/2008 |
| 955 | RESPONSE in Opposition re 947 Letter MOTION to Compel Plaintiff's to Abide by Paragraph 8 of the Protective Order filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Tab A, # 2 Tab B (1 of 6), # 3 Tab B (2 of 6), # 4 Tab B (3 of 6), # 5 Tab B (4 of 6), # 6 Tab B (5 of 6), # 7 Tab B (6 of 6), # 8 Certificate of Service) (Wildfang, K.) (Entered: 04/18/2008) | 04/18/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 985 | Letter dated 4/14/2008 from Ross A. Abbey, Esq. to Clerk remitting check regarding pro hac vice admission, payment not attached. (Lee, Tiffeny) (Entered: 05/21/2008) | 04/18/2008 |
| 956 | FILING FEE: $ 75.00, receipt number 351791. Receipt of payment for Pro Hac Vice as to Cameron D. Baker, Katherine A. Morgan & Carmen A. Medici. (Zoupaniotis, Evan) (Entered: 04/21/2008) | 04/21/2008 |
| 957 | STIPULATION and [Proposed] Order Regarding Briefing Schedule for Motion for Class Certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/21/2008) | 04/21/2008 |
| 958 | Letter Letter to M.J. Orenstein deferring motions to compel (docket nos. 943 and 944) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Kane, Michael) (Entered: 04/21/2008) | 04/21/2008 |
| 959 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 4/22/2008. SCHEDULING: The next status conference will be held on June 3, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached order. THE FOLLOWING RULINGS WERE MADE: (1) As set forth on the record, the following letter motions previously submitted by the Class Plaintiffs are deemed withdrawn: Docket Entry ("DE") 943 , DE 944 . (2) I heard argument on defendant Chase's letter motion to compel the Class Plaintiffs to return or certify the destruction of clawed-back privileged documents. DE 947 . No later than May 2, 2008, the Class Plaintiffs will either make the certification required under Paragraph 8 of the Second Amended Protective Order (DE 556 -2) with respect to the documents at issue in the instant motion, or, having first conferred with counsel for defendant Chase in an effort to resolve the matter on consent, will move to declare the documents at issue non-privileged. In the event the Class Plaintiffs make the latter motion, Chase is free to argue that the motion is untimely. (3) The defendants may seek to serve subpoenas on non-party members of the putative plaintiff class. Counsel for the Class Plaintiffs take the position that such subpoenas should not be served directly on the intended recipients before class counsel has had an opportunity to object to such service. If the parties are unable to agree on a procedure for such discovery, they will submit their positions to me in advance of serving any such subpoenas. (Court Reporter Sheldon Silverman.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 04/22/2008) | 04/22/2008 |
| | STIPULATION AND ORDER re 957 Stipulation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on April 22, 2008. (Kochendorfer, Kate) (Entered: 04/22/2008) | 04/22/2008 |
| | ORDER withdrawing 943 Motion to Compel; withdrawing 944 Motion to Compel -- See docket entry 959 . Ordered by Magistrate Judge James Orenstein on April 22, 2008. (Kochendorfer, Kate) (Entered: 04/22/2008) | 04/22/2008 |
| 960 | NOTICE of Appearance by Joshua D. Snyder on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO (aty to be noticed) (Snyder, Joshua) (Entered: 04/25/2008) | 04/25/2008 |
| 961 | Letter Letter from Theresa Henson re: pro hac vice by Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO (Henson, Theresa) (Entered: 04/25/2008) | 04/25/2008 |
| 962 | NOTICE of Appearance by Theresa J Henson on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO (aty to be noticed) (Henson, Theresa) (Entered: 04/29/2008) | 04/29/2008 |
| 963 | Letter to Admissions Clerk forwarding $150 as pro hac vice admission fees for Calm, Carroll, Garrett, Jadoo, Kuhlman, Osband by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 05/02/2008) | 05/02/2008 |
| 964 | Letter MOTION for Leave to File Excess Pages in Memorandum in Support of Motion for Class Certification by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 05/05/2008) | 05/05/2008 |
| 965 | NOTICE of Appearance by Ross A. Abbey on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Abbey, Ross) (Entered: 05/06/2008) | 05/06/2008 |
| | ORDER granting 964 Motion for Leave to File Excess Pages -- The application is granted. Ordered by Magistrate Judge James Orenstein on May 6, 2008. (Kochendorfer, Kate) (Entered: 05/06/2008) | 05/06/2008 |
| 967 | NOTICE of Appearance by Rachel J. Christiansen on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO (aty to be noticed) (Christiansen, Rachel) (Entered: 05/07/2008) | 05/07/2008 |
| | ORDER terminating 947 Motion to Compel -- See docket entry 959 . Ordered by Magistrate Judge James Orenstein on May 7, 2008. (Kochendorfer, Kate) (Entered: 05/07/2008) | 05/07/2008 |
| 968 | FILING FEE: $ 25.00, receipt number 352186 - Pro Hac Vice Motion - Boni & Zack. (Piper, Francine) (Entered: 05/12/2008) | 05/12/2008 |
| 969 | FILING FEE: $ 25.00, receipt number 352133 -Pro Hac Vice Motion - Lockridge Grindal Nauen, P.L.L.P. (Piper, Francine) (Entered: 05/12/2008) | 05/12/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 970 | ORDER: On May 10, 2008, I learned that on April 25, 2008, my financial adviser had purchased a number of shares of Visa, Inc. ("Visa") for a brokerage account held in my name. The purchase was made contrary to investment instructions I had previously given the adviser that were designed to avoid any conflict of interest. Immediately upon learning of the acquisition, I instructed my financial adviser to sell the Visa shares as soon as possible. The shares were sold at the opening of the business day on Monday, May 12, 2008. My brief investment in Visa raises the possibility that I must disqualify myself from further participation in these proceedings. For the reasons set forth in the attached document, I conclude that no such action is required, however, I will entertain a motion by any party to consider the matter anew if filed by June 11, 2008. Ordered by Magistrate Judge James Orenstein on May 12, 2008. (Orenstein, James) (Entered: 05/12/2008) | 05/12/2008 |
| 971 | Letter MOTION for Leave to File Consolidated Response in Excess of the Court's 25-page Limit by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 05/12/2008) | 05/12/2008 |
| 972 | REPLY in Opposition To The April 4, 2008 Objections of MasterCard, Bank of America, Capital One, JPMorgan Chase, Citigroup and HSBC To The Court's February 12, 2008 Report and Recommendation, by Class Plaintiffs filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application For Leave To File Document Under Seal, # 2 ATTACHMENT 1 - part 1 of 2, # 3 ATTACHMENT 1 - part 2 of 2, # 4 ATTACHMENT 2 - part 1 of 7, # 5 ATTACHMENT 2 - part 2 of 7, # 6 ATTACHMENT 2 - part 3 of 7, # 7 ATTACHMENT 2 - part 4 of 7, # 8 ATTACHMENT 2 - part 5 of 7, # 9 ATTACHMENT 2 - part 6 of 7, # 10 ATTACHMENT 2 - part 7 of 7, # 11 Certificate of Service) (Wildfang, K.) (Entered: 05/12/2008) | 05/12/2008 |
| 973 | NOTICE of Appearance by Jesse M. Calm on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Calm, Jesse) (Entered: 05/13/2008) | 05/13/2008 |
| 974 | ORDER adopting Report and Recommendations as to 878 Report and Recommendations. Please see attached order. Ordered by Judge John Gleeson on May 14, 2008. (Gleeson, John) (Entered: 05/14/2008) | 05/14/2008 |
| 975 | NOTICE of Appearance by M. Tayari Garrett on behalf of all plaintiffs (aty to be noticed) (Garrett, M.) (Entered: 05/15/2008) | 05/15/2008 |
| 976 | CERTIFICATE OF SERVICE by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Plaintiff(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5884 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, QVC, Inc., Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Payless Shoe Source, Inc., Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, GMRI, Inc., Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Capital Audio Electronics, Inc., NATSO, Inc., Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO re 975 Notice of Appearance (Garrett, M.) (Entered: 05/15/2008) | 05/15/2008 |
| | Motion Terminated: 376 MOTION to Dismiss by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO. This motion was denied. See Order Adopting Report and Recommendation, #878. (Piper, Francine) (Entered: 05/15/2008) | 05/15/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 978 | NOTICE of Appearance by George D Carroll on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Carroll, George) (Entered: 05/16/2008) | 05/16/2008 |
| 979 | NOTICE of Appearance by Carmen A. Medici on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Medici, Carmen) (Entered: 05/16/2008) | 05/16/2008 |
| 980 | NOTICE of Appearance by Katherine A. Morgan on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Morgan, Katherine) (Entered: 05/16/2008) | 05/16/2008 |
| 981 | NOTICE of Appearance by D. Cameron Baker on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Baker, D.) (Entered: 05/16/2008) | 05/16/2008 |
| 982 | MOTION to Withdraw as Attorney Thomas G. Wilhelm by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 05/19/2008) | 05/19/2008 |
| 983 | MOTION to Withdraw as Attorney H. Stephen Harris, Jr. by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, One or more Defendants in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Clark, Naeemah) (Entered: 05/20/2008) | 05/20/2008 |
| 984 | Letter MOTION to Compel re Visa International's Privilege Log by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Mitchell, David) (Entered: 05/20/2008) | 05/20/2008 |
|  | ORDER granting 982 Motion to Withdraw as Attorney. Attorney Thomas G. Wilhelm terminated. Ordered by Magistrate Judge James Orenstein on May 20, 2008. (Kochendorfer, Kate) (Entered: 05/20/2008) | 05/20/2008 |
|  | ORDER granting 983 Motion to Withdraw as Attorney. Attorney Harold Stephen Harris terminated. Ordered by Magistrate Judge James Orenstein on May 21, 2008. (Kochendorfer, Kate) (Entered: 05/21/2008) | 05/21/2008 |
|  | ORDER granting 971 Motion for Leave to File: The plaintiffs' request to file a consolidated response to objections in excess of 25 pages is granted. Ordered by Judge John Gleeson on May 21, 2008. (Gleeson, John) (Entered: 05/21/2008) | 05/21/2008 |
| 986 | Letter MOTION for Extension of Time to File Response/Reply as to 984 Letter MOTION to Compel re Visa International's Privilege Log by Visa International Service Association. (Gaertner, Michael) (Entered: 05/22/2008) | 05/22/2008 |
| 987 | Letter MOTION to Compel Defendant Visa re: 30(b)(6) witnesses by Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Exhibit Exhibit A and B cover page) (Wildfang, K.) (Entered: 05/22/2008) | 05/22/2008 |
| 988 | Letter MOTION for Leave to File Second Consolidated Amended Class Action Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 ATTACHMENT A, # 2 ATTACHMENT B, # 3 Certificate of Service) (Wildfang, K.) (Entered: 05/23/2008) | 05/23/2008 |
| 994 | SEALED EXHIBITS A & B of Class Plaintiff's May 22, 2008 Letter Motion to Magistrate Judge James Orenstein moving the Court for an Order compelling Defendant Visa re 30(b)(6) witnesses 987 . (Guy, Alicia) (Entered: 05/29/2008) | 05/23/2008 |
|  | ORDER granting 986 Motion for Extension of Time to File Response/Reply -- The application is granted; Visa International may respond to docket entry 984 no later than May 29, 2008. Ordered by Magistrate Judge James Orenstein on May 23, 2008. (Kochendorfer, Kate) (Entered: 05/23/2008) | 05/23/2008 |
| 989 | Letter Motion to the Honorable James Orenstein Requesting Assistance in Obtaining Data Information From Wells Fargo by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Certificate of Service) (Perelman, Donald) Modified on 5/28/2008 (Marziliano, August). (Entered: 05/27/2008) | 05/27/2008 |
| 990 | STATUS REPORT & PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 20 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 05/27/2008) | 05/27/2008 |
|  | ORDER REFERRING MOTION: 988 Letter MOTION for Leave to File Second Consolidated Amended Class Action Complaint filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation: The class plaintiffs' motion for leave to file a second consolidated amended complaint is respectfully referred to Magistrate Judge Orenstein for decision. Ordered by Judge John Gleeson on May 27, 2008. Motions referred to James Orenstein. (Gleeson, John) (Entered: 05/27/2008) | 05/27/2008 |
| 991 | MOTION to Compel by Citibank N A, Citicorp, Citigroup Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Nagin, Benjamin) (Entered: 05/28/2008) | 05/28/2008 |
| 992 | MOTION to Seal Document Letter Motion to the Honorable James Orenstein requesting leave to file Visa USA's Response to Class Plaintiffs' Letter Motion to Compel Defendant Visa re: 30(b)(6) Witnesses (Docket No. 987) under seal by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Boccanfuso, Anthony) (Entered: 05/28/2008) | 05/28/2008 |

| # | Docket Text | Date Filed |
|---|-------------|------------|
| 995 | SEALED RESPONSE by VISA USA's to Class Plaintiff's Letter Motion to Compel Defendant Visa re: 30(b)(6) Witnesses 992 . (Guy, Alicia) (Entered: 05/29/2008) | 05/28/2008 |
| 996 | RESPONSE to Motion re 988 Letter MOTION for Leave to File Second Consolidated Amended Class Action Complaint filed by all defendants. (Greene, Peter) (Entered: 05/29/2008) | 05/29/2008 |
| 997 | REPLY in Opposition re 984 Letter MOTION to Compel re Visa International's Privilege Log filed by Visa International Service Association. (Gaertner, Michael) (Entered: 05/29/2008) | 05/29/2008 |
| | ORDER granting 992 Motion to Seal Document -- The application is granted. Ordered by Magistrate Judge James Orenstein on May 29, 2008. (Kochendorfer, Kate) (Entered: 05/29/2008) | 05/29/2008 |
| 998 | Letter in Opposition to Plaintiffs' May 27, 2008 Letter Motion by Wells Fargo & Company (Attachments: # 1 Affidavit of Service) (Cavanaugh, William) (Entered: 05/30/2008) | 05/30/2008 |
| 999 | REPLY to Response to Motion re 989 Letter MOTION to Compel Requesting Deferral of Motion filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 06/02/2008) | 06/02/2008 |
| 1000 | RESPONSE in Opposition re 991 MOTION to Compel Production of Wholesale Documents filed by Capital Audio Electronics, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (McDonald, Christopher) (Entered: 06/02/2008) | 06/02/2008 |
| 1001 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 6/3/2008. SCHEDULING: The next status conference will be held on July 24, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 19. (Court Reporter Gene Rudolph.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 06/03/2008) | 06/03/2008 |
| 1002 | PRETRIAL ORDER 19: The attached order details the discovery issues discussed at the conference on June 3, 2008. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on June 3, 2008. (Kochendorfer, Kate) (Entered: 06/03/2008) | 06/03/2008 |
| 1003 | Transcript of Status Conference held on 4/22/2008, before Judge James Orenstein. Court Reporter: Sheldon Silverman, Telephone number (718) 613-2537. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/25/2008. Redacted Transcript Deadline set for 7/7/2008. Release of Transcript Restriction set for 9/2/2008. (Brucella, Michelle) (Entered: 06/04/2008) | 06/04/2008 |
| 1004 | NOTICE of Appearance by Amelia N. Jadoo on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Jadoo, Amelia) (Entered: 06/06/2008) | 06/06/2008 |
| 1005 | Letter to Judge Orenstein from Class Plaintiffs and Defendants (except Barclays) re Pretrial Order 19 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 06/17/2008) | 06/17/2008 |
| 1006 | Letter by Barclays Financial Corp. (Dunlop, Lisl) (Entered: 06/17/2008) | 06/17/2008 |
| | ORDER re 1006 Letter filed by Barclays Financial Corp. -- The application is granted. Ordered by Magistrate Judge James Orenstein on June 18, 2008. (Kochendorfer, Kate) (Entered: 06/18/2008) | 06/18/2008 |
| 1007 | STIPULATION and [Proposed] Order regarding Class Plaintiffs' Second Consolidated Amended Class Action Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 06/23/2008) | 06/23/2008 |
| 1008 | Letter by Barclays Financial Corp. (Dunlop, Lisl) (Entered: 06/27/2008) | 06/27/2008 |
| 1009 | Letter MOTION to Compel two day deposition of plaintiffs' class certification expert by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Grush, Eric) (Entered: 06/27/2008) | 06/27/2008 |
| | ORDER re 1009 Letter MOTION to Compel two day deposition of plaintiffs' class certification expert filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- A response is due no later July 2, 2008. Ordered by Magistrate Judge James Orenstein on June 30, 2008. (Kochendorfer, Kate) (Entered: 06/30/2008) | 06/30/2008 |
| | ORDER re 1009 Letter MOTION to Compel two day deposition of plaintiffs' class certification expert filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- A telephone conference will be held on July 2, 2008, at 11:00 a.m. Ordered by Magistrate Judge James Orenstein on June 30, 2008. (Kochendorfer, Kate) (Entered: 06/30/2008) | 06/30/2008 |
| | ORDER re 1008 Letter filed by Barclays Financial Corp. -- A telephone conference will be held on July 2, 2008, at 12 noon. Ordered by Magistrate Judge James Orenstein on June 30, 2008. (Kochendorfer, Kate) (Entered: 06/30/2008) | 06/30/2008 |
| 1010 | RESPONSE to Motion re 1009 Letter MOTION to Compel two day deposition of plaintiffs' class certification expert filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Davidoff, Merrill) (Entered: 07/01/2008) | 07/01/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1011 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Motion Hearing held on 7/2/2008 re 1009 Letter MOTION to Compel two day deposition of plaintiffs' class certification expert filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. SCHEDULING: The next status conference will be held on July 24, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I heard argument on the Defendants' letter motion for leave to conduct the deposition of the Class Plaintiffs' class certification expert, Dr. Gustavo Bamberger, for two days. Docket Entry 1009 . The parties agreed to meet and confer further in an effort to resolve the dispute on consent and will advise me in writing no later than July 3, 2008, as to whether they have reached agreement. If the parties remain unable to resolve the dispute, I will decide the matter pursuant to Federal Rule of Civil Procedure 30(d)(1) after reviewing a copy of Dr. Bamberger's report in camera. (Court Reporter Nancy Mahoney.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/02/2008) | 07/02/2008 |
| 1012 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Pre Motion Conference held on 7/2/2008. SCHEDULING: The next status conference will be held on July 24, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I conducted a pre-motion conference on the Class Plaintiffs' proposed motion for leave to amend the Class Plaintiffs' Consolidated Class Action Complaint. Docket Entry 988 . Non-parties Barclays Bank plc and Barclays plc oppose the motion based on concerns about scheduling rather than on an assertion that the proposed amendment is futile. The parties will submit a proposed briefing schedule no later than July 3, 2008. The parties' submissions will specifically address whether an entity that is not a party to the litigation has standing to object ex ante to the filing of an amended complaint. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/02/2008) | 07/02/2008 |
| 1013 | Letter to Magistrate Judge Orenstein dated July 2 2008 re Hearing Directive (Bamberger Declaration) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 07/02/2008) | 07/02/2008 |
| 1014 | Letter of Defendant Barclays and Plaintiffs illustrating briefing schedule re Docket Entry 988 in accordance with the Court's order of July 2, 2008 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/03/2008) | 07/03/2008 |
| 1015 | Letter regarding agreement reached by parties related to motion to compel two day expert deposition by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Grush, Eric) (Entered: 07/03/2008) | 07/03/2008 |
|  | ORDER terminating 1009 Motion to Compel -- The motion is terminated as withdrawn. Ordered by Magistrate Judge James Orenstein on July 7, 2008. (Roehm, Scott) (Entered: 07/07/2008) | 07/07/2008 |
|  | ORDER re 1014 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The proposed briefing schedule is so ordered. Ordered by Magistrate Judge James Orenstein on July 7, 2008. (Roehm, Scott) (Entered: 07/07/2008) | 07/07/2008 |
| 1017 | Letter to Sandra Jones for Pro Hac Vice Admission of Jonathan I Gleklen by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Additional attachment(s) added on 7/15/2008: # 1 Receipt for Payment of Pro Hac Vice) (Abdallah, Fida). (Entered: 07/10/2008) | 07/10/2008 |
|  | Incorrect Case/Document/Entry Information: Document #1016 has been removed from this Docket upon the direction of Chambers. There will be no document #1016 in this action. (Lee, Tiffeny) (Entered: 07/11/2008) | 07/10/2008 |
| 1018 | Letter of Class Plaintiffs seeking the assistance of the Court in issuing Letters of Request for Service Abroad on HSBC Bank plc and HSBC Holdings plc by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Document(s) Under Seal, # 2 Declaration of K. Craig Wildfang, Esq. [redacted], # 3 Exhibit A placeholder [filed under seal], # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Memorandum in Support of Plaintiffs' Motion for Issuance of Letters of Request for Service Abroad of Judicial Documents on HSBC Bank plc and HSBC Holdings plc [redacted], # 8 Notice of Motion for Issuance of Letters of Request for Service Abroad of Judicial Documents on HSBC Bank plc and HSBC Holdings plc) (Wildfang, K.) (Entered: 07/14/2008) | 07/14/2008 |
| 1019 | NOTICE of Appearance by Ada Asante Davis on behalf of Citibank N A, Citicorp, Citigroup Inc (aty to be noticed) (Davis, Ada) (Entered: 07/15/2008) | 07/15/2008 |
|  | ORDER re 1018 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The Letters of Request for service abroad are so ordered. Ordered by Magistrate Judge James Orenstein on July 15, 2008. (Kochendorfer, Kate) (Entered: 07/15/2008) | 07/15/2008 |
| 1020 | Letter of Class Plaintiffs moving the Court for an order compelling Visa Inc. to produce Tim Steel for deposition by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Document(s) Under Seal, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D - N placeholder [filed under seal]) (Wildfang, K.) Modified on 8/1/2008 to change this to be a motion to compel. (Vaughn, Terry). (Entered: 07/16/2008) | 07/16/2008 |
| 1021 | NOTICE by Texas Independent Bancshares, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Orleans, Jonathan) (Entered: 07/16/2008) | 07/16/2008 |
| 1022 | Letter MOTION to Compel re Deposition Scheduling by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Sweeney, Bonny) (Entered: 07/16/2008) | 07/16/2008 |
| 1023 | NOTICE of Appearance by Bruce Levinson on behalf of Capital Audio Electronics, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Levinson, Bruce) (Entered: 07/17/2008) | 07/17/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1024 | Letter MOTION to Compel Capital One Texas Indepenent Bancshares and Wells Fargo to respond to certain discovery requests by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Sweeney, Bonny) (Entered: 07/17/2008) | 07/17/2008 |
| 1025 | Letter MOTION to Compel Production in MDL 1720 of Defendants' Expert Reports in the AmEx case by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Blechman, William) (Entered: 07/17/2008) | 07/17/2008 |
| 1026 | STATUS REPORT Parties' Joint Status Report for Case Management Conference No. 21 by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 07/17/2008) | 07/17/2008 |
| 1034 | MOTION to Intervene /Joinder Party/Reconsideration by Jonathan Lee Riches. (Piper, Francine) (Entered: 07/23/2008) | 07/17/2008 |
| 1027 | Letter to the Honorable James Orenstein withdrawing the Motion to Compel Capital One, Texas Independent Bancshares and Wells Fargo to respond to certain discovery [Docket No. 1024] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 07/18/2008) | 07/18/2008 |
| 1036 | FILING FEE: $ 25.00, receipt number 355391 - Pro Hac Vice Motion - Adam S. Mocciolo. (Piper, Francine) (Entered: 07/23/2008) | 07/18/2008 |
| 1041 | FILING FEE: $ 25.00, receipt number 355567 -Pro Hac Vice Motion - Robins, Kaplan, Miller & Ciresi. (Piper, Francine) (Entered: 07/28/2008) | 07/18/2008 |
| 1028 | Letter to Judge James Orenstein re revision to July 17, 2008 Motion to Compel by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit A) (Blechman, William) (Entered: 07/21/2008) | 07/21/2008 |
| 1029 | Letter of Plaintiffs requesting a pre-motion conference on Thursday, July 24, 2008 relating to the admissibility of documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/21/2008) | 07/21/2008 |
| 1030 | MOTION to Withdraw as Attorney for Texas Independent Bancshares, Inc. by Texas Independent Bancshares, Inc.. (Frost, Robert) (Entered: 07/21/2008) | 07/21/2008 |
| 1031 | Letter in Opposition to Plaintiffs' July 16, 2008 Letter Motion Requesting an Order Compelling Visa Inc. to Produce Tim Steel for a Deposition (Docket #1020) by Visa U.S.A. Inc. (Attachments: # 1 Declaration of Carlos Vasquez) (Mason, Robert) (Entered: 07/21/2008) | 07/21/2008 |
| 1032 | RESPONSE to Motion re 1022 Letter MOTION to Compel re Deposition Scheduling filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 07/21/2008) | 07/21/2008 |
| | ORDER withdrawing 1024 Motion to Compel -- See docket entry 1027 . Ordered by Magistrate Judge James Orenstein on July 21, 2008. (Kochendorfer, Kate) (Entered: 07/21/2008) | 07/21/2008 |
| 1033 | RESPONSE to Motion re 1025 Letter MOTION to Compel Production in MDL 1720 of Defendants' Expert Reports in the AmEx case filed by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc.. (Powell, Wesley) (Entered: 07/22/2008) | 07/22/2008 |
| | ORDER granting 1030 Motion to Withdraw as Attorney. Attorney Robert M. Frost terminated. Ordered by Magistrate Judge James Orenstein on July 22, 2008. (Kochendorfer, Kate) (Entered: 07/22/2008) | 07/22/2008 |
| | ORDER granting 991 Motion to Compel -- See docket entry 1002 . Ordered by Magistrate Judge James Orenstein on July 22, 2008. (Kochendorfer, Kate) (Entered: 07/22/2008) | 07/22/2008 |
| 1035 | ORDER denying 1034 Motion to Intervene -- For the reasons set forth in the attached order, I deny the motion of Jonathan Lee Riches to intervene as of right in its entirety. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on July 23, 2008. (Kochendorfer, Kate) (Entered: 07/23/2008) | 07/23/2008 |
| 1037 | Letter in response to Plaintiffs' July 21, 2008 letter requesting a pre-motion conference (DE 1029) on behalf of all Defendants by Mastercard Incorporated, Mastercard International Incorporated (Powell, Wesley) (Entered: 07/23/2008) | 07/23/2008 |
| 1038 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 7/24/2008. The next status conference will be held on September 9, 2008, at 1:00 p.m. Further status conferences will be held as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 20. (Court Reporter Lisa Schmid.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/24/2008) | 07/24/2008 |
| 1039 | PRETRIAL ORDER 20: The attached order details the discovery issues discussed at the conference on July 24, 2008. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on July 24, 2008. (Kochendorfer, Kate) (Entered: 07/24/2008) | 07/24/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1040 | SCHEDULING ORDER: The parties have asked me to enter the following order: The networks are ordered to produce their expert reports from AmEx/Discover, subject to the right of third-parties whose material appears in those reports to object to disclosure and to have those objections heard by the Court. Accordingly, I order Plaintiffs to give notice to affected third-parties in accordance with the parties' agreement on process; I will set a hearing on August 25, 2008, at 9:30 a.m., at which any third-party objecting to disclosure may be heard; the notice to third parties will specifically inform them that they must appear at this hearing for their objections to be heard; if they object but do not appear for the hearing, then their objection will be waived; following this hearing, and subject to the Court's ruling on any objections, the networks will produce the reports in accordance with the parties' agreement. So ordered. Ordered by Magistrate Judge James Orenstein on July 24, 2008. (Kochendorfer, Kate) (Entered: 07/24/2008) | 07/24/2008 |
|  | ORDER withdrawing 987 Motion to Compel; withdrawing 989 Motion to Compel; withdrawing 1025 Motion to Compel -- See docket entry 1039 . Ordered by Magistrate Judge James Orenstein on July 24, 2008. (Kochendorfer, Kate) (Entered: 07/24/2008) | 07/24/2008 |
| 1042 | Letter by Barclays Financial Corp. (Dunlop, Lisl) (Entered: 07/29/2008) | 07/29/2008 |
| 1043 | Letter of Class Plaintiffs in response to Barclay's July 29, 2008 letter seeking a pre-motion conference [DE 1042] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/30/2008) | 07/30/2008 |
| 1044 | NOTICE of Appearance by William V. Reiss on behalf of Capital Audio Electronics, Inc. (aty to be noticed) (Reiss, William) (Entered: 07/30/2008) | 07/30/2008 |
|  | SCHEDULING ORDER: A telephone conference regarding docket entry 1042 will be held on July 31, 2008, at 5:30 p.m. Ordered by Magistrate Judge James Orenstein on July 30, 2008. (Kochendorfer, Kate) (Entered: 07/30/2008) | 07/30/2008 |
| 1045 | Letter of Class Plaintiffs and Defendants regarding DE 1022 and requesting an additional 24 hours by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/31/2008) | 07/31/2008 |
| 1046 | Letter of Class Plaintiffs and Defendant Visa, Inc. re DE 1020 illustrating an agreement has been reached. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/31/2008) | 07/31/2008 |
| 1047 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Telephone Conference held on 7/31/2008. SCHEDULING: The next status conference will be held on September 9, 2008, at 1:00 p.m.THE FOLLOWING RULINGS WERE MADE: Non-party Barclays Bank plc is granted leave to file a motion to intervene, purportedly pursuant to Federal Rule of Civil Procedure 24(b)(1)(B), in opposition to the Class Plaintiffs' motion to amend the complaint. The non-party's submission will include both its argument on the motion to intervene and on the motion to amend, and I will consider the latter argument on the merits if I determine that the non-party should be permitted to intervene. The parties agree that the Class Plaintiffs may have additional time to file their reply brief on the motion to amend in light of the additional arguments to which they must reply. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/31/2008) | 07/31/2008 |
| 1048 | Transcript of Proceedings held on July 24, 2008, at 1:00 p.m., before MJ James Orenstein. Court Reporter Lisa Schmid, Telephone number 718-613-2644. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/22/2008. Redacted Transcript Deadline set for 9/1/2008. Release of Transcript Restriction set for 10/30/2008. (Vaughn, Terry) Modified on 8/1/2008 to indicate that this transcript was received from Lisa Schmit by e-mail on 8/1/08. (Vaughn, Terry). (Entered: 08/01/2008) | 08/01/2008 |
| 1049 | NOTICE of Appearance by Thomas J. Undlin on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Undlin, Thomas) (Entered: 08/01/2008) | 08/01/2008 |
| 1050 | Letter Report to Magistrate Judge Orenstein Pursuant to Pretrial Order 20 [DE 1039] re Deposition Scheduling Issues by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 08/01/2008) | 08/01/2008 |
|  | ORDER re 1045 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted. Ordered by Magistrate Judge James Orenstein on August 1, 2008. (Kochendorfer, Kate) (Entered: 08/01/2008) | 08/01/2008 |
|  | ORDER withdrawing 1020 Motion to Compel -- See docket entry 1046 . Ordered by Magistrate Judge James Orenstein on August 1, 2008. (Kochendorfer, Kate) (Entered: 08/01/2008) | 08/01/2008 |
|  | ORDER withdrawing 984 Motion to Compel -- See docket entry 1048 at 40-41. Ordered by Magistrate Judge James Orenstein on August 1, 2008. (Kochendorfer, Kate) (Entered: 08/01/2008) | 08/01/2008 |
| 1051 | Letter to Magistrate Judge Orenstein Encl Stipulated Proposed Fourth Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Enclosure - Stipulated Proposed Fourth Scheduling Order) (Davidoff, Merrill) (Entered: 08/05/2008) | 08/05/2008 |
|  | STIPULATION AND ORDER re 1051 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on August 6, 2008. (Kochendorfer, Kate) (Entered: 08/06/2008) | 08/06/2008 |
| 1052 | NOTICE of Appearance by James P. Tallon on behalf of Barclays Financial Corp. (aty to be noticed) (Tallon, James) (Entered: 08/08/2008) | 08/08/2008 |
| 1053 | Subpoena by Texas Independent Bancshares, Inc.. (Attachments: # 1 Schedule A) (Orleans, Jonathan) (Entered: 08/13/2008) | 08/13/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1054 | MOTION to Amend/Correct/Supplement 988 Letter MOTION for Leave to File Second Consolidated Amended Class Action Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion and Motion for Leave to Amend the First Consolidated Amended Class Action Complaint, # 2 Memorandum in Support of Class Plaintiffs' Motion for Leave to Amend the First Consolidated Amended Class Action Complaint, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Proposed Order, # 9 Certificate of Service, # 10 Notice of Motion and Cross-Motion for Leave to Intervene for a Limited Purpose by Barclays Bank plc, # 11 Memorandum in Opposition to Class Plaintiffs' Motion for Leave to Amend and the Cross-Motion of Barclays Bank plc for Leave to Intervene for a Limited Purpose, # 12 Declaration of Lisl J. Dunlop, # 13 Exhibit 1-30 to the Declaration of Lisl J. Dunlop, # 14 Declaration of Christopher Wood, # 15 Declaration of Theodore Paris, # 16 Declaration of Maria Purificacion Jalandoni, # 17 Proposed Order, # 18 Certificate of Service, # 19 Class Plaintiffs' Reply Memorandum of Law in Support of their Motion for Leave to Amend the First Consolidated Amended Class Action Complaint, and in Opposition to Cross-Motion of Barclays Bank plc for Leave to Intervene for a Limited Purpose) (Wildfang, K.) (Entered: 08/15/2008) | 08/15/2008 |
| 1055 | Letter by Barclays Financial Corp. (Tallon, James) (Entered: 08/20/2008) | 08/20/2008 |
| 1056 | Letter of Class Plaintiffs in response to DE 1055 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/20/2008) | 08/20/2008 |
| 1057 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Hearing held on 8/25/2008. SCHEDULING: The next status conference will be held on September 9, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: Pursuant to the parties' agreement, I scheduled a hearing for third parties to object to the disclosure of expert reports from the AmEx/Discover litigation. Docket Entry 1040 . No one objected, and I now order the networks to produce the reports in accordance with the parties' agreement. (Kochendorfer, Kate) (Entered: 08/25/2008) | 08/25/2008 |
| | ORDER withdrawing 1022 Motion to Compel -- See docket entries 1050 and 1051 . Ordered by Magistrate Judge James Orenstein on August 25, 2008. (Kochendorfer, Kate) (Entered: 08/25/2008) | 08/25/2008 |
| 1058 | NOTICE by Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO of Association of Counsel (Noss, Walter) (Entered: 08/28/2008) | 08/28/2008 |
| 1059 | NOTICE of Appearance by Christopher M. Burke on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO (aty to be noticed) (Burke, Christopher) (Entered: 08/29/2008) | 08/29/2008 |
| 1060 | NOTICE of Appearance by Kristen Anderson on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO (aty to be noticed) (Anderson, Kristen) (Entered: 08/29/2008) | 08/29/2008 |
| 1061 | STATUS REPORT / Parties' Joint Case Status Report And Proposed Agenda For Case Management Conference No. 22 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Aguirre, Danielle) (Entered: 08/29/2008) | 08/29/2008 |
| 1062 | MOTION for Leave to Appear Pro Hac Vice by Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. et al 05-cv-4728-JG-JO. (Anderson, Kristen) (Entered: 09/03/2008) | 09/03/2008 |
| 1063 | Letter to The Honorable James Orenstein re: protective orders with respect to noticed depositions by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/03/2008) | 09/03/2008 |
| 1064 | Letter of Plaintiff Traditions Ltd. regarding status of motion for protective order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/03/2008) | 09/03/2008 |
| 1065 | Letter by Capital One Bank (Hassi, Edward) (Entered: 09/03/2008) | 09/03/2008 |
| 1066 | Letter To Honorable Magistrate Judge James Orenstein From Cyrus Amir-Mokri On Behalf Of Plaintiffs and JPMorgan Chase & Co and Chase Bank USA, N.A., Respectfully Requesting An Extension Of Time, Filed by Chase Bank USA, N.A., JP Morgan Chase & Co. (Amir-Mokri, Cyrus) (Entered: 09/03/2008) | 09/03/2008 |
| 1067 | Letter to The Honorable James Orenstein re protective orders with respect to noticed depositions by Mastercard Incorporated, Mastercard International Incorporated (Ravelo, Keila) (Entered: 09/03/2008) | 09/03/2008 |
| | ORDER terminating 1062 Motion for Leave to Appear Pro Hac Vice -- See Pretrial Order 1, Docket Entry 93 . Ordered by Magistrate Judge James Orenstein on September 4, 2008. (Kochendorfer, Kate) (Entered: 09/04/2008) | 09/04/2008 |
| | ORDER re 1066 Letter, filed by Chase Bank USA, N.A., JP Morgan Chase & Co. -- The application is granted. Ordered by Magistrate Judge James Orenstein on September 4, 2008. (Kochendorfer, Kate) (Entered: 09/04/2008) | 09/04/2008 |
| 1068 | NOTICE of Appearance by Larry Alan Coury on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Coury, Larry) (Entered: 09/05/2008) | 09/05/2008 |
| 1069 | Letter requesting cancellation of September 9, 2008 status conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/05/2008) | 09/05/2008 |
| 1070 | Letter To Honorable Magistrate Judge James Orenstein From Cyrus Amir-Mokri, Providing Notice Of Intent To Seek A Protective Order, Filed by Chase Bank USA, N.A., JP Morgan Chase & Co. (Amir-Mokri, Cyrus) (Entered: 09/05/2008) | 09/05/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER withdrawing 746 Motion to Compel. Ordered by Magistrate Judge James Orenstein on September 5, 2008. (Kochendorfer, Kate) (Entered: 09/05/2008) | 09/05/2008 |
| | ORDER re 1069 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted. The status conference scheduled for September 9, 2008, at 1:00 p.m., is cancelled; however, I will hear argument on Docket Entry 1054 at that time. Ordered by Magistrate Judge James Orenstein on September 5, 2008. (Kochendorfer, Kate) (Entered: 09/05/2008) | 09/05/2008 |
| 1071 | FILING FEE: $ 25.00, receipt number 357043 Received Re: Pro Hac Vice admission for Kristen M. Anderson. (Greene, Donna) (Entered: 09/08/2008) | 09/08/2008 |
| | SCHEDULING ORDER: The oral argument scheduled for September 9, 2008 is rescheduled for September 18, 2008, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on September 9, 2008. (Kochendorfer, Kate) (Entered: 09/09/2008) | 09/09/2008 |
| 1072 | Letter to The Honorable James Orenstein seeking an unopposed extension of time to file any motion for a protective order by Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/10/2008) | 09/10/2008 |
| 1073 | Letter MOTION for Extension of Time to File Response/Reply requesting (1) two week extension to serve opposition to class certification and (2) telephonic conference this week by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Grush, Eric) (Entered: 09/10/2008) | 09/10/2008 |
| 1074 | Letter of Class Plaintiffs in Response to Defendant's Letter Motion (DE 1073). Request Opportunity to Respond by Thursday, September 11, 2008 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/10/2008) | 09/10/2008 |
| 1075 | LETTER MOTION for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(2(C) by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Amir-Mokri, Cyrus) (Entered: 09/10/2008) | 09/10/2008 |
| 1076 | Letter Response of Class Plaintiffs to Defendants' Letter Motion of September 10, 2008 [DE 1073] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/11/2008) | 09/11/2008 |
| 1080 | NOTICE OF APPEAL by Jonathan Lee Riches. Appellant appeals "denial of his intervention in this case." No fee paid. IFP pending. Service done electronically (McGee, Mary Ann) Modified on 9/17/2008 to delete Riches as interested party and correctly docket to Riches as Movant. ( Modified on 9/17/2008 (McGee, Mary Ann). (Entered: 09/17/2008) | 09/11/2008 |
| | ORDER re 1072 Letter filed by Visa International Service Association, Visa U.S.A. Inc. -- The application is granted. Ordered by Magistrate Judge James Orenstein on September 11, 2008. (Kochendorfer, Kate) (Entered: 09/11/2008) | 09/11/2008 |
| | MOTION for Leave to Appeal in forma pauperis by Jonathan Lee Riches. (McGee, Mary Ann) (Entered: 09/24/2008) | 09/11/2008 |
| | ORDER granting 1073 Motion for Extension of Time to File Response/Reply -- The application is granted; the defendants shall serve their opposition to the class plaintiffs' motion for class certification no later than October 6, 2008. To the extent this extension affects other deadlines currently in effect, the parties shall submit a joint proposed schedule no later than September 16, 2008. Ordered by Magistrate Judge James Orenstein on September 12, 2008. (Kochendorfer, Kate) (Entered: 09/12/2008) | 09/12/2008 |
| 1077 | RESPONSE in Opposition to Defendants JP Morgan Chase & Co. and Chase Bank USA, N.A. for a Protective Order (Exhibits filed In Camera) filed by all plaintiffs. (Nussbaum, Linda) (Entered: 09/15/2008) | 09/15/2008 |
| 1078 | Subpoena by Texas Independent Bancshares, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Orleans, Jonathan) (Entered: 09/15/2008) | 09/15/2008 |
| 1079 | MOTION to Withdraw Appearance of Attorney Edmund Searby by Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Noss, Walter) (Entered: 09/16/2008) | 09/16/2008 |
| 1081 | Letter of the Parties in response to the Court's Order of Septmeber 12, 2008 enclosing [proposed] Fifth Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order - Fifth Scheduling Order) (Wildfang, K.) (Entered: 09/16/2008) | 09/16/2008 |
| 1082 | NOTICE of Appearance by Adam S. Mocciolo on behalf of Texas Independent Bancshares, Inc. (aty to be noticed) (Mocciolo, Adam) (Entered: 09/16/2008) | 09/16/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER denying 1075 Motion for Protective Order -- The Chase defendants' application for a protective order precluding the deposition of JPMorgan Chase & Co. Chairman and Chief Executive Officer, James L. Dimon, is denied. Pursuant to Federal Rule of Civil Procedure 26(b)(2)(C)(i), the Chase defendants failed to demonstrate that "the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive[.]" Fed. R. Civ. P. 26(b)(2)(C)(i). With respect to the burden on the deponent, the movants make the implicit but untenable assertion that no deposition burden at all may be imposed on Mr. Dimon, apparently due his status as Chief Executive Officer, absent an affirmative showing of need by the plaintiffs. See DE 1075 at 2 ("There is no reason for burdening Mr. Dimon's extremely demanding schedule with a deposition in this case."). That is not the law, see General Star Indemnity Co. v. Platinum Indemnity Ltd., 210 F.R.D. 80, 83 (S.D.N.Y. 2002) ("high ranking corporate executives are not automatically given special treatment which excuses them from being deposed") (quoting Kuwait Airways Corp. v. American Security Bank, N.A., 1987 WL 11994, at *4 (D.D.C. May 26, 1987)); see also CBS, Inc. v. Ahern, 102 F.R.D. 820, 822 (S.D.N.Y. 1984) ("the fact that the witness has a busy schedule is simply not a basis for foreclosing otherwise proper discovery"), and the movants have done nothing to show that Mr. Dimon's schedule is any more demanding than the schedules of the many other witnesses and attorneys participating in this litigation. Ordered by Magistrate Judge James Orenstein on September 16, 2008. (Kochendorfer, Kate) (Entered: 09/16/2008) | 09/16/2008 |
| | ORDER granting 1079 Motion to Withdraw -- Edmund Searby is permitted to withdraw as counsel for plaintiff Seaway Gas & Petroleum, Inc. Ordered by Magistrate Judge James Orenstein on September 17, 2008. (Kochendorfer, Kate) (Entered: 09/17/2008) | 09/17/2008 |
| | ORDER re 1081 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on September 17, 2008. (Kochendorfer, Kate) (Entered: 09/17/2008) | 09/17/2008 |
| 1083 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Motion Hearing held on 9/18/2008 re 988 Letter MOTION for Leave to File Second Consolidated Amended Class Action Complaint filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. SCHEDULING: The next status conference will be held on October 23, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: (1) I heard argument on, and granted, the Class Plaintiffs' motion to file the proposed Second Consolidated Amended Class Complaint over the objections of Barclays Financial Corp. and Barclays Bank plc. (2) Counsel for the Class Plaintiffs and the Barclays entities shall meet and confer and submit by September 25, 2008, a proposal for providing Barclays Bank plc the discovery to which it is legitimately entitled. The parties shall address the scope of any supplemental discovery, the extent (if any) to which such discovery will require an alteration of the existing schedule, and the extent (if any) to which the Class Plaintiffs will bear the costs of such supplemental discovery. (Court Reporter Ron Tolkin.) (Kochendorfer, Kate) (Entered: 09/18/2008) | 09/18/2008 |
| | ORDER granting 988 Motion for Leave to File; granting 1054 Motion to Amend/Correct/Supplement -- See docket entry 1083 . Ordered by Magistrate Judge James Orenstein on September 18, 2008. (Kochendorfer, Kate) (Entered: 09/18/2008) | 09/18/2008 |
| 1084 | Letter MOTION for Reconsideration re Order on Motion for Protective Order,,,,,,, by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service) (Amir-Mokri, Cyrus) (Entered: 09/19/2008) | 09/19/2008 |
| 1085 | Transcript of Proceedings held on September 18, 2008, before Judge Orenstein. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/13/2008. Redacted Transcript Deadline set for 10/23/2008. Release of Transcript Restriction set for 12/22/2008. (Tolkin, Ronald) (Entered: 09/22/2008) | 09/22/2008 |
| 1086 | REPLY in Opposition to Motion to Reconsider Order Denying Chase Protective Order filed by all plaintiffs. (Nussbaum, Linda) (Entered: 09/22/2008) | 09/22/2008 |
| 1087 | ORDER denying 1084 Motion for Reconsideration -- For the reasons set forth in the attached order, I deny the motion by defendants JPMorgan Chase & Co. and Chase Bank USA, N.A. for reconsideration of my order of September 16, 2008. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on September 22, 2008. (Kochendorfer, Kate) (Entered: 09/22/2008) | 09/22/2008 |
| 1088 | Letter to The Honorable James Orenstein seeking an unopposed extension of time to file motion for a protective order by Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/23/2008) | 09/23/2008 |
| 1089 | ORDER denying Motion for Leave to Appeal in forma pauperis. Ordered by Judge John Gleeson on 9/22/08. (McGee, Mary Ann) (Entered: 09/24/2008) | 09/24/2008 |
| | ORDER re 1088 Letter filed by Visa International Service Association, Visa U.S.A. Inc. -- The application is granted. Ordered by Magistrate Judge James Orenstein on September 24, 2008. (Kochendorfer, Kate) (Entered: 09/24/2008) | 09/24/2008 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. For docket entries without a hyperlink, contact the court and we'll arrange for the document(s) to be made available to you. 1089 Order on Motion for Leave to Appeal in forma pauperis (McGee, Mary Ann) (Entered: 09/24/2008) | 09/24/2008 |
| 1090 | Letter by Barclays Financial Corp. (Tallon, James) (Entered: 09/25/2008) | 09/25/2008 |
| 1091 | Letter by Barclays Financial Corp. (Tallon, James) (Entered: 09/25/2008) | 09/25/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1092 | MOTION for Protective Order by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Mason, Robert) (Entered: 09/29/2008) | 09/29/2008 |
| 1093 | MOTION to Quash / Letter Motion addressed to Mag. Judge Orenstein re: Motion to Quash by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A to Letter Motion addressed to Mag. Judge Orenstein, # 2 Exhibit B to Letter Motion addressed to Mag. Judge Orenstein) (Powell, Wesley) (Entered: 09/29/2008) | 09/29/2008 |
| 1094 | Letter to Judge Orenstein regarding response to motions to quash and for protection by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 09/29/2008) | 09/29/2008 |
|  | ORDER re 1094 -- The application is granted. The plaintiffs have leave to file a single three-page response to docket entries 1092 and 1093 . Ordered by Magistrate Judge James Orenstein on September 30, 2008. (Turner, Juno) (Entered: 09/30/2008) | 09/30/2008 |
| 1095 | SUGGESTION OF BANKRUPTCY Upon the Record by Washington Mutual, Inc. (Crisp, Florence) (Entered: 10/01/2008) | 10/01/2008 |
| 1096 | Letter MOTION for Leave to File Excess Pages Letter Motion by Defendants Requesting Leave to File 95-page Memorandum Opposing Class Certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Grush, Eric) (Entered: 10/01/2008) | 10/01/2008 |
|  | Email Notification Test - DO NOT REPLY (Marziliano, August) (Entered: 10/01/2008) | 10/01/2008 |
| 1097 | Letter informing the Court of filing document under seal by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit A - Application for Leave to File Under Seal, # 2 Exhibit B - Public Version of Letter Opposing Defendants' Motions to Quash or Limit Plaintiffs' 30(b)(6) Deposition Notices) (Blechman, William) (Entered: 10/02/2008) | 10/02/2008 |
|  | ORDER granting 1096 Motion for Leave to File Excess Pages -- The motion is granted. Ordered by Magistrate Judge James Orenstein on October 2, 2008. (Turner, Juno) (Entered: 10/02/2008) | 10/02/2008 |
|  | Electronic Index to Record on Appeal sent to US Court of Appeals. Documents 1-1097 are available on line and may be downloaded. (McGee, Mary Ann) (Entered: 10/03/2008) | 10/03/2008 |
|  | ORDER denying 1092 Motion for Protective Order -- The motion is denied. Ordered by Magistrate Judge James Orenstein on October 3, 2008. (Turner, Juno) (Entered: 10/03/2008) | 10/03/2008 |
|  | ORDER denying 1093 Motion to Quash -- The motion is denied. Ordered by Magistrate Judge James Orenstein on October 3, 2008. (Turner, Juno) (Entered: 10/03/2008) | 10/03/2008 |
| 1099 | Letter to Sandra Jones for Pro Hac Vice Admission of Patricia E. Simone by National City Bank of Kentucky, National City Corporation (Majoras, John) (Entered: 10/09/2008) | 10/09/2008 |
| 1100 | Letter MOTION to Compel Discount Optics to Produce Certain Documents by Wells Fargo & Company. (Cavanaugh, William) (Entered: 10/16/2008) | 10/16/2008 |
| 1101 | STATUS REPORT for Conference No. 23 by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/16/2008) | 10/16/2008 |
| 1102 | Letter MOTION to Compel Capital One and Citigroup to Produce Data and Information by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L) (Sweeney, Bonny) (Entered: 10/16/2008) | 10/16/2008 |
| 1103 | Letter MOTION to Compel Third-Party Argus Information and Advisory Services to Produce Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14) (Sweeney, Bonny) (Entered: 10/16/2008) | 10/16/2008 |
| 1104 | Letter to Magistrate Judge James Orenstein Withdrawing the Motion to Compel Production of Data and Information as to Citigroup only [Docket #1102] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 10/21/2008) | 10/21/2008 |
| 1105 | RESPONSE in Opposition re 1102 Letter MOTION to Compel Capital One and Citigroup to Produce Data and Information filed by Capital One Bank, Capital One F S B, Capital One Financial Corp. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Hassi, Edward) (Entered: 10/21/2008) | 10/21/2008 |
| 1106 | RESPONSE in Opposition re 1100 Letter MOTION to Compel Discount Optics to Produce Certain Documents (Letter Informing Court of Filing Under Seal as to Exhibits) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1-Application for Leave to File Document Under Seal, # 2 Exhibit 2-Public Version of Letter Response in Opposition to Defendant's Motion to Compel Discount Optics to Produce Documents) (Sweeney, Bonny) (Entered: 10/21/2008) | 10/21/2008 |
| 1109 | FILING FEE: $ 25.00, receipt number 358751 - Pro Hac Vice Motion - Law Firm of Jones Day. (Piper, Francine) (Entered: 10/23/2008) | 10/21/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1107 | Letter to the Honorable James Orenstein from Bart D Cohen (Berger & Montague) re Withdrawal of Letter Motion without Prejudice re Capital One by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 10/22/2008) | 10/22/2008 |
| 1110 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 10/23/2008. The next status conference will be held on December 4, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1.I heard argument on the defendants' letter-motion to compel Discount Optics to produce three categories of documents. DE 1100. The parties have resolved their dispute with regard to all but one of the requested categories, and they will continue to meet and confer in an effort to resolve the remaining dispute on consent. The parties will report back to me by October 30, 2008 regarding the status of the dispute; if it is not resolved on consent, I will decide the matter on the parties' submissions. 2.The parties have resolved on consent the following two motions, as to each of which I will enter a separate order: (a) the Class Plaintiffs' letter-motion to compel third party Argus Information and Advisory Services to produce certain documents, DE 1103; and (b) the Class Plaintiffs' letter-motion to compel data from Citigroup and Capital One, DE 1102. (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 10/23/2008) | 10/23/2008 |
| 1111 | NOTICE of Change of San Francisco Address of Arnold & Porter LLP by Robert C. Mason (Mason, Robert) (Entered: 10/23/2008) | 10/23/2008 |
|  | ORDER terminating 1102 Motion to Compel -- The motion is terminated as withdrawn. Ordered by Magistrate Judge James Orenstein on October 23, 2008. (Turner, Juno) (Entered: 10/23/2008) | 10/23/2008 |
|  | ORDER terminating 1103 Motion to Compel -- The motion is terminated as withdrawn. Ordered by Magistrate Judge James Orenstein on October 23, 2008. (Turner, Juno) (Entered: 10/23/2008) | 10/23/2008 |
| 1112 | Letter to Magistrate Judge Orenstein Advising the Court of the Status of the Motion to Compel Putative Class Plaintiff Discount Optics to Produce Requested Documents by Wells Fargo & Company (Attachments: # 1 Defendant Wells Fargo & Company's October 15, 2008 Letter to Discount Optics) (Cavanaugh, William) (Entered: 10/30/2008) | 10/30/2008 |
| 1113 | RESPONSE to Motion re 1100 Letter MOTION to Compel Discount Optics to Produce Certain Documents as to Bank Statements and in Response Docket #1112 filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 10/30/2008) | 10/30/2008 |
|  | ORDER granting 1100 Motion to Compel -- The motion is granted. Discount Optics shall promptly produce the bank statements that it has in its possession and shall obtain and produce the remaining statements within three weeks. Ordered by Magistrate Judge James Orenstein on November 7, 2008. (Turner, Juno) (Entered: 11/07/2008) | 11/07/2008 |
| 1114 | Letter Motion of Class Plaintiffs seeking an order compelling MasterCard to produce unredacted versions of EU and UK materials. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Document(s) Under Seal, # 2 Attachment 1, # 3 Attachment 2, 3 and 4 PLACEHOLDER (filed under seal), # 4 Attachment 5, # 5 Attachment 6) (Wildfang, K.) (Entered: 11/17/2008) | 11/17/2008 |
|  | ORDER re 1114 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion is denied without prejudice to renewal pursuant to section III.A.1 of my individual practice rules. Ordered by Magistrate Judge James Orenstein on November 19, 2008. (Turner, Juno) (Entered: 11/19/2008) | 11/19/2008 |
| 1115 | MOTION to Withdraw as Attorney (Christopher J. Kuhlman) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 11/20/2008) | 11/20/2008 |
| 1116 | NOTICE of Change of Firm by Jayne A. Goldstein (Goldstein, Jayne) (Entered: 11/21/2008) | 11/21/2008 |
|  | ORDER granting 1115 Motion to Withdraw as Attorney. The motion is granted. The appearance of Christopher J. Kuhlman is withdrawn. Ordered by Magistrate Judge James Orenstein on November 21, 2008. (Turner, Juno) (Entered: 11/21/2008) | 11/21/2008 |
| 1117 | Notice of MOTION for Leave to Appear Pro Hac Vice by Perry A. Lange Filing fee $ 25, receipt number 02070000000003254922. by HSBC Finance Corporation, HSBC North America Holdings, Inc. (Lange, Perry) (Entered: 11/24/2008) | 11/24/2008 |
| 1118 | ORDER in case 1:96-cv-05238-JG-JO; granting (507) Motion to Dismiss in case 1:05-md-01720-JG-JO. Please see attached. Ordered by Judge John Gleeson on November 25, 2008. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 11/25/2008) | 11/25/2008 |
|  | ORDER denying as moot 1117 Motion for Leave to Appear -- Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Ordered by Magistrate Judge James Orenstein on November 25, 2008. (Turner, Juno) (Entered: 11/25/2008) | 11/25/2008 |
| 1119 | STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 24 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/26/2008) | 11/26/2008 |
| 1120 | Letter MOTION to Compel Responses to Plaintiffs' Eighth Set of Interrogatories by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 11/26/2008) | 11/26/2008 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1121 | Notice of MOTION to Withdraw as Attorney , Saren K. Sudel on behalf of Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Motion) (Wildfang, K.) (Entered: 12/01/2008) | 12/01/2008 |
| 1123 | Letter withdrawing Motion to Compel (Dkt. # 1120) as to Chase by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 12/02/2008) | 12/02/2008 |
| 1124 | Letter withdrawing Motion to Compel (Dkt. No. 1120) as to Capital One by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 12/02/2008) | 12/02/2008 |
| | ORDER granting 1121 Motion to Withdraw as Attorney. The motion is granted and the representation of attorney Saren K. Sudel is terminated. Ordered by Magistrate Judge James Orenstein on December 2, 2008. (Turner, Juno) (Entered: 12/02/2008) | 12/02/2008 |
| 1125 | MOTION to Withdraw as Attorney Bethany D. Krueger for Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion) (Wildfang, K.) (Entered: 12/03/2008) | 12/03/2008 |
| 1126 | Letter withdrawing Motion to Compel (Dkt. No. 1120) as to Texas Independent Bancshares, Inc. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 12/03/2008) | 12/03/2008 |
| 1127 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 12/4/2008. The next status conference will be held on January 15, 2009. A further status conference will be held on February 27, 2009. A further status conference will be held on April 16, 2009. THE FOLLOWING RULINGS WERE MADE: 1. The parties will confer as to matters surrounding the filing of amended claims by the Class Plaintiffs and submit a revised stipulation reflecting their agreement of such matters. 2. I discussed with counsel the parties' dispute over whether two separate attorneys for the Class Plaintiffs may question an expert witness for the defendants at his deposition next week. If the parties are unable to resolve the matter on consent, the defendants will promptly file a letter-motion for a protective order pursuant to Rule 26(c)(1). 3. I approved the parties request to adjourn until February 26, 2009, the deadline to file redacted versions of the briefs submitted in connection with the Class Plaintiffs' motion for class certification. SEE ATTACHED DOCUMENT. (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 12/04/2008) | 12/04/2008 |
| | ORDER granting 1125 Motion to Withdraw as Attorney -- The motion is granted. The representation of attorney Bethany D. Krueger is terminated. Ordered by Magistrate Judge James Orenstein on December 4, 2008. (Turner, Juno) (Entered: 12/04/2008) | 12/04/2008 |
| | ORDER terminating 1120 Motion to Compel -- The motion is withdrawn. Ordered by Magistrate Judge James Orenstein on December 4, 2008. (Turner, Juno) (Entered: 12/04/2008) | 12/04/2008 |
| 1128 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on December 4, 2008, before Judge Orenstein. Court Reporter/Transcriber Burt Sulzer, Telephone number 718 613-2481. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/29/2008. Redacted Transcript Deadline set for 1/8/2009. Release of Transcript Restriction set for 3/9/2009. (Sulzer, Burt) (Entered: 12/08/2008) | 12/08/2008 |
| 1129 | NOTICE of Change of Address by Danielle M. Aguirre (Attachments: # 1 Certificate of Service) (Aguirre, Danielle) (Entered: 12/19/2008) | 12/19/2008 |
| 1130 | Letter of all parties regarding agreement to cancellation of January 15, 2009 Status Conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 01/08/2009) | 01/08/2009 |
| 1131 | Letter MOTION for Hearing on privilege issues at February 2009 status conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Hatch, Thomas) (Entered: 01/08/2009) | 01/08/2009 |
| 1132 | STATUS REPORT Parties Joint Case Status Report And Proposed Agenda For Case Management Conference No. 25 by Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/08/2009) | 01/08/2009 |
| | SCHEDULING ORDER: At the request of the parties, the status conference previously scheduled for January 15, 2009 is cancelled. The next status conference will be held on February 27, 2009 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on January 9, 2009. (Turner, Juno) (Entered: 01/09/2009) | 01/09/2009 |
| 1133 | Proposed Scheduling Order Number Six, as agreed by the Parties by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 proposed Sixth Scheduling Order, # 2 one-page summary of revised dates related to proposed Sixth Scheduling Order) (Wildfang, K.) (Entered: 01/12/2009) | 01/12/2009 |
| 1134 | MOTION to Withdraw as Attorney (Motion to Withdraw Appearance of Counsel Ross, Dixon & Bell LLP) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 01/13/2009) | 01/13/2009 |
| | ORDER re 1133 Proposed Scheduling Order, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on January 13, 2009. (Turner, Juno) (Entered: 01/13/2009) | 01/13/2009 |
| | ORDER granting 1131 Motion for Hearing -- The motion is granted. Arguments on the plaintiffs' motion to compel will be heard at the status conference to be held on February 27, 2009. Ordered by Magistrate Judge James Orenstein on January 13, 2009. (Turner, Juno) (Entered: 01/13/2009) | 01/13/2009 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 1134 Motion to Withdraw as Attorney. The motion is granted and the appearance of counsel Ross, Dixon & Bell LLP is withdrawn. Ordered by Magistrate Judge James Orenstein on January 14, 2009. (Turner, Juno) (Entered: 01/14/2009) | 01/14/2009 |
| 1135 | MOTION for Extension of Time to File (a) Plaintiffs' Reply Class Action Brief'; and (b) the filing of Class Plaintiffs' Amended Complaints to January 29, 2009 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Davidoff, Merrill) (Entered: 01/26/2009) | 01/26/2009 |
| 1136 | STIPULATION Joint Stipulation of Plantiffs and Non-Party USAA FSB by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Joint Stipulation of Plaintiffs and USAA FSB) (Calm, Jesse) (Entered: 01/26/2009) | 01/26/2009 |
| | ORDER granting 1135 Motion for Extension of Time to File -- The motion is granted. The class plaintiffs shall file their reply class action brief and supporting materials and their amended complaint no later than January 29, 2009. Ordered by Magistrate Judge James Orenstein on January 26, 2009. (Turner, Juno) (Entered: 01/26/2009) | 01/26/2009 |
| | ORDER re 1136 Stipulation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on January 27, 2009. (Turner, Juno) (Entered: 01/27/2009) | 01/27/2009 |
| 1137 | Letter Defendants' letter providing supplemental authority in opposition to motion for class certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Grush, Eric) (Entered: 01/29/2009) | 01/29/2009 |
| 1138 | Supplemental COMPLAINT Second Consolidated Class Action Complaint, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Second Consolidated Amended Class Action Complaint [filed under seal], # 3 Certificate of Service) (Wildfang, K.) (Entered: 01/29/2009) | 01/29/2009 |
| 1139 | Second Supplemental COMPLAINT Second Supplemental Class Action Complaint, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Second Supplemental Class Action Complaint [filed under seal], # 3 Certificate of Service) (Wildfang, K.) (Entered: 01/29/2009) | 01/29/2009 |
| 1140 | AMENDED COMPLAINT First Amended Supplemental Class Action Complaint against all defendants, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for leave to file document under seal, # 2 First Amended Supplemental class Action complaint [filed under seal], # 3 Certificate of Service) (Wildfang, K.) (Entered: 01/29/2009) | 01/29/2009 |
| 1147 | MOTION for Extension of Time to File Redacted Versions of Amended and Supplemental Pleadings by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Freimuth, Matthew) (Entered: 02/06/2009) | 02/06/2009 |
| 1148 | Letter MOTION for Extension of Time to File Redacted Versions of Class Certification Briefs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 02/09/2009) | 02/09/2009 |
| | ORDER in case 1:96-cv-05238-JG-JO; granting (1147) Motion for Extension of Time to File in case 1:05-md-01720-JG-JO -- The application is granted. The deadline to file the public versions of the amended and supplemental pleadings originally filed under seal on January 29, 2009 is extended to February 13, 2009. Ordered by Magistrate Judge James Orenstein on 2/9/2009. Associated Cases: 1:05-md-01720-JG-JO et al. (Fick, Sarah) (Entered: 02/09/2009) | 02/09/2009 |
| | ORDER granting 1148 Motion for Extension of Time to File -- The application is granted. The deadline to file the redacted versions of the briefs submitted in connection with the class plaintiffs' motion for class certification is extended to March 16, 2009. Ordered by Magistrate Judge James Orenstein on 2/10/2009. (Fick, Sarah) (Entered: 02/10/2009) | 02/10/2009 |
| 1149 | Letter MOTION for Extension of Time to File the Public Versions of the Complaints Filed Under Seal on January 29, 2009, by Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/13/2009) | 02/13/2009 |
| 1150 | Letter to Judge Oreinstein regarding conflict with Feb. 27, 2009 status conference by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 02/13/2009) | 02/13/2009 |
| | ORDER granting 1149 Motion for Extension of Time to File -- The motion is granted. The Class Plaintiffs shall file the public versions of their sealed complaints no later than February 20, 2009. Ordered by Magistrate Judge James Orenstein on February 17, 2009. (Turner, Juno) (Entered: 02/17/2009) | 02/17/2009 |
| | SCHEDULING ORDER: The status conference previously scheduled for February 27, 2009 is rescheduled for March 3, 2009 at 1:30 p.m. Ordered by Magistrate Judge James Orenstein on February 17, 2009. (Turner, Juno) (Entered: 02/17/2009) | 02/17/2009 |
| 1151 | Fully Briefed MOTION to Compel the Production of Documents Claimed as Privileged by MasterCard by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application for Leave to File Document Under Seal, # 2 Notice of Motion and Class Plaintiffs Motion to Compel Production of Documents Claimed as Privileged by MasterCard, # 3 Memorandum in Support of Class Plaintiffs' Motion to Compel Production of Documents Claimed as Privileged by MasterCard, # 4 Affidavit in Support of Thomas B. Hatch, # 5 Exhibit A, B, C, and D to Hatch Declaration [filed under seal], # 6 Exhibit E, F, and G to Hatch Declaration, # 7 Exhibit H and I to Hatch Declaration, # 8 Memorandum in Opposition to Class Plaintiffs' Motion to Compel (filed by MasterCard), # 9 Affidavit in Opposition of Hanft, Munson, Peirez and Green, # 10 Affidavit in Opposition of Freimuth and Exs. A-B and Exs. C-E [filed under seal], # 11 Memorandum in Support : Class Plaintiffs' Reply Memorandum in Support of its Motion to Compel [redacted-filed under seal], # 12 Affidavit in Support : Supplemental Declaration of Thomas B. Hatch with Exs. J-L [filed under seal], # 13 Certificate of Service) (Hatch, Thomas) (Entered: 02/19/2009) | 02/19/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1152 | Supplemental COMPLAINT REDACTED First Amended Supplemental Class Action Complaint (originally filed under seal 1.29.09 as DE 1140), filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/20/2009) | 02/20/2009 |
| 1153 | Supplemental COMPLAINT REDACTED Second Consolidated Amended Class Action Complaint (originally filed under seal 1.29.09 as DE 1138), filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/20/2009) | 02/20/2009 |
| 1154 | Supplemental COMPLAINT REDACTED Second Supplemental Class Action Complaint (originally filed under seal 1.29.09 as DE 1139), filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/20/2009) | 02/20/2009 |
| 1155 | Letter enclosing supplemental authority in support of Plaintiffs' Motion for Class Certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Supplemental Authority) (Cohen, Bart) (Entered: 02/20/2009) | 02/20/2009 |
| 1156 | Letter to Judge Orenstein Re: Class Evidentiary Hearing & Scheduling, by HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp., Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, QVC, Inc., Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp., Washington Mutual, Inc. (Greene, Peter) (Entered: 02/24/2009) | 02/24/2009 |
| 1157 | Letter to Judge James Orenstein regarding Motion to Compel Third Party Discover by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1-5) (Blechman, William) (Entered: 02/24/2009) | 02/24/2009 |
| 1158 | STATUS REPORT Parties' Joint Case Status Report And Proposed Agenda For Case Management Conference No. 26 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Powell, Wesley) (Entered: 02/24/2009) | 02/24/2009 |
| 1159 | Letter of Class Plaintiffs in response to Defendants Letter Request for Hearing [DE 1156] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 02/25/2009) | 02/25/2009 |
| 1160 | Letter to Judge Oreinstein from W. Blechman regarding evidentiary hearing by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 02/26/2009) | 02/26/2009 |
| 1161 | Letter Opposing Plaintiffs February 24, 2009 letter moving to compel Discover's compliance with several deposition-related requests. by Discover (Cantor, Matthew) (Entered: 02/27/2009) | 02/27/2009 |
| 1162 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 3/3/2009. The next status conference will be held on April 16, 2009, at 1:00 p.m. A further status conference will be held on May 28, 2009 at 1:00 p.m. A further status conference will be held on July 9, 2009 at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1. Counsel for the plaintiffs and for third party Discover informed me that the plaintiffs' motion regarding the scope and scheduling of a deposition pursuant to Rule 30(b)(6) was resolved prior to the conference. I will therefore enter an order terminating the motion as withdrawn. 2. I heard argument, and reserved decision, on the Class Plaintiffs' motion to compel defendant MasterCard to produce documents that MasterCard claims are protected by the attorney-client privilege. 3. I discussed with the parties the defendants' request for a hearing on the Class Plaintiffs' motion for class certification, and reserved decision pending my review of the materials already submitted. SEE ATTACHED DOCUMENT. (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 03/03/2009) | 03/03/2009 |
| 1163 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 3, 2009, before Judge Orenstein. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647, ronald_tolkin@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2009. Redacted Transcript Deadline set for 4/6/2009. Release of Transcript Restriction set for 6/2/2009. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-05207-JG-JO (Tolkin, Ronald) (Entered: 03/04/2009) | 03/04/2009 |
| 1164 | Letter to The Honorable James Orenstein re timing of motions by Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/10/2009) | 03/10/2009 |
| 1165 | MEMORANDUM in Support of Class Plaintiffs' Motion for Class Certification REDACTED filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 03/16/2009) | 03/16/2009 |
| 1166 | MEMORANDUM in Opposition to Plaintiffs' Motion for Class Certification REDACTED filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 03/16/2009) | 03/16/2009 |
| 1167 | REPLY in Support of Class Plaintiffs' Motion for Class Certification REDACTED filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 03/16/2009) | 03/16/2009 |
| 1168 | Letter response of Class Plaintiffs to Defendants March 10, 2009 letter regarding motion practice on Class Plaintiffs' complaints by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 03/17/2009) | 03/17/2009 |
|  | ORDER re 1164 Letter filed by Visa U.S.A. Inc. -- So ordered. Ordered by Magistrate Judge James Orenstein on 3/18/2009. (Turner, Juno) (Entered: 03/18/2009) | 03/18/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1169 | Letter MOTION for Leave to File Excess Pages Re: Defendants' Memoranda of Law in Support of their Motions to Dismiss by HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp., Washington Mutual, Inc.. (Greene, Peter) (Entered: 03/27/2009) | 03/27/2009 |
| 1170 | First Supplemental COMPLAINT , Second Supplemental Complaint and Second Consolidated Amended Complaint, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application to File Complaints Under Seal, # 2 Corrected Second Supplemental Complaint [filed under seal], # 3 Corrected Second Consolidate Amended Complaint [filed under seal], # 4 Corrected First Amended Supplemental Complaint [filed under seal]) (Cohen, Bart) (Entered: 03/27/2009) | 03/27/2009 |
|  | ORDER. The defendants' motion for leave to file excess pages 1169 , as well as the underlying motions to dismiss, are respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on 3/30/2009. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 03/30/2009) | 03/30/2009 |
|  | ORDER granting 1169 Motion for Leave to File Excess Pages: I grant relief to the following extent: all defendants collectively may submit up to a total of 90 pages of briefing in support of their latest motions to dismiss. The plaintiffs are allowed the same number of pages for their responsive briefing. Ordered by Magistrate Judge James Orenstein on 3/30/2009. (Orenstein, James) (Entered: 03/30/2009) | 03/30/2009 |
| 1171 | MOTION to Dismiss Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant by Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 03/31/2009) | 03/31/2009 |
| 1172 | MEMORANDUM in Support re 1171 MOTION to Dismiss Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 03/31/2009) | 03/31/2009 |
| 1173 | MEMORANDUM in Support re 1171 MOTION to Dismiss Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant filed by Chase Paymentech Solutions, LLC. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 03/31/2009) | 03/31/2009 |
| 1174 | MOTION to Dismiss Second Consolidated Amended Class Action Complaint and To Strike Chase Paymentech Solutions, LLC As a Defendant by Fifth Third Bancorp. (Fischer, Patrick) (Entered: 03/31/2009) | 03/31/2009 |
| 1175 | MEMORANDUM in Support re 1174 MOTION to Dismiss Second Consolidated Amended Class Action Complaint and To Strike Chase Paymentech Solutions, LLC As a Defendant filed by Fifth Third Bancorp. (Fischer, Patrick) (Entered: 03/31/2009) | 03/31/2009 |
| 1176 | MOTION to Dismiss Notice of Motion To Dismiss The Second Supplemental Class Action Complaint by National City Corporation, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., Chase Paymentech Solutions, LLC. (Mason, Robert) (Entered: 03/31/2009) | 03/31/2009 |
| 1177 | AFFIDAVIT/DECLARATION in Support re 1176 MOTION to Dismiss Notice of Motion To Dismiss The Second Supplemental Class Action Complaint filed by Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., Chase Paymentech Solutions, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Mason, Robert) (Entered: 03/31/2009) | 03/31/2009 |
| 1178 | MEMORANDUM in Support re 1176 MOTION to Dismiss Notice of Motion To Dismiss The Second Supplemental Class Action Complaint filed by Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., Chase Paymentech Solutions, LLC. (Mason, Robert) (Entered: 03/31/2009) | 03/31/2009 |
| 1179 | MOTION to Dismiss the First Amended Supplemental Class Action Complaint by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Attachments: # 1 Cover Letter) (Gallo, Kenneth) (Entered: 03/31/2009) | 03/31/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1180 | MEMORANDUM in Support re 1179 MOTION to Dismiss the First Amended Supplemental Class Action Complaint filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Gallo, Kenneth) (Entered: 03/31/2009) | 03/31/2009 |
| 1181 | AFFIDAVIT/DECLARATION in Support re 1179 MOTION to Dismiss the First Amended Supplemental Class Action Complaint filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Attachments: # 1 Exhibit A) (Finch, Andrew) (Entered: 03/31/2009) | 03/31/2009 |
| 1185 | MANDATE of USCA as to 1080 Notice of Appeal, filed by Jonathan Lee Riches. The Civil Appeals Management Plan of this Court directs that within the 10 days after filing a Notice of Appeal, the Appellant shall either pay the docketing fee or move for leave to proceed in forma pauperis. The Appellant having not so proceeded, it is Ordered that the appeal from the Order of 7/23/08 is dismissed. Any motions pending prior to the entry of this order of dismissal are deemed moot. Certified: 3/23/09. USCA#08-4553-cv. (McGee, Mary Ann) (Entered: 04/09/2009) | 04/07/2009 |
| 1186 | Letter MOTION to Compel enforcing certain provisions of the Third Amended Protective Order (Select Exhibits Filed Under Seal) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application for Leave to File Document(s) Under Seal, # 2 Exhibit Letter Motion, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12) (Sweeney, Bonny) (Entered: 04/09/2009) | 04/09/2009 |
| 1187 | Letter MOTION for Protective Order by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Mason, Robert) (Entered: 04/09/2009) | 04/09/2009 |
| 1188 | Letter MOTION to Continue to Consolidate Argument and Disposition of Fed. R.Civ. P. 12(b)(6) and 56 Proceedings by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 04/09/2009) | 04/09/2009 |
| 1189 | STATUS REPORT and Proposed Agenda for Case Management Conference No. 27 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 04/09/2009) | 04/09/2009 |
| 1190 | Letter to Magistrate Judge Orenstein Withdrawing Motion to Compel Enforcing Certain Provisions of the Third Amended Protective Order (Docket No. 1186) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 04/13/2009) | 04/13/2009 |
|  | ORDER terminating 1186 Motion to Compel. See Docket Entry 1190 , Letter withdrawing motion. Ordered by Magistrate Judge James Orenstein on 4/13/09. (Guy, Alicia) (Entered: 01/20/2010) | 04/13/2009 |
| 1192 | RESPONSE to Motion re 1188 Letter MOTION to Continue to Consolidate Argument and Disposition of Fed. R.Civ. P. 12(b)(6) and 56 Proceedings filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 04/14/2009) | 04/14/2009 |
| 1193 | RESPONSE in Opposition re 1187 Letter MOTION for Protective Order filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 04/14/2009) | 04/14/2009 |
| 1194 | ORDER granting in part and denying in part 1151 Motion to Compel -- I direct the MasterCard defendants to produce the documents at issue with redactions as set forth in the attached document. SEE ATTACHED DOCUMENT. Ordered by Magistrate Judge James Orenstein on 4/16/2009. (Turner, Juno) (Entered: 04/16/2009) | 04/16/2009 |
| 1195 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 4/16/2009. The next status conference will be held on May 28, 2009, at 1:00 p.m. A further status conference will be held on July 9, 2009 at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1. I denied the Network Defendants' motion for a protective order without prejudice to renewal should the parties be unable to agree on the parameters of the custodial searches. 2. I heard further argument, and reserved decision, on the defendants' request for a hearing on the Class Plaintiffs' motion for class certification. 3. I heard argument, and reserved decision, on the Class Plaintiffs' motion to consolidate the pending Rule 12(b)(6) and Rule 56 motions. SEE ATTACHED DOCUMENT. (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 04/16/2009) | 04/16/2009 |
|  | ORDER terminating 1187 Motion for Protective Order. See Docket Entry 1195 . Ordered by Magistrate Judge James Orenstein on 4/16/09. (Guy, Alicia) (Entered: 01/20/2010) | 04/16/2009 |
| 1196 | NOTICE by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO Request to Discontinue Service of Notices (Chan, Ashely) (Entered: 04/22/2009) | 04/22/2009 |
| 1218 | Letter dated 4/22/09 from Daniel M. Wall to Clerk of Court, advising that Latham & Watkins filed a Motion to Withdraw as counsel for dft Wells Fargo & Company on 11/8/07. Also advising that Erica T. Grossman is no longer with the firm and a request is made to remove Ms. Grossman from the Notice list. (Piper, Francine) (Entered: 05/27/2009) | 04/27/2009 |
| 1197 | Letter of the Parties enclosing [proposed] Seventh Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 05/01/2009) | 05/01/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1198 | Letter of Class Plaintiffs counsel, K. Craig Wildfang, seeking guidance re scheduling by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 05/01/2009) | 05/01/2009 |
| 1199 | NOTICE of Change of Attorney Name and E-mail Address by Katherine A. Morgan (Morgan, Katherine) (Entered: 05/04/2009) | 05/04/2009 |
| 1200 | NOTICE by Wells Fargo & Company (Notice of Withdrawal of William F. Cavanaugh, Jr. as Counsel for Defendant Wells Fargo & Company and Request for Removal from the Court's ECF Notification System) (Attachments: # 1 Affidavit of Service) (Cavanaugh, William) (Entered: 05/05/2009) | 05/05/2009 |
| | ORDER re 1197 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on 5/5/2009. (Turner, Juno) (Entered: 05/05/2009) | 05/05/2009 |
| | ORDER re 1200 Notice(Other), Notice(Other) filed by Wells Fargo & Company -- So ordered. Ordered by Magistrate Judge James Orenstein on 5/6/2009. (Turner, Juno) (Entered: 05/06/2009) | 05/06/2009 |
| 1201 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Telephone Conference held on 5/7/2009. The next status conference will be held on May 28, 2009, at 1:00 p.m. A further status conference will be held on July 9, 2009, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: With the consent of all participants in the telephone conference, I will schedule oral argument on the motion for class certification, as well as on any motion to strike the expert opinion testimony of Dr. Bamberger, for a date in late July or early August. SEE ATTACHED DOCUMENT. (Turner, Juno) (Entered: 05/07/2009) | 05/07/2009 |
| 1202 | Letter on behalf of Class Plaintiffs seeking clarification to the Court's Minute Order of May 7, 2009 [DE 1201] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 05/08/2009) | 05/08/2009 |
| 1203 | Letter on behalf of Defendants responding to Class Plaintiffs' May 8 letter by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Grush, Eric) (Entered: 05/12/2009) | 05/12/2009 |
| 1204 | Letter of the Parties regarding scheduling of arguments by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 05/14/2009) | 05/14/2009 |
| 1205 | Letter of the Parties Enclosing Parties Stipulation and [Proposed] Order Regarding Documents to Be Used at Summary Judgment by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Mitchell, David) (Entered: 05/14/2009) | 05/14/2009 |
| 1206 | Letter informing the Court that Plaintiffs are filing their motion to compel Ameerican Express to produce deposition preparation notes UNDER SEAL by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/18/2009) | 05/18/2009 |
| 1208 | Letter MOTION to Compel Defendant MasterCard to Produce all Communications with the European Commission by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Wildfang, K.) (Entered: 05/20/2009) | 05/20/2009 |
| 1209 | Letter MOTION for Protective Order : Class Plaintiffs' Motion to Declare their Communications with the Department of Justice and State Attorneys General Protected by the Work-Product Doctrine and for an Order Protecting Them From Producing an Itemized Privilege Log by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, C and D, # 3 Certificate of Service) (Wildfang, K.) (Entered: 05/20/2009) | 05/20/2009 |
| 1210 | STATUS REPORT for Case Management Conference No. 28 submitted on behalf of all parties by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 05/20/2009) | 05/20/2009 |
| 1211 | Letter re: Plaintiffs' motion to compel production of notes by American Express (Attachments: # 1 Exhibit Application for Leave to File Document Under Seal, # 2 Exhibit Letter to Judge Orenstein - redacted, # 3 Exhibit Exhibit A, # 4 Exhibit Exhibit B - redacted, # 5 Exhibit Exhibit C - redacted, # 6 Exhibit Exhibit D - redacted, # 7 Exhibit Exhibit E, # 8 Exhibit Exhibit F) (Korologos, Philip) (Entered: 05/21/2009) | 05/21/2009 |
| 1212 | Letter MOTION for Leave to File Excess Pages re DE 1208 by Mastercard Incorporated, Mastercard International Incorporated. (Ravelo, Keila) (Entered: 05/26/2009) | 05/26/2009 |
| 1213 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Wildfang, K.) (Entered: 05/26/2009) | 05/26/2009 |
| 1214 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/16/2009, before Judge Orensten. Court Reporter/Transcriber anthony mancuso, ocr, Telephone number 718-613-2419, amancusoreporter@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/16/2009. Redacted Transcript Deadline set for 6/26/2009. Release of Transcript Restriction set for 8/24/2009. (Mancuso, Anthony) (Entered: 05/26/2009) | 05/26/2009 |
| 1215 | RESPONSE in Opposition re 1209 Letter MOTION for Protective Order : Class Plaintiffs' Motion to Declare their Communications with the Department of Justice and State Attorneys General Protected by the Work-Product Doctrine and for an Order Protecting Them From Producing an It filed by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A) (Mason, Robert) (Entered: 05/26/2009) | 05/26/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1216 | RESPONSE to Motion re 1208 Letter MOTION to Compel Defendant MasterCard to Produce all Communications with the European Commission filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A) (Ravelo, Keila) (Entered: 05/26/2009) | 05/26/2009 |
| 1217 | RESPONSE in Opposition re 1209 Letter MOTION for Protective Order : Class Plaintiffs' Motion to Declare their Communications with the Department of Justice and State Attorneys General Protected by the Work-Product Doctrine and for an Order Protecting Them From Producing an It filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, Juniper Financial Corporation, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Bank of America Corporation, Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp., Washington Mutual, Inc., Chase Paymentech Solutions, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Certificate of Service) (Lipsett, Christopher) (Entered: 05/26/2009) | 05/26/2009 |
|  | ORDER denying 1212 Motion for Leave to File Excess Pages -- in the absence of consent or a showing of good cause to do otherwise, I will adhere to my individual practice rules. Ordered by Magistrate Judge James Orenstein on 5/26/2009. (Orenstein, James) (Entered: 05/26/2009) | 05/26/2009 |
|  | ORDER re 1205 -- So ordered. Ordered by Magistrate Judge James Orenstein on 5/27/2009. (Turner, Juno) (Entered: 05/27/2009) | 05/27/2009 |
| 1219 | Letter dated 5/28/2009 from Teresa Bishop from the Multi District Panel to EDNY, enclosing a certified copy of an Order Lifting Stay of Conditional Transfer Order 4 insofar as it relates to this action, so that EDNY can now request the transfer of the action. (Attachments: # 1 Order Lifting Stay of CTO-4) (Marziliano, August) (Additional attachment(s) added on 5/28/2009: # 2 EDNY Number, # 3 Notification) (Marziliano, August). (Entered: 05/28/2009) | 05/28/2009 |
| 1220 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 5/28/2009. The next status conference will be held on July 9, 2009, at 1:00 p.m. Oral argument on the defendants' Rule 12 motions will be held on August 18, 2009. Oral argument on the motion for class certification will be held on August 18, 2009. A further status conference will be held on September 17, 2009, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1. I denied the plaintiffs' motion to compel non-party American Express to produce notes made in preparation for its 30(b)(6) witness's deposition, docket entry ("DE") 1206. 2. I deemed withdrawn as premature the class plaintiffs' motion relating to their prospective communications with certain non-party government officials, DE 1209. 3. The class plaintiffs withdrew their motion to compel MasterCard to disclose certain communications with the European Commission, DE 1208, without prejudice to renewal. 4. The plaintiffs are negotiating with non-parties American Express and Discover regarding the disclosure of certain information pertaining to other non-parties. Any party or interested non-party objecting to any proposed disclosure must appear at the next conference to discuss the objection or I will deem it waived. I direct the parties to notify any interested non-party of the foregoing order. 5. The parties will confer and submit a letter by June 4, 2009, proposing a start time for the oral arguments scheduled above and providing an estimate of the anticipated duration of each. (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 05/28/2009) | 05/28/2009 |
| 1221 | NOTICE of Appearance by Norman W. Kee on behalf of Wells Fargo & Company (aty to be noticed) (Attachments: # 1 Affidavit of Service) (Kee, Norman) (Entered: 05/28/2009) | 05/28/2009 |
| 1222 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5/28/09, before Judge Orenstein. Court Reporter/Transcriber Gene Rudolph, Telephone number 718-613-2538. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/19/2009. Redacted Transcript Deadline set for 6/29/2009. Release of Transcript Restriction set for 8/27/2009. (Rudolph, Gene) (Entered: 05/29/2009) | 05/29/2009 |
|  | ORDER denying 1207 Motion to Compel; withdrawing 1208 Motion to Compel; withdrawing 1209 Motion for Protective Order. See docket entry 1220 . Ordered by Magistrate Judge James Orenstein on 5/29/2009. (Turner, Juno) (Entered: 05/29/2009) | 05/29/2009 |
|  | NOTICE re Correction to 1220 Minute Entry for Status Conference held 5/28/09 -- Oral argument on the motion for class certification will be held on August 20, 2009. (Turner, Juno) (Entered: 05/29/2009) | 05/29/2009 |
| 1223 | MOTION for Leave to File an Amici Curiae Brief by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO. (Blechman, William) (Entered: 06/02/2009) | 06/02/2009 |
| 1224 | MEMORANDUM in Opposition to Defendants' Motions to Dismiss First Amended Supplemental Class Action Complaint and Second Supplemental Class Action Complaint filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Ryan W. Marth, # 2 Exhibit A to Declaration of Ryan W. Marth) (Wildfang, K.) (Entered: 06/02/2009) | 06/02/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1225 | MEMORANDUM in Opposition re 1171 MOTION to Dismiss Second Consolidated Amended Class Action Complaint And To Strike Chase Paymentech Solutions, LLC As A Defendant filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Documents Under Seal, # 2 Memorandum in Opposition Class Plaintiffs' Memo of Law in Opposition to Defendant Chase Paymentech Solutions LLC's Motion to Strike) (Bernay, Alexandra) (Entered: 06/02/2009) | 06/02/2009 |
| 1226 | MEMORANDUM in Opposition re 1171 MOTION to Dismiss Second Consolidated Amended Class Action Complaint And To Strike Chase Paymentech Solutions, LLC As A Defendant filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Cohen, Bart) (Entered: 06/02/2009) | 06/02/2009 |
| 1228 | Letter to The Honorable James Orenstein re Timing of August Hearings by Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/04/2009) | 06/04/2009 |
|  | SCHEDULING ORDER: Oral argument on the defendants' Rule 12 motions will begin at 9:30 a.m. on August 18, 2009. Oral argument on the motion for class certification will begin at 9:30 a.m. on August 20, 2009. Ordered by Magistrate Judge James Orenstein on 6/5/2009. (Turner, Juno) (Entered: 06/05/2009) | 06/05/2009 |
|  | ORDER granting 1223 Motion for Leave to File -- The motion is granted as unopposed. Ordered by Magistrate Judge James Orenstein on 6/8/2009. (Turner, Juno) (Entered: 06/08/2009) | 06/08/2009 |
| 1230 | Letter Motion of Class Plaintiffs Requesting Modification of the Third Amended Protective Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order) (Wildfang, K.) (Entered: 06/10/2009) | 06/10/2009 |
| 1231 | Letter to Judge Orenstein from Individual Plaintiffs regarding Class Plaintiffs' Motion to Amend the Protective Order by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 06/11/2009) | 06/11/2009 |
| 1232 | Letter to the Honorable Magistrate Judge James Orenstein re: Defendants' Request to Submit Reply Memorandum or Memoranda with a Total of No More Than Thirty-Five Pages in Reply to Class Plaintiffs' Opposition to Defendants' Motions to Dismiss the Second Consolidated Amended Class Action Complaint, the First Amended Supplemental Class Action Complaint and the Second Supplemental Class Action Complaint, as Well as Chase Paymentech Solutions LLC's Motion to Strike by HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, QVC, Inc., Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp., Washington Mutual, Inc., Chase Paymentech Solutions, LLC (Greene, Peter) (Entered: 06/15/2009) | 06/15/2009 |
| 1233 | Letter Response in Opposition to Letter Motion of Class Plaintiffs Requesting Modification of the Third Amended Protective Order (Docket # 1230) by Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/15/2009) | 06/15/2009 |
|  | ORDER re 1232 Letter -- The application is granted on consent. The defendants may submit a reply memorandum or memoranda containing a total of no more than thirty-five pages. Ordered by Magistrate Judge James Orenstein on 6/16/2009. (Turner, Juno) (Entered: 06/16/2009) | 06/16/2009 |
| 1234 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated of Withdrawal of Notice of Appearance of Larry A. Coury (Coury, Larry) (Entered: 06/17/2009) | 06/17/2009 |
| 1235 | ORDER re 1230 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- After discussing the matter with the parties' representatives, all concerned agreed that (a) the Class Plaintiffs' motion (docket entry ("DE")1230) to modify the current version of the protective order is not moot, because responding to the pending investigative demands by state and federal law enforcement agencies will impose burdens on the plaintiffs in this case that the plaintiffs seek to avoid; (b) the only relief that the Class Plaintiffs seek is the incorporation into the protective order of the three substantive paragraphs set forth in DE 1230-7; (c) the Individual Plaintiffs seek the same relief, with the exception that the phrase "Class Plaintiffs" should be replaced with "Plaintiffs" in each instance it occurs in the proposed modification; and (d) the Defendants do not object to any of the specific proposed modifications to the protective order. Accordingly, there is no dispute among the parties: all agree that there is no good reason to deny the plaintiffs the relief they seek. I therefore granted the Class Plaintiffs' motion to modify the Third Amended Protective Order, as well as the Individual Plaintiffs' request with respect to that protective order. Ordered by Magistrate Judge James Orenstein on 6/18/2009. (Turner, Juno) (Entered: 06/18/2009) | 06/18/2009 |
| 1236 | NOTICE of Appearance by Karen L Berenthal on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Berenthal, Karen) (Entered: 06/18/2009) | 06/18/2009 |
|  | ORDER re 1234 Notice(Other) filed by Mastercard International Incorporated, Mastercard Incorporated -- Any attorney of record who wishes to withdraw must seek leave by means of a motion pursuant to Local Civil Rule 1.4. A notice of withdrawal is of no effect. Ordered by Magistrate Judge James Orenstein on 6/18/2009. (Turner, Juno) (Entered: 06/18/2009) | 06/18/2009 |
| 1237 | Letter MOTION for Leave to File Excess Pages Letter Motion by Defendants requesting 30 pages for sur-reply opposing class certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Grush, Eric) (Entered: 06/24/2009) | 06/24/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1238 | MOTION to Seal Document Letter motion by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit, # 2 Defendant's Sur-Reply Memorandum of law in Opposition to Plaintiff's Motion for Class Certification, # 3 Sur-Reply Declaratioin of Edward A. Snyder, PH.D., Regarding Class Certification, # 4 Declaration of Benjamin R. nagin In Support of Defendants' Sur-Reply in Opposition to Plaintiff's Motion for Class Certification, # 5 Exhibits A, B, and C to Declaration of Benjamin R. Nagin, # 6 Declaration of Tolan Steele, # 7 Declaration of Robert W. Selander) (Nagin, Benjamin) (Entered: 06/25/2009) | 06/25/2009 |
| 1239 | NOTICE of Appearance by Robert P. LoBue on behalf of Wells Fargo & Company (aty to be noticed) (Attachments: # 1 Affidavit of Service) (LoBue, Robert) (Entered: 06/25/2009) | 06/25/2009 |
|  | ORDER granting 1237 Motion for Leave to File Excess Pages -- The motion is granted on consent. Ordered by Magistrate Judge James Orenstein on 6/25/2009. (Turner, Juno) (Entered: 06/25/2009) | 06/25/2009 |
|  | Motions terminated, docketed incorrectly: 1238 MOTION to Seal Document Letter motion filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Turner, Juno) (Entered: 06/26/2009) |  |
| 1241 | NOTICE of Appearance by Robert P. LoBue on behalf of Wachovia Bank, NA., Wachovia Corporation (aty to be noticed) (Attachments: # 1 Affidavit of Service) (LoBue, Robert) (Entered: 06/30/2009) | 06/30/2009 |
| 1242 | NOTICE of Appearance by Norman W. Kee on behalf of Wachovia Bank, NA., Wachovia Corporation (aty to be noticed) (Attachments: # 1 Affidavit of Service) (Kee, Norman) (Entered: 06/30/2009) | 06/30/2009 |
|  | Email Notification Test - DO NOT REPLY (Siegfried, Evan) (Entered: 07/01/2009) | 07/01/2009 |
| 1243 | STIPULATION and [Proposed] Order Regarding Merits Experts' Reports and Equitable Relief by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Cover Letter) (Montague, H.) (Entered: 07/02/2009) | 07/02/2009 |
| 1244 | Letter from Peter S. Julian to The Honorable James Orenstein by Chase Bank USA, N.A., JP Morgan Chase & Co., Chase Paymentech Solutions, LLC (Greene, Peter) (Entered: 07/02/2009) | 07/02/2009 |
| 1245 | REPLY in Support re 1171 MOTION to Dismiss Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, National City Bank of Kentucky, National City Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp., Washington Mutual, Inc., Chase Paymentech Solutions, LLC, Wachovia Bank, NA., Wachovia Corporation. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 07/02/2009) | 07/02/2009 |
| 1246 | REPLY in Support re 1171 MOTION to Dismiss Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant Reply Memorandum of Law in Support of Chase Paymentech's Motion to Strike filed by Chase Paymentech Solutions, LLC. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 07/02/2009) | 07/02/2009 |
| 1247 | REPLY in Support re 1176 MOTION to Dismiss Notice of Motion To Dismiss The Second Supplemental Class Action Complaint filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 07/02/2009) | 07/02/2009 |
| 1248 | STATUS REPORT JOINT CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 29. by Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/02/2009) | 07/02/2009 |
| 1249 | REPLY in Support re 1179 MOTION to Dismiss the First Amended Supplemental Class Action Complaint filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Attachments: # 1 Cover Letter, # 2 Certificate of Service) (Gallo, Kenneth) (Entered: 07/02/2009) | 07/02/2009 |
| 1250 | AFFIDAVIT/DECLARATION in Support re 1179 MOTION to Dismiss the First Amended Supplemental Class Action Complaint filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service) (Carney, Gary) (Entered: 07/02/2009) | 07/02/2009 |
| 1251 | MEMORANDUM in Opposition SUR-REPLY in Opposition to Class Plaintiffs' Motion for Class Certification REDACTED (originally filed under seal 6.25.09 as Doc. 1238) filed by all defendants. (Grush, Eric) (Entered: 07/06/2009) | 07/06/2009 |
|  | ORDER re 1243 Stipulation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 7/6/2009. (Turner, Juno) (Entered: 07/06/2009) | 07/06/2009 |
| 1252 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 7/9/2009. Oral argument on the defendants' Rule 12 motions will be held on August 18, 2009, at 10:00 a.m. Oral argument on the motion for class certification will be held on August 20, 2009, at 10:00 a.m. The next status conference will be held on September 17, 2009, at 1:00 p.m. (Attachments: # 1 Appendix Appearances) (Turner, Juno) Court Reporter: Michele Nardone (Entered: 07/09/2009) | 07/09/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1253 | Letter to the Honorable James Orenstein Encl Additional Authority (Kohen, et al v Pacific Investment Management Company, LLC, et al., 2009 WL 1919013) (C.A.7 (Ill.)) by Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Davidoff, Merrill) (Entered: 07/10/2009) | 07/10/2009 |
| 1254 | MOTION to Withdraw as Attorney Joseph Froehlich, Randall Hack, Michael Gaertner, Michael Kelly, Jennifer Kenedy and Russell Perdew by Visa International Service Association. (Gaertner, Michael) (Entered: 07/17/2009) | 07/17/2009 |
|  | ORDER granting 1254 Motion to Withdraw as Attorney. The motion is granted. Attorneys Randall A. Hack, Michael Kelly, Jennifer A. Kenedy, P. Russell Perdew, Joseph N. Froehlich and Michael J. Gaertner are terminated. Ordered by Magistrate Judge James Orenstein on 7/20/2009. (Turner, Juno) (Entered: 07/20/2009) | 07/20/2009 |
| 1255 | Letter To Sandra A. Jones Requesting That Michael Sean Laane Be Admitted In This Action pro hac vice. by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 07/22/2009) | 07/22/2009 |
| 1256 | NOTICE of Appearance by Nicholas Maurice Menasche on behalf of Barclays Financial Corp. (aty to be noticed) (Menasche, Nicholas) (Entered: 07/23/2009) | 07/23/2009 |
| 1257 | Letter to the Honorable Magistrate James Orenstein re permission to file a noticed motion to compel re discovery by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 07/23/2009) | 07/23/2009 |
| 1258 | Letter Letter addressed to Magistrate Judge Orenstein re Response to Class Plaintiff's letter notice motion to compel re discovery by Mastercard Incorporated, Mastercard International Incorporated (Powell, Wesley) (Entered: 07/23/2009) | 07/23/2009 |
| 1259 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 7/24/2009. SCHEDULING: Argument on the Rule 12 motions will be heard on August 18, 2009, at 10:00 a.m. Argument on the class certification motion will be heard on August 20, 2009, at 10:00 a.m. The next status conference will be held on September 17, 2009, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I denied the class plaintiffs' application for leave to file a motion on notice to compel discovery. See docket entry 1257. The class plaintiffs will instead file a short letter motion pursuant to section III.A.2 of my individual practice rules. (Turner, Juno) (Entered: 07/24/2009) | 07/24/2009 |
| 1260 | Letter dtd. 7/27/2009 from Teresa Bishop of the MDL Panel to EDNY, enclosing their certified transfer order (CTO-5), so that EDNY can now request the following listed cases for their consolidation into MDL-1720 in the Eastern Dist. of N.Y. (Attachments: # 1 Conditional Transfer Order 5, # 2 EDNY numbers, # 3 Notification to Mississippi -Southern) (Marziliano, August) (Entered: 07/27/2009) | 07/27/2009 |
| 1261 | Letter MOTION to Compel the Production of Evidence that has been Withheld Under a Claim of Privilege by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Redacted Letter Motion) (Sweeney, Bonny) (Entered: 07/28/2009) | 07/28/2009 |
| 1262 | NOTICE of Appearance by John F Hawkins on behalf of Keith Superstores, Keithco Petroleum, Inc. (aty to be noticed) (Hawkins, John) (Entered: 07/29/2009) | 07/29/2009 |
| 1263 | NOTICE of Appearance by John F Hawkins on behalf of Plaintiff(s) in civil action BKS. v. Visa U.S.A., Inc. et al 09-cv-2264-JG-JO (notification declined or already on case) (Hawkins, John) (Entered: 07/29/2009) | 07/29/2009 |
| 1264 | MOTION for Extension of Time to File Motion for Extension of Time to Perfect Service of Process by Keith Superstores, Keithco Petroleum, Inc., Plaintiff(s) in civil action BKS. v. Visa U.S.A., Inc. et al 09-cv-2264-JG-JO. (Hawkins, John) (Entered: 07/29/2009) | 07/29/2009 |
|  | ORDER granting 1264 Motion for Extension of Time to File -- The motion is granted on consent of those defendants that have already appeared in this action, without prejudice to the right of any party that has not yet appeared to subsequently seek appropriate relief. Ordered by Magistrate Judge James Orenstein on 7/30/2009. (Turner, Juno) (Entered: 07/30/2009) | 07/30/2009 |
| 1265 | RESPONSE to Motion re 1261 Letter MOTION to Compel the Production of Evidence that has been Withheld Under a Claim of Privilege filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 07/31/2009) | 07/31/2009 |
| 1266 | RESPONSE in Opposition re 1261 Letter MOTION to Compel the Production of Evidence that has been Withheld Under a Claim of Privilege filed by Mastercard Incorporated. (Attachments: # 1 Certificate of Service) (Gallo, Kenneth) (Entered: 07/31/2009) | 07/31/2009 |
| 1267 | MOTION to Set Aside Opinions of Dr. Gustavo Bamberger by Citibank N A, Citicorp, Citigroup Inc. (Attachments: # 1 Memorandum in Support) (Nagin, Benjamin) (Entered: 08/03/2009) | 08/03/2009 |
| 1268 | Letter to Magistrate Judge James Orenstein by Citibank N A, Citicorp, Citigroup Inc (Attachments: # 1 Proposed Order) (Nagin, Benjamin) (Entered: 08/03/2009) | 08/03/2009 |
| 1269 | STIPULATION STIPULATION AND PROPOSED ORDER CONCERNING DEFENDANTS OBLIGATION TO RESPOND TO THE BKS AND THE GULFSIDE COMPLAINTS by Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/03/2009) | 08/03/2009 |
|  | ORDER re 1269 Stipulation filed by Visa U.S.A. Inc. -- So ordered. Ordered by Magistrate Judge James Orenstein on 8/4/2009. (Turner, Juno) (Entered: 08/04/2009) | 08/04/2009 |
| 1271 | Letter to The Honorable James Orenstein re suggestion for oral argument sequence by Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/05/2009) | 08/05/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1272 | Letter MOTION for Leave to File Supplemental Evidence Refuting Defendants' New Arguments Opposing Class Certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Cover letter, # 2 Certificate of Service) (Cohen, Bart) (Entered: 08/05/2009) | 08/05/2009 |
| | ORDER denying 1272 Motion for Leave to File -- In the absence of any indication that the Class Plaintiffs have given their adversaries an opportunity to consent to relief that would permit me to fairly assess this important motion on all relevant facts, the application is denied without prejudice to renewal. Ordered by Magistrate Judge James Orenstein on 8/6/2009. (Turner, Juno) (Entered: 08/06/2009) | 08/06/2009 |
| 1275 | Consent MOTION for Leave to File Supplemental Evidence Refuting Defendants' New Arguments Opposing Class Certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Cover letter, # 2 Certificate of Service) (Cohen, Bart) (Entered: 08/07/2009) | 08/07/2009 |
| 1276 | Letter to the Honorable James Orenstein re Additional Authority (Fogarazzo v Lehman Bros., Inc., 2009 WL 2390244 (S.D.N.Y.) (Scheindlin, J.) in Support of Class Plaintiffs' Motion for Class Certification by Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Davidoff, Merrill) (Entered: 08/07/2009) | 08/07/2009 |
| 1277 | Letter response to Defendants' August 5 letter to the Court regarding sequence of arguments by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/10/2009) | 08/10/2009 |
| | ORDER granting 1275 Motion for Leave to File -- The motion is granted on consent. Ordered by Magistrate Judge James Orenstein on 8/10/2009. (Turner, Juno) (Entered: 08/10/2009) | 08/10/2009 |
| 1278 | MOTION to Withdraw as Attorney by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co.. (Amir-Mokri, Cyrus) (Entered: 08/11/2009) | 08/11/2009 |
| | ORDER granting 1278 Motion to Withdraw as Attorney. The motion is granted. Attorney Cyrus Amir-Mokri is terminated. Ordered by Magistrate Judge James Orenstein on 8/12/2009. (Turner, Juno) (Entered: 08/12/2009) | 08/12/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1280 | MEMORANDUM in Support Unredacted version of previously-filed Memorandum in Support of Motion to Exclude Testimony of Dr. Bamberger filed by Bank Of America, N.A., Bank of America Corporation, Barclays Financial Corp., Capital One Bank, Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendants in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendants in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendants in civil action 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendants in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendants in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendants in civil action BKS. v. Visa U.S.A., Inc. et al 09-cv-2264-JG-JO, Defendants in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO, Defendants in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendants in civil action Broken Ground, Inc. v Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendants in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendants in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendants in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendants in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendants in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendants in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendants in civil action Gulfside Casino Partnership. v. Visa U.S.A., Inc. et al 09-cv-03225 JG-JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendants in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendants in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendants in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendants in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendants in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendants in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendants in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendants in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendants in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendants in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc. et al 05-cv-5869 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc et al 05-cv-4677-JG-JO, Defendants in civil action Raley's v. Visa U.S.A., Inc., et al. 05-cv-4799- JG-JO, Defendants in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendants in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendants in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendants in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendants in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendants in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendants in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil actionNational Association of Convenience Stores et al. v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Defendants in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Fifth Third Bancorp, First National Bank of Omaha, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc, JP Morgan Chase & Co., Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Texas Independent Bancshares, Inc., Visa International Service Association, Visa U.S.A. Inc., Wachovia Bank, NA., Wachovia Corporation, Washington Mutual, Inc., Wells Fargo & Company. (Grush, Eric) (Entered: 08/13/2009) | 08/13/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1281 | MEMORANDUM in Opposition Unredacted version of Plaintiffs' previously-filed Memorandum in Opposition to Motion to Exclude Testimony of Dr. Bamberger filed by Bank Of America, N.A., Bank of America Corporation, Barclays Financial Corp., Capital One Bank, Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendants in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et. al. 05-cv-5879 JG-JO, Defendants in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendants in civil action 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendants in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendants in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendants in civil action BKS. v. Visa U.S.A., Inc. et al 09-cv-2264-JG-JO, Defendants in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO, Defendants in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendants in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendants in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendants in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendants in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendants in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendants in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendants in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendants in civil action Gulfside Casino Partnership. v. Visa U.S.A., Inc. et al 09-cv-03225 JG-JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendants in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendants in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendants in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendants in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendants in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendants in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendants in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendants in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendants in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070- JO, Defendants in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendants in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc. v. American Express Travel Related Services Co., Inc. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc et al 05-cv-4677-JG-JO, Defendants in civil action Raley's v. Visa U.S.A. Inc. 05-cv-4799- JG-JO, Defendants in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendants in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendants in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendants in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendants in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendants in civil action The Kroger Co., et al. v. MasterCard Int., et al., 06-cv-0039 JG-JO, Defendants in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Defendants in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Fifth Third Bancorp, First National Bank of Omaha, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc, JP Morgan Chase & Co., Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Texas Independent Bancshares, Inc., Visa International Service Association, Visa U.S.A. Inc., Wachovia Bank, NA., Wachovia Corporation, Washington Mutual, Inc., Wells Fargo & Company. (Grush, Eric) (Entered: 08/13/2009) | 08/13/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1282 | REPLY in Support Unredacted version of Defendants' previously-filed Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Bamberger filed by Bank Of America, N.A., Bank of America Corporation, Barclays Financial Corp., Capital One Bank, Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendants in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendants in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc et al 05-cv-03925 JG-JO, Defendants in civil action 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendants in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 Visa Fraud, Defendants in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendants in civil action BKS. v. Visa U.S.A., Inc. et al 09-cv-2264-JG-JO, Defendants in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO, Defendants in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendants in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendants in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendants in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendants in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendants in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073-JG-JO, Defendants in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendants in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendants in civil action Gulfside Casino Partnership. v. Visa U.S.A., Inc. et al 09-cv-03225 JG-JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendants in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendants in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendants in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendants in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendants in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendants in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendants in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendants in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendants in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendants in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc. et al 05-cv-5869 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc et al 05-cv-4677-JG-JO, Defendants in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendants in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendants in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendants in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendants in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendants in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendants in civil action The Kroger Co., et al. v. MasterCard, Inc., et al., 06-cv-0039 JG-JO, Defendants in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Defendants in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG -JO, Fifth Third Bancorp, First National Bank of Omaha, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc, JP Morgan Chase & Co., Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Texas Independent Bancshares, Inc., Visa International Service Association, Visa U.S.A. Inc., Wachovia Bank, NA., Wachovia Corporation, Washington Mutual, Inc., Wells Fargo & Company. (Grush, Eric) (Entered: 08/13/2009) | 08/13/2009 |
| 1283 | Letter regarding use of document at oral argument by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/13/2009) | 08/13/2009 |
| 1284 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Errata Redacted Notice of Errata and Errata to Declaration of Christopher M. Burke in Support of Class Plaintiffs' Letter Motion to Submit Evidence Contrary to the Claims in the Declaration of Robert W. Selander) (Burke, Christopher) (Additional attachment(s) added on 8/21/2009: # 3 SEALED ATTACHMENT) (Marziliano, August). (Entered: 08/13/2009) | 08/13/2009 |
| 1285 | Letter to The Honorable James Orenstein dated August 14 2009 re Use of Confidential Documents at Hearings by Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Davidoff, Merrill) (Entered: 08/14/2009) | 08/14/2009 |
| 1286 | Letter dated August 17 2009 to the Honorable James Orenstein re Response to Aug 17 2009 Order Concerning Confidential Materials at Hearings by Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Davidoff, Merrill) (Entered: 08/17/2009) | 08/17/2009 |
| 1287 | Letter to the Honorable James Orenstein re telephonic appearance by Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/17/2009) | 08/17/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1288 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 8/17/2009. THE FOLLOWING RULINGS WERE MADE: 1. In light of the circumstances to which Visa U.S.A. refers in its letter of today's date, docket entry 1287 , I adjourned the oral arguments previously scheduled for August 18 and 20, 2009, to dates to be scheduled in early October. I made the decision to adjourn sua sponte, and I apologize to all concerned for all needless travel and preparation burdens arising from the last-minute nature of that decision. 2. I will hear oral argument on the defendants' motions to dismiss on October 7, 2009, starting at 10:00 a.m., and I will hear argument on the Class Plaintiffs motion for class certification and on the defendants' motion to strike expert testimony on October 8, 2009, starting at 10:00 a.m. I have set the foregoing dates without consulting counsel and will of course entertain an application to consider alternate dates. I will also entertain applications for other forms of scheduling relief to the extent counsel believe that there are matters than can and should be addressed prior to oral argument on the dismissal and class certification motions. (Turner, Juno) (Entered: 08/17/2009) | 08/17/2009 |
| 1289 | FILING FEE: $ 25.00, receipt number 4653004286 - Pro Hac Vice Motion - Attorney Jason Hartley. (Piper, Francine) (Entered: 08/18/2009) | 08/17/2009 |
| 1290 | FILING FEE: $ 25.00, receipt number 4653004285 - Motion Pro Hac Vice - Attorney - Jason Lindner. (Piper, Francine) (Entered: 08/18/2009) | 08/17/2009 |
| | ORDER re 1285 Letter filed by Plaintiffs -- With respect to any motion as to which the parties are unable to agree to a protocol for public oral argument that will allow them to refer in an intelligible way to confidential materials, I will consider the motion on the basis of the extensive written submissions. No later than 2:00 p.m. today, the parties shall contact chambers to provide a list of the motions that will be submitted on the papers as a result of the foregoing order; I will hear argument on the remaining motions pursuant to the previously established schedule. Ordered by Magistrate Judge James Orenstein on 8/17/2009. (Turner, Juno) (Entered: 08/17/2009) | 08/17/2009 |
| 1291 | MOTION to Withdraw as Attorney Mark V. Jackowski by Plaintiffs in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Burke, Christopher) (Entered: 08/21/2009) | 08/21/2009 |
| 1292 | MOTION to Withdraw as Attorney Edmund Searby by Plaintiffs in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Burke, Christopher) (Entered: 08/21/2009) | 08/21/2009 |
| | ORDER granting 1291 Motion to Withdraw as Attorney -- The motion is granted. Attorney Mark V. Jackowski is terminated. Ordered by Magistrate Judge James Orenstein on 8/24/2009. (Turner, Juno) (Entered: 08/24/2009) | 08/24/2009 |
| | ORDER granting 1292 Motion to Withdraw as Attorney -- The motion is granted. Attorney Edmund W. Searby is terminated. Ordered by Magistrate Judge James Orenstein on 8/24/2009. (Turner, Juno) (Entered: 08/24/2009) | 08/24/2009 |
| 1293 | Letter MOTION to Compel Production by Plaintiffs in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Attachments: # 1 Application to File Under Seal, # 2 Redacted Motion to Compel) (Burke, Christopher) (Entered: 09/04/2009) | 09/04/2009 |
| 1294 | Letter MOTION to Compel Production by Plaintiffs in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Attachments: # 1 Application to File Under Seal, # 2 Redacted Motion to Compel) (Burke, Christopher) (Entered: 09/04/2009) | 09/04/2009 |
| 1300 | MOTION to Compel production of document claimed as privileged by Master Card (document placed in vault) by Plaintiffs in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiffs in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Marziliano, August) (Entered: 09/14/2009) | 09/04/2009 |
| 1295 | MOTION for Extension of Time to File Response/Reply as to 1294 Letter MOTION to Compel Production by Mastercard Incorporated, Mastercard International Incorporated. (Freimuth, Matthew) (Entered: 09/08/2009) | 09/08/2009 |
| 1296 | Appear by Telephone Letter Motion Request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 09/09/2009) | 09/09/2009 |
| | ORDER granting 1295 Motion for Extension of Time to File Response/Reply -- The motion is granted. Defendant MasterCard shall file its opposition to the Class Plaintiffs' motion to compel, docket entry 1294 , no later than September 14, 2009. Ordered by Magistrate Judge James Orenstein on 9/9/2009. (Turner, Juno) (Entered: 09/09/2009) | 09/09/2009 |
| | ORDER granting 1296 Motion to Appear by Telephone -- The motion is granted. I direct Mr. Wildfang to provide all counsel and the court with a call-in number by which he and any other counsel who wish to listen to the proceedings may do so. I remind any counsel opting to participate by telephone that their participation in the status conference on September 17, 2009 will consist of listening only. Ordered by Magistrate Judge James Orenstein on 9/10/2009. (Turner, Juno) (Entered: 09/10/2009) | 09/10/2009 |
| 1297 | STATUS REPORT and Agenda for Status Conference No. 30 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 09/11/2009) | 09/11/2009 |
| 1298 | Letter to Judge Orenstein Dated September 11 2009 re Sept 17, 2009 Status Conf by Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO. (Davidoff, Merrill) (Entered: 09/11/2009) | 09/11/2009 |
| 1299 | Letter Withdrawing Motion to Compel (Dkt. No. 1294) as to MasterCard by Plaintiffs in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO (Burke, Christopher) (Entered: 09/11/2009) | 09/11/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER terminating 1294 Motion to Compel. See Docket Entry 1299 withdrawing the motion. Ordered by Magistrate Judge James Orenstein on 9/11/09. (Guy, Alicia) (Entered: 01/20/2010) | 09/11/2009 |
| | ORDER -- In light of the limited pending discovery disputes and the burdens associated with having counsel from across the country attend each status conference, I am considering cancelling the conference scheduled for September 17, 2009, and either resolving any pending discovery dispute on the written submissions or postponing argument until the next scheduled conference. If any party objects to such a change in the schedule, I request that it so advise me as soon as possible and in any event no later than 5:00 p.m. EDT on September 15, 2009. Ordered by Magistrate Judge James Orenstein on 9/14/2009. (Turner, Juno) (Entered: 09/14/2009) | 09/14/2009 |
| 1301 | Letter to Judge Orenstein dated September 15 2009 re Postponement of the September 17 2009 Status Conf by Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Davidoff, Merrill) (Entered: 09/15/2009) | 09/15/2009 |
| 1302 | Letter to the Honorable Magistrate Judge Orenstein from Kenneth A. Gallo in Response to Court's September 14, 2009 Order by Mastercard Incorporated, Mastercard International Incorporated, Visa U.S.A. Inc. (Gallo, Kenneth) (Entered: 09/15/2009) | 09/15/2009 |
| | SCHEDULING ORDER: The status conference previously scheduled for September 17, 2009 is cancelled. Ordered by Magistrate Judge James Orenstein on 9/15/2009. (Turner, Juno) (Entered: 09/15/2009) | 09/15/2009 |
| 1303 | Letter dated September 22, 2009 to Judge Orenstein re Amending the Pending Class Cert Motion by Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Davidoff, Merrill) (Entered: 09/22/2009) | 09/22/2009 |
| 1304 | Letter dated September 22 2009 to Judge Orenstein Enclosing Supplemental Authority in Support of Class Plaintiffs' Motion for Class Cert by Plaintiffs in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Attachments: # 1 Encl 1 - In re Flag Telecom Holdings, Ltd. Securities Litigation, # 2 Encl 2 - In re ATM Fee Antitrust Litigation) (Davidoff, Merrill) (Entered: 09/22/2009) | 09/22/2009 |
| 1305 | Letter in Response to Docket # 1303 by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/22/2009) | 09/22/2009 |
| | ORDER re 1303 Letter -- The application is granted. The pending Motion for Class Certification, docket entry ("DE") 1141 , is amended to include those claims specified in the Class Plaintiffs' letter, DE 1303 . Ordered by Magistrate Judge James Orenstein on 9/23/2009. (Turner, Juno) (Entered: 09/23/2009) | 09/23/2009 |
| 1306 | Letter to Judge Orenstein dated September 29 2009 re Extension for Ds Merits Expert Reports, Argument Dates by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 09/29/2009) | 09/29/2009 |
| 1307 | Letter to Judge Orenstein dated September 29 2009 re Alternate Argument Dates by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 09/29/2009) | 09/29/2009 |
| 1308 | Letter of the Parties enclosing [Proposed] Eighth Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Proposed Eighth Scheduling Order) (Ladner, Mark) (Entered: 09/29/2009) | 09/29/2009 |
| | SCHEDULING ORDER: re 1307 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application to adjourn the previously scheduled oral arguments is granted. I will hear oral argument on the defendants' motions to dismiss on November 18, 2009, starting at 10:00 a.m., and I will hear argument on the Class Plaintiffs motion for class certification and on the defendants' motion to strike expert testimony on November 19, 2009, starting at 10:00 a.m. Ordered by Magistrate Judge James Orenstein on 9/29/2009. (Turner, Juno) (Entered: 09/29/2009) | 09/29/2009 |
| | ORDER re 1308 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on 10/2/2009. (Turner, Juno) (Entered: 10/02/2009) | 10/02/2009 |
| 1311 | Individual Merchant Plaintiff's Supplemental Information. (Piper, Francine) (Entered: 10/19/2009) | 10/08/2009 |
| 1309 | Letter to the Honorable James Orenstein by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Proposed Order Regarding EC Correspondence) (Powell, Wesley) (Entered: 10/13/2009) | 10/13/2009 |
| | ORDER re 1309 Letter filed by Mastercard International Incorporated, Mastercard Incorporated -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 10/14/2009. (Sussman, Dana) (Entered: 10/14/2009) | 10/14/2009 |
| 1310 | Letter by Defendants citing supplemental authority related to class certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit) (Grush, Eric) (Entered: 10/15/2009) | 10/15/2009 |
| 1312 | Letter MOTION for Protective Order in accordance with the Court's Order of June 18, 2009 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order Fourth Amended Protective Order) (Wildfang, K.) (Entered: 10/29/2009) | 10/29/2009 |
| | ORDER granting 1312 Motion for Protective Order -- The Fourth Amended Protective Order, submitted upon the consent of all parties, is so ordered. Ordered by Magistrate Judge James Orenstein on 10/30/2009. (Sussman, Dana) (Entered: 10/30/2009) | 10/30/2009 |
| 1313 | MOTION to Withdraw as Attorney (Katherine A. Malcolm) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Malcolm, Katherine) (Entered: 11/04/2009) | 11/04/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 1313 Motion to Withdraw as Attorney. Attorney Katherine A. Malcolm is withdrawn. Ordered by Magistrate Judge James Orenstein on 11/5/2009. (Sussman, Dana) (Entered: 11/05/2009) | 11/05/2009 |
| 1314 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation of Withdrawal, of M. Tayari Garrett (Garrett, M.) (Entered: 11/12/2009) | 11/12/2009 |
| 1315 | Proposed Scheduling Order Number Nine as Agreed by All Parties by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Ninth Scheduling Order) (Ravelo, Keila) (Entered: 11/16/2009) | 11/16/2009 |
| | ORDER re 1315 Proposed Scheduling Order filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on 11/17/2009. (Sussman, Dana) (Entered: 11/17/2009) | 11/17/2009 |
| 1316 | Letter regarding pro hac vice admission of Coty R. Miller by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 11/20/2009) | 11/20/2009 |
| 1317 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11-18-2009, before Judge James Orenstein. Court Reporter/Transcriber Marsha Diamond, Telephone number 718 613-2489. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/8/2009. Redacted Transcript Deadline set for 12/18/2009. Release of Transcript Restriction set for 2/15/2010. (Diamond, Marsha) (Entered: 11/20/2009) | 11/20/2009 |
| 1318 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:I heard oral argument on the defendants' motion to dismiss and reserved making a recommendation. (Attachments: # 1 Appearances of counsel) (Orenstein, James) (Entered: 11/23/2009) | 11/23/2009 |
| 1319 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: (1) I heard oral argument on the defendants' motion to exclude expert testimony and reserved making a recommendation. (2) I heard oral argument on the Class Plaintiffs' motion for class certification and reserved making a recommendation. (3) I direct the parties to confer about a schedule for future status conferences and to submit a proposal no later than December 4, 2009. (Attachments: # 1 Appearances of counsel) (Orenstein, James) (Entered: 11/23/2009) | 11/23/2009 |
| 1320 | Letter follow up to suggestion of evidentiary hearing and in response to the Court's minute order of today by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/23/2009) | 11/23/2009 |
| 1321 | FILING FEE: $ 25.00, receipt number 4653008094 - Pro Hac Vice Motion - Attorney, Coughlin Stoia Geller. (Piper, Francine) (Entered: 11/23/2009) | 11/23/2009 |
| 1322 | Letter MOTION for Leave to File Class Plaintiffs' Exhibits for Argument on Rule 12 Motions under seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal) (Wildfang, K.) (Entered: 11/24/2009) | 11/24/2009 |
| | ORDER granting 1322 Motion for Leave to File -- The motion is granted. Ordered by Magistrate Judge James Orenstein on 11/25/2009. (Sussman, Dana) (Entered: 11/25/2009) | 11/25/2009 |
| 1324 | NOTICE of Appearance by Coty R. Miller on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Miller, Coty) (Entered: 11/30/2009) | 11/30/2009 |
| 1327 | FILING FEE: $ 25.00, receipt number 4653008477 regarding Pro Hac Application for John G. Corlew. (Lee, Tiffeny) (Entered: 12/09/2009) | 11/30/2009 |
| 1325 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation of Withdrawal of Ross A. Abbey (Abbey, Ross) (Entered: 12/02/2009) | 12/02/2009 |
| 1326 | Letter to the Honorable James Orenstein concerning the schedule for upcoming status conferences by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/04/2009) | 12/04/2009 |
| | SCHEDULING ORDER: re 1326 Letter filed by Visa U.S.A. Inc. -- The next conference is scheduled for January 13, 2010 at 10:00 a.m. The following two conferences are scheduled for February 25, 2010 at 9:30 a.m. and April 21, 2010 at 9:30 a.m. Ordered by Magistrate Judge James Orenstein on 12/7/2009. (Sussman, Dana) (Entered: 12/07/2009) | 12/07/2009 |
| | SCHEDULING ORDER: CORRECTION re Scheduling Order previously entered on December 7, 2009: The next conference is scheduled for January 13, 2010 at 1:00 p.m. The following two conferences are scheduled for February 25, 2010 at 1:00 p.m. and April 22, 2010 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 12/7/2009. (Sussman, Dana) (Entered: 12/07/2009) | 12/07/2009 |
| 1328 | Letter to Judge Orenstein regarding Class issues by Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, QVC, Inc. (Blechman, William) (Entered: 12/14/2009) | 12/14/2009 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1329 | Letter Letter to the Honorable James Orenstein re evidentiary hearing by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/18/2009) | 12/18/2009 |
| 1330 | Letter to the Court in Response to Defendants' correspondence of December 18, 2009 [DE 1329] re Evidentiary Hearing (with referenced attachments) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment 1, # 2 Attachment 2) (Wildfang, K.) (Entered: 12/22/2009) | 12/22/2009 |
| 1331 | Letter to the Court regarding Individual Plaintiffs' Dec. 14, 2009 letter by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Perwin, Scott) (Entered: 12/22/2009) | 12/22/2009 |
| 1332 | Letter to Judge Orenstein dated Dec 22 2009 from Merrill G. Davidoff in Response to Richard Alan Arnold's Ltr dated Dec 14 2009 (DE 1328) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Enclosure) (Davidoff, Merrill) (Entered: 12/22/2009) | 12/22/2009 |
| 1333 | Letter MOTION to Compel MasterCard to Produce a Transcription of the Oral Hearing Held Before the European Commission on November 14 and 15, 2006 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1-7) (Wildfang, K.) (Entered: 01/05/2010) | 01/05/2010 |
| 1334 | Letter MOTION to Compel the Networks to Supplement their Discovery Responses Relating to Recent Settlements with the New Zealand Commerce Commission by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1-7) (Wildfang, K.) (Entered: 01/05/2010) | 01/05/2010 |
| 1335 | Letter MOTION to Compel Visa to Produce a Copy of the Statement of Objections that the European Commission Issued Against Visa on April 3, 2009 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1-6) (Wildfang, K.) (Entered: 01/05/2010) | 01/05/2010 |
| 1336 | STATUS REPORT PARTIES JOINT CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 31 by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit to Status Report No. 31) (Powell, Wesley) (Entered: 01/06/2010) | 01/06/2010 |
| | ORDER re 1333 Letter MOTION to Compel MasterCard to Produce a Transcription of the Oral Hearing Held Before the European Commission on November 14 and 15, 2006 filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, 1335 Letter MOTION to Compel Visa to Produce a Copy of the Statement of Objections that the European Commission Issued Against Visa on April 3, 2009 filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- I invite (but do not require) the European Commission to submit a letter as amicus curiae providing its views on each of the pending motions to compel discovery, and to appear in that capacity through counsel at the next status conference on January 13, 2010, at 1:00 p.m. I request that counsel for the network defendants promptly provide a copy of this order to the representatives of the European Commission with whom they have been working on the matters at issue in the pending motions. Ordered by Magistrate Judge James Orenstein on 1/6/2010. (Orenstein, James) (Entered: 01/06/2010) | 01/06/2010 |
| 1337 | RESPONSE to Motion re 1335 Letter MOTION to Compel Visa to Produce a Copy of the Statement of Objections that the European Commission Issued Against Visa on April 3, 2009 filed by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A-F) (Mason, Robert) (Entered: 01/08/2010) | 01/08/2010 |
| 1338 | Letter MOTION to Withdraw 1334 Letter MOTION to Compel the Networks to Supplement their Discovery Responses Relating to Recent Settlements with the New Zealand Commerce Commission by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 01/08/2010) | 01/08/2010 |
| 1339 | RESPONSE to Motion re 1333 Letter MOTION to Compel MasterCard to Produce a Transcription of the Oral Hearing Held Before the European Commission on November 14 and 15, 2006 filed by Mastercard Incorporated, Mastercard International Incorporated. (Powell, Wesley) (Entered: 01/08/2010) | 01/08/2010 |
| | ORDER terminating 1334 Motion to Compel. See Docket Entry 1338 . Ordered by Magistrate Judge James Orenstein on 1/8/10. (Guy, Alicia) (Entered: 01/13/2010) | 01/08/2010 |
| 1340 | Letter Defendants' letter addressing questions raised by Court during oral argument on Plaintiffs Motion for Class Certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Under Seal, # 2 Letter addressing questions raised by Court during oral argument on Plaintiffs Motion for Class Certification (Redacted), # 3 Exhibit Exhibit A to Letter, # 4 Exhibit Exhibit B to Letter, # 5 Exhibit Exhibit C to Letter) (Grush, Eric) (Attachment 2 replaced on 1/22/2010) (Guy, Alicia). (Entered: 01/11/2010) | 01/11/2010 |
| 1341 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 1/13/2010 -- SCHEDULING: The next status conference will be held on February 25, 2010, at 1:00 p.m. A further status conference will be held on April 22, 2010, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I will enter a separate order summarizing the results of today's conference. SEE ATTACHED ORDER. (Attachments: # 1 Attorney Appearances) (Sussman, Dana) (Entered: 01/13/2010) | 01/13/2010 |
| 1342 | ORDER -- The attached order details the issues discussed at the conference on January 13, 2010. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 1/13/2010. (Sussman, Dana) (Entered: 01/13/2010) | 01/13/2010 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Motions terminated, docketed incorrectly: 1338 Letter MOTION to Withdraw 1334 Letter MOTION to Compel the Networks to Supplement their Discovery Responses Relating to Recent Settlements with the New Zealand Commerce CommissionLetter MOTION to Withdraw 1334 Letter MOTION to Compel the Networks to Supplement their Discovery Responses Relating to Recent Settlements with the New Zealand Commerce Commission filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Guy, Alicia) (Entered: 01/13/2010) | 01/13/2010 |
| 1343 | MOTION for Extension of Time to File Letter as Amicus Curiae. (Sussman, Dana) (Entered: 01/14/2010) | 01/14/2010 |
| | ORDER granting 1343 Motion for Extension of Time to File -- The European Commission's request to submit its views as amicus curiae by January 20, 2010 is granted. Ordered by Magistrate Judge James Orenstein on 1/14/2010. (Sussman, Dana) (Entered: 01/14/2010) | 01/14/2010 |
| 1344 | Letter from the European Commission as amicus curiae providing its views on the pending motions to compel discovery, docket entries 1333 and 1335 . See Order dated January 6, 2010. (Sussman, Dana) (Entered: 01/20/2010) | 01/20/2010 |
| 1345 | Letter of Class Plaintiffs requesting the opportunity to respond to the European Commission's January 20, 2010 letter by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 01/20/2010) | 01/20/2010 |
| | Motions terminated, docketed incorrectly: 1191 SEALED MOTION TO COMPEL. Sealed Envelope #1191 contains exhibits to Docket Entry 1186 , a motion previously withdrawn. (Guy, Alicia) (Entered: 01/20/2010) | 01/20/2010 |
| | ORDER re 1345 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted. The class plaintiffs shall respond to the European Commission's letter by January 25, 2010. Ordered by Magistrate Judge James Orenstein on 1/21/2010. (Sussman, Dana) (Entered: 01/21/2010) | 01/21/2010 |
| 1346 | Letter to M.J. Orenstein enclosing response to Defendants' letter of January 11, 2010 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Redacted response to Defendants' Letter of January 11, 2010, # 2 Application to file under seal) (Cohen, Bart) (Entered: 01/22/2010) | 01/22/2010 |
| 1347 | Letter of Class Plaintiffs in Response to the European Commission's Letter to the Court dated January 20, 2010 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 EC White Paper on Damages Actions for Breach of the EC Antitrust Rules) (Wildfang, K.) (Entered: 01/25/2010) | 01/25/2010 |
| 1348 | Letter to the Honorable James Orenstein Encl Supplemental Authority in Support of Class Plaintiffs' Pending Motion for Class Cert (Decision and Opinion in Ross v American Express Co., No. 04 Civ. 5723 (WHP) (S.D.N.Y. Jan 22 2010) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 01/26/2010) | 01/26/2010 |
| 1349 | Letter Request for leave to submit enclosed response to Class Plaintiffs January 25 letter by Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/26/2010) | 01/26/2010 |
| 1351 | Letter to Court regarding Visa's letter of January 26, 2010 regarding E.C. SO by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 01/28/2010) | 01/28/2010 |
| 1352 | MOTION for Leave to File Document Under Seal by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Blechman, William) (Entered: 01/28/2010) | 01/28/2010 |
| | ORDER granting 1352 Motion for Leave to File -- The application to file under seal is granted. Ordered by Magistrate Judge James Orenstein on 1/29/2010. (Sussman, Dana) (Entered: 01/29/2010) | 01/29/2010 |
| 1353 | Letter to Judge Orenstein clarifying January 28, 2010 letter by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 02/01/2010) | 02/01/2010 |
| 1355 | Letter from Bonny E. Sweeney to the Honorable James Orenstein Regarding Defendants' Pending Motions to Dismiss by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 02/05/2010) | 02/05/2010 |
| 1356 | Letter to the Honorable James Orenstein in Response to Class Plaintiffs' February 5, 2010 Letter by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 02/12/2010) | 02/12/2010 |
| | ORDER granting 1333 Motion to Compel; granting 1335 Motion to Compel -- After reviewing the submissions by the parties and by the European Commission ("EC") on the pending motions to compel discovery, docket entries 1333 and 1335 , and weighing the EC's concerns against the plaintiffs' legitimate discovery interests, I conclude that international comity does not require the plaintiffs to forego information to which they would otherwise be entitled. I therefore order defendant MasterCard to produce the transcript of the oral hearing held before the EC on November 14 and 15, 2006, and I further order defendant Visa to produce a copy of the EC's Statement of Objections issued against Visa on April 3, 2009. (Sussman, Dana) (Entered: 02/12/2010) | 02/12/2010 |
| 1357 | STATUS REPORT / Parties' Joint Case Status Report and Proposed Agenda for Case Management Conference No. 32 by Mastercard Incorporated, Mastercard International Incorporated (Aguirre, Danielle) (Entered: 02/18/2010) | 02/18/2010 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1358 | MOTION to Withdraw as Attorney by Juniper Financial Corporation. (Attachments: # 1 Proposed Order) Associated Cases: 1:05-md-01720-JG-JO et al. (Molo, Steven) (Entered: 02/22/2010) | 02/22/2010 |
| | ORDER granting 1358 Motion to Withdraw as Attorney -- The motion is granted. Attorney Steven Molo is terminated. Ordered by Magistrate Judge James Orenstein on 2/23/2010. (Sussman, Dana) (Entered: 02/23/2010) | 02/23/2010 |
| | SCHEDULING ORDER: The status conference previously scheduled for February 25, 2010 is rescheduled for March 5, 2010 at 11:30 a.m. Ordered by Magistrate Judge James Orenstein on 2/24/2010. (Sussman, Dana) (Entered: 02/24/2010) | 02/24/2010 |
| 1359 | Letter to the Honorable James Orenstein re 2/12/10 Order by Visa U.S.A. Inc. (Mason, Robert) (Entered: 02/26/2010) | 02/26/2010 |
| 1360 | NOTICE by Visa U.S.A. Inc. re Order on Motion to Compel,,,,,,,,,, OBJECTIONS OF DEFENDANTS VISA INC., MASTERCARD INCORPORATED, AND MASTERCARD INTERNATIONAL INCORPORATED TO MAGISTRATE JUDGE ORENSTEIN'S FEBRUARY 12, 2010 ORDER GRANTING PLAINTIFFS MOTIONS TO COMPEL DISCOVERY OF MATERIALS FROM EUROPEAN COMMISSION PROCEEDINGS (Attachments: # 1 Exhibit) (Mason, Robert) (Entered: 02/26/2010) | 02/26/2010 |
| 1361 | Letter to Sandra Jones re: payment of pro hac vice admission fee by Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Kennedy, Kara) (Entered: 03/01/2010) | 03/01/2010 |
| | ORDER re 1359 Letter filed by Visa U.S.A. Inc. -- The February 12, 2010 order is stayed for thirty days on consent. Ordered by Magistrate Judge James Orenstein on 3/1/2010. (Sussman, Dana) (Entered: 03/01/2010) | 03/01/2010 |
| 1362 | Letter Request of Class Plaintiffs for Leave to File a Response to Visa and MasterCard's Objections no later than March 12, 2010 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 03/03/2010) | 03/03/2010 |
| 1363 | NOTICE of Appearance by Kara Kennedy on behalf of Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (aty to be noticed) (Kennedy, Kara) (Entered: 03/04/2010) | 03/04/2010 |
| 1364 | Letter of K. Craig Wildfang re Time Parameters / Order of Agenda Items at Status Conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 03/04/2010) | 03/04/2010 |
| 1365 | Letter to Judge Orenstein requesting leave for Individual Plaintiffs to file response to Networks' Objections to Court's Feb. 12, 2010 Order by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 03/04/2010) | 03/04/2010 |
| | ORDER re 1362 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted. The class plaintiffs shall file a response to docket entry 1360 no later than March 12, 2010. Ordered by Magistrate Judge James Orenstein on 3/4/2010. (Sussman, Dana) (Entered: 03/04/2010) | 03/04/2010 |
| 1366 | NOTICE of Appearance by Robert N. Kaplan on behalf of Meijer Distribution, Inc., Meijer, Inc., Wakefern Food Corporation, Raley's, QVC, Inc., Supervalu Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Kaplan, Robert) (Entered: 03/05/2010) | 03/05/2010 |
| 1367 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 3/5/2010 -- SCHEDULING: The next status conference will be held on April 22, 2010, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1. The parties will confer further with respect to a briefing schedule for the submission of the European Commission's amicus curiae brief and subsequent responses from the parties. The European Commission may file an amicus curiae brief without first seeking leave of court. 2. The parties will confer further with respect to the possibility of extending the current stay of the February 12, 2010 order beyond thirty days, pending resolution of the defendants' objections to the order. 3. The parties will confer further with respect to the possible involvement of the court in settlement discussions and will promptly inform the court of their positions. SEE ATTACHED DOCUMENT. (Attachments: # 1 Attorney Appearances) (Sussman, Dana) (Entered: 03/05/2010) | 03/05/2010 |
| | ORDER re 1365 Letter, filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO -- The application is granted. The individual plaintiffs and class plaintiffs may jointly file a response to docket entry 1360 no later than March 12, 2010. Ordered by Magistrate Judge James Orenstein on 3/5/2010. (Sussman, Dana) (Entered: 03/05/2010) | 03/05/2010 |
| 1368 | Letter of the Parties re Consensus of Dates for EC Submission and Applicable Replies. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 03/09/2010) | 03/09/2010 |
| | ORDER re 1368 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on 3/10/2010. (Sussman, Dana) (Entered: 03/10/2010) | 03/10/2010 |
| 1369 | Letter Request of Plaintiffs to Reschedule the Status Conference of April 22, 2010 to April 28, 2010 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 03/11/2010) | 03/11/2010 |

| # | Docket Text | Date Filed |
|---|---|---|
| | SCHEDULING ORDER: re 1369 Letter Request to Reschedule the Status Conference -- The status conference previously scheduled for April 22, 2010 is rescheduled for April 28, 2010, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 3/12/2010. (Stein, Noah) (Entered: 03/12/2010) | 03/12/2010 |
| 1370 | FILING FEE: $ 25.00, receipt number 4653012586 - Pro Hac Vice Motion for Skadden and Flom LLP. (Piper, Francine) (Entered: 03/17/2010) | 03/17/2010 |
| 1371 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Notice of Firm Name Change (Sweeney, Bonny) (Entered: 03/18/2010) | 03/18/2010 |
| 1372 | MEMORANDUM in Support re 1360 Notice(Other), Notice(Other) /Memorandum of Law of Amicus Curiae The European Commission in Support of Defendants' Objections to Magistrate Judge Orenstein's February 12, 2010 Order, dated March 19, 2010 filed by The European Commission. (Zelbo, Howard) (Entered: 03/19/2010) | 03/19/2010 |
| 1373 | MEMORANDUM in Support re 1372 Memorandum in Support, 1360 Notice(Other), Notice(Other) /Addendum of Unreported Cases and Foreign Law of The European Commission, as Amicus Curiae filed by The European Commission. (Zelbo, Howard) (Entered: 03/19/2010) | 03/19/2010 |
| 1374 | MEMORANDUM in Support [REDACTED] Plaintiffs' Response to Defendants' Objections to Judge Orenstein's Report and Recommendation of February 12, 2010 filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Documents Under Seal, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5 (filed under seal)) (Wildfang, K.) (Entered: 03/26/2010) | 03/26/2010 |
| 1375 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 5, 2010, before Judge Mag. J. Orenstein. Court Reporter/Transcriber H. Driscoll, Telephone number (718)613-2274. Email address: hdrisc@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/19/2010. Redacted Transcript Deadline set for 4/29/2010. Release of Transcript Restriction set for 6/28/2010. Associated Cases: 1:05-md-01720-JG-JO et al. (Driscoll, Holly) (Entered: 03/29/2010) | 03/29/2010 |
| 1377 | Letter dated March 31, 2010 from Howard S. Zelbo to Judge Gleeson re leave to submit reply to Plaintiffs' Response to Defendants' Objections, etc. re 1360 , 1372 , 1374 by The European Commission (Zelbo, Howard) (Entered: 03/31/2010) | 03/31/2010 |
| 1378 | NOTICE of Appearance by Michael Y Scudder on behalf of JP Morgan Chase & Co. (aty to be noticed) (Scudder, Michael) (Entered: 03/31/2010) | 03/31/2010 |
| 1379 | MOTION to Withdraw as Attorney Motion to Withdraw Appearance of Theresa J. Henson by Plaintiffs in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO. (Snyder, Joshua) (Entered: 04/01/2010) | 04/01/2010 |
| | ORDER granting 1379 Motion to Withdraw as Attorney. The application is granted. Attorney Theresa J. Henson is terminated. Ordered by Magistrate Judge James Orenstein on 4/2/2010. (Sussman, Dana) (Entered: 04/02/2010) | 04/02/2010 |
| 1380 | Proposed Scheduling Order [Proposed] Tenth Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order [Proposed] Tenth Scheduling Order) (Ladner, Mark) (Entered: 04/15/2010) | 04/15/2010 |
| 1381 | MOTION to Withdraw as Attorney [Peter C. Herrick] by Capital One Bank, Capital One F S B, Capital One Financial Corp. (Herrick, Peter) (Entered: 04/15/2010) | 04/15/2010 |
| 1382 | Letter to Judge John Gleeson re DE 1360 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Magistrate Judge Pohorelskys decision in In re Air Cargo Shipping Services Antitrust Litig., MDL No. 1775 (E.D.N.Y. Mar. 29, 2010)) (Wildfang, K.) (Entered: 04/16/2010) | 04/16/2010 |
| | ORDER re 1380 Proposed Scheduling Order filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on 4/16/2010. (Sussman, Dana) (Entered: 04/16/2010) | 04/16/2010 |
| | ORDER granting 1381 Motion to Withdraw as Attorney. The application is granted. Attorney Peter C. Herrick is terminated. Ordered by Magistrate Judge James Orenstein on 4/16/2010. (Sussman, Dana) (Entered: 04/16/2010) | 04/16/2010 |
| 1383 | Letter of all parties requesting additional day to file the status report for the April 28 status conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/21/2010) | 04/21/2010 |
| | ORDER re 1383 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- the application is granted; the parties may submit the next status report no later than April 22, 2010. Ordered by Magistrate Judge James Orenstein on 4/21/2010. (Orenstein, James) (Entered: 04/21/2010) | 04/21/2010 |
| 1384 | STATUS REPORT for Case Management Conference No. 33, filed on behalf of all Parties by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 04/22/2010) | 04/22/2010 |
| 1385 | MOTION to Withdraw as Attorney by Linda Wong Cenedella, filed by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co.. (Cenedella, Linda) (Entered: 04/23/2010) | 04/23/2010 |
| | ORDER: The stay of Judge Orenstein's February 12, 2010 Order is hereby extended until such time as I rule on Visa and Mastercard's objections to the order. Ordered by Judge John Gleeson on 4/23/2010. (Gleeson, John) (Entered: 04/23/2010) | 04/23/2010 |

| # | Docket Text | Date Filed |
|---|---|---|
| | SCHEDULING ORDER: By consent of the parties, the status conference previously scheduled for April 28, 2010 is cancelled. Ordered by Magistrate Judge James Orenstein on 4/23/2010. (Sussman, Dana) (Entered: 04/23/2010) | 04/23/2010 |
| | ORDER granting 1385 Motion to Withdraw as Attorney -- The application is granted. Attorney Linda Wong Cenedella is terminated. Ordered by Magistrate Judge James Orenstein on 4/26/2010. (Sussman, Dana) (Entered: 04/26/2010) | 04/26/2010 |
| | SCHEDULING ORDER: The next status conference will be held on May 26, 2010, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 4/27/2010. (Sussman, Dana) (Entered: 04/27/2010) | 04/27/2010 |
| 1386 | MOTION to Withdraw as Attorney Coty R. Miller by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 05/06/2010) | 05/06/2010 |
| | ORDER granting 1386 Motion to Withdraw as Attorney -- The application is granted. Attorney Coty R. Miller is terminated. Ordered by Magistrate Judge James Orenstein on 5/7/2010. (Sussman, Dana) (Entered: 05/07/2010) | 05/07/2010 |
| 1387 | Letter to the Honorable James Orenstein Regarding a Proposed Stipulation and Order by Visa U.S.A. Inc. (Attachments: # 1 Proposed Order) (Mason, Robert) (Entered: 05/13/2010) | 05/13/2010 |
| | ORDER re 1387 Letter filed by Visa U.S.A. Inc. -- The parties' stipulation is so ordered, without prejudice to the right of any party (or the court) to seek (or to require the parties to participate in) a settlement conference unconstrained by any restrictions in the stipulation pursuant to Fed. R. Civ. P. 16(c)(1) & (c)(2)(I). Ordered by Magistrate Judge James Orenstein on 5/14/2010. (Sussman, Dana) (Entered: 05/14/2010) | 05/14/2010 |
| 1388 | NOTICE by Visa U.S.A. Inc. Notice of Change of Address (Mason, Robert) (Entered: 05/17/2010) | 05/17/2010 |
| | SCHEDULING ORDER: re 1387 Letter filed by Visa U.S.A. Inc. -- The status conference previously scheduled for May 26, 2010 is rescheduled for June 17, 2010, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 5/17/2010. (Sussman, Dana) (Entered: 05/17/2010) | 05/17/2010 |
| 1389 | Letter to Magistrate Orenstein providing the Court with supplemental authority by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed, revised version of Guidelines released 4.20.10) (Wildfang, K.) (Entered: 05/18/2010) | 05/18/2010 |
| 1390 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on January 13, 2010, before Judge Orenstein. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647. Email address: ronald_tolkin@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/15/2010. Redacted Transcript Deadline set for 6/25/2010. Release of Transcript Restriction set for 8/23/2010. (Tolkin, Ronald) Modified on 5/25/2010 to add correct copy of transcript to this entry. This document is the same as Doc. No. 1391. (Vaughn, Terry). (Entered: 05/25/2010) | 05/25/2010 |
| 1391 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on January 13, 2010, before Judge Orenstein. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647. Email address: ronald_tolkin@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/15/2010. Redacted Transcript Deadline set for 6/25/2010. Release of Transcript Restriction set for 8/23/2010. (Tolkin, Ronald) (Entered: 05/25/2010) | 05/25/2010 |
| 1392 | Letter to Magistrate Judge Orenstein regarding the Supreme Court's decision in American Needle, Inc. v. NFL by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Slip Opinion re: American Needle, Inc. v. NFL, No. 08-661) (Wildfang, K.) (Entered: 05/25/2010) | 05/25/2010 |
| 1393 | NOTICE of Appearance by Jason A. Zweig on behalf of Meijer Distribution, Inc., Meijer, Inc., Wakefern Food Corporation, Raley's, Supervalu Inc., Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04799-JG-JO, 1:06-cv-05765-JG-JO (Zweig, Jason) (Entered: 05/27/2010) | 05/27/2010 |
| 1394 | NOTICE of Change of Firm Affiliation by Linda P. Nussbaum (Nussbaum, Linda) (Entered: 06/02/2010) | 06/02/2010 |
| | ORDER re 1392 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- If any party wishes to make a written submission on the application of American Needle, Inc. v. NFL, they may do so in a letter no longer than three pages by June 10, 2010. In the parties' status report in advance of the June 17, 2010 conference, the parties shall indicate whether they wish to present arguments on American Needle, Inc. at the conference. Ordered by Magistrate Judge James Orenstein on 6/3/2010. (Sussman, Dana) (Entered: 06/03/2010) | 06/03/2010 |
| 1395 | Letter to the Honorable James Orenstein Regarding MasterCard's June 1, 2010 8-K by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 06/09/2010) | 06/09/2010 |
| 1396 | STATUS REPORT PARTIES JOINT CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 34 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/10/2010) | 06/10/2010 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1397 | Letter to Magistrate Judge Orenstein regarding the Supreme Court's May 10, 2010 decision in American Needle, Inc. v. NFL by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 06/10/2010) | 06/10/2010 |
| 1398 | Letter to Judge Orenstein on behalf of Individual Plaintiffs regarding application of American Needle by Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 06/10/2010) | 06/10/2010 |
| 1399 | Letter of Class Plaintiffs as written submission on the application of American Needle, Inc. v. NFL by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/10/2010) | 06/10/2010 |
| 1400 | FILING FEE: $ 25.00, receipt number 4653016164 - Pro Hac Vice for Fine Kaplan and Black. (Piper, Francine) (Entered: 06/15/2010) | 06/15/2010 |
| 1401 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 6/17/2010. SCHEDULING: There are no further conferences scheduled before me at this time. THE FOLLOWING RULINGS WERE MADE: 1. I heard argument from the class plaintiffs and defendants on the application of the Supreme Court's recent decision in American Needle v. NFL. 2. The parties will confer on the date of the next conference, which will be held in the third or fourth week in July, and contact chambers with available dates. (Attachments: # 1 Attorney Appearances) (Sussman, Dana) (Entered: 06/17/2010) | 06/17/2010 |
| 1402 | Letter attaching Hovenkamp article as discussed at the June 17 status conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Hovenkamp article) (Wildfang, K.) (Entered: 06/18/2010) | 06/18/2010 |
| 1403 | Letter enclosing supplemental authority in support of Plaintiffs' Motion for Class Certification by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Supplemental Authority) (Cohen, Bart) (Entered: 06/23/2010) | 06/23/2010 |
|  | SCHEDULING ORDER: The next status conference will held on July 21, 2010, at 9:30 a.m. Ordered by Magistrate Judge James Orenstein on 6/25/2010. (Sussman, Dana) (Entered: 06/25/2010) | 06/25/2010 |
| 1404 | Letter regarding pro hac vice admission of Patrick J. Coughlin by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 06/29/2010) | 06/29/2010 |
| 1405 | Letter regarding pro hac vice admission of Jonah H. Goldstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 06/29/2010) | 06/29/2010 |
| 1406 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11/19/09, before Judge Magistrate Judge Orenstein. Court Reporter/Transcriber Marie Foley, Telephone number 7186132596. Email address: Marie_Foley@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/27/2010. Redacted Transcript Deadline set for 8/6/2010. Release of Transcript Restriction set for 10/4/2010. (Foley, Marie) (Entered: 07/06/2010) | 07/06/2010 |
| 1407 | FILING FEE: $ 25.00, receipt number 4653016910 - Pro Hac Vice Motion - Attorney, Jonah H. Goldstein. (Piper, Francine) (Entered: 07/08/2010) | 07/07/2010 |
| 1408 | FILING FEE: $ 25.00, receipt number 4653016909 - Pro Hac Vice Motion - Attorney, Patrick J. Coughlin. (Piper, Francine) (Entered: 07/08/2010) | 07/07/2010 |
| 1409 | Letter to Magistrate Orenstein attaching supplemental authority by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Professor Herbert Hovenkamp article "The Firm As Cartel Manager") (Wildfang, K.) (Entered: 07/12/2010) | 07/12/2010 |
| 1410 | Letter to the Honorable James Orenstein in Response to the July 12, 2010 Letter Attaching Supplemental Authority by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 07/13/2010) | 07/13/2010 |
| 1411 | Letter of Class Plaintiffs in response to Mr. Gallo's correspondence re Professor Hovenkamp by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/13/2010) | 07/13/2010 |
|  | ORDER re 1410 Letter filed by Mastercard International Incorporated, Mastercard Incorporated -- Although I do not intend to rely on Professor Hovencamp's article as authority, if the defendants feel compelled to respond I will permit them jointly to submit, no later than July 20, 2010, a letter of no more than three pages. Ordered by Magistrate Judge James Orenstein on 7/13/2010. (Sussman, Dana) (Entered: 07/13/2010) | 07/13/2010 |
| 1412 | STATUS REPORT JOINT CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 34 by Visa U.S.A. Inc. (Attachments: # 1 Exhibit) (Mason, Robert) (Entered: 07/14/2010) | 07/14/2010 |
| 1413 | Letter to Judge Orenstein regarding objection to the Supplement to Expert Report of Professor Kevin M. Murphy by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Arnold, Richard) (Entered: 07/15/2010) | 07/15/2010 |
| 1414 | Letter to the Honorable James Orenstein pursuant to the July 13, 2010 Order by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 07/20/2010) | 07/20/2010 |
| 1415 | NOTICE of Change of Firm Address by Christopher M. Burke (Burke, Christopher) (Entered: 07/28/2010) | 07/28/2010 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1416 | NOTICE of Appearance by Patrick J. Coughlin on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Coughlin, Patrick) (Entered: 07/30/2010) | 07/30/2010 |
| 1417 | NOTICE of Appearance by Jonah H Goldstein on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) ( Goldstein, Jonah) (Entered: 07/30/2010) | 07/30/2010 |
| 1418 | ORDER : For the reasons stated in the attached memorandum and order, the plaintiffs' motion to compel 1333 1335 is denied. Ordered by Judge John Gleeson on 8/27/2010. (Gleeson, John) (Entered: 08/27/2010) | 08/27/2010 |
| 1419 | NOTICE of Change of FIRM AFFILIATION AND APPEARANCE by Linda P. Nussbaum (Nussbaum, Linda) (Entered: 09/01/2010) | 09/01/2010 |
| 1420 | Letter MOTION to Amend/Correct/Supplement /Modify the Protective Order or, Alternatively, Re-designate Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Redacted Letter Motion, # 3 Exhibit A - Placeholder, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F - Placeholder, # 9 Certificate of Service) (Wildfang, K.) (Entered: 09/28/2010) | 09/28/2010 |
| 1421 | Letter to the Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/30/2010) | 09/30/2010 |
| 1422 | NOTICE of Change of Firm Affiliation and Appearance by Keila D. Ravelo Associated Cases: 1:05-md-01720-JG -JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO (Ravelo, Keila) (Entered: 10/01/2010) | 10/01/2010 |
| | ORDER re 1421 Letter filed by Visa U.S.A. Inc. -- The request is granted on consent. Defendants shall respond to 1420 Motion no later than October 5, 2010. Ordered by Magistrate Judge James Orenstein on 10/1/2010. (Scott-Hayward, Christine) (Entered: 10/01/2010) | 10/01/2010 |
| 1423 | Notice of Related Case (Davis, Kimberly) (Entered: 10/04/2010) | 10/04/2010 |
| 1424 | MOTION for Joinder Letter to Judge Orenstein regarding Individual Plaintiffs' Joinder in Class Plaintiffs' letter motion to modify the Protective Order by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit) (Blechman, William) (Entered: 10/04/2010) | 10/04/2010 |
| 1425 | Letter to Judge Orenstein regarding proposed modification to Tenth Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 10/05/2010) | 10/05/2010 |
| 1426 | RESPONSE in Opposition re 1420 Letter MOTION to Amend/Correct/Supplement /Modify the Protective Order or, Alternatively, Re-designate Documents filed by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Mason, Robert) (Entered: 10/05/2010) | 10/05/2010 |
| 1427 | Letter of Plaintiffs requesting oral argument on Letter Motion for Modification of the Protective Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/12/2010) | 10/12/2010 |
| 1428 | STIPULATION and Order of Substitution of Counsel by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Declaration, # 2 Acknowledgement) Associated Cases: 1:05-md-01720-JG -JO, 1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO (Powell, Wesley) (Entered: 10/14/2010) | 10/14/2010 |
| 1429 | Letter MOTION to Amend/Correct/Supplement Tenth Scheduling Order by Defendants by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order) (Ladner, Mark) (Entered: 10/15/2010) | 10/15/2010 |
| | ORDER re 1428 Stipulation, filed by Mastercard International Incorporated, Mastercard Incorporated -- So ordered. Ordered by Magistrate Judge James Orenstein on 10/15/2010. (Scott-Hayward, Christine) (Entered: 10/15/2010) | 10/15/2010 |
| | SCHEDULING ORDER: I will hear argument on 1420 Letter MOTION to Modify the Protective Order on October 21, 2010, at 10:00 a.m. Parties may participate by telephone. Ordered by Magistrate Judge James Orenstein on 10/18/2010. (Scott-Hayward, Christine) (Entered: 10/18/2010) | 10/18/2010 |
| 1430 | Letter to Judge Orenstein regarding Defendants' Motion to Modify the Tenth Scheduling Order by Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 10/19/2010) | 10/19/2010 |
| 1431 | Letter to the Honorable James Orenstein in response to Defendants' Oct 15 2010 Ltr Motion [Dkt #1429] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Davidoff, Merrill) (Entered: 10/20/2010) | 10/20/2010 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1432 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 10/21/2010: THE FOLLOWING RULINGS WERE MADE: (1) The parties will confer and draft for submission to the Federal Reserve Board a letter describing the documents at issue in the plaintiffs' motion to modify the protective order, Docket Entry 1420, and soliciting the Board's view as to whether some or all of those documents would assist the Board's inquiry regarding debit interchange rates. If, after receiving the Board's response, the parties remain in dispute, I will consider any submission by the Board concerning its need for the documents at issue and then rule on the motion. No later than October 28, 2010, the parties will provide a status report on their efforts to solicit the Board's views. (2) With the parties' consent, I granted the defendants' motion to modify the scheduling order, DE 1429. (3) The parties will confer as to any pretrial matters that may need to be discussed at a status conference in light of recent developments, including enactment of Public Law 111-203 (Dodd-Frank Wall Street Reform and Consumer Protection Act), and the proposed settlement of the government's claims against the Network Defendants in United States v. American Express Company, et al., 10-CV-4496 (NGG) (CLP). To the extent any party believes that there remain pretrial matters to be addressed at a status conference with me, I request that the parties submit a status report that includes an agenda of issues to be discussed, and proposed dates for, such a conference. (Scott-Hayward, Christine) (Additional attachment(s) added on 10/26/2010: # 1 Exhibit appearances) (Guy, Alicia). (Entered: 10/21/2010) | 10/21/2010 |
|  | ORDER granting 1424 Motion for Joinder -- The motion is granted on consent. Ordered by Magistrate Judge James Orenstein on 10/21/2010. (Scott-Hayward, Christine) (Entered: 10/21/2010) | 10/21/2010 |
|  | ORDER granting 1429 Motion to Amend/Correct/Supplement -- The motion is granted on consent. The Proposed Eleventh Scheduling Order is so ordered. Ordered by Magistrate Judge James Orenstein on 10/21/2010. (Scott-Hayward, Christine) (Entered: 10/21/2010) | 10/21/2010 |
| 1433 | Letter of the Parties providing status regarding documents offered to the Federal Reserve Board (as ordered in DE 1432 on 10/21/10) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/28/2010) | 10/28/2010 |
| 1434 | NOTICE of Change of Address by William J. Ban (Ban, William) (Entered: 11/01/2010) | 11/01/2010 |
| 1435 | FILING FEE: $ 25.00, receipt number 4653022789 - Pro Hac Vice Motion - Attorney, Lauren K. Peay. (Piper, Francine) (Entered: 12/08/2010) | 12/08/2010 |
| 1436 | FILING FEE: $ 25.00, receipt number 4653022790 - Pro Hac Vice - Attorney, Laura J. Butte. (Piper, Francine) (Entered: 12/08/2010) | 12/08/2010 |
| 1437 | MOTION to Withdraw as Attorney Patrick F. Fischer by Fifth Third Bancorp. (Hicks, Drew) (Entered: 12/16/2010) | 12/16/2010 |
|  | ORDER granting 1437 Motion to Withdraw as Attorney. Attorney Patrick F. Fischer terminated. Ordered by Magistrate Judge James Orenstein on 12/16/2010. (Scott-Hayward, Christine) (Entered: 12/16/2010) | 12/16/2010 |
| 1438 | Letter MOTION to Amend/Correct/Supplement Eleventh Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order) (Ladner, Mark) (Entered: 01/04/2011) | 01/04/2011 |
|  | SCHEDULING ORDER: re 1438 Letter MOTION to Amend/Correct/Supplement Eleventh Scheduling Order filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- A telephone conference will be held on January 14, 2011, at 10:30 a.m. Ordered by Magistrate Judge James Orenstein on 1/7/2011. (Scott-Hayward, Christine) (Entered: 01/07/2011) | 01/07/2011 |
| 1439 | Letter of Class Plaintiffs submitting supplemental authority by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Supplemental Authority) (Wildfang, K.) (Entered: 01/11/2011) | 01/11/2011 |
|  | ORDER granting 1438 Motion to Amend/Correct/Supplement -- The motion is granted on consent. The Proposed Twelfth Amended Scheduling Order is so ordered. Dispositive motions and Daubert motions, if any, shall be served on all parties no later than February 11, 2011. Responses shall be served no later than April 22, 2011. The parties shall serve their replies and file all motion papers on the docket no later than June 10, 2011. The telephone conference currently scheduled for January 14, 2011, is cancelled. Ordered by Magistrate Judge James Orenstein on 1/11/2011. (Scott-Hayward, Christine) (Entered: 01/11/2011) | 01/11/2011 |
|  | SCHEDULING ORDER: At the parties' request, a status conference will be held on February 17, 2011, at 11:00 a.m. A joint status report is due no later than February 3, 2011. Ordered by Magistrate Judge James Orenstein on 1/14/2011. (Scott-Hayward, Christine) (Entered: 01/14/2011) | 01/14/2011 |
| 1440 | MOTION to Withdraw as Attorney Naeemah Clark by Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Kennedy, Kara) (Entered: 01/21/2011) | 01/21/2011 |
|  | ORDER granting (1440) Motion to Withdraw as Attorney -- The motion is granted. Attorney Naeemah Clark terminated in case 1:05-md-01720-JG-JO. Ordered by Magistrate Judge James Orenstein on 1/21/2011. Associated Cases: 1:05-md-01720-JG -JO et al. (Scott-Hayward, Christine) (Entered: 01/21/2011) | 01/21/2011 |
| 1441 | Letter to the Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 02/01/2011) | 02/01/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER re 1441 Letter filed by Visa U.S.A. Inc. -- The parties' request is granted; the proposed page limits for summary judgment and Daubert briefs are approved. Ordered by Magistrate Judge James Orenstein on 2/2/2011. (Scott-Hayward, Christine) (Entered: 02/02/2011) | 02/02/2011 |
| 1442 | STATUS REPORT and PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 35 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 related documents from In re Visa Check / MasterMoney Antitrust Litigation) (Wildfang, K.) (Entered: 02/03/2011) | 02/03/2011 |
| 1443 | Letter to Judge Orenstein enclosing Stipulations between Individual Plaintiffs and Visa and MasterCard by Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2) (Blechman, William) (Entered: 02/04/2011) | 02/04/2011 |
|  | Motions terminated, docketed incorrectly: 1293 Letter MOTION to Compel Production filed by Plaintiffs in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Guy, Alicia) (Entered: 02/04/2011) | 02/04/2011 |
| 1444 | MOTION to Withdraw as Attorney [Edward Hass] by Capital One Bank, Capital One F S B, Capital One Financial Corp. (Hassi, Edward) (Entered: 02/10/2011) | 02/10/2011 |
|  | ORDER granting 1444 Motion to Withdraw as Attorney. Attorney Edward D. Hassi terminated. Ordered by Magistrate Judge James Orenstein on 2/10/2011. (Scott-Hayward, Christine) (Entered: 02/10/2011) | 02/10/2011 |
| 1445 | Letter MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Aguirre, Danielle) (Entered: 02/14/2011) | 02/14/2011 |
|  | ORDER granting 1445 Motion to Withdraw as Attorney. Attorney Danielle M. Aguirre terminated. Ordered by Magistrate Judge James Orenstein on 2/14/2011. (Scott-Hayward, Christine) (Entered: 02/14/2011) | 02/14/2011 |
| 1446 | MOTION for Leave to Appear Pro Hac Vice Pro Hac Vice Erica L. Fenby Filing fee $ 25, receipt number 0207-4625020. by Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Fenby, Erica) (Entered: 02/15/2011) | 02/15/2011 |
|  | Incorrect Case/Document/Entry Information document no. 1446 has been deleted (Entered: 02/15/2011) | 02/15/2011 |
|  | ORDER granting 1446 Motion for Leave to Appear Pro Hac Vice -- Attorney Erica L. Fenby shall be deemed admitted pro hac vice upon payment of the admission fee. See Order dated December 29, 2005, DE 93. Ordered by Magistrate Judge James Orenstein on 2/15/2011. (Scott-Hayward, Christine) (Entered: 02/15/2011) | 02/15/2011 |
| 1447 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 2/17/2011: SCHEDULING: The next status conference will be held on March 24, 2011, at 11:00 a.m. THE FOLLOWING RULINGS WERE MADE: (1) The parties will confer as to a trial date (including the extent to which various parties' claims should be tried together or separately, and the timing and sequence of multiple trials, if required) and be prepared to discuss the matter further at the next conference. In particular, the parties shall identify any objections to a trial date of September 12, 2012. (2) The parties will confer further with respect to the issue of supplemental discovery and report at the next conference. In that regard, with respect to the Class Plaintiffs' pending claims, the parties will confer to identify the allegations in the operative complaint which, if denied by any defendant, would require further discovery. In addition, the defendants will identify for the plaintiffs all anticipated affirmative defenses. (3) The parties will work together to compile a list of documents that remain under seal and propose a process for considering the need for continued secrecy as to some or all such documents. (4) The parties will confer as to scheduling and may propose alternate dates for the next conference. (Attachments: # 1 Attorney Appearances) (Scott-Hayward, Christine) (Entered: 02/17/2011) | 02/17/2011 |
|  | ORDER re 1443 Letter -- The enclosed stipulations are so ordered. Ordered by Magistrate Judge James Orenstein on 2/17/2011. (Scott-Hayward, Christine) (Entered: 02/17/2011) | 02/17/2011 |
|  | SCHEDULING ORDER: At the parties' request, the status conference currently scheduled for March 24, 2011, is rescheduled for April 5, 2011, at 10:30 a.m. Ordered by Magistrate Judge James Orenstein on 3/2/2011. (Scott-Hayward, Christine) (Entered: 03/02/2011) | 03/02/2011 |
| 1448 | MOTION to Withdraw as Attorney Jason A. Zweig by Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, QVC, Inc.. (Kaplan, Robert) (Entered: 03/04/2011) | 03/04/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER granting 1448 Motion to Withdraw as Attorney. Attorney Jason A. Zweig terminated. Ordered by Magistrate Judge James Orenstein on 3/4/2011. (Scott-Hayward, Christine) (Entered: 03/04/2011) | 03/04/2011 |
| 1449 | Letter to Hon. Mag. Judge James Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit Enclosure) (Burke, Christopher) (Entered: 03/08/2011) | 03/08/2011 |
| 1450 | STATUS REPORT Joint Case Status Report for Case Management Conference No. 36 Filed on Behalf of All Parties by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Almon, James) (Entered: 03/29/2011) | 03/29/2011 |
| 1451 | NOTICE of Appearance by Seth R Gassman on behalf of Capital Audio Electronics, Inc. (aty to be noticed) (Gassman, Seth) (Entered: 03/30/2011) | 03/30/2011 |
| 1452 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on November 18, 2009, before Judge MAG. JUDGE JAMES ORENSTEIN. Court Reporter/Transcriber MASHA DIAMOND, Telephone number 718 613-2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS.GOV. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2011. Redacted Transcript Deadline set for 5/2/2011. Release of Transcript Restriction set for 6/29/2011. (Diamond, Marsha) (Entered: 03/31/2011) | 03/31/2011 |
| 1453 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 4/5/2011. SCHEDULING: The next status conference will be held on May 19, 2011, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I discussed matters to be raised by the time of the next conference, as discussed on the record. (Attachments: # 1 Attorney Appearances) (Scott-Hayward, Christine) (Entered: 04/05/2011) | 04/05/2011 |
| 1454 | Letter to The Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/11/2011) | 04/11/2011 |
|  | ORDER re 1454 Letter filed by Visa U.S.A. Inc. -- The request is granted on consent. Responses to the summary judgment and Daubert motions are now due May 6, 2011. Ordered by Magistrate Judge James Orenstein on 4/12/2011. (Scott-Hayward, Christine) (Entered: 04/12/2011) | 04/12/2011 |
| 1455 | Letter to the Honorable James Orenstein re Page Limits by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/28/2011) | 04/28/2011 |
|  | ORDER re 1455 Letter filed by Visa U.S.A. Inc. -- The parties' request is granted; the proposed page limits for summary judgment and Daubert opposition memoranda are approved. Ordered by Magistrate Judge James Orenstein on 4/28/2011. (Scott-Hayward, Christine) (Entered: 04/28/2011) | 04/28/2011 |
| 1456 | Letter to Magistrate Judge Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 05/11/2011) | 05/11/2011 |
| 1457 | Letter from Matthew Freimuth to Magistrate Judge Orenstein by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 05/11/2011) | 05/11/2011 |
| 1458 | Letter To The Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/12/2011) | 05/12/2011 |
| 1459 | STATUS REPORT Joint Case Status Report for Case Management Conference No. 37 Filed on Behalf of All Parties by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Application for Leave to File Under Seal, # 2 Joint Case Status Report for Management Conference No. 37 Filed on Behalf of All Parties, # 3 Exhibit 1 to Status Report, # 4 Exhibit 2 to Status Report, # 5 Exhibit 3 to Status Report, # 6 Exhibit 4 to Status Report, # 7 Exhibit 5 to Status Report, # 8 Exhibit 6 to Status Report, # 9 Exhibit 7 to Status Report, # 10 Exhibit 8 to Status Report, # 11 Exhibit 9 to Status Report, # 12 Exhibit 10 to Status Report, # 13 Exhibit 11 to Status Report) (Freimuth, Matthew) (Entered: 05/12/2011) | 05/12/2011 |
|  | ORDER re 1456 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The request is denied as moot; no pre-motion letters need be filed. In the unlikely event that the parties, after conferring in good faith, are unable either to resolve their discovery disputes on consent or to brief those that remain unresolved within the constraints of normal letter-motion practice pursuant to Local Civil Rule 37.3(c), they may submit a fully-briefed motion on notice on a schedule of their own choosing. I will hear argument on any such motion at the next conference. Ordered by Magistrate Judge James Orenstein on 5/12/2011. (Scott-Hayward, Christine) (Entered: 05/12/2011) | 05/12/2011 |
| 1460 | MOTION to Withdraw as Attorney by Barclays Financial Corp.. (Menasche, Nicholas) (Entered: 05/13/2011) | 05/13/2011 |
|  | ORDER granting 1460 Motion to Withdraw as Attorney. Attorney Nicholas Maurice Menasche terminated. Ordered by Magistrate Judge James Orenstein on 5/13/2011. (Scott-Hayward, Christine) (Entered: 05/13/2011) | 05/13/2011 |
| 1461 | Letter to the Honorable James Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 05/17/2011) | 05/17/2011 |
| 1462 | Letter to Judge Orenstein Responding to Defendants' Letter Regarding Expert Discovery on Equitable Relief by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Almon, James) (Entered: 05/17/2011) | 05/17/2011 |
| 1463 | Letter to Judge Orenstein regarding Individual Plaintiffs' supplement to the Status Report by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Almon, James) (Entered: 05/17/2011) | 05/17/2011 |
| 1464 | Letter to the Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/18/2011) | 05/18/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1465 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 5/19/2011. SCHEDULING: The next status conference will be held on July 7, 2011, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: (1) At the next conference, I will hear argument on the Class Plaintiffs' motion to compel the production of evidence that has been withheld under a claim of privilege, docket entry ("DE") 1261. (2) In advance of the next conference, the Class Plaintiffs shall either withdraw their motion to modify the protective order, DE 1420, or address it in the next status report. (3) The parties shall confer and present a proposal for scheduling and rules for oral argument on summary judgment and Daubert motions in advance of the next conference. (4) I heard argument on the defendants' motion regarding a schedule for further disclosures concerning the plaintiffs' claims for equitable relief, DE 1458. The parties shall confer and in advance of the next status conference, shall submit an updated proposal (or competing proposals) in their next status report. I will hear argument on and resolve any remaining disputes on this matter at the next status conference. (5) After discussing the matter on the record in camera, I declined to allow the Class Plaintiffs leave to submit a motion on notice to compel the defendants to respond to their proposed Requests for Admission 9 and 10, as well as any related discovery requests arising from the Class Plaintiffs' contention that the defendants' conduct of settlement negotiations constitutes a violation of antitrust laws. (6) The parties shall confer further concerning supplemental discovery and advise me of any remaining disputes in their next status conference. (Attachments: # 1 Attorney Appearances) (Scott-Hayward, Christine) Modified on 5/23/2011 (Guy, Alicia). COURT REPORTER: Lisa Schmid; Contact Tel # 718-613-2644. (Entered: 05/20/2011) | 05/20/2011 |
| 1466 | Letter MOTION for Extension of Time to File Response/Reply re: Motions for Summary Judgment and Daubert Motions by Mastercard Incorporated, Mastercard International Incorporated. (Freimuth, Matthew) (Entered: 05/31/2011) | 05/31/2011 |
| | ORDER granting 1466 Motion for Extension of Time to File Response/Reply -- The request is granted on consent. Replies to the summary judgment and Daubert motions are now due June 30, 2011. Ordered by Magistrate Judge James Orenstein on 6/1/2011. (Scott-Hayward, Christine) (Entered: 06/01/2011) | 06/01/2011 |
| 1467 | Letter to Judge Orenstein regarding logistical issues re dispositive and Daubert motions by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/13/2011) | 06/13/2011 |
| 1468 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 6/15/2011. SCHEDULING: The next status conference will be held on July 7, 2011, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: In a letter dated June 13, 2011, counsel for the Class Plaintiffs advised me, on behalf of all parties, that they anticipated submitting, in connection with their dispositive and Daubert motions, electronic documents equivalent in volume to "potentially 20-30 banker's boxes of single sided paper. Docket Entry 1467. I convened today's telephone conference to convey to the parties my concern that such voluminous submissions might preclude both meaningful judicial review of the merits and meaningful public access to the litigation. I therefore asked the parties to confer and come up with possible ways to streamline their filings or explain why the full and fair litigation of the motions on their merits cannot be accomplished without such voluminous submissions. The parties will confer and provide a joint progress report no later than June 17, 2011. (Orenstein, James) (Entered: 06/15/2011) | 06/15/2011 |
| 1469 | Letter to Judge Orenstein regarding Court's Minute Order of June 15, 2011 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/17/2011) | 06/17/2011 |
| 1470 | Letter to Magistrate Judge Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/21/2011) | 06/21/2011 |
| | ORDER re 1470 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The request is granted on consent. The status conference previously scheduled for July 7, 2011, is rescheduled for July 26, 2011, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 6/22/2011. (Scott-Hayward, Christine) (Entered: 06/22/2011) | 06/22/2011 |
| 1471 | Letter to Judge Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/24/2011) | 06/24/2011 |
| 1472 | Letter to the Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/28/2011) | 06/28/2011 |
| 1473 | Letter to The Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/29/2011) | 06/29/2011 |
| 1474 | MOTION for Leave to File by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order, # 2 Certificate of Service) (Wildfang, K.) (Entered: 06/29/2011) | 06/29/2011 |
| | ORDER re 1472 Letter filed by Visa U.S.A. Inc. -- The proposed page limits for summary judgment reply briefs and Daubert motions are so ordered. Ordered by Magistrate Judge James Orenstein on 6/29/2011. (Scott-Hayward, Christine) (Entered: 06/29/2011) | 06/29/2011 |
| 1475 | Letter Letter from Linda P. Nussbaum, Esq. to The Honorable James Orenstein enclosing documents relating to Individual Plaintiffs' Motion for Partial Summary Judgment by Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO (Nussbaum, Linda) (Entered: 06/30/2011) | 06/30/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1477 | Individual Plaintiffs' MOTION for Partial Summary Judgment. (Attachments: # 1 Memorandum of Law in Support of the Individual Plaintif, # 2 Individual Plaintiffs' Statement of Material Undisputed, # 3 Declaration in Connection with Individual Plaintiffs' M, # 4 Certificate of Service (served Feb 12 2011), # 5 Network Defendants' Memorandum In Opposition to the Ind, # 6 Certificate of Service for Network Defendants' Memo of, # 7 Network Defendants' Counter-Statement in Opposition to, # 8 Certificate of Service for Network Defendants' Counter-, # 9 Reply Memorandum of Law in Support of the Individual Pl, # 10 Certificate of Service (served June 30, 2011), # 11 Individual Plaintiffs' Rule 56.1 Reply Statement of Fac) (Marziliano, August) Modified on 7/6/2011 (Marziliano, August). (Entered: 07/06/2011) | 06/30/2011 |
| 1478 | Defendants' MOTION for Summary Judgment. (Attachments: # 1 01 - Defendants' Memorandum of Law in Support of the Motion for Summary Judgment as to the Claims, # 2 02 - Memorandum of Law in Support of Defendants' Motion for Summary Judgment on Class Plaintiffs' IPO, # 3 03 - Network Defendants' Memorandum In Support of the Motion for Summary Judgment Against the Claims, # 4 04 - Defendants' Statement of Material Facts as to Which There is No Genuine Issue to be Tried, # 5 05 - Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, # 6 06 - Class Plaintiffs' Counter-Statement of Facts in Response to Defendants' Rule 56.1, # 7 07 - Individual Plaintiffs' Response in Opposition to Defendants' Motions for Summary Judgment, # 8 08 - Individual Plaintiffs' Rule 56.1 Counter-Statement of Facts, # 9 09 - Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment, # 10 10 - Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment, # 11 11 - Network Defendants' Reply Memorandum in Support of The Motion, # 12 12 - Defendants' Reply to Class and Individual Plaintiffs' Counter-Statement of Facts in Response, # 13 14 - Defendants' Memorandum of Law in Support of the Motion to Exclude Certain Opinions, # 14 15 - Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion, # 15 16 - Defendants' Reply Memorandum of Law in Support of Their Motion to Exclude Certain Opinions, # 16 17 - Defendants' Notice of Motion to Exclude Certain Opinions) (Marziliano, August) Modified on 7/6/2011 (Marziliano, August). (Entered: 07/06/2011) | 06/30/2011 |
| 1480 | NOTICE OF VISA AND MASTERCARD DEFENDANTS MOTION TO EXCLUDE THE OPINION OF DR. JOSEPH STIGLITZ. (Attachments: # 1 Memorandum of Law in Support of the Visa and MasterCard Defendants' Motion to Exclude the Opinion of Dr. Joseph Stiglitz, # 2 Individual Plaintiffs' Response to the Visa and MasterCard Defendants' Motion to Exclude the Opinion of Dr. Joseph Stiglitz, # 3 Reply Memorandum of Law in Support of the Visa and MasterCard Defendants' Motion to Exclude the Opinion of Dr. Joseph Stiglitz) (Marziliano, August) Modified on 7/7/2011 (Marziliano, August). (Additional attachment(s) added on 7/7/2011: # 4 Certificate of Service, # 5 Opposition Certificate of Service, # 6 Reply Certificate of Service) (Marziliano, August). (Entered: 07/07/2011) | 06/30/2011 |
| 1481 | NOTICE OF MASTERCARD AND BANK DEFENDANTS MOTION TO EXCLUDE TESTIMONY OF KEVIN F. HENRY. (Attachments: # 1 Memorandum of Law in Support of the MasterCard and Bank Defendants' Motion to Exclude the Testimony of Kevin F. Henry, # 2 Memorandum of Law in Opposition to the MasterCard and Bank Defendants' Motion to Exclude the Testimony of Kevin F. Henry, # 3 Reply Memorandum of Law in Support of the MasterCard and Bank Defendants' Motion to Exclude Testimony of Kevin F. Henry, # 4 Certificate of Service, # 5 Reply Certificate of Service) (Marziliano, August) Modified on 7/7/2011 (Marziliano, August). (Entered: 07/07/2011) | 06/30/2011 |
| 1482 | NOTICE OF DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF VICTOR FLEISCHER. (Attachments: # 1 Memorandum of Law in Support of Defendants' Motion to Exclude the Opinions of Victor Fleischer, # 2 Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinions of Victor Fleischer, # 3 Reply Memorandum of Law in Support of Defendants' Motion to Exclude the Opinions of Victor Fleischer, # 4 Certificate of Service, # 5 Reply Certificate of Service) (Marziliano, August) Modified on 7/7/2011 (Marziliano, August). (Entered: 07/07/2011) | 06/30/2011 |
| 1500 | NETWORK DEFENDANTS MOTION TO EXCLUDE THE DAMAGES OPINION OF DR. CHRISTOPHER A. VELLTURO. (Attachments: # 1 INDIVIDUAL PLAINTIFFS RESPONSE TO THE NETWORK DEFENDANTS MOTION TO EXCLUDE THE DAMAGES OPINION OF DR. CHRISTOPHER A. VELLTURO, # 2 REPLY MEMORANDUM OF LAW IN SUPPORT OF THE NETWORK DEFENDANTS MOTION TO EXCLUDE THE DAMAGES OPINIONS OF DR. CHRISTOPHER A. VELLTURO, # 3 MEMORANDUM OF LAW IN SUPPORT OF THE NETWORK DEFENDANTS MOTION TO EXCLUDE THE DAMAGES OPINION OF DR. CHRISTOPHER A. VELLTURO) (Marziliano, August) Modified on 7/8/2011 (Marziliano, August). (Entered: 07/08/2011) | 06/30/2011 |
| 1502 | NOTICE OF NETWORK DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF INDIVIDUAL PLAINTIFFS EXPERT PROFESSOR DAN ARIELY. (Attachments: # 1 MEMORANDUM OF LAW IN SUPPORT OF THE NETWORK DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF INDIVIDUAL PLAINTIFFS EXPERT PROFESSOR DAN ARIELY, # 2 INDIVIDUAL PLAINTIFFS MEMORANDUM IN OPPOSITION TO THE NETWORK DEFENDANTS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PROFESSOR DAN ARIELY, # 3 REPLY MEMORANDUM OF LAW IN SUPPORT OF THE NETWORK DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF INDIVIDUAL PLAINTIFFS EXPERT PROFESSOR DAN ARIELY) (Marziliano, August) Modified on 7/11/2011 (Marziliano, August). (Entered: 07/11/2011) | 06/30/2011 |
| 1503 | Class Plaintiffs Notice of MOTION for Summary Judgment. (Attachments: # 1 Defendants Memorandum of Law In Opposition, # 2 Class Plaintiffs' Reply Brief re Motion for Summary Judgment) (Marziliano, August) Modified on 7/11/2011 (Marziliano, August). (Entered: 07/11/2011) | 06/30/2011 |
| 1504 | Notice of Motion and Joint Motion of Class Plaintiffs and Individual Plaintiffs to Exclude the Expert Testimony of Professor Kevin M. Murphy. (Attachments: # 1 Memorandum of Law in Support of Joint Motion of Class Plaintiffs and Individual Plaintiffs to Exclude The Expert Testimony of Professor Kevin M. Murphy, # 2 DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PROFESSOR KEVIN M. MURPHY, # 3 Joint Reply Memorandum of Law in Support of Class Plaintiffs and Individual Plaintiffs Motion To Exclude the Expert Testimony of Professor Kevin M. Murphy) (Marziliano, August) Modified on 7/11/2011 (Marziliano, August). (Entered: 07/11/2011) | 06/30/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1505 | CLASS PLAINTIFFS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF J.T. ATKINS and MEMORANDUM IN SUPPORT OF CLASS PLAINTIFFS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF J.T. ATKINS. (Attachments: # 1 MASTERCARDS AND BANK DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO CLASS PLAINTIFFS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF J.T. ATKINS, # 2 REPLY MEMORANDUM IN SUPPORT OF CLASS PLAINTIFFS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF J.T. ATKINS) (Marziliano, August) Modified on 7/11/2011 (Marziliano, August). (Entered: 07/11/2011) | 06/30/2011 |
| 1506 | Class Plaintiffs' Statement of Undisputed FactsPursuant to Local Rule 56.1. (Attachments: # 1 DEFENDANTS COUNTER-STATEMENT IN OPPOSITION TO CLASS PLAINTIFFS STATEMENT OF UNDISPUTED FACTS, PURSUANT TO LOCAL RULE 56.1(b), # 2 Class Plaintiffs Reply Statement of Facts in Response to Defendants Counter- Statement in Opposition to Class Plaintiffs Undisputed Statement of Facts, # 3 Certificate of Service) (Marziliano, August) (Entered: 07/11/2011) | 06/30/2011 |
| 1508 | Fully Briefed MOTION to Strike /Exclude Certian Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel. (Attachments: # 1 Memorandum in Support, # 2 Memorandum in Opposition, # 3 Reply Memorandum of Law in Support) (Guy, Alicia) (Entered: 07/11/2011) | 06/30/2011 |
|  | ORDER re 1472 Letter filed by Visa U.S.A. Inc. -- Items 1, 3, and 4 of the parties' proposal for filing summary judgment and Daubert motions are so ordered. With respect to item 2, in lieu of filing hard copies with the Clerk of Court, I direct the parties to submit the specified documents on CD to the Clerk of Court so that they can be promptly docketed. Each individual document should be properly labeled and be no more than 5MB in size. Ordered by Magistrate Judge James Orenstein on 7/1/2011. (Scott-Hayward, Christine) (Entered: 07/01/2011) | 07/01/2011 |
| 1476 | Letter to Clerk of Court pursuant to the Court's July 1st Order enclosing electronic copies of documents filed under seal by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Almon, James) (Entered: 07/05/2011) | 07/05/2011 |
| 1479 | Letter to Clerk of Court pursuant to the Court's July 1st Order enclosing electronic copies of documents filed under seal by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 07/06/2011) | 07/06/2011 |
| 1483 | Letter to Honorable Orenstein enclosing public versions of Briefing papers for Ariely and Vellturo Motions by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 07/07/2011) | 07/07/2011 |
| 1484 | MOTION for Partial Summary Judgment by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Blechman, William) (Entered: 07/07/2011) | 07/07/2011 |
| 1485 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Motion to Exclude the Opinions of Individual Plaintiffs' Expert Professor Dan Ariely (Redacted) (Attachments: # 1 Memorandum of Law in Support of the Network Defendants' Motion to Exclude the Opinions of Individual Plaintiffs' Expert Professor Dan Ariely and certificate of service, # 2 Individual Plaintiffs' Memorandum of Law in Opposition to the Network Defendants' Motion to Exclude the Expert Testimony of Professor Dan Ariely, # 3 Reply Memorandum of Law in Support of Defendants Motion to Exclude testimony of Professor Dan Ariely) (Ravelo, Keila) (Entered: 07/07/2011) | 07/07/2011 |
| 1486 | MEMORANDUM in Support of the Individual Plaintiffs' Motion for Partial Summary Judgment (Public Redacted Version) filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit Exhibits 1-7) (Blechman, William) (Entered: 07/07/2011) | 07/07/2011 |
| 1487 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Motion to Exclude the Opinions of Individual Plaintiffs' Expert Dr. Christopher A. Vellturo (Redacted) (Attachments: # 1 Memorandum of Law in Support of the Network Defendants' Motion to Exclude the Opinions of Individual Plaintiffs' Expert Dr. Christopher A. Vellturo and certificate of service, # 2 Individual Plaintiffs' Memorandum of Law in Opposition to the Network Defendants' Motion to Exclude the Expert Testimony of Dr. Christopher A. Vellturo and certificate of service, # 3 Reply Memorandum of Law in Support of Defendants Motion to Exclude testimony of Dr. Christopher A. Vellturo) (Ravelo, Keila) (Entered: 07/07/2011) | 07/07/2011 |
| 1488 | MEMORANDUM in Opposition to the Individual Plaintiffs' Motion for Summary Judgment (Public Redacted Version) filed by Defendants in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Continuation of Main Document) (Blechman, William) (Entered: 07/07/2011) | 07/07/2011 |
| 1489 | Letter to Honorable Orenstein enclosing public versions of Summary Judgment and Daubert briefing papers on behalf of defendants by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co. (Greene, Peter) (Entered: 07/07/2011) | 07/07/2011 |
| 1490 | REPLY in Support of the Individual Plaintiffs' Motion for Partial Summary Judgment (Public Redacted Version) filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Continuation of Main Document) (Blechman, William) (Entered: 07/07/2011) | 07/07/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1491 | MOTION to Strike PUBLIC REDACTED VERSION OF: Class Plaintiffs Motion to Exclude the Expert Testimony of J.T. Atkins [and Certificate of Service of Same] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 PUBLIC REDACTED VERSION OF: Memorandum in Support of Class Plaintiffs Motion to Exclude the Expert Testimony of J.T. Atkins, # 2 PUBLIC REDACTED VERSION OF: MasterCard and Bank Defendants Memorandum of Law in Opposition to Class Plaintiffs Motion to Exclude the Expert Testimony of J.T. Atkins, # 3 PUBLIC REDACTED VERSION OF: Reply Memorandum of Support of Class Plaintiffs Motion to Exclude the Expert Testimony of J.T. Atkins (no redactions), # 4 Certificate of Service of PUBLIC REDACTED VERSIONS of briefs regarding Class Plaintiffs Motion to Exclude Expert Testomony of J.T. Atkins.) (Wildfang, K.) (Entered: 07/07/2011) | 07/07/2011 |
| 1492 | MOTION to Strike PUBLIC REDACTED VERSION OF: Notice of Motion and Joint Motion of Class Plaintiffs and Individual Plaintiffs to Exclude the Expert Testimony of Professor Kevin M. Murphy by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 PUBLIC REDACTED VERSION OF: Memorandum of Law in Support of Joint Motion of Class Plaintiffs and Individual Plaintiffs to Exclude the Expert Testimony of Kevin M. Murphy, # 2 PUBLIC REDACTED VERSION OF: Defendants Memorandum of Law in Opposition to Plaintiffs Joint Motion to Exclude the Expert Testimony of Professor Kevin M. Murphy, # 3 PUBLIC REDACTED VERSION OF: Joint Reply to Motion of Class Plaintiffs and Individual Plaintiffs to Exclude the Expert Testimony of Professor Kevin M. Murphy, # 4 Certificate of Service of PUBLIC REDACTED VERSIONS of briefs regarding Joint Class Plaintiffs and Individual Plaintiffs Motion for to Exclude Testimony of Professor Kevin M. Murphy) (Wildfang, K.) (Entered: 07/07/2011) | 07/07/2011 |
| 1493 | Letter to Honorable Orenstein enclosing public versions of summary judgment and Daubert briefing by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 07/07/2011) | 07/07/2011 |
| 1494 | MOTION for Summary Judgment PUBLIC REDACTED VERSION OF: Class Plaintiffs Notice of Motion for Summary Judgment by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 PUBLIC REDACTED VERSION OF: Class Plaintiffs Memorandum of Law in Support of Their Motion for Summary Judgment, # 2 PUBLIC REDACTED VERSION OF: Defendants Memorandum of Law in Opposition to Class Plaintiffs Motion for Summary Judgment, # 3 PUBLIC REDACTED VERSION OF: Class Plaintiffs Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment, # 4 Certificate of Service of PUBLIC REDACTED VERSIONS of briefs regarding Class Plaintiffs Motion for Summary Judgment) (Wildfang, K.) (Entered: 07/07/2011) | 07/07/2011 |
| 1495 | MOTION for Summary Judgment by Bank Of America, N.A., Bank of America Corporation, Barclays Financial Corp., Capital One Bank, Capital One F S B, Capital One Financial Corp., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, Fifth Third Bancorp, First National Bank of Omaha, HSBC Finance Corporation, HSBC North America Holdings, Inc, JP Morgan Chase & Co., Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Texas Independent Bancshares, Inc., Visa International Service Association, Visa U.S.A. Inc., Wachovia Bank, NA., Wachovia Corporation, Wells Fargo & Company. (Attachments: # 1 Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment as to the Claims in the Second Consolidated Amended Class Action Complaint, # 2 Memorandum of Law in Support of Defendants' Motion for Summary Judgment on Class Plaintiffs' IPO, Post-IPO Conspiracy, and Fraudulent Conveyance Claims, and Individual Plaintiffs' Post-IPO Conspiracy Claims, # 3 Network Defendants' Memorandum in Support of the Motion for Summary Judgment Against the Claims in the Individual Plaintiff's Complaints, # 4 Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Unannotated), # 5 Individual Plaintiffs' Response in Opposition to Defendants' Motions for Summary Judgment, # 6 Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment as to the Claims in the Second Consolidated Amended Class Action Complaint, # 7 Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment on Class Plaintiffs' IPO, Post-IPO Conspiracy, and Fraudulent Conveyance Claims, and Individual Plaintiffs' Post-IPO Conspiracy Claims, # 8 Network Defendants' Reply Memorandum in Support of the Motion for Summary Judgment Against the Claims in the Individual Plaintiff's Complaints) (Greene, Peter) (Entered: 07/07/2011) | 07/07/2011 |
| 1496 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Motion to Exclude the Opinions of Victor Fleischer (Attachments: # 1 Memorandum in Support of Defendants' Motion to Exclude the Opinions of Victor Fleischer, # 2 Certificate of Service (Moving), # 3 Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinions of Victor Fleischer, # 4 Reply Memorandum of Law in Support of Defendants' Motion to Exclude the Opinions of Victor Fleischer, # 5 Certificate of Service (Reply)) (Carney, Gary) (Entered: 07/07/2011) | 07/07/2011 |
| 1497 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Motion to Exclude Testimony of Kevin F. Henry (Attachments: # 1 Memorandum in Support of the Mastercard and Bank Defendants' Motion to Exclude Testimony of Kevin F. Henry, # 2 Certificate of Service (Moving), # 3 Memorandum of Law in Opposition to the Mastercard and Bank Defendants' Motion to Exclude Testimony of Kevin F. Henry, # 4 Reply Memorandum of Law in Support of the Mastercard and Bank Defendants' Motion to Exclude Testimony of Kevin F. Henry, # 5 Certificate of Service (Reply)) (Carney, Gary) (Entered: 07/07/2011) | 07/07/2011 |
| 1498 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Motion to Exclude the Opinion of Dr. Joseph Stiglitz (Attachments: # 1 Memorandum in Support of the Visa and Mastercard Defendants' Motion to Exclude the Opinion of Dr. Joseph Stiglitz, # 2 Certificate of Service (Moving), # 3 Individual Plaintiffs' Response to the Visa and Mastercard Defendants' Motion to Exclude the Opinion of Dr. Joseph Stiglitz, # 4 Certificate of Service (Opposition), # 5 Reply Memorandum of Law in Support of the Visa and Mastercard Defendants' Motion to Exclude the Opinion of Dr. Joseph Stiglitz, # 6 Certificate of Service (Reply)) (Carney, Gary) (Entered: 07/07/2011) | 07/07/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1499 | MOTION to Strike /Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel by Bank Of America, N.A., Bank of America Corporation, Barclays Financial Corp., Capital One Bank, Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, Fifth Third Bancorp, First National Bank of Omaha, HSBC Finance Corporation, HSBC North America Holdings, Inc, JP Morgan Chase & Co., Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Texas Independent Bancshares, Inc., Visa International Service Association, Visa U.S.A. Inc., Wachovia Bank, NA., Wachovia Corporation, Wells Fargo & Company. (Attachments: # 1 Defendants' Memorandum of Law in Support of the Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel, # 2 Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel, # 3 Defendants' Reply Memorandum of Law in Support of their Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel) (Greene, Peter) (Entered: 07/07/2011) | 07/07/2011 |
| 1501 | MOTION to Withdraw as Attorney Jason L. Reimer by Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. at 06-cv-2532 JG-JO, Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A. Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Bloom, Eric) (Entered: 07/08/2011) | 07/08/2011 |
| 1507 | DVDs with include PDFS attachments of the following documents placed in the vault. re 1506 Rule 56.1 Statement, Sealed,, 1481 MOTION to Strike NOTICE OF MASTERCARD AND BANK DEFENDANTS MOTION TO EXCLUDE TESTIMONY OF KEVIN F. HENRY, 1503 MOTION for Summary Judgment, 1504 MOTION to Strike Notice of Motion and Joint Motion of Class Plaintiffs and Individual Plaintiffs to Exclude the Expert Testimony of Professor Kevin M. Murphy, 1502 MOTION to Strike NOTICE OF NETWORK DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF INDIVIDUAL PLAINTIFFS EXPERT PROFESSOR DAN ARIELY, 1477 MOTION for Partial Summary Judgment, 1500 MOTION to Strike NETWORK DEFENDANTS MOTION TO EXCLUDE THE DAMAGES OPINION OF DR. CHRISTOPHER A. VELLTURO, 1478 MOTION for Summary Judgment, 1480 MOTION to Strike NOTICE OF VISA AND MASTERCARD DEFENDANTS MOTION TO EXCLUDE THE OPINION OF DR. JOSEPH STIGLITZ, 1482 MOTION to Strike NOTICE OF DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF VICTOR FLEISCHER, 1505 MOTION to Strike CLASS PLAINTIFFS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF J.T. ATKINS and MEMORANDUM IN SUPPORT OF CLASS PLAINTIFFS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF J.T. ATKINS (Marziliano, August) (Entered: 07/11/2011) | 07/11/2011 |
| | ORDER granting 1501 Motion to Withdraw as Attorney. Attorney Jason L. Reimer terminated. Ordered by Magistrate Judge James Orenstein on 7/11/2011. (Scott-Hayward, Christine) (Entered: 07/11/2011) | 07/11/2011 |
| 1509 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 7/12/2011: SCHEDULING: The next status conference will be held on July 26, 2011, at 1:00 p.m.THE FOLLOWING RULINGS WERE MADE: I heard from the parties on their competing proposals regarding limits on the volume of evidentiary submissions to be filed in connection with the pending Daubert motions and the motions for summary judgment. Compare DE 1473 with DE 1474. I resolved the disputed issues and the parties will promptly submit an updated stipulation. (Scott-Hayward, Christine) (Entered: 07/12/2011) | 07/12/2011 |
| 1510 | Letter to the Honorable James Orenstein by Visa U.S.A. Inc. (Attachments: # 1 Proposed Order) (Mason, Robert) (Entered: 07/13/2011) | 07/13/2011 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 07/13/2011) | 07/13/2011 |
| | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 07/13/2011) | 07/13/2011 |
| | ORDER re 1510 Letter filed by Visa U.S.A. Inc. -- The proposed stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 7/14/2011. (Scott-Hayward, Christine) (Entered: 07/14/2011) | 07/14/2011 |
| | ORDER denying as moot 1474 Motion for Leave to File -- See Order dated July 14, 2011. Ordered by Magistrate Judge James Orenstein on 7/14/2011. (Scott-Hayward, Christine) (Entered: 07/14/2011) | 07/14/2011 |
| 1511 | STATUS REPORT Joint Proposed Case Status Report and Proposed Agenda for Case Management Conference No. 38 by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Mason, Robert) (Entered: 07/19/2011) | 07/19/2011 |
| 1512 | Letter Responding to Item 2 of Court's Minute Order of May 19, 2011 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/26/2011) | 07/26/2011 |
| 1513 | Letter to Judge Orenstein regarding summary judgment argument by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 07/26/2011) | 07/26/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1514 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 7/26/2011 -- SCHEDULING: There are no further conferences scheduled before me at this time. THE FOLLOWING RULINGS WERE MADE: (1) The parties shall confer, and in advance of the next status conference shall submit an updated proposal (or competing proposals) regarding a schedule for further disclosures concerning the plaintiffs' claims for equitable relief. See docket entry ("DE") 1458. I will hear argument on and resolve any remaining disputes on this matter at the next status conference. (2) I deferred hearing argument on the Class Plaintiffs' motion to compel the production of evidence that has been withheld under a claim of privilege. DE 1261. The parties shall set a schedule for supplemental submissions on the motion and I will hear argument at the next status conference. (3) The parties shall confer and no later than August 1, 2011 shall present a proposal for scheduling and rules for oral argument on summary judgment and Daubert motions. After I receive this proposal I will set a date for the next status conference and a schedule for oral argument. (Attachments: # 1 Appearances) (Scott-Hayward, Christine) (Entered: 07/26/2011) | 07/26/2011 |
| 1515 | MOTION to Withdraw as Attorney Jesse M. Calm by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 07/28/2011) | 07/28/2011 |
| 1516 | MOTION to Withdraw as Attorney M. Tayari Garret by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 07/28/2011) | 07/28/2011 |
|  | ORDER granting 1515 Motion to Withdraw as Attorney. Attorney Jesse M. Calm terminated. Ordered by Magistrate Judge James Orenstein on 7/28/2011. (Scott-Hayward, Christine) (Entered: 07/28/2011) | 07/28/2011 |
|  | ORDER granting 1516 Motion to Withdraw as Attorney. Attorney M. Tayari Garrett terminated. Ordered by Magistrate Judge James Orenstein on 7/28/2011. (Scott-Hayward, Christine) (Entered: 07/28/2011) | 07/28/2011 |
| 1517 | Letter to the Honorable James Orenstein regarding oral argument on defendants' summary judgment and Daubert motions by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 08/01/2011) | 08/01/2011 |
| 1518 | Letter of Class Plaintiffs Responding to Minute Order of July 26, 2011 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/01/2011) | 08/01/2011 |
| 1519 | Letter to Judge Orenstein regarding proposed schedule for oral argument by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Arnold, Richard) (Entered: 08/01/2011) | 08/01/2011 |
| 1520 | Letter to The Honorable James Orenstein with Proposed Scheduling Order by Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/03/2011) | 08/03/2011 |
|  | ORDER re 1520 Letter filed by Visa U.S.A. Inc. -- So ordered. Ordered by Magistrate Judge James Orenstein on 8/3/2011. (Lardo, Melissa) (Entered: 08/03/2011) | 08/03/2011 |
| 1521 | Letter to Judge Orenstein regarding extension for hyperlinked documents by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 08/15/2011) | 08/15/2011 |
|  | ORDER re 1521 Letter filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., 05-cv-5078 JG-JO -- The application is granted on consent. The submissions referenced in Docket Entry 1520 are now due on August 18, 2011. Ordered by Magistrate Judge James Orenstein on 8/15/2011. (Konkoly, Antonia) (Entered: 08/15/2011) | 08/15/2011 |
| 1522 | Letter Brief by Class Plaintiffs in Further Support of Their Motion to Compel Documents Withheld as Privileged [Dkt 1261] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Davidoff, Merrill) (Additional attachment(s) added on 8/23/2011: # 14 SEALED Unredacted EXHIBIT A, # 15 SEALED Unredacted Exhibit B, # 16 SEALED Unredacted Exhibit C, # 17 SEALED Unredacted Exhibit D, # 18 SEALED Unredacted Exhibit E, # 19 SEALED Unredacted Exhibit F, # 20 SEALED Unredacted Exhibit G, # 21 SEALED Unredacted Exhibit H, # 22 SEALED Unredacted Exhibit I, # 23 SEALED Unredacted Exhibit J, # 24 SEALED Unredacted Exhibit K, # 25 SEALED Unredacted Exhibit L, # 26 SEALED Unredacted Exhibit M, # 27 SEALED Unredacted In re Payment Card - Aug 17 2011 Class Plaintiffs Ltr Brief re Motion to Compel, # 28 In re Payment Card - Aug 17 2011 Class Plaintiffs Ltr Brief re Motion to Compel In re Payment Card - Aug 17 2011 Cover Ltr to Judge Orenstein) (Marziliano, August). (Entered: 08/17/2011) | 08/17/2011 |
| 1523 | Letter Cover Letter to the Honorable James Orenstein Enclosing Class Plaintiffs' Letter Brief in Support of Their Motion to Compel Documents Withheld as Privileged [Dkt 1522] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 08/17/2011) | 08/17/2011 |
| 1524 | MOTION for Leave to Appear Pro Hac Vice of W. Jeffrey Sefton Filing fee $ 25, receipt number 0207-4984238. by Fifth Third Bancorp. (Creighton, Richard) (Entered: 08/24/2011) | 08/24/2011 |
| 1525 | Letter Brief by MasterCard in Further Opposition to Class Plaintiffs Motion to Compel Documents Withheld as Privileged [DE 1261] by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 08/24/2011) | 08/24/2011 |
| 1526 | Letter Visa's Response to Class Plaintiffs' Letter Brief in Further Support of Their Motion to Compel Documents Withheld as Privileged by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 08/24/2011) | 08/24/2011 |
| 1527 | STIPULATION \ Joint Stipulation and [Proposed] Order by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Letter) (Freimuth, Matthew) (Entered: 08/24/2011) | 08/24/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1528 | ORDER granting 1524 Motion for Leave to Appear Pro Hac Vice -- Attorney W. Jeffrey Sefton, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 1, 2011, Mr. Sefton shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Sefton shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Sefton shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 8/25/2011. (Konkoly, Antonia) (Entered: 08/25/2011) | 08/25/2011 |
| | ORDER re 1527 Stipulation filed by Mastercard International Incorporated, Mastercard Incorporated -- The parties' joint stipulation is so ordered. All challenges to proposed confidentiality designations of any Supporting Materials must be presented to the party making the designation by August 31, 2011. The parties shall meet and confer regarding such issues by September 15, 2011. To the extent that any disputes remain, the parties shall present the issues to the Court by letter motions to be fully briefed by September 30, 2011. No later than 30 days after an agreement by the parties on all of the confidentiality designations of the Supporting Materials, or the entry of a court order resolving any related disputes, the parties shall submit copies of their memoranda of law and statements of fact in support of or opposition to the dispositive and Daubert motions. These materials shall contain hyperlinked connections to public versions of the cited Supporting Materials. Ordered by Magistrate Judge James Orenstein on 8/25/2011. (Konkoly, Antonia) (Entered: 08/25/2011) | 08/25/2011 |
| | ORDER -- Judge Gleeson will hear oral arguments regarding the parties' summary judgment motions on November 2, 2011, at 9:30 a.m. Judge Orenstein will hear oral arguments regarding the parties' Daubert motions immediately thereafter. Both arguments will take place in Courtroom 6C South. Ordered by Magistrate Judge James Orenstein on 9/16/2011. (Konkoly, Antonia) (Entered: 09/16/2011) | 09/16/2011 |
| 1530 | Letter MOTION for Extension of Time to File by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 09/23/2011) | 09/23/2011 |
| | ORDER granting 1530 Motion for Extension of Time to File -- All briefing, if any, reagarding the proposed confidentiality designations of any Supporting Materials must be filed by October 7, 2011. The parties must further file their memoranda of law and statements of fact in support of or opposition to the dispositive and Daubert motions by October 21, 2011, and their expert reports regarding equitable relief by November 14, 2011. Ordered by Magistrate Judge James Orenstein on 9/26/2011. (Konkoly, Antonia) (Entered: 09/26/2011) | 09/26/2011 |
| | ORDER: Any party that has filed moving, opposition or reply papers in connection with the summary judgment motions to be argued on November 2, 2011, is hereby directed to deliver to my chambers a courtesy copy of all such papers filed by that party. This is in addition to any courtesy copies previously submitted to the Court. Courtesy copies should be delivered as soon as practicable, but no later than the close of business on Friday, October 14, 2011. The parties are encouraged to use double-sided printing for these courtesy copies. Ordered by Judge John Gleeson on 10/11/2011. (Gonen, Daniel) (Entered: 10/11/2011) | 10/11/2011 |
| 1531 | MOTION to Compel American Express Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order, # 2 Exhibit A) (Marth, Ryan) (Entered: 10/12/2011) | 10/12/2011 |
| 1532 | RESPONSE in Opposition re 1531 MOTION to Compel American Express Documents filed by American Express. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Korologos, Philip) (Entered: 10/17/2011) | 10/17/2011 |
| 1533 | REDACTION PUBLIC VERSION - Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Original date: May 6, 2011) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 10/21/2011) | 10/21/2011 |
| 1534 | MEMORANDUM in Support of Defendants' Motion for Summary Judgment as to the Claims in the Second Consolidated Amended Class Action Complaint REDACTED filed by All Defendants. (Freimuth, Matthew) (Entered: 10/21/2011) | 10/21/2011 |
| 1535 | MEMORANDUM in Support Revised Public Version of Memorandum of Law in Support of Individual Plaintiffs' Motion for Partial Summary Judgment filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Almon, James) (Entered: 10/21/2011) | 10/21/2011 |
| 1536 | RULE 56.1 STATEMENT Public Version of Individual Plaintiffs' Statement of Material Undisputed Facts filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Almon, James) (Entered: 10/21/2011) | 10/21/2011 |
| 1537 | REPLY in Support \ Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment as to the Claims in the Second Consolidated Amended Class Action Complaint REDACTED filed by All Defendants. (Freimuth, Matthew) (Entered: 10/21/2011) | 10/21/2011 |
| 1538 | MEMORANDUM in Support of Class Plaintiffs' Motion for Summary Judgment (REDACTED / PUBLIC VERSION) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 10/21/2011) | 10/21/2011 |
| 1539 | REPLY in Support / Class Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment (REDACTED) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 10/21/2011) | 10/21/2011 |
| 1540 | MEMORANDUM in Opposition Revised Public Version of Individual Plaintiffs' Response in Opposition to Defendants' Motions for Summary Judgment filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Almon, James) (Entered: 10/21/2011) | 10/21/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1541 | RULE 56.1 STATEMENT Public Version of Individual Plaintiffs' Rule 56.1 Counter-Statement of Facts filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Almon, James) (Entered: 10/21/2011) | 10/21/2011 |
| 1542 | RULE 56.1 STATEMENT / Class Plaintiffs' Reply Statement of Facts in Response to Defendants' Counterstatement in Opposition to Class Plaintiffs' Undisputed Statement of Facts (REDACTED) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 10/21/2011) | 10/21/2011 |
| 1543 | RULE 56.1 STATEMENT / Class Plaintiffs' Statement of Undisputed Facts Pursuant to Local Rule 56.1 (updated March 9, 2011) (REDACTED) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 10/21/2011) | 10/21/2011 |
| 1544 | REPLY in Support Revised Public Version of Individual Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Partial Summary Judgment filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Almon, James) (Entered: 10/21/2011) | 10/21/2011 |
| 1545 | RULE 56.1 STATEMENT / Class Plaintiffs' COUNTERSTATEMENT of Facts in Response to Defendants' Rule 56.1 Statement of Facts (REDACTED) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 10/21/2011) | 10/21/2011 |
| 1546 | RULE 56.1 STATEMENT Public Version of Individual Plaintiffs' Rule 56.1 Reply Statement of Facts filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Almon, James) (Entered: 10/21/2011) | 10/21/2011 |
| 1547 | NOTICE by Bank Of America, N.A., Bank of America Corporation, Barclays Financial Corp., Capital One Bank, Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendants in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendants in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendants in civil action 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendants in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendants in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendants in civil action BKS. v. Visa U.S.A., Inc. et al 09-cv-2264-JG-JO, Defendants in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO, Defendants in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendants in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendants in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendants in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendants in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendants in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendants in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendants in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendants in civil action Gulfside Casino Partnership. v. Visa U.S.A., Inc. et al 09-cv-03225 JG-JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendants in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendants in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendants in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendants in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendants in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendants in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendants in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendants in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendants in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendants in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendants in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendants in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendants in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendants in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendants in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendants in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendants in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendants in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Defendants in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Fifth Third Bancorp, First National Bank of Omaha, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc, JP Morgan Chase & Co., Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Texas Independent Bancshares, Inc., Visa International Service Association, Visa U.S.A. Inc., Wachovia Bank, NA., Wachovia Corporation, Washington Mutual, Inc., Wells Fargo & Company Defendants' Reply to Class and Individual Plaintiffs' Counterstatement of Facts in Response to Defendants' Rule 56.1 Statement of Facts REDACTED (Freimuth, Matthew) (Entered: 10/21/2011) | 10/21/2011 |
| 1548 | MEMORANDUM in Opposition \ Defendants' Memorandum of Law in Opposition to Class Plaintiffs' Motion for Summary Judgment REDACTED filed by All Defendants. (Freimuth, Matthew) (Entered: 10/21/2011) | 10/21/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1549 | MEMORANDUM in Support Network Defendants' Memorandum in Support of the Motion for Summary Judgment Against the Claims in the Individual Plaintiffs' Complaints REDACTED filed by Defendants filed by Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 10/21/2011) | 10/21/2011 |
| 1550 | NOTICE by Bank Of America, N.A., Bank of America Corporation, Barclays Financial Corp., Capital One Bank, Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, Defendants iin civil action National Grocers association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendants in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendants in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendants in civil action 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendants in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendants in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv- 5883 JG-JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendants in civil action BKS. v. Visa U.S.A., Inc. et al 09- cv-2264-JG-JO, Defendants in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendants in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO, Defendants in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendants in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendants in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendants in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendants in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv- 5866, Defendants in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendants in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendants in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendants in civil action Gulfside Casino Partnership. v. Visa U.S.A., Inc. et al 09-cv-03225 JG-JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendants in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendants in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendants in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendants in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendants in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendants in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendants in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A. Inc. 05-cv-5882 JG-JO, Defendants in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05- cv-4131 JG-JO, Defendants in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendants in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendants in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendants in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendants in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendants in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendants in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendants in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendants in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendants in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendants in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Defendants in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated a 05-cv-5153 JG -JO, Fifth Third Bancorp, First National Bank of Omaha, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc, JP Morgan Chase & Co., Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Texas Independent Bancshares, Inc., Visa International Service Association, Visa U.S.A. Inc., Wachovia Bank, NA., Wachovia Corporation, Washington Mutual, Inc., Wells Fargo & Company Defendants' Counter-Statement in Opposition to Class Plaintiffs' Statement of Undisputed Facts, Pursuant to Local Rule 56.1 (b) REDACTED (Freimuth, Matthew) (Entered: 10/21/2011) | 10/21/2011 |
| 1551 | MEMORANDUM in Opposition Network Defendants' Memorandum in Opposition to the Individual Plaintiffs' Motion for Summary Judgment REDACTED filed by Defendants filed by Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 10/21/2011) | 10/21/2011 |
| 1552 | REPLY in Support Network Defendants' Reply Memorandum in Support of the Motion for Summary Judgment Against the Claims in the Individual Plaintiffs' Complaints REDACTED filed by Defendants filed by Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 10/21/2011) | 10/21/2011 |
| 1553 | MEMORANDUM in Support of Defendants' Motion for Summary Judgment on Class Plaintiffs' IPO, Post-IPO Conspiracy, and Fraudulent Conveyance Claims, and Individual Plaintiffs' Post-IPO Conspiracy Claims REDACTED filed by Defendants filed by Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 10/21/2011) | 10/21/2011 |
| 1554 | REPLY in Support Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment on Class Plaintiffs' IPO, Post-IPO Conspiracy, and Fraudulent Conveyance Claims, and Individual Plaintiffs' Post-IPO Conspiracy Claims REDACTED filed by Defendants filed by Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 10/21/2011) | 10/21/2011 |
| 1555 | RULE 56.1 STATEMENT Defendants' Statement of Material Facts as to Which There is No Genuine Issue to be Tried REDACTED filed by Defendants filed by Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 10/21/2011) | 10/21/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1556 | RULE 56.1 STATEMENT Network Defendants' Counter-Statement In Opposition to Individual Plaintiffs' Statement of Undisputed Facts, Pursuant to Local Rule 56.1(b) REDACTED filed by Defendants filed by Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 10/21/2011) | 10/21/2011 |
| 1557 | Letter to The Honorable Judge John Gleeson and The Honorable Magistrate Judge James Orenstein regarding the organization of oral arguments by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/26/2011) | 10/26/2011 |
|  | ORDER re 1557 Letter -- Ordered by Magistrate Judge James Orenstein on 10/27/2011. Judge Gleeson and I accept the parties' recommendations. We will hear argument on the summary judgment motions in the morning session and on the Daubert motions in the afternoon session. (Konkoly, Antonia) (Entered: 10/27/2011) | 10/27/2011 |
| 1558 | Letter to Court from Class Plaintiffs re Addtl Authority in Opp to Ds Motion for Summary Jdgmt as to the Claims in the Second Consolidated Amended Class Action Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment - Addtl Authority - Fourth Circuit Opinion - Capital One Fin Corp v Commissioner) (Davidoff, Merrill) (Entered: 10/28/2011) | 10/28/2011 |
| 1559 | Letter to The Honorable Judge John Gleeson and The Honorable Magistrate Judge James Orenstein regarding the organization of oral arguments by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/28/2011) | 10/28/2011 |
| 1560 | Minute Entry for proceedings held before Judge John Gleeson: Case called. (Please see second page for the list of attorney appearances.) Oral Argument held on 11/2/2011 re (1495 in 1:05-md-01720-JG-JO) MOTION for Summary Judgment filed by Visa International Service Association, Bank of America Corporation, National City Bank of Kentucky, Visa U.S.A. Inc., Wachovia Bank, NA., National City Corporation, Mastercard International Incorporated, JP Morgan Chase & Co., Chase Paymentech Solutions, LLC, HSBC Finance Corporation, Capital One Financial Corp, Capital One Bank, Chase Bank USA, N.A., Capital One F S B, Wells Fargo & Company, Texas Independent Bancshares, Inc., Citigroup Inc, Mastercard Incorporated, Citicorp, Fifth Third Bancorp, First National Bank of Omaha, Barclays Financial Corp., Bank Of America, N.A., Citibank N A, Wachovia Corporation, HSBC North America Holdings, Inc, (1494 in 1:05-md-01720-JG-JO) MOTION for Summary Judgment PUBLIC REDACTED VERSION OF: Class Plaintiffs Notice of Motion for Summary Judgment filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, (1484 in 1:05-md-01720-JG-JO) MOTION for Partial Summary Judgment filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, (1477 in 1:05-md-01720-JG-JO, 1477 in 1:05-md-01720-JG-JO) MOTION for Partial Summary Judgment, (1478 in 1:05-md-01720-JG-JO, 1478 in 1:05-md-01720-JG-JO) MOTION for Summary Judgment, (1503 in 1:05-md-01720-JG-JO, 1503 in 1:05-md-01720-JG-JO) MOTION for Summary Judgment. The motions were argued in both sides and the Court's decision is reserved, to be filed via ECF separately. Associated Cases: 1:05-md-01720-JG-JO et al. (Lee, Ilene)(Court Reporter Ronald Tolkin.)--As per court reporter's request, all transcript requests should be forwarded to Ronald E. Tolkin at (718) 613-2647 or via e-mail at: Ronald_Tolkin@NYED.USCOURTS.gov (Entered: 11/02/2011) | 11/02/2011 |
| 1561 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Motion Hearing held on 11/2/2011. I heard oral argument on the Daubert motions as to Dr. Alan Frankel, docket entry ("DE") 1508 ; Dr. Christopher Velluro, DE 1500 ; and Prof. Kevin Murphy, DE 1504 . I further took the remaining Daubert motions on submission, and reserved making recommendations as to each. (Court Reporter Holly Driscoll.) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 11/07/2011) | 11/02/2011 |
| 1562 | MOTION for Leave to Electronically File Document under Seal Exhibits used in oral argument in support of Class Plaintiffs' and Individual Plaintiffs' Motion to Exclude the Testimony of Kevin M. Murphy by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 11/07/2011) | 11/07/2011 |
|  | ORDER granting 1562 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 11/7/2011. (Orenstein, James) (Entered: 11/07/2011) | 11/07/2011 |
| 1563 | Letter to the Honorable Judge Orenstein from J. Goldberg by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/08/2011) | 11/08/2011 |
| 1564 | MOTION for Leave to Electronically File Document under Seal Exhibits in Support of Class Plaintiffs' Arguments Supporting Motion for Summary Judgment by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit) (Marth, Ryan) (Entered: 11/08/2011) | 11/08/2011 |
| 1565 | MOTION for Leave to Electronically File Document under Seal Exhibits for Class Plaintiffs' Argument in Opposition to Defendants' Motion for Summary Judgment presented at Oral Argument: November 2, 2011 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 11/08/2011) | 11/08/2011 |
|  | ORDER granting 1564 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 11/8/2011. (Orenstein, James) (Entered: 11/08/2011) | 11/08/2011 |
|  | ORDER granting 1565 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 11/8/2011. (Orenstein, James) (Entered: 11/08/2011) | 11/08/2011 |
| 1569 | Letter to The Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/11/2011) | 11/11/2011 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1571 | Letter to the Honorable James Orenstein by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 11/11/2011) | 11/11/2011 |
| 1573 | REDACTION to 1570 Sealed, UnRedacted Document,,,, (Redacted/Public Version) Exhibits in Support of Class Plaintiffs' Arguments supporting Motion for Summary Judgment by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22) (Marth, Ryan) (Entered: 11/23/2011) | 11/23/2011 |
| 1574 | REDACTION to 1566 Sealed, UnRedacted Document,,,, (Redacted/Public Version) Exhibits in Support of Class Plaintiffs' and Individual Plaintiffs' Arguments to Exclude the Testimony of Professor Kevin M. Murphy by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Marth, Ryan) (Entered: 11/23/2011) | 11/23/2011 |
| 1575 | Letter to Magistrate Judge Orenstein by Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO (Slater, Paul) (Entered: 11/23/2011) | 11/23/2011 |
| | Minute Entry for proceedings held before Judge John Gleeson and Judge James Orenstein:Settlement Conference held on 12/2/2011, 12/3/2011, In Chambers Conference held on 12/2/2011, 12/3/2011. Court Reporter for Judge Gleeson on 12/2/11 was VICTORIA BUTLER. With the permission of the parties, the Court engaged in settlement discussions, including ex parte discussions. (Gonen, Daniel) (Entered: 12/16/2011) | 12/16/2011 |
| | Minute Entry for proceedings held before Judge John Gleeson and Judge James Orenstein:Settlement Conference held on 12/15/2011, In Chambers Conference held on 12/15/2011. With the permission of the parties without the presence of a court reporter, the Court held settlement discussions, including ex parte discussions. (Gonen, Daniel) (Entered: 12/16/2011) | 12/16/2011 |
| 1576 | MOTION to Withdraw as Attorney by Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO. (Attachments: # 1 Proposed Order) (Shadowen, Steve) (Entered: 01/09/2012) | 01/09/2012 |
| | ORDER granting 1576 Motion to Withdraw as Attorney. Attorney Steve D. Shadowen terminated. Ordered by Magistrate Judge James Orenstein on 1/9/2012. (Konkoly, Antonia) (Entered: 01/09/2012) | 01/09/2012 |
| 1577 | Letter dated January 20, 2012 from James Almon containing 3 Discs. Discs placed in vault. (Marziliano, August) (Entered: 01/31/2012) | 01/31/2012 |
| 1578 | Letter dated 1/20/2012 from Ryan W. Marth containing 1 Disc. Disc placed in vault. (Marziliano, August) (Entered: 01/31/2012) | 01/31/2012 |
| | STATUS REPORT ORDER: A continuation of the December 2011 settlement conference occurred on February 10, 2012. Pursuant to the discussions at that conference, a status report shall be filed on or before Tuesday, February 21, 2012 (under seal if necessary). Ordered by Judge John Gleeson on 2/13/2012. (Gonen, Daniel) (Entered: 02/13/2012) | 02/13/2012 |
| 1828 | Letter dated 2/21/13 from Business Filings Incorporated to Alexandra Bernay, advising that Business Filings Incorporated has filed a resignation of agent with the State of DE on 9/4/12 and service can no longer be taken for this entity. (Piper, Francine) (Entered: 03/05/2013) | 02/25/2013 |
| 1582 | MOTION to Withdraw as Attorney [Ronald A. Bloch] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 06/08/2012) | 06/08/2012 |
| | ORDER granting 1582 Motion to Withdraw as Attorney. Attorney Ronald A. Bloch terminated. Ordered by Magistrate Judge James Orenstein on 6/8/2012. (Rambaud, Dennis) (Entered: 06/08/2012) | 06/08/2012 |
| 1583 | SEALED ORDER: This order shall remain under seal until further order of the court. Ordered by Magistrate Judge James Orenstein on 6/25/2012. (Guy, Alicia) (Entered: 06/25/2012) | 06/25/2012 |
| | Minute Entry for proceedings held before Judge John Gleeson and Judge James Orenstein: Settlement Conference held on 6/20/2012, 6/21/2012, In Chambers Conference held on 6/20/2012, 6/21/2012. With the permission of the parties, the Court engaged in settlement discussions, including ex parte discussions. (Gonen, Daniel) (Entered: 06/26/2012) | 06/26/2012 |
| 1584 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (aty to be noticed) (Shinder, Jeffrey) (Entered: 07/12/2012) | 07/12/2012 |
| 1585 | NOTICE of Appearance by Kerin E. Coughlin on behalf of Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (aty to be noticed) (Coughlin, Kerin) (Entered: 07/12/2012) | 07/12/2012 |
| 1586 | NOTICE of Appearance by William J. Perlstein on behalf of HSBC Finance Corporation, HSBC North America Holdings, Inc., HSBC North America Holdings, Inc, HSBC Bank USA, N.A. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Perlstein, William) (Entered: 07/12/2012) | 07/12/2012 |
| 1587 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Notice of Filing of Memorandum of Understanding (Powell, Wesley) (Entered: 07/13/2012) | 07/13/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1588 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Memorandum of Understanding Filed on Behalf of Class Plaintiffs and All Defendants (Attachments: # 1 Exhibit 1) (Powell, Wesley) (Entered: 07/13/2012) | 07/13/2012 |
| 1589 | MOTION to Withdraw as Attorney Christopher R. Lipsett by HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc. (Lange, Perry) (Entered: 07/13/2012) | 07/13/2012 |
| | ORDER granting 1589 Motion to Withdraw as Attorney. Attorney Christopher R. Lipsett terminated. Ordered by Magistrate Judge James Orenstein on 7/16/2012. (Konkoly, Antonia) (Entered: 07/16/2012) | 07/16/2012 |
| | ORDER: In light of the Memorandum of Understanding pursuant to which the parties anticipate settling the cases in this multi-district litigation, see docket entry 1588 , all pending motions for relief (including motions concerning discovery, class certification, dismissal, summary judgment, and the preclusion of expert opinion testimony) are deemed withdrawn without prejudice to reinstatement if the settlement is not consummated. Ordered by Magistrate Judge James Orenstein on 7/17/2012. (Guy, Alicia) (Entered: 07/17/2012) | 07/17/2012 |
| 1590 | MOTION to Withdraw as Attorney for National Association of Convenience Stores by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 07/19/2012) | 07/19/2012 |
| | ORDER re 1590 MOTION to Withdraw as Attorney for National Association of Convenience Stores -- The National Association of Convenience Stores shall respond to the motion, through its new counsel, by July 24, 2012. Ordered by Magistrate Judge James Orenstein on 7/19/2012. (Konkoly, Antonia) (Entered: 07/19/2012) | 07/19/2012 |
| | ORDER re 1590 MOTION to Withdraw as Attorney for National Association of Convenience Stores filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation: The motion is respectfully referred to Judge Orenstein. Ordered by Judge John Gleeson on 7/23/2012. (Gonen, Daniel) (Entered: 07/23/2012) | 07/23/2012 |
| 1591 | RESPONSE to Motion re 1590 MOTION to Withdraw as Attorney for National Association of Convenience Stores filed by Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Coughlin, Kerin) (Entered: 07/24/2012) | 07/24/2012 |
| | ORDER granting 1590 Motion to Withdraw as Attorney -- The motion to withdraw is granted, without prejudice to the right of plaintiff NACS to seek such relief as it deems appropriate if and when an actual dispute with its former counsel arises. I deny as unripe for review the request by plaintiff NACS for an order requiring its former counsel to "treat NACS as a Class Representative[.]" Docket Entry 1591 at 7. Inote that the court has not yet certified any class in this action or determined that any specific party is an adequate class representative. Moreover, I assume that former counsel for plaintiff NACS will comply with all of their legal and ethical obligations in their interactions with a former client that continues to be one of several named plaintiffs in this putative class action. Ordered by Magistrate Judge James Orenstein on 7/25/2012. (Konkoly, Antonia) (Entered: 07/25/2012) | 07/25/2012 |
| 1592 | NOTICE of Change by David Sapir Lesser (Lesser, David) (Entered: 07/26/2012) | 07/26/2012 |
| 1593 | Letter to Magistrate Judge Orenstein re Status Conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/26/2012) | 07/26/2012 |
| | ORDER re 1593 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion is denied without prejudice to renewal once counsel has solicited the views of plaintiff NACS. Ordered by Magistrate Judge James Orenstein on 7/26/2012. (Konkoly, Antonia) (Entered: 07/26/2012) | 07/26/2012 |
| 1594 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (aty to be noticed) (Shinder, Jeffrey) (Entered: 07/27/2012) | 07/27/2012 |
| 1595 | NOTICE of Appearance by Kerin E. Coughlin on behalf of Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (aty to be noticed) (Coughlin, Kerin) (Entered: 07/27/2012) | 07/27/2012 |
| 1596 | Letter to Magistrate Judge Orenstein re Status Conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/27/2012) | 07/27/2012 |
| 1597 | MOTION to Withdraw as Attorney for National Grocers Association by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 07/27/2012) | 07/27/2012 |
| | SCHEDULING ORDER: re 1596 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted on consent; the status conference previously scheduled for August 1, 2012, is rescheduled for August 9, 2012, at 10:00 a.m. Ordered by Magistrate Judge James Orenstein on 7/27/2012. (Konkoly, Antonia) (Entered: 07/27/2012) | 07/27/2012 |
| 1598 | NOTICE of Appearance by Jason S. Hartley on behalf of Plaintiffs in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO (notification declined or already on case) (Hartley, Jason) (Entered: 07/30/2012) | 07/30/2012 |
| | ORDER granting 1597 Motion to Withdraw as Attorney -- The motion is granted on consent. Ordered by Magistrate Judge James Orenstein on 7/30/2012. (Konkoly, Antonia) (Entered: 07/30/2012) | 07/30/2012 |
| 1599 | MOTION to Withdraw as Attorney by Norman Kee. Patterson Belknap Webb & Tyler LLP will remain as Attorneys for Defendants by Wachovia Bank, NA., Wachovia Corporation, Wells Fargo & Company. (Attachments: # 1 Certificate of Service) (Kee, Norman) (Entered: 07/31/2012) | 07/31/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1600 | NOTICE of Appearance by Vivian Ruth Mills Storm on behalf of Wachovia Bank, NA., Wachovia Corporation, Wells Fargo & Company (aty to be noticed) (Storm, Vivian) (Entered: 07/31/2012) | 07/31/2012 |
| | ORDER granting 1599 Motion to Withdraw as Attorney. Attorney Norman W. Kee terminated. Ordered by Magistrate Judge James Orenstein on 7/31/2012. (Konkoly, Antonia) (Entered: 07/31/2012) | 07/31/2012 |
| 1601 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of National Community Pharmacists Association (aty to be noticed) (Shinder, Jeffrey) (Entered: 08/01/2012) | 08/01/2012 |
| 1602 | NOTICE of Appearance by Kerin E. Coughlin on behalf of National Community Pharmacists Association (aty to be noticed) (Coughlin, Kerin) (Entered: 08/01/2012) | 08/01/2012 |
| 1603 | MOTION to Withdraw as Attorney for National Community Pharmacists Association by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 08/02/2012) | 08/02/2012 |
| | ORDER granting 1603 Motion to Withdraw as Attorney -- The motion is granted on consent. Ordered by Magistrate Judge James Orenstein on 8/2/2012. (Konkoly, Antonia) (Entered: 08/02/2012) | 08/02/2012 |
| 1604 | NOTICE of Appearance by Kerin E. Coughlin on behalf of National Cooperative Grocers Association (aty to be noticed) (Coughlin, Kerin) (Entered: 08/06/2012) | 08/06/2012 |
| 1605 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of National Cooperative Grocers Association (aty to be noticed) (Shinder, Jeffrey) (Entered: 08/06/2012) | 08/06/2012 |
| 1606 | MOTION to Withdraw as Attorney for National Cooperative Grocers Association by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 08/06/2012) | 08/06/2012 |
| 1607 | Letter to the Hon James Orenstein dated August 7 2012 from Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Montague, H.) (Entered: 08/07/2012) | 08/07/2012 |
| | ORDER granting 1606 Motion to Withdraw as Attorney -- The motion is granted on consent. Ordered by Magistrate Judge James Orenstein on 8/7/2012. (Konkoly, Antonia) (Entered: 08/07/2012) | 08/07/2012 |
| 1608 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on November 2, 2011, before Judge J. Orenstein. Court Reporter/Transcriber H. Driscoll, Telephone number (718)613-2274. Email address: hdrisc@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/29/2012. Redacted Transcript Deadline set for 9/10/2012. Release of Transcript Restriction set for 11/6/2012. (Driscoll, Holly) (Entered: 08/08/2012) | 08/08/2012 |
| 1609 | MOTION to Seal Document 1607 Sealed,, Letter, by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 08/08/2012) | 08/08/2012 |
| 1610 | MOTION for Leave to Electronically File Document under Seal by Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 Exhibit 1. NACS Response to 8/7/12 Letter from Class Counsel) (Coughlin, Kerin) (Entered: 08/08/2012) | 08/08/2012 |
| 1611 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 8/9/2012. APPEARANCES: See attachment. SCHEDULING: The next status conference will be held on August 22, 2012, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1) The parties will confer as to a briefing schedule for the anticipated motion for preliminary approval of the proposed settlement, as well as a schedule for briefing any other motions for relief. 2) The parties will confer and submit redacted versions of the letters filed under seal on August 7 and 8, 2012, docket entries 1607 and 1610. Pending such redaction, the motions to file the original letters under seal are granted.3) I respectfully request the parties to submit a joint status report in advance of the next conference. As part of the submission, I request that the parties propose dates for further conferences. At the parties' request, the conference previously scheduled for September 5, 2012, is cancelled. (Court Reporter Marsha Diamond.) (Attachments: # 1 appearances) (Guy, Alicia) (Entered: 08/09/2012) | 08/09/2012 |
| | ORDER granting 1609 Motion to Seal Document ; granting 1610 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov... Ordered by Magistrate Judge James Orenstein on 8/9/2012. (Guy, Alicia) (Entered: 08/09/2012) | 08/09/2012 |
| | ORDER UNSEALING DOCUMENT: It is Ordered that docket entry 1583 be unsealed. Ordered by Magistrate Judge James Orenstein on 8/9/2012. (Guy, Alicia) (Entered: 08/09/2012) | 08/09/2012 |
| 1612 | MOTION to Withdraw Motion to Have Edwards Wildman Palmer LLP Removed From the List of Defense Counsel by Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Sullivan, Patricia) (Entered: 08/10/2012) | 08/10/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 1612 Motion to Withdraw. I congratulate Ms. Sullivan on her impending appointment and look forward to having her as a colleague, and I wish both counsel the best of luck in their future positions. Ordered by Magistrate Judge James Orenstein on 8/10/2012. (Guy, Alicia) (Entered: 08/10/2012) | 08/10/2012 |
| 1613 | Letter dated Aug 13 2012 to Judge Orenstein from Class Plaintiffs attaching Unredacted Aug 7 2012 Ltr to Court per Minute Order at Docket #1611 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 UNREDACTED Aug 7 2012 Ltr to Court from Class Plaintiffs) (Davidoff, Merrill) (Entered: 08/13/2012) | 08/13/2012 |
| 1614 | Letter NACS 08/08/12 letter with Exhibits A-D by Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Coughlin, Kerin) (Entered: 08/13/2012) | 08/13/2012 |
| 1615 | Letter NACS Redacted 08/08/12 (Dkt No. 1614) letter with Exhibits A-D by Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Coughlin, Kerin) (Entered: 08/13/2012) | 08/13/2012 |
| | ORDER RESTRICTING ACCESS: This document re 1614 Letter filed by Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO was mistakenly filed without redaction of certain information. Accordingly, the Clerk of Court is directed to restrict access to this document. Ordered by Judge John Gleeson on 8/13/2012. (Gonen, Daniel) (Entered: 08/13/2012) | 08/13/2012 |
| 1616 | STATUS REPORT Joint Status Conference Report by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B, # 3 Exhibit Attachment C, # 4 Exhibit Attachment D, # 5 Exhibit Attachment E) (Sweeney, Bonny) (Entered: 08/21/2012) | 08/21/2012 |
| 1617 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 8/22/2012. SCHEDULING: The next status conference will be held on September 11, 2012, at 1:00 p.m. A further status conference will be held on September 27, 2012, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: After discussing scheduling with the parties, I ordered that any objection to preliminary approval of the proposed settlement be submitted no later than 30 days after the filing of the motion for preliminary approval. The parties will confer as to a briefing schedule with respect to any information-sharing dispute that they are unable to resolve on consent. To the extent the parties wish to be heard on any such dispute at a scheduled status conference, all letter-briefs on the motion must be submitted no less than 48 hours before the conference. (Court Reporter: Charisse Kitt, tel # 718-613-2606) (Attachments: # 1 Appearances) (Konkoly, Antonia) Modified on 9/6/2012 (Hong, Loan). (Entered: 08/22/2012) | 08/22/2012 |
| 1618 | STATUS REPORT (Joint) by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Almon, James) (Entered: 09/10/2012) | 09/10/2012 |
| 1620 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 8/22/2012, before Judge Magistrate James Orenstein. Court Reporter/Transcriber Charisse Kitt. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/1/2012. Redacted Transcript Deadline set for 10/11/2012. Release of Transcript Restriction set for 12/10/2012. (Guy, Alicia) (Entered: 09/13/2012) | 09/10/2012 |
| 1619 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 9/11/2012. SCHEDULING: The next status conference will be held on September 27, 2012, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: I denied as unripe for review the request by Mr. Shinder, made as part of his portion of the joint status report, see docket entry 1618 at 8, and clarified orally in court, for an order compelling his clients' former counsel to disclose unspecified documents. The ruling was without prejudice to the right of Mr. Shinder's clients to renew their motion in accord with the procedures set forth in the minute order dated August 22, 2012, docket entry 1617 ("The parties will confer as to a briefing schedule with respect to any information-sharing dispute that they are unable to resolve on consent. To the extent the parties wish to be heard on any such dispute at a scheduled status conference, all letter-briefs on the motion must be submitted no less than 48 hours before the conference."). (Attachments: # 1 Appearances) (Tarpey, Clare) (Main Document 1619 replaced on 9/12/2012) (Guy, Alicia). Modified on 9/12/2012 (Guy, Alicia). (Entered: 09/11/2012) | 09/11/2012 |
| 1621 | Letter Motion regarding access to record. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Shinder, Jeffrey) (Entered: 09/19/2012) | 09/19/2012 |
| 1622 | Letter Letter to The Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/20/2012) | 09/20/2012 |
| 1623 | Letter in Response to Docket No. 1621 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Coughlin, Patrick) (Entered: 09/24/2012) | 09/24/2012 |
| 1624 | Letter to Judge Orenstein regarding Objecting Plaintiffs' letter of September 19, 2012 by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A. Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (Arnold, Richard) (Entered: 09/24/2012) | 09/24/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1625 | Letter dated 9/17/12 from Sam Zeer to Judge Gleeson, requesting information on how to join this action. (Piper, Francine) (Entered: 09/25/2012) | 09/25/2012 |
| 1626 | Letter dated 9/21/12 from John Gleeson to Sam Zeer, in response to the 9/17/12 letter requesting information on how to join the case. (Piper, Francine) (Entered: 09/25/2012) | 09/25/2012 |
| 1627 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on November 2, 2011, before Judge Gleeson. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647. Email address: ronald_tolkin@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/16/2012. Redacted Transcript Deadline set for 10/26/2012. Release of Transcript Restriction set for 12/24/2012. (Tolkin, Ronald) (Entered: 09/25/2012) | 09/25/2012 |
| 1628 | STATUS REPORT Joint Case Status Report and Proposed Agenda for Case Management Conference on September 27, 2012 Filed on Behalf of All Parties by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 09/25/2012) | 09/25/2012 |
| 1629 | Letter From Objecting Plaintiffs in Opposition to Visas 9/21/12 Motion for Protective Order by National Community Pharmacists Association, National Cooperative Grocers Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG-JO (Shinder, Jeffrey) (Entered: 09/25/2012) | 09/25/2012 |
| 1630 | MOTION to Seal Document 1629 Letter, Exhibit 1 to Objecting Plaintiffs Opposition to Visas 9/21/12 Motion for Protective Order by National Community Pharmacists Association, National Cooperative Grocers Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. (Attachments: # 1 Exhibit) (Shinder, Jeffrey) (Entered: 09/25/2012) | 09/25/2012 |
| 1631 | NOTICE of Change of Address of Firm by David P. Germaine (Germaine, David) (Entered: 09/25/2012) | 09/25/2012 |
|  | ORDER re 1630 MOTION to Seal Document 1629 Letter, Exhibit 1 to Objecting Plaintiffs Opposition to Visas 9/21/12 Motion for Protective Order filed by Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, National Cooperative Grocers Association, National Community Pharmacists Association -- Counsel for Objecting Plaintiffs is directed to submit a letter explaining what information contained in the exhibit is confidential and why it is appropriate to maintain it under seal. The letter may be submitted under seal pending resolution of Docket Entry 1630. Ordered by Magistrate Judge James Orenstein on 9/25/2012. (Tarpey, Clare) (Entered: 09/25/2012) | 09/25/2012 |
| 1632 | Letter From Objecting Plaintiffs pursuant to 9/25/12 Order re: Docket Entry No. 1630 Motion to Seal Document by National Community Pharmacists Association, National Cooperative Grocers Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Shinder, Jeffrey) (Entered: 09/27/2012) | 09/27/2012 |
| 1633 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 9/27/2012. SCHEDULING: The next status conference will be held on October 17, 2012, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1) I resolved a dispute with respect to the briefing schedule: specifically, I directed the settling parties to submit a reply to the objecting plaintiffs' response to the motion for preliminary approval no later than 30 days after the response is filed. 2) I denied the objecting plaintiffs' motion to file a document under seal, and directed their counsel to file the motion on the public docket. 3) Defendant Visa agreed that its motion for a protective order is premature or moot; I therefore deem it withdrawn, without prejudice to seeking appropriate relief with respect to the objecting plaintiffs' counsel's request for access to certain sealed materials if and when the matter ripens into a live dispute. 4) With respect to the objecting plaintiffs' motion to compel the class plaintiffs' counsel to produce to them the entire record in this case, co-lead class counsel stated that they do not seek a retaining lien and will not seek to withhold any files on the basis of a charging lien. The parties will continue to negotiate their dispute, and I will hold the motion to compel in abeyance pending the parties' further report on the matter.(Court Reporter Allan Sherman (718) 613-2529.) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 09/27/2012) | 09/27/2012 |
| 1634 | DECLARATION re 1629 Letter, by National Community Pharmacists Association, National Cooperative Grocers Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Shinder, Jeffrey) (Entered: 09/28/2012) | 09/28/2012 |
|  | ORDER denying 1630 Motion to Seal Document -- see docket entry 1633 . Ordered by Magistrate Judge James Orenstein on 9/28/2012. (Orenstein, James) (Entered: 09/28/2012) | 09/28/2012 |
| 1635 | Letter from Richard McAllister to Judge Gleeson, requesting that the court reject the proposed settlement agreement. (Piper, Francine) (Entered: 10/09/2012) | 10/09/2012 |
| 1636 | MOTION to Withdraw as Attorney for D'Agostino Supermarkets, Inc. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/12/2012) | 10/12/2012 |
| 1637 | MOTION to Withdraw as Attorney for Jetro Holdings, Inc. and Jetro Cash & Carry Enterprises, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/12/2012) | 10/12/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1638 | MOTION to Withdraw as Attorney for Affiliated Foods Midwest by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/12/2012) | 10/12/2012 |
| 1639 | MOTION to Withdraw as Attorney for Coborn's, Inc. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/12/2012) | 10/12/2012 |
| 1640 | MOTION to Withdraw as Attorney for NATSO, Inc. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/12/2012) | 10/12/2012 |
| 1641 | NOTICE of Appearance by Kerin E. Coughlin on behalf of Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (aty to be noticed) (Coughlin, Kerin) (Entered: 10/15/2012) | 10/15/2012 |
| 1642 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (aty to be noticed) (Shinder, Jeffrey) (Entered: 10/15/2012) | 10/15/2012 |
| 1643 | Letter to Magistrate Judge Orenstein re: October 17, 2012 Status Conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Coughlin, Patrick) (Entered: 10/15/2012) | 10/15/2012 |
| | ORDER granting 1636 Motion to Withdraw as Attorney. ; granting 1637 Motion to Withdraw as Attorney. ; granting 1638 Motion to Withdraw as Attorney. ; granting 1639 Motion to Withdraw as Attorney. ; granting 1640 Motion to Withdraw as Attorney -- The applications are granted; attorneys K. Craig Wildfang, Thomas J. Undlin, Ryan W. Marth, H. Laddie Montague, Jr., Merrill G. Davidoff, Bart D. Cohen, Michael J. Kane, Patrick J. Coughlin, Bonny E. Sweeney, David W. Mitchell, and Alexandra S. Bernay are terminated from representation of D'Agostino Supermarkets, Inc., Jetro Holdings, Inc., Jetro Cash & Carry Enterprises, LLC, Affiliated Foods Midwest, Coborn's, Inc., and NATSO, Inc. Substitute counsel are required to enter a notice of appearance by October 22, 2012. Current counsel of record are required to provide a copy of this order to each client. Ordered by Magistrate Judge James Orenstein on 10/15/2012. (Tarpey, Clare) (Entered: 10/15/2012) | 10/15/2012 |
| | ORDER re 1643 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Any party that wishes to proceed with the conference previously scheduled for October 17, 2012, should submit a letter to that effect, with a statement of the issues the submitting party wishes to discuss, by 12:00 noon on October 16, 2012. If I receive no further submissions by that time, I will cancel the conference. Ordered by Magistrate Judge James Orenstein on 10/15/2012. (Tarpey, Clare) (Entered: 10/15/2012) | 10/15/2012 |
| 1644 | MOTION to Withdraw as Attorney for National Restaurant Association by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/16/2012) | 10/16/2012 |
| | SCHEDULING ORDER: The status conference previously scheduled for October 17, 2012 is cancelled. Ordered by Magistrate Judge James Orenstein on 10/16/2012. (Tarpey, Clare) (Entered: 10/16/2012) | 10/16/2012 |
| | ORDER granting 1644 Motion to Withdraw as Attorney -- The application is granted; attorneys K. Craig Wildfang, Thomas J. Undlin, Ryan W. Marth, Merrill G. Davidoff, Bart D. Cohen, Michael J. Kane, Patrick J. Coughlin, Bonny E. Sweeney, David W. Mitchell, and Alexandra S. Bernay are terminated from representation of National Restaurant Association. Substitute counsel are required to enter a notice of appearance by October 23, 2012. Current counsel of record are required to provide a copy of this order to the client. Ordered by Magistrate Judge James Orenstein on 10/16/2012. (Tarpey, Clare) (Entered: 10/16/2012) | 10/16/2012 |
| 1645 | STIPULATION For Leave to Amend by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit Visa Second Amended Complaint, # 2 Exhibit MasterCard Second Amended Complaint, # 3 Exhibit Proposed Order) (Blechman, William) (Entered: 10/18/2012) | 10/18/2012 |
| 1646 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Coborn's Incorporated (aty to be noticed) (Shinder, Jeffrey) (Entered: 10/18/2012) | 10/18/2012 |
| 1647 | NOTICE of Appearance by Kerin E. Coughlin on behalf of Coborn's Incorporated (aty to be noticed) (Coughlin, Kerin) (Entered: 10/18/2012) | 10/18/2012 |
| 1648 | NOTICE of Appearance by Adam Owen Glist on behalf of Coborn's Incorporated (aty to be noticed) (Glist, Adam) (Entered: 10/18/2012) | 10/18/2012 |
| 1649 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of D'Agostino Supermarkets (aty to be noticed) (Shinder, Jeffrey) (Entered: 10/18/2012) | 10/18/2012 |
| 1650 | NOTICE of Appearance by Kerin E. Coughlin on behalf of D'Agostino Supermarkets (aty to be noticed) (Coughlin, Kerin) (Entered: 10/18/2012) | 10/18/2012 |
| 1651 | NOTICE of Appearance by Adam Owen Glist on behalf of D'Agostino Supermarkets (aty to be noticed) (Glist, Adam) (Entered: 10/18/2012) | 10/18/2012 |
| 1652 | NOTICE of Appearance by Jerrold S. Parker on behalf of A & D Wine Corp. (aty to be noticed) (Parker, Jerrold) (Entered: 10/18/2012) | 10/18/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1653 | NOTICE by A & D Wine Corp and other Objectors re 1652 Notice of Appearance RETAILERS & MERCHANTS' OBJECTION TO PROPOSED CLASS SETTLEMENT AGREEMENT (Parker, Jerrold) Modified on 10/19/2012 (Marziliano, August). (Entered: 10/18/2012) | 10/18/2012 |
| | ORDER re 1645 Stipulation, filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO -- So ordered. Ordered by Magistrate Judge James Orenstein on 10/18/2012. (Tarpey, Clare) (Entered: 10/18/2012) | 10/18/2012 |
| 1654 | AMENDED COMPLAINT (Second) against Visa International Service Association, Visa U.S.A. Inc., filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Blechman, William) (Entered: 10/19/2012) | 10/19/2012 |
| 1655 | AMENDED COMPLAINT (Second) against Mastercard Incorporated, Mastercard International Incorporated, filed by Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Blechman, William) (Entered: 10/19/2012) | 10/19/2012 |
| 1656 | MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Memorandum in Support) (Montague, H.) (Entered: 10/19/2012) | 10/19/2012 |
| 1657 | Letter by A & D Wine Corp and other Objectors (Attachments: # 1 Certificate of Service) Associated Cases: 1:05-md-01720-JG-JO et al. (Parker, Jerrold) (Entered: 10/22/2012) | 10/22/2012 |
| 1658 | NOTICE of Appearance by Kerin E. Coughlin on behalf of NATSO, Inc. (aty to be noticed) (Coughlin, Kerin) (Entered: 10/22/2012) | 10/22/2012 |
| 1659 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of NATSO, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 10/22/2012) | 10/22/2012 |
| 1660 | NOTICE of Appearance by Adam Owen Glist on behalf of NATSO, Inc. (aty to be noticed) (Glist, Adam) (Entered: 10/22/2012) | 10/22/2012 |
| 1661 | NOTICE of Appearance by Kerin E. Coughlin on behalf of National Restaurant Association (aty to be noticed) (Coughlin, Kerin) (Entered: 10/22/2012) | 10/22/2012 |
| 1662 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of National Restaurant Association (aty to be noticed) (Shinder, Jeffrey) (Entered: 10/22/2012) | 10/22/2012 |
| 1663 | NOTICE of Appearance by Adam Owen Glist on behalf of National Restaurant Association (aty to be noticed) (Glist, Adam) (Entered: 10/22/2012) | 10/22/2012 |
| 1664 | NOTICE of Appearance by Kerin E. Coughlin on behalf of Affiliated Foods Midwest (aty to be noticed) (Coughlin, Kerin) (Entered: 10/22/2012) | 10/22/2012 |
| 1665 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Affiliated Foods Midwest (aty to be noticed) (Shinder, Jeffrey) (Entered: 10/22/2012) | 10/22/2012 |
| 1666 | NOTICE of Appearance by Adam Owen Glist on behalf of Affiliated Foods Midwest (aty to be noticed) (Glist, Adam) (Entered: 10/22/2012) | 10/22/2012 |
| 1667 | Letter From Jeffrey I. Shinder to Judge Gleeson by Affiliated Foods Midwest, Coburn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Shinder, Jeffrey) (Entered: 10/23/2012) | 10/23/2012 |
| 1668 | ORDER denying 1657 and 1667 and setting the following schedule in regards to the motion for preliminary approval: objections to the preliminary approval must be filed, in writing, on or before October 31, 2012; oral argument is scheduled for November 9, 2012 at 11:30 in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 10/24/2012. (Merle, Natasha) (Entered: 10/24/2012) | 10/24/2012 |
| 1669 | Letter MOTION for Extension of Time to File Response/Reply as to 1668 Order, by Affiliated Foods Midwest, Coburn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO. (Coughlin, Kerin) (Entered: 10/29/2012) | 10/29/2012 |
| 1671 | NOTICE of Appearance by Deborah K. Brown on behalf of Home Depot U.S.A., Inc. (aty to be noticed) (Marziliano, August) (Entered: 11/02/2012) | 10/31/2012 |
| 1672 | NOTICE of Appearance by Steig David Olson on behalf of Home Depot U.S.A., Inc. (aty to be noticed) (Marziliano, August) (Entered: 11/02/2012) | 10/31/2012 |
| 1673 | NOTICE of Appearance by Stephen R. Neuwirth on behalf of Home Depot U.S.A., Inc. (aty to be noticed) (Marziliano, August) (Entered: 11/02/2012) | 10/31/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1674 | NOTICE OF INTENT TO APPEAR BY HOME DEPOT U.S.A., INC in this matter at the hearing to be held on November 9, 2012, at 11:30 a.m. in order to object to the Proposed Settlement. (Marziliano, August) (Entered: 11/02/2012) | 10/31/2012 |
| 1675 | Corporate Disclosure Statement by Home Depot U.S.A., Inc. identifying Corporate Parent Home Depot U.S.A. for Home Depot U.S.A., Inc.. (Marziliano, August) (Entered: 11/02/2012) | 10/31/2012 |
| 1676 | THE HOME DEPOTS OBJECTION TO PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT. (Marziliano, August) (Entered: 11/02/2012) | 10/31/2012 |
| 1677 | DECLARATION OF DWAINE KIMMET IN SUPPORT OF THE HOME DEPOT'S OBJECTION TO PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT (Marziliano, August) Modified on 11/2/2012 (Marziliano, August). (Entered: 11/02/2012) | 10/31/2012 |
|  | ORDER granting plaintiffs' 1669 Motion for Extension of Time. Objections to the preliminary approval must be filed, in writing, on or before November 2, 2012.Ordered by Judge John Gleeson on 10/31/2012. (Merle, Natasha) (Entered: | 10/31/2012 |
|  | ORDER Granting (1669) Motion for Extension of Time to File Response/Reply in case 1:05-md-01720-JG-JO. In light of the hurricane aftermath, the response/reply is now due by Friday 11/2/12 or when the ECF server is reinstated, in the event that the server is down past Friday. Ordered by Judge John Gleeson on 10/31/2012. The Oral Argument remains set for November 9, 2012 at 11:30 AM in courtroom 6C South before Judge John Gleeson unless otherwise notified by the Court. (Lee, Ilene) (Entered: 10/31/2012) |  |
| 1670 | Objections of Target Corporation, Macy's, Inc., J.c. Penney Corporation, Inc., The Gap, Inc., Limited Brands, Inc., Dillard's, Inc., Big Lots Stores, Inc., Ascena Retail Group, Inc., The Neiman Marcus Group, Inc., Abercrombie & Fitch Co., Saks Incorporated, Chico's Fas, Inc., Bob Evans Farms, Inc., Cke Restaurants, Inc., Pap a John's International, Inc., American Signature, Inc., Boscov's Department Store, Llc, National Retail, Federation, American Booksellers Association,And National Association of College StoresTo Preliminary Approval ofThe Definitive Settlement Agreement (Marziliano, August) (Entered: 11/01/2012) | 11/01/2012 |
| 1724 | MOTION for Leave to Appear Pro Hac Vice (Attorney - Richard J. Arsenault) by 105 Degrees, LLC, A & D Wine Corp and other Objectors, A&Z Restaurant Corp., Bel Air Honda, Burleson Nissan, Dons Pharmacy, Incorporated, Gossett Motor Cars, Inc. - Georgia, Greenhaws, Inc., Lander Harley-Davidson Conway, Landers Auto Group No. 1 d/b/a Landers Scion, Landers Auto Group No. 1 d/b/a Landers Toyota, Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota, Landers Dodge Chrysler Jeep, Landers Harley-Davidson Hot Springs, Landers Harley-Davidson Little Rock, Landers McClarty Dodge Chrysler Jeep, Landers McClarty Chevrolet, Landers McClarty Ford Dodge Chrysler Jeep, Landers McClarty Huntsville Dodge Chrysler Jeep, Landers McClarty Nissan, Landers McClarty Nissan of Huntsville, Landers McClarty Subaru, Landers McClarty Toyota Scion, Lees Summit Dodge Chrysler Jeep Ram, Lees Summit Nissan, Mercedes Benz of Huntsville, Nissan of Fort Worth, Olathe Dodge Chrysler Jeep, PPT Inc., d/b/a Graffitis Restaurant, Robersons Fine Jewelry, Inc., Sansoles Tanning Salon, The Pantry Restaurant Group, LLC, Tri-Lakes Motors, Waxahachie Dodge Chrysler Jeep, Waxahachie Ford-Mercury. (Piper, Francine) (Entered: 11/08/2012) | 11/01/2012 |
| 1725 | FILING FEE: $ 25.00, receipt number 4653050861 - Motion Pro Hac Vice - Attorney Richard J. Arsenault - Document #1724. (Piper, Francine) (Entered: 11/08/2012) | 11/01/2012 |
| 1678 | OBJECTING PLAINTIFFS OPPOSITION TO CLASS PLAINTIFFS MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT. (Marziliano, August) (Entered: 11/02/2012) | 11/02/2012 |
| 1679 | DECLARATION OF JEFFREY I. SHINDER IN SUPPORT OF OPPOSITION TO CLASS PLAINTIFFS MOTION FOR CLASS SETTLEMENT PRELIMINARY APPROVAL by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Marziliano, August) (Entered: 11/02/2012) | 11/02/2012 |
| 1680 | RESPONSE to Motion re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval OBJECTIONS of American Express Company, American Express Travel Related Services Company, Travel Impressions, Ltd., and American Express Publishing Corp. to Preliminary Approval of the Class Settlement filed by American Express Co.. (Korologos, Philip) (Entered: 11/02/2012) | 11/02/2012 |
| 1681 | RESPONSE in Opposition re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval filed by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO. (Attachments: # 1 Affidavit Declaration of Jeffrey I. Shinder, # 2 Exhibit 1-4, # 3 Exhibit 5, # 4 Exhibit 5A, # 5 Exhibit 5A-1, # 6 Exhibit 5A-2, # 7 Exhibit 5A-3, # 8 Exhibit 5A-4, # 9 Exhibit 5A-5, # 10 Exhibit 5A-6, # 11 Exhibit 5A-7, # 12 Exhibit 5A-8, # 13 Exhibit 5A-9, # 14 Exhibit 6-31, # 15 Exhibit 32-81, # 16 Exhibit 82-120, # 17 Exhibit 121-142, # 18 Exhibit 143-176, # 19 Exhibit 177-212, # 20 Exhibit 213-262, # 21 Exhibit 263-296, # 22 Exhibit 297-330, # 23 Exhibit 331-336) (Coughlin, Kerin) (Entered: 11/02/2012) | 11/02/2012 |
| 1682 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-5821854. by ATMIA. (Staltari, Anthony) (Entered: 11/02/2012) | 11/02/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1683 | MEMORANDUM in Opposition re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval filed by ATMIA. (Staltari, Anthony) (Entered: 11/02/2012) | 11/02/2012 |
| 1684 | NOTICE of Appearance by Jeanne Lahiff on behalf of American Eagle Outfitters, Inc. (aty to be noticed) (Lahiff, Jeanne) (Entered: 11/02/2012) | 11/02/2012 |
| 1685 | RESPONSE to Motion re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval OBJECTIONS filed by American Eagle Outfitters, Inc.. (Lahiff, Jeanne) (Entered: 11/02/2012) | 11/02/2012 |
| 1716 | Letter dated 11/2/12 from Francis Curran to Judge Gleeson, seeking the court's permission to file the proposed Brief of Amicus Curiae PayPal, Inc. (Piper, Francine) (Entered: 11/06/2012) | 11/02/2012 |
| 1717 | Brief of Amicus Curiae, PayPal, Inc. (Piper, Francine) (Entered: 11/06/2012) | 11/02/2012 |
| 1718 | Release and Covenant Not to Sue of Rule 23(b)3 Settlement Class (Piper, Francine) (Entered: 11/06/2012) | 11/02/2012 |
| 1719 | Release and Covenant Not to Sue of Rule 23(b)2 Settlement Class. (Piper, Francine) (Entered: 11/06/2012) | 11/02/2012 |
| 1686 | NOTICE of Appearance by Jason A. Yurasek on behalf of First Data Corporation (aty to be noticed) (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1687 | NOTICE of Appearance by Jason A. Yurasek on behalf of First Data Government Solutions (aty to be noticed) (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1688 | NOTICE of Appearance by Jason A. Yurasek on behalf of First Data Merchant Services Corporation (aty to be noticed) (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1689 | NOTICE of Appearance by Jason A. Yurasek on behalf of TASQ Technology, Inc. (aty to be noticed) (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1690 | NOTICE of Appearance by Jason A. Yurasek on behalf of TRS Recovery Services Inc. (aty to be noticed) (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1691 | NOTICE of Appearance by Jason A. Yurasek on behalf of Telecheck Services Inc. (aty to be noticed) (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1692 | DECLARATION of Jason Yurasek by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc. (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1693 | MEMORANDUM in Opposition to Plaintiffs' Motion for Class Settlement Preliminary Approval filed by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc.. (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1694 | DECLARATION re 1692 Declaration, 1693 Memorandum in Opposition, Declaration of Pete Korpady by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1695 | NOTICE by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc. NOTICE OF INTENT TO APPEAR AT HEARING ON 11/9/2012 TO OBJECT TO PRELIMINARY APPROVAL OF CLASS SETTLEMENT (Yurasek, Jason) (Entered: 11/04/2012) | 11/04/2012 |
| 1696 | STIPULATION of Dismissal With Prejudice of the Individual Plaintiffs' Claims Against the Visa Defendants and the MasterCard Defendants by Mastercard Incorporated, Mastercard International Incorporated, Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc et al 05-cv-4650 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Visa International Service Association, Visa U.S.A. Inc. (Blechman, William) (Entered: 11/05/2012) | 11/05/2012 |
| 1697 | American Eagle Outfitters, Inc's Objections to the Preliminary Approval of the Definitive Settlement Agreement. (Piper, Francine) (Entered: 11/05/2012) | 11/05/2012 |
| 1698 | Corporate Disclosure Statement by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc. (Yurasek, Jason) (Entered: 11/05/2012) | 11/05/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1699 | NOTICE of Appearance by Jerrold S. Parker on behalf of Landers McClarty Ford Chrysler Dodge Jeep, Landers McClarty Nissan, Landers McClarty Dodge Chrysler Jeep, Landers Dodge Chrysler Jeep, Tri-Lakes Motors, Burleson Nissan, Bel Air Honda, Landers McClarty Toyota Scion, Nissan of Fort Worth, Landers McClarty Chevrolet, Landers McClarty Huntsville Dodge Chrysler Jeep, Mercedes Benz of Huntsville, Landers McClarty Nissan of Huntsville, Landers McClarty Subaru, Lees Summit Dodge Chrysler Jeep Ram, Lees Summit Nissan, Olathe Dodge Chrysler Jeep, Waxahachie Dodge Chrysler Jeep, Waxahachie Ford-Mercury, Landers Harley-Davidson Little Rock, Landers Harley-Davidson Hot Springs, Lander Harley-Davidson Conway, Landers Auto Group No. 1 d/b/a Landers Scion, Landers Auto Group No. 1 d/b/a Landers Toyota, Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota, Landers Chrysler Jeep Dodge, LLC, Landers Chrysler Dodge Jeep d/b/a Landers Pre-Owned, Landers Chrysler Dodge Jeep d/b/a Landers Suzuki, A&D Wine Corp., A&Z Restaurant Corp., 105 Degrees, LLC, The Pantry Restaurant Group, LLC, PPT Inc., d/b/a Graffitis Restaurant, Sansoles Tanning Salon, Greenhaws, Inc., Robersons Fine Jewelry, Inc., Dons Pharmacy, Incorporated, Gossett Motor Cars, Inc.- Tennessee, Gossett Motor Cars, Inc. - Georgia, JB Cook, LLC d/b/a Downtown Oil & Lube, Storage World Limited Partnership, LLC, Leisure Landing RV Park, Pinnacle Valley Liquor Store, Inc., Landers Brothers Auto No. 2, LLC f/d/b/a Landers Buick Pine Bluff, Landers Brothers Auto No. 3, LLC f/d/b/a Landers Hyundai Pine Bluff, Landers Brothers Auto No. 4, LLC f/d/b/a Landers Honda Jonesboro, Landers Brothers Auto No. 5, LLC f/d/b/a Landers Chrysler Dodge Jeep Pine Bluff, Landers Brothers Auto Group, Inc. f/d/b/a Landers Honda Pine Bluff, The Tennis Shoppe, Inc., The Grady Corporation (Bentonville Location) d/b/a Whole Hog Barbeque, The Grady Corporation II (Fayetteville Location) d/b/a Whole Hog Barbeque, Coulson Oil Company, Diamond State Oil, LLC, Superstop Stores, LLC, PetroPlus, LLC, Port Cities Oil, LLC, New Mercury, LLC, New Vista, LLC, New Neptune, LLC, SVI Security Solutions (aty to be noticed) (Attachments: # 1 Certificate of Service) (Parker, Jerrold) (Entered: 11/05/2012) | 11/05/2012 |
| 1700 | NOTICE of Appearance by Don Allen Resnikoff on behalf of National ATM Council, Inc., ATMs Of The South, Inc., Business Resource Group, Inc., Cabe & Cato, Inc., Just Atms, Inc., Wash Water Solutions, Inc., ATM Bankcard Services, Inc., Meiners Development Company of Lee's Summit, Missouri, LLC, Mills-Tel Corp., Scot Gardner d/b/a SJI, Selman Telecommunications Investment Group, LLC, Turnkey ATM Solutions, LLC, Trinity Holdings Ltd., Inc., T & T Communications Inc. & Randall N. Bro d/b/a T & B Investments (aty to be noticed) (Resnikoff, Don) (Entered: 11/05/2012) | 11/05/2012 |
| 1701 | RESPONSE in Opposition re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval filed by 105 Degrees, LLC, A&D Wine Corp., A&Z Restaurant Corp., Bel Air Honda, Burleson Nissan, Coulson Oil Company, Diamond State Oil, LLC, Dons Pharmacy, Incorporated, Gossett Motor Cars, Inc. - Georgia, Gossett Motor Cars, Inc.- Tennessee, Greenhaws, Inc., JB Cook, LLC d/b/a Downtown Oil & Lube, Lander Harley-Davidson Conway, Landers Auto Group No. 1 d/b/a Landers Scion, Landers Auto Group No. 1 d/b/a Landers Toyota, Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota, Landers Brothers Auto Group, Inc. f/d/b/a Landers Honda Pine Bluff, Landers Brothers Auto No. 2, LLC f/d/b/a Landers Buick Pine Bluff, Landers Brothers Auto No. 3, LLC f/d/b/a Landers Hyundai Pine Bluff, Landers Brothers Auto No. 4, LLC f/d/b/a Landers Honda Jonesboro, Landers Brothers Auto No. 5, LLC f/d/b/a Landers Chrysler Dodge Jeep Pine Bluff, Landers Chrysler Dodge Jeep d/b/a Landers Pre-Owned, Landers Chrysler Dodge Jeep d/b/a Landers Suzuki, Landers Chrysler Jeep Dodge, LLC, Landers Dodge Chrysler Jeep, Landers Harley-Davidson Hot Springs, Landers Harley-Davidson Little Rock, Landers McClarty Dodge Chrysler Jeep, Landers McClarty Chevrolet, Landers McClarty Ford Chrysler Dodge Jeep, Landers McClarty Huntsville Dodge Chrysler Jeep, Landers McClarty Nissan, Landers McClarty Nissan of Huntsville, Landers McClarty Subaru, Landers McClarty Toyota Scion, Lees Summit Dodge Chrysler Jeep Ram, Lees Summit Nissan, Leisure Landing RV Park, Mercedes Benz of Huntsville, New Mercury, LLC, New Neptune, LLC, New Vista, LLC, Nissan of Fort Worth, Olathe Dodge Chrysler Jeep, PPT Inc., d/b/a Graffitis Restaurant, PetroPlus, LLC, Pinnacle Valley Liquor Store, Inc., Port Cities Oil, LLC, SVI Security Solutions, Sansoles Tanning Salon, Storage World Limited Partnership, LLC, Superstop Stores, LLC, The Grady Corporation (Bentonville Location) d/b/a Whole Hog Barbeque, The Grady Corporation II (Fayetteville Location) d/b/a Whole Hog Barbeque, The Pantry Restaurant Group, LLC, The Tennis Shoppe, Inc., Tri-Lakes Motors, Waxahachie Dodge Chrysler Jeep, Waxahachie Ford-Mercury. (Attachments: # 1 Certificate of Service) (Parker, Jerrold) (Entered: 11/05/2012) | 11/05/2012 |
| 1702 | RESPONSE in Opposition re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval by Independent ATM Deployers filed by ATM Bankcard Services, Inc., ATMs Of The South, Inc., Business Resource Group, Inc., Cabe & Cato, Inc., Just Atms, Inc., Meiners Development Company of Lee's Summit, Missouri, LLC, Mills-Tel Corp., National ATM Council, Inc., Scot Gardner d/b/a SJI, Selman Telecommunications Investment Group, LLC, T & T Communications Inc. & Randall N. Bro d/b/a T & B Investments, Trinity Holdings Ltd., Inc., Turnkey ATM Solutions, LLC, Wash Water Solutions, Inc.. (Attachments: # 1 Exhibit Ex. A, Letter to Parties Oct 1, 2012) (Resnikoff, Don) (Entered: 11/05/2012) | 11/05/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1703 | MEMORANDUM in Opposition re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval filed by 105 Degrees, LLC, A&D Wine Corp., A&Z Restaurant Corp., Bel Air Honda, Burleson Nissan, Business Resource Group, Inc., Coulson Oil Company, Diamond State Oil, LLC, Dons Pharmacy, Incorporated, Gossett Motor Cars, Inc - Georgia, Gossett Motor Cars, Inc.- Tennessee, Greenhaws, Inc., JB Cook, LLC d/b/a Downtown Oil & Lube, Lander Harley-Davidson Conway, Landers Auto Group No. 1 d/b/a Landers Scion, Landers Auto Group No. 1 d/b/a Landers Toyota, Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota, Landers Brothers Auto Group, Inc. f/d/b/a Landers Honda Pine Bluff, Landers Brothers Auto No. 2, LLC f/d/b/a Landers Buick Pine Bluff, Landers Brothers Auto No. 3, LLC f/d/b/a Landers Hyundai Pine Bluff, Landers Brothers Auto No. 4, LLC f/d/b/a Landers Honda Jonesboro, Landers Brothers Auto No. 5, LLC f/d/b/a Landers Chrysler Dodge Jeep Pine Bluff, Landers Chrysler Dodge Jeep d/b/a Landers Pre-Owned, Landers Chrysler Dodge Jeep d/b/a Landers Suzuki, Landers Chrysler Jeep Dodge, LLC, Landers Dodge Chrysler Jeep, Landers Harley-Davidson Hot Springs, Landers Harley-Davidson Little Rock, Landers McClarty Dodge Chrysler Jeep, Landers McClarty Chevrolet, Landers McClarty Ford Chrysler Dodge Jeep, Landers McClarty Huntsville Dodge Chrysler Jeep, Landers McClarty Nissan, Landers McClarty Nissan of Huntsville, Landers McClarty Subaru, Landers McClarty Toyota Scion, Lees Summit Dodge Chrysler Jeep Ram, Lees Summit Nissan, Leisure Landing RV Park, Mercedes Benz of Huntsville, New Mercury, LLC, New Neptune, LLC, New Vista, LLC, Nissan of Fort Worth, Olathe Dodge Chrysler Jeep, PPT Inc., d/b/a Graffitis Restaurant, PetroPlus, LLC, Pinnacle Valley Liquor Store, Inc., Port Cities Oil, LLC, SVI Security Solutions, Sansoles Tanning Salon, Storage World Limited Partnership, LLC, Superstop Stores, LLC, The Grady Corporation (Bentonville Location) d/b/a Whole Hog Barbeque, The Grady Corporation II (Fayetteville Location) d/b/a Whole Hog Barbeque, The Pantry Restaurant Group, LLC, The Tennis Shoppe, Inc., Tri-Lakes Motors, Waxahachie Dodge Chrysler Jeep, Waxahachie Ford-Mercury. (Attachments: # 1 Memorandum in Opposition) (Parker, Jerrold) (Entered: 11/05/2012) | 11/05/2012 |
| 1704 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 09/27/2012, before Judge JAMIE ORENSTEIN. Court Reporter/Transcriber ALLAN R SHERMAN, Telephone number 718-613-2529. Email address: ASHER99983@AOL.COM. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/26/2012. Redacted Transcript Deadline set for 12/6/2012. Release of Transcript Restriction set for 2/4/2013. (Sherman, Allan) (Entered: 11/05/2012) | 11/05/2012 |
| 1705 | NOTICE of Appearance by Gregory Alan Clarick on behalf of Target Corporation, Macy's, Inc., J.C. Penney Corporation, Inc., The Gap, Inc., Limited Brands, Inc., Dillard's, Inc., Big Lots Stores, Inc., Ascena Retail Group, Inc., The Neiman Marcus Group, Inc., Abercrombie & Fitch Co., Saks Incorporated, Chico's FAS, Inc., Bob Evans Farms, Inc., CKE Restaurants, Inc., Papa John's International, Inc., American Signature, Inc., Boscov's Department Store, LLC, National Retail Federation, American Booksellers Association, National Association of College Stores (aty to be noticed) (Clarick, Gregory) (Entered: 11/05/2012) | 11/05/2012 |
| 1706 | NOTICE of Appearance by Nicole L. Gueron on behalf of Abercrombie & Fitch Co., American Booksellers Association, American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bob Evans Farms, Inc., Boscov's Department Store, LLC, CKE Restaurants, Inc., Chico's FAS, Inc., Dillard's, Inc., J.C. Penney Corporation, Inc., Limited Brands, Inc., Macy's, Inc., National Association of College Stores, National Retail Federation, Papa John's International, Inc., Saks Incorporated, Target Corporation, The Gap, Inc., The Neiman Marcus Group, Inc. (aty to be noticed) (Gueron, Nicole) (Entered: 11/05/2012) | 11/05/2012 |
| 1707 | NOTICE of Appearance by Isaac Berkman Zaur on behalf of Abercrombie & Fitch Co., American Booksellers Association, American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bob Evans Farms, Inc., Boscov's Department Store, LLC, CKE Restaurants, Inc., Chico's FAS, Inc., Dillard's, Inc., J.C. Penney Corporation, Inc., Limited Brands, Inc., Macy's, Inc., National Association of College Stores, National Retail Federation, Papa John's International, Inc., Saks Incorporated, Target Corporation, The Gap, Inc., The Neiman Marcus Group, Inc. (aty to be noticed) (Zaur, Isaac) (Entered: 11/05/2012) | 11/05/2012 |
| 1708 | DECLARATION by Sears Holdings Management Corporation (Davis, Cheryl) (Entered: 11/05/2012) | 11/05/2012 |
| 1709 | DECLARATION by Carnival Corporation & plc (Davis, Cheryl) (Entered: 11/05/2012) | 11/05/2012 |
| 1710 | DECLARATION by Valuevision Media, Inc. (Davis, Cheryl) (Entered: 11/05/2012) | 11/05/2012 |
| 1711 | DECLARATION by Royal Caribbean Cruises LTD. (Davis, Cheryl) (Entered: 11/05/2012) | 11/05/2012 |
| 1712 | NOTICE of Appearance by Francis Michael Curran on behalf of Paypal, Inc. (aty to be noticed) (Curran, Francis) (Entered: 11/06/2012) | 11/05/2012 |
| 1713 | NOTICE of Appearance by Philip C. Korologos on behalf of American Express Co., American Express Travel Related Services Company, Inc., Travel Impressions, Ltd., American Express Publishing Corp. (aty to be noticed) (Korologos, Philip) (Entered: 11/06/2012) | 11/06/2012 |
| 1714 | NOTICE by American Express Co., American Express Publishing Corp., American Express Travel Related Services Company, Inc., Travel Impressions, Ltd. Notice of Intent to Appear at Hearing (Korologos, Philip) (Entered: 11/06/2012) | 11/06/2012 |
| 1715 | NOTICE of Appearance by Eric Brenner on behalf of American Express Co., American Express Publishing Corp., American Express Travel Related Services Company, Inc., Travel Impressions, Ltd. (aty to be noticed) (Brenner, Eric) (Entered: 11/06/2012) | 11/06/2012 |
|  | ORDER re 1696 Stipulation of Dismissal: So ordered. Ordered by Judge John Gleeson on 11/6/2012. (Merle, Natasha) (Entered: 11/06/2012) | 11/06/2012 |
| 1720 | Corporate Disclosure Statement by ATMIA identifying Corporate Parent none for ATMIA. (Staltari, Anthony) (Entered: 11/07/2012) | 11/07/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1721 | Corporate Disclosure Statement by U.S. Public Research Interest Group Associated Cases: 1:05-md-01720-JG-JO et al. (Begleiter, Robert) (Entered: 11/07/2012) | 11/07/2012 |
| 1722 | MOTION for Leave to File A MEMORANDUM OF LAW AS AMICUS CURIAE by U.S. Public Research Interest Group. (Attachments: # 1 MEMORANDUM OF [PROPOSED] AMICUS CURIAE U.S. PUBLIC INTEREST RESEARCH GROUP IN OPPOSITION TO CLASS PLAINTIFFS MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT) Associated Cases: 1:05-md-01720-JG-JO et al. (Begleiter, Robert) (Entered: 11/07/2012) | 11/07/2012 |
| 1723 | Corporate Disclosure Statement by American Express Co., American Express Publishing Corp., American Express Travel Related Services Company, Inc., Travel Impressions, Ltd. (Korologos, Philip) (Entered: 11/08/2012) | 11/08/2012 |
| 1726 | ORDER granting 1724 Motion for Leave to Appear Pro Hac Vice -- Attorney Richard J. Arsenault, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 15, 2012, Mr. Arsenault shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Arsenault shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Arsenault shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 11/8/2012. (Rambaud, Dennis) (Entered: 11/08/2012) | 11/08/2012 |
| 1727 | ORDER granting 1682 Motion for Leave to Appear Pro Hac Vice -- Attorney Benjamin Gross Shatz, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 15, 2012, Mr. Shatz shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Shatz shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Shatz shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 11/8/2012. (Rambaud, Dennis) (Entered: 11/08/2012) | 11/08/2012 |
| 1728 | MEMORANDUM in Opposition re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval filed by The National Federation of Independent Business. (Harris, Andrew) (Entered: 11/08/2012) | 11/08/2012 |
| 1729 | Minute Entry for proceedings held before Judge John Gleeson: Case called. (Please see attached sheet for all attorney appearances.) The Court has agreed to accept and grant all the Amicus Curiae briefs submitted. Oral Arguments were heard from the objectors in this MDL litigation regarding the Class Plaintiffs motion for the approval of the Definitive Class Settlement. The Court has GRANTED the Class Plaintiff's Definitive Class Settlement 1656 on the record. The motion made by objector, Home Depot, for Certification for an Interlocutory Appeal is DENIED by the Court on the record. The Court has also notified all parties of the Court's intention to appoint an expert counsel to advise the Court of issues and rule changes that will arise from this settlement. (Court Reporter Victoria Torres-Butler. All requests for this transcript should be emailed to VButlerRPR@aol.com) Associated Cases: 1:05-md-01720-JG-JO et al.(Lee, Ilene) (Entered: 11/09/2012) | 11/09/2012 |
| 1730 | Letter From M. Freimuth Attaching Declarations of Service of the Notices Required by the Class Action Fairness Act on Behalf of All Defendants by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) (Freimuth, Matthew) (Entered: 11/09/2012) | 11/09/2012 |
| 1731 | NOTICE of Appearance by Benjamin G. Shatz on behalf of ATMIA (notification declined or already on case) (Shatz, Benjamin) (Entered: 11/09/2012) | 11/09/2012 |
| 1732 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 110912, before Judge JG. Court Reporter/Transcriber Victoria A. Torres Butler. Email address: VButlerRPR@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/4/2012. Redacted Transcript Deadline set for 12/14/2012. Release of Transcript Restriction set for 2/11/2013. (Torres-Butler, Victoria) (Entered: 11/13/2012) | 11/13/2012 |
| 1733 | Letter MOTION for Protective Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order - Joint Stipulation and [Proposed] Order Concerning Information Provided by First Data Corporation) (Bernay, Alexandra) (Entered: 11/14/2012) | 11/14/2012 |
|  | ORDER granting 1733 Motion for Protective Order -- So ordered. Ordered by Magistrate Judge James Orenstein on 11/14/2012. (Tarpey, Clare) (Entered: 11/14/2012) | 11/14/2012 |
| 1734 | NOTICE by Plaintiffs in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO (Thompson, Douglas) (Entered: 11/15/2012) | 11/15/2012 |
| 1735 | NOTICE of Change of Address by Donald L. Perelman for Fine, Kaplan and Black (Perelman, Donald) (Entered: 11/15/2012) | 11/15/2012 |
|  | ORDER re 1734 Notice(Other) filed by Plaintiffs in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Attorney Richard M. Volin terminated. Ordered by Magistrate Judge James Orenstein on 11/15/2012. (Guy, Alicia) (Entered: 11/15/2012) | 11/15/2012 |
|  | Email Notification Test - DO NOT REPLY. (Latka-Mucha, Wieslawa) (Entered: 11/15/2012) | 11/15/2012 |
| 1736 | NOTICE of Appearance by David E. Kovel on behalf of Mary Watson (aty to be noticed) (Kovel, David) (Entered: 11/19/2012) | 11/19/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1737 | Letter MOTION to Intervene by Mary Watson. (Attachments: # 1 Declaration of David G. A. Jones, # 2 Exhibit A - Filed Notice of Civil Claim, # 3 Exhibit B - Bancroft-Snell Filed Statement of Claim, # 4 Exhibit C - Quebec Action, # 5 Exhibit D - Reasons for Decision on Motion to Strike, # 6 Exhibit E - Case Plan Order, # 7 Exhibit F - BC Rule 7-1, # 8 Exhibit G - BC Rule 1-1, # 9 Exhibit H - BC Rule 7-2, # 10 Exhibit I - Vitapharm Opinions, # 11 Exhibit J - Bryar Law Corp. v. Samsung Electronics Co., # 12 Exhibit K - Hunt v. Atlas Turner Inc., # 13 Exhibit L - Juman v. Doucette, # 14 Exhibit M - Canadian Protective Order, # 15 Exhibit N - Plaintiffs' Class Certification Brief, # 16 Exhibit O - Defendants' Corrected Brief in Opposition to Class Certification, # 17 Exhibit P - Plaintiffs' Reply in Support of Class Certification, # 18 Exhibit Q - Defendants' Sur-reply in Opposition to Class Certification) (Kovel, David) (Entered: 11/19/2012) | 11/19/2012 |
|  | SCHEDULING ORDER: re 1737 Letter MOTION to Intervene filed by Mary Watson -- Any party that wishes to be heard on the motion may submit a response by November 26, 2012. Ordered by Magistrate Judge James Orenstein on 11/19/2012. (Tarpey, Clare) (Entered: 11/19/2012) | 11/19/2012 |
| 1738 | Letter to Judge Gleeson Requesting Clarification of Decision by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Shinder, Jeffrey) (Entered: 11/20/2012) | 11/20/2012 |
| 1739 | Letter to Judge Gleeson in response to J. Shinder's letter of 11/20/2012 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/20/2012) | 11/20/2012 |
| 1740 | Letter to The Honorable Judge John Gleeson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Class Settlement Preliminary Approval Order (Appendix D to the Definitive Class Settlement Agreement), # 2 Appendix Long-form Notice (Revised Appendix F2 to the Definitive Class Settlement Agreement)) (Wildfang, K.) (Entered: 11/26/2012) | 11/26/2012 |
| 1741 | RESPONSE in Opposition re 1737 Letter MOTION to Intervene filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Blechman, William) (Entered: 11/26/2012) | 11/26/2012 |
| 1742 | Letter to the Honorable Judge John Gleeson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/26/2012) | 11/26/2012 |
| 1743 | Letter seeking leave to respond to 1737 Letter MOTION to Intervene filed by Mary Watson by Canadian counsel for defendants in Canadian litigation received from and filed by hand by Canadian counsel (Miller, Michael) (Entered: 11/26/2012) | 11/26/2012 |
| 1744 | Letter from Wesley R. Powell on Behalf of All Defendants by Mastercard Incorporated, Mastercard International Incorporated (Powell, Wesley) (Entered: 11/26/2012) | 11/26/2012 |
| 1745 | CLASS SETTLEMENT PRELIMINARY APPROVAL ORDER. Ordered by Judge John Gleeson on 11/27/2012. (Piper, Francine) (Entered: 11/27/2012) | 11/27/2012 |
| 1746 | EXHIBIT by Canadian counsel for defendants in Canadian litigation received from and filed by hand by Canadian counsel. Related document: 1743 Letter filed by Canadian counsel for defendants in Canadian litigation received from and filed by hand by Canadian counsel. (Miller, Michael) (Entered: 11/27/2012) | 11/27/2012 |
| 1747 | NOTICE OF INTERLOCUTORY APPEAL as to 1745 Order by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO. Filing fee $ 455, receipt number 0207-5862405. (Shinder, Jeffrey) (Entered: 11/27/2012) | 11/27/2012 |
| 1748 | Letter [CORRECTED with attachment] seeking leave to respond to 1737 Letter MOTION to Intervene filed by Mary Watson by Canadian counsel for defendants in Canadian litigation received from and filed by hand by Canadian counsel (Attachments: # 1 Exhibit) (Miller, Michael) (Entered: 11/27/2012) | 11/27/2012 |
| 1749 | NOTICE OF INTERLOCUTORY APPEAL as to 1745 Order by Home Depot U.S.A., Inc.. Filing fee $ 455, receipt number 0207-5863202. Appeal Record due by 12/11/2012. (Neuwirth, Stephen) (Entered: 11/27/2012) | 11/27/2012 |
| 1750 | Letter to Judge Gleeson Requesting A Stay of the Class Settlement Approval Order Pending Appeal by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Shinder, Jeffrey) (Entered: 11/27/2012) | 11/27/2012 |
|  | Electronic Index to Record on Appeal sent to US Court of Appeals. 1747 Notice of Interlocutory Appeal,, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 11/27/2012) | 11/27/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER: Parties who support the proposed settlement are directed to respond, in writing, to objecting plaintiffs' 1750 request for a stay pending interlocutory appeal by 5:00 pm on Thursday, November 29, 2012. Ordered by Judge John Gleeson on 11/28/2012. (Merle, Natasha) (Entered: 11/28/2012) | 11/28/2012 |
| 1751 | Letter to Judge Gleeson in Opposition to the Objecting Plaintiffs' Motion to Stay Class Settlement Preliminary Approval Order by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 05-cv-2532 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc et al 05-cv-4131-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A., Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A., Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, QVC, Inc. (Blechman, William) (Entered: 11/29/2012) | 11/29/2012 |
| 1752 | Letter to the Honorable John Gleeson by Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/29/2012) | 11/29/2012 |
| 1753 | Letter to The Honorable Judge Gleeson in response J. Shinder's letter of 11/27/12 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 11/29/2012) | 11/29/2012 |
| | ORDER: if the objecting plaintiffs wish to reply to the letters in opposition to their 1750 motion for a stay, they may do so in writing on or before 5:00 PM on Monday, December 3, 2012. Ordered by Judge John Gleeson on 11/29/2012. (Merle, Natasha) (Entered: 11/29/2012) | 11/29/2012 |
| 1754 | Letter Reply Letter Regarding Motion for a Stay Dkt No. 1750 by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Shinder, Jeffrey) (Entered: 12/03/2012) | 12/03/2012 |
| 1755 | NOTICE OF APPEAL 1745 by Abercrombie & Fitch Co., American Booksellers Association, American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bob Evans Farms, Inc., Boscov's Department Store, LLC, CKE Restaurants, Inc., Chico's FAS, Inc., Dillard's, Inc., J.C. Penney Corporation, Inc., Limited Brands, Inc., Macy's, Inc., National Association of College Stores, National Retail Federation, Papa John's International, Inc., Saks Incorporated, Target Corporation, The Gap, Inc., The Neiman Marcus Group, Inc.. Filing fee $ 455, receipt number 0207-5875769. Service done electronically. (Clarick, Gregory) Modified on 12/4/2012 to reflect service and Order being appealed. (McGee, Mary Ann). (Entered: 12/03/2012) | 12/03/2012 |
| | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 1749 Notice of Interlocutory Appeal (McGee, Mary Ann) (Entered: 12/04/2012) | 12/04/2012 |
| | Second Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 1755 Notice of Appeal. (McGee, Mary Ann) (Entered: 12/04/2012) | 12/04/2012 |
| 1756 | Letter Updating the Court on the Motion to Intervene by Mary Watson (Attachments: # 1 Supplemental Declaration of David G.A. Jones) (Kovel, David) (Entered: 12/05/2012) | 12/05/2012 |
| 1757 | Letter MOTION to Compel Third Party First Data Corporation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Alexandra Bernay in Support Thereof, # 2 Exhibit 1 - 10 to the Bernay Declaration) (Bernay, Alexandra) (Entered: 12/07/2012) | 12/07/2012 |
| 1758 | Letter to the Honorable Magistrate Judge James Orenstein regarding Class Plaintiffs' Letter Motion to Compel First Data Corporation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/10/2012) | 12/10/2012 |
| 1759 | Letter to Judge Gleeson with copy of Court of Appeal's Order of 12.10.12 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/10/2012) | 12/10/2012 |
| 1760 | Letter Motion to compel American Express by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Wildfang, K.) (Entered: 12/10/2012) | 12/10/2012 |
| 1761 | USCA ORDER - IT IS HEREBY ORDERED the motion by Appellant Home Depot U.S.A., Inc. for expedited briefing, oral argument and decision is DENIED. IT IS FURTHER ORDERED that briefing for this appeal is deferred until after the U.S. District Court for the Eastern District of New York has entered an order of final approval and final judgment with respect to the settlement at issue in these appeals or has otherwise concluded these matters by entry of finaljudgment. Within 14 days of entry of any such final judgment in the District Court, the Appellees shall report that fact by letter with the Clerk of this Court. Certified Copy Issued: 12/10/12. (McGee, Mary Ann) (Entered: 12/11/2012) | 12/10/2012 |
| | ORDER re 1757 Letter MOTION to Compel Third Party First Data Corporation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- First Data Corporation shall respond in writing to Class Plaintiffs' letter motion 1757 by December 14, 2012. I direct Class Plaintiffs' counsel to serve a copy of this order on First Data Corporation. Ordered by Magistrate Judge James Orenstein on 12/10/2012. (Tarpey, Clare) (Entered: 12/10/2012) | 12/10/2012 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER withdrawing 1757 Motion to Compel -- In light of docket entry 1758 , the class plaintiffs' motion is deemed to be withdrawn without prejudice to later renewal. Ordered by Magistrate Judge James Orenstein on 12/10/2012. (Tarpey, Clare) (Entered: 12/10/2012) | 12/10/2012 |
| | ORDER re 1760 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- American Express shall respond in writing to Class Plaintiffs' letter motion by December 17, 2012. I direct Class Plaintiffs' counsel to serve a copy of this order on American Express. Ordered by Magistrate Judge James Orenstein on 12/10/2012. (Tarpey, Clare) (Entered: 12/10/2012) | 12/10/2012 |
| 1762 | Letter Dated December 13, 2012 to The Honorable John Gleeson from Class Plaintiffs re Modified Notices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Montague, H.) (Entered: 12/13/2012) | 12/13/2012 |
| 1763 | Letter to Judge James Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Wildfang, K.) (Entered: 12/13/2012) | 12/13/2012 |
| 1764 | Letter dated December 14, 2012 from Class Plaintiffs Rqsting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Montague, H.) (Entered: 12/14/2012) | 12/14/2012 |
| | ORDER granting Class Plaintiffs' 1762 request to modify publication and notices. Ordered by Judge John Gleeson on 12/14/2012. (Merle, Natasha) (Entered: 12/14/2012) | 12/14/2012 |
| 1765 | Letter in Response to D.E. 1760, 1763 by American Express Travel Related Services Company, Inc. (Korologos, Philip) (Entered: 12/17/2012) | 12/17/2012 |
| 1766 | NOTICE of Change of Address/Firm/E-mail by Dianne M. Nast (Nast, Dianne) (Entered: 12/17/2012) | 12/17/2012 |
| 1767 | NOTICE of Change of Address/Firm/E-mail by Erin Burns (Burns, Erin) (Entered: 12/17/2012) | 12/17/2012 |
| | ORDER granting class plaintiffs' 1764 request for Settlement Administrator's funding in the amount of $12,726,734.34 and payment of the tax accountants' invoice in the amount of $4,427.50. Ordered by Judge John Gleeson on 12/17/2012. (Merle, Natasha) (Entered: 12/17/2012) | 12/17/2012 |
| | SCHEDULING ORDER: re 1737 Letter MOTION to Intervene filed by Mary Watson, 1760 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- A status conference regarding the letter motion to intervene, docket entry 1737 , and the letter motion to compel, docket entry 1760 , will be held on January 17, 2013, at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on 1/4/2013. (Tarpey, Clare) (Entered: 01/04/2013) | 01/04/2013 |
| 1768 | NOTICE of Appearance by Eamon Paul Joyce on behalf of Citibank, N.A., Citicorp, Citigroup, Inc., Citibank, N.A., Citicorp., Citicorp, Citigroup Global Markets, Inc., Citicorp, Citibank, N.A., Citigroup, Citigroup Inc, Citibank N A (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Joyce, Eamon) (Entered: 01/08/2013) | 01/08/2013 |
| 1783 | Supplemental Record on Appeal transmitted to US Court of Appeals re 1080 Notice of Appeal, 1747 Notice of Interlocutory Appeal,, 1755 Notice of Appeal,, 1749 Notice of Interlocutory Appeal. This entry entry contains a list of all sealed documents sent in Hard Copy. A copy of the Sealed Docket Sheet and the attachment titled Record on Appeals includes all Sealed documents filed electronically. The documents filed on this entry will be sent to the Court of Appeals on a DISC which will be included in the boxes containing the documents which were filed in hard copy. (Attachments: # 1 Copy of Entire Docket Sheet Including Sealed Entries, # 2 05 MD 1720 Record on Appeal_Part1, # 3 05 MD 1720 Record on Appeal_Part 2, # 4 05 MD 1720 Record on Appeal_Part 3, # 5 05 MD 1720 Record on Appeal_Part 4, # 6 05 MD 1720 Record on Appeal_Part 5, # 7 05 MD 1720 Record on Appeal_Part 6, # 8 05 MD 1720 Record on Appeal_Part 7, # 9 05 MD 1720 Record on Appeal_Part 8, # 10 05 MD 1720 Record on Appeal_Part 9, # 11 05 MD 1720 Record on Appeal_Part10, # 12 05 MD 1720 Record on Appeal_Part11, # 13 05 MD 1720 Record on Appeal_Part12, # 14 05 MD 1720 Record on Appeal_Part 13, # 15 05 MD 1720 Record on Appeal_Part14) (Marziliano, August) (Entered: 01/09/2013) | 01/09/2013 |
| 1789 | Statement of Objections by David Ross, Class Member. (Lee, Tiffeny) (Entered: 01/25/2013) | 01/13/2013 |
| | ORDER: objecting plaintiffs' 1750 request for a stay pending interlocutory appeal is denied as moot. Ordered by Judge John Gleeson on 1/15/2013. (Merle, Natasha) (Entered: 01/15/2013) | 01/15/2013 |
| 1784 | Letter dated January 17, 2013 from Class Plaintiffs Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Sweeney, Bonny) (Entered: 01/17/2013) | 01/17/2013 |
| | ORDER grating Class Plaintiffs' 1784 request for Settlement Administrator's funding in the amount of $9,872,316.84. Ordered by Judge John Gleeson on 1/18/2013. (Merle, Natasha) (Entered: 01/18/2013) | 01/18/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1785 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 1/17/2013. SCHEDULING: There are no further conferences scheduled before me at this time. THE FOLLOWING RULINGS WERE MADE: 1) The parties consented on the record to have me decide the motion of Mary Watson to intervene for purposes of seeking a modification of the Protective Order. See Docket Entry ("DE") 1737. After hearing the arguments of counsel, and as further explained on the record, I denied the motion. The proposed intervenor has not complied with the requirements of Federal Rule of Civil Procedure 24(c), and does not seek to litigate any claim or defense in this action. Moreover, I would in any event deny the motion in an exercise of discretion and deny the motion to amend the Protective Order for reasons set forth on the record. 2) I heard argument on the Class Plaintiffs' motion to compel non-party American Express to produce documents in response to a subpoena. See DE 1760. No later than January 24, 2013, the litigants will file supplemental submissions on the motion as follows: (1) American Express will state whether it wishes to preserve or disavow any argument that contests the efficacy of the claims by proponents of the proposed settlement that the settlement's terms would have certain effects in the market; and (2) both sides will address the source of the court's authority to enforce a subpoena purely for purposes of advancing a party's motion for final approval of a proposed class settlement. I will decide the motion after reviewing the supplemental submissions. (Court Reporter Michele Nardone (718) 613-2601.) (Attachments: # 1 Appearances) (Tarpey, Clare) (Entered: 01/22/2013) | 01/22/2013 |
| 1786 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1-17-13, before Judge Orenstein. Court Reporter/Transcriber M. Nardone, Telephone number 718-613-2601. Email address: mishrpr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2013. Redacted Transcript Deadline set for 2/25/2013. Release of Transcript Restriction set for 4/23/2013. (Nardone, Michele) (Entered: 01/23/2013) | 01/23/2013 |
| 1787 | Letter to Judge Orenstein from nonparty American Express in response to 1/17/13 Civil Conference Minute Order [D.E. 1785] and in Further Opposition to Class Plaintiffs' Motion to Compel [D.E. 1760] by American Express (Korologos, Philip) (Entered: 01/24/2013) | 01/24/2013 |
| 1788 | Letter by Class Plaintiffs in Response to Civil Conference Minute Order [DE 1785] and in Further Support of Class Plaintiffs' Motion to Compel [DE 1760] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 01/24/2013) | 01/24/2013 |
| 1793 | MOTION for Refund of Fees Paid Electronically Filed by Kevin Morrison Forwarded to Financial for refund. (Marziliano, August) (Entered: 02/11/2013) | 02/01/2013 |
|  | ORDER re 1531 MOTION to Compel American Express Documents filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, 1760 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- To the extent the Class Plaintiffs seek to pursue a motion for discovery originally made before the parties agreed to the proposed settlement that has received preliminary approval, I conclude it is untimely. Regardless of the effect of the parties' consent, at the time of their agreement to the entry of the order dated July 17, 2012 ("all pending motions for relief (including motions concerning discovery ) are deemed withdrawn without prejudice to reinstatement if the settlement is not consummated"), the motion to compel discovery was not initially filed until long after discovery had closed. In light of the fact that the parties have reached an agreement that will, if approved, obviate the need for any trial in this matter, it is clear that the Class Plaintiffs have no need at this time for any discovery for purposes of prosecuting their claims. Under such circumstances, I decline to require non-party American Express to undertake discovery burdens. To the extent the Class Plaintiffs seek to compel American Express to comply with a subpoena so that they are better able to refute objections to the proposed class settlement, none of the parties have identified any law that authorizes the court to grant such relief and impose such obligations on a non-party. Finally, compliance with the subpoena is not necessary to ensure that a court-appointed expert will later be in a position to advise the court about the efficacy of the proposed settlement. To the extent the expert may later determine that the information at issue here would be useful to his or her analysis, the court will of course be free to issue an order compelling the production of such information in aid of its jurisdiction to decide the motion for final approval of the class settlement. See 28 U.S.C. Sec. 1651(a). Ordered by Magistrate Judge James Orenstein on 2/1/2013. (Orenstein, James) (Entered: 02/01/2013) | 02/01/2013 |
| 1792 | Letter dated 1/31/2013 to Judge Gleeson from Edward J. Aga, C.P. in objection to an Order of the court not addressing fairness to the consumers. (Lee, Tiffany) (Entered: 02/07/2013) | 02/04/2013 |
| 1790 | NOTICE of Appearance by Jay L. Himes on behalf of Capital Audio Electronics, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Himes, Jay) (Entered: 02/05/2013) | 02/05/2013 |
| 1791 | NOTICE of Change of Firm Affiliation by Bernard Persky (Persky, Bernard) (Entered: 02/05/2013) | 02/05/2013 |
| 1794 | Letter dated 2/6/13 from the Corporation Trust Company to Alexandra Bernay, returning the enclosed documents, regarding this matter. (Piper, Francine) (Entered: 02/12/2013) | 02/08/2013 |
| 1795 | Letter dated 2/5/13 from Brian Burrow, objections to the settlement. (Piper, Francine) (Entered: 02/12/2013) | 02/08/2013 |
| 1796 | Letter from Dave Hunter, objecting to class counsels request for attorney fees and expenses and/or to the request for money awards to class Plaintiffs. (Piper, Francine) (Entered: 02/13/2013) | 02/11/2013 |
|  | ORDER granting 1793 Motion for Refund of Fees Paid Electronically. Letter forwarded to Financial Section for refund.. Ordered by ClerkofCourt on 2/12/2013. (Marziliano, August) (Entered: 02/12/2013) | 02/12/2013 |
| 1797 | NOTICE of Statement of Objections filed by Steven T. McLeod. (Piper, Francine) (Entered: 02/15/2013) | 02/13/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1798 | NOTICE of Statement of Objections to Attorney Fees by Patrick Buchen. (Piper, Francine) (Entered: 02/19/2013) | 02/14/2013 |
| 1799 | NOTICE of Objection to Settlement filed by Pride Travel Centers, LLC - Charanjit Singh Bajwa. (Piper, Francine) (Entered: 02/22/2013) | 02/19/2013 |
| 1800 | NOTICE of Objection to Settlement filed by Pride Hospital, Inc. - Charanjit Singh Bajwa. (Piper, Francine) (Entered: 02/22/2013) | 02/19/2013 |
| 1801 | Letter from P.J. Kamani to the Clerk of Court, objecting to the settlement. (Piper, Francine) (Entered: 02/22/2013) | 02/19/2013 |
| 1802 | NOTICE of Objection to Settlement filed by Pride Travel Centers, LLC - Charanjit Singh Bajwa. (Piper, Francine) (Entered: 02/22/2013) | 02/19/2013 |
| 1803 | NOTICE of Objections to Settlement filed by Buck and More Ministry Thrift Store - Patricia A. Cason. (Piper, Francine) (Entered: 02/22/2013) | 02/19/2013 |
| 1804 | NOTICE of Objection to Settlement filed by Sunita Shailam (Piper, Francine) (Entered: 02/22/2013) | 02/19/2013 |
| 1810 | Letter dated 2/12/13 from Cynthia Jones, request for attorneys fees and expenses and awards. (Piper, Francine) (Entered: 02/27/2013) | 02/19/2013 |
| 1805 | Letter dated 2/12/13 from Joseph Dobkin to Clerk of Court, Requesting to Opt-In to the Settlement. (Piper, Francine) (Entered: 02/25/2013) | 02/20/2013 |
| 1806 | NOTICE of Objection to Settlement filed by Thomas Gary House (Piper, Francine) (Entered: 02/25/2013) | 02/20/2013 |
| 1807 | Letter dated 2/18/13 from Terri Wernick to Whom It May Concern, advising that Dr. Robert Wernick, D.D.S. will not be settling for the opt-out cash settlement. (Piper, Francine) (Entered: 02/26/2013) | 02/21/2013 |
| 1809 | NOTICE of Objection to Settlement filed by Colon Hemrick. (Piper, Francine) (Entered: 02/26/2013) | 02/23/2013 |
| 1811 | NOTICE of Objections to the Settlement filed by Nolan C. Lockwood (Greene, Donna) (Entered: 02/27/2013) | 02/25/2013 |
| 1813 | NOTICE of Objections to the Settlement filed by Rodney E. Martin. (Greene, Donna) (Entered: 02/27/2013) | 02/25/2013 |
| 1829 | Letter dated 2/20/13 from The Corporation Trust Company to Alexandra Bernay, advising that this company services for Celetrade Corporation have been discontinued for more than 5 years and there is no longer an active record of this entity. (Piper, Francine) (Entered: 03/05/2013) | 02/25/2013 |
| 1831 | Letter dated 2/20/13 from The Corporation Trust Company to Alexandra Bernay, returning documents received in this matter, and advising that Secura Ovenrunning Twis is not listed on the records of the company or the State of DE. (Piper, Francine) (Entered: 03/05/2013) | 02/25/2013 |
| 1832 | Letter dated 2/20/13 from The Corporation Trust Company to Alexandra Bernay, returning documents received in this matter, and advising that Hardwood To Go is not listed on the records of the company or the State of DE. (Piper, Francine) (Entered: 03/05/2013) | 02/25/2013 |
| 1833 | Letter dated 2/20/13 from The Corporation Trust Company to Alexandra Bernay, returning documents received in this matter, and advising that MYFreeAffiliatesite.com is not listed on the records of the company or the State of DE. (Piper, Francine) (Entered: 03/05/2013) | 02/25/2013 |
| 1808 | NOTICE of Objections to Settlement filed by Dave Charles, Sr. (Piper, Francine) (Entered: 02/26/2013) | 02/26/2013 |
| 1812 | NOTICE of Objections to the Settlement filed by Joey Keith Hays (Greene, Donna) (Entered: 02/27/2013) | 02/26/2013 |
| 1814 | Letter dated 2/22/13 from John T. Loyd to Clerk of Court, advising that he wishes to be excluded from this settlement. (Greene, Donna) (Entered: 02/27/2013) | 02/26/2013 |
| 1815 | Letter dated 2/21/13 from Ken Landes to the Clerk of Court, asking that you reconsider the distribution taking into effect those who over paid such as his business. (Greene, Donna) (Entered: 02/27/2013) | 02/26/2013 |
| | Email Notification Test for Lawrence B. Friedman - DO NOT REPLY (Entered: 02/26/2013) | 02/26/2013 |
| 1822 | NOTICE by Russell Thomas Harris in regards to Visa/Mastercard. (Piper, Francine) (Entered: 03/05/2013) | 02/27/2013 |
| 1834 | Letter dtd. 2/23/13 from Corporation Trust Co., to Alexandra S. Bernay, "advising 4071 Paypro U.S. Inc. is not listed on their records and they are returning the encl. documents received re the above matter." (Layne, Monique) (Entered: 03/05/2013) | 02/27/2013 |
| 1861 | NOTICE of Statement of Objections to Settlement filed by Colon Hemrick. (Piper, Francine) (Entered: 03/11/2013) | 02/27/2013 |
| 1863 | Letter dated 2/23/12 from Basis Ibn al-Khudair to Clerk of Court, requesting to speak at the fairness hearing. (Piper, Francine) (Entered: 03/11/2013) | 02/27/2013 |
| 1864 | NOTICE of Statement of Objections to Settlement filed by Peter Angelo Di Pietro. (Piper, Francine) (Entered: 03/11/2013) | 02/27/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1819 | STATEMENT OF OBJECTIONS, filed by 5 Star Stations, Inc., d/b/a Clark - Mukwonago. (Brucella, Michelle) (Entered: 03/04/2013) | 02/28/2013 |
| 1820 | STATEMENT OF OBJECTIONS, filed by 5 Star Stations, Inc., d/b/a Clark - Mukwonago Express Mart. (Brucella, Michelle) (Entered: 03/04/2013) | 02/28/2013 |
| 1825 | NOTICE of Statement of Objections to Settlement filed by Misse's Grocery. (Layne, Monique) (Entered: 03/05/2013) | 02/28/2013 |
| 1835 | STATEMENT OF OBJECTIONS; filed by Darwin Davis Greenwald (Merchant name: 5 Star Stations, Inc., d/b/a North Star Shell). (Latka-Mucha, Wieslawa) (Entered: 03/05/2013) | 02/28/2013 |
| 1836 | STATEMENT OF OBJECTIONS; filed by Darwin Davis Greenwald (Merchant name: 5 Star Stations, Inc., d/b/a 5 Citgo). (Latka-Mucha, Wieslawa) (Entered: 03/05/2013) | 02/28/2013 |
| 1840 | Letter dated 2/23/13 from The Corporation Trust Company to Alexandra S. Bernay, re: "Payment Card Interchange Fee and Merchant Discount Antitrust Litigation // To: James Younger," advising that James Younger is not listed on the records of the State of DE, etc. (Latka-Mucha, Wieslawa) (Entered: 03/06/2013) | 02/28/2013 |
| 1841 | NOTICE Of Intention To Appear; filed by Kasimu Imani Fair (d/b/a T&A at Homes). (Latka-Mucha, Wieslawa) (Entered: 03/06/2013) | 02/28/2013 |
| 1823 | Statement of Objections to Settlement filed by Taddese Tewelde. (Piper, Francine) (Entered: 03/05/2013) | 03/01/2013 |
| 1824 | Notice of Statement of Objections to Settlement filed by David Keith LeBoeuf. (Piper, Francine) (Entered: 03/05/2013) | 03/01/2013 |
| 1826 | NOTICE of Statement of Objections to Settlement filed by Gary Klemens (Piper, Francine) (Entered: 03/05/2013) | 03/01/2013 |
| 1827 | NOTICE of Statement of Objections to Settlement filed by Kenneth Korth. (Piper, Francine) (Entered: 03/05/2013) | 03/01/2013 |
| 1816 | Letter to the Court from Daniel E. Harper and Esther S. Harper RE: Mr. and Ms. Harper request to speak at the fairness hearing. (Siegfried, Evan) (Entered: 03/04/2013) | 03/04/2013 |
| 1817 | Copy of Letter sent to Alexandra S. Bernay from The Corporation Trust Company (Siegfried, Evan) (Entered: 03/04/2013) | 03/04/2013 |
| 1818 | Letter dated 2/22/2013 from Thomas Joseph Stelmacki RE: Mr. Stelmacki objects to the settlement. (Siegfried, Evan) (Entered: 03/04/2013) | 03/04/2013 |
| 1837 | Letter dated 2/28/13 from H. Glenn Ziegenfuss to the Clerk of Court, in disagreement to the requested attorneys fees, expenses, or awards to Class Plaintiffs. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1838 | NOTICE of Statement of Objections to Settlement filed by Kyle Joseph Fencl. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1839 | NOTICE of Statement of Objections to Settlement filed by Lathan Alexander (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1842 | NOTICE of Statement of Objections to Settlement filed by Lathan Alexander. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1843 | NOTICE of Statement of Objections to Settlement filed by David Dunetz. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1844 | NOTICE of Statement of Objections to Settlement filed by Kyle Fencl (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1845 | NOTICE of Statement of Objections to Settlement filed by William Michael Hyde. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1846 | NOTICE of Statement of Objections to Settlement filed by Lathan Alexander. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1847 | NOTICE of Statement of Objections to Settlement filed by James Ellis Robertson. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1848 | NOTICE of Statement of Objections to Settlement filed by Mark S. Engelhart. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1849 | NOTICE of Statement of Objections to Settlement by Lathan Alexander. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1850 | NOTICE of Statement of Objections to Settlement filed by Robert Byron Stout. (Greene, Donna) (Entered: 03/06/2013) | 03/04/2013 |
| 1851 | NOTICE of Statement of Objections to Settlement filed by Stephen Cowgur. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1852 | NOTICE of Statement of Objections to Settlement filed by Lathan Alexander. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1853 | NOTICE of Intention to Appear At The Fairness Hearing filed by Donald Quinnell. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1854 | NOTICE of Statement of Objections to Settlement filed by James Specers. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1855 | Letter dated 3/1/13 from Laurence Ancker to Clerk of Court, objecting to the settlement. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1857 | NOTICE of Statement of Objections to Settlement filed by Mary Ellen Shields. (Piper, Francine) (Entered: 03/06/2013) | 03/04/2013 |
| 1821 | NOTICE of Objections to the Settlement filed by Kenny James Suire. (Fernandez, Erica) (Entered: 03/05/2013) | 03/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1830 | Letter dated 2/20/13 from The Corporation Trust Company to Alexandra Bernay, advising that this company services for Celetrade Corporation have been discontinued for more than 5 years and there is no longer an active record of this entity. (Piper, Francine) (Entered: 03/05/2013) | 03/05/2013 |
| 1860 | NOTICE of Statement of Objections to Settlement filed by Brent Alkire. (Piper, Francine) (Entered: 03/11/2013) | 03/05/2013 |
| 1856 | Letter from Brian Burnam, excluding Keith's Foods, Inc. from the Cash Settlement Class. (Piper, Francine) (Entered: 03/06/2013) | 03/06/2013 |
| 1859 | NOTICE of Statement of Objections to Settlement filed by Marcy J. Leblanc, Sr. (Piper, Francine) (Entered: 03/11/2013) | 03/06/2013 |
| 1862 | NOTICE of Statement of Objections to Settlement filed by Jay Mitchell. (Piper, Francine) (Entered: 03/11/2013) | 03/07/2013 |
| 1868 | NOTICE of Statement of Objections to Settlement filed by Sharon Mulloy. (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1869 | NOTICE of Statement of Objections to Settlement filed by Gerard McAveney. (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1870 | NOTICE of Statement of Objections to Settlement filed by G. Michael Lanaux. (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1871 | NOTICE of Statement of Objections to Settlement filed by Anne Marie Gauthier (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1872 | NOTICE of Statement of Objections to Settlement filed by Gary Krueger. (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1873 | NOTICE of Statement of Objections to Settlement filed by Dennis Lindsay. (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1874 | NOTICE of Statement of Objections to Settlement filed by William Pickett. (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1875 | NOTICE of Statement of Objections to Settlement filed by Jatin Patel. (Piper, Francine) (Entered: 03/13/2013) | 03/08/2013 |
| 1858 | NOTICE of Statement of Objections to Settlement filed by Randall Reed. (Piper, Francine) (Entered: 03/11/2013) | 03/11/2013 |
| 1865 | Letter dated March 11, 2013 from Class Plaintiffs Requesting Approval of Escrow Agent's Request to Pay Custodial Fees by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Sweeney, Bonny) (Entered: 03/11/2013) | 03/11/2013 |
| 1878 | NOTICE of Statement of Objections to Settlement filed by Jerry Paul Shanks. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1879 | NOTICE of Statement of Objections to Settlement filed by Alicia A. Carney. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1880 | NOTICE of Statement of Objections to Settlement filed by John P. Small, Jr. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1881 | NOTICE of Statement of Objections to Settlement filed by Lynn P. Barbier. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1882 | NOTICE of Statement of Objections to Settlement filed by James A. Pardy. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1883 | NOTICE of Statement of Objections to Settlement filed by William John Page. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1884 | NOTICE of Statement of Objections to Settlement filed by David Randle/Randle Enterprises. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1885 | NOTICE of Statement of Objections to Settlement filed by Tammy Janeen Hillestad. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1886 | NOTICE of Statement of Objections to Settlement filed by Stephen Glenn Reimann. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1887 | NOTICE of Statement of Objections to Settlement filed by Fred Hoyt. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1888 | NOTICE of Statement of Objections to Settlement filed by Dewayne Henry Huge. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1889 | NOTICE of Statement of Objections to Settlement filed by Wisfe Aish. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1890 | NOTICE of Statement of Objections to Settlement filed by Scott Richard Cornish. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1891 | NOTICE of Statement of Objections to Settlement filed by Timothy Hutchens. (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1892 | NOTICE of Statement of Objections to Settlement filed by Douglas Baretz and John Theiser (Greene, Donna) (Entered: 03/15/2013) | 03/11/2013 |
| 1866 | NOTICE of Statement of Objections to Settlement filed by David G. Sutton. (Piper, Francine) (Entered: 03/12/2013) | 03/12/2013 |
|  | ORDER: granting class plaintiffs' 1865 request for custodial fees in the amount of $50,867.14 and ability to withdraw monthly fees from the Escrow Account not to exceed $150,000 for the period of 2012-2013. Ordered by Judge John Gleeson on 3/12/2013. (Merle, Natasha) (Entered: 03/12/2013) | 03/12/2013 |
| 1867 | NOTICE of Statement of Objections to Settlement filed by William Gresham III. (Piper, Francine) (Entered: 03/13/2013) | 03/13/2013 |
| 1876 | NOTICE of Statement of Objections to Settlement filed by Dennis Dietrich. (Piper, Francine) (Entered: 03/13/2013) | 03/13/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1877 | NOTICE of Appearance by Douglas Thompson on behalf of Plaintiffs in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO (aty to be noticed) (Thompson, Douglas) (Entered: 03/14/2013) | 03/14/2013 |
| 1893 | NOTICE of Statement of Objections to Settlement filed by Christina L. Tryggestad. (Greene, Donna) (Entered: 03/15/2013) | 03/14/2013 |
| 1894 | NOTICE of Statement of Objections to Settlement filed by Michael Chad Soprano. (Greene, Donna) (Entered: 03/15/2013) | 03/14/2013 |
| 1895 | NOTICE of Statement of Objections to Settlement filed by Barry Stuart Powell. (Greene, Donna) (Entered: 03/15/2013) | 03/14/2013 |
| 1900 | NOTICE of Statement of Objections to Settlement filed by Kevin Phillip See (Piper, Francine) (Entered: 03/18/2013) | 03/14/2013 |
| 1896 | NOTICE of Statement of Objections to Settlement filed by Gregory J. Cobb. (Greene, Donna) (Entered: 03/15/2013) | 03/15/2013 |
| 1897 | NOTICE of Statement of Objections to Settlement filed by Randall Lee Lisi. (Greene, Donna) (Entered: 03/15/2013) | 03/15/2013 |
| 1901 | NOTICE of Request to Speak at the Fair Hearing, filed by Dexter Wayne Tillis. (Piper, Francine) (Entered: 03/18/2013) | 03/15/2013 |
| 1898 | NOTICE of Statement of Objections to Settlement filed by James V. Olsen. (Piper, Francine) (Entered: 03/18/2013) | 03/18/2013 |
| 1899 | NOTICE of Statement of Objections to Settlement filed by Rick Keil. (Piper, Francine) (Entered: 03/18/2013) | 03/18/2013 |
| 1903 | NOTICE of Statement of Objections to Settlement filed by Floyd Hayes. (Attachments: # 1 Letter) (Piper, Francine) (Entered: 03/19/2013) | 03/18/2013 |
| 1904 | NOTICE of Statement of Objections to Settlement filed by Michael Odegard. (Piper, Francine) (Entered: 03/19/2013) | 03/18/2013 |
| 1905 | NOTICE of Statement of Objections to Settlement filed by Michael Odegard. (Piper, Francine) (Entered: 03/19/2013) | 03/18/2013 |
| 1913 | NOTICE of Statement of Objections to Settlement filed by Darlene M. Stanley. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1914 | NOTICE of Statement of Objections to Settlement filed by Darlene M. Stanley. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1915 | NOTICE of Statement of Objections to Settlement filed by Elsa I. Cornwell. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1916 | NOTICE of Statement of Objections to Settlement filed by Douglas Eugene Smith. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1917 | NOTICE of Statement of Objections to Settlement filed by Robert William Bruggeman. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1918 | NOTICE of Statement of Objections to Settlement filed by Todd A. Simon. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1919 | NOTICE of Statement of Objections to Settlement filed by Darlene M. Stanley. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1920 | NOTICE of Statement of Objections to Settlement filed by Steve Schaller. (Greene, Donna) (Entered: 03/20/2013) | 03/18/2013 |
| 1902 | NOTICE of Statement of Objections to Settlement filed by William O. Cote. (Piper, Francine) (Entered: 03/19/2013) | 03/19/2013 |
| 1906 | NOTICE of Statement of Objections to Settlement filed by Steve Sweeney (Piper, Francine) (Entered: 03/19/2013) | 03/19/2013 |
| 1907 | NOTICE of Appearance by Michael Shuster on behalf of Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Shuster, Michael) (Entered: 03/19/2013) | 03/19/2013 |
| 1908 | ORDER: The Court is considering appointing Alan O. Sykes, Robert A. Kindler Professor of Law, New York University School of Law (CV attached), pursuant to Fed. R. Evid. 706 to advise the Court with respect to any economic issues that may arise in connection with the forthcoming motion for final approval of the proposed settlement. Any party objecting to such an appointment shall set forth the grounds for the objection in writing, and any objections shall be filed on or before March 29, 2013. Ordered by Judge John Gleeson on 3/19/2013. (Merle, Natasha) (Entered: 03/19/2013) | 03/19/2013 |
| 1909 | NOTICE of Appearance by Richard J. Holwell on behalf of Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Holwell, Richard) (Entered: 03/19/2013) | 03/19/2013 |
| 1911 | NOTICE of Statement of Objections to Settlement filed by Reginald Davis Stanley. (Greene, Donna) (Entered: 03/20/2013) | 03/19/2013 |
| 1912 | NOTICE of Statement of Objections to Settlement filed by R. Keith Powell. (Greene, Donna) (Entered: 03/20/2013) | 03/19/2013 |
| 1923 | NOTICE of Statement of Objections to Settlement filed by Keith Baker. (Piper, Francine) (Entered: 03/21/2013) | 03/19/2013 |
| 1910 | NOTICE of Appearance by Demian Alexander Ordway on behalf of Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Ordway, Demian) (Entered: 03/20/2013) | 03/20/2013 |
| 1922 | NOTICE of Statement of Objections to Settlement filed by Jason Hopp. (Piper, Francine) (Entered: 03/21/2013) | 03/20/2013 |
| 1921 | Letter from Jose Frank Lama (Attachments: # 1 Mailing Envelope) (Piper, Francine) (Entered: 03/21/2013) | 03/21/2013 |
| 1924 | Letter dated March 21, 2013 from Class Plaintiffs and Defendants re No Objection to Professor Alan O. Sykes/DE 1908 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 03/21/2013) | 03/21/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1925 | NOTICE of Statement of Objections to Settlement filed by Ralph Desiano (Piper, Francine) (Entered: 03/25/2013) | 03/21/2013 |
| 1926 | NOTICE of Statement of Objections to Settlement filed by Ralph Desiano (Piper, Francine) (Entered: 03/25/2013) | 03/21/2013 |
| 1927 | NOTICE of Statement of Objections to Settlement filed by Mary Braddock. (Piper, Francine) (Entered: 03/25/2013) | 03/21/2013 |
| 1928 | NOTICE of Statement of Objections to Settlement filed by Brad Barnes. (Piper, Francine) (Entered: 03/25/2013) | 03/21/2013 |
| 1929 | NOTICE of Statement of Objections to Settlement filed by Charalambos Yiasemides (Piper, Francine) (Entered: 03/25/2013) | 03/21/2013 |
| 1930 | NOTICE of Statement of Objections to Settlement filed by Ralph Desiano (Piper, Francine) (Entered: 03/25/2013) | 03/21/2013 |
| 1931 | NOTICE of Statement of Objections to Settlement filed by Ralph Desiano. (Piper, Francine) (Entered: 03/25/2013) | 03/21/2013 |
| 1932 | NOTICE of Statement of Objections to Settlement filed by Jenny Bullard. (Piper, Francine) (Entered: 03/25/2013) | 03/22/2013 |
| 1933 | NOTICE of Statement of Objections to Settlement filed by Mary K. Braddock. (Greene, Donna) (Entered: 03/28/2013) | 03/22/2013 |
| 1934 | NOTICE of Statement of Objections to Settlement filed. (Greene, Donna) (Entered: 03/28/2013) | 03/22/2013 |
| 1935 | NOTICE of Statement of Objections to Settlement filed by Khalil Abbas. (Greene, Donna) (Entered: 03/28/2013) | 03/22/2013 |
| 1936 | NOTICE of Statement of Objections to Settlement filed by Feroz Ali Delawalla. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1937 | NOTICE of Statement of Objections to Settlement filed by Feroz Ali Delawalla. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1938 | NOTICE of Statement of Objections to Settlement filed by Alan D. McKeever. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1939 | NOTICE of Statement of Objections to Settlement filed by Feroz Ali Delawalla. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1940 | NOTICE of Statement of Objections to Settlement filed by Charles E. Taylor, Jr. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1941 | NOTICE of Statement of Objections to Settlement filed by Jack Douglas Adams. (Entered: 03/28/2013) | 03/25/2013 |
| 1942 | NOTICE of Statement of Objections to Settlement filed by Gregory Ellis Crook. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1943 | NOTICE of Statement of Objections to Settlement filed by Carl F. Letts. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1944 | NOTICE of Statement of Objections to Settlement filed by Mayur Kaneria. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1945 | NOTICE of Statement of Objections to Settlement filed by Feroz Ali Delawalla. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1946 | NOTICE of Statement of Objections to Settlement filed by Peter D. Dunham. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1947 | NOTICE of Statement of Objections to Settlement filed by Ronnie D. Wallace. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1948 | NOTICE of Statement of Objections to Settlement filed by Patrick J. Nero. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1949 | NOTICE of Statement of Objections to Settlement filed by Quinon Ford. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1950 | NOTICE of Statement of Objections to Settlement filed by Gregory Allen Champagne. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1951 | NOTICE of Statement of Objections to Settlement filed by Donald W. Sassman. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1952 | NOTICE of Statement of Objections to Settlement filed by Joseph B. Olinde, Jr. (Greene, Donna) (Entered: 03/28/2013) | 03/25/2013 |
| 1953 | Letter from Christina Malloy,advising that she's unsure how to file for a claim. (Greene, Donna) (Entered: 03/28/2013) | 03/26/2013 |
| 1954 | Letter dated 3/18/13 from Dale G. Fox, writing to oppose the settlement in this lawsuit. (Greene, Donna) (Entered: 03/28/2013) | 03/26/2013 |
| 1957 | NOTICE of Statement of Objections to Settlement filed David Sleeper. (Greene, Donna) (Entered: 03/29/2013) | 03/26/2013 |
| 1959 | NOTICE of Statement of Objections to Settlement filed Patricia Rae Bohlen. (Greene, Donna) (Entered: 03/29/2013) | 03/26/2013 |
| 1960 | NOTICE of Statement of Objections to Settlement filed John A. Lucci III (Greene, Donna) (Entered: 03/29/2013) | 03/26/2013 |
| 1961 | NOTICE of Statement of Objections to Settlement filed Marc S. Genest. (Greene, Donna) (Entered: 03/29/2013) | 03/26/2013 |
| 1962 | NOTICE of Statement of Objections to Settlement filed Lawrence Davis Alderson. (Greene, Donna) (Entered: 03/29/2013) | 03/26/2013 |
| 2022 | NOTICE of Statement of Objections to Settlement filed by Richard Bevens. (Piper, Francine) (Entered: 04/04/2013) | 03/27/2013 |
| 2031 | NOTICE of Statement of Objections to Settlement filed by Mayur Kaneria. (Piper, Francine) (Entered: 04/04/2013) | 03/27/2013 |
| 2032 | NOTICE of Statement of Objections to Settlement filed by Richard P. Salinsky. (Galeano, Sonia) (Entered: 04/04/2013) | 03/27/2013 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 2024 | NOTICE of Statement of Objections to Settlement filed by Karen Weston (Piper, Francine) (Entered: 04/04/2013) | 03/28/2013 |
| 1955 | MEMORANDUM in Opposition to Approval of Class Settlement filed by ATMIA. Associated Cases: 1:05-md-01720-JG-JO et al. (Shatz, Benjamin) (Entered: 03/29/2013) | 03/29/2013 |
| 1956 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6099552. by Kevan McLaughlin. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Davis, John) (Entered: 03/29/2013) | 03/29/2013 |
| 1958 | Letter From Objecting Plaintiffs regarding court-appointed expert witness by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Shinder, Jeffrey) (Entered: 03/29/2013) | 03/29/2013 |
| 1963 | Letter to The Honorable Judge John Gleeson dated March 29, 2013 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Bonny E. Sweeney in Support Thereof, # 2 Exhibit 1-9, # 3 Proposed Order) (Sweeney, Bonny) (Entered: 03/29/2013) | 03/29/2013 |
| 1966 | NOTICE of Statement of Objections to Settlement filed Karen Forbes (Greene, Donna) (Entered: 04/03/2013) | 03/29/2013 |
| 1967 | NOTICE of Statement of Objections to Settlement filed Paul Safran. (Greene, Donna) (Entered: 04/03/2013) | 03/29/2013 |
| 2081 | NOTICE of Statement of Objections to Settlement filed by Steven S. Jones. (Galeano, Sonia) (Entered: 04/05/2013) | 03/29/2013 |
| 2082 | NOTICE of Statement of Objections to Settlement filed by Steven S. Jones. (Galeano, Sonia) (Entered: 04/05/2013) | 03/29/2013 |
| 2083 | NOTICE of Statement of Objections to Settlement filed by Mary Anna Klinker. (Galeano, Sonia) (Entered: 04/05/2013) | 03/29/2013 |
| 1964 | ORDER: Having received Class Plaintiffs' 1963 motion, a briefing schedule and oral argument is set in the attached order. Ordered by Judge John Gleeson on 4/1/2013. (Merle, Natasha) (Entered: 04/01/2013) | 04/01/2013 |
| 1968 | NOTICE of Statement of Objections to Settlement filed David Cunha. (Greene, Donna) (Entered: 04/03/2013) | 04/01/2013 |
| 1969 | NOTICE of Statement of Objections to Settlement filed by Dale Boyett (Greene, Donna) (Entered: 04/03/2013) | 04/01/2013 |
| 1970 | NOTICE of Statement of Objections to Settlement filed by Mickey Nunley. (Greene, Donna) (Entered: 04/03/2013) | 04/01/2013 |
| 1971 | NOTICE of Statement of Objections to Settlement filed by Frederick J. Dreibholz. (Greene, Donna) (Entered: 04/03/2013) | 04/01/2013 |
| 1972 | NOTICE of Statement of Objections to Settlement filed by Diane Marie Kennedy. (Greene, Donna) (Entered: 04/03/2013) | 04/01/2013 |
| 1973 | NOTICE of Statement of Objections to Settlement filed by James J. McCaffrey III. (Greene, Donna) (Entered: 04/03/2013) | 04/01/2013 |
| 1974 | NOTICE of Statement of Objections to Settlement filed by Tommy Caruthers. (Greene, Donna) (Entered: 04/03/2013) | 04/01/2013 |
| 2076 | NOTICE of Statement of Objections to Settlement filed by Nathan Graves. (Galeano, Sonia) (Entered: 04/05/2013) | 04/01/2013 |
| 2077 | NOTICE of Statement of Objections to Settlement filed by Dale Boyett. (Galeano, Sonia) (Entered: 04/05/2013) | 04/01/2013 |
| 2078 | NOTICE of Statement of Objections to Settlement filed by Edsel W. Eshima. (Galeano, Sonia) (Entered: 04/05/2013) | 04/01/2013 |
| 2079 | NOTICE of Statement of Objections to Settlement filed by Dale T. Thompson. (Galeano, Sonia) (Entered: 04/05/2013) | 04/01/2013 |
| 2080 | NOTICE of Statement of Objections to Settlement filed by Mickey Nunley. (Galeano, Sonia) (Entered: 04/05/2013) | 04/01/2013 |
| 1965 | MOTION to Withdraw as Attorney Kerin E. Coughlin as Counsel of Record for Objecting Plaintiffs by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO. (Coughlin, Kerin) (Entered: 04/02/2013) | 04/02/2013 |
| 1975 | NOTICE of Statement of Objections to Settlement filed by Thomas J. Marsh. (Greene, Donna) (Entered: 04/03/2013) | 04/03/2013 |
| 1976 | NOTICE of Statement of Objections to Settlement filed by Chanda Elliott. (Greene, Donna) (Entered: 04/03/2013) | 04/03/2013 |
| 1977 | NOTICE of Statement of Objections to Settlement filed by Ahmad Kahf. (Greene, Donna) (Entered: 04/03/2013) | 04/03/2013 |
| 1978 | NOTICE of Statement of Objections to Settlement filed by Kent Couch. (Greene, Donna) (Entered: 04/03/2013) | 04/03/2013 |
| 1979 | NOTICE of Statement of Objections to Settlement filed by Alan Brooks. (Greene, Donna) (Entered: 04/03/2013) | 04/03/2013 |
| 1980 | NOTICE of Statement of Objections to Settlement filed by Denise Thomas. (Greene, Donna) (Entered: 04/03/2013) | 04/03/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 1981 | NOTICE of Statement of Objections to Settlement filed by Robert Hahn. (Greene, Donna) (Entered: 04/03/2013) | 04/03/2013 |
| 2136 | NOTICE of Statement of Objections to Settlement filed by Julie A. Henrich. (Greene, Donna) (Entered: 04/17/2013) | 04/03/2013 |
| | ORDER granting 1965 Motion to Withdraw as Attorney -- The application is granted; attorney Kerin E. Coughlin terminated. Ordered by Magistrate Judge James Orenstein on 4/3/2013. (Tarpey, Clare) (Entered: 04/03/2013) | 04/03/2013 |
| 1982 | NOTICE of Statement of Objections to Settlement filed by Jawed Virani. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1983 | NOTICE of Statement of Objections to Settlement filed by Barry Taniguchi. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1984 | NOTICE of Statement of Objections to Settlement filed by Peter Lipson. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1985 | NOTICE of Statement of Objections to Settlement filed by Vu Haduong. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1986 | NOTICE of Statement of Objections to Settlement filed by Mark Futch. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1987 | NOTICE of Statement of Objections to Settlement filed by Edward Hong. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1988 | NOTICE of Statement of Objections to Settlement filed by Marc Colluro. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1989 | NOTICE of Statement of Objections to Settlement filed by Laurence Ancker. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1990 | NOTICE of Statement of Objections to Settlement filed by Richard Pribyl. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1991 | NOTICE of Statement of Objections to Settlement filed by Howard Paumen. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1992 | NOTICE of Statement of Objections to Settlement filed by Salim Bhura. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1993 | NOTICE of Statement of Objections to Settlement filed by Grant Rademacher. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1994 | NOTICE of Statement of Objections to Settlement filed by Troy Voehl. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1995 | NOTICE of Statement of Objections to Settlement filed by Michael Russell. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1996 | NOTICE of Statement of Objections to Settlement filed by Mike Gramm. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1997 | NOTICE of Statement of Objections to Settlement filed by Brady Olson. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1998 | NOTICE of Statement of Objections to Settlement filed by Donald Douglas. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 1999 | NOTICE of Statement of Objections to Settlement filed by Jacqueline Brower. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2000 | NOTICE of Statement of Objections to Settlement filed by David Blouch, Jr. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2001 | NOTICE of Statement of Objections to Settlement filed by Sukhwant Sandhu. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2002 | NOTICE of Statement of Objections to Settlement filed by Craig Verona. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2003 | NOTICE of Statement of Objections to Settlement filed by Gene Camp. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2004 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2005 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2006 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2007 | NOTICE of Statement of Objections to Settlement filed by Brian Henderson. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2008 | NOTICE of Statement of Objections to Settlement filed by Carol Angotta. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2009 | NOTICE of Statement of Objections to Settlement filed by Ken Kopischke. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2010 | NOTICE of Statement of Objections to Settlement filed by Jeffrey Simpson. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2011 | NOTICE of Statement of Objections to Settlement filed by Gerard Lazzaro. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2012 | NOTICE of Statement of Objections to Settlement filed by Joe Dolezal. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2013 | NOTICE of Statement of Objections to Settlement filed by Max Castillo. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2014 | NOTICE of Statement of Objections to Settlement filed by Kevin Bianchini. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2015 | NOTICE of Statement of Objections to Settlement filed by James McCaslin. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2016 | NOTICE of Statement of Objections to Settlement filed by Joachim Schneider. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2017 | NOTICE of Statement of Objections to Settlement filed by Christine Burns. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2018 | NOTICE of Statement of Objections to Settlement filed by Steve Johnston. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2019 | NOTICE of Statement of Objections to Settlement filed by Kevin Bianchini. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2020 | NOTICE of Statement of Objections to Settlement filed by William McKnight. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2021 | NOTICE of Statement of Objections to Settlement filed by Christian Phinney. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2023 | NOTICE of Statement of Objections to Settlement filed by Rodney Fishcer. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2025 | NOTICE of Statement of Objections to Settlement filed by Laurence Ancker. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2026 | NOTICE of Statement of Objections to Settlement filed by Mary Blankenbaker. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2027 | NOTICE of Statement of Objections to Settlement filed by Larry Reese. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2028 | NOTICE of Statement of Objections to Settlement filed by Grant Rademacher. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2029 | NOTICE of Statement of Objections to Settlement filed by Grant Rademacher. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2030 | NOTICE of Statement of Objections to Settlement filed by Mavis Mensah. (Greene, Donna) (Entered: 04/04/2013) | 04/04/2013 |
| 2033 | NOTICE of Statement of Objections to Settlement filed by Jon Goldstein. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2034 | NOTICE of Statement of Objections to Settlement filed by Gene B. Camp. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2035 | NOTICE of Statement of Objections to Settlement filed by Gene B. Camp. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2036 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2037 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2038 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2039 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2040 | NOTICE of Statement of Objections to Settlement filed by Ashley P. May. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2041 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2042 | NOTICE of Statement of Objections to Settlement filed by Tony Rammer. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2043 | NOTICE of Statement of Objections to Settlement filed by Debora A. Saffell. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2044 | NOTICE of Statement of Objections to Settlement filed by Jeff Doughty. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2045 | NOTICE of Statement of Objections to Settlement filed by Anthony Dorn. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2046 | NOTICE of Statement of Objections to Settlement filed by Alisa Starks. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2047 | NOTICE of Statement of Objections to Settlement filed by Richard A. Lemke. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2048 | NOTICE of Statement of Objections to Settlement filed by Jayson Remillard. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2049 | NOTICE of Statement of Objections to Settlement filed by David Atwater. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2050 | NOTICE of Statement of Objections to Settlement filed by Diane Akin. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2051 | NOTICE of Statement of Objections to Settlement filed by Rand Thornsley. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2052 | NOTICE of Statement of Objections to Settlement filed by Kyle Weideman. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2053 | NOTICE of Statement of Objections to Settlement filed by Silvestre Rodriguez. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2054 | NOTICE of Statement of Objections to Settlement filed by Edward Lamy. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2055 | NOTICE of Statement of Objections to Settlement filed by Alan Brooks. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2056 | NOTICE of Statement of Objections to Settlement filed by Alan Shepherd. (Galeano, Sonia) (Entered: 04/04/2013) | 04/04/2013 |
| 2122 | NOTICE of Statement of Objections to Settlement filed by Randy Wadleigh. (Greene, Donna) (Entered: 04/17/2013) | 04/04/2013 |
| 2123 | NOTICE of Statement of Objections to Settlement filed by Patrick A. Trinko. (Greene, Donna) (Entered: 04/17/2013) | 04/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2135 | NOTICE of Statement of Objections to Settlement filed by Dave Petell. (Greene, Donna) (Entered: 04/17/2013) | 04/04/2013 |
| 2227 | Letter George's Banana Stand: I object to the settlement in this lawsuit. My reasons for objecting are: (Brown, Marc) (Entered: 05/02/2013) | 04/04/2013 |
| 2230 | Letter from Daniel J. Levitan, individually; Daniel J. Levitan d/b/a Captain Joey Patti's Seafood Restaurant 9 Mile; Daniel J. Levitan, successor-in-interest to Finnegans Wake Irish Pubs LLC. (Brown, Marc) (Entered: 05/02/2013) | 04/04/2013 |
|  | ORDER: The order dated April 1, 2013 mistakenly set March 5, 2013 as a date for trade associations to show cause, with apologies to all, I hereby amend the order to set the date as April 5, 2013. Ordered by Judge John Gleeson on 4/4/2013. (Merle, Natasha) (Entered: 04/04/2013) | 04/04/2013 |
| 2057 | NOTICE of Statement of Objections to Settlement filed by Henry Holt, Jr. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2058 | NOTICE of Statement of Objections to Settlement filed by Mario Diaz. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2059 | NOTICE of Statement of Objections to Settlement filed by Kevin Randles. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2060 | NOTICE of Statement of Objections to Settlement filed by Christophe Allen. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2061 | NOTICE of Statement of Objections to Settlement filed by Saleem Qazi. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2062 | NOTICE of Statement of Objections to Settlement filed by Karen Shearen. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2063 | NOTICE of Statement of Objections to Settlement filed by William Gamet. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2064 | NOTICE of Statement of Objections to Settlement filed by George Prewitt. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2065 | NOTICE of Statement of Objections to Settlement filed by Richard Salinsky. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2066 | NOTICE of Statement of Objections to Settlement filed by Sandi Holder. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2067 | NOTICE of Statement of Objections to Settlement filed by Jeffrey Maurer. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2068 | NOTICE of Statement of Objections to Settlement filed by Charles Graff. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2069 | NOTICE of Statement of Objections to Settlement filed by Alice Chen. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2070 | NOTICE of Statement of Objections to Settlement filed by James Graf. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2071 | NOTICE of Statement of Objections to Settlement filed by Janet Zamora-Moya. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2072 | NOTICE of Statement of Objections to Settlement filed by Ahmad Kahf. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2073 | NOTICE of Statement of Objections to Settlement filed by Mark Nelson. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2074 | NOTICE of Statement of Objections to Settlement filed by Barbara J. Allsup. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2075 | NOTICE of Statement of Objections to Settlement filed by Loretta Clark. (Galeano, Sonia) (Entered: 04/05/2013) | 04/05/2013 |
| 2084 | NOTICE of Statement of Objections to Settlement filed by William Miller. (Piper, Francine) (Entered: 04/05/2013) | 04/05/2013 |
| 2085 | Letter to Judge Gleeson responding to Shinder letter of March 29, 2013 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/05/2013) | 04/05/2013 |
| 2086 | RESPONSE TO ORDER TO SHOW CAUSE by NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. at 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Attachments: # 1 Declaration of Jeffrey I. Shinder, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G) (Shinder, Jeffrey) (Entered: 04/05/2013) | 04/05/2013 |
| 2124 | NOTICE of Statement of Objections to Settlement filed by Donald E. Bennett. (Greene, Donna) (Entered: 04/17/2013) | 04/05/2013 |
| 2125 | NOTICE of Statement of Objections to Settlement filed by Barry J. Breaux. (Greene, Donna) (Entered: 04/17/2013) | 04/05/2013 |
| 2126 | NOTICE of Statement of Objections to Settlement filed by Donald Warren White, Jr. (Greene, Donna) (Entered: 04/17/2013) | 04/05/2013 |
| 2127 | NOTICE of Statement of Objections to Settlement filed by Andrea F. Wetsel. (Greene, Donna) (Entered: 04/17/2013) | 04/05/2013 |
| 2128 | NOTICE of Statement of Objections to Settlement filed by Patrick W. Zielke. (Greene, Donna) (Entered: 04/17/2013) | 04/05/2013 |
| 2129 | NOTICE of Statement of Objections to Settlement filed by Troy Plummer. (Greene, Donna) (Entered: 04/17/2013) | 04/05/2013 |
| 2130 | NOTICE of Statement of Objections to Settlement filed by Randy Wadleigh. (Greene, Donna) (Entered: 04/17/2013) | 04/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2087 | ORDER appointing Professor Sykes under FRE 706 as stated in the attached order. Ordered by Judge John Gleeson on 4/8/2013. (Merle, Natasha) (Entered: 04/08/2013) | 04/08/2013 |
| 2107 | NOTICE of Statement of Objections to Settlement filed by Dell M. Cromie. (Greene, Donna) (Entered: 04/11/2013) | 04/08/2013 |
| 2140 | NOTICE of Statement of Objections to Settlement filed by David M. Welch. (Greene, Donna) (Entered: 04/17/2013) | 04/08/2013 |
| 2226 | Letter Roy's FoodLand: I object to the settlement in this lawsuit. My reasons for objecting are: (Brown, Marc) (Entered: 05/02/2013) | 04/08/2013 |
| 2088 | Copy of letter dated 1/20/2012 from Skadden Arps enclosing 13 DVDs. Copy of letter and DVDs placed in the Court file. (Marziliano, August) (Entered: 04/09/2013) | 04/09/2013 |
| 2089 | Copy of letter dated 1/20/2012 from Willkie Farr enclosing 1 DVD. Copy of letter and DVD placed in the Court file. (Marziliano, August) (Entered: 04/09/2013) | 04/09/2013 |
| 2090 | Copy of letter dated 1/20/2012 from Paul Weiss enclosing 1 DVD. Copy of letter and DVD placed in the Court file. (Marziliano, August) (Entered: 04/09/2013) | 04/09/2013 |
| 2091 | Letter to the Honorable John Gleeson, Related to Docket Entry 1963 by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A to F) (Mason, Robert) (Entered: 04/09/2013) | 04/09/2013 |
| 2092 | REPLY in Support Class Plaintiffs' Reply in Suport of Letter Filed March 29, 2013 filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Alexandra S. Bernay in support thereof, # 2 Exhibit 1-5) (Sweeney, Bonny) (Entered: 04/09/2013) | 04/09/2013 |
| 2103 | NOTICE of Statement of Objections to Settlement filed by Clifton Phillip Boulden. (Greene, Donna) (Entered: 04/11/2013) | 04/09/2013 |
| 2104 | NOTICE of Statement of Objections to Settlement filed by Gail Frances Wade. (Greene, Donna) (Entered: 04/11/2013) | 04/09/2013 |
| 2131 | NOTICE of Statement of Objections to Settlement filed by Anthony R. Huppert. (Greene, Donna) (Entered: 04/17/2013) | 04/09/2013 |
| 2132 | NOTICE of Statement of Objections to Settlement filed by Roy Jeffrey May. (Greene, Donna) (Entered: 04/17/2013) | 04/09/2013 |
| 2093 | NOTICE of Statement of Objections to Settlement filed by Keith Bryson. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2094 | NOTICE of Statement of Objections to Settlement filed by John M. Rubichand. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2095 | NOTICE of Statement of Objections to Settlement filed by Byron H. Peregrim. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2096 | NOTICE of Statement of Objections to Settlement filed by Joseph V. Zonfrilli. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2097 | NOTICE of Statement of Objections to Settlement filed by Alyson Y. Salz. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2098 | NOTICE of Statement of Objections to Settlement filed by Karen B. Pritchard. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2099 | NOTICE of Statement of Objections to Settlement filed by E. Rhett Smith. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2100 | NOTICE of Statement of Objections to Settlement filed by Sally A. Watson. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2101 | NOTICE of Statement of Objections to Settlement filed by Paul D. Reid. (Greene, Donna) (Entered: 04/10/2013) | 04/10/2013 |
| 2102 | Letter MOTION for Leave to File Excess Pages by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 04/10/2013) | 04/10/2013 |
| 2133 | NOTICE of Statement of Objections to Settlement filed by Gary John Kennison. (Greene, Donna) (Entered: 04/17/2013) | 04/10/2013 |
| 2134 | NOTICE of Statement of Objections to Settlement filed by Michele Macksoud Kropp. (Greene, Donna) (Entered: 04/17/2013) | 04/10/2013 |
| 2105 | NOTICE of Appearance by Andrew G. Celli, Jr on behalf of National Retail Federation (aty to be noticed) (Celli, Andrew) (Entered: 04/11/2013) | 04/11/2013 |
| 2106 | NOTICE of Appearance by Diane Lee Houk on behalf of National Retail Federation (aty to be noticed) (Houk, Diane) (Entered: 04/11/2013) | 04/11/2013 |
| 2108 | NOTICE of Statement of Objections to Settlement filed by Katrina Johnson. (Greene, Donna) (Entered: 04/11/2013) | 04/11/2013 |
| 2109 | Minute Entry for proceedings held before Judge John Gleeson: Case called. (Please see attachment for attorney appearances.) Oral Argument held on 4/11/2013 regarding the 1963 motion to protect class members. The parties are to file their submissions via ECF to the Court by no later than 4/18/2013 regarding the concerns raised by the Court today. (Court Reporter Anthony Frisolone.) Associated Cases: 1:05-md-01720-JG-JO et al. (Lee, Ilene) (Entered: 04/11/2013) | 04/11/2013 |
| 2110 | MEMORANDUM in Support DEFENDANTS' MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF DEFINITIVE CLASS SETTLEMENT AGREEMENT filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 04/11/2013) | 04/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2111 | MOTION for Settlement [Notice of Motion and Motion for Class Plaintiffs Final Approval of Settlement] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support of Class Plaintiffs' Motion for Final Approval of Settlement, # 2 Exhibit 1, Declaration of The Honorable Edward A. Infante (Ret.) in Support of Class Plaintiffs Motion for Final Approval of Settlement, # 3 Exhibit 2, Declaration of Eric D. Green, # 4 Exhibit 3, Declaration of Charles B. Renfrew as to the Risks of Litigation, # 5 Exhibit 4, Declaration of Alan S. Frankel, Ph.D. Relating to the Proposed Class Settlement, # 6 Exhibit 5, Declaration of Nicole F. J. Hamann on Class Administrators Implementation of Settlement Notice Plan, # 7 Exhibit 6, Declaration of Cameron R. Azari, Esq. On Implementation and Adequacy of Settlement Notice Program, Part 1, # 8 Exhibit 6, Declaration of Cameron R. Azari, Esq. On Implementation and Adequacy of Settlement Notice Program, Part 2, # 9 Proposed Order Class Settlement Order and Final Judgment) (Sweeney, Bonny) (Entered: 04/11/2013) | 04/11/2013 |
| 2112 | Letter to The Honorable John Gleeson Attaching Additional Information Concerning the Plan of Administration and Distribution by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Additional Information Concerning the Plan of Administration and Distribution) (Sweeney, Bonny) (Entered: 04/11/2013) | 04/11/2013 |
| 2113 | MOTION for Attorney Fees [Class Plaintiffs' Notice of Motion and Joint Motion In Support Of Class Plaintiffs' Joint Motion For Award Of Attorneys' Fees, Expenses And Class Plaintiffs' Awards] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support Memorandum In Support Of Class Plaintiffs Joint Motion For Award Of Attorneys Fees, Expenses And Class Plaintiffs' Awards, # 2 Exhibit 1, Declaration Of Thomas J. Undlin In Support Of Class Plaintiffs Joint Motion For Award Of Attorneys Fees, Expenses And Class Plaintiffs Awards, # 3 Exhibit 2,Declaration Of H. Laddie Montague, Jr. On Behalf Of Berger & Montague, P.C., # 4 Exhibit 3, Declaration Of Bonny E. Sweeney In Support Of Class Plaintiffs Joint Motion For Award Of Attorneys Fees, Expenses And Class Plaintiffs Awards, # 5 Exhibit 4, Declaration Of Professor Charles Silver Concerning The Reasonableness Of Class Counsel's Request For An Award Of Attorneys' Fees, # 6 Exhibit 5, Declaration Of K. Craig Wildfang, Esq. In Support Of Class Plaintiffs Motion For Final Approval Of Settlement And Class Plaintiffs Joint Motion For Award Of Attorneys Fees, Expenses And Class Plaintiffs Awards, # 7 Exhibit 6, Declaration Of Abraham Harari, # 8 Exhibit 7, Declaration Of Howard Trachtman, # 9 Exhibit 8, Declaration Of Robert Zuritsky, # 10 Exhibit 9, Declaration Of Deborah Opper, # 11 Exhibit 10, Declaration Of Peter Baker, # 12 Exhibit 11, Declaration Of Vincent Archer, # 13 Exhibit 12, Declaration Of Miguel R. Rivera, Esq. And Jay Andrews, Esq., # 14 Exhibit 13, Declaration Of Mitch Goldstone, # 15 Exhibit 14, Declaration Of Michael Schumann, # 16 Exhibit 15, Declaration Of Malcolm McDonald, # 17 Proposed Order Final Judgment Awarding Attorneys Fees, # 18 Proposed Order Final Judgment Awarding Expenses, # 19 Proposed Order Final Judgment In Support Of Class Plaintiffs Awards) (Sweeney, Bonny) (Entered: 04/11/2013) | 04/11/2013 |
| 2115 | NOTICE of Statement of Objections to Settlement filed by Barry A. Loy (Piper, Francine) (Entered: 04/12/2013) | 04/11/2013 |
| 2137 | NOTICE of Statement of Objections to Settlement filed by Galen U. Rhode. (Greene, Donna) (Entered: 04/17/2013) | 04/11/2013 |
| 2138 | NOTICE of Statement of Objections to Settlement filed by Maureen Sally Belden. (Greene, Donna) (Entered: 04/17/2013) | 04/11/2013 |
| 2139 | NOTICE of Statement of Objections to Settlement filed by Robert T. Newcomb. (Greene, Donna) (Entered: 04/17/2013) | 04/11/2013 |
| 2222 | Letter from The New Harvester Market. (Brown, Marc) (Entered: 05/02/2013) | 04/11/2013 |
|  | ORDER denying 1737 Motion to Intervene. See docket entry 1785 . Ordered by Magistrate Judge James Orenstein on 1/22/2013. (Guy, Alicia) (Entered: 04/11/2013) | 04/11/2013 |
|  | ORDER granting Class Plaintiffs' 2102 Motion for Leave to File Excess Pages. Ordered by Judge John Gleeson on 4/11/2013. (Merle, Natasha) (Entered: 04/11/2013) |  |
|  | ORDER: For the reasons stated on the record today, Class Plaintiffs' 1963 motion is granted. As for relief, also as stated on the record today, the parties are directed to confer and submit a joint agreement on or before April 19, 2013. To the extent the parties do not agree on the appropriate relief, they may file separate submissions, also on April 19, identifying the areas on which they disagree and each side's proposals. Ordered by Judge John Gleeson on 4/11/2013. (Merle, Natasha) (Entered: 04/11/2013) | 04/11/2013 |
| 2114 | Letter dated 4/4/13 from Kenneth B. Kearns, Chief Operating Officer, advising that he wants to exclude Prairie State Enterprises of Darien, LLC from the case settlement class in the In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Greene, Donna) (Entered: 04/12/2013) | 04/12/2013 |
| 2116 | NOTICE of Statement of Objections to Settlement filed by Fariborz (Fred) Rostamian. (Piper, Francine) (Entered: 04/12/2013) | 04/12/2013 |
| 2117 | NOTICE of Statement of Objections to Settlement filed by Nadine Franks. (Piper, Francine) (Entered: 04/12/2013) | 04/12/2013 |
| 2118 | NOTICE of Statement of Objections to Settlement filed by Nadine Franks. (Piper, Francine) (Entered: 04/12/2013) | 04/12/2013 |
| 2119 | NOTICE of Statement of Objections to Settlement filed by Kevin Fairchild. (Piper, Francine) (Entered: 04/12/2013) | 04/12/2013 |
| 2141 | NOTICE of Statement of Objections to Settlement filed by Katrina Jean Taylor. (Greene, Donna) (Entered: 04/17/2013) | 04/12/2013 |
| 2219 | Letter from Carl GlenAtwood: I want to exclude Albert Brothers Ent. from the Cash Settlement Class in the In rePayment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Entered: 05/02/2013) | 04/12/2013 |
| 2220 | Letter from Carl GlenAtwood: I want to exclude Albert Brothers Ent. from the Cash Settlement Class in the In rePayment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Brown, Marc) (Entered: 05/02/2013) | 04/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2223 | Letter from Amy and Bill Wendel, President and Vice President of Hove' Parfumeur. (Brown, Marc) (Entered: 05/02/2013) | 04/12/2013 |
| | ORDER: there is a discrepancy between the date in docket entry 2109 and the order entered later that day. With regard to when the parties' submissions are due, the parties are informed that they should be submitted on or before April 19, 2013. Ordered by Judge John Gleeson on 4/12/2013. (Merle, Natasha) (Entered: 04/12/2013) | 04/12/2013 |
| 2120 | NOTICE of Appearance by Adam R. Pulver on behalf of National Retail Federation (aty to be noticed) (Pulver, Adam) (Entered: 04/15/2013) | 04/15/2013 |
| 2121 | Letter Motion to Judge Orenstein requesting access to unredacted summary judgment and Daubert motion papers by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Shinder, Jeffrey) (Entered: 04/15/2013) | 04/15/2013 |
| 2142 | NOTICE of Statement of Objections to Settlement filed by Gregory T. Pirkl. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2143 | NOTICE of Statement of Objections to Settlement filed by Stephen B. Thompson. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2144 | NOTICE of Statement of Objections to Settlement filed by Chanda Elliott. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2145 | NOTICE of Statement of Objections to Settlement filed by Paul Tanner. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2146 | NOTICE of Statement of Objections to Settlement filed by Elaine M. Fowler. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2147 | NOTICE of Statement of Objections to Settlement filed by Kenneth L. Coffee. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2148 | NOTICE of Statement of Objections to Settlement filed by Elaine M. Fowler. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2149 | NOTICE of Statement of Objections to Settlement filed by Paul Tanner. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2150 | NOTICE of Statement of Objections to Settlement filed by Thomas J. Woodlock. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2151 | NOTICE of Statement of Objections to Settlement filed by Ward Arlie Campbell. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2152 | NOTICE of Statement of Objections to Settlement filed by Brian D. Devine. (Greene, Donna) (Entered: 04/17/2013) | 04/15/2013 |
| 2189 | Letter from The Corporation Trust Company in regards to The Studio, New York LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2190 | Letter from The Corporation Trust Company in regards to Power Team Sports, Inc. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2191 | Letter from The Corporation Trust Company in regards to Medegen, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2192 | Letter from The Corporation Trust Company in regards to Reformer, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2193 | Letter from The Corporation Trust Company in regards to Turning Point Health Services, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2194 | Letter from The Corporation Trust Company in regards to Quest Wireless, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2195 | Letter from The Corporation Trust Company in regards to Exceed Education Inc. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2196 | Letter from The Corporation Trust Company in regards to Mechanical & Materials Engineering, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2197 | Letter from The Corporation Trust Company in regards to Belo Exposition, Inc. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2198 | Letter from The Corporation Trust Company in regards to Kodiak Warehouse LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2199 | Letter from The Corporation Trust Company in regards to Texas Territories-Houston, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2200 | Letter from The Corporation Trust Company in regards to Renegade Direct, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2201 | Letter from The Corporation Trust Company in regards to El Paso Funding Corporation. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2202 | Letter from The Corporation Trust Company in regards to Valero Payment Services Company. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2203 | Letter from The Corporation Trust Company in regards to Seabreeze Charters, Inc. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2204 | Letter from The Corporation Trust Company in regards to IPX Connect, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 2205 | Letter from The Corporation Trust Company in regards to Mah Processing, Inc. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2206 | Letter from The Corporation Trust Company in regards to Salvana Exports Corp. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2207 | Letter from The Corporation Trust Company in regards to Artisanal Gluten Free, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2208 | Letter from The Corporation Trust Company in regards to Int-Oil Ventures, Ltd. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2209 | Letter from The Corporation Trust Company in regards to Sandia Crest Partners, LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2210 | Letter from The Corporation Trust Company in regards to Stephen M. Herman LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2211 | Letter from The Corporation Trust Company in regards to On Point Display LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2212 | Letter from The Corporation Trust Company in regards to Estar Network LLC. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2216 | Opt-Out Letter David Alan Sharpe; Euba Corp-DBA Dominos Pizza. (Brown, Marc) (Entered: 04/30/2013) | 04/15/2013 |
| 2224 | Letter from Stephen Kopeski of Dino's Park-N-Shop: I object to the settlement in this lawsuit. Specifically I object to the settlement for the Cash Settlement Class, the allocation Plan and the notice procedures. Visa and MasterCard and their member banks violated the law because they set interchange fees. I object because these same Visa and MasterCard and their member banks violated the law by imposing and enforcing rules that limited merchant from steering customers to other payment methods that would have lowered interchange fees. Visa and MasterCard and their member banks continue these sameactivities despite their changed corporate structure after this case was filed. The Defendants conduct caused us to pay excessive fees for accepting Visa and MasterCard cards. If it were not for the defendants actions interchange fee would be a lot lower. The actions and conduct of Visa and MasterCard and their member banks violates US Anti-Trust regulations and restrain trade.My name is Stephen W Kopeski, 1020 Putnam Pike, Chepachet, RI 02814, phone is 401-568-6590. (Brown, Marc) (Entered: 05/02/2013) | 04/15/2013 |
| 2225 | Letter from Joan Lark, Business Manager, for Exigent Wade Hampton: I am a member of the Cash Settlement Class and/or the Rule Changes Settlement Class inthe case called "In rePayment Card Interchange Fee and Merchant Discount Antitrust Litigation". I request to be part of the settlement in this lawsuit. I request to be part of the settlement for the cash settlement class, Rule changes Settlement Class, Allocation Plan. I also request that attorneys' fees and expenses as part of the same objection, or as part of a separate objection.I am a Class member because Exigent Inc. DBA Exigent Wade Hampton located at 2310 Wade Hampton Blvd., Greenville, SC 29615 has been accepting Visa and Mastercard cards since 01/01/2000. (Brown, Marc) (Entered: 05/02/2013) | 04/15/2013 |
| 2228 | Letter from Anne Barnett/National Registered Agents, Inc.: Dear Seetlement,Legal documents in the above titled action have been received by National Registered Agents, Inc. (NRAI) for one of the defendants/parties listed in the enclosed documents. NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason: [X] NRAI can find no record of the entity being listed with the State Authority. (Brown, Marc) (Entered: 05/02/2013) | 04/15/2013 |
| 2229 | Letter from Rick Gilger: My position as President of Luggage and Leather Outlet, Inc., DBA Luggage & Leather, gives me the authority to exclude it from the Cash Settlement Class. (Brown, Marc) (Entered: 05/02/2013) | 04/15/2013 |
| 2153 | NOTICE of Statement of Objections to Settlement filed by William E. Hess. (Greene, Donna) (Entered: 04/17/2013) | 04/16/2013 |
| 2221 | Letter from National Registered Agents, Inc.: Legal documents in the above titled action have been received by National Registered Agents, Inc. (NRAI) for one of the defendants/parties listed in the enclosed documents. NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason: [X] Other: [Company Purged from Record]Therefore, the legal documents served are being returned to you for the above stated reason(s). (Brown, Marc) (Entered: 05/02/2013) | 04/16/2013 |
|  | ORDER re 2121 Letter,,, filed by Coborn's Incorporated, D'Agostino Supermarkets, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, National Restaurant Association, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, Affiliated Foods Midwest -- Any party to the protective order may file a response to docket entry 2121 by April 18, 2013. Ordered by Magistrate Judge James Orenstein on 4/16/2013. (Tarpey, Clare) (Entered: 04/16/2013) | 04/16/2013 |
| 2154 | NOTICE of Statement of Objections to Settlement filed by Tazewell S. Vass. (Greene, Donna) (Entered: 04/17/2013) | 04/17/2013 |
| 2155 | NOTICE of Statement of Objections to Settlement filed by Anthony J. Yotides. (Greene, Donna) (Entered: 04/17/2013) | 04/17/2013 |
| 2161 | STATEMENT OF OBJECTIONS, filed by David Wallace McKnelly. (Brucella, Michelle) (Entered: 04/19/2013) | 04/17/2013 |
| 2156 | Letter MOTION to Unseal Document Letter Motion to Judge Orenstein Requesting Access to Sealed Documents by Abercrombie & Fitch Co., Ascena Retail Group, Inc., Big Lots Stores, Inc., Chico's FAS, Inc., Limited Brands, Inc., Macy's, Inc., Saks Incorporated, Target Corporation, office depot. (Clarick, Gregory) (Entered: 04/18/2013) | 04/18/2013 |
| 2157 | REPLY in Opposition re 2121 Letter,,, by Class Plaintiffs filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Montague, H.) (Entered: 04/18/2013) | 04/18/2013 |
| 2158 | REPLY in Opposition re 2121 Letter,,, by Non-Party American Express Travel Related Services, Inc. filed by American Express. (Brenner, Eric) (Entered: 04/18/2013) | 04/18/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2159 | Letter Brief to The Honorable James Orenstein by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Mason, Robert) (Entered: 04/18/2013) | 04/18/2013 |
| 2160 | MOTION for Leave to Electronically File Document under Seal Letter to Magistrate Judge Orenstein, Individual Plaintiffs' Opposition to Motion for Access by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Individual Plaintiffs' opposition to Motion for Access, # 2 Exhibit 1, # 3 Exhibit 2) (Arnold, Richard) (Entered: 04/18/2013) | 04/18/2013 |
| 2169 | NOTICE of Statement of Objections to Settlement filed by Denise Cieslak (Piper, Francine) (Entered: 04/24/2013) | 04/18/2013 |
| 2174 | NOTICE of Statement of Objections to Settlement filed by James J. Chasse. (Greene, Donna) (Entered: 04/25/2013) | 04/18/2013 |
| 2175 | NOTICE of Statement of Objections to Settlement filed by Donna Jean Church. (Greene, Donna) (Entered: 04/25/2013) | 04/18/2013 |
| 2176 | NOTICE of Statement of Objections to Settlement filed by Robert Willey Hurst. (Greene, Donna) (Entered: 04/25/2013) | 04/18/2013 |
| 2177 | NOTICE of Statement of Objections to Settlement filed by John Mark Eagleton, PhD, FMP (Greene, Donna) (Entered: 04/25/2013) | 04/18/2013 |
|  | ORDER denying 2121 Letter Motion to Judge Orenstein requesting access to unredacted summary judgment and Daubert motion papers, 2156 Motion to Unseal Document -- The motions are denied. Objecting putative class members may continue to confer with the settling parties to seek access to specific documents on a case-by-case basis. To the extent any party or absent putative class member is dissatisfied with the result of that process, it may seek access to a specific document upon a particularized showing of its need for the specific information at issue in order to make an informed decision about whether to object or opt out. Any such motion should set forth whether the movant has already objected, opted out, or participated in any way (on its own or through counsel) in any effort to persuade others to object or opt out. If the movant has done so, it should also provide a detailed explanation of why it requires access to the protected information it seeks in light of its demonstrated ability to assess the proposed settlement without such information. Ordered by Magistrate Judge James Orenstein on 4/18/2013. (Orenstein, James) (Entered: 04/18/2013) | 04/18/2013 |
| 2162 | Letter Trade Association Plaintiffs submission pursuant to the Courts April 11, 2013 Order by NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Shinder, Jeffrey) (Entered: 04/19/2013) | 04/19/2013 |
| 2163 | Letter Class Plaintiffs Letter to The Honorable Judge John Gleeson pursuant to the Courts April 11, 2013 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit Exhibits 1-8) (Sweeney, Bonny) (Entered: 04/19/2013) | 04/19/2013 |
| 2166 | NOTICE of Statement of Objections to Settlement filed by Alan Yameen. (Piper, Francine) (Entered: 04/24/2013) | 04/19/2013 |
| 2167 | NOTICE of Statement of Objections to Settlement filed by Kurt R. Aarsand (Piper, Francine) (Entered: 04/24/2013) | 04/19/2013 |
| 2173 | Letter from Virginia Lisai requesting to be excluded from the case settlement. (Greene, Donna) (Entered: 04/25/2013) | 04/19/2013 |
| 2168 | NOTICE of Statement of Objections to Settlement filed by Everett Osborne (Piper, Francine) (Entered: 04/24/2013) | 04/22/2013 |
| 2178 | NOTICE of Statement of Objections to Settlement filed by Frank W. Porfido, Jr. (Greene, Donna) (Entered: 04/26/2013) | 04/22/2013 |
| 2179 | NOTICE of Statement of Objections to Settlement filed by Frank W. Porfido, Jr. (Greene, Donna) (Entered: 04/26/2013) | 04/22/2013 |
| 2180 | NOTICE of Statement of Objections to Settlement filed by Alfred L. Morin. (Greene, Donna) (Entered: 04/26/2013) | 04/22/2013 |
| 2181 | NOTICE of Statement of Objections to Settlement filed by William R. Preston. (Greene, Donna) (Entered: 04/26/2013) | 04/22/2013 |
| 2182 | NOTICE of Statement of Objections to Settlement filed by Alexander Weatherall. (Greene, Donna) (Entered: 04/26/2013) | 04/22/2013 |
| 2184 | NOTICE of Statement of Objections to Settlement filed by Christopher Byrd. (Piper, Francine) (Entered: 04/26/2013) | 04/22/2013 |
| 2185 | NOTICE of Statement of Objections to Settlement filed by Daniel Schneider (Piper, Francine) (Entered: 04/26/2013) | 04/22/2013 |
| 2186 | NOTICE to Exclude Nottingham Nursery from cash settlement filed by Steven Nager. (Piper, Francine) (Entered: 04/26/2013) | 04/22/2013 |
| 2187 | NOTICE of Statement of Objections to Settlement/OPT OUT LETTER filed by John H. Young, Jr. (Piper, Francine) (Entered: 04/26/2013) | 04/22/2013 |
| 2164 | Copy of Letter Sent to Salesgene Corporation from The Corporation Trust Company. (Siegfried, Evan) (Entered: 04/23/2013) | 04/23/2013 |
| 2165 | Letter requesting corrections to the Court-approved Notice and Class Counsels websites by NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Attachments: # 1 Exhibit Exhibits A-E) (Shinder, Jeffrey) (Entered: 04/24/2013) | 04/24/2013 |

| # | Docket Text | Date Filed |
|---|-------------|------------|
| 2170 | ORDER: The attached order supplements my order dated April 11, 2013 granting certain relief requested by Class Plaintiffs. Further, certain Trade Association Plaintiffs are ordered to show cause why they should not be adjudicated in contempt on or before April 30, 2013. Ordered by Judge John Gleeson on 4/24/2013. (Merle, Natasha) (Entered: 04/24/2013) | 04/24/2013 |
| 2213 | NOTICE of Statement of Objections to Settlement filed by Anna L. Graham. (Piper, Francine) (Entered: 04/30/2013) | 04/24/2013 |
| 2214 | NOTICE of Statement of Objections to Settlement filed by Gertrude Dunn. (Piper, Francine) (Entered: 04/30/2013) | 04/24/2013 |
| 2215 | NOTICE of Statement of Objections to Settlement filed by Mark Goretti. (Piper, Francine) (Entered: 04/30/2013) | 04/24/2013 |
| 2171 | Letters from Kim B. Forsythe requesting to be excluded from the case settlement. (Greene, Donna) (Entered: 04/25/2013) | 04/25/2013 |
| 2172 | NOTICE of Statement of Objections to Settlement filed by Kim Forsythe. (Piper, Francine) (Entered: 04/25/2013) | 04/25/2013 |
| 2237 | NOTICE of Statement of Objections to Settlement filed by James Lizotte. (Piper, Francine) (Entered: 05/09/2013) | 04/25/2013 |
|  | ORDER re Trade Association Plaintiffs' 2165 letter: the following briefing schedule is set: Class Counsel is to file a response by Tuesday, April 30, 2013; the reply, if any, is to be filed by 3:00 p.m. on May 2, 2013. Oral argument is scheduled for May 3, 2013 at 11:00 a.m. in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 4/25/2013. (Merle, Natasha) (Entered: 04/25/2013) | 04/25/2013 |
| 2183 | NOTICE of Statement of Objections to Settlement filed by Elizabeth S. Crook (Piper, Francine) (Entered: 04/26/2013) | 04/26/2013 |
| 2238 | NOTICE of Statement of Objections to Settlement filed by Ron Alan Wenaas. (Piper, Francine) (Entered: 05/09/2013) | 04/26/2013 |
| 2239 | NOTICE of Statement of Objections to Settlement filed by Andy Bellows. (Piper, Francine) (Entered: 05/09/2013) | 04/26/2013 |
| 2240 | NOTICE of Statement of Objections to Settlement and Opt-Out Letter filed by Kathleen Pohlig. (Piper, Francine) (Entered: 05/09/2013) | 04/26/2013 |
| 2243 | NOTICE of Statement of Objections to Settlement filed by Ruth Coleman. (Greene, Donna) (Entered: 05/10/2013) | 04/26/2013 |
| 2188 | Letter /Class Plaintiffs' Response to Trade Association Plaintiffs' Motion (Dkt #2165) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 04/29/2013) | 04/29/2013 |
| 2241 | Letter from Willie Powell, requesting information in this action to pursue a lawsuit. (Piper, Francine) (Entered: 05/09/2013) | 04/29/2013 |
| 2242 | NOTICE of Statement of Objections to Settlement filed by Susan Hickey (Piper, Francine) (Entered: 05/09/2013) | 04/29/2013 |
| 2244 | NOTICE of Statement of Objections to Settlement filed by Dianne L. Shaw. (Greene, Donna) (Entered: 05/10/2013) | 04/29/2013 |
| 2245 | NOTICE of Statement of Objections to Settlement filed by John J. Busch. (Greene, Donna) (Entered: 05/10/2013) | 04/29/2013 |
| 2246 | NOTICE of Statement of Objections to Settlement filed by William B. Weigel. (Greene, Donna) (Entered: 05/10/2013) | 04/29/2013 |
| 2247 | NOTICE of Statement of Objections to Settlement filed by Donald Velozo. (Greene, Donna) (Entered: 05/10/2013) | 04/29/2013 |
| 2248 | NOTICE of Statement of Objections to Settlement filed by Gretchen Horn. (Piper, Francine) (Entered: 05/10/2013) | 04/29/2013 |
| 2249 | NOTICE of Statement of Objections to Settlement filed by Graham Waldon. (Piper, Francine) (Entered: 05/10/2013) | 04/29/2013 |
| 2250 | NOTICE of Statement of Objections to Settlement filed by Karen Hennings. (Piper, Francine) (Entered: 05/10/2013) | 04/29/2013 |
| 2251 | NOTICE of Statement of Objections to Settlement filed by William Rutenberg. (Piper, Francine) (Entered: 05/10/2013) | 04/29/2013 |
| 2252 | NOTICE of Statement of Objections to Settlement filed by William Weigel. (Piper, Francine) (Entered: 05/10/2013) | 04/29/2013 |
| 2253 | NOTICE of Statement of Objections to Settlement filed by Kenneth Watford. (Piper, Francine) (Entered: 05/10/2013) | 04/29/2013 |
| 2283 | NOTICE of Statement of Objections to Settlement and Opt-Out Letter filed by Lydia D. Hart. (Greene, Donna) (Entered: 05/16/2013) | 04/29/2013 |
| 2284 | NOTICE of Statement of Objections to Settlement and Letter to Exclude from Cash Settlement filed by Brian D. Worcester. (Greene, Donna) (Entered: 05/16/2013) | 04/29/2013 |
| 2217 | RESPONSE TO ORDER TO SHOW CAUSE by NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Attachments: # 1 Exhibit Exhibts 1-12) (Shinder, Jeffrey) (Entered: 04/30/2013) | 04/30/2013 |
| 2285 | NOTICE of Statement of Objections to Settlement filed by Vicki Ann Minor. (Greene, Donna) (Entered: 05/16/2013) | 04/30/2013 |
| 2292 | NOTICE of Statement of Objections to Settlement filed by Robert Forsyter. (Greene, Donna) (Entered: 05/20/2013) | 04/30/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2218 | NOTICE of Statement of Objections to Settlement filed by Daniel Winter. (Piper, Francine) (Entered: 05/02/2013) | 05/02/2013 |
| 2231 | Letter from Class Plaintiffs' regarding the Court's April 24, 2013 Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Alexandra S. Bernay and exhibits 1-3) (Sweeney, Bonny) (Entered: 05/02/2013) | 05/02/2013 |
| 2232 | Letter Replying to Class Counsels Letter [Dkt. #2188], submitted in further support of the Trade Association Plaintiffs Motion [Dkt. # 2165] requesting changes to the Court-approved Notice and Class Counsels individual firm websites. by NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Shinder, Jeffrey) (Entered: 05/02/2013) | 05/02/2013 |
| 2233 | NOTICE dated 5/2/13 by Ftema Raysor requesting to speak at the Fairness Hearing in this action. (Piper, Francine) (Entered: 05/03/2013) | 05/02/2013 |
| 2254 | NOTICE of Statement of Objections to Settlement filed by Bruce Daley. (Piper, Francine) (Entered: 05/10/2013) | 05/02/2013 |
| 2294 | NOTICE of Statement of Objections to Settlement filed by Steven Koetting. (Greene, Donna) (Entered: 05/20/2013) | 05/02/2013 |
| 2234 | Minute Entry for proceedings held before Judge John Gleeson: Case called. (Please see attached list for attorney appearances.) Show Cause Hearing and Arguments held on 5/3/2013 regarding the Trade Association's letter motion 2165 and the Court's two Order to Show Cause 1964 , 2170 . The Trade Association's motion has been denied by the Court for the reasons as stated on the record. The Court has also concluded that cause has been shown and no adjudication of contempt shall be ordered. (Court Reporter Charisse Kitt.) Associated Cases: 1:05-md-01720-JG-JO et al. (Lee, Ilene) (Entered: 05/03/2013) | 05/03/2013 |
| 2258 | NOTICE of Statement of Objections to Settlement and Opt-Out Letter filed by Amy Caroline Thomas. (Piper, Francine) (Entered: 05/10/2013) | 05/03/2013 |
| 2259 | NOTICE of Statement of Objections to Settlement filed by Vikalp V. Patel (Piper, Francine) (Entered: 05/10/2013) | 05/03/2013 |
| 2260 | NOTICE of Statement of Objections to Settlement filed by Edward Kerrigan. (Piper, Francine) (Entered: 05/10/2013) | 05/03/2013 |
| 2261 | NOTICE of Statement of Objections to Settlement filed by Todd Donald Keyworth. (Piper, Francine) (Entered: 05/10/2013) | 05/03/2013 |
| 2262 | Letter from Todd Donald Keyworth requesting to exclude Keyworth Inc. d/b/a Harborside Harvest Market from the Cash Settlement Class. (Piper, Francine) (Entered: 05/10/2013) | 05/03/2013 |
| 2295 | NOTICE of Statement of Objections to Settlement filed by Vikalp Patel. (Greene, Donna) (Entered: 05/20/2013) | 05/03/2013 |
| 2296 | NOTICE of Statement of Objections to Settlement filed by Ron Ludwigson. (Greene, Donna) (Entered: 05/20/2013) | 05/03/2013 |
| 2298 | NOTICE of Statement of Objections to Settlement filed by Vikalp Patel. (Greene, Donna) (Entered: 05/20/2013) | 05/03/2013 |
| 2299 | NOTICE of Statement of Objections to Settlement filed by Edward Kerrigan. (Greene, Donna) (Entered: 05/20/2013) | 05/03/2013 |
|  | ORDER: Class Plaintiffs are order to respond to Daniel Levitan's 2230 motion to intervene by May 17, 2013. Levitan's reply, if any, is to be filed on or before June 7, 2013. The court will take the motion on submission. A copy of this order will be mailed to Levitan (5850 East Milton Road, Milton, FL 32583-7914). Ordered by Judge John Gleeson on 5/3/2013. (Merle, Natasha) (Entered: 05/03/2013) | 05/03/2013 |
| 2255 | NOTICE of Statement of Objections to Settlement filed by Russell Benjamin Taylor. (Piper, Francine) (Entered: 05/10/2013) | 05/06/2013 |
| 2256 | NOTICE of Statement of Objections to Settlement filed by Dennis Anlauf. (Piper, Francine) (Entered: 05/10/2013) | 05/06/2013 |
| 2257 | NOTICE of Statement of Objections to Settlement filed by George Sleeper. (Piper, Francine) (Entered: 05/10/2013) | 05/06/2013 |
| 2303 | NOTICE of Statement of Objections to Settlement filed by David W. Wilkinson. (Greene, Donna) (Entered: 05/20/2013) | 05/06/2013 |
| 2304 | NOTICE of Statement of Objections to Settlement filed by Charles R. Markham. (Greene, Donna) (Entered: 05/20/2013) | 05/06/2013 |
| 2306 | NOTICE of Statement of Objections to Settlement filed by Paul G. Hines, Jr. (Greene, Donna) (Entered: 05/20/2013) | 05/06/2013 |
| 2235 | NOTICE of Statement of Objections to Settlement filed by Bachman's Inc. (Piper, Francine) (Entered: 05/07/2013) | 05/07/2013 |
| 2236 | STATUS REPORT from Class Plaintiffs Concerning Misleading Statements About the Proposed Settlement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Montague, H.) (Entered: 05/07/2013) | 05/07/2013 |
| 2263 | NOTICE of Intention to Appear filed by Cousanles (Piper, Francine) (Entered: 05/10/2013) | 05/08/2013 |
| 2264 | NOTICE of Statement of Objections to Settlement filed by Viken Dumeciyan. (Piper, Francine) (Entered: 05/10/2013) | 05/08/2013 |
| 2265 | NOTICE of Statement of Objections to Settlement/Opt-Out Letter filed by Judith Monte. (Piper, Francine) Modified on 5/10/2013 (Piper, Francine). (Entered: 05/10/2013) | 05/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2272 | NOTICE of Statement of Objections to Settlement filed by Blaise Calandro, Jr. (Piper, Francine) (Entered: 05/14/2013) | 05/09/2013 |
| 2273 | NOTICE of Statement of Objections to Settlement filed by David Edelman. (Piper, Francine) (Entered: 05/14/2013) | 05/09/2013 |
| 2266 | NOTICE of Statement of Objections to Settlement filed by Joel Aaseby. (Piper, Francine) (Entered: 05/10/2013) | 05/10/2013 |
| 2270 | NOTICE of Statement of Objections to Settlement filed by Dominic Fils. (Piper, Francine) (Entered: 05/14/2013) | 05/10/2013 |
| 2271 | NOTICE of Statement of Objections to Settlement filed by William Randall Stepherson. (Piper, Francine) (Entered: 05/14/2013) | 05/10/2013 |
| 2267 | NOTICE of Appearance by William H. Pratt on behalf of Discover Financial Services (aty to be noticed) (Pratt, William) (Entered: 05/13/2013) | 05/13/2013 |
| 2268 | NOTICE of Statement of Objections to Settlement filed by Ewa M. Abrams. (Piper, Francine) (Entered: 05/13/2013) | 05/13/2013 |
| 2286 | NOTICE of Statement of Objections to Settlement filed by Paul Anthony Bauer. (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2287 | NOTICE of Statement of Objections to Settlement filed by Harry Wesson. (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2288 | NOTICE of Statement of Objections to Settlement filed by Sylvia Ann Fritz (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2289 | NOTICE of Statement of Objections to Settlement and Declaration filed by Phillip Olivieri. (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2290 | NOTICE of Statement of Objections to Settlement filed by Neighbors Market (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2291 | NOTICE of Statement of Objections to Settlement filed by Worth L. Thompson, Jr. (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2297 | NOTICE of Statement of Objections to Settlement filed by Valley Vista Grocery LLC. (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2300 | NOTICE of Statement of Objections to Settlement filed by Neighbors Market (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2301 | NOTICE of Statement of Objections to Settlement filed by Neighbors Market. (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2302 | NOTICE of Statement of Objections to Settlement filed by Neighbors Market. (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2305 | NOTICE of Statement of Objections to Settlement filed (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2308 | NOTICE of Statement of Objections to Settlement filed by Valley Vista Grocery LLC (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2311 | NOTICE of Statement of Objections to Settlement filed by Valley Vista Grocery (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2314 | NOTICE of Statement of Objections to Settlement filed by Neighbors Market (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2316 | NOTICE of Statement of Objections to Settlement filed by Neighbors Market (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2317 | NOTICE of Statement of Objections to Settlement filed by Wesley P. Kwiatkowski. (Greene, Donna) (Entered: 05/20/2013) | 05/13/2013 |
| 2318 | NOTICE of Statement of Objections to Settlement filed by Temple View Grocery LLC (Piper, Francine) (Entered: 05/20/2013) | 05/13/2013 |
| 2319 | NOTICE of Statement of Objections to Settlement filed by Ralph Bombardiere. (Greene, Donna) (Entered: 05/20/2013) | 05/13/2013 |
| 2321 | NOTICE of Statement of Objections to Settlement and Opt-Out Letter filed by Christopher J. Earnest. (Greene, Donna) (Entered: 05/20/2013) | 05/13/2013 |
| 2322 | NOTICE of Statement of Objections to Settlement filed by Samuel Clark Bitner Jr. (Greene, Donna) (Entered: 05/20/2013) | 05/13/2013 |
| 2269 | Letter MOTION for Leave to File Excess Pages by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Shinder, Jeffrey) (Entered: 05/14/2013) | 05/14/2013 |
| 2274 | NOTICE of Statement of Objections to Settlement filed by John Ewing. (Piper, Francine) (Entered: 05/14/2013) | 05/14/2013 |
| 2275 | MEMORANDUM in Opposition re 2230 Letter Class Plaintiffs' Opposition to Daniel J. Levitan's Motion to Intervene filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 05/14/2013) | 05/14/2013 |
| 2320 | NOTICE of Statement of Objections to Settlement filed by William E. Camuso. (Piper, Francine) (Entered: 05/20/2013) | 05/14/2013 |
| 2323 | NOTICE of Statement of Objections to Settlement filed by William Reed Petrocelli. (Piper, Francine) (Entered: 05/20/2013) | 05/14/2013 |
| 2324 | NOTICE of Statement of Objections to Settlement filed by Sinclair Oil Corporation. (Piper, Francine) (Entered: 05/20/2013) | 05/14/2013 |
| 2325 | NOTICE of Statement of Objections to Settlement filed by Terry Scheinost. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2326 | NOTICE of Statement of Objections to Settlement and Opt-Out Letter filed by Brian Distin. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2327 | NOTICE of Statement of Objections to Settlement filed by Robert M. O'Connor. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2328 | Opt-Out and Statement of Objections filed by Jeff Ferguson. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2329 | NOTICE of Statement of Objections to Settlement filed by Dallas Cody Barnett. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2330 | NOTICE of Statement of Objections to Settlement filed by Thomas M. Ward. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2331 | NOTICE of Statement of Objections to Settlement and Opt-Out Letter filed by Christopher J. Earnest. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2332 | NOTICE of Statement of Objections to Settlement filed by Heng Li. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2333 | NOTICE of Statement of Objections to Settlement filed by Bernard E. Menapace. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2334 | NOTICE of Statement of Objections to Settlement filed by David E. Bridges. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2335 | NOTICE of Statement of Objections to Settlement filed by Gayle M. Schmidt. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2336 | NOTICE of Statement of Objections to Settlement filed by Gordon B. Lugauer. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2337 | NOTICE of Statement of Objections to Settlement filed by Stanley N. Storti. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2338 | NOTICE of Statement of Objections to Settlement and Opt-Out Letter filed by Brenda Lea Johnson. (Greene, Donna) (Entered: 05/21/2013) | 05/14/2013 |
| 2276 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Statement of Objections by the City of Little Rock, Arkansas (Carpenter, Beth) (Entered: 05/15/2013) | 05/15/2013 |
| 2277 | Letter MOTION for Leave to File Excess Pages by Affiliated Foods Midwest, Coborn's Incorporated, D'Agostino Supermarkets, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO. (Shinder, Jeffrey) (Entered: 05/15/2013) | 05/15/2013 |
| 2278 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of The City of Oakland, California (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/15/2013) | 05/15/2013 |
| 2279 | NOTICE by The City of Oakland, California Statement of Objection by The City of Oakland, California to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/15/2013) | 05/15/2013 |
| 2280 | NOTICE of Appearance by Jennifer M. Selendy on behalf of Discover Financial Services (aty to be noticed) (Selendy, Jennifer) (Entered: 05/15/2013) | 05/15/2013 |
| 2281 | RESPONSE in Opposition re 1656 MOTION for Settlement Class Plaintiffs' Motion for Class Settlement Preliminary Approval filed by 105 Degrees, LLC, A & D Wine Corp and other Objectors, A&D Wine Corp., A&Z Restaurant Corp., Coulson Oil Company, Dons Pharmacy, Incorporated, Gossett Motor Cars, Inc. - Georgia, Gossett Motor Cars, Inc.- Tennessee, Greenhaws, Inc., JB Cook, LLC d/b/a Downtown Oil & Lube, Landers Chrysler Jeep Dodge, LLC, Landers Dodge Chrysler Jeep, Landers McClarty Dodge Chrysler Jeep, Landers McClarty Nissan, Landers McClarty Nissan of Huntsville, Lees Summit Dodge Chrysler Jeep Ram, Lees Summit Nissan, Leisure Landing RV Park, New Mercury, LLC, New Neptune, LLC, New Vista, LLC, PetroPlus, LLC, Pinnacle Valley Liquor Store, Inc., Port Cities Oil, LLC, Robersons Fine Jewelry, Inc., SVI Security Solutions, Sansoles Tanning Salon, Storage World Limited Partnership, LLC, Superstop Stores, LLC, The Pantry Restaurant Group, LLC. (Parker, Jerrold) (Entered: 05/15/2013) | 05/15/2013 |
| 2282 | NOTICE by 105 Degrees, LLC, A & D Wine Corp and other Objectors, A&D Wine Corp., A&Z Restaurant Corp., Coulson Oil Company, Gossett Motor Cars, Inc. - Georgia, Gossett Motor Cars, Inc.- Tennessee, Greenhaws, Inc., Lander Harley-Davidson Conway, Landers Auto Group No. 1 d/b/a Landers Scion, Landers Auto Group No. 1 d/b/a Landers Toyota, Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota, Landers Brothers Auto Group, Inc. f/d/b/a Landers Honda Pine Bluff, Landers Chrysler Jeep Dodge, LLC, Landers Dodge Chrysler Jeep, Landers Harley-Davidson Little Rock, Landers McClarty Dodge Chrysler Jeep, Landers McClarty Chevrolet, Landers McClarty Ford Chrysler Dodge Jeep, Landers McClarty Huntsville Dodge Chrysler Jeep, Landers McClarty Nissan, Landers McClarty Nissan of Huntsville, Landers McClarty Subaru, Landers McClarty Toyota Scion, Lees Summit Dodge Chrysler Jeep Ram, Lees Summit Nissan, Leisure Landing RV Park, Mercedes Benz of Huntsville, New Mercury, LLC, New Neptune, LLC, New Vista, LLC, PPT Inc., d/b/a Graffitis Restaurant, PetroPlus, LLC, Robersons Fine Jewelry, Inc., SVI Security Solutions, Sansoles Tanning Salon, Storage World Limited Partnership, LLC, The Grady Corporation (Bentonville Location) d/b/a Whole Hog Barbeque, The Grady Corporation II (Fayetteville Location) d/b/a Whole Hog Barbeque, The Pantry Restaurant Group, LLC, The Tennis Shoppe, Inc. re 2281 Response in Opposition to Motion,,, Notice of Intent to Appear at Final Approval Hearing (Parker, Jerrold) (Entered: 05/15/2013) | 05/15/2013 |
| 2339 | NOTICE of Statement of Objections to Settlement filed by Willis Thurston Hiers. (Piper, Francine) (Entered: 05/21/2013) | 05/15/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2340 | NOTICE of Statement of Objections to Settlement filed by Willis Thurston Hiers (Piper, Francine) (Entered: 05/21/2013) | 05/15/2013 |
| 2341 | NOTICE of Statement of Objections to Settlement filed by Gail R. Horne. (Piper, Francine) (Entered: 05/21/2013) | 05/15/2013 |
| 2342 | NOTICE of Statement of Objections to Settlement filed by Bernard Mengpace (Piper, Francine) (Entered: 05/21/2013) | 05/15/2013 |
| 2343 | NOTICE of Statement of Objections to Settlement filed by Tracy Veronica Wendt (Piper, Francine) (Entered: 05/21/2013) | 05/15/2013 |
| 2344 | NOTICE of Statement of Objections to Settlement/Opt Out Letter filed by Tony Martin Bennett. (Piper, Francine). Modified on 5/21/2013 (Piper, Francine). (Entered: 05/21/2013) | 05/15/2013 |
| | ORDER granting objecting plaintiffs's 2277 Motion for Leave to File Excess Pages. Ordered by Judge John Gleeson on 5/15/2013. (Merle, Natasha) (Entered: 05/15/2013) | 05/15/2013 |
| 2345 | NOTICE of Statement of Objections to Settlement filed by Benjamin Gross. (Piper, Francine) (Entered: 05/21/2013) | 05/16/2013 |
| 2346 | NOTICE of Statement of Objections to Settlement filed by Katherine Jaspon. (Piper, Francine) (Entered: 05/21/2013) | 05/16/2013 |
| 2347 | NOTICE of Statement of Objections to Settlement filed by Christine Riley. (Piper, Francine) (Entered: 05/21/2013) | 05/16/2013 |
| 2307 | NOTICE of Statement of Objections to Settlement filed by Victor Pittman. (Greene, Donna) (Entered: 05/20/2013) | 05/17/2013 |
| 2348 | NOTICE of Statement of Objections to Settlement filed by Steven Carter Clayton. (Piper, Francine) (Entered: 05/21/2013) | 05/17/2013 |
| 2349 | NOTICE of Statement of Objections to Settlement filed by James Ryan. (Piper, Francine) (Entered: 05/21/2013) | 05/17/2013 |
| 2350 | NOTICE of Statement of Objections to Settlement filed by Mary Martha Schedgick (Piper, Francine) (Entered: 05/21/2013) | 05/17/2013 |
| 2351 | NOTICE of Statement of Objections to Settlement filed by Jami E. Mehaffey (Piper, Francine) (Entered: 05/21/2013) | 05/17/2013 |
| 2352 | NOTICE of Statement of Objections to Settlement filed by Keith S. Lipert. (Piper, Francine) (Entered: 05/21/2013) | 05/17/2013 |
| 2353 | NOTICE of Statement of Objections to Settlement filed by Wayne Allan Thompson. (Piper, Francine) (Entered: 05/21/2013) | 05/17/2013 |
| 2354 | NOTICE of Statement of Objections to Settlement filed by Mark Ogren. (Piper, Francine) (Entered: 05/21/2013) | 05/17/2013 |
| 2293 | NOTICE of Statement of Objections to Settlement filed by Michael Lawton. (Greene, Donna) (Entered: 05/20/2013) | 05/20/2013 |
| 2309 | NOTICE of Statement of Objections to Settlement filed by Michael L. Bradley. (Greene, Donna) (Entered: 05/20/2013) | 05/20/2013 |
| 2310 | NOTICE of Statement of Objections to Settlement filed by Marjorie M. Young. (Greene, Donna) (Entered: 05/20/2013) | 05/20/2013 |
| 2312 | NOTICE of Statement of Objections to Settlement filed by Kyle L. Hanson. (Greene, Donna) (Entered: 05/20/2013) | 05/20/2013 |
| 2313 | NOTICE of Statement of Objections to Settlement filed by Vicki Minor. (Greene, Donna) (Entered: 05/20/2013) | 05/20/2013 |
| 2315 | NOTICE of Statement of Objections to Settlement filed by Kelvin Slater. (Greene, Donna) (Entered: 05/20/2013) | 05/20/2013 |
| 2355 | NOTICE of Statement of Objections to Settlement/Opt Out filed by Donald W. McNutt. (Piper, Francine) (Entered: 05/21/2013) | 05/20/2013 |
| 2356 | NOTICE of Statement of Objections to Settlement filed by Ralph Pitts (Piper, Francine) (Entered: 05/21/2013) | 05/21/2013 |
| 2357 | NOTICE of Statement of Objections to Settlement filed by Frank Van Til. (Piper, Francine) (Entered: 05/23/2013) | 05/21/2013 |
| 2358 | NOTICE of Statement of Objections to Settlement filed by James A. Gorry, III. (Piper, Francine) (Entered: 05/23/2013) | 05/21/2013 |
| 2359 | NOTICE of Statement of Objections to Settlement filed by David Bridgers. (Piper, Francine) (Entered: 05/23/2013) | 05/21/2013 |
| 2360 | NOTICE of Statement of Objections to Settlement filed by W.T. Eggleston Jr. (Piper, Francine) (Entered: 05/23/2013) | 05/22/2013 |
| 2362 | NOTICE of Statement of Objections to Settlement filed by Bruce A. Rhadke. (Piper, Francine) (Entered: 05/23/2013) | 05/22/2013 |
| 2407 | NOTICE of Statement of Objections to Settlement filed by D. Mark von Waaden (Piper, Francine) (Entered: 05/24/2013) | 05/22/2013 |
| 2408 | NOTICE of Statement of Objections to Settlement filed by David Barach (Piper, Francine) (Entered: 05/24/2013) | 05/22/2013 |
| 2361 | NOTICE by U.S. Public Research Interest Group Objection of U.S. Public Interest Research Group to Final Approval of Proposed Class Settlement (Begleiter, Robert) (Entered: 05/23/2013) | 05/23/2013 |
| 2363 | NOTICE of Statement of Objections to Settlement filed by Frank S. Czerwinski. (Piper, Francine) (Entered: 05/23/2013) | 05/23/2013 |
| 2364 | NOTICE of Statement of Objections to Settlement filed by David B. Goldston. (Piper, Francine) (Entered: 05/23/2013) | 05/23/2013 |
| 2365 | NOTICE of Statement of Objections to Settlement filed by Thomas Fitzgerald (Piper, Francine) (Entered: 05/23/2013) | 05/23/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2366 | NOTICE of Statement of Objections to Settlement filed by Scott Schnuck. (Piper, Francine) (Entered: 05/23/2013) | 05/23/2013 |
| 2367 | NOTICE of Statement of Objections to Settlement filed by Thomas Moynihan. (Piper, Francine) (Entered: 05/23/2013) | 05/23/2013 |
| 2368 | NOTICE by The National Federation of Independent Business Objection of National Federation of Independent Business Small Business Legal Center to Final Approval of Proposed Class Settlement (Begleiter, Robert) (Entered: 05/23/2013) | 05/23/2013 |
| 2369 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of 7-Eleven Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2370 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Academy, Ltd. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2371 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Aldo US Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2372 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of American Eagle Outfitters, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2373 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Barnes & Nobles, Inc (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2374 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Best Buy Enterprise Services, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2375 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of BJ's Wholesale Club, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2376 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Carter's, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2377 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Costco Wholesale Corporation (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2378 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Crate & Barrel Holdings, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2379 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Darden Restaurants, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2380 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of David's Bridal, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2381 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Dillard's, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2382 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of General Nutrition Corporation, d/b/a GNC Store (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2383 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Genesco Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2384 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of The Gymboree Corporation (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2385 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of IKEA North America Services, LLC (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2386 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of J. Crew Group, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2387 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Kwik Trip, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2388 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Lowe's Companies, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2389 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Michaels Stores, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2390 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of National Railroad Passenger Corporation (Amtrak) (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2391 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Nike, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2392 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Panera, LLC (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2393 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Petco Animal Supplies, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2394 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Petsmart, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2395 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of RaceTrac Petroleum, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2396 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Retail Industry Leaders Association (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2397 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Sears Holdings Corporation (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2398 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Starbucks Corporation (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2399 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Thermo Fisher Scientific Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2400 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Wal-Mart Stores, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2401 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of The Wendy's Company (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2402 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of The Wet Seal, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2403 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Alon USA Energy, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2404 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Recreational Equipment, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2405 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Roundy's Supermarkets, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2406 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of The Gap, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/23/2013) | 05/23/2013 |
| 2409 | NOTICE of Statement of Objections to Settlement filed by Louis Schapiro. (Piper, Francine) (Entered: 05/24/2013) | 05/23/2013 |
| 2540 | NOTICE Statement of Objections to settlement filed by Wawa, Inc. Signed by James P. Morey, dated 5/20/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2541 | NOTICE Statement of Objections to settlement filed by Robert J. Manning, Lykins Oil Company, Lykins C-Stores, Inc. and Lykins Companies, Inc., dated 5/16/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2543 | NOTICE Statement of Objections to settlement filed by Sam Zeer, Payment Process Center, Shop N Save Corp., dated 5/18/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2548 | NOTICE Statement of Objections to settlement filed by David J. Harris, Stater Bros. Markets, dated 5/20/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2549 | NOTICE Statement of Objections to settlement filed by Howard Frum, President of Mike's Service Station, Inc., dated 5/14/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2552 | NOTICE Statement of Objections to settlement filed by Craig E. Gosselin, of Pacific Sunwear of California, Inc. and Pacific Sunwear Stores Corp., dated 5/17/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2553 | NOTICE Statement of Objections to settlement filed by Steven Lin Pfirman, Jasaly Management Inc. (DBA Dunkin Donuts) (Attachments: # 1 Wellington Donuts Inc.), dated 5/5/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2567 | NOTICE of Statement of Objections to Settlement filed by Cayle Erik Waring, Erik's Sugarbush. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2568 | NOTICE of Statement of Objections to Settlement filed by Ronald J. Martin, Executive Vice President Riiser Energy, dated 5/20/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2570 | NOTICE of Statement of Objections to Settlement filed by James Robert Wade, McCleary Oil Company Inc., dated 5/20/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2571 | NOTICE of Statement of Objections to Settlement filed by Andrew D. Costello, Bradford General Store Inc., dated 5/20/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2572 | NOTICE of Statement of Objections to Settlement filed by David and Douglas Derrer. (Piper, Francine) (Entered: 05/28/2013) | 05/23/2013 |
| 2574 | NOTICE of Statement of Objections to Settlement/Opt Out Letter filed by Roger William Smith. (Piper, Francine) (Entered: 05/28/2013) | 05/23/2013 |
| 2581 | NOTICE of Opt-Out Letter filed by Riad Issa. (Piper, Francine) (Entered: 05/28/2013) | 05/23/2013 |
| 2589 | NOTICE of Statement of Objections to Settlement filed by Bruce Anthony Soldano. (Piper, Francine) (Entered: 05/28/2013) | 05/23/2013 |
| 2597 | NOTICE of Statement of Objections to Settlement filed by Paul J. Riesgraf, Paul and Fran's Grocery LLC, dated 5/20/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2601 | NOTICE of Statement of Objections to Settlement filed by Clint and Jenny Osner, Hired Man's Grocery and Grill, Inc., dated 5/19/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2603 | NOTICE of Statement of Objections to Settlement filed by Troy A. Kingsbury, Kingsburys General Store, dated 4/11/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2608 | NOTICE of Statement of Objections to Settlement filed by Chi Investment Inc. DBA Burger King. (Attachments: # 1 King Co. Enterprises, Inc. DBA Burger King), dated 5/20/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/23/2013 |
| 2673 | NOTICE of Statement of Objections to settlement filed by 54 Super Pantry convenience stores by Charles Anthony McReaken (owned by Tri Star Marketing, Inc.) (Guzzi, Roseann) (Entered: 05/29/2013) | 05/23/2013 |
| 2674 | NOTICE of Statement of Objections to settlement filed by John David Heater, President Go-Mart, Inc., dated 5/20/13. (Guzzi, Roseann) (Entered: 05/29/2013) | 05/23/2013 |
| 2675 | NOTICE of Statement of Objections to settlement filed by SBV Partners; Sonora Star Inc.; Fulton Hundal Food, LLC.; STRZ4US, Inc.; Hundal Foods; Blended Star LLC. (Guzzi, Roseann) (Entered: 05/29/2013) | 05/23/2013 |
| 2676 | NOTICE of Statement of Objections to settlement filed by Spartan Stores, Inc., Spartan Stores, Inc. and its subsidiaries, including Family Fare, LLC and Spartan Stores Fuel LLC. (Guzzi, Roseann) (Entered: 05/29/2013) | 05/23/2013 |
| 2410 | NOTICE of Statement of Objections to Settlement filed by Anne Marie Grossman. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2411 | NOTICE of Statement of Objections to Settlement filed by Toni Miller. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2412 | NOTICE of Statement of Objections to Settlement filed by Sharon Browne. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2413 | NOTICE of Statement of Objections to Settlement filed by Marcy J. LeBlanc, Sr. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2414 | NOTICE of Statement of Objections to Settlement filed by Lacey Bundy. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2415 | NOTICE of Statement of Objections to Settlement filed by Thomas J. Clarke. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2416 | NOTICE of Statement of Objections to Settlement filed by Michael McGawn. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2417 | NOTICE of Statement of Objections to Settlement filed by Jay Wolszczak. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2418 | NOTICE of Statement of Objections to Settlement/Opt Out Letter filed by Scott Harris. (Piper, Francine) Modified on 5/24/2013 to add Opt Out(Piper, Francine). (Entered: 05/24/2013) | 05/24/2013 |
| 2419 | NOTICE of Statement of Objections to Settlement filed by James G. Dunkin and Darrell Rogers. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2420 | NOTICE of Appearance by Andrew G. Celli, Jr on behalf of National Retail Federation (notification declined or already on case) (Attachments: # 1 Affidavit of Mailing) (Celli, Andrew) (Entered: 05/24/2013) | 05/24/2013 |
| 2421 | REPLY in Opposition re 2281 Response in Opposition to Motion,,, filed by AIMCO Equipment Company, LLC, Desert European Motorcars, Ltd., Newport European Motorcars, Ltd. Newport Beach, California, San Diego European Motorcars, Ltd, Park Hill Collections, LLC Little Rock, Arkansas, Riverbike of Tennessee, Inc. Nashville, Tennessee, Pars Custom Cycle, Inc. Oklahoma City, Oklahoma, V.I.P. Motor Cars Ltd. Palm Springs, California. (Parker, Jerrold) (Entered: 05/24/2013) | 05/24/2013 |
| 2422 | NOTICE by RR #1 TX, LLC, Shepherd's Flock and Statement Regarding Opt-Outs (Parker, Jerrold) (Entered: 05/24/2013) | 05/24/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2423 | NOTICE of Statement of Objections to Settlement filed by Richard Lustiger. (Piper, Francine) (Entered: 05/24/2013) | 05/24/2013 |
| 2424 | Letter by Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Shuster, Michael) (Entered: 05/24/2013) | 05/24/2013 |
| 2425 | NOTICE of Appearance by Michiko Brown on behalf of Einstein Noah Restaurant Group, Inc. (aty to be noticed) (Brown, Michiko) (Entered: 05/24/2013) | 05/24/2013 |
| 2426 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Cardtronics, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2427 | NOTICE by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc. of Objections to Final Approval of Class Settlement (Attachments: # 1 Declaration Declaration of Jason Yurasek Resubmitting Declaration of Pete Korpady) (Yurasek, Jason) (Entered: 05/24/2013) | 05/24/2013 |
| 2428 | NOTICE by Cardtronics, Inc. Statement of Objections of Cardtronics, Inc. to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2429 | MOTION to Intervene Pursuant to Fed. R. Civ. P. 24(a) and 24(b) by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit FDC's Motion to Opt Out of Rule 23(b)(2) Class Settlement, # 3 Declaration of Jason Yurasek Resubmitting Declaration of Pete Korpady, # 4 Proposed Order) (Yurasek, Jason) (Entered: 05/24/2013) | 05/24/2013 |
| 2430 | NOTICE by Einstein Noah Restaurant Group, Inc. (of Statement of Objections) (Brown, Michiko) (Entered: 05/24/2013) | 05/24/2013 |
| 2431 | NOTICE by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc. of Intent to Appear at Fairness Hearing (Yurasek, Jason) (Entered: 05/24/2013) | 05/24/2013 |
| 2432 | NOTICE by Aldo US Inc. Statement of Objection by Aldo US Inc. to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2433 | NOTICE by BJ's Wholesale Club, Inc. Statement of Objection by BJ's Wholesale Club, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2434 | NOTICE by David's Bridal, Inc. Statement of Objection by David's Bridal, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2435 | NOTICE by Dillard's, Inc. Statement of Objection by Dillard's, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2436 | NOTICE by Kwik Trip, Inc. Statement of Objection by Kwik Trip, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2437 | NOTICE by Lowe's Companies, Inc. Statement of Objection by Lowe's Companies, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2438 | NOTICE by RaceTrac Petroleum, Inc. Statement of Objection by RaceTrac Petroleum, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2439 | NOTICE by Roundy's Supermarkets, Inc. Statement of Objection by Roundy's Supermarkets, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2440 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Family Dollar, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2441 | NOTICE by Family Dollar, Inc. Statement of Objection by Family Dollar, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/24/2013) | 05/24/2013 |
| 2694 | MOTION for Leave to Appear Pro Hac Vice for Dennis D. Gibson, $25.00 paid, reciept number 4653059382, by Teatro Dallas. (Brown, Marc) (Entered: 05/30/2013) | 05/24/2013 |
| 2699 | NOTICE: TEATRO DALLAS' OBJECTIONTO FINAL APPROVAL OF THE CLASS ACTION DEFINITIVE SETTLEMENT AGREEMENT. (Brown, Marc) (Entered: 05/30/2013) | 05/24/2013 |
| 2442 | NOTICE by 7-Eleven Inc. Statement of Objection by 7-Eleven Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2443 | NOTICE by Academy, Ltd. Statement of Objection by Academy, Ltd., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2444 | NOTICE by National Railroad Passenger Corporation (Amtrak) Statement of Objection by National Railroad Passenger Corporation (Amtrak), to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2445 | NOTICE by Best Buy Enterprise Services, Inc. Statement of Objection by National Best Buy Enterprise Services, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2446 | NOTICE by Carter's, Inc. Statement of Objection by Carter's, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2447 | NOTICE by Coborn's Incorporated Statement of Objection by Coborn's Incorporated, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2448 | NOTICE by Costco Wholesale Corporation Statement of Objection by Costco Wholesale Corporation, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2449 | NOTICE by D'Agostino Supermarkets Statement of Objection by D'Agostino Supermarkets, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2450 | NOTICE by Alon USA Energy, Inc. Statement of Objection by Alon USA Energy, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2451 | NOTICE by Barnes & Nobles, Inc Statement of Objection by Barnes & Noble, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2452 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Barnes & Noble College Booksellers, LLC (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2453 | NOTICE by Barnes & Noble College Booksellers, LLC Statement of Objection by Barnes & Noble College Booksellers, LLC, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2454 | NOTICE by Darden Restaurants, Inc. Statement of Objection by Darden Restaurants, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2455 | NOTICE by General Nutrition Corporation, d/b/a GNC Store Statement of Objection by General Nutrition Corporation, d/b/a GNC Store, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2456 | NOTICE by Genesco Inc. Statement of Objection by Genesco Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2457 | NOTICE by The Gymboree Corporation Statement of Objection by The Gymboree Corporation, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2458 | NOTICE by IKEA North America Services, LLC Statement of Objection by IKEA North America Services, LLC, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2459 | NOTICE by Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO Statement of Objection by Jetro Holding, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2460 | NOTICE by Michaels Stores, Inc. Statement of Objection by Michaels Stores, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2461 | NOTICE by NATSO, Inc. Statement of Objection by NATSO, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2462 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Drury Hotels Company, LLC (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2463 | NOTICE by Drury Hotels Company, LLC Statement of Objection by Drury Hotels Company, LLC to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2464 | NOTICE by National Restaurant Association Statement of Objection by National Restaurant Association, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2465 | NOTICE by Nike, Inc. Statement of Objection by Nike, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2466 | NOTICE by Panera, LLC Statement of Objection by Panera, LLC, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2467 | NOTICE by Petsmart, Inc. Statement of Objection by Petsmart, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2468 | NOTICE by Recreational Equipment, Inc. Statement of Objection by Recreational Equipment, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2469 | NOTICE by Retail Industry Leaders Association Statement of Objection by Retail Industry Leaders Association, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2470 | NOTICE by Sears Holdings Corporation Statement of Objection by Sears Holdings Corporation, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2471 | NOTICE by The Wet Seal, Inc. Statement of Objection by The Wet Seal, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2472 | NOTICE by Thermo Fisher Scientific Inc. Statement of Objection by Thermo Fisher Scientific Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2473 | NOTICE by The Wendy's Company Statement of Objection by The Wendy's Company to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/25/2013) | 05/25/2013 |
| 2474 | NOTICE by Kevan McLaughlin Objection and Notice of Intent to Appear (Attachments: # 1 Declaration of Kevan McLaughlin) (Davis, John) (Entered: 05/25/2013) | 05/25/2013 |
| 2475 | NOTICE by Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO Statement of Objection by National Grocers Association, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2476 | NOTICE by 7-Eleven Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2477 | NOTICE by Academy, Ltd. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2478 | NOTICE by American Eagle Outfitters, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2479 | NOTICE by National Railroad Passenger Corporation (Amtrak) of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2480 | NOTICE by The Gap, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2481 | NOTICE by IKEA North America Services, LLC of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2482 | NOTICE by J. Crew Group, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2483 | NOTICE by Kwik Trip, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2484 | NOTICE by National Cooperative Grocers Association of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2485 | NOTICE by Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2486 | NOTICE by National Restaurant Association of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2487 | NOTICE by Recreational Equipment, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2488 | NOTICE by Retail Industry Leaders Association of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2489 | NOTICE by Wal-Mart Stores, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2490 | NOTICE by The Wet Seal, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2491 | NOTICE by Petco Animal Supplies, Inc. Statement of Objection by Petco Animal Supplies, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/26/2013) | 05/26/2013 |
| 2492 | NOTICE by WellPoint, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2493 | NOTICE by WellPoint, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum In Support of Objections, # 2 Declaration of David Kretschmer) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2494 | NOTICE by Target Corporation of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2495 | NOTICE by Target Corporation Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2496 | NOTICE by Abercrombie & Fitch Co. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2497 | NOTICE by Abercrombie & Fitch Co. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2498 | NOTICE by American Signature, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2499 | NOTICE by American Signature, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2500 | NOTICE by Ascena Retail Group, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2501 | NOTICE by Ascena Retail Group, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2502 | NOTICE by Big Lots Stores, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2503 | NOTICE by Big Lots Stores, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2504 | NOTICE by Bon-Ton Stores, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2505 | NOTICE by Bon-Ton Stores, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2506 | NOTICE by Chico's FAS, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2507 | NOTICE by Chico's FAS, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2508 | NOTICE by J.C. Penney Corporation, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2509 | NOTICE by J.C. Penney Corporation, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2510 | NOTICE by Kohl's Corporation of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2511 | NOTICE by Kohl's Corporation Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2512 | NOTICE by L Brands, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2513 | NOTICE by L Brands, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2514 | NOTICE by Luxottica U.S. Holdings Corp. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2515 | NOTICE by Luxottica U.S. Holdings Corp. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2516 | NOTICE by Macy's, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2517 | NOTICE by Macy's, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2518 | NOTICE by Office Depot, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2519 | NOTICE by Office Depot, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2520 | NOTICE by OfficeMax Incorporated of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2521 | NOTICE by OfficeMax Incorporated Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2522 | NOTICE by Saks Incorporated of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2523 | NOTICE by Saks Incorporated Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2524 | NOTICE by Staples, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2525 | NOTICE by Staples, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2526 | NOTICE by TJX Companies, Inc. of Intention to Appear at Fairness Hearing (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2527 | NOTICE by TJX Companies, Inc. Statement of Objections to Proposed Settlement (Attachments: # 1 Memorandum in Support of Objections, # 2 Exhibit Complaint in 13-cv-3477 (S.D.N.Y.)) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2528 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Marathon Petroleum Company LP (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/27/2013) | 05/27/2013 |
| 2529 | NOTICE by Marathon Petroleum Company LP Statement of Objection by Marathon Petroleum Company LP, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/27/2013) | 05/27/2013 |
| 2530 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Speedway LLC (aty to be noticed) (Shinder, Jeffrey) (Main Document 2530 replaced on 5/28/2013) (Piper, Francine). (Entered: 05/27/2013) | 05/27/2013 |
| 2531 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Speedway LLC (notification declined or already on case) (Shinder, Jeffrey) (Entered: 05/27/2013) | 05/27/2013 |
| 2532 | NOTICE by Speedway LLC Statement of Objection by Speedway LLC, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/27/2013) | 05/27/2013 |
| 2533 | Notice of MOTION in Limine to Exclude Valuation Portion of the Declaration of Alan M. Frankel by Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., Chico's FAS, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Attachments: # 1 Memorandum in Support of Motion In Limine to Exclude Valuation Portion of the Declaration of Alan M. Frankel, # 2 Declaration of Michael S. Weisbach) (Clarick, Gregory) (Entered: 05/27/2013) | 05/27/2013 |
| 2534 | NOTICE by Crate & Barrel Holdings, Inc. Statement of Objection by Crate & Barrel Holdings, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/27/2013) | 05/27/2013 |
| 2535 | NOTICE by J. Crew Group, Inc. Statement of Objection by J. Crew Group, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/27/2013) | 05/27/2013 |
| 2536 | NOTICE by The Gap, Inc. Statement of Objection by The Gap, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/27/2013) | 05/27/2013 |
| 2537 | NOTICE by The Iron Barley Restaurant re 1745 Order (Miller, Steve) (Entered: 05/28/2013) | 05/28/2013 |
| 2538 | NOTICE by National Retail Federation Statement of Objection to Final Approval of the Proposed Rule 23 (b)(2) Agreement (Attachments: # 1 Exhibit 1-Declaration of Steven I. Sadove, # 2 Exhibit 2-Declaration of Mallory Duncan, # 3 Exhibit 3-Declaration of Neiman Marcus, # 4 Exhibit 4-Declaration of Brooks Brothers Group, # 5 Exhibit 5-Declaration of Talbots, # 6 Exhibit 6 - Declaration of Gap Inc., # 7 Exhibit 7 - Declaration of Tiffany & Company, # 8 Exhibit 8 - Declaration of Este Lauder Companies Inc., # 9 Exhibit 9 - Declaration of Crate & Barrel, # 10 Exhibit 10 - Declaration of J. Crew Group, Inc., # 11 Exhibit 11 - Declaration of Dominos Pizza LLC, # 12 Exhibit 12 - Declaration of New York & Company, Inc., # 13 Exhibit 13 - Declaration of Express, Inc., # 14 Exhibit 14 - Declaration of Sonic Corp., # 15 Exhibit 15 - Declaration of Brookstone Company, Inc., # 16 Exhibit 16 - Declaration of Belk, Inc., # 17 Exhibit 17 - Declaration of Rue21, Inc., # 18 Exhibit 18 - Declaration of Destination XL Group, Inc., # 19 Exhibit 19 - Declaration of Pacific Sunwear of California, Inc., # 20 Exhibit 20 - Declaration of Daves Pet City, # 21 Exhibit 21 - Declaration of Keith Lipert Gallery) (Houk, Diane) (Entered: 05/28/2013) | 05/28/2013 |
| 2539 | NOTICE by National Retail Federation Intention to Appear (Attachments: # 1 Affidavit of Mailing) (Celli, Andrew) (Entered: 05/28/2013) | 05/28/2013 |
| 2542 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Martin's Super Markets, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2544 | NOTICE by Martin's Super Markets, Inc. Statement of Objection by Martin's Super Markets, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2545 | NOTICE Statement of Objections to settlement filed by James Charles Pliska, Space Age Fuel Inc., dated 5/21/13. (Guzzi, Roseann) (Entered: 05/28/2013) | 05/28/2013 |
| 2546 | NOTICE by National Cooperative Grocers Association Statement of Objection by National Cooperative Grocers Association, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2547 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6219033. by SuperTest Service Stations of IN, Inc.. (Attachments: # 1 Affidavit in Support Bond Affidavit, # 2 Exhibit Bond Certificate of Good Standing, # 3 Proposed Order) (Bond, Tonya) (Entered: 05/28/2013) | 05/28/2013 |
| 2550 | NOTICE by The National Federation of Independent Business Notice of Intention to Appear (Begleiter, Robert) (Entered: 05/28/2013) | 05/28/2013 |
| 2551 | NOTICE by U.S. Public Research Interest Group Notice of Intention to Appear (Begleiter, Robert) (Entered: 05/28/2013) | 05/28/2013 |
| 2554 | NOTICE of Appearance by Joe V. Demarco on behalf of Restoration Hardware, Inc. (aty to be noticed) (Demarco, Joe) (Entered: 05/28/2013) | 05/28/2013 |
| 2555 | NOTICE by Restoration Hardware, Inc. of Intention to Appear at Settlement Fairness Hearing (Demarco, Joe) (Entered: 05/28/2013) | 05/28/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2556 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Whole Foods Market Group, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2557 | NOTICE by Restoration Hardware, Inc. Statement of Objections to Proposed Rule Changes Class Settlement (Demarco, Joe) (Entered: 05/28/2013) | 05/28/2013 |
| 2558 | NOTICE of Appearance by Dennis Dean Gibson on behalf of Dennis D Gibson, Teatro Dallas (aty to be noticed) (Gibson, Dennis) (Entered: 05/28/2013) | 05/28/2013 |
| 2559 | NOTICE by Whole Foods Market Group, Inc. Statement of Objection by Whole Foods Market Group, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2560 | MEMORANDUM in Opposition Objection To Settlement filed by Teatro Dallas. (Gibson, Dennis) (Entered: 05/28/2013) | 05/28/2013 |
| 2561 | NOTICE by Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Statement of Objection by National Association of Convenience Stores, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2562 | NOTICE by American Eagle Outfitters, Inc. Statement of Objection by American Eagle Outfitters, Inc, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2563 | NOTICE by Affiliated Foods Midwest Statement of Objection by Affiliated Foods Midwest, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2564 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Stein Mart, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2565 | NOTICE by Stein Mart, Inc. Statement of Objection by Stein Mart, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2566 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Dick's Sporting Goods, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2569 | NOTICE by Dick's Sporting Goods, Inc. Statement of Objection by Dick's Sporting Goods, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2573 | NOTICE of Appearance by Michiko Brown on behalf of Furniture Row, LLC, Furniture Row BC, Inc. (aty to be noticed) (Brown, Michiko) (Entered: 05/28/2013) | 05/28/2013 |
| 2575 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6219928. by Vicente Consulting LLC. (Attachments: # 1 Exhibit, # 2 Affidavit, # 3 Proposed Order) (Siegel, Edward) (Entered: 05/28/2013) | 05/28/2013 |
| 2576 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Foot Locker, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2577 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6219947. by SuperTest Service Stations of IN, Inc.. (Attachments: # 1 Affidavit Braun Affidavit) (Braun, Christopher) (Entered: 05/28/2013) | 05/28/2013 |
| 2578 | NOTICE by Vicente Consulting LLC of Objections (Attachments: # 1 Exhibit, # 2 Exhibit) Associated Cases: 1:05-md-01720-JG-JO et al. (Siegel, Edward) (Entered: 05/28/2013) | 05/28/2013 |
| 2579 | MOTION to Amend/Correct/Supplement 2547 MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6219033. by SuperTest Service Stations of IN, Inc.. (Attachments: # 1 Supplement Pro Hac Vice Payment Confirmation) (Bond, Tonya) (Entered: 05/28/2013) | 05/28/2013 |
| 2580 | NOTICE of Appearance by Tonya Bond on behalf of SuperTest Service Stations of IN, Inc. (notification declined or already on case) (Bond, Tonya) (Entered: 05/28/2013) | 05/28/2013 |
| 2582 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6219992. by Dell Inc.. (Attachments: # 1 Affidavit of James B Niehaus, # 2 Certificate of Good Standing, # 3 Proposed Order) (Niehaus, James) (Entered: 05/28/2013) | 05/28/2013 |
| 2583 | NOTICE by The Iron Barley Restaurant re 2537 Notice(Other) of Intention to Appear at Settlement Fairness Hearing (Miller, Steve) (Entered: 05/28/2013) | 05/28/2013 |
| 2584 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6220129. by Dell Inc.. (Attachments: # 1 Affidavit of Gregory R. Farkas, # 2 Certificate of Good Standing, # 3 Proposed Order) (Niehaus, James) (Entered: 05/28/2013) | 05/28/2013 |
| 2585 | NOTICE by Dell Inc. of Intention to Appear (Niehaus, James) (Entered: 05/28/2013) | 05/28/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2586 | RESPONSE to Motion re 2111 MOTION for Settlement [Notice of Motion and Motion for Class Plaintiffs Final Approval of Settlement], 2113 MOTION for Attorney Fees [Class Plaintiffs' Notice of Motion and Joint Motion In Support Of Class Plaintiffs' Joint Motion For Award Of Attorneys' Fees, Expenses And Class Plaintiffs' Awards] Objections filed by Unlimited Vacations and Cruises Inc, Daviss Donuts and Deli, Top Gun Wrecker, Orange County Bldg Materials, Bishop d/b/a Hat & Gown. (Pentz, John) (Entered: 05/28/2013) | 05/28/2013 |
| 2587 | NOTICE by Foot Locker, Inc. Statement of Objection by Foot Locker, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2588 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6220196. by Daviss Donuts and Deli. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Pentz, John) (Entered: 05/28/2013) | 05/28/2013 |
| 2590 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Zappos.com, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2591 | NOTICE by Home Depot U.S.A., Inc. Statement of Objections and Memorandum in Support (Attachments: # 1 Exhibit Statement of Objections, # 2 Declaration Declaration of Dwaine Kimmet) (Neuwirth, Stephen) (Entered: 05/28/2013) | 05/28/2013 |
| 2592 | NOTICE by Dell Inc. Statement of Objection to Final Approval of Settlement (Niehaus, James) (Entered: 05/28/2013) | 05/28/2013 |
| 2593 | NOTICE by Zappos.com, Inc. Statement of Objection by Zappos.com, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2594 | NOTICE by Home Depot U.S.A., Inc. Notice of Intent to Appear & Object (Neuwirth, Stephen) (Entered: 05/28/2013) | 05/28/2013 |
| 2595 | NOTICE by SuperTest Service Stations of IN, Inc. OBJECTION TO FINAL APPROVAL OF THE CLASS ACTION DEFINITIVE SETTLEMENT AGREEMENT (Bond, Tonya) (Entered: 05/28/2013) | 05/28/2013 |
| 2596 | NOTICE by Furniture Row BC, Inc., Furniture Row, LLC (of Statement of Objections) (Brown, Michiko) (Entered: 05/28/2013) | 05/28/2013 |
| 2598 | REPLY in Opposition to Proposed Class Settlement filed by Consumer Union of United States, Inc. d/b/a Consumer Reports. (Begleiter, Robert) (Entered: 05/28/2013) | 05/28/2013 |
| 2599 | NOTICE by Enterprise Holdings, Inc. Notice of Intention to Appear at Final Approval Hearing (Sasse, Daniel) (Entered: 05/28/2013) | 05/28/2013 |
| 2600 | NOTICE by Consumer Union of United States, Inc. d/b/a Consumer Reports of Intention to Appear (Begleiter, Robert) (Entered: 05/28/2013) | 05/28/2013 |
| 2602 | NOTICE of Appearance by Christopher Braun on behalf of SuperTest Service Stations of IN, Inc. (notification declined or already on case) (Braun, Christopher) (Entered: 05/28/2013) | 05/28/2013 |
| 2604 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Amazon.com, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2605 | NOTICE by Amazon.com, Inc. Statement of Objection by Amazon.com, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2606 | NOTICE by Starbucks Corporation Statement of Objection by Starbucks Corporation, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2607 | NOTICE by Buc-ee's Ltd of Statement of Objections and Declaration of Donald E. Wasek (Attachments: # 1 Declaration) (Subramanian, Arun) (Entered: 05/28/2013) | 05/28/2013 |
| 2609 | NOTICE by SuperTest Service Stations of IN, Inc. Intent to Appear at Fairness Hearing (Bond, Tonya) (Entered: 05/28/2013) | 05/28/2013 |
| 2610 | Corporate Disclosure Statement by Texas Independent Bancshares, Inc. (Mocciolo, Adam) (Entered: 05/28/2013) | 05/28/2013 |
| 2611 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6220713. by Maison Weiss Inc.. (Warren, James) (Entered: 05/28/2013) | 05/28/2013 |
| 2612 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of Panda Restaurant Group, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2613 | NOTICE by Objectors1001 PROPERTY SOLUTIONS LLC AND TEMPLE EAGLE PARTNERS LLCof Objection to Proposed Settlement (Attachments: # 1 Exhibit (A) Declaration of Rick Bandas, (B) Declaration of Daniel Hall, (C) Class notice) Associated Cases: 1:05-md-01720-JG-JO et al. (Stein, David) Modified on 2/14/2014 (Marziliano, August). Modified on 2/19/2014 (Marziliano, August). Modified on 2/19/2014 (Marziliano, August). (Entered: 05/28/2013) | 05/28/2013 |
| 2614 | NOTICE by Panda Restaurant Group, Inc. Statement of Objection by Panda Restaurant Group, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2615 | NOTICE of Appearance by Sanford H. Greenberg on behalf of Fiesta Restaurant Group, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Greenberg, Sanford) (Entered: 05/28/2013) | 05/28/2013 |
| 2616 | NOTICE of Appearance by James Warren on behalf of Maison Weiss Inc. (notification declined or already on case) (Warren, James) (Entered: 05/28/2013) | 05/28/2013 |
| 2617 | NOTICE by Fiesta Restaurant Group, Inc. Objection To Final Approval Of The Proposed Settlement Associated Cases: 1:05-md-01720-JG-JO et al. (Greenberg, Sanford) (Entered: 05/28/2013) | 05/28/2013 |
| 2618 | NOTICE by Dons Pharmacy, Incorporated, Greenhaws, Inc., PPT Inc., d/b/a Graffitis Restaurant Regarding Opt-Outs (Parker, Jerrold) (Entered: 05/28/2013) | 05/28/2013 |
| 2619 | NOTICE by National Community Pharmacists Association Statement of Objection by National Community Pharmacists Association, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2620 | NOTICE of Appearance by David Stein on behalf of 1001 Property Solutions LLC, Temple Eagle Partners LLC (aty to be noticed) (Stein, David) (Entered: 05/28/2013) | 05/28/2013 |
| 2621 | NOTICE by Maison Weiss Inc. Statement of Objection to Settlement (Warren, James) (Entered: 05/28/2013) | 05/28/2013 |
| 2622 | Corporate Disclosure Statement by Citibank N A, Citigroup Inc identifying Corporate Parent Citigroup Inc., Corporate Parent Citicorp for Citibank N A. (Joyce, Eamon) (Entered: 05/28/2013) | 05/28/2013 |
| 2623 | Amicus Curiae APPEARANCE entered by Robert Lee Hubbard on behalf of Amici Objecting States (Attachments: # 1 Notice of Appearance, # 2 Notice of Intent to Appear CA, # 3 Notice of Intent to Appear MD) (Hubbard, Robert) (Entered: 05/28/2013) | 05/28/2013 |
| 2624 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of P.C. Richard & Son, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2625 | NOTICE by P.C. Richard & Son, Inc. Statement of Objection by P.C. Richard & Son, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2626 | NOTICE of Appearance by Brian A. Ratner on behalf of Auto Europe Holdings, Inc., Hertz UK Limited (aty to be noticed) (Ratner, Brian) (Entered: 05/28/2013) | 05/28/2013 |
| 2627 | NOTICE of Appearance by Wendy H. Schwartz on behalf of Blue Cross Blue Shield entities (aty to be noticed) (Attachments: # 1 Appendix List of represented Blue Cross Blue Shield entities) (Schwartz, Wendy) (Entered: 05/28/2013) | 05/28/2013 |
| 2628 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of YUM! Brands, Inc. (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2629 | NOTICE by YUM! Brands, Inc. Statement of Objection by YUM! Brands, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2630 | NOTICE by Auto Europe Holdings, Inc., Hertz UK Limited Statement of Objections to Settlement (Attachments: # 1 Certificate of Service) (Ratner, Brian) (Entered: 05/28/2013) | 05/28/2013 |
| 2631 | NOTICE by Amazon.com, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2632 | NOTICE by Costco Wholesale Corporation of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2633 | NOTICE by Cardtronics, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2634 | NOTICE by Valuevision Media, Inc. (Davis, Cheryl) (Entered: 05/28/2013) | 05/28/2013 |
| 2635 | NOTICE by Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2636 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6220991. by Blue Cross Blue Shield entities. (Attachments: # 1 Affidavit Affidavit of A.P. Feinberg, # 2 Appendix List of Blue Cross Blue Shield entities represented, # 3 Certificate of Service Certificate of Service) (Schwartz, Wendy) (Entered: 05/28/2013) | 05/28/2013 |
| 2637 | NOTICE by Royal Caribbean Cruises LTD., Barneys New York ----- (Davis, Cheryl) (Entered: 05/28/2013) | 05/28/2013 |
| 2638 | NOTICE by Boston Market Corporation (Davis, Cheryl) (Entered: 05/28/2013) | 05/28/2013 |
| 2639 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6221000. by Blue Cross Blue Shield entities. (Attachments: # 1 Affidavit Affidavit of A.F. Shelley, # 2 Appendix List of Blue Cross Blue Shield entites represented, # 3 Certificate of Service Certificate of Service) (Schwartz, Wendy) (Entered: 05/28/2013) | 05/28/2013 |
| 2640 | NOTICE of Appearance by Jeffrey Isaac Shinder on behalf of HMSHost Corporation (aty to be noticed) (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2641 | NOTICE by HMSHost Corporation Statement of Objection by HMSHost Corporation, to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2642 | NOTICE of Appearance by Roger J. Maldonado on behalf of The Egg Store (aty to be noticed) (Maldonado, Roger) (Entered: 05/28/2013) | 05/28/2013 |
| 2643 | NOTICE by Blue Cross Blue Shield entities of Objection to Proposed Settlement (Attachments: # 1 Appendix List of Blue Cross Blue Shield entities, # 2 Appendix Objection Forms from Blue Cross Blue Shield entities, # 3 Declaration Declaration of David Cote, # 4 Declaration Declaration of Garrett Calissi, # 5 Declaration Declaration of Kathryn A. Galarneau, # 6 Declaration Declaration of Matthew Brolly, # 7 Declaration Declaration of William J. Farrell, # 8 Certificate of Service Certificate of Service) (Schwartz, Wendy) (Entered: 05/28/2013) | 05/28/2013 |
| 2644 | NOTICE by Wal-Mart Stores, Inc. Statement of Objection by Wal-Mart Stores, Inc., to Final Approval of Proposed Settlement (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
| 2645 | NOTICE by Blue Cross Blue Shield entities re 2643 Notice(Other),, of Intention to Appear (Attachments: # 1 Appendix List of Blue Cross Blue Shield entities, # 2 Certificate of Service) (Schwartz, Wendy) (Entered: 05/28/2013) | 05/28/2013 |
| 2646 | NOTICE by T-Mobile USA, Inc., MetroPCS Wireless Inc., VoiceStream Wireless Corporation, Western PCS Corporation re Statement of Objection to Final Approval of Proposed Settlement (Subramanian, Arun) (Entered: 05/28/2013) | 05/28/2013 |
| 2647 | NOTICE by The Egg Store of Objection to Proposed Class Action Settlement (Attachments: # 1 Memorandum in Support of the Egg Store Objection) (Maldonado, Roger) (Entered: 05/28/2013) | 05/28/2013 |
| 2648 | NOTICE by American Express Co., American Express Publishing Corp., American Express Travel Related Services Company, Inc., Travel Impressions, Ltd., Serve Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee, USA AMEX Assurance Company and Accertify, Inc. Objection to Class Settlement Agreement (Attachments: # 1 Declaration of Stephen B. McCurdy in Support of Objection of American Express) (Korologos, Philip) Modified on 3/5/2014 (Marziliano, August). (Entered: 05/28/2013) | 05/28/2013 |
| 2649 | NOTICE by American Express Co., American Express Publishing Corp., American Express Travel Related Services Company, Inc., Travel Impressions, Ltd. Notice of Intent to Appear at Hearing (Korologos, Philip) (Entered: 05/28/2013) | 05/28/2013 |
| 2650 | NOTICE of Appearance by Matthew Jared Skinner on behalf of Hermes of Paris, Inc. (aty to be noticed) (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2651 | Corporate Disclosure Statement by Hermes of Paris, Inc. identifying Corporate Parent Hermes International for Hermes of Paris, Inc.. (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2652 | NOTICE of Appearance by Helene Fromm on behalf of Metropolitan Transportation Authority (aty to be noticed) (Fromm, Helene) (Entered: 05/28/2013) | 05/28/2013 |
| 2653 | SETTLEMENT AGREEMENT Objection by Metropolitan Transportation Authority (Fromm, Helene) (Entered: 05/28/2013) | 05/28/2013 |
| 2654 | NOTICE by Hermes of Paris, Inc. Objections of Hermes to the Preliminary Approval of the Proposed Class Settlement (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2655 | Notice of MOTION to Intervene by Discover Financial Services. (Attachments: # 1 Proposed Order) (Selendy, Jennifer) (Entered: 05/28/2013) | 05/28/2013 |
| 2656 | NOTICE of Appearance by Matthew Jared Skinner on behalf of 99 Only Stores (aty to be noticed) (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2657 | Unredacted Memorandum in support of 2655 Notice of MOTION to Intervene by Discover Financial Services. by Discover Financial Services. (Attachments: # 1 Memorandum in Support (Unredacted), # 2 Memorandum in Support (Redacted), # 3 Declaration of Jennifer M. Selendy, # 4 Exhibit B (Proposed Pleading), # 5 Exhibit A (Decl. of Roger Hochschild) (Unredacted), # 6 Exhibit A (Decl. of Roger Hochschild) (Redacted), # 7 Exhibit 1 (to Decl. of Roger Hochschild)) (Selendy, Jennifer) Modified on 12/4/2014 to change from a Motion to Electronically file under seal to redacted Memorandum in Support. (Marziliano, August). (Entered: 05/28/2013) | 05/28/2013 |
| 2658 | NOTICE of Appearance by Matthew Jared Skinner on behalf of Smart & Final Holdings, Inc. (aty to be noticed) (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2659 | NOTICE by Discover Financial Services of Objection of DFS Services LLC, Discover Home Loans, Inc., and Discover Bank to Final Approval of Proposed Settlement (Selendy, Jennifer) (Entered: 05/28/2013) | 05/28/2013 |
| 2660 | NOTICE of Appearance by Amy Nkemka Okereke on behalf of City of New York (aty to be noticed) (Okereke, Amy) (Entered: 05/28/2013) | 05/28/2013 |
| 2661 | Corporate Disclosure Statement by 99 Only Stores identifying Corporate Parent Number Holdings, Inc. for 99 Only Stores. (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2662 | NOTICE by City of New York of Intention to Appear at Fairness Hearing (Okereke, Amy) (Entered: 05/28/2013) | 05/28/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2663 | Letter Opting Out of Cash Settlement Class by Discover Financial Services (Selendy, Jennifer) (Entered: 05/28/2013) | 05/28/2013 |
| 2664 | NOTICE by Discover Financial Services of Intent to Appear at Fairness Hearing (Selendy, Jennifer) (Entered: 05/28/2013) | 05/28/2013 |
| 2665 | Corporate Disclosure Statement by Smart & Final Holdings, Inc. identifying Corporate Parent Ares Corporate Opportunities Fund III, L.P./Ares Corporate Opportunities Fund IV, L.P. for Smart & Final Holdings, Inc.. (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2666 | NOTICE by Etc. Optical re 1745 Order of Objections (Bacharach, N.) (Entered: 05/28/2013) | 05/28/2013 |
| 2667 | NOTICE by 99 Only Stores, Smart & Final Holdings, Inc. Objections of 99 Only Stores and Smart & Final Holdings, Inc. to the Approval of the Proposed Class Settlement (Skinner, Matthew) (Entered: 05/28/2013) | 05/28/2013 |
| 2668 | NOTICE by Jon M Zimmerman Notice of Intention to Appear and Notice of Objections to Class Settlement (Attachments: # 1 Declaration Statement of Objections of Jon M. Zimmerman) (Vandamme, Hendrick) (Entered: 05/28/2013) | 05/28/2013 |
| 2669 | MEMORANDUM in Opposition re 2113 MOTION for Attorney Fees [Class Plaintiffs' Notice of Motion and Joint Motion In Support Of Class Plaintiffs' Joint Motion For Award Of Attorneys' Fees, Expenses And Class Plaintiffs' Awards] filed by Jon M Zimmerman. (Vandamme, Hendrick) (Entered: 05/28/2013) | 05/28/2013 |
| 2670 | RESPONSE in Opposition re 2111 MOTION for Settlement [Notice of Motion and Motion for Class Plaintiffs Final Approval of Settlement] filed by 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc.. (Attachments: # 1 Affidavit Declaration of Jeffrey I. Shinder, # 2 Exhibit 1-20, # 3 Exhibit 21-50, # 4 Exhibit 51-63, # 5 Exhibit 64-1, # 6 Exhibit 64-2, # 7 Exhibit 64-3, # 8 Exhibit 65-95, # 9 Exhibit 96-114) Modified to correct filing parties on 5/29/2013 (Lee, Tiffeny). (Entered: 05/28/2013) | 05/28/2013 |
| 2671 | NOTICE by Bill Papenhausen Bail Bonds, Bill Papenhausen nvestigations, Professional Nails, Professionailand Spa 858 Associated Cases: 1:05-md-01720-JG-JO et al. (Siegel, Edward) (Entered: 05/28/2013) | 05/28/2013 |
| 2672 | NOTICE by 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The City of Oakland, California, The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. of Intention to Appear at Fairness Hearing (Shinder, Jeffrey) (Entered: 05/28/2013) | 05/28/2013 |
|  | Incorrect Case Entry Information. Counsel Jeffrey Shinder attached the wrong PDF to Document #2530. On the same day he filed a Notice of Appearance with the corrected PDF. The Clerk correctly attached the Notice of Appearance to document #2530. Document #2530 and #2531 have the same PDF documents. (Piper, Francine) (Entered: 05/28/2013) | 05/28/2013 |
|  | SCHEDULING ORDER: the court has received First Data Corporation's 2429 motion to intervene pursuant to FRCP 24(a) and 24(b). Any opposition to the motion to intervene is to be filed on or before June 7, 2013; a reply, if any, is to be filed by June 14, 2013. Oral argument will be heard on June 20, 2013 at 10:00 a.m. in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 5/28/2013. (Merle, Natasha) (Entered: 05/28/2013) | 05/28/2013 |
| 2677 | NOTICE of Appearance by Cheryl L. Davis on behalf of Barneys New York (aty to be noticed) (Davis, Cheryl) (Entered: 05/29/2013) | 05/29/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2678 | NOTICE of Appearance by Cheryl L. Davis on behalf of Boston Market Corporation (aty to be noticed) (Davis, Cheryl) (Entered: 05/29/2013) | 05/29/2013 |
| 2679 | NOTICE of Appearance by Cheryl L. Davis on behalf of Royal Caribbean Cruises LTD. (aty to be noticed) (Davis, Cheryl) (Entered: 05/29/2013) | 05/29/2013 |
| 2680 | NOTICE of Appearance by Cheryl L. Davis on behalf of Valuevision Media, Inc. (aty to be noticed) (Davis, Cheryl) (Entered: 05/29/2013) | 05/29/2013 |
| 2681 | MOTION for Leave to Appear Pro Hac Vice Brian A. Ratner Filing fee $ 25, receipt number 0207-6222804. by Auto Europe Holdings, Inc., Hertz UK Limited. (Ratner, Brian) (Entered: 05/29/2013) | 05/29/2013 |
| 2682 | NOTICE of Appearance by William H. Pratt on behalf of DFS Services, LLC, Discover Home Loans, Inc., Discover Bank (aty to be noticed) (Pratt, William) (Entered: 05/29/2013) | 05/29/2013 |
| 2683 | NOTICE of Appearance by Jennifer M. Selendy on behalf of DFS Services, LLC, Discover Bank, Discover Home Loans, Inc. (aty to be noticed) (Selendy, Jennifer) (Entered: 05/29/2013) | 05/29/2013 |
| 2684 | Corporate Disclosure Statement by DFS Services, LLC, Discover Bank, Discover Financial Services, Discover Home Loans, Inc. identifying Corporate Parent Discover Financial Services for DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 05/29/2013) | 05/29/2013 |
| 2685 | NOTICE of Appearance by Michael D. Alper on behalf of Einstein Noah Restaurant Group, Inc. (aty to be noticed) (Alper, Michael) (Entered: 05/29/2013) | 05/29/2013 |
| 2686 | NOTICE by Vicente Consulting LLC re 2575 MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6219928. of Addendum to PHV motion (Attachments: # 1 Exhibit) (Siegel, Edward) (Entered: 05/29/2013) | 05/29/2013 |
| 2687 | NOTICE of Appearance by Michael D. Alper on behalf of Furniture Row BC, Inc., Furniture Row, LLC (aty to be noticed) (Alper, Michael) (Entered: 05/29/2013) | 05/29/2013 |
| | ORDER: Pursuant to the telephone conference held today (off the record, with the consent of the participants) with Craig Wildfang, Jeffrey Shinder, Kenneth Gallo and Robert Vizas, the Court orders as follows: before 12:00 p.m on Friday, May 31, 2013, the above-mentioned counsel (or their representatives) will pick up the objections and opt-outs from the office of the Clerk of Court (specifically, from Marc Brown (718-613-2282)). They will jointly arrange to have those submissions scanned and electronically uploaded so they are publicly available on the electronic case file. The filings are to be uploaded individually so each gets a separate docket number, and the docket entry shall include the nature of the filing (e.g., objection, opt-out, both objection and opt-out) and the name of the person or entity who sent the filing to the Court. The scanned filings shall be uploaded onto the case file on or before June 7, 2013, and the originals shall be returned to Mr. Brown by that date. The Court is very grateful to the parties for agreeing to assist the Court in this way. Ordered by Judge John Gleeson on 5/29/2013. (Merle, Natasha) (Entered: 05/29/2013) | 05/29/2013 |
| 2688 | ORDER granting 1956 Motion for Leave to Appear Pro Hac Vice -- Attorney John W. Davis, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 4, 2013, Mr. Davis shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Davis shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Davis shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| 2689 | ORDER granting 2636 Motion for Leave to Appear Pro Hac Vice -- Attorney Adam P. Feinberg, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 4, 2013, Mr. Feinberg shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Feinberg shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Feinberg shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| 2690 | ORDER granting 2639 Motion for Leave to Appear Pro Hac Vice -- Attorney Anthony F. Shelley, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 4, 2013, Mr. Shelley shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Shelley shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Shelley shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| 2691 | ORDER granting 2584 Motion for Leave to Appear Pro Hac Vice -- Attorney Gregory R. Farkas, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 4, 2013, Mr. Farkas shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Farkas shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Farkas shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| 2692 | ORDER granting 2582 Motion for Leave to Appear Pro Hac Vice -- Attorney James B. Niehaus, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 4, 2013, Mr. Niehaus shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Niehaus shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Niehaus shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2693 | ORDER granting 2575 Motion for Leave to Appear Pro Hac Vice, re 2686 -- Attorney Edward F. Siegel, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 4, 2013, Mr. Siegel shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Siegel shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Siegel shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| 2695 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6225857. by Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Chico's FAS, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation, WellPoint, Inc.. (Zaur, Isaac) (Entered: 05/30/2013) | 05/30/2013 |
| 2696 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6225917. by Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Chico's FAS, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Zaur, Isaac) (Entered: 05/30/2013) | 05/30/2013 |
| 2697 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6225961. by Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Chico's FAS, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation, WellPoint, Inc.. (Zaur, Isaac) (Entered: 05/30/2013) | 05/30/2013 |
| 2698 | NOTICE of Appearance by John W. Davis on behalf of Kevan McLaughlin (notification declined or already on case) (Attachments: # 1 Exhibit) (Davis, John) (Entered: 05/30/2013) | 05/30/2013 |
| 2700 | NOTICE of Appearance by John M. Vaught on behalf of Furniture Row BC, Inc., Furniture Row, LLC (aty to be noticed) (Vaught, John) (Entered: 05/30/2013) | 05/30/2013 |
| 2701 | NOTICE of Appearance by John M. Vaught on behalf of Einstein Noah Restaurant Group, Inc. (aty to be noticed) (Vaught, John) (Entered: 05/30/2013) | 05/30/2013 |
| 2702 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6226570. by Jon M Zimmerman. (Attachments: # 1 Affidavit Joshua R. Furman, # 2 Proposed Order Admission to Practice Pro Hac Vice) (Furman, Joshua) (Entered: 05/30/2013) | 05/30/2013 |
| 5258 | NOTICE of Intention to Appear at Fairness Hearing filed by Michael Allen Latigona. (Piper, Francine) (Entered: 06/11/2013) | 05/30/2013 |
| 5291 | Letter dated May 22, 2013 from A. Coleman to Alexandra S. Bernay, returning documents served/received for the company. (Piper, Francine) (Entered: 06/11/2013) | 05/30/2013 |
| | ORDER granting 2681 Motion for Leave to Appear Pro Hac Vice -- Attorney Brian A. Ratner shall be deemed admitted pro hac vice upon payment of the admission fee. See Order dated December 29, 2005, DE 93 . Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| | ORDER granting 2611 Motion for Leave to Appear Pro Hac Vice -- Attorney James L. Warren, III shall be deemed admitted pro hac vice upon payment of the admission fee. See Order dated December 29, 2005, DE 93 . Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| | ORDER granting 2579 Motion to Amend/Correct/Supplement -- Attorney Tonya J. Bond shall be deemed admitted pro hac vice upon payment of the admission fee. See Order dated December 29, 2005, DE 93. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| | ORDER granting 2577 Motion for Leave to Appear Pro Hac Vice -- Attorney Christopher J. Braun shall be deemed admitted pro hac vice upon payment of the admission fee. See Order dated December 29, 2005, DE 93. Ordered by Magistrate Judge James Orenstein on 5/30/2013. (Tarpey, Clare) (Entered: 05/30/2013) | 05/30/2013 |
| 2703 | NOTICE: Further to the Court's May 29, 2013 Order, Representatives for the parties attest that on May 31, 2011 the Clerk of Court for the United States District Court for the Eastern District of New York provided four (4)boxes containing Opt-Outs and Objections related to the Class Settlement Agreement to Brian Dillon, account manager for DTI Global, Inc., for scanning and processing pursuant to the MDL-1720 Class Settlement Court Filings Scanning Procedures. (Brown, Marc) (Entered: 05/31/2013) | 05/31/2013 |
| 2704 | ORDER granting 2695 Motion for Leave to Appear Pro Hac Vice -- Attorney Kenneth J. Rubin, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 7, 2013, Mr. Rubin shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Rubin shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Rubin shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/31/2013. (Tarpey, Clare) (Entered: 05/31/2013) | 05/31/2013 |
| 2705 | ORDER granting 2696 Motion for Leave to Appear Pro Hac Vice -- Attorney Michael J. Canter, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 7, 2013, Mr. Canter shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Canter shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Canter shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/31/2013. (Tarpey, Clare) (Entered: 05/31/2013) | 05/31/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2706 | ORDER granting 2697 Motion for Leave to Appear Pro Hac Vice -- Attorney Robert N. Webner, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 7, 2013, Mr. Webner shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Webner shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Webner shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/31/2013. (Tarpey, Clare) (Entered: 05/31/2013) | 05/31/2013 |
| 2707 | ORDER granting 2702 Motion for Leave to Appear Pro Hac Vice -- Attorney Joshua R. Furman, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 7, 2013, Mr. Furman shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Furman shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Furman shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/31/2013. (Tarpey, Clare) (Entered: 05/31/2013) | 05/31/2013 |
| 2708 | Letter by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Freimuth, Matthew) (Entered: 05/31/2013) | 05/31/2013 |
| 2709 | NOTICE of Appearance by Joshua R. Furman on behalf of Jon M Zimmerman (notification declined or already on case) (Furman, Joshua) (Entered: 06/02/2013) | 06/02/2013 |
| 2710 | NOTICE by Bishop d/b/a Hat & Gown, Daviss Donuts and Deli, Orange County Bldg Materials, Top Gun Wrecker, Unlimited Vacations and Cruises Inc re 2588 MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6220196. (Attachments: # 1 Exhibit) (Pentz, John) (Entered: 06/03/2013) | 06/03/2013 |
| 2711 | Letter to Judge Gleeson regarding responses to objections by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/04/2013) | 06/04/2013 |
| 2712 | NOTICE of Appearance by Kelly A. Laudenslager on behalf of Einstein Noah Restaurant Group, Inc. (aty to be noticed) (Laudenslager, Kelly) (Entered: 06/04/2013) | 06/04/2013 |
| 2713 | NOTICE of Appearance by Kelly A. Laudenslager on behalf of Furniture Row BC, Inc., Furniture Row, LLC (aty to be noticed) (Laudenslager, Kelly) (Entered: 06/04/2013) | 06/04/2013 |
| 2714 | NOTICE by Union Gospel Mission Statemenr Of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2715 | NOTICE by MSU Bookstore, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2716 | NOTICE by Clifford's Sunrise to Sunset Markets, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2717 | NOTICE by Clifford Fuel Co., Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2718 | NOTICE by DPNY, Inc.d/b/a Domino's Pizza Statement of Objections - OPT OUT (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2719 | NOTICE by SGS Pizza Inc, Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2720 | NOTICE by Central Missouri Pizza, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2721 | NOTICE by ALTA EAST, INC. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2722 | NOTICE by CLEMENTS MARKETPLACE INC. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2723 | NOTICE by Fill-Up Mart INC of Statement of Objections filed by Doris Hodges (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2724 | NOTICE by JDR Associates, Inc. dba Subway of Statement of Objections filed by Dawn Reinke (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2725 | NOTICE by Kocolene Marketing, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2726 | NOTICE by Krupa Econo Inc. of Statement of Objections filed by Rashmikant Ujla (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2727 | NOTICE by Cary Oil Co., Inc. of Statement of Objections filed by Harry Stephenson, Jr. (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2728 | NOTICE by Burnell Herbolsheimer of Statement of Objections filed by Burnell Herbolsheimer (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2729 | NOTICE by Stewart Allan Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2730 | NOTICE by CAR INC of Statement of Objections filed by Richard Campbell (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2731 | NOTICE by Mother & Son LLC dba Bionic Chevron of Statement of Objections filed by Karen Okada (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2732 | NOTICE by Carniceria y Taqueria RS, LLC of Statement of Objections filed by David Wolfe (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2733 | NOTICE by Varahima Inc of Statement of Objections filed by Hiren Patel (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2734 | NOTICE by varahi ma inc-subway 23890 of Statement of Objections filed by Hiren Patel (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2735 | NOTICE by PF&E Oil Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2736 | NOTICE by Tom-lin enterprises inc of Statement of Objections filed by JoLynne Gates (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2737 | NOTICE by Star Chaser's Austin, LLC of Statement of Objections filed by Dana McClure (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2738 | NOTICE by Fit TRI Run of Statement of Objections filed by Kimberly Bachmeier (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2739 | NOTICE by Downs Energy of Statement of Objections filed by Thomas Coleman (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2740 | NOTICE by Star Goals, LLC of Statement of Objections filed by Dana McClure (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2741 | NOTICE by Shipley Stores, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2742 | NOTICE by B&J, LLC of Statement of Objections filed by Dana McClure (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2743 | NOTICE by Bernard Karcher Investments, Inc. of Statement of Objections filed by Dana McClure (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2744 | NOTICE by Quick Check Convenience Store, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2745 | NOTICE by Alsaker Corp--wolly buggers, inc--Hare's Ear, Inc. of Statement of Objections filed by Chet Reilly (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2746 | NOTICE by Alsaker Corp/Jackrabbit Red Casino/B & H Casino/Hare's Ear Casino of Statement of Objections filed by Chet Reilly (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2747 | NOTICE by Metro Mattress Corp. of Statement of Objections filed by Jason Mehl (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2748 | NOTICE by Neimann Foods, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2749 | NOTICE by Northsider Car Wash of Statement of Objections filed by Steve Rosek (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2750 | NOTICE by Alsaker Corp/Broadway Truck Stops of Statement of Objections filed by Chet Reilly (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2751 | NOTICE by Golden Good Foods Ltd of Statement of Objections filed by Jennifer Shama (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2752 | NOTICE by Trail's Travel Plaza, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2753 | NOTICE by Double J Enterprises, Inc. of Statement of Objections filed by Jeffrey Smith (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2754 | NOTICE by A & M Pizza, Inc. of Statement of Objections filed by Art Hurteau (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2755 | NOTICE by Alsaker Corp/Broadway Truck Stops of Statement of Objections filed by Chet Reilly (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2756 | NOTICE by Valley Petroleum, LLC of Statement of Objections filed by Steve Rosek (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2757 | NOTICE by Longhouse Market & Deli of Statement of Objections filed by Randy Lemon (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2758 | NOTICE by Reel-Strong Fuel Company of Statement of Objections filed by Clinton Crane (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2759 | NOTICE by Alsaker Corp. of Statement of Objections filed by Chet Reilly (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2760 | NOTICE by Valentine Stores, Inc. of Statement of Objections filed by Edward Valentine (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2761 | NOTICE by GFR Inc dba Gallagher Fitness Resources of Statement of Objections filed by John Gallagher (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2762 | NOTICE by MBR Management Corp. of Statement of Objections filed by Mark Ratterman (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2763 | NOTICE by Ratteau Pizza, LLC dba Dominos of Statement of Objections filed by Mark Ratterman (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2764 | NOTICE by Lowell Automatic Transmission Co. of Statement of Objections filed by Jo-Ellen Montbleau (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2765 | NOTICE by Tri-State Running Company of Statement of Objections filed by Cameron Simoneau (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2766 | NOTICE by Fox Drug, Inc Statement of Objections (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2767 | NOTICE by Kusy No. 3065, Ltd. of Statement of Objections filed by Robert Kusenberger, Jr. (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2768 | NOTICE by Kusy Ventures, Ltd. of Statement of Objections filed by Robert Kusenberger, Jr. (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2769 | NOTICE by RCGF, LLC of Statement of Objections filed by Robert Kusenberger, Jr. (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2770 | NOTICE by Sprint Food Stores, Inc. of Statement of Objections filed by Anderson Jones (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2771 | NOTICE by HealthSource Pharmacy III B Inc. Statement of Objections (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2772 | NOTICE by Hodges Convenience Stores, INC of Statement of Objections filed by Doris Hodges (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2773 | NOTICE by Fredon Holdings LLC of Statement of Objections filed by Henry Pieper (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2774 | NOTICE by Pico Aviation of Statement of Objections filed by Robert Kusenberger, Jr. (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2775 | NOTICE by HealthSource Pharmacy III Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2776 | NOTICE by Rod's Auto & Align INC. of Statement of Objections filed by Patrick Sutor (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2777 | NOTICE by Bohica Investment, Ltd. of Statement of Objections filed by Robert Kusenberger, Jr. (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2778 | NOTICE by TMR & Associates Inc. dba Subway of Statement of Objections filed by Timothy Rickus (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2779 | NOTICE by Rite Way Oil & Gas Co., Inc. of Statement of Objections filed by John Dilsaver (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2780 | NOTICE by HealthSource Pharmacy II Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2781 | NOTICE by cleve-hill auto of Statement of Objections filed by Joseph Nicosia (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2782 | NOTICE by Spellbound Children's Bookshop of Statement of Objections by Leslie Hawkins (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2783 | NOTICE by HealthSource Pharmacy Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2784 | NOTICE by Westex Capital, Ltd. of Statement of Objections filed by Robert Kusenberger, Jr. (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2785 | NOTICE by Clothes Garden, Inc. of Statement of Objections filed by Connie Templeton (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2786 | NOTICE by Kazco Inc. Statement of Objections filed by Marcia Kazmer (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2787 | NOTICE by Buffalo Wings National Franchisee Association (BWNFA) of Statement of Objections filed by Misty Chally (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2788 | NOTICE by Quicks Supermarket INC. of Statement of Objections filed by Evelyn Quick (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2789 | NOTICE by Johnson Family Pharmacy of Statement of Objections filed by Julie Johnson (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2790 | NOTICE by Gate Fuel Service, Inc. of Statement of Objections filed by Drew Frick (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2791 | NOTICE by Fastway Market of Statement of Objections filed by Gaylen Thelander (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2792 | NOTICE by Miller Mall Car Wash of Statement of Objections filed by Tim Pichetti (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2793 | NOTICE by GlenRose, Inc., DBA Glenn's 1-stop of Statement of Objections filed by Rose Seutter (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2794 | NOTICE by Home Convalescent Aids, Inc. of Statement of Objections filed by Donald Kenneth Dove (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2795 | NOTICE by Square Books of Statement of Objections filed by Lyn Roberts (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2796 | NOTICE by Ponte Vedra Corporation of Statement of Objections filed by Drew Frick (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2797 | NOTICE by 22 Shawno, LLC of Statement of Objections filed by Bob Kapitz (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2798 | NOTICE by Tennessee Fuel and Convenience Store Association of Statement of Objections filed by Emily LeRoy (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2799 | NOTICE by Interstate Petroleum, Inc. Statement of Objections by Jeffrey D. Ory (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2800 | NOTICE by 2000 C-Store, Inc. of Statement of Objections filed by Adnan Ayoub (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2801 | NOTICE by Peace Pharmacy of Statement of Objections filed by Billy Jack Peace Jr. (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2802 | NOTICE by Bowlin Travel Centers, Inc. of Statement of Objections filed by Kim Stake (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2803 | NOTICE by Wagner Medford Shell, LLC of Statement of Objections filed by Bob Kapitz (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2804 | NOTICE by London Road Car Wash of Statement of Objections filed by Scott Pichetti (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2805 | NOTICE by Citizens Pharmacy of Statement of Objections filed by W. Sammy Brown (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2806 | NOTICE by Wagner Medford Shell of Statement of Objections filed by Bob Kapitz (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2807 | NOTICE by Canndo Pizza Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2808 | NOTICE by The Lodge at Ponte Vedra Beach, Ltd. of Statement of Objections filed by Drew Frick (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2809 | NOTICE by Wagner/Ghidorzi Oil Co. of Cottage Grove, LLC of Statement of Objections filed by Bob Kapitz (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2810 | NOTICE by Fort Thomas Drug Center of Statement of Objections filed by Craig A. Seither (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2811 | NOTICE by Queen City Wholesale, Inc. of Statement of Objections filed by Bill Wehrkamp (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2812 | NOTICE by Wagner/Ghidorzi Oil Co. of Weston, LLC of Statement of Objections filed by Bob Kapitz (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2813 | NOTICE by Wagner Point Shell, LLC of Statement of Objections filed by Bob Kapitz (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2814 | NOTICE by Nino Corp. of Statement of Objections filed by Salim Naous (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2815 | NOTICE by Breakwater Books LLC of Statement of Objections filed by Kim Costello (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2816 | NOTICE by David J Daily of Statement of Objections filed by David Daily (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2817 | NOTICE by Rocky Mountain Pharmacy of Estes Park of Statement of Objections filed by Gregory King Barton (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2818 | NOTICE by RC Stores, Inc. of Statement of Objections filed by Arthur Robbins (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2819 | NOTICE by Express Stop AZ, LLC of Statement of Objections filed by Bruce Holbrook (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2820 | NOTICE by Paulin Inc. of Statement of Objections filed by Robert Paulin (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2821 | NOTICE by Hieber's Pharmacy of Statement of Objections filed by Joseph G. Bettinger (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2822 | NOTICE by Rockford Stop-N-Go, Inc. of Statement of Objections filed by Kevin O'Brien (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2823 | NOTICE by Cargo Express Peterson LC of Statement of Objections filed by Barb Molgaard (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2824 | NOTICE by Stop-N-Go of Madison, Inc. of Statement of Objections filed by Kevin O'Brien (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2825 | NOTICE by EAM Enterprises Inc of Statement of Objections filed by David Miller (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2826 | NOTICE by Newts Pharmacy LLC DBA Melvin Pharmacy & Sutherland PHCY of Statement of Objections filed by Newton Trevens (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |
| 2827 | NOTICE by Mellen Shell, LLC of Statement of Objections filed by Bob Kapitz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2828 | NOTICE by Van Doren Oil Company of Statement of Objections filed by Mike Van Doren (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2829 | NOTICE by Turner Drug of Statement of Objections filed by Bobby F. Gee (Freimuth, Matthew) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2830 | NOTICE by Big Dipper Ice Cream Inc of Statement of Objections filed by Elizabeth Miller (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2831 | NOTICE by Wanger Shell, 4611 LLC of Statement of Objections filed by Bob Kapitz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2832 | NOTICE by FountainPark Gas-N-Go. Inc. of Statement of Objections filed by Richard Hiers (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2833 | NOTICE by Wittenberg Shell, LLC of Statement of Objections filed by Bob Kapitz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2834 | NOTICE by Douglas Distributing Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2835 | NOTICE by Radhe Corp of Statement of Objections filed by Rakesh Patel (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2836 | NOTICE by Dira Corp. of Statement of Objections filed by Rakesh Patel (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2837 | NOTICE by Wagner Shell Food Mart of Statement of Objections filed by Bob Kapitz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2838 | NOTICE by Kishori Corp of Statement of Objections filed by Rakesh Patel (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2839 | NOTICE by G.W. Lippincott, Inc. of Statement of Objections filed by Joseph Jones (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2840 | NOTICE by Clarksville Subway Inc. of Statement of Objections filed by Rakesh Patel (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2841 | NOTICE by Merrill Shell, LLC of Statement of Objections filed by Bob Kapitz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2842 | NOTICE by Shoreview Bp of Statement of Objections filed by Tony Rammer (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2843 | NOTICE by Keje Corp. of Statement of Objections filed by Rakesh Patel (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2844 | NOTICE by North Suburban BP of Statement of Objections filed by Tony Rammer (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2845 | NOTICE by Harivansh Corp. of Statement of Objections filed by Rakesh Patel (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2846 | NOTICE by Shoreview Diagnostic Center of Statement of Objections filed by Tony Rammer (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2847 | NOTICE by Sevakji LLC of Statement of Objections filed by Rakesh Patel (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2848 | NOTICE by Little General's Gas Plus Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2849 | NOTICE by Wash N Fill of New Brighton of Statement of Objections filed by Tony Rammer (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2850 | NOTICE by 5 Star Pizza LLC of Statement of Objections filed by Stephen Wampler (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2851 | NOTICE by Mike's Tire One Corporation of Statement of Objections filed by Michael Melberg (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2852 | NOTICE by Pipeline Petroleum Inc of Statement of Objections filed by Timothy Nagle (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2853 | NOTICE by Burton's Grill Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2854 | NOTICE by Main Stop BP of Statement of Objections filed by Ralph Aschenbrenner (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2855 | NOTICE by Domino's Pizza of Statement of Objections filed by William Graves (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2856 | NOTICE by Citgo Main Stop of Statement of Objections filed by Ralph Aschenbrenner (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2857 | NOTICE by Automotive Paradigm, INC. of Statement of Objections filed by Amir Hatambeiki (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2858 | NOTICE by Young Oil, Inc. of Statement of Objections filed by Brian Sanford Young (Bernay, Alexandra) (Entered: 06/04/2013) | 06/04/2013 |
| 2859 | NOTICE by Whitley's Auto Specialist Inc of Statement of Objections filed by Robert Whitley (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2860 | NOTICE by Quality Oil Company, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2861 | NOTICE by Gibson Subway Enterprises, Inc. of Statement of Objections filed by Todd Gibson (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2862 | NOTICE by North Oaks Amoco, Inc. of Statement of Objections filed by Andrea Drake (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2863 | NOTICE by Riverside Gas & Oil Co., Inc. of Statement of Objections filed by Devin Spencer (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2864 | NOTICE by Citi Brands, LLC of Statement of Objections filed by Scott Shealy (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2865 | NOTICE by Citizens Fuel Co. of Statement of Objections filed by Scott Shealy (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2866 | NOTICE by Narrow and Wide, Inc. of Statement of Objections filed by Brian Jones (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2867 | NOTICE by Playmakers, Inc. of Statement of Objections filed by Brian Jones (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2868 | NOTICE by Subway #3931 of Statement of Objections filed by Karen Ray (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2869 | NOTICE by Jade Inc. of Statement of Objections filed by Dean Showalter (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2870 | NOTICE by GK United Enterprises Inc. of Statement of Objections filed by Gulam Ghouse (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2871 | NOTICE by JUNIOR'S CS of Statement of Objections filed by Jerry Velozo (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2872 | NOTICE by Geo. H. Green Oil, Inc. of Statement of Objections filed by John Cook (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2873 | NOTICE by Assonet Star Mkt of Statement of Objections filed by Jerry Velozo (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2874 | NOTICE by Twin Boys LLC of Statement of Objections filed by Jerry Velozo (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2875 | NOTICE by Mason Corner Mini Storage of Statement of Objections filed by Jerry Velozo (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2876 | NOTICE by Green Toad Bookstore of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2877 | NOTICE by E.J. Pope & Son, Inc/dba Handy Mart of Statement of Objections filed by David Bunch (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2878 | NOTICE by SC of PA, Inc. of Statement of Objections filed by Darren Schwartz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2879 | NOTICE by Old Fields Country Store of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2880 | NOTICE by Jay Petroleum/Pak-A-Sak of Statement of Objections filed by Ron Freeman (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2881 | NOTICE by Mystery Loves Company, Inc. of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2882 | NOTICE by North Rim Country Store of Statement of Objections filed by Tyler Hager (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2883 | NOTICE by Bitter Creek Books, Inc. of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2884 | NOTICE by PAJCO, Inc. dba Rhodes 101 Convenience Stores of Statement of Objections filed by Duane Statler (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2885 | NOTICE by Eastgate Shell Inc. of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2886 | NOTICE by SC of Upstate NY, Inc. of Statement of Objections filed by Darren Schwartz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2887 | NOTICE by The Voracious Reader of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2888 | NOTICE by Valley Springs Smoke & Sprit Inc of Statement of Objections filed by Ahmad Malik (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2889 | NOTICE by Bienville Books LLC of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2890 | NOTICE by SC of Mid Hudson NY, Inc. of Statement of Objections filed by Darren Schwartz (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2891 | NOTICE by el Grillo of Statement of Objections filed by David Wolfe (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2892 | NOTICE by Harleysville Books LLC of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2893 | NOTICE by JR's Shoppe II of Statement of Objections filed by Anna Marie Rok (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2894 | NOTICE by K-Mac Project, Inc. of Statement of Objections filed by Catherine Drake (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2895 | NOTICE by DPL-Surveillance-Equipment.com LLC of Statement of Objections (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2896 | NOTICE by M.A. Roy & Associates of Statement of Objections filed by Michael Roy (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2897 | NOTICE by Jos. A. Majka & Sons, Inc. of Statement of Objections filed by Scott Majka (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2898 | NOTICE by HCL Subway Inc. of Statement of Objections filed by Kevin Lee (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2899 | NOTICE by KML Subway Inc. of Statement of Objections filed by Kevin Lee (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2900 | NOTICE by F&R Inc of Bemis of Statement of Objections filed by Morteza Neshagaran (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2901 | NOTICE by Coulee View Enterprises LLC of Statement of Objections filed by Jack Madsen (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2902 | NOTICE by Serv-U-Best Geeting Co dba Subway of Statement of Objections filed by Doris Geeting (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2903 | NOTICE by BraKia Inc of Statement of Objections filed by Jack Madsen (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2904 | NOTICE by Convenience Retailing, LLC of Statement of Objections filed by Douglas Grills (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2905 | NOTICE by Mountain Counties Supply Company of Statement of Objections by Nichole Torsey (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2906 | NOTICE by Kowalski's Woodbury Market of Statement of Objections filed by Anthony Olufson (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2907 | NOTICE by Shop Quik Stores LLC of Statement of Objections by Greg Junghans (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2908 | NOTICE by We're Not Pizza Co. Dba Domino's Pizza of Statement of Objections filed by Brian Langworthy (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2909 | NOTICE by Kowalski's White Bear Market Inc. of Statement of Objections filed by Anthony Olufson (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2910 | NOTICE by Kowalski's Uptown Markets Inc. of Statement of Objections filed by Anthony Olufson (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2911 | NOTICE by The River Club, Inc. of Statement of Objections filed by Drew Frick (Undlin, Thomas) (Entered: 06/04/2013) | 06/04/2013 |
| 2912 | NOTICE by L.E. Belcher Inc. of Statement of Objections by Nathan Deyo (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2913 | NOTICE by Magic Tree Bookstore Statement of Objections by Rose Joseph (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2914 | NOTICE by Country View Enterprises Inc. Statement of Objections by Barbara Jean Langhans (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2915 | NOTICE by Marceaux's Superette, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/04/2013) | 06/04/2013 |
| 2916 | NOTICE by C.H.R. Corporation D/B/A Rutter's Farm Stores Statement of Objections by Terry F. Hayostek (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2917 | NOTICE by midtex Statement of Objections by Shamshu Lakhani (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2918 | NOTICE by Supreme Foods of Statement of Objections by Angie Boaz (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2919 | NOTICE by The Sequel Statement of Objections by Michael Joseph Lissy (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2920 | NOTICE by CCC Express, LLC Statement of Objections by Donna Fell (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2921 | NOTICE by Titcomb's Bookshop Statement of Objections by Vicky S. Titcomb (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2922 | NOTICE by Carolina Cinemas LLC of Statement of Objections by Hope Branch (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2923 | NOTICE by Norwich Bookstore, Inc. Statement of Objections by Liza J. Bernard (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2924 | NOTICE by GA ASSN OF CONV STORES of Statement of Objections by James E. Tudor (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2925 | NOTICE by Reading Frenzy BookShop Statement of Objections by Michael Olson (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2926 | NOTICE by j.s.rusch,inc of Statement of Objections by John Rusch (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2927 | NOTICE by A Novel Experience Statement of Objections by Christine Curry (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2928 | NOTICE by Burger Buds Incorporated of Statement of Objections by Robert Mario DeLaRosa (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2929 | NOTICE by Children's Book Cellar Statement of Objections by Ellen W. Richmond (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2930 | NOTICE by The Bookstore Statement of Objections by Jerry L. Brown (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2931 | NOTICE by EPIC Battle Customs USA, LLC of Statement of Objections by Karla Heidt (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2932 | NOTICE by Rooney Family LLC dba Nicola's Books Statement of Objections by Nicola Rooney (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2933 | NOTICE by Daniel Voltz Inc. Dba Norski of Statement of Objections by Daniel A. Voltz (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2934 | NOTICE by Second Chapter Books, LLC Statement of Objections by Kathy Jo Shea (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2935 | NOTICE by Kerasotes ShowPlace Theatres LLC of Statement of Objections by Timothy Johnson (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2936 | NOTICE by The Muse Book Shop Statement of Objections by Janet Bollum (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2937 | NOTICE by Southton Quick Stop Statement of Objections by Firoz Nagji (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2938 | NOTICE by j.s.rusch,inc of Statement of Objections by John Rusch [2d obj.] (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2939 | NOTICE by Paperbacks and Pieces Statement of Objections by Shelley Olsen (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2940 | NOTICE by Pickwick Theatre Inc. of Statement of Objections by Dino Vlahakis (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2941 | NOTICE by Diana's Bookstore Statement of Objections by Cicely Coley McCulloch (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2942 | NOTICE by Artistic Ephemera of Statement of Objections by Shirley P. Luthanen (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2943 | NOTICE by Books and Books Westhampton Beach Statement of Objections by John Joseph McKeown (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2944 | NOTICE by GLOTZBECKERS SERVICE of Statement of Objections by Richard Glotzbecker (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2945 | NOTICE by Kiwi & Co., Inc. of Statement of Objections by Joyce Messer (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2946 | NOTICE by Fiction Addiction LLC Statement of Objections by Jill McFarlane Hendrix (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2947 | NOTICE by Al's Quick Stop of Statement of Objections by Salim Qadir (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2948 | NOTICE by Susan Thurin Statement of Objections by Susan M. Thurin (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2949 | NOTICE by MILK JUG of Statement of Objections by Ameer Rasheed (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2950 | NOTICE by Katy Budget Books, LLC Statement of Objections by Tamra Dore (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2951 | NOTICE by FARZEEN ENTERPRISES INC. of Statement of Objections by Nazli Rasheed (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2952 | NOTICE by StL Books LLC ("StL Books") Statement of Objections by Robin Theiss (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2953 | NOTICE by MANGUM ENTERPRISES INC of Statement of Objections by Stephen Mangum (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2954 | NOTICE by Crystal Books and Gifts Statement of Objections by Cheryl Lucas (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2955 | NOTICE by Shell Food Mart of Statement of Objections by Akbar Ali (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2956 | NOTICE by Buxton Village Books, Inc. Statement of Objections by Marjean Rosell (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2957 | NOTICE by Gordie's BP of Statement of Objections by Jeff Peterson (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2958 | NOTICE by Baxter Oil Company, Inc. of Statement of Objections by Karen DeJong (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2959 | NOTICE by Perry's Village Market, INC of Statement of Objections by Raymond Peteritis (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2960 | NOTICE by Online Business System Statement of Objections by Cathie J. Mathes Ochoa (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2961 | NOTICE by Pour Richards Tavern of Statement of Objections by Richard Waddington (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2962 | NOTICE by Shell Merchant & Valero merchant Statement of Objections by Mustak A. Ali (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2963 | NOTICE by Market Street Fast Serv Inc of Statement of Objections by Robert J. Barman (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2964 | NOTICE by Giovanni's Room Statement of Objections by Edwin H. Hermance (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2965 | NOTICE by Mitten Inc., dba Mitten Truck Stop of Statement of Objections by James Milldenberger (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2966 | NOTICE by T & R Enterprise, Inc. Statement of Objections by Riyaz H. Momin (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2967 | NOTICE by Shariq Investments Inc of Statement of Objections by Shaukat Noormohamed (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2968 | NOTICE by MPRM Investment, Inc. Statement of Objections by Mustak A. Ali (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2969 | NOTICE by Willis Oil Company of Statement of Objections by Gary Hendley (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2970 | NOTICE by Violet Crown Cinema of Statement of Objections by Hope Branch (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2971 | NOTICE by Pacer Fuels LLC of Statement of Objections by Janice Ferguson (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2972 | NOTICE by HOme Oil Co, Inc of Statement of Objections by Gerald Wagahoff (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2973 | NOTICE by lonestar grocer supply Statement of Objections by Rahim K. Kradiya (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2974 | NOTICE by The Toadstool Bookshops inc. Statement of Objections by Willard P. Williams (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2975 | NOTICE by Kohn's Corner Mart Inc. of Statement of Objections by Brandon R. Kohn (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2976 | NOTICE by IFRAN Investments Inc. Statement of Objections by Ibrahim Bhaidani (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2977 | NOTICE by Tradelines International of Statement of Objections by Doanld F. Weissgerber (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2978 | NOTICE by I Star Enterprises Inc. Statement of Objections by Muneera Bhaidani (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2979 | NOTICE by the river's end bookstore Statement of Objections by William A. Reilly (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2980 | NOTICE by STEVEN FICACCI T/A FLORHAM PARK EXXON Statement of Objections by Steven Ficacci (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2981 | NOTICE by New Copperfield's Book Service, Inc. Statement of Objections by Richard Hunsley (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2982 | NOTICE by Homer Bookstore Inc. Statement of Objections by Lee S. Post (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2983 | NOTICE by Shoukri Bros. Inc. of Statement of Objections by Esam Shokrie (Coughlin, Patrick) (Entered: 06/04/2013) | 06/04/2013 |
| 2984 | NOTICE by Al's Newsstand Statement of Objections by Pam Orzell (Sweeney, Bonny) (Entered: 06/04/2013) | 06/04/2013 |
| 2985 | NOTICE by Orca Books Statement of Objections by Linda J. Berentsen (Sweeney, Bonny) (Entered: 06/05/2013) | 06/04/2013 |
| 2986 | NOTICE by Burnsville Auto Repair of Statement of Objections by Perry G. Linn (Coughlin, Patrick) (Entered: 06/05/2013) | 06/04/2013 |
| 2987 | NOTICE by Pacific Island Books Statement of Objections by Kathy Ryan (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 2988 | NOTICE by Cornelius Fast Serv Inc. of Statement of Objections by Robert J. Barman (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 2989 | NOTICE by Lyon Books & Learning Center Statement of Objections by Heather W. Lyon (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 2990 | NOTICE by Gateway Fast Serv Inc of Statement of Objections by Robert J. Barman (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 2991 | NOTICE by Hooked on Books Statement of Objections by Catherine Lee Keller (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 2992 | NOTICE by Highland Food Mkt Inc of Statement of Objections by Robert J. Barman (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 2993 | NOTICE by Bestsellers Cafe, Inc. of Statement of Objections by Robert L. Dilman (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 2994 | NOTICE by Woodburn Fast Serv Inc of Statement of Objections by Robert J. Barman (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 2995 | NOTICE by LMD Ventures Inc. Statement of Objections by Amir A. Dosani (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 2996 | NOTICE by New Reliable Corporation Statement of Objections by Amir A. Dosani (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 2997 | NOTICE by Jet Food Stores of Georgia, Inc of Statement of Objections by Michael R. Beckworth (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 2998 | NOTICE by Elliott Bay Book Company Statement of Objections by Peter Aaron (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 2999 | NOTICE by Green Apple Books Statement of Objections by John Peter Mulvihill (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 3000 | NOTICE by Kari, Inc. DBA Duck In Market Statement of Objections by Richard T. LaPrade (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 3001 | NOTICE by The King's English Bookshop Statement of Objections by Anne W. Holman (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 3002 | NOTICE by Crystal Books and Gifts Statement of Objections by Cheryl Lucas [2nd Objection] (Sweeney, Bonny) (Entered: 06/05/2013) | 06/05/2013 |
| 3003 | NOTICE by Cattani, Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3004 | NOTICE by Grand Central Foods, Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3005 | NOTICE by Scrivener Oil Company dba Signal Food Stores Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3006 | NOTICE by Walton Food Enterprises, LLC of Statement of Objections filed by Mitchel Lichtman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3007 | NOTICE by Gray Oil Co., Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3008 | NOTICE by Cascade Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3009 | NOTICE by Jerome Food Enterprises, LLC of Statement of Objections filed by Mitchel Lichtman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3010 | NOTICE by Mermini Corp dba Moose Crossing Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3011 | NOTICE by Subway of Statement of Objections filed by Kirk A. Wiles (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3012 | NOTICE by Creekside Gas and Food Mart Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3013 | NOTICE by Bartow Foods, LLC of Statement of Objections filed by Mitchel Lichtman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3014 | NOTICE by Kowalski Companies Inc. of Statement of Objections filed by Anthony Olufson (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3015 | NOTICE by Crawford Pharmacy Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3016 | NOTICE by Kasier Grand Mart of Statement of Objections filed by Chad A. Kasier (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3017 | NOTICE by Fordham Foods, LLC of Statement of Objections filed by Mitchel Lichtman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3018 | NOTICE by Wisconsin Petroleum Marketers & Convenience Store Association of Statement of Objections filed by Matthew Hauser (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3019 | NOTICE by Colonial Fuel Oil Corporation Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3020 | NOTICE by L&B Food Enterprises, LLC of Statement of Objections filed by Mitchel Lichtman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3021 | NOTICE by Hank's Chicken, Fish & More Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3022 | NOTICE by Amb Enterprises Subway of Mayville of Statement of Objections filed by Dawn M. Amb (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3023 | NOTICE by Epping Forest Yacht Club, Inc. of Statement of Objections filed by Drew Frick (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3024 | NOTICE by Staples and Associates Inc dba Diminos Pizza of Statement of Objections filed by Charles K. Staples (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3025 | NOTICE by Lambert & Lambert Enterprises, Inc. D/B/A Metro Petro of Statement of Objections filed by Clay Lambert (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3026 | NOTICE by Quad Investments of Maple Grove Inc. of Statement of Objections filed by John Ryan Jr. (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3027 | NOTICE by Krupa Inc of Statement of Objections filed by Nimisha Patel (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3028 | NOTICE by Holiday station store 3593 of Statement of Objections filed by John Ryan Jr. (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3029 | NOTICE by Yoginkurpa Inc of Statement of Objections filed by Nimisha Patel (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3030 | NOTICE by J & R Quick Stop of Statement of Objections filed by James Page (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3031 | NOTICE by Shrijina Inc of Statement of Objections filed by Nimisha Patel (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3032 | NOTICE by Carpat, Inc. DBA Burnt Mills Sunoco of Statement of Objections filed by Carl Kendall (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3033 | NOTICE by Subway Statement of Objections filed by Jani S. Jordan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3034 | NOTICE by TDI SUCCESS INC dba Domino's Pizza of Statement of Objections filed by Patrick J. Kelly (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3035 | NOTICE by M&E Sickmiller, Inc. dba SUBWAY of Statement of Objections filed by Eric Sickmiller (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3036 | NOTICE by Runner Runner Enterprises DBA Metro Run & Walk of Statement of Objections filed by Helen M. Russell (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3037 | NOTICE by Quiznos Sub Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3038 | NOTICE by Page After Page Bookstore of Statement of Objections filed by Susan J. Hinkle (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3039 | NOTICE by Vanella Oil Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3040 | NOTICE by P & R Sickmiller, Inc, dba SUBWAY of Statement of Objections filed by Eric Sickmiller (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3041 | NOTICE by Sioux Oil Company Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3042 | NOTICE by Odenville Discount Store of Statement of Objections filed by Salima Naqvi (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3043 | NOTICE by Pipeline Petroleum Inc of Statement of Objections filed by Timothy Nagle (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3044 | NOTICE by Convenience Plus LLC Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3045 | NOTICE by SSS Enterprises Inc Whitney Corner of Statement of Objections filed by Salima Naqvi (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3046 | NOTICE by Kids and Sports of Arizona, Inc. of Statement of Objections filed by Mark Roden (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3047 | NOTICE by Certified Tax Professionals Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3048 | NOTICE by Black's Mercantile of Statement of Objections filed by Kristina Armour (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3049 | NOTICE by Cummings Oil Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3050 | NOTICE by C & M of Jackson LLC of Statement of Objections filed by Mary M. Gilmore (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3051 | NOTICE by 7-Eleven of Statement of Objections filed by Bernie Cherry (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3052 | NOTICE by Off'n Running Inc of Statement of Objections filed by John Dewey (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3053 | NOTICE by Roth IGA Foodliner, Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3054 | NOTICE by Losa Enterprises Inc - Subway #981 of Statement of Objections filed by Sarabjeet Lohara (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3055 | NOTICE by Zora Fast Food, Inc. of Statement of Objections filed by Manjit Kaur Bilg (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3056 | NOTICE by Crosstown Bp of Statement of Objections filed by Richard Bohnen (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3057 | NOTICE by CES Pizza Inc. dba Domino's Pizza Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3058 | NOTICE by Newport Ventures, Inc/Newport Exxon of Statement of Objections filed by Robert Allen Weber, Sr. (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3059 | NOTICE by Penn Mobil of Statement of Objections filed by Richard Bohnen (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3060 | NOTICE by Crosby's Markets Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3061 | NOTICE by L & L FOOD ENTERPRISES, LLC of Statement of Objections filed by Mitchel Lichtman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3062 | NOTICE by Rajendra Kumar of Statement of Objections filed by Rajendra Kumar (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3063 | NOTICE by Paniha, Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3064 | NOTICE by Lansman Enterprises, L.L.C. of Statement of Objections filed by Gale Lansman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3065 | NOTICE by D & G Duncan Ent. Inc of Statement of Objections filed by Darrell Duncan (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3066 | NOTICE by SOUTHERN FOOD ENTERPRISES, LLC of Statement of Objections filed by Mitchel Lichtman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3067 | NOTICE by Hamilton Family Markets, Inc. dba Crosby's Markets Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3068 | NOTICE by Sonoran Subway Investments, LLC of Statement of Objections filed by Tonya Stegall (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3069 | NOTICE by MBR Management Corp dba Domino's Pizza Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3070 | NOTICE by Jerry Kid Oil Co., Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3071 | NOTICE by Big Guy Subway, LLC of Statement of Objections filed by Mark Roden (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3072 | NOTICE by David & sam Enterprises of Statement of Objections filed by David Lewin (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3073 | NOTICE by USP Belmar Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3074 | NOTICE by Bridgestone Americas, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3075 | NOTICE by Fowl Investments, Inc. of Statement of Objections filed by Mark Roden (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3076 | NOTICE by BriRoJo Inc. of Statement of Objections filed by Brian Pfahler (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3077 | NOTICE by North Georgia Foods, Inc. d/b/a Burger King #5791 Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3078 | NOTICE by Desert Subway, Inc. of Statement of Objections filed by Mark Roden (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3079 | NOTICE by RianArk Corp of Statement of Objections filed by Brian Pfahler (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3080 | NOTICE by The Corner Store Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3081 | NOTICE by Gearjammer, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3082 | NOTICE by Pennsylvania Retailers' Association Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3083 | NOTICE by Alin Party Supply Co., Inc. of Statement of Objections filed by Leah C. Moody (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3084 | NOTICE by Jack in the Box, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3085 | NOTICE by Basic Needs Food Mart of Statement of Objections filed by Akbar N. Parpia (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3086 | NOTICE by Pine Tree Shop and Bayview Gallery of Statement of Objections filed by Susan Heist Robertson-Starr (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3087 | NOTICE by Ford's Foodliner, Inc. dba Paxton IGA Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3088 | NOTICE by Pic A Pac of Statement of Objections filed by Amyn Lakhani (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3089 | NOTICE by Walt Churchill's Market Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3090 | NOTICE by C & S Inc of Statement of Objections filed by Steve Warren Kramer (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3091 | NOTICE by Lake Rabun Properties d/b/a Valley Springs Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3092 | NOTICE by Liberty Shell, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3093 | NOTICE by H.N. Williams Store of Statement of Objections filed by Billy Brownlee (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3094 | NOTICE by North Georgia Foods, Inc. d/b/a Burger King #7494 Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3095 | NOTICE by Ingram Micro Inc. Statement of Objections by Robert M. Lindquist (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3096 | NOTICE by Brigemi Corp of Statement of Objections filed by Brian Pfahler (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3097 | NOTICE by Southland Foods, Inc. d/b/a Burger King #9255 Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3098 | NOTICE by Victory Energy, LLC Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3099 | NOTICE by Burger King Restaurants Statement of Objections filed by Robin Elizabeth Schafer (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3100 | NOTICE by Dutch Pharmacies, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3101 | NOTICE by North Georgia Foods, Inc. d/b/a Burger King #12196 Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3102 | NOTICE by Portville Food Service LLC of Statement of Objections filed by Shelley Pollock (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3103 | NOTICE by Parkers Chevron of Statement of Objections filed by Murad Ali Budhwani (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3104 | NOTICE by Stinkers Stores, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3105 | NOTICE by Nancy Fitzpatrick of Statement of Objections filed by Nancy Fitzpatrick (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3106 | NOTICE by Subway21154 of Statement of Objections filed by Freda White (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3107 | NOTICE by Overlook Foods, Inc. d/b/a Arby's #7290 Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3108 | NOTICE by Nancy J Fitzpatrick of Statement of Objections filed by Nancy Jo Fitzpatrick (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3109 | NOTICE by Liberty Truckstop Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3110 | NOTICE by Subway6295 of Statement of Objections filed by Freda White (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3111 | NOTICE by Northern Lights Marketing of Statement of Objections filed by Travis Exler (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3112 | NOTICE by Tahoe Valley Pharmacy Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3113 | NOTICE by My Toy Garden of Statement of Objections filed by Janet Pillsbury (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3114 | NOTICE by AVP Metro Petroleum, LLC of Statement of Objections filed by Ed C. Hawkins (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3115 | NOTICE by MHR Enterprises Store List Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3116 | NOTICE by Foodmart II Inc. of Statement of Objections filed by Peter Clarke (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3117 | NOTICE by AKA Group LLC of Statement of Objections filed by Vijay Sehgal (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3118 | NOTICE by Downtown Eagles Inc. of Statement of Objections filed by Peter Clarke (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3119 | NOTICE by White Castle Restaurants Statement of Objections filed by Nicholas W. Zuk (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3120 | NOTICE by Hometown Foods of Statement of Objections filed by Peter Clarke (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3121 | NOTICE by H & K Stevens, Inc. of Statement of Objections filed by Heidi Stevens (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3122 | NOTICE by PTC Subs Inc of Statement of Objections filed by Peter Clarke (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3123 | NOTICE by Lube N' Oil, Inc. of Statement of Objections filed by Brent Smith (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3124 | NOTICE by Panera Bread Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3125 | NOTICE by Peter Clarke of Statement of Objections filed by Peter Clarke (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3126 | NOTICE by NY Applebee's Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3127 | NOTICE by Bobby Steves Auto World Eden Prairie of Statement of Objections filed by Jared Scheeler (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3128 | NOTICE by Rush Stop of Statement of Objections filed by Cort C. Sanvig (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3129 | NOTICE by BDS Systems LLC of Statement of Objections filed by John D. Ray (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3130 | NOTICE by Parsons Convenience Stores Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3131 | NOTICE by Christopher & Banks, C.J. Banks and Acorn Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3132 | NOTICE by Jeffs Bobby & Steves Auto World LLP of Statement of Objections filed by Jared Scheeler (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3133 | NOTICE by Andrea's Beau, LLC of Statement of Objections filed by Marc Chafetz (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3134 | NOTICE by Newell Oil Co. Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3135 | NOTICE by XBN Corp Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3136 | NOTICE by TJs Bobby & Steve's Auto World LLP of Statement of Objections filed by Jared Scheeler (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3137 | NOTICE by Gate Petroleum Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3138 | NOTICE by Page & Palette of Statement of Objections filed by Karin Wilson (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3139 | NOTICE by C&S Mini-Market of Statement of Objections filed by Samuel Baldwin, Jr. (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3140 | NOTICE by Nancy Lee Meredith Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3141 | NOTICE by GRJH Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3142 | NOTICE by Bobby & Steve's Auto World Nicollet, LLP of Statement of Objections filed by Jared Scheeler (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3143 | NOTICE by Muller Family Theatres of Lakeville of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3144 | NOTICE by Capitol Book & News Company of Statement of Objections filed by Cheryl Upchurch (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3145 | NOTICE by Nice N Easy Grocery Shoppe, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3146 | NOTICE by NJ Applebee's Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3147 | NOTICE by Muller Family Theatres of Delano of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3148 | NOTICE by Muller Family Theatres of East Bethel of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3149 | NOTICE by New Seven Heaven of Statement of Objections filed by Altaf Chandani (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3150 | NOTICE by High's of Baltimore Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3151 | NOTICE by Dutch Lubricants, LLC Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3152 | NOTICE by Raymond Bittner Polish Art Center of Statement of Objections filed by Raymond Bittner (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3153 | NOTICE by Downtown Hartford Citgo of Statement of Objections filed by Harold Cates (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3154 | NOTICE by Medicap Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3155 | NOTICE by NJ Applebee's Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3156 | NOTICE by Subway of Mat-Su of Statement of Objections filed by Albert Haynes (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3157 | NOTICE by Nancy Lee Meredith Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3158 | NOTICE by Charlie's Chocolate & Cravings Inc of Statement of Objections filed by Charles Rose (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3159 | NOTICE by WLRBOOKS, Inc dba Misty Valley Books of Statement of Objections filed by Lynne Shotton Reed (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3160 | NOTICE by Medicap Pharmacy #8230 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3161 | NOTICE by United Airlines, Inc. Statement of Objections by Michael C. Henning (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3162 | NOTICE by Muller Family Theatres of Monticello of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3163 | NOTICE by Seminary Co-operative Bookstore, Inc. of Statement of Objections filed by Richard Barnard (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3164 | NOTICE by Medicap Pharmacy # 8240 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3165 | NOTICE by Boulder Book Store of Statement of Objections filed by David Lawrence Bolduc (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3166 | NOTICE by Carol Goldstein dba Mackerel Sky of Statement of Objections filed by Carol S. Goldstein (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3167 | NOTICE by Medicap Pharmacy #8247 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3168 | NOTICE by Nancy Lee Meredith Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3169 | NOTICE by subway of Statement of Objections filed by Benny Davis (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3170 | NOTICE by Muller Family Theatres of Rogers of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3171 | NOTICE by Nancy Lee Meredith Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3172 | NOTICE by Muller Family Theatres of Waconia of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3173 | NOTICE by Medicap Pharmacy #8256 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3174 | NOTICE by Kaposia Convenience Center of Statement of Objections filed by Roger Green (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3175 | NOTICE by h.h. gregg Appliances & Electronics Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3176 | NOTICE by Doc's Food Store Inc of Statement of Objections filed by James R. Brown (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3177 | NOTICE by Nancy Lee Meredith Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3178 | NOTICE by Builders Booksource of Statement of Objections filed by George L. Kiskaddon (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3179 | NOTICE by Medicap Pharmacy # 8318 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3180 | NOTICE by Thomco Enterprises, Inc dba Subway of Statement of Objections filed by David Thomas (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3181 | NOTICE by Covelli Enterprises d.b.a. Panera Bread and O'Charley's Restaurants Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3182 | NOTICE by Muller Family Theatres of White Bear Township of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3183 | NOTICE by NJ Applebee's Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3184 | NOTICE by Muller Family Theatres of Willow Creek of Statement of Objections filed by Dale Haider (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3185 | NOTICE by Medicap Pharmacy # 8347 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3186 | NOTICE by Mahalaxmi Petroleum Inc of Statement of Objections filed by Pinal Dantara (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3187 | NOTICE by NY Applebee's Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3188 | NOTICE by Tiger Point Subway Inc of Statement of Objections filed by Albert McEachern (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3189 | NOTICE by NJ Applebee's Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3190 | NOTICE by Cox Enterprises, Inc. Statement of Objections by Charles Bowen (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3191 | NOTICE by Medicap LTC Vital Care Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3192 | NOTICE by Bauer Service Inc. of Statement of Objections filed by Michael Capriotto (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3193 | NOTICE by NOK Foods LLC of Statement of Objections filed by James R. Brown (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3194 | NOTICE by NJ Applebee's Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3195 | NOTICE by Poinciana Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3196 | NOTICE by Destinations Booksellers of Statement of Objections filed by David R. Smith (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3197 | NOTICE by Dinasubs Inc. of Statement of Objections filed by James Parr (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3198 | NOTICE by Amicare Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3199 | NOTICE by NJ Applebee's Statement of Objections filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3200 | NOTICE by Wagner Shell Antigo of Statement of Objections filed by Bob Kapitz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3201 | NOTICE by Nancy Lee Meredith Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3202 | NOTICE by Europe Holdings, Inc. and its affiliates Hertz UK Limited Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3203 | NOTICE by Odyssey Foods of 10826, LLC of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3204 | NOTICE by Larsen Service Drug Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3205 | NOTICE by Other Tiger Associates LLC of Statement of Objections filed by Robert D. Utter (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3206 | NOTICE by Odyssey Foods of 101, LLC of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3207 | NOTICE by O&K Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3208 | NOTICE by Whale of a Tale Children's Bookshoppe of Statement of Objections filed by Alexandra B. Uhl (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3209 | NOTICE by Odyssey Foods of 684, LLC of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3210 | NOTICE by PR Restaurants LLC d/b/a Panera Bread OPT-OUT Letter and Statement of Objections filed by Mitchell J. Roberts (Cohen, Bart) Modified on 6/5/2013 (Greene, Donna). (Entered: 06/05/2013) | 06/05/2013 |
| 3211 | NOTICE by Europe Holdings, Inc. and its affiliates Hertz UK Limited Statement of Objections by Brian A. Ratner (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3212 | NOTICE by Bindings Bookstore of Statement of Objections filed by Carolyn M. Ricker (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3213 | NOTICE by Med Rx Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3214 | NOTICE by Schofield Avenue Shell, LLC of Statement of Objections filed by Bob Kapitz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3215 | NOTICE by QualityCoach.Net of Statement of Objections filed by Mark Leo Holdredge (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3216 | NOTICE by Bangs Drug Mart Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3217 | NOTICE by Aardvark Sports Shop, Inc of Statement of Objections filed by Bruce Haines (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3218 | NOTICE by Manheim, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3219 | NOTICE by Dobco Booksellers Inc. of Statement of Objections filed by Terry L. Dallas (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3220 | NOTICE by Martin Eagle Oil Company, Inc. Statement of Objections and OPT-OUT Letter (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3221 | NOTICE by A Snail's Pace, Inc. of Statement of Objections filed by Tiffany Johnson (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3222 | NOTICE by Larsen Service Drug Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3223 | NOTICE by Cox Media Group, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3224 | NOTICE by Needler Enterprises, Inc. Fresh Encounter, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3225 | NOTICE by Powell Foods of Irvington, LLC of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3226 | NOTICE by Burry Bookstore of Statement of Objections filed by Emily Phillips (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3227 | NOTICE by Fordham Chicken and Biscuits, LLC of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3228 | NOTICE by Lions Quick Marts Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3229 | NOTICE by Shannon Hills Pharmacy of Statement of Objections filed by John Carl Griffin (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3230 | NOTICE by Odyssey Foods of 3801, LLC of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3231 | NOTICE by Burry Bookstore Corrected Document of Statement of Objections filed by Emily Phillips (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3232 | NOTICE by Bryson Enterprises of Statement of Objections filed by Wade Bryson (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3233 | NOTICE by Sonic America's Drive In Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3234 | NOTICE by Odyssey Foods of 2106, LLC of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3235 | NOTICE by LuLou's Restaurant of Statement of Objections filed by Coleen Cannan (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3236 | NOTICE by Faulkenberg Harth dba Rockport Pharmacy of Statement of Objections filed by Garland Bruce Faulkenberg (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3237 | NOTICE by Clark Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3238 | NOTICE by Food Marketing Institute (FMI) Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3239 | NOTICE by Changing Hands Bookstore, INC of Statement of Objections filed by Clive A. Sommer (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3240 | NOTICE by Belleville Shell of Statement of Objections filed by Nabil Harajli (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3241 | NOTICE by Medical Center Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3242 | NOTICE by Tri Star Energy, LLC Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3243 | NOTICE by Sonic Restaurants, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3244 | NOTICE by Denevi Inc of Statement of Objections filed by Devesh Shah (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3245 | NOTICE by Medical Towers Pharmacy of Statement of Objections filed by Sharon L. Zentner (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3246 | NOTICE by Minneola Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3247 | NOTICE by NBIFOOD Food Services, Inc. of Statement of Objections filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3248 | NOTICE by Downtown Drug of Statement of Objections filed by Margery K. Crow (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3249 | NOTICE by Treads Footwear Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3250 | NOTICE by WORD of Statement of Objections filed by Christine M. Onorati (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3251 | NOTICE by Pacific Pie, Inc DBA Domino's Pizza of Statement of Objections filed by Shane Anderson (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3252 | NOTICE by Prescription Shop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3253 | NOTICE by Browseabout Shops, INC of Statement of Objections filed by Barbara B. Crane (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3254 | NOTICE by MIDWEST ENERGY, INC. of Statement of Objections filed by Laura Younghouse (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3255 | NOTICE by Monument Pharmacy, Inc. of Statement of Objections filed by Rob Frisbie (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3256 | NOTICE by Scheer Drugs Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3257 | NOTICE by Politics & Prose Bookstore of Statement of Objections filed by Bradley Graham (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3258 | NOTICE by Uncas Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3259 | NOTICE by Gilt Groupe Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3260 | NOTICE by Rum River Enterprises, LLC of Statement of Objections filed by Kelli Posthumus (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3261 | NOTICE by Jack's Market Pharmacy of Statement of Objections filed by Bryan J. Salazar (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3262 | NOTICE by Reeds Drug Store Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3263 | NOTICE by QSF Incorporated dba Wendy's Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3264 | NOTICE by Palmyra Citgo Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3265 | NOTICE by The Medicine Shoppe Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3266 | NOTICE by Texaco of Statement of Objections filed by Asif M. Momin (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3267 | NOTICE by Nice N Easy Grocery Shoppe, Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3268 | NOTICE by Qbaum Enterprises Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3269 | NOTICE by Cross Petroleum of Statement of Objections filed by Nichole Torsey (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3270 | NOTICE by Blackwood & Brower Booksellers Ltd. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3271 | NOTICE by Reeser's Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3272 | NOTICE by Hayden Family Pharmacy, P.C. of Statement of Objections filed by Jennifer A. Metcalf (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3273 | NOTICE by A.G. Supermarkets, Inc. Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3274 | NOTICE by Urban Outfitters, Inc. and Subsidiaries Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3275 | NOTICE by S&S Pizza Corp. dba Domino's Pizza Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3276 | NOTICE by Mishawaka Medical Arts Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3277 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 2517, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3278 | NOTICE by A & M Discount Beverage #2 Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3279 | NOTICE by KWGV, LLC Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3280 | NOTICE by Louis & Clark # 572 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3281 | NOTICE by WHJ Enterprises DBA Palisade Pharmacy of Statement of Objections filed by Walter Henry Jorgensen (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3282 | NOTICE by Tesoro Refining & Marketing Company LLC Statement of Objections (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3283 | NOTICE by Louis & Clark # 102 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3284 | NOTICE by All Objectors of Statement of Objections of D&J Partnership filed by Nichole Torsey (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3285 | NOTICE by Louis & Clark Homecare Medical Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3286 | NOTICE by Arrochar Pharmacy of Statement of Objections filed by John A. Mettera (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3287 | NOTICE by Sunoco APlus Mini Market #5033 (Perwil Inc) Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3288 | NOTICE by All Objectors of Statement of Objections of King Theatre Circuit filed by Gina T. DiSanto (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3289 | NOTICE by All Objectors of Statement of Objections of Gemini Sales Inc. filed by John Jefferson Livingston (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3290 | NOTICE by J&J Pharmacy of Statement of Objections filed by John Bruce Daniel (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3291 | NOTICE by Tilly & Salvy's Bacon Street Farm Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3292 | NOTICE by All Objectors of Statement of Objections of Maria's Bookshop Inc. filed by Peter Schertz (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3293 | NOTICE by All Objectors of Statement of Objections of Brookline Booksmith Corporation filed by Evelyn Vigo (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3294 | NOTICE by DJH, Inc. DBA Three Lakes Pharmacy of Statement of Objections filed by David John Hapka (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3295 | NOTICE by New Hampshire Antique Corp., Inc. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3296 | NOTICE by Kiowa County Pharmacy, LLC of Statement of Objections filed by Julie Keeton (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3297 | NOTICE by Nimrah Corp. Statement of Objections (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3298 | NOTICE of Appearance by Michael J. Canter on behalf of Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., Chico's FAS, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (aty to be noticed) (Canter, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3299 | NOTICE by All Objectors of Statement of Objections of Schuylkill Mall Theatres filed by Gina DiSanto (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3300 | NOTICE by Abeldt's Gaslight Pharmacy of Statement of Objections filed by Buford Abeldt (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3301 | NOTICE by All Objectors of Statement of Objections of The Bookseller filed by Lois A. Proctor (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3302 | NOTICE by All Objectors of Statement of Objections of D & J Maintenance Company filed by Nichole Torsey (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3303 | NOTICE by Charlie's Drug, Inc. of Statement of Objections filed by Debbi L. Hernandez (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3304 | NOTICE of Appearance by Robert N. Webner on behalf of Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., Chico's FAS, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation, WellPoint, Inc. (aty to be noticed) (Webner, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3305 | NOTICE by All Objectors Statement of Objections by Mealey's Furniture Holdings, Inc. (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3306 | NOTICE by Thornville Pharmacy of Statement of Objections filed by David M. Whetstone (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3307 | NOTICE by All Objectors Statement of Objections by SJM Foods LLC (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3308 | NOTICE by Emporium Pharmacy of Statement of Objections filed by Joel Caldwell (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3309 | NOTICE by All Objectors Statement of Objections by Ross Dress For Less, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3310 | NOTICE by All Objectors Statement of Objections by Beacon Falls Pharmacy (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3311 | NOTICE by All Objectors Statement of Objections by Garden Fresh Restaurant Corp. d/b/a Souplantation and Sweet Tomatoes (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3312 | NOTICE by All Objectors Statement of Objections by Capital Oil, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3313 | NOTICE by Shirley Knight-Donely Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3314 | NOTICE of Appearance by Kenneth J. Rubin on behalf of Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., Chico's FAS, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation, WellPoint, Inc. (aty to be noticed) (Rubin, Kenneth) (Entered: 06/05/2013) | 06/05/2013 |
| 3315 | NOTICE by Hutch's Food Center Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3316 | NOTICE by All Objectors Statement of Objections by Fairview Northland Medical Center-TIN 41-1742298 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3317 | NOTICE by All Objectors of Statement of Objections of R & L Investments, LLC dba Dexco filed by Lotte Cogle (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3318 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 11604, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3319 | NOTICE by All Objectors OPT-OUT Letter and Statement of Objections by Silver Creek General Store (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3320 | NOTICE by All Objectors of Statement of Objections of Fluffy, Inc. filed by Katie Mason (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3321 | NOTICE by All Objectors of Statement of Objections of MCL Food Enterprise, Inc. filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3322 | NOTICE by All Objectors of Statement of Objections of Strong Oil Company filed by Nancy Hawke (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3323 | NOTICE by Hillcrest Pharmacy of Statement of Objections filed by Lonnie L. Meredith (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3324 | NOTICE by All Objectors of Statement of Objections of Red Coyote, LLC filed by Jon Beck (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3325 | NOTICE by All Objectors of Statement of Objections of Gregory & Company, Inc. filed by James Gregory (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3326 | NOTICE by All Objectors of Statement of Objections of Well Read L.L.C. filed by William A. Skees (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3327 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 1503, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3328 | NOTICE by All Objectors of Statement of Objections of Epilog Books filed by Christine Crawford (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3329 | NOTICE by All Objectors of Statement of Objections of Vintage Books filed by Rebecca J. Milner (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3330 | NOTICE by All Objectors of Statement of Objections of Atlanta Runs, Inc. filed by Michael Cosentino (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3331 | NOTICE by All Objectors OPT-OUT Letter by PAQ Inc. #68-0363934 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3332 | NOTICE by All Objectors of Statement of Objections of DPI Survellance Equipment filed by Carolyn Hohlfeld (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3333 | NOTICE by Stelly's Supermarket Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3334 | NOTICE by All Objectors of Statement of Objections of Powell Foods of Irvington, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3335 | NOTICE by All Objectors of Statement of Objections of Books of Aurora, Inc. filed by Rita Williams (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3336 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 2225 LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3337 | NOTICE by All Objectors of Statement of Objections of Shrikrushna LLC dba Quick Mart filed by Mahesh Patel (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3338 | NOTICE by All Objectors of Statement of Objections of Comal Subs, LLC filed by Shane Fraser (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3339 | NOTICE by All Objectors of Statement of Objections of Sai Krisna Inc DBA Smart Mart filed by Mahesh Patel (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3340 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 1159, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3341 | NOTICE by All Objectors of Statement of Objections of Porter's Flooring & More, LLC filed by Jessica Lynn Porter (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3342 | NOTICE by All Objectors Statement of Objections by AutoZone, Inc., and its affiliates and subsidiaries, AutoZone Mississippi, Inc., AutoZone Stores, Inc., AutoZone Paris, Inc., AutoZone Northeast, Inc., AutoZone Te)Cas, L.P., AutoZone West, Inc., AutoZone Operations, Inc., AutoZone Puerto Rico, Inc., and AutoZone.com, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3343 | NOTICE by All Objectors of Statement of Objections of Malbon Brothers Petroleum, LLC filed by Michael S. Malbon (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3344 | NOTICE by Bellettini Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3345 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 2109, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3346 | NOTICE by All Objectors of Statement of Objections of Fill-Up Guys filed by Mike Philpot (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3347 | NOTICE by All Objectors of Statement of Objections of NBI Food Services of Hopelawn, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3348 | NOTICE by All Objectors of Statement of Objections of Smoke-N-Go, LLC filed by Debbie Majors (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3349 | NOTICE by All Objectors of Statement of Objections of JMN Food Services, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3350 | NOTICE by Ragland Bros.Retail Cos., Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3351 | NOTICE by All Objectors of Statement of Objections of Pittsburgh Theater Company filed by Kathleen Gancy (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3352 | NOTICE by All Objectors of Statement of Objections of J.D. Streett & Company, Inc. filed by James A. Schuering (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3353 | NOTICE by All Objectors of Statement of Objections of SM Sub, Inc filed by Shane Fraser (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3354 | NOTICE by Dragon's Lair Comics & Fantasy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3355 | NOTICE by All Objectors of Statement of Objections of Pryor Enterprises Inc. dba Domino's Pizza filed by Kelly Pryor (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3356 | NOTICE by All Objectors of Statement of Objections of Peacock House Designs filed by Judy Wrolson (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3357 | NOTICE by All Objectors of Statement of Objections of Defiance Theaters, Inc. filed by Kathleen Gancy (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3358 | NOTICE by Stop-N-Go Foodmart of Statement of Objections filed by Gordon Krogwold (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3359 | NOTICE by All Objectors of Statement of Objections The Booklloft filed by Eric Wilska (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3360 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 549, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3361 | NOTICE by All Objectors of Statement of Objections of Fairview Books filed by Helen Stever (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3362 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 2471, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3363 | NOTICE by Jiffy Mart Stores of Statement of Objections filed by Dwight LaFountain (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3364 | NOTICE by All Objectors of Statement of Objections of Watermark Book Co. filed by Patti A. Pattee (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3365 | NOTICE by Visa, Mastercard of Statement of Objections filed by Jose Garcia (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3366 | NOTICE by All Objectors of Statement of Objections of Lift Bridge Book Shop filed by Archie Kutz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3367 | NOTICE by All Objectors of Statement of Objections of Anne M. Barr Enterprises LLC filed by Anne Marie Barr (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3368 | NOTICE by All Objectors of Statement of Objections of Kamboi #2 filed by Mehul H. Patel (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3369 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 983, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3370 | NOTICE by All Objectors of Statement of Objections of Mysterious Galaxy filed by Terry L. Gilman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3371 | NOTICE by All Objectors of Statement of Objections of Carroll Independent Fuel, LLC filed by Michael Jennings (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3372 | NOTICE by All Objectors of Statement of Objections of Fifty Pages In, Inc./dba Vermont Book Shop filed by Rebecca H. Dayton (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3373 | NOTICE by All Objectors of Statement of Objections of Powell Campus Food Services, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3374 | NOTICE by Franchise Owner of Statement of Objections filed by Thomas Humphrey (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3375 | NOTICE by All Objectors of Statement of Objections of Book People filed by Ruth Erb (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3376 | NOTICE by All Objectors of Statement of Objections of Broadside Bookshop, Inc. filed by Nancy Felton (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3377 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 2947, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3378 | NOTICE by Nicson Inc and Abrams BP, Inc of Statement of Objections filed by Richard Johnson (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3379 | NOTICE by All Objectors of Statement of Objections of Reston's Used Book Shop filed by Susan Burwell (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3380 | NOTICE by MarketFare St Claude LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3381 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 7625, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3382 | NOTICE by All Objectors of Statement of Objections of VBK, Inc. filed by Valerie Koehler (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3383 | NOTICE by Bam Investments of Marinette - Stateline Mini Mart of Statement of Objections filed by J.P. Nolan (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3384 | NOTICE by All Objectors re 3342 Notice(Other), AMENDED Statement of Objections by AutoZone, Inc., and its affiliates and subsidiaries, AutoZone Mississippi, Inc., AutoZone Stores, Inc., AutoZone Parts, Inc., AutoZone Northeast, Inc., AutoZone Texas, L.P., AutoZone West, Inc., AutoZone Operations, Inc., AutoZone Puerto Rico, Inc., and AutoZone.com, Inc. (Attachments: # 1 Attachment 1) (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3385 | NOTICE by All Objectors of Statement of Objections of S.F. Automotive Parts Warehouse, Inc. filed by Michelle MacKenzie (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3386 | NOTICE by All Objectors of Statement of Objections of JSTP Inc d.b.a. Subway filed by John Speltz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3387 | NOTICE by Bam Investments of Marinette - Waterfront Store of Statement of Objections filed by J.P. Nolan (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3388 | NOTICE by All Objectors of Statement of Objections of Line Lexington Sunoco Food Mkt., Inc. filed by David P. Weitzenhoffer (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3389 | NOTICE by All Objectors of Statement of Objections of Rigg FamilyCare Pharmacy filed by Eric S. Rigg (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3390 | NOTICE by Mike Biehl D.B.A. Golden Sands Mini Mart of Statement of Objections filed by J.P. Nolan (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3391 | NOTICE by All Objectors of Statement of Objections of Eagle Truck Stop, LLC filed by Jenny Levknecht (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3392 | NOTICE by Pete's of Erie, Inc. d/b/a Pump N Pete's of Statement of Objections filed by Gratz E. Peters (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3393 | NOTICE by All Objectors of Statement of Objections of Peshtigo Webb, LLC filed by Jenny Levknecht (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3394 | NOTICE by All Objectors of Statement of Objections of Atalanta's Music & Books filed by Joan Werner (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3395 | NOTICE by All Objectors Statement of Objections by Hot Topic, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3396 | NOTICE by deer paark service station of Statement of Objections filed by Erlinda De Los Santos (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3397 | NOTICE by All Objectors of Statement of Objections of SMNSUBS Inc d.b.a Subway filed by John Speltz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3398 | NOTICE by All Objectors of Statement of Objections of A+ Family Health filed by Stephen I. Giroux (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3399 | NOTICE by All Objectors of Statement of Objections of JARINC, LTD., dba Dominos Pizza filed by Larry Baker (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3400 | NOTICE by All Objectors of Statement of Objections of Middleport Family Health Center filed by Stephen I. Giroux (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3401 | NOTICE by All Objectors of Statement of Objections of Domino's Pizza F1397 filed by Rhett Hightower (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3402 | NOTICE by All Objectors of Statement of Objections of TGM Pizza, Inc. filed by Paul Gritz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3403 | NOTICE by All Objectors Statement of Objections by Moe's Stores LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3404 | NOTICE by All Objectors of Statement of Objections of A+ Family Health filed by Al Masani (Corrected Filer Name re DE 3398) (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3405 | NOTICE by All Objectors of Statement of Objections by Cumberland Farms, Inc. and Gulf Oil Limited Partnership (Attachments: # 1 #1) (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3406 | NOTICE by All Objectors of Statement of Objections of Fair Deal Food Mart filed by Al Masani (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3407 | NOTICE by All Objectors of Statement of Objections of Perfecta Camera Corp filed by Charles Zoulias (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3408 | NOTICE by All Objectors Statement of Objections of Cinnabon, Inc. filed by Lenore L. Krentz (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3409 | NOTICE by All Objectors of Statement of Objections of The Book Den filed by Eric E. Kelley (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3410 | NOTICE by All Objectors Statement of Objections by Schlotzsky's Stores LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3411 | NOTICE by All Objectors of Statement of Objections of Davenport Energy filed by Lewis E. Wall, Jr. (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3412 | NOTICE by All Objectors of Statement of Objections of Redbery Books, Inc. filed by William David Bauer (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3413 | NOTICE by Gilbertson Restaurants LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3414 | NOTICE by All Objectors Statement of Objections by Auntie Anne's, Inc. filed by Lenore L. Krentz (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3415 | NOTICE by All Objectors of Statement of Objections of Wellfleet Marketplace, Inc. filed by Evelyn Vigo (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3416 | NOTICE by All Objectors of Statement of Objections of Citgo Quik Mart filed by Edward J. Francois (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3417 | NOTICE by All Objectors Statement of Objections by Seamless North America LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3418 | NOTICE by All Objectors Statement of Objections of Gosselin,s Superette, inc filed by Claude P. Pelletier (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3419 | NOTICE by All Objectors Statement of Objections by Parco, Ltd. dba Wendy's Old Fashioned Hamburgers (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3420 | NOTICE by All Objectors of Statement of Objections of Chapter One Book Store, Inc. filed by Shawn Wathen (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3421 | NOTICE by DDL Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3422 | NOTICE by All Objectors of Statement of Objections of Nans enterprises, LLC filed by Aman Bhojani (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3423 | NOTICE by All Objectors of Statement of Objections of S & S Sports Inc filed by Gina T. Johnson (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3424 | NOTICE by All Objectors Statement of Objections by Levis Strauss & Co. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3425 | NOTICE by Nothern Truck Equipment Corp. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3426 | NOTICE by All Objectors Statement of Objections by Levi's Only Stores, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3427 | NOTICE by s.s. metro exxon of Statement of Objections filed by Shimshon Zoher (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3428 | NOTICE by Anson Plaza Pharmacy of Statement of Objections filed by Lonnie L. Meredith (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3429 | NOTICE by All Objectors Statement of Objections by Cox Communications, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3430 | NOTICE by Phillips Energy, Inc. of Statement of Objections filed by Elizabeth McCormick (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3431 | NOTICE by All Objectors Statement of Objections by Auto Trader Group, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3432 | NOTICE by The Drug Store of Statement of Objections filed by Lonnie L. Meredith (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3433 | NOTICE by Rainier Liquors(DK 11 inc.) of Statement of Objection by Bhupinder S. Chokar (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3434 | NOTICE by All Objectors of Statement of Objections of Big Tall Direct.COM filed by Robert P. Schlein (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3435 | NOTICE by All Objectors of Statement of Objections of Automatic Construction Co. filed by Tim Stainback (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3436 | NOTICE by All Objectors Statement of Objections by Clark's IGA/Clark's Quality Foods (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3437 | NOTICE by All Objectors of Statement of Objections of Powell Food of 14041, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3438 | NOTICE by All Objectors of Statement of Objections of Dandy Mini Marts Inc filed by Jenny Garrison (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3439 | NOTICE by Jim & Phil's Family Pharmacy LTD. of Statement of Objections filed by James R. Schiffer (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3440 | NOTICE by All Objectors of Statement of Objections of Hobbes Services LLC filed by Ray VerSteeg (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3441 | NOTICE by Urbana Fuel and Treats, LLC of Statement of Objections filed by Surbir Kamboj (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3442 | NOTICE by Imperial Marathon of Findlay Ohio Inc of Statement of Objections by (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3443 | NOTICE by All Objectors of Statement of Objections of Fleet Feet Sports Annapolis filed by Ramon Scott Broerman (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3444 | NOTICE by All Objectors Statement of Objections by Equinox Holdings, Inc. and subsidiaries doing business under brands Equinox Fitness, Blink Fitness, Pure Yoga and SoulCycle (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3445 | NOTICE by Victory Tampa Medical Pharmacy of Statement of Objections filed by Robert Feiles (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3446 | NOTICE by Just Us Enterprises dba Best Pharmacy of Statement of Objections filed by Juanita Anderson (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3447 | NOTICE by All Objectors of Statement of Objections of DC Oil Company, Inc. DBA: Quick Shop filed by Richard D. Collins (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3448 | NOTICE by All Objectors Statement of Objections by Sheetz, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3449 | NOTICE by All Objectors Statement of Objections by CLK Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3450 | NOTICE by All Objectors Statement of Objections by Blue Cross & Blue Shield Entities (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3451 | NOTICE by Danforth Services dba WYogurt of Statement of Objections filed by Elizabeth Danforth (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3452 | NOTICE by Nothern Truck Equipment Corp. (Watertown) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3453 | NOTICE by All Objectors of Statement of Objections of AJ's Sunoco filed by Joyce Jalbert (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3454 | NOTICE by Edge Efficiency Corporation of Statement of Objections by Alexander Lovell (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3455 | NOTICE by Cairns Brothers Realty Partnership of Statement of Objections filed by Bryan Cairns (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3456 | NOTICE by Medicap Pharmacy 8209 of Statement of Objections filed by Jerry Mason Van Brocklin (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3457 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3458 | NOTICE by All Objectors of Statement of Objections of Sporting Soles, Inc filed by Guy Perry (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3459 | NOTICE by All Objectors of Statement of Objections of The Bookworm of Edwards, Inc. filed by Nicole Magistro (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3460 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3461 | NOTICE by Smith and Friends of Statement of Objections filed by David Smith (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3462 | NOTICE by All Objectors of Statement of Objections of Dick Pond Athletics Inc filed by Samantha Senner (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3463 | NOTICE by All Objectors of Statement of Objections of Hunter & Oak Amoco, Inc. filed by Edward Weglarz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3464 | NOTICE by Northern Truck Equipment Corp. (Rapid City) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3465 | NOTICE by L&M Auto Service Inc of Statement of Objections filed by Mitchell Glenn (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3466 | NOTICE by Larimore Drug and Gift of Statement of Objections filed by Dorothy Farrell (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3467 | NOTICE by All Objectors of Statement of Objections of E Z Livin' Homes filed by Edward Weglarz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3468 | NOTICE by Framco Services, Inc. of Statement of Objections filed by Francis Crowl (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3469 | NOTICE by OSK Investments Corp of Statement of Objections by Ok Man Kim (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3470 | NOTICE by All Objectors Statement of Objections by Palo Alto, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3471 | NOTICE by Northern Truck Equipment Corp. (Sioux Falls) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3472 | NOTICE by All Objectors of Statement of Objections of Schusters Service Center filed by Edward Weglarz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3473 | NOTICE by Import Auto Service, Inc. of Statement of Objections filed by Mark Miller (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3474 | NOTICE by RG Drug Corp dba Apthorp Pharmacy of Statement of Objections filed by Russell Gellis (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3475 | NOTICE by All Objectors of Statement of Objections and Opt-Out of Transit Road Car Wash Inc filed by Timothy J. Lederhaus (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3476 | NOTICE by Heritage Market of Statement of Objections filed by John Rohn (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3477 | NOTICE by All Objectors of Statement of Objections of Sage to Summit filed by Karen Schwartz (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3478 | NOTICE by Gautams LLC of Statement of Objections by Salil Gautam (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3479 | NOTICE by All Objectors of Statement of Objections of Master Subways Inc filed by Laura Ridenour (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3480 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 13821, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3481 | NOTICE by Crafty Bees of Statement of Objections filed by Janet Boyer-Steuck (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3482 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 13430, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3483 | NOTICE by All Objectors of Statement of Objections of Northwest Runner, dba Fit Right filed by Dave I Sobolik (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3484 | NOTICE by Moose Lake Cooperative Association of Statement of Objections by Tony Ecklund (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3485 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 13110, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3486 | NOTICE by Buckingham Automotive of Statement of Objections filed by James Buckingham (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3487 | NOTICE by All Objectors of Statement of Objections of Logan Luxury Theatres Corp. filed by Jeffrey N. Logan (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3488 | NOTICE by All Objectors Statement of Objections by Alvarado Concepts LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3489 | NOTICE by Portes Pharmacy, Inc. of Statement of Objections filed by Eric Paul Evans (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3490 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 12871, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3491 | NOTICE by Bagwell Oil Company, Inc. of Statement of Objections by Isaiah William Bagwell IV (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3492 | NOTICE by All Objectors Statement of Objections by Palo Verde, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3493 | NOTICE by All Objectors of Statement of Objections of Huron Theatre Corporation filed by Jeffrey N. Logan (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3494 | NOTICE by Green Petroleum, LLC of Statement of Objections filed by Randy Green (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3495 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 12845, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3496 | NOTICE by Louis & Clark Medical # 179 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3497 | NOTICE by All Objectors Statement of Objections by Alvarado Restaurant Group LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3498 | NOTICE by Chelan Shell Foodmart of Statement of Objections filed by Randy Green (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3499 | NOTICE by Martin's Trailside Express, Inc. of Statement of Objections by Judith A. Weaver (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3500 | NOTICE by All Objectors of Statement of Objections of On The Run LLC dba Naperville Running Company filed by Kris Hartner (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3501 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 11548, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3502 | NOTICE by Louis & Clark Country Gifts Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3503 | NOTICE by Martin J. Gallagher, Inc. of Statement of Objections filed by Martin Gallagher (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3504 | NOTICE by All Objectors of Statement of Objections of Pirate Pizza, Inc. filed by Allen Lyle (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3505 | NOTICE by All Objectors Statement of Objections by Fifth & Pacific Companies, Inc. (f/k/a Liz Claiborne, Inc.) (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3506 | NOTICE by All Objectors of Statement of Objections of SEA-KO, INC filed by Richard U. Suh (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3507 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 11455, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3508 | NOTICE by Middle Ridge, Inc. of Statement of Objections filed by Martin Gallagher (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3509 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 2446, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3510 | NOTICE by Louis & Clark Country Gifts (Hadley) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3511 | NOTICE by Chatham Auto Repair of Statement of Objections filed by David Bednar (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3512 | NOTICE by Douglas & Ogden Medical Center Pharmacy Inc. d/b/a Douglas-Main Pharmacy of Statement of Objections filed by Douglas B. Marks (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3513 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 236, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3514 | NOTICE by Minnesota Grocers Association of Statement of Objections by Jamie L. Pfuhl (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3515 | NOTICE by 7-Eleven #33912 of Statement of Objections filed by James Bayci (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3516 | NOTICE by IHHS Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3517 | NOTICE by TV 7 INC of Statement of Objections filed by Rodney Davidson (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3518 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of John Street, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3519 | NOTICE by Your Drugstore Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 3520 | NOTICE by UNI-MART Forestville of Statement of Objections by Willard P. Springer (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3521 | NOTICE by Sat A Gee, Inc. of Statement of Objections filed by Franklin Schwartz (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3522 | NOTICE by All Objectors of Statement of Objections of McIntyre Subway LLC filed by Ray VerSteeg (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3523 | NOTICE by All Objectors Statement of Objections by Weber Enterprises, Inc., Weber Coastal Bells Limited Partnership and Columbia Bells LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3524 | NOTICE by TEKO Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3525 | NOTICE by All Objectors of Statement of Objections of My Way Pizza, Inc. filed by John Patalano (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3526 | NOTICE by Horner's Spirit, Horner's Fuel of Statement of Objections filed by Charles Horner (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3527 | NOTICE by Olde Towne Pharmacy of Statement of Objections filed by M. Kent Walker (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3528 | NOTICE by Medical Center Pharmacy of Durant Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3529 | NOTICE by All Objectors of Statement of Objections of Tad Enterprises III filed by Lance Brown (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3530 | NOTICE by All Background Checks of Statement of Objections filed by Albert Sanchez (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3531 | NOTICE by All Objectors Statement of Objections and Addendum by Fairview Oxboro Clinics-TIN-41-1544049 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3532 | NOTICE by Power's Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3533 | NOTICE by Campus Service Center Inc of Statement of Objections filed by Mark Savvides (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3534 | NOTICE by Oakdale Pharmacy of Statement of Objections filed by Richard Ellis Kane (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3535 | NOTICE by Cotton County Drug Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3536 | NOTICE by All Objectors of Statement of Objections of Ewing Distributors, Inc. filed by (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3537 | NOTICE by Vermont Grocers' Association of Statement of Objections filed by James Harrison (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3538 | NOTICE by Todds Discount Drugs of Statement of Objections filed by Jimmy Todd Gean (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3539 | NOTICE by All Objectors Statement of Objections by Jet-Pep, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3540 | NOTICE by All Objectors of Statement of Objections of Dominant Pizza Inc. filed by Thomas Whitman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3541 | NOTICE by Royal River Natural Foods of Statement of Objections filed by Tina Wilcoxson (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3542 | NOTICE by Mt. Carmel Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3543 | NOTICE by All Objectors of Statement of Objections of Fairhaven Runners, Inc. filed by Steve Roguski (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3544 | NOTICE by All Objectors of Statement of Objections of b&r shah inc filed by Bhartesh Shah (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3545 | NOTICE by LJ Norby Company dba Norby's Department Store of Statement of Objections filed by Michael Norby (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3546 | NOTICE by Wilson Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3547 | NOTICE by All Objectors of Statement of Objections of Jerry's One Stop Inc. filed by Scott Carpenter (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3548 | NOTICE by All Objectors of Statement of Objections of Crooked Creek Market filed byJoseph Irvin Russick (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3549 | NOTICE by Lo Cost Pharmacy of Statement of Objections filed by John W. McKinnon (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3550 | NOTICE by JJZ Enterprises, Inc. of Statement of Objections filed by Hamood Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3551 | NOTICE by All Objectors of Statement of Objections of Run Wild LLC filed by Elizabeth Cassano (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3552 | NOTICE by The Drug Store Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3553 | NOTICE by All Objectors of Statement of Objections of Merchant Name filed by Simone Varessi (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3554 | NOTICE by All Objectors of Statement of Objections of Subfresh Inc. filed by Rajesh D. Patel (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3555 | NOTICE by All Objectors of Statement of Objections of Tanner's Pizza LLC filed by Tanner Hansen (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3556 | NOTICE by Marble City Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3557 | NOTICE by All Objectors of Statement of Objections of Two Men and a Lady Inc. filed by Gordon Corrao (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3558 | NOTICE by California Fuel Stops of Statement of Objections filed by David Atwater (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3559 | NOTICE by All Objectors of Statement of Objections of Powell Foods of 14391, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3560 | NOTICE by All Objectors of Statement of Objections of Big River Running Company LLC filed by Matthew J. Helbig (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3561 | NOTICE by All Objectors Opt-Out Letter and Statement of Objections by 85th St. Carry Out Inc., Rt. 50 Carry Out/nc, Ocean Petroleum of Fruitland Co., Inc., Ocean Petroluem of Onley Co./nc, Ocean Petroleum of Rehoboth Co., Inc., Ocean Petroleum, LLC, Walston Switch Carry Out, Inc. (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3562 | NOTICE by Lihuc Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3563 | NOTICE by All Objectors of Statement of Objections of B&SB Inc. dba Woodward Hunter Shell filed by Saad Bahoora (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3564 | NOTICE by Rutland Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3565 | NOTICE by Adirondack Spirits Inc. of Statement of Objections filed by David Backe (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3566 | NOTICE by All Objectors of Statement of Objections of NBI Food Enterprises, Inc. filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3567 | NOTICE by All Objectors of Statement of Objections of Charles River Running filed by Charolette Walsh (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3568 | NOTICE by All Objectors of Statement of Objections of The Sporty Runner filed by Linda L. Starr (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3569 | NOTICE by Stoll's Pharmacy, Inc. of Statement of Objections filed by Edward R. Schreiner, Jr. (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3570 | NOTICE by All Objectors of Statement of Objections of NBIFOOD Food Services, Inc. filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3571 | NOTICE by Marco Drugs & Compounding Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3572 | NOTICE by Sensible Foods, LLC of Statement of Objections filed by Leslie Williamson (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3573 | NOTICE by All Objectors of Statement of Objections of The Running Store, Inc. filed by Ian K. Connor (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3574 | NOTICE by All Objectors of Statement of Objections of Conway Enterprises dba Domino's Pizza filed by Steven Conway (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3575 | NOTICE by Scott's Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3576 | NOTICE by Georgetown-Wisconsin, Inc. of Statement of Objections filed by Hamood Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3577 | NOTICE by All Objectors of Statement of Objections of United Oil of the Carolinas, Inc. filed by Lewis Efird (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3578 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3579 | NOTICE by All Objectors of Statement of Objections of Raceway Foods Corporation filed by Scott Bunn (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3580 | NOTICE by 12th & Pennsylvania, Inc. of Statement of Objections filed by Hamood Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3581 | NOTICE by All Objectors Statement of Objections by Tony's Seafood, Ltd. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3582 | NOTICE by All Objectors of Statement of Objections of Greenville Automatic Gas filed by Tim Stainback (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3583 | NOTICE by Miller Oil Co Inc of Statement of Objections by Jeffrey G. Miller (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3584 | NOTICE by All Objectors Statement of Objections by ADA Inc., Pine Square Conoco, BP Products North America Inc. (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3585 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3586 | NOTICE by HAH Group, Inc. of Statement of Objections filed by Hamood Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3587 | NOTICE by All Objectors of Statement of Objections of Daves' Meat Market filed by David Spickerman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3588 | NOTICE by Georgetown-Q, LLC of Statement of Objections filed by Hamood Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3589 | NOTICE by Watertown Confectionary of Statement of Objections by Michael Marotz (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3590 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods OD 4695, Inc. filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3591 | NOTICE by All Objectors of Statement of Objections of WWF, Inc. t/a Fountain Bookstore, Inc. filed by Kelly E. Justice (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3592 | NOTICE by All Objectors Statement of Objections by Bronson's SuperValu, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3593 | NOTICE by All Objectors of Statement of Objections of Geneva Running Outfitters LLC filed by Eric Ott (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3594 | NOTICE by A&ZYY, LLC of Statement of Objections filed by Hamood Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3595 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 114 LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3596 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3597 | NOTICE by All Objectors of Statement of Objections of Subway13899 filed by Samuel A. Tadesse (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3598 | NOTICE by King Enterprises of VA, Inc of Statement of Objections filed by Fadi Zakaria (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3599 | NOTICE by All Objectors of Statement of Objections of Point 2 Running Company filed by Andrea Lehmkuhler (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3600 | NOTICE by All Objectors Statement of Objections by Liverpool Amoco Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3601 | NOTICE by Jackson Enterprises, Inc of Statement of Objections by Jeff Jackson (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3602 | NOTICE by AHZ of Chantilly, Inc. of Statement of Objections filed by Fadi Zakaria (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3603 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 9463, Inc. filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3604 | NOTICE by All Objectors of Statement of Objections of Bandy's Pharmacy filed by Eric S. Bandy (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3605 | NOTICE by All Objectors Statement of Objections by Tafton Fuel Stop Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3606 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 2607, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3607 | NOTICE by A&H of Falls Chruch Inc of Statement of Objections filed by Abbas Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3608 | NOTICE by Modern Screenprint, Inc of Statement of Objections by Kathryn McLeod (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3609 | NOTICE by Knight Equestrian Books Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3610 | NOTICE by All Objectors of Statement of Objections of Goodrich Quality Theatres, Inc. filed by Thomas J. McCall (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3611 | NOTICE by CNC of Virginia Inc of Statement of Objections filed by Abbas Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3612 | NOTICE by All Objectors of Statement of Objections of Odyssey Foods of 12272, LLC filed by Mitchel Lichtman (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3613 | NOTICE by All Objectors Statement of Objections by Jerry Kidd Oil Co., Inc. d/b/a Kidd Jones (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3614 | NOTICE by All Objectors of Statement of Objections of Monroe Oil Co Inc filed by Olin T. Furr (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3615 | NOTICE by RDS Management LLC of Statement of Objections by Joseph Scharfstein (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3616 | NOTICE by Virginia Forest, LLC of Statement of Objections filed by Abbas Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3617 | NOTICE by Bobby & Steve's Auto World Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3618 | NOTICE by All Objectors of Statement of Objections of Grace Energy Corporation filed by Brent H. Smith (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3619 | NOTICE by All Objectors of Statement of Objections of Mid-Iowa Subway, Inc. Highway 141 Subway, LLC Colfax Subway, LLC filed by Jane Collison (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3620 | NOTICE by Annandale Liberty, LLC of Statement of Objections filed by Abbas Abutaa (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3621 | NOTICE by All Objectors of Statement of Objections of Fastrip Corporation filed by Brent H. Smith (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3622 | NOTICE by Bobby & Steve's Auto World II Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3623 | NOTICE by All Objectors of Statement of Objections of Subway of Hickory Inc. filed by Darrell Whifield (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3624 | NOTICE by Phinney's Automotive Center of Statement of Objections by Patrick Phinney (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3625 | NOTICE by All Objectors of Statement of Objections of Simpson-Perry Corporation filed by Brent H. Smith (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3626 | NOTICE by Thompson's Redemption & Convenience, Inc. of Statement of Objections filed by Lawrence Thompson (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3627 | NOTICE by All Objectors of Statement of Objections of Bandy's Pharmacy filed by Eric Bandy (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3628 | NOTICE by All Objectors of Statement of Objections of By The Bay Investments filed by Woody DeMayo (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3629 | NOTICE by Sbisubway Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3630 | NOTICE by Annis Petroleum Products Inc of Statement of Objections filed by Norris Annis III (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3631 | NOTICE by Becklund's Auto Repair & Towing of Statement of Objections by Glenn Albert Becklund (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3632 | NOTICE by All Objectors of Statement of Objections of F.L. Roberts & Co., Inc. filed by Steven M. Roberts (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3633 | NOTICE by All Objectors of Statement of Objections of Talisam, Inc. dba Dominos Pizza filed by Tina Kasuba (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3634 | NOTICE by RPimaging Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3635 | NOTICE by Sam Annis & Company of Statement of Objections filed by Norris Annis II (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3636 | NOTICE by All Objectors of Statement of Objections of Subway 5817 RLD Management Corp filed by Robert Dowell (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3637 | NOTICE by All Objectors Statement of Objections by Sunbean 7th & Market, Inc., dba Dunkin Donuts, Sunbeam Newtown, Inc., dba Dunkin Donuts, Sunbeam Abington, Inc., dba Dunkin Donuts, Sunbeam Carroll, Inc., dba Dunkin Donuts, Sunbeam Morrisville, Inc., dba Dunkin Donuts, Sunbeam 12th & Market, Inc., dba Dunkin Donuts (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3638 | NOTICE by All Objectors of Statement of Objections of cowboy Running inc filed by Robert Vernon III (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3639 | NOTICE by Mountain View Pharmacy, Inc. of Statement of Objections by Kathryn A. Goodfellow (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3640 | NOTICE by All Objectors of Statement of Objections of Mountain States Foods, LLC filed by Mark Roden (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3641 | NOTICE by Elm Mott Grocery of Statement of Objections filed by Robert Hutyra (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3642 | NOTICE by Bourne Petroleum Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3643 | NOTICE by All Objectors Statement of Objections of Runcorp, Inc. DBA: The Running Hub filed by John Lumley (Wildfang, K.) (Entered: 06/05/2013) | 06/05/2013 |
| 3644 | NOTICE by All Objectors of Statement of Objections of City of Chetek Municipal Airport filed by Dan Knapp (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3645 | NOTICE by Duran Central Pharmacy of Statement of Objections filed by Mona Ghattas (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3646 | NOTICE by McIntosh Energy Co., Inc. of Statement of Objections by Ray McIntosh (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3647 | NOTICE by Eastside Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3648 | NOTICE by Cummings Oil Inc. of Statement of Objections filed by Kenneth Cummings (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3649 | NOTICE by JFH Enterprises-Cove Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3650 | NOTICE by Bostick Prescription Pharmacy, Inc. of Statement of Objections by Alva D.H. Bostick (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3651 | NOTICE by Famcare Prescription and Health Center of Statement of Objections filed by Rita Caskey (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3652 | NOTICE by Cobb's Westside Pharmacy of Statement of Objections filed by William Cobb (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3653 | NOTICE by JFH Enterprises-Killeen Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3654 | NOTICE by All Objectors Statement of Objections by Liberty Bean LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3655 | NOTICE by blueplate LLC of Statement of Objections by James Malaby (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3656 | NOTICE by Combos Provo Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3657 | NOTICE by Ohannes Vartan Chamian Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3658 | NOTICE by All Objectors Statement of Objections by Sadler Brothers Oil Company Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3659 | NOTICE by K G Ventures Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3660 | NOTICE by Subway of Kirtland Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3661 | NOTICE by All Objectors Statement of Objections by Delta Sonic Carwash Systems, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3662 | NOTICE by KP Enterprises Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3663 | NOTICE by Oak Ridge One Stop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3664 | NOTICE by Sinclair's Cafe, Ltd. of Statement of Objections by Jeffrey Draper Sinclair (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3665 | NOTICE by All Objectors Statement of Objections by Scandinavian Airlines System Denmark-Norway-Sweden and Scandinavian Airlines of North America, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3666 | NOTICE by All Objectors Statement of Objections by Sodexo, Inc. and Subsidiaries, Sodexo Operations, LLC, Sodexo Management, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3667 | NOTICE by Real-Tuff Inc of Statement of Objections by Jerry Ohman (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3668 | NOTICE by All Objectors Statement of Objections by LA Dough No.1, LP/, LA Dough No.2, LP/, LA Dough No.3, LP/, LA Dough No.4, LP/, LA Dough No.5, LP (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3669 | NOTICE by Durand Mart of Statement of Objections filed by Coy Peterson (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3670 | NOTICE by All Objectors Statement of Objections by Falls Auto Gallery dba Falls Car Collection (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3671 | NOTICE by Richie's Gas N Go, Inc. of Statement of Objections filed by Richard Ehlers (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3672 | NOTICE by Haven's Candies of Statement of Objections by Andrew Charles (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3673 | NOTICE by Jokoma Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3674 | NOTICE by Lundgren Inc. dba Central Drugs of Statement of Objections filed by Shelley Bailey (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3675 | NOTICE by All Objectors Statement of Objections by Plymouth Ski & Sports, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3676 | NOTICE by 3 Stef Corp./Stef Corp./14020 Darnestown LLC of Statement of Objections by Andrew Paul Stefanelli (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3677 | NOTICE by All Objectors Notice of Intention to Appear and Statement of Objections by Dell, Inc. (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3678 | NOTICE by Anne M Barr Enterprises, LLC of Statement of Objections filed by Anne Barr (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3679 | NOTICE by All Objectors Statement of Objections by Burger King Huntington B Store #593 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3680 | NOTICE by Duncan Services, Inc. of Statement of Objections by Michale Eric Duncan (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3681 | NOTICE by All Objectors Statement of Objections by Burger King Orange 1806 Store #1806 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3682 | NOTICE by Bolton's Pharmacy II, Inc of Statement of Objections filed by Bradd Beimford (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3683 | NOTICE by Smokey Mountain Pharmacy of Statement of Objections filed by George Miller (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3684 | NOTICE by CWP INC. of Statement of Objections by Charles Parcelles (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3685 | NOTICE by Schoon's Incorporated Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3686 | NOTICE by Conwell's Pharmacy of Statement of Objections filed by Frank Conwell (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3687 | NOTICE by Bos-Quas Automotive Inc. of Statement of Objections by Kenneth Quasney (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3688 | NOTICE by Moordough, Inc DBA: Angelina's Pizza of Statement of Objections filed by Ann Reichle (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3689 | NOTICE by Warm Springs Auto Services Inc of Statement of Objections by Alice Chen (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3690 | NOTICE by Advanced Auto Tech of Statement of Objections filed by Kevin Page (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3691 | NOTICE by AAMIR ENTERPRISES INC of Statement of Objections by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3692 | NOTICE by Parkway Express of Statement of Objections filed by Kevin Page (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3693 | NOTICE by Engen Enterprises, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3694 | NOTICE by Smokin' Wally's BBQ of Statement of Objections filed by Walter Vanstone (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3695 | NOTICE by Wyndmoor Auto Services Inc of Statement of Objections by Thomas Donofry (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3696 | NOTICE by All Objectors Statement of Objections by Burger King Inglewood Store #5179 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3697 | NOTICE by All Objectors Statement of Objections by Raceway Restaurants, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3698 | NOTICE by All Objectors Statement of Objections by Western Reserve Restaurant Management, Inc, Wendy's of Ft. Wayne Inc., Wendy's Restaurants of Rochester, Great Lakes Restaurant Management, Wendy's of Lorain, Dibella's Old Fashioned Submarines, Inc., CC Restaurant Management (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3699 | NOTICE by Engen Ventures, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3700 | NOTICE by All Objectors Statement of Objections by Hakimianpour Santa Monica Burger King #919 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3701 | NOTICE by All Objectors Statement of Objections by Quality Served Fast, Inc. dba Wendy's (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3702 | NOTICE by AFCO MANAGEMENT INC of Statement of Objections by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3703 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3704 | NOTICE by Kumud, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3705 | NOTICE by All Objectors Statement of Objections by Lemek Slower Lower, LLC/Panera Bread (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3706 | NOTICE by IMPACT ENTERPRISES INC of Statement of Objections by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3707 | NOTICE by Nodaway Valley Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3708 | NOTICE by All Objectors Statement of Objections by Lemek, LLC/Panera Bread (Attachments: # 1 #1) (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3709 | NOTICE by Keewatin Sinclair of Statement of Objections by Daniel Kelly (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3710 | NOTICE by Beye Realty Corporation Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3711 | NOTICE by EP Enterprises Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3712 | NOTICE by Rio Chevron Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3713 | NOTICE by All Objectors of Statement of Objections of Riverside County Travel Zone Center, Inc.by Ali Mazarei (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3714 | NOTICE by All Objectors Statement of Objections by Ocean State Job Lot (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3715 | NOTICE by Big Easy Market Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3716 | NOTICE by Subventure Partnership Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3717 | NOTICE by All Objectors of Statement of Objections of INTERREGIONAL ENTERPRISES INC by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3718 | NOTICE by All Objectors Statement of Objections by Lowell General Store (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3719 | NOTICE by Crown Ventures Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3720 | NOTICE by All Objectors of Statement of Objections of NORTH MOPAC SHELL by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3721 | NOTICE by All Objectors Statement of Objections by Auclair's Market, Inc. (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3722 | NOTICE by Crown Ventures Iowa Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3723 | NOTICE by All Objectors of Statement of Objections of PANJWANI ENTERPRISES by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3724 | NOTICE by All Objectors of Statement of Objections of RYAN VENTURES INC by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3725 | NOTICE by Linronkee Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3726 | NOTICE by Riverside Wiles, LLC Opt Out (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3727 | NOTICE by All Objectors Statement of Objections by L Jax Enterprises Inc. and OPT-OUT Letter by Long Gate Sunoco filed by Lawrence R. Jackson, Jr. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3728 | NOTICE by Atman Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3729 | NOTICE by All Objectors of Statement of Objections of Domino's Pizza filed by William Graves (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3730 | NOTICE by MPG Corporation Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3731 | NOTICE by All Objectors Statement of Objections by Jackson's Mighty Fine Food & Lucky Lounge, Fantastic Fritzbe's Flying Food Factory, Inc. dba Silverado, Fanastic Fritzbe's Flying Food Factory, Inc. dba Carlyle Grande, Fantastic Fritzbe's Goodtime Emporium, Inc., dba Artie's, Sweetwater50, LLC. dba Sweetwater Tavern, Mike's American Grill, LLC, Crusty Buns, LLC. dba Best Buns Bread Company, Sweetwater LLC. dba Sweetwater Tavern, Sweetwater LTC, LLC. dba Sweetwater Tavern, Coastal Flats, LLC, Coastal Flats Tysons, LLC, Patsy's Italian, LLC. dba Ozzie's Corner Italian (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3732 | NOTICE by All Objectors of Statement of Objections of Domino's Pizza filed by William Graves (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3733 | NOTICE by All Objectors Statement of Objections by Jackson Station, Inc. and OPT-OUT Letter by BP Jackson Station, Inc. filed by Laurence R. Jackson, Jr. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3734 | NOTICE by All Objectors of Statement of Objections of RYAN VENTURES INC by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3735 | NOTICE by Commonwealth Pizza Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3736 | NOTICE by All Objectors Statement of Objections by Village Bookstore (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3737 | NOTICE by All Objectors of Statement of Objections of Domino's Pizza filed by William Graves (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3738 | NOTICE by All Objectors of Statement of Objections of Domino's Pizza filed by William Graves (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3739 | NOTICE by Volta Oil Company Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3740 | NOTICE by All Objectors of Statement of Objections of Domino's Pizza filed by William Graves (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3741 | NOTICE by All Objectors of Statement of Objections of SOUTH LAMAR ENTERPRISES INC by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3742 | NOTICE by Upper Crust Inc Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3743 | NOTICE by All Objectors of Statement of Objections of Alsaker corp/Broadway truck stops filed by Chet Reilly (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3744 | NOTICE by Sigma Pie Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3745 | NOTICE by UnbeZINGAble Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3746 | NOTICE by All Objectors Statement of Objections by Shofer's Furniture Company LLC (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3747 | NOTICE by All Objectors Statement of Objections and OPT-OUT Letter by Hickory Ridge Mobil Inc. filed by Laurence R. Jackson, Jr. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3748 | NOTICE by All Objectors of Statement of Objections of Alsaker Corp / Broadway Truck Stops filed by Chet Reilly (Undlin, Thomas) (Entered: 06/05/2013) | 06/05/2013 |
| 3749 | NOTICE by Mega Inc Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3750 | NOTICE by Riverside Wiles, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3751 | NOTICE by Z-Man's Pizza Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3752 | NOTICE by All Objectors Statement of Objections and OPT Out Letter by PWZ, Inc. Diamz, Inc. (Kane, Michael) (Entered: 06/05/2013) | 06/05/2013 |
| 3753 | NOTICE by All Objectors of Statement of Objections of Herb's United Drugs Inc by Jeffrey D. Marcus (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3754 | NOTICE by JFK Memorial Airport Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3755 | NOTICE by All Objectors Statement of Objections by Heinen's Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3756 | NOTICE by All Objectors of Statement of Objections of Redding Oil Company by John Reiser (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3757 | NOTICE by All Objectors of Statement of Objections of BEN WHITE ENTERPRISES INC by Feroz Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3758 | NOTICE by City Circle Marketing Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3759 | NOTICE by All Objectors of Statement of Objections of MMk Group, LLC by Surbir S Kamboj (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3760 | NOTICE by Dabob Enterprises Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3761 | NOTICE by King Richard Productions Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3762 | NOTICE by All Objectors of Statement of Objections of Sound City Foods, Inc by Jeffrey Rose (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3763 | NOTICE by Commercial Hiatus, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3764 | NOTICE by Wilde Pizza Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3765 | NOTICE by All Objectors of Statement of Objections of Urbana Fuel and Treats, LLC by Surbir S. Kamboj (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3766 | NOTICE by Talking Leaves Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3767 | NOTICE by Konza Prairie Pizza Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3768 | NOTICE by Pizzafella Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3769 | NOTICE by All Objectors of Statement of Objections of Bridgeland Realty LLC by Vitezslav Slava Duris (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3770 | NOTICE by MAX-E-Stores Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3771 | NOTICE by CSN Sons Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3772 | NOTICE by All Objectors of Statement of Objections of Urbana Fuel and Treats by Surbir S. Kamboj (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3773 | NOTICE by DeBlaquiere Ent. Inc., DBA White Cross Pharmacy of Statement of Objections filed by Shannon M. McGlashan (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3774 | NOTICE by All Objectors Statement of Objections by Top of the Hub Restaurant and Skywalk, Rusty Scupper, Parkers' Lighthouse, Winberie's Restaurant and Bar (1-5), Parkers Blue Ash Tavern, Parkers' Restaurant and Bar, Pier W, Cheese Cellar, Roxy Cafe, Rusty Scupper and Cafe Winberie, filed by Alan G. Donatelli, Select Restaurants, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3775 | NOTICE by Amerimax Coconut Creek, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3776 | NOTICE by All Objectors of Statement of Objections of paul arvanitis by paul arvanitis (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3777 | NOTICE by All Objectors of Statement of Objections of McDermott Oil Company by Jason McDermott (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3778 | NOTICE by All Objectors of Statement of Objections of McDonald Oil Company by Tim Huff (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3779 | NOTICE by All Objectors of Statement of Objections of PET PLACE PLUCE, LLC by Sanford Ress (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3780 | NOTICE by All Objectors of Statement of Objections of Folk Oil Company, Inc. by Joe Hagenbarth (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3781 | NOTICE by All Objectors Statement of Objections by Spurgeon-Lewis Antiques filed by Thomas Lewis Osborne (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3782 | NOTICE by All Objectors of Statement of Objections of cheshire shell\cheshire auto care by John Mouco (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3783 | NOTICE by All Objectors of Statement of Objections of Sandia Oil Company, Inc. by Jack Adams (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3784 | NOTICE by Amerimax Coral Springs Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3785 | NOTICE by All Objectors of Statement of Objections of DJ SHELL, LLC, T/A DJ SUNOCO by Joseph Valerio (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3786 | NOTICE by All Objectors Statement of Objections by Several Dunkin Donut Franchises filed by Constantine G. Scrivanos (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3787 | NOTICE by All Objectors of Statement of Objections of Pic Quik Inc. by Dan Fast (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3788 | NOTICE by Soldotna Professional Pharmacy of Statement of Objections filed by Thomas Robert Hodel (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3789 | NOTICE by All Objectors of Statement of Objections of Forward Enterprises, Inc. by Jason Liddell (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3790 | NOTICE by All Objectors Statement of Objections by Several Dunkin Donut Franchises filed by Constantine G. Scrivanos (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3791 | NOTICE by All Objectors of Statement of Objections of Golden Pantry Food Stores, Inc. by David Griffith (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3792 | NOTICE by Amerimax Davie, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3793 | NOTICE by All Objectors of Statement of Objections of JM Oil Co/JM Companies (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3794 | NOTICE by All Objectors Statement of Objections by Burger King Number 2215 Store #2215 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3795 | NOTICE by All Objectors of Statement of Objections of Coastal Investments, Inc. by Holly Froehler (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3796 | NOTICE by All Objectors Statement of Objections by Burger King Number 5924 Store #5924 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3797 | NOTICE by All Objectors Statement of Objections by Burger King Number 918 Store #918 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3798 | NOTICE by All Objectors of Statement of Objections of MBM Investments, Inc. by Holly Froehler (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3799 | NOTICE by All Objectors Statement of Objections by Burger King Costa Mesa Store #2149 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3800 | NOTICE by All Objectors of Statement of Objections of MBM Investments II, Inc. by Holly Froehler (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3801 | NOTICE by All Objectors Statement of Objections by Burger King Number 10557 Store #10557 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3802 | NOTICE by All Objectors of Statement of Objections of Corner Mart Inc by Isaiah Bagwell IV (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3803 | NOTICE by Amerimax Heron Bay, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3804 | NOTICE by All Objectors of Statement of Objections of Miller & Holmes, Inc. by Kim Haggerty (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3805 | NOTICE by All Objectors Statement of Objections by Burger King Number 12394 Store #12394 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3806 | NOTICE by All Objectors of Statement of Objections of Ampro Enterprises Inc by Feroz Panjwani (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3807 | NOTICE by All Objectors Statement of Objections by Burger King Tustin II Store #9772 (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3808 | NOTICE by All Objectors of Statement of Objections of Emrald Enterprises Inc by Feroz Panjwani (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3809 | NOTICE by All Objectors of Statement of Objections of Feature Enterprises Inc by Feroz Panjwani (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3810 | NOTICE by JDB Catering Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3811 | NOTICE by All Objectors of Statement of Objections of Wipro Enterprises Inc by Feroz Panjwani (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3812 | NOTICE by Laurel Oil Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3813 | NOTICE by All Objectors of Statement of Objections of Opis Enterprises Inc by Feroz Panjwani (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3814 | NOTICE by All Objectors Statement of Objections by Sunfire Hearth Patio and Spa LLC and P. M. Roach and Sons, Inc. filed by Matthew Thomas Roach (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3815 | NOTICE by Amerimax Lakeview, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3816 | NOTICE by Smokin' Gun Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3817 | NOTICE by All Objectors of Statement of Objections of Panjwani Energy LLC by Feroz Panjwani (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3818 | NOTICE by Zigman Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3819 | NOTICE by All Objectors Statement of Objections by Singh Realty LLC (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3820 | NOTICE by All Objectors of Statement of Objections of Pro Ag Farmers Coop by Mark Jaskowiak (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3821 | NOTICE by jkps Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3822 | NOTICE by Billings Distribution Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3823 | NOTICE by The Traveler Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3824 | NOTICE by Clinic United Pharmacy Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3825 | NOTICE by All Objectors of Statement of Objections of Eagle Eye Book Shop by Doug Robinson (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3826 | NOTICE by All Objectors of Statement of Objections of USA Tactical Depot (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3827 | NOTICE by Hofman Oil Co Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3828 | NOTICE by Amerimax Plantation, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3829 | NOTICE by All Objectors of Statement of Objections of el camino automation services by Shyam Choudhary (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3830 | NOTICE by WSC Operations Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3831 | NOTICE by C.S.P.H. Inc. Statement of Objections (Mason, Robert) (Entered: 06/05/2013) | 06/05/2013 |
| 3832 | NOTICE by All Objectors of Statement of Objections of Family Express Corporation, d/b/a Family Express by Todd Etzler (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3833 | NOTICE by All Objectors of Statement of Objections of Elliott Oil Company by Andrew Woodard (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3834 | NOTICE by All Objectors of Statement of Objections of K & B Kwik Stop, Inc. by Robert Kraning (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3835 | NOTICE by All Objectors of Statement of Objections of CALGARY ENTERPRISES, INC by Clifford D. Tabor (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3836 | NOTICE by All Objectors of Statement of Objections of Dixie Gas and Oil Corporation by Daniel Alexander (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3837 | NOTICE by All Objectors of Statement of Objections of Aquidneck Island Books, Inc. by Judy Crosby (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3838 | NOTICE by Medicine Plus of Statement of Objections filed by Jade Adam Schuckman (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3839 | NOTICE by All Objectors of Statement of Objections of Gill Management, Inc. dba Burger King by Jenni Stark (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3840 | NOTICE by All Objectors of Statement of Objections of Taylor Arco by Ali Mohammadi (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3841 | NOTICE by All Objectors of Statement of Objections of Arees Inc by Inayatali Momin (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3842 | NOTICE by All Objectors of Statement of Objections of Speedee Mart, Inc. by Bradley Emery (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3843 | NOTICE by All Objectors of Statement of Objections of Apand Trading Inc by Sunil Dhir (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3844 | NOTICE by All Objectors of Statement of Objections of Golden Dollar, Inc dba Roundtree Grilling and Gaming 1 and 2 by Bradley Emery (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3845 | NOTICE by All Objectors of Statement of Objections of BP/ARCO AM/PM by Daniel Taye (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3846 | NOTICE by Maddox Drugs of Statement of Objections filed by Steven G. Spruill (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3847 | NOTICE by All Objectors Statement of Objections by Leathers Fuels filed by Leathers Enterprises, Inc. (Cohen, Bart) (Entered: 06/05/2013) | 06/05/2013 |
| 3848 | NOTICE by All Objectors of Statement of Objections of hadi inc. by Ragaey Riad Elbasiony (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3849 | NOTICE by All Objectors of Statement of Objections of L & R Northup, Inc by Susan Stockard (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3850 | NOTICE by Kiefer Inc. D.B.A. Watson's City Drug of Statement of Objections filed by Matthew L. Kiefer (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3851 | NOTICE by All Objectors of Statement of Objections of Literati Bookstore by Hilary Lowe (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3852 | NOTICE by All Objectors of Statement of Objections of LUNAFORM by Phid Lawless (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3853 | NOTICE by All Objectors of Statement of Objections of Pete's Surplus by Troy Haverly (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3854 | NOTICE by All Objectors of Statement of Objections of MindFair Books by Krista Long (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3855 | NOTICE by All Objectors of Statement of Objections of The Right Choice Food Mart #2 by Sam Bhojani (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3856 | NOTICE by Park Plaza Pharmacy, Inc. of Statement of Objections filed by Joseph P. Tarallo (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3857 | NOTICE by All Objectors of Statement of Objections of Issa Enterprises, LLC DBA Pelham BP by Amin Issa (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3858 | NOTICE by All Objectors of Statement of Objections of Store24 Express, Inc. by Palani Velloo (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3859 | NOTICE by All Objectors of Statement of Objections of Twin Beach Market by Steve Orow (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3860 | NOTICE by All Objectors of Statement of Objections of Speech Corner by Dean Ellsworth Jr. (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3861 | NOTICE by All Objectors Encinitas Chiropractic Studio and Dr. Joseph P. Kametz, DC (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3862 | NOTICE by All Objectors of Statement of Objections of Ellsworth Publishing Company by Dean Ellsworth (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3863 | NOTICE by A & M Discount Beverage #51 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3864 | NOTICE by All Objectors of Statement of Objections of Small World Solutions Inc. by Ketan Kakkad (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3865 | NOTICE by All Objectors of Statement of Objections of Ablahad, Inc. by Stephen Ablahad (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3866 | NOTICE by All Objectors of Statement of Objections of Inkwood Books by Stefani Hope Beddingfield (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3867 | NOTICE by All Objectors of Statement of Objections of S.W. Raswls, Inc. by Bernard Rook (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3868 | NOTICE by All Objectors of Statement of Objections of Shannons, Inc by Alton Shannon (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3869 | NOTICE by All Objectors of Statement of Objections of Harbor Express Limited by Dennis Shimanek (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3870 | NOTICE by All Objectors of Statement of Objections of Hutch's Food Center by Johncie Langston (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3871 | NOTICE by All Objectors of Statement of Objections of Buchanan Brothers Pharmacy Inc by Julia McCusker (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3872 | NOTICE by All Objectors of Statement of Objections of Linden Publishing Co. Inc. by Richard Sorsky (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3873 | NOTICE by All Objectors re 3842 Notice(Other) Attachment to Speedee Mart, Inc. Statement of Objections (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3874 | NOTICE by All Objectors of Statement of Objections of Watermark Books & Cafe by Sarah Bagby (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3875 | NOTICE by All Objectors of Statement of Objections of Seattle Technical Books LLC by Danielle Hulton (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3876 | NOTICE by Diamond T Truck and Auto Plaza I Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3877 | NOTICE by All Objectors of Statement of Objections of Orinda Books by Janet Boreta (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3878 | NOTICE by All Objectors of Statement of Objections of Devaney Doak & Garrett Booksellers by Kenny Brechner (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3879 | NOTICE by All Objectors of Statement of Objections of Brewer and Sons, Inc by Robert E. Brewer (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3880 | NOTICE by Diamond T Truck and Trailer In Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3881 | NOTICE by All Objectors of Statement of Objections of Posman Books at Grand Central Terminal by Robert Fader (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3882 | NOTICE by Diamond T Truck and Trailer Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3883 | NOTICE by All Objectors of Statement of Objections of Narrow Gauge Newsstand by Christie Lindsay (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3884 | NOTICE by All Objectors of Statement of Objections of Pandemonium Books & Games Inc. by H. Tyler Stewart (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3885 | NOTICE by All Objectors of Statement of Objections of Professional Resource Exchange (dba Professional Resource Press) by Lawrence Ritt (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3886 | NOTICE by All Objectors of Statement of Objections of The CyberComm Corp by Lawrence Naquin (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3887 | NOTICE by All Objectors of Statement of Objections of Palace Retail Liquor by Thomas M Palace (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3888 | NOTICE by All Objectors of Statement of Objections of nicks arco AM-PM by Masad Nicola (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3889 | NOTICE by All Objectors of Statement of Objections of Gallery Bookshop by Christie Olson Day (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3890 | NOTICE by All Objectors of Statement of Objections of Ajo Copper News by Hollister David (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3891 | NOTICE by All Objectors of Statement of Objections of Pat's This n' That, llc by Patricia Ann Mountfort (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3892 | NOTICE by All Objectors of Statement of Objections S Sagani Inc by Akber Sagani (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3893 | NOTICE by All Objectors of Statement of Objections of Texaco Mini Mart by Yousuf Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3894 | NOTICE by All Objectors of Statement of Objections of B&B Auto Salvage Inc by Russ Rearick (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3895 | NOTICE by All Objectors of Statement of Objections of 5States Auto LLC by Russ Rearick (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3896 | NOTICE by All Objectors of Statement of Objections of Marathon Food Mart by Yousuf Panjwani (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3897 | NOTICE by All Objectors of Statement of Objections of All Mine, LLC dba Saturn Booksellers by Jill Miner (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3898 | NOTICE by All Objectors of Statement of Objections of Forward Energy, Inc. (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3899 | NOTICE by All Objectors of Statement of Objections of Downtown Books & Coffee by John Colvin (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3900 | NOTICE by Diamond T Travel Plaza Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3901 | NOTICE by All Objectors of Statement of Objections of T.R. McTaggart, Inc. by Jason Liddell (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3902 | NOTICE by All Objectors of Statement of Objections of House of Books by James Blackketter (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3903 | NOTICE by All Objectors of Statement of Objections of Blue Marble Books LLC by Peter Moore (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3904 | NOTICE by All Objectors of Statement of Objections of Forward Lodging, Inc. by Jason Liddell (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3905 | NOTICE by All Objectors of Statement of Objections of PUCKETT FOOD STORE, INC. by Craig Puckett (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3906 | NOTICE by All Objectors of Statement of Objections of PUCKETT SUPER FOOD, INC. by Craig Puckett (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3907 | NOTICE by Comcheckdiamond T Truc Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3908 | NOTICE by All Objectors of Statement of Objections of LACY SUPER FOOD, INC. by Craig Puckett (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3909 | NOTICE by All Objectors of Statement of Objections of T.R. Mulligan Inc by Todd Mulligan (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3910 | NOTICE by All Objectors of Statement of Objections of NUEVO AM PM by Bahram B. Tchami (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3911 | NOTICE by All Objectors of Statement of Objections of Goltz Pharmacy by Daniel Goltz (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3912 | NOTICE by Diamond T Trk Auto Plz Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3913 | NOTICE by All Objectors of Statement of Objections of South Cumberland Pharmacy by William Buchanan, Jr. (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3914 | NOTICE by All Objectors of Statement of Objections of Kath Fuel Oil Service Co by Stephen Dahl (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3915 | NOTICE by Tommy Hartman Wpremie Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3916 | NOTICE by All Objectors of Statement of Objections of Data Robot Inc by Brian Woodcock (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3917 | NOTICE by All Objectors of Statement of Objections of Fulton's Fountain Market by Cynthia Fulton (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3918 | NOTICE by All Objectors of Statement of Objections of Zurbuchen Oil Inc by Matthew Zurbuchen (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3919 | NOTICE by All Objectors of Statement of Objections of Redwood Oil Co. by Peter Van Alyea (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3920 | NOTICE by All Objectors of Statement of Objections of Shri Rajeshwari Krupa Inc by Bhargav Patel (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3921 | NOTICE by All Objectors of Statement of Objections of Hometown Cinemas, LLC by Randall Hester (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3922 | NOTICE by All Objectors of Statement of Objections of Waytek, Inc. by Bob Lamoreaux (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3923 | NOTICE by All Objectors of Statement of Objections of Rudy's Operating Company, LLC by Stacy Dial (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3924 | NOTICE by All Objectors of Statement of Objections of Denny Oil Company, Inc. by Stacy Dial (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3925 | NOTICE by All Objectors of Statement of Objections of Ullman Oil, Inc. by Kim Ullman (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3926 | NOTICE by All Objectors of Statement of Objections of Erfan, Inc. by Erfan Arsanjani (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3927 | NOTICE by All Objectors of Statement of Objections of Good Guy PDQ by Mark Hunter (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3928 | NOTICE by All Objectors of Statement of Objections of Freddys Food Mart by Nasruddin Momin (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3929 | NOTICE by All Objectors of Statement of Objections of Fareswel Enterprise Inc by Aziz Waliany (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3930 | NOTICE by All Objectors of Statement of Objections of East Troy Point Shell LLC by Linda Kaplan (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3931 | NOTICE by Diamond T Truck and Trailer Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3932 | NOTICE by All Objectors of Statement of Objections of Redds Automotive Import Service Center by Michael Ostrowski (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3933 | NOTICE by All Objectors of Statement of Objections of Honey Farms, Inc. by David Murdock (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3934 | NOTICE by All Objectors of Statement of Objections of Riverwalk Books, Ltd by Elizabeth Manthey (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3935 | NOTICE by All Objectors of Statement of Objections of Honey Farms New Hampshire, Inc. by David Murdock (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3936 | NOTICE by All Objectors of Statement of Objections of South Branch Inn Inc. by Kelly Williams (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3937 | NOTICE by All Objectors of Statement of Objections of Stephen Colon (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3938 | NOTICE by All Objectors of Statement of Objections of Spring Street, Inc. DBA City Lights Bookstore by Christopher Merritt Wilcox (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3939 | NOTICE by All Objectors of Statement of Objections of Palisade One Stop by Vivian Fowlds (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3940 | NOTICE by All Objectors of Statement of Objections of Northwest Book Exchange, Inc by Rebecca Lynn Haddad (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3941 | NOTICE by All Objectors of Statement of Objections of Tear Catcher Gifts by Anna Graham (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3942 | NOTICE by All Objectors of Statement of Objections of Haddad Coffee LLC by Rebecca Lynn Haddad (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3943 | NOTICE by All Objectors of Statement of Objections of Orthotic Shop Inc by Matthew Behnke (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3944 | NOTICE by All Objectors of Statement of Objections of Elysian Fields Books & Gifts by Kimberly Perkins (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3945 | NOTICE by All Objectors of Statement of Objections of RAN Investment inc DBA QWay Mart (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3946 | NOTICE by All Objectors of Statement of Objections of J.D. Carpenter Companies, Inc. by Joseph Carpenter (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3947 | NOTICE by All Objectors of Statement of Objections of Tobasi Inc, Tobasi Stop 1 by Abdalla Tobasi (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3948 | NOTICE by All Objectors of Statement of Objections of Carpco, LLC by Joseph Carpenter (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3949 | NOTICE by All Objectors of Statement of Objections of Tome on the Range by Nancy Colalillo (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3950 | NOTICE by All Objectors of Statement of Objections of Franksville Bank of Liquor by James Tonar (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3951 | NOTICE by All Objectors of Statement of Objections of Junghans Discount Liquor Store by Greg Junghans (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3952 | NOTICE by All Objectors of Statement of Objections of SoulJourney LLC by Sandra Liss (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3953 | NOTICE by Diamond T. Truck and Trailer Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3954 | NOTICE by All Objectors of Statement of Objections of The Local by Douglas Reed (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3955 | NOTICE by All Objectors of Statement of Objections of The Briar Patch by Cathy Anderson (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3956 | NOTICE by All Objectors of Statement of Objections of Adirondack Spirits Inc. by David Backe (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3957 | NOTICE by All Objectors of Statement of Objections of Trinity K Market, Inc. dba Waters Edge Market by Elizabeth Ann Kaczan (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3958 | NOTICE by Diamond T Truck and Trailer In Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3959 | NOTICE by All Objectors of Statement of Objections of Van Zeeland Oil Co. Inc. by Mary Coliadis (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3960 | NOTICE by All Objectors of Statement of Objections of DMG Petroleum Companies LLC/Leasburg Mobil by Dean Garber (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3961 | NOTICE by All Objectors of Statement of Objections of Chamberlain Oil Co. Inc. by John Chamberlain (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3962 | NOTICE by All Objectors of Statement of Objections of Quad State Distributing Inc. by John Chamberlain (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3963 | NOTICE by All Objectors of Statement of Objections of DMG Petroleum Companies II, LLC/Salem Mobil by Dean Garber (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3964 | NOTICE by All Objectors of Statement of Objections of Dixie Gas and Oil Corporation by Daniel Alexander (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3965 | NOTICE by All Objectors of Statement of Objections of Waters Edge Resort by Elizabeth Ann Kaczan (Medici, Carmen) (Entered: 06/05/2013) | 06/05/2013 |
| 3966 | NOTICE by All Objectors MBC Pharmacy INC d/b/a Charlie's U-SAVE Pharmacy by Charles Moore (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3967 | NOTICE by All Objectors of Statement of Objections of Thorp Fuel, LLC by William Rowley (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3968 | NOTICE by All Objectors of Statement of Objections of Sertbas Inc by Levent Sertbas (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3969 | NOTICE by All Objectors of Statement of Objections of Ksertbas Inc by Levent Sertbas (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3970 | NOTICE by All Objectors of Statement of Objections of Henderson Drugs LLC by Travis Richey (Bernay, Alexandra) (Entered: 06/05/2013) | 06/05/2013 |
| 3971 | NOTICE by All Objectors of Statement of Objections of Feils Oil Company Inc by Thomas Feils (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3972 | NOTICE by All Objectors of Statement of Objections of Ec's Corner Express, Inc. by Eileen Crawford (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3973 | NOTICE by All Objectors of Statement of Objections of MSH Restaurant Management Inc by Mark Haynes (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3974 | NOTICE by All Objectors of Statement of Objections of Weis Oil Co. by Curt Weis (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3975 | NOTICE by All Objectors of Statement of Objections of Panrose Corporation Inc. by Lutfur Rahman (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3976 | NOTICE by Diamond T Truck and Trailer Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3977 | NOTICE by All Objectors of Statement of Objections of Panrose Corporation Inc [Midfield loc] by Lutfur Rahman (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3978 | NOTICE by All Objectors of Statement of Objections of Multi veNTAS online by Agustin Acosta (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 3979 | NOTICE by All Objectors of Statement of Objections of Lonvigson's Service Center Inc by Lonnie John McQuirter (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3980 | NOTICE by All Objectors of Statement of Objections of Phelps IGA, Inc. (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3981 | NOTICE by All Objectors of Statement of Objections of TLC ARCO by Timothy Caruthers (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3982 | NOTICE by All Objectors of Statement of Objections of Soltau Enterprises Inc by Leonard Soltau (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3983 | NOTICE by All Objectors of Statement of Objections of Timothy L. Caruthers/Caruthers Chiropractic by Timothy Caruthers (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3984 | NOTICE by All Objectors of Statement of Objections of Belleville Amoco by Christopher Sadek (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3985 | NOTICE by All Objectors of Statement of Objections of Belleville Quiznos LLC by Christopher H. Sadek (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3986 | NOTICE by All Objectors of Statement of Objections of Plymouth Snap LLC (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3987 | NOTICE by All Objectors of Statement of Objections of JOWACO DEPOT by Mary Johnson (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3988 | NOTICE by All Objectors of Statement of Objections of Anglo American by David Carter (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3989 | NOTICE by All Objectors of Statement of Objections of BLUE CROSS ANIMAL HOSPITAL by Farouk Sawires (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3990 | NOTICE by All Objectors of Statement of Objections of Sourdough Air Service Inc. DBA Brooks Range Aviation by Judith Jespersen (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3991 | NOTICE by All Objectors of Statement of Objections of j.s.rusch, inc by John Rusch (Coughlin, Patrick) (Entered: 06/05/2013) | 06/05/2013 |
| 3992 | NOTICE by A & M Discount Beverage #34 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3993 | NOTICE by Stater Bros. Markets Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 3994 | NOTICE by Blende Drug Inc. of Statement of Objections filed by John J. Cernao Sr. (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3995 | NOTICE by Clinic Drug, Inc. of Statement of Objections filed by Jeffrey Thomas Garkowski (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3996 | NOTICE by St Bernard Drugs #2 LLC of Statement of Objections filed by Dominick A. Sciortino Jr. (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3997 | NOTICE by The Apothecary of Statement of Objections filed by Thomas Goldsmith (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3998 | NOTICE by Almadad Inc. DBA / Bronx Pharmacy of Statement of Objections filed by Ibrahim Elawad (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 3999 | NOTICE by Kelley Drug & Selections of Statement of Objections filed by James L. Kelley (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4000 | NOTICE by A & H Stores, Inc. of Statement of Objections filed by Stacey James Hendrickson (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4001 | NOTICE by Frankenrose Restaurants, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4002 | NOTICE by Golden Rock Pharmacy of Statement of Objections filed by Crystal Nester (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4003 | NOTICE by Medicap Pharmacy of Statement of Objections filed by Steven Bruce Burney (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4004 | NOTICE by Village Drug Shop of Athens Inc. of Statement of Objections filed by Christopher Ryan Thurmond (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4005 | NOTICE by Amelia Larosa's, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4006 | NOTICE by Elm Plaza Pharmacy of Statement of Objections filed by Steven P. Hiemenz (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4007 | NOTICE by Mt. Olympus Compounding of Statement of Objections filed by Layne R. Kilpatrick (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4008 | NOTICE by Westwind II Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4009 | NOTICE by Reliable Discount Pharmacy of Statement of Objections filed by Doug W. Sisemore (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4010 | NOTICE by Westwind, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4011 | NOTICE by Yellowfront Grocery Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4012 | NOTICE by Millers of Wyckoff, Inc. of Statement of Objections filed by David Miller (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4013 | NOTICE by Sellersville Pharmacy of Statement of Objections filed by Robert B. Frankil (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4014 | NOTICE by Diamond T Truck and Trailer Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4015 | NOTICE by Chads Payless Pharmacy, Inc. of Statement of Objections filed by Virginia M. Cohenour (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4016 | NOTICE by Super Saver Pharmacy #4, LLC of Statement of Objections filed by Devan Mathura (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4017 | NOTICE by Super Saver Pharmacy #3, LLC of Statement of Objections filed by Devan Mathura (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4018 | NOTICE by Super Saver Pharmacy #2, LLC of Statement of Objections filed by Devan Mathura (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4019 | NOTICE by Super Saver Pharmacy LLC of Statement of Objections filed by Devan Mathura (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4020 | NOTICE by Covington Movies 3 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4021 | NOTICE by Camacho Pharmacy Supply, Inc. of Statement of Objections filed by Antonio M. DiSanto (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4022 | NOTICE by B. Green & Company, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4023 | NOTICE by Estherville Drug, Inc. DBA Estherville Snyder Drug of Statement of Objections filed by Charles Alan Robinson (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4024 | NOTICE by A & M Discount Beverage #32 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4025 | NOTICE by Carrollwood Pharmacy of Statement of Objections filed by Dan Fucarino (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4026 | NOTICE by Wildline Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4027 | NOTICE by Bella Nail Spa Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4028 | NOTICE by E Street Discount Pharmacy of Statement of Objections filed by William Frederick Dubs (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4029 | NOTICE by Original Bread, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4030 | NOTICE by Noble Pharmacy of Statement of Objections filed by Gary Neal Todd (Freimuth, Matthew) (Entered: 06/05/2013) | 06/05/2013 |
| 4031 | NOTICE by Corolla Movies 4, Corrolla Movies 4 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4032 | NOTICE by State Cinema 3 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4033 | NOTICE by Hollywood Movies 4 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4034 | NOTICE by Kill Devil Hills Movie 10 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4035 | NOTICE by Hatteras Island Plaza Movies 4 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4036 | NOTICE by Hanover Movies 16 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4037 | NOTICE by Surf N Sand 8 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/05/2013) | 06/05/2013 |
| 4038 | NOTICE by East Point Movies 10 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/05/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER: parties' joint request 2711 to submit responses on August 16, 2013 is granted. Ordered by Judge John Gleeson on 6/5/2013. (Merle, Natasha) (Entered: 06/05/2013) | 06/05/2013 |
| 4039 | NOTICE by Valley Mall Movies 16 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4040 | NOTICE by Hat Trick II Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4041 | NOTICE by JTS One Stop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4042 | NOTICE by Grover Lc Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4043 | NOTICE by DWD Pizza Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4044 | NOTICE by Hussein Mawani Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4045 | NOTICE by All Objectors Statement of Objections and Addendum by Fairview Clinics-TIN 41-1761760 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4046 | NOTICE by RJ Julia Booksellers Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4047 | NOTICE by All Objectors Statement of Objections and Addendum by Fairview Health Services-TIN 41-1091680 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4048 | NOTICE by All Objectors Statement of Objections by Fairview Auxiliary-TIN ending in 4831 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4049 | NOTICE by Knapper Oil Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4050 | NOTICE by J.W. Sandri Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4051 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4052 | NOTICE by Pop Love-it Skate Shop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4053 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4054 | NOTICE by Arlington Subway Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4055 | NOTICE by Subway Orangecrest Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4056 | NOTICE by Skylands Energy Service Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4057 | NOTICE by All Objectors Statement of Objections by MEH Investments Inc./Burger King #s 3200, 3973, 5208, 5915, 9144, 9278, 11743; Border Foods Services Inc./Burger King #6716; QL Inc. II/Burger King #1638; QL Inc./Burger King #s 4032, 4081, 4098, 4477, 3109; Pride Bakeries, LLC/Panera #s 3256, 3257, 3260, 3262, 3263, 3264, 3265, 3267 filed by Dennis Wayne Hitzeman (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4058 | NOTICE by Subway(Pagosa Springs) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4059 | NOTICE by All Objectors Statement of Objections by Dunkins Donuts, Warnick, RI (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4060 | NOTICE by All Objectors Statement of Objections by Nancy Lee Meredith (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4061 | NOTICE by Open Door Bookstore Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4062 | NOTICE by Subway Medlock Ctr Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4063 | NOTICE by Skv Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4064 | NOTICE by All Objectors Statement of Objections by Roxbury Country Store, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4065 | NOTICE by All Objectors Statement of Objections and Attachment by Penny Annette Guthrie (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4066 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4067 | NOTICE by Subway ejb Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4068 | NOTICE by All Objectors Opt-Out Letter by Old Lamson Station (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4069 | NOTICE by Subway # 26892 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4070 | NOTICE by All Objectors Statement of Objections by Horizon Food Service of Nebraska, LLC, Horizon Food Service of Kansas, LLC and Nebraska TMT, LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4071 | NOTICE by Subway ph Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4072 | NOTICE by All Objectors Statement of Objections by Old Samson Station (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4073 | NOTICE by Subway Cedar Hills Crossing Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4074 | NOTICE by Quality State Oil Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4075 | NOTICE by All Objectors Statement of Objections by Kadina Corporation d/b/a Burger King filed by Randall Bradley (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4076 | NOTICE by Subway 6162 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4077 | NOTICE by MAL Enterprises Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4078 | NOTICE by Daley Service Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4079 | NOTICE by All Objectors OPT-OUT and Statement of Objections by Robert Fox Inc. DBA Fox's filed by Timothy Earl Costigan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4080 | NOTICE by Puls Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4081 | NOTICE by All Objectors Statement of Objections by Liberty Restaurant Group (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4082 | NOTICE by SA Subway Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4083 | NOTICE by Joe's Grocery Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4084 | NOTICE by Gathagan Investment Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4085 | NOTICE by All Objectors Statement of Objections by Dickerson Petroleum Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4086 | NOTICE by All Objectors Statement of Objections by Short's Convenience Stores (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4087 | NOTICE by Schoon's Incorporated Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4088 | NOTICE by All Objectors Statement of Objections by Behavioral Health Providers-TIN 41-1805759 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4089 | NOTICE by All Objectors Statement of Objections by Domino's Pizza Stores (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4090 | NOTICE by Pharm-Assist Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4091 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4092 | NOTICE by POC USA, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4093 | NOTICE by All Objectors Statement of Objections by Sepco, Inc. dba Domino's Pizza (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4094 | NOTICE by All Objectors Statement of Objections by Tevis Oil Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4095 | NOTICE by Orton Motor Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4096 | NOTICE by All Objectors Statement of Objections by GrubHub, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4097 | NOTICE by All Objectors Statement of Objections by Tevis Energy Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4098 | NOTICE by All Objectors Statement of Objections by Alliance Propane, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4099 | NOTICE by All Objectors Statement of Objections by Kennebunk Donuts, LLC d/b/a Dunkin Donuts, Moody Donuts, LLC d/b/a Dunkin' Donuts, PFRF, Inc. d/b/a Dunkin' Donuts (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4100 | NOTICE by All Objectors Statement of Objections by Bill Gray's Inc., Tom Wahl's Inc. and Hegedorn's (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4101 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4102 | NOTICE by Main Street Drug & Lakeside Pharmacy of Statement of Objections filed by Darren Tidwell (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4103 | NOTICE by All Objectors Statement of Objections by Redking Foods, LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4104 | NOTICE by Econo-Med Pharmacy, Inc of Statement of Objections filed by Frank Schmiat (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4105 | NOTICE by Cottrill's Pharmacy, Inc. of Statement of Objections filed by Michelle J. Dominessy (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4106 | NOTICE by All Objectors Statement of Objections by BP Greenmart Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4107 | NOTICE by All Objectors Statement of Objections by Nancy Lee Meredith (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4108 | NOTICE by Union City Pharmacy of Statement of Objections filed by Thomas Richard Reichert (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4109 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4110 | NOTICE by All Objectors Statement of Objections by Prince Oil Company, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4111 | NOTICE by Patriot Cinemas Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4112 | NOTICE by All Objectors Statement of Objections by G&K Pizza, Inc. dba Domino's Pizza (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4113 | NOTICE by Medical Pharmacy & Supply of Statement of Objections filed by George A. Marra (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4114 | NOTICE by All Objectors Statement of Objections by Retailers Association of Massachusetts, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4115 | NOTICE by PR Sports Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4116 | NOTICE by All Objectors Statement of Objections by True North Energy LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4117 | NOTICE by Here's a Book Store Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4118 | NOTICE by Waverly Pharmacy of Statement of Objections filed by Donald W. Sassman (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4119 | NOTICE by All Objectors Statement of Objections and Opt-Out Letter by Sunoco, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4120 | NOTICE by All Objectors Statement of Objections by Overlook Foods, Inc. d/b/a Arby's #7208 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4121 | NOTICE by McDonald Oil Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4122 | NOTICE by Marengo Community Pharmacy, Inc. of Statement of Objections filed by Vipul Patel (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4123 | NOTICE by All Objectors Statement of Objections by Retail therapy LLC dba Frugal Fannie's Fashion Warehouse (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4124 | NOTICE by Sound City Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4125 | NOTICE by All Objectors Statement of Objections by Tibar Marketing Corp. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4126 | NOTICE by McDermott Oil Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4127 | NOTICE by Redding Oil Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4128 | NOTICE by All Objectors Statement of Objections by East End Marketing Corp. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4129 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #4891 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4130 | NOTICE by Rider Pharmacy of Statement of Objections filed by Jonathan Michael Rider (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4131 | NOTICE by Parsons Oil Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4132 | NOTICE by All Objectors Statement of Objections by Tavern Hospitality Group (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4133 | NOTICE by All Objectors Statement of Objections by Southland Foods, Inc., d/b/a Burger King #8040 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4134 | NOTICE by +F, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4135 | NOTICE by Quincy Pharmacy of Statement of Objections filed by Rithy Kem (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4136 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #7336 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4137 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #11451 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4138 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4139 | NOTICE by All Objectors Statement of Objections by RCC Food and Beverage, LLC, dba Paradise Foods and Liquors (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4140 | NOTICE by Harvard Family Physicians Pharmacy of Statement of Objections filed by Kenneth A. Muckala (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4141 | NOTICE by All Objectors Statement of Objections by Columbia Auto Care & Wash (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4142 | NOTICE by All Objectors Statement of Objections by Titomado Inc. d/b/a Dunkin Donuts (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4143 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4144 | NOTICE by All Objectors Opt-Out Letter by Best Effort First Time LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4145 | NOTICE by All Objectors Statement of Objections by Southland Foods, Inc. d/b/a Burger King #11515 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4146 | NOTICE by All Objectors Statement of Objections by George Calef Fine Foods (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4147 | NOTICE by Hoffman Drug-True Value of Statement of Objections filed by Ryan L. Smithburg (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4148 | NOTICE by All Objectors Opt-Out Letter & Statement of Objections by Eight Cousins, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4149 | NOTICE by RP Healthcare, Inc. of Statement of Objections filed by John O'Connell (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4150 | NOTICE by All Objectors Statement of Objections by Compare Supermarkets (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4151 | NOTICE by All Objectors Statement of Objections and Attachment by Southern Multifoods, Inc. and Metroplex Multifoods, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4152 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4153 | NOTICE by All Objectors Statement of Objections by Opped, Inc. d/b/a Compare Supermarket (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4154 | NOTICE by VM Pharmacy of Statement of Objections filed by Jignesh Mehta (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4155 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4156 | NOTICE by All Objectors Statement of Objections by Dente's Market (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4157 | NOTICE by Evans Pharmacy of Statement of Objections filed by Bentley Fred Hawley (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4158 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4159 | NOTICE by All Objectors Statement of Objections by Quality Served Fast II, Inc. dba Wendy's (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4160 | NOTICE by All Objectors Statement of Objections by Overlook Foods, Inc. d/b/a Arby's #7292 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4161 | NOTICE by BPRS, Inc. dba Avenue Pharmacy of Statement of Objections filed by Samuel J. Coletta (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4162 | NOTICE by All Objectors Statement of Objections by KRAF, Inc. d/b/a Burger King filed by Nicole Antoinette Dreier (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4163 | NOTICE by DeSousa Oil Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4164 | NOTICE by R/C Theatres Management Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4165 | NOTICE by Sooner Pharmacy of Davis, Inc. of Statement of Objections filed by Michael Eugene Lee (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4166 | NOTICE by American Multi-Cinema Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4167 | NOTICE by USave Pharmacy of Statement of Objections filed by Cody K. Kuszak (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4168 | NOTICE by All Objectors Statement of Objections by Fresh Cup Uwchlan, Inc., dba Dunkin Donuts/Baskin Robbins, Fresh Cup Lionville Inc., dba Dunkin Donuts, Fresh Cup East Bradford, Inc., dba Dunkin Donuts (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4169 | NOTICE by Holiday Stationstores Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4170 | NOTICE by Holiday Companies Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4171 | NOTICE by All Objectors Statement of Objections by Baskin Robbins & Togos (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4172 | NOTICE by M.J. Mall Cinema Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4173 | NOTICE by All Objectors Statement of Objections by Mackenthun's Fine Foods (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4174 | NOTICE by Gerlands Realty Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4175 | NOTICE by Plateau Drugs, Inc. of Statement of Objections filed by Bill R. Dunlap (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4176 | NOTICE by Bissell Pharmacy of Statement of Objections filed by Edmund P. Karvosky Jr. (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4177 | NOTICE by All Objectors Statement of Objections by Consumers Marine Electronics, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4178 | NOTICE by Richard Lyle Briley Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4179 | NOTICE by All Objectors Statement of Objections by Downtown KB, Inc., Canton Five, Inc., JDM Restaurant, Inc., KCM Restaurant, Inc., Canton Four, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4180 | NOTICE by Richard Lyle Briley Opt-Out Letter (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4181 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4182 | NOTICE by All Objectors Opt-Out Letter & Statement of Objections by APB Food Service, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4183 | NOTICE by United Food Venture Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4184 | NOTICE by All Objectors Statement of Objections and Attachment by Sonic Drive-Ins (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4185 | NOTICE by Valley Mission Homecare Pharmacy of Statement of Objections filed by Robert L. Redmond (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4186 | NOTICE by All Objectors Statement of Objections by Booklopia Fairs (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4187 | NOTICE by United Food Systems Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4188 | NOTICE by Culpeper Movies 4 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4189 | NOTICE by All Objectors Statement of Objections by Wessels Oil Co., Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4190 | NOTICE by All Objectors Statement of Objections by Papco, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4191 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4192 | NOTICE by Southwest Donut Shops Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4193 | NOTICE by Wilkes Barre Movies 14 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4194 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4195 | NOTICE by Hongs Enterprises Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4196 | NOTICE by All Objectors Statement of Objections by Road North Realty, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4197 | NOTICE by Bird's Hill Pharmacy, Inc. of Statement of Objections filed by Henry F. Abbott (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4198 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4199 | NOTICE by Reading Movies 11 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4200 | NOTICE by Duncan's Pharmacy, Inc. of Statement of Objections filed by Jim D. Jackson (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4201 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4202 | NOTICE by All Objectors Statement of Objections by Frontier Auto Glass LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4203 | NOTICE by All Objectors Statement of Objections by Illinois Food Retailers Association (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4204 | NOTICE by All Objectors Statement of Objections by Burger King (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4205 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4206 | NOTICE by E&M Pharmacy of Statement of Objections filed by Prakash Maddali (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4207 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4208 | NOTICE by Northeast Donut Shops Management Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4209 | NOTICE by All Objectors Statement of Objections by Quick Foods III, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4210 | NOTICE by Columbus Food Services Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4211 | NOTICE by All Objectors Statement of Objections by Rebel Oil Company, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4212 | NOTICE by All Objectors Statement of Objections by Quick Foods II, Inc. Corected Version of Filing No. 4204 (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4213 | NOTICE by All Objectors Statement of Objections by Gander Mountain Company (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4214 | NOTICE by Kinglender, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4215 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4216 | NOTICE by All Objectors Statement of Objections by Quick Foods IV, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4217 | NOTICE by KNC Holdings, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4218 | NOTICE by Anthony Pharmacy of Statement of Objections filed by Prakash Maddali (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4219 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4220 | NOTICE by All Objectors Statement of Objections by Quik Foods V, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4221 | NOTICE by All Objectors Statement of Objections by Shannon Rose filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4222 | NOTICE by All Objectors Statement of Objections by Triple Play Concepts, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4223 | NOTICE by Raceway Management Co. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4224 | NOTICE by All Objectors Statement of Objections by Shannon Rose filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4225 | NOTICE by Gateway Gettysburg Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4226 | NOTICE by All Objectors Statement of Objections by Triple Play Franchises, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4227 | NOTICE by Ethan Allen Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4228 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4229 | NOTICE by All Objectors Statement of Objections by Double Play Franchises, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4230 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4231 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4232 | NOTICE by Badcock Home Furniture Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4233 | NOTICE by M&M Pharmacy Corp dba Continental Drugs of Statement of Objections filed by Prakash Maddali (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4234 | NOTICE by All Objectors Statement of Objections by Quik Foods, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4235 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4236 | NOTICE by W.S. Badcock Corporation Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4237 | NOTICE by All Objectors Statement of Objections by Willimas-Sonoma, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4238 | NOTICE by All Objectors Statement of Objections by Chevys filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4239 | NOTICE by Parkside Movies 14 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4240 | NOTICE by 1st Quick Check Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4241 | NOTICE by All Objectors Statement of Objections by Lionheart Ltd. t/a Burger King (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4242 | NOTICE by All Objectors Statement of Objections by Garbanzo Mediterranean Grill, LLC, d/b/a Garbanzo Mediterranean Grill (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4243 | NOTICE by Knowlands Super Markets Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4244 | NOTICE by All Objectors Statement of Objections by NJ Applebee's (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4245 | NOTICE by All Objectors Statement of Objections by Riggi Oil Company, Incorporated (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4246 | NOTICE by Ocean Walk Movies 10 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4247 | NOTICE by Aarthun Enterprises Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4248 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4249 | NOTICE by Pay and Save, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4250 | NOTICE by Dakota King Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4251 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Newton, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4252 | NOTICE by All Objectors Statement of Objections by INWEN, INC., WENBLUF, INC., Wabash Management Corp., Marion Restaurants South, Inc., and Marion Restaurants, Inc. filed by Randolph H. Chekouras (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4253 | NOTICE by All Objectors Statement of Objections by Fish Creek BP (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4254 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Hillsboroug, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4255 | NOTICE by All Objectors Statement of Objections by Paragraphs Bookstore (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4256 | NOTICE by SDI Ardmore, TN Opt-Out Letter (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4257 | NOTICE by Westview Movies 16 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4258 | NOTICE by Ewolts Grocery Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4259 | NOTICE by Wilson Pharmacy of Statement of Objections filed by Steven R. Matlock (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4260 | NOTICE by All Objectors Statement of Objections and attachment by WSCO Petroleum Corp. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4261 | NOTICE by Concord Pharmacy, Inc. of Statement of Objections filed by Saad Dinno (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4262 | NOTICE by Carolltowne Movies 6 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4263 | NOTICE by Starkman Oil Company Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4264 | NOTICE by J&L Sandwiches Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4265 | NOTICE by All Objectors Statement of Objections by Ralleau Pizza LLC, dba Domino's Pizza #s 1522, 1526, 1527, 1529, 1605 and 1607 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4266 | NOTICE by J&L Sandwiches (Subway) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4267 | NOTICE by Michael Martin Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4268 | NOTICE by Bridges & James, Inc., DBA, Wannamaker Drug of Statement of Objections filed by Jonathan Chris Bridges (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4269 | NOTICE by Cinemas 1-2-3 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4270 | NOTICE by Sherry's Discount Drug of Statement of Objections filed by Sherry L. Ross (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4271 | NOTICE by TB Sandwiches Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4272 | NOTICE by Armstrong Subway Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4273 | NOTICE by A&E Oil Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4274 | NOTICE by Bayou Book Co. Opt Out (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4275 | NOTICE by RPB Pharmacy, Inc., DBA Pharmahealth Pharmacy of Statement of Objections filed by Richard P. Brisson (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4276 | NOTICE by All Objectors Statement of Objections by Island Market Co. Inc. dba Vashon Thriftway (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4277 | NOTICE by All Objectors Statement of Objections by Breads of the World LLC, d/b/a Panera Bread filed by Raymond Battocletti (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4278 | NOTICE by Pharmahealth Heuthorn, Inc. of Statement of Objections filed by Richard P. Brisson (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4279 | NOTICE by Northland Sonic Drive-Ins Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4280 | NOTICE by Pharmahealth Long Term Care, Inc. of Statement of Objections filed by Richard P. Brisson (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4281 | NOTICE by Seitz Drug Company, Inc. of Statement of Objections filed by Terry W. Kepka (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4282 | NOTICE by P&S Pharmacy LLC dba Wurtsboro Pharmacy of Statement of Objections filed by Rahulkumar M. Patel (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4283 | NOTICE by McLoud Clinic Pharmacy of Statement of Objections filed by Lauren R. Palmer (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4284 | NOTICE by Mark's Family Pharmacy of Statement of Objections filed by Mark E. Byrd (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4285 | NOTICE by Minooka Pharmacy, Inc. of Statement of Objections filed by Larry E. Korelc (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4286 | NOTICE by Seeley Swan Pharmacy of Statement of Objections filed by Karen Lynn Dove (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4287 | NOTICE by Parkhill Pharmacy, Inc. dba, Lopez Island Pharmacy of Statement of Objections filed by Richard C. McCoy (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4288 | NOTICE by Turtle Lake Rexall Drug of Statement of Objections filed by Mark A. Malzer (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4289 | NOTICE by Osborn Drugs, Inc. of Statement of Objections filed by William E. Osborn (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4290 | NOTICE by A & M Discount Beverage #11 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4291 | NOTICE by Hayen Pharmacies, P.A. dba Paul's Pharmacy of Statement of Objections filed by Paul C. Hayen (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4292 | NOTICE by Millersburg Pharmacy, Inc. of Statement of Objections filed by George Martin McAlanis (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4293 | NOTICE by Perry Drug, Inc. of Statement of Objections filed by Dena Perry (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4294 | NOTICE by Liberty Drug of Statement of Objections filed by Brian Kirk Harrison (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4295 | NOTICE by SVT, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4296 | NOTICE by Interstate Subway Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4297 | NOTICE by Foot Locker, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4298 | NOTICE by Pharmacy Services, Inc. of Statement of Objections filed by Thomas W. Davis (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4299 | NOTICE by Subarundel, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4300 | NOTICE by Patada Retail Consulting Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4301 | NOTICE by Greenville Drug Store, Inc. of Statement of Objections filed by John A Kiszkiel (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4302 | NOTICE by Tauer Enterprises Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4303 | NOTICE by Northern Subs Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4304 | NOTICE by Punrica Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4305 | NOTICE by Hart & Iliff Fuel Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4306 | NOTICE by Cory Subway Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4307 | NOTICE by New Castle Theater Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4308 | NOTICE by Hermitage Theater Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4309 | NOTICE by Waterworks Theaters Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4310 | NOTICE by Cranberry Theaters Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4311 | NOTICE by Country Club Cinemas Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4312 | NOTICE by Family Pharmacy & Med Serv International of Statement of Objections filed by Hamid Mchaghegh (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4313 | NOTICE by All Objectors Statement of Objections by AJO Pizza LLC d.b.a. Domino's Pizza (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4314 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4315 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4316 | NOTICE by All Objectors Statement of Objections by Shannon Rose filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4317 | NOTICE by All Objectors Statement of Objections of Spuntino's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4318 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4319 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4320 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4321 | NOTICE by Berlin Mills Variety Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4322 | NOTICE by All Objectors Statement of Objections by Chevys filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4323 | NOTICE by Standard Pharmacy of Statement of Objections filed by Thomas Cory (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4324 | NOTICE by All Objectors Statement of Objections by Verge Management LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4325 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4326 | NOTICE by Standard Pharmacy @ HealthFirst of Statement of Objections filed by Thomas Cory (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4327 | NOTICE by Kaupp Enterprises Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4328 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4329 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4330 | NOTICE by Robert Holmberg Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4331 | NOTICE by All Objectors Statement of Objections by NJ Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4332 | NOTICE by Travel Mart, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4333 | NOTICE by Sudbury Pharmacy of Statement of Objections filed by Joseph Chammas (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4334 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4335 | NOTICE by Dipasqua Enterprises Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4336 | NOTICE by All Objectors Statement of Objections by Pan-Oston, Co. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4337 | NOTICE by Paris Apothecary, LLC of Statement of Objections filed by Leslie M. Lange (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4338 | NOTICE by A.R. Sandri, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4339 | NOTICE by All Objectors Statement of Objections by HH Gregg (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4340 | NOTICE by W.A. Sandri, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4341 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4342 | NOTICE by Johnson Drug aka Johnson Compounding and Wellness Center of Statement of Objections filed by Stephen P. Bernardi (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4343 | NOTICE by All Objectors Statement of Objections by Schewel Furniture Company, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4344 | NOTICE by Sandri Energy Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4345 | NOTICE by All Objectors Statement of Objections by Union Distributing Company of Tucson (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4346 | NOTICE by Apothecare Pharmacy LLC of Statement of Objections filed by Rudy Dajie (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4347 | NOTICE by All Objectors Statement of Objections by Milton Avenue Exxon (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4348 | NOTICE by All Objectors Statement of Objections by M.R. Lipps dba LaRosa's Mariemont and M.R. Lipps dba LaRosa's Roselawn (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4349 | NOTICE by All Objectors Statement of Objections by Janesville Travel Plaza (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4350 | NOTICE by All Objectors Statement of Objections by Quaker, Steak & Lube (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4351 | NOTICE by All Objectors Statement of Objections by Traditions, Ltd. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4352 | NOTICE by All Objectors Statement of Objections and Attachment by Heritage Hotels, LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4353 | NOTICE by Bill & Gordon Investment Co. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4354 | NOTICE by All Objectors Statement of Objections by Carmike Cinemas, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4355 | NOTICE by All Objectors Statement of Objections by Wen-Worth Holdings, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4356 | NOTICE by Sandri Realty, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4357 | NOTICE by A & M Discount Beverage # 2 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4358 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Linden, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4359 | NOTICE by All Objectors Statement of Objections by Grocery Merchandising Association filed by Brian R. Jordan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4360 | NOTICE by Crumpin Fox Club Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4361 | NOTICE by All Objectors Statement of Objections by Wonef-Goldenrod, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4362 | NOTICE by All Objectors Statement of Objections by A & M Discount Beverage #32 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4363 | NOTICE by Fox Hopyard, LLC Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4364 | NOTICE by All Objectors Statement of Objections by NY Applebee's filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4365 | NOTICE by All Objectors Statement of Objections by STI Enterprises, Inc. dba LaRosas St. Bernard (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4366 | NOTICE by Rexbo Realty, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4367 | NOTICE by All Objectors Statement of Objections by A & M Discount Beverage #34 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4368 | NOTICE by All Objectors Statement of Objections by B&I Enterprises Inc. dba La Rosas Clifto (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4369 | NOTICE by Eat Fresh Subs, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4370 | NOTICE by All Objectors Statement of Objections by Tersteeg's, Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4371 | NOTICE by All Objectors Statement of Objections by Girard's (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4372 | NOTICE by LLCC Subway, Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4373 | NOTICE by All Objectors Statement of Objections by Rojan Inc. dba Burger King Franchise (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4374 | NOTICE by All Objectors Statement of Objections by Sunset Community Store, Inc. dba Janise's Supermarket (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4375 | NOTICE by Fresh Fit Subs Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4376 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Piscatway, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4377 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #13186 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4378 | NOTICE by Lamas Drug, Inc. DBA Barre Family Pharmacy of Statement of Objections filed by Alfredo Jose Lamas (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4379 | NOTICE by Tic Toc Food Mart Inc. of PA Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4380 | NOTICE by All Objectors Statement of Objections by Reasor's LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4381 | NOTICE by Best Oil Company Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4382 | NOTICE by All Objectors Statement of Objections by NY Applebee's Elmont, NY (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4383 | NOTICE by Tic Toc Food Mart of Ohio Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4384 | NOTICE by All Objectors Statement of Objections by NY Applebee's Commack, NY (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4385 | NOTICE by Subway # 2440 Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4386 | NOTICE by All Objectors Statement of Objections by NY Applebee's Huntington Station, NY (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4387 | NOTICE by All Objectors Statement of Objections by A.C. Vroman Inc., d/b/a Vroman's Bookstore and d/b/a Vroman's Museum Collection and d/b/a Book Soup (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4388 | NOTICE by All Objectors Statement of Objections by NY Applebee's Miller Place, NY (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4389 | NOTICE by Willway Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4390 | NOTICE by All Objectors Statement of Objections by Panera Bread filed by Scott M. Grogan (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4391 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Manahawkin, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4392 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #12331 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4393 | NOTICE by Union Square Hospitality Group Businesses Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4394 | NOTICE by All Objectors Statement of Objections by NY Applebee's North Babylon, NY (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4395 | NOTICE by All Objectors Statement of Objections by Southland Foods, Inc. d/b/a Burger King #10554 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4396 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Clifton, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4397 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #6072 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4398 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #5708 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4399 | NOTICE by All Objectors Statement of Objections by Denali Foods, Inc. dba Taco Bell of Alaska (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4400 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Hackettstown, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4401 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Flemington, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4402 | NOTICE by All Objectors Statement of Objections and Exhibit A by Global Montello Group Corp., Global Companies LLC and Alliance Energy LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4403 | NOTICE by All Objectors of Statement of Objections of Visa, Master card by Jose Garcia (Bernay, Alexandra) (Entered: 06/06/2013) | 06/06/2013 |
| 4404 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Middletown, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4405 | NOTICE by All Objectors Statement of Objections of Visa, Master Card by Jose Garcia (Bernay, Alexandra) (Entered: 06/06/2013) | 06/06/2013 |
| 4406 | NOTICE by Gee and Gee Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4407 | NOTICE by All Objectors Statement of Objections by Tacala, LLC, Boom Foods, LLC, Gateway Bells, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4408 | NOTICE by All Objectors Statement of Objections and Schedule A by Roettgers Company Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4409 | NOTICE by All Objectors of Statement of Objections of Visa, Master card by Jose Garcia (Bernay, Alexandra) (Entered: 06/06/2013) | 06/06/2013 |
| 4410 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Flanders, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4411 | NOTICE by Sangill Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4412 | NOTICE by All Objectors Statement of Objections of Visa, Master card by Jose Garcia (Bernay, Alexandra) (Entered: 06/06/2013) | 06/06/2013 |
| 4413 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #4347 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4414 | NOTICE by All Objectors Statement of Objections by Truckstop 39 Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4415 | NOTICE by All Objectors of Statement of Objections of Nicson, Inc. and Abrams BP, Inc. by Richard Johnson (Bernay, Alexandra) (Entered: 06/06/2013) | 06/06/2013 |
| 4416 | NOTICE by UMBC Sub LLC Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4417 | NOTICE by All Objectors Statement of Objections by Metropolital Market, LLC dba Metropolital Market (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4418 | NOTICE by All Objectors Statement of Objections by Brooks Inc. (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4419 | NOTICE by All Objectors Statement of Objections by Dunafon Enterprises, Inc., dba Taco Bell (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4420 | NOTICE by Punsub Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4421 | NOTICE by All Objectors Statement of Objections by Dakota Dunafon, Inc., dba Taco Bell #002880 (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4422 | NOTICE by J.E.B. Enterprises Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4423 | NOTICE by All Objectors Statement of Objections by North Georgia Foods, Inc. d/b/a Burger King #8866 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4424 | NOTICE by All Objectors Statement of Objections by Cajian Bell, Inc., dba Taco Bell #004208 (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4425 | NOTICE by All Objectors Statement of Objections by Popingo's Convenience Stores, LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4426 | NOTICE by 43 Crossroad Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4427 | NOTICE by Acton Pharmacy, Inc. of Statement of Objections filed by Saad Dinno (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4428 | NOTICE by All Objectors Statement of Objections by Valley Pizza, Inc. d/b/a Domino's Pizza (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4429 | NOTICE by All Objectors Statement of Objections by NJ Applebee's Manchester, NJ (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4430 | NOTICE by ABP Corporation Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4431 | NOTICE by Feather Petroleum Company Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4432 | NOTICE by All Objectors Statement of Objections by SMO, Inc., Southern Maryland Oil, Inc., Dash In Food Stores, Inc., Delmarva Oil, Inc., Potomac Energy Holdings, LLC (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4433 | NOTICE by Moshannon Valley Pharmacy Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4434 | NOTICE by All Objectors Statement of Objections by Kirby Foods, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4435 | NOTICE by Diesel, A Bookstore Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4436 | NOTICE by All Objectors Statement of Objections by Sampson-Bladen Oil Company, Inc., United Energy, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |
| 4437 | NOTICE by JT Alexander & Son Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4438 | NOTICE by All Objectors Statement of Objections by Demoulas Supermarkets, Inc. (Kane, Michael) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4439 | NOTICE by Towne Pharmacy of Rincon, LLC of Statement of Objections filed by Kathy McMillan (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4440 | NOTICE by All Objectors Statement of Objections by ALLDATA LLC (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4441 | NOTICE by Brawley Market Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4442 | NOTICE by All Objectors Statement of Objections and Addendum by Fairview Pharmacy Services-TIN 72-1586863 (Cohen, Bart) (Entered: 06/06/2013) | 06/06/2013 |
| 4443 | NOTICE by KDG Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4444 | NOTICE by Tattered Cover Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4445 | NOTICE by Perham Health Retail Pharmacy of Statement of Objections filed by Duane WIlliam Wallace (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4446 | NOTICE by Tattered Cover Food & Beverage Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4447 | NOTICE by Loris Drug Store, Inc. of Statement of Objections filed by D. Singleton Bailey (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4448 | NOTICE by Adams Pharmacy, Inc. of Statement of Objections filed by Mary Sue Adams (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4449 | NOTICE by CoGo's Co. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4450 | NOTICE by Headrick's Drug Store of Statement of Objections filed by Bennie Owens (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4451 | NOTICE by K and D Sandwiches, LLC Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4452 | NOTICE by Malheur Drug, Inc. of Statement of Objections filed by Jennifer Tolman (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4453 | NOTICE by Vishven Global Promoters Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4454 | Letter to Judge Gleeson regarding May 29, 2013 Order and request for extension of time by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/06/2013) | 06/06/2013 |
| 4455 | NOTICE by Cherokee Nation Entertainment LLC Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4456 | NOTICE by Brand Ventures LLC Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4457 | NOTICE by Cuppa Coffee Inc Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4458 | NOTICE by Simoneaud's Grocery & Market Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4459 | NOTICE by Transworld Entertainment Corp and Subsidaries, Trans World Entertainment Corporation and Subsidaries Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4460 | NOTICE by Panera Bread (Staten Island) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4461 | NOTICE by Panera Bread (New Hyde Park) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4462 | NOTICE by Hibbett Sporting Goods, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4463 | NOTICE by Panera Bread (North Babylon) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4464 | NOTICE by Panera Bread (Little Neck) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4465 | NOTICE by Panera Bread (Hicksville) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4466 | NOTICE by Bristol Farms Inc. Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4467 | NOTICE by GMTN Tall Tales LLC Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4468 | NOTICE by Tractor Supply Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4469 | NOTICE by 24 Hour Fitness USA, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4470 | NOTICE by Panera Bread (Kings Plaza) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4471 | NOTICE by NJ Applebee's Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4472 | NOTICE by NY Applebee's Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4473 | NOTICE by Panera Bread (Bayside) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4474 | NOTICE by NJ Applebee's(Paramus) Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4475 | NOTICE by Sicomac Partners Nanuet Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4476 | NOTICE by Lieham Corp Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4477 | NOTICE by Sicomac Partners New City Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4478 | NOTICE by Sicomac Partners Pearl River Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4479 | NOTICE by Sicomac Partners West Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4480 | NOTICE by Nothern Tier Retail, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4481 | NOTICE by Sicomac Partners Orange Statement of Objections (Mason, Robert) (Entered: 06/06/2013) | 06/06/2013 |
| 4482 | NOTICE by Digital River, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4483 | Letter re: Motion to Intervene filed by First Data Corporation by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4484 | NOTICE by Home Depot U.S.A., Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4485 | NOTICE by Great Oak Pharmacy of Statement of Objections filed by Sharlea M. Leatherwood (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4486 | NOTICE by Thompson Pharmacy & Medical of Statement of Objections filed by Mark Thompson (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4487 | NOTICE by Lexar Corporation of Statement of Objections filed by Tom L. Engel (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4488 | NOTICE by Scepter Pharmacy of Statement of Objections filed by Dr. Omolara Sodunola (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4489 | NOTICE by Home Depot U.S.A., Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4490 | NOTICE by Focus Respiratory, Inc. of Statement of Objections filed by Charles S. Greco (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4491 | NOTICE by Penninsula Pharmacy Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4492 | NOTICE by Headland Discount Pharmacy of Statement of Objections filed by Stephen W. Floyd (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4493 | NOTICE by Hartig Drug Company, Inc. of Statement of Objections filed by Richard J. Hartig (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4494 | NOTICE by IRWIN - POTTER DRUG - MEDICAL - LAB Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4495 | NOTICE by McNabb Pharmacy, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4496 | NOTICE by McNabb Pharmacy, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4497 | NOTICE by McNabb Pharmacy, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4498 | NOTICE by Conlin's Pharmacy Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4499 | NOTICE by Doganieros Pharmacy Inc. of Statement of Objections filed by Robert Doganiero (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4500 | NOTICE by All Objectors of Statement of Objections of The CyberComm Corp by Lawrence Naquin (Medici, Carmen) (Entered: 06/06/2013) | 06/06/2013 |
| 4501 | NOTICE by All Objectors of Statement of Objections of Ajo Copper News by Hollister David (Medici, Carmen) (Entered: 06/06/2013) | 06/06/2013 |
| 4502 | NOTICE by Baxter Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4503 | NOTICE by Marshland Pharmacy, Inc. of Statement of Objections filed by John G. Sutter (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4504 | NOTICE by Tuttle's Pharmacy, Inc. of Statement of Objections filed by Jon Tuttle (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4505 | NOTICE by Professional Pharmacy LLC of Statement of Objections filed by Leif J. Holm (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4506 | NOTICE by Wholefoods Community Co-Op, Inc Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4507 | NOTICE by Prescription Center LLC of Statement of Objections filed by Leif J. Holm (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4508 | NOTICE by Williamson Street Grocery Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4509 | NOTICE by North Pole Prescription Lab. Inc. of Statement of Objections filed by Leif J. Holm (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4510 | NOTICE by Ypsilanti Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4511 | NOTICE by Peak Pharmacy Inc. of Statement of Objections filed by Cosmas Oguejiofor (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4512 | NOTICE by Mifflintown Pharmacy Inc. of Statement of Objections filed by Thomas S. Watkin (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4513 | NOTICE by Ozark Natural Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4514 | NOTICE by Dollex Pharmacy of Statement of Objections filed by Adolphus Akaniru (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4515 | NOTICE by Outpost Natural Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4516 | NOTICE by Dunes Family Pharmacy Inc. of Statement of Objections filed by Bill Orlando (Powell, Wesley) (Entered: 06/06/2013) | 06/06/2013 |
| 4517 | NOTICE by People's Food Cooperative, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4518 | NOTICE by People's Food Cooperative, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4519 | NOTICE by People's Food Co-Op of Kalamazoo Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4520 | NOTICE by People's Food Cooperative, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4521 | NOTICE by Phoenix Earth Food Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4522 | NOTICE by River Market Community Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4523 | NOTICE by Seward Community Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4524 | NOTICE by St. Peter Food Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4525 | NOTICE by Community Mercantile, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4526 | NOTICE by East Dakotah Natural Foods Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4527 | NOTICE by Wedge Communityy Co-Op, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4528 | NOTICE by Valley Community Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4529 | NOTICE by Wheatsfield Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4530 | NOTICE by Viroqua Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4531 | NOTICE by Wheatsville Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4532 | NOTICE by People's Food Co-Op of Kalamazoo Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4533 | NOTICE by Lakewinds Natural Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4534 | NOTICE by Linden Hills Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4535 | NOTICE by Centre-In Food Coop Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4536 | NOTICE by The Menomonie Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4537 | NOTICE by Natural Harvest Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4538 | NOTICE by Neighborhood Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4539 | NOTICE by New Pioneer's Cooperative Society Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4540 | NOTICE by Open Harvest Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4541 | NOTICE by Roberds Pharmacy of Statement of Objections filed by Jodie E. Roberds (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4542 | NOTICE by East End Pharmacy, Inc. of Statement of Objections filed by Mark S. Riley (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4543 | NOTICE by Oryana Natural Foods Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4544 | NOTICE by Hankinson Drug, Inc. of Statement of Objections filed by Julie Ann Falk (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4545 | NOTICE by J.E. Pierce Apothecary and Compound of Statement of Objections filed by Derick Anderson (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4546 | NOTICE by Weatherly Area Community Pharmacy of Statement of Objections filed by Edward F. Melber (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4547 | NOTICE Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4548 | NOTICE by Nash Drugs, Inc. of Statement of Objections filed by Annette Lee Frosch (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4549 | NOTICE by Bloomingfoods Market & Deli Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4550 | NOTICE by Matthewson Drug Co. of Statement of Objections filed by Brian Allen Bates (Freimuth, Matthew) (Entered: 06/06/2013) | 06/06/2013 |
| 4551 | NOTICE by Famine Foods Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4552 | NOTICE by Chequamegon Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4553 | NOTICE by Common Ground Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4554 | NOTICE by East Lansing Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4555 | NOTICE by Eastside Food Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4556 | NOTICE by Grain Train Natural Foods Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4557 | NOTICE by GreenTree Cooperative Grocery Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4558 | NOTICE by Just Food: Northfield Community Co-Op, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4559 | NOTICE by Harmony Natural Foods Coop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4560 | NOTICE by Honest Weight Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4561 | NOTICE by Hunger Mountain Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4562 | NOTICE by Lexington Cooperative Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4563 | NOTICE by Life Grocery, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4564 | NOTICE by Mariposa Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4565 | NOTICE by Middlebury Natural foods Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4566 | NOTICE by New Leaf Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4567 | NOTICE by River Valley Market, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4568 | NOTICE by Roanoke Cooperative Association LTD Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4569 | NOTICE by Springfield Food Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4570 | NOTICE by Frederick County Consumer Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4571 | NOTICE by Three Rivers Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4572 | NOTICE by Tidal Creek Cooperative Food Market, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4573 | NOTICE by Weaver Street Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/06/2013) | 06/06/2013 |
| 4574 | NOTICE by Weavers Way Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/06/2013 |
| 4588 | FILING FEE: $ 25.00, receipt number 4653059853; FILING FEE: $25.00, receipt 4653059855; FILING FEE: #25.00, receipt number 4653059854. Attorneys, Robert Webner, Michael Canter and Kenneth J. Rubin. (Piper, Francine) (Entered: 06/07/2013) | 06/06/2013 |
| 4575 | NOTICE by Whole Foods Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4576 | NOTICE by Trias LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4577 | NOTICE by Delphia Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4578 | NOTICE by Maverick Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4579 | NOTICE by Cox Oil Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4580 | NOTICE by Meredith Furn., Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4581 | NOTICE by Rye Beach Pharmacy Opt-Out Letter (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4582 | NOTICE by Wild Goose Station Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4583 | NOTICE by NY Applebee's (Bohemia) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4584 | NOTICE by Forrest Park Finer Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4585 | NOTICE by Houchens North Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4586 | NOTICE by Stewart Richey Construction Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4587 | NOTICE by Houchens Express Pharmacy Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4589 | NOTICE Statement of Objections of the Arizona Petroleum Marketers Assoc. (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4590 | NOTICE by Burger King (Vanmar, Inc.) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4591 | NOTICE by All Objectors Opt-out letter and Statement of Objections by Prestige Petroleum Corp., Prestige Valero, Glenmont Mobil, Fishkill Valero, South Plank Valero, Wappingers Valero, Fishkill Sunoco, Delmar Valero, Brewster Valero, Montgomery Valero and southfields Valero/V.I.P. Petroleum Corp. (Cohen, Bart) (Entered: 06/07/2013) | 06/07/2013 |
| 4592 | NOTICE Statement of Objections of BMW Management Inc. (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4593 | NOTICE by The Corner Bookstore Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4594 | NOTICE by Jason R. McFall, DDS Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4595 | NOTICE by All Objectors Statement of Objections by Syed's Oil Inc. d/b/a B.P. Brook Mart (Cohen, Bart) (Entered: 06/07/2013) | 06/07/2013 |
| 4596 | NOTICE by Panera Bread (Port Jefferson) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4597 | NOTICE by Panera Bread (West Babylon) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4598 | NOTICE by All Objectors Statement of Objections by CoBra Associates d/b/a Colonial Pharmacy, Brackens Pharmacy filed by Ethan A. Schwarz (Cohen, Bart) (Entered: 06/07/2013) | 06/07/2013 |
| 4599 | NOTICE by All Objectors OPT-OUT Letter and Statement of Objections by Lawrence Laxton Restaurants, Burger King Rest. #1471, Burger King Rest. #3048, Burger King Rest. #3929, Burger King Rest. #12906, Burger King Rest. #14209 and Burger King Rest. #5571 (Cohen, Bart) (Entered: 06/07/2013) | 06/07/2013 |
| 4600 | NOTICE by All Objectors OPT-OUT Letter by MacFarlane Energy, Inc., Peter MacFarlane, Inc., MacFarlane Oil and Browns' Oil and Air (Cohen, Bart) (Entered: 06/07/2013) | 06/07/2013 |
| 4601 | ORDER re 2710 , granting 2588 Motion for Leave to Appear Pro Hac Vice -- Attorney John J. Pentz, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 14, 2013, Mr. Pentz shall register for ECF. Registration is available online at the EDNY's homepage. In addition, Mr. Pentz shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Pentz shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 6/7/2013. (Tarpey, Clare) (Entered: 06/07/2013) | 06/07/2013 |
| 4602 | NOTICE by Wild Oats Co-operative, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4603 | NOTICE Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4604 | NOTICE: Further to the Court's May 29, 2013 Order, Representatives for the parties attest that on June 7, 2013 Brian Dillon, account manager for DTI Global, Inc. returned four (4) boxes containing Opt-Outs and Objections related to the Class Settlement Agreement to Clerk of Court for the United States District Court for the Eastern District of New York. (Brown, Marc) (Entered: 06/07/2013) | 06/07/2013 |
| 4605 | NOTICE: Further to the Court's May 29, 2013 Order, Representatives for the parties attest that on June 7, 2013 the Clerk of Court for the United States District Court for the Eastern District of New York provided two (2) boxes containing Opt-Outs and Objections related to the Class Settlement Agreement to Brian Dillon, account manager for DTI Global, Inc., for scanning and processing pursuant to the MDL-1720 Class Settlement Court Filings Scanning Procedures. (Brown, Marc) (Entered: 06/07/2013) | 06/07/2013 |
| 4606 | NOTICE by Briar Patch Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4607 | NOTICE by City Drug Co of Statement of Objections filed by Brian Bates (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4608 | NOTICE by MedPark Pharmacy, Inc. of Statement of Objections filed by Michael Collier Roberts (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4609 | NOTICE by Tanglewood Pharmacy, Inc. of Statement of Objections filed by Edmund Robert Horton (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4610 | NOTICE by Paoli Pharmacy, Inc. of Statement of Objections filed by Henry M. Katra (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4611 | NOTICE by RJT Pharmacy, Inc. DBA The Medicine Shoppe #0500 of Statement of Objections filed by Richard E. Tilton (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4612 | NOTICE by Gateway Pharmacy of Statement of Objections filed by Henry M. Katra (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4613 | Letter by Class Plaintiffs Supporting and Joining Defendants' Rsp [DE 4483] re Motion to Intervene filed by First Data Corporation [DE 2429] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 06/07/2013) | 06/07/2013 |
| 4614 | NOTICE by Overton's, Inc. Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4615 | NOTICE by NY Applebee's (Brentwood) Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4616 | NOTICE by League of Oregon Cities Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4617 | NOTICE by Winnerco, Inc. Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4618 | NOTICE by Four Seasons Sales and Service Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4619 | NOTICE Statement of Objections of ANN Inc. (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4620 | NOTICE by Lakebryan Donuts Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4621 | NOTICE Statement of Objections of BP Arcadian (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4622 | NOTICE by Gaines Management Group Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4623 | NOTICE by Parsons Furniture LLC Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4624 | NOTICE by Cedar Donuts LLC Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4625 | NOTICE by Somerset Donuts Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4626 | NOTICE by Modern Comfort Systems Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4627 | NOTICE by Cade's Market Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4628 | NOTICE by Central Coop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4629 | NOTICE by Community Food Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4630 | NOTICE by Community Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4631 | NOTICE Statement of Objections of Baltus Oil Co. (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4632 | NOTICE by Davis Food Cooperative Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4633 | NOTICE Statement of Objections of Baltus Bread and Butter (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4634 | NOTICE Statement of Objections of Baltus-BP Gas (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4635 | NOTICE Statement of Objections of Baltus Tire & Service Center (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4636 | NOTICE by Terry's BP-Gas Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4637 | NOTICE by Durango Natural Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4638 | NOTICE by Crabby Dave's Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4639 | NOTICE by National Association of College Stores Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4640 | NOTICE by Society of Independent Gasoline Marketers of America Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4641 | NOTICE by New York & Company Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4642 | NOTICE by Dutch Oil Company Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4643 | NOTICE by Pine Tree Country Store Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4644 | NOTICE by Family Pharmacy of Dover, LLC of Statement of Objections filed by Roger Albert Helling (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4645 | NOTICE by First Alternative Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4646 | NOTICE by The Compounding Shoppe of Statement of Objections filed by Scott T. Wepfer (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4647 | NOTICE by Food Conspiracy Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4648 | NOTICE by Ralph Lauren Corporation Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4649 | NOTICE by Gerlands Food Fair Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4650 | NOTICE by Tractor Supply Company Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4651 | NOTICE by The Real Good Food Store, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4652 | NOTICE by The Medicine Shoppe of Statement of Objections filed by Roger Albert Helling (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4653 | NOTICE by Wood Pharmacy of Statement of Objections filed by Roland Vance Wood (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4654 | NOTICE by First Data Corporation Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4655 | NOTICE by Mill Run Community Pharmacy of Statement of Objections filed by John D. Petruso (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4656 | NOTICE by Victory Marketing, LLC Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4657 | NOTICE by Jonestown Pharmacy of Statement of Objections filed by Angelo George Vlahos (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4658 | NOTICE by Healthlink Pharmacy of Statement of Objections filed by Bharay D. Shah (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4659 | NOTICE by Burgers & More, Inc. Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4660 | NOTICE by Yellowstone Community Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4661 | NOTICE by Morris Petroleum, Inc. Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4662 | NOTICE by Pharma LLC DBA Sebring Pharmacy of Statement of Objections filed by Vinod B. Patel (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4663 | NOTICE by Fisherville Pharmacy, LLC of Statement of Objections filed by Stephen Kavadias (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4664 | NOTICE by The Waldwin Group, Inc. Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4665 | NOTICE by Waldwin Concessions, LLC Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4666 | NOTICE by Waldwin Retail LLC Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4667 | NOTICE by Bucklow Pharmacy, Inc. of Statement of Objections filed by Steve Allen Burklow (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4668 | NOTICE by City of North Liberty Statement of Objections (Mason, Robert) (Entered: 06/07/2013) | 06/07/2013 |
| 4669 | NOTICE by Immediate Pharmaceutical Services, Inc. of Statement of Objections filed by Thomas J. McConnell (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4670 | NOTICE by Towne Drugs Inc. of Statement of Objections filed by Carmen A. DiCello (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4671 | NOTICE by Discount Drug Mart, Inc. of Statement of Objections filed by Thomas J. McConnell (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4672 | NOTICE by Star Medical Center Pharmacy of Statement of Objections filed by Brian E. Bobrovicz (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4673 | NOTICE by La Montamita Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4674 | NOTICE by Holst Pharmacy d/b/a The Medicine Store of Statement of Objections filed by Terri Lyn Taylor (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4675 | NOTICE by Krittenbrink Pharmacy of Statement of Objections filed by Steve Krittenbrink (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4676 | NOTICE by Pharm-A-Save Inc. of Statement of Objections filed by Debra Lynn Crocker (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4677 | NOTICE by Sumpter Pharmacy, Inc. of Statement of Objections filed by Toni Rae Sumpter (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4678 | NOTICE by Medicap Pharmacy of Statement of Objections filed by Jon Engelhardt (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4679 | NOTICE by Pineland Pharmacy of Statement of Objections filed by Richard Albrecht Jr. (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4680 | NOTICE by Los Alamos Cooperative Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4681 | NOTICE by Yorkville Drugstore of Statement of Objections filed by Carmen A. DiCello (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4682 | NOTICE by Ider Discount Drugs, Inc. of Statement of Objections filed by Matthew A. Colvin (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4683 | NOTICE by East End Food Coop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4684 | NOTICE by Donlon Healthmart Pharmacy of Statement of Objections filed by Stanley Fullerton (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4685 | NOTICE by R&M Drugs of Statement of Objections filed by Scot Chee Saechao (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4686 | NOTICE by Deep Roots Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4687 | NOTICE by Concord Food Cooperative, Inc Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4688 | NOTICE by Hawco, Inc. dba Ver Helst Drug Center of Statement of Objections filed by David A. Ver Helst (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4689 | NOTICE by Company Shops Market Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4690 | NOTICE by Onion River Cooperative Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4691 | NOTICE by West Pointe Pharmacy of Statement of Objections filed by Chad E. Heston (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4692 | NOTICE by Belfast Cooperative Store (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4693 | NOTICE by Minersville Pharmacy of Statement of Objections filed by Carmen A. DiCello (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4694 | NOTICE by Orange Pharmacy of Statement of Objections filed by John W. Seymour (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4695 | NOTICE by Kansas Pharmacy LLC of Statement of Objections filed by P. Andrew Turner (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4696 | NOTICE by Catoosa Family Pharmacy, LLC of Statement of Objections filed by P. Andrew Turner (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4697 | NOTICE by Four Star Drug of Bethany, Inc. of Statement of Objections filed by James M. Plucknett (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4698 | NOTICE by Trumm Drug, Inc. of Statement of Objections filed by Mark J. Trumm (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4699 | NOTICE by Berkshire Co-Op Market (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4700 | NOTICE by Lindsay Drug Co., Inc. of Statement of Objections filed by Kathleen M. Bonnier (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4701 | NOTICE by Elliott Plaza Pharmacy, LLC of Statement of Objections filed by P. Andrew Turner (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4702 | NOTICE by Genesee Co-Op Natural Food Store, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4703 | NOTICE by Valley Pharmacy of Statement of Objections filed by Joseph Wright Lanthrop (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4704 | NOTICE by Three Rivers Food Co-Op, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4705 | NOTICE by Inola Drug Inc. of Statement of Objections filed by P. Andrew Turner (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4706 | NOTICE by Family Drug of Statement of Objections filed by Thomas E. Gracia (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4707 | NOTICE by Bouvier Pharmacy Inc. of Statement of Objections filed by Philippe D. Bouvier (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4708 | NOTICE by Brown's Main Street Pharmacy, Inc. of Statement of Objections filed by David Brown (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4709 | NOTICE by Langston Drug Store of Statement of Objections filed by Rhonda Miller-Morrison (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4710 | NOTICE by Grand Forks Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4711 | NOTICE by Ron's Pharmacy, Inc. of Statement of Objections filed by James R Guida (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4712 | NOTICE of Statement of Objections filed by Rhonda Miller-Morrison (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4713 | NOTICE by WPR Food Enterprises, LLC of Statement of Objections filed by Mitchel Lichtman (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4714 | NOTICE by Lawson Pharmacy of Statement of Objections filed by Jeremy P. Lawson (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4715 | NOTICE by Powell Foods of 104th Street, LLC of Statement of Objections filed by Mitchel Lichtman (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4716 | NOTICE by Basics Inc. (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4717 | NOTICE by Los Ebanos Pharmacies and Home Health Care, Inc. of Statement of Objections filed by Robert J. de Lachica (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4718 | NOTICE by Hanover Consumer Cooperative Society, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4719 | NOTICE of Statement of Objections filed by Alford's Pharmacy (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4720 | NOTICE by Robert Fox Inc of Statement of Objections filed by Timothy E. Costigan (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4721 | NOTICE by Bachs Home Health Care Inc. of Statement of Objections filed by Robert G. Miller (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4722 | NOTICE by River Valley Market, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4723 | NOTICE by Wilderness Center Pharmacy Inc. of Statement of Objections filed by Eugene F. Triplett Jr. (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4724 | NOTICE by Doctors Park Pharmacy of Statement of Objections filed by Ron Hulin (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4725 | NOTICE by Louis Morgan Drugs No. 5 Inc. of Statement of Objections filed by James Nolin Calicutt (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4726 | NOTICE by Vet's Oil Company Inc of Statement of Objections filed by Mary M. Gilmore (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4727 | NOTICE by Kems Pharmacy/optiMed Pharmacy/D&C enterprise Inc. of Statement of Objections filed by Andrew J Reeves (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4728 | NOTICE by Elkton Family Pharmacy of Statement of Objections filed by John W. Seymour (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4729 | NOTICE by Oneota Community Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4730 | NOTICE by MJKL Enterprises, MJKL Enterprises Midwest, Pizza Revolucion, and Frontier Star of Statement of Objections filed by Jason LeVecke (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4731 | NOTICE by Clayton Hometown Pharmacy of Statement of Objections filed by Richard A. Skultety (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4732 | NOTICE by Willimantie Food Coop Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4733 | NOTICE by Linden Hills Co-Op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4734 | NOTICE by Patient Care Pharmacy of Statement of Objections filed by Thomas F. Armentrout (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4735 | NOTICE by Stop-N-Go Foodmart of Statement of Objections filed by Gordon W. Krogwold (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4736 | NOTICE by Grand Forks Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4737 | NOTICE by Elmer Hometown Pharmacy of Statement of Objections filed by Richard A. Skultety (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4738 | NOTICE by Okian Natural Foods Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4739 | NOTICE by Lindberg Pharmacy of Statement of Objections filed by Jose Gilberto Tovar (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4740 | NOTICE by Lindenwold Hometown Pharmacy of Statement of Objections filed by Richard A. Skultety (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4741 | NOTICE by The Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4742 | NOTICE by Trader Gus Shell of Statement of Objections filed by Nick Ladopoulos (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4743 | NOTICE by Central Avenue Pharmacy Inc. of Statement of Objections filed by Doreen M. Sayler (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4744 | NOTICE by Matlack Hometown Pharmacy of Statement of Objections filed by Richard A. Skultety (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4745 | NOTICE by Skagit Valley Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4746 | NOTICE by Silver City Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4747 | NOTICE by Riverside Hometown Pharmacy of Statement of Objections filed by Richard A. Skultety (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4748 | NOTICE by Buy For Less Discount Pharmacy dba Sheridan Express Pharmacy of Statement of Objections filed by Darrell Woodson (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4749 | NOTICE by Spruce Mountain Pharmacy of Statement of Objections filed by Stephen Maki (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4750 | NOTICE by Byard-Mercer Pharmacy of Statement of Objections filed by Daniel Rogers (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4751 | NOTICE by Quincy Natural Foods Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4752 | NOTICE by Community Pharmacy, Inc. of Statement of Objections filed by Lori Bartlett (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4753 | NOTICE by Total Care Pharmacy of Statement of Objections filed by Scott Allen Stephens (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4754 | NOTICE by Sacramento Natural Foods Cooperative, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4755 | NOTICE by People's Food Cooperative, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4756 | NOTICE by Glenview Apothecary Inc. of Statement of Objections filed by James M. Himes (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4757 | NOTICE by The Medicine Shoppe of Statement of Objections filed by Walter David Spence (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4758 | NOTICE by North Coast Cooperative, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4759 | NOTICE by Dairyland Depot of Statement of Objections filed by Brad W. Cavil (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4760 | NOTICE by Ocean Beach People's Organic Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4761 | NOTICE by Jordan Pharmacy Inc. of Statement of Objections filed by Jan H. Pattillo (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4762 | NOTICE by Moscow Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4763 | NOTICE by Medicine Shoppe and Washington Healthmart of Statement of Objections filed by Roger Helling (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4764 | NOTICE by Medford Food Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4765 | NOTICE by Gore Green County Drug, Inc. of Statement of Objections filed by Chris Crumpler (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4766 | NOTICE by Harvest Co-op Markets Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4767 | NOTICE by The Medicine Shoppe of Statement of Objections filed by Roger Helling (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4768 | NOTICE by Nicson, Inc. and Abrams BP, Inc. of Statement of Objections filed by Richard W. Johnson (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4769 | NOTICE by GreenStar Cooperative Market, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4770 | NOTICE by Good Foods Co-op Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4771 | NOTICE by Family Pharmacy of Chester LLC dba Victor Drugs Healthmart of Statement of Objections filed by Roger A. Helling (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4772 | NOTICE by Friendly City Food Cooperative, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4773 | NOTICE by Prairie Drug of Statement of Objections filed by Sandra Leigh Murray (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4774 | NOTICE by Books at Quail Corner, Inc Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4775 | NOTICE by Westpark Discount Pharmacy of Statement of Objections filed by Emmanuel Okezie Egenti (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4776 | NOTICE of Statement of Objections filed by J.P. Nolan (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4777 | NOTICE by Houchens Food Group, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4778 | NOTICE by Houchens Restaurants, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4779 | NOTICE by The Country Squire Disc. Pharmacy, Inc. of Statement of Objections filed by Judson K. Afman (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4780 | NOTICE by Hitcents.com, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4781 | NOTICE by Mike Biehl D.B.A. Golden Sands Mini Mart of Statement of Objections filed by J.P. Nolan (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4782 | NOTICE of Statement of Objections filed by J.P. Nolan (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4783 | NOTICE by City Limits C-Store of Statement of Objections filed by J.P. Nolan (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4784 | NOTICE by Glen Ed Pharmacy of Statement of Objections filed by Stephen J. Garner (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4785 | NOTICE by M & N Foods, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4786 | NOTICE by Trilogy Health Care, LLC of Statement of Objections filed by Stephen James Garner (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4787 | NOTICE by R.P.C., Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4788 | NOTICE by Ralph's Supermarket LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4789 | NOTICE by Panera Bread (E. Northport) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4790 | NOTICE by Panera Bread (Lake Grove) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4791 | NOTICE by Upper Darby Pharmacy of Statement of Objections filed by Michael Patton (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4792 | NOTICE by Panera Bread (Bayshore) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4793 | NOTICE by Double Quick Inc., Gresham Service Stations and Tobacco Quick of Statement of Objections filed by Barry Moore Schuster (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4794 | NOTICE by Douglas Corporation of Michigan Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4795 | NOTICE by Lake Elmo Oil, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4796 | NOTICE by Kelly Oil LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4797 | NOTICE by CSC Investments, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4798 | NOTICE of Statement of Objections filed by Kathy L. Browne (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4799 | NOTICE by Coleman Oil Company of Statement of Objections filed by Robert S. Coleman (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4800 | NOTICE by Virginia Tech Services, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4801 | NOTICE by Panera Bread (Farmingdale) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4802 | NOTICE by Vanderheyden Enterprise LLC of Statement of Objections filed by Todd Michael Vanderheyden (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4803 | NOTICE by S&K Med Pharmacy of Statement of Objections filed by Janett Mack (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4804 | NOTICE by Burnstad Bros. Inc. Opt Out. (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4805 | NOTICE by M.W.S. Enterprises, Inc. of Statement of Objections filed by Katie Lynn Wagner (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4806 | NOTICE by Adams Pharmacy of Statement of Objections filed by Samuel Adams (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4807 | NOTICE by Port Consolidated, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4808 | NOTICE by Jon's Drug Inc. of Statement of Objections filed by Jon Eugene Marcaccini (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4809 | NOTICE by Volunteer Oil Company, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4810 | NOTICE by Peakside Pharmacy Care Center of Statement of Objections filed by Valerie C. Mongold (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4811 | NOTICE by Food Giant Supermarkets, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4812 | NOTICE by Thompson Oconto Enterprises Inc. of Statement of Objections filed by Mark Thompson (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4813 | NOTICE by Texas Restaurant Group, Inc., Dallas Fresh, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4814 | NOTICE by Houchens Industries, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4815 | NOTICE by Jr. Food Stores, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4816 | NOTICE by Nord's Pharmacy & Gifts Inc. of Statement of Objections filed by John R. Nord (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4817 | NOTICE by Scotty's Contracting & Stone LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4818 | NOTICE by Furman's, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4819 | NOTICE by Stephens Pipe & Steel, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4820 | NOTICE by Gresham Petroleum Co., Gresham McPherson Oil Co., Quick 7 Star, Triple Stop, One Stop Market, Windham Service Station, and Byrd Service Station of Statement of Objections filed by William W. Gresham, III (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4821 | NOTICE by Panera Bread (Mineola) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4822 | NOTICE by Kidd Healthmart Drug Co., Inc. of Statement of Objections filed by Susan Kidd Martens (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4823 | NOTICE by G&J Brooks Enterprises, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4824 | NOTICE by Pilot Travel Centus LLC of Statement of Objections filed by Mitchell D. Steenrod (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4825 | NOTICE by R&Q Corporation of Statement of Objections filed by Ronald P. Quinones (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4826 | NOTICE by NJ Applebee's Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4827 | NOTICE by Burlington Donuts Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4828 | NOTICE by Dave's Supermarkets Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4829 | NOTICE by MTG Management Inc of Statement of Objections filed by Guy Oliver (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4830 | NOTICE by Lawrence Drug Inc. of Statement of Objections filed by Patricia Geralyn Lawrence (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4831 | NOTICE by Novo Operations, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4832 | NOTICE by Kidsmeds Pharmacy of Statement of Objections filed by Lea Wolsoncroft (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4833 | NOTICE by Mountain Country Supermarket Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4834 | NOTICE by Dundee Pharmacy of Statement of Objections filed by Neil A. Macklin (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4835 | NOTICE by R&R Health Care Solutions, Inc. of Statement of Objections filed by Renae M. Cornelius (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4836 | NOTICE by Matherne's Supermarkets Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4837 | NOTICE by D&H Company of Statement of Objections filed by James Oren Billingsley (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4838 | NOTICE by NJ Applebee's (Milltown) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4839 | NOTICE by Salem Crossroads Apothecary of Statement of Objections filed by Theodore J. Stoklosa (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4840 | NOTICE by Jeffrey P. Biddle Inc. dba Village Pharmacy of Statement of Objections filed by Jeffrey P. Biddle (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4841 | NOTICE by Little Verons Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4842 | NOTICE by Investing Associates Inc. of Statement of Objections filed by Andrea Lynne Baker (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4843 | NOTICE by Keystone Pharmacy of Statement of Objections filed by Theodore J. Stoklosa (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4844 | NOTICE by Brooks Brothers Group, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4845 | NOTICE by Meadow Valley Pharmacy of Statement of Objections filed by Adam P. Katschke (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4846 | NOTICE by Golden Cove Pharmacy of Statement of Objections filed by George Wissa (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4847 | NOTICE by Quick Check Convenience Store, Inc. of Statement of Objections filed by Cheston Tait Francis (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4848 | NOTICE by Panera Bread (Long Island City) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4849 | NOTICE by Panera Bread (East Meadow) Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4850 | NOTICE by Tunkhannock Compounding Center of Statement of Objections filed by Peter Konicki (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4851 | NOTICE by Pill Box Inc. of Statement of Objections filed by Robert I. Westbrook (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4852 | NOTICE by Quick Check Corp. of Statement of Objections filed by James A. Smith (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4853 | NOTICE by Mount View Mobil convenience store Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4854 | NOTICE by Kirk's Pharmacy, Inc. of Statement of Objections filed by Kirk F. Heinz (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4855 | NOTICE by Winola Pharmacy of Statement of Objections filed by Peter Konicki (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4856 | NOTICE by Kirk's Pharmacy at Sunrise of Statement of Objections filed by Kirk F. Heinz (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4857 | NOTICE by Konicki Pharmacy of Statement of Objections filed by Peter Konicki (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4858 | NOTICE by Steaks N Stuff Lincoln of Statement of Objections filed by David Cunha (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4859 | NOTICE by IDM Pharmacy/Dollar Maven of Statement of Objections filed by Faustina Iroha (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4860 | NOTICE by Kirk's Pharmacy at Hartland of Statement of Objections filed by Kirk F. Heinz (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4861 | NOTICE by Serendipity Donuts, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4862 | NOTICE by Towne Drugs Inc. of Statement of Objections filed by Carmen A. DiCello (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4863 | NOTICE of Statement of Objections filed by Joseph Michael Kalinowski (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4864 | NOTICE by Country Yankee Grocer of Statement of Objections filed by David Cunha (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4865 | NOTICE by Goody Koontz Drug Store Inc. of Statement of Objections filed by Jerry A. Bouenizer (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4866 | NOTICE by Yorkville Drugstore of Statement of Objections filed by Carmen A. DiCello (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4867 | NOTICE by Getman-Apothecary Shoppe of Statement of Objections filed by Lindy A. Rowland (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4868 | NOTICE of Statement of Objections filed by Patrick A. Trinko (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4869 | NOTICE by Pharmacy World Inc. of Statement of Objections filed by Alla A. Alayera (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4870 | NOTICE by Big Star Donut, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4871 | NOTICE by FMS Pharmacy of Statement of Objections filed by Cathy R. Selt (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4872 | NOTICE by Leon's Medical Clinic Pharmacy of Statement of Objections filed by Debbie Jo Lewis (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4873 | NOTICE by By-Lo Oil Co., Speedy Q Markets, Inc. Craig Food Stores, Inc. and Lawrence Oil Co. of Statement of Objections filed by Kyle Lawrence (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4874 | NOTICE by English Plaza Pharmacy of Statement of Objections filed by Cathy R. Selt (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4875 | NOTICE by Dodgeville Crossings, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4876 | NOTICE by Shop-N-Go of Statement of Objections filed by Bruce Decker (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4877 | NOTICE by Montevallo Drug of Statement of Objections filed by Cathy R. Selt (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4878 | NOTICE by Brighton-Eggert Pharmacy of Statement of Objections filed by Donald W. Arthur Jr. (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4879 | NOTICE by Krios Donuts, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4880 | NOTICE by RTTF Enterprises of Statement of Objections filed by Neal T. Seidle (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4881 | NOTICE by Titan Donuts, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4882 | NOTICE by Northern Bedford Pharmacy of Statement of Objections filed by Joseph Breton (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4883 | NOTICE of Statement of Objections filed by Bradley J. Arthur (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4884 | NOTICE by Brabham Oil Co., Inc. of Statement of Objections filed by Clarence B. McCully (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4885 | NOTICE by Red Shift Donuts, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4886 | NOTICE by J&S Professional Pharmacy, Inc. of Statement of Objections filed by Judi Markwell (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4887 | NOTICE by Hampton Allied Pharmacy of Statement of Objections filed by Paula Griffith (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4888 | NOTICE by Esco Drug Co. of Statement of Objections filed by Russell Sherman (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4889 | NOTICE by Blue Sky Associates, LLC., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4890 | NOTICE by North Scranton CFM LLC of Statement of Objections filed by Michael A. Dyno (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4891 | NOTICE by Little Five Points Pharmacy Inc. of Statement of Objections filed by Ira Katz (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4892 | NOTICE by Galva Pharmacy of Statement of Objections filed by Scott J. Caravello (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4893 | NOTICE by Kronus Donuts, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4894 | NOTICE by Thrifty Drug Stores, Inc. of Statement of Objections filed by Michael D. Richards (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4895 | NOTICE by Nebraska Grocery Industry Association, Inc. of Statement of Objections filed by Katherine J. Siefken (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4896 | NOTICE by Southall Pharmacy, PLLC of Statement of Objections filed by Francis W. Southall, Jr. (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4897 | NOTICE by Dusini Drug Inc. of Statement of Objections filed by Scott A. Vinci (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4898 | NOTICE by Bull City Homebrew of Statement of Objections filed by Scott Michaels (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4899 | NOTICE by Foster's Eastside Pharmacy of Statement of Objections filed by Denise Lynn Conway (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4900 | NOTICE by Hartig Drug Company, Inc. of Statement of Objections filed by Richard J. Hartig (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4901 | NOTICE by Sea Chord Donuts, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4902 | NOTICE of Statement of Objections filed by Adam J. Shapiro (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4903 | NOTICE by Corner Pharmacy, LLC of Statement of Objections filed by Katherine L. Chase (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4904 | NOTICE by The Children's Place Retail Stores, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4905 | NOTICE by Madison Pharmacy of Statement of Objections filed by Frank Iannarone (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4906 | NOTICE by Curtis Convenience Stores, Inc. of Statement of Objections filed by John Frederick Curtis (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4907 | NOTICE by Reed's Family Pharmacy of Statement of Objections filed by John Elvin Reed (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4908 | NOTICE by Island Pharmacy of Statement of Objections filed by Barry Christensen (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4909 | NOTICE by Liebe Drug Inc. of Statement of Objections filed by Paul A. Sinclair (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4910 | NOTICE by Suburban Pharmacy of Statement of Objections filed by Jane Dzierza (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4911 | NOTICE by Speedy Car Wash, LLC of Statement of Objections filed by Aaron M. Sansone (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4912 | NOTICE by Liberty Truck Center Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4913 | NOTICE by Pharmacy Center of Statement of Objections filed by John Allan Hutchison (Ravelo, Keila) (Entered: 06/07/2013) | 06/07/2013 |
| 4914 | NOTICE by Thrifty Way Pharmacy of St. Martinville of Statement of Objections filed by David A. Darce (Powell, Wesley) (Entered: 06/07/2013) | 06/07/2013 |
| 4915 | NOTICE by Mission Trail Oil Co. of Statement of Objections filed by Stephen Francis White (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4916 | NOTICE by Brant-Sta, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/07/2013) | 06/07/2013 |
| 4917 | NOTICE by Robinson Oil Corp. of Statement of Objections filed by Stephen Francis White (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4918 | NOTICE by Schmidt Oil Co., Inc. of Statement of Objections filed by Holly Dawn Schmidt (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4919 | NOTICE by Fabulous Freddy's of Statement of Objections filed by Jeffrey Lynn Warnick (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4920 | NOTICE by Northwest Petroleum, LP of Statement of Objections filed by Omar Malik (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 4921 | NOTICE by Braker Park, LP of Statement of Objections filed by Omer Malik (Freimuth, Matthew) (Entered: 06/07/2013) | 06/07/2013 |
| 5256 | FILING FEE: $ 75.00, receipt number 4653060031 Attorneys Michiko Brown, John Vaught and Michael Alper (Piper, Francine) (Entered: 06/11/2013) | 06/07/2013 |
| 5257 | FILING FEE: $ 75.00, receipt number 4653060029 -Attorneys Michiko Brown, John Vaught, Michael Alper (Piper, Francine) (Entered: 06/11/2013) | 06/07/2013 |
| 4922 | NOTICE by Farmacia CDT Cayey of Statement of Objections filed by Annabel Reyna (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4923 | NOTICE by M & D Star Drug Inc. of Statement of Objections filed by Charlotte A. Newport (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4924 | NOTICE by Bel-Park Pharmacy of Statement of Objections filed by John A. Petracci (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4925 | NOTICE by Alexander Pharmacy LTD of Statement of Objections filed by Henry Thomas Alexander (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4926 | NOTICE by LeeMak 529, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4927 | NOTICE by LeeMak Jarrell, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4928 | NOTICE by LeeMak Normandy, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4929 | NOTICE by LeeMak Lakeline, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4930 | NOTICE by LeeMak Teravista, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4931 | NOTICE by Westbrook Park Pharmacy of Statement of Objections filed by Barry Green (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4932 | NOTICE by Galeton Drug of Statement of Objections filed by Ryan Schott (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4933 | NOTICE by LeeMak St John, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4934 | NOTICE by LeeMak Wilson, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4935 | NOTICE by Corkreans The Pharmacist of Statement of Objections filed by James Alan Corkrean (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4936 | NOTICE by LeeMak Beechnut, LLC of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4937 | NOTICE by Canby Drug & Gifts of Statement of Objections filed by Mark Alexander Whttien (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4938 | NOTICE by Weick's Pharmacy of Statement of Objections filed by Michael Holtz (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4939 | NOTICE by North Dallas Petroleum, LP of Statement of Objections filed by Omer Malik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4940 | NOTICE by Hideg Pharmacy Inc. of Statement of Objections filed by Donald M. Johnston (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4941 | NOTICE by Toms One Stop of Statement of Objections filed by Thomas H. Cooke (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4942 | NOTICE by Basin Pharmacy of Statement of Objections filed by Craig A. Jones (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4943 | NOTICE by Main Street Apothecary of Statement of Objections filed by Christina Patefield (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4944 | NOTICE by LB Metcalf, Inc of Statement of Objections filed by Lori Ann Metcalf (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4945 | NOTICE by Besael Corporation of Statement of Objections filed by Mohammed I. Patel (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4946 | NOTICE by Bolton's Pharmacy II, Inc of Statement of Objections filed by Bradd J. Beimford (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4947 | NOTICE by Old Corner Drug of Statement of Objections filed by Avery Kirk Wines (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4948 | NOTICE by Bailey Pharmacy, Inc. of Statement of Objections filed by Richard Hiram Rains (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4949 | NOTICE by Island Drug of Statement of Objections filed by James H. Willis, Jr. (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4950 | NOTICE by David Michael Foods Inc of Statement of Objections filed by Michael O. Hefner (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4951 | NOTICE by Minersville Pharmacy of Statement of Objections filed by Carmen A. DiCello (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4952 | NOTICE by Jeffrey Michael Foods Inc of Statement of Objections filed by Cynthia D. Hefner (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4953 | NOTICE by William Michael Foods Inc of Statement of Objections filed by Michael O. Hefner (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4954 | NOTICE by Ken's Pharmacy of Statement of Objections filed by Kenneth D. Hibbard (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4955 | NOTICE by Cynthia D Lee Enterprises Inc of Statement of Objections filed by Cynthia D. Hefner (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4956 | NOTICE by Village Pharmacy of Statement of Objections filed by C. A. Kuykendall (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4957 | NOTICE by OrangeSubway Inc. of Statement of Objections filed by Abigail Cintron (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4958 | NOTICE by Stilwell Pharmacy of Statement of Objections filed by Mike B. Pinkerton (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4959 | NOTICE by Hometown Subways, LLC of Statement of Objections filed by Deborah L. Everage (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4960 | NOTICE by Medic Pharmacy of Statement of Objections filed by Clay W. Moore (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4961 | NOTICE by Johnston Drug, Inc. of Statement of Objections filed by James W. Johnston (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4962 | NOTICE by Autron Llc of Statement of Objections filed by Abigail Cintron (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4963 | NOTICE by Randy's Pharmacy, Inc. of Statement of Objections filed by Randal D. Willis (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4964 | NOTICE by C & B Warehouse Distributing, Inc. of Statement of Objections filed by David Russell Troutwine (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4965 | NOTICE by The Corner Drug Store of Statement of Objections filed by Robert Busakowski (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4966 | NOTICE by P & P Marketplace dba Pump & Pantry of Statement of Objections filed by Sam Francis Adams (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4967 | NOTICE by Hospital Pharmacy, Inc. of Statement of Objections filed by Elizabeth Ellis Skinne (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4968 | NOTICE by Trag Industries Incorporated of Statement of Objections filed by Amy G. Burgoyne (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4969 | NOTICE by Linden Drug Co., Inc. of Statement of Objections filed by Howard Allan Pavia (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4970 | NOTICE by Hometown subways, LLC of Statement of Objections filed by Deborah L. Everage (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4971 | NOTICE by Doyle's Drug of Statement of Objections filed by Mark J. Doyle (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4972 | NOTICE by Redinger Pharmacy of Statement of Objections filed by Aaron Scot Redinger (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4973 | NOTICE by Trinity & Zamora Investments Inc of Statement of Objections filed by Efrain M. Zamora (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4974 | NOTICE by Dunaway's Imperial Pharmacy of Statement of Objections filed by James E. Dunaway (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4975 | NOTICE by Ike's 25th Street Exxon of Statement of Objections filed by Dennis J. Eisenhart (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4976 | NOTICE by Ike's Airport Garage of Statement of Objections filed by Dennis Eisenhart (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4977 | NOTICE by Zitomer - Z Chemists - Thriftway Far Rockaway Drug of Statement of Objections filed by Sharon Sternheim (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4978 | NOTICE by Ikes Airport Sunoco of Statement of Objections filed by Dennis J. Eisenhart (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4979 | NOTICE by Friends Pharmacy, Inc. of Statement of Objections filed by Dmitry Raytburg (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4980 | NOTICE by Ike's Shell of Statement of Objections filed by Dennis J. Eisenhart (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4981 | NOTICE by Valley Pharmacy of Statement of Objections filed by James Cammarata (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4982 | NOTICE by Five J's Service CO LLC of Statement of Objections filed by James Fitzgibbons (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4983 | NOTICE by Bob Johnson's Pharmacy of Statement of Objections filed by Michael Jeffrey Donohue (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4984 | NOTICE by Subway #14951 of Statement of Objections filed by Bev Miller (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4985 | NOTICE by Tahoka Drug of Statement of Objections filed by Clark Haney Wells (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4986 | NOTICE by Ross Fogg Fuel Oil Company of Statement of Objections filed by Michael Thomas Tees (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4987 | NOTICE by Prescriptions Compunding Pharmacy of Statement of Objections filed by Caleb D. Meacham (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4988 | NOTICE by Hoagies, Inc. dba Subway of Statement of Objections filed by Sarah N. Hicks (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4989 | NOTICE by Budny Humidifier of Statement of Objections filed by Robert Kushner (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 4990 | NOTICE by Eagle Petroleum of Statement of Objections filed by David Laubach (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4991 | NOTICE by Budny Fuel Oil Company of Statement of Objections filed by Robert Kushner (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4992 | NOTICE by Hometown Subways, LLC of Statement of Objections filed by Deborah L. Everage (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4993 | NOTICE by JW Pierson Co of Statement of Objections filed by Susan Hammond (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4994 | NOTICE by Super Subways Inc of Statement of Objections filed by Timothy Eugene Murray (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4995 | NOTICE by Mazzo Oil of Statement of Objections filed by Susan Hammond (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4996 | NOTICE by Vatterman's Sand Point Pharmacy of Statement of Objections filed by Beverly Schacter (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4997 | NOTICE by GMD Services, Inc. of Statement of Objections filed by Gary Michael Davis (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 4998 | NOTICE by Theraderm, Inc. of Statement of Objections filed by James Castillo (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 4999 | NOTICE by Deull Fuel Company of Statement of Objections filed by John Harold Deull (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5000 | NOTICE by Z-Stop Drugs, Inc. of Statement of Objections filed by Francis J. Neubauer (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5001 | NOTICE by Lakeview Pharmacy of Statement of Objections filed by Pete Ciaramita (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5002 | NOTICE by LeMars Subway Inc of Statement of Objections filed by Roger Lee Miller (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5003 | NOTICE by Foulk's Service Inc of Statement of Objections filed by Steven A. Foulk (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5004 | NOTICE by Smith Drug, PLLC of Statement of Objections filed by Stephen Duane Smith (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5005 | NOTICE by TMB Corporation of Statement of Objections filed by Travis D. Bumgardner (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5006 | NOTICE by jada prooperties of Statement of Objections filed by Sheila R. Thacker (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5007 | NOTICE by Hominy Rexall, Inc. of Statement of Objections filed by John E. Snider (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5008 | NOTICE by Jasland, Inc dba Subway Sandwich Shop of Statement of Objections filed by Donna J. Landrigan (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5009 | NOTICE by Merwin Long Term Care, Inc. of Statement of Objections filed by Richard W. Cummings (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5010 | NOTICE by V & P Inc of Statement of Objections filed by Chris J. VanPelt (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5011 | NOTICE by Rushville Pharmacy of Statement of Objections filed by Kipland J. Burkett (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5012 | NOTICE by Puckett Discount Pharmacy of Statement of Objections filed by Vicki L. Brooks (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5013 | NOTICE by marty inc dba subway of Statement of Objections filed by John Marty (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5014 | NOTICE by WB Drug of Statement of Objections filed by C. J. Shovlin (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5015 | NOTICE by marty inc dba subway of Statement of Objections filed by John Marty (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5016 | NOTICE by South Miami Pharmacy, Inc. of Statement of Objections filed by Armando Bardisa (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5017 | NOTICE by South Miami Pharmacy II, Inc. of Statement of Objections filed by Armando Bardisa (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5018 | NOTICE by Aaron Ferrance LLC of Statement of Objections filed by Aaron Metro Ferrance (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5019 | NOTICE by South Miami Pharmacy Compounding, LLC of Statement of Objections filed by Armando Bardisa (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5020 | NOTICE by Hutton Pharmacy of Statement of Objections filed by Dennis William Hutton (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5021 | NOTICE by Payne Family Pharmacy of Statement of Objections filed by Sherrie D. Payne (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5022 | NOTICE by Greenwood-Stearns Enterprises of Statement of Objections filed by Scott Stearns (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5023 | NOTICE by GDK Enterprises, Inc. of Statement of Objections filed by Gregg Kuthe (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5024 | NOTICE by Harvard Family Physicians Pharmacy of Statement of Objections filed by Kenneth A. Muckala (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5025 | NOTICE by SVG Enterprises Inc of Statement of Objections filed by Ajay Gandhi (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5026 | NOTICE by Subway of Ozarks Eldon of Statement of Objections filed by Donna O'Donnell (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5027 | NOTICE by Martin's Pharmacy of Statement of Objections filed by Christopher C. Martin (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5028 | NOTICE by Quick Meds Express Pharmacy of Statement of Objections filed by Christopher C. Martin (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5029 | NOTICE by AGSG Enterprses Inc of Statement of Objections filed by Ajay Gandhi (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5030 | NOTICE by Subco Enterprises Inc of Statement of Objections filed by Ajay Gandhi (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5031 | NOTICE by Martin's Pharmacy in Piggly Wiggly of Statement of Objections filed by Christopher C. Martin (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5032 | NOTICE by BA Merchant Services of Statement of Objections filed by Barb Conklin (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5033 | NOTICE by Medicap Pharmacy of Statement of Objections filed by Gregory J. Johansen (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5034 | NOTICE by nchise Owner of Statement of Objections filed by Thomas Humphrey (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5035 | NOTICE by Eichelberger Subs Inc. of Statement of Objections filed by Jimmie Dale Eichelberger Sr. (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5036 | NOTICE by Medicap Pharmacy #8011 of Statement of Objections filed by Gregory J. Johansen (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5037 | NOTICE by Spurgeon's 66 Service of Statement of Objections filed by Janet C. Spurgeon (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5038 | NOTICE by Medicap Pharmacy #8036 of Statement of Objections filed by Gregory J. Johansen (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5039 | NOTICE by VCM Inc. of Statement of Objections filed by Verne H. Evans (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5040 | NOTICE by Oberlin Subway Inc of Statement of Objections filed by Jeffrey Linden (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5041 | NOTICE by Medicap Pharmacy #8043 of Statement of Objections filed by Gregory J. Johansen (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5042 | NOTICE by Clairmont Development, Inc dba Subway #23607 of Statement of Objections filed by Dennis A. Clairmont (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5043 | NOTICE by Bomber, Inc. DBA Subway of Statement of Objections filed by Michael Rogers (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5044 | NOTICE by Medicap Pharmacy #8052 of Statement of Objections filed by Gregory J. Johansen (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5045 | NOTICE by Medicap Pharmacy #8057 of Statement of Objections filed by Gregory J. Johansen (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5046 | NOTICE by Clairmont Capital Corp dba Subway #23529 of Statement of Objections filed by Clairmont Capital Corp dba Subway #23529 (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5047 | NOTICE by subway of Statement of Objections filed by William Michael Ryan (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5048 | NOTICE by Lo Cost Pharmacy of Statement of Objections filed by John W. McKinnon (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5049 | NOTICE by NB Subs, LLC of Statement of Objections filed by Anthony S. Lojacono (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5050 | NOTICE by Lo Cost Pharmacy of Statement of Objections filed by John W. McKinnon (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5051 | NOTICE by Getzville Subs, LLC of Statement of Objections filed by Anthony S. Lojacono (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5052 | NOTICE by Blount Discount Pharmacy, Inc. of Statement of Objections filed by Phillip K. LaFoy (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5053 | NOTICE by Arizona Subway Services of Statement of Objections filed by Thomas L. Hall (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5054 | NOTICE by Medicap Pharmacy #8287 of Statement of Objections filed by Steven W. Oatman (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5055 | NOTICE by BMT Subs, Inc of Statement of Objections filed by Anthony S. Lojacono (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5056 | NOTICE by DeBlaquiere Ent. Inc. of Statement of Objections filed by Shannon M. McGlashan (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5057 | NOTICE by Terrence J McMorrow dba Subway of Statement of Objections filed by Terrence Joseph McMorrow (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5058 | NOTICE by Mullins Pharmacy of Statement of Objections filed by De Ann Marie Mullins (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5059 | NOTICE by Sioux Falls Subway, Inc. of Statement of Objections filed by Roger Lee Miller (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5060 | NOTICE by Leier Investments, Inc. DBA Subway Sandwiches of Statement of Objections filed by Mike Eric Leier (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5061 | NOTICE by Almadad, Inc. of Statement of Objections filed by Ibrahim Elawad (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5062 | NOTICE by Joslyn's Food Center of Statement of Objections filed by Mark Joslyn (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5063 | NOTICE by RCM Subs, Inc. of Statement of Objections filed by Roger Lee Miller (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5064 | NOTICE by F & M Morton Co of Statement of Objections filed by Frederick A. Morton (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5065 | NOTICE by D. Gigme, Inc. of Statement of Objections filed by Damo Rene Gigme (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5066 | NOTICE by Sherman Enterprises Inc. of Statement of Objections filed by Marc Sherman (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5067 | NOTICE by Terrence McMorrow dba Subway of Statement of Objections filed by Terrence Joseph McMorrow (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5068 | NOTICE by Anglin Restaurant Development, LLC of Statement of Objections filed by Nathan Anglin (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5069 | NOTICE by North Coast Subway Inc. of Statement of Objections filed by Joseph Lukasik (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5070 | NOTICE by J A Hoover Associates Inc of Statement of Objections filed by Jeffrey Allen Hoover (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5071 | NOTICE by Discover Subway Inc. of Statement of Objections filed by Mikdad Jariwala (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5072 | NOTICE by Dinero Inc of Statement of Objections filed by Alex Langstraat (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5073 | NOTICE by SharJen Inc. d/b/a Subway of Statement of Objections filed by Sharon S. Klinger (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5074 | NOTICE by JL Subs Inc of Statement of Objections filed by Lonnie Gene Achenbach (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5075 | NOTICE by Scott County Pharmacy, Inc. of Statement of Objections filed by Wanda L. Dunlap (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5076 | NOTICE by 3 Carter's Subway Inc. of Statement of Objections filed by Lewis Carter (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5077 | NOTICE by Newport Subway Inc of Statement of Objections filed by John A. May (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5078 | NOTICE by Nicholasville Pharmacy Services Inc. of Statement of Objections filed by Michael Downs (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5079 | NOTICE by North Bernen Pharmacy of Statement of Objections (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5080 | NOTICE by Subway stores 228089 and 39268 of Statement of Objections filed by James Bateman (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5081 | NOTICE by Kenmar Pharmacy Inc. of Statement of Objections filed by John T. Sherrer (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5082 | NOTICE by Poole's Pharmacy Inc. of Statement of Objections filed by John T. Sherrer (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5083 | NOTICE by T&M Pharmacy, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5084 | NOTICE by Five Rivers Subs Inc of Statement of Objections filed by Harpreet Singh Gill (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5085 | NOTICE by E&L Subway Sandwich Shop Inc. of Statement of Objections filed by Edward R. Pawlus (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5086 | NOTICE by Howell Mill Pharmacy, Inc. of Statement of Objections filed by John T. Sherrer (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5087 | NOTICE by Eagleridge Subs Inc. of Statement of Objections filed by Brian C. O'Grady (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5088 | NOTICE by Moore Pharmacy of Statement of Objections filed by Donald David Moore (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5089 | NOTICE by Murphy Subs Inc. of Statement of Objections filed by Brian C. O'Grady (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5090 | NOTICE by Moden-Giroux Inc. dba Thee Barker Store of Statement of Objections filed by Stephen L. Giroux (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5091 | NOTICE by Subway #27630 of Statement of Objections filed by Harpreet S. Gill (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5092 | NOTICE by Massachusetts Independent Pharmacists Association of Statement of Objections filed by Todd Brown (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5093 | NOTICE by Summit Park Pharmacy Inc. of Statement of Objections filed by Stephen L. Giroux (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5094 | NOTICE by Keyes Drug, Inc. of Statement of Objections filed by Saad Dinno (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5095 | NOTICE by West Pueblo Subs Inc. of Statement of Objections filed by Brian C. O'Grady (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5096 | NOTICE by Lockport Pharmacy Inc. dba Lockport Home Medical Equipment of Statement of Objections filed by Stephen L. Giroux (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5097 | NOTICE by Gibsons Pharmacy / Medical Arts Pharmacy of Statement of Objections filed by William R. Brown (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5098 | NOTICE by Moden-Giroux Inc. dba Transit Hill Pharmacy of Statement of Objections filed by Stephen L. Giroux (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5099 | NOTICE by BA Merchant of Statement of Objections filed by Sandip Patel (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5100 | NOTICE by Great Oak Pharmacy of Statement of Objections filed by Sharlea M. Leatherwood (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5101 | NOTICE by Rosenkrans Pharmacy Inc. dba Hilton Family Pharmacy of Statement of Objections filed by Stephen L. Giroux (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5102 | NOTICE by MNZ Inc of Statement of Objections filed by Mohammed Nuruz Zaman (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5103 | NOTICE by Rosenkrans Pharmacy Inc. dba Oakfield Family Pharmacy of Statement of Objections filed by Stephen L. Giroux (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5104 | NOTICE by Pueblo Subway Inc. of Statement of Objections filed by Brian C. O'Grady (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5105 | NOTICE by Rosenkrans Pharmacy Inc. of Statement of Objections filed by Stephen L. Giroux (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5106 | NOTICE by Hipp Drug of Statement of Objections filed by Jeri J. Huppensteel (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5107 | NOTICE by Hyde Druge Store of Statement of Objections filed by George Stefanis (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5108 | NOTICE by D & G Duncan Ent. Inc. of Statement of Objections filed by Darrell Duncan (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5109 | NOTICE by Tura's Pharmacy Inc. of Statement of Objections filed by Paul A. Tura (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5110 | NOTICE by KRSNA Inc. of Statement of Objections filed by Kamlesh M. Sanghvi (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5111 | NOTICE by Letourneau's Pharmacy Inc. of Statement of Objections filed by Shawn McKallagat (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5112 | NOTICE by Cayucos Pharmacy of Statement of Objections filed by Malin Lebbad (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5113 | NOTICE by Keystone Pharmacy Alliance of Statement of Objections filed by Mel Brodsky (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5114 | NOTICE by Thorson LLC dba Subway of Statement of Objections filed by Crystal Thorson (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5115 | NOTICE by Bridges & James Inc. dba Wannamaker Drug of Statement of Objections filed by Jonathan Bridges (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5116 | NOTICE by Subway #36165, Inc. of Statement of Objections filed by Terri M. Suwwan (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5117 | NOTICE by R&S Drug Stores, Inc. of Statement of Objections filed by Shawn Lockstone (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5118 | NOTICE by TDC Enterprises, LP of Statement of Objections filed by Debra Chapman (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5119 | NOTICE by Pasadena Pharmacy of Statement of Objections filed by Daren White (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5120 | NOTICE by Satdad Subway of Statement of Objections filed by David Callon (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5121 | NOTICE by Sai Subway of Statement of Objections filed by Sudhir K. Patel (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5122 | NOTICE by Anderson Pharmacy & Accents of Statement of Objections filed by Michael Shawn Anderson (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5123 | NOTICE by Motihera Inc. of Statement of Objections filed by Ketan Patel (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5124 | NOTICE by Arnold Pharmacy Inc. dba Bair Pharmacy of Statement of Objections filed by Thomas L. Prenger (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5125 | NOTICE by Bragdon & Company Inc of Statement of Objections filed by Lori Bragdon (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5126 | NOTICE by SKV Inc of Statement of Objections filed by Raman Bhima (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5127 | NOTICE by Barry Cinemas, Inc. of Statement of Objections filed by Amanda Barry (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5128 | NOTICE by GM Towers, Inc of Statement of Objections filed by Matthew Hollek (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5129 | NOTICE by Highhouse Oil Co., Inc. of Statement of Objections filed by Amy R. Highhouse (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5130 | NOTICE by Banks Dough Boys, Inc. and Subway 21447 LLC and Starcade Incby of Statement of Objections filed by Gerald P. Cangi (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5131 | NOTICE by Riggs Oil Company of Statement of Objections filed by Arnold Riggs (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5132 | NOTICE by Vandegrift Investment Corp. of Statement of Objections filed by Kyle Vandegrift (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5133 | NOTICE by Convenient Food Mart #175, Inc. of Statement of Objections filed by William Robert Shanks (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5134 | NOTICE by FEBE Brothers, Ltd. of Statement of Objections filed by Steve Workman (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5135 | NOTICE by Genaud Drugs LLC of Statement of Objections filed by Howard Greenberg (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5136 | NOTICE by MH Commonwealth, Inc. of Statement of Objections filed by Matthew A. Hollek (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5137 | NOTICE by Denville Sub LLC of Statement of Objections filed by Prabhu Rangaraju (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5138 | NOTICE by Haledon Sub LLC of Statement of Objections filed by Prabhu Rangaraju (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5139 | NOTICE by Aalam Investments LLC of Statement of Objections filed by Prabhu Rangaraju (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5140 | NOTICE by The Learning Tree, LLC of Statement of Objections filed by Jonny Girson (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5141 | NOTICE by Yorkville Drugstore of Statement of Objections filed by Carmen A. Di Cello (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5142 | NOTICE by Cochran Brothers Co. of Statement of Objections filed by Guy Cochran (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5143 | NOTICE by Towne Drugs, Inc. of Statement of Objections filed by Carmen A. Di Cello (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5144 | NOTICE by Woolpets, LLC of Statement of Objections filed by Kevin Sharp (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5145 | NOTICE by Indeliclae LLC dba Ebenezer Books of Statement of Objections filed by Jennifer J. Indeliclae (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5146 | NOTICE by Northgate Cinema, Inc. of Statement of Objections filed by Allen Lee Strahl (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5147 | NOTICE by Kwik Chek Food Stores, Inc. of Statement of Objections filed by Kevin Smartt (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5148 | NOTICE by Pennsylvania Toy Academy & Party Shop, Inc. of Statement of Objections filed by Candi Naro (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5149 | NOTICE by Wymore Superette of Statement of Objections filed by Amin Ialani (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5150 | NOTICE by Lowry's Books of Statement of Objections filed by Thomas J. Lowry (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5151 | NOTICE by Wymore Liquor LLC of Statement of Objections filed by Amin Ialani (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5152 | NOTICE by Au Energy, LLC of Statement of Objections filed by Varnish Goyal (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5153 | NOTICE by Cusick Corporation of Statement of Objections filed by Wayne Clark Cusick (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5154 | NOTICE by Vintners Distributors, Inc. of Statement of Objections filed by Naresh Goyal (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5155 | NOTICE by Midwest Petroleum Company of Statement of Objections filed by Jeffrey Ziegler (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5156 | NOTICE by Nakash Enterprises, LLC of Statement of Objections filed by Sundeep Goyal (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5157 | NOTICE by Panama Mainstreet Corp. of Statement of Objections filed by Tracey Ann Kenkel (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5158 | NOTICE by Dougs Hometown Foods of Statement of Objections filed by Douglas C. Shepherd (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5159 | NOTICE by Stompin Grounds Plus, Inc. dba Aunt Bea's Pantry of Statement of Objections filed by Melanie Horvath (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5160 | NOTICE by Aurora Super Foods of Statement of Objections filed by Pat M. Gibilisco (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5161 | NOTICE by Doc's Deli'licious of Statement of Objections filed by John Daugherty (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5162 | NOTICE by Collamer Stop & Shop of Statement of Objections filed by Michael Robert Wood (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5163 | NOTICE by Jimmy Kwik Store of Statement of Objections filed by Michael J. Marcotte (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5164 | NOTICE by Citgo Quick Mart of Statement of Objections filed by Ed Francois (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5165 | NOTICE by Mason Corporation of Statement of Objections filed by Jules D. Mason (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5166 | NOTICE by Westhall Inc. of Statement of Objections filed by Mark R. Patefield (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5167 | NOTICE by Dragon's Toy Box LLC of Statement of Objections filed by Brekke D. Hewitt (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5168 | NOTICE by GPMS Inc. dba Wind Up Here of Statement of Objections filed by Brekke D. Hewitt (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5169 | NOTICE by Clark's Pharmacy of Statement of Objections filed by Craig Clark (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5170 | NOTICE by Pedretti, Inc. of Statement of Objections filed by Jerome Pedretti (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5171 | NOTICE by Dabblers LLC of Statement of Objections filed by Randy E. Hartnett (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5172 | NOTICE by Sperring Enterprises Inc. dba Burlingame Valero of Statement of Objections filed by Beth Sperring (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5173 | NOTICE by Family Rexall Drug of Statement of Objections filed by Bradley A. Lueneburg (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5174 | NOTICE by Thomas Myers of Statement of Objections filed by Thomas Myers (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5175 | NOTICE by Hollin Hall Automotive Services, Inc. of Statement of Objections filed by Thomas J. Harvey (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5176 | NOTICE by Parker's of Statement of Objections filed by Terri A. Heidmann (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5177 | NOTICE by Don Ritter Group - Ritter Express Pharmacy of Statement of Objections filed by Donald Ray Ritter (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5178 | NOTICE by TSP Enterprises LLC dba Dorsett Mobil of Statement of Objections filed by Tim Purtle (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5179 | NOTICE by Just Imagine Toys of Statement of Objections filed by Todd M. Wickus (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5180 | NOTICE by B&G Group, Inc. of Statement of Objections filed by Hardeep Gill (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5181 | NOTICE by Mabardy Oil Inc. Salisbury Mini Mart Inc., Seabrook One Stop, Inc. of Statement of Objections filed by Charles Mabardy (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5182 | NOTICE by Steaks N' Stuff PI of Statement of Objections filed by David Cunha (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5183 | NOTICE by Book House of Stuyveant Plaza, Inc. of Statement of Objections filed by Susan F. Novotny (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5184 | NOTICE by Pester Marketing of Statement of Objections filed by Richard D. Spresser (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5185 | NOTICE by Moody Book Corporation of Statement of Objections filed by Deborah B. Moody (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5186 | NOTICE by kiddywampus of Statement of Objections filed by Amy Saldanha (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5187 | NOTICE by Thompson Oconto Enterprises, Inc. of Statement of Objections filed by Mark Thompson (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5188 | NOTICE by Stevenson's Hi-Pointe Standard Service Inc. of Statement of Objections filed by Darryl Rodenberg (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5189 | NOTICE by Clifford's Pet Specialties of Statement of Objections filed by Alisa Clifford (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5190 | NOTICE by More Than Convenience of Statement of Objections filed by Joe Lochner (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5191 | NOTICE by Kay Jays Doll Shoppe of Statement of Objections filed by Katy Himes (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5192 | NOTICE by Calico cat Toy Shoppe of Statement of Objections filed by Elisabeth Dahl (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5193 | NOTICE by Nutfield Trading, LLC dba Troy Country Store of Statement of Objections filed by John Dennison (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5194 | NOTICE by Sutton Superette, LLC of Statement of Objections filed by William C. Martin (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5195 | NOTICE by Buddy's Mini-Marts of Statement of Objections filed by Thomas G. Crist (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5196 | NOTICE by Wayside South LLC of Statement of Objections filed by Janet G. Groom (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5197 | NOTICE by Children's World Uniform Supply of Statement of Objections filed by Tim Holliday (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5198 | NOTICE by Berkly Enterprises, Inc. of Statement of Objections filed by Ray Hawkins (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5199 | NOTICE by Integrity Auto of Statement of Objections filed by Mark Benson (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5200 | NOTICE by Wayside, Inc. of Statement of Objections filed by Sheila Vogelgesang (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5201 | NOTICE by Captus LLc dba Earth Explorer Toys of Statement of Objections filed by Teresa J. Bracken (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5202 | NOTICE by Mazen Owydat of Statement of Objections filed by Mazen Owydat (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5203 | NOTICE by Inter Island Petroleum, Inc. of Statement of Objections filed by Virginia S. Hawker (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5204 | NOTICE by Melrose Pharmacy of Statement of Objections filed by Lidia Teresa Stickler (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5205 | NOTICE by Flowerama of Statement of Objections filed by Donna F. Watson (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5206 | NOTICE by Play Clothes, LLC of Statement of Objections filed by Sarah Alden (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5207 | NOTICE by Home Oil Company, LLC of Statement of Objections filed by Chad Joseph Schexnaildre (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5208 | NOTICE by Ports Petroleum Co. of Statement of Objections filed by Michael Ports (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5209 | NOTICE by Steve's Madhouse Market Inc. of Statement of Objections filed by Steven D. McKelvey (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5210 | NOTICE by Meeks Mart of Statement of Objections filed by Terry Dean Meeks (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5211 | NOTICE by Driver Heating Oil, Inc of Statement of Objections filed by Nelson Daniel Driver (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5212 | NOTICE by Pyramid Books of Statement of Objections filed by Denise Evans (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5213 | NOTICE by E & S Service LLC dba Community Exxon of Statement of Objections filed by Eyob Gebrekidan (Freimuth, Matthew) (Entered: 06/08/2013) | 06/08/2013 |
| 5214 | NOTICE by Waters Auto Centers Inc. dba McCausland Auto Center & dba Kirkwood Service Center of Statement of Objections filed by David Lee Waters (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5215 | NOTICE by Degen Properties, Inc. of Statement of Objections filed by William John Degen (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5216 | NOTICE by Texas Trail Market of Statement of Objections filed by William W. Cushing (Ravelo, Keila) (Entered: 06/08/2013) | 06/08/2013 |
| 5217 | NOTICE by Swarthmore College Bookstore of Statement of Objections filed by Daniel Darkow (Powell, Wesley) (Entered: 06/08/2013) | 06/08/2013 |
| 5218 | NOTICE by Apothecary Alley, LLC of Statement of Objections filed by Ricky T. Guidry (Freimuth, Matthew) (Entered: 06/09/2013) | 06/09/2013 |
| 5219 | NOTICE by Franchisee 7-Eleven of Statement of Objections filed by Jagmeet S. Dheendsa (Freimuth, Matthew) (Entered: 06/09/2013) | 06/09/2013 |
| 5220 | NOTICE by Medicap Pharmacy of Statement of Objections filed by (Freimuth, Matthew) (Entered: 06/09/2013) | 06/09/2013 |
| 5221 | NOTICE by Citgo Quik Mart of Statement of Objections filed by Ed Francois (Freimuth, Matthew) (Entered: 06/09/2013) | 06/09/2013 |
| 5222 | NOTICE by Benmar Enterpirses, Inc. of Statement of Objections filed by Anthony Lojacono (Freimuth, Matthew) (Entered: 06/09/2013) | 06/09/2013 |
| 5223 | NOTICE by In Gathering, Inc. of Statement of Objections filed by Steve Seljeskog (Freimuth, Matthew) (Entered: 06/09/2013) | 06/09/2013 |
| 5224 | NOTICE by PL Squared, Inc. of Statement of Objections filed by Paul Lovato (Freimuth, Matthew) (Entered: 06/09/2013) | 06/09/2013 |
| 5840 | NOTICE of Statement of Objections to Settlement filed by Christopher Douglas Merello - Merello Convenience Inc. (Piper, Francine) (Entered: 06/14/2013) | 06/10/2013 |
| 5844 | NOTICE of Statement of Objections to Settlement filed by Corlis Cummings - Clayton State University. (Piper, Francine) (Entered: 06/14/2013) | 06/10/2013 |
| | ORDER: In light of the letters from defendants 4483 and Class Plaintiffs 4613 and the absence of opposition to First Data Corporation's motion to intervene the June 20, 2013 oral argument is canceled. Defendants' request that their response to First Data Corporation's objections and request to opt out be due on aAugust 16, 2013 is granted. Ordered by Judge John Gleeson on 6/10/2013. (Merle, Natasha) (Entered: 06/10/2013) | 06/10/2013 |
| 5225 | NOTICE by Sensa Products, LLC. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5226 | NOTICE by Rampson Foods Inc. (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5227 | NOTICE by Shady Lane Market Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5228 | NOTICE by Los Banos Cinemas Opt-Out letter and Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5229 | NOTICE by Seedway, LLC Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5230 | NOTICE Statement of Objections by A and M Discount Beverage #52 (Boccanfuso, Anthony) Modified on 6/11/2013 to correct text. (Brucella, Michelle) (Entered: 06/11/2013) | 06/11/2013 |
| 5231 | NOTICE by Growmark, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5232 | NOTICE by Needler Enterprises Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5233 | NOTICE by All Objectors of Statement of Objections of 1st Street & Washington, LLC filed by Michael C. Laird, COO (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5234 | NOTICE by All Objectors of Statement of Objections of MCL Marana Restaurant, Inc. filed by Michael C. Laird, COO (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5235 | NOTICE by All Objectors of Statement of Objections of MCL 7th Street & Glendale Restaurant, LLC filed by Michael C. Laird, COO (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5236 | NOTICE by All Objectors of Statement of Objections of Lone Star Steakhouse and Texas Land and Cattle Steakhouse filed by Valerie Olvera (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5237 | NOTICE by ABC Carpet & Home. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5238 | NOTICE by All Objectors of Statement of Objections of Porter's Speed Mart filed by Kimberly H. Porter (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5239 | NOTICE by Silver Gulch Brewing & Bottling Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5240 | NOTICE by Burnett Foods Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5241 | NOTICE by All Objectors of Statement of Objections of D.C., Inc. d/b/a Dirt Cheap Cigarettes & Beer filed by Margaret Amend (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5242 | NOTICE by ERW Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5243 | NOTICE by All Objectors of Statement of Objections of Economy Hometown Market filed by Veronica L. Branting, VP (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5244 | NOTICE by Dorothy Lane Market Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5245 | NOTICE Statement of Objections by Atwood Deli, LTD (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5246 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of W&W Pizza Inc DBA Domino's Pizza #5819 filed by Walid Safadi (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5247 | NOTICE by Macon Donuts & Coffee, Inc Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5248 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of W&W Pizza Inc DBA Domino's Pizza #5806 filed by Walid Safadi (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5249 | NOTICE by ZRN Enterprises Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5250 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Andalusia Pizza Inc DBA Domino's Pizza #5389 filed by Walid Safadi (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5251 | NOTICE by ABC Carpet & Home. Opt Out (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5252 | NOTICE by All Objectors of Statement of Objections of Syburg/Barnett Restaurant-Bell Inc. dba The Good Egg Bell Road filed by Charlie Aaron Syburg (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5253 | NOTICE by All Objectors of Statement of Objections of Nebraska Iowa Supply Company filed by Mark Thomas Lippincott (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5254 | NOTICE by All Objectors of Statement of Objections of C And S, Inc. filed by Jonathan S. Smith (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5255 | NOTICE by All Objectors of Statement of Objections of Domino's Pizza filed by Lucas John Elwell (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5259 | NOTICE by Villarreal Pizza Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5260 | NOTICE by All Objectors of Statement of Objections of Missouri Valley Petroleum Inc Company Stores d/b/a Northbrook Tesoro, Country West Conoco, Sunset Tesoro, Southside Tesoro, Hiway Tesoro, Leroy's Tesoro, MVP Inc. Main Office, MVP Inc. Belfield filed by Lawrence Richard Froelich (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5261 | NOTICE by All Objectors of Statement of Objections of MCL Alma & Germann Restaurant, LLC filed by Michael C. Laird, COO (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5262 | NOTICE by ALBWW, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5263 | NOTICE by Potash Markets Opt-out Letter and Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5264 | NOTICE by All Objectors of Statement of Objections and Opt Out Letter of Running River Restaurants, Inc., d/b/a Subway 157, Subway 1207, Subway 47534 filed by Patrick David Ellis (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5265 | NOTICE by Martin's of Effingham, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5266 | NOTICE by All Objectors of Statement of Objections of Barnes Mini Mart filed by Thomas L. Barnes and Linda L. Barnes (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5267 | NOTICE by The Cato Corporation Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5268 | NOTICE by Martin's IGA Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5269 | NOTICE by All Objectors of Statement of Objections of The Depot Gilman, LLC filed by Sara Marie Gilbaugh (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5270 | NOTICE by All Objectors of Statement of Objections of Barnett-Taylor LLC dba Burger King Store #4667 filed by Thomas Dale Barnett (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5271 | NOTICE by Ocean Cyclery Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5272 | NOTICE by All Objectors of Statement of Objections of The Depot Oxford, LLC filed by Sarah Marie Gilbaugh (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5273 | NOTICE by All Objectors of Statement of Objections of The Depot Tiffin, LLC filed by Sarah Marie Gilbaugh (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5274 | NOTICE by Manna Development Group, LLC Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5275 | NOTICE by All Objectors of Statement of Objections of The Depot Coralville, LLC filed by Sarah Marie Gilbaugh (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5276 | NOTICE Statement of Objections by Annalusia, LTD (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5277 | NOTICE by All Objectors of Statement of Objections of KLK Restaurants VII, LLC dba Burger King Store #16208 filed by Thomas Dale Barnett (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5278 | NOTICE by All Objectors of Statement of Objections of Barnett-Krispin X, LLC dba Burger King Store #5749 filed by Thomas Dale Barnett (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5279 | NOTICE by All Objectors of Statement of Objections of Road Ranger, L.L.C. d/b/a Road Ranger filed by Steven E. Brooks (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5280 | NOTICE by Quadrico, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5281 | NOTICE by All Objectors of Statement of Objections of Carnicerias Jimenez at Carniceria Jimenez, Inc., Marible Jimenez, Inc., Jimenez Enterprises, Inc. (Wheeling), Jimenez Enterprises, Inc. (Melrose), Cicero-Roosevelt, Inc. (Hanover), West Chicago, Inc., 3850, Inc., Adddison Fresh Market, Inc., Rockford Fresh Market, Inc., Jimenez Express, Inc. filed by Guadalupe Jimenez (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5282 | NOTICE by Little Pub Holdings, LLC Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5283 | NOTICE by Kounyado, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5284 | NOTICE by Range Regional Health Services Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5285 | NOTICE by All Objectors of Statement of Objections of Pizza Inn of West Point filed by Robert Marion Seitz (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5286 | NOTICE by All Objectors of Statement of Objections of James P. Hill Distributor Inc. filed by Kerry D. Hill (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5287 | NOTICE by Graud Petroleum Opt-Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5288 | NOTICE by Erickson Oil Products, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5289 | NOTICE by All Objectors of Statement of Objections of Barnett-Restaurants-Flagstaff LLC dba Burger King Store #1765 filed by Thomas Dale Barnett (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5290 | NOTICE by M&M Service Company Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5292 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Grass Roots Books & Music filed by Jack D. Walcott (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5293 | NOTICE by All Objectors of Statement of Objections of Grady's American Grill, L.P. By: Grady's American Grill Restaurant Corporation filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5294 | NOTICE by All Objectors of Statement of Objections of Bluewater Grille, LLC filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5295 | NOTICE by All Objectors of Statement of Objections of Bravogrand, Inc. filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5296 | NOTICE by All Objectors of Statement of Objections of Southwest Dining, Inc. filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5297 | NOTICE by All Objectors of Statement of Objections of Pic-N-Run Inc. filed by D. Edward Flores (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5298 | NOTICE by All Objectors of Statement of Objections of Bravotampa, LLC filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5299 | NOTICE by All Objectors of Statement of Objections of Johnny's Dry-Cleaning and Off The Cuff Mobile Dry-Cleaning filed by Leo Joseph Hintz (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5300 | NOTICE by All Objectors of Statement of Objections of Quality Dining, Inc. filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5301 | NOTICE by All Objectors of Statement of Objections of Porterhouse Steak & Seafood filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5302 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Scuttlebutt Nautical Books & Bounty, Inc. filed by Doreen Warner (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5303 | NOTICE by All Objectors of Statement of Objections of Full Service Dining, Inc. filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5304 | NOTICE by All Objectors of Statement of Objections of Martin & Bayley, Inc. d/b/a Huck's Food & Fuel filed by Kevin G. Knapp (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5305 | NOTICE by All Objectors of Statement of Objections of Grayling Corporation filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5306 | NOTICE by All Objectors of Statement of Objections of Twins MH Mgt. Inc., 3 Star Mgt Inc., Sycamore Mobil filed by Hy Sao (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5307 | NOTICE by All Objectors of Statement of Objections of Tony Glavin Soccer Complex, LLC, #2 Woodlands Parkway, Cold Springs, LLC filed by W. Christopher MCDonough (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5308 | NOTICE by All Objectors of Statement of Objections of Grady's American Grill Restaurant Corporation filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5309 | NOTICE by All Objectors of Statement of Objections of Sree Lakshmi, LLC dba Cash Saver filed by Bruce R. Gibson (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5310 | NOTICE by All Objectors of Statement of Objections of SLB of Rochester L.L.C dba Panera Bread filed by Steven Wolfe (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5311 | NOTICE by All Objectors of Statement of Objections of Full Service Dining, Inc. filed by John C. Firth (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5312 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Burgess Brothers Foods, Inc., Papa Murphys Pizza filed by John David Burgess (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5313 | NOTICE by All Objectors of Statement of Objections of GlenRose, Inc., DBA: Glenn's 1-Stop filed by Glenn L. Seutter (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5314 | NOTICE by Minnesota Retailers Assoc. Opt-Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5315 | NOTICE by All Objectors of Statement of Objections of Samm's of Gulf Breeze LLC dba Papa Murphy's of Gulf Breeze filed by Sheila A.McMahon (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5316 | NOTICE by All Objectors of Statement of Objections of Samm's of Niceville, LLC dba Papa Murphy's of Niceville filed by Sheila A. McMahon (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5317 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Bi-State Oil Company filed by Robert Scott Blank (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5318 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of L&L BP LLC filed by Anthony D. Longo (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5319 | NOTICE by All Objectors of Statement of Objections of Bama Girls of SC LLC filed by Cynthia Butler (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5320 | NOTICE by All Objectors of Statement of Objections of Billy Espey Oil Co., Inc. filed by Carolyn M. Espey (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5321 | NOTICE by Eat'n Park Hospitality Group Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5322 | NOTICE by All Objectors of Statement of Objections of Sonic Drive-In #3731, Sonic Drive-In #3811, Sonic Drive-In #3831, Sonic Drive-In #3959 filed by Carriel E. Nipp (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5323 | NOTICE by All Objectors of Statement of Objections of Litco Petroleum, Inc. filed by Mark T. Little (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5324 | NOTICE by Ozark Breads, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5325 | NOTICE by All Objectors of Statement of Objections of Sunrise Enterprises filed by Anne M. Schwab (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5326 | NOTICE by El Dorado Furniture Corporation Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5327 | NOTICE by All Objectors of Statement of Objections of Dalton Petroleum Inc. filed by Bruce Gibbons (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5328 | NOTICE by All Objectors of Statement of Objections of Lakefront Palm Garden; Cafe Vecchio Mondo dba also REA Accordion; River Walk Boat Rentals, Inc.; Twisted Fisherman LLC; Hubbard Paril Lodge; Mondo Brothers Market dba Rio West Cantina filed by Russel R. Davis (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5329 | NOTICE by Hom Furniture, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5330 | NOTICE by All Objectors of Statement of Objections of LuAnn Hunt, Inc. dba Baskin Robbins filed by LuAnn Hunt (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5331 | NOTICE by All Objectors of Statement of Objections of American Petroleum LLC filed by Sushant Goel (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5332 | NOTICE by Regents of the University of California Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5333 | NOTICE by Long Beach Travel Center Opt-Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5334 | NOTICE by All Objectors of Opt-Out Letter and Statement of Objections of Heaven Sent Pizza L.P., RLRII Pizza, Inc. dba Domino's Pizza filed by Ronald Lewis Russek II (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5335 | NOTICE by G5 Ventures Opt-Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5336 | NOTICE by City of De Pere of Statement of Objections filed by Judith Schmidt-Lehman (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5337 | NOTICE by All Objectors of Statement of Objections of the City of Belton, Missouri filed by Shannon Marie Marcano (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5338 | NOTICE by Hansen's AutoCare, Inc. of Statement of Objections filed by Lee Allan Hansen (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5339 | NOTICE by All Objectors of Statement of Objections of Holliday Food & Sport (Wilde Corp.) filed by David R. Block (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5340 | NOTICE by All Objectors Statement of Objections by A&L Global Investments LLC (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5341 | NOTICE by All Objectors of Statement of Objections of Holliday Food & Sport (Wilde Corp.) filed by David R. Block (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5342 | NOTICE of 1075 Sunrise Corp of Statement of Objections filed by Kevin C. Cook (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5343 | NOTICE by All Objectors Statement of Objections by Harmony Food Services Texas LLC (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5344 | NOTICE by All Objectors of Statement of Objections of VSL Corp. DBA Baskin Robbins PC 361358 filed by Vorasithi Kittisarapong (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5345 | NOTICE by All Objectors of Statement of Objections of Sunset Mart Inc. filed by Carolyn D. Remington (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5346 | NOTICE by Mel Roberts Enterprises Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5347 | NOTICE by Dollar General Corporation of Statement of Objections filed by Barbara Springer (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5348 | NOTICE by All Objectors Statement of Objections by Computer C&C, Inc. (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5349 | NOTICE by E-Zone Enterprises Opt-Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5350 | NOTICE by All Objectors Statement of Objections by Gray's Foods (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5351 | NOTICE by All Objectors of Statement of Objections of Stop 'N Shop Inc. filed by Jason Keith Laessis (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5352 | NOTICE by The Trading Post LLC of Statement of Objections filed by John E. Ekman, Jr. (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5353 | NOTICE by Synnex Corporation Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5354 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Cracker Barrel Old Country Store, Inc. filed by Doug Couvillion (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5355 | NOTICE by All Objectors Statement of Objections by Eighty-three & Devon Enterprises dba 83 & Devon Citgo (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5356 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Green Desert Oil, Inc. (ARCO) filed by Sam Hariz (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5357 | NOTICE by Tommy Bahama Group, Inc. of Statement of Objections filed by Thomas E. Campbell (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5358 | NOTICE by All Objectors of Statement of Objections of Brandi, Inc. dba Burger King filed by Robert Brandi (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5359 | NOTICE by All Objectors Statement of Objections by Hometown Grocery, Inc. (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5360 | NOTICE by Enterprise Holdings Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5361 | NOTICE by All Objectors of Statement of Objections of Chick-fil-A Meyerlord Plaza filed by Nissim Jesse Chaluh (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5362 | NOTICE by All Objectors of Statement of Objections of David and Daoud Inc, dba LaRosa's Cresent Springs; Pasta, Inc. dba LaRosa's Edgewood; David and Daoud Inc, dba LaRosa's Florence; Paste, Inc, dba LaRosa's Lakota; Lanlar, Inc, dba LaRosa's Landen; 3TTT, dba LaRosa'a Loveland; Tarik M. David Enterprises, dba LaRosa's Mason; TDFD, Inc, dba LaRosa's Montgomery; Pesto, Inc, dba LaRosa's Mt. Zion; Middletown LaRosa's LLC, dba LaRosa's Middletown; and Liberty LaRosa's LLC, dba LaRosa's Liberty filed by Tarik M. Daoud (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5363 | NOTICE by All Objectors of Statement of Objections Holliday Food & Sport (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5364 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Chick-fil-A Hwy 59 @ Kirby filed by Nissim Jesse Chaluh (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5365 | NOTICE by The Association of Kentucky Fried Chicken Franchisees, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5366 | NOTICE by All Objectors Statement of Objections by Ney Oil Company (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5367 | NOTICE by All Objectors of Statement of Objections of RAGE, Inc. dba Pizza Hut franchise filed by Steven Stansbury, CPA (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5368 | NOTICE by All Objectors Statement of Objections by Dreiman LLC dba Wayside Market, Creekside Market, Salmon Creek Postal Unit (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5369 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Bridal Rings Company filed by Jay Hariz (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5370 | NOTICE by Newegg, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5371 | NOTICE by Ben Sherman Clothing LLC of Statement of Objections filed by Thomas E. Campbell (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5372 | NOTICE by All Objectors of Statement of Objections of The City of Norman, Oklahoma filed by Kristina L. Bell (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5373 | NOTICE by Downs Energy Opt Out. (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5374 | NOTICE by All Objectors of Statement of Objections of Express Wine & Liquor filed by Natalie Do (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5375 | NOTICE by All Objectors of Statement of Objections of Olmstead Trade Center filed by Jean Majors (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5376 | NOTICE Statement of Objections of 1001 Property Solutions LLC (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5377 | NOTICE by All Objectors Statement of Objections by Milgro LLC dba Wayside Market (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5378 | NOTICE by All Objectors Statement of Objections by Get N Go (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5379 | NOTICE by Sugartown Worldwide LLC of Statement of Objections filed by Thomas E. Campbell (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5380 | NOTICE by All Objectors of Statement of Objections of Busch Distributors, Inc. filed by Carolyn D. Remington (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5381 | NOTICE by All Objectors of Statement of Objections of Nick Bavishi's Ruby House filed by Shrenik Bavishi (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5382 | NOTICE by Oppy's Service Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5383 | NOTICE by Oxford Industries, Inc. of Statement of Objections filed by Thomas E. Campbell (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5384 | NOTICE by Sheetz, Inc. of Statement of Objections (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5385 | NOTICE by All Objectors of Statement of Objections of Life Time Fitness, Inc. filed by Erik A. Lindseth (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5386 | NOTICE by The Traditional Bakery, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5387 | NOTICE by Waffle House, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5388 | NOTICE by All Objectors of Statement of Objections and Opt-Out Letter of Praek7A Inc. DBA A&M Discount Bev #35 filed by Prakash R. Patel (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5389 | NOTICE by All Objectors of Statement of Objections of Movie Palace Inc. filed by Rand A. Pryde (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5390 | NOTICE by Ozark Waffles, LLC of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5391 | NOTICE by All Objectors of Statement of Objections of Encore Cinemas, Inc. filed by Rand A. Pryde (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5392 | NOTICE by East Coast Waffles, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5393 | NOTICE by Mid South Waffles, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5394 | NOTICE by All Objectors of Statement of Objections of Vision Quest inc dba Domino's Pizza (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5395 | NOTICE by All Objectors Statement of Objections by Get N Go; Get N Go, LLC; CSA Horizon Group LLC dba Green Horizon Mini Storage; Green Horizons Group, LLC dba Get N Go Green Horizon, dba Tee Shots Bar; Anthem, LLC dba Get N Go Anthem; Lake Mead C-Store, LLC dba Get N Go Seven Hills; Maryland Parkway at St. Rose C-store LLC dba Get N Go St Rose; Giles Properties, a LLC dba Get N Go Giles, dba Craig Road Car Wash, dba Craig Road Mini Storage; Giles Properties II, a LLC dba Sporting Chance Saloon; Cheyenne 03, LLC dba Get N Go Cheyenne; Ann Road, LLC dba Get N Go Ann Road; Coxman Gaming, LLC dba Coxman Gaming CORRECTED VERSION OF DOCUMENT NUMBER 5378 (Attachments: # 1 #1, # 2 #2) (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5396 | NOTICE by Midwest Waffles, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5397 | NOTICE by Pizzoli LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5398 | NOTICE by 52 West Illinois, Inc. of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5399 | NOTICE by Pilot Travel Centers LLC of Statement of Objections filed by Mitchell D. Steenrod (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5400 | NOTICE by Big Bowl Asian LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5401 | NOTICE by All Objectors Statement of Objections by Arnold Mill 16930 LLC; Old Roswell 16923 LLC; Roswell Road 16925 LLC; Holcombe Bridge 01778 LLC; Lawrenceville Suwanee 13648 LLC; Lavista Oil 957 LLC; Cheshire Bridge 3023 LLC; Peachtree Parkway 14087 LLC; Peachtree Industrial 16905 LLC; Medlock Bridge 16908 LLC; Liburn-Stone 16917 LLC; Pleasant Hill 16918 LLC; Spring Street 16921 LLC; Highway 78W 16922 LLC; Haynes Bridge 16927 LLC; Hamilton Mill 16928 LLC; Jones Bridge 16929 LLC; Old Alabama 60373 LLC; Crabapple 16920 LLC; Holcomb Bridge 06285 LLC; Shallowford 60554 LLC; Woodstock 13584 LLC; Baseline Oil LLC; Bell Oil LLC (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5402 | NOTICE by National Association of Convenience Stores of Statement of Objections filed by Henry Ogden Armour (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5403 | NOTICE by Oklahoma City Bakery, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5404 | NOTICE by Big Bowl Asian LLC, DBA Big Bowl - Edina of Statement of Objections filed by Jay L. Steiber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5405 | NOTICE by All Objectors Statement of Objections by Schuette Stores Inc., dba Schuette's Market (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5406 | Letter re: Motion to Intervene filed by DFS Services LLC and Discover Bank by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 06/11/2013) | 06/11/2013 |
| 5407 | NOTICE by Big Bowl Asian LLC, DBA Big Bowl - Lincolnshire of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5408 | NOTICE by C.N. Brown Company of Statement of Objections filed by Kurt J. Jones (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5409 | NOTICE by Tommy Bahama R&R Holdings, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5410 | NOTICE by Love's Travel Stops & Country Stores, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5411 | NOTICE by All Objectors Statement of Objections by Seibert's Beulah; Seibert's Brandermill; Seibert's Brook Texaco; Seibert's Brook Road CVX; Seibert's Dinwiddie; Seibert's East Washington; Seibert's Gaskins; Seibert's Gum Spring; Seibert's Iron Bridge' Seibert's Jeff Davis; Seibert's King George; Seibert's Oilville; Seibert's Pump & Church; Seibert's Patterson; Seibert's Towing; Seibert's Tuckahoe; Seibert's West Broad (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5412 | NOTICE by Subway at 6301 N. Kelly Ave Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5413 | NOTICE by Big Bowl Asian LLC, DBA Big Bowl - Ohio/Rush filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5414 | NOTICE by All Objectors of Statement of Objections of Bijou, Inc. filed by Rand A. Pryde (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5415 | NOTICE by All Objectors Statement of Objections by R. L. Fridley Theatres Inc. (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5416 | NOTICE by All Objectors of Statement of Objections of Annapolis Donut Shops, Inc. filed by Nick Nistazos (Wildfang, K.) (Entered: 06/11/2013) | 06/11/2013 |
| 5417 | NOTICE by All Objectors of Statement of Objections of Invisible Children, Inc. filed by Emily Wilkinson (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5418 | NOTICE by Northbrook Seafood LLC of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5419 | NOTICE by All Objectors Statement of Objections by The McMurray Corporation dba Papa Murphy's Take and Bake Pizza (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5420 | NOTICE by All Objectors of Statement of Objections of Ocean City Donut Shops, Inc. filed by Nick Nistazos (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5421 | NOTICE by All Objectors Statement of Objections by Madars, LLC, DBA Bassett Home Furnishings (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5422 | NOTICE by All Objectors of Statement of Objections of Rehoboth Donut Shops, Inc. filed by Nick Nistazos (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5423 | NOTICE by Melcar, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5424 | NOTICE by Big Bowl Asian LLC, DBA Big Bowl - Reston of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5425 | NOTICE by All Objectors Statement of Objections by Country Squire Foods (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5426 | NOTICE by All Objectors of Statement of Objections of Salisbury Donut Shops, Inc. filed by Nick Nistazos (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5427 | NOTICE by Petterino's LLC of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5428 | NOTICE by All Objectors Statement of Objections and Attachment by Enmark Stations, Inc. (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5429 | NOTICE by All Objectors Statement of Objections of Easton Donut Shop, Inc. filed by Nick Nistazos (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5430 | NOTICE by Eiffel Tower LLC of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5431 | NOTICE by Hot Topic, Inc. Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5432 | NOTICE by Big Bowl Asian LLC, DBA Big Bowl - Ridgedale of Statement of Objections Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5433 | NOTICE by All Objectors of Statement of Objections of Eastpoint Refreshment Co., Inc. filed by Nick Nistazos (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5434 | NOTICE by Vegas Tapas LLC of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5435 | NOTICE by Aloha Petroleum, Ltd. (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5436 | NOTICE by All Objectors Statement of Objections by ARoD Entities LLC (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5437 | NOTICE by City of St. Joseph, Missouri Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5438 | NOTICE by All Objectors Statement of Objections of Nistazos & Sons, Inc. filed by Nick Nistazos (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5439 | NOTICE by All Objectors Statement of Objections by Harbour Petroleum Corp. of Brevard, Inc. (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5440 | NOTICE by One Fin, Inc. of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5441 | NOTICE by All Objectors of Statement of Objections of Dover Donut Shops, Inc. filed by Nick Nistazos (Undlin, Thomas) (Entered: 06/11/2013) | 06/11/2013 |
| 5442 | NOTICE by QuikTrip Corporation Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5443 | NOTICE by Water Tower Place Restaurants LP of Statement of Objections (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5444 | NOTICE by All Objectors Statement of Objections of SBC Breakfast Concepts, Inc. by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5445 | NOTICE by High Plains Pizza, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5446 | NOTICE by All Objectors of Statement of Objections of BKR Restaurants, LLC by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5447 | NOTICE by All Objectors Statement of Objections of Tucson Good Eggs II, Inc by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5448 | NOTICE by TTS Industries Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5449 | NOTICE by All Objectors of Statement of Objections of BBG Restaurants LLC by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5450 | NOTICE by All Objectors Statement of Objections by Burger King #15006 (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5451 | NOTICE by All Objectors Statement of Objections by The South Tennessee Oil Company Inc., D/B/A Quik Mart Convenience Stores (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5452 | NOTICE by All Objectors Statement of Objections of Barnett Krispin II, LLC by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5453 | NOTICE by All Objectors Statement of Objections by Edwards Oil Company of Lawrenceburg Inc. (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5454 | NOTICE by City of DePere Statement of Objections (Mason, Robert) (Entered: 06/11/2013) | 06/11/2013 |
| 5455 | NOTICE by All Objectors of Statement of Objections of BBG Restaurants & Shea Grille by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5456 | NOTICE by All Objectors of Statement of Objections of BKR Restaurants LLC by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5457 | NOTICE by Red Hed Oil Co., Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5458 | NOTICE by All Objectors of Statement of Objections of BKR Restaurants, LLC by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5459 | NOTICE by All Objectors Statement of Objections by City of Scottsdale (Cohen, Bart) (Entered: 06/11/2013) | 06/11/2013 |
| 5460 | NOTICE by Pedersen's Furniture Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5461 | NOTICE by All Objectors of Statement of Objections of KLK Restaurants VIII, LLC by Thomas Dale Barnet (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5462 | NOTICE by G&M Oil Co., Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5463 | NOTICE by All Objectors of Statement of Objections of The Good Egg Rooney Ranch by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5464 | NOTICE by Four Eyed Frog Book Store Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5465 | NOTICE by All Objectors of Statement of Objections of Fashion Square by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5466 | NOTICE by All Objectors of Statement of Objections of Burger King Store # 16867 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5467 | NOTICE by All Objectors of Statement of Objections of The Good Egg Mesa by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5468 | NOTICE by Restaurant Associates of Cincinnati, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5469 | NOTICE by All Objectors of Statement of Objections of Burger King Store #16506 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5470 | NOTICE by All Objectors of Statement of Objections of The Good Egg Tramonto by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5471 | NOTICE by Houlihan's Restaurants, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5472 | NOTICE by All Objectors of Statement of Objections of Syburg/Barnett Restaurant-Scottsdale Inc. DBA The Good Egg Thunderbird by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5473 | NOTICE by All Objectors of Statement of Objections of SBCT Good Eggs II, Inc. DBA The Good Egg Happy Valley by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5474 | NOTICE by Big Bowl Asian LLC, DBA Big Bowl - Rosedale of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5475 | NOTICE by All Objectors of Statement of Objections of KLK Resaurants V, LLC DBA Burger King Store #15518 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5476 | NOTICE by All Objectors of Statement of Objections of KLK Restaurants III, LLC DBA Burger King Store #15219 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5477 | NOTICE by All Objectors of Statement of Objections of BKR Restaurants, LLC DBA Burger King Store #9623 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5478 | NOTICE by All Objectors of Statement of Objections of BKR Restaurants LLC DBA Burger King Store # 9984 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5479 | NOTICE by All Objectors of Statement of Objections of KLK Restaurants IV, LLC DBA Burger King Store #11906 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5480 | NOTICE by Angelo Caputo's Fresh Markets. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5481 | NOTICE by All Objectors of Statement of Objections of SBC Chandler Good Eggs, Inc. DBA The Good Egg 83rd & UH by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5482 | NOTICE by All Objectors of Statement of Objections of SBC Restaurants Inc. DBA The Eggery by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5483 | NOTICE by All Objectors of Statement of Objections of SBC Chandler Good Eggs, Inc. DBA the Good Egg McQueen by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5484 | NOTICE by Big Bowl Asian LLC, DBA Big Bowl - Schaumburg of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5485 | NOTICE by All Objectors of Statement of Objections of KLK Restaurants VI, LLC DBA Burger King Store #16060 (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5486 | NOTICE by Sturdy Oil Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5487 | NOTICE by All Objectors of Statement of Objections of Barnett Management Company DBA Burger King Store # 4005 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5488 | NOTICE by MNS, Ltd. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5489 | NOTICE by Hough Petroleum Corp. of Statement of Objections filed by Gary W. Hough (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5490 | NOTICE by Mid Pac Petroleum, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5491 | NOTICE by 159 Limited Partnership of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5492 | NOTICE by Cardwell Distributing Incorporated Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5493 | NOTICE by West Central FS, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5494 | NOTICE by Bob Brandi Stations, Inc. of Statement of Objections filed by Robert Brandi (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5495 | NOTICE by Retif Oil & Fuel Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5496 | NOTICE by Eat in the Mall Too, Inc. of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5497 | NOTICE by HJB Convenience Corp. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5498 | NOTICE by LaRosa's Holding Company Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5499 | NOTICE by All Objectors of Statement of Objections of Tucson Good Eggs Inc. DBA The Good Egg Williams by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5500 | NOTICE by Tucci of Arizona, LP of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5501 | NOTICE by Margot's Ice Cream Parlor Opt Out (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5502 | NOTICE by Vegas Tapas LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5503 | NOTICE by All Objectors of Statement of Objections of Tucson Good Eggs, Inc. DBA the Good Egg Crossroads by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5504 | NOTICE by All Objectors of Statement of Objections of Barnett Restaurants-43rd Inc DBA Burger King Store #9346 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5505 | NOTICE by All Objectors of Statement of Objections of Barnett Restaurants-43rd Inc DBA Burger King Store # 9465 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5506 | NOTICE by Reston Canteen LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5507 | NOTICE by All Objectors of Statement of Objections of SBC Good Eggs Inc. DBA The Good Egg Hilton by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5508 | NOTICE by Contra Costa Stadium Cinemas Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5509 | NOTICE by Labone, Inc. DBA Tucci Benucch of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5510 | NOTICE by All Objectors of Statement of Objections of KLK Restaurants I, LLC DBA Burger King Store #14749 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5511 | NOTICE by Labone Limited Partnership of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5512 | NOTICE by RPCS, Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5513 | NOTICE by All Objectors of Statement of Objections of Barnett-Taylor Goodyear DBA Burger King Store # 6249 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5514 | NOTICE by Frost Oil Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5515 | NOTICE by All Objectors of Statement of Objections of Barnett Krispin II, LLC DBA Burger King Store #11894 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5516 | NOTICE by Dearborn Hubbard LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5517 | NOTICE by Good & Quick Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5518 | NOTICE by All Objectors of Statement of Objections of Barnett Krispin II, LLC DBA Burger King Store #11503 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5519 | NOTICE by Tucci of Minnesota, Inc. of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5520 | NOTICE by A-B Petroleum, Inc. (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5521 | NOTICE by All Objectors of Statement of Objections of Chronister Oil Company by Grady M. Chronister (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5522 | NOTICE by Joe's Stone Crab of Chicago LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5523 | NOTICE by All Objectors of Statement of Objections of Barnett Krispin II, LLC DBA Burger King Store #13920 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5524 | NOTICE by Abbott & Avard, LLC. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5525 | NOTICE by Joe's of Las Vegas LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5526 | NOTICE by Phase One LLC of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5527 | NOTICE by All Objectors of Statement of Objections of Barnett Restaurants-43rd Inc. DBA Burger King Store #7165 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5528 | NOTICE by The Party Factory Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5529 | NOTICE by All Objectors of Statement of Objections of SBC Chandler Good Eggs Inc DBA The Good Egg Ancala by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5530 | NOTICE by Make It Special LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5531 | NOTICE by Shaw's Schaumburg LLC of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5532 | NOTICE by All Objectors of Statement of Objections of Carefree Good Eggs, Inc DBA The Good Egg Carefree by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5533 | NOTICE by TD Roc's Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5534 | NOTICE by All Objectors of Statement of Objections of SBCT Good Eggs II, Inc DBA The Good Egg Hayden Park by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5535 | NOTICE by It's A Buffalo Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5536 | NOTICE by All Objectors of Statement of Objections of Barnett Krispin 83rd LLC DBA Burger King Store # 9465 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5537 | NOTICE by Seymour Rocs Wing Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5538 | NOTICE by All Objectors of Statement of Objections of SCB Chandler Good Eggs, Inc. DBA The Good Egg Ray by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5539 | NOTICE by Buzzed on Suds Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/11/2013) | 06/11/2013 |
| 5540 | NOTICE by All Objectors of Statement of Objections of SBC Chandler Good Eggs, Inc DBA The Good Egg Fulton Ranch by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5541 | NOTICE by All Objectors of Statement of Objections of BBG Restaurants LLC DBA Central by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5542 | NOTICE by All Objectors of Statement of Objections of Tucson Good Eggs Inc. DBA The Good Egg Sunrise by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5543 | NOTICE by All Objectors of Statement of Objections of Uptown Restaurants, Inc. DBA The Good Egg Uptown by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5544 | NOTICE by All Objectors of Statement of Objections of Sky Ventures LLC by Barry Zelickson Senior Vice President (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5545 | NOTICE by All Objectors of Statement of Objections of Stop and Compare Inc by Marc Iannotti President (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5546 | NOTICE by All Objectors of Statement of Objections of Stoenyville Grocery by Kalim Andram, Owner (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5547 | NOTICE by All Objectors of Statement of Objections of J.H. Saylor Co. Inc. by Jim E. Saylor (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5548 | NOTICE by All Objectors of Statement of Objections of Lund Food Holdings, Inc,; Lunds Inc.; and Byerly's Inc by Frederic Michael Miller (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5549 | NOTICE by All Objectors of Statement of Objections and Opt Out Letter of Southern Convenience Stores LLC: Fuel + Mart 1,2,3 & 4 by Thomas Austin Robertson, Chief MGR (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5550 | NOTICE by Vegas Tapas LLC, DBA Stripburger of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5551 | NOTICE by All Objectors of Statement of Objections of Bravokilo Inc by John C. Firth (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5552 | NOTICE by LGO Santa Monica LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5553 | NOTICE by All Objectors of Statement of Objections of Coastal Area Stores, Inc by Bobby Gene Edwards, CFO (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5554 | NOTICE by All Objectors of Statement of Objections of Puckett Oil Co. Inc. by Richard Lee Puckett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5555 | NOTICE by All Objectors of Opt Out Letter of Puckett Oil Co. Inc. by Richard Lee Puckett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5556 | NOTICE by L. Woods LLC of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5557 | NOTICE by M Street Kitchen LLC of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5558 | NOTICE by Lettuce Entertain You Enterprises, Inc. of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5559 | NOTICE by All Objectors of Statement of Objections of O'Reilly Automotive Inc by Jeffrey Groves, General Counsel (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5560 | NOTICE by All Objectors of Statement of Objections of G.E. Foodland, Inc. by Daniel George McCann (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5561 | NOTICE by Lettuce Entertain You Enterprises, Inc. DBA Lettuce Frequent Diner's Club of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5562 | NOTICE by All Objectors of Statement of Objections of Wagner's Shoes by Matthew Dex Wagner (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5563 | NOTICE by Lettuce Wine Club LLC, DBA Lettuce Wine Cellars of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5564 | NOTICE by Phase One LLC, DBA M Burger of Statement of Objections filed by Jay E. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5565 | NOTICE by All Objectors Wagner's Tuscaloosa Inc. DBA The Athlete's Foot by Matthew Dex Wagner (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5566 | NOTICE by OVS LLC, DBA M Burger Ontario of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5567 | NOTICE by All Objectors of Statement of Objections of SBC Chandler Good Eggs, Inc. DBA The Good Egg Baseline by Charlie Aaron Syburg (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5568 | NOTICE by M Burger Thompson LLC, DBA M Burger Thompson of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5569 | NOTICE by All Objectors of Statement of Objections of KLK Restaurants II, LLC DBA Burger King Store # 14956 by Thomas Dale Barnett (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5570 | NOTICE by All Objectors of Statement of Objections of Caputo's New Farm Produce-Addison, Inc by Dan O'Neill (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5571 | NOTICE by Just B'Claws, Inc. of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5572 | NOTICE by All Objectors of Statement of Objections of Caputo's New Farm Produce-Hanover Park Inc. by Dan O'Neill (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5573 | NOTICE by All Objectors of Statement of Objections of R.K.Allen Oil Co. Inc. by Ginny Valentine (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5574 | NOTICE by Water Tower Place Restaurants LP, DBA M Burger Water Tower of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5575 | NOTICE by All Objectors of Statement of Objections of Quality Dairy Co. by Ronald Belinsky (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5576 | NOTICE by All Objectors of Statement of Objections of Angel Caputo's Fresh Markets by Dan O'Neill (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5577 | NOTICE by M Street Kitchen LLC, DBA M Street Kitchen of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5578 | NOTICE by Just B'Claws, Inc., DBA Shaw's Crab House - Chicago of Statement of Objections filed by Jay L Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5579 | NOTICE by All Objectors of Statement of Objections of Angelo Caputo's Fresh Markets/ 2400 N. Harlem Ave/ Elmwood Park, IL by Dan O'Neill (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5580 | NOTICE by All Objectors of Statement of Objections of Ruby Tuesday, Inc. by Mindy B. Feagle (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5581 | NOTICE by All Objectors of Statement of Objections of JAJ Inc. by Jeffrey Allen Jacobs (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5582 | NOTICE by All Objectors of Statement of Objections of S&J Sports Inc. DBA Play It Again Sports by W.R. Sandy Fortin, CEO (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5583 | NOTICE by All Objectors of Statement of Objections of MG Markets Inc by Peter Walter Gale (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5584 | NOTICE by Jessica's High Ceilings, Inc. of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5585 | NOTICE by The Crepe Stand LLC, DBA Magic Pan Crepe Stand of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5586 | NOTICE by All Objectors of Statement of Objections of Rugged Wearhouse, Inc. by Lori J. Paletta-Davis (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5587 | NOTICE by All Objectors of Statement of Objections of Wayne Oil Co. Inc. by John Creech Strickland (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5588 | NOTICE by Magic Pan Northbrook LLC, DBA Magic Pan Crepe Stand of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5589 | NOTICE by All Objectors of Statement of Objections of Gabriel Brothers, Inc. by Lori J. Paletta-Davis (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5590 | NOTICE by All Objectors of Statement of Objections and Opt Out Letter of AMD Future Inc by Michelle Mary Wright (Sweeney, Bonny) (Entered: 06/11/2013) | 06/11/2013 |
| 5591 | NOTICE by Osteria Wheeling LLC of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5592 | NOTICE by Magic Pan - Ridgedale LLC, DBA Magic Pan Crepe Stand - Ridgedale of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5593 | NOTICE by Kremeworks Hawaii LLC of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5594 | NOTICE by Water Tower Place Restaurants LP, DBA Mity Nice Grill of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |
| 5595 | NOTICE by Kremeworks Oregon LLC of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5596 | NOTICE by Mon Ami Bethesda LLC, DBA Mon Ami Gabi - Bethesda of Statement of Objections filed by Jay L. Stieber (Powell, Wesley) (Entered: 06/11/2013) | 06/11/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5597 | NOTICE by Kremeworks Oregon LLC, DBA Krispy Kreme- Clackamas of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5598 | NOTICE by Kremeworks Oregon LLC, DBA Krispy Kreme- Beaverton of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/11/2013) | 06/11/2013 |
| 5850 | NOTICE of Statement of Objections to Settlement filed by David Buchanan - Kwik Mart. (Piper, Francine) (Entered: 06/14/2013) | 06/11/2013 |
|  | SCHEDULING ORDER: the court has received Discover's 2655 2657 motion to intervene pursuant to FRCP 24(a) and 24(b). Any opposition to the motion to intervene is to be filed on or before June 21, 2013; a reply, if any, is to be filed by June 28, 2013. Oral argument will be heard on July 9, 2013 at 2:00 p.m. in courtroom 6C South before Judge John Gleeson Ordered by Judge John Gleeson on 6/11/2013. (Merle, Natasha) (Entered: 06/11/2013) | 06/11/2013 |
| 5599 | NOTICE by All Objectors Statement of Objections by Angelo Caputo's Fresh Markets (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5600 | NOTICE by All Objectors Statement of Objections by SDS Furniture Inc. DBA The Furniture Deal (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5601 | NOTICE by All Objectors Statement of Objections by Black Hills Blend Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5602 | NOTICE by All Objectors Statement of Objections by Triple S Ranch Supply Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5603 | NOTICE by All Objectors Statement of Objections by SIDCO Party Store (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5604 | NOTICE by All Objectors Statement of Objections by Speaks Marathon (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5605 | NOTICE by All Objectors Statement of Objections by Kaune's Neighborhood Market Inc. (formerly known as Kaune Foodtown Inc.) (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5606 | NOTICE by All Objectors Statement of Objections by E & K Convenience Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5607 | NOTICE by All Objectors Statement of Objections and Notice of Intent to Appear by Bertha Gutierrez, Esq., sole proprietor of the Law Office of Bertha Gutierrez (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5608 | NOTICE by All Objectors Statement of Objections by GameStop Corp. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5609 | NOTICE by All Objectors Statement of Objections and Attachment by Austaco/Taco Bell and 2BAM, Ltd./Pizza Hut (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5610 | NOTICE by All Objectors Statement of Objections by the Mills Companies: Fleet Wholesale Supply Co., Inc.; Mills Motor, Inc.; Mills Auto Enterprises, Inc.; Willmar Motors, LLC; Mills Auto Center, Inc.; Fleet and Farm of Alexandria, Inc.; Fleet Wholesale Supply of Fergus Falls, Inc.; Fleet and Farm of Green Bay, Inc.; Fleet and Farm of Menomonie, Inc.; Mills Fleet Farm, Inc.; Fleet and Farm of Manitowoc, Inc.; Fleet and Farm of Plymouth, Inc.; Fleet and Farm Supply Company of West Bend, Inc.; Fleet and Farm of Waupaca, Inc.; Mills E-Commerce Enterprises, Inc.; Brainerd Lively Auto LLC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5611 | NOTICE by All Objectors Statement of Objections by PDQ Food Stores, Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5612 | NOTICE by All Objectors Statement of Objections by Mom 'N Dad 'N 16 Kids, Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5613 | NOTICE by All Objectors Statement of Objections by MSJ Enterprises, Inc. dba Baxters General Store (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5614 | NOTICE by All Objectors Statement of Objections and Attachment by Buchanan Oil Corporation (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5615 | NOTICE by All Objectors Statement of Objections by K-VA-T Food Stores, Inc., d/b/a Food City, Super Dollar Discount Foods, Food City Express and Food City Wine and Spirits (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5616 | NOTICE by All Objectors Statement of Objections by National Association of Theatre Owners (NATO) (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5617 | NOTICE by All Objectors Statement of Objections by City of Galveston Texas filed by Dorothy Palumbo, City Attorney (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5618 | NOTICE by All Objectors Statement of Objections and attached Schedule A by Larco Enterprises (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5619 | NOTICE by All Objectors Statement of Objections by City of Missouri City, Texas filed by Edward A. Broussard, City Manager (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5620 | NOTICE by All Objectors Statement of Objections by LDF Food Group, Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5621 | NOTICE by All Objectors Statement of Objections by Ashley Furniture Industries, Inc.; Kingswere Furniture, LLC.; Ashley HomeStores, Ltd.; Rockledge Furniture, LLC.; Stoneledge Furniture, LLC.; Southwestern Furniture of Wisconsin, LLC. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5622 | NOTICE by All Objectors Statement of Objections by SLB of Iowa LC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5623 | NOTICE by All Objectors Opt-Out Letter and Attachments by SLB of Iowa LC and all related entities (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5624 | NOTICE by All Objectors Statement of Objections by HomeTown Food Markets (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5625 | NOTICE by All Objectors Statement of Objections by Hallett Cinemas LLC; Bellevue Galleria Cinemas; Majestic Cinemas; Grand Cinemas (Walla Walla, WA) and Grand Cinemas (Sunnyside, WA) (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5626 | NOTICE by All Objectors Statement of Objections by Domino's F4867 filed by Elvis T. Ancheta (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5627 | NOTICE by All Objectors Statement of Objections by Save Mart Supermarkets (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5628 | NOTICE by All Objectors Statement of Objections and Attachments by Reyes Jewelry & Repair (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5629 | NOTICE by All Objectors Statement of Objections by Englefield Oil Company (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5630 | NOTICE by All Objectors Statement of Objections and Attachment by OCI, Inc. d/b/a Graft Oil Company (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5631 | NOTICE by All Objectors Statement of Objections by Super Jock 'N Jill, LLC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5632 | NOTICE by All Objectors Statement of Objections by Jack Weinsoff DBA Domino's Pizza #7767 (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5633 | NOTICE by All Objectors Statement of Objections by Rastrelli's Restaurant (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5634 | NOTICE by All Objectors Opt-Out Letter and Statement of Objections by AFM 29118 Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5635 | NOTICE by All Objectors Statement of Objections by Colomex Inc. dba Taco Bell (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5636 | NOTICE by All Objectors Statement of Objections by Jafran Ent., Inc. dba Domino's Pizza (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5637 | NOTICE by All Objectors Statement of Objections by City of Corvallis, Oregon filed by James A. Patterson, City Manager (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5638 | NOTICE by All Objectors Statement of Objections and Opt-Out Letter by Ten-in-Ten, Inc. dba Domino's Pizza #1427 and Domino's Pizza #2012 (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5639 | NOTICE by All Objectors Statement of Objections by City of Sequin, Texas filed by Andrew L. Quittner, City Attorney (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5640 | NOTICE by All Objectors Statement of Objections and Notice of Intent to Appear Through Counsel by Alma L. Santos, South Texas Credit Repair and Amy Sarli, Club Fuego (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5641 | NOTICE by All Objectors Statement of Objections by Polson Theatres, Inc., Showboat Cinema, Mountain Cinema, Cottonwood Cinema and Judith Cinema (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5642 | NOTICE by All Objectors Statement of Objections by Dolan Foster Enterprises, LLC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5643 | NOTICE by All Objectors Statement of Objections and Attachment by CenterTwist, Inc. d.b.a. Auntie Anne's Pretzels; CSS Enterprises, d.b.a. Auntie Anne's Pretzels; Tundra Twist LLC, d.b.a. Auntie Anne's Pretzels (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5644 | NOTICE by Rocco's Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5645 | NOTICE by All Objectors Statement of Objections by PRP, Inc. DBA Domino's Pizza (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5646 | NOTICE by All Objectors Statement of Objections by Sanibel Parking Co., Inc. DBA Bailey's General Store (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5647 | NOTICE by The City of Oak Creek, Wisconsin Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5648 | NOTICE by All Objectors Statement of Objections by Barnason's Supermarket, Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5649 | NOTICE by All Objectors Statement of Objections by Ranger Enterprises, Inc. d/b/a Road Ranger (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5650 | NOTICE by All Objectors Statement of Objections by First Ranger Subway, L.L.C. d/b/a Road Ranger Subway (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5651 | Letter by Class Plaintiffs Supporting and Joining Defendants' Rsp [DE 5406] re Motion to Intervene filed by Discover DFS Services LLC and Discover Bank [DE 2655] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 06/12/2013) | 06/12/2013 |
| 5652 | NOTICE by All Objectors Statement of Objections and Attachment by Maybar 101 Associates, LLC; Maybar 102 Associates, LLC; Maybar 103 Associates, LLC; Maybar 104 Associates, LLC; Maybar 105 Associates, LLC; Maybar 106 Associates, LLC; Maybar 107 Associates, LLC; Maybar 108 Associates, LLC; Maybar 109 Associates, LLC; Maybar 110, LLC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5653 | NOTICE by All Objectors Statement of Objections by Avon Quick Mart (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5654 | NOTICE by Sonic Drive In Restaurants Opt Out (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5655 | NOTICE by All Objectors Statement of Objections by Amy's Classic Confections (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5656 | NOTICE by Sonic Drive In Restaurants Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5657 | NOTICE by All Objectors Statement of Objections by Power Corporation DBA Jeff's Grocery (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5658 | NOTICE by All Objectors Opt-Out Letter and Statement of Objections by ZAZ Inc. DBA Quik & Easy 4 (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5659 | NOTICE by All Objectors Statement of Objections by North Prairie Petro Center, LLC dba Bill's Self Serve (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5660 | NOTICE by All Objectors Statement of Objections by V & G Super Foods Inc. dba Riverside Foods (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5661 | NOTICE by All Objectors Opt-Out Letter and Statement of Objections by Denmar Corporation; DenMart Convenience Stores, #2934 Chevron, #7696 Chevron, #8093 Chevron and #8755 Chevron (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5662 | NOTICE by All Objectors Statement of Objections by Guadalajara Furniture (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5663 | NOTICE by All Objectors Statement of Objections and Attachment by Herdrich Petroleum Corporation (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5664 | NOTICE by All Objectors Opt-Out Letter and Statement of Objections by Element and Renew Therapeutic Massage LLC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5665 | NOTICE by All Objectors of Statement of Objections of Boone's Furniture and Gifts, Inc by Julie Boone Isley, President (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5666 | NOTICE by All Objectors of Statement of Objections of Crown Furniture Inc by Charles T. Gibbons (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5667 | NOTICE by All Objectors of Statement of Objections of Beall"s Inc and Subsidiaries and Affiliates by Brian Crowley, CFO (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5668 | NOTICE by All Objectors of Statement of Objections of Edward H. Wolf & Sons, Inc. by Craig S. Wolf (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5669 | NOTICE by All Objectors of Statement of Objections of Thompson's IGA Foods by Mark Francis Thompson (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5670 | NOTICE by All Objectors of Statement of Objections of Hutt Oil Co., Inc. by Mavis Hutt (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5671 | NOTICE by All Objectors Statement of Objections by Sportsman Stop, Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5672 | NOTICE by All Objectors Statement of Objections of Mark Oil Company, Inc. by William O. Tome, Jr. (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5673 | NOTICE by All Objectors Statement of Objections by Wonnenberg Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5674 | NOTICE by All Objectors of Statement of Objections of GES Inc., dba Food Giant by J. Paul Rowton, Vice President (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5675 | NOTICE by All Objectors of Statement of Objections of U-Gas Inc. by Margaret Amend (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5676 | NOTICE by All Objectors Statement of Objections by Taco Bell Restaurants (Bellingham, WA) filed by Earl F. Bell (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5677 | NOTICE by Books on B LLC Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5678 | NOTICE by All Objectors of Statement of Objections of Citi Trends, Inc. by Bruce D. Smith, Chief Financial Officer (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5679 | NOTICE by Frisco Shopping Center Inc. Opt-Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5680 | NOTICE by All Objectors Statement of Objections by Zemco, LLC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5681 | NOTICE by All Objectors of Statement of Objections of Lee Wesley Group, LLC by Arthur Lee (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5682 | NOTICE by All Objectors Statement of Objections by Guertin Enterprises LLC dba Subway (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5683 | NOTICE by Kilgore and Guertin Enterprises Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5684 | NOTICE by All Objectors of Statement of Objections of Lee Wesley Restaurants, LLC/Burger King by Arthur Lee (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5685 | NOTICE by All Objectors Statement of Objections by Kilgore Inc. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5686 | NOTICE by The Homer Bookstore, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5687 | NOTICE by All Objectors of Statement of Objections of Burger King Restaurants Grand Forks/Fargo/Jamestown, North Dakota & Park Rapids, Minnesota by Cindy Dahl (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5688 | NOTICE by All Objectors Statement of Objections by Elden's Fresh Foods (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5689 | NOTICE by All Objectors of Statement of Objections of Triple S by Steven C. Stanfield (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5690 | NOTICE by La Creme, Inc., DBA Mon Ami Gabi - Chicago of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5691 | NOTICE by The City of Portland, Oregon Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5692 | NOTICE by All Objectors Statement of Objections by J&T Enterprises, Inc. DBA Omni Foods Supermarkets, Jackson's Star Market and Omni's Crushed Grapes & More (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5693 | NOTICE by All Objectors of Statement of Objections of Franks Trading Post by Dorothy Ann Frank (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5694 | NOTICE by Mon Ami Bethesda LLC, DBA Mon Ami Gabi - Bethesda of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5695 | NOTICE by New Dixie Oil Corporation Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5696 | NOTICE by Wilderness Acres Opt Out Letter & Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5697 | NOTICE by Mon Ami Gabi Development LLC, DBA Mon Ami Gabi - Oakbrook of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5698 | NOTICE by All Objectors of Statement of Objections of Dehn Retail Stores-Little Canada & Coon Rapids, MN by Rick Allen Dehn (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5699 | NOTICE by Mr. Cartender Inc. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5700 | NOTICE by All Objectors Opt-Out Letter, Statement of Objections and Attachment by Blueox Corporation (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5701 | NOTICE by Mon Ami Reston LLC, DBA Mon Ami Gabi - Reston of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5702 | NOTICE by All Objectors Statement of Objections by Triple S Petroleum Co. (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5703 | NOTICE by All Objectors Statement of Objections by Four Lakes Exxon (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5704 | NOTICE by All Objectors Statement of Objections by MARCH Enterprises, Inc. d/b/a ROOMAX (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5705 | NOTICE by Aoc Food Marts, Inc. Opt Out Letter & Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5706 | NOTICE by All Objectors Opt-Out Letter, Statement of Objections and Attachment by Minit Holdings, LLC (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5707 | NOTICE by All Objectors Statement of Objections and Attachment by Glenwood Restaurants (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5708 | NOTICE by NFG Salem, LLC of Opt Out Letter and Statement of Objections filed by Cheryl Reichenberger (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5709 | NOTICE by All Objectors Statement of Objections by Northwind Book & Fiber (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5710 | NOTICE by AAA Foods Inc. Opt Out Letter & Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5711 | NOTICE by All Objectors Opt-Out Letter and Statement of Objections by O'Neil's Markets, Inc. D/B/A Food for Less (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5712 | NOTICE by NFG Portland, LLC of Opt Out Letter and Statement of Objections filed by Cheryl Reichenberger (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5713 | NOTICE by All Objectors Opt-Out Letter, Statement of Objections and Attachment by Beach Oil Company (Cohen, Bart) (Entered: 06/12/2013) | 06/12/2013 |
| 5714 | NOTICE by All Objectors of Statement of Objections of K & L Foods, Inc. by Robert Mark LeVand (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5715 | NOTICE by NFG Seattle, LLC of Opt Out Letter and Statement of Objections filed by Cheryl Reichenberger (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5716 | NOTICE by Chase's Diner Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5717 | NOTICE by All Objectors of Opt Out Letter and Statement of Objections of Gordonsville Keystop by George Gebhardt, President (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5718 | NOTICE by Shoker Trading Corp. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5719 | NOTICE by E&C Taco, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5720 | NOTICE by All Objectors of Statement of Objections of Clothes Garden, Inc by Connie Kay Templeton (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5721 | NOTICE by Harmony Food Services, LLC Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5722 | NOTICE by Subway 22896 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5723 | NOTICE by All Objectors of Statement of Objections of Welcome Furniture by Weston Lee Wiley (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5724 | NOTICE by Sinclair Oil Corporation Opt-Out Letter (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5725 | NOTICE by French Cafe LLC, DBA Mon Ami Gabi of Statement of Objections filed by Jay L. Stieber (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5726 | NOTICE by Subway 22937 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5727 | NOTICE by All Objectors of Statement of Objections of Circle Bar Truck Corral, Inc. by Lisa Ellen Mitchell (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5728 | NOTICE by All Objectors of Statement of Objections of Mark of Excellence Pizza Company by Matt Benton (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5729 | NOTICE by Seal Pizza, LLC of Opt Out Letter and Statement of Objections filed by Eric William Christianson (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5730 | NOTICE by All Objectors of Statement of Objections of HSN, Inc. by Greg Henchel (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5731 | NOTICE by All Objectors of Statement of Objections of J&K Pizza Inc., dba Primo Pizza by Jason Ryan Holman (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5732 | NOTICE by Subway 38885 Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5733 | NOTICE by All Objectors of Opt Out Letter and Statement of Objections of White Oak Shell by Charles B, Meet (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5734 | NOTICE by Nacional LLC, DBA NACIONAL 27 of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5735 | NOTICE by All Objectors of Statement of Objections of Ramco, Inc. dba Minit Mart, Inc.by Robert Allen Morgan (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5736 | NOTICE by OVS LLC, DBA OSTERIA VIA STATO/PIZZARIA of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5737 | NOTICE by Demeter & Dionysos, Inc. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5738 | NOTICE by Skoglund Oil Company, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5739 | NOTICE by CFM 29101, Inc. Opt-Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5740 | NOTICE by EMB State LP, DBA PAPAGUS - CHICAGO of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5741 | NOTICE by Inkwood, Inc. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5742 | NOTICE by Papagus Oakbrook, Inc., DBA PAPAGUS - OAKBROOK of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5743 | NOTICE by Alameda Theatre and Cineplex, Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5744 | NOTICE of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5745 | NOTICE by Petterino's LLC, DBA PETTERINO'S of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5746 | NOTICE by Grand Jete Opt Out & Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5747 | NOTICE by Oak Brook Seafood LLC, DBA REEL CLUB of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5748 | NOTICE by Lettuce Entertain You Enterprises, Inc., DBA RJ GRUNTS of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5749 | NOTICE by River North Italian LLC, DBA RPM ITALIAN of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5750 | NOTICE by Park Service, Inc. Opt Out Letter and Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5751 | NOTICE Statement of Objections by Adolph Store (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5752 | NOTICE by Neptune Enterprises, Inc. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5753 | NOTICE by Rock King L.P. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5754 | NOTICE by Wildfire Eden Prairie LLC, DBA WILDFIRE - EDEN PRAIRIE of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5755 | NOTICE by Oh Management Inc., Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5756 | NOTICE by City of Ann Arbor, Michigan Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5757 | NOTICE by P&H Service Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5758 | NOTICE by Wildfire Glenview LLC, DBA WILDFIRE - GLENVIEW of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5759 | NOTICE by Wildfire, Inc., DBA WILDFIRE - LINCOLNSHIRE of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5760 | NOTICE by Shanel's Freeze Dried Flowers Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5761 | NOTICE by Hap Management LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5762 | NOTICE by Wildfire, Inc., DBA WILDFIRE - OAK BROOK of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5763 | NOTICE by B&G Food Enterprises, LLC (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5764 | MOTION for Leave to Electronically File Document under Seal Exhibit A and Digital Images of All Exclusion Requests Received Through June 7th (DVD Format) attached to the Report of the Class Administrator by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, Report of Exclusion Requests [Sealed Version], # 2 Image of DVD being filed manually under seal) (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |
| 5765 | NOTICE by Draughtridge Gas & Oil Company Opt Out Letter and Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5766 | NOTICE by Wildfire Schaumburg LLC, DBA WILDFIRE - SCHAUMBURG of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5767 | NOTICE by In-n-Out Burgers Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5768 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Notice Regarding the Filing of Sealed Digital Images on DVD (Attachments: # 1 Image of DVD being filed manually under seal) (Sweeney, Bonny) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5769 | NOTICE by Wildfire Tysons LLC, DBA WILDFIRE - TYSON of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5770 | NOTICE by Mt. Shasta Restaurant Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5771 | NOTICE by Wow Bao Jackson LLC, DBA WOW BAO - JACKSON of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5772 | NOTICE by In-N-Out Burgers Statement of Objections(Declaration of Valerie Sarigumba) (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5773 | NOTICE by Phestigo Shell Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5774 | NOTICE by LJN Management Corp. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5775 | NOTICE by Riverside Pizza Co. Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5776 | NOTICE by Wow Bao Jackson LLC, DBA WOW BAO WIRELESS - JACKSON of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5777 | NOTICE by Growmark FS, LLC Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5778 | NOTICE by EZ Stop Mobil Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5779 | NOTICE by Wow Bao 225 LLC, DBA WOW BAO-MICHIGAN of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5780 | NOTICE Statement of Objections by Albert E. Roy, Inc. (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5781 | NOTICE by Syburg-Walker Restaurants, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5782 | NOTICE by Wow Bao State Lake LLC, DBA WOW BAO - STATE AND LAKE of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5783 | DECLARATION [Report of the Class Administrator] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, Report of Exclusion Requests [Public Version]) (Sweeney, Bonny) (Attachment 1 replaced on 5/5/2021) (Lee, Tiffeny). (Entered: 06/12/2013) | 06/12/2013 |
| 5784 | NOTICE by CD Okemos 10 LLC Statement of Objections (Mason, Robert) (Entered: 06/12/2013) | 06/12/2013 |
| 5785 | NOTICE by Wow Bao Buns LLC, DBA WOW BAO - WATERTOWER of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5786 | NOTICE by Biaggi's Ristorante Italiano, LLC. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5787 | NOTICE by Three Sevens Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5788 | NOTICE by Kremeworks Washington LLC, DBA KRISPY KREME - ISSAQUAH of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5789 | NOTICE by Roland J. Robert, Distributor, Inc. and Super Stop Enterprises, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5790 | NOTICE by OTBP, LLC Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5791 | NOTICE by TimeSaver Food Stores, Co. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5792 | NOTICE by Kremeworks Washington LLC, DBA KRISPY KREME - SPOKANE of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5793 | NOTICE by Purk's Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5794 | NOTICE by Kremeworks Washington LLC, DBA KRISPY KREME - NORTH SEATTLE of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5795 | NOTICE by Opry Bros, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5796 | NOTICE by North State Grocery, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5797 | NOTICE by Kremeworks Washington LLC, DBA KRISPY KREME - SODO of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5798 | NOTICE by Erwin Oil Company, Inc. Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |
| 5799 | NOTICE by Papa Murphy's Take and Bake Pizza Statement of Objections (Boccanfuso, Anthony) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5800 | NOTICE by Kremeworks Washington LLC, DBA KRISPY KREME - BURLINGTON of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5801 | NOTICE by Kremeworks Washington LLC, DBA KRISPY KREME - TACOMA of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5802 | NOTICE by Kremeworks Washington LLC, DBA KRISPY KREME - PUYALLUP of Statement of Objections (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5803 | NOTICE by Payson Professional Management Corp. of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5804 | NOTICE by MCL Main & Alma Restaurant, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5805 | NOTICE by Citgo Quik Mart of Statement of Objections filed by Ed Francois (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5806 | NOTICE by Christina Wallerstein of Statement of Objections filed by Christina Wallerstein (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5807 | NOTICE by MCL Catalina Restaurant, Inc. of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5808 | NOTICE by Tucson Restaurants, Inc. of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5809 | NOTICE by MCL Tucson Alvernon Restaurant, Inc. of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5810 | NOTICE by Lincoln Skyline Deli of Statement of Objections filed by Agueda Balderrama and Terri Schafer (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5811 | NOTICE by MCL Gilbert Road Restaurants, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5812 | NOTICE by MCL Happy Valley Restaurant, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5813 | NOTICE by MCL Camp Verde Restaurant, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5814 | NOTICE by Showtop Restaurants, Inc. of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5815 | NOTICE by MCL River & LaCholla Restaurant, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5816 | NOTICE by Cumberland Farms, Inc & Gulf Oil Limited Partnership of Statement of Objections filed by Mark G. Howard (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5817 | NOTICE by MCL Country Club Restaurant, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5818 | NOTICE by MCL Prescott Restaurants, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5819 | NOTICE by MCL Enterprises, Inc. of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5820 | NOTICE by MCL Whiteriver Restaurant, LLC of Statement of Objections filed by Michael C. Laird (Freimuth, Matthew) (Entered: 06/12/2013) | 06/12/2013 |
| 5821 | NOTICE by ADFP Management, Inc. of Statement of Objections filed by Colleen F. Dunn (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5822 | NOTICE by Watermark Donut Company DBA Dunkin Donuts of Statement of Objections filed by Sean R. Sullivan (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5823 | NOTICE by Epstein Porter 2, LLC DBA Dunkin Donuts of Statement of Objections filed by Sean R. Sullivan (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5824 | NOTICE by Epstein Porter 1, LLC DBA Dunkin Donuts of Statement of Objections filed by Sean R. Sullivan (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5825 | NOTICE by David Michael's Salon, LLC of Statement of Objections filed by Michael Latigona (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5826 | NOTICE by Zuri, Inc. DBA Dunkin Donuts / Baskin Robbins of Statement of Objections filed by Amyn Ali (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5827 | NOTICE by Division "L" DBA Dunkin Donuts of Statement of Objections filed by Amyn Ali (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5828 | NOTICE by Western "L" DBA Dunkin Donuts of Statement of Objections filed by Amyn Ali (Powell, Wesley) (Entered: 06/12/2013) | 06/12/2013 |
| 5829 | NOTICE by All Objectors Limited Objection to Form of Release by City and County of Denver filed by Laurie J. Heydman, Assistant City Attorney (Cohen, Bart) (Entered: 06/13/2013) | 06/13/2013 |
| 5830 | NOTICE by Jordan Pizza, LLC of Opt Out Letter and Statement of Objections filed by Erick William Christianson (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5831 | NOTICE by Dakota Direct Furniture, LLC of Opt Out Letter and Statement of Objections filed by Jason Scott Szczawinski (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5832 | NOTICE by Maverik, Inc. of Opt Out Letter and Statement of Objections filed by Spencer Clawson Hewlett (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5833 | NOTICE by Equilon Enterprises LLC, Motiva Enterprises LLC of Statement of Objections filed by Charles Babcock (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5834 | NOTICE by Shimurima II, Inc., Shimurima, Inc. of Statement of Objections filed by Amyn Ali (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5835 | NOTICE by Gourmet Catalog Inc., Old Warsaw Restaurant of Statement of Objections filed by Gary W. Sibley (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5836 | NOTICE by Swarovski of Statement of Objections filed by Edward J. Capobianco (Attachments: # 1 Exhibit A) (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5837 | NOTICE by David Michael's Salon, LLC of Statement of Objections filed by Michael Latigona (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Freimuth, Matthew) (Entered: 06/13/2013) | 06/13/2013 |
| 5838 | Letter MOTION to Seal Document 4048 Notice(Other), 3531 Notice(Other), 4047 Notice(Other), 3331 Notice(Other), 4045 Notice(Other), 3316 Notice(Other), 4442 Notice(Other), 4088 Notice(Other) and Re-file Redacted by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 06/13/2013) | 06/13/2013 |
| | ORDER: in light of the letters from defendants 5406 and Class Plaintiffs 5651 and the absence of opposition to Discover's motion to intervene, the July 9, 2013 oral argument is canceled. Defendants' request that their response to Discover's objections be due on August 16, 2013 is granted.Ordered by Judge John Gleeson on 6/13/2013. (Merle, Natasha) (Entered: 06/13/2013) | 06/13/2013 |
| | ORDER: the court will be meeting with the court-appointed expert Alan Sykes on June 25, 2013 to discuss, among other things, the procedure by which Mr. Sykes will gather the information he needs in order to advise the court. The parties and the objectors are invited to file a joint submission, on or before June 24, 2013, to propose such a procedure. Ordered by Judge John Gleeson on 6/13/2013. (Merle, Natasha) (Entered: 06/13/2013) | 06/13/2013 |
| 5841 | NOTICE by All Objectors Statement of Objections by Fairview Northland Medical Center - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5842 | NOTICE by All Objectors OPT-OUT Letter by PAQ, Inc. - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5843 | NOTICE by All Objectors Statement of Objections and Addendum by Fairview Oxboro Clinics - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5845 | NOTICE by All Objectors Statement of Objections and Addendum by Fairview Clinics - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5846 | NOTICE by All Objectors Statement of Objections and Attachment by Fairview Health Services - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5847 | NOTICE by All Objectors Statement of Objections by Fairview Auxiliary - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5848 | NOTICE by All Objectors Statement of Objections by Behavioral Healthcare Providers - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5849 | NOTICE by All Objectors Statement of Objections and Addendum by Fairview Pharmacy Services - Redacted (Cohen, Bart) (Entered: 06/14/2013) | 06/14/2013 |
| 5859 | NOTICE of Statement of Objections to Settlement filed by Jeanne Graves. (Piper, Francine) (Entered: 06/21/2013) | 06/14/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 5838 Motion to Seal Document. The Clerk of Court is respectfully directed to seal docket entries 3316 , 3331 , 3531 , 4045 , 4047 , 4048 , 4088 and 4442 . Ordered by Magistrate Judge James Orenstein on 6/14/2013. (Guy, Alicia) (Entered: 06/14/2013) | 06/14/2013 |
| 5858 | NOTICE of Opt-Out Letter/Statement of Objections to Settlement filed by Pankau. CHOXSHI. (Piper, Francine) (Entered: 06/21/2013) | 06/17/2013 |
| 5851 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6264760. by Restoration Hardware, Inc.. (Attachments: # 1 Affidavit in Support Affidavit of J. DeMarco, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order) (Demarco, Joe) (Entered: 06/18/2013) | 06/18/2013 |
| 5852 | NOTICE: Further to the Court's May 29, 2013 Order, Representatives for the parties attest that on June 18, 2013 Brian Dillon, account manager for DTI Global, Inc. returned two (2) boxes containing Opt-Outs and Objections related to the Class Settlement Agreement to Clerk of Court for the United States District Court for the Eastern District of New York. (Brown, Marc) (Entered: 06/18/2013) | 06/18/2013 |
| 5853 | Letter from Trade Association Plaintiffs requesting relief from obligations imposed by Order dated April 24, 2013 (Dkt. #2170) by NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO (Attachments: # 1 Declaration of Jeffrey I. Shinder, # 2 Exhibits 1-10) (Shinder, Jeffrey) (Entered: 06/18/2013) | 06/18/2013 |
| 5854 | ORDER granting 5851 Motion for Leave to Appear Pro Hac Vice -- Attorney Justin S. Chang, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 26, 2013, Mr. Chang shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Chang shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Chang shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 6/19/2013. (Tarpey, Clare) (Entered: 06/19/2013) | 06/19/2013 |
| 5855 | JPMDL Conditional Transfer Order CTO-6: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable John Gleeson. (Marziliano, August) (Entered: 06/19/2013) | 06/19/2013 |
| | ORDER: Daniel Levitan has failed to establish the requirements to intervene in this matter pursuant to FRCP 24, therefore, his 2230 motion is denied. Ordered by Judge John Gleeson on 6/19/2013. (Merle, Natasha) (Entered: 06/19/2013) | 06/19/2013 |
| 5856 | NOTICE of Appearance by Gregory R. Farkas on behalf of Dell Inc. (aty to be noticed) (Farkas, Gregory) (Entered: 06/20/2013) | 06/20/2013 |
| 5857 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6271301. by The Iron Barley Restaurant. (Miller, Steve) (Entered: 06/20/2013) | 06/20/2013 |
| 5860 | NOTICE of Appearance by Justin S. Chang on behalf of Restoration Hardware, Inc. (aty to be noticed) (Chang, Justin) (Entered: 06/24/2013) | 06/24/2013 |
| 5861 | Letter from Class Counsel regarding Report of Class Administrator by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 06/24/2013) | 06/24/2013 |
| 5862 | Letter to the Honorable Judge John Gleeson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 06/24/2013) | 06/24/2013 |
| 5863 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated /Joint Submission of the Parties, Objecting Plaintiffs and Objectors in Response to June 13, 2013 Order Regarding Procedures for Providing Information to Dr. Sykes (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Powell, Wesley) (Entered: 06/24/2013) | 06/24/2013 |
| 5864 | Letter dated 6/18/13 from Anne Coleman, NRAI is unable to locate a viable address for the entity being served. (Piper, Francine) (Entered: 06/25/2013) | 06/24/2013 |
| 5865 | Letter on behalf of Class Plaintiffs responding to Trade Association Plaintiffs' motion (Dkt. No. 5853) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Ryan W. Marth, # 2 Exhibits 1 - 7) (Wildfang, K.) (Modified) (Entered: 06/27/2013) | 06/27/2013 |
| 5866 | Letter dated June 28, 2013 from Class Plaintiffs Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Undlin, Thomas) (Entered: 06/28/2013) | 06/28/2013 |
| 5867 | MOTION to Withdraw as Attorney by National Retail Federation. (Pulver, Adam) (Entered: 06/28/2013) | 06/28/2013 |
| | ORDER granting 5867 Motion to Withdraw as Attorney -- The application is granted; attorney Adam R. Pulver terminated. Ordered by Magistrate Judge James Orenstein on 6/28/2013. (Tarpey, Clare) (Entered: 06/28/2013) | 06/28/2013 |
| 5868 | NOTICE of Change of Firm by Michael M. Buchman (Buchman, Michael) (Entered: 07/01/2013) | 07/01/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5869 | MOTION for Leave to Electronically File Document under Seal [Exhibit A and Digital Images of Exclusion Requests Received from June 7, 2013-June 27, 2013] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, Report of Exclusion Requests [Sealed], # 2 Image of DVD [filed manually under seal]) (Sweeney, Bonny) (Entered: 07/01/2013) | 07/01/2013 |
| 5870 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation [Notice Regarding the Filing of Sealed Digital Images on DVD] (Attachments: # 1 Image of DVD [filed manually under seal]) (Sweeney, Bonny) (Entered: 07/01/2013) | 07/01/2013 |
| 5871 | DECLARATION re 5870 Notice(Other), 5869 MOTION for Leave to Electronically File Document under Seal [Exhibit A and Digital Images of Exclusion Requests Received from June 7, 2013-June 27, 2013] [Second Report of The Class Administrator] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, Report of Exclusion Requests [Public Version]) (Sweeney, Bonny) (Attachment 1 replaced on 5/5/2021) (Lee, Tiffeny). (Entered: 07/01/2013) | 07/01/2013 |
| | ORDER: Class Plaintiffs' request for approval of the Settlement Administrator's request for funding in the amount of $4,172,324.57 from the Cash Settlement Cash Escrow Account is hereby granted. Ordered by Judge John Gleeson on 7/1/2013. (Merle, Natasha) (Entered: 07/01/2013) | 07/01/2013 |
| 5872 | EXHIBIT A to Second Report of the Class Administrator by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Related document: Order on Motion for Leave to Electronically File Document under Seal. (Attachments: # 1 Digital Image of DVD [manually filed under seal]) (Sweeney, Bonny) (Entered: 07/02/2013) | 07/02/2013 |
| 5873 | ORDER establishing the procedures for court appointed expert Dr. Alan O. Sykes. Ordered by Judge John Gleeson on 7/2/2013. (Merle, Natasha) (Entered: 07/02/2013) | 07/02/2013 |
| | ORDER granting 5869 Motion for Leave to Electronically File Document under Seal. Ordered by Judge John Gleeson on 7/2/2013. (Merle, Natasha) (Entered: 07/02/2013) | 07/02/2013 |
| | ORDER granting in Part and Denying in Part Trade Association Plaintiffs' Motion 5853 to be Relieved of Certain Court-Imposed Obligations. The affirmative obligations imposed upon the Trade Association Plaintiffs in my April 11 and April 24, 2013 orders regarding communications with their members and merchants generally are hereby lifted with the exception of the notification obligations established by paragraph 3 of the April 24, 2013 order. The latter notification obligations shall remain in place.Ordered by Judge John Gleeson on 7/2/2013. (Merle, Natasha) (Entered: 07/02/2013) | 07/02/2013 |
| 5876 | Court message dated 6/25/13 from Judge John Gleeson to Dr. Sykes regarding meeting to discuss procedures. (Piper, Francine) (Entered: 07/03/2013) | 07/03/2013 |
| 5877 | NOTICE of Statement of Objections to Settlement filed by George Hauer (Piper, Francine) (Entered: 07/03/2013) | 07/03/2013 |
| 5880 | NOTICE of Statement of Objections to Settlement filed by Larry Frenkel. (Piper, Francine) (Entered: 07/09/2013) | 07/03/2013 |
| 5878 | MOTION to Withdraw as Attorney by Einstein Noah Restaurant Group, Inc., Furniture Row BC, Inc., Furniture Row, LLC. (Laudenslager, Kelly) (Entered: 07/05/2013) | 07/05/2013 |
| 5879 | Letter from Jeffrey I. Shinder to Professor Sykes enclosing expert reports by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) (Entered: 07/08/2013) | 07/08/2013 |
| | ORDER granting 5878 Motion to Withdraw as Attorney -- The application is granted; attorney Kelly A. Laudenslager terminated. Ordered by Magistrate Judge James Orenstein on 7/8/2013. (Tarpey, Clare) (Entered: 07/08/2013) | 07/08/2013 |
| 5881 | ORDER: the parties and objectors shall provide to Dr. Sykes a copy of any material they wish the expert to review on or before July 12, 2013 as described in the attached order. Ordered by Judge John Gleeson on 7/9/2013. (Merle, Natasha) (Entered: 07/09/2013) | 07/09/2013 |
| 5882 | Letter from Matthew Freimuth to Dr. Sykes enclosing expert reports by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 07/10/2013) | 07/10/2013 |
| 5883 | Letter from K. Craig Wildfang to Professor Sykes enclosing expert reports by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/10/2013) | 07/10/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5884 | Letter from Jennifer Selendy to Professor Sykes enclosing Court Materials (DE 2659 and 2657) by DFS Services, LLC, Discover Bank, Discover Financial Services, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 07/10/2013) | 07/10/2013 |
| 5885 | Letter from Owen Glist transmitting materials to Professor Sykes by email by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Glist, Owen) (Entered: 07/10/2013) | 07/10/2013 |
| 5886 | Letter To Dr. Sykes by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Webner, Robert) (Entered: 07/11/2013) | 07/11/2013 |
| 5887 | Letter from Jason A. Yurasek to Dr. Sykes transmitting materials by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation (Yurasek, Jason) (Entered: 07/11/2013) | 07/11/2013 |
| 5888 | Letter to Dr. Alan Sykes by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 07/11/2013) | 07/11/2013 |
|  | Email Notification Test - DO NOT REPLY (Entered: 07/11/2013) | 07/11/2013 |
| 5889 | Letter from Matthew Freimuth to Dr. Sykes by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 07/12/2013) | 07/12/2013 |
| 5890 | Letter [Corrected] from Jason Yurasek to Dr. Sykes forwarding materials [Docket Nos. 1693, 1694 and 2429-2 and 2429-3] for expert review by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation (Yurasek, Jason) (Entered: 07/12/2013) | 07/12/2013 |
| 5891 | Letter to Judge Gleeson regarding objectors' submissions by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/12/2013) | 07/12/2013 |
| 5892 | Letter on behalf of Class Plaintiffs to Professor Sykes by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/12/2013) | 07/12/2013 |
| 5893 | Letter to Professor Alan Sykes by Home Depot U.S.A., Inc. (Neuwirth, Stephen) (Entered: 07/12/2013) | 07/12/2013 |
| 5894 | Letter Response from Jason Yurasek Regarding Letter Regarding Court Materials to Expert (ECF 5892) by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation (Yurasek, Jason) (Entered: 07/12/2013) | 07/12/2013 |
| 5895 | Letter Response from Jason Yurasek to Dr. Sykes Regarding Letter Regarding Court Materials to Expert (ECF 5892) by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation (Yurasek, Jason) (Entered: 07/12/2013) | 07/12/2013 |
| 5896 | Letter Response from Objecting Plaintiffs and Objectors to Class Counsels Letters Regarding Submission of Materials to Expert (ECF 5891, 5892) by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven, Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera Bread, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) (Entered: 07/15/2013) | 07/15/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5897 | Letter to Judge Gleeson regarding submission of materials to Dr. Sykes by DFS Services, LLC, Discover Bank, Discover Financial Services, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 07/15/2013) | 07/15/2013 |
| 5898 | Letter to Judge Gleeson regarding Court's July 2 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/15/2013) | 07/15/2013 |
| 5899 | MOTION to Withdraw as Attorney by Equilon Enterprises LLC, Motiva Enterprises LLC. (Attachments: # 1 Proposed Order) (Babcock, Charles) (Entered: 07/16/2013) | 07/16/2013 |
| 5900 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/16/2013) | 07/16/2013 |
| 5901 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/16/2013) | 07/16/2013 |
|  | ORDER: The confluence of my July 2 and July 9, 2013 orders engendered some confusion with regard to what may be submitted to Professor Sykes. With apologies to all, in the hope of achieving clarity and fairness, and after consulting with Professor Sykes, I hereby notify the parties that Professor Sykes is interested in reviewing all filings in the case that address the merits of the proposed settlement. To the extent that any party wishes to supply him any such document (and has not already done so), they may do so on or before July 19, 2013. In addition, any economic expert reports previously filed in the case may be supplied to Professor Sykes by July 19, 2013. Ordered by Judge John Gleeson on 7/16/2013. (Merle, Natasha) (Entered: 07/16/2013) | 07/16/2013 |
| 5902 | Letter from Robert N. Webner to Dr. Sykes enclosing court materials by WellPoint, Inc. (Webner, Robert) (Entered: 07/17/2013) | 07/17/2013 |
| 5903 | Letter from Gregory R Farkas to Dr Sykes enclosing copy of Dell's Statement of Objection by Dell Inc. (Farkas, Gregory) (Entered: 07/17/2013) | 07/17/2013 |
| 5904 | Letter from Matthew Freimuth to Dr. Sykes by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 07/17/2013) | 07/17/2013 |
|  | ORDER: parties' 5900 stipulation and proposed order is hereby SO ORDERED. Ordered by Judge John Gleeson on 7/17/2013. (Merle, Natasha) (Entered: 07/17/2013) | 07/17/2013 |
|  | ORDER: the parties' 5901 stipulation and proposed order is hereby SO ORDERED. Ordered by Judge John Gleeson on 7/17/2013. (Merle, Natasha) (Entered: 07/17/2013) | 07/17/2013 |
| 5905 | Letter from Robert N. Webner to Dr. Sykes enclosing court materials by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Webner, Robert) (Entered: 07/18/2013) | 07/18/2013 |
| 5906 | Letter from K. Craig Wildfang to Professor Sykes by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/18/2013) | 07/18/2013 |
| 5907 | Letter To Professor Alan O. Sykes by Metropolitan Transportation Authority (Fromm, Helene) (Entered: 07/18/2013) | 07/18/2013 |
| 5908 | Letter from Class Counsel to The Honorable Judge John Gleeson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 07/19/2013) | 07/19/2013 |
| 5909 | NOTICE of Appearance by Adam P. Feinberg on behalf of Blue Cross Blue Shield entities (aty to be noticed) (Feinberg, Adam) (Entered: 07/19/2013) | 07/19/2013 |
| 5910 | NOTICE of Appearance by Anthony F. Shelley on behalf of Blue Cross Blue Shield entities (aty to be noticed) (Shelley, Anthony) (Entered: 07/19/2013) | 07/19/2013 |
| 5911 | Letter from A. Shelley to Dr. Sykes by Blue Cross Blue Shield entities (Shelley, Anthony) (Entered: 07/19/2013) | 07/19/2013 |
| 5912 | Letter of transmittal from Jeffrey I. Shinder to Professor Sykes enclosing Objecting Plaintiffs and Objectors Memorandum in Opposition to Motion for Final Approval of Settlement and Declaration of Jeffrey I. Shinder, with exhibits by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven, Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc., Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera Bread, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) (Entered: 07/19/2013) | 07/19/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5913 | Letter Motion to Compel Unredacted Documentsform Michael J. Canter to The Honorable John Gleeson by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Canter, Michael) Modified on 7/26/2013 to change to motion.(Piper, Francine). (Entered: 07/23/2013) | 07/23/2013 |
| 5914 | Letter Motion to Compel Unredacted Documents from Jeffrey I. Shinder concerning the submission of unredacted material to Professor Sykes. by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Einstein Noah Restaurant Group, Inc., Family Dollar, Inc., Foot Locker, Inc., Furniture Row BC, Inc., Furniture Row, LLC, General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven, Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc., Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) Modified on 7/26/2013 to change to motion. (Piper, Francine). (Entered: 07/23/2013) | 07/23/2013 |
|  | ORDER: Class Counsel's letter request 5908 is granted to the extent that they do not have to serve a hard copy of their August 16, 2013 pleadings in support of final approval of the settlement on all entities that have objected. However, Class Counsel is directed to send a letter in advance of the August 16, 2013 filing to all objectors for whom Class Counsel has addresses, informing them of the availability of the filings on the official settlement website.Ordered by Judge John Gleeson on 7/23/2013. (Merle, Natasha) (Entered: 07/23/2013) | 07/23/2013 |
|  | ORDER: Proponents of the proposed settlement are directed to respond in writing to Target Objectors' 5913 and Objecting Plaintiffs' 5914 letters by July 25, 2013. Ordered by Judge John Gleeson on 7/24/2013. (Merle, Natasha) (Entered: 07/24/2013) | 07/24/2013 |
| 5915 | NOTICE by Buc-ee's Ltd of Attorney in Charge (Merrill, William) (Entered: 07/25/2013) | 07/25/2013 |
| 5916 | Letter from Class Counsel responding to Dkt. Nos. 5913 and 5914 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/25/2013) | 07/25/2013 |
| 5917 | Letter from M. Freimuth to Judge Gleeson by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 07/25/2013) | 07/25/2013 |
| 5918 | Letter from M. Freimuth to Judge Gleeson by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 07/25/2013) | 07/25/2013 |
| 5919 | Letter from Jennifer Selendy to Hon. Judge Gleeson in response to Target Objectors' Letter regarding redacted materials sent to Professor Sykes by DFS Services, LLC, Discover Bank, Discover Financial Services, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 07/25/2013) | 07/25/2013 |
| 5920 | Letter to Judge Gleeson in Response to Objectors' Request for Individual Plaintiffs' Expert Reports by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit 1 - Excerpt 9/27/13 Hrg. Transcript, # 2 Exhibit 2 - Letter Richard Arnold to Judge Orenstein) (Blechman, William) (Entered: 07/25/2013) | 07/25/2013 |
|  | ORDER: defendants' letter request 5917 is granted. Ordered by Judge John Gleeson on 7/26/2013. (Merle, Natasha) (Entered: 07/26/2013) | 07/26/2013 |
|  | ORDER: Target Objectors' 5913 and Objecting Plaintiffs' 5914 requests for unredacted copies of any materials provided to Professor Sykes is respectfully referred to Magistrate Judge Orenstein. Ordered by Judge John Gleeson on 7/26/2013. (Merle, Natasha) (Entered: 07/26/2013) | 07/26/2013 |
| 5921 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/30/2013) | 07/30/2013 |
| 5922 | Letter from Gregory A. Clarick by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Clarick, Gregory) (Entered: 07/31/2013) | 07/31/2013 |
| 5923 | Letter response to Defendants' request for pre-motion conference in 13-cv-3074 by Visa International Service Association, Visa U.S.A. Inc. (Shuster, Michael) (Entered: 07/31/2013) | 07/31/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER: parties' stipulation 5921 is SO ORDERED. Ordered by Judge John Gleeson on 7/31/2013. (Merle, Natasha) (Entered: 07/31/2013) | 07/31/2013 |
| 5924 | NOTICE of Entry of Appearance for St. Louis Airport Taxi, LLC filed by Lawrence C. Sumner. (Counsel has not been added to the docket. Counsel is not admitted in this District) (Piper, Francine) (Entered: 08/05/2013) | 08/01/2013 |
| 5925 | Letter from Objecting Plaintiffs and Objectors responding to Individual Plaintiffs 7/25/13 letter, Dkt. No. 5920 by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) (Entered: 08/07/2013) | 08/07/2013 |
| 5926 | Letter from Objecting Plaintiffs and Objectors requesting the Courts guidance concerning the conduct of the fairness hearing. by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dell Inc., Dillard's, Inc., Drury Hotels Company, LLC, Einstein Noah Restaurant Group, Inc., Enterprise Holdings, Foot Locker, Inc., Furniture Row, LLC, General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven, Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) (Entered: 08/09/2013) | 08/09/2013 |
| 5927 | Letter from Michael J. Canter on behalf of Target Objectors requesting the Court's Guidance Concerning the conduct of the fairness hearing by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Rubin, Kenneth) (Entered: 08/09/2013) | 08/09/2013 |
| 5928 | ORDER denying 5913 Motion to Compel; denying 5914 Motion to Compel -- for the reasons set forth in the attached document, I deny the motions to compel. Ordered by Magistrate Judge James Orenstein on 8/12/2013. (Orenstein, James) (Entered: 08/12/2013) | 08/12/2013 |
| 5929 | Letter to Judge Gleeson responding to the requests for the Court's guidance concerning the conduct of the fairness hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/13/2013) | 08/13/2013 |
| 5930 | Letter re: Request To Be Heard At Fairness Hearing by Home Depot U.S.A., Inc. (Neuwirth, Stephen) (Entered: 08/14/2013) | 08/14/2013 |
| 5931 | Letter from Matthew Freimuth to Judge Gleeson by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Freimuth, Matthew) (Entered: 08/14/2013) | 08/14/2013 |
| | ORDER granting 5899 Motion to Withdraw as Attorney. -- The motion to withdraw is granted; Attorneys Charles Babcock, David Moran, David Folsom, and Bill Cobb are terminated. Any new counsel seeking to appear on behalf of a party must file a notice of appearance and register to receive electronic notice of all filings in this case via the court's ECF docketing system. Ordered by Magistrate Judge James Orenstein on 8/14/2013. (Tarpey, Clare) (Entered: 08/14/2013) | 08/14/2013 |
| 5932 | Letter requesting an opportunity to present oral argument at 9/12/13 Fairness Hearing. (Gentile, Mitchell) (Entered: 08/16/2013) | 08/16/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5933 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., Genesco Inc., Genesee Co-Op Natural Food Store, Inc.,, 7-Eleven Inc., Academy, LLC, Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) (Entered: 08/16/2013) | 08/16/2013 |
| 5934 | MEMORANDUM in Support of Settlement Reforms filed by Plaintiffs in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. v. Visa U.S.A. Inc et al 05-cv-4131-JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Arnold, Richard) (Entered: 08/16/2013) | 08/16/2013 |
| 5935 | Letter regarding the fairness hearing by Cardtronics, Inc. (Shinder, Jeffrey) (Entered: 08/16/2013) | 08/16/2013 |
| 5936 | Letter to Judge Gleeson requesting page extension by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/16/2013) | 08/16/2013 |
| 5937 | REPLY in Support re 2111 MOTION for Settlement [Notice of Motion and Motion for Class Plaintiffs Final Approval of Settlement] filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 08/16/2013) | 08/16/2013 |
| 5938 | MOTION for Leave to Electronically File Document under Seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration Reply Declaration of Alan S. Frankel) (Wildfang, K.) (Entered: 08/16/2013) | 08/16/2013 |
| 5939 | REPLY in Support re 2111 MOTION for Settlement [Notice of Motion and Motion for Class Plaintiffs Final Approval of Settlement] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Exhibit 1 - Supplemental Declaration of K. Craig Wildfang in Further Support of Final Approval, # 2 Exhibit Exhibit 2 - Declaration of Alexandra S. Bernay, # 3 Exhibit Exhibit 3, part 1 - Declaration of Ryan W. Marth, # 4 Exhibit Exhibit 3, part 2 - Declaration of Ryan W. Marth, # 5 Exhibit Exhibit 4 - Reply Declaration of Alan S. Frankel (Redacted), # 6 Exhibit Exhibit 5 - Declaration of H. Theodore Grindal in Support of Final Approval, # 7 Exhibit Exhibit 6 - August 16, 2013 Report of Mike McCormack) (Wildfang, K.) (Attachment 4 replaced on 12/8/2020) (Lee, Tiffeny) (Entered: 08/16/2013) | 08/16/2013 |
| 5940 | REPLY in Support re 2113 MOTION for Attorney Fees [Class Plaintiffs' Notice of Motion and Joint Motion In Support Of Class Plaintiffs' Joint Motion For Award Of Attorneys' Fees, Expenses And Class Plaintiffs' Awards] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1 - Supplemental Declaration of Thomas J. Undlin, # 2 Exhibit 2 - Declaration of Nicole F. J. Hamann on Activities of the Class Administrator, # 3 Exhibit 3 - Declaration of Vincent Archer, # 4 Exhibit 4 - Declaration of Peter Baker, # 5 Exhibit 5 - Declaration of Mitch Goldstone, # 6 Exhibit 6 - Declaration of Abraham Harari, # 7 Exhibit 7 - Declaration of Malcolm McDonald, # 8 Exhibit 8 - Declaration of Deborah Opper, # 9 Exhibit 9 - (Joint) Declaration of Miquel R. Rivera, Esq. and Jay Andrews, Esq., # 10 Exhibit 10 - Declartaion of Michael Schumann, # 11 Exhibit 11 - Declaration of Howard Trachtman, # 12 Exhibit 12 - Declaration of Robert Zuritsky) (Wildfang, K.) (Entered: 08/16/2013) | 08/16/2013 |
| 5941 | MEMORANDUM in Opposition re 2533 Notice of MOTION in Limine to Exclude Valuation Portion of the Declaration of Alan M. Frankel filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 08/16/2013) | 08/16/2013 |
| 5942 | Letter from K. Craig Wildfang to Professor Sykes by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/16/2013) | 08/16/2013 |
| 5943 | Letter Regarding Transmittal of Class Plaintiffs' Final Settlement Materials by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/19/2013) | 08/19/2013 |
| 5944 | Letter to Judge Gleeson from Michael Canter regarding Matthew Freimuth's August 14 Letter Requesting Guidance from the Court by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Rubin, Kenneth) (Entered: 08/19/2013) | 08/19/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5945 | Letter to Dr. Alan Sykes enclosing copy of Individual Plaintiffs' Memorandum in Support of the Settlement Reforms by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 08/19/2013) | 08/19/2013 |
| 5946 | Letter from Matthew Freimuth to Dr. Sykes enclosing briefing by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 08/19/2013) | 08/19/2013 |
| 5947 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Clarick, Gregory) (Entered: 08/20/2013) | 08/20/2013 |
| 5948 | Letter to Professor Sykes attaching Objectors' Recommended Specific Materials from the Existing Case Documents for Professor Sykes' Review by R&M Objectors (Attachments: # 1 Certificate of Service) (Parker, Jerrold) (Entered: 08/20/2013) | 08/20/2013 |
| 5949 | Letter from Jennifer Selendy to The Hon. John Glesson requesting opportunity to speak at September 12, 2013 fairness hearing by DFS Services, LLC, Discover Bank, Discover Financial Services, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 08/21/2013) | 08/21/2013 |
| 5950 | Letter to Judge Gleeson responding to objections made to Judge Orenstein's August 12 Order denying motion to compel production of Individual Plaintiffs' unredacted expert reports by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1) (Arnold, Richard) (Entered: 08/21/2013) | 08/21/2013 |
| 5951 | Letter to Hon. John Gleeson requesting for time to speak at September 12, 2013 fairness hearing by R&M Objectors (Parker, Jerrold) (Entered: 08/21/2013) | 08/21/2013 |
| 5952 | Letter from Philip Korologos to the Hon. Judge Gleeson requesting opportunity to speak at the September 12, 2013 fairness hearing by American Express Co., American Express Publishing Corp., American Express Travel Related Services Company, Inc., Travel Impressions, Ltd. (Korologos, Philip) (Entered: 08/22/2013) | 08/22/2013 |
| 5953 | Letter to Judge Gleeson responding to objections made by Moving Objectors to Judge Orenstein's August 12, 2013 Order by American Express Travel Related Services Company, Inc. (Korologos, Philip) (Entered: 08/22/2013) | 08/22/2013 |
| 5954 | REPLY in Support re 5947 Appeal of Magistrate Judge Decision to District Court, filed by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Clarick, Gregory) (Entered: 08/22/2013) | 08/22/2013 |
| | ORDER granting 5938 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov.. Ordered by Judge John Gleeson on 8/22/2013. (Merle, Natasha) (Entered: 08/22/2013) | 08/22/2013 |
| 5955 | AFFIDAVIT/DECLARATION in Support re 2111 MOTION for Settlement [Notice of Motion and Motion for Class Plaintiffs Final Approval of Settlement] UNDER SEAL - Exhibit 4 to Class Plaintiffs' Reply Memorandum of Law in Further Support of Settlement Final Approval filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 08/23/2013) | 08/23/2013 |
| 5956 | MOTION for Leave to File The Rebuttal Report of Professor Jerry Hausman by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc., Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc.. (Attachments: # 1 Exhibit 1 - Rebuttal Report of Professor Jerry Hausman) (Shinder, Jeffrey) (Entered: 08/23/2013) | 08/23/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5957 | REPLY in Support of FDC's Motion to Opt Out of Rule 23(b)(2) Class Settlement filed by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc.. (Yurasek, Jason) (Entered: 08/23/2013) | 08/23/2013 |
| 5958 | Letter to Hon. John Gleeson Requesting Opportunity to be Heard at September 12, 2013 Hearing by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc. (Yurasek, Jason) (Entered: 08/23/2013) | 08/23/2013 |
|  | ORDER: The objections 5933 5947 to Judge Orenstein's August 12, 2013 order 5928 are overruled. The order is neither clearly erroneous nor contrary to law. Moreover, in light of the standing offer by counsel for the Individual Plaintiffs to objectors' counsel to review the reports at issue, see ECF No. 5950 , which offer shall remain open through the period during which the parties may respond to Dr. Sykes's report, any prejudice to objectors is both minimal and substantially outweighed by the interests protected by the redactions. Ordered by Judge John Gleeson on 8/23/2013. (Merle, Natasha) (Entered: 08/23/2013) | 08/23/2013 |
| 5959 | JPMDL Conditional Transfer Order CTO-8: It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Gleeson. Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable John Gleeson. (Attachments: # 1 Letter requesting case transfer, # 2 Email sent to Texas Eatsren) (Marziliano, August) (Entered: 08/26/2013) | 08/26/2013 |
| 5960 | Letter Class Plaintiffs' Response to Docket No. 5948 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 08/26/2013) | 08/26/2013 |
| 5961 | RESPONSE in Opposition re 5956 MOTION for Leave to File The Rebuttal Report of Professor Jerry Hausman filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 08/26/2013) | 08/26/2013 |
| 5962 | REPLY in Support re 2533 Notice of MOTION in Limine to Exclude Valuation Portion of the Declaration of Alan M. Frankel filed by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Attachments: # 1 Declaration of Michael S. Weisbach) (Clarick, Gregory) (Entered: 08/26/2013) | 08/26/2013 |
| 5963 | Letter from Robert N. Webner to Dr. Sykes enclosing Reply Brief In Support Of Motion In Limine Of The Target Objectors and Reply Declaration of Michael S. Weisbach by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (Webner, Robert) (Entered: 08/26/2013) | 08/26/2013 |
|  | ORDER denying 5956 Motion for Leave to File. Ordered by Judge John Gleeson on 8/26/2013. (Merle, Natasha) (Entered: 08/26/2013) | 08/26/2013 |
| 5964 | Letter from Class Plaintiffs to The Honorable Judge John Gleeson regarding MCAG by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Alexandra S. Bernay and Exhibits 1-4 thereto, # 2 Proposed Order) (Bernay, Alexandra) (Entered: 08/27/2013) | 08/27/2013 |
| 5965 | NOTICE: Report from Court appointed expert Professor Alan O. Sykes. (Merle, Natasha) (Entered: 08/28/2013) | 08/28/2013 |
| 5968 | Notice of Related Case (Davis, Kimberly) (Entered: 09/03/2013) | 08/28/2013 |
| 5966 | Letter correcting factual inaccuracy in Class Plaintiffs' Reply Mem. by Blue Cross Blue Shield entities, WellPoint, Inc. (Feinberg, Adam) (Entered: 08/29/2013) | 08/29/2013 |
| 5967 | Letter MOTION to Compel Inspection and Disclosure of Individual Plaintiffs Settlement Agreements pursuant to Fed. R. Civ. P. 23(e)(3) by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc.. (Shinder, Jeffrey) (Entered: 08/30/2013) | 08/30/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5969 | Letter in Response to 5964 August 27, 2013 Letter from Class Plaintiffs regarding MCAG by Managed Care Advisory Group, Inc. (Whatley, Joe) (Entered: 09/03/2013) | 09/03/2013 |
| 5970 | Letter to Judge Gleeson Requesting Time to Speak at Fairness Hearing by Enterprise Holdings (Sasse, Daniel) (Entered: 09/03/2013) | 09/03/2013 |
| 5971 | Letter in Response to the Letter from Class Plaintiffs To The Honorable Judge John Gleeson regarding MCAG (Doc. No 5964) filed on August 27, 2013 by Heartland Payment Systems, Inc. (Attachments: # 1 Declaration of Honora Moore, # 2 Exhibit A, to the Declaration of Honora Moore) (Brown, Jason) (Entered: 09/03/2013) | 09/03/2013 |
| 5972 | Letter in Response to the Letter from Class Plaintiffs to the Honorable John Gleeson regarding MCAG filed on August 27, 2013 5964 by Global Payments Inc. (Attachments: # 1 Declaration of Kurt Schaeffer, # 2 Exhibit A to Declaration of Kurt Schaeffer, # 3 Exhibit B to Declaration of Kurt Schaeffer, # 4 Exhibit C to Declaration of Kurt Schaeffer) (Wessels-Yen, Amber) (Entered: 09/03/2013) | 09/03/2013 |
| 5973 | ORDER: The fairness hearing set for September 12 will be conducted as stated in the attached order. Ordered by Judge John Gleeson on 9/4/2013. (Merle, Natasha) (Entered: 09/04/2013) | 09/04/2013 |
| 5974 | NOTICE by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation re 5965 Notice (Other) Response Of The Target Objectors To The Memorandum Report Of Dr. Alan O. Sykes (Webner, Robert) (Entered: 09/04/2013) | 09/04/2013 |
| 5975 | ORDER: MCAG, Heartland and Global Payments are ordered to show cause on September 12, 2013 at 12:30 p.m. in courtroom 6C South before Judge John Gleeson, why injunctive relief in substantially the form sought by Class Plaintiffs should not be granted. Class Counsel are ordered to serve a copy of the attached Order to counsel for MCAG, Heartland and Global Payments immediately. Ordered by Judge John Gleeson on 9/4/2013. (Merle, Natasha) (Entered: 09/04/2013) | 09/04/2013 |
| 5976 | Letter to the Honorable John Gleeson by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/04/2013) | 09/04/2013 |
| 5977 | NOTICE by Home Depot U.S.A., Inc. re 5965 Notice (Other) Response to Memorandum of Professor Alan O. Sykes (Neuwirth, Stephen) (Entered: 09/04/2013) | 09/04/2013 |
| 5978 | Letter to The Honorable Judge John Gleeson on behalf of Class Plaintiffs in response to the report of Professor Alan O. Sykes by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/04/2013) | 09/04/2013 |
| 5979 | Letter to Judge Gleeson from Individual Plaintiffs regarding the report of Professor Alan O. Sykes in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Arnold, Richard) (Entered: 09/04/2013) | 09/04/2013 |
| 5980 | Letter [CORRECTED] to the Honorable Judge John Gleeson on behalf of Class Plaintiffs in response to the Report of Professor Alan O. Sykes by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/04/2013) | 09/04/2013 |
| 5981 | NOTICE by Carter's, Inc., Coburn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. re 5965 Notice (Other) Response by Objecting Plaintiffs and Objectors to the Report of Professor Alan O. Sykes (Shinder, Jeffrey) (Entered: 09/04/2013) | 09/04/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5982 | NOTICE by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific, Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. re 5965 Notice (Other) Response by Professor Jerry Hausman to the Report of Professor Alan O. Sykes (Shinder, Jeffrey) (Entered: 09/04/2013) | 09/04/2013 |
| 6004 | NOTICE from D.P. Defate to Court, requesting class action settlement money. (Piper, Francine) (Entered: 09/10/2013) | 09/04/2013 |
| | ORDER re 5967 Letter MOTION to Compel Inspection and Disclosure of Individual Plaintiffs Settlement Agreements pursuant to Fed. R. Civ. P. 23(e)(3) -- The Individual and Class Plaintiffs shall respond by September 9, 2013. Ordered by Magistrate Judge James Orenstein on 9/4/2013. (Rambaud, Dennis) (Entered: 09/04/2013) | 09/04/2013 |
| | ORDER REFERRING MOTION: The motion 5967 by objecting named plaintiffs and certain other objecting merchants for production of the Individual Plaintiffs' settlement agreements is respectfully referred to Judge Orenstein. Ordered by Judge John Gleeson on 9/4/2013. (Merle, Natasha) (Entered: 09/04/2013) | 09/04/2013 |
| 5983 | NOTICE by SuperTest Service Stations of IN, Inc. of Withdrawal of Notice of Intent to Appear at Fairness Hearing (Bond, Tonya) (Entered: 09/05/2013) | 09/05/2013 |
| 5984 | NOTICE by The Iron Barley Restaurant re 5973 Order of Withdrawal of Notice of Intent to Appear at Fairness Hearing (Miller, Steve) (Entered: 09/05/2013) | 09/05/2013 |
| 5985 | Letter to Judge Gleeson from nonparty American Express in response to the September 4, 2013 letter from Individual Plaintiffs regarding the report of Professor Alan O. Sykes (Docket No. 5979) by American Express Travel Related Services Company, Inc. (Korologos, Philip) (Entered: 09/05/2013) | 09/05/2013 |
| 6005 | Letter dated 9/2/13 from Alexander Nathan, requesting to be a part of the visa/mastercard lawsuit. (Piper, Francine) (Entered: 09/10/2013) | 09/05/2013 |
| 5986 | Notice of MOTION to Substitute Party LAJ, Inc., d/b/a Grapevine Wines and Spirits in place of Pinnacle Valley Liquor Store, Inc. by R&M Objectors. (Parker, Jerrold) (Entered: 09/06/2013) | 09/06/2013 |
| 5987 | MOTION to Withdraw as Attorney Amelia N. Jadoo by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 09/06/2013) | 09/06/2013 |
| 5988 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/06/2013) | 09/06/2013 |
| 5989 | NOTICE by Etc. Optical re 2666 Notice(Other) of Withdrawal of Notice of Intent to Appear (Bacharach, N.) (Entered: 09/09/2013) | 09/09/2013 |
| 5990 | NOTICE by Maison Weiss Inc. OF WITHDRAWAL OF NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING (Warren, James) (Entered: 09/09/2013) | 09/09/2013 |
| 5991 | Letter to the Honorable Judge John Gleeson from Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/09/2013) | 09/09/2013 |
| 5992 | ORDER granting 2694 Motion for Leave to Appear Pro Hac Vice -- Attorney Dennis D. Gibson, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 16, 2013, Mr. Gibson shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Gibson shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Gibson shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 9/9/2013. (Rambaud, Dennis) (Entered: 09/09/2013) | 09/09/2013 |
| 5993 | ORDER granting 2547 Motion for Leave to Appear Pro Hac Vice -- Attorney Tonya J. Bond, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 16, 2013, Ms. Bond shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Bond shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Bond shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 9/9/2013. (Rambaud, Dennis) (Entered: 09/09/2013) | 09/09/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 5994 | ORDER granting 5857 Motion for Leave to Appear Pro Hac Vice -- Attorney Steve A. Miller, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 16, 2013, Mr. Miller shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Miller shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Miller shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 9/9/2013. (Rambaud, Dennis) (Entered: 09/09/2013) | 09/09/2013 |
| 5995 | Letter from Wesley Powell to Judge Gleeson on behalf of all defendants by Mastercard Incorporated, Mastercard International Incorporated (Powell, Wesley) (Entered: 09/09/2013) | 09/09/2013 |
| 5996 | Letter in further response to the Letter from Class Plaintiffs to The Honorable Judge John Gleeson regarding MCAG (Doc. No. 5964) filed on August 27, 2013 by Heartland Payment Systems, Inc. (Brown, Jason) (Entered: 09/09/2013) | 09/09/2013 |
| 5997 | Letter to Judge Orenstein responding to Motion to Compel regarding Individual Plaintiffs' Confidential Settlement Agreement by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Arnold, Richard) (Entered: 09/09/2013) | 09/09/2013 |
| 5998 | RESPONSE TO ORDER TO SHOW CAUSE by Managed Care Advisory Group, Inc. (Whatley, Joe) (Entered: 09/09/2013) | 09/09/2013 |
| 5999 | Letter of John F. Cambria in response to order 5975 by Global Payments Inc. (Attachments: # 1 Exhibit A to John F. Cambria Letter, # 2 Declaration of Kurt Schaeffer, # 3 Exhibit 1 to Scheffer Declaration) (Cambria, John) (Entered: 09/09/2013) | 09/09/2013 |
| 6000 | Letter from Keila Ravelo to Judge Gleeson on behalf of MasterCard and Visa by Mastercard Incorporated, Mastercard International Incorporated (Ravelo, Keila) (Entered: 09/09/2013) | 09/09/2013 |
| 6001 | DECLARATION re 5998 Response to Order to Show Cause (Declaration of Timothy Schmidt) by Managed Care Advisory Group, Inc. (Whatley, Joe) (Entered: 09/09/2013) | 09/09/2013 |
| 6002 | DECLARATION re 5998 Response to Order to Show Cause (Declaration of Diana M. Mehochko) by Managed Care Advisory Group, Inc. (Whatley, Joe) (Entered: 09/09/2013) | 09/09/2013 |
| 6003 | Letter of John F. Cambria to the Honorable John Gleeson in response to order 5975 by Global Payments Inc. (Attachments: # 1 Exhibit A to John F. Cambria Letter, # 2 Declaration Declaration of Kurt Schaeffer iin Support, # 3 Exhibit 1 to Schaffer Declaration) (Cambria, John) (Entered: 09/09/2013) | 09/09/2013 |
| | ORDER granting 5986 Motion to Substitute Party. LAJ, Inc., d/b/a Grapevine Wines and Spirits added. Pinnacle Valley Liquor Store, Inc. terminated. Ordered by Magistrate Judge James Orenstein on 9/9/2013. (Rambaud, Dennis) (Entered: 09/09/2013) | 09/09/2013 |
| | ORDER granting 5987 Motion to Withdraw as Attorney. Attorney Amelia N. Jadoo terminated. Ordered by Magistrate Judge James Orenstein on 9/9/2013. (Rambaud, Dennis) (Entered: 09/09/2013) | 09/09/2013 |
| | ORDER re 5988 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 9/9/2013. (Rambaud, Dennis) (Entered: 09/09/2013) | 09/09/2013 |
| | ORDER: the parties' 5988 stipulation is hereby so ordered. Ordered by Judge John Gleeson on 9/9/2013. (Merle, Natasha) (Entered: 09/09/2013) | 09/09/2013 |
| | ORDER: The notice to the class required those who wish to speak at the fairness hearing to file a notice of intention to appear by May 28, 2013. The proponents of settlement and Mr. Shinder (on behalf of the objectors) are respectfully directed to confer and to provide the Court with a list of those who timely filed a proper request to speak. To the extent the notices state the topic(s) to be addressed, the list should briefly indicate the topic(s). The list shall be filed on or before 2:00 pm on September 11.Ordered by Judge John Gleeson on 9/9/2013. (Merle, Natasha) (Entered: 09/09/2013) | 09/09/2013 |
| | ORDER denying 5967 Motion to Compel -- The movants' speculation does not suffice to establish that any agreement among the Individual Plaintiffs and the defendants is an "agreement made in connection with" the proposed settlement of the Class Plaintiffs' claims within the meaning of Federal Rule of Civil Procedure 23(e)(3). I therefore deny the motion without requiring in camera review of any confidential settlement agreement. Ordered by Magistrate Judge James Orenstein on September 9, 2013. (Orenstein, James) (Entered: 09/09/2013) | 09/09/2013 |
| 6006 | Letter enclosing Declarations of Objecting Plaintiffs in Response to Wildfang Reply Declaration and In Opposition to Final Approval by Coborn's Incorporated, D'Agostino Supermarkets, Affiliated Foods Midwest, NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association, Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO (Attachments: # 1 Declaration of Henry Armour of NACS in Response to Wildfang Reply Declaration and in Opposition to Final Approval, # 2 Declaration of Robynn Shrader of NCGA in Response to Wildfang Reply Declaration and in Opposition to Final Approval, # 3 Declaration of Jennifer T. Mallon form NCPA in Response to Wildfang Reply Declaration and in Opposition to Final Approval, # 4 Declaration of Peter J. Larkin of NGA in Response to Wildfang Reply Declaration and in Opposition to Final Approval) (Shinder, Jeffrey) (Entered: 09/10/2013) | 09/10/2013 |
| 6007 | NOTICE of Appearance by Richard E. Norman on behalf of Plaintiffs in Delta Airlines Inc et al v. Visa Inc et al, 1:13-cv-04766-JG-JO (aty to be noticed) (Attachments: # 1 Exhibit) (Norman, Richard) (Entered: 09/10/2013) | 09/10/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6008 | NOTICE of Appearance by Patrick J. Sheehan on behalf of Managed Care Advisory Group, Inc. (aty to be noticed) (Sheehan, Patrick) (Entered: 09/10/2013) | 09/10/2013 |
| 6009 | NOTICE by Dell Inc. of Withdrawal of Notice of Intention to Appear at Fairness Hearing (Farkas, Gregory) (Entered: 09/10/2013) | 09/10/2013 |
| 6010 | MOTION for Leave to Appear Pro Hac Vice of Seth C. Harrington Filing fee $ 25, receipt number 0207-6422554. by Heartland Payment Systems, Inc.. (Attachments: # 1 Declaration of Seth C. Harrington, # 2 Proposed Order) (Harrington, Seth) (Entered: 09/10/2013) | 09/10/2013 |
| 6011 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. re Order on Motion to Compel,, (Shinder, Jeffrey) (Entered: 09/10/2013) | 09/10/2013 |
| 6012 | ORDER: Attached is an order detailing the seating arrangement for the fairness hearing. Ordered by Judge John Gleeson on 9/10/2013. (Merle, Natasha) (Entered: 09/10/2013) | 09/10/2013 |
| 6013 | Letter to Honorable Judge Gleeson in support of 5998 MCAG Response to Order to Show Cause [5975] by Managed Care Advisory Group, Inc. (Attachments: # 1 Declaration of Michael Rosenbaum) (Whatley, Joe) (Entered: 09/10/2013) | 09/10/2013 |
| 6014 | Letter responding to Defendants 9/9/13 Letter regarding objecting/amici states position at the fairness hearing set for 9/12/13 by Amici Objecting States (Gentile, Mitchell) (Entered: 09/10/2013) | 09/10/2013 |
| 6015 | NOTICE of Appearance by John Felix Cambria on behalf of Global Payments Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Cambria, John) (Entered: 09/11/2013) | 09/11/2013 |
| 6016 | RESPONSE TO ORDER TO SHOW CAUSE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Alexandra S. Bernay in support thereof, # 2 Exhibit 1-6 to the Declaration of Alexandra S. Bernay, # 3 Declaration of Michael R. O'Connor in Support of August 27, 2013 Letter Motion) (Bernay, Alexandra) (Entered: 09/11/2013) | 09/11/2013 |
| 6017 | Letter responding to Orders of September 9 and 10, 2013 by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc. (Shinder, Jeffrey) (Entered: 09/11/2013) | 09/11/2013 |
| 6018 | Letter Response to Court's Order of Sept. 10, 2013 re Seating Arrangements for the Sept. 12, 2013 fairness hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/11/2013) | 09/11/2013 |
| 6019 | MOTION for Leave to Appear Pro Hac Vice regarding Thomas P. Thrash Filing fee $ 25, receipt number 0207-6425286. by R&M Objectors. (Attachments: # 1 Proposed Order, # 2 Certificate of Service) (Parker, Jerrold) (Entered: 09/11/2013) | 09/11/2013 |

9/2/25, 11:11 AM                                         app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 6020 | ORDER granting 6010 Motion for Leave to Appear Pro Hac Vice -- Attorney Seth C. Harrington, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 18, 2013, Mr. Harrington shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Harrington shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Harrington shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 9/11/2013. (Rambaud, Dennis) (Entered: 09/11/2013) | 09/11/2013 |
| 6021 | ORDER granting 6019 Motion for Leave to Appear Pro Hac Vice -- Attorney Thomas P. Thrash, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 18, 2013, Mr. Thrash shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Thrash shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Thrash shall also ensure that the $25 admission fee be submitted to the Clerk's Office. SEE ATTACHED DOCUMENT. Ordered by Magistrate Judge James Orenstein on 9/11/2013. (Rambaud, Dennis) (Entered: 09/11/2013) | 09/11/2013 |
| 6022 | Letter from Matthew Freimuth to Judge Gleeson on Behalf of All Defendants by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 09/11/2013) | 09/11/2013 |
| 6023 | Letter from Individual Plaintiffs to Judge Gleeson responding to Objections to Judge Orenstein's September 9, 2013 Order by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit A [DE 5997], # 2 Exhibit B [DE 5991, # 3 Exhibit C [DE 6000]) (Arnold, Richard) (Entered: 09/11/2013) | 09/11/2013 |
| 6024 | Letter from Individual Plaintiffs to Judge Gleeson regarding Objectors' Response to Sykes' Report by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1) (Arnold, Richard) (Entered: 09/11/2013) | 09/11/2013 |
| 6025 | NOTICE of Appearance by Jason Brown on behalf of Heartland Payment Systems, Inc. (aty to be noticed) (Brown, Jason) (Entered: 09/12/2013) | 09/12/2013 |
| 6026 | NOTICE of Appearance by Seth C. Harrington on behalf of Heartland Payment Systems, Inc. (notification declined or already on case) (Harrington, Seth) (Entered: 09/12/2013) | 09/12/2013 |
| 6030 | MOTION for Joinder in the class action settlement. (Piper, Francine) (Entered: 09/20/2013) | 09/12/2013 |
|  | Minute Entry for proceedings held before Judge John Gleeson: Order to Show Cause Hearing held on 9/12/2013 regarding the Plaintiffs' Order to Show Cause on MCAG 5964 and MCAG's response 6016 . The Court has ordered the defendants to stop their conduct immediately and negotiate with class counsel on proposed reliefs to rectify the current situation. The joint proposed relief submission is to be filed to the Court via ECF by no later than 9/27/2013. The parties may also submit separate submissions on any disagreed upon issues by the same date. (Court Reporter Charisse Kitt and Anthony Frisolone.) Associated Cases: 1:05-md-01720-JG-JO et al. (Lee, Ilene) (Entered: 09/12/2013) | 09/12/2013 |
|  | Minute Entry for proceedings held before Judge John Gleeson: Fairness Hearing held on 9/12/2013 regarding the finalized settlement agreement. Class Plaintiffs, Defendants, Objectors and Private Merchants were heard. The Court's decision is reserved and will be filed via ECF separately. (Court Reporter Charisse Kitt and Anthony Frisolone.) Associated Cases: 1:05-md-01720-JG-JO et al. (Lee, Ilene) (Entered: 09/12/2013) | 09/12/2013 |
| 6027 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/13/2013) | 09/13/2013 |
|  | ORDER re 6027 Stipulation filed by Visa U.S.A. Inc. -- So ordered. Ordered by Magistrate Judge James Orenstein on 9/16/2013. (Rambaud, Dennis) (Entered: 09/16/2013) | 09/16/2013 |
| 6028 | NOTICE of Statement of Objections to Settlement filed by Betsy Elgar (Piper, Francine) (Entered: 09/18/2013) | 09/18/2013 |
| 6029 | Letter from Keila Ravelo to Judge Gleeson on behalf of MasterCard and Visa by Mastercard Incorporated, Mastercard International Incorporated (Ravelo, Keila) (Entered: 09/18/2013) | 09/18/2013 |
| 6033 | Letter dated September 16, 2013 from Ciller Waters, requesting participation in the class action case (Piper, Francine) (Entered: 09/25/2013) | 09/18/2013 |
|  | ORDER: Objectors' objected to Judge Orenstein's 6011 September 9, 2013 Order denying disclosure of the settlement agreement between MasterCard, Visa, and the Individual Plaintiffs. Because Judge Orenstein's order is not clearly erroneous or contrary to law, and because I agree, objectors' objection is overruled. Ordered by Judge John Gleeson on 9/19/2013. (Merle, Natasha) Modified on 9/23/2013 to correct link.(Piper, Francine). (Entered: 09/19/2013) | 09/19/2013 |
| 6031 | STIPULATION of Dismissal as to National Cooperative Grocers Association, National Restaurant Association, and Affiliated Foods Midwest Cooperative by Visa International Service Association, Visa U.S.A. Inc. (Shuster, Michael) (Entered: 09/20/2013) | 09/20/2013 |
|  | ORDER: Class Counsel are directed to respond to Mr. Nathan 6005 and Mr. Davis 6030 regarding their letters.Ordered by Judge John Gleeson on 9/20/2013. (Merle, Natasha) (Entered: 09/20/2013) | 09/20/2013 |
| 6032 | Letter by Visa International Service Association, Visa U.S.A. Inc. (Shuster, Michael) (Entered: 09/23/2013) | 09/23/2013 |
|  | ORDER: the parties' 6031 stipulation of dismissal is hereby so ordered. Ordered by Judge John Gleeson on 9/23/2013. (Merle, Natasha) (Entered: 09/23/2013) | 09/23/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 6032 Letter filed by Visa International Service Association, Visa U.S.A. Inc. -- The application is granted on consent. No later than September 26, 2013, the plaintiffs shall submit a letter stating whether they wish to stay setting a briefing schedule on the proposed motions pending the court's resolution of the motion for class settlement in In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, 05-MD-1720 (JG). If the plaintiffs wish to proceed now, their letter should also propose a briefing schedule and address any preliminary procedural issues affecting the motion about which the parties may disagree. Ordered by Magistrate Judge James Orenstein on 9/24/2013. (Guy, Alicia) (Entered: 09/26/2013) | 09/24/2013 |
| 6034 | JPMDL Conditional Transfer Order CTO10: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable John Gleeson. (Attachments: # 1 Email requesting case transfers) (Marziliano, August) (Entered: 09/26/2013) | 09/26/2013 |
| 6035 | Letter by Visa International Service Association, Visa U.S.A. Inc. (Shuster, Michael) (Entered: 09/26/2013) | 09/26/2013 |
| | ORDER: Class Counsel is respectfully directed to respond to Mr. Water's letter 6033 . Ordered by Judge John Gleeson on 9/26/2013. (Merle, Natasha) (Entered: 09/26/2013) | 09/26/2013 |
| 6036 | Letter from the Parties regarding the Court's September 12, 2013 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-2) (Bernay, Alexandra) (Entered: 09/27/2013) | 09/27/2013 |
| 6037 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6463245. by Cox Communications, Inc., Cox Enterprises, Inc., Cox Media Group LLC, G6 Hospitality LLC, Live Nation Entertainment Inc, Manheim Inc, Motel 6 Operating LP. (Attachments: # 1 Affidavit of Brian R. Strange in support of Pro Hac Vice Motion, # 2 Proposed Order) (Strange, Brian) (Entered: 09/30/2013) | 09/30/2013 |
| 6038 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6463421. by Cox Communications, Inc., Cox Enterprises, Inc., Cox Media Group LLC, G6 Hospitality LLC, Live Nation Entertainment Inc, Manheim Inc, Motel 6 Operating LP. (Attachments: # 1 Affidavit of Keith Butler in supposrt of Pro Hac Vice Motion, # 2 Proposed Order) (Butler, Keith) (Entered: 09/30/2013) | 09/30/2013 |
| 6039 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/30/2013) | 09/30/2013 |
| | ORDER re 6039 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 9/30/2013. (Pollock, David) (Entered: 09/30/2013) | 09/30/2013 |
| 6040 | ORDER granting 6038 Motion for Leave to Appear Pro Hac Vice -- Attorney Keith L. Butler, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 8, 2013, Mr. Butler shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Butler shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Butler shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/1/2013. (Pollock, David) (Entered: 10/01/2013) | 10/01/2013 |
| | ORDER denying 6037 Motion for Leave to Appear Pro Hac Vice -- The motion is denied without prejudice to renewal in conformity with this court's local rules, which require that an application for admission pro hac vice include a certificate from the state court of each state in which the applicant is a member of the bar confirming that the applicant is a member in good standing of the state court's bar. See Loc. Civ. R. 1.3(c). The affidavit in support of the motion is incomplete; counsel is respectfully directed to file a complete application. Ordered by Magistrate Judge James Orenstein on 10/1/2013. (Pollock, David) (Entered: 10/01/2013) | 10/01/2013 |
| 6041 | MOTION for Leave to Appear Pro Hac Vice by AutoTrader Group, Inc. Filing fee $ 25, receipt number 0207-6468996. by Cox Communications, Inc., Cox Enterprises, Inc., Cox Media Group LLC, G6 Hospitality LLC, Live Nation Entertainment Inc, Manheim Inc, Motel 6 Operating LP. (Attachments: # 1 Affidavit in support of Pro Hac Vice Motion, # 2 Proposed Order) (Strange, Brian) (Entered: 10/02/2013) | 10/02/2013 |
| 6042 | NOTICE of Appearance by Keith L Butler on behalf of Cox Communications, Inc., Cox Enterprises, Inc., Cox Media Group LLC, G6 Hospitality LLC, Live Nation Entertainment Inc, Manheim Inc, Motel 6 Operating LP (notification declined or already on case) (Butler, Keith) (Entered: 10/02/2013) | 10/02/2013 |
| 6043 | ORDER granting 6041 Motion for Leave to Appear Pro Hac Vice -- Attorney Brian R. Strange, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 9, 2013, Mr. Strange shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Strange shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Strange shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/2/2013. (Pollock, David) (Entered: 10/02/2013) | 10/02/2013 |
| 6044 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/03/2013) | 10/03/2013 |
| 6045 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/03/2013) | 10/03/2013 |
| 6046 | Letter from Class Plaintiffs to Judge Gleeson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/03/2013) | 10/03/2013 |
| 6047 | Letter from Class Plaintiffs to Judge Gleeson correcting attached opinion of Dkt. No. 6046 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/03/2013) | 10/03/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 6044 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 10/3/2013. (Pollock, David) (Entered: 10/03/2013) | 10/03/2013 |
| | ORDER re 6045 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 10/3/2013. (Pollock, David) (Entered: 10/03/2013) | 10/03/2013 |
| 6048 | NOTICE of Appearance by Brian R Strange on behalf of Cox Communications, Inc., Cox Enterprises, Inc., Cox Media Group LLC, G6 Hospitality LLC, Live Nation Entertainment Inc, Manheim Inc, Motel 6 Operating LP (notification declined or already on case) (Strange, Brian) (Entered: 10/04/2013) | 10/04/2013 |
| 6055 | Notice of Statement of Objections to Settlement filed by Robert Towes (Piper, Francine) (Entered: 10/17/2013) | 10/10/2013 |
| 6049 | MOTION for Leave to Appear Pro Hac Vice on behalf of John C. Goodson Filing fee $ 25, receipt number 0207-6494375. by E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc.. (McCahill, Matthew) (Entered: 10/16/2013) | 10/16/2013 |
| 6050 | MOTION for Leave to Appear Pro Hac Vice on behalf of Donald Mattson Keil Filing fee $ 25, receipt number 0207-6494432. by E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc.. (McCahill, Matthew) (Entered: 10/16/2013) | 10/16/2013 |
| 6051 | MOTION for Leave to Appear Pro Hac Vice on behalf of George L. McWilliams Filing fee $ 25, receipt number 0207-6494476. by E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc.. (McCahill, Matthew) (Entered: 10/16/2013) | 10/16/2013 |
| 6052 | ORDER granting 6049 Motion for Leave to Appear Pro Hac Vice -- Attorney John C. Goodson, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 23, 2013, Mr. Goodson shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Goodson shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Goodson shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/16/2013. (Pollock, David) (Entered: 10/16/2013) | 10/16/2013 |
| 6053 | ORDER granting 6050 Motion for Leave to Appear Pro Hac Vice -- Attorney Donald Mattson Keil, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 23, 2013, Mr. Keil shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Keil shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Keil shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/16/2013. (Pollock, David) (Entered: 10/16/2013) | 10/16/2013 |
| 6054 | ORDER granting 6051 Motion for Leave to Appear Pro Hac Vice -- Attorney George L. McWilliams, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 23, 2013, Mr. McWilliams shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. McWilliams shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. McWilliams shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/16/2013. (Pollock, David) (Entered: 10/16/2013) | 10/16/2013 |
| 6056 | MOTION to Withdraw as Attorney by Capital One Bank, Capital One F S B, Capital One Financial Corp. (Attachments: # 1 Proposed Order, # 2 Certificate of Service) (Murata, Kenneth) (Entered: 10/17/2013) | 10/17/2013 |
| 6057 | Letter from Class Plaintiffs Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A- Class Administrator's Funding Request) (Sweeney, Bonny) (Entered: 10/17/2013) | 10/17/2013 |
| 6058 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6500330.. (Cannata, Sam) (Entered: 10/17/2013) | 10/17/2013 |
| | ORDER granting 6056 Motion to Withdraw as Attorney -- The application is granted; Attorney Kenneth T. Murata terminated. Ordered by Magistrate Judge James Orenstein on 10/17/2013. (Pollock, David) (Entered: 10/17/2013) | 10/17/2013 |
| 6059 | ORDER granting 6058 Motion for Leave to Appear Pro Hac Vice -- Attorney Sam P. Cannata, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 25, 2013, Mr. Cannata shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Cannata shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Cannata shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/18/2013. (Pollock, David) (Entered: 10/18/2013) | 10/18/2013 |
| | ORDER granting Class Plaintiffs' 6057 request for approval of the Class Administrator's request for funding in the amount of $1,247,053.89 from the Cash Settlement Cash Escrow Account. Ordered by Judge John Gleeson on 10/18/2013. (Shahabuddin, Tazneen) (Entered: 10/18/2013) | 10/18/2013 |
| 6060 | JPMDL Transfer Order:n Pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable John Gleeson for inclusion in the coordinated or consolidated pretrial proceedings. (Marziliano, August) (Entered: 10/21/2013) | 10/21/2013 |
| 6061 | NOTICE of Appearance by Donald M. Keil on behalf of E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc. (aty to be noticed) (Keil, Donald) (Entered: 10/21/2013) | 10/21/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6062 | NOTICE of Appearance by George L McWilliams on behalf of E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc. (aty to be noticed) (McWilliams, George) (Entered: 10/21/2013) | 10/21/2013 |
| 6063 | NOTICE of Appearance by John C Goodson on behalf of E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc. (aty to be noticed) (Goodson, John) (Entered: 10/21/2013) | 10/21/2013 |
| 6064 | Letter MOTION for Extension of Time to File Answer by Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 10/22/2013) | 10/22/2013 |
| 6065 | NOTICE by Global Payments Inc. /Notice of Termination of Interested-Party Global Payments Inc. Associated Cases: 1:05-md-01720-JG-JO et al. (Cambria, John) (Entered: 10/23/2013) | 10/23/2013 |
|  | ORDER: Class counsel are directed to respond to Mr. Towes regarding his filed 6055 Notice of Statement of Objections to Settlement. Ordered by Judge John Gleeson on 10/23/2013. (Shahabuddin, Tazneen) (Entered: 10/23/2013) | 10/23/2013 |
| 6066 | RESPONSE in Opposition re 6064 Letter MOTION for Extension of Time to File Answer Letter Opposing Letter MOTION for Extension of Time to File Answer (Dkt. 6064) and Requesting Scheduling Conference filed by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc.. (Shinder, Jeffrey) (Entered: 10/25/2013) | 10/25/2013 |
|  | ORDER: Though the body of Global Payments Inc.'s submission 6065 purports to seek relief, it is billed as a "Notice" and was not docketed as a motion. Therefore, to the extent it seeks relief, that request is denied without prejudice. Ordered by Judge John Gleeson on 10/25/2013. (Shahabuddin, Tazneen) (Entered: 10/25/2013) | 10/25/2013 |
|  | ORDER: The Office of the Ohio Attorney General has communicated with court personnel about corrections to the transcript of the September 12, 2013 fairness hearing. The corrections seem appropriate, but the Ohio Attorney General is directed to confer with Class Counsel and Defendants' Counsel with the goal of submitting agreed upon corrections to the court reporter by no later than October 31, 2013. A written status report should be filed by that date. Ordered by Judge John Gleeson on 10/25/2013. (Shahabuddin, Tazneen) (Entered: 10/25/2013) | 10/25/2013 |
| 6067 | NOTICE of Appearance by Jonathan Peter Shaub on behalf of 99 Only Stores (aty to be noticed) (Shaub, Jonathan) (Entered: 10/28/2013) | 10/28/2013 |
| 6068 | NOTICE of Appearance by Jonathan Peter Shaub on behalf of Hermes of Paris, Inc. (aty to be noticed) (Shaub, Jonathan) (Entered: 10/28/2013) | 10/28/2013 |
| 6069 | NOTICE of Appearance by Jonathan Peter Shaub on behalf of Smart & Final Holdings, Inc. (aty to be noticed) (Shaub, Jonathan) (Entered: 10/28/2013) | 10/28/2013 |
| 6070 | Notice of MOTION to Withdraw as Attorney by Smart & Final Holdings, Inc.. (Skinner, Matthew) (Entered: 10/28/2013) | 10/28/2013 |
| 6071 | Notice of MOTION to Withdraw as Attorney by 99 Only Stores. (Skinner, Matthew) (Entered: 10/28/2013) | 10/28/2013 |
| 6072 | Notice of MOTION to Withdraw as Attorney by Hermes of Paris, Inc.. (Skinner, Matthew) (Entered: 10/28/2013) | 10/28/2013 |
|  | ORDER granting 6070 , 6071 , 6072 Motion to Withdraw as Attorney -- The applications are granted; attorney Matthew Jared Skinner is terminated. Ordered by Magistrate Judge James Orenstein on 10/28/2013. (Pollock, David) (Entered: 10/30/2013) | 10/28/2013 |
| 6073 | STATUS REPORT by Class Plaintiffs in Response to the Court's October 25, 2013 Order re Corrections to the Sept 12, 2013 Fairness Hearing Transcript by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 10/31/2013) | 10/31/2013 |
| 6074 | NOTICE of Appearance by Donald R. Hall, Jr on behalf of E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc. (aty to be noticed) (Hall, Donald) (Entered: 11/01/2013) | 11/01/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6075 | NOTICE of Change of address by Michael M. Buchman 600 Third Avenue, 21st Floor, New York, NY 10016 (Buchman, Michael) (Entered: 11/04/2013) | 11/04/2013 |
| 6076 | MOTION for Leave to Appear Pro Hac Vice Douglas Matthews Filing fee $ 25, receipt number 0207-6539004. by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Webner, Robert) (Entered: 11/05/2013) | 11/05/2013 |
| 6077 | MOTION for Leave to Appear Pro Hac Vice Kimberly Weber Herlihy Filing fee $ 25, receipt number 0207-6539092. by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Webner, Robert) (Entered: 11/05/2013) | 11/05/2013 |
| 6078 | MOTION for Leave to Appear Pro Hac Vice James A. Wilson Filing fee $ 25, receipt number 0207-6539139. by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Webner, Robert) (Entered: 11/05/2013) | 11/05/2013 |
| 6079 | MOTION for Leave to Appear Pro Hac Vice Alycia Broz Filing fee $ 25, receipt number 0207-6539168. by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Webner, Robert) (Entered: 11/05/2013) | 11/05/2013 |
| 6080 | ORDER granting 6076 Motion for Leave to Appear Pro Hac Vice -- Attorney Douglas R. Matthews, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 13, 2013, Mr. Matthews shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Matthews shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Matthews shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 11/6/2013. (Pollock, David) (Entered: 11/06/2013) | 11/06/2013 |
| 6081 | ORDER granting 6077 Motion for Leave to Appear Pro Hac Vice -- Attorney Kimberly Weber Herlihy, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 13, 2013, Ms. Herlihy shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Herlihy shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Herlihy shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 11/6/2013. (Pollock, David) (Entered: 11/06/2013) | 11/06/2013 |
| 6082 | ORDER granting 6078 Motion for Leave to Appear Pro Hac Vice -- Attorney James A. Wilson, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 13, 2013, Mr. Wilson shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Wilson shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Wilson shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 11/6/2013. (Pollock, David) (Entered: 11/06/2013) | 11/06/2013 |
| 6083 | ORDER granting 6079 Motion for Leave to Appear Pro Hac Vice -- Attorney Alycia N. Broz, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 13, 2013, Ms. Broz shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Broz shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Broz shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 11/6/2013. (Pollock, David) (Entered: 11/06/2013) | 11/06/2013 |
| 6084 | NOTICE of Appearance by Alycia Nadine Broz on behalf of Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (aty to be noticed) (Broz, Alycia) (Entered: 11/08/2013) | 11/08/2013 |
| 6085 | NOTICE of Appearance by Kimberly Weber Herlihy on behalf of Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (aty to be noticed) (Herlihy, Kimberly) (Entered: 11/08/2013) | 11/08/2013 |
| 6086 | NOTICE of Appearance by James A. Wilson on behalf of Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (aty to be noticed) (Wilson, James) (Entered: 11/08/2013) | 11/08/2013 |
| 6087 | NOTICE of Appearance by Douglas Robert Matthews on behalf of Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (aty to be noticed) (Matthews, Douglas) (Entered: 11/12/2013) | 11/12/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6092 | NOTICE of Statement of Objections to Settlement filed by Mary Louise King. (Piper, Francine) (Entered: 11/20/2013) | 11/13/2013 |
| 6088 | Letter from Class Plaintiffs regarding Settlement Recovery Group, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Alexandra S. Bernay in Support Thereof, # 2 Exhibit 1-2, # 3 Proposed Order) (Bernay, Alexandra) (Entered: 11/14/2013) | 11/14/2013 |
| 6089 | NOTICE by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc. of Supplemental Authority (Attachments: # 1 Exhibit A) (Yurasek, Jason) (Entered: 11/15/2013) | 11/15/2013 |
| 6090 | Letter Concerning Access to Documents Previously Filed Under Seal by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Clarick, Gregory) (Entered: 11/15/2013) | 11/15/2013 |
| 6091 | Letter from Alexandra S. Bernay to the Court regarding recording of telephone solicitation received by class members by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 11/18/2013) | 11/18/2013 |
|  | ORDER: The 6090 letter request for access to documents filed under seal is hereby respectfully referred to Magistrate Judge Orenstein. Ordered by Judge John Gleeson on 11/18/2013. (Shahabuddin, Tazneen) (Entered: 11/18/2013) | 11/18/2013 |
|  | ORDER TO SHOW CAUSE: I have reviewed Class Counsel's application for injunctive relief 6088 directed at Settlement Recovery Group ("SRG"). Class Counsel is directed to effect service of that application and the supporting Bernay declaration immediately on SRG if it has not already. SRG and its principals are hereby directed to show cause on Monday, November 25 at 2:00 P.M. in courtroom 6C South before Judge John Gleeson why (1) the relief requested by Class Counsel should not be ordered and (2) further, why SRG and its principals should not be enjoined from engaging in any manner in claims processing services (through SRG or any other entity) related to any settlement of this case. Papers in opposition to this order to show cause shall be served and filed by 9:30 A.M. on Thursday, November 21; reply papers shall be served and filed by 5:00 P.M. on Friday, November 23. Ordered by Judge John Gleeson on 11/18/2013. (Shahabuddin, Tazneen) (Entered: 11/18/2013) | 11/18/2013 |
|  | ORDER re 6090 Letter filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 -- Any party who wishes to be heard on the instant request may submit a letter setting forth its position by November 21, 2013. Ordered by Magistrate Judge James Orenstein on 11/18/2013. (Pollock, David) (Entered: 11/18/2013) | 11/18/2013 |
| 6093 | Letter from Class Plaintiffs in Response to FDC's Notice of Supplemental Authority (Dkt. No. 6089) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 11/20/2013) | 11/20/2013 |
| 6094 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 09/12/2013, before Judge John Gleeson. Court Reporter/Transcriber Charisse Kitt, Telephone number 718-613-2606. Email address: FCTranscripts@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/11/2013. Redacted Transcript Deadline set for 12/23/2013. Release of Transcript Restriction set for 2/18/2014. (Kitt, Charisse) (Entered: 11/20/2013) | 11/20/2013 |
| 6095 | Letter to Judge Orenstein requesting a one day extension of time to respond to the Target Plaintiffs' letter motion (D.E. 6090) by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Almon, James) (Entered: 11/20/2013) | 11/20/2013 |
| 6096 | REPLY in Opposition Letter in Response to Nov. 15, 2013 letter by Target and 7-Eleven Concerning Access to Documents Previously Filed Under Seal (D.E. 6090) filed by American Express. (Korologos, Philip) (Entered: 11/20/2013) | 11/20/2013 |
| 6097 | NOTICE of Appearance by Neil S. Binder on behalf of Settlement Recovery Group, LLC (aty to be noticed) (Binder, Neil) (Entered: 11/20/2013) | 11/20/2013 |
| 6098 | RESPONSE TO ORDER TO SHOW CAUSE by Settlement Recovery Group, LLC (Attachments: # 1 Declaration in Opposition) (Binder, Neil) (Entered: 11/20/2013) | 11/20/2013 |
|  | ORDER re 6095 Letter filed by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO -- The application is granted; the deadline for the Individual Plaintiffs to respond to the request by the Target Plaintiffs in 6090 is extended until November 22, 2013. Ordered by Magistrate Judge James Orenstein on 11/20/2013. (Pollock, David) (Entered: 11/20/2013) | 11/20/2013 |
| 6099 | NOTICE of Appearance by Frederic S. Fox on behalf of E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc. (aty to be noticed) (Fox, Frederic) (Entered: 11/21/2013) | 11/21/2013 |
| 6100 | NOTICE of Appearance by Robert N. Kaplan on behalf of E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc. (aty to be noticed) (Kaplan, Robert) (Entered: 11/21/2013) | 11/21/2013 |
| 6101 | Letter setting forth the E-Z Mart plaintiffs' position with respect to the letter recently filed by the plaintiffs in the Target and 7-Eleven actions requesting access to all documents previously filed under seal with this Court in MDL 1720 (D.E. No. 6090) by E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., Sheetz, Inc., Susser Holdings Corporation, The Pantry, Inc. (Fox, Frederic) (Entered: 11/21/2013) | 11/21/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6102 | Letter in Response to Nov. 15, 2013 letter by Target and 7-Eleven Concerning Access to Documents Previously Filed Under Seal (D.E. 6090) by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A) (Mason, Robert) (Entered: 11/21/2013) | 11/21/2013 |
| 6103 | Letter in Response to Nov. 15, 2013 letter by Target and 7-Eleven Concerning Access to Documents Previously Filed Under Seal (D.E. 6090) by DFS Services, LLC, Discover Bank, Discover Financial Services (Selendy, Jennifer) (Entered: 11/21/2013) | 11/21/2013 |
| | ORDER: Class Counsel is respectfully directed to respond to MS. King's 6092 letter. Ordered by Judge John Gleeson on 11/21/2013. (Shahabuddin, Tazneen) (Entered: 11/21/2013) | 11/21/2013 |
| 6104 | Letter from Class Plaintiffs in Response to the Court's November 18, 2013 Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Alexandra S. Bernay in support thereof, # 2 Exhibit 1-2 to the Declaration of Alexandra S. Bernay) (Sweeney, Bonny) (Entered: 11/22/2013) | 11/22/2013 |
| 6105 | Letter to The Honorable John Gleeson by Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/22/2013) | 11/22/2013 |
| 6106 | Letter to Judge Orenstein regarding Target and 7-Eleven Plaintiffs' Request for Documents Filed Under Seal by Plaintiffs in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiffs in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiffs in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiffs in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiffs in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiffs in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiffs in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiffs in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiffs in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 11/22/2013) | 11/22/2013 |
| | ORDER: Lane Courkamp, President of Premier Enterprises Group, may participate in the November 25, 2013 hearing telephonically. Class Counsel is directed to bring a phone number where Mr. Courkamp may be reached to the hearing and to notify Mr. Courkamp of this order. Ordered by Judge John Gleeson on 11/22/2013. (Shahabuddin, Tazneen) (Entered: 11/22/2013) | 11/22/2013 |
| 6107 | Letter MOTION to Substitute Party -- Motion to Substitute Charming Sales Co. One., Inc. for Figi's, Inc. in Target Corporation, et al. v. Visa Inc., et al. by Ascena Retail Group, Inc.. (Rubin, Kenneth) (Entered: 11/25/2013) | 11/25/2013 |
| 6108 | Letter to Judge Orenstein Concerning 7-Eleven and Target Plaintiffs Request for Documents Filed Under Seal by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Shinder, Jeffrey) (Entered: 11/25/2013) | 11/25/2013 |
| | ORDER As stated at today's conference, Settlement Recovery Group ("SRG") is ordered to turn over to Class Counsel by the end of the day tomorrow, November 26, 2013, SRG's agreement with Premier Enterprises Group ("Premier"). Class Counsel is directed to file a copy with the Court. In addition, SRG shall turn over on that same schedule the list of merchants that have signed up for SRG's services in relation to any settlement of this case. Also, Class Counsel and counsel for SRG shall submit by noon on Wednesday, November 27, 2013, their agreed-upon measures for correcting the misleading statements that gave rise to Class Counsel's application for relief, together with separate submission (if necessary) regarding any disagreements. In addition, Class Counsel was instructed to convey to counsel for Premier and Lane Courkamp an order from the Court directing both Premier and Courkamp to show cause in writing by the end of the day tomorrow, November 26, 2013 why they should not be enjoined from any involvement of any kind in claims processing with respect to any future settlement of this case. Also, in anticipation of an evidentiary hearing regarding which individuals and which entities should be held responsible for misleading the merchants in the putative class, SRG is directed to apprise Class Counsel by Wednesday, November 27, 2013, of all contacts between SRG and Premier relating in any way to this case. On or before December 6, 2013, Class Counsel shall inform the Court whether, in counsels view, discovery is appropriate before such a hearing occurs. Ordered by Judge John Gleeson on 11/25/2013. (Gleeson, John) (Entered: 11/25/2013) | 11/25/2013 |
| | Minute Entry for proceedings held before Judge John Gleeson: Class Plaintiffs represented by Alexandra Bernay, Esq. Defendant "SRG" represented by Neil S. Binder, Esq. Show Cause Hearing held on 11/25/2013 regarding the Court's Order to Show Cause dated 11/18/2013. (Court Reporter Lisa Schwam.) Associated Cases: 1:05-md-01720-JG-JO et al. (Lee, Ilene) (Entered: 11/25/2013) | 11/25/2013 |
| | ORDER granting 6107 Motion to Substitute Party -- The application is granted; I respectfully direct the clerk to substitute Charming Sales Co. One, Inc., for Figi's Inc., in docket 13-cv-5745 (JG) Target Corporation, et al v. Visa Inc., et al. Ordered by Magistrate Judge James Orenstein on 11/25/2013. (Pollock, David) Modified on 11/26/2013 (Guy, Alicia). (Entered: 11/25/2013) | 11/25/2013 |
| 6109 | MOTION for Leave to Electronically File Document under Seal [Class Plaintiffs Motion for Leave to Electronically File Under Seal Exhibit 1 Attached to the November 26, 2013 Letter from Alexandra S. Bernay] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1 to November 26, 2013 Letter from Alexandra S. Bernay to the Court) (Bernay, Alexandra) (Entered: 11/26/2013) | 11/26/2013 |
| 6110 | Letter from Alexandra S. Bernay to the Honorable Judge John Gleeson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Bernay, Alexandra) (Entered: 11/26/2013) | 11/26/2013 |
| 6111 | RESPONSE TO ORDER TO SHOW CAUSE by Lane Courkamp, Permier Enterprises Group Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-05075-JG-JO (Brown, Daniel) (Entered: 11/26/2013) | 11/26/2013 |
| 6112 | Letter from Class Plaintiffs' to the Honorable Judge John Gleeson in Response to the Court's November 25, 2013 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Proposed Order and Exhibit A thereto) (Sweeney, Bonny) (Entered: 11/27/2013) | 11/27/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6113 | Letter Regarding the Court's 11-25-13 Order by Settlement Recovery Group, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Binder, Neil) (Entered: 11/27/2013) | 11/27/2013 |
| | ORDER granting 6109 Motion for Leave to Electronically File Document under Seal. Ordered by Judge John Gleeson on 11/27/2013. (Shahabuddin, Tazneen) (Entered: 11/27/2013) | 11/27/2013 |
| 6114 | EXHIBIT 1 attached to the November 26, 2013 Letter From Alexandra S. Bernay to the Court [Filed Under Seal] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Related document: 6110 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Order on Motion for Leave to Electronically File Document under Seal. (Sweeney, Bonny) (Entered: 12/02/2013) | 12/02/2013 |
| 6115 | NOTICE of Appearance by Jason A. Zweig on behalf of DSW, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Zweig, Jason) (Entered: 12/02/2013) | 12/02/2013 |
| 6116 | ORDER: Within 10 days, SRG shall send to all class members who signed up with SRG through its referral agreement with Premier the 6112 proposed draft letter. SRG is directed to provide to Class Counsel any materials it or any party soliciting on its behalf proposes to distribute in connection with this action going forward. An evidentiary hearing will be held on January 17, 2014 at 11:30 AM in courtroom 6C South before Judge John Gleeson. The parties shall agree on appropriate discovery pursuant to this Order and direct any discovery-related issues to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on 12/3/2013. Ordered by Judge John Gleeson on 12/3/2013. (Shahabuddin, Tazneen) (Entered: 12/03/2013) | 12/03/2013 |
| 6117 | Letter from Class Counsel in Response to Court's Order of November 25, 2013 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Sweeney, Bonny) (Entered: 12/06/2013) | 12/06/2013 |
| 6118 | STIPULATION Extending Time to Answer Complaint by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/11/2013) | 12/11/2013 |
| 6119 | Letter to Sandra A. Jones re: pro hac vice filing fee by Jetblue Airways Corporation Associated Cases: 1:05-md-01720-JG-JO et al. (Zweig, Jason) (Entered: 12/11/2013) | 12/11/2013 |
| 6120 | STIPULATION Extending Time to Answer Complaint by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/11/2013) | 12/11/2013 |
| 6121 | Letter response to Visa/MasterCard Letter 11-22-2013 by Amici Objecting States (Gentile, Mitchell) (Entered: 12/11/2013) | 12/11/2013 |
| 6122 | STIPULATION Extending Time to Answer Complaint by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/11/2013) | 12/11/2013 |
| 6123 | Letter to the Honorable John Gleeson Requesting a Pre-Motion Conference by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/11/2013) | 12/11/2013 |
| | ORDER re 6118 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered; the defendants shall answer or otherwise respond to the complaint no later than ninety (90) days following the court's decision on the pending motion for final approval of the class settlement. Ordered by Magistrate Judge James Orenstein on 12/11/2013. (Pollock, David) (Entered: 12/11/2013) | 12/11/2013 |
| | ORDER re 6120 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered; the defendants shall answer or otherwise respond to the complaint no later than January 23, 2014. Ordered by Magistrate Judge James Orenstein on 12/11/2013. (Pollock, David) (Entered: 12/11/2013) | 12/11/2013 |
| | ORDER re 6122 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered; the defendants shall answer or otherwise respond to the complaint no later than ninety (90) days following the court's decision on the pending motion for final approval of the class settlement. Ordered by Magistrate Judge James Orenstein on 12/12/2013. (Pollock, David) (Entered: 12/12/2013) | 12/12/2013 |
| | ORDER approving the parties' 6117 updated letter revising the 6112 draft letter to be sent to merchants who signed up with SRG through the SRG/Premier referral agreement. All discovery-related matters presented in Class Counsel's 6117 letter request are respectfully referred to Magistrate Judge Orenstein. Ordered by Judge John Gleeson on 12/12/2013. (Shahabuddin, Tazneen) (Entered: 12/12/2013) | 12/12/2013 |
| 6124 | ORDER in case 1:96-cv-05238-JG-JO; granting (2111) Motion for Settlement in case 1:05-md-01720-JG-JO. For the reasons given in the attached order, the Court certifies the Rule 23(b)(2) and (b)(3) classes for settlement purposes and approves the settlement, with one minor modification as described. The Court defers decision on, and will issue a separate order on, the 2113 matter of attorneys' fees and costs. A status conference will be held on January 10, 2014 at 3:00 PM to discuss next steps in the case in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 12/13/2013. Associated Cases: 1:05-md-01720-JG-JO et al. (Aronoff, Peter) (Entered: 12/13/2013) | 12/13/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6125 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by Carter's, Inc., Coborn's Incorporated, Costco Wholesale Corporation, Crate & Barrel Holdings, Inc., D'Agostino Supermarkets, Darden Restaurants, Inc., David's Bridal, Inc., Dick's Sporting Goods, Inc., Dillard's, Inc., Drury Hotels Company, LLC, Family Dollar, Inc., Foot Locker, Inc., General Nutrition Corporation, d/b/a GNC Store, Genesco Inc., 7-Eleven Inc., Academy, Ltd., Affiliated Foods Midwest, Aldo US Inc., Alon USA Energy, Inc., Amazon.com, Inc., American Eagle Outfitters, Inc., BJ's Wholesale Club, Inc., Barnes & Noble College Booksellers, LLC, Barnes & Nobles, Inc, Best Buy Enterprise Services, Inc., HMSHost Corporation, IKEA North America Services, LLC, J. Crew Group, Inc., Kwik Trip, Inc., Lowe's Companies, Inc., Marathon Petroleum Company LP, Martin's Super Markets, Inc., Michaels Stores, Inc., NATSO, Inc., National Community Pharmacists Association, National Cooperative Grocers Association, National Railroad Passenger Corporation (Amtrak), National Restaurant Association, Nike, Inc., P.C. Richard & Son, Inc., Panda Restaurant Group, Inc., Panera, LLC, Petco Animal Supplies, Inc., Petsmart, Inc., Plaintiffs in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiffs in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiffs in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, RaceTrac Petroleum, Inc., Recreational Equipment, Inc., Retail Industry Leaders Association, Roundy's Supermarkets, Inc., Sears Holdings Corporation, Speedway LLC, Starbucks Corporation, Stein Mart, Inc., The Gap, Inc., The Gymboree Corporation, The Wendy's Company, The Wet Seal, Inc., Thermo Fisher Scientific, Inc., Wal-Mart Stores, Inc., Whole Foods Market Group, Inc., Zappos.com, Inc.. Filing fee $ 505, receipt number 0207-6614959. Appeal Record due by 1/13/2014. (Shinder, Jeffrey) (Entered: 12/13/2013) | 12/13/2013 |
| 6126 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by Home Depot U.S.A., Inc.. Filing fee $ 505, receipt number 0207-6615025. Appeal Record due by 12/27/2013. (Neuwirth, Stephen) (Entered: 12/13/2013) | 12/13/2013 |
| 6127 | MEMORANDUM in Support of Class Counsel's Motion for a Prospective Order Concerning Misleading Third-Party Claims Filing Services filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Bernay, Alexandra) (Entered: 12/13/2013) | 12/13/2013 |
| 6128 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by Bon-Ton Stores, Inc., Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. Filing fee $ 505, receipt number 0207-6616018. (Clarick, Gregory) (Entered: 12/13/2013) | 12/13/2013 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6125 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 12/13/2013) | 12/13/2013 |
| | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6126 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 12/13/2013) | 12/13/2013 |
| | Second Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6128 Notice of Appeal,. (McGee, Mary Ann) (Entered: 12/13/2013) | 12/13/2013 |
| 6129 | NOTICE of Appearance by Sam P. Cannata on behalf of Falls Auto Gallery dba Falls Car Collection (aty to be noticed) (Cannata, Sam) (Entered: 12/16/2013) | 12/16/2013 |
| 6130 | Letter responding to Class Counsel's December 6 letter (Dkt No. 6117) and providing a status update by Settlement Recovery Group, LLC (Schwartz, Wendy) (Entered: 12/17/2013) | 12/17/2013 |
| 6131 | Letter Concerning Access to Documents Previously Filed Under Seal (D.E. 6090) by 7-Eleven, Target, and E-Z Mart Plaintiffs by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Shinder, Jeffrey) (Entered: 12/18/2013) | 12/18/2013 |
| 6132 | Letter to the Honorable John Gleeson by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/18/2013) | 12/18/2013 |
| 6133 | REPLY in Opposition Letter in Response to Dec. 18, 2013 letter by Target, 7-Eleven, and E-Z Mart Plaintiffs Concerning Access to Documents Previously Filed Under Seal filed by American Express. (Korologos, Philip) (Entered: 12/18/2013) | 12/18/2013 |
| 6134 | Letter Responding to Defendants Request for a Pre-Motion Conference (Dkt. No. 6123) by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Shinder, Jeffrey) (Entered: 12/18/2013) | 12/18/2013 |
| 6135 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. Filing fee $ 505, receipt number 0207-6625665. (Selendy, Jennifer) (Entered: 12/19/2013) | 12/19/2013 |
| 6136 | Letter from Class Counsel to The Honorable Judge John Gleeson by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/19/2013) | 12/19/2013 |
| | Third Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6135 Notice of Appeal. (McGee, Mary Ann) (Entered: 12/19/2013) | 12/19/2013 |
| 6137 | ORDER REGARDING MISLEADING THIRD-PARTY CLAIMS FILING SERVICES.. Ordered by Judge John Gleeson on 12/19/2013. (Piper, Francine) (Entered: 12/20/2013) | 12/20/2013 |

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 6138 | NOTICE of Appearance by Eric L. Lewis on behalf of Spectrum Settlement Recovery LLC (aty to be noticed) (Lewis, Eric) (Entered: 12/20/2013) | 12/20/2013 |
| 6139 | Letter to Judge Gleeson regarding Class Counsels motion for a prospective order (Dkt. # 6127) by Spectrum Settlement Recovery LLC (Lewis, Eric) (Entered: 12/20/2013) | 12/20/2013 |
| 6140 | Letter MOTION to Vacate December 20, 2013 Order Granting Class Counsel's Motion For A Prospective Order Concerning Misleading Third-Party Claims Filing Services (Dkt #6137) by Spectrum Settlement Recovery LLC. (Lewis, Eric) (Entered: 12/23/2013) | 12/23/2013 |
|  | ORDER directing the parties to the Definitive Class Settlement Agreement to submit in Word format a proposed Class Settlement Order and Final Judgment, as outlined in 6132 the parties' letter. Ordered by Judge John Gleeson on 12/23/2013. (Shahabuddin, Tazneen) (Entered: 12/23/2013) | 12/23/2013 |
| 6141 | Letter from Class Counsel in response to Spectrum Settlement Recovery by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment A) (Sweeney, Bonny) (Entered: 12/24/2013) | 12/24/2013 |
| 6142 | Letter in response to Class Counsel's December 24, 2013 letter (Dkt. 6141) by Spectrum Settlement Recovery LLC (Lewis, Eric) (Entered: 12/26/2013) | 12/26/2013 |
| 6143 | Letter dated December 16, 2013 from Marion B. Cooper to Judge Gleeson, requesting to be removed from the docket sheet as a party requiring notice of filings. Also advising that the previous Notice of Appearance was filed using the name of Marion B. Johnson instead of the now newly married name of Marion B. Cooper. (Piper, Francine) (Entered: 12/26/2013) | 12/26/2013 |
| 6144 | Letter MOTION to Compel by Settlement Recovery Group, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Binder, Neil) (Entered: 12/26/2013) | 12/26/2013 |
|  | ORDER re 6144 Letter MOTION to Compel filed by Settlement Recovery Group, LLC -- Class Counsel is respectfully directed to respond to the motion by December 31, 2013. Ordered by Magistrate Judge James Orenstein on 12/27/2013. (Mattus, Carolyn) (Entered: 12/27/2013) | 12/27/2013 |
| 6145 | Letter dated December 4, 2013 from Richard White to Judge Gleeson, regarding fee settlement. (Piper, Francine) (Entered: 12/30/2013) | 12/30/2013 |
| 6146 | Letter from Class Plaintiffs in Response to Settlement Recovery Group, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Sweeney, Bonny) (Entered: 12/30/2013) | 12/30/2013 |
| 6147 | ORDER regarding third-party claims filing services' communications with members of the merchant class. Any person or entity wishing to be heard on the 6137 December 20 Order may do so in writing on or before January 3, 2014 and orally in courtroom 6C South before Judge John Gleeson on January 10, 2014 at 3:30 PM. Class Counsel are directed to post a copy of this Order on the website for the case and to serve a copy forthwith on the claims filing services listed in 6127 document 6127-2. Ordered by Judge John Gleeson on 12/30/2013. (Shahabuddin, Tazneen) (Entered: 12/30/2013) | 12/30/2013 |
|  | ORDER granting 6143 letter application to remove attorney Marion B. Cooper from the docket sheet and from the list of counsel requiring notice of court filings. Ordered by Judge John Gleeson on 12/30/2013. Shahabuddin, Tazneen) (Entered: 12/30/2013) | 12/30/2013 |
|  | ORDER: Class Counsel are respectfully directed to respond in writing on or before 1/8/14 to the fears expressed in 6145 the letter from Richard R. White of Dick & Jane, Inc. Ordered by Judge John Gleeson on 12/30/2013. (Shahabuddin, Tazneen) (Entered: 12/30/2013) | 12/30/2013 |
| 6148 | NOTICE OF APPEAL as to (15 in 1:13-cv-03059-JG-JO) Order on Motion for Settlement,, by National Retail Federation. Filing fee $ 505, receipt number 0207-6644744. (Celli, Andrew) (Entered: 01/02/2014) | 01/02/2014 |
| 6149 | Letter to Honorable Judge Gleeson in response to the Court's December 30, 2013 Order 6147 by Managed Care Advisory Group, Inc. (Sheehan, Patrick) (Entered: 01/03/2014) | 01/03/2014 |
| 6150 | MOTION to Vacate December 20 Order by Spectrum Settlement Recovery LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Decl. of David Morgenstein, # 3 Exhibit B - 12/20 E.Lewis Ltr to Judge Gleeson) (Lewis, Eric) (Entered: 01/03/2014) | 01/03/2014 |
| 6151 | Letter from Class Plaintiffs to the Court in Response to Dec 23 2013 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Class Settlement and Final Judgment Order, # 2 Exhibit 1 to Proposed Class Settlement and Final Judgment Order, # 3 Exhibit 2 to Proposed Class Settlement and Final Judgment Order) (Montague, H.) (Entered: 01/06/2014) | 01/06/2014 |
| 6152 | Letter from Class Plaintiffs to the Court in Response to Court's December 30 2013 Order re 6145 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Montague, H.) (Entered: 01/06/2014) | 01/06/2014 |
| 6153 | Letter Brief by Financial Recovery Services, Inc. (Attachments: # 1 [FRS'S PROPOSED] Order Regarding Third-Party Claims Filing Services, # 2 Declaration of Glenn Guior, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F) (Green, Jonathan) (Entered: 01/06/2014) | 01/06/2014 |
| 6159 | MOTION for Extension of Time to File Response/Reply as to 6147 Order,, filed by Class Action Recovery Service. (Piper, Francine) (Entered: 01/08/2014) | 01/06/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Electronic Index to Record on Appeal sent to US Court of Appeals. (46 in 1:07-cv-00592-JG-JO, 94 in 1:05-cv-05881-JG-JO, 16 in 1:13-cv-03059-JG-JO, 47 in 1:06-cv-01830-JG-JO, 47 in 1:06-cv-01829-JG-JO, 193 in 1:05-cv-04650-JG-JO, 142 in 1:05-cv-05352-JG-JO, 159 in 1:05-cv-05081-JG-JO, 148 in 1:05-cv-03925-JG-JO, 170 in 1:05-cv-04194-JG-JO, 199 in 1:05-cv-05319-JG-JO, 95 in 1:05-cv-05883-JG-JO, 161 in 1:05-cv-05070-JG-JO, 47 in 1:06-cv-00078-JG-JO, 6148 in 1:05-md-01720-JG-JO, 156 in 1:05-cv-05866-JG-JO, 47 in 1:06-cv-01831-JG-JO, 54 in 1:06-cv-02534-JG-JO, 160 in 1:05-cv-05069-JG-JO, 94 in 1:05-cv-05882-JG-JO, 138 in 1:05-cv-05153-JG-JO, 152 in 1:05-cv-03924-JG-JO, 89 in 1:05-cv-05880-JG-JO, 36 in 1:06-cv-05583-JG-JO, 47 in 1:01-cv-01832-JG-JO, 94 in 1:05-cv-05884-JG-JO, 194 in 1:05-cv-04799-JG-JO, 142 in 1:04-cv-04131-JG-JO, 167 in 1:05-cv-05075-JG-JO, 92 in 1:05-cv-05870-JG-JO, 146 in 1:05-cv-03800-JG-JO, 183 in 1:05-cv-04728-JG-JO, 1653 in 1:96-cv-05238-JG-JO, 157 in 1:05-cv-05072-JG-JO, 159 in 1:05-cv-05082-JG-JO, 96 in 1:05-cv-05868-JG-JO, 183 in 1:05-cv-05073-JG-JO, 93 in 1:06-cv-00039-JG-JO, 209 in 1:05-cv-04520-JG-JO, 159 in 1:05-cv-05074-JG-JO, 159 in 1:05-cv-05071-JG-JO, 84 in 1:05-cv-05869-JG-JO, 208 in 1:05-cv-04521-JG-JO, 48 in 1:06-cv-05765-JG-JO, 90 in 1:05-cv-05871-JG-JO, 89 in 1:05-cv-05879-JG-JO, 94 in 1:05-cv-05885-JG-JO, 87 in 1:05-cv-05878-JG-JO, 154 in 1:05-cv-05078-JG-JO, 53 in 1:06-cv-02532-JG-JO, 27 in 1:09-cv-03225-JG-JO, 161 in 1:05-cv-05076-JG-JO, 136 in 1:05-cv-04974-JG-JO, 158 in 1:05-cv-05077-JG-JO, 129 in 1:05-cv-04677-JG-JO, 27 in 1:09-cv-02264-JG-JO, 162 in 1:05-cv-05080-JG-JO, 205 in 1:05-cv-05207-JG-JO, 162 in 1:05-cv-05083-JG-JO) Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/06/2014) | 01/06/2014 |
| 6154 | DECLARATION /Third Report of the Class Administrator by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment A, # 2 Attachment B) (Montague, H.) (Entered: 01/07/2014) | 01/07/2014 |
| 6155 | ORDER regarding January 10, 2014 status conference. Ordered by Judge John Gleeson on 1/7/2014. Associated Cases: 1:05-md-01720-JG-JO et al. (Shahabuddin, Tazneen) (Entered: 01/07/2014) | 01/07/2014 |
| 6156 | MEMORANDUM in Opposition re 6150 MOTION to Vacate December 20 Order [Class Counsel's Memorandum of Law in Opposition to Spectrum Settlement Recovery's Motion to Vacate or in the Alternative, Modify the Court's December 20, 2013 Order] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Bernay, Alexandra) (Entered: 01/07/2014) | 01/07/2014 |
| 6157 | Notice of MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6652977. by Listed Entities. (Attachments: # 1 Affidavit of Daniel A. Sasse, # 2 Proposed Order Granting Daniel A. Sasse Admission to Practice Pro Hac Vice) (Currie, Kelly) (Entered: 01/07/2014) | 01/07/2014 |
| 6158 | Notice of MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6652986. by Listed Entities. (Attachments: # 1 Affidavit of Deborah E. Arbabi, # 2 Proposed Order Granting Deborah E. Arbabi Admission to Practice Pro Hac Vice) (Currie, Kelly) (Entered: 01/07/2014) | 01/07/2014 |
| 6160 | Letter dated January 3, 2014 from J.J. Thomas to Judge Gleeson, submitting this letter as an outline of CAC's questions and issues that is believed to benefit the clients and class members. (Piper, Francine) (Entered: 01/08/2014) | 01/08/2014 |
| 6161 | ORDER granting 6158 Motion for Leave to Appear Pro Hac Vice -- Attorney Deborah E. Arbabi, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By January 15, 2014, Ms. Arbabi shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Arbabi shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Arbabi shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 1/8/2014. (Pollock, David) (Entered: 01/08/2014) | 01/08/2014 |
| 6162 | ORDER granting 6157 Motion for Leave to Appear Pro Hac Vice -- Attorney Daniel A. Sasse, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By January 15, 2014, Mr. Sasse shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Sasse shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Sasse shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 1/8/2014. (Pollock, David) (Entered: 01/08/2014) | 01/08/2014 |
| 6163 | STATUS REPORT (Joint) by Plaintiffs and Defendants in Opt-Out Cases and Declaratory Judgment Actions, including by 7-Eleven, Mastercard Incorporated, Mastercard International Incorporated, Target Corporation, Visa International Service Association, Visa U.S.A. Inc. (Herlihy, Kimberly) (Entered: 01/08/2014) | 01/08/2014 |
| 6164 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by American Express Co., American Express Publishing Corp., American Express Travel Related Services Company, Inc., Serve Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee, USA AMEX Assurance Company and Accertify, Inc. . Filing fee $ 505, receipt number 0207-6655524. (Korologos, Philip) Modified on 1/9/2014 (McGee, Mary Ann). Modified on 3/5/2014 (Marziliano, August). (Entered: 01/08/2014) | 01/08/2014 |
| 6165 | REPLY in Support re 6150 MOTION to Vacate December 20 Order filed by Spectrum Settlement Recovery LLC. (Attachments: # 1 Declaration Second Declaration of David Morgenstein, # 2 Declaration Declaration of Cristian Santesteban) (Lewis, Eric) (Entered: 01/08/2014) | 01/08/2014 |
| | ORDER granting 6159 Motion for Extension of Time to File Response/Reply as to 6147 Order. Class Action Recovery Service ("CARS") may respond in writing before close of business tomorrow, January 9, 2014. CARS today electronically submitted a letter application yet to be docketed which requests permission to appear telephonically at the January 10 status conference. That application is denied. Ordered by Judge John Gleeson on 1/8/2014. (Shahabuddin, Tazneen) (Entered: 01/08/2014) | 01/08/2014 |
| 6166 | Motion to Appear by Telephone for Status Conference set for January 10, 2014 at 3:00 filed by Class Action Recovery Service. (Piper, Francine) (Entered: 01/09/2014) | 01/09/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6167 | Letter to the Honorable John Gleeson and the Honorable James Orenstein by Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/09/2014) | 01/09/2014 |
| 6168 | Letter in response to December 20, 2013 Order by Class Action Recovery Service (Campbell, Dennis) (Entered: 01/09/2014) | 01/09/2014 |
| 6170 | MOTION for Leave to Appear Pro Hac Vice by Class Action Recovery Service. (Attachments: # 1 Propose Order, # 2 Receipt of Filing Fee #0207-6658362) Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-05075-JG-JO (Marziliano, August) (Entered: 01/10/2014) | 01/09/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6164 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/09/2014) | 01/09/2014 |
| 6169 | ORDER in case 1:96-cv-05238-JG-JO; granting (2113) Motion for Attorney Fees in case 1:05-md-01720-JG-JO. For the reasons given in the attached order, the Court grants attorneys' fees of $544.8 million and costs and expenses of $27,037,716.97. The request for incentive payments is denied without prejudice to renewal. Ordered by Judge John Gleeson on 1/10/2014. Associated Cases: 1:05-md-01720-JG-JO et al. (Aronoff, Peter) (Entered: 01/10/2014) | 01/10/2014 |
| 6171 | NOTICE of Appearance by Daniel A. Sasse on behalf of Listed Entities (aty to be noticed) (Sasse, Daniel) (Entered: 01/10/2014) | 01/10/2014 |
| 6172 | NOTICE of Appearance by Deborah E. Arbabi on behalf of Listed Entities (aty to be noticed) (Arbabi, Deborah) (Entered: 01/10/2014) | 01/10/2014 |
| 6173 | ORDER granting 6170 Motion for Leave to Appear Pro Hac Vice -- Attorney Dennis M. Campbell, Esq., is permitted to argue or try this case in whole or in part as counsel or advocate. By January 17, 2014, Mr. Campbell shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Campbell shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Campbell shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 1/10/2014. (Pollock, David) (Entered: 01/10/2014) | 01/10/2014 |
| 6174 | NOTICE OF APPEAL by Objectors State of California and State of Arizona. Appeal Record due by 1/13/2014. (Pachter, Tamar) Modified on 6/4/2014 (Marziliano, August). Modified on 6/4/2014 (Marziliano, August). (Entered: 01/10/2014) | 01/10/2014 |
| 6175 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by R&M Objectors. Filing fee $ 505, receipt number 0207-6661163. Appeal Record due by 1/14/2014. (Parker, Jerrold) (Entered: 01/10/2014) | 01/10/2014 |
| 6176 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by Blue Cross Blue Shield entities, WellPoint, Inc.. Filing fee $ 505, receipt number 0207-6661901. Appeal Record due by 1/14/2014. (Schwartz, Wendy) (Entered: 01/10/2014) | 01/10/2014 |
| 6177 | Minute Entry for proceedings held before Judge John Gleeson and Judge Orenstein: Case called. (Please see attached sheet for attorney appearances.) Status Conference held on 1/10/2014 regarding various motions 2113 , 6140 , 6144 , 6150 and other more recent opt-out cases. The Court is going to look into consolidating the opt-out cases at this time. A joint Status Report regarding any discovery issues shall be filed by 2/10/14 to Judge Orenstein. A further conference was held with counsel from the claim processors. These joint submissions between the claim processors and class counsel shall be filed by 2/7/14 to Judge Gleeson. The Hearing with SRG remains scheduled on Friday, January 17, 2014 at 11:30 AM in courtroom 6C South before Judge John Gleeson. The Court will also issue a separate order via ECF.(Anyone seeking to order a copy of this transcript may contact Lisa Schmid via email at: LisaSchmidCCR.RMR@gmail.com) (Court Reporter Lisa Schmid.) Associated Cases: 1:05-md-01720-JG-JO et al. (Lee, Ilene) (Lee, Ilene). (Entered: 01/10/2014) | 01/10/2014 |
| 6178 | NOTICE OF APPEAL as to 6169 Order on Motion for Attorney Fees, 6124 Order on Motion for Settlement,, by Daniel Hall aand Rick Bandas. Appeal Record due by 1/14/2014. (Attachments: # 1 Exhibit A - Order approving settlement, # 2 Exhibit B - Order awarding attorneys fees) (Stein, David) Modified on 2/14/2014 (Marziliano, August). (Entered: 01/10/2014) | 01/10/2014 |
| 6179 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by First Data Corporation, First Data Government Solutions, First Data Merchant Services Corporation, TASQ Technology, Inc., TRS Recovery Services Inc., Telecheck Services Inc.. Filing fee $ 505, receipt number 0207-6662073. (Yurasek, Jason) (Entered: 01/10/2014) | 01/10/2014 |
| 6180 | NOTICE OF APPEAL as to 6169 Order on Motion for Attorney Fees, 6124 Order on Motion for Settlement,, by Jon M Zimmerman. Filing fee $ 505, receipt number 0207-6662110. Appeal Record due by 1/14/2014. (Furman, Joshua) (Entered: 01/10/2014) | 01/10/2014 |
| 6181 | NOTICE of Appearance by Benjamin R. Rossen on behalf of Wells Fargo & Company (aty to be noticed) (Rossen, Benjamin) (Entered: 01/10/2014) | 01/10/2014 |
| 6182 | NOTICE OF APPEAL as to 6169 Order on Motion for Attorney Fees, 6124 Order on Motion for Settlement,, by The Iron Barley Restaurant. Filing fee $ 505, receipt number 0207-6662127. Appeal Record due by 1/14/2014. (Miller, Steve) (Entered: 01/10/2014) | 01/10/2014 |
| | APPEAL FILING FEE DUE re 6174 Notice of Appeal Please either come to the clerks office or mail the filing fee in the amount of $505.00. (McGee, Mary Ann) Modified on 1/14/2014 (McGee, Mary Ann). (Entered: 01/14/2014) | 01/10/2014 |
| 6183 | NOTICE OF APPEAL by Falls Auto Gallery dba Falls Car Collection. Appeal Record due by 1/14/2014. (Cannata, Sam) (Entered: 01/11/2014) | 01/11/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | APPEAL FILING FEE DUE re 6183 Notice of Appeal Please either come to the clerks office or mail the filing fee in the amount of $505.00. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/11/2014 |
| 6184 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 01/10/2014, before Judge John Gleeson. Court Reporter/Transcriber Lisa Schmid, Telephone number (718)613-2644. Email address: LisaSchmidCCR.RMR@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/3/2014. Redacted Transcript Deadline set for 2/13/2014. Release of Transcript Restriction set for 4/14/2014. (Schmid, Lisa) (Entered: 01/13/2014) | 01/13/2014 |
| 6185 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 01/10/2014, before Judge John Gleeson. Court Reporter/Transcriber Lisa Schmid, Telephone number (718)613-2644. Email address: LisaSchmidCCR.RMR@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/3/2014. Redacted Transcript Deadline set for 2/13/2014. Release of Transcript Restriction set for 4/14/2014. (Schmid, Lisa) (Entered: 01/13/2014) | 01/13/2014 |
| 6186 | Letter dated 1/9/14 from Dennis Campbell, Tania Varela to Judge Gleeson, requesting modification of the December 20, 2013 order. (Piper, Francine) (Entered: 01/13/2014) | 01/13/2014 |
| 6187 | NOTICE of Appearance by Dennis M. Campbell on behalf of Class Action Recovery Services (aty to be noticed) (Campbell, Dennis) (Entered: 01/13/2014) | 01/13/2014 |
| 6188 | NOTICE OF APPEAL by Fiesta Restaurant Group, Inc.. Filing fee $ 505, receipt number 0207-6663394. (Greenberg, Sanford) (Entered: 01/13/2014) | 01/13/2014 |
| 6189 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by OBJECTOR U.S. Public Research Interest Group. Filing fee $ 505, receipt number 0207-6663695. (Begleiter, Robert) Modified on 3/20/2014 to change party text from Amicus to Objector. (Marziliano, August). (Entered: 01/13/2014) | 01/13/2014 |
| 6190 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by Consumer Union of United States, Inc. d/b/a Consumer Reports. Filing fee $ 505, receipt number 0207-6663719. (Begleiter, Robert) (Entered: 01/13/2014) | 01/13/2014 |
| 6191 | Letter from Class Counsel enclosing Proposed Final Judgments concerning Fees and Expenses by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Final Judgment Awarding Attorneys' Fees, # 2 Proposed Final Judgment Awarding Expenses) (Davidoff, Merrill) (Entered: 01/13/2014) | 01/13/2014 |
| 6192 | NOTICE OF APPEAL by Etc. Optical. Filing fee $ 505, receipt number 0207-6663904. (Bacharach, N.) (Entered: 01/13/2014) | 01/13/2014 |
| 6193 | ORDER regarding third-party claims filing companies. Ordered by Judge John Gleeson on 1/13/2014. (Shahabuddin, Tazneen) (Entered: 01/13/2014) | 01/13/2014 |
| 6194 | NOTICE OF APPEAL by Vicente Consulting LLC as to 6124 and 6169 Order on Motion for Settlement, Filing fee $ 505, receipt number 0207-6665612. (Siegel, Edward) Modified on 3/17/2014 (Marziliano, August). (Entered: 01/13/2014) | 01/13/2014 |
| 6195 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by Furniture Row BC, Inc., Furniture Row, LLC. Filing fee $ 505, receipt number 0207-6665638. Appeal Record due by 1/27/2014. (Attachments: # 1 Exhibit A) (Alper, Michael) (Entered: 01/13/2014) | 01/13/2014 |
| 6196 | NOTICE OF APPEAL as to 6124 Order on Motion for Settlement,, by Einstein Noah Restaurant Group, Inc.. Filing fee $ 505, receipt number 0207-6665647. Appeal Record due by 1/27/2014. (Attachments: # 1 Exhibit A) (Alper, Michael) (Entered: 01/13/2014) | 01/13/2014 |
| | ORDER granting in part and denying in part 6144 Motion to Compel -- as set forth on the record at the hearing on January 10, 2014, the class plaintiffs will provide notice of the witnesses and records they anticipate introducing at the hearing; in all other respects the motion to compel is denied. Ordered by Magistrate Judge James Orenstein on 1/13/2014. (Orenstein, James) (Entered: 01/13/2014) | 01/13/2014 |
| | ORDER denying 2533 Motion in Limine: The motion to exclude part of the declaration of Dr. Alan Frankel is denied. Ordered by Judge John Gleeson on 1/13/2014. (Shahabuddin, Tazneen) (Entered: 01/13/2014) | 01/13/2014 |
| 6197 | FINAL JUDGMENT AWARDING ATTORNEYS FEES in the amount of $544,800,000.. Ordered by Judge John Gleeson on 1/14/2014. (Piper, Francine) (Entered: 01/14/2014) | 01/14/2014 |
| 6198 | FINAL JUDGMENT AWARDING EXPENSES in the amount of $27,037,716.97.. Ordered by Judge John Gleeson on 1/14/2014. (Piper, Francine) (Entered: 01/14/2014) | 01/14/2014 |
| 6199 | CLASS SETTLEMENT ORDER AND FINAL JUDGMENT.. Ordered by Judge John Gleeson on 1/14/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Piper, Francine) (Entered: 01/14/2014) | 01/14/2014 |
| 6200 | NOTICE of Change of Address and Firm Affiliation by Justin S. Chang (Chang, Justin) (Entered: 01/14/2014) | 01/14/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6201 | MOTION for Leave to Electronically File Document under Seal Attachment "B", Report of Exclusion Requests - Sealed Version and Digital Images of Timely and Properly Made Exclusion Requests Attached to the Third Report of the Class Administrator, Filed January 7, 2014 6174 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 SEALED Version of Attachment B, Report of Exclusions to Third Report of the Class Administrator 6174 , # 2 Image of DVD - Digital Images of Timely and Properly Made Exclusion Requests [to be filed manually under seal]) (Montague, H.) (Entered: 01/14/2014) | 01/14/2014 |
| 6204 | USCA Appeal Fees received $ 505.00 receipt number 4653068861 re 6178 Notice of Appeal, filed by Daniel Hall (McGee, Mary Ann) (Entered: 01/15/2014) | 01/14/2014 |
| | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6174 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Second Supplemtal Electronic Index to Record on Appeal sent to US Court of Appeals. 6175 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Third Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6176 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | 4th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6178 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Fifth Electronic Index to Record on Appeal sent to US Court of Appeals. 6180 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Sixth Electronic Index to Record on Appeal sent to US Court of Appeals. 6179 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Seventh Electronic Index to Record on Appeal sent to US Court of Appeals. 6182 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Eighth Electronic Index to Record on Appeal sent to US Court of Appeals. 6183 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Ninth Electronic Index to Record on Appeal sent to US Court of Appeals. 6188 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | Tenth Electronic Index to Record on Appeal sent to US Court of Appeals. 6189 Notice of Appeal by Objector U.S. Public Research Interest Group Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) Modified on 3/20/2014 to change party title from Amicus to Objector (Marziliano, August). (Entered: 01/14/2014) | 01/14/2014 |
| | 11th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6190 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | 12th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6192 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | 13th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6194 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | 14th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6195 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |
| | 15th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6196 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/14/2014) | 01/14/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER: The 6151 Class Settlement and Final Judgment Order, 6191 Final Judgment Awarding Attorneys' Fees, and 6191 Final Judgment Awarding Expenses have been signed by the Court and sent to be docketed. Ordered by Judge John Gleeson on 1/14/2014. (Shahabuddin, Taznee) (Entered: 01/14/2014) | 01/14/2014 |
| 6202 | EXHIBIT SEALED Version of Attachment B to the Third Report of Class Administrator 6154 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Related document: 6154 Declaration filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Image of DVD / Digital Images of Timely and Properly Made Exclusion Requests Through Dec 31 2013 [Filed Manually Under Seal]) (Montague, H.) (Entered: 01/15/2014) | 01/15/2014 |
| 6203 | USCA Appeal Fees received $ 505.00 receipt number 4653068993 re 6174 Notice of Appeal filed by Amici Objecting States. (McGee, Mary Ann) (Entered: 01/15/2014) | 01/15/2014 |
| 6205 | USCA Appeal Fees received $ 505.00 receipt number 4653068861 re 6178 Notice of Appeal, filed by Daniel Hall (McGee, Mary Ann) (Entered: 01/15/2014) | 01/15/2014 |
| 6206 | JPMDL Conditional Transfer Order: pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable John Gleeson for inclusion in the coordinated or consolidated pretrial proceedings. (Attachments: # 1 transfer request, # 2 tranfer request) (Marziliano, August) (Entered: 01/15/2014) | 01/15/2014 |
| 6207 | PRETRIAL MEMORANDUM by Settlement Recovery Group, LLC (Binder, Neil) (Entered: 01/15/2014) | 01/15/2014 |
| | ORDER granting 6201 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge John Gleeson on 1/15/2014. (Shahabuddin, Taznee) (Entered: 01/15/2014) | 01/15/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6203 Fee Paid 6205 Fee paid. (McGee, Mary Ann) (Entered: 01/15/2014) | 01/15/2014 |
| 6208 | USCA Appeal Fees received $ 505.00 receipt number 4653069049 re 6183 Notice of Appeal filed by Falls Auto Gallery dba Falls Car Collection. (McGee, Mary Ann) (Entered: 01/16/2014) | 01/16/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6183 Notice of Appeal 6208 Fee paid (McGee, Mary Ann) (Entered: 01/16/2014) | 01/16/2014 |
| 6210 | NOTICE of Appearance by Sarah S. Rabinovici on behalf of Sunoco, Inc. (R&M) (aty to be noticed) (Rabinovici, Sarah) (Entered: 01/17/2014) | 01/17/2014 |
| 6211 | NOTICE of Appearance by Arthur Christopher Young on behalf of Sunoco, Inc. (R&M) (aty to be noticed) (Young, Arthur) (Entered: 01/17/2014) | 01/17/2014 |
| 6216 | Minute Entry for proceedings held before Judge John Gleeson:Preliminary Injunction Hearing held with SRG (Settlement Recovery Group)on 1/17/2014. Oral Argument control date is set for March 17, 2014 at 2:00 and shall be canceled if a decision is made prior to this date by the court. All requests for today's transcript shall be emailed to Marie Foley at marie_foley@nyed.uscourts.gov. (Court Reporter Marie Foley.) (see document for more details) (Piper, Francine) (Entered: 01/23/2014) | 01/17/2014 |
| 6217 | Exhibit and Witness List (Preliminary Injunction Hearing with SRG) (Piper, Francine) (Entered: 01/23/2014) | 01/17/2014 |
| 6212 | Subsequent NOTICE OF APPEAL as to Order on Motion in Limine, 6199 Order of Settlement, 6124 Order on Motion for Settlement,, by Bon-Ton Stores, Inc., C.S. Ross Company, Chico's FAS, Inc., Closeout Distribution, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, PNS Stores, Inc., Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation . Filing fee $ 505, receipt number 0207-6680430. Appeal Record due by 2/4/2014. (Clarick, Gregory) (Entered: 01/21/2014) | 01/21/2014 |
| 6213 | Letter from the Parties regarding Managed Care Advisory Group, Inc. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/21/2014) | 01/21/2014 |
| 6214 | Letter from Class Counsel regarding status of other potential evidentiary hearings by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 01/22/2014) | 01/22/2014 |
| 6215 | STIPULATION Extending Time to Answer Complaint by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 01/22/2014) | 01/22/2014 |
| 6218 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/23/2014) | 01/23/2014 |
| 6219 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/17/14, before Judge Gleeson. Court Reporter/Transcriber Marie Foley, Telephone number 718-613-2596. Email address: Marie_Foley@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2014. Redacted Transcript Deadline set for 2/24/2014. Release of Transcript Restriction set for 4/23/2014. (Foley, Marie) (Entered: 01/23/2014) | 01/23/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 6215 Stipulation filed by Mastercard International Incorporated, Mastercard Incorporated -- The proposed stipulation is so ordered; each defendant shall answer or otherwise respond to the complaint no later than March 13, 2014. Ordered by Magistrate Judge James Orenstein on 1/23/2014. (Pollock, David) (Entered: 01/23/2014) | 01/23/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6212 Subsequent Notice of Appeal,, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/23/2014) | 01/23/2014 |
| | ORDER re 6218 Stipulation filed by Visa U.S.A. Inc. -- The proposed stipulation is so ordered; each defendant shall answer or otherwise respond to the complaint no later than February 24, 2014. Ordered by Magistrate Judge James Orenstein on 1/23/2014. (Pollock, David) (Entered: 01/23/2014) | 01/23/2014 |
| | SCHEDULING ORDER: In light of Class Counsel's 6214 letter update related to third party claims filing services, evidentiary hearings on the activities of the identified entities will be held according to the following schedule. The hearing regarding Spectrum will be held on February 28, 2014 at 2:00 PM. The hearing regarding Refund Recovery will be held on March 7, 2014 at 2:00 PM. The hearings regarding FRS and MCAG will be held on March 28, 2014 at 2:00 PM. All evidentiary hearings will take place in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 1/23/2014. (Shahabuddin, Tazneen) (Entered: 01/23/2014) | 01/23/2014 |
| 6220 | Letter dated January 16, 2014 from Ty Hardison to Judge Gleeson, in regards to claim-filing services. (Piper, Francine) (Entered: 01/24/2014) | 01/24/2014 |
| 6221 | NOTICE OF APPEAL by Bishop d/b/a Hat & Gown, Unlimited Vacations and Cruises Inc. Filing fee $ 505, receipt number 0207-6693002. (Pentz, John) (Entered: 01/27/2014) | 01/27/2014 |
| 6222 | NOTICE OF APPEAL as to 6199 Order of Settlement by Sunoco, Inc. (R&M). Filing fee $ 505, receipt number 0207-6693473. (Rabinovici, Sarah) (Entered: 01/27/2014) | 01/27/2014 |
| 6223 | NOTICE OF APPEAL as to (6197 in 1:05-md-01720-JG-JO) Judgment on Attorney Fees, (6199 in 1:05-md-01720-JG-JO) Order of Settlement, (6198 in 1:05-md-01720-JG-JO) Judgment by Etc. Optical. Filing fee $ 505, receipt number 0207-6694809. (Bacharach, N.) (Entered: 01/27/2014) | 01/27/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6221 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/27/2014) | 01/27/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6222 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/27/2014) | 01/27/2014 |
| 6224 | Subsequent NOTICE OF APPEAL by Falls Auto Gallery dba Falls Car Collection Amended Notice of Appeal. (Cannata, Sam) (Entered: 01/28/2014) | 01/28/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6223 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/28/2014) | 01/28/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6224 Subsequent Notice of Appeal (McGee, Mary Ann) (Entered: 01/29/2014) | 01/29/2014 |
| 6225 | Letter to the Honorable James Orenstein by Visa U.S.A. Inc. (Attachments: # 1 Proposed Order) (Mason, Robert) (Entered: 01/30/2014) | 01/30/2014 |
| | Email Notification Test - DO NOT REPLY (Lee, Tiffeny) (Entered: 01/30/2014) | 01/30/2014 |
| 6226 | NOTICE OF APPEAL by Daviss Donuts and Deli, Orange County Bldg Materials, Top Gun Wrecker. Filing fee $ 505, receipt number 0207-6705893. (Pentz, John) (Entered: 01/31/2014) | 01/31/2014 |
| 6227 | NOTICE OF APPEAL as to 6197 Judgment on Attorney Fees, 6198 Judgment, 6124 Order on Motion for Settlement,, 6199 Order of Settlement by Daniel Hall and Rick Bandas. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (Stein, David) Modified on 2/14/2014 (Marziliano, August). (Entered: 01/31/2014) | 01/31/2014 |
| 6228 | Notice of MOTION for Attorney Fees by Jon M Zimmerman. (Furman, Joshua) (Entered: 01/31/2014) | 01/31/2014 |
| 6229 | MEMORANDUM in Support re 6228 Notice of MOTION for Attorney Fees filed by Jon M Zimmerman. (Furman, Joshua) (Entered: 01/31/2014) | 01/31/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6226 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/31/2014) | 01/31/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 6227 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 02/03/2014) | 02/03/2014 |
| 6230 | Letter from Kimberly Weber Herlihy to Judge Orenstein on behalf of Opt-Out Plaintiffs, including by Target Corporation (Broz, Alycia) (Entered: 02/04/2014) | 02/04/2014 |
| 6231 | RESPONSE in Opposition re 6228 Notice of MOTION for Attorney Fees filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 02/05/2014) | 02/05/2014 |
| | ORDER re 6225 Letter filed by Visa U.S.A. Inc. -- The proposed order regarding access to documents previously filed under seal is so ordered. Notice shall be provided to third parties pursuant to the order no later than February 18, 2014. Objections shall be filed no later than March 7, 2014. There will be a hearing on March 26, 2014, at 10:30 a.m. at which any party or third party may be heard with regard to such objections. Ordered by Magistrate Judge James Orenstein on 2/6/2014. (Pollock, David) (Entered: 02/06/2014) | 02/06/2014 |
| 6232 | Letter to The Honorable James Orenstein re: Docketing Issues by Visa U.S.A. Inc. (Mason, Robert) (Entered: 02/07/2014) | 02/07/2014 |
| 6233 | Letter to Judge Gleeson by Claims Compensation Bereau, LLC (Sirota, Howard) (Entered: 02/07/2014) | 02/07/2014 |
| 6234 | NOTICE OF APPEAL as to (6199 in 1:05-md-01720-JG-JO) Order of Settlement by National Federation of Independent Businesses. (Begleiter, Robert) (Entered: 02/07/2014) | 02/07/2014 |
| 6235 | Letter to Honorable John Gleeson in accordance with Court's January 13, 2014 Order by Class Action Recovery Services (Campbell, Dennis) (Entered: 02/07/2014) | 02/07/2014 |
| 6236 | MEMORANDUM in Support re 6193 Order [Class Counsel's Response to the Court's January 13, 2014 Order Regarding Proposed Disclaimers by Third-Party Claims-Filing Companies] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1) (Sweeney, Bonny) (Entered: 02/07/2014) | 02/07/2014 |
| 6237 | MEMORANDUM in Support re 6216 Status Conference, Class Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law Relating to Settlement Recovery Group, LLC's Agency Relationship with Premier Enterprises Group, Inc. filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Montague, H.) (Entered: 02/07/2014) | 02/07/2014 |
| 6238 | NOTICE OF APPEAL as to 6199 Order of Settlement by Blue Cross Blue Shield entities, WellPoint, Inc.. Filing fee $ 505, receipt number 0207-6720900. Appeal Record due by 2/21/2014. (Shelley, Anthony) (Entered: 02/07/2014) | 02/07/2014 |
| | SCHEDULING ORDER: re 6232 Letter filed by Visa U.S.A. Inc. -- There will be a telephone conference on February 10, 2014, at 2:30 p.m. for counsel who wish to discuss the proposed order. Counsel are not, however, required to appear. Any counsel who wishes to participate is respectfully requested to contact Mr. Mason; it is further respectfully requested that Mr. Mason establish a telephone conference call, conference in chambers when all interested counsel are on the line, and provide chambers with a list of appearances following the call. Ordered by Magistrate Judge James Orenstein on 2/7/2014. (Pollock, David) (Entered: 02/07/2014) | 02/07/2014 |
| | 16th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6234 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 02/07/2014) | 02/07/2014 |
| 6239 | Notice of Related Case indicated on the civil cover sheet in case 14cv873(SJF)(GRB). (McMahon, Carol) (Entered: 02/10/2014) | 02/10/2014 |
| 6240 | STATUS REPORT (Joint) by Plaintiffs and Defendants in Opt-Out Cases and Declaratory Judgment Actions by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Freimuth, Matthew) (Entered: 02/10/2014) | 02/10/2014 |
| | SCHEDULING ORDER: re 6232 Letter filed by Visa U.S.A. Inc. -- Due to a conflict on the court's calendar, the telephone conference previously scheduled for February 10, 2014, at 2:30 p.m. is rescheduled to February 13, 2014, at 3:00 p.m. Ordered by Magistrate Judge James Orenstein on 2/10/2014. (Pollock, David) (Entered: 02/10/2014) | 02/10/2014 |
| | 17th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6238 Notice of Appeal. (McGee, Mary Ann) (Entered: 02/10/2014) | 02/10/2014 |
| 6241 | MOTION for Refund of Fees Paid Electronically by Blue Cross Blue Shield entities, WellPoint, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit 1- docket sheet excerpt, # 3 Exhibit 2 - payment in error, # 4 Exhibit 3 - correct payment) (Shelley, Anthony) (Entered: 02/11/2014) | 02/11/2014 |
| 6242 | Subsequent NOTICE OF APPEAL as to 6199 Order of Settlement by American Express Co., American Express Travel Related Services Company, Inc., Serve Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee, USA AMEX Assurance Company and Accertify, Inc.. (Korologos, Philip) Modified on 3/5/2014 (Marziliano, August). (Entered: 02/12/2014) | 02/12/2014 |
| 6243 | Letter requesting postment of February 28, 2014 hearing by Spectrum Settlement Recovery LLC (Lewis, Eric) (Entered: 02/12/2014) | 02/12/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6244 | Letter to the Court regarding potential date for Manor Capital Recovery LLC Evidentiary Hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/12/2014) | 02/12/2014 |
| | ORDER granting 6241 Motion for Refund of Fees Paid Electronically: Counsel for Blue Cross and Blue Shield and WellPoint Inc. seek a refund of $505. A mistake was made (not by them, of course, but by an identified paralegal) in the initial effort to electronically file the notice of appeal that appears on the docket sheet as entry 6238. The correction of the mistake in refiling the notice caused Blue Cross and Blue Shield and WellPoint Inc. to pay the $505 filing fee not just once, but twice. Hence the motion for a refund, which was submitted by two partners in the firm that represents Blue Cross and Blue Shield and two partners in the firm that represents WellPoint Inc. The motion is supported by three exhibits and also includes a proposed order. No interest is requested, so I assume none is sought. The motion is granted.. Ordered by Judge John Gleeson on 2/12/2014. (Shahabuddin, Tazneen) (Entered: 02/12/2014) | 02/12/2014 |
| | Eighteenth Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6242 Subsequent/Amended Notice of Appeal (McGee, Mary Ann) (Entered: 02/12/2014) | 02/12/2014 |
| 6245 | Subsequent NOTICE OF APPEAL as to 6197 Judgment on Attorney Fees, 6199 Order of Settlement by The Iron Barley Restaurant . Filing fee $ 505, receipt number 0207-6731246. Appeal Record due by 2/27/2014. (Miller, Steve) (Entered: 02/13/2014) | 02/13/2014 |
| 6246 | Minute Entry for proceedings held before Magistrate Judge James Orenstein. Telephone Conference held on 2/13/2014. See attached list of appearances. SCHEDULING: The next status conference will be held on February 25, 2014, at 1:00 p.m. SUMMARY: As discussed on the record, I will enter an order relating to docketing procedures for the opt-out and declaratory judgment actions. The parties will submit a slightly revised version of the proposed order and list of included cases. (Attachments: # 1 Appendix) (Pollock, David) (Entered: 02/13/2014) | 02/13/2014 |
| 6247 | Subsequent NOTICE OF APPEAL as to 6199 Order of Settlement by Wal-Mart Stores, Inc. . Filing fee $ 505, receipt number 0207-6731486. (Schoeman, Paul) (Entered: 02/13/2014) | 02/13/2014 |
| 6248 | Subsequent NOTICE OF APPEAL as to 6199 Order of Settlement, 6124 Order on Motion for Settlement,, by Home Depot U.S.A., Inc. . Filing fee $ 505, receipt number 0207-6731704. Appeal Record due by 2/27/2014. (Neuwirth, Stephen) (Entered: 02/13/2014) | 02/13/2014 |
| 6249 | Subsequent NOTICE OF APPEAL as to 6199 Order of Settlement, 6124 Order on Motion for Settlement,, by Coborn's Incorporated, 7-Eleven Inc. , Objecting Plaintiffs and Objectors. Filing fee $ 505, receipt number 0207-6731766. Appeal Record due by 2/27/2014. (Shinder, Jeffrey) (Entered: 02/13/2014) | 02/13/2014 |
| 6250 | NOTICE of Appearance by Michael C Rakower on behalf of Retail Industry Leaders Association (aty to be noticed) (Rakower, Michael) (Entered: 02/13/2014) | 02/13/2014 |
| 6251 | NOTICE OF APPEAL by Retail Industry Leaders Association. Filing fee $ 505, receipt number 0207-6731771. (Rakower, Michael) (Entered: 02/13/2014) | 02/13/2014 |
| 6252 | NOTICE of Appearance by Richard Todd Victoria on behalf of American Eagle Outfitters, Inc. (aty to be noticed) (Attachments: # 1 Certificate of Service) (Victoria, Richard) (Entered: 02/14/2014) | 02/14/2014 |
| 6253 | Letter to the Honorable James Orenstein re: Docketing Issues by Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Proposed Order) (Mason, Robert) (Entered: 02/14/2014) | 02/14/2014 |
| 6254 | ORDER re 6253 Letter filed by Visa International Service Association, Visa U.S.A. Inc --- The proposed order is So Ordered; the Clerk of Court is respectfully directed to list all opt-out and declaratory judgment actions listed on exhibit 1 of this Order, and any future actions transferred to or filed in this District (collectively, the "New Actions") as member cases in MDL 05-1720 (JG)(JO). The New Actions will also be listed in MDL 14-1720 (JG)(JO), a separate docket opened purely as an administrative mechanism, as member cases. SEE ATTACHED ORDER.. Ordered by Magistrate Judge James Orenstein on 2/14/2014. (Guy, Alicia) (Entered: 02/14/2014) | 02/14/2014 |
| | 19th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6245 Subsequent Notice of Appeal (McGee, Mary Ann) (Entered: 02/14/2014) | 02/14/2014 |
| | 20th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6247 Subsequent Notice of Appeal (McGee, Mary Ann) (Entered: 02/14/2014) | 02/14/2014 |
| | 21st Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6248 Subsequent Notice of Appeal (McGee, Mary Ann) (Entered: 02/14/2014) | 02/14/2014 |
| | 22nd Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6249 Subsequent Notice of Appeal. (McGee, Mary Ann) (Entered: 02/14/2014) | 02/14/2014 |
| | 23rd Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6251 Notice of Appeal (McGee, Mary Ann) (Entered: 02/14/2014) | 02/14/2014 |
| 6255 | MOTION to Withdraw as Attorney by Blue Cross Blue Shield entities. (Attachments: # 1 Declaration Declaration of Wendy H. Schwartz in Support, # 2 Appendix Appendix A to Declaration) (Schwartz, Wendy) (Entered: 02/18/2014) | 02/18/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6256 | CERTIFICATE OF SERVICE by Blue Cross Blue Shield entities re 6255 MOTION to Withdraw as Attorney (Schwartz, Wendy) (Entered: 02/18/2014) | 02/18/2014 |
| 6257 | Subsequent NOTICE OF APPEAL as to 6197 Judgment on Attorney Fees, 6198 Judgment, 6124 Order on Motion for Settlement,, 6199 Order of Settlement by Temple Eagle Partners LLC AND 1001 Property Solutions LLC - Second Amended Notice of Appeal. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Stein, David) Modified on 2/19/2014 (Marziliano, August). Modified on 2/19/2014 (Marziliano, August). (Entered: 02/18/2014) | 02/18/2014 |
| | ORDER granting 6255 Motion to Withdraw as Attorney -- The application is granted; Attorney Wendy H. Schwartz terminated. Ordered by Magistrate Judge James Orenstein on 2/18/2014. (Pollock, David) (Entered: 02/18/2014) | 02/18/2014 |
| 6258 | NOTICE of Appearance by Jill D. Helbling on behalf of American Eagle Outfitters, Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-JG-JO, 1:14-cv-00321-JG-JO (Helbling, Jill) (Entered: 02/19/2014) | 02/19/2014 |
| 6259 | Letter dated 2/7/14 from J.J Thomas, Esq. to Judge Gleeson, advising the court of the discussions with class counsel regarding disclaimers. (Piper, Francine) (Entered: 02/19/2014) | 02/19/2014 |
| | 24th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6257 Subsequent Notice of Appeal. (McGee, Mary Ann) (Entered: 02/19/2014) | 02/19/2014 |
| | ORDER granting 6243 Spectrum Settlement Recovery's letter request to reschedule the February 28, 2014 evidentiary hearing. Spectrum is directed to submit to the court proposed alternate dates for the hearing no later than February 28, 2014. Ordered by Judge John Gleeson on 2/19/2014. (Shahabuddin, Tazneen) (Entered: 02/19/2014) | 02/19/2014 |
| | ORDER re 6254 Order -- Paragraph 4 of Order 6254 , creating administrative docket MDL 14-1720 (JG)(JO) for all opt-out and declaratory judgment actions, is hereby amended as follows. Paragraph 4 shall now provide: "The court clerk is hereby directed to create a separate service list for the New Actions under 1:14-md-01720-JG-JO, which shall include all counsel who have entered an appearance in any of those cases to date. Any other counsel or party who wishes to receive service of electronic court filings in the consolidated actions may do so by making a request in writing to Case Administrative Supervisor August Marziliano at August_Marziliano@nyed.uscourts.gov." Ordered by Magistrate Judge James Orenstein on 2/20/2014. (Pollock, David) (Entered: 02/20/2014) | 02/20/2014 |
| 6260 | Letter Regarding Available Hearing Date by Spectrum Settlement Recovery LLC (Lewis, Eric) (Entered: 02/21/2014) | 02/21/2014 |
| 6261 | Proposed Findings of Fact by Settlement Recovery Group, LLC (Binder, Neil) (Entered: 02/21/2014) | 02/21/2014 |
| 6262 | Letter to Sandra A. Jones re: pro hac vice filing fee by Minnesota Twins LLC Associated Cases: 1:05-md-01720-JG-JO et al. (Zweig, Jason) (Entered: 02/24/2014) | 02/24/2014 |
| | ORDER: The motions-to-dismiss schedule proposed in 6240 the joint status report of the parties to the pending opt-out cases and declaratory judgment actions is hereby endorsed. The following briefing schedule is set: the motion to be filed by the Networks and the Banks and the motion to be filed by Wal-Mart are due on or before 3/13/14; responses to the motions are due on or before 4/28/14; and replies are due on or before 5/28/14. Oral argument is scheduled for July 11, 2014 at 11:00 AM in courtroom 6C South before Judge John Gleeson. The opt-out plaintiffs' request that the Court limit the grounds upon which the Networks and the Banks may make their proposed motion to dismiss is denied. The motion to dismiss made by the Networks and the Banks in the Target action is hereby denied without prejudice as it will be subsumed within the single motion to dismiss to be filed against all opt-out complaints. Finally, it seems appropriate to the Court that it resolve the Trade Association Case defendants' proposed motion to dismiss before deciding whether it is appropriate to permit the Networks and the Banks to file a summary judgment motion in that case. Accordingly, the following briefing schedule is set for the Trade Association Case defendants' motion: the motion is due on or before 3/13/14; the plaintiffs' response to the motion is due on or before 4/28/14; and the defendants' reply is due on or before 5/28/14. Oral argument is scheduled for July 11, 2014 at 12:00 PM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 2/24/2014. (Shahabuddin, Tazneen) (Entered: 02/24/2014) | 02/24/2014 |
| | SCHEDULING ORDER: The 6260 letter request submitted by Spectrum Settlement Recovery is granted. The evidentiary hearing is scheduled for May 2, 2014 at 2:00 PM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 2/24/2014. (Shahabuddin, Tazneen) (Entered: 02/24/2014) | 02/24/2014 |
| 6263 | Subsequent NOTICE OF APPEAL as to 6199 Order of Settlement by R&M Objectors . Appeal Record due by 2/27/2014. (Parker, Jerrold) (Entered: 02/25/2014) | 02/25/2014 |
| 6264 | NOTICE of Change of address by Joe R. Whatley, Jr (Whatley, Joe) (Entered: 02/25/2014) | 02/25/2014 |
| 6265 | ORDER: The Court intends to appoint Robin Wilcox as a Special Master for disputes regarding the administration of the Rule 23(b)(3) settlement fund. Ordered by Judge John Gleeson on 2/25/2014. (Attachments: # 1 Affidavit) (Shahabuddin, Tazneen) (Entered: 02/25/2014) | 02/25/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER: The Court is considering the dispute among Class Counsel and certain third-party claims filing companies regarding disclaimer language proposed by Class Counsel in its 6236 response to my January 13, 2014 Order for inclusion in third-party claims filing companies solicitations. Whatever language is approved, the Court is inclined to also require it to be included not only on initial solicitations made to members of the merchant class but also on any contracts drafted by third-party claims filing services to be signed by class members. Any persons or entities, including Class Counsel and claims filing companies, wishing to be heard on this issue may do so in writing on or before March 12, 2014. Class Counsel are directed to post a copy of this Order on the website for the case and to serve a copy forthwith on the claims filing services listed in 6127 document 6127-2.. Ordered by Judge John Gleeson on 2/25/2014. (Shahabuddin, Tazneen) (Entered: 02/25/2014) | 02/25/2014 |
| | 25th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6263 Subsequent Notice of Appeal (McGee, Mary Ann) (Entered: 02/25/2014) | 02/25/2014 |
| 6266 | NOTICE of Change of Address by Bruce Levinson (Levinson, Bruce) (Entered: 02/26/2014) | 02/26/2014 |
| 6267 | Letter from Class Counsel regarding the Court's February 25, 2014 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 02/26/2014) | 02/26/2014 |
| 6268 | Letter from Class Counsel to add Class Plaintiffs' names to Docket by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 02/27/2014) | 02/27/2014 |
| 6269 | MEMORANDUM in Opposition re 6261 Proposed Findings of Fact [Class Plaintiffs' Response to Settlement Recovery Group, LLC's [Proposed] Findings of Fact and Conclusions of Law] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 02/28/2014) | 02/28/2014 |
| | ORDER re 6268 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation --- The application is Granted. The Clerk of Court is respectfully directed to list Class Plaintiffs Traditions, Ltd, CHS Inc., Crystal Rock LLC, and Leon's Transmission Service, Inc. on the docket. Ordered by Magistrate Judge James Orenstein on 2/28/2014. (Guy, Alicia) (Entered: 02/28/2014) | 02/28/2014 |
| | Email Notification Test - DO NOT REPLY (Levine, Evelyn) (Entered: 02/28/2014) | 02/28/2014 |
| 6270 | Letter from Alexandra S. Bernay regarding potential date for Manor Capital Recovery evidentiary hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/03/2014) | 03/03/2014 |
| | SCHEDULING ORDER: The Court being unavailable, the evidentiary hearing regarding Manor Capital Recovery will not occur on the date proposed in Class Counsel's 6270 letter request. The evidentiary hearing is scheduled for May 16, 2014 at 10:00 AM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 3/4/2014. (Shahabuddin, Tazneen) (Entered: 03/04/2014) | 03/04/2014 |
| 6271 | MOTION to Withdraw as Attorney (Jason S. Cowart, Esq.) by Fairmont Orthopedics & Sports Medicine, PA, Gary FS Inc.. (Attachments: # 1 Proposed Order) Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-05076-JG-JO (Cowart, Jason) (Entered: 03/05/2014) | 03/05/2014 |
| 6272 | MOTION to Withdraw as Attorney (Jason S. Cowart, Esq.) by Baltimore Avenue Foods, LLC. (Attachments: # 1 Proposed Order) Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-05080-JG-JO (Cowart, Jason) (Entered: 03/05/2014) | 03/05/2014 |
| 6273 | MOTION to Withdraw as Attorney (Jason S. Cowart, Esq.) by NuCity Publications, Inc.. (Attachments: # 1 Proposed Order) Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-05075-JG-JO (Cowart, Jason) (Entered: 03/05/2014) | 03/05/2014 |
| 6274 | MOTION to Withdraw as Attorney (Jason S. Cowart, Esq.) by Resnick Amsterdam & Leshner P.C.. (Attachments: # 1 Proposed Order) Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03924-JG-JO (Cowart, Jason) (Entered: 03/05/2014) | 03/05/2014 |
| | ORDER granting 6271 Motion to Withdraw as Attorney; granting 6272 Motion to Withdraw as Attorney; granting 6273 Motion to Withdraw as Attorney; granting 6274 Motion to Withdraw as Attorney -- The application is granted; attorney Jason S. Cowart terminated. Ordered by Magistrate Judge James Orenstein on 3/5/2014. (Pollock, David) (Entered: 03/05/2014) | 03/05/2014 |
| 6275 | ORDER appointing Robin Wilcox as a Special Master regarding referred disputes relating to the In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Rule 23(b)(3) settlement fund. Please refer to the attached memorandum for the terms and conditions of the appointment. Ordered by Judge John Gleeson on 3/6/2014. (Shahabuddin, Tazneen) (Entered: 03/06/2014) | 03/06/2014 |
| 6276 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6776216. by Refund Recovery Services, LLC. (Attachments: # 1 Affidavit in Support Robert M. Gardner, # 2 Proposed Order Admission to Practice Pro Hac Vice) (Gardner, Robert) (Entered: 03/07/2014) | 03/07/2014 |
| 6277 | Minute Entry for proceedings held before Judge John Gleeson:Preliminary Injunction Hearing with Refund Recovery Services held on 3/7/2014. Proposed fact findings and conclusions of this hearing shall be briefed as follows: Simultaneous filings are all due by 3/24/14 as agreed by the parties. (please see attached list for counsel) (Court Reporter Tony Mancuso.) (Piper, Francine) (Entered: 03/10/2014) | 03/07/2014 |
| 6278 | Exhibit and Witness List (Piper, Francine) (Entered: 03/10/2014) | 03/07/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6279 | ORDER granting 6276 Motion for Leave to Appear Pro Hac Vice -- Attorney Robert M. Gardner, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 17, 2014, Mr. Gardner shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Gardner shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Gardner shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 3/10/2014. (Pollock, David) (Entered: 03/10/2014) | 03/10/2014 |
| 6280 | Letter from Class Plaintiffs Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Wildfang, K.) (Entered: 03/13/2014) | 03/13/2014 |
| 6282 | Letter from Alexandra S. Bernay regarding Dkt No. 6281 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/14/2014) | 03/14/2014 |
| | ORDER: The 6216 oral argument scheduled for March 17, 2014 at 2:00 PM is hereby adjourned without date. If the parties wish to address the 6281 letter regarding Settlement Recovery Group which was mailed to the Court, they may do so in writing in a letter to the Court. Ordered by Judge John Gleeson on 3/14/2014. (Shahabuddin, Tazneen) (Entered: 03/14/2014) | 03/14/2014 |
| | ORDER: The Court has received Class Counsel's 6280 letter application for approval of the tax accountants' request for funding. Because the Court is unable to determine whether there are duplicative entries in the invoices dated 2/3/14 or those dated 3/6/14, Class Counsel is directed to provide the Court with more detailed information about the work associated with each escrow account, including what charges are discrete and which are shared, if any, between the accounts. Ordered by Judge John Gleeson on 3/14/2014. (Shahabuddin, Tazneen) (Entered: 03/14/2014) | 03/14/2014 |
| 6283 | Letter Regarding Dkt. No. 6281 by Settlement Recovery Group, LLC (Binder, Neil) (Entered: 03/17/2014) | 03/17/2014 |
| 6284 | USCA Appeal Fees received $ 505.00 receipt number 4653071445 re 6234 Notice of Appeal filed by National Federation of Independent Businesses (McGee, Mary Ann) (Entered: 03/17/2014) | 03/17/2014 |
| | 26th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6234 Notice of Appeal 6284 USCA Fee (McGee, Mary Ann) (Entered: 03/17/2014) | 03/17/2014 |
| | Supplemental Record on Appeal transmitted to US Court of Appeals re 6257 Subsequent Notice of Appeal, 6178 Notice of Appeal, by 1001 Property Solutions LLC or Temple Eagle Partners LLC, the actual Objectors. These objectors have replaced Rick Bandas and Daniel Hall on the docket as Objectors. (Marziliano, August) (Entered: 03/18/2014) | 03/18/2014 |
| | ORDER granting Settlement Recovery Group's 6283 letter request that the 6281 March 4 letter be placed under seal. Ordered by Judge John Gleeson on 3/18/2014. (Shahabuddin, Tazneen) (Entered: 03/18/2014) | 03/18/2014 |
| 6285 | AMENDED NOTICE OF APPEAL by Vicente Consulting LLC . which is amending 6194 NOTICE OF APPEAL by Vicente Consulting LLC as to 6124 and 6169 Order on Motion for Settlement, This Amended Notice of Appeal is withdrawing its appeal as to the ORDER 6124 and leaving The Notice of Appeal related to the Memorandum and Order on the Motion for Attorneys Fees 6169 Modified on 3/21/2014 to Correct the Textto reflect Amended Notice of Appeal. (Marziliano, August). (Entered: 03/19/2014) | 03/19/2014 |
| | AMENDED Supplemental Record on Appeal transmitted to US Court of Appeals re 6189 Notice of Appeal, as to OBJECTOR U.S. Public Research Interest Group. The Court docket sheet has changed the Parties role from Amicus to Objector. (Marziliano, August) (Entered: 03/20/2014) | 03/20/2014 |
| 6286 | Letter MOTION to Adjourn Conference - A Consented Request to Reschedule the March 28 Hearing by Managed Care Advisory Group, Inc.. (Sheehan, Patrick) Modified on 3/21/2014 to correct the date. (Brucella, Michelle). (Entered: 03/21/2014) | 03/21/2014 |
| 6287 | Letter from Alexandra S. Bernay regarding MCAG evidentiary hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/21/2014) | 03/21/2014 |
| | 29 Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals 6285 Subsequent/Amended Notice of Appeal, (McGee, Mary Ann) (Entered: 03/21/2014) | 03/21/2014 |
| 6288 | MEMORANDUM in Support [Class Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law Relating to Refund Recovery Services, LLC] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1) (Bernay, Alexandra) (Entered: 03/24/2014) | 03/24/2014 |
| 6289 | Proposed Findings of Fact by Refund Recovery Services, LLC (Gardner, Robert) (Entered: 03/24/2014) | 03/24/2014 |
| | ORDER granting 6286 Motion to Adjourn Conference: The evidentiary hearing regarding MCAG will be held on May 30, 2014 at 2:00 PM in courtroom 6C South before Judge John Gleeson. The hearing regarding FRS will take place as previously scheduled on March 28, 2014 at 2:00 PM. Ordered by Judge John Gleeson on 3/24/2014. (Shahabuddin, Tazneen) (Entered: 03/24/2014) | 03/24/2014 |
| 6290 | Letter MOTION to Adjourn Conference - A Consented Request to Reschedule the May 30 Hearing by Managed Care Advisory Group, Inc.. (Sheehan, Patrick) (Entered: 03/27/2014) | 03/27/2014 |
| 6291 | JPMDL Conditional Transfer Order CTO-12: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable John Gleeson. (Attachments: # 1 Letter Transfer Request, # 2 Transfer Request) (Marziliano, August) (Entered: 03/28/2014) | 03/28/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6292 | Minute Entry for proceedings held before Judge John Gleeson:Preliminary Injunction Hearing held with Financial Services (FRS) on 3/28/2014. Proposed fact findings and conclusion of this hearing shall be briefed as follows: Simultaneous filings are due by 4/21/14 as agreed upon by the parties. Any responses to these filings are due by 4/25/14. (Court Reporter Ronald Tolkin.) (Piper, Francine) (Entered: 03/31/2014) | 03/28/2014 |
| 6293 | Exhibit and Witness List (Piper, Francine) (Entered: 03/31/2014) | 03/28/2014 |
| | ORDER granting 6290 Motion to Adjourn Conference: The evidentiary hearing regarding MCAG will take place on May 16, 2014 at 10:00 AM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 3/28/2014. (Shahabuddin, Tazneen) (Entered: 03/28/2014) | 03/28/2014 |
| 6294 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 28, 2014, before Judge Gleeson. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647. Email address: ronald_tolkin@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/22/2014. Redacted Transcript Deadline set for 5/2/2014. Release of Transcript Restriction set for 6/30/2014. (Tolkin, Ronald) (Entered: 04/01/2014) | 04/01/2014 |
| 6295 | NOTICE of Appearance by David G. Trachtenberg on behalf of Retail Industry Leaders Association (aty to be noticed) (Trachtenberg, David) (Entered: 04/02/2014) | 04/02/2014 |
| 6296 | NOTICE of Consent to Change Attorney by David G. Trachtenberg (Trachtenberg, David) (Entered: 04/02/2014) | 04/02/2014 |
| 6297 | Redaction of 6294 Transcript,, (Tolkin, Ronald) (Entered: 04/07/2014) | 04/07/2014 |
| 6298 | MOTION to Withdraw as Attorney of Thomas B. Hatch by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 04/09/2014) | 04/09/2014 |
| | ORDER granting 6298 Motion to Withdraw as Attorney. Attorney Thomas B. Hatch terminated. Ordered by Magistrate Judge James Orenstein on 4/9/2014. (Pollock, David) (Entered: 04/09/2014) | 04/09/2014 |
| 6299 | JPMDL Conditional Transfer Order CTO-13: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable John Gleeson. (Attachments: # 1 Letter Requesting Case Transfer, # 2 Notification) (Marziliano, August) (Entered: 04/10/2014) | 04/10/2014 |
| 6300 | MEMORANDUM in Support [Class Counsel's Proposed Communications Regarding Third-Party Claims Filing Companies] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Bernay, Alexandra) (Entered: 04/14/2014) | 04/14/2014 |
| 6301 | Letter from Class Plaintiffs providing additional information on March 13, 2014 Request for Approval of Settlement Administrative Costs of Damasco by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Wildfang, K.) (Entered: 04/21/2014) | 04/21/2014 |
| 6302 | Letter from Class Plaintiffs re Request for Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Wildfang, K.) (Entered: 04/21/2014) | 04/21/2014 |
| 6303 | MEMORANDUM in Support Class Counsel's [Proposed] Findings of Fact and Conclusions of Law Relating to Financial Recovery Strategies filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1) (Bernay, Alexandra) (Entered: 04/21/2014) | 04/21/2014 |
| 6304 | Proposed Findings of Fact by Financial Recovery Services, Inc. (Attachments: # 1 Appendix A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13) (Green, Jonathan) (Entered: 04/21/2014) | 04/21/2014 |
| 6305 | Consent MOTION to Adjourn Conference Evidentiary Hearing by Manor Capital Recovery, LLC. (Trigg, Mark) (Entered: 04/25/2014) | 04/25/2014 |
| 6306 | REPLY in Opposition (Financial Recovery Services' Reply to Class Counsel's [Proposed] Findings of Fact and Conclusions of Law) filed by Financial Recovery Services, Inc.. (Arbisser, Ethan) (Entered: 04/25/2014) | 04/25/2014 |
| 6307 | REPLY in Opposition re 6304 Proposed Findings of Fact, [Class Counsel's Response to Financial Recovery Services [Proposed] Findings of Fact and Conclusions of Law] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 04/25/2014) | 04/25/2014 |
| | ORDER granting 6305 Motion to Adjourn Conference. The evidentiary hearing regarding Manor Capital is rescheduled for June 6, 2014 at 1:00 PM. Ordered by Judge John Gleeson on 4/28/2014. (Shahabuddin, Tazneen) (Entered: 04/28/2014) | 04/28/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting Class Counsel's requests for 6302 Class Administrator's funding in the amount of $805,878.85 and 6301 payment of the tax accountant's invoices totaling $32,321.50. In light of the costs incurred by the Class Administrator, Class Counsel is respectfully directed to inform Epiq that at the appropriate time, the Court will likely seek expert assistance to ensure these funds are properly being disbursed. See No. 96-cv-5238, ECF No. 1327. Ordered by Judge John Gleeson on 4/29/2014. (Shahabuddin, Tazneen) (Entered: 04/29/2014) | 04/29/2014 |
| 6308 | First MOTION for Leave to Appear Pro Hac Vice by Mark Gerald Trigg on behalf of non-party Manor Capital Recovery, LLC Filing fee $ 25, receipt number 0207-6900364. by Manor Capital Recovery, LLC. (Trigg, Mark) (Entered: 05/02/2014) | 05/02/2014 |
| 6309 | AFFIDAVIT/DECLARATION in Support re 6308 First MOTION for Leave to Appear Pro Hac Vice by Mark Gerald Trigg on behalf of non-party Manor Capital Recovery, LLC Filing fee $ 25, receipt number 0207-6900364. filed by Manor Capital Recovery, LLC. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed Order for Pro Hac Vice Admission) (Trigg, Mark) (Entered: 05/02/2014) | 05/02/2014 |
| 6310 | AFFIDAVIT/DECLARATION in Support re 6308 First MOTION for Leave to Appear Pro Hac Vice by Mark Gerald Trigg on behalf of non-party Manor Capital Recovery, LLC Filing fee $ 25, receipt number 0207-6900364. CORRECTED AFFIDAVIT, EXHIBIT & ORDER filed by Manor Capital Recovery, LLC. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed Order for Admission Pro Hac Vice) (Trigg, Mark) (Entered: 05/02/2014) | 05/02/2014 |
| 6311 | Minute Entry for proceedings held before Judge John Gleeson:Preliminary Injunction Hearing with Spectrum Claims Processor held on 5/2/2014. Proposed fact findings of conclusions of this hearing shall be brief as follows: Simultaneous filings are due by 5/30/14 as agreed upon by the parties. Any responses to these filings are due by 6/13/14. (Court Reporter Allan Sherman.) (Piper, Francine) (Entered: 05/05/2014) | 05/02/2014 |
| 6312 | Exhibit and Witness List (Piper, Francine) (Entered: 05/05/2014) | 05/02/2014 |
| 6313 | ORDER granting 6308 Motion for Leave to Appear Pro Hac Vice -- Attorney Mark G. Trigg, Esq., is permitted to argue or try this case in whole or in part as counsel or advocate. By May 12, 2014, Mr. Trigg shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Trigg shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Trigg shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/5/2014. (Pollock, David) (Entered: 05/05/2014) | 05/05/2014 |
| 6314 | MEMORANDUM in Support [Managed Care Advisory Group, Inc.'s Response to Class Counsel's Proposed Communications Regarding Third-Party Claims Filing Companies] filed by Managed Care Advisory Group, Inc.. (Sheehan, Patrick) (Entered: 05/05/2014) | 05/05/2014 |
| 6315 | MEMORANDUM in Opposition Refund Recovery Services, LLC's Objections to Class Counsel's Proposed Communications Regarding Third-Party Claims Filing Companies filed by Refund Recovery Services, LLC. (Gardner, Robert) (Entered: 05/05/2014) | 05/05/2014 |
| 6316 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 05-2-2014, before Judge John Gleeson. Court Reporter/Transcriber Allan R Sherman, Telephone number 718-613-2529. Email address: asher99983@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/28/2014. Redacted Transcript Deadline set for 6/9/2014. Release of Transcript Restriction set for 8/5/2014. (Sherman, Allan) (Entered: 05/07/2014) | 05/07/2014 |
| 6317 | NOTICE of Appearance by Mark G. Trigg on behalf of Manor Capital Recovery, LLC (notification declined or already on case) (Trigg, Mark) (Entered: 05/07/2014) | 05/07/2014 |
| 6318 | Letter to Judge Gleeson by Claims Compensation Bereau, LLC (Sirota, Howard) (Entered: 05/08/2014) | 05/08/2014 |
| 6319 | REPLY in Support [Class Counsel's Reply in Support of Its Proposed Communications Regarding Third-Party Claims Filing Companies] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 05/12/2014) | 05/12/2014 |
| 6320 | NOTICE of Change of Address by Mark P. Ladner Associated Cases: 1:05-md-01720-JG-JO et al. (Ladner, Mark) (Entered: 05/13/2014) | 05/13/2014 |
| 6321 | NOTICE of Change of Address by Michael B. Miller Associated Cases: 1:05-md-01720-JG-JO, 1:13-cv-03074-JG-JO, 1:13-cv-05746-JG-JO (Miller, Michael) (Entered: 05/15/2014) | 05/15/2014 |
| 6322 | Minute Entry for proceedings held before Judge John Gleeson:Preliminary Injunction Hearing with MCAG claims processor held on 5/16/2014. (Court Reporter Anthony Frisolone.) (Piper, Francine) (Entered: 05/19/2014) | 05/16/2014 |
| 6323 | Exhibit and Witness List (Piper, Francine) (Entered: 05/19/2014) | 05/16/2014 |
| 6324 | Letter to All Defendant's Counsel, Individual Plaintiffs' Counsel, and All (ECF registered) Third Party Counsel re Notice of Receipt of Subpoena Compelling Production of Confidential and Highly Confidential Materials by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 05/21/2014) | 05/21/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| | NOTICE of Oral Argument adjournment regarding the third party claims filing company. Due to a Court related conflict, the new Oral Argument date is now rescheduled to Friday, May 30, 2014 at 10:00 AM in courtroom 6C South before Judge John Gleeson. (Lee, Ilene) (Entered: 05/21/2014) | 05/21/2014 |
| 6325 | MOTION to Withdraw as Attorney by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order) (Cohen, Bart) (Entered: 05/23/2014) | 05/23/2014 |
| 6326 | Letter from Alexandra S. Bernay regarding the Court's consideration of the Declaration of Michael R. O'Connor by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Michael R. O'Connor) (Bernay, Alexandra) (Entered: 05/27/2014) | 05/27/2014 |
| | ORDER granting 6325 Motion to Withdraw as Attorney -- The motion is granted; Attorney Bart D. Cohen terminated. Ordered by Magistrate Judge James Orenstein on 5/27/2014. (Pollock, David) (Entered: 05/27/2014) | 05/27/2014 |
| 6327 | MOTION to Withdraw as Attorney of Patricia S. Cruz by National City Bank of Kentucky, National City Corporation. (Majoras, John) (Entered: 05/29/2014) | 05/29/2014 |
| | ORDER granting 6327 Motion to Withdraw as Attorney -- The motion is granted; Patricia S. Cruz terminated. Ordered by Magistrate Judge James Orenstein on 5/29/2014. (Pollock, David) (Entered: 05/29/2014) | 05/29/2014 |
| 6328 | Minute Entry for proceedings held before Judge John Gleeson: Case called. Please see the attached listing for attorney appearances. Oral Argument held on 5/30/2014 regarding the Court's 1/13/2014 order 6193 on third-party claims processing companies. The Court's decision is reserved. Class Plaintiff's counsel is directed to reach out to the counsel on the Visa/Mastercard side to see if additional opt-in requests and proposals should be made regarding this matter. A status report is to be filed by 6/20/2014 to the Court. (Court Reporter Nicole Canales.) (Lee, Ilene) (Entered: 05/30/2014) | 05/30/2014 |
| 6329 | MEMORANDUM in Support re 6311 Status Conference, Class Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law Relating to Spectrum Settlement Recovery filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Kane, Michael) (Entered: 05/30/2014) | 05/30/2014 |
| 6330 | MEMORANDUM in Support re 6311 Status Conference, Spectrum Settlement Recovery Group LLC's Proposed Findings of Fact and Conclusions of Law filed by Spectrum Settlement Recovery LLC. (Lewis, Eric) (Entered: 05/30/2014) | 05/30/2014 |
| 6331 | MANDATE of USCA as to 6174 Notice of Appeal filed by State of California, Amici Objecting States, State of Arizona. Objector-Appellants the State of Arizona and the State of California move to withdraw their notice of appeal assigned docket number 14-379. Appellees do not oppose the motion.IT IS ORDERED that the motion to withdraw is GRANTED. Issued as Mandate: 6/3/14. (McGee, Mary Ann) (Entered: 06/04/2014) | 06/03/2014 |
| | ORDER: The evidentiary hearing regarding Manor Capital Recovery, LLC scheduled for this Friday, June 6, 2014 is hereby adjourned without date. The court is considering referring the hearing to Special Master Wilcox and it will be rescheduled for a future date. Ordered by Judge John Gleeson on 6/3/2014. (Shahabuddin, Tazneen) (Entered: 06/03/2014) | 06/03/2014 |
| 6332 | JPMDL Transfer Order: pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable John Gleeson for inclusion in the coordinated or consolidated pretrial proceedings. (Attachments: # 1 Transfer Request) (Marziliano, August) (Entered: 06/04/2014) | 06/04/2014 |
| 6333 | REPLY in Opposition re 6330 Memorandum in Support Class Plaintiffs' Reply to Spectrum Settlement Recovery's [Proposed] Findings of Fact and Conclusions of Law filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 06/13/2014) | 06/13/2014 |
| 6334 | REPLY in Opposition re 6329 Memorandum in Support, Spectrum's Reply to Class Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law filed by Spectrum Settlement Recovery LLC. (Attachments: # 1 Exhibit) (Lewis, Eric) (Entered: 06/13/2014) | 06/13/2014 |
| 6335 | STATUS REPORT Joint Status Report regarding opt-in and other issues by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 06/20/2014) | 06/20/2014 |
| 6336 | MEMORANDUM in Support [Class Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law Relating to Managed Care Advisory Group, Inc.] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 06/23/2014) | 06/23/2014 |
| 6337 | Proposed Findings of Fact by Managed Care Advisory Group, Inc. (Sheehan, Patrick) (Entered: 06/23/2014) | 06/23/2014 |
| 6338 | REPLY in Opposition re 6337 Proposed Findings of Fact [Class Plaintiffs' Reply in Support of its [Proposed] Findings of Fact and Conclusions of Law Relating to Managed Care Advisory Group, Inc. filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 06/30/2014) | 06/30/2014 |
| 6339 | REPLY in Opposition re 6336 Memorandum in Support, Response to Class Plaintiffs' Proposed Findings of Fact and Conclusions of Law filed by Managed Care Advisory Group, Inc.. (Sheehan, Patrick) (Entered: 06/30/2014) | 06/30/2014 |
| 6340 | Letter dated June 25, 2014 from David Wynne to Judge Gleeson, in response to the status report recently filed with the court, document #6335. (Piper, Francine) (Entered: 07/01/2014) | 07/01/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6341 | Letter from Wesley R. Powell to Judges Gleeson and Orenstein on behalf of Network Defendants and Class Plaintiffs by Mastercard Incorporated, Mastercard International Incorporated (Powell, Wesley) (Entered: 07/11/2014) | 07/11/2014 |
| 6342 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 07/18/2104, before Judge Gleeson. Court Reporter/Transcriber Anthony Mancuso, Telephone number 718-613-2419. Email address: anthonymancuso65@msn.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/11/2014. Redacted Transcript Deadline set for 8/21/2014. Release of Transcript Restriction set for 10/20/2014. (Mancuso, Anthony) (Entered: 07/21/2014) | 07/21/2014 |
| 6343 | ORDER denying 6228 Motion for Attorney Fees: For the reasons set forth in the attached order, Zimmerman's motion is denied. Ordered by Judge John Gleeson on 8/26/2014. (Shahabuddin, Tazneen) (Entered: 08/26/2014) | 08/26/2014 |
| 6344 | MANDATE of USCA as to 6188 Notice of Appeal filed by Fiesta Restaurant Group, Inc. Appellant Fiesta Restaurant Group moves to withdraw its appeal, docketed as 14-225. IT IS HEREBY ORDERED that the motion is GRANTED. Issued as Mandate: 9/8/14. (McGee, Mary Ann) (Entered: 09/08/2014) | 09/08/2014 |
| 6345 | STATUS REPORT [Joint Status Conference Statement] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/16/2014) | 09/16/2014 |
| 6346 | Letter from Alexandra S. Bernay, with permission of settling parties, providing Court with Proposed Notice and Proposed Form to class members who previously opted opt of settlement to provide option of rejoining cash settlement class by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Notice: Notice to Rejoin Cash Settlement Class and Share in Monetary Recovery, # 2 Proposed Form: Notice of Intention to Rejoin the Cash Settlement Class) (Bernay, Alexandra) (Entered: 09/19/2014) | 09/19/2014 |
| 6347 | NOTICE OF APPEAL as to (6343 in 1:05-md-01720-JG-JO) Order on Motion for Attorney Fees by Jon M Zimmerman. Filing fee $ 505, receipt number 0207-7216374. (Furman, Joshua) (Entered: 09/23/2014) | 09/23/2014 |
| 6348 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 9/23/2014. SCHEDULING: There are no further conferences scheduled before me at this time. SUMMARY: As set forth on the record, I reiterated that in the Savelson matter, as decided on July 18, 2014, formal discovery is stayed pending resolution of the motion to dismiss, but the parties will meet and confer to propose a schedule to take effect once the motion is decided as well as the production of relevant information already produced in the merchant class litigation and easily provided again. See Docket Entry 103 . (2) After hearing the arguments of counsel, I directed the parties to omit the contested language concerning franchisees from the proposed notice to merchants who may wish to opt in to the class settlement. See 05-MD-1720 (JG) (JO), DE 6346-1 at 1. (3) The parties will confer and submit proposed dates for future status conferences.(Court Reporter Michelle Nardone.) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 09/23/2014) | 09/23/2014 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. (18 in 1:05-cv-05347-JG-JO, 141 in 1:05-cv-04677-JG-JO, 23 in 1:13-cv-05350-JG-JO, 205 in 1:05-cv-04650-JG-JO, 29 in 1:13-cv-03355-JG-JO, 16 in 1:04-cv-01604-JG-JO, 59 in 1:06-cv-00078-JG-JO, 10 in 1:14-cv-00276-JG-JO, 30 in 1:14-cv-02318-JG-JO, 221 in 1:05-cv-04521-JG-JO, 174 in 1:05-cv-05076-JG-JO, 168 in 1:05-cv-05866-JG-JO, 15 in 1:13-cv-06424-JG-JO, 182 in 1:05-cv-04194-JG-JO, 15 in 1:13-cv-06370-JG-JO, 102 in 1:05-cv-05871-JG-JO, 106 in 1:05-cv-05881-JG-JO, 65 in 1:06-cv-02532-JG-JO, 217 in 1:05-cv-05207-JG-JO, 11 in 1:14-cv-00880-JG-JO, 18 in 1:13-cv-06503-JG-JO, 61 in 1:13-cv-03074-JG-JO, 66 in 1:06-cv-02534-JG-JO, 26 in 1:14-cv-00321-JG-JO, 154 in 1:05-cv-05352-JG-JO, 101 in 1:05-cv-05879-JG-JO, 40 in 1:13-cv-05746-JG-JO, 106 in 1:05-cv-05882-JG-JO, 171 in 1:05-cv-05074-JG-JO, 165 in 1:05-cv-05592-JG-JO, 58 in 1:07-cv-00592-JG-JO, 60 in 1:06-cv-05765-JG-JO, 171 in 1:05-cv-05082-JG-JO, 96 in 1:05-cv-05869-JG-JO, 175 in 1:05-cv-05080-JG-JO, 150 in 1:05-cv-05153-JG-JO, 39 in 1:09-cv-03225-JG-JO, 171 in 1:05-cv-05081-JG-JO, 13 in 1:13-cv-06508-JG-JO, 172 in 1:05-cv-05071-JG-JO, 19 in 1:13-cv-05352-JG-JO, 1665 in 1:96-cv-05238-JG-JO, 80 in 1:14-cv-03529-JG-JO, 172 in 1:05-cv-05069-JG-JO, 59 in 1:06-cv-01832-JG-JO, 166 in 1:05-cv-05078-JG-JO, 108 in 1:05-cv-05868-JG-JO, 169 in 1:05-cv-05072-JG-JO, 13 in 1:13-cv-03474-JG-JO, 182 in 1:05-cv-05075-JG-JO, 173 in 1:05-cv-05070-JG-JO, 59 in 1:06-cv-01829-JG-JO, 160 in 1:05-cv-03925-JG-JO, 48 in 1:06-cv-05583-JG-JO, 6347 in 1:05-md-01720-JG-JO, 16 in 1:13-cv-06548-JG-JO, 59 in 1:06-cv-01831-JG-JO, 32 in 1:13-cv-03059-JG-JO, 16 in 1:14-cv-00261-JG-JO, 101 in 1:05-cv-05880-JG-JO, 211 in 1:05-cv-05319-JG-JO, 21 in 1:13-cv-05349-JG-JO, 148 in 1:05-cv-04974-JG-JO, 222 in 1:05-cv-04520-JG-JO, 13 in 1:13-cv-07175-JG-JO, 39 in 1:09-cv-02264-JG-JO, 170 in 1:05-cv-05077-JG-JO, 104 in 1:05-cv-05870-JG-JO, 16 in 2:14-cv-00873-JG-JO, 195 in 1:05-cv-05073-JG-JO, 106 in 1:05-cv-05884-JG-JO, 15 in 1:13-cv-05344-JG-JO, 18 in 1:13-cv-05348-JG-JO, 195 in 1:05-cv-04728-JG-JO, 158 in 1:05-cv-03800-JG-JO, 105 in 1:06-cv-00039-JG-JO, 8 in 1:14-cv-00984-JG-JO, 109 in 1:13-cv-05745-JG-JO, 59 in 1:06-cv-01830-JG-JO, 7 in 1:14-cv-02086-JG-JO, 14 in 1:13-cv-06339-JG-JO, 206 in 1:05-cv-04799-JG-JO, 174 in 1:05-cv-05083-JG-JO, 99 in 1:05-cv-05878-JG-JO, 17 in 1:13-cv-05345-JG-JO, 154 in 1:05-cv-04131-JG-JO, 8 in 1:14-cv-01980-JG-JO, 10 in 1:14-cv-00716-JG-JO, 18 in 1:13-cv-05346-JG-JO, 8 in 1:14-cv-02551-JG-JO, 106 in 1:05-cv-05885-JG-JO, 107 in 1:05-cv-05883-JG-JO, 19 in 1:13-cv-03473-JG-JO) Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 09/23/2014) | 09/23/2014 |
| 6349 | ORDER: Memorandum and order (1) granting permanent injunction against Premier Enterprises Group, Inc.; (2) declining to grant permanent injunction against other third party claims filing companies, i.e., Settlement Recovery Group, LLC, Managed Care Advisory Group, Spectrum Settlement Recovery, Financial Recovery Services, Inc., and Refund Recovery Services, Inc.; and (3) ordering the Court-mandated language be included on any contracts drafted by third party claims filing companies to be signed by class members. Ordered by Judge John Gleeson on 10/3/2014. Associated Cases: 1:05-md-01720-JG-JO et al. (Ross, Peter) (Entered: 10/03/2014) | 10/03/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6350 | Letter by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment A) (Bernay, Alexandra) (Entered: 10/14/2014) | 10/14/2014 |
| 6351 | NOTICE OF APPEAL as to 6349 Order,, by Claims Compensation Bureau, LLC. Fee due by Attoney. (Marziliano, August) (Entered: 11/03/2014) | 11/03/2014 |
| | APPEAL FILING FEE DUE re 6351 Notice of Appeal Please either come to the clerks office or mail the filing fee in the amount of $505.00. (Marziliano, August) (Entered: 11/03/2014) | 11/03/2014 |
| | 31 Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6351 Notice of Appeal (McGee, Mary Ann) (Entered: 11/03/2014) | 11/03/2014 |
| | ORDER: Regarding the letter from Class Counsel 6350 , the Court agrees with Class Counsel and hereby orders that (i) if a third-party claims filing company has previously alerted its customers to the Court's requirements as set forth in its October 3, 2014 order 6349 , it will not be necessary to amend their previously-entered contracts, and (ii) Class Counsel shall provide the Court a report regarding third-party claims filing companies every six months, with the first such report due April 13, 2015. Ordered by Judge John Gleeson on 11/5/2014. (Ross, Peter) (Entered: 11/05/2014) | 11/05/2014 |
| 6352 | USCA Appeal Fees received $ 505 receipt number 4653080872 re 6351 Notice of Appeal filed by Claims Compensation Bureau, LLC (Marziliano, August) (Entered: 11/06/2014) | 11/06/2014 |
| 6353 | NOTICE TO WITHDRAW APPEARANCE OF ATTORNEY by Wesley Railey Powell, Matthew Stephen Freimuth. Associated Cases: 1:05-md-01720-JG-JO et al. (Marziliano, August) (Entered: 11/19/2014) | 11/19/2014 |
| 6354 | Letter jointly filed by Class Plaintiffs, Defendants and by Target Corporation (Attachments: # 1 Letter to Class Plaintiffs' Counsel dated 9/29/14, # 2 Attachment to Letter to Class Plaintiffs' Counsel) (Herlihy, Kimberly) (Entered: 11/26/2014) | 11/26/2014 |
| 6355 | NOTICE of Appearance by Brian Dale Graifman on behalf of Claims Compensation Bureau, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Graifman, Brian) (Entered: 12/03/2014) | 12/03/2014 |
| 6356 | NOTICE OF INTERLOCUTORY APPEAL by Claims Compensation Bureau, LLC. Filing fee $ 505, receipt number 0207-7374286. (Graifman, Brian) (Entered: 12/03/2014) | 12/03/2014 |
| 6357 | Suggestion of Case Reassignment: The Clerk of Court is directed to reassign the above-captioned case and all individual member cases from the Honorable John Gleeson, United States District Judge, to the Honorable Margo K. Brodie, United States District Judge.The Clerk of Court is further directed to transmit a copy of this Suggestion of Case Reassignment to Thomasenia O. Duncan, Panel Executive for the Judicial Panel on Multidistrict Litigation.. Ordered by Chief Judge Carol Bagley Amon on 12/5/2014. Associated Cases: 1:05-md-01720-JG-JO et al. (Marziliano, August) (Entered: 12/05/2014) | 12/05/2014 |
| | 32nd Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. (37 in 1:14-cv-02318-JG-JO, 21 in 1:13-cv-06339-JG-JO, 199 in 1:05-cv-05073-JG-JO, 116 in 1:13-cv-05745-JG-JO, 26 in 1:13-cv-05352-JG-JO, 20 in 1:13-cv-06508-JG-JO, 110 in 1:05-cv-05881-JG-JO, 174 in 1:05-cv-05077-JG-JO, 225 in 1:05-cv-04521-JG-JO, 52 in 1:06-cv-05583-JG-JO, 20 in 1:13-cv-07175-JG-JO, 43 in 1:09-cv-02264-JG-JO, 158 in 1:05-cv-04131-JG-JO, 186 in 1:05-cv-05075-JG-JO, 179 in 1:05-cv-05080-JG-JO, 221 in 1:05-cv-05207-JG-JO, 20 in 1:04-cv-01604-JG-JO, 175 in 1:05-cv-05074-JG-JO, 112 in 1:05-cv-05868-JG-JO, 23 in 1:13-cv-03473-JG-JO, 103 in 1:05-cv-05878-JG-JO, 110 in 1:05-cv-05884-JG-JO, 62 in 1:07-cv-00592-JG-JO, 173 in 1:05-cv-05072-JG-JO, 63 in 1:06-cv-01831-JG-JO, 6356 in 1:05-md-01720-JG-JO, 1669 in 1:96-cv-05238-JG-JO, 164 in 1:05-cv-03925-JG-JO, 175 in 1:05-cv-05081-JG-JO, 226 in 1:05-cv-04520-JG-JO, 17 in 1:14-cv-00716-JG-JO, 23 in 2:14-cv-00873-JG-JO, 152 in 1:05-cv-04974-JG-JO, 64 in 1:06-cv-05765-JG-JO, 172 in 1:05-cv-05866-JG-JO, 186 in 1:05-cv-04194-JG-JO, 18 in 1:14-cv-00880-JG-JO, 215 in 1:05-cv-05319-JG-JO, 170 in 1:05-cv-05078-JG-JO, 14 in 1:14-cv-02086-JG-JO, 176 in 1:05-cv-05069-JG-JO, 145 in 1:05-cv-04677-JG-JO, 22 in 1:13-cv-06424-JG-JO, 209 in 1:05-cv-04650-JG-JO, 18 in 1:14-cv-00276-JG-JO, 66 in 1:13-cv-03074-JG-JO, 34 in 1:13-cv-03355-JG-JO, 20 in 1:14-cv-00261-JG-JO, 33 in 1:14-cv-00321-JG-JO, 210 in 1:05-cv-04799-JG-JO, 199 in 1:05-cv-04728-JG-JO, 169 in 1:05-cv-03924-JG-JO, 177 in 1:05-cv-05070-JG-JO, 110 in 1:05-cv-05885-JG-JO, 11 in 1:14-cv-05800-JG-JO, 105 in 1:05-cv-05879-JG-JO, 178 in 1:05-cv-05083-JG-JO, 110 in 1:05-cv-05882-JG-JO, 69 in 1:06-cv-02532-JG-JO, 20 in 1:13-cv-03474-JG-JO, 25 in 1:13-cv-06503-JG-JO, 15 in 1:14-cv-00984-JG-JO, 176 in 1:05-cv-05071-JG-JO, 111 in 1:05-cv-05883-JG-JO, 154 in 1:05-cv-05153-JG-JO, 162 in 1:05-cv-03800-JG-JO, 23 in 1:13-cv-06548-JG-JO, 100 in 1:05-cv-05869-JG-JO, 158 in 1:05-cv-05352-JG-JO, 70 in 1:06-cv-02534-JG-JO, 63 in 1:06-cv-01830-JG-JO, 63 in 1:06-cv-00078-JG-JO, 43 in 1:09-cv-03225-JG-JO, 175 in 1:05-cv-05082-JG-JO, 63 in 1:06-cv-01832-JG-JO, 178 in 1:05-cv-05076-JG-JO, 39 in 1:13-cv-03059-JG-JO, 106 in 1:05-cv-05871-JG-JO, 108 in 1:05-cv-05870-JG-JO, 105 in 1:05-cv-05880-JG-JO, 59 in 1:13-cv-05746-JG-JO, 109 in 1:06-cv-00039-JG-JO, 15 in 1:14-cv-01980-JG-JO, 63 in 1:06-cv-01829-JG-JO, 22 in 1:13-cv-06370-JG-JO) Notice of Interlocutory Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Lee, Tiffeny) (Entered: 12/05/2014) | 12/05/2014 |
| 6358 | Subsequent NOTICE OF APPEAL as to Order,, by Claims Compensation Bureau, LLC Amended Notice of Appeal. (Graifman, Brian) (Entered: 12/08/2014) | 12/08/2014 |
| 6359 | JPMDL Order Reassigning Case: IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Margo K. Brodie for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. (Marziliano, August) (Entered: 12/17/2014) | 12/17/2014 |
| | Judge Margo K. Brodie added. Judge John Gleeson no longer assigned to case. (Marziliano, August) (Entered: 12/17/2014) | 12/17/2014 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6371 | Letter dated 12/19/14 from Gary Vander Vorst, President, Erickson Oil Products, Inc. & Freedom Valu Centers Inc. and the Companies are members of the plaintiff class, this letter is intended to confirm that the companies have not and do not intend to opt-out of the settlement agreement. (Guzzi, Roseann) (Entered: 01/14/2015) | 12/23/2014 |
| 6360 | JPMDL Conditional Transfer Order CTO -14: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. (Attachments: # 1 Request for Case Transfer) (Marziliano, August) (Entered: 12/30/2014) | 12/30/2014 |
| 6361 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 05-30-14, before Judge Gleeson. Court Reporter/Transcriber N. Canales, Telephone number 718-613-2509. Email address: cnlsnic@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 1/20/2015. Redacted Transcript Deadline set for 1/30/2015. Release of Transcript Restriction set for 3/30/2015. (Canales, Nicole) (Entered: 12/30/2014) | 12/30/2014 |
| 6362 | NOTICE of Change of Address by Helene Fromm Attorney for Metropolitan Transportation Authority and Its Affiliates and Subsidiaries (Fromm, Helene) (Entered: 12/31/2014) | 12/31/2014 |
| 6363 | NOTICE of Intention to Appear submitted by Dr. William N. Brown. (Guzzi, Roseann) (Entered: 01/12/2015) | 01/05/2015 |
| 6364 | MOTION for Leave to Electronically File Document under Seal documents related to Class Representatives Service Awards by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 01/12/2015) | 01/12/2015 |
| 6365 | MOTION to Deposit Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support of Setting Class Counsel's Motion for Establishment of Escrow Fund Sequestering a Percentage of Opt-Out Plaintiffs' Settlement Proceeds, # 2 Declaration of K. Craig Wildfang in Support of Motion for Establishment of Escrow Fund Sequestering a Percentage of Opt-Out Plaintiffs' Settlement Proceeds, # 3 Proposed Order) (Marth, Ryan) (Entered: 01/12/2015) | 01/12/2015 |
| 6366 | MOTION for Disbursement of Funds for Class-Representative Service Awards by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support of Class Plaintiffs' Respective MOtions for Class-Representative Service Awards, # 2 Declaration of K. Craig Wildfang, # 3 Proposed Order) (Marth, Ryan) (Entered: 01/12/2015) | 01/12/2015 |
|  | ORDER granting 6364 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 1/12/2015. (Hill, Lucy) (Entered: 01/12/2015) | 01/12/2015 |
| 6367 | MOTION for Disbursement of Funds for Class-Representative Service Awards [UNDER SEAL] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Michael R. O'Connor, # 2 Declaration of Vincent Archer, # 3 Declaration of Peter Baker, # 4 Declaration of Mitch Goldstone (Supplemental and Amended), # 5 Declaration of Abraham Harari, # 6 Declaration of Malcolm McDonald, # 7 Declaration of Deborah Opper, # 8 Declaration of Miguel R. Rivera, Esq. and Jay Andrews, Esq., # 9 Declaration of Michael Schumann, # 10 Declaration of Howard Trachtman (Second)) (Marth, Ryan) (Entered: 01/13/2015) | 01/13/2015 |
| 6368 | Letter dated January 12, 2015, to Magistrate James Orenstein from Christie Smythe, Bloomberg News Reporter. (Guy, Alicia) (Additional attachment(s) added on 1/15/2015: # 1 Letter dated January 13, 2015, addressed to District Judge Brodie objecting to the sealing of materials and requesting that docket entry 6364 be made public. .) (Guy, Alicia). (Entered: 01/14/2015) | 01/13/2015 |
| 6369 | Letter from Class Counsel to Judges Brodie and Orenstein re approval of payment of Cash Account Custodial Fees by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 01/14/2015) | 01/14/2015 |
| 6370 | Letter from Class Counsel to Judges Brodie and Orenstein re approval of payment of Interchange Escrow Account Custodial Fees by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 01/14/2015) | 01/14/2015 |
| 6372 | JPMDL Conditional Transfer Order CT0-15: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to theEastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable John Gleeson. (Actually Judge Brodie) (Marziliano, August) (Entered: 01/14/2015) | 01/14/2015 |
| 6373 | Letter from Class Counsel regarding the Opt-In Process by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1 Declaration of Nicole F.J. Hamann Regarding the Opt-In Process, # 2 Exhibit 2 April 11, 2013 Hearing Transcript, # 3 Exhibit 3 May 3, 2013 Hearing Transcript, # 4 Exhibit 4 August 8, 2013 Letter) (Bernay, Alexandra) (Entered: 01/14/2015) | 01/14/2015 |
| 6374 | MOTION for Leave to Electronically File Document under Seal [Class Plaintiffs' Motion to File Under Seal Report of Exclusions Withdrawn and Report of Exclusion Requests, Including Information Processed Through January 9, 2015 Attached to the Declaration of Nicole F.J. Hamann Regarding the Opt-In Process, Dated January 12, 2015] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit B_Report of Exclusions Withdrawn - Sealed Version, # 2 Exhibit C_ Report of Exclusion Requests - Sealed Version) (Bernay, Alexandra) (Entered: 01/14/2015) | 01/14/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6375 | Letter Exhibits B &C (Sealed) to Declaration of Nicole F.J. Hamann Regarding the Opt-In Process (DE 6373-1: Exhibit B_Report of Exclusions Withdrawn - Sealed Version by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit C_Report of Exclusion Requests - Sealed Version) (Bernay, Alexandra) (Entered: 01/15/2015) | 01/15/2015 |
| 6376 | MOTION for Extension of Time to File Response/Reply as to 6366 MOTION for Disbursement of Funds for Class-Representative Service Awards by Jon M Zimmerman. (Furman, Joshua) (Entered: 01/15/2015) | 01/15/2015 |
| 6379 | Letter dated January 15, 2015, to District Judge Brodie from Christie Smythe, Bloomberg News Reporter. (Guy, Alicia) (Entered: 01/20/2015) | 01/15/2015 |
| | ORDER granting 6374 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 1/15/2015. (Hill, Lucy) (Entered: 01/15/2015) | 01/15/2015 |
| 6377 | RESPONSE in Opposition re (6366 in 1:05-md-01720-MKB-JO) MOTION for Disbursement of Funds for Class-Representative Service Awards filed by Daviss Donuts and Deli, Orange County Bldg Materials, Top Gun Wrecker. Associated Cases: 1:05-md-01720-MKB-JO, 1:96-cv-05238-MKB-JO (Pentz, John) (Entered: 01/16/2015) | 01/16/2015 |
| 6378 | MOTION to Withdraw as Attorney Bonny E. Sweeney by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 01/16/2015) | 01/16/2015 |
| | ORDER re 6368 Letter -- Any party seeking continued sealing of the document at issue may respond by January 23, 2015. Ordered by Magistrate Judge James Orenstein on 1/16/2015. (Hill, Lucy) (Entered: 01/16/2015) | 01/16/2015 |
| | ORDER granting 6378 Motion to Withdraw as Attorney. -- The motion is granted. Attorney Bonny E. Sweeney terminated. Ordered by Magistrate Judge James Orenstein on 1/20/2015. (Hill, Lucy) (Entered: 01/20/2015) | 01/20/2015 |
| 6380 | Letter Withdrawing Requests for Relief (6376) by Jon M Zimmerman (Furman, Joshua) (Entered: 01/21/2015) | 01/21/2015 |
| 6381 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 6365 MOTION to Deposit Funds -- Class Plaintiffs' Notice of Withdrawal of Motion for Establishment of Escrow Fund Sequestering a Percentage of Opt-Out Plaintiffs' Settlement Proceeds (Marth, Ryan) (Entered: 01/21/2015) | 01/21/2015 |
| 6382 | Letter from Class Counsel regarding Electronic Payment Systems by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Alexandra S. Bernay, # 2 Exhibit 1-7, # 3 Proposed Order) (Bernay, Alexandra) (Entered: 01/21/2015) | 01/21/2015 |
| 6383 | STATUS REPORT [Joint Status Conference Statement] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/21/2015) | 01/21/2015 |
| 6384 | Letter from Class Counsel in response to Order of January 16 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 01/22/2015) | 01/22/2015 |
| 6385 | AFFIDAVIT/DECLARATION in Support re 6366 MOTION for Disbursement of Funds for Class-Representative Service Awards REDACTED filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Vincent Archer [Redacted], # 2 Declaration of Peter Baker [Redacted], # 3 Declaration of Mitch Goldstone [Supplemental and Amended], # 4 Declaration of Abraham Harari [Redacted], # 5 Declaration of Michael O'Connor, # 6 Declaration of Deborah Opper [Redacted], # 7 Declaration of Miguel Rivera and Jay Andrews [Redacted], # 8 Declaration of Michael Schumann [Redacted], # 9 Declaration of Howard Trachtman [Second] [Redacted], # 10 Declaration of Malcolm McDonald [Redacted]) (Marth, Ryan) (Entered: 01/22/2015) | 01/22/2015 |
| 6386 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 6366 MOTION for Disbursement of Funds for Class-Representative Service Awards AMENDED (Marth, Ryan) (Entered: 01/22/2015) | 01/22/2015 |
| | ORDER withdrawing 6376 Motion for Extension of Time to File Response/Reply -- The motion is withdrawn. See docket entry 6380 . Ordered by Magistrate Judge James Orenstein on 1/22/2015. (Hill, Lucy) (Entered: 01/22/2015) | 01/22/2015 |
| | ORDER withdrawing 6365 Motion to Deposit Funds -- The motion is withdrawn. See docket entry 6381 . Ordered by Magistrate Judge James Orenstein on 1/22/2015. (Hill, Lucy) (Entered: 01/22/2015) | 01/22/2015 |
| 6387 | Letter re: January 28, 2015 status conference by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 01/23/2015) | 01/23/2015 |
| 6388 | MOTION for Leave to File Excess Pages on brief to follow for various relief see 6390 by Claims Compensation Bureau, LLC. (Graifman, Brian) (Entered: 01/23/2015) | 01/23/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6389 | MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 in 1:05-cv-05870-MKB-JO, 49 in 1:06-cv-05583-MKB-JO, 12 in 1:14-cv-01980-MKB-JO, 109 in 1:05-cv-05868-MKB-JO, 17 in 1:13-cv-03474-MKB-JO, 149 in 1:05-cv-04974-MKB-JO, 59 in 1:07-cv-00592-MKB-JO, 102 in 1:05-cv-05880-MKB-JO, 63 in 1:13-cv-03074-MKB-JO, 40 in 1:09-cv-03225-MKB-JO, 20 in 1:13-cv-03473-MKB-JO, 43 in 1:09-cv-03225-MKB-JO, 151 in 1:05-cv-05153-MKB-JO, 172 in 1:05-cv-05081-MKB-JO, 100 in 1:05-cv-05878-MKB-JO, 223 in 1:05-cv-04520-MKB-JO, 103 in 1:05-cv-05871-MKB-JO, 183 in 1:05-cv-04194-MKB-JO, 166 in 1:05-cv-03924-MKB-JO, 23 in 1:13-cv-05352-MKB-JO, 142 in 1:05-cv-04677-MKB-JO, 97 in 1:05-cv-05869-MKB-JO, 31 in 1:13-cv-03355-MKB-JO, 206 in 1:05-cv-04650-MKB-JO, 159 in 1:05-cv-03800-MKB-JO, 60 in 1:06-cv-00078-MKB-JO, 56 in 1:13-cv-05746-MKB-JO, 20 in 2:14-cv-00873-MKB-JO, 222 in 1:05-cv-04521-MKB-JO, 176 in 1:05-cv-05080-MKB-JO, 196 in 1:05-cv-04728-MKB-JO, 173 in 1:05-cv-05017-MKB-JO, 15 in 1:14-cv-00880-MKB-JO, 30 in 1:14-cv-00321-MKB-JO, 175 in 1:05-cv-05083-MKB-JO, 218 in 1:05-cv-05207-MKB-JO, 155 in 1:05-cv-04131-MKB-JO, 161 in 1:05-cv-03925-MKB-JO, 60 in 1:06-cv-01829-MKB-JO, 60 in 1:06-cv-01830-MKB-JO, 108 in 1:05-cv-05883-MKB-JO, 67 in 1:06-cv-02534-MKB-JO, 175 in 1:05-cv-05076-MKB-JO, 167 in 1:05-cv-05078-MKB-JO, 174 in 1:05-cv-05070-MKB-JO, 61 in 1:06-cv-05765-MKB-JO, 31 in 1:14-cv-02318-MKB-JO, 60 in 1:06-cv-01831-MKB-JO, 183 in 1:05-cv-05075-MKB-JO, 107 in 1:05-cv-05881-MKB-JO, 6349 in 1:05-md-01720-MKB-JO, 17 in 1:14-cv-00261-MKB-JO, 171 in 1:05-cv-05077-MKB-JO, 106 in 1:06-cv-00039-MKB-JO, 172 in 1:05-cv-05082-MKB-JO, 60 in 1:06-cv-01832-MKB-JO, 107 in 1:05-cv-05882-MKB-JO, 107 in 1:05-cv-05884-MKB-JO, 107 in 1:05-cv-05885-MKB-JO, 113 in 1:13-cv-05745-MKB-JO, 173 in 1:05-cv-05069-MKB-JO, 1666 in 1:96-cv-05238-MKB-JO, 169 in 1:05-cv-05866-MKB-JO, 170 in 1:05-cv-05072-MKB-JO, 207 in 1:05-cv-04799-MKB-JO, 36 in 1:13-cv-03059-MKB-JO, 155 in 1:05-cv-05073-MKB-JO) Order,, Order,, AND FOR INDICATIVE RULING FOR APPEAL AND STAY by Claims Compensation Bureau, LLC. Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 01/23/2015) | 01/23/2015 |
| 6390 | MEMORANDUM in Support re (6388 in 1:05-md-01720-MKB-JO) MOTION for Leave to File Excess Pages on brief to follow for various relief see 6390, (6389 in 1:05-md-01720-MKB-JO) MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 filed by Claims Compensation Bureau, LLC. Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 01/23/2015) | 01/23/2015 |
| 6391 | AFFIDAVIT/DECLARATION in Support re (6 in 1:15-cv-00264-MKB-JO) MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 of Brad Heffler filed by Claims Compensation Bureau, LLC. Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 01/23/2015) | 01/23/2015 |
| 6392 | AFFIDAVIT/DECLARATION in Support re (6 in 1:15-cv-00264-MKB-JO) MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 of Mark L. Schneider filed by Claims Compensation Bureau, LLC. (Attachments: # 1 Exhibit A to Schneider) Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 01/23/2015) | 01/23/2015 |
| 6393 | AFFIDAVIT/DECLARATION in Support re (6 in 1:15-cv-00264-MKB-JO) MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 of Brian D. Graifman filed by Claims Compensation Bureau, LLC. (Attachments: # 1 Exhibit A) Injunctive Order Doc 6349, # 2 Exhibit B) Order 11/5/14, # 3 Exhibit C) Ltr of Class 11/16/13 doc 6088, # 4 Exhibit D) Class motion Doc 6127 12/12/13, # 5 Exhibit E) 12/20/13 Order Doc 6137 granting prelim inj, # 6 Exhibit F) 12/30/13 Order Doc 6147 modifying prelim inj, # 7 Exhibit G) Transcript 1/10/14 Doc 6193, # 8 Exhibit H) Order 1/13/14 doc 6193, # 9 Exhibit I) Ltr of Sirota 2/7/14 doc 6233, # 10 Exhibit J) Docket order 2/25/14, # 11 Exhibit K) Class counsel proposed communications 4/14/14 Doc 6300, # 12 Exhibit L) Ltr-opp Sirota 5/2/14 Doc 6318, # 13 Exhibit M) Class reply 5/12/14 doc 6319, # 14 Exhibit N) Transcript 5/30/14 court conf, # 15 Exhibit O) Letter of class counsel 10/14/14 Doc 6350, # 16 Exhibit P) CCB Notice of appeal doc 6351 of 10/3/14 injunctive order, # 17 Exhibit Q) CCB Notie of appeal doc 6356 of 11/5/14 docket order Doc 6356, # 18 Exhibit R) CCB Amended notice of appeal Doc 6358 of docket order, # 19 Exhibit S) Second Circuit Docket Sheet, # 20 Exhibit T) Scheduling Order of Second Circuit, # 21 Exhibit U) Plan of Admin & Distrib 10/19/12 Doc 1656-1, # 22 Exhibit V) Additional Info re Plan of Distrib & Admin 4/11/13 Doc 2112-1, # 23 Exhibit W) Affidavit of Neil Zola 6/8/09 doc 1486 from Visa Check case) Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 01/23/2015) | 01/23/2015 |
| 6394 | Corporate Disclosure Statement by Claims Compensation Bureau, LLC identifying Corporate Parent PRA Group, Inc. for Claims Compensation Bureau, LLC. Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 01/23/2015) | 01/23/2015 |
| 6395 | ORDER granting 6366 Motion for Disbursement of Funds. For the reasons set forth in the moving papers, the Court grants the proposed amended order 6386 awarding service awards to Class Representatives in the amounts indicated in the attached order. Ordered by Judge Margo K. Brodie on 1/23/2015. (Brodie, Margo) (Entered: 01/23/2015) | 01/23/2015 |
| 6396 | NOTICE OF APPEAL as to 6395 Order on Motion for Disbursement of Funds, by Jon M Zimmerman. Filing fee $ 505, receipt number 0207-7479481. Appeal Record due by 2/6/2015. (Furman, Joshua) (Entered: 01/23/2015) | 01/23/2015 |
|  | SCHEDULING ORDER: re 6387 Letter filed by Mastercard International Incorporated, Mastercard Incorporated -- The status conference currently scheduled for January 28, 2015 at 10:30 a.m. is cancelled. The next status conference will be held on March 5, 2015 at 10:30 a.m. The parties shall submit an updated joint status report no later than February 26, 2015. Ordered by Magistrate Judge James Orenstein on 1/23/2015. (Hill, Lucy) (Entered: 01/23/2015) | 01/23/2015 |
|  | ORDER granting 6388 Motion for Leave to File Excess Pages. Ordered by Judge Margo K. Brodie on 1/23/2015. (Francis-McLeish, Ogoro) (Entered: 01/23/2015) | 01/23/2015 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER TO SHOW CAUSE. Electronic Payments Systems [EPS] is ordered to show cause why it should not be ordered to immediately cease and desist its conduct, cancel all contracts it has entered with any potential claimant and take further steps to correct its actions as detailed in the order proposed by Class Counsel 6382 . Show Cause Hearing set for 2/6/2015 at 11:00 AM in Courtroom 6F North before Judge Margo K. Brodie. Class Counsel is directed to serve a copy of the Courts order by regular and overnight mail, along with a copy of Counsels proposed order, on counsel for EPS. Ordered by Judge Margo K. Brodie on 1/23/2015.(Brodie, Margo) (Entered: 01/23/2015) | 01/23/2015 |
| | ORDER 6370 granting Letter Application to approve the Escrow Agent's request to pay custodial fees out of the Class Settlement Interchange Escrow Account, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Ordered by Judge Margo K. Brodie on 1/23/2015. (Francis-McLeish, Ogoro) (Entered: 01/23/2015) | 01/23/2015 |
| | ORDER granting 6369 Letter Application to approve the Escrow Agent's request to pay custodial fees out of the Class Settlement Cash Escrow Account, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Ordered by Judge Margo K. Brodie on 1/23/2015. (Francis-McLeish, Ogoro) (Entered: 01/23/2015) | 01/23/2015 |
| | 33rd Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6396 Notice of Appeal (McGee, Mary Ann) (Entered: 01/26/2015) | 01/26/2015 |
| | ORDER: Class Counsel is ordered to respond in writing, no later than February 6, 2015, to the motion by Claims Compensation Bureau ("CCB") to vacate or modify injunctive orders as to CCB. CCB is ordered to submit its reply, if any, no later than February 12, 2015. Ordered by Judge Margo K. Brodie on 1/26/2015. (Brodie, Margo) (Entered: 01/26/2015) | 01/26/2015 |
| 6397 | NOTICE OF APPEAL as to 6395 Order on Motion for Disbursement of Funds, by Daviss Donuts and Deli, Bishop, Orange County Bldg Materials, Top Gun Wrecker, Unlimited Vacations and Cruises Inc. Filing fee $ 505, receipt number 0207-7483808. (Pentz, John) (Entered: 01/28/2015) | 01/28/2015 |
| | 34th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6397 Notice of Appeal, (McGee, Mary Ann) (Entered: 01/28/2015) | 01/28/2015 |
| 6398 | Letter MOTION for Hearing on coordinated expedited scheduling by Claims Compensation Bureau, LLC. Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 01/30/2015) | 01/30/2015 |
| | ORDER denying 6398 Motion for Hearing -- Because the court has no power to compel a party to enter into a stipulation, the motion is denied. Ordered by Magistrate Judge James Orenstein on 1/30/2015. (Hill, Lucy) (Entered: 01/30/2015) | 01/30/2015 |
| | ORDER: Robin Wilcox, who was appointed Special Master in this case after she served with distinction as Special Master in the MDL class action that was its predecessor, see In Re Visa Check/Mastermoney Antitrust Litigation, 96-CV-5238 (JG), DE 1624, at 1, has asked the Court to be discharged. No disputes have been referred to her in this case. Her application is granted. Ordered by Judge Margo K. Brodie on 2/2/2015. (Brodie, Margo) (Entered: 02/02/2015) | 02/02/2015 |
| 6399 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-7500640. by Electronic Payment Systems, LLC. (Attachments: # 1 Affidavit in Support, # 2 Exhibit, # 3 Proposed Order) (Krob, Scotty) (Entered: 02/04/2015) | 02/04/2015 |
| 6400 | ORDER granting 6399 Motion for Leave to Appear Pro Hac Vice -- The motion is granted. Attorney Scotty P. Krob, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By February 11, 2015, Mr. Krob shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Krob shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Krob shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 2/4/2015. (Hill, Lucy) (Entered: 02/04/2015) | 02/04/2015 |
| 6401 | NOTICE of Appearance by Scotty P. Krob on behalf of Electronic Payment Systems, LLC (aty to be noticed) (Krob, Scotty) (Entered: 02/04/2015) | 02/04/2015 |
| 6402 | Motion to Appear by Telephone by Electronic Payment Systems, LLC. (Attachments: # 1 Proposed Order) (Krob, Scotty) (Entered: 02/04/2015) | 02/04/2015 |
| | ORDER granting 6402 Motion to Appear by Telephone. Counsel shall call Chambers at 718-613-2140 at 11:00 A.M. on Friday, February 6, 2015. Ordered by Judge Margo K. Brodie on 2/4/2015. (Francis-McLeish, Ogoro) (Entered: 02/04/2015) | 02/04/2015 |
| 6403 | Letter from Alexandra S. Bernay regarding Electronic Payments Systems, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/05/2015) | 02/05/2015 |
| 6404 | RESPONSE TO ORDER TO SHOW CAUSE by Electronic Payment Systems, LLC (Attachments: # 1 Declaration Anthony S. Maley, # 2 Exhibit A & B) (Krob, Scotty) (Entered: 02/05/2015) | 02/05/2015 |
| 6405 | MEMORANDUM in Opposition re 6389 MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 Class Plaintiffs' Memorandum Of Law In Opposition To Claims Compensation Bureau LLC's Motion For Indicative Ruling To Supplement The Record For Appeal, Vacate Or Modify And To Stay The Injunction Orders as to CCB filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Alexandra S. Bernay, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Bernay, Alexandra) (Entered: 02/06/2015) | 02/06/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6406 | Letter from Willkie Farr & Gallagher to Judge Brodie. (Mahoney, Brenna) (Entered: 02/06/2015) | 02/06/2015 |
| 6407 | MOTION for Attorney Fees by Jon M Zimmerman. (Attachments: # 1 Memorandum in Support) (Furman, Joshua) (Entered: 02/06/2015) | 02/06/2015 |
| | Minute Entry for proceedings held before Judge Margo K. Brodie: Show Cause Hearing held on 2/6/2015. Alexandra S. Bernay and K. Craig Wildfang appeared on behalf of class plaintiffs. Scotty P. Krob appeared via telephone on behalf of defendant Electronic Payment Systems, LLC (EPS). Aton Arbisser appeared on behalf of third-party Financial Recovery Strategies (FRS). EPS stated that it is not a claims filing service and no longer refers merchants to Managed Care Advisory Group (MCAG), a claims filing service. EPS also stated that it had removed misleading information about MCAG from its website, and that EPS's only current program is the Merchant Reimbursement Program (MRP), a merchant surcharge program. The Court ordered EPS to provide discovery to the class plaintiffs on a rolling basis regarding, among other items: (1) the names of any merchant who signed a contract with MCAG pursuant to a referral by EPS as well as any information EPS has about the individuals who were referred to MCAG but did not sign a contract; and (2) any scripts or guidelines used by EPS for referring merchants to MCAG or signing up merchants for the MRP. EPS shall produce as much information as possible within two weeks, with the balance produced within 30 days. FRS and Class Counsel confirmed that the statements FRS uses to solicit merchants for claims filing services were in compliance with the court's prior orders. (Court Reporter Anthony Mancuso.) (Hill, Lucy) (Entered: 02/06/2015) | 02/06/2015 |
| 6408 | Letter from Vorys, Sater, Seymour and Pease LLP to Judge Brodie by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Canter, Michael) (Entered: 02/09/2015) | 02/09/2015 |
| 6409 | MANDATE of USCA as to 6347 Notice of Appeal filed by Jon M Zimmerman. Counsel for Appellant Jon M. Zimmerman has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 20, 2015 as the brief filing date. It is Ordered that the appeal is dismissed effective January 20, 2015 for failure to file the brief by that date. Issued as Mandate: 2/9/15. (McGee, Mary Ann) (Entered: 02/09/2015) | 02/09/2015 |
| 6410 | Letter from Constantine Cannon LLP to Judge Brodie by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Shinder, Jeffrey) (Entered: 02/09/2015) | 02/09/2015 |
| 6411 | REPLY in Support re 6389 in 1:05-md-01720-MKB-JO) MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 Reply Memorandum of Law filed by Claims Compensation Bureau, LLC. Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 02/11/2015) | 02/11/2015 |
| 6412 | REPLY in Support re 6389 in 1:05-md-01720-MKB-JO) MOTION to Vacate (212 in 1:05-cv-05319-MKB-JO, 18 in 1:13-cv-06339-MKB-JO, 172 in 1:05-cv-05074-MKB-JO, 66 in 1:06-cv-02532-MKB-JO, 12 in 1:14-cv-00984-MKB-JO, 17 in 1:04-cv-01604-MKB-JO, 102 in 1:05-cv-05879-MKB-JO, 196 in 1:05-cv-05073-MKB-JO, 105 Reply Declaration of Brian D. Graifman filed by Claims Compensation Bureau, LLC. (Attachments: # 1 Exhibit A) Doc. 6016 Class response to MCAG 9/11/13, # 2 Exhibit B) Minute Entries) Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 02/11/2015) | 02/11/2015 |
| | SCHEDULING ORDER: re 6406 Letter -- A status conference will be held on February 26, 2015 at 11:30 a.m. Ordered by Magistrate Judge James Orenstein on 2/11/2015. (Hill, Lucy) (Entered: 02/11/2015) | 02/11/2015 |
| 6413 | Letter to Judge Brodie re courtesy copies by Claims Compensation Bureau, LLC Associated Cases: 1:05-md-01720-MKB-JO et al. (Graifman, Brian) (Entered: 02/12/2015) | 02/12/2015 |
| 6414 | RESPONSE in Opposition re 6407 MOTION for Attorney Fees filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1) (Montague, H.) (Entered: 02/12/2015) | 02/12/2015 |
| | ORDER re 6414 Response in Opposition to Motion filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Mr. Furman is directed to appear in person at the status conference on February 26, 2015 to discuss the motion for attorney's fees (docket entry 6407 ). Ordered by Magistrate Judge James Orenstein on 2/13/2015. (Hill, Lucy) (Entered: 02/13/2015) | 02/13/2015 |
| | ORDER denying 6389 Motion to Vacate. Claims Compensation Bureau, LLC ("CCB") seeks an indicative ruling pursuant to Rule 62.1 of the Federal Rules of Civil Procedure on its motion to vacate the Court's October 3, 2014 Memorandum and Order ("October 2014 M&O") which was modified by a November 5, 2014 Order ("Nov. 2014 Order"), both of which were issued by Judge John Gleeson (collectively the "Injunctive Order"). CCB's motion seeks an order: (1) modifying the Injunctive Order, and/or allowing an enhanced evidentiary record for consideration on appeal; (2) on interim remand, vacating or modifying the Injunctive Order as to CCB pursuant to Rule 60(b)(1), (2) and (6) of the Federal Rules of Civil Procedure, and/or allowing CCB to file its motion into the evidentiary record or otherwise supplement the record for consideration on appeal; and (3) granting an immediate temporary stay of the Injunctive Order as to CCB pursuant to Rule 62(c) of the Federal Rules of Civil Procedure pending a decision on the motion and CCB's appeal. Having reviewed all of the papers submitted by CCB and Class Counsel, as well as the Injunctive Order, the Court agrees with Class Counsel that the Injunctive Order is not applicable to CCB. The Court therefore denies CCB's motion in its entirety. Ordered by Judge Margo K. Brodie on 2/13/2015. (Brodie, Margo) (Entered: 02/13/2015) | 02/13/2015 |
| 6415 | REPLY in Support re 6407 MOTION for Attorney Fees filed by Jon M Zimmerman. (Furman, Joshua) (Entered: 02/16/2015) | 02/16/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6416 | MANDATE of USCA as to 6351 Notice of Appeal filed by Claims Compensation Bureau, LLC, 6356 Notice of Interlocutory Appeal filed by Claims Compensation Bureau, LLC, 6358 Subsequent Notice of Appeal filed by Claims Compensation Bureau, LLC The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. The stipulation is hereby "So Ordered". Issued as Mandate: 2/17/15. (McGee, Mary Ann) (Entered: 02/18/2015) | 02/18/2015 |
| 6417 | Letter from Willkie Farr & Gallagher LLP to Magistrate Judge Orenstein. (Mahoney, Brenna) (Entered: 02/19/2015) | 02/19/2015 |
| 6418 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 02/19/2015) | 02/19/2015 |
| 6419 | Letter dated February 20, 2015 from Class Plaintiffs Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/20/2015) | 02/20/2015 |
| 6420 | NOTICE OF APPEAL as to 6395 Order on Motion for Disbursement of Funds, by The Iron Barley Restaurant. Filing fee $ 505, receipt number 0207-7540196. Appeal Record due by 3/9/15. (Miller, Steve) (Entered: 02/22/2015) | 02/22/2015 |
|  | 35th Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 6420 Notice of Appeal (McGee, Mary Ann) (Entered: 02/24/2015) | 02/24/2015 |
| 6421 | Letter re February 26, 2015 Status Conference by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 02/25/2015) | 02/25/2015 |
| 6422 | Letter dated 2/25/2015 from Stephen Greiner to Magistrate Judge Orenstein attaching a Stipulation and Proposed Order Governing Disclosure. (Marziliano, August) (Entered: 02/25/2015) | 02/25/2015 |
| 6423 | NOTICE of Appearance by Abby Faith Rudzin on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp (aty to be noticed) (Rudzin, Abby) (Entered: 02/26/2015) | 02/26/2015 |
| 6438 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 2/26/2015. SCHEDULING: The next status conference will be held on March 5, 2015, at 10:30 a.m. SUMMARY: (1) As set forth on the record, after hearing the parties' argument, I respectfully recommended that the court deny Objector Zimmerman's fee application. See Docket Entry ("DE") 6407. (2) As set forth on the record, the parties discussed protocols for exchanging information concerning documents and communications relating to Ms. Ravelo and Mr. Friedman. The parties will confer and submit a revised proposed stipulation by March 5, 2015. By the same date, the parties will report on their efforts to reach a similar agreement with respect to a similar class of documents held by Mr. Friedman and by the Hunton & Williams Firm. (3) The parties will confer as to whether there remains a need for a further status conference on March 5, 2015; if they agree that there is not, I respectfully request that they propose a schedule for further conferences. (Court Reporter Sherry Bryant.) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 03/13/2015) | 02/26/2015 |
| 6424 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on February 26, 2015, before Judge James Orenstein. Court Reporter/Transcriber Sherry Bryant, Telephone number 718-613-2636. Email address: sbryant102@verizon.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 3/20/2015. Redacted Transcript Deadline set for 3/30/2015. Release of Transcript Restriction set for 5/28/2015. (Bryant, Sherry) (Entered: 02/27/2015) | 02/27/2015 |
| 6425 | Letter on Behalf of All Defendants re March 5, 2015 Status Conference by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 03/02/2015) | 03/02/2015 |
|  | ORDER re 6425 Letter filed by Mastercard International Incorporated, Mastercard Incorporated -- The status conference currently scheduled for March 5, 2015, at 10:30 a.m. is adjourned until March 16, 2015, at 1:00 p.m., subject to the parties' agreement to convene on a different date. Ordered by Magistrate Judge James Orenstein on 3/2/2015. (Hill, Lucy) Modified on 3/3/2015 (Guy, Alicia). (Entered: 03/02/2015) | 03/02/2015 |
| 6426 | NOTICE of Change of Address and Telephone Number by Neil S. Binder (Binder, Neil) (Entered: 03/04/2015) | 03/04/2015 |
| 6427 | JPMDL Conditional Transfer Order CTO-16: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to theEastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Attachments: # 1 Transfer Request sent to Arizona) (Marziliano, August) (Entered: 03/05/2015) | 03/05/2015 |
| 6428 | Letter Status Report Concerning Disclosure Protocol for Gary Friedman and Hunton & Williams LLP by 7-Eleven Inc., Home Depot U.S.A., Inc., Target Corporation (Shinder, Jeffrey) (Entered: 03/05/2015) | 03/05/2015 |
| 6429 | NOTICE of Appearance by Theresa Trzaskoma on behalf of Gary Friedman (aty to be noticed) (Trzaskoma, Theresa) (Entered: 03/05/2015) | 03/05/2015 |
| 6430 | NOTICE of Appearance by Samuel Issacharoff on behalf of Gary Friedman (aty to be noticed) (Issacharoff, Samuel) (Entered: 03/05/2015) | 03/05/2015 |
| 6431 | Letter to the Court by Gary Friedman (Issacharoff, Samuel) (Entered: 03/05/2015) | 03/05/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6432 | Letter from Dechert LLP dated March 5, 2015, updating the Court concerning document protocol by Willkie Farr & Gallagher LLP (Attachments: # 1 Exhibit A) (Jossen, Robert) (Entered: 03/05/2015) | 03/05/2015 |
| 6433 | NOTICE of Appearance by Robert J. Jossen on behalf of Willkie Farr & Gallagher LLP (aty to be noticed) (Jossen, Robert) (Entered: 03/07/2015) | 03/07/2015 |
| 6434 | Letter from Alexandra S. Bernay regarding Electronic Payments Systems, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-11) (Bernay, Alexandra) (Entered: 03/10/2015) | 03/10/2015 |
| 6435 | Letter dated 3/10/2015 from Robert J. Jossen to Magistrate Judge Orenstein re: Stipulation and Proposed Order Governing Disclosure by Willkie Farr & Gallagher LLP (Jossen, Robert) (Entered: 03/10/2015) | 03/10/2015 |
| 6436 | MOTION for Extension of Time to File Response/Reply as to 6434 Letter by Electronic Payment Systems, LLC. (Attachments: # 1 Proposed Order) (Krob, Scotty) (Entered: 03/11/2015) | 03/11/2015 |
|  | ORDER TO SHOW CAUSE re 6434 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- EPS shall show cause in writing by March 13, 2015, why the court should not grant the requested relief. I will hear argument on the motion at the conference on March 16, 2015. Ordered by Magistrate Judge James Orenstein on 3/11/2015. (Hill, Lucy) (Entered: 03/11/2015) | 03/11/2015 |
| 6437 | Letter on Behalf of All Parties re: March 16, 2015 Status Conference by 7-Eleven Inc., Home Depot U.S.A., Inc., Target Corporation (Shinder, Jeffrey) (Entered: 03/12/2015) | 03/12/2015 |
|  | ORDER granting 6436 Motion for Extension of Time to File Response/Reply -- The motion is granted. EPS's time to show cause in writing why the court should not grant the relief requested in docket entry 6434 is extended until March 20, 2015. A hearing on plaintiffs' motion will be held on March 30, 2015 at 4:00 p.m. Only parties to the motion must attend the conference; other parties are welcome but not required. Ordered by Magistrate Judge James Orenstein on 3/12/2015. (Hill, Lucy) (Entered: 03/12/2015) | 03/12/2015 |
|  | ORDER re 6435 Letter filed by Willkie Farr & Gallagher LLP -- The Stipulation and Proposed Order Governing Disclosure is so ordered. Ordered by Magistrate Judge James Orenstein on 3/12/2015. (Hill, Lucy) (Entered: 03/12/2015) | 03/12/2015 |
|  | SCHEDULING ORDER: re 6437 Letter filed by 7-Eleven Inc., Home Depot U.S.A., Inc., Target Corporation -- The status conference currently scheduled for March 16, 2015 at 1:00 p.m. is adjourned until April 6, 2015 at 3:00 p.m. The parties shall submit a status report by March 30, 2015. Ordered by Magistrate Judge James Orenstein on 3/13/2015. (Hill, Lucy) (Entered: 03/13/2015) | 03/13/2015 |
| 6439 | MOTION for Extension of Time to File Response/Reply to order to show cause by Electronic Payment Systems, LLC. (Attachments: # 1 Declaration, # 2 Response to motion to show cause, # 3 Exhibit 1 to Response to motion to show cause, # 4 Exhibit 2 to Response to motion to show cause, # 5 Exhibit 3 to Response to motion to show cause, # 6 Proposed Order) (Krob, Scotty) (Entered: 03/23/2015) | 03/23/2015 |
| 6440 | Letter dated 3/17/15 from Benjamin J. Klassen, Esq. re: enclosing for your records a notice sent by Gary Vander Vorst, President of Erickson Oil Products, Inc. & Freedom Value Centers, Inc., members of the plaintiff class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation to the Payment Card Interchange Fee Settlement. (Guzzi, Roseann) (Entered: 03/24/2015) | 03/24/2015 |
| 6441 | Letter from Managed Care Advisory Group Regarding Electronic Payment Systems by Managed Care Advisory Group, Inc. (Attachments: # 1 Declaration with Exhibit) (Sheehan, Patrick) (Entered: 03/24/2015) | 03/24/2015 |
| 6442 | Letter from Alexandra S. Bernay regarding response to Electronic Payment Systems, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-4) (Bernay, Alexandra) (Entered: 03/25/2015) | 03/25/2015 |
| 6443 | RESPONSE TO ORDER TO SHOW CAUSE by Electronic Payment Systems, LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Krob, Scotty) (Entered: 03/25/2015) | 03/25/2015 |
|  | ORDER granting 6439 Motion for Extension of Time to File Response/Reply -- The motion is granted. EPS is directed to file its response to the order to show cause in a separate docket entry. Ordered by Magistrate Judge James Orenstein on 3/25/2015. (Hill, Lucy) (Entered: 03/25/2015) | 03/25/2015 |
| 6445 | Letter dated 3/27/2015 from Theresa Trzaskoma to Magistrate Judge Orenstein re: Stipulation and Proposed Order Governing Disclosure of Friedman Materials by Gary Friedman (Trzaskoma, Theresa) (Entered: 03/27/2015) | 03/27/2015 |
| 6446 | NOTICE of Appearance by Stephanie L. Jonaitis on behalf of Sunoco, Inc. (R&M) (notification declined or already on case) (Jonaitis, Stephanie) (Entered: 03/27/2015) | 03/27/2015 |
| 6447 | Motion to Appear by Telephone by Electronic Payment Systems, LLC. (Attachments: # 1 Proposed Order) (Krob, Scotty) (Entered: 03/27/2015) | 03/27/2015 |
|  | ORDER -- In the interest of an efficient resolution of the matters to be addressed at the next conference, I direct an officer of EPS with personal knowledge of the matters in dispute to appear along with the company's counsel at the conference on March 30, 2015. Ordered by Magistrate Judge James Orenstein on 3/27/2015. (Hill, Lucy) (Entered: 03/27/2015) | 03/27/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER denying 6447 Motion to Appear by Telephone: As loath as I am to interrupt the celebration of an occasion of such import, I reluctantly deny the motion. The record developed to date satisfies me that counsel for EPS has not always been in a position to provide reliable factual representations about EPS during the course of court proceedings. I therefore adhere to my ruling that an officer of EPS with personal knowledge of the matters in dispute must appear along with the company's counsel at the conference on March 30, 2015. EPS is of course free to designate a sufficiently knowledgeable officer other than Mr. Maley to appear in his place. Ordered by Magistrate Judge James Orenstein on 3/28/2015. (Orenstein, James) (Entered: 03/28/2015) | 03/28/2015 |
| 6448 | MOTION to Withdraw as Attorney for Ali M. Stoeppelwerth by HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc. (Lesser, David) (Entered: 03/30/2015) | 03/30/2015 |
| 6449 | Letter dated 3/30/2015 from Robert M. Rolfe to Magistrate Judge Orenstein re: Stipulation and Proposed Order Governing Disclosure by Hunton & Williams LLP (Rolfe, Robert) (Entered: 03/30/2015) | 03/30/2015 |
| 6450 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Show Cause Hearing held on 3/30/2015. SCHEDULING: The next status conference will be held on April 6, 2015, at 3:00 p.m. SUMMARY: As set forth on the record, the parties resolved the discovery dispute; EPS will provide the required document disclosures by April 6, 2015. They will work with each other to agree on changes to the EPS web site and the dissemination of remedial information. I denied the motion for sanctions. The parties will submit a joint status report by April 6, 2015. (Court Reporter Richard Barry.) (Hill, Lucy) (Entered: 03/30/2015) | 03/30/2015 |
| 6451 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 03/30/2015) | 03/30/2015 |
| | ORDER granting 6448 Motion to Withdraw as Attorney. -- The motion is granted. Attorney Ali Stoeppelwerth terminated. Ordered by Magistrate Judge James Orenstein on 3/30/2015. (Hill, Lucy) (Entered: 03/30/2015) | 03/30/2015 |
| | ORDER re 6445 Letter filed by Gary Friedman -- The Stipulation and Proposed Order Governing Disclosure of Gary B. Friedman's Documents is so ordered. Ordered by Magistrate Judge James Orenstein on 3/31/2015. (Hill, Lucy) (Entered: 03/31/2015) | 03/31/2015 |
| | ORDER re 6449 Letter filed by Hunton & Williams LLP -- The Stipulation and Proposed Order Governing Disclosure to the Court of the Hunton and Williams LLP Documents is so ordered. Ordered by Magistrate Judge James Orenstein on 3/31/2015. (Hill, Lucy) (Entered: 03/31/2015) | 03/31/2015 |
| 6452 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 03/30/2015, before Judge James Orenstein. Court Reporter/Transcriber Richard W. Barry, Telephone number 718-613-2505. Email address: rwbarrycourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 4/22/2015. Redacted Transcript Deadline set for 5/4/2015. Release of Transcript Restriction set for 6/30/2015. (Barry, Richard) (Entered: 04/01/2015) | 04/01/2015 |
| 6453 | Letter MOTION to Adjourn Conference on behalf of all parties by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 04/01/2015) | 04/01/2015 |
| 6454 | Letter to Hon. James Orenstein seeking clarification of the Court's Orders by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/01/2015) | 04/01/2015 |
| | ORDER granting 6453 Motion to Adjourn Conference -- The motion is granted. The status conference currently scheduled for April 6, 2015 at 3:00 p.m. is adjourned until April 22, 2015 at 3:30 p.m. Ordered by Magistrate Judge James Orenstein on 4/1/2015. (Hill, Lucy) (Entered: 04/01/2015) | 04/01/2015 |
| 6455 | Letter from Managed Care Advisory Group Regarding Electronic Payment Systems by Managed Care Advisory Group, Inc. (Sheehan, Patrick) (Entered: 04/02/2015) | 04/02/2015 |
| 6456 | NOTICE of Change of Firm Name and Email address by K. Craig Wildfang / Robins Kaplan LLP (Wildfang, K.) (Entered: 04/06/2015) | 04/06/2015 |
| 6457 | NOTICE of Change of Firm Name and Email Address by K. Craig Wildfang / Robins Kaplan LLP (Wildfang, K.) (Entered: 04/06/2015) | 04/06/2015 |
| 6458 | NOTICE of Change of Firm Name and Email Address by William V. Reiss / Robins Kaplan LLP (Reiss, William) (Entered: 04/06/2015) | 04/06/2015 |
| 6459 | NOTICE of Change of Firm Name and Email Address by Bernard Persky / Robins Kaplan LLP (Persky, Bernard) (Entered: 04/06/2015) | 04/06/2015 |
| 6460 | NOTICE of Change of Firm Name and Email Address by Ryan W. Marth / Robins Kaplan LLP (Marth, Ryan) (Entered: 04/06/2015) | 04/06/2015 |
| 6461 | STATUS REPORT (Joint) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/06/2015) | 04/06/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 6461 Status Report filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- EPS and Class Counsel are directed to submit a further status report after the deposition of the EPS representative on April 29, 2015. Ordered by Magistrate Judge James Orenstein on 4/7/2015. (Hill, Lucy) (Entered: 04/07/2015) | 04/07/2015 |
| 6462 | NOTICE of Change of Firm Name and Email Address by Thomas J. Undlin /Robins Kaplan LLP (Undlin, Thomas) (Entered: 04/10/2015) | 04/10/2015 |
| 6463 | NOTICE of Change of Firm Name and Email Address by Stacey Paige Slaughter / Robins Kaplan LLP (Slaughter, Stacey) (Entered: 04/10/2015) | 04/10/2015 |
| 6464 | NOTICE of Change of Firm Name and Email Address by George D. Carroll / Robins Kaplan LLP (Carroll, George) (Entered: 04/10/2015) | 04/10/2015 |
| 6465 | STATUS REPORT regarding third-party claims filing companies by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-5) (Bernay, Alexandra) (Entered: 04/13/2015) | 04/13/2015 |
| 6466 | Letter MOTION for Extension of Time to File Status Report by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 04/15/2015) | 04/15/2015 |
| | ORDER granting 6466 Motion for Extension of Time to File -- The motion is granted. The time to submit the joint status report is extended until April 16, 2015. Ordered by Magistrate Judge James Orenstein on 4/15/2015. (Hill, Lucy) (Entered: 04/15/2015) | 04/15/2015 |
| 6467 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 04/16/2015) | 04/16/2015 |
| 6468 | Letter MOTION to Adjourn Conference on Behalf of All Parties by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 04/17/2015) | 04/17/2015 |
| | ORDER granting 6468 Motion to Adjourn Conference -- The motion is granted. The status conference currently scheduled for April 22, 2015 at 3:30 p.m. is rescheduled for May 26, 2015 at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on 4/20/2015. (Hill, Lucy) (Entered: 04/20/2015) | 04/20/2015 |
| 6469 | STATUS REPORT (Financial Recovery Strategies' Response To Class Counsel's Status Report Regarding Third Party Claims-Filing Companies) by Financial Recovery Services, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Arbisser, Ethan) (Entered: 04/21/2015) | 04/21/2015 |
| | ORDER re 6469 Status Report, filed by Financial Recovery Services, Inc. -- To the extent Financial Recovery Services, Inc. seeks relief, it may file a motion setting forth the legal basis for its request (including, to the extent applicable, the legal basis for reconsideration of any prior ruling). Any party wishing to be heard in opposition to such a motion shall respond within one week. Ordered by Magistrate Judge James Orenstein on 4/22/2015. (Hill, Lucy) (Entered: 04/22/2015) | 04/22/2015 |
| 6470 | Letter dated 4/28/2015 from Kenneth A. Gallo to Magistrate Judge Orenstein re: Stipulation and [Proposed] Order Pursuant to Federal Rule of Evidence 502(D) by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 04/28/2015) | 04/28/2015 |
| | STIPULATION AND ORDER re 6470 Stipulation filed by Mastercard International Incorporated, Mastercard Incorporated -- The stipulation, see docket entry 6470 , is so ordered. Ordered by Magistrate Judge James Orenstein on 4/29/2015. (Wentworth-Ping, Alex) (Entered: 04/29/2015) | 04/29/2015 |
| 6471 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Berenthal, Karen) (Entered: 04/30/2015) | 04/30/2015 |
| | ORDER granting 6471 Motion to Withdraw as Attorney -- The motion is granted; attorney Karen L. Berenthal terminated. Ordered by Magistrate Judge James Orenstein on 4/30/2015. (Wentworth-Ping, Alex) (Entered: 04/30/2015) | 04/30/2015 |
| 6472 | STATUS REPORT [Joint Status Report By Class Counsel and Third Party Electronic Payment Systems, LLC] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-17) (Bernay, Alexandra) (Entered: 05/04/2015) | 05/04/2015 |
| | SCHEDULING ORDER: A status conference is scheduled for May 22, 2015 at 11:00 a.m. I respectfully direct counsel for the class and third-party Electronic Payment Systems, LLC to attend this conference; other parties are welcome but not required to attend. Mr. Maley must appear in person along with counsel. Ordered by Magistrate Judge James Orenstein on 5/5/2015. (Wentworth-Ping, Alex) (Entered: 05/05/2015) | 05/05/2015 |
| 6473 | MOTION for Disclosure of Ravelo Documents to Objectors by Bishop, Top Gun Wrecker, Unlimited Vacations and Cruises Inc. (Attachments: # 1 Exhibit Willkie Stipulation, # 2 Exhibit Hunton Stipulation, # 3 Exhibit Friedman Stipulation, # 4 Exhibit Rule 502 Stipulation) (Pentz, John) (Entered: 05/06/2015) | 05/06/2015 |
| | ORDER re 6473 MOTION for Disclosure of Ravelo Documents to Objectors filed by Top Gun Wrecker, Unlimited Vacations and Cruises Inc, Bishop -- Any party seeking to be heard in opposition to the motion shall file a letter response by May 11, 2015. Ordered by Magistrate Judge James Orenstein on 5/6/2015. (Wentworth-Ping, Alex) (Entered: 05/06/2015) | 05/06/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6474 | First MOTION to Continue status conference currently set for May 22, 2015 by Electronic Payment Systems, LLC. (Attachments: # 1 Proposed Order) (Krob, Scotty) (Entered: 05/07/2015) | 05/07/2015 |
| | ORDER granting 6474 Motion to Continue -- The motion is granted. The status conference previously scheduled for May 22, 2015 is rescheduled for June 8, 2015 at 11:00 a.m. Counsel for the class and third-party Electronic Payment Systems, LLC must appear; other parties are welcome but not required to attend. Mr. Maley must appear in person along with counsel. Ordered by Magistrate Judge James Orenstein on 5/8/2015. (Wentworth-Ping, Alex) (Entered: 05/08/2015) | 05/08/2015 |
| | ORDER granting 6473 Motion for Disclosure -- In the absence of any objection, the motion is granted on consent. Ordered by Magistrate Judge James Orenstein on 5/13/2015. (Wentworth-Ping, Alex) (Entered: 05/13/2015) | 05/13/2015 |
| 6475 | NOTICE of Appearance by Jennifer P Snyder on behalf of PNC Bank National Association (aty to be noticed) (Snyder, Jennifer) (Entered: 05/18/2015) | 05/18/2015 |
| 6476 | NOTICE by PNC Bank National Association OF ASSIGNMENT (Snyder, Jennifer) (Entered: 05/18/2015) | 05/18/2015 |
| 6477 | MOTION for Leave to Electronically File Document under Seal by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Joint Case Status Report) (Gallo, Kenneth) (Entered: 05/19/2015) | 05/19/2015 |
| 6478 | STATUS REPORT / Joint Case Status Report by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 05/20/2015) | 05/20/2015 |
| 6479 | STATUS REPORT - [Redacted] Joint Case Status Report by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 05/20/2015) | 05/20/2015 |
| | ORDER granting 6477 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 5/20/2015. (Wentworth-Ping, Alex) (Entered: 05/20/2015) | 05/20/2015 |
| 6480 | NOTICE of Appearance by Alex Michael Hyman on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Hyman, Alex) (Entered: 05/21/2015) | 05/21/2015 |
| 6481 | MOTION for Disclosure Motion for Order to Produce Ravelo-Friedman Emails and Documents to Counsel for Objectors DFS Services LLC, Discover Home Loans, Inc., and Discover Bank by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Selendy, Jennifer) (Entered: 05/22/2015) | 05/22/2015 |
| 6482 | Letter to Judge Brodie and Judge Orenstein requesting funds to be paid by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit, # 2 Exhibit) (Wildfang, K.) (Entered: 05/22/2015) | 05/22/2015 |
| 6483 | Letter from Jennifer Selendy regarding Motion for Order to Produce Ravelo-Friedman Emails and Documents [Docket no. 6481] filed on 5/22/15 by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 05/22/2015) | 05/22/2015 |
| 6484 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 5/26/2015. SCHEDULING: There are no further conferences scheduled before me at this time. SUMMARY: (1) Any party seeking to challenge the class settlement in this litigation on the basis of communications between Ms. Ravelo and Mr. Friedman must object to any assertion of privilege regarding the disclosure of such communications no later than June 5, 2015 (regardless of whether the objection is raised in this action or in In re American Express Anti-Steering Rules Antitrust Litigation, 11-MD-2221 (NGG) (RER)). When the court has resolved all such objections, and when any documents ordered disclosed as a result of such objections have been received by the objecting party, a party seeking to challenge the class settlement on the basis of the Ravelo-Friedman communications must file its motion within 14 days. The parties shall confer and propose a full briefing schedule for such litigation. (2) I respectfully direct the parties to confer and propose dates for future conferences in this action as well as in 14-MD-1720. (Court Reporter Sherry Bryant (718-613-2636))(Attachments: # 1 Appearances) (Wentworth-Ping, Alex) (Entered: 05/26/2015) | 05/26/2015 |
| | ORDER re 6482 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The Class Administrator's request for funding from the Class Settlement Interchange Escrow Account is approved and so ordered. Ordered by Magistrate Judge James Orenstein on 5/26/2015. (Wentworth-Ping, Alex) (Entered: 05/26/2015) | 05/26/2015 |
| 6485 | Letter from Jennifer Selendy regarding Motion for Order to Produce Ravelo-Friedman Emails and Documents [Docket no. 6481] filed on 5/22/15 by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 05/27/2015) | 05/27/2015 |
| 6486 | JPMDL Conditional Transfer Order CTO-17: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to theEastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Attachments: # 1 Transfer request) (Marziliano, August) (Entered: 05/28/2015) | 05/28/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 6481 Motion for Disclosure -- The motion is granted. Willkie Farr & Gallagher, Hunton & Williams LLP, and Gary B. Friedman must produce to counsel for DFS Services LLC, Discover Home Loans, Inc. and Discover Bank document logs and any and all documents relating to communications between Gary B. Friedman and Keila Ravelo that have been or will be produced to counsel for various parties and certain objectors, pursuant to the stipulations that have already been so ordered in this case. See docket entries 6435 , 6445 , 6449 , and 6470 . Ordered by Magistrate Judge James Orenstein on 5/28/2015. (Wentworth-Ping, Alex) (Entered: 05/28/2015) | 05/28/2015 |
| 6487 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on May 26, 2015, before Judge James Orenstein. Court Reporter/Transcriber Sherry Bryant, Telephone number 718-613-2636. Email address: sbryant102@verizon.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/22/2015. Redacted Transcript Deadline set for 7/1/2015. Release of Transcript Restriction set for 8/31/2015. (Bryant, Sherry) (Main Document 6487 replaced on 6/1/2015) (Guy, Alicia). (Entered: 05/31/2015) | 05/31/2015 |
| 6488 | NOTICE by Hermes of Paris, Inc. Notice of Withdrawal as Counsel of Record (Shaub, Jonathan) Modified on 6/1/2015 (Guy, Alicia). (Entered: 06/01/2015) | 06/01/2015 |
| 6489 | NOTICE by 99 Only Stores Notice of Withdrawal as Counsel of Record (Shaub, Jonathan) Modified on 6/1/2015 (Guy, Alicia). (Entered: 06/01/2015) | 06/01/2015 |
| 6490 | NOTICE by Smart & Final Holdings, Inc. Notice of Withdrawal as Counsel of Record (Shaub, Jonathan) Modified on 6/1/2015 (Guy, Alicia). (Entered: 06/01/2015) | 06/01/2015 |
| 6491 | NOTICE of Appearance by Alyse Fiori Stach on behalf of Smart & Final Holdings, Inc. (aty to be noticed) (Stach, Alyse) (Entered: 06/01/2015) | 06/01/2015 |
| 6492 | NOTICE of Appearance by Alyse Fiori Stach on behalf of Hermes of Paris, Inc. (aty to be noticed) (Stach, Alyse) (Entered: 06/01/2015) | 06/01/2015 |
| 6493 | NOTICE of Appearance by Alyse Fiori Stach on behalf of 99 Only Stores (aty to be noticed) (Stach, Alyse) (Entered: 06/01/2015) | 06/01/2015 |
| | ORDER granting 6488 Motion to Withdraw as Attorney, granting 6489 Motion to Withdraw as Attorney and granting 6490 Motion to Withdraw as Attorney -- The motions are granted; attorney Jonathan Peter Shaub terminated. Ordered by Magistrate Judge James Orenstein on 6/1/2015. (Wentworth-Ping, Alex) (Entered: 06/01/2015) | 06/01/2015 |
| | ORDER granting 6488 Motion to Withdraw as Attorney, granting 6489 Motion to Withdraw as Attorney and granting 6490 Motion to Withdraw as Attorney -- The motions are granted; attorney Jonathan Peter Shaub terminated. Ordered by Magistrate Judge James Orenstein on 6/1/2015. (Wentworth-Ping, Alex) (Entered: 06/01/2015) | 06/01/2015 |
| 6494 | Letter MOTION for Extension of Time to File Privilege Objections and Rule 60 Motion re Ravelo-Friedman Documents by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 06/02/2015) | 06/02/2015 |
| | ORDER re 6494 Letter MOTION for Extension of Time to File Privilege Objections and Rule 60 Motion re Ravelo-Friedman Documents filed by Discover Home Loans, Inc., DFS Services, LLC, Discover Bank -- Any party wishing to be heard on the instant request may submit a response by June 5, 2015. Ordered by Magistrate Judge James Orenstein on 6/2/2015. (Wentworth-Ping, Alex) (Entered: 06/02/2015) | 06/02/2015 |
| | ORDER re 6494 Letter MOTION for Extension of Time to File Privilege Objections and Rule 60 Motion re Ravelo-Friedman Documents filed by Discover Home Loans, Inc., DFS Services, LLC, Discover Bank -- The deadline to file motions to compel further production of documents relating to communications between Gary Friedman and Keila Ravelo is stayed pending resolution of the motion. Ordered by Magistrate Judge James Orenstein on 6/3/2015. (Wentworth-Ping, Alex) (Entered: 06/03/2015) | 06/03/2015 |
| 6495 | RESPONSE in Opposition re 6494 Letter MOTION for Extension of Time to File Privilege Objections and Rule 60 Motion re Ravelo-Friedman Documents on behalf of all Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 06/04/2015) | 06/04/2015 |
| 6496 | STATUS REPORT [Joint Status Conference Statement Regarding Electronic Payment Systems, LLC] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-53) (Bernay, Alexandra) (Entered: 06/04/2015) | 06/04/2015 |
| | ORDER denying 6494 Motion for Extension of Time to File -- In the absence of any reason why Discover cannot continue its participation in these proceedings on the same schedule as other similarly situated parties, the motion is denied. Ordered by Magistrate Judge James Orenstein on 6/5/2015. (Hill, Lucy) (Entered: 06/05/2015) | 06/05/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6497 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 6/8/2015. SCHEDULING: The next motion hearing will be held on August 4, 2015, at 10:30 a.m. SUMMARY: (1) The parties agreed that EPS will respond to outstanding interrogatories by June 19, 2015. (2) The parties will confer as to (a) adherence to their earlier agreement concerning the use of written disclaimers to be used by EPS in marketing its services; (b) language for an oral disclaimer to be used by EPS in marketing its services; (c) an expedited schedule for EPS to respond to the Class's discovery requests concerning EPS's use of outside agents; and (d) a schedule for the submission of pre-hearing briefs in advance of the evidentiary hearing scheduled above on the Class's request for an order enjoining EPS from offering any settlement-related services and other sanctions. No later than June 22, 2015, the parties will submit a status report addressing each of the topics listed above as well as any other disputes or issues that any party wishes to raise. Upon reviewing the report, I will schedule further proceedings if and as appropriate. (3) The parties will confer as to the hearing date. If they are unable to conduct the hearing as scheduled, I will entertain a request to adjourn the hearing to August 17, 2015. (Orenstein, James) (Entered: 06/08/2015) | 06/08/2015 |
| 6498 | MOTION to Withdraw as Attorney by William J. Perlstein by HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC North America Holdings, Inc. (Perlstein, William) (Entered: 06/09/2015) | 06/09/2015 |
|  | ORDER granting 6498 Motion to Withdraw as Attorney. -- The motion is granted. Attorney William J. Perlstein terminated. Ordered by Magistrate Judge James Orenstein on 6/9/2015. (Hill, Lucy) (Entered: 06/09/2015) | 06/09/2015 |
| 6499 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 06-08-2015, before Judge James Orenstein. Court Reporter/Transcriber Allan R Sherman, Telephone number 718-613-2529. Email address: asher99983@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 7/1/2015. Redacted Transcript Deadline set for 7/13/2015. Release of Transcript Restriction set for 9/8/2015. (Sherman, Allan) (Main Document 6499 replaced on 6/10/2015) (Marziliano, August). (Entered: 06/10/2015) | 06/10/2015 |
| 6500 | Letter to Judge Orenstein re: Defendants' response to Motions to Compel filed in 11-md-2221 by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit Defendants' response to Motions to Compel) (Gallo, Kenneth) (Entered: 06/11/2015) | 06/11/2015 |
| 6501 | Letter by Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/16/2015) | 06/16/2015 |
|  | SCHEDULING ORDER: A status conference is scheduled for July 21, 2015 at 3:30 p.m. The parties shall submit an updated joint status report no later than July 14, 2015. Ordered by Magistrate Judge James Orenstein on 6/17/2015. (Hill, Lucy) (Entered: 06/17/2015) | 06/17/2015 |
| 6502 | STATUS REPORT [Joint Status Conference Statement Regarding Electronic Payment Systems, LLC] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-3) (Bernay, Alexandra) (Entered: 06/22/2015) | 06/22/2015 |
|  | ORDER re 6502 Status Report -- The application for an adjournment is granted. The motion hearing previously scheduled for August 4, 2015 is rescheduled for August 17, 2015 at 9:30 a.m. Briefing will be submitted after the hearing rather than before. Ordered by Magistrate Judge James Orenstein on 6/30/2015. (Wentworth-Ping, Alex) (Entered: 06/30/2015) | 06/30/2015 |
| 6503 | MOTION for Leave to Electronically File Document under Seal by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Exhibit 1) (Selendy, Jennifer) (Entered: 07/01/2015) | 07/01/2015 |
|  | ORDER re 6503 MOTION for Leave to Electronically File Document under Seal filed by Discover Home Loans, Inc., DFS Services, LLC, Discover Bank --The motion to file the instant document under seal is granted. The conditional request to file a motion is denied as premature without prejudice to Discover's right to seek such relief as it deems appropriate when an actual dispute arises. Ordered by Magistrate Judge James Orenstein on 7/1/2015. (Wentworth-Ping, Alex) (Entered: 07/01/2015) | 07/01/2015 |
| 6505 | Letter Regarding Third Party Electronic Payment Systems, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit, # 2 Proposed Order) (Bernay, Alexandra) (Entered: 07/03/2015) | 07/03/2015 |
| 6506 | ORDER re 6505 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Because the proposed order merely confirms the respondent's pre-existing obligations to provide information, the motion is granted without the need for a response from EPS. See attached order 6506 . Ordered by Magistrate Judge James Orenstein on 7/6/2015. (Wentworth-Ping, Alex) (Entered: 07/06/2015) | 07/06/2015 |
| 6507 | Letter Status Report Regarding Sealed Letter (ECF No. 6504) by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 07/06/2015) | 07/06/2015 |
| 6508 | Letter from Class Counsel dated July 6, 2015 to Judge Brodie and Magistrate Judge Orenstein re Payment of Damasco Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 07/06/2015) | 07/06/2015 |
|  | ORDER re 6504 Sealed, Letter filed by Discover Home Loans, Inc., DFS Services, LLC, Discover Bank -- The request is premature as the parties have not concluded their negotiations. Should Discover believe any relief is warranted once good faith efforts to resolve the issue on consent have been exhausted, it is of course free to file a letter motion seeking appropriate relief. Ordered by Magistrate Judge James Orenstein on 7/6/2015. (Wentworth-Ping, Alex) (Entered: 07/06/2015) | 07/06/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 6508 Letter -- Class Plaintiffs' request for approval of Damasco & Associates LLPs request for funding in the amount of $20,453.70 from the Class Settlement Cash Escrow Account is granted. Ordered by Magistrate Judge James Orenstein on 7/7/2015. (Wentworth-Ping, Alex) (Entered: 07/07/2015) | 07/07/2015 |
| 6509 | Letter Status Report Regarding Sealed Letter (ECF No. 6504) by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc. (Selendy, Jennifer) (Entered: 07/13/2015) | 07/13/2015 |
| 6510 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 07/14/2015) | 07/14/2015 |
| | ORDER re 6509 Letter filed by Discover Home Loans, Inc., DFS Services, LLC, Discover Bank -- The motion is due 14 days from the date of production. The request for a ruling on whether any particular documents may be used in a motion that has not yet been made, and may yet not be made, is premature; I will rule on such a dispute if and when it arises. Ordered by Magistrate Judge James Orenstein on 7/14/2015. (Wentworth-Ping, Alex) (Entered: 07/14/2015) | 07/14/2015 |
| 6511 | Letter MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-7888249. by Mastercard Incorporated, Mastercard International Incorporated. (Benson, Craig) (Entered: 07/16/2015) | 07/16/2015 |
| 6512 | NOTICE of Appearance by Craig Benson on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Benson, Craig) (Entered: 07/16/2015) | 07/16/2015 |
| | ORDER terminating 6511 Motion for Leave to Appear Pro Hac Vice -- See Pretrial Order 1, Docket Entry 93. Ordered by Magistrate Judge James Orenstein on 7/16/2015. (Wentworth-Ping, Alex) (Entered: 07/16/2015) | 07/16/2015 |
| 6513 | MOTION to Vacate 6169 Order on Motion for Attorney Fees, by Daviss Donuts and Deli, Bishop, Orange County Bldg Materials, Top Gun Wrecker, Unlimited Vacations and Cruises Inc. (Pentz, John) (Entered: 07/21/2015) | 07/21/2015 |
| 6514 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 7/21/2015. SCHEDULING: There are no further conferences scheduled before me at this time. SUMMARY: (1) I discussed with the parties and appearing non-parties issues relating to the litigants' access to certain documents held by American Express that may bear on the anticipated motion pursuant to Federal Rule of Civil Procedure 60. As explained on the record, if the parties are unable to resolve the matter on dispute, and if any party serves a subpoena on American Express for the documents at issue, I will entertain a motion to quash by American Express notwithstanding the previously expired deadline for motions to compel. (2) The parties agreed to the following schedule for the Rule 60 motion: initial motion papers to be served by July 28, 2015; opposition papers to be served by August 18, 2015; and a reply brief to be served, and all motion papers filed on the docket, by September 1, 2015. (3) I discussed with the litigants non-party Synchrony's motion to intervene to object to the disclosure of its sensitive information. The parties will continue to confer on the matter and will submit a further motion should they be unable to resolve the issue on consent. (4) I respectfully direct the parties to confer and submit a letter by September 1, 2015, proposing a date for the next status conference. (Attachments: # 1 Appearances) Court Reporter: Michele Nardone (Wentworth-Ping, Alex) (Entered: 07/21/2015) | 07/21/2015 |
| 6515 | MANDATE of USCA as to 6125 Notice of Appeal,, filed by Objector-Appellant Kwik Trip, Inc. move to withdraw their notice of appeal assigneddocket number 13-4719. Appellees do not oppose the motion. IT IS HEREBY ORDERED that the motion to withdraw is GRANTED. Issued as Mandate: 7/22/15. (McGee, Mary Ann) (Entered: 07/22/2015) | 07/22/2015 |
| 6516 | Letter MOTION for Leave to File Excess Pages by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 07/24/2015) | 07/24/2015 |
| | ORDER granting 6516 Motion for Leave to File Excess Pages -- The motion is granted. The memoranda of law in support of and in opposition to the anticipated motion are limited to forty pages, and the reply is limited to twenty pages. Ordered by Magistrate Judge James Orenstein on 7/24/2015. (Wentworth-Ping, Alex) (Entered: 07/24/2015) | 07/24/2015 |
| 6517 | Letter MOTION for Leave to File Excess Pages by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 07/28/2015) | 07/28/2015 |
| | ORDER granting 6517 Motion for Leave to File Excess Pages -- The motion is granted on consent. The memoranda of law in support of and in opposition to the anticipated motion are limited to forty pages, and the reply brief is limited to twenty pages. Ordered by Magistrate Judge James Orenstein on 7/28/2015. (Wentworth-Ping, Alex) (Entered: 07/28/2015) | 07/28/2015 |
| 6518 | MOTION for Leave to Electronically File Document under Seal by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration and Exhibits 1 - 68, # 3 Declaration) (Selendy, Jennifer) (Entered: 07/29/2015) | 07/29/2015 |
| | ORDER granting 6518 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 7/29/2015. (Wentworth-Ping, Alex) (Entered: 07/29/2015) | 07/29/2015 |
| 6519 | JPMDL Conditional Transfer Order CTO-18: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on MultidistrictLitigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with theconsent of that court, assigned to the Honorable Margo K. Brodie. (Attachments: # 1 Transfer request) (Marziliano, August) (Attachment 1 replaced on 8/11/2015) (Marziliano, August). (Entered: 08/06/2015) | 08/06/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6520 | MOTION for Hearing regarding exhibits endorsed by class counsel for the 8.17.15 hearing by Electronic Payment Systems, LLC. (Attachments: # 1 Exhibit A through D) (Krob, Scotty) (Entered: 08/06/2015) | 08/06/2015 |
| 6521 | Letter from Alexandra S. Bernay in Response to the Court's August 6, 2015 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/06/2015) | 08/06/2015 |
| | ORDER re 6520 MOTION for Hearing regarding exhibits endorsed by class counsel for the 8.17.15 hearing filed by Electronic Payment Systems, LLC -- The class is respectfully directed to respond to the motion, docket entry 6520 , by August 7, 2015. A telephone conference will be held on August 10, 2015 at 3:00 p.m. Only counsel for the Class and EPS must participate in the telephone conference. Ordered by Magistrate Judge James Orenstein on 8/6/2015. (Wentworth-Ping, Alex) (Entered: 08/06/2015) | 08/06/2015 |
| | Set/Reset Scheduling Order Deadlines: Telephone Conference set for 8/10/2015 03:00 PM in Courtroom 11D South before Magistrate Judge James Orenstein. (Wentworth-Ping, Alex) (Entered: 08/06/2015) | 08/06/2015 |
| | ORDER re 6521 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- I will discuss the matter with the litigants at the conference on August 10, 2015. To the extent either party can provide greater specificity about the exhibits it will or will not offer, I respectfully request that it do so. I further expect each party to be prepared to provide an estimate of the time it anticipates the presentation of its evidence will require. Ordered by Magistrate Judge James Orenstein on 8/6/2015. (Wentworth-Ping, Alex) (Entered: 08/06/2015) | 08/06/2015 |
| 6522 | Letter to Judge Orenstein from Class Counsel re August 10, 2015 Hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit) (Bernay, Alexandra) (Entered: 08/10/2015) | 08/10/2015 |
| 6523 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 8/10/2015. SCHEDULING: The next motion hearing will be held on August 17, 2015, at 9:30 a.m. SUMMARY: I discussed with the litigants procedural matters for the upcoming hearing, as set forth on the record. (Orenstein, James) (Entered: 08/10/2015) | 08/10/2015 |
| 6524 | MOTION for Leave to Electronically File Document under Seal by Willkie Farr & Gallagher LLP. (Attachments: # 1 Letter to Hon. James Orenstein) (Jossen, Robert) (Entered: 08/14/2015) | 08/14/2015 |
| 6525 | MOTION for Leave to Electronically File Document under Seal by Gary Friedman. (Attachments: # 1 Memorandum in Opposition Non-Party Gary B. Friedman's Opposition to the Pentz Objectors' Rule 60 Motion to Vacate Fee Award) (Trzaskoma, Theresa) (Entered: 08/14/2015) | 08/14/2015 |
| 6526 | MEMORANDUM in Opposition Non-Party Gary B. Friedman's Opposition to the Pentz Objectors' Rule 60 Motion to Vacate Fee Award - Public Redacted Version filed by Gary Friedman. (Trzaskoma, Theresa) (Entered: 08/14/2015) | 08/14/2015 |
| | ORDER granting 6524 Motion for Leave to Electronically File Document under Seal -- Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 8/16/2015. (Wentworth-Ping, Alex) (Entered: 08/16/2015) | 08/16/2015 |
| | ORDER granting 6525 Motion for Leave to Electronically File Document under Seal -- Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 8/16/2015. (Wentworth-Ping, Alex) (Entered: 08/16/2015) | 08/16/2015 |
| 6527 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Notice of Joint Filing of Stipulated Facts (Class Counsel and EPS) (Bernay, Alexandra) (Entered: 08/17/2015) | 08/17/2015 |
| 6528 | TRANSCRIPT of Proceedings held on August 10, 2015, before Judge Orenstein. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc., Telephone number 203-929-9992. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/7/2015. Redacted Transcript Deadline set for 9/17/2015. Release of Transcript Restriction set for 11/16/2015. (Hong, Loan) (Entered: 08/17/2015) | 08/17/2015 |
| 6529 | MEMORANDUM in Opposition to the Pentz Objectors' Rule 60 Motion to Vacate Fee Award filed by Gary Friedman. (Trzaskoma, Theresa) (Entered: 08/17/2015) | 08/17/2015 |
| 6531 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Evidentiary Hearing held on 8/17/2015. (1) The Class Plaintiffs presented the live testimony of Anthony Maley, Lane Dorsey, and Theodore Hurtado, as well as excerpts from certain deposition transcripts, and then rested. (2) EPS presented the live testimony of Anthony Maley and Lane Dorsey and then rested. (3) The Class Plaintiffs will serve their post-hearing submissions on EPS, including any motion for specific forms of relief, by August 28, 2015; EPS will serve its response on the Class Plaintiffs by September 30, 2015; and the Class Plaintiffs will serve their reply, and file all documents on the docket, by October 7, 2015. (Orenstein, James) COURT REPORTER: Mary Anges Drury; tel #718-613-2615. Modified on 9/9/2015 (Hong, Loan). (Entered: 08/17/2015) | 08/17/2015 |
| 6532 | Letter to Hon. James Orenstein - Public Redacted Version by Willkie Farr & Gallagher LLP (Jossen, Robert) (Entered: 08/17/2015) | 08/17/2015 |
| 6533 | RESPONSE in Opposition re 6513 MOTION to Vacate 6169 Order on Motion for Attorney Fees, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 08/18/2015) | 08/18/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER terminating 6520 Motion for Hearing -- See Orders dated August 6, 2015. Ordered by Magistrate Judge James Orenstein on 8/19/2015. (Wentworth-Ping, Alex) (Entered: 08/19/2015) | 08/19/2015 |
| 6534 | Letter to Court regarding EPS Evidentiary Hearing Exhibits by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/20/2015) | 08/20/2015 |
| 6535 | MOTION to Withdraw as Attorney by Jay S. Cohen With Declaration in Support Thereof and Certificate of Service Attached by Plaintiffs in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO. (Cohen, Jay) (Entered: 08/21/2015) | 08/21/2015 |
| 6536 | Letter to Court regarding redacted EPS Evidentiary Hearing Exhibits by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/24/2015) | 08/24/2015 |
| | ORDER granting 6535 Motion to Withdraw as Attorney -- The motion is granted; attorney Jay S. Cohen terminated. Ordered by Magistrate Judge James Orenstein on 8/24/2015. (Wentworth-Ping, Alex) (Entered: 08/24/2015) | 08/24/2015 |
| 6537 | MANDATE of USCA as to 6195 Notice of Appeal filed by Furniture Row BC, Inc., Furniture Row, LLC Objector-Appellants Furniture Row, BC, Inc. and Furniture Row, LLC move to withdraw their appeal, docketed as 14-303.IT IS HEREBY ORDERED that the motion is GRANTED. Issued as Mandate: 8/26/15. (McGee, Mary Ann) (Entered: 08/26/2015) | 08/26/2015 |
| 6538 | MOTION to Seal Document Exhibits 2 and 3 of document 6443 and replace with redacted Exhibits 2 and 3 by Electronic Payment Systems, LLC. (Attachments: # 1 Exhibit 2 - Redacted, # 2 Exhibit 3 - Redacted, # 3 Proposed Order) (Krob, Scotty) (Entered: 08/27/2015) | 08/27/2015 |
| 6539 | Letter MOTION for Leave to File Excess Pages by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 08/28/2015) | 08/28/2015 |
| 6540 | Proposed Findings of Fact by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Exhibit 1) (Bernay, Alexandra) (Entered: 08/28/2015) | 08/28/2015 |
| | ORDER granting 6538 Motion to Seal Document -- The motion is granted. The Clerk of Court is respectfully directed to seal Exhibit 2 and Exhibit 3 of Docket Entry 6443 and replace them with Exhibit 2 and Exhibit 3 of Docket Entry 6538 . Ordered by Magistrate Judge James Orenstein on 8/28/2015. (Wentworth-Ping, Alex) (Entered: 08/28/2015) | 08/28/2015 |
| 6541 | Letter MOTION for Leave to File Excess Pages by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 08/31/2015) | 08/31/2015 |
| | ORDER granting 6539 Motion for Leave to File Excess Pages -- The motion is granted. The 7-Eleven and Target Objector groups and Objector Home Depot may file a reply brief of up to 30 pages. Ordered by Magistrate Judge James Orenstein on 8/31/2015. (Wentworth-Ping, Alex) (Entered: 08/31/2015) | 08/31/2015 |
| | ORDER granting 6541 Motion for Leave to File Excess Pages -- The motion is granted. Objectors DFS Services LLC, Discover Home Loans, Inc. and Discover Bank may file a reply brief of up to 30 pages. Ordered by Magistrate Judge James Orenstein on 8/31/2015. (Wentworth-Ping, Alex) (Entered: 08/31/2015) | 08/31/2015 |
| 6542 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Notice of Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery, # 2 Memorandum in Support, # 3 Declaration of Jeffrey I. Shinder In Support, # 4 Exhibit s 1 - 24, # 5 Exhibit s 25-47, # 6 Exhibit s 48-69) (Shinder, Jeffrey) (Entered: 09/01/2015) | 09/01/2015 |
| 6543 | MOTION for Leave to Electronically File Document under Seal by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration and Exhibits 1 - 68, # 3 Declaration) (Selendy, Jennifer) (Entered: 09/01/2015) | 09/01/2015 |
| 6544 | MOTION for Leave to Electronically File Document under Seal by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Memorandum in Opposition to Objectors' Motion to Vacate Judgment, # 2 Memorandum in Opposition to Discover's Motion for Relief from Judgment, # 3 Declaration of Kenneth A. Gallo, # 4 Declaration of Robert J. Vizas, # 5 Declaration of Alex M. Hyman, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 11, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30, # 36 Exhibit 31, # 37 Exhibit 32, # 38 Exhibit 33, # 39 Exhibit 34, # 40 Exhibit 35, # 41 Exhibit 36, # 42 Exhibit 37, # 43 Exhibit 38, # 44 Exhibit 39, # 45 Exhibit 40, # 46 Exhibit 41, # 47 Exhibit 42, # 48 Exhibit 43, # 49 Exhibit 44, # 50 Exhibit 45, # 51 Exhibit 46, # 52 Exhibit 47, # 53 Exhibit 48, # 54 Exhibit 49, # 55 Exhibit 50) (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6546 | MOTION to Vacate by 7-Eleven Inc.. (Attachments: # 1 Memorandum in Support - REDACTED, # 2 Declaration of Jeffrey I. Shinder In Support, # 3 Exhibit 1 - REDACTED, # 4 Exhibit 2 - REDACTED, # 5 Exhibit 3 - REDACTED, # 6 Exhibit 4 - REDACTED, # 7 Exhibit 5 through 69 Under Seal) (Shinder, Jeffrey) (Entered: 09/01/2015) | 09/01/2015 |
| 6548 | MEMORANDUM in Opposition re 6546 MOTION to Vacate by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 6549 | MOTION for Leave to Electronically File Document under Seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Opposition Class Plaintiffs' Opposition to Rule 60 Motions to Vacate Judgment, # 2 Declaration Declaration of Michael J. Kane in Support of Class Plaintiffs' Opposition to Rule 60 Motions to Vacate Judgment, # 3 Exhibit 1-15 of Declaration of Michael J. Kane in Support of Class Plaintiffs' Opposition to Rule 60 Motions to Vacate Judgment, # 4 Exhibit 16-19 of Declaration of Michael J. Kane in Support of Class Plaintiffs' Opposition to Rule 60 Motions to Vacate Judgment) (Montague, H.) (Entered: 09/01/2015) | 09/01/2015 |
| 6550 | MEMORANDUM in Opposition re 6543 MOTION for Leave to Electronically File Document under Seal by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6551 | AFFIDAVIT/DECLARATION in Opposition re 6543 MOTION for Leave to Electronically File Document under Seal , 6546 MOTION to Vacate / Declaration of Alex M. Hyman by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50) (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6552 | AFFIDAVIT/DECLARATION in Opposition re 6543 MOTION for Leave to Electronically File Document under Seal , 6546 MOTION to Vacate / Declaration of Kenneth A. Gallo by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A) (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6553 | AFFIDAVIT/DECLARATION in Opposition re 6543 MOTION for Leave to Electronically File Document under Seal , 6546 MOTION to Vacate / Declaration of James P. Masterson by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6554 | AFFIDAVIT/DECLARATION in Opposition re 6543 MOTION for Leave to Electronically File Document under Seal , 6546 MOTION to Vacate / Declaration of Noah J. Hanft by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6555 | RESPONSE in Opposition re 6546 MOTION to Vacate (REDACTED) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Michael J. Kane in Support (REDACTED), # 2 Exhibit 1 (REDACTED), # 3 Exhibit 2, # 4 Exhibit 3 (REDACTED), # 5 Exhibit 4 (REDACTED), # 6 Exhibit 5, # 7 Exhibit 6 (FILED UNDER SEAL), # 8 Exhibit 7 (FILED UNDER SEAL), # 9 Exhibit 8 (FILED UNDER SEAL), # 10 Exhibit 9, # 11 Exhibit 10 (FILED UNDER SEAL), # 12 Exhibit 11 (FILED UNDER SEAL), # 13 Exhibit 12 (FILED UNDER SEAL), # 14 Exhibit 13 (FILED UNDER SEAL), # 15 Exhibit 14 (FILED UNDER SEAL), # 16 Exhibit 15 (FILED UNDER SEAL), # 17 Exhibit 16 (FILED UNDER SEAL), # 18 Exhibit 17 (FILED UNDER SEAL), # 19 Exhibit 18 (FILED UNDER SEAL), # 20 Exhibit 19 (FILED UNDER SEAL)) (Montague, H.) (Entered: 09/01/2015) | 09/01/2015 |
| 6556 | MOTION for Leave to Appear Pro Hac Vice for William O'Reilly Filing fee $ 150, receipt number 0207-7992701. by National City Bank of Kentucky, National City Corporation. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Proposed Order) (Majoras, John) (Entered: 09/01/2015) | 09/01/2015 |
| 6557 | MEMORANDUM in Opposition re 6546 MOTION to Vacate by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6558 | MOTION to Vacate Objectors Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery by 7-Eleven Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jeffrey I. Shinder In Support, # 3 Exhibits 1 - 24, # 4 Exhibits 25 - 47, # 5 Exhibits 48 - 69) (Shinder, Jeffrey) (Entered: 09/01/2015) | 09/01/2015 |
| 6559 | MEMORANDUM in Opposition to Discover's Motion for Relief from Judgment by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6560 | AFFIDAVIT/DECLARATION in Opposition re 6546 MOTION to Vacate and in Opposition to Discover's Motion for Relief from Judgment/ Declaration of Kenneth A. Gallo by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6561 | AFFIDAVIT/DECLARATION in Opposition re 6546 MOTION to Vacate and in Opposition to Discover's Motion for Relief from Judgment/ Declaration of Robert J. Vizas by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6562 | AFFIDAVIT/DECLARATION in Opposition re 6546 MOTION to Vacate and in Opposition to Discover's Motion for Relief from Judgment/ Declaration of Alex M. Hyman by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50) (Gallo, Kenneth) (Entered: 09/01/2015) | 09/01/2015 |
| 6563 | MOTION to Vacate Judgment, or, in the Alternative, To Grant Further Discovery by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Memorandum in Support (Redacted), # 2 Declaration of Samara L. Penn (Filed Under Seal), # 3 Declaration of Jennifer Selendy (Redacted)) (Selendy, Jennifer) (Entered: 09/01/2015) | 09/01/2015 |
| 6564 | AFFIDAVIT/DECLARATION in Support re 6563 MOTION to Vacate Judgment, or, in the Alternative, To Grant Further Discovery filed by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 09/01/2015) | 09/01/2015 |
| 6565 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Objectors Reply Memorandum In Support of Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery, # 2 Declaration of Jeffrey I. Shinder In Further Support, # 3 Exhibit 70, # 4 Exhibit 71, # 5 Exhibit 72, # 6 Exhibit 73) (Shinder, Jeffrey) (Entered: 09/01/2015) | 09/01/2015 |
| 6566 | REPLY in Support re 6558 MOTION to Vacate Objectors Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery REDACTED filed by 7-Eleven Inc.. (Attachments: # 1 Declaration of Jeffrey I. Shinder In Further Support, # 2 Exhibit 70, # 3 Exhibit 71, # 4 Exhibit 72, # 5 Exhibit 73 (Under Seal)) (Shinder, Jeffrey) (Entered: 09/01/2015) | 09/01/2015 |
| 6567 | RESPONSE in Opposition re 6558 MOTION to Vacate Objectors Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration Declaration of Michael J. Kane in Support of Class Plaintiffs' Opposition to Rule 60 Motions to Vacate Judgment, # 2 Exhibit Exhibits 1-15 of Kane Declaration, # 3 Exhibit Exhibits 16-19 of Kane Declaration) (Montague, H.) (Entered: 09/01/2015) | 09/01/2015 |
| 6568 | MOTION for Leave to Electronically File Document under Seal by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration Supplemental Declaration of Samara L. Penn and Exhibits 69 - 74) (Selendy, Jennifer) (Entered: 09/01/2015) | 09/01/2015 |
|  | Incorrect Case/Document/Entry Information: RE Docket entry 6547 . It was deleted as it was incorrectly filed sealed by filer and was re-entered correctly in docket entry 6548 . (Layne, Monique) (Entered: 09/01/2015) | 09/01/2015 |
|  | ORDER granting 6542 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/1/2015. (Howley, Thomas) (Entered: 09/01/2015) | 09/01/2015 |
|  | ORDER granting 6543 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/1/2015. (Howley, Thomas) (Entered: 09/01/2015) | 09/01/2015 |
|  | ORDER granting 6544 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/1/2015. (Howley, Thomas) (Entered: 09/01/2015) | 09/01/2015 |
|  | ORDER granting 6549 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/1/2015. (Howley, Thomas) (Entered: 09/01/2015) | 09/01/2015 |
| 6569 | REPLY to Response to Motion re 6513 MOTION to Vacate 6169 Order on Motion for Attorney Fees, filed by Daviss Donuts and Deli, Bishop, Orange County Bldg Materials, Top Gun Wrecker, Unlimited Vacations and Cruises Inc. (Attachments: # 1 Exhibit) (Pentz, John) (Entered: 09/02/2015) | 09/02/2015 |
| 6570 | REPLY in Support re 6558 MOTION to Vacate Objectors Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery filed by 7-Eleven Inc.. (Attachments: # 1 Declaration of Jeffrey I. Shinder In Further Support, # 2 Exhibit 70, # 3 Exhibit 71, # 4 Exhibit 72, # 5 Exhibit 73) (Shinder, Jeffrey) (Entered: 09/02/2015) | 09/02/2015 |
| 6571 | MEMORANDUM in Support re 6563 MOTION to Vacate Judgment, or, in the Alternative, To Grant Further Discovery filed by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 09/02/2015) | 09/02/2015 |
| 6572 | AFFIDAVIT/DECLARATION in Support re 6563 MOTION to Vacate Judgment, or, in the Alternative, To Grant Further Discovery filed by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 09/02/2015) | 09/02/2015 |
| 6573 | REPLY in Support re 6563 MOTION to Vacate Judgment, or, in the Alternative, To Grant Further Discovery filed by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Declaration Supplemental Declaration of Samara L. Penn (Filed Under Seal)) (Selendy, Jennifer) (Entered: 09/02/2015) | 09/02/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6574 | REPLY in Support re 6563 MOTION to Vacate Judgment, or, in the Alternative, To Grant Further Discovery filed by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Declaration Supplemental Declaration of Samara L. Penn and Exhibits 69 - 74) (Selendy, Jennifer) (Entered: 09/02/2015) | 09/02/2015 |
| 6575 | Letter Enclosing Courtesy Copies by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 09/02/2015) | 09/02/2015 |
| 6576 | MOTION for Leave to Electronically File Document under Seal by Gary Friedman. (Attachments: # 1 Letter-Application Seeking Leave To File Declaration and Exs., # 2 Declaration of Gary B. Friedman, # 3 EX. 1, # 4 EX. 2, # 5 EX. 3, # 6 EX. 4, # 7 EX. 5, # 8 Ex. 7, # 9 EX.8, # 10 ex 9, # 11 ex 10) (Friedman, Gary) (Entered: 09/02/2015) | 09/02/2015 |
| 6577 | MOTION to Withdraw as Attorney by Samuel Issacharoff by Gary Friedman. (Attachments: # 1 Declaration of Samuel Issacharoff in Support) (Issacharoff, Samuel) (Entered: 09/02/2015) | 09/02/2015 |
| 6578 | MOTION to Withdraw as Attorney by Theresa Trzaskoma by Gary Friedman. (Attachments: # 1 Declaration of Theresa Trzaskoma in Support) (Trzaskoma, Theresa) (Entered: 09/02/2015) | 09/02/2015 |
| | ORDER granting 6565 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/2/2015. (Howley, Thomas) (Entered: 09/02/2015) | 09/02/2015 |
| | ORDER granting 6568 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/2/2015. (Howley, Thomas) (Entered: 09/02/2015) | 09/02/2015 |
| | ORDER terminating 6556 Motion for Leave to Appear Pro Hac Vice -- See Pretrial Order 1, Docket Entry 93. Ordered by Magistrate Judge James Orenstein on 9/2/2015. (Howley, Thomas) (Entered: 09/02/2015) | 09/02/2015 |
| 6579 | Letter to Court by Daviss Donuts and Deli, Orange County Bldg Materials, Top Gun Wrecker, Unlimited Vacations and Cruises Inc (Pentz, John) (Entered: 09/03/2015) | 09/03/2015 |
| | ORDER granting 6576 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/3/2015. (Howley, Thomas) (Entered: 09/03/2015) | 09/03/2015 |
| | ORDER granting 6577 Motion to Withdraw as Attorney -- The motion is granted. Attorney Samuel Issacharoff terminated. Ordered by Magistrate Judge James Orenstein on 9/3/2015. (Howley, Thomas) (Entered: 09/03/2015) | 09/03/2015 |
| | ORDER granting 6578 Motion to Withdraw as Attorney -- The motion is granted. Attorney Theresa Trzaskoma terminated. Ordered by Magistrate Judge James Orenstein on 9/3/2015. (Howley, Thomas) (Entered: 09/03/2015) | 09/03/2015 |
| 6581 | Letter from Class Counsel and EPS by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/04/2015) | 09/04/2015 |
| 6582 | MOTION for Leave to File Declaration of Gary B. Friedman, with Exhibits 1-10, in response to Motions to Vacate by Gary Friedman. (Friedman, Gary) (Entered: 09/07/2015) | 09/07/2015 |
| | ORDER re 6581 Letter filed by Class Counsel and EPS -- EPS and Class Counsel are directed to submit a further status report on September 29, 2015. Ordered by Magistrate Judge James Orenstein on 9/8/2015. (Howley, Thomas) (Entered: 09/08/2015) | 09/08/2015 |
| | ORDER re 6582 MOTION for Leave to File Declaration of Gary B. Friedman, with Exhibits 1-10, in response to Motions to Vacate filed by Gary Friedman -- Any party opposing the instant request to place evidence before the court pertinent to the pending Rule 60 motion may submit a short letter by September 9, 2015. Ordered by Magistrate Judge James Orenstein on 9/8/2015. (Howley, Thomas) (Entered: 09/08/2015) | 09/08/2015 |
| 6583 | Letter on behalf of Class Plaintiffs in reply to the Courts order of Sept. 8, 2015 regarding the Motion for Leave to File Declaration of Gary B. Friedman by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/09/2015) | 09/09/2015 |
| 6584 | Letter in Reply to the Court's Order of Sept. 8, 2015 regarding the Motion for Leave to File Declaration of Gary B. Friedman by All Defendants by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 09/09/2015) | 09/09/2015 |
| 6585 | Letter MOTION for Leave to File a Reply to the Declaration of Gary B. Friedman [Dkt. 6582] If Accepted by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Selendy, Jennifer) (Entered: 09/09/2015) | 09/09/2015 |
| 6586 | Letter MOTION for Leave to File a Reply to the Declaration of Gary B. Friedman [Dkt. 6582] If Accepted by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 09/09/2015) | 09/09/2015 |
| | Motions terminated, docketed incorrectly: 6586 Letter MOTION for Leave to File a Reply to the Declaration of Gary B. Friedman [Dkt. 6582] If Accepted filed by 7-Eleven Inc., 6585 Letter MOTION for Leave to File a Reply to the Declaration of Gary B. Friedman [Dkt. 6582] If Accepted filed by Discover Home Loans, Inc., DFS Services, LLC, Discover Bank. Docket entries # 6585 and 6586 were responses filed as directed by Order dated 9/10/15. (Guy, Alicia) (Entered: 04/06/2016) | 09/09/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6587 | MOTION to Withdraw as Attorney Arun Subramanian by T-Mobile USA, Inc.. (Attachments: # 1 Declaration of Counsel) Associated Cases: 1:05-md-01720-MKB-JO et al. (Subramanian, Arun) (Entered: 09/10/2015) | 09/10/2015 |
| 6588 | MOTION for Leave to File Sur-Reply by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gallo, Kenneth) (Entered: 09/10/2015) | 09/10/2015 |
| | ORDER denying 6582 Motion for Leave to File. In the absence of consent, I deny the untimely motion by a non-party to submit a factual declaration. The parties have already submitted adequate and extensive briefing on the pending motion to set aside the judgment; there is no need for the additional briefing responding to the declaration that fairness would require to be permitted if the instant request were granted. Ordered by Magistrate Judge James Orenstein on 9/10/2015. (Orenstein, James) (Entered: 09/10/2015) | 09/10/2015 |
| | ORDER granting 6587 Motion to Withdraw as Attorney -- The motion is granted. Attorney Arun Subramanian terminated. Ordered by Magistrate Judge James Orenstein on 9/10/2015. (Howley, Thomas) (Entered: 09/10/2015) | 09/10/2015 |
| | ORDER granting Motion to Withdraw as Attorney by Arun Srinivas Subramanian -- The motion is granted. Attorney Arun Srinivas Subramanian terminated. Ordered by Magistrate Judge James Orenstein on 9/10/2015. (Howley, Thomas) (Entered: 09/10/2015) | 09/10/2015 |
| 6589 | RESPONSE in Opposition re 6588 MOTION for Leave to File Sur-Reply by All Defendants filed filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 09/11/2015) | 09/11/2015 |
| 6590 | Letter from Class Plaintiffs requesting approval of estimated tax payment for Escrow Account by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/11/2015) | 09/11/2015 |
| | ORDER granting 6588 Motion for Leave to File: Had the Objectors simply opposed the instant motion on procedural grounds, I would likely deny the defendants' request to file a sur-reply brief -- notwithstanding the fact that the Objectors' reply brief improperly included new factual material -- so as to avoid procedural unfairness to any party. However, the Objectors' opposition also includes argument that purports to refute the merits of the proposed sur-reply, thereby effectively giving the Objectors the last word on the motion that they claim is rightfully theirs. Under these circumstances, allowing the sur-reply to be filed (and considering it in light of the substantive response contained in the Objectors' memorandum in opposition to the instant motion) will not prejudice any party. I therefore grant the defendants' motion to file the proposed sur-reply memorandum so that all parties can be confident that they have been fully heard on the merits of the underlying motion pursuant to Rule 60. I advise the parties, however, that the record on that motion is now closed; no further memoranda or letters addressing it will be accepted or, if improperly filed, considered. Ordered by Magistrate Judge James Orenstein on 9/13/2015. (Orenstein, James) (Entered: 09/13/2015) | 09/13/2015 |
| 6591 | REPLY in Opposition re 6558 MOTION to Vacate Objectors Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery / Defendants' Sur-Reply in Further Opposition to Objectors' Motion to Vacate Judgment by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/14/2015) | 09/14/2015 |
| 6592 | AFFIDAVIT/DECLARATION in Opposition re 6558 MOTION to Vacate Objectors Motion to Vacate Judgment, Or, In The Alternative, To Grant Further Discovery / Supplemental Declaration of Alex M. Hyman by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Gallo, Kenneth) (Entered: 09/14/2015) | 09/14/2015 |
| | ORDER re 6590 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The estimated tax payment is approved and so ordered. Ordered by Magistrate Judge James Orenstein on 9/14/2015. (Howley, Thomas) (Entered: 09/14/2015) | 09/14/2015 |
| 6593 | NOTICE of Change of address by Matthew A. Eisenstein (Eisenstein, Matthew) (Entered: 09/29/2015) | 09/29/2015 |
| 6594 | Letter from Class Counsel and EPS in response to the Court's September 8, 2015 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/29/2015) | 09/29/2015 |
| 6595 | Letter Requesting Clarification Concerning Rule 60 Motion by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 09/30/2015) | 09/30/2015 |
| 6596 | Letter Responding to Objectors' Letter Requesting Clarification Concerning Rule 60 Motion by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 09/30/2015) | 09/30/2015 |
| 6597 | Letter on behalf of Co-Lead Counsel for Class Plaintiffs in Response to Objectors' Letter Requesting Clarification Concerning Rule 60 Motion by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/30/2015) | 09/30/2015 |
| 6598 | MOTION for Extension of Time to File proposed findings of fact, conclusions of law and order by Electronic Payment Systems, LLC. (Attachments: # 1 Proposed Order) (Krob, Scotty) (Entered: 09/30/2015) | 09/30/2015 |
| | ORDER re 6596 Letter -- I will not expect the parties to present oral argument on the Rule 60 motion at the conference on October 6, 2015. Ordered by Magistrate Judge James Orenstein on 9/30/2015. (Howley, Thomas) (Entered: 09/30/2015) | 09/30/2015 |
| 6599 | Letter on behalf of Objectors Regarding Rule 60 Motion by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 10/01/2015) | 10/01/2015 |
| 6600 | Proposed Findings of Fact by Electronic Payment Systems, LLC (Attachments: # 1 Appendix A & B) (Krob, Scotty) (Entered: 10/01/2015) | 10/01/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 6598 Motion for Extension of Time to File -- The motion is granted. EPS will serve its response on the Class Plaintiffs by October 1, 2015; and the Class Plaintiffs will serve their reply, and file all documents on the docket, by October 8, 2015. Ordered by Magistrate Judge James Orenstein on 10/1/2015. (Howley, Thomas) (Entered: 10/01/2015) | 10/01/2015 |
| 6601 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re Order on Motion for Extension of Time to File, [Class Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law Relating to Electronic Payment Systems, LLC] (Attachments: # 1 Proposed Order Exhibit 1) (Bernay, Alexandra) (Entered: 10/08/2015) | 10/08/2015 |
| 6602 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re Order on Motion for Extension of Time to File, [Electronic Payment Systems, LLC's [Proposed] Findings of Fact and Conclusions of Law - Filed on Behalf of Electronic Payment Systems, LLC] (Attachments: # 1 Appendix A & B) (Bernay, Alexandra) (Entered: 10/08/2015) | 10/08/2015 |
| 6603 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re Order on Motion for Extension of Time to File, [Class Counsel's Reply Regarding Proposed Findings of Fact and Conclusions of Law as to Electronic Payment Systems, LLC] (Attachments: # 1 Exhibit 1_Declaration of Alexandra S. Bernay Filed on Behalf of Co-Lead Counsel in Support of Application for Award of Attorneys' Fees and Expenses and Exhibits A- B) (Bernay, Alexandra) (Entered: 10/08/2015) | 10/08/2015 |
| 6604 | STATUS REPORT [Second Status Report Regarding Third-Party Claims Filing Companies as Ordered by the Court] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/12/2015) | 10/12/2015 |
| 6605 | Letter re Modifications of Memorandum of law and Declaration of Robert J. Vizas by All Defendants by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Memorandum in Opposition to Objectors' Motion to Vacate Judgment, # 2 Declaration of Robert J. Vizas) (Gallo, Kenneth) (Entered: 10/13/2015) | 10/13/2015 |
| 6606 | Letter from Class Counsel Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 10/15/2015) | 10/15/2015 |
| | ORDER re 6606 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The Class Administrator's request for funding from the Class Settlement Interchange Escrow Account is approved and so ordered. Ordered by Magistrate Judge James Orenstein on 10/15/2015. (Howley, Thomas) (Entered: 10/15/2015) | 10/15/2015 |
| 6607 | MANDATE of USCA as to 6196 Notice of Appeal filed by Einstein Noah Restaurant Group, Inc. Objector-Appellant Einstein Noah Restaurant Group, Inc. moves to withdraw its appeal docketed under 14-331(con). IT IS HEREBY ORDERED that the motion is GRANTED. Issued as Mandate: 10/16/15. (McGee, Mary Ann) (Entered: 10/16/2015) | 10/16/2015 |
| 6608 | NOTICE of Appearance by Boris Bershteyn on behalf of Chase Bank USA, N.A., JP Morgan Chase & Co. (aty to be noticed) (Bershteyn, Boris) (Entered: 11/05/2015) | 11/05/2015 |
| 6609 | Letter from Robert M. Rolfe, Esq. to Magistrate Judge James Orenstein by Hunton & Williams LLP (Rolfe, Robert) (Entered: 11/06/2015) | 11/06/2015 |
| 6610 | Letter from the Parties providing the Court with an update regarding results from consulting firm re. EPS's compliance by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 11/16/2015) | 11/16/2015 |
| 6611 | JPMDL Conditional Transfer Order CTO-19: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 12/01/2015) | 12/01/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER terminating (172) Motion for Hearing in case 1:05-cv-03800-MKB-JO; terminating (179) Motion for Hearing in case 1:05-cv-03924-MKB-JO; terminating (174) Motion for Hearing in case 1:05-cv-03925-MKB-JO; terminating (168) Motion for Hearing in case 1:05-cv-04131-MKB-JO; terminating (196) Motion for Hearing in case 1:05-cv-04194-MKB-JO; terminating (236) Motion for Hearing in case 1:05-cv-04520-MKB-JO; terminating (219) Motion for Hearing in case 1:05-cv-04650-MKB-JO; terminating (155) Motion for Hearing in case 1:05-cv-04677-MKB-JO; terminating (209) Motion for Hearing in case 1:05-cv-04728-MKB-JO; terminating (220) Motion for Hearing in case 1:05-cv-04799-MKB-JO; terminating (162) Motion for Hearing in case 1:05-cv-04974-MKB-JO; terminating (184) Motion for Hearing in case 1:05-cv-05077-MKB-JO; terminating (196) Motion for Hearing in case 1:05-cv-05075-MKB-JO; terminating (209) Motion for Hearing in case 1:05-cv-05073-MKB-JO; terminating (186) Motion for Hearing in case 1:05-cv-05071-MKB-JO; terminating (186) Motion for Hearing in case 1:05-cv-05069-MKB-JO; terminating (185) Motion for Hearing in case 1:05-cv-05081-MKB-JO; terminating (188) Motion for Hearing in case 1:05-cv-05083-MKB-JO; terminating (185) Motion for Hearing in case 1:05-cv-05082-MKB-JO; terminating (189) Motion for Hearing in case 1:05-cv-05080-MKB-JO; terminating (180) Motion for Hearing in case 1:05-cv-05078-MKB-JO; terminating (188) Motion for Hearing in case 1:05-cv-05076-MKB-JO; terminating (185) Motion for Hearing in case 1:05-cv-05074-MKB-JO; terminating (187) Motion for Hearing in case 1:05-cv-05070-MKB-JO; terminating (183) Motion for Hearing in case 1:05-cv-05072-MKB-JO; terminating (164) Motion for Hearing in case 1:05-cv-05153-MKB-JO; terminating (231) Motion for Hearing in case 1:05-cv-05207-MKB-JO; terminating (225) Motion for Hearing in case 1:05-cv-05319-MKB-JO; terminating (168) Motion for Hearing in case 1:05-cv-05352-MKB-JO; terminating (182) Motion for Hearing in case 1:05-cv-05866-MKB-JO; terminating (120) Motion for Hearing in case 1:05-cv-05885-MKB-JO; terminating (121) Motion for Hearing in case 1:05-cv-05883-MKB-JO; terminating (120) Motion for Hearing in case 1:05-cv-05881-MKB-JO; terminating (110) Motion for Hearing in case 1:05-cv-05869-MKB-JO; terminating (116) Motion for Hearing in case 1:05-cv-05871-MKB-JO; terminating (115) Motion for Hearing in case 1:05-cv-05879-MKB-JO; terminating (115) Motion for Hearing in case 1:05-cv-05880-MKB-JO; terminating (118) Motion for Hearing in case 1:05-cv-05870-MKB-JO; terminating (122) Motion for Hearing in case 1:05-cv-05868-MKB-JO; terminating (120) Motion for Hearing in case 1:05-cv-05884-MKB-JO; terminating (120) Motion for Hearing in case 1:05-cv-05882-MKB-JO; terminating (113) Motion for Hearing in case 1:05-cv-05878-MKB-JO; terminating (119) Motion for Hearing in case 1:06-cv-00039-MKB-JO; terminating (73) Motion for Hearing in case 1:06-cv-00078-MKB-JO; terminating (73) Motion for Hearing in case 1:06-cv-01829-MKB-JO; terminating (73) Motion for Hearing in case 1:06-cv-01830-MKB-JO; terminating (73) Motion for Hearing in case 1:06-cv-01831-MKB-JO; terminating (73) Motion for Hearing in case 1:06-cv-01832-MKB-JO; terminating (79) Motion for Hearing in case 1:06-cv-02532-MKB-JO; terminating (80) Motion for Hearing in case 1:06-cv-02534-MKB-JO; terminating (62) Motion for Hearing in case 1:06-cv-05583-MKB-JO; terminating (74) Motion for Hearing in case 1:06-cv-05765-MKB-JO; terminating (72) Motion for Hearing in case 1:07-cv-00592-MKB-JO; terminating (53) Motion for Hearing in case 1:09-cv-02264-MKB-JO; terminating (53) Motion for Hearing in case 1:09-cv-03225-MKB-JO; terminating (77) Motion for Hearing in case 1:13-cv-03074-MKB-JO; terminating (50) Motion for Hearing in case 1:13-cv-03059-MKB-JO; terminating (45) Motion for Hearing in case 1:13-cv-03355-MKB-JO; terminating (33) Motion for Hearing in case 1:13-cv-03473-MKB-JO; terminating (37) Motion for Hearing in case 1:13-cv-05352-MKB-JO; terminating (127) Motion for Hearing in case 1:13-cv-05745-MKB-JO; terminating (72) Motion for Hearing in case 1:13-cv-05746-MKB-JO; terminating (31) Motion for Hearing in case 1:14-cv-00261-MKB-JO; terminating (44) Motion for Hearing in case 1:14-cv-00321-MKB-JO; terminating (29) Motion for Hearing in case 1:14-cv-00880-MKB-JO; terminating (54) Motion for Hearing in case 1:14-cv-02318-MKB-JO --- See Order dated 1/30/2015 in MDL 05-1720 (MKB) that states "Because the court has no power to compel a party to enter into a stipulation, the motion is denied." Ordered by Magistrate Judge James Orenstein on 12/2/2015. Associated Cases: 1:05-md-01720-MKB-JO et al. (Guy, Alicia) (Entered: 12/02/2015) | 12/02/2015 |
| 6612 | Letter dated December 7, 2015, from Robert M. Rolfe, Esq. to Magistrate Judge James Orenstein by Hunton & Williams LLP (Rolfe, Robert) (Entered: 12/07/2015) | 12/07/2015 |
| 6613 | Letter to the Court by Electronic Payment Systems, LLC (Attachments: # 1 Affidavit of Anthony Maley) (Krob, Scotty) (Entered: 12/09/2015) | 12/09/2015 |
| 6614 | Letter from Class Counsel regarding EPS by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Bernay, Alexandra) (Entered: 12/11/2015) | 12/11/2015 |
| | ORDER terminating 6064 Motion for Extension of Time to Answer --- See Order dated 10/30/2013 in CV 13-5746 (MKB) that states "The motion is granted in order to promote coordination of the opt-out actions; the defendants shall answer or otherwise respond to the amended complaint no later than December 11, 2013." Ordered by Magistrate Judge James Orenstein on 12/11/2015. (Guy, Alicia) (Entered: 12/11/2015) | 12/11/2015 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER in case 1:96-cv-05238-MKB-JO; denying (166) Motion to Vacate in case 1:05-cv-03800-MKB-JO; denying (173) Motion to Vacate in case 1:05-cv-03924-MKB-JO; denying (168) Motion to Vacate in case 1:05-cv-03925-MKB-JO; denying (162) Motion to Vacate in case 1:05-cv-04131-MKB-JO; denying (190) Motion to Vacate in case 1:05-cv-04194-MKB-JO; denying (229) Motion to Vacate in case 1:05-cv-04521-MKB-JO; denying (230) Motion to Vacate in case 1:05-cv-04520-MKB-JO; denying (213) Motion to Vacate in case 1:05-cv-04650-MKB-JO; denying (149) Motion to Vacate in case 1:05-cv-04677-MKB-JO; denying (203) Motion to Vacate in case 1:05-cv-04728-MKB-JO; denying (214) Motion to Vacate in case 1:05-cv-04799-MKB-JO; denying (156) Motion to Vacate in case 1:05-cv-04974-MKB-JO; denying (178) Motion to Vacate in case 1:05-cv-05077-MKB-JO; denying (190) Motion to Vacate in case 1:05-cv-05075-MKB-JO; denying (203) Motion to Vacate in case 1:05-cv-05073-MKB-JO; denying (180) Motion to Vacate in case 1:05-cv-05071-MKB-JO; denying (180) Motion to Vacate in case 1:05-cv-05069-MKB-JO; denying (179) Motion to Vacate in case 1:05-cv-05081-MKB-JO; denying (182) Motion to Vacate in case 1:05-cv-05083-MKB-JO; denying (179) Motion to Vacate in case 1:05-cv-05082-MKB-JO; denying (183) Motion to Vacate in case 1:05-cv-05080-MKB-JO; denying (174) Motion to Vacate in case 1:05-cv-05078-MKB-JO; denying (182) Motion to Vacate in case 1:05-cv-05076-MKB-JO; denying (179) Motion to Vacate in case 1:05-cv-05074-MKB-JO; denying (181) Motion to Vacate in case 1:05-cv-05070-MKB-JO; denying (177) Motion to Vacate in case 1:05-cv-05072-MKB-JO; denying (158) Motion to Vacate in case 1:05-cv-05153-MKB-JO; denying (225) Motion to Vacate in case 1:05-cv-05207-MKB-JO; denying (219) Motion to Vacate in case 1:05-cv-05319-MKB-JO; denying (162) Motion to Vacate in case 1:05-cv-05352-MKB-JO; denying (176) Motion to Vacate in case 1:05-cv-05866-MKB-JO; denying (114) Motion to Vacate in case 1:05-cv-05885-MKB-JO; denying (115) Motion to Vacate in case 1:05-cv-05883-MKB-JO; denying (114) Motion to Vacate in case 1:05-cv-05881-MKB-JO; denying (104) Motion to Vacate in case 1:05-cv-05869-MKB-JO; denying (110) Motion to Vacate in case 1:05-cv-05871-MKB-JO; denying (104) Motion to Vacate in case 1:05-cv-05879-MKB-JO; denying (109) Motion to Vacate in case 1:05-cv-05880-MKB-JO; denying (112) Motion to Vacate in case 1:05-cv-05870-MKB-JO; denying (116) Motion to Vacate in case 1:05-cv-05868-MKB-JO; denying (114) Motion to Vacate in case 1:05-cv-05884-MKB-JO; denying (114) Motion to Vacate in case 1:05-cv-05882-MKB-JO; denying (107) Motion to Vacate in case 1:05-cv-05878-MKB-JO; denying (113) Motion to Vacate in case 1:06-cv-00039-MKB-JO; denying (67) Motion to Vacate in case 1:06-cv-00078-MKB-JO; denying (67) Motion to Vacate in case 1:06-cv-01829-MKB-JO; denying (67) Motion to Vacate in case 1:06-cv-01830-MKB-JO; denying (67) Motion to Vacate in case 1:06-cv-01831-MKB-JO; denying (67) Motion to Vacate in case 1:06-cv-01832-MKB-JO; denying (73) Motion to Vacate in case 1:06-cv-02532-MKB-JO; denying (74) Motion to Vacate in case 1:06-cv-02534-MKB-JO; denying (56) Motion to Vacate in case 1:06-cv-05583-MKB-JO; denying (68) Motion to Vacate in case 1:06-cv-05765-MKB-JO; denying (66) Motion to Vacate in case 1:07-cv-00592-MKB-JO; denying (47) Motion to Vacate in case 1:09-cv-02264-MKB-JO; denying (47) Motion to Vacate in case 1:09-cv-03225-MKB-JO; denying (71) Motion to Vacate in case 1:13-cv-03074-MKB-JO; denying (44) Motion to Vacate in case 1:13-cv-03059-MKB-JO; denying (39) Motion to Vacate in case 1:13-cv-03355-MKB-JO; denying (27) Motion to Vacate in case 1:13-cv-03473-MKB-JO; denying (31) Motion to Vacate in case 1:13-cv-05352-MKB-JO; denying (121) Motion to Vacate in case 1:13-cv-05745-MKB-JO; denying (66) Motion to Vacate in case 1:13-cv-05746-MKB-JO; denying (25) Motion to Vacate in case 1:14-cv-00261-MKB-JO; denying (38) Motion to Vacate in case 1:14-cv-00321-MKB-JO; denying (23) Motion to Vacate in case 1:14-cv-00880-MKB-JO; denying (48) Motion to Vacate in case 1:14-cv-02318-MKB-JO --- See Order dated 2/13/15 in MDL 05-1720 (MKB) that states " Claims Compensation Bureau, LLC ("CCB") seeks an indicative ruling pursuant to Rule 62.1 of the Federal Rules of Civil Procedure on its motion to vacate the Court's October 3, 2014 Memorandum and Order ("October 2014 M&O") which was modified by a November 5, 2014 Order ("Nov. 2014 Order"), both of which were issued by Judge John Gleeson (collectively the "Injunctive Order"). CCB's motion seeks an order: (1) modifying the Injunctive Order, and/or allowing an enhanced evidentiary record for consideration on appeal; (2) on interim remand, vacating or modifying the Injunctive Order as to CCB pursuant to Rule 60(b)(1), (2) and (6) of the Federal Rules of Civil Procedure, and/or allowing CCB to file its motion into the evidentiary record or otherwise supplement the record for consideration on appeal; and (3) granting an immediate temporary stay of the Injunctive Order as to CCB pursuant to Rule 62(c) of the Federal Rules of Civil Procedure pending a decision on the motion and CCB's appeal. Having reviewed all of the papers submitted by CCB and Class Counsel, as well as the Injunctive Order, the Court agrees with Class Counsel that the Injunctive Order is not applicable to CCB. The Court therefore denies CCB's motion in its entirety." Ordered by Judge Margo K. Brodie on 12/11/2015. Associated Cases: 1:05-md-01720-MKB-JO et al. (Guy, Alicia) (Entered: 12/11/2015) | 12/11/2015 |
| 6615 | JPMDL Conditional Transfer Order CTO-20: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Attachments: # 1 Transfer Request) (Marziliano, August) (Entered: 12/15/2015) | 12/15/2015 |
| 6616 | Letter Dated January 5, 2016 from Robert M. Rolfe, Esq. to Magistrate Judge James Orenstein by Hunton & Williams LLP (Rolfe, Robert) (Entered: 01/05/2016) | 01/05/2016 |
|  | ORDER terminating 6503 Motion for Leave to Electronically File Document under Seal --- See Ordered entered on July 1, 2015. Ordered by Magistrate Judge James Orenstein on 1/6/2016. (Guy, Alicia) (Entered: 01/06/2016) | 01/06/2016 |
| 6617 | Letter Dated January 11, 2016 from Class Counsel to Judge Brodie and Magistrate Judge Orenstein re Approval of Payment of Interchange Escrow Account Custodial Fees by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Davidoff, Merrill) (Entered: 01/11/2016) | 01/11/2016 |
|  | ORDER re 6617 Letter -- Any party wishing to object to the instant request may submit a response by January 14, 2016. Ordered by Magistrate Judge James Orenstein on 1/11/2016. (Howley, Thomas) (Entered: 01/11/2016) | 01/11/2016 |
| 6618 | NOTICE of Change of Firm by Jennifer M. Selendy (Selendy, Jennifer) (Entered: 01/15/2016) | 01/15/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 6617 Letter re Approval of Payment of Interchange Escrow Account Custodial Fees -- The application is granted. The ability of the Escrow Agent to withdraw custodial fees from the Escrow Accounts as they become due, through the end of 2016, upon review and approval by Co-Lead Counsel is approved. Ordered by Magistrate Judge James Orenstein on 1/15/2016. (Howley, Thomas) (Entered: 01/15/2016) | 01/15/2016 |
| 6619 | Letter MOTION for Leave to File Supplemental Letter in Support of Pending Rule 60 Motion by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 01/19/2016) | 01/19/2016 |
| | ORDER denying 6619 Motion for Leave to File -- The motion is denied without prejudice to renewal after soliciting the consent of all other parties. Ordered by Magistrate Judge James Orenstein on 1/20/2016. (Howley, Thomas) (Entered: 01/20/2016) | 01/20/2016 |
| 6620 | Letter MOTION for Leave to File Supplemental Letter in Support of Pending Rule 60 Motion by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 01/22/2016) | 01/22/2016 |
| | ORDER granting 6620 Motion for Leave to File -- The motion is granted. The proposed schedule, docket entry 6620 , is approved. Ordered by Magistrate Judge James Orenstein on 1/25/2016. (Howley, Thomas) (Entered: 01/25/2016) | 01/25/2016 |
| 6621 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Objectors Supplemental Letter in Further Support of Rule 60 Motion, # 2 Exhibit Exs. 1-26) (Shinder, Jeffrey) (Entered: 01/27/2016) | 01/27/2016 |
| 6622 | Letter Objectors Supplemental Letter in Further Support of Rule 60 Motion by 7-Eleven Inc. (Attachments: # 1 Exhibit Exs. 1 - 26) (Shinder, Jeffrey) (Entered: 01/28/2016) | 01/28/2016 |
| 6623 | Letter REDACTED Objectors Supplemental Letter in Further Support of Rule 60 Motion by 7-Eleven Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4-26 (slipsheet)) (Shinder, Jeffrey) (Entered: 01/28/2016) | 01/28/2016 |
| | ORDER granting 6621 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 1/28/2016. (Howley, Thomas) (Entered: 01/28/2016) | 01/28/2016 |
| 6624 | Letter Class Plaintiffs' February 3, 2016 Response to Objectors' Supplemental Letter (dated January 27, 2016) (Docket Nos. 6622 (Sealed Version) and 6623 (Redacted Version)) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Montague, H.) (Entered: 02/03/2016) | 02/03/2016 |
| 6625 | Letter Response to Objectors' Supplemental Letter 6622 on behalf of all Defendants by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 02/04/2016) | 02/04/2016 |
| 6626 | Plaintiffs Stipulation and Order of Dismissal with Prejudice of All Claims. Ordered by Judge Margo K. Brodie on 3/30/2016. (Marziliano, August) (Entered: 03/30/2016) | 03/30/2016 |
| 6627 | Plaintiffs' Stipulation and Order of Dismissal with Prejudice of all Claims. Party Brookstone Company, Inc., Brookstone Company, Inc., Brookstone Holdings Corp., Brookstone Holdings Corp., Brookstone Holdings Corp., Brookstone Stores, Inc., Brookstone Stores, Inc., Brookstone Stores, Inc., 1001 Property Solutions LLC and Brookstone Company, Inc. terminated.. Ordered by Judge Margo K. Brodie on 3/30/2016. (Marziliano, August) (Entered: 03/30/2016) | 03/30/2016 |
| 6628 | Plaintiffs' Stipulation and Order of Dismissal with Prejudice of all Claims. Party Brookstone Company, Inc., Brookstone Company, Inc., Brookstone Holdings Corp., Brookstone Holdings Corp., Brookstone Holdings Corp., Brookstone Stores, Inc., Brookstone Stores, Inc., Brookstone Stores, Inc., 1001 Property Solutions LLC and Brookstone Company, Inc. terminated.. Ordered by Judge Margo K. Brodie on 3/30/2016. (Marziliano, August) (Entered: 03/30/2016) | 03/30/2016 |
| 6629 | JPMDL Conditional Transfer Order CTO-21: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to theEastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. (Attachments: # 1 Case Transfer Request) (Marziliano, August) (Entered: 04/01/2016) | 04/01/2016 |
| 6630 | Letter from Class Counsel Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 04/13/2016) | 04/13/2016 |
| 6631 | STATUS REPORT [Third Status Report Regarding Third-Party Claims Filing Companies as Ordered by the Court] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/13/2016) | 04/13/2016 |
| | ORDER re 6630 Letter -- The Class Administrator's request for funding from the Class Settlement Interchange Escrow Account is approved. Ordered by Magistrate Judge James Orenstein on 4/14/2016. (Howley, Thomas) (Entered: 04/14/2016) | 04/14/2016 |
| 6632 | NOTICE of Appearance by William R. H. Merrill on behalf of Buc-ee's Ltd (aty to be noticed) (Merrill, William) (Entered: 05/11/2016) | 05/11/2016 |
| 6633 | MOTION to Withdraw Request for Exclusion from the Rule 23(B)(3) Class, to Join the Settlement Class, and Withdraw Objection to the Rule 23(B)(2) Class by Buc-ee's Ltd. (Attachments: # 1 Memorandum in Support of Motion to Withdraw Request for Exclusion from the Rule 23(B)(3) Class, to Join the Settlement Class, and Withdraw Objection to the Rule 23(B)(2) Class, # 2 Proposed Order, # 3 Certificate of Service) (Merrill, William) (Entered: 05/11/2016) | 05/11/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 6633 Motion to Withdraw -- The motion is granted. The proposed order permitting Buc-ee's Ltd to withdraw its request for exclusion from the Rule 23(b)(2) class settlement, withdraw its objections to the Rule 23(b)(2) class settlement, and dismissing its opt out claims, is so ordered. Ordered by Magistrate Judge James Orenstein on 5/12/2016. (Howley, Thomas) (Entered: 05/12/2016) | 05/12/2016 |
| 6634 | NOTICE of Appearance by Melanie C.T. Ash on behalf of City of New York (aty to be noticed) (Ash, Melanie) (Entered: 06/10/2016) | 06/10/2016 |
| | SCHEDULING ORDER. In view of the Second Circuit's June 30, 2016 decision, and in lieu of the conference currently scheduled before Magistrate Judge Orenstein in 14-md-1720 on August 11, 2016, the Court will hold a conference in this case with ALL parties on August 11, 2016 at 1:00 PM in Courtroom 6F. The parties are ordered to confer in advance of the conference and to file with the Court a proposed conference agenda and a schedule of suggested next steps on or before August 2, 2016. Ordered by Judge Margo K. Brodie on 6/30/2016. Associated Cases: 1:05-md-01720-MKB-JO et al. (Deknatel, Anna) (Entered: 06/30/2016) | 06/30/2016 |
| 6635 | Letter from Class Counsel dated July 7, 2016 to Judge Brodie and Magistrate Judge Orenstein re Payment of Damasco Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 07/07/2016) | 07/07/2016 |
| | ORDER re 6635 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted; the funding request, docket entry 6635 , is so ordered. Ordered by Magistrate Judge James Orenstein on 7/8/2016. (Howley, Thomas) (Entered: 07/08/2016) | 07/08/2016 |
| 6636 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/18/2016) | 07/18/2016 |
| | ORDER re 6636 Stipulation filed by Visa U.S.A. Inc. -- The stipulation is so ordered, without prejudice to the right of any party to lodge an objection to the stipulated relief at the conference scheduled for August 11, 2016. Ordered by Magistrate Judge James Orenstein on 7/19/2016. (Howley, Thomas) (Entered: 07/19/2016) | 07/19/2016 |
| 6637 | Motion to Appear by Telephone at Hearing on August 11, 2016 by Casey's General Stores, Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, Tedeschi Food Shops, Inc.. (Evangelist, James) (Entered: 08/01/2016) | 08/01/2016 |
| 6638 | STATUS REPORT [Joint Status Conference Statement] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-3) (Bernay, Alexandra) (Entered: 08/02/2016) | 08/02/2016 |
| | ORDER denying 6637 Motion to Appear by Telephone. Ordered by Judge Margo K. Brodie on 8/2/2016. (Deknatel, Anna) (Entered: 08/02/2016) | 08/02/2016 |
| 6639 | NOTICE of Appearance by Frederick N. Egler on behalf of National City Bank of Kentucky, National City Corporation (aty to be noticed) (Egler, Frederick) (Entered: 08/03/2016) | 08/03/2016 |
| 6640 | Letter regarding August 11, 2016 status conference by Jetro Cash & Carry, National Association of Convenience Stores, National Association of Truck Stop Operators, National Grocers Association, National Community Pharmacists Association, National Cooperative Grocers Association, National Restaurant Association (Hume, Daniel) (Entered: 08/04/2016) | 08/04/2016 |
| 6641 | MOTION to Withdraw as Attorney by John M. Majoras by National City Bank of Kentucky, National City Corporation. (Attachments: # 1 Declaration of John M. Majoras in Support) (Majoras, John) (Entered: 08/05/2016) | 08/05/2016 |
| 6642 | MOTION to Withdraw as Attorney George D. Carroll by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 08/05/2016) | 08/05/2016 |
| 6643 | NOTICE of Appearance by Daniel Hume on behalf of Jetro Cash & Carry, National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association (aty to be noticed) (Hume, Daniel) (Entered: 08/05/2016) | 08/05/2016 |
| 6644 | NOTICE of Appearance by David E. Kovel on behalf of Jetro Cash & Carry, National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association (aty to be noticed) (Kovel, David) (Entered: 08/05/2016) | 08/05/2016 |
| | ORDER granting 6641 Motion to Withdraw as Attorney -- the motion is granted; attorney John M. Majoras terminated. Ordered by Magistrate Judge James Orenstein on 8/5/2016. (Howley, Thomas) (Entered: 08/05/2016) | 08/05/2016 |
| | ORDER GRANTING Letter Application 6640 to appear at the conference scheduled for August 11,2016 and to be heard on the issue of prospective class representation should it prove necessary. Ordered by Judge Margo K. Brodie on 8/5/2016. (Francis-McLeish, Ogoro) (Entered: 08/05/2016) | 08/05/2016 |
| | ORDER granting 6642 Motion to Withdraw as Attorney -- The motion is granted; attorney George D. Carroll terminated. Ordered by Magistrate Judge James Orenstein on 8/8/2016. (Howley, Thomas) (Entered: 08/08/2016) | 08/08/2016 |
| 6645 | Letter dated August 9, 2016 from Aton Arbisser to Honorable Margo K. Brodie re: status conference by Financial Recovery Services, Inc. (Arbisser, Ethan) (Entered: 08/09/2016) | 08/09/2016 |
| 6646 | Letter to Judge Brodie and Judge Orenstein in response to ECF No. 6640 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment A) (Wildfang, K.) (Entered: 08/09/2016) | 08/09/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6647 | MOTION for Leave to Appear Pro Hac Vice for Eric Citron Filing fee $ 150, receipt number 0207-8828498. by Jetro Cash & Carry, National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association. (Attachments: # 1 Affidavit of Eric Citron, # 2 Exhibit, # 3 Proposed Order) (Hume, Daniel) (Entered: 08/10/2016) | 08/10/2016 |
| 6648 | NOTICE of Appearance by Andrew G. Celli, Jr on behalf of Retail Industry Leaders Association (aty to be noticed) (Celli, Andrew) (Entered: 08/10/2016) | 08/10/2016 |
| 6649 | Letter to Hon. Margo K. Brodie In Support of the August 4, 2016 Letter Application on Behalf of the Former Class Plaintiffs Group by Retail Industry Leaders Association (Celli, Andrew) (Entered: 08/10/2016) | 08/10/2016 |
| 6650 | NOTICE of Appearance by Jonathan Watson Cuneo on behalf of Landers Auto Group No. 1 d/b/a Landers Toyota (aty to be noticed) (Cuneo, Jonathan) (Entered: 08/11/2016) | 08/11/2016 |
| 6651 | Letter from Jonathan W. Cuneo to the Honorable Margo K. Brodie and the Honorable James Orenstein regarding August 11, 2016 Status Conference by Landers Auto Group No. 1 d/b/a Landers Toyota (Cuneo, Jonathan) (Entered: 08/11/2016) | 08/11/2016 |
| 6652 | NOTICE of Change of Address, Firm Name, Email by James Michael Evangelist (Evangelist, James) (Entered: 08/11/2016) | 08/11/2016 |
| 6653 | ORDER granting 6647 Motion for Leave to Appear Pro Hac Vice -- Attorney Eric Citron, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By August 18, 2016, Mr. Citron shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Citron shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Citron shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 8/11/2016. (Howley, Thomas) (Entered: 08/11/2016) | 08/11/2016 |
| 6654 | Minute Entry for proceedings held before Judge Margo K. Brodie and Magistrate Judge James Orenstein: Status Conference held on August 11, 2016. The Court discussed several issues with the parties in view of the Second Circuit's decision vacating the class certification and class settlement. All counsel seeking a leadership role in class representation shall file an application on or before August 25, 2016; responses to the applications shall be filed on or before September 15, 2016. The parties confirmed that all pending Rule 60 motions are moot, and that there is no need to decide the pending motions that are being held in abeyance. Class counsel will provide a status report on the pending motion for sanctions against third-party claims filer EPS by August 25, 2016. For the reasons stated on the record, the depositions scheduled to commence on October 1, 2016 will instead commence on December 1, 2016. In light of conflicts with the currently scheduled October 11, 2016 status conference, the parties will file a letter with the Court on or before August 25, 2016 to propose new dates for the next status conference. Plaintiff Surf Associates has engaged local counsel, who stated that the pending application for leave to withdraw by Surf Associates' current counsel will be withdrawn. (Court Reporter Anthony Mancuso.) (Deknatel, Anna) (Entered: 08/11/2016) | 08/11/2016 |
| 6655 | Letter for Clarification on behalf of all defendants by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 08/15/2016) | 08/15/2016 |
| 6656 | NOTICE of Appearance by Peter Gil-Montllor on behalf of Landers Auto Group No. 1 d/b/a Landers Toyota (aty to be noticed) (Gil-Montllor, Peter) (Entered: 08/16/2016) | 08/16/2016 |
| 6657 | NOTICE of Appearance by Benjamin David Elga on behalf of Landers Auto Group No. 1 d/b/a Landers Toyota (aty to be noticed) (Elga, Benjamin) (Entered: 08/16/2016) | 08/16/2016 |
|  | ORDER re 6654 Status Conference Minute Entry and 6655 Letter for Clarification. In addition to counsel seeking a leadership role in class representation, all parties seeking to propose an appropriate structure of any such representation shall also submit briefing on or before August 25, 2016. Responses to these proposals shall be made on or before September 15, 2016. Ordered by Judge Margo K. Brodie on 8/16/2016. (Deknatel, Anna) (Entered: 08/16/2016) | 08/16/2016 |
| 6658 | MOTION to Withdraw as Attorney by DFS Services, LLC, Discover Bank, Discover Home Loans, Inc.. (Attachments: # 1 Declaration of William H. Pratt) (Pratt, William) (Entered: 08/18/2016) | 08/18/2016 |
|  | ORDER granting 6658 Motion to Withdraw as Attorney -- The motion is granted; attorney William H. Pratt terminated. Ordered by Magistrate Judge James Orenstein on 8/18/2016. (Howley, Thomas) (Entered: 08/18/2016) | 08/18/2016 |
| 6659 | NOTICE of Appearance by Eric Citron on behalf of Jetro Cash & Carry, National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association (aty to be noticed) (Citron, Eric) (Entered: 08/19/2016) | 08/19/2016 |
| 6660 | NOTICE of Appearance by Meghan Joan Summers on behalf of Jetro Cash & Carry, National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association (aty to be noticed) (Summers, Meghan) (Entered: 08/22/2016) | 08/22/2016 |
| 6661 | USCA MANDATE - IT IS HEREBY ORDERED, ADJUDGED and DECREED that the District Courts certification of the class is VACATED, approval of the settlement is REVERSED, and the case is REMANDED for further proceedings not inconsistent with this Courts Opinion. Issued as Mandate; 7/29/16. (McGee, Mary Ann) (Main Document 6661 replaced on 9/19/2016) (McGee, Mary Ann). (Entered: 08/25/2016) | 08/25/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6662 | MEMORANDUM in Opposition Of The Target Plaintiffs Concerning Class Issues filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 08/25/2016) | 08/25/2016 |
| 6663 | MEMORANDUM in Support Re:Class Leadership filed by Home Depot U.S.A., Inc.. (Neuwirth, Stephen) (Entered: 08/25/2016) | 08/25/2016 |
| 6664 | Letter re: Class Counsel pursuant to August 11 and August 16 Orders by All Defendants by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 08/25/2016) | 08/25/2016 |
| 6665 | MEMORANDUM in Support re Co-Lead Counsel's Application for Continued Leadership of the Rule 23(b)(3) Class filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Wildfang, K.) (Entered: 08/25/2016) | 08/25/2016 |
| 6666 | Letter to Hon. Judge Margo K. Brodie with courtesy copies of Docket No. 6665 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/25/2016) | 08/25/2016 |
| 6667 | STATUS REPORT Regarding Electronic Payment Systems, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A (Class Plaintiffs' Proposed Order), # 2 Exhibit B (EPS's Proposed Order)) (Bernay, Alexandra) (Entered: 08/25/2016) | 08/25/2016 |
| 6668 | MEMORANDUM in Support Re: 7-Eleven Plaintiffs' Proposal for Class Counsel Structure filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 08/25/2016) | 08/25/2016 |
| 6669 | MOTION to Appoint Counsel for Class Merchants Seeking Injunctive Relief by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Linda P. Nussbaum) (Nussbaum, Linda) (Entered: 08/25/2016) | 08/25/2016 |
| 6670 | MOTION to Appoint Counsel --Motion for Appointment of Lead Plaintiff and Counsel to Act on Behalf of Non-Surcharge Merchants-- by Eastern Watch Co., Robert Gardner, Karla F. Solis, D.D.S., Inc. d/b/a LA Holistic Dentistry, The Perfect Sidekick, LLC. (Attachments: # 1 [Proposed] Order on Motion for Appointment of Lead Plaintiff and Counsel to Act on Behalf of Non-Surcharge Merchants) (Preminger, David) (Entered: 08/25/2016) | 08/25/2016 |
| 6671 | NOTICE of Appearance (notification declined or already on case) (Eisler, Robert) (Entered: 08/25/2016) | 08/25/2016 |
| 6672 | MEMORANDUM in Support re 6670 MOTION to Appoint Counsel --Motion for Appointment of Lead Plaintiff and Counsel to Act on Behalf of Non-Surcharge Merchants-- filed by Eastern Watch Co., Robert Gardner, Karla F. Solis, D.D.S., Inc. d/b/a LA Holistic Dentistry, The Perfect Sidekick, LLC. (Attachments: # 1 Keller Rohrback Complex Litigation Resume) (Preminger, David) (Entered: 08/25/2016) | 08/25/2016 |
| 6673 | MEMORANDUM in Support re Order, Application for Co-Lead Counsel for Equitable-Relief Class. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Eisler, Robert) (Entered: 08/25/2016) | 08/25/2016 |
| 6674 | NOTICE of Appearance by Frederic S. Fox on behalf of Carlison Transportation, Inc. (aty to be noticed) (Fox, Frederic) (Entered: 08/25/2016) | 08/25/2016 |
| 6675 | MOTION to Appoint Counsel -- Notice of Motion and the FCP Group's Motion to Appoint Kirby McInerney LLP and Goldstein & Russell, P.C. as Interim Co-Lead Class Counsel by National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association. (Hume, Daniel) Modified on 8/26/2016 (Rodriguez, Lori). (Entered: 08/25/2016) | 08/25/2016 |
| 6676 | MEMORANDUM in Support re 6675 MOTION to Appoint Counsel -- Notice of Motion and the FCP Group's Motion to Appoint Kirby McInerney LLP and Goldstein & Russell, P.C. as Interim Co-Lead Class Counsel filed by National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association. (Hume, Daniel) (Entered: 08/25/2016) | 08/25/2016 |
| 6677 | AFFIDAVIT/DECLARATION in Support re 6675 MOTION to Appoint Counsel -- Notice of Motion and the FCP Group's Motion to Appoint Kirby McInerney LLP and Goldstein & Russell, P.C. as Interim Co-Lead Class Counsel filed by National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Hume, Daniel) (Entered: 08/25/2016) | 08/25/2016 |
| 6678 | Letter MOTION to Appoint Counsel (on behalf of Retailers & Merchants Group) by Landers Auto Group No. 1 d/b/a Landers Scion. (Attachments: # 1 Proposed Order Exh. 1 - Proposed Order, # 2 Exhibit Exh. 2 - Status Conference Transcript, # 3 Exhibit Exh. 3 - CGL Resume, # 4 Exhibit Exh. 4 - CLO Resume, # 5 Exhibit Exh. 5 - Robinson Firm Resume, # 6 Exhibit Exh. 6 - Girard Gibbs Resume, # 7 Exhibit Exh. 7 - Parker Waichman Resume, # 8 Exhibit Exh. 8 - Duncan Firm Resume, # 9 Exhibit Exh. 9 - TPT Resume, # 10 Exhibit Exh. 10 - Levitin CV) (Cuneo, Jonathan) (Entered: 08/25/2016) | 08/25/2016 |
| 6679 | MOTION to Appoint Counsel KAPLAN FOX & KILSHEIMER LLP AS LEAD COUNSEL FOR THE 23 (b)(2) CLASS by Carlison Transportation, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 1A, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7) (Fox, Frederic) (Entered: 08/25/2016) | 08/25/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6680 | Letter to Hon. Judge Margo K. Brodie enclosing a courtesy copy of ECF No. 6679 by Carlison Transportation, Inc. (Fox, Frederic) (Entered: 08/26/2016) | 08/26/2016 |
| 6681 | Letter regarding rescheduling of the October status conference by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Herlihy, Kimberly) (Entered: 08/31/2016) | 08/31/2016 |
| | SCHEDULING ORDER: re 6681 Letter -- The motion is granted. The status conference previously scheduled for October 11, 2016 is rescheduled for October 19, 2016 at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on 8/31/2016. (Howley, Thomas) (Entered: 08/31/2016) | 08/31/2016 |
| 6682 | JPMDL Conditional Transfer Order CTO-23: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Attachments: # 1 Request for Case Transfer) (Marziliano, August) (Entered: 09/07/2016) | 09/07/2016 |
| 6683 | JPMDL Conditional Transfer ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER CTO-23. Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-04972-MKB-JO (Marziliano, August) (Entered: 09/08/2016) | 09/08/2016 |
| 6684 | USCA STATEMENT OF COSTS - IT IS HEREBY ORDERED that costs are taxed in favor of the Appellants in the following amounts: The 7-Eleven Appellants $10,566.40, The Merchant Trade Groups Appellants $1,280.00, Retailers and Merchants Objectors-Appellants $641.20, First Data Appellants $505.00. Certified Copy Issued: 9/7/16. See document for list of USCA #s. (McGee, Mary Ann) (Entered: 09/08/2016) | 09/08/2016 |
| 6685 | Letter Motion to Appear by Telephone at October 19, 2016 Status Conference by Casey's General Stores, Tedeschi Food Shops, Inc.. Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-00321-MKB-JO, 1:14-cv-00880-MKB-JO, 1:16-cv-01604-MKB-JO (Evangelista, James) (Entered: 09/09/2016) | 09/09/2016 |
| | ORDER denying (6685) Motion to Appear by Telephone in case 1:05-md-01720-MKB-JO; denying (51) Motion to Appear by Telephone; denying (52) Motion to Appear by Telephone in case 1:14-cv-00321-MKB-JO; denying (35) Motion to Appear by Telephone; denying (36) Motion to Appear by Telephone in case 1:14-cv-00880-MKB-JO -- The motion to appear by telephone is denied; any party that does not wish to appear through counsel is excused. Ordered by Magistrate Judge James Orenstein on 9/9/2016. Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-00321-MKB-JO, 1:14-cv-00880-MKB-JO (Howley, Thomas) (Entered: 09/09/2016) | 09/09/2016 |
| 6686 | REPLY in Opposition re Order, Concerning Class Issues filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 09/15/2016) | 09/15/2016 |
| 6687 | MEMORANDUM in Support re: Appropriate Structure For Class Leadership Response filed by Home Depot U.S.A., Inc.. (Neuwirth, Stephen) (Entered: 09/15/2016) | 09/15/2016 |
| 6688 | Letter Response re: Class Counsel pursuant to August 11 and August 16 Orders by All Defendants by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 09/15/2016) | 09/15/2016 |
| 6689 | MEMORANDUM in Support re: Response of Interim Co-Lead Counsel to Lead Counsel Submissions filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Coughlin, Patrick) (Entered: 09/15/2016) | 09/15/2016 |
| 6690 | MEMORANDUM in Support /SUBMISSION OF SUNOCO, INC. (R&M) AND ALOHA PETROLEUM, LTD. CONCERNING CLASS ISSUES filed by Sunoco, Inc. (R&M). (Young, Arthur) (Entered: 09/15/2016) | 09/15/2016 |
| 6691 | Letter re Appointment of Class Counsel by Landers Auto Group No. 1 d/b/a Landers Toyota (Attachments: # 1 Declaration Declaration of Adam J. Levitin, # 2 Proposed Order Proposed Pre-Trial Order) (Gil-Montllor, Peter) (Entered: 09/15/2016) | 09/15/2016 |
| 6692 | MEMORANDUM in Support re 6669 MOTION to Appoint Counsel for Class Merchants Seeking Injunctive Relief and in Response to Other Submissions filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Nussbaum, Linda) (Entered: 09/15/2016) | 09/15/2016 |
| 6693 | MEMORANDUM in Support re 6675 MOTION to Appoint Counsel -- Notice of Motion and the FCP Group's Motion to Appoint Kirby McInerney LLP and Goldstein & Russell, P.C. as Interim Co-Lead Class Counsel and in Response to Other Submissions filed by National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association. (Hume, Daniel) (Entered: 09/15/2016) | 09/15/2016 |
| 6694 | MEMORANDUM in Support re: 7-Eleven Plaintiffs Response to Submissions Concerning Appropriate Class Structure and Leadership filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 09/15/2016) | 09/15/2016 |
| 6695 | REPLY in Support re 6673 Memorandum in Support of Response In Support Of Application Of Steve D. Shadowen, Michael J. Freed, and Robert G. Eisler For Appointment As Co-Lead Counsel For Equitable-Relief Class filed by Party Boss Dental Care PLLC. (Eisler, Robert) (Entered: 09/15/2016) | 09/15/2016 |
| 6696 | MEMORANDUM in Support re 6679 MOTION to Appoint Counsel KAPLAN FOX & KILSHEIMER LLP AS LEAD COUNSEL FOR THE 23 (b)(2) CLASS AND IN RESPONSE TO SUBMISSIONS FROM OTHER INTERESTED PARTIES REGARDING CLASS LEADERSHIP STRUCTURE filed by Carlison Transportation, Inc.. (Fox, Frederic) (Entered: 09/15/2016) | 09/15/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6697 | MEMORANDUM in Support re 6675 MOTION to Appoint Counsel -- Notice of Motion and the FCP Group's Motion to Appoint Kirby McInerney LLP and Goldstein & Russell, P.C. as Interim Co-Lead Class Counsel filed by National Retail Federation, Retail Industry Leaders Association. (Greenberger, Debra) (Entered: 09/15/2016) | 09/15/2016 |
| 6698 | NOTICE of Change of Address by Jonathan Watson Cuneo (Cuneo, Jonathan) (Entered: 09/16/2016) | 09/16/2016 |
| 6699 | Letter to Hon. Judge Margo K. Brodie enclosing a courtesy copy of ECF No. 6696 by Carlson Transportation, Inc. (Fox, Frederic) (Entered: 09/16/2016) | 09/16/2016 |
| 6700 | REPLY to Response to Motion re 6669 MOTION to Appoint Counsel for Class Merchants Seeking Injunctive Relief and cover letter enclosing courtesy copies of prior submissions filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Nussbaum, Linda) (Entered: 09/19/2016) | 09/19/2016 |
| 6701 | Letter clarifying docket entries 6693 and 6694 by Landers Auto Group No. 1 d/b/a Landers Toyota (Cuneo, Jonathan) (Entered: 09/20/2016) | 09/20/2016 |
| 6702 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/22/2016) | 09/22/2016 |
|  | ORDER re 6702 Stipulation filed by Visa U.S.A. Inc. -- The stipulation, docket entry 6702 , is so ordered. Ordered by Magistrate Judge James Orenstein on 9/22/2016. (Howley, Thomas) (Entered: 09/22/2016) | 09/22/2016 |
| 6703 | JPMDL Conditional Transfer Order: IT IS THEREFORE ORDERED that this action is transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Margo K. Brodie for inclusion in the coordinated or consolidated pretrial proceedings. (Marziliano, August) (Entered: 10/04/2016) | 10/04/2016 |
| 6704 | Attached is a certified copy of CTO from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 16 CV 01947 must be transferred to the Eastern District of New York. Our case number 16 CV 5507(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 10/04/2016) | 10/04/2016 |
| 6705 | NOTICE of Appearance by Lawrence S. Lustberg on behalf of Keila Ravelo (aty to be noticed) (Lustberg, Lawrence) (Entered: 10/05/2016) | 10/05/2016 |
| 6706 | First MOTION to Intervene , First MOTION to Unseal Document Friedman/Ravelo Communications by Keila Ravelo. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order, # 5 Declaration, # 6 Certificate of Service) (Lustberg, Lawrence) (Entered: 10/05/2016) | 10/05/2016 |
| 6707 | NOTICE of Appearance by Jake F. Goodman on behalf of Keila Ravelo (aty to be noticed) (Goodman, Jake) (Entered: 10/05/2016) | 10/05/2016 |
| 6708 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-8970842. by Keila Ravelo. (Attachments: # 1 Affidavit, # 2 Appendix) (Sadow, Steven) (Entered: 10/06/2016) | 10/06/2016 |
| 6709 | NOTICE of Appearance by Steven H. Sadow on behalf of Keila Ravelo (notification declined or already on case) (Sadow, Steven) (Entered: 10/06/2016) | 10/06/2016 |
|  | ORDER re 6706 First MOTION to Intervene, First MOTION to Unseal Document -- I respectfully direct any party opposing the motion, docket entry 6706 , to respond by October 14, 2016. Ordered by Magistrate Judge James Orenstein on 10/6/2016. (Klewin, Erin) (Entered: 10/06/2016) | 10/06/2016 |
| 6710 | MOTION for Leave to Appear Pro Hac Vice for Thomas C. Goldstein Filing fee $ 150, receipt number 0207-8974608. by National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association. (Attachments: # 1 Affidavit of Thomas Goldstein, # 2 Exhibit to Affidavit of Thomas Goldstein, # 3 Proposed Order) (Hume, Daniel) (Entered: 10/07/2016) | 10/07/2016 |
| 6711 | Attached is a certified copy of an ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 6:16-03353 must be transferred to the Eastern District of New York. Our case number 16 CV 4972(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) Modified on 10/13/2016 to attach corrected order and to change text correcting EDNY number(Marziliano, August). (Entered: 10/07/2016) | 10/07/2016 |
| 6712 | Letter re: Motion to Intervene and to Unseal Friedman/Ravelo Communications, to Judge Orenstein and copying Judge Reyes by American Express Travel Related Services Company, Inc., American Express Company Originally filed in 14MDL1720 by (Barbur, Peter) on (Entered: 10/07/2016) (Guy, Alicia) (Entered: 10/11/2016) | 10/07/2016 |
| 6713 | STIPULATION re: Stay of New Prime v. Mastercard by Mastercard International Incorporated (Gallo, Kenneth) (Entered: 10/11/2016) | 10/11/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6714 | MOTION for Extension of Time to File Status Report by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Herlihy, Kimberly) (Entered: 10/11/2016) | 10/11/2016 |
| | ORDER re 6706 First MOTION to Intervene, First MOTION to Unseal Document; 6712 Letter -- I respectfully direct the parties to meet and confer, and file a status report or briefing schedule by October 28, 2016. Ordered by Magistrate Judge James Orenstein on 10/11/2016. (Klewin, Erin) (Entered: 10/11/2016) | 10/11/2016 |
| 6715 | STATUS REPORT Fourth Status Report Regarding Third-Party Claims-Filing Companies as Ordered by the Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/12/2016) | 10/12/2016 |
| 6716 | ORDER granting 6708 Motion for Leave to Appear Pro Hac Vice -- Attorney Steven H. Sadow, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 20, 2016, Mr. Sadow shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Sadow shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Sadow shall also ensure that the $150 admission fee be submitted to the Clerk's Office.. Ordered by Magistrate Judge James Orenstin on 10/13/2016. (Klewin, Erin) (Entered: 10/13/2016) | 10/13/2016 |
| 6717 | ORDER granting 6710 Motion for Leave to Appear Pro Hac Vice -- Attorney Thomas C. Goldstein, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 20, 2016, Mr. Goldstein shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Goldstein shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Goldstein shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/13/2016. (Klewin, Erin) (Entered: 10/13/2016) | 10/13/2016 |
| | ORDER re 6713 Stipulation filed by Mastercard International Incorporated -- The stipulation, docket entry 6713 , is so ordered. Mastercard's time to respond to New Prime's Motion to Remand and all discovery, and any disclosure or reporting obligations under Federal Rules of Civil Procedure 16 and 26, shall be stayed until December 9, 2016, without prejudice to any party's right (a) to lift that stay upon providing notice to the Court and the parties to the New Prime Action, or (b) to seek to maintain the stay if another party lifts the stay. Ordered by Magistrate Judge James Orenstein on 10/13/2016. (Klewin, Erin) (Entered: 10/13/2016) | 10/13/2016 |
| | ORDER granting 6714 Motion for Extension of Time to File -- The motion is granted; plaintiffs shall file their status report by October 14, 2016. Ordered by Magistrate Judge James Orenstein on 10/13/2016. (Klewin, Erin) (Entered: 10/13/2016) | 10/13/2016 |
| 6718 | NOTICE of Appearance by Thomas Goldstein on behalf of National Association of Convenience Stores, National Association of Truck Stop Operators, National Community Pharmacists Association, National Cooperative Grocers Association, National Grocers Association, National Restaurant Association (aty to be noticed) (Goldstein, Thomas) (Entered: 10/14/2016) | 10/14/2016 |
| 6719 | STIPULATION of Dismissal / Joint Stipulation of Dismissal with Prejudice by Mastercard, Mastercard Incorporated, Mastercard International Incorporated Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-04972-MKB-JO (Gallo, Kenneth) (Entered: 10/14/2016) | 10/14/2016 |
| 6720 | STATUS REPORT by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/14/2016) | 10/14/2016 |
| 6721 | RESPONSE to Motion re 6706 FIRST MOTION to Intervene First MOTION to Unseal Document Friedman/Ravelo Communications by All Defendants filed by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 10/14/2016) | 10/14/2016 |
| | ORDER -- In response to telephone inquiries to chambers, I advise the parties that at the conference on October 19, 2016, I will be prepared to hear oral argument on the issue of appointing lead counsel for the putative classes. If, after conferring with one another, the parties' counsel prefer to schedule argument for another day, they may promptly submit a request to that effect with proposed alternative argument dates. Ordered by Magistrate Judge James Orenstein on 10/14/2016. (Klewin, Erin) (Entered: 10/14/2016) | 10/14/2016 |
| 6722 | NOTICE of Appearance by Hae Sung Nam on behalf of Carlison Transportation, Inc. (aty to be noticed) (Nam, Hae) (Entered: 10/18/2016) | 10/18/2016 |
| 6723 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 10/19/2016. SCHEDULING: (1) The next status conference will be held on December 8, 2016, at 2:00 p.m. (2) A further status conference will be held on February 9, 2017, at 2:00 p.m. SUMMARY: (1 The 14-MD-1720 docket, which was opened for administrative convenience during the pendency of the appeal of the class settlement, will be closed, as there is no longer any need for a separate, duplicative docket. To the extent that any party believes that any documents filed on that docket should appear on the 05-MD-1720 docket, it may file those documents in the 05 docket. I respectfully request that any party doing so also file a letter summarizing the documents so filed. (2) The Class Plaintiffs and EPS will file a letter by October 26, 2016, proposing a date to appear for argument on the Class Plaintiffs' request for sanctions. (3) The previously set discovery schedule, including the schedule for depositions beginning on December 1, 2016, remains unchanged. Any party seeking to amend that schedule may file a motion for appropriate relief. (4) I heard argument and reserved decision on the motions relating to the appointment of lead counsel for the putative classes.(Court Reporter Nicole Canales (718) 613-2509) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 10/19/2016) | 10/19/2016 |
| 6724 | Letter from Class Counsel Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/24/2016) | 10/24/2016 |
| 6725 | NOTICE of Appearance by James R. Warnot, Jr on behalf of Visa Europe Limited, Visa Europe Services Inc. (aty to be noticed) (Warnot, James) (Entered: 10/25/2016) | 10/25/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6726 | Motion to Dismiss for Failure to State a Claim re: Plaintiff's Second Amended Complaint by Visa Europe Limited, Visa Europe Services Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration by James R. Warnot Jr., # 3 Exhibit 1, # 4 Exhibit 2, # 5 Declaration by Hugh Stokes, # 6 Reply Memorandum of Law in Further Support of the Motion to Dismiss, # 7 Letter Summary to Hon. James Orenstein by James R. Warnot Jr. dated 10-25-16) (Warnot, James) (Entered: 10/25/2016) | 10/25/2016 |
|  | ORDER re 6724 Letter -- The Class Administrator's request for funding from the Class Settlement Interchange Escrow Account is approved. Ordered by Magistrate Judge James Orenstein on 10/25/2016. (Klewin, Erin) (Entered: 10/25/2016) | 10/25/2016 |
| 6727 | Letter (Joint) from Class Plaintiffs and EPS Regarding Proposed Dates to Appear by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/26/2016) | 10/26/2016 |
| 6728 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10-19-16, before Judge Orenstein. Court Reporter/Transcriber N. Canales, Telephone number 718-613-2509. Email address: cnlsnic@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 11/16/2016. Redacted Transcript Deadline set for 11/28/2016. Release of Transcript Restriction set for 1/24/2017. (Canales, Nicole) (Entered: 10/26/2016) | 10/26/2016 |
|  | SCHEDULING ORDER: re 6727 Letter -- A status conference will be held on January 5, 2017, at 10:30 a.m. where oral argument will be heard on the Class Plaintiffs' motion for sanctions against EPS. Ordered by Magistrate Judge James Orenstein on 10/26/2016. (Klewin, Erin) (Entered: 10/26/2016) | 10/26/2016 |
| 6729 | Letter to Judge Orenstein and Judge Reyes providing a status update regarding Motion to Intervene and to Unseal Friedman/Ravelo Communications (Dkt. No. 6706) by American Express Co., American Express Travel Related Services Company, Inc. (Orsini, Kevin) (Entered: 10/28/2016) | 10/28/2016 |
|  | ORDER re 6729 Letter, filed by American Express Co., American Express Travel Related Services Company, Inc. -- Upon consultation with Judge Reyes, the request is granted. The parties will provide a proposed protocol to the court by November 4, 2016. Ordered by Magistrate Judge James Orenstein on 10/31/2016. (Klewin, Erin) (Entered: 10/31/2016) | 10/31/2016 |
| 6730 | MANDATE of USCA as to 6397 Notice of Appeal, filed by Top Gun Wrecker, Daviss Donuts and Deli, Unlimited Vacations and Cruises Inc, Bishop, Orange County Bldg Materials, 6396 Notice of Appeal filed by Jon M Zimmerman. It is Ordered that the judgment of the District Court is affirmed. Issued as Mandate: 9/1/16. USCA #15-217(L); 15-234(Con) and 15-519(Con). (McGee, Mary Ann) (Entered: 11/02/2016) | 11/02/2016 |
| 6731 | Letter to Judge Orenstein and Judge Reyes, attaching Stipulation and [Proposed] Order by American Express Co., American Express Travel Related Services Company, Inc. (Attachments: # 1 Stipulation and [Proposed] Order) (Orsini, Kevin) (Entered: 11/04/2016) | 11/04/2016 |
|  | ORDER re 6731 Letter -- The Stipulation and Proposed Order Modifying Protective Orders Regarding Keila Ravelo Motion to Intervene, docket entry 6731 , is so ordered. See docket entry 6706 . Ordered by Magistrate Judge James Orenstein on 11/4/2016. (Klewin, Erin) (Entered: 11/04/2016) | 11/04/2016 |
| 6732 | MOTION for Leave to Electronically File Document under Seal by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit Proposed Second Amended and Supplemental Complaint) (Wilson, James) (Entered: 11/09/2016) | 11/09/2016 |
| 6733 | Second MOTION for Leave to Electronically File Document under Seal by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit Draft Second Amended Complaint) (Wilson, James) (Entered: 11/10/2016) | 11/10/2016 |
| 6734 | Letter MOTION to Stay deposition schedule by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 11/10/2016) | 11/10/2016 |
|  | ORDER denying 6732 Motion for Leave to Electronically File Document under Seal -- The motion is denied without leave to renew upon a showing that the proposed sealing of a judicial record is consistent with applicable case law. See, e.g., Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 (1978) (recognizing "a general right to inspect and copy... judicial records and documents"); see also Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006); United States v. Aref, 533 F.3d 72, 83 (2d Cir. 2008) ("Transparency is pivotal to public perception of the judiciary's legitimacy and independence.... Any step that withdraws an element of the judicial process from public view makes the ensuing decision look more like fiat and requires rigorous justification.") (internal citation omitted); United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir. 1995) ("The presumption of access is based on the need for federal courts... to have a measure of accountability and for the public to have confidence in the administration of justice."). Ordered by Magistrate Judge James Orenstein on 11/10/2016. (Klewin, Erin) (Entered: 11/10/2016) | 11/10/2016 |
| 6735 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Exhibit A., # 2 Exhibit B.) (Shinder, Jeffrey) (Entered: 11/11/2016) | 11/11/2016 |
| 6736 | MOTION for Leave to File Amended Complaint by 7-Eleven Inc.. (Attachments: # 1 Exhibit A., # 2 Exhibit B.) (Shinder, Jeffrey) (Entered: 11/11/2016) | 11/11/2016 |
| 6737 | MOTION for Leave to File Amended Complaint by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit A Draft Second Amended Complaint, # 2 Exhibit B James Wilson Declaration, # 3 Exhibit C Defendants Memorandum In Support Of Staying Proceedings) (Wilson, James) (Entered: 11/14/2016) | 11/14/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6738 | RESPONSE in Opposition re 6734 Letter MOTION to Stay deposition schedule filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 11/15/2016) | 11/15/2016 |
| 6739 | NOTICE of Appearance by Thomas Andrew Paskowitz on behalf of Citibank N A, Citicorp, Citigroup Inc (aty to be noticed) (Paskowitz, Thomas) (Entered: 11/15/2016) | 11/15/2016 |
| 6740 | NOTICE of Appearance by Samuel Sung-Ook Choi on behalf of Citibank N A, Citicorp, Citigroup Inc (aty to be noticed) (Choi, Samuel) (Entered: 11/15/2016) | 11/15/2016 |
| 6741 | Letter dated 11/15/2016 requesting to be removed from the ECF distribution list from all cases related to l;05-md-01720-MKB-JO. Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Marziliano, August) (Entered: 11/15/2016) | 11/15/2016 |
| 6742 | Letter from Peter E. Greene to Honorable James Orenstein, Regarding Defendants' Opposition to 7-Eleven Plaintiffs' November 11, 2016 Letter, Filed by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co. (Attachments: # 1 Exhibit 1) (Greene, Peter) (Entered: 11/16/2016) | 11/16/2016 |
| 6743 | Letter from All Defendants in Opposition to Target Plaintiffs' November 14, 2016 Motion for Leave to File Amended Complaint by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 11/17/2016) | 11/17/2016 |
| 6744 | MOTION to Withdraw as Attorney by Landers Auto Group No. 1 d/b/a Landers Toyota. (Attachments: # 1 Declaration of Benjamin D. Elga in Support) (Elga, Benjamin) (Entered: 11/21/2016) | 11/21/2016 |
|  | ORDER granting 6744 Motion to Withdraw as Attorney -- The application is granted; attorney Benjamin David Elga terminated. Ordered by Magistrate Judge James Orenstein on 11/21/2016. (Klewin, Erin) (Entered: 11/21/2016) | 11/21/2016 |
| 6745 | STIPULATION by Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/28/2016) | 11/28/2016 |
|  | ORDER re 6745 Stipulation filed by Visa U.S.A. Inc. -- The stipulation, docket entry 6745 , is so ordered. Ordered by Magistrate Judge James Orenstein on 11/29/2016. (Klewin, Erin) (Entered: 11/29/2016) | 11/29/2016 |
| 6746 | Letter to the Court regarding December depositions by Landers Auto Group No. 1 d/b/a Landers Toyota (Cuneo, Jonathan) (Entered: 11/30/2016) | 11/30/2016 |
| 6747 | Letter informing the the Court that, pending its decision on the (b)(2) class leadership applications and in order to keep fully informed of the ongoing discovery, attorneys from my firm will be attending the upcoming depositions in the individual plaintiffs' cases. by Carlison Transportation, Inc. (Fox, Frederic) (Entered: 11/30/2016) | 11/30/2016 |
| 6748 | Letter in Response to the letter dated November 30 submitted by Mr. Jonathan Cuneo of the R&M Group Attorneys by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 11/30/2016) | 11/30/2016 |
| 6749 | Letter Reply regarding December depositions by Landers Auto Group No. 1 d/b/a Landers Toyota (Cuneo, Jonathan) (Entered: 11/30/2016) | 11/30/2016 |
| 6750 | Letter in Response to the letter dated November 30, 2016 submitted by Mr. Frederic S. Fox by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 11/30/2016) | 11/30/2016 |
| 6751 | STIPULATION AND PROPOSED ORDER by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. (Mason, Robert) (Entered: 11/30/2016) | 11/30/2016 |
| 6752 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/30/2016) | 11/30/2016 |
| 6753 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/30/2016) | 11/30/2016 |
| 6754 | ORDER granting 6669 Motion to Appoint Counsel ; denying 6670 Motion to Appoint Counsel ; denying 6675 Motion to Appoint Counsel ; denying 6678 Motion to Appoint Counsel ; denying 6679 Motion to Appoint Counsel. For the reasons set forth in the attached document, I appoint Robins Kaplan LLP, Berger & Montague P.C., and Robbins Geller Rudman & Dowd LLP to serve as interim co-lead counsel for a putative class of plaintiffs seeking class certification pursuant to Federal Rule of Civil Procedure 23(b)(3); and I appoint the Nussbaum Law Group, P.C.; Hilliard & Shadowen LLP; Freed Kanner London & Millen LLC; and Grant & Eisenhofer P.A. to serve as interim co-lead counsel for a putative class of plaintiffs seeking class certification pursuant to Rule 23(b)(2). Ordered by Magistrate Judge James Orenstein on 11/30/2016. (Orenstein, James) (Entered: 11/30/2016) | 11/30/2016 |
|  | ORDER re 6749 Letter filed by Landers Auto Group No. 1 d/b/a Landers Toyota, 6748 Letter filed by Mastercard International Incorporated, Mastercard Incorporated, 6746 Letter filed by Landers Auto Group No. 1 d/b/a Landers Toyota, 6750 Letter filed by Mastercard International Incorporated, Mastercard Incorporated, 6747 Letter, filed by Carlison Transportation, Inc. -- Counsel for any party may attend any deposition; counsel for an entity that has thus far participated only as an objector but not as a named party, may not attend over the objection of any party. Ordered by Magistrate Judge James Orenstein on 11/30/2016. (Klewin, Erin) (Entered: 11/30/2016) | 11/30/2016 |
| 6755 | MOTION for Leave to Appear Pro Hac Vice for Sarah M. Ripa Filing fee $ 150, receipt number 0207-9105667. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit of Sarah M. Ripa, # 2 Certificates of Good Standing, # 3 Proposed Order) (Ripa, Sarah) (Entered: 12/01/2016) | 12/01/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6756 | STATUS REPORT JOINT STATUS CONFERENCE STATEMENT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/01/2016) | 12/01/2016 |
| 6757 | STATUS REPORT AMENDED JOINT STATUS CONFERENCE STATEMENT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/01/2016) | 12/01/2016 |
| | ORDER re 6751 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc., 6753 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc., 6752 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulations, docket entries 6751 , 6752 , and 6753 , are so ordered. Ordered by Magistrate Judge James Orenstein on 12/1/2016. (Klewin, Erin) (Entered: 12/01/2016) | 12/01/2016 |
| | ORDER granting 6733 Motion for Leave to Electronically File Document under Seal; granting 6735 Motion for Leave to Electronically File Document under Seal -- The motions to seal the proposed amended complaints, docket entries 6733 and 6735 , are granted. Counsel is directed to file the documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Additionally, oral argument will be heard at the status conference scheduled for December 8, 2016 on the plaintiffs' motions for leave to file amended complaints, docket entries 6736 and 6737 , and the defendants' motion to stay the deposition schedule, docket entry 6734 . Ordered by Magistrate Judge James Orenstein on 12/1/2016. (Klewin, Erin) (Entered: 12/01/2016) | 12/01/2016 |
| 6758 | MOTION for Leave to Appear Pro Hac Vice for Jarred A. Klorfein Filing fee $ 150, receipt number 0207-9108190. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit of Jarred A. Klorfein, # 2 Certificate of Good Standing, # 3 Proposed Order) (Klorfein, Jarred) (Entered: 12/02/2016) | 12/02/2016 |
| 6759 | ORDER granting 6755 Motion for Leave to Appear Pro Hac Vice -- Attorney Sarah M. Ripa, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 9, 2016, Ms. Ripa shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Ripa shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Ripa shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/2/2016. (Klewin, Erin) (Entered: 12/02/2016) | 12/02/2016 |
| 6760 | ORDER granting 6758 Motion for Leave to Appear Pro Hac Vice -- Attorney Jarred A. Klorfein, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 9, 2016, Mr. Klorfein shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Klorfein shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Klorfein shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/2/2016. (Klewin, Erin) (Entered: 12/02/2016) | 12/02/2016 |
| 6761 | EXHIBIT A to Target Plaintiffs Motion for Leave to file Am. Complaint (Previously Served on All Counsel via File & Serve) Dkt. No. 6737[UNDER SEAL] by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. (Wilson, James) (Entered: 12/02/2016) | 12/02/2016 |
| 6762 | EXHIBIT A to 7-Eleven Motion for Leave to file Am. Complaint (Previously Served on All Counsel via File & Serve) Dkt. No. 6736 [UNDER SEAL] by 7-Eleven Inc.. (Attachments: # 1 B. Redline Am. Complaint) (Shinder, Jeffrey) (Entered: 12/02/2016) | 12/02/2016 |
| 6763 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9111938. by Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Attachments: # 1 Affidavit, # 2 Certificates of Good Standing) (Webb-Lawton, Nina) (Entered: 12/05/2016) | 12/05/2016 |
| 6764 | NOTICE of Appearance by Sarah Ripa on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Ripa, Sarah) (Entered: 12/05/2016) | 12/05/2016 |
| 6765 | NOTICE of Appearance by Jarred A. Klorfein on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Klorfein, Jarred) (Entered: 12/05/2016) | 12/05/2016 |
| 6766 | MOTION for Leave to File Amended Complaint by rue21, Inc.. (Attachments: # 1 Exhibit) (Hoel, Carter) (Entered: 12/05/2016) | 12/05/2016 |
| 6767 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9115575. by Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (McGranor, Timothy) (Entered: 12/06/2016) | 12/06/2016 |
| 6768 | ORDER granting 6763 Motion for Leave to Appear Pro Hac Vice -- Attorney Nina Webb-Lawton, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 14, 2016, Ms. Webb-Lawton shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Webb-Lawton shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Webb-Lawton shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/7/2016. (Klewin, Erin) (Entered: 12/07/2016) | 12/07/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6769 | ORDER granting 6767 Motion for Leave to Appear Pro Hac Vice -- Attorney Timothy B. McGranor, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 14, 2016, Mr. McGranor shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. McGranor shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. McGranor shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/7/2016. (Klewin, Erin) (Entered: 12/07/2016) | 12/07/2016 |
| 6770 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150. by Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation. (Attachments: # 1 Affidavit, # 2 Certificates of Good Standing) (Thomas, James) (Entered: 12/07/2016) | 12/07/2016 |
| 6771 | NOTICE of Appearance by Robert G. Eisler on behalf of Party Boss Dental Care PLLC (aty to be noticed) (Eisler, Robert) (Entered: 12/07/2016) | 12/07/2016 |
| 6772 | First MOTION for Leave to Appear Pro Hac Vice Mathew C Weiner Filing fee $ 150, receipt number 0207-9120904.. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Exhibit Certificate of Good Standing, # 4 Exhibit Certificate of Good Standing) (Weiner, Matthew) (Entered: 12/07/2016) | 12/07/2016 |
| 6773 | First MOTION for Leave to Appear Pro Hac Vice Donald Sean Nation Filing fee $ 150, receipt number 0207-9120982.. (Attachments: # 1 Affidavit, # 2 Proposed Order, # 3 Exhibit Certificate of Good Standing, # 4 Exhibit Certificate of Good Standing) (Nation, Donald) (Entered: 12/07/2016) | 12/07/2016 |
| 6774 | NOTICE of Appearance by Jeffrey K. Rosenberg on behalf of Bank Of America, N.A., Bank of America Corporation (aty to be noticed) (Rosenberg, Jeffrey) (Entered: 12/07/2016) | 12/07/2016 |
| 6775 | Letter MOTION for Leave to File Amended Complaint by American Eagle Outfitters, Inc.. Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-00321-MKB-JO (Victoria, Richard) (Entered: 12/08/2016) | 12/08/2016 |
| 6776 | NOTICE of Appearance by Timothy B. McGranor on behalf of Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (notification declined or already on case) (McGranor, Timothy) (Entered: 12/08/2016) | 12/08/2016 |
| 6777 | ORDER granting 6770 Motion for Leave to Appear Pro Hac Vice -- Attorney James D. Thomas, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 15, 2016, Mr. Thomas shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Thomas shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Thomas shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/8/2016. (Klewin, Erin) (Entered: 12/08/2016) | 12/08/2016 |
| 6778 | ORDER granting 6772 Motion for Leave to Appear Pro Hac Vice -- Attorney Matthew C. Weiner, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 15, 2016, Mr. Weiner shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Weiner shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Weiner shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/8/2016. (Klewin, Erin) (Entered: 12/08/2016) | 12/08/2016 |
| 6779 | First MOTION for Leave to Appear Pro Hac Vice Steve D Shadowen Filing fee $ 150, receipt number 0207-9122008.. (Attachments: # 1 Affidavit, # 2 Proposed Order, # 3 Exhibit Certificate of Good Standing, # 4 Exhibit Certificate of Good Standing) (Shadowen, Steve) (Entered: 12/08/2016) | 12/08/2016 |
| 6780 | ORDER granting 6773 Motion for Leave to Appear Pro Hac Vice -- Attorney Donald S. Nation, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 15, 2016, Mr. Nation shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Nation shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Nation shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/8/2016. (Klewin, Erin) (Entered: 12/08/2016) | 12/08/2016 |
| 6781 | ORDER granting 6779 Motion for Leave to Appear Pro Hac Vice -- Attorney Steve D. Shadowen, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 15, 2016, Mr. Shadowen shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Shadowen shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Shadowen shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/8/2016. (Klewin, Erin) (Entered: 12/08/2016) | 12/08/2016 |
| 6782 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9122831. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Proposed Order) (Milligan, Heather) (Entered: 12/08/2016) | 12/08/2016 |
| 6783 | AFFIDAVIT/DECLARATION in Support re 6782 MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9122831. filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Certificate of Good Standing) (Milligan, Heather) (Entered: 12/08/2016) | 12/08/2016 |
| 6784 | NOTICE of Appearance by John D. Comerford on behalf of Wal-Mart Stores, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO, 1:14-cv-02318-MKB-JO (Comerford, John) (Entered: 12/08/2016) | 12/08/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6785 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 12/8/2016. SCHEDULING: (1) The next status conference will be held on January 5, 2017, at 10:30 a.m. (2) A further status conference will be held on February 9, 2017, at 2:00 p.m. (3) A further status conference will be held on April 13, 2017, at 2:00 p.m. SUMMARY: (1) The parties will confer and will submit, by December 16, 2016, either a joint proposal or competing proposals for (a) a consolidated briefing schedule for the pending motions to file amended complaints, (b) a schedule for the class plaintiffs to file proposed amended pleadings, and (c) any alterations to the deposition schedule necessary to accommodate the amendment process. (2) The conference scheduled for January 5, 2017, will address the motion for sanctions against non-party EPS; only counsel for the parties to that dispute need attend. (Court Reporter Anthony Mancuso. Telephone (718) 613-2419) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 12/08/2016) | 12/08/2016 |
| 6786 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 12/8/2016, before Judge James Orenstein. Court Reporter/Transcriber anthonymancuso, Telephone number 718-613-2419. Email address: anthonymancuso65@msn.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 12/30/2016. Redacted Transcript Deadline set for 1/9/2017. Release of Transcript Restriction set for 3/9/2017. Associated Cases: 1:05-md-01720-MKB-JO et al. (Mancuso, Anthony) (Entered: 12/09/2016) | 12/09/2016 |
| 6787 | NOTICE of Appearance by Nina I. Webb-Lawton on behalf of Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (notification declined or already on case) (Webb-Lawton, Nina) (Entered: 12/09/2016) | 12/09/2016 |
| 6788 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9126462. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Proposed Order) (Dietert, Zachary) (Entered: 12/09/2016) | 12/09/2016 |
| 6789 | AFFIDAVIT/DECLARATION in Support re 6788 MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9126462. filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 D.C. Certificate of Good Standing, # 2 NY Certificate of Good Standing) (Dietert, Zachary) (Entered: 12/09/2016) | 12/09/2016 |
| 6790 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/09/2016) | 12/09/2016 |
| 6791 | Letter from (b)(3) Class Counsel requesting approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 12/09/2016) | 12/09/2016 |
| 6792 | FILING FEE: $ 150.00, receipt number 4653109084 regarding 6770 motion to appear Pro Hoc as to James D. Thomas. (Ramesar, Thameera) (Entered: 12/12/2016) | 12/12/2016 |
| 6793 | MOTION to Withdraw as Attorney by Settlement Recovery Group, LLC. (Attachments: # 1 Declaration) (Binder, Neil) (Entered: 12/12/2016) | 12/12/2016 |
| 6794 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9130978. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit in support of motion, # 3 Cert of Good Standing DC.) (St. Charles, Leigh-Anne) (Entered: 12/12/2016) | 12/12/2016 |
| 6795 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9131588. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit in support of motion, # 3 Cert of Good Standing DC.) (Otto, Karen) (Entered: 12/12/2016) | 12/12/2016 |
| 6796 | ORDER granting 6788 Motion for Leave to Appear Pro Hac Vice -- Attorney Zachary A. Dietert, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 19, 2016, Mr. Dietert shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Dietert shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Dietert shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/12/2016. (Klewin, Erin) (Entered: 12/12/2016) | 12/12/2016 |
| 6797 | ORDER granting 6794 Motion for Leave to Appear Pro Hac Vice -- Attorney Leigh Anne St. Charles-O'Brien, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 19, 2016, Ms. St. Charles-O'Brien shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. St. Charles-O'Brien shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Ms. St. Charles-O'Brien shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/12/2016. (Klewin, Erin) (Entered: 12/12/2016) | 12/12/2016 |
| 6798 | ORDER granting 6795 Motion for Leave to Appear Pro Hac Vice -- Attorney Karen C. Otto, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 19, 2016, Ms. Otto shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Otto shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Otto shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/12/2016. (Klewin, Erin) (Entered: 12/12/2016) | 12/12/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 6790 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 6790 , is so ordered. Ordered by Magistrate Judge James Orenstein on 12/12/2016. (Klewin, Erin) (Entered: 12/12/2016) | 12/12/2016 |
| | ORDER re 6791 Letter -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 12/12/2016. (Klewin, Erin) (Entered: 12/12/2016) | 12/12/2016 |
| | ORDER granting 6793 Motion to Withdraw as Attorney -- The application is granted; attorney Neil S. Binder terminated. Ordered by Magistrate Judge James Orenstein on 12/12/2016. (Klewin, Erin) (Entered: 12/12/2016) | 12/12/2016 |
| 6799 | NOTICE of Appearance by James D. Thomas on behalf of Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (notification declined or already on case) (Thomas, James) (Entered: 12/13/2016) | 12/13/2016 |
| 6800 | NOTICE of Appearance by Zachary Dietert on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Dietert, Zachary) (Entered: 12/13/2016) | 12/13/2016 |
| 6801 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/13/2016) | 12/13/2016 |
| 6802 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9135491. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Cert of Good Standing DC., # 4 Cert of Good Standing MA) (Ghatan, Ron) (Entered: 12/13/2016) | 12/13/2016 |
| 6803 | NOTICE of Appearance (notification declined or already on case) (Fornecker, Anne) (Entered: 12/13/2016) | 12/13/2016 |
| 6804 | NOTICE of Appearance (notification declined or already on case) (Weiner, Matthew) (Entered: 12/13/2016) | 12/13/2016 |
| 6805 | NOTICE of Appearance (notification declined or already on case) (Shadowen, Steve) (Entered: 12/13/2016) | 12/13/2016 |
| 6806 | NOTICE of Appearance (notification declined or already on case) (Nation, Donald) (Entered: 12/13/2016) | 12/13/2016 |
| 6807 | Letter in response to Court's inquiry at the December 8, 2016 status conference and to further advise Court of efforts to resolve Ms. Ravelo's motion to intervene and unseal by Keila Ravelo (Goodman, Jake) (Entered: 12/14/2016) | 12/14/2016 |
| 6808 | NOTICE of Appearance by Leigh-Anne St. Charles on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (notification declined or already on case) (St. Charles, Leigh-Anne) (Entered: 12/14/2016) | 12/14/2016 |
| 6809 | MOTION for Leave to Appear Pro Hac Vice Robert J. Wozniak Filing fee $ 150, receipt number 0207-9138243. by Boss Dental Care PLLC. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificate of Good Standing) (Wozniak, Robert) Modified on 12/14/2016 (Barrett, C). (Entered: 12/14/2016) | 12/14/2016 |
| 6810 | MOTION for Leave to Appear Pro Hac Vice Brian M. Hogan Filing fee $ 150, receipt number 0207-9138870. by Boss Dental Care PLLC. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificate of Good Standing) (Hogan, Brian) (Entered: 12/14/2016) | 12/14/2016 |
| 6811 | MOTION for Leave to Appear Pro Hac Vice Michael J. Freed Filing fee $ 150, receipt number 0207-9138928. by Boss Dental Care PLLC. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificate of Good Standing) (Freed, Michael) (Entered: 12/14/2016) | 12/14/2016 |
| 6812 | ORDER granting 6782 Motion for Leave to Appear Pro Hac Vice -- Attorney Heather C. Milligan, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 21, 2016, Ms. Milligan shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Milligan shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Milligan shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/14/2016. (Klewin, Erin) (Entered: 12/14/2016) | 12/14/2016 |
| 6813 | NOTICE of Appearance by Heather C. Milligan on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Milligan, Heather) (Entered: 12/14/2016) | 12/14/2016 |
| 6814 | ORDER granting 6802 Motion for Leave to Appear Pro Hac Vice -- Attorney Ron A. Ghatan, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 21, 2016, Mr. Ghatan shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Ghatan shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Ghatan shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/14/2016. (Klewin, Erin) (Entered: 12/14/2016) | 12/14/2016 |
| | Email Notification Test - DO NOT REPLY (Fernandez, Erica) (Entered: 12/14/2016) | 12/14/2016 |
| | ORDER re 6801 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 6801 , is so ordered. Each defendant's time to answer or otherwise respond to the complaint in 15-cv-4606 shall be extended to and including March 16, 2017. Ordered by Magistrate Judge James Orenstein on 12/14/2016. (Klewin, Erin) (Entered: 12/14/2016) | 12/14/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6815 | NOTICE of Appearance by Ron Ghatan on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (notification declined or already on case) (Ghatan, Ron) (Entered: 12/15/2016) | 12/15/2016 |
| 6816 | NOTICE of Appearance by Michael J. Freed on behalf of Boss Dental Care PLLC (notification declined or already on case) (Freed, Michael) (Entered: 12/15/2016) | 12/15/2016 |
| 6817 | NOTICE of Appearance by Brian M. Hogan on behalf of Boss Dental Care PLLC (notification declined or already on case) (Hogan, Brian) (Entered: 12/15/2016) | 12/15/2016 |
| 6818 | NOTICE of Appearance by Robert J. Wozniak on behalf of Boss Dental Care PLLC (aty to be noticed) (Wozniak, Robert) (Entered: 12/15/2016) | 12/15/2016 |
| 6819 | MOTION for Leave to Appear Pro Hac Vice Of Jessica Spradling Russell Filing fee $ 150, receipt number 0207-9141984. by Sunoco, Inc. (R&M). (Attachments: # 1 Certificate Of Good Standing-California, # 2 Certificate Of Good Standing-Massachusetts) (Russell, Jessica) (Entered: 12/15/2016) | 12/15/2016 |
| 6820 | MOTION to Withdraw as Attorney by Landers Auto Group No. 1 d/b/a Landers Toyota. (Attachments: # 1 Declaration in Support of Motion to Withdraw as Counsel) (Gil-Montllor, Peter) (Entered: 12/15/2016) | 12/15/2016 |
| 6821 | NOTICE of Appearance by Linda P. Nussbaum on behalf of Boss Dental Care PLLC (aty to be noticed) (Nussbaum, Linda) (Entered: 12/15/2016) | 12/15/2016 |
| 6822 | NOTICE of Appearance by Karen Otto on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (notification declined or already on case) (Otto, Karen) (Entered: 12/15/2016) | 12/15/2016 |
| 6823 | NOTICE of Appearance by David Alan Scupp on behalf of 7-Eleven Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Scupp, David) (Entered: 12/15/2016) | 12/15/2016 |
|  | ORDER granting 6809 , 6810 , 6811 Motions for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorneys Robert J. Wozniak, Brian M. Hogan, and Michael J. Freed are deemed admitted pro hac vice, and shall file notices of appearance. Ordered by Magistrate Judge James Orenstein on 12/15/2016. (Klewin, Erin) (Entered: 12/15/2016) | 12/15/2016 |
| 6824 | Letter to Magistrate Judge Orenstein on behalf of b(3) Class Counsel regarding proposed schedule for proposed amended complaints by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/16/2016) | 12/16/2016 |
| 6825 | Letter to the Honorable James Orenstein Regarding Proposed Schedule for Proposed Amended Complaints by Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/16/2016) | 12/16/2016 |
| 6826 | Letter to Magistrate Judge Orenstein on behalf of Individual Plaintiffs regarding proposed schedule for proposed amended complaints by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 12/16/2016) | 12/16/2016 |
| 6827 | Letter to Magistrate Judge Orenstein on behalf of Equitable Relief Class Plaintiffs regarding proposed schedule for proposed amended complaints by Boss Dental Care PLLC (Shadowen, Steve) (Entered: 12/16/2016) | 12/16/2016 |
|  | ORDER granting 6820 Motion to Withdraw as Attorney -- The application is granted; attorney Peter Gil-Montllor terminated. Ordered by Magistrate Judge James Orenstein on 12/16/2016. (Klewin, Erin) (Entered: 12/16/2016) | 12/16/2016 |
|  | ORDER granting 6819 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Jessica S. Russell is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 12/16/2016. (Klewin, Erin) (Entered: 12/16/2016) | 12/16/2016 |
| 6828 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Declaration) (Powell, Wesley) (Entered: 12/19/2016) | 12/19/2016 |
|  | ORDER granting 6828 Motion to Withdraw as Attorney -- The application is granted. Attorneys Wesley R. Powell, Matthew S. Freimuth, and Keila D. Ravelo terminated. Ordered by Magistrate Judge James Orenstein on 12/20/2016. (Klewin, Erin) (Entered: 12/20/2016) | 12/20/2016 |
| 6829 | NOTICE of Appearance by Jessica S. Russell on behalf of Aloha Petroleum, LTD, Sunoco, Inc. (R&M) (aty to be noticed) (Russell, Jessica) (Entered: 12/21/2016) | 12/21/2016 |
| 6830 | MOTION to Withdraw as Attorney by Landers Auto Group No. 1 d/b/a Landers Scion, Landers Auto Group No. 1 d/b/a Landers Toyota. (Attachments: # 1 Declaration in Support of Motion to Withdraw as Counsel) (Cuneo, Jonathan) (Entered: 12/22/2016) | 12/22/2016 |
|  | ORDER granting 6830 Motion to Withdraw as Attorney -- The application is granted; attorney Jonathan W. Cuneo terminated. Ordered by Magistrate Judge James Orenstein on 12/23/2016. (Klewin, Erin) (Entered: 12/23/2016) | 12/23/2016 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6831 | MOTION to Withdraw as Attorney by Aloha Petroleum, LTD, Sunoco, Inc. (R&M). (Jenkins, Timothy) (Entered: 01/03/2017) | 01/03/2017 |
| | ORDER granting 6831 Motion to Withdraw as Attorney -- The application is granted; attorney T. Stephen Jenkins terminated. Ordered by Magistrate Judge James Orenstein on 1/3/2017. (Klewin, Erin) (Entered: 01/03/2017) | 01/03/2017 |
| 6832 | NOTICE of Appearance by Deborah A. Elman on behalf of Boss Dental Care PLLC (aty to be noticed) (Elman, Deborah) (Entered: 01/04/2017) | 01/04/2017 |
| 6833 | NOTICE of Appearance by Daniel Lawrence Berger on behalf of Boss Dental Care PLLC (aty to be noticed) (Berger, Daniel) (Entered: 01/04/2017) | 01/04/2017 |
| 6834 | NOTICE of Appearance by Michelle Katherine Parikh on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Parikh, Michelle) (Entered: 01/04/2017) | 01/04/2017 |
| 6835 | NOTICE of Appearance by Geoffrey Holmes Kozen on behalf of CHS Inc., Capital Audio Electronics, Inc., Crystal Rock LLC, Leons Transmission Service, Inc, Payless Shoe Source, Inc., Traditions, Ltd (aty to be noticed) (Kozen, Geoffrey) (Entered: 01/04/2017) | 01/04/2017 |
| 6836 | Letter to Magistrate Judge Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Regarding Electronic Payments Systems, LLC) (Bernay, Alexandra) Modified on 1/6/2017 (Guy, Alicia). (Entered: 01/05/2017) | 01/05/2017 |
| 6837 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 1/5/2017. (1) After hearing the arguments of counsel and reviewing all of the written submissions, and upon consideration of the putative Damages Class's revised request for relief (a copy of which I respectfully direct counsel to file on the docket), I ordered EPS, in lieu of any other sanction, to reimburse the putative Damages Class for the reasonable expenses (excluding attorneys' fees, which the putative class has waived) incurred since January 7, 2015, in connection with the litigation of matters relating to EPS. The Damages Class and EPS shall confer in an attempt to agree on the specific amount to be reimbursed; should they disagree as to the amount, the Damages Class will submit its request by January 19, 2017, and EPS will submit its response by January 26, 2017. Should EPS seek review of the foregoing ruling pursuant to Federal Rule of Civil Procedure 72, the foregoing deadlines, as well as the underlying reimbursement order, will be stayed pending resolution of that review. Because I conclude that the reimbursement ordered above obviates the need for any additional sanction, I note that should the court on review determine that reimbursement is not an available remedy, I will reconsider whether some other sanction should be imposed instead. (2) I further respectfully recommend that the court require EPS to resume providing monthly reports to the Damages Class regarding its Merchant Reimbursement Program, and that the parties submit a status report on the continuing need for such monitoring after one year. (Orenstein, James) (Entered: 01/05/2017) | 01/05/2017 |
| 6838 | NOTICE of FILING of OFFICIAL TRANSCRIPT of Proceedings held on 01/05/2017, before Judge Orenstein. Court Reporter/Transcriber Anthony Mancuso, Telephone number 718-613-2419. Email address: anthonymancuso65@msn.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 1/26/2017. Redacted Transcript Deadline set for 2/6/2017. Release of Transcript Restriction set for 4/5/2017. Associated Cases: 1:05-md-01720-MKB-JO et al. (Mancuso, Anthony) (Entered: 01/05/2017) | 01/05/2017 |
| 6839 | NOTICE of Appearance by Sherli Shamtoub on behalf of Little Pub Holdings, LLC, Tavern Hospitality Group Holdings, LLC d/b/a Tavern Hospitality Group (aty to be noticed) (Shamtoub, Sherli) (Entered: 01/11/2017) | 01/11/2017 |
| 6840 | NOTICE of Appearance by Bart D. Cohen on behalf of Boss Dental Care PLLC (aty to be noticed) (Cohen, Bart) (Entered: 01/12/2017) | 01/12/2017 |
| 6841 | NOTICE of Appearance by Ronan P. Doherty on behalf of Home Depot U.S.A Inc (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Doherty, Ronan) (Entered: 01/17/2017) | 01/17/2017 |
| 6842 | NOTICE of Appearance by Frank M. Lowrey on behalf of Home Depot U.S.A Inc (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Lowrey, Frank) (Entered: 01/17/2017) | 01/17/2017 |
| 6843 | NOTICE of Appearance by Benjamin W. Thorpe on behalf of Home Depot U.S.A Inc (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Thorpe, Benjamin) (Entered: 01/17/2017) | 01/17/2017 |
| 6844 | Letter from Damages Class Counsel and counsel for Electronic Payment Systems, LLC re: EPS status by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/19/2017) | 01/19/2017 |
| | ORDER terminating 6836 Motion for Sanctions -- The motion for sanctions against EPS is terminated as moot. See docket entry 6844 . Ordered by Magistrate Judge James Orenstein on 1/20/2017. (Klewin, Erin) (Entered: 01/20/2017) | 01/20/2017 |
| 6845 | NOTICE of Change of FIRM NAME, OFFICE LOCATION, AND EMAIL ADDRESSES by Robert C. Mason (Mason, Robert) (Entered: 01/26/2017) | 01/26/2017 |
| 6846 | STIPULATION of Dismissal by National Community Pharmacists Association Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03074-MKB-JO, 1:13-cv-05746-MKB-JO (Shinder, Jeffrey) (Entered: 01/27/2017) | 01/27/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6847 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9244919. by National City Bank of Kentucky, National City Corporation, PNC Bank National Association. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Egler, Frederick) (Entered: 01/30/2017) | 01/30/2017 |
| 6848 | Letter Dated January 31, 2017 from (b)(3) Class Counsel to Judge Brodie and Magistrate Judge Orenstein re Approval of Payment of Interchange Escrow Account Custodial Fees by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Davidoff, Merrill) (Entered: 01/31/2017) | 01/31/2017 |
|  | ORDER re 6848 Letter -- The letter application, docket entry 6848 , is so ordered. The Class Plaintiffs' request to permit the Escrow Agent to withdraw custodial fees from the Escrow Accounts as they become due, through the end of 2017, is approved. Ordered by Magistrate Judge James Orenstein on 1/31/2017. (Klewin, Erin) (Entered: 01/31/2017) | 01/31/2017 |
|  | ORDER granting 6847 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Frederick N. Egler, Esq. is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 1/31/2017. (Klewin, Erin) (Entered: 01/31/2017) | 01/31/2017 |
| 6849 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 02/02/2017) | 02/02/2017 |
|  | ORDER re 6849 Status Report -- In the absence of consensus to change the schedule, the conference scheduled for February 9, 2017, will proceed as scheduled. However, because it is only the defendants who appear to affirmatively want a conference at that time, I respectfully direct them to submit by February 6, 2017, a supplemental letter setting forth the matters they believe I need to resolve at the next conference that, if left unresolved until March, would impose needless burdens on any party. Ordered by Magistrate Judge James Orenstein on 2/3/2017. (Klewin, Erin) (Entered: 02/03/2017) | 02/03/2017 |
| 6850 | Letter to Judge Orenstein on behalf of all defendants in response to February 3, 2017 order by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 02/06/2017) | 02/06/2017 |
|  | Email Notification Test for Robert Mason - DO NOT REPLY (Entered: 02/06/2017) | 02/06/2017 |
|  | SCHEDULING ORDER: re 6850 Letter filed by Mastercard International Incorporated, Mastercard Incorporated -- The status conference previously scheduled for February 9, 2017 is cancelled. The proposed briefing schedule for motions to file amended complaints is approved. The plaintiffs shall file any motions to amend any proposed amended complaints no later than February 8, 2017. The defendants shall file their responses no later than March 10, 2017. The plaintiffs shall file their replies no later than March 31, 2017. Ordered by Magistrate Judge James Orenstein on 2/7/2017. (Klewin, Erin) (Entered: 02/07/2017) | 02/07/2017 |
|  | SCHEDULING ORDER: The next status conference will be held on March 30, 2017, at 2:00 p.m. I respectfully direct the parties to file a joint status report by March 28, 2017. Ordered by Magistrate Judge James Orenstein on 2/7/2017. (Klewin, Erin) (Entered: 02/07/2017) | 02/07/2017 |
| 6851 | Letter MOTION for Leave to File Second Amended Complaints by Calloway Oil Company, E-Z Stop Foodmarts, Inc., Tedeschi Food Shops, Inc.. (Attachments: # 1 Exhibit A (Second Amended Complaint by Au Energy, LLC, et al.), # 2 Exhibit B (Second Amended Complaint by Tedeschi Food Shops, Inc.)) (Evangelista, James) (Entered: 02/08/2017) | 02/08/2017 |
| 6852 | NOTICE of Appearance by Paul Robinson on behalf of rue21, Inc. (aty to be noticed) (Robinson, Paul) (Entered: 02/08/2017) | 02/08/2017 |
| 6853 | NOTICE of Appearance by Edward G. Brandenstein on behalf of rue21, Inc. (aty to be noticed) (Brandenstein, Edward) (Entered: 02/08/2017) | 02/08/2017 |
| 6854 | Letter from Rule 23(b)(3) Class Plaintiffs' Counsel re modification to February 7, 2017 Text Entry Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 02/08/2017) | 02/08/2017 |
| 6855 | MOTION for Leave to File Fifth Amended Complaint by Roundy's Supermarkets, Inc.. (Attachments: # 1 Exhibit Roundy's Proposed Fifth Amended Complaint, # 2 Exhibit Spirit Complaint, # 3 Exhibit Sealed, # 4 Exhibit Sealed, # 5 Exhibit Sealed, # 6 Exhibit Roundy's Original Complaint, # 7 Certificate of Service) (Blechman, William) (Entered: 02/08/2017) | 02/08/2017 |
| 6856 | MOTION for Leave to Electronically File Document under Seal Exhibits 3, 4 and 5 to Motion for Leave to File Fifth Amended Complaint by Roundy's Supermarkets, Inc.. (Attachments: # 1 Exhibit Sealed Exhibit 3, # 2 Exhibit Sealed Exhibit 4, # 3 Exhibit Sealed Exhibit 5) (Blechman, William) (Entered: 02/08/2017) | 02/08/2017 |
| 6857 | Amended MOTION for Leave to File Fifth Amended Complaint (CORRECTED) by Roundy's Supermarkets, Inc.. (Attachments: # 1 Exhibit Roundy's Proposed Fifth Amended Complaint, # 2 Exhibit Spirit Complaint, # 3 Exhibit Sealed, # 4 Exhibit Sealed, # 5 Exhibit Sealed, # 6 Exhibit Roundy's Original Complaint, # 7 Certificate of Service) (Blechman, William) (Entered: 02/08/2017) | 02/08/2017 |
| 6858 | MOTION for Leave to Electronically File Document under Seal by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC, Town Kitchen, LLC d/b/a Town Kitchen & Bar. (Attachments: # 1 Exhibit A - [Proposed] Equitable Relief Class Action Complaint) (Eisler, Robert) (Entered: 02/08/2017) | 02/08/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6859 | Letter MOTION for Leave to File Second Amended Complaint by Akron Pizza, America's Pizza Company, American General Investments, American Pizza Partners, American Seafood Partners, Arch Energy, Ashland Pizza, Ashtabula Pizza, BBH Food, Baker Family Holding, Basic Properties, Best Petroleum Co, Best Petroleum LLC, Boardman Pizza, Bravo Foods, By-Lo Oil, CFL Pizza, CGS Sales, CNH Food, CTC LLC Diamond Jim's, CTC LLP Crossroads Travel Center, Canton Pizza, Capital Pizza Huts, Capital Pizza Huts of Vermont, Capital Pizza of New Hampshire, Captain Development Co, Carolina Pizza Co, Cary Oil, Casey's General Stores, Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, Champlain Oil, Coco Mart, Columbia Basin Pizza Hut, Columbiana Pizza, Craig Food Stores, Crossroads Cafe, Cusick Corporation, DC's Eastgate, DHCC LLC, DJ Casinos, Daland Corporation, Dash In Food Stores, Delmarva Oil, Delta Sonic Carwash Systems, Downs Energy, Elyria Pizza, Emerald City Pizza, Epping Forest Yacht Club, Fastrip Oil, Flyers Energy, G.E. Junghans Discount Liquor, GT Petroleum, Gate Fuel Service, Gate Petroleum Company, Geuga Pizza, Golden Dollar, Great Lakes Convenience, HJB Convenience, HN LLC, Heart of Texas Pizza, Herdrich Petroleum, Hi-Noon Petroleum, High Plains Pizza, J&J Golf, J.D. Streett & Company, JAG Convenience, JNH Food, Jaco Hill Company, Jaco Oil, Jamieson Hill Company, Jonbro, Kath Fuel Oil Service, Kocomo Pizza, Lacombe Chevron Travel Center, Las Vegas Pizza, Lawrence Oil, Leonard E Belcher Inc, Liberty Pizza, M2R, MRC Hi-Noon, MTG Managment, Mackinaw Food Services, Michigan Pizza Service, Mission Trail Oil, Mountain View Pizza, NJ Capital Furnishings, North American Financial Group, North Coast Pizza, Northfield Restaurant, Oklahoma Magic, Painesville Pizza, Peru Pizza, Pester Marketing, Pete's of Erie, Pizza Hut of Southeast Kansas, Plaid Pantries, Pliska Golf, Pliska Investments, Ponte Vedra Corporation, Ponte Vedra Lodge, Popingo's Convenience Stores, Potomac Energy Holdings, RKS Ventures, Redding Oil, Reid Companies, Reid Petroleum, Reid Stores, River Club, The, Robinson Oil, SMO, Salem Pizza, Schmitt Sales, Seaside Pizza, Shop Quik Stores, Sky of Jenks, Slidell Oil, Southern Maryland Oil, Space Age Fuel, Speedie Mart, Speedy Q Markets, Spencer Companies, Spokane Valley Pizza, Stinker Stores, TB of America, TTM Montana LLC, Tri Star Marketing, TriConn, Trico Pizza, Triple S Oil, Valley Petroleum, Virginia Pizza, WGN, WK Capital Enterprises, Wallis Oil Company, Wallis Petroleum, Wayne Pizza, Wayne Pizza of Ohio, Wills Group, The. (Attachments: # 1 Exhibit A - Second Amended Complaint) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-01604-MKB-JO (Hatch, Brent) (Entered: 02/10/2017) | 02/10/2017 |
| | ORDER re 6854 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted, and the briefing schedule for motions to file amended complaints is modified as follows: The plaintiffs shall serve any motions to amend and any proposed amended complaints no later than February 8, 2017. The defendants shall serve their responses no later than March 10, 2017. The plaintiffs shall serve their replies no later than March 31, 2017. All bundled motion papers shall be filed on March 31, 2017. Ordered by Magistrate Judge James Orenstein on 2/10/2017. (Klewin, Erin) (Entered: 02/10/2017) | 02/10/2017 |
| | ORDER finding as moot 6855 Motion for Leave to File -- See docket entry 6857 . Ordered by Magistrate Judge James Orenstein on 2/10/2017. (Klewin, Erin) (Entered: 02/10/2017) | 02/10/2017 |
| | ORDER granting 6856 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the proposed documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 2/10/2017. (Klewin, Erin) (Entered: 02/10/2017) | 02/10/2017 |
| | ORDER granting 6858 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the proposed document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 2/10/2017. (Klewin, Erin) (Entered: 02/10/2017) | 02/10/2017 |
| 6860 | Letter dated February 24, 2017 from (b)(3) Class Counsel requesting approval of tax payment for the Class I Cash Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 02/24/2017) | 02/24/2017 |
| | ORDER re 6860 Letter -- Class Plaintiffs' request for approval of the tax payment of $550,412.00 for the Class I Cash Settlement Fund is granted, and docket entry 6860 is so ordered. Ordered by Magistrate Judge James Orenstein on 2/27/2017. (Klewin, Erin) (Entered: 02/27/2017) | 02/27/2017 |
| 6861 | NOTICE of Appearance by Rosemary Szanyi on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Szanyi, Rosemary) (Entered: 03/01/2017) | 03/01/2017 |
| 6862 | FILING FEE: $ 300.00, receipt number 4653111919 (Piper, Francine) (Entered: 03/01/2017) | 03/01/2017 |
| 6863 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/03/2017) | 03/03/2017 |
| | ORDER re 6863 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 6863 , is so ordered. Ordered by Magistrate Judge James Orenstein on 3/6/2017. (Miao, Tiffany) (Entered: 03/06/2017) | 03/06/2017 |
| 6864 | STIPULATION Extending Time by Visa Inc. (Mason, Robert) (Entered: 03/08/2017) | 03/08/2017 |
| 6865 | NOTICE of Appearance by Robert S. Jones on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Jones, Robert) (Entered: 03/09/2017) | 03/09/2017 |
| | ORDER re 6864 Stipulation filed by Visa Inc. -- The stipulation, docket entry 6864 , is so ordered. Ordered by Magistrate Judge James Orenstein on 3/9/2017. (Klewin, Erin) (Entered: 03/09/2017) | 03/09/2017 |
| 6866 | STIPULATION to extend time by Visa Inc. (Mason, Robert) (Entered: 03/13/2017) | 03/13/2017 |
| 6867 | STIPULATION to extend time by Visa Inc. (Mason, Robert) (Entered: 03/13/2017) | 03/13/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6868 | STIPULATION to extend time by Visa Inc. (Mason, Robert) (Entered: 03/13/2017) | 03/13/2017 |
| | ORDER re 6867 Stipulation filed by Visa Inc., 6866 Stipulation filed by Visa Inc., 6868 Stipulation filed by Visa Inc. -- The stipulations, docket entries 6866 , 6867 , and 6868 , are so ordered. Ordered by Magistrate Judge James Orenstein on 3/13/2017. (Klewin, Erin) (Entered: 03/13/2017) | 03/13/2017 |
| 6869 | STIPULATION and Proposed Order by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 03/14/2017) | 03/14/2017 |
| | ORDER re 6869 Stipulation filed by Mastercard International Incorporated, Mastercard Incorporated -- The stipulation, docket entry 6869 , is so ordered. Each defendant's time to answer or otherwise respond to the complaint in 15-cv-4606 shall be extended to and including June 16, 2017. Ordered by Magistrate Judge James Orenstein on 3/15/2017. (Klewin, Erin) (Entered: 03/15/2017) | 03/15/2017 |
| 6870 | MOTION for Leave to Appear Pro Hac Vice for Kevin Love Filing fee $ 150, receipt number 0207-9370350. by Runcentral, LLC. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Love, Kevin) (Entered: 03/16/2017) | 03/16/2017 |
| 6871 | NOTICE of Appearance by Kevin B. Love on behalf of Runcentral, LLC (notification declined or already on case) (Love, Kevin) (Entered: 03/17/2017) | 03/17/2017 |
| | ORDER granting 6870 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Kevin B. Love, Esq. is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 3/17/2017. (Klewin, Erin) (Entered: 03/17/2017) | 03/17/2017 |
| 6872 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/20/2017) | 03/20/2017 |
| | ORDER re 6872 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 6872 , is so ordered. Ordered by Magistrate Judge James Orenstein on 3/20/2017. (Klewin, Erin) (Entered: 03/20/2017) | 03/20/2017 |
| 6873 | MOTION for Leave to Appear Pro Hac Vice Steven A. Kanner Filing fee $ 150, receipt number 0207-9387230. by DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificate of Good Standing) (Kanner, Steven) (Entered: 03/22/2017) | 03/22/2017 |
| | ORDER granting 6873 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Steven A. Kanner, Esq. is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 3/23/2017. (Klewin, Erin) (Entered: 03/23/2017) | 03/23/2017 |
| 6874 | STATUS REPORT Joint Status Report by All Parties by 7-Eleven Inc. (Scupp, David) (Entered: 03/28/2017) | 03/28/2017 |
| | SCHEDULING ORDER: re 6874 Status Report -- The application is granted. The status conferences previously scheduled for March 30, 2017 and April 13, 2017 are cancelled. The next status conference will be held on April 20, 2017, at 2:00 p.m. I respectfully direct the parties to file a joint status report by April 18, 2017. Ordered by Magistrate Judge James Orenstein on 3/29/2017. (Klewin, Erin) Modified on 3/29/2017 (Guy, Alicia). (Entered: 03/29/2017) | 03/29/2017 |
| 6875 | Letter MOTION for Leave to File Amended Complaint by Aloha Petroleum Ltd, Sunoco Inc. (R&M), Sunoco, Inc. (R&M). (Attachments: # 1 DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTIONS FOR LEAVE TO AMEND, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-05800-MKB-JO (Young, Arthur) (Entered: 03/30/2017) | 03/30/2017 |
| 6876 | EXHIBIT 2017-03-31 Motion For Leave To Amend by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit A-American-Pipe-Brief-unredacted, # 2 Exhibit B-Joint Exhibit, # 3 Exhibit Joint Exhibit Tabs A-L, # 4 Exhibit Joint Exhibit Tabs M-Z, # 5 Exhibit Joint Exhibit Tabs AA-SS (part 1), # 6 Exhibit Joint Exhibit Tabs AA-SS (part 2), # 7 Exhibit Joint Exhibit Tabs AA-SS (part 3), # 8 Exhibit Joint Exhibit Tabs AA-SS (part 4), # 9 Exhibit Joint Exhibit Tabs AA-SS (part 5), # 10 Exhibit Joint Exhibit Tabs AA-SS (part 6)) (Wilson, James) (Entered: 03/31/2017) | 03/31/2017 |
| 6877 | Fully Briefed MOTION for Leave to File Amended Complaints by Tedeschi Food Shops, Inc.. (Attachments: # 1 Exhibit A (Proposed Au Energy Second Amended Complaint), # 2 Exhibit B (Proposed Tedeschi Second Amended Complaint), # 3 Memorandum in Opposition, # 4 Exhibit 1 to Memorandum in Opposition, # 5 Exhibit 2 to Memorandum in Opposition, # 6 Exhibit 3 to Memorandum in Opposition, # 7 Exhibit 4 to Memorandum in Opposition, # 8 Exhibit 5 to Memorandum in Opposition, # 9 Plaintiffs' Reply Letter in Support of Motion for Leave to File Amended Complaints) (Evangelista, James) (Entered: 03/31/2017) | 03/31/2017 |
| 6878 | MOTION for Leave to Electronically File Document under Seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Attachment to Rule 23(b)(3) Class Plaintiffs' Memorandum of Law in Support of Motion for Leave to Amend Complaint [UNDER SEAL]) (Wildfang, K.) (Entered: 03/31/2017) | 03/31/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6879 | MOTION for Leave to Electronically File Document under Seal by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Nos. 1-12 to Declaration of Ryan W. Marth in Further Support of Rule 23(b)(3) Class Plaintiffs' Motion for Leave to Amend Complaint [UNDER SEAL]) (Wildfang, K.) (Entered: 03/31/2017) | 03/31/2017 |
| 6880 | Fully Briefed MOTION to Amend/Correct/Supplement Complaint - on behalf of all parties by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Memorandum in Opposition, # 4 Exhibit Nos. 1-5, # 5 Memorandum in Support - Reply Memorandum, # 6 Declaration of Ryan W. Marth in Support of Reply Memorandum) (Wildfang, K.) (Entered: 03/31/2017) | 03/31/2017 |
| 6881 | Fully Briefed MOTION for Leave to File Second Amended Complaint by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit Memorandum Concerning Relation Back And American Pipe Tolling As to Target Plaintiffs' Second Amended Complaint, # 2 Exhibit Defendants' Memorandum In OppositionTo Plaintiffs' Motions For Leave To Amend, # 3 Exhibit Target Plaintiffs' Reply Memorandum Concerning Relation Back And American Pipe Tolling As To Target Plaintiffs' Second Amended Complaint) (Wilson, James) (Entered: 03/31/2017) | 03/31/2017 |
| 6882 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Shinder, Jeffrey) (Entered: 03/31/2017) | 03/31/2017 |
| 6883 | MOTION for Leave to Electronically File Document under Seal by Home Depot U.S.A., Inc.. (Attachments: # 1 Exhibit A-Memorandum of Law In Support of The Home Depot's Motion For Leave To Amend and Relation Back) (Olson, Steig) (Entered: 03/31/2017) | 03/31/2017 |
| 6884 | Fully Briefed MOTION to Amend/Correct/Supplement Complaint by 7-Eleven Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Memorandum in Opposition - Defendants Memorandum, # 5 Exhibit Nos. 1 - 5 to Defendants Memorandum, # 6 Memorandum in Support - 7-11 Reply Memorandum) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Shinder, Jeffrey) (Entered: 03/31/2017) | 03/31/2017 |
| 6885 | Fully Briefed MOTION for Leave to File Amended Complaint by American Eagle Outfitters, Inc.. (Attachments: # 1 Memorandum in Support of Motion for Leave to Amend Complaint, # 2 Exhibit A to Memo. in Support, # 3 Exhibit B to Memo. in Support, # 4 Memorandum in Opposition, # 5 Exhibit 1 to Memo. in Opposition, # 6 Exhibit 2 to Memo. in Opposition, # 7 Exhibit 3 to Memo. in Opposition, # 8 Exhibit 4 to Memo. in Opposition, # 9 Exhibit 5 to Memo. in Opposition, # 10 Letter Reply in Support of Motion for Leave to Amend Complaint) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-00321-MKB-JO (Victoria, Richard) (Entered: 03/31/2017) | 03/31/2017 |
| 6886 | Fully Briefed MOTION for Leave to File Amended Complaint by Casey's General Stores. (Attachments: # 1 Exhibit Proposed Amended Complaint for Casey's, # 2 Memorandum in Opposition, # 3 Exhibit 1 to Memorandum in Opposition, # 4 Exhibit 2 to Memorandum in Opposition, # 5 Exhibit 3 to Memorandum in Opposition, # 6 Exhibit 4 to Memorandum in Opposition, # 7 Exhibit 5 to Memorandum in Opposition, # 8 Memorandum in Support Reply) (Hatch, Brent) (Entered: 03/31/2017) | 03/31/2017 |
| 6887 | MOTION for Leave to File Amended Complaint by Home Depot U.S.A., Inc.. (Attachments: # 1 Exhibit A-First Amended Complaint, # 2 Exhibit B- First Amended Complaint (Red Line), # 3 Defendant's Memorandum of Law In Opposition, # 4 Defendant's Exhibit #1, # 5 Defendant's Exhibit #2, # 6 Defendant's Exhibit #3, # 7 Defendant's Exhibit #4, # 8 Defendant's Exhibit #5, # 9 Plaintiff's Reply Memorandum of Law In Support, # 10 Declaration of Alicia Cobb, # 11 Cobb Exhibit #1, # 12 Cobb Exhibit #2, # 13 Cobb Exhibit #3) (Olson, Steig) (Entered: 03/31/2017) | 03/31/2017 |
| 6888 | MEMORANDUM in Support Of Motion For Leave To File Amended Complaint (dkt.6887) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 03/31/2017) | 03/31/2017 |
| 6889 | Fully Briefed MOTION for Leave to File First Amended Complaint by Plaintiffs in Delta Airlines Inc et al v. Visa Inc et al, 1:13-cv-04766-JG-JO. (Attachments: # 1 Exhibit A (Proposed Delta First Amended Complaint, As to Plaintiffs Ricker Oil Company, Inc. and Blarney Castle Oil Co. ONLY), # 2 Memorandum in Opposition, # 3 Exhibit 1 to Memorandum in Opposition, # 4 Exhibit 2 to Memorandum in Opposition, # 5 Exhibit 3 to Memorandum in Opposition, # 6 Exhibit 4 to Memorandum in Opposition, # 7 Exhibit 5 to Memorandum in Opposition, # 8 Plaintiffs' Reply Letter in Support of Motion for Leave to File First Amended Complaint) (Norman, Richard) (Entered: 03/31/2017) | 03/31/2017 |
| 6890 | MEMORANDUM in Support of Motion For Leave To File Second Amended Complaint filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 03/31/2017) | 03/31/2017 |
| 6891 | EXHIBIT Joint Exhibit Of 7-Eleven, Target And Home Depot Plaintiffs To Memorandum In Support Of Relation Back And American Pipe by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 6890 Sealed, Memorandum in Support filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477, 6884 Fully Briefed MOTION to Amend/Correct/Supplement Complaint filed by 7-Eleven Inc., 6882 MOTION for Leave to Electronically File Document under Seal filed by 7-Eleven Inc., 6888 Memorandum in Support, Sealed filed by Home Depot U.S.A., Inc.. (Attachments: # 1 Exhibit A-L, # 2 Exhibit M-Z, # 3 Exhibit AA-SS (part 1), # 4 Exhibit AA-SS (part 2), # 5 Exhibit AA-SS (part 3), # 6 Exhibit AA-SS (part 4), # 7 Exhibit AA-SS (part 5), # 8 Exhibit AA-SS (part 6)) (Wilson, James) (Entered: 03/31/2017) | 03/31/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6892 | COMPLAINT Equitable Relief Class Action Complaint against Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank (South Dakota), N.A., Citibank N A, Citicorp, Citigroup Inc, BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Wells Fargo & Company, filed by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Barry's Cut Rate Stores Inc., Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC, Town Kitchen, LLC d/b/a Town Kitchen & Bar. (Marziliano, August) Modified on 4/4/2017 (Marziliano, August). Modified on 4/4/2017 (Marziliano, August). (Entered: 04/04/2017) | 03/31/2017 |
| 6893 | EXHIBIT Joint Exhibit of 7-Eleven, Target And Home Depot Plaintiffs To Memorandum In Support Of Relation Back And American Pipe by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 6890 Sealed, Memorandum in Support filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477, 6882 MOTION for Leave to Electronically File Document under Seal filed by 7-Eleven Inc., 6888 Memorandum in Support, Sealed filed by Home Depot U.S.A., Inc.. (Wilson, James) (Entered: 03/31/2017) | 03/31/2017 |
| | ORDER re 6876 Sealed Exhibit -- The motion is granted. Counsel is directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 3/31/2017. (Klewin, Erin) (Entered: 03/31/2017) | 03/31/2017 |
| | ORDER granting 6878 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 3/31/2017. (Klewin, Erin) (Entered: 03/31/2017) | 03/31/2017 |
| | ORDER granting 6879 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 3/31/2017. (Klewin, Erin) (Entered: 03/31/2017) | 03/31/2017 |
| | ORDER granting 6882 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 3/31/2017. (Klewin, Erin) (Entered: 03/31/2017) | 03/31/2017 |
| | ORDER granting 6883 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 3/31/2017. (Klewin, Erin) (Entered: 03/31/2017) | 03/31/2017 |
| 6894 | EXHIBIT A to 7-Eleven Plaintiffs Motion for Leave to File Am. Complaint (Previously Served on All Counsel via File & Serve) Dkt. No. 6884 [UNDER SEAL] by 7-Eleven Inc.. (Attachments: # 1 Exhibit B. Redline Am. Complaint) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Shinder, Jeffrey) (Entered: 04/04/2017) | 04/04/2017 |
| 6897 | Letter MOTION to Amend/Correct/Supplement Order Concerning Role of Equitable Relief Class Counsel by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 04/05/2017) | 04/05/2017 |
| 6898 | Letter from (b)(3) Class Counsel requesting approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/05/2017) | 04/05/2017 |
| 6899 | Letter MOTION for Extension of Time to File Response/Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Amend by Roundy's Supermarkets, Inc.. (Blechman, William) (Entered: 04/05/2017) | 04/05/2017 |
| | ORDER re 6898 Letter -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 4/5/2017. (Klewin, Erin) (Entered: 04/05/2017) | 04/05/2017 |
| 6900 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated / Notice of Withdrawal as Counsel of Record (Finch, Andrew) (Entered: 04/06/2017) | 04/06/2017 |
| | ORDER re 6897 Letter MOTION to Amend/Correct/Supplement Order Concerning Role of Equitable Relief Class Counsel filed by 7-Eleven Inc. -- Any party that wishes to respond may do so by April 10, 2017. Ordered by Magistrate Judge James Orenstein on 4/6/2017. (Klewin, Erin) (Entered: 04/06/2017) | 04/06/2017 |
| | ORDER granting 6899 Motion for Extension of Time to File Response/Reply -- The motion is granted; plaintiff Roundy's Supermarkets shall file its reply by April 7, 2017. Ordered by Magistrate Judge James Orenstein on 4/6/2017. (Klewin, Erin) (Entered: 04/06/2017) | 04/06/2017 |
| 6901 | NOTICE of Appearance by Arun Srinivas Subramanian on behalf of Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO, 1:14-cv-02318-MKB-JO (Subramanian, Arun) (Entered: 04/07/2017) | 04/07/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6902 | NOTICE of Appearance by Mark Howard Hatch-Miller on behalf of Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO, 1:14-cv-02318-MKB-JO (Hatch-Miller, Mark) (Entered: 04/07/2017) | 04/07/2017 |
| 6903 | NOTICE of Appearance by Cory Spencer Buland on behalf of Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-02318-MKB-JO (Buland, Cory) (Entered: 04/07/2017) | 04/07/2017 |
| 6904 | NOTICE of Appearance by Cory Spencer Buland on behalf of Wal-Mart Stores Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Buland, Cory) (Entered: 04/07/2017) | 04/07/2017 |
| 6905 | NOTICE of Appearance by Mark Howard Hatch-Miller on behalf of Wal-Mart Stores Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Hatch-Miller, Mark) (Entered: 04/07/2017) | 04/07/2017 |
| 6906 | NOTICE of Appearance by Arun Srinivas Subramanian on behalf of Wal-Mart Stores Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Subramanian, Arun) (Entered: 04/07/2017) | 04/07/2017 |
| 6907 | Fully Briefed MOTION for Leave to File Fifth Amended Complaint for Plaintiff Roundy's Supermarkets, Inc. by Roundy's Supermarkets, Inc.. (Attachments: # 1 Memorandum in Opposition, # 2 Plaintiff Roundy's Supermarkets, Inc.'s Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Amend) (Blechman, William) (Entered: 04/07/2017) | 04/07/2017 |
|  | ORDER re (136 in 1:13-cv-05745-MKB-JO), (6900 in 1:05-md-01720-MKB-JO) Notice filed by Mastercard Incorporated -- The application is granted; attorney Andrew C. Finch terminated. Ordered by Magistrate Judge James Orenstein on 4/7/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Klewin, Erin) (Entered: 04/07/2017) | 04/07/2017 |
| 6908 | RESPONSE to Motion re 6897 Letter MOTION to Amend/Correct/Supplement Order Concerning Role of Equitable Relief Class Counsel filed by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Barry's Cut Rate Stores Inc., Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC, Town Kitchen, LLC d/b/a Town Kitchen & Bar. (Eisler, Robert) (Entered: 04/10/2017) | 04/10/2017 |
| 6909 | RESPONSE to Motion re 6897 Letter MOTION to Amend/Correct/Supplement Order Concerning Role of Equitable Relief Class Counsel filed by Wal-Mart Stores Inc.. (Comerford, John) (Entered: 04/10/2017) | 04/10/2017 |
| 6910 | REDACTED DOCUMENT re 6892 Complaint,,,, by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Barry's Cut Rate Stores Inc., Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC, Town Kitchen, LLC d/b/a Town Kitchen & Bar (Eisler, Robert) Modified on 4/17/2017 (Marziliano, August). (Entered: 04/10/2017) | 04/10/2017 |
| 6911 | Letter to The Honorable James Orenstein by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/10/2017) | 04/10/2017 |
| 6912 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-02318-MKB-JO (Shackelford, Stephen) (Entered: 04/11/2017) | 04/11/2017 |
| 6913 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of Wal-Mart Stores Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Shackelford, Stephen) (Entered: 04/11/2017) | 04/11/2017 |
| 6914 | Joint MOTION for Extension of Time to File Cardtronics's motion and Network Defendants' response by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 04/12/2017) | 04/12/2017 |
| 6915 | NOTICE of Appearance by Zachary Adam Kerner on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Kerner, Zachary) (Entered: 04/12/2017) | 04/12/2017 |
| 6916 | NOTICE of Appearance by Robert J. Morrow on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Morrow, Robert) (Entered: 04/12/2017) | 04/12/2017 |
|  | ORDER granting 6914 Motion for Extension of Time to File -- The motion is granted. I encourage the parties to resolve the matter on consent; if they reach an impasse and want me to address the matter at the next status conference, letters in response to the motion must be filed no later than April 18, 2017. Ordered by Magistrate Judge James Orenstein on 4/12/2017. (Klewin, Erin) (Entered: 04/12/2017) | 04/12/2017 |
| 6917 | NOTICE of Appearance by Jayme Alyse Jonat on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Jonat, Jayme) (Entered: 04/14/2017) | 04/14/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6918 | NOTICE of Appearance by Terra Hittson on behalf of Wachovia Bank, NA., Wachovia Corporation, Wells Fargo & Company (aty to be noticed) (Hittson, Terra) (Entered: 04/14/2017) | 04/14/2017 |
| 6919 | MOTION for Leave to Electronically File Document under Seal by Home Depot U.S.A., Inc.. (Attachments: # 1 Motion Regarding Interrogatory Responses with Exhibits) (Olson, Steig) (Entered: 04/14/2017) | 04/14/2017 |
| 6920 | STATUS REPORT Fifth Status Report Regarding Third-Party Claims-Filing Companies as Ordered by the Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/14/2017) | 04/14/2017 |
| 6922 | NOTICE of Appearance by Peter Abraham Nelson on behalf of Wachovia Bank, NA., Wachovia Corporation, Wells Fargo & Company (aty to be noticed) (Nelson, Peter) (Entered: 04/17/2017) | 04/17/2017 |
|  | ORDER granting 6919 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 4/17/2017. (Miao, Tiffany) (Entered: 04/17/2017) | 04/17/2017 |
| 6923 | REDACTION re [DKT 6878] Rule 23(b)(3) Class Plaintiffs Third Consolidated Amended Class Action Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/18/2017) | 04/18/2017 |
| 6924 | REDACTION re [DKT 6879][DKT 6880-6] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit REDACTED Exhibit Nos. 1-12 to Declaration of Ryan W. Marth in Further Support of Rule 23(b)(3) Class Plaintiffs' Motion for Leave to Amend Complaint) (Wildfang, K.) (Entered: 04/18/2017) | 04/18/2017 |
| 6925 | MOTION to Substitute Attorney by Financial Recovery Strategies, Inc.. (Attachments: # 1 Declaration, # 2 Certificate of Service) (Kanefsky, Eric) (Entered: 04/18/2017) | 04/18/2017 |
| 6926 | Letter by Restoration Hardware, Inc. (Chang, Justin) (Entered: 04/18/2017) | 04/18/2017 |
| 6927 | STATUS REPORT Joint Status Report by All Parties by 7-Eleven Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Shinder, Jeffrey) (Entered: 04/18/2017) | 04/18/2017 |
| 6928 | Letter response to The Home Depot's Motion Regarding Interrogatory Responses (DE 6919-1) by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit 1) (Carney, Gary) (Entered: 04/19/2017) | 04/19/2017 |
|  | ORDER granting 6925 Motion to Substitute Attorney -- The motion is granted; attorney Eric T. Kanefsky is substituted as counsel for interested party Financial Recovery Strategies, Inc. Ordered by Magistrate Judge James Orenstein on 4/19/2017. (Miao, Tiffany) (Entered: 04/19/2017) | 04/19/2017 |
|  | ORDER re 6926 Letter filed by Restoration Hardware, Inc. -- The application is granted; attorney Justin S. Chang terminated. Ordered by Magistrate Judge James Orenstein on 4/19/2017. (Miao, Tiffany) (Entered: 04/19/2017) | 04/19/2017 |
| 6929 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 4/20/2017. SCHEDULING: The next status conference will be held on June 8, 2017, at 2:00 p.m. SUMMARY: (1) I will enter the proposed orders regarding the File & Serve system and third party claims filing companies as requested in the parties' joint status reports. (2) The motion by Cardtronics USA, Inc. is not yet ripe for review. I will terminate the motion without prejudice to renewal if the parties are unable to resolve the matter on consent. (3) The motion to stay depositions, docket entry 6734, is moot. (4)For the reasons set forth on the record, I denied the motion by the Direct Action plaintiffs (docket entry 6897) to amend the order appointing interim class counsel. (5) I discussed with the parties the motion by The Home Depot. DE 6921, to compel disclosures responsive to an interrogatory. Based on the discussion, the parties will attempt to work out the dispute without the need for further litigation; I will therefore terminate the motion without prejudice to renewal. (6)I heard the parties' arguments on the pending motions to amend the several plaintiffs' complaints and reserved decision. The parties may submit supplemental letters addressing matters raised at today's argument by April 27, 2017. (Court Reporter Stacy Mace (718) 613-2489) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 04/21/2017) | 04/20/2017 |
|  | Email Notification Test - DO NOT REPLY (Levine, Evelyn) (Entered: 04/20/2017) | 04/20/2017 |
| 6930 | MOTION for Leave to Appear Pro Hac Vice Amanda McMurrayRoe Filing fee $ 150, receipt number 0207-9466567. by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Certificate of Service Certificate Of Good Standing, Amanda McMurray Roe) (McMurray Roe, Amanda) (Entered: 04/21/2017) | 04/21/2017 |
|  | ORDER re 6927 Status Report filed by 7-Eleven Inc. -- The proposed order, exhibit #3 of docket entry 6927 , is so-ordered. All parties shall use docket 05-md-1720 on File & Serve to effect service of written discovery requests and responses, letters, and other papers not filed with the Court. All such documents shall be served on all parties that have registered to use docket 05-md-1720 on File & Serve. The docket numbered 14-md-1720 on File & Serve shall no longer be used for the service of any documents. Ordered by Magistrate Judge James Orenstein on 4/21/2017. (Miao, Tiffany) (Entered: 04/21/2017) | 04/21/2017 |
|  | ORDER re 6920 Status Report filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The proposed language to third-party claims filing companies regarding the status of the litigation, is so-ordered. Ordered by Magistrate Judge James Orenstein on 4/21/2017. (Miao, Tiffany) (Entered: 04/21/2017) | 04/21/2017 |
|  | ORDER finding as moot 6734 Motion to Stay; denying 6897 Motion to Amend/Correct/Supplement -- See docket entry 6929 . Ordered by Magistrate Judge James Orenstein on 4/21/2017. (Miao, Tiffany) (Entered: 04/21/2017) | 04/21/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER terminating 6921 Motion to Compel -- The Home Depot's motion, docket entry 6921 , is terminated without prejudice to renewal, see docket entry 6929 . Ordered by Magistrate Judge James Orenstein on 4/21/2017. (Miao, Tiffany) (Entered: 04/21/2017) | 04/21/2017 |
| | ORDER granting 6930 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Amanda McMurray Roe, Esq. is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 4/24/2017. (Miao, Tiffany) (Entered: 04/24/2017) | 04/24/2017 |
| 6931 | NOTICE of Appearance by Paul Eric Chaffin on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Chaffin, Paul) (Entered: 04/25/2017) | 04/25/2017 |
| 6932 | NOTICE of Appearance by Drew Hansen on behalf of Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-02318-MKB-JO (Hansen, Drew) (Entered: 04/26/2017) | 04/26/2017 |
| 6933 | NOTICE of Appearance by Drew Hansen on behalf of Wal-Mart Stores Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Hansen, Drew) (Entered: 04/26/2017) | 04/26/2017 |
| 6934 | NOTICE of Appearance by Amanda McMurray Roe on behalf of Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (notification declined or already on case) (McMurray Roe, Amanda) (Entered: 04/26/2017) | 04/26/2017 |
| 6935 | MOTION for Leave to Appear Pro Hac Vice Receipt Number 4653114194 $150.00 by Wal-Mart Stores, Inc.. (Marziliano, August) Modified on 4/27/2017 (Marziliano, August). (Entered: 04/27/2017) | 04/27/2017 |
| 6936 | Letter on behalf of Rule 23(b)(3) Class Plaintiffs supplementing arguments addressed at the April 20, 2017 status conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/27/2017) | 04/27/2017 |
| 6937 | Letter From Peter E. Greene On Behalf Of Defendants To Honorable James Orenstein, Supplementing Arguments Addressed At The April 20, 2017 Status Conference, Filed by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co. (Attachments: # 1 Exhibit 1 ( Photos Etc. Corporations Objections And Answers)) (Greene, Peter) (Entered: 04/27/2017) | 04/27/2017 |
| 6938 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Exhibit A) (Shinder, Jeffrey) (Entered: 04/27/2017) | 04/27/2017 |
| 6939 | Letter on behalf of Direct Action Plaintiffs supplementing arguments addressed at the April 20, 2017 status conference by 7-Eleven Inc. (Attachments: # 1 Exhibit A Slipsheet) (Shinder, Jeffrey) (Entered: 04/27/2017) | 04/27/2017 |
| | ORDER granting 6938 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 4/28/2017. (Miao, Tiffany) (Entered: 04/28/2017) | 04/28/2017 |
| 6940 | NOTICE of Appearance by Laura J. Butte on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Butte, Laura) (Entered: 05/01/2017) | 05/01/2017 |
| 6941 | EXHIBIT A to Letter on behalf of Direct Action Plaintiffs supplementing arguments addressed at the April 20, 2017 status conference (Previously Served on All Counsel via File & Serve) Dkt. No.6939 [UNDER SEAL] by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 05/01/2017) | 05/01/2017 |
| 6942 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/02/2017) | 05/02/2017 |
| 6943 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/02/2017) | 05/02/2017 |
| 6944 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/02/2017) | 05/02/2017 |
| 6945 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/02/2017) | 05/02/2017 |
| 6946 | STIPULATION AND PROPOSED ORDER by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 05/02/2017) | 05/02/2017 |
| | ORDER re 6943 Stipulation, 6944 Stipulation, 6942 Stipulation, 6945 Stipulation, filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulations, docket entries 6942 , 6943 , 6944 , and 6945 are so ordered. Ordered by Magistrate Judge James Orenstein on 5/2/2017. (Miao, Tiffany) (Entered: 05/02/2017) | 05/02/2017 |
| 6947 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Home Depot U.S.A., Inc. re 6929 Status Conference,,,,, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Olson, Steig) (Entered: 05/04/2017) | 05/04/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6948 | NOTICE of Appearance by Neal Manne on behalf of Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-02318-MKB-JO (Manne, Neal) (Entered: 05/05/2017) | 05/05/2017 |
| 6949 | NOTICE of Appearance by Neal Manne on behalf of Wal-Mart Stores Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Manne, Neal) (Entered: 05/05/2017) | 05/05/2017 |
| 6950 | Letter to the Honorable James Orenstein requesting leave to file a letter motion of six (6) pages with attachments by Roundy's Supermarkets, Inc. (Blechman, William) (Entered: 05/09/2017) | 05/09/2017 |
|  | ORDER re 6950 Letter filed by Roundy's Supermarkets, Inc. -- The application is granted; the plaintiff Roundy's Supermarkets, Inc. may file a letter motion no longer than six pages in length, exclusive of attachments. Ordered by Magistrate Judge James Orenstein on 5/10/2017. (Miao, Tiffany) (Entered: 05/10/2017) | 05/10/2017 |
| 6951 | MOTION for Leave to Electronically File Document under Seal by Roundy's Supermarkets, Inc.. (Attachments: # 1 Letter Motion to Declassify Visa's Confidentiality Designations to Certain Documents and Excerpts of Certain Deposition Testimony, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Certificate of Service) (Blechman, William) (Entered: 05/11/2017) | 05/11/2017 |
| 6952 | MOTION to Unseal Document / Letter Motion Declassify Visa's Confidentiality Designations to Certain Documents and Excerpts of Certain Desposition Testimony by Roundy's Supermarkets, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Certificate of Service) (Blechman, William) (Entered: 05/11/2017) | 05/11/2017 |
| 6953 | Letter MOTION for Leave to File an opposition of up to six pages in response to Plaintiff Roundys Supermarkets, Inc.s May 11, 2017 Motion by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 05/12/2017) | 05/12/2017 |
| 6954 | STIPULATION PLAINTIFFS JACKSONS FOOD STORES, INC.'S AND PACWEST ENERGY LLC'S STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/12/2017) | 05/12/2017 |
|  | ORDER granting 6951 Motion for Leave to Electronically File Document under Seal Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov... Ordered by Magistrate Judge James Orenstein on 5/12/2017. (Marziliano, August) (Entered: 05/12/2017) | 05/12/2017 |
|  | ORDER directing Defendant Visa to respond by 5/18/2017 to re 6952 MOTION to Unseal Document / Letter Motion Declassify Visa's Confidentiality Designations to Certain Documents and Excerpts of Certain Deposition Testimony filed by Roundy's Supermarkets, Inc., Set Deadlines/Hearing as to 6952 . Ordered by Magistrate Judge James Orenstein on 5/12/2017. (Marziliano, August) (Entered: 05/12/2017) | 05/12/2017 |
|  | ORDER granting 6953 The application is granted; the defendant Visa may file an opposition to the plaintiff Roundy's Supermarkets, Inc.'s motion to unseal, docket entry 6952 , of no longer than six pages in length. Ordered by Magistrate Judge James Orenstein on 5/12/2017. (Marziliano, August) (Entered: 05/12/2017) | 05/12/2017 |
| 6955 | RESPONSE in Opposition re 6952 MOTION to Unseal Document by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Exhibit - Opposition to Letter Motion (with Exhibits)) (Mason, Robert) Modified on 5/23/2017 (Guy, Alicia). (Entered: 05/18/2017) | 05/18/2017 |
| 6956 | Letter to The Honorable Margo Brodie re: Reponse to plaintiff's 05/14/2017 letter filed in objection to Judge Orenstein's 04/20/2017 order. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/18/2017) | 05/18/2017 |
| 6957 | REPLY in Opposition re 6947 Appeal of Magistrate Judge Decision to District Court filed by Equitable Relief Class. (Attachments: # 1 Exhibit A) (Eisler, Robert) (Entered: 05/18/2017) | 05/18/2017 |
| 6958 | REPLY in Opposition re 6947 Appeal of Magistrate Judge Decision to District Court this entry replaces DKT No. 6956 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 05/18/2017) | 05/18/2017 |
| 6959 | Letter MOTION for Leave to File Two Page Letter Reply by Roundy's Supermarkets, Inc.. (Blechman, William) (Entered: 05/19/2017) | 05/19/2017 |
| 6960 | REPLY in Support re 6952 MOTION to Unseal Document Roundy's Reply in Support of Motion to Declassify and Unseal by Roundy's Supermarkets, Inc.. (Attachments: # 1 Exhibit) (Blechman, William) Modified on 5/23/2017 (Guy, Alicia). (Entered: 05/19/2017) | 05/19/2017 |
| 6961 | REPLY in Support re 6952 MOTION to Unseal Document / Letter Motion Declassify Visa's Confidentiality Designations to Certain Documents and Excerpts of Certain Desposition Testimony filed by Roundy's Supermarkets, Inc.. (Blechman, William) (Additional attachment(s) added on 5/22/2017: # 1 UNREDACTED Reply in Support) (Marziliano, August). (Entered: 05/19/2017) | 05/19/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 6959 Motion for Leave to File -- The motion is granted; the plaintiff Roundy's Supermarkets, Inc. may file a two-page letter reply to Visa's opposition, docket entry 6955 , by May 22, 2017. Ordered by Magistrate Judge James Orenstein on 5/19/2017. (Miao, Tiffany) (Entered: 05/19/2017) | 05/19/2017 |
| 6962 | Letter to the Honorable James Orenstein regarding Plaintiff's Motion to Declassify, agreement in principle by Roundy's Supermarkets, Inc. (Blechman, William) (Entered: 05/23/2017) | 05/23/2017 |
| | ORDER terminating 6952 Motion to Unseal Document -- The motion is terminated as moot, see docket entry 6962 . Ordered by Magistrate Judge James Orenstein on 5/23/2017. (Miao, Tiffany) (Entered: 05/23/2017) | 05/23/2017 |
| 6963 | FILING FEE (Motion for Pro Hac Vice): $ 150.00, receipt number 4653114457 by Neal Manne on behalf of Wal-Mart Stores Inc. (Guy, Alicia) (Entered: 05/24/2017) | 05/24/2017 |
| | ORDER granting (521, 522, 523, 524, 525, 526, 527, 528, 529, 533, 534, 535, 536, 537, 538 in CV 17-2738) Motions for Leave to Appear Pro Hac Vice --- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorneys Alexandra Bernay, Carmen Medici, David Mitchell, Lonnie Browne, Armen Zohrabian, John Devine, Lawrence Goodman, Robert Kuntz, David Graham, Elizabeth Papez, Sean Meenan, Jeanifer Parsigian, Dana Cook-Mulligan, Gregory Del Gaizo, and George Aguilar are deemed admitted pro hac vice, and shall file a notices of appearance in the main docket (05-MD-1720 (MKB)) only. Ordered by Magistrate Judge James Orenstein on 5/24/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Guy, Alicia) (Entered: 05/24/2017) | 05/24/2017 |
| 6964 | Joint MOTION for Leave to File two-page letter reply to interim Rule 23(b)(2) class counsels letter of May 18, 2017 (Dkt. No 6957) by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit A Reply) (Herlihy, Kimberly) (Entered: 05/25/2017) | 05/25/2017 |
| 6965 | NOTICE of Appearance by Elizabeth P Papez on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Papez, Elizabeth) (Entered: 05/26/2017) | 05/26/2017 |
| 6966 | NOTICE of Appearance by Jeffrey L. Kessler on behalf of Discover Financial Services (aty to be noticed) (Kessler, Jeffrey) (Entered: 05/26/2017) | 05/26/2017 |
| 6967 | NOTICE of Appearance by Eva W. Cole on behalf of Discover Financial Services (aty to be noticed) (Cole, Eva) (Entered: 05/26/2017) | 05/26/2017 |
| 6968 | NOTICE of Appearance by Sean D. Meenan on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Meenan, Sean) (Entered: 05/26/2017) | 05/26/2017 |
| 6969 | NOTICE of Appearance by Jeanifer Ellen Parsigian on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Parsigian, Jeanifer) (Entered: 05/26/2017) | 05/26/2017 |
| 6970 | NOTICE of Appearance by Dana Lynn Cook-Milligan on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Cook-Milligan, Dana) (Entered: 05/26/2017) | 05/26/2017 |
| 6971 | NOTICE of Appearance by Johanna Rae Hudgens on behalf of Discover Financial Services (aty to be noticed) (Hudgens, Johanna) (Entered: 05/26/2017) | 05/26/2017 |
| | ORDER granting (543) in case 1:17-cv-02738-MKB-JO -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Thomas E. Egler is deemed admitted pro hac vice, and shall file a notice of appearance in the main docket (05-MD-1720 (MKB)) only. Ordered by Magistrate Judge James Orenstein on 5/26/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Miao, Tiffany) (Entered: 05/26/2017) | 05/26/2017 |
| 6972 | NOTICE of Appearance by David Graham on behalf of Citibank (South Dakota), N.A., Citibank N A (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Graham, David) (Entered: 05/31/2017) | 05/31/2017 |
| 6973 | Notice of Filing Bankruptcy of rue21 (Brandenstein, Edward) (Entered: 05/31/2017) | 05/31/2017 |
| 6974 | First MOTION for Leave to Appear Pro Hac Vice Katrina Rose Atkins Filing fee $ 150, receipt number 0207-9566977.. (Attachments: # 1 Affidavit Katrina Atkins, # 2 Proposed Order, # 3 Exhibit Certificate of Good Standing) (Atkins, Katrina) (Entered: 05/31/2017) | 05/31/2017 |
| 6975 | NOTICE of Appearance by James Franklin Herbison on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Herbison, James) (Entered: 05/31/2017) | 05/31/2017 |
| 6976 | NOTICE of Appearance by Gregory E. Del Gaizo on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Del Gaizo, Gregory) (Entered: 06/01/2017) | 06/01/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6977 | NOTICE of Appearance by George C. Aguilar on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Aguilar, George) (Entered: 06/01/2017) | 06/01/2017 |
| 6978 | NOTICE of Appearance by Armen Zohrabian on behalf of Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Zohrabian, Armen) (Entered: 06/01/2017) | 06/01/2017 |
| 6979 | NOTICE of Appearance by Thomas E. Egler on behalf of Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Egler, Thomas) (Entered: 06/01/2017) | 06/01/2017 |
| 6980 | NOTICE of Appearance by Lonnie Anthony Browne on behalf of Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Browne, Lonnie) (Entered: 06/01/2017) | 06/01/2017 |
| 6981 | NOTICE of Appearance by John William Devine on behalf of Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Devine, John) (Entered: 06/01/2017) | 06/01/2017 |
| 6982 | NOTICE of Appearance (notification declined or already on case) (Atkins, Katrina) (Entered: 06/01/2017) | 06/01/2017 |
| 6983 | NOTICE of Appearance by Robert J Kuntz, Jr on behalf of Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Kuntz, Robert) (Entered: 06/01/2017) | 06/01/2017 |
| 6984 | NOTICE of Appearance by Lawrence Dean Goodman on behalf of Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Goodman, Lawrence) (Entered: 06/01/2017) | 06/01/2017 |
| 6985 | STATUS REPORT Joint Status Conference Statement for the B&R Supermarket v. Visa et al action by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Attachments: # 1 Exhibit 1 (Motion to Dismiss Order in B&R Supermarket)) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Bernay, Alexandra) (Entered: 06/01/2017) | 06/01/2017 |
| 6986 | STATUS REPORT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit A) (Mason, Robert) (Entered: 06/01/2017) | 06/01/2017 |
|  | ORDER granting 6974 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Katrina Rose Atkins, Esq. is deemed admitted pro hac vice , and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 6/1/2017. (Miao, Tiffany) (Entered: 06/01/2017) | 06/01/2017 |
| 6987 | Letter MOTION to Compel by Home Depot U.S.A., Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Appendix D, # 5 Exhibit 1) (Olson, Steig) (Entered: 06/02/2017) | 06/02/2017 |
|  | ORDER re 6987 Letter MOTION to Compel filed by Home Depot U.S.A., Inc. -- The Defendants are respectfully directed to respond to the Direct Action Plaintiffs' letter motion, docket entry 6987 , by June 7, 2017. Ordered by Magistrate Judge James Orenstein on 6/5/2017. (Miao, Tiffany) (Entered: 06/05/2017) | 06/05/2017 |
| 6988 | NOTICE of Appearance (notification declined or already on case) (Thomas, Frazar) (Entered: 06/07/2017) | 06/07/2017 |
| 6989 | Letter MOTION for Leave to File Third Amended Complaint by Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC. (Attachments: # 1 Exhibit A) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-02318-MKB-JO (Hansen, Drew) (Entered: 06/07/2017) | 06/07/2017 |
| 6990 | RESPONSE in Opposition re 6987 Letter MOTION to Compel filed by Wells Fargo & Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (LoBue, Robert) (Entered: 06/07/2017) | 06/07/2017 |
| 6991 | RESPONSE in Opposition re 6987 Letter MOTION to Compel filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Carney, Gary) (Entered: 06/07/2017) | 06/07/2017 |
| 6992 | Letter dated June 8, 2017 from (b)(3) Class Counsel requesting approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 06/08/2017) | 06/08/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 6993 | MOTION for Leave to Appear Pro Hac Vice of Nicolas W. Steenland Filing fee $ 150, receipt number 0207-9588669. by Defendants iin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 N.D. Ga. Certificate of Good Standing, # 2 Proof of Payment) (Steenland, Nicolas) (Entered: 06/08/2017) | 06/08/2017 |
| 6994 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 6/8/2017. SCHEDULING: There are no further conferences scheduled before me at this time. SUMMARY: (1) As discussed on the record, the B&R Supermarket case has not been consolidated with MDL 1720. I will schedule future conferences in the respective matters at consecutive times and try to avoid duplicative discovery but will not otherwise formally coordinate the actions. I respectfully direct the Clerk to disassociate the B&R Supermarket case from the MDL 1720 docket. (2) In MDL 1720, I granted on consent Wal-Mart's request for streamlined briefing of its motion to amend, the Direct Action Plaintiffs withdrew their motion to compel, and I determined that it is premature to decide whether the deposition of Mastercard employee Craig Vosburg. (3) The parties will confer as to scheduling and submit a joint proposal for future conference dates by June 15, 2017. (Court Reporter Sophie Nolan.) (Attachments: # 1 Appearances) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-02738-MKB-JO (Miao, Tiffany) (Entered: 06/08/2017) | 06/08/2017 |
| | ORDER finding as moot 6987 Motion to Compel; granting 6989 Motion for Leave to File -- See docket entry 6994 . Ordered by Magistrate Judge James Orenstein on 6/8/2017. (Miao, Tiffany) (Entered: 06/08/2017) | 06/08/2017 |
| | ORDER re 6992 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 6/9/2017. (Miao, Tiffany) (Entered: 06/09/2017) | 06/09/2017 |
| | ORDER granting 6993 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Nicolas Steenland, Esq. is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 6/9/2017. (Miao, Tiffany) (Entered: 06/09/2017) | 06/09/2017 |
| 6995 | NOTICE of Appearance by Robert James Baehr on behalf of BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A. (aty to be noticed) (Baehr, Robert) (Entered: 06/12/2017) | 06/12/2017 |
| 6996 | NOTICE of Appearance by Adam James Hunt on behalf of BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A. (aty to be noticed) (Hunt, Adam) (Entered: 06/12/2017) | 06/12/2017 |
| 6997 | NOTICE of Appearance by Cameron Andrew Tepfer on behalf of BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A. (aty to be noticed) (Tepfer, Cameron) (Entered: 06/12/2017) | 06/12/2017 |
| 6998 | NOTICE of Appearance by Nicolas W. Steenland on behalf of Defendants in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (notification declined or already on case) (Steenland, Nicolas) (Entered: 06/12/2017) | 06/12/2017 |
| 6999 | STIPULATION PLAINTIFF E-Z MART STORES, INC.'S STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/12/2017) | 06/12/2017 |
| 7000 | JPMDL Conditional Transfer Order CTO-26: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 06/13/2017) | 06/13/2017 |
| 7001 | Attached a certified copy of CTO-26 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 17-0946 must be transferred to the Eastern District of New York. Our case number 17 CV 3531(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 06/13/2017) | 06/13/2017 |
| 7002 | RESPONSE in Opposition re 6989 Letter MOTION for Leave to File Third Amended Complaint filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 06/14/2017) | 06/14/2017 |
| 7003 | STIPULATION Extending Time by Plaintiffs in Delta Airlines Inc et al v. Visa Inc et al, 1:13-cv-04766-JG-JO (Norman, Richard) (Entered: 06/15/2017) | 06/15/2017 |
| 7004 | Joint MOTION for Extension of Time to File joint proposal for future conference dates by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 06/15/2017) | 06/15/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7003 Stipulation filed by Plaintiffs in Delta Airlines Inc et al v. Visa Inc et al, 1:13-cv-04766-JG-JO -- The stipulation, docket entry 7003 , is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms,and/or other search methodology for the non-targeted document requests, to produce documents in response to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including August 16, 2017. Ordered by Magistrate Judge James Orenstein on 6/15/2017. (Miao, Tiffany) (Entered: 06/15/2017) | 06/15/2017 |
| 7005 | NOTICE by Plaintiffs in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO NOTICE OF FIRM NAME CHANGE (Spector, Eugene) (Entered: 06/16/2017) | 06/16/2017 |
| 7006 | Letter re: Answer of MasterCard Defendants filed in 15cv4606 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 06/16/2017) | 06/16/2017 |
| 7007 | Letter to The Honorable Margo K. Brodie and The Honorable James Orenstein by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/16/2017) | 06/16/2017 |
| | ORDER granting 7004 Motion for Extension of Time to File -- The motion is granted; the parties shall submit a joint proposal for future conference dates by June 20, 2017. Ordered by Magistrate Judge James Orenstein on 6/16/2017. (Miao, Tiffany) (Entered: 06/16/2017) | 06/16/2017 |
| 7008 | Letter re Next Status Conference by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 06/20/2017) | 06/20/2017 |
| 7009 | Letter regarding upcoming Status Conference by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Herlihy, Kimberly) (Entered: 06/20/2017) | 06/20/2017 |
| 7010 | Letter from Rule 23(b)(3) Class Counsel dated June 20, 2017 re Next Status Conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 06/20/2017) | 06/20/2017 |
| 7011 | NOTICE of Appearance by Douglas P. Lobel on behalf of Cardtronics USA, Inc. (aty to be noticed) (Lobel, Douglas) (Entered: 06/21/2017) | 06/21/2017 |
| 7012 | Corporate Disclosure Statement by Cardtronics USA, Inc. identifying Corporate Parent Cardtronics plc for Cardtronics USA, Inc.. (Lobel, Douglas) (Entered: 06/21/2017) | 06/21/2017 |
| 7013 | Letter MOTION for Protective Order by Cardtronics USA, Inc.. (Attachments: # 1 Declaration of Rick Updyke) (Lobel, Douglas) (Entered: 06/21/2017) | 06/21/2017 |
| | ORDER re (116) in case 1:13-cv-05746-MKB-JO Letter MOTION for Protective Order filed by Cardtronics USA, Inc. -- Cardtronics is respectfully directed to file its motion for a protective order in the main docket (05-1720 (MKB). Any responses to Cardtronic's motion shall be filed in the main docket by June 23, 2017. Ordered by Magistrate Judge James Orenstein on 6/21/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Miao, Tiffany) (Entered: 06/21/2017) | 06/21/2017 |
| | SCHEDULING ORDER: A status conference is scheduled for August 24, 2017, at 1:30 p.m. The parties shall submit a joint status report no later than August 17, 2017. Ordered by Magistrate Judge James Orenstein on 6/21/2017. (Miao, Tiffany) (Entered: 06/21/2017) | 06/21/2017 |
| 7014 | STIPULATION by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/22/2017) | 06/22/2017 |
| 7015 | Letter in re: Update on Supplemental Discovery by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 06/22/2017) | 06/22/2017 |
| | ORDER re 7014 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7014 is so ordered. Each defendant in 1:17-cv-03531-MKB-JO (the "Hertz Action") shall answer or otherwise respond to the complaint in the Hertz Action by August 25, 2017, or an earlier date (1) agreed to by the parties in the Hertz Action or (2) hereinafter set by the court for a defendant in the Hertz Action to respond to a complaint in any other action in MDL 05-1720. Ordered by Magistrate Judge James Orenstein on 6/22/2017. (Miao, Tiffany) (Entered: 06/22/2017) | 06/22/2017 |
| 7016 | RESPONSE in Opposition re 7013 Letter MOTION for Protective Order filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 06/23/2017) | 06/23/2017 |
| 7017 | NOTICE of Appearance by Michelle Catherine Zolnoski on behalf of Payless Shoe Source, Inc. (aty to be noticed) (Zolnoski, Michelle) (Entered: 06/29/2017) | 06/29/2017 |
| | ORDER denying 7013 Motion for Protective Order: Because the movant has not demonstrated either that the records at issue are irrelevant or that the existing protective order is insufficient to guard against the risk arising from the unwarranted dissemination of non-public information, I deny the motion. Ordered by Magistrate Judge James Orenstein on 7/5/2017. (Orenstein, James) (Entered: 07/05/2017) | 07/05/2017 |
| 7018 | MOTION to Withdraw as Attorney for by Claims Compensation Bureau, LLC. (Sirota, Howard) (Entered: 07/07/2017) | 07/07/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7018 Motion to Withdraw as Attorney -- The motion is granted; attorney Howard B. Sirota terminated. Ordered by Magistrate Judge James Orenstein on 7/7/2017. (Miao, Tiffany) (Entered: 07/07/2017) | 07/07/2017 |
| 7019 | MOTION to Withdraw as Attorney by Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC, Wal-Mart Stores, Inc.. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO, 1:14-cv-02318-MKB-JO (Schoeman, Paul) (Entered: 07/12/2017) | 07/12/2017 |
| | ORDER granting (7019) Motion to Withdraw as Attorney -- The motion is granted; attorney Paul Schoeman terminated. Ordered by Magistrate Judge James Orenstein on 7/13/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO, 1:14-cv-02318-MKB-JO (Miao, Tiffany) (Entered: 07/13/2017) | 07/13/2017 |
| 7020 | NOTICE of Appearance by Steven A. Kanner on behalf of DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Barry's Cut Rate Stores Inc. (aty to be noticed) (Kanner, Steven) (Entered: 07/18/2017) | 07/18/2017 |
| 7021 | JPMDL Conditional Transfer Order CTO-27: It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Brodie. Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 07/24/2017) | 07/24/2017 |
| 7022 | Attached is a certified copy of CTO 27 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 16 CV 4040 must be transferred to the Eastern District of New York. Our case number 1:17-cv-04362(MKB)(JO). Please file the attached, certified copy of the CTO 27 in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 07/24/2017) | 07/24/2017 |
| 7023 | STIPULATION of Dismissal PLAINTIFFS STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/27/2017) | 07/27/2017 |
| 7024 | STIPULATION of Dismissal PLAINTIFFS STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/27/2017) | 07/27/2017 |
| 7025 | STIPULATION of Dismissal PLAINTIFFS STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/27/2017) | 07/27/2017 |
| 7026 | STIPULATION of Dismissal PLAINTIFFS STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/27/2017) | 07/27/2017 |
| 7027 | Letter to J. Orenstein requesting briefing schedule on privilege motion filed by 7-Eleven Plaintiffs by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 07/31/2017) | 07/31/2017 |
| | ORDER re 7027 Letter filed by 7-Eleven Inc. -- The parties shall submit letter-briefs no longer than three pages in support of their respective positions on dates to which they mutually agree. Not having seen the submissions, I do not now see any reason to depart from my usual practice of prohibiting reply briefs on motions relating to discovery. Ordered by Magistrate Judge James Orenstein on 8/1/2017. (Miao, Tiffany) (Entered: 08/01/2017) | 08/01/2017 |
| 7028 | JPMDL Conditional Transfer Order - IT IS THEREFORE ORDERED that this action is transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Margo K. Brodie for inclusion in the coordinated or consolidated pretrial proceedings. (Marziliano, August) (Entered: 08/03/2017) | 08/03/2017 |
| 7029 | Attached is a certified copy of CTO from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 4:17-01049 must be transferred to the Eastern District of New York. Our case number 1:17-cv-04555(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 08/03/2017) | 08/03/2017 |
| 7030 | STIPULATION and Order of Substitution of Counsel by Visa Europe Limited, Visa Europe Services Inc. (Attachments: # 1 Declaration) (Ordway, Demian) (Entered: 08/04/2017) | 08/04/2017 |
| 7031 | STIPULATION and Proposed Order by Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO, 1:14-cv-02318-MKB-JO (Hansen, Drew) (Entered: 08/04/2017) | 08/04/2017 |
| 7032 | STIPULATION and Proposed Order by Wal-Mart Stores Inc., Wal-Mart Stores, Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Hansen, Drew) (Entered: 08/04/2017) | 08/04/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7030 Stipulation filed by Visa Europe Services Inc., Visa Europe Limited -- The stipulation, docket entry 7030 , is so ordered; attorney Demian Alexander Ordway and attorney Robert C. Mason added; attorney James R. Warnot, Jr. terminated. Ordered by Magistrate Judge James Orenstein on 8/7/2017. (Miao, Tiffany) (Entered: 08/07/2017) | 08/07/2017 |
| | ORDER re (7031 in 1:05-md-01720-MKB-JO) Stipulation, filed by Wal-Mart Stores East, LLC, Wal-Mart Stores Louisiana, LLC., Green River Spirits, LLC, Inkiru, Inc., Quality Licensing Corp., Sam's East, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Inc., Sam's West, Inc., Vudu, Inc., Ozark Spirits, LLC -- The stipulation, docket entry 7031 , is so ordered; all discovery and other proceedings in the "Visa Action" and the "Wal-Mart Action" are stayed until September 24, 2017; by no later than the same date, the parties shall file either a stipulation of dismissal or joint status report. Ordered by Magistrate Judge James Orenstein on 8/7/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO, 1:14-cv-02318-MKB-JO (Miao, Tiffany) (Entered: 08/07/2017) | 08/07/2017 |
| | ORDER re (7032 in 1:05-md-01720-MKB-JO) Stipulation filed by Wal-Mart Stores Inc., Wal-Mart Stores, Inc. -- The stipulation, docket entry 7032 , is so ordered; all discovery and other proceedings in the "Visa Action" and the "Wal-Mart Action" are stayed until September 24, 2017; by no later than the same date, the parties shall file either a stipulation of dismissal or joint status report. Ordered by Magistrate Judge James Orenstein on 8/7/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-03355-MKB-JO (Miao, Tiffany) (Entered: 08/07/2017) | 08/07/2017 |
| 7033 | Letter for Pro Hac Vice Admission of David Wynne by Luby's Fuddruckers Restaurants, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Wynne, David) (Entered: 08/11/2017) | 08/11/2017 |
| 7034 | Letter for Pro Hac Vice Admission of Scott Burdine by Luby's Fuddruckers Restaurants, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Burdine, Scott) (Entered: 08/11/2017) | 08/11/2017 |
| 7035 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/11/2017) | 08/11/2017 |
| | PRO HAC VICE FILING FEE: $ 150, receipt number 0207-9752039 (Wynne, David) (Entered: 08/11/2017) | 08/11/2017 |
| | PRO HAC VICE FILING FEE: $ 150, receipt number 0207-9752135 (Burdine, Scott) (Entered: 08/11/2017) | 08/11/2017 |
| 7036 | NOTICE of Appearance by David Edwards Wynne on behalf of Luby's Fuddruckers Restaurants, LLC (notification declined or already on case) (Wynne, David) (Entered: 08/14/2017) | 08/14/2017 |
| 7037 | NOTICE of Appearance by Scott G. Burdine on behalf of Luby's Fuddruckers Restaurants, LLC (notification declined or already on case) (Burdine, Scott) (Entered: 08/14/2017) | 08/14/2017 |
| 7038 | Letter re Notice of Motion to Remand by Luby's Fuddruckers Restaurants, LLC (Wynne, David) (Entered: 08/14/2017) | 08/14/2017 |
| 7039 | Letter by Cardtronics USA, Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Lobel, Douglas) (Entered: 08/14/2017) | 08/14/2017 |
| | ORDER re 7035 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7035 is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents in response to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including September 29, 2017. Ordered by Magistrate Judge James Orenstein on 8/14/2017. (Miao, Tiffany) (Entered: 08/14/2017) | 08/14/2017 |
| | ORDER re 7033 Letter filed by Luby's Fuddruckers Restaurants, LLC -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney David Wynne, Esq. is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 8/14/2017. (Miao, Tiffany) (Entered: 08/14/2017) | 08/14/2017 |
| | ORDER re 7034 Letter filed by Luby's Fuddruckers Restaurants, LLC -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Scott Burdine, Esq. is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 8/14/2017. (Miao, Tiffany) (Entered: 08/14/2017) | 08/14/2017 |
| | ORDER re (7039 in 1:05-md-01720-MKB-JO) Letter filed by Cardtronics USA, Inc. -- The application is granted; attorney Douglas P. Lobel terminated. Ordered by Magistrate Judge James Orenstein on 8/14/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Miao, Tiffany) (Entered: 08/14/2017) | 08/14/2017 |
| 7040 | Letter to Judge Orenstein regarding Joint Status Report for August 24, 2017 by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Herlihy, Kimberly) (Entered: 08/16/2017) | 08/16/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7041 | MOTION for Refund of Fees Paid Electronically for Pro Hac Vice Admission by Broadway Grill, Inc.. (Barnett, Alexander) (Entered: 08/16/2017) | 08/16/2017 |
| 7042 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 7-11 Letter Motion for an Order Overruling Defendant Bank of Americas Assertions of Attorney-Client and Work Product Privilege, # 2 Exhibit (s) A - T to Letter Motion, # 3 Exhibit (s) U - EE to Letter Motion, # 4 Defendant Bank of Americas Opposition Letter, # 5 Declaration of Mark P. Ladner In Support of Defendant Bank of Americas Opposition Letter, # 6 Exhibit (s) 1-2 of M. Ladner Declaration) (Shinder, Jeffrey) (Entered: 08/17/2017) | 08/16/2017 |
| | PRO HAC VICE FILING FEE: $ 150, receipt number 0207-9762484 (Fineman, Nancy) (Entered: 08/16/2017) | 08/16/2017 |
| | PRO HAC VICE FILING FEE: $ 150, receipt number 0207-9762546 (Barnett, Alexander) (Entered: 08/16/2017) | 08/16/2017 |
| | ORDER re 7040 Letter filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 -- The application is granted; the parties shall file a joint status report by August 21, 2017. Ordered by Magistrate Judge James Orenstein on 8/16/2017. (Miao, Tiffany) (Entered: 08/16/2017) | 08/16/2017 |
| 7043 | Fully Briefed MOTION to Compel 7-11 Letter Motion for an Order Overruling Defendant Bank of America Assertions of Attorney-Client and Work Product Privilege by 7-Eleven Inc.. (Attachments: # 1 Exhibit (s) A -T of 7-11 Motion, # 2 Exhibit (s) U-EE of 7-11 Motion, # 3 Defendant Bank of America Opposition Letter, # 4 Declaration of Mark P. Ladner In Support of Defendant Bank of Americas Opposition Letter, # 5 Exhibit (s) 1-2 of M. Ladner Declaration) (Shinder, Jeffrey) (Entered: 08/17/2017) | 08/17/2017 |
| 7044 | Fully Briefed MOTION to Compel 7-11 Letter Motion for an Order Overruling Defendant Bank of America Assertions of Attorney-Client and Work Product Privilege [Redacted] by 7-Eleven Inc.. (Attachments: # 1 Exhibit (s) A through T [Under Seal Slip Sheets] to 7-11 Motion, # 2 Exhibit U to 7-11 Motion, # 3 Exhibit V [Redacted] to 7-11 Motion, # 4 Exhibit (s) W-X [Under Seal Slip Sheets] to 7-11 Motion, # 5 Exhibit Y [Redacted] to 7-11 Motion, # 6 Exhibit Z [Redacted] to 7-11 Motion, # 7 Exhibit AA [Under Seal Slip Sheet] to 7-11 Motion, # 8 Exhibit BB to 7-11 Motion, # 9 Exhibit CC [Under Seal Slip Sheet] to 7-11 Motion, # 10 Exhibit DD to 7-11 Motion, # 11 Exhibit EE [Under Seal Slip Sheet] to 7-11 Motion, # 12 Defendant Bank of America Opposition Letter [Redacted], # 13 Declaration of Mark P. Ladner In Support of Defendant Bank of America Opposition Letter [Redacted], # 14 Exhibit 1 of M. Ladner Declaration, # 15 Exhibit 2 of M. Ladner Declaration [Under Seal Slip Sheet]) (Shinder, Jeffrey) (Entered: 08/17/2017) | 08/17/2017 |
| 7045 | NOTICE of Appearance by Nancy L. Fineman on behalf of Broadway Grill, Inc. (notification declined or already on case) (Fineman, Nancy) (Entered: 08/17/2017) | 08/17/2017 |
| 7046 | NOTICE of Appearance by Alexander E. Barnett on behalf of Broadway Grill, Inc. (aty to be noticed) (Barnett, Alexander) (Entered: 08/17/2017) | 08/17/2017 |
| | ORDER granting 7042 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 8/17/2017. (Miao, Tiffany) (Entered: 08/17/2017) | 08/17/2017 |
| 7047 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/18/2017) | 08/18/2017 |
| | ORDER re 7047 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7047 is so ordered. Each defendant in 1:17-cv-03531-MKB-JO (the "Hertz Action") shall answer or otherwise respond to the complaint in the Hertz Action by October 6, 2017, or an earlier date (1) agreed to by the parties in the Hertz Action or (2) hereinafter set by the court for a defendant in the Hertz Action to respond to a complaint in any other action in MDL 05-1720. Ordered by Magistrate Judge James Orenstein on 8/18/2017. (Miao, Tiffany) (Entered: 08/18/2017) | 08/18/2017 |
| 7048 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Gallo, Kenneth) (Entered: 08/21/2017) | 08/21/2017 |
| 7049 | Letter to Judge Orenstein by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 08/23/2017) | 08/23/2017 |
| 7050 | NOTICE of Appearance by Blair Eden Kaminsky on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Kaminsky, Blair) (Entered: 08/23/2017) | 08/23/2017 |
| | ORDER re 7049 Letter filed by 7-Eleven Inc. -- I respectfully direct counsel to be prepared to argue the motion at the status conference scheduled for August 24, 2017. Ordered by Magistrate Judge James Orenstein on 8/23/2017. (Miao, Tiffany) (Entered: 08/23/2017) | 08/23/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7051 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 8/24/2017. SCHEDULING: There are no further conferences scheduled before me at this time. SUMMARY: (1) On the motion to remand the Luby's action to state court, the parties will confer and propose a date for oral argument. (2) As set forth on the record, I heard argument on, and denied, the 7-Eleven Plaintiffs' motion to overrule Bank of America's assertion of privilege with respect to certain inadvertently disclosed records. (3) After discussing scheduling issues with the parties in 05-MD-1720, I set the following schedule: fact discovery to be completed by April 30, 2018; plaintiffs' expert reports and class certification motion to be served by August 31, 2018; defendants' expert reports to be served by February 28, 2019; plaintiffs' rebuttal expert reports to be served by May 31, 2019; expert depositions to be completed by August 31, 2019; briefing schedules on class certification and summary judgment motions to be determined later; motions to remand individual cases to their home districts to be filed within 15 days of the resolution of all motions for summary judgment. I respectfully direct the parties to submit a proposed scheduling order that reflects these deadlines. The parties in the B&R action will confer and submit a proposed discovery schedule that takes the foregoing into account, as well as a proposed motion briefing schedule. (4) The parties will confer on their dispute concerning the depositions of former Chase officers and submit a status report by September 5, 2017. (5) The parties will confer and submit proposed dates for further status conferences to be held approximately every six weeks. (Court Reporter Holly Driscoll.) (Attachments: # 1 Appearances) (Miao, Tiffany) (Entered: 08/24/2017) | 08/24/2017 |
| | ORDER denying 7043 Motion to Compel; denying 7044 Motion to Compel -- See docket entry 7051 . Ordered by Magistrate Judge James Orenstein on 8/24/2017. (Miao, Tiffany) (Entered: 08/24/2017) | 08/24/2017 |
| 7052 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on August 24, 2017, before Judge Orenstein. Court Reporter/Transcriber H. Driscoll, Telephone number 718-613-2274. Email address: hdrisc@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/15/2017. Redacted Transcript Deadline set for 9/25/2017. Release of Transcript Restriction set for 11/23/2017. (Driscoll, Holly) (Entered: 08/25/2017) | 08/25/2017 |
| 7053 | 7041 Application for Refund of Fees Paid Electronically. Approved by August Marziliano, Operations Manager on 8/29/2017. (Marziliano, August) (Entered: 08/29/2017) | 08/29/2017 |
| 7054 | Letter to Magistrate Judge Orenstein from Interim Co-Lead Counsel re agreement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Agreement) (Coughlin, Patrick) (Entered: 08/29/2017) | 08/29/2017 |
| 7055 | Letter from (b)(3) Class Counsel dated August 30, 2017 to Judge Brodie and Magistrate Judge Orenstein re Payment of Miller Kaplan Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 08/30/2017) | 08/30/2017 |
| | ORDER re 7055 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The Class Plaintiffs' request for approval of Miller Kaplan Arase LLP's funding request topay for the tax return preparation of the two escrow funds established in connection with the Class Settlement in this matter, is granted. Ordered by Magistrate Judge James Orenstein on 8/30/2017. (Miao, Tiffany) (Entered: 08/30/2017) | 08/30/2017 |
| 7056 | Letter from (b)(3) Class Counsel requesting approval of 3rd Quarter estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 08/31/2017) | 08/31/2017 |
| 7057 | MOTION to Withdraw as Attorney by Barclays Bank of Delaware. Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Lanzalotto, Christopher) (Entered: 08/31/2017) | 08/31/2017 |
| 7058 | Letter Jointly Proposing the Afternoon of October 19, 2017 for Oral Argument by HSBC Finance Corporation, HSBC North America Holdings Inc, HSBC Bank USA, N.A., HSBC Holdings PLC Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Lesser, David) (Entered: 09/01/2017) | 09/01/2017 |
| 7059 | MOTION to Withdraw as Attorney Vivian Ruth Mills Storm, formerly of Patterson Belknap Webb & Tyler LLP, by Wells Fargo & Company, Wells Fargo Bank N.A.. (LoBue, Robert) (Entered: 09/01/2017) | 09/01/2017 |
| | ORDER re 7056 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 9/1/2017. (Guy, Alicia) (Entered: 09/01/2017) | 09/01/2017 |
| | ORDER granting (7057) Motion to Withdraw as Attorney -- Attorney Christopher Lanzalotto terminated in case 1:05-md-01720-MKB-JO; granting (71) Motion to Withdraw as Attorney -- Attorney Christopher Lanzalotto terminated in case 1:17-cv-04555-MKB-JO. Ordered by Magistrate Judge James Orenstein on 9/1/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Guy, Alicia) (Entered: 09/01/2017) | 09/01/2017 |
| 7060 | STATUS REPORT (JOINT) CONCERNING THE DEPOSITIONS OF FORMER CHASE EMPLOYEES by Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Greene, Peter) (Entered: 09/05/2017) | 09/05/2017 |
| | ORDER granting 6964 Motion for Leave to File a two-page letter reply to interim Rule 23(b)(2) class counsels letter of May 18, 2017 (Docket Entry No 6957) Ordered by Judge Margo K. Brodie on 9/5/2017. (Djabarova, Zamira) (Entered: 09/05/2017) | 09/05/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | SCHEDULING ORDER: re 7058 Letter, filed by HSBC North America Holdings Inc, HSBC Finance Corporation, HSBC Holdings PLC, HSBC Bank USA, N.A. -- The request is granted; oral argument on the motion to remand the Luby's action to state court will be held on October, 19, 2017, at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on 9/5/2017. (Miao, Tiffany) (Entered: 09/05/2017) | 09/05/2017 |
| | ORDER granting 7059 Motion to Withdraw as Attorney -- The motion is granted; attorney Vivian Ruth Mills Storm terminated. Ordered by Magistrate Judge James Orenstein on 9/5/2017. (Miao, Tiffany) (Entered: 09/05/2017) | 09/05/2017 |
| | ORDER re 7060 Status Report filed by JP Morgan Chase Bank, N.A., Chase Manhattan Bank USA, N.A., JP Morgan Chase & Co., Chase Paymentech Solutions, LLC -- The parties are respectfully directed to file a status report by September 12, 2017. Ordered by Magistrate Judge James Orenstein on 9/6/2017. (Miao, Tiffany) (Entered: 09/06/2017) | 09/06/2017 |
| 7061 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Appeal of Magistrate Judge Decision to District Court, # 2 Exhibit (s) A through T, # 3 Exhibit (s) U through AA) (Shinder, Jeffrey) (Entered: 09/07/2017) | 09/07/2017 |
| | ORDER granting 7061 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/7/2017. (Miao, Tiffany) (Entered: 09/07/2017) | 09/07/2017 |
| 7062 | Letter MOTION for Leave to File an Opposition of Up to 20 Pages in Response to Plaintiff 7-Eleven Inc.'s September 7, 2017 Objections by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A.. (Ladner, Mark) (Entered: 09/08/2017) | 09/08/2017 |
| 7063 | MOTION for Reconsideration 7-ELEVEN PLAINTIFFS OBJECTION TO MAGISTRATE JUDGE ORENSTEIN ORDER REGARDING BANK OF AMERICA ASSERTIONS OF PRIVILEGE [Under Seal] by 7-Eleven Inc.. (Attachments: # 1 Exhibit (s) A through T, # 2 Exhibit (s) U through AA) (Shinder, Jeffrey) (Entered: 09/08/2017) | 09/08/2017 |
| 7064 | STATUS REPORT (JOINT) CONCERNING THE DEPOSITIONS OF FORMER CHASE EMPLOYEES by Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Greene, Peter) (Entered: 09/12/2017) | 09/12/2017 |
| 7065 | Letter to Judge Orenstein regarding case scheduling order by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Herlihy, Kimberly) (Entered: 09/12/2017) | 09/12/2017 |
| | ORDER re 7065 Letter filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 -- The proposed case schedule, docket entry 7065 , is so ordered: fact discovery to be completed by April 30, 2018; plaintiffs' expert reports and class certification motions, including any expert report(s) in support of class certification, to be served by August 31, 2018; defendants' expert reports, and all parties' expert reports in opposition to class certification, to be served by February 28, 2019; plaintiffs' rebuttal expert reports, including any expert report(s) in support of class certification, to be served by May 31, 2019; and all expert depositions to be completed by August 30, 2019. Ordered by Magistrate Judge James Orenstein on 9/13/2017. (Miao, Tiffany) (Entered: 09/13/2017) | 09/13/2017 |
| | ORDER granting 7062 Motion for Leave to File an opposition of up to 20 pages in response to Plaintiff's Objection to Judge Orenstein's Order Regarding Bank of America's Assertions of Privilege by October 2, 2017. Ordered by Judge Margo K. Brodie on 9/13/2017. (Djabarova, Zamira) (Entered: 09/13/2017) | 09/13/2017 |
| 7066 | MOTION for Leave to Appear Pro Hac Vice for Sasha Freedman Filing fee $ 150, receipt number 0207-9831880. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit of Sasha Freedman, # 2 Certificates of Good Standing, # 3 Proposed Order) (Freedman, Sasha) (Entered: 09/15/2017) | 09/15/2017 |
| 7067 | NOTICE of Appearance by Sasha Freedman on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Freedman, Sasha) (Entered: 09/18/2017) | 09/18/2017 |
| 7068 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on April 20, 2017, before Judge Magistrate James Orenstein. Court Reporter/Transcriber Stacy A. Mace, Telephone number (718) 613-2489. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 10/9/2017. Redacted Transcript Deadline set for 10/19/2017. Release of Transcript Restriction set for 12/18/2017. (Guy, Alicia) (Entered: 09/18/2017) | 09/18/2017 |
| | ORDER granting 7066 Motion for Leave to Appear Pro Hac Vice -- Attorney Sasha Freedman, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate, and shall file a notice of appearance. Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Ordered by Magistrate Judge James Orenstein on 9/18/2017. (Miao, Tiffany) (Entered: 09/18/2017) | 09/18/2017 |
| 7069 | Letter to Judge Orenstein regarding upcoming Status Conference dates by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/20/2017) | 09/20/2017 |
| 7070 | Letter MOTION for Protective Order by Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gallo, Kenneth) (Entered: 09/20/2017) | 09/20/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7070 Letter MOTION for Protective Order filed by Mastercard International Incorporated -- I respectfully direct any party or affected non-party who wishes to be heard to show cause in writing no later than September 25, 2017 why I should not grant the requested relief. Ordered by Magistrate Judge James Orenstein on 9/21/2017. (Miao, Tiffany) (Entered: 09/21/2017) | 09/21/2017 |
| 7071 | STATUS REPORT (JOINT) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 09/22/2017) | 09/22/2017 |
| 7072 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 09/22/2017) | 09/22/2017 |
| | ORDER re 7072 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7072 , is so ordered; all discovery and other proceedings in the "Visa Action" and the "Wal-Mart Action" are stayed until November 8, 2017; by no later than the same date, the parties shall file either a stipulation of dismissal or joint status report. Ordered by Magistrate Judge James Orenstein on 9/22/2017. (Miao, Tiffany) Modified to correct the deadline to 11/8/17 on 9/22/2017(Guy, Alicia). (Entered: 09/22/2017) | 09/22/2017 |
| | SCHEDULING ORDER: I will hold status conferences (with joint status report due five business days in advance) as follows: October 13, 2017, at 9:30 a.m.; November 28, 2017, at 1:00 p.m.; January 23, 2018, at 1:00 pm.; February 27, 2018, at 1:00 p.m.; April 19, 2018, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 9/22/2017. (Miao, Tiffany) (Entered: 09/22/2017) | 09/22/2017 |
| 7073 | RESPONSE to Motion re 7070 Letter MOTION for Protective Order on behalf of (b)(3) Plaintiffs filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 09/25/2017) | 09/25/2017 |
| 7074 | RESPONSE to Motion re 7070 Letter MOTION for Protective Order on behalf of Direct Action Plaintiffs filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Shinder, Jeffrey) (Entered: 09/25/2017) | 09/25/2017 |
| 7075 | RESPONSE in Opposition re 7070 Letter MOTION for Protective Order filed by Equitable Relief Class. (Nussbaum, Linda) (Entered: 09/25/2017) | 09/25/2017 |
| 7076 | ORDER granting in part and denying in part 6766 Motion for Leave to File; granting in part and denying in part 6875 Motion for Leave to File; granting in part and denying in part 6877 Motion for Leave to File; granting in part and denying in part 6880 Motion to Amend/Correct/Supplement; granting in part and denying in part 6881 Motion for Leave to File; granting in part and denying in part 6884 Motion to Amend/Correct/Supplement; granting in part and denying in part 6885 Motion for Leave to File; granting in part and denying in part 6886 Motion for Leave to File; granting in part and denying in part 6887 Motion for Leave to File; granting in part and denying in part 6889 Motion for Leave to File; granting in part and denying in part 6907 Motion for Leave to File. For the reasons set forth in the attached document, I grant in part and deny in part the plaintiffs' contested motions for leave to file an amended complaint. Specifically, I grant the plaintiffs leave to amend their complaints to include allegations pertaining to a two-sided relevant market over the defendants' objections, but only to the extent that these claims are not time-barred: the two-sided market claims do not relate back to earlier pleadings and are not subject to equitable tolling. As to all other proposed amendments, I grant leave on consent. The plaintiffs are respectfully directed to amend their complaints in accordance with this order and to file the amended complaints as separate entries on the docket by October 27, 2017. Ordered by Magistrate Judge James Orenstein on 9/27/2017. (Orenstein, James) (Entered: 09/27/2017) | 09/27/2017 |
| 7077 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/28/2017) | 09/28/2017 |
| | ORDER re 7077 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7077 , is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents in response to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including November 30, 2017. Ordered by Magistrate Judge James Orenstein on 9/28/2017. (Miao, Tiffany) (Entered: 09/28/2017) | 09/28/2017 |
| 7078 | MEMORANDUM in Opposition re 7063 MOTION for Reconsideration 7-ELEVEN PLAINTIFFS OBJECTION TO MAGISTRATE JUDGE ORENSTEIN ORDER REGARDING BANK OF AMERICA ASSERTIONS OF PRIVILEGE [Under Seal] (Redacted) filed by Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 10/02/2017) | 10/02/2017 |
| 7079 | MOTION for Leave to Electronically File Document under Seal by Bank Of America, N.A., Bank of America Corporation. (Attachments: # 1 Bank of America's Memorandum of Law in Opposition to 7-Eleven Plaintiffs' Objection to Magistrate Judge Orenstein's Order Regarding Bank of America's Assertions of Privilege, # 2 Declaration of Mark P. Ladner, # 3 Exhibit 2 to Declaration of Mark P. Ladner) (Miller, Michael) (Entered: 10/02/2017) | 10/02/2017 |
| 7080 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 04-20-2017, before Judge Magistrate Judge Orenstein. Court Reporter/Transcriber Stacy Mace. Email address: smacerpr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 10/24/2017. Redacted Transcript Deadline set for 11/3/2017. Release of Transcript Restriction set for 1/1/2018. (Mace, Stacy) (Entered: 10/03/2017) | 10/03/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7081 | MEMORANDUM in Opposition re 7063 MOTION for Reconsideration 7-ELEVEN PLAINTIFFS OBJECTION TO MAGISTRATE JUDGE ORENSTEIN ORDER REGARDING BANK OF AMERICA ASSERTIONS OF PRIVILEGE [Under Seal] filed by Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 10/03/2017) | 10/03/2017 |
| 7082 | AFFIDAVIT/DECLARATION in Opposition re 7063 MOTION for Reconsideration 7-ELEVEN PLAINTIFFS OBJECTION TO MAGISTRATE JUDGE ORENSTEIN ORDER REGARDING BANK OF AMERICA ASSERTIONS OF PRIVILEGE [Under Seal] filed by Bank Of America, N.A., Bank of America Corporation. (Attachments: # 1 Exhibit 2) (Miller, Michael) (Entered: 10/03/2017) | 10/03/2017 |
|  | ORDER granting 7079 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 10/3/2017. (Drake, Shaw) (Entered: 10/03/2017) | 10/03/2017 |
| 7083 | Letter MOTION for Protective Order by Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Gallo, Kenneth) (Entered: 10/04/2017) | 10/04/2017 |
| 7084 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/05/2017) | 10/05/2017 |
| 7085 | Joint MOTION for Extension of Time to File Objections to September 27, 2017 Memorandum and Order by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 10/05/2017) | 10/05/2017 |
|  | ORDER re 7084 Stipulation -- The stipulation, docket entry 7084 , is so ordered. The defendants shall answer or otherwise respond to the complaint by November 17, 2017. Ordered by Magistrate Judge James Orenstein on 10/5/2017. (Drake, Shaw) (Entered: 10/05/2017) | 10/05/2017 |
|  | ORDER granting 7085 Motion for Extension of Time to File objections to Memorandum and Order dated September 27, 2017. Any objections to the Order shall be filed on or before October 23, 2017. Responses shall be filed on or before November 17. Ordered by Judge Margo K. Brodie on 10/5/2017. (Djabarova, Zamira) (Entered: 10/05/2017) | 10/05/2017 |
| 7086 | STATUS REPORT Joint Status Report by All Parties by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 10/06/2017) | 10/06/2017 |
| 7087 | RESPONSE to Motion re 7083 Letter MOTION for Protective Order on behalf of (b)(3) Plaintiffs filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 10/09/2017) | 10/09/2017 |
| 7088 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9889210. by Aloha Petroleum Ltd, Sunoco Inc. (R&M). (Attachments: # 1 Affidavit of Edwin Buffmire, # 2 Texas State Bar Certificate of Good Standing, # 3 Certificate of Service) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-05800-MKB-JO (Buffmire, Edwin) (Entered: 10/09/2017) | 10/09/2017 |
| 7089 | RESPONSE in Opposition re 7083 Letter MOTION for Protective Order filed by Equitable Relief Class. (Nussbaum, Linda) (Entered: 10/09/2017) | 10/09/2017 |
| 7090 | RESPONSE in Opposition re 7083 Letter MOTION for Protective Order on behalf of Direct Action Plaintiffs filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 10/09/2017) | 10/09/2017 |
| 7091 | NOTICE of Appearance by Edwin M. Buffmire on behalf of Aloha Petroleum LTD, Sunoco Inc. (R&M) (aty to be noticed) (Attachments: # 1 Certificate of Service) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-05800-MKB-JO (Buffmire, Edwin) (Entered: 10/10/2017) | 10/10/2017 |
| 7092 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Motion For Leave to File Reply Brief in Support of Objection, # 2 Proposed Reply Brief) (Shinder, Jeffrey) (Entered: 10/10/2017) | 10/10/2017 |
|  | ORDER granting 7088 Motion for Leave to Appear Pro Hac Vice -- Attorney Edwin Buffmire, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 17, 2017, Mr. Buffmire shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Buffmire shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Buffmire shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 10/10/2017. (Drake, Shaw) (Entered: 10/10/2017) | 10/10/2017 |
| 7093 | NOTICE of Appearance by David T Moran on behalf of Aloha Petroleum LTD, Sunoco Inc. (R&M) (aty to be noticed) (Attachments: # 1 Certificate of Service) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-05800-MKB-JO (Moran, David) (Entered: 10/11/2017) | 10/11/2017 |
| 7094 | RESPONSE in Opposition re 7092 MOTION for Leave to Electronically File Document under Seal and specifically the Motion For Leave to File Reply Brief in Support of Objection filed by Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 10/12/2017) | 10/12/2017 |
| 7095 | REPLY in Support re 7063 MOTION for Reconsideration 7-ELEVEN PLAINTIFFS OBJECTION TO MAGISTRATE JUDGE ORENSTEIN ORDER REGARDING BANK OF AMERICA ASSERTIONS OF PRIVILEGE [Under Seal] filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 10/12/2017) | 10/12/2017 |
| 7096 | STATUS REPORT Sixth Status Report Regarding Third-Party Claims-Filing Companies as Ordered by the Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/12/2017) | 10/12/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7092 7-Eleven Plaintiffs request for leave to file reply brief in support of their objection to Magistrate Judge Orenstein's Order Regarding Bank of America's Assertions of Privilege. The Court directs Plaintiffs to file the original documents under seal as a separate entry and to file a redacted version on the public docket. See Fed. R. Civ. P. 5.2(a). Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 10/12/2017. (Djabarova, Zamira) (Entered: 10/12/2017) | 10/12/2017 |
| 7097 | JPMDL Conditional Transfer Order CTO-28 - Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 10/13/2017) | 10/13/2017 |
| 7098 | Attached is a certified copy of CTO from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 17 CV 01971 must be transferred to the Eastern District of New York. Our case number 1:17-cv-05988(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 10/13/2017) | 10/13/2017 |
| 7099 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 10/13/2017. SCHEDULING: (1) The next status conference will be held on November 28, 2017, at 1:00 p.m. (2) A further status conference will be held on January 23, 2018, at 1:00 p.m. (3) A further status conference will be held on February 27, 2018, at 1:00 p.m. (4) A further status conference will be held on April 19, 2018, at 1:00 p.m. SUMMARY: (1) As set forth on the record, I resolved in defendants' favor the parties' remaining disputes about the discovery schedule in B&R Supermarket . The defendants will promptly submit a proposed order reflecting the ruling. (2) As set forth on the record, I denied defendant MasterCard's motions for protective orders with respect to witnesses Oliver Manahan and Chiro Aikat. (3)The plaintiffs need no longer provide semi-annual status reports concerning third party claims processors, but may of course seek relief relating to such entities as appropriate at any time. (Court Reporter Sophia Nolan.) (Attachments: # 1 Appearances) (Drake, Shaw) (Entered: 10/13/2017) | 10/13/2017 |
| 7100 | MEMORANDUM AND OPINION affirming Judge Orensteins decision denying the Direct Action Plaintiffs motion to amend the Class Counsel Order as an untimely motion for reconsideration [Docket Entry No. 6947]. Ordered by Judge Margo K. Brodie on 10/13/2017. (Djabarova, Zamira) (Entered: 10/13/2017) | 10/13/2017 |
| | ORDER denying 7070 Motion for Protective Order; denying 7083 Motion for Protective Order -- See Docket Entry 7099 . Ordered by Magistrate Judge James Orenstein on 10/13/2017. (Drake, Shaw) (Entered: 10/13/2017) | 10/13/2017 |
| | The Court directs all parties filing objections to Judge Orenstein's Memorandum and Order Granting in Part and Denying in Part the Plaintiffs' Contested Motions for Leave to File Amended Complaints dated September 27, 2017 (September 27, 2017 Order, Docket Entry No. 7076) to address the effect of the Supreme Courts grant of certiorari in Ohio v. American Exp. Co, 2017 WL 2444673, U.S., Oct. 16, 2017, on the substance and timing of discovery in this MDL. Parties are instructed to include this analysis in the same filing as their objections to the September 27, 2017 Order, in no more than five additional pages. Ordered by Judge Margo K. Brodie on 10/16/2017. (Djabarova, Zamira) (Entered: 10/16/2017) | 10/16/2017 |
| | ORDER in case 1:05-md-01720-MKB-JO; terminating (108) Motion to Amend/Correct/Supplement in case 1:13-cv-05746-MKB-JO; terminating (59) Motion for Leave to File in case 1:14-cv-00321-MKB-JO; terminating (74) Motion for Leave to File in case 1:14-cv-02318-MKB-JO; terminating (46) Motion for Leave to File in case 1:14-cv-05800-MKB-JO --- See docket entries #6994 and #7076 in MDL 05-1720 (MKB). Ordered by Magistrate Judge James Orenstein on 10/18/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-00321-MKB-JO, 1:14-cv-02318-MKB-JO, 1:14-cv-05800-MKB-JO (Guy, Alicia) (Entered: 10/18/2017) | 10/18/2017 |
| 7101 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Plaintiffs in Delta Airlines Inc et al v. Visa Inc et al, 1:13-cv-04766-JG-JO re 7076 Order on Motion for Leave to File,,,,,,,,,,,,,,,,,, Order on Motion to Amend/Correct/Supplement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, (Norman, Richard) (Entered: 10/20/2017) | 10/20/2017 |
| 7102 | NOTICE of Appearance by Eric P. Barstad on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Barstad, Eric) (Entered: 10/23/2017) | 10/23/2017 |
| 7103 | NOTICE by Home Depot U.S.A., Inc. re 7076 Order on Motion for Leave to File,,,,,,,,,,,,,,,,,, Order on Motion to Amend/Correct/Supplement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Appeal of Magistrate Judge's Decision by the Target Plaintiffs, 7-Eleven Plaintiffs, and The Home Depot (Direct Action Plaintiffs) filed by Home Depot U.S.A., Inc., (Olson, Steig) (Entered: 10/23/2017) | 10/23/2017 |
| 7104 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 7076 Order on Motion for Leave to File,,,,,,,,,,,,,,,,,, Order on Motion to Amend/Correct/Supplement,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, (Attachments: # 1 Declaration of Eric P. Barstad) (Wildfang, K.) (Entered: 10/23/2017) | 10/23/2017 |
| 7105 | Letter to Judge Brodie in response to Order of October 16, 2017 by Equitable Relief Class (Nussbaum, Linda) (Entered: 10/23/2017) | 10/23/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7106 | NOTICE by Aloha Petroleum LTD, Sunoco Inc. (R&M) re (7103 in 1:05-md-01720-MKB-JO) Notice(Other), (7101 in 1:05-md-01720-MKB-JO) Appeal of Magistrate Judge Decision to District Court, (Plaintiffs Sunoco Retail, LLC and Aloha Petroleum, Ltd.'s Objection to September 27, 2017 Magistrate Judge Order and Joinder in Docket Entries 7101 and 7103) Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-05800-MKB-JO (Buffmire, Edwin) (Entered: 10/23/2017) | 10/23/2017 |
| 7107 | STIPULATION of Dismissal and Order of Dismissal Without Prejudice of All Claims by American Eagle Outfitters, Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-00321-MKB-JO (Victoria, Richard) (Entered: 10/23/2017) | 10/23/2017 |
|  | American Eagle Outfitters, Inc. terminated. Ordered by Judge Margo K. Brodie on 10/24/2017. (Francis-McLeish, Ogoro) (Entered: 10/24/2017) | 10/24/2017 |
| 7108 | NOTICE of Change of Name and Email by Sherli Shamtoub (Attachments: # 1 Exhibit 1) (Shamtoub, Sherli) (Entered: 10/26/2017) | 10/26/2017 |
| 7109 | STIPULATION (JOINT) and Proposed Order On Service and Timing On Defendants' Response to Plaintiffs' Complaint by Dollar General Corporation, Expedia, Inc., Natm Buying Corporation, Tractor Supply Company (Germaine, David) (Entered: 10/27/2017) | 10/27/2017 |
| 7110 | AMENDED COMPLAINT (Second) against Visa Inc., filed by Aloha Petroleum LTD, Sunoco Inc. (R&M).Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-05800-MKB-JO (Young, Arthur) (Entered: 10/27/2017) | 10/27/2017 |
| 7112 | AMENDED COMPLAINT And Supplemental Complaint And Demand For Jury Trial against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit Second Amended And Supplemental Complaint And Demand For Jury Trial) (Wilson, James) (Entered: 10/27/2017) | 10/27/2017 |
| 7114 | MOTION for Leave to Electronically File Document under Seal by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 10/27/2017) | 10/27/2017 |
| 7115 | AMENDED COMPLAINT First Amended Complaint and Demand for Jury Trial against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Blarney Castle Oil Company, Ricker Oil Company Inc.Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-04766-MKB-JO (Norman, Richard) (Entered: 10/27/2017) | 10/27/2017 |
|  | ORDER re 7109 Stipulation -- The stipulations are so ordered. The deadline for service of the plaintiffs' summons and complaint via electronic mail is October 26, 2017. The deadline for the defendants to move, answer, or otherwise respond to the complaint is extended to December 22, 2017. Ordered by Magistrate Judge James Orenstein on 10/27/2017. (Drake, Shaw) (Entered: 10/27/2017) | 10/27/2017 |
| 7116 | AMENDED COMPLAINT And Supplemental Complaint And Demand For Jury Trial in Target Corporation, et al. v. Visa, Inc., et al., 13-cv-03477 against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 10/30/2017) | 10/30/2017 |
| 7117 | AMENDED COMPLAINT And Supplemental Complaint And Demand For Jury Trial in Target Corporation, et al. v. Visa, Inc., et al., 13-cv-03477 against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Main Document 7117 replaced on 11/2/2017) (Francis-McLeish, Ogoro). (Entered: 10/30/2017) | 10/30/2017 |
| 7118 | AMENDED COMPLAINT : THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT (filed by Counsel for Rule 23(b)(3) Class Plaintiffs) against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/30/2017) | 10/30/2017 |
|  | ORDER granting 7113 Motion for Leave to Electronically File Document under Seal -- Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 10/30/2017. (Drake, Shaw) (Entered: 10/30/2017) | 10/30/2017 |
|  | ORDER granting 7114 Motion for Leave to Electronically File Document under Seal -- Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 10/30/2017. (Drake, Shaw) (Entered: 10/30/2017) | 10/30/2017 |
| 7119 | AMENDED COMPLAINT (Fifth Amended Complaint) against Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citicorp, Citigroup Inc, FIA Card Services, N.A., Bank Of America, N.A., Bank of America Corporation, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A., filed by Roundy's Supermarkets, Inc.. (Blechman, William) (Entered: 10/31/2017) | 10/31/2017 |
| 7120 | STIPULATION of Dismissal and Order of Dismissal with Prejudice of All Claims by Green River Spirits, LLC, Inkiru, Inc., Ozark Spirits, LLC, Quality Licensing Corp., Sam's East, Inc., Sam's West, Inc., Vudu, Inc., Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Inc., Wal-Mart Stores Louisiana, LLC., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-02318-MKB-JO (Hansen, Drew) (Entered: 11/02/2017) | 11/02/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7121 | STIPULATION of Dismissal PLAINTIFFS STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/02/2017) | 11/02/2017 |
| 7122 | Notice of MOTION to Withdraw as Attorney Notice Of Motion And Motion To Withdraw As Counsel of Leigh Anne St. Charles-OBrien by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (St. Charles, Leigh-Anne) (Entered: 11/03/2017) | 11/03/2017 |
| 7123 | AMENDED COMPLAINT [REDACTED] Third Consolidated Amended Class Action Complaint (filed by Counsel for Rule 23(b)(3) Class Plaintiffs) against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 11/06/2017) | 11/06/2017 |
| 7124 | STIPULATION of Dismissal Plaintiffs' Stipulation and Order of Dismissal Without Prejudice of all Claims by Tavern Hospitality Group Holdings, LLC d/b/a Tavern Hospitality Group (Shamtoub, Sherli) (Entered: 11/06/2017) | 11/06/2017 |
|  | ORDER granting 7122 Motion to Withdraw as Attorney -- The application is granted; attorney Leigh Anne St. Charles-O'Brien terminated. Ordered by Magistrate Judge James Orenstein on 11/6/2017. (Drake, Shaw) (Entered: 11/06/2017) | 11/06/2017 |
| 7125 | Letter MOTION for Extension of Time to File Answer or Respond to the Amended Complaint (CONSENT MOTION) by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 11/09/2017) | 11/09/2017 |
|  | ORDER granting 7125 Motion for Extension of Time to Answer -- The application is granted on consent; the defendants shall answer or otherwise respond to the pending amended and all other outstanding complaints within twenty-one (21) days of any ruling by Judge Brodie on the plaintiffs' appeal of my Order, docket entry 7076 . Ordered by Magistrate Judge James Orenstein on 11/9/2017. (Drake, Shaw) (Entered: 11/09/2017) | 11/09/2017 |
| 7126 | MEMORANDUM in Opposition re 7103 Notice(Other), 7106 Notice(Other), 7104 Appeal of Magistrate Judge Decision to District Court, 7101 Appeal of Magistrate Judge Decision to District Court, filed by Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (Greene, Peter) (Entered: 11/17/2017) | 11/17/2017 |
| 7127 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/20/2017) | 11/20/2017 |
| 7128 | STATUS REPORT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Otto, Karen) (Entered: 11/21/2017) | 11/21/2017 |
|  | ORDER re 7127 Stipulation -- The stipulated order, docket entry 7127 , is so ordered. Ordered by Magistrate Judge James Orenstein on 11/21/2017. (Drake, Shaw) (Entered: 11/21/2017) | 11/21/2017 |
|  | ORDER re 7128 Status Report -- The status conference previously scheduled for November 28, 2017, is cancelled. Ordered by Magistrate Judge James Orenstein on 11/22/2017. (Drake, Shaw) (Entered: 11/22/2017) | 11/22/2017 |
| 7129 | NOTICE by Broadway Grill, Inc. of Withdrawal of Counsel Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04362-MKB-JO (Barnett, Alexander) (Entered: 11/28/2017) | 11/28/2017 |
| 7130 | STIPULATION of Dismissal Plaintiffs' Stipulation and Proposed Order of Dismissal Without Prejudice of All Claims by B.C. Distribution Company, BC Northwest, LLC, BC Surf & Sport Grand Junction, LLC, Deerfield Board Shop, LLC, Surf Associates East, Inc., Surf Associates, Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:15-cv-07122-MKB-JO (Pollack, Gayle) (Entered: 11/28/2017) | 11/28/2017 |
|  | ORDER re Notice(Other) filed by Broadway Grill, Inc. -- The application is granted; attorney Nancy L. Fineman terminated. Ordered by Magistrate Judge James Orenstein on 11/29/2017. Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04362-MKB-JO (Drake, Shaw) (Entered: 11/29/2017) | 11/29/2017 |
| 7131 | Letter MOTION for Leave to File re: Direct Action Plaintiffs' Letter Seeking Leave to File Reply Brief by Home Depot U.S.A., Inc.. (Attachments: # 1 Exhibit A Reply Brief, # 2 Exhibit B Declaration of Steig D. Olson) (Olson, Steig) (Entered: 12/05/2017) | 12/05/2017 |
| 7132 | REPLY in Support re 7103 Notice(Other), of Direct Action Plaintiff's Objections to Magistrate Judge's Memorandum and Order Regarding Plaintiff's Motions for Leave To Amend and Relation Back filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/06/2017) | 12/06/2017 |
| 7133 | DECLARATION of Steig D. Olson In Support of Reply Brief for Direct Action Plaintiffs' Objections To Magistrate Judge's Memorandum and Order Regarding Plaintiffs' Motion For Leave To Amend and Relation Back by Home Depot U.S.A., Inc. (Attachments: # 1 Exhibit 1- Defendant's Second Set of Requests for Production and Inspection of Documents to 7-Eleven Direct Action Plaintiffs, # 2 Exhibit 2-Comparison Requests for Production) (Olson, Steig) (Entered: 12/06/2017) | 12/06/2017 |
|  | ORDER granting 7131 Motion for Leave to File a Reply to Defendants' Response to Plaintiffs' Objections to Magistrate Judge Orenstein's Memorandum and Order Granting in Part and Denying in Part Plaintiffs' Motion to Amend. Ordered by Judge Margo K. Brodie on 12/6/2017. (Djabarova, Zamira) (Entered: 12/06/2017) | 12/06/2017 |
| 7134 | Letter from (b)(3) Class Counsel requesting approval of 4th Quarter estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 12/08/2017) | 12/08/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7134 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 12/8/2017. (Drake, Shaw) (Entered: 12/08/2017) | 12/08/2017 |
| 7135 | STIPULATION of Dismissal WITHOUT PREJUDICE AS TO MILLS AUTO GROUP PLAINTIFFS by Brainerd Lively Auto, L.L.C., Mills Auto Center, Inc., Mills Auto Enterprises, Inc., Mills Motor, Inc., Willmar Motors, L.L.C. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Shinder, Jeffrey) (Entered: 12/14/2017) | 12/14/2017 |
| 7136 | NOTICE of Appearance by Kelly Dodge Garcia on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Garcia, Kelly) (Entered: 12/15/2017) | 12/15/2017 |
| 7137 | Letter from Class Counsel Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 12/19/2017) | 12/19/2017 |
| | ORDER re 7137 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The Class Administrator's request for funding from the Class Settlement Interchange Escrow Account is approved. Ordered by Magistrate Judge James Orenstein on 12/19/2017. (Drake, Shaw) (Entered: 12/19/2017) | 12/19/2017 |
| 7138 | Letter MOTION for Extension of Time to File Status Report by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 01/08/2018) | 01/08/2018 |
| | ORDER granting 7138 Motion for Extension of Time to File -- The motion is granted. The parties' joint status report is due January 17, 2018. Ordered by Magistrate Judge James Orenstein on 1/8/2018. (Drake, Shaw) (Entered: 01/08/2018) | 01/08/2018 |
| 7139 | Letter MOTION to Compel Discovery on Behalf of the Bank of America, Chase, Citi, Wells Fargo, Visa and Mastercard Defendants, Filed by Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Bershteyn, Boris) (Entered: 01/11/2018) | 01/11/2018 |
| | ORDER re 7139 Letter MOTION to Compel -- The plaintiffs are respectfully directed to respond to the defendants' letter motion, docket entry 7139 , by January 17, 2018. Ordered by Magistrate Judge James Orenstein on 1/12/2018. (Drake, Shaw) (Entered: 01/12/2018) | 01/12/2018 |
| 7140 | RESPONSE in Opposition re 7139 Letter MOTION to Compel Discovery on Behalf of the Bank of America, Chase, Citi, Wells Fargo, Visa and Mastercard Defendants, Filed filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Coughlin, Patrick) (Entered: 01/17/2018) | 01/17/2018 |
| 7141 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 01/17/2018) | 01/17/2018 |
| 7142 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 1/23/2018. SCHEDULING: (1) The next status conference will be held on February 27, 2018, at 1:00 p.m. (2) A further status conference will be held on April 19, 2018, at 1:00 p.m. SUMMARY: (1) As set forth on the record, I heard argument on the Rule 12(c) motion in the B&R action and anticipate issuing a report and recommendation that urges the court to deny the motion. (2) As set forth on the record, I heard argument on the defendants' motion to compel disclosures in the Interchange actions and ruled that the relevant period for the disputed discovery requests begins in 2000. (Attachments: # 1 Appearances) COURT REPORTER: Michelle Lucchese, Tel # 718-613-2272. (Orenstein, James) Modified on 1/25/2018 (Hong, Loan). (Entered: 01/23/2018) | 01/23/2018 |
| 7143 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/26/2018) | 01/26/2018 |
| | ORDER re 7143 Stipulation -- The stipulation, docket entry 7143 , is so ordered. Ordered by Magistrate Judge James Orenstein on 1/26/2018. (Drake, Shaw) (Entered: 01/26/2018) | 01/26/2018 |
| | ORDER granting 7139 Motion to Compel -- The motion is granted, see Minute Entry, docket entry 7142 . Ordered by Magistrate Judge James Orenstein on 1/26/2018. (Drake, Shaw) (Entered: 01/26/2018) | 01/26/2018 |
| 7144 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/23/2018, before Judge Magistrate Judge Orenstein. Court Reporter/Transcriber Michele Lucchese, Telephone number 718-613-2272. Email address: MLuccheseEDNY@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/22/2018. Redacted Transcript Deadline set for 3/5/2018. Release of Transcript Restriction set for 5/2/2018. (Lucchese, Michele) (Entered: 02/01/2018) | 02/01/2018 |
| 7145 | NOTICE of Appearance by Kamali P Willett on behalf of Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (aty to be noticed) (Willett, Kamali) (Entered: 02/08/2018) | 02/08/2018 |
| | ORDER The Court directs Rule 23 (b)(3) Class Plaintiffs to file a redline version of the Third Consolidated Amended Class Action Complaint by February 16, 2018. The Class Plaintiffs are granted leave to file the requested version of the Amended Complaint under seal. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 2/12/2018. (Djabarova, Zamira) (Entered: 02/12/2018) | 02/12/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7146 | Joint MOTION for Extension of Time to File Status Report by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Kaminsky, Blair) (Entered: 02/13/2018) | 02/13/2018 |
| | ORDER granting 7146 Motion for Extension of Time to File -- The motion is granted. The parties' joint status report is due February 21, 2018. Ordered by Magistrate Judge James Orenstein on 2/13/2018. (Drake, Shaw) (Entered: 02/13/2018) | 02/13/2018 |
| 7147 | Letter to The Honorable Judge Margo K. Brodie regarding redlined version of the Third Consolidated Amended Class Action Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/15/2018) | 02/15/2018 |
| 7148 | AMENDED COMPLAINT : Redlined Third Consolidated Amended Class Action Complaint (filed by Rule 23(b)(3) Class Plaintiffs against Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank (South Dakota), N.A., Citibank N.A., Citicorp, Citigroup Inc, Fifth Third Bancorp, First National Bank of Omaha, Bank Of America, N.A., Bank of America Corporation, Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC Holdings PLC, HSBC North America Holdings, Inc, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, National City Bank of Kentucky, National City Corporation, Suntrust Bank, Suntrust Banks Inc, Texas Independent Bancshares, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, BA Merchant Services LLC, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/15/2018) | 02/15/2018 |
| 7149 | Letter MOTION to Compel 30(b)(6) Depositions of Equitable Relief Class Plaintiffs by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Carney, Gary) (Entered: 02/15/2018) | 02/15/2018 |
| | ORDER re 7149 Letter MOTION to Compel 30(b)(6) Depositions of Equitable Relief Class Plaintiffs filed by Mastercard International Incorporated, Mastercard Incorporated -- The plaintiffs are respectfully directed to respond to the defendants' letter motion, docket entry 7149 , by February 21, 2018. Ordered by Magistrate Judge James Orenstein on 2/15/2018. (Drake, Shaw) (Entered: 02/15/2018) | 02/15/2018 |
| 7150 | MOTION to Remand to State Court Request for Ruling by Luby's Fuddruckers Restaurants, LLC. (Wynne, David) (Entered: 02/20/2018) | 02/20/2018 |
| 7151 | RESPONSE to Motion re 7149 Letter MOTION to Compel 30(b)(6) Depositions of Equitable Relief Class Plaintiffs filed by Equitable Relief Class. (Nussbaum, Linda) (Entered: 02/21/2018) | 02/21/2018 |
| 7152 | STATUS REPORT Joint Status Report by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 02/21/2018) | 02/21/2018 |
| 7153 | Letter MOTION to Adjourn Conference re: February 27, 2018 Status Conference by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 02/22/2018) | 02/22/2018 |
| 7154 | NOTICE of Change of address by Mark Reinhardt (Reinhardt, Mark) (Entered: 02/22/2018) | 02/22/2018 |
| 7155 | Letter MOTION to Compel Non-Party The Clearing House Company L.L.C.s Production of Documents by 7-Eleven Inc.. (Attachments: # 1 Exhibit (s) A through G) (Shinder, Jeffrey) (Entered: 02/22/2018) | 02/22/2018 |
| | ORDER granting 7153 Motion to Adjourn Conference -- The status conference previously scheduled for February 27, 2018, is cancelled. Ordered by Magistrate Judge James Orenstein on 2/22/2018. (Drake, Shaw) (Entered: 02/22/2018) | 02/22/2018 |
| | ORDER withdrawing 7149 Motion to Compel -- The letter motion, docket entry 7149 , is withdrawn. See docket entry 7153 . Ordered by Magistrate Judge James Orenstein on 2/22/2018. (Drake, Shaw) (Entered: 02/22/2018) | 02/22/2018 |
| | ORDER re 7155 Letter MOTION to Compel Non-Party The Clearing House Company L.L.C.s Production of Documents filed by 7-Eleven Inc. -- The Clearing House Payments Company LLC, is respectfully directed to respond to the plaintiffs' letter motion, docket entry 7155 , by March 6, 2018. Ordered by Magistrate Judge James Orenstein on 2/22/2018. (Drake, Shaw) (Entered: 02/22/2018) | 02/22/2018 |
| 7156 | NOTICE of Appearance by Hugh Sandler on behalf of Equitable Relief Class (aty to be noticed) (Sandler, Hugh) (Entered: 02/23/2018) | 02/23/2018 |
| 7157 | REDACTION to 7148 1 - Sealed Document CV,,,,, Amended Complaint,,,, REDACTED Redlined Third Consolidated Amended Class Action Complaint (filed by Rule 23(b)(3) Class Plaintiffs) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 02/23/2018) | 02/23/2018 |
| | Email Notification Test - DO NOT REPLY. (Latka-Mucha, Wieslawa) (Entered: 02/23/2018) | 02/23/2018 |
| 7159 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 02/26/2018) | 02/26/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7159 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7159 , is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents in response to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including March 30, 2018. Ordered by Magistrate Judge James Orenstein on 2/26/2018. (Drake, Shaw) (Entered: 02/26/2018) | 02/26/2018 |
| 7160 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 02/27/2018) | 02/27/2018 |
| | ORDER re 7160 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7160 , is so ordered. (a) The deadline for fact discovery of the plaintiffs in the Dollar General Action shall be extended to and including June 15, 2018; (b) the deadline for the plaintiffs in the Dollar General Action to seek from defendants written information and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to the plaintiffs in the Dollar General Action, shall be extended to and including June 15, 2018; (c) all other case deadlines, including without limitation the deadline for fact discovery not otherwise addressed in clause (b) of the defendants in the Dollar General Action, shall remain unchanged; and (d) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 2/27/2018. (Drake, Shaw) (Entered: 02/27/2018) | 02/27/2018 |
| 7161 | Letter to the Hon. James Orenstein by Willkie Farr & Gallagher LLP (Jossen, Robert) (Entered: 02/28/2018) | 02/28/2018 |
| | ORDER re 7161 Letter filed by Willkie Farr & Gallagher LLP -- The application is granted; attorney Robert J. Jossen terminated. Ordered by Magistrate Judge James Orenstein on 2/28/2018. (Drake, Shaw) (Entered: 02/28/2018) | 02/28/2018 |
| 7162 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/01/2018) | 03/01/2018 |
| 7163 | The Court affirms Judge Orenstein's Order 7051 regarding Bank of America's assertions of privilege and denies 7063 7-Eleven Plaintiffs' appeal of the order. Ordered by Judge Margo K. Brodie on 26/02/2018. (Djabarova, Zamira) (Entered: 03/01/2018) | 03/01/2018 |
| | ORDER re 7162 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7162 , is so ordered. (a) The deadline for fact discovery of the plaintiffs in the Hertz Action shall be extended to and including June 15, 2018; (b) the deadline for the plaintiffs in the Hertz Action to seek from defendants written information and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to the plaintiffs in the Hertz Action, shall be extended to and including June 15, 2018; (c) all other case deadlines, including without limitation the deadline for fact discovery not otherwise addressed in clause (b) of the defendants in the Hertz Action, shall remain unchanged; and (d) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 3/1/2018. (Drake, Shaw) (Entered: 03/01/2018) | 03/01/2018 |
| 7164 | NOTICE of Appearance by Mary Gail Gearns on behalf of The Clearing House Payments Company L.L.C. ("TCH") (aty to be noticed) (Gearns, Mary Gail) (Entered: 03/06/2018) | 03/06/2018 |
| 7165 | NOTICE of Appearance by Richard S. Taffet on behalf of The Clearing House Payments Company L.L.C. ("TCH") (aty to be noticed) (Taffet, Richard) (Entered: 03/06/2018) | 03/06/2018 |
| 7166 | Letter dated March 6, 2018 from Mary Gail Gearns to The Honorable James Orenstein by The Clearing House Payments Company L.L.C. ("TCH") (Attachments: # 1 Exhibit A - TCH's Rule 45 Objection Letter, # 2 Exhibit B - Notice of Subpoena) (Gearns, Mary Gail) (Entered: 03/06/2018) | 03/06/2018 |
| 7167 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/15/2018) | 03/15/2018 |
| | ORDER re 7167 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7167 , is so ordered. The deadline for obtaining fact discovery of the Plaintiffs (Sunoco Retail LLC, Aloha Petroleum, Ltd., and Susser Holdings Corporation) shall be extended to and including June 29, 2018. All other case deadlines ordered by the Court, including without limitation the April 30, 2018 deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged. No party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 3/15/2018. (Drake, Shaw) (Entered: 03/15/2018) | 03/15/2018 |
| 7168 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/16/2018) | 03/16/2018 |
| 7169 | STIPULATION of Dismissal WITHOUT PREJUDICE AS TO BARRYS CUT RATE STORES, INC. AND TOWN KITCHEN, LLC by Visa Inc. (Kaminsky, Blair) (Entered: 03/19/2018) | 03/19/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7168 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation, docket entry 7168 , is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents in response to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including May 11, 2018. The deadline for obtaining fact discovery of each remaining plaintiff in the Delta Action shall be extended to and including June 29, 2018. All other case deadlines ordered by the Court, including without limitation the April 30, 2018 deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged. No party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 3/19/2018. (Drake, Shaw) (Entered: 03/19/2018) | 03/19/2018 |
| 7170 | Letter MOTION for Protective Order Limiting April 20, 2018 Deposition Testimony by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gallo, Kenneth) (Entered: 03/20/2018) | 03/20/2018 |
| 7171 | STIPULATION AND ORDER OF DISMISSAL: It is Stipulated and Agreed that the claims and actions of Barry's Cut Rate Stores, Inc. and Town Kitchen, LLC be, and hereby are, dismissed without prejudice and with each side to bear its own attorneys' fees and costs. Ordered by Judge Margo K. Brodie on 3/21/2018. (Brucella, Michelle) (Entered: 03/21/2018) | 03/21/2018 |
| | ORDER re 7170 Letter MOTION for Protective Order Limiting April 20, 2018 Deposition Testimony -- I encourage the parties to continue to confer in an effort to resolve the matter on consent, recognizing that as currently framed, the motion for a protective order neither raises the threshold issue of whether Mr. Banga's deposition should be compelled at all nor waives it. Should there be no consensual resolution, I respectfully direct the plaintiffs to confer and submit a joint response by March 26, 2018. The response should include a detailed plan of the topics about which the deponent is to be questioned, the approximate cumulative amount of time needed for each, the number of attorneys expected to pose the questions on each topic, and an explanation as to why deposition cannot be completed in four hours and why each proposed topic is an appropriate area of inquiry in an apex deposition under the case law of this circuit. In the event a ruling is required, to avoid further disputes on the matter, I will likely specify not only the total deposition time, but also such details as the topics to be permitted, the time allotted for each, and which parties' counsel will be allotted questioning time, notwithstanding my assumption that the parties are almost certainly better able than I to make intelligent and fair decisions on such matters. Ordered by Magistrate Judge James Orenstein on 3/22/2018. (Drake, Shaw) (Entered: 03/22/2018) | 03/22/2018 |
| 7172 | Letter MOTION for Extension of Time to File Response/Reply as to Order,,,, until March 28, 2018 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 03/26/2018) | 03/26/2018 |
| 7173 | MOTION to Withdraw as Attorney James Thomas by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. (Thomas, James) (Entered: 03/26/2018) | 03/26/2018 |
| 7174 | Letter to Judge Orenstein, issues re Mastercard A. Banga deposition resolved by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 03/26/2018) | 03/26/2018 |
| | ORDER granting 7172 Motion for Extension of Time to File Response/Reply re 7170 Letter MOTION for Protective Order Limiting April 20, 2018 Deposition Testimony -- The motion is granted. Should there be no consensual resolution of the dispute, the plaintiffs' shall submit their joint response by March 28, 2018. Ordered by Magistrate Judge James Orenstein on 3/26/2018. (Drake, Shaw) (Entered: 03/26/2018) | 03/26/2018 |
| 7175 | NOTICE of Change of Firm Name by Michael J. Boni (Boni, Michael) (Entered: 03/27/2018) | 03/27/2018 |
| 7176 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-10305000. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit of Stanton M.B. Lawyer, # 2 Certificate of Good Standing - MD, # 3 Certificate of Good Standing - DC, # 4 Proposed Order) (Lawyer, Stanton) (Entered: 03/27/2018) | 03/27/2018 |
| | ORDER granting 7173 Motion to Withdraw as Attorney -- The application is granted; attorney James D. Thomas terminated. Ordered by Magistrate Judge James Orenstein on 3/27/2018. (Drake, Shaw) (Entered: 03/27/2018) | 03/27/2018 |
| | ORDER terminating 7170 Motion for Protective Order -- The motion is terminated. See docket entry 7174 . Ordered by Magistrate Judge James Orenstein on 3/27/2018. (Drake, Shaw) (Entered: 03/27/2018) | 03/27/2018 |
| 7177 | NOTICE of Appearance by Stanton Lawyer on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Lawyer, Stanton) (Entered: 03/28/2018) | 03/28/2018 |
| | ORDER granting 7176 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Stanton Lawyer is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 3/28/2018. (Drake, Shaw) (Entered: 03/28/2018) | 03/28/2018 |
| 7178 | Letter MOTION to Quash Plaintiffs' Rule 30(b)(6) deposition subpoena by Wells Fargo & Company, Wells Fargo Bank N.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (LoBue, Robert) (Entered: 04/02/2018) | 04/02/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7179 | STIPULATION of Dismissal Without Prejudice of All Claims (rue21, inc. v. Visa Inc., et al No. 14-cv-7018 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 04/03/2018) | 04/03/2018 |
| 7180 | STIPULATION AND ORDER OF DISMISSAL: It is hereby Ordered, Adjudged and Decreed that the claims and action of the Plaintiff be, and hereby are, dismissed without prejudice and with each side to bear its own attorneys' fees and costs. In the event that the Plaintiff refiles any action that relates to the subject matter of claims asserted in MDL 1720, the Plaintiff will file that action in federal court and will consent to, and not oppose, the inclusion of that action in MDL 1720 (if the action is filed in this Court) or the transfer of that action to MDL 1720 for coordinated or consolidated pre-trial proceedings (if the action is filed in any other federal court). Defendants will not assert as to such a refiled action a statute of limitations defense based on the pendency of this action or this dismissal. Nothing in this stipulation or order shall preclude the Plaintiff from pursuing claims as a member of any litigation or settlement class in MDL 1720 or from opting out of any future litigation or settlement class certified in MDL 1720 if opt-out rights are afforded to that class. Ordered by Judge Margo K. Brodie on 4/3/2018. (Brucella, Michelle) (Entered: 04/03/2018) | 04/03/2018 |
| | ORDER re 7178 Letter MOTION to Quash Plaintiffs' Rule 30(b)(6) deposition subpoena filed by Wells Fargo Bank N.A., Wells Fargo & Company -- The plaintiffs are respectfully directed to respond to the defendant's motion, docket entry 7178 , by April 5, 2018. The movant's obligation to comply with the subpoena is stayed pending the resolution of the instant motion. Ordered by Magistrate Judge James Orenstein on 4/3/2018. (Drake, Shaw) (Entered: 04/03/2018) | 04/03/2018 |
| 7181 | REPLY in Opposition re 7178 Letter MOTION to Quash Plaintiffs' Rule 30(b)(6) deposition subpoena filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Declaration Declaration of Timothy B. McGranor, # 2 Exhibit 1 to Declaration of Timothy B. McGranor, # 3 Exhibit 2 to Declaration of Timothy B. McGranor, # 4 Exhibit 3 to Declaration of Timothy B. McGranor) (Herlihy, Kimberly) (Entered: 04/04/2018) | 04/04/2018 |
| 7182 | Letter from (b)(3) Class Counsel requesting approval of the 2018 1st Quarter estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/04/2018) | 04/04/2018 |
| | ORDER re 7182 Letter -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 4/4/2018. (Drake, Shaw) (Entered: 04/04/2018) | 04/04/2018 |
| 7183 | Letter from (b)(3) Class Counsel requesting approval of the 2017 tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/09/2018) | 04/09/2018 |
| 7184 | Letter from Rule 23(b)(3) Class Counsel and Counsel for Electronic Payment Systems, LLC re. EPS status by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/09/2018) | 04/09/2018 |
| | ORDER re 7183 Letter -- Class Plaintiffs' request for approval of the tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted, and docket entry 7183 is so ordered. Ordered by Magistrate Judge James Orenstein on 4/9/2018. (Drake, Shaw) (Entered: 04/09/2018) | 04/09/2018 |
| | ORDER re 7184 Letter -- The motion is granted; Electronic Payment Systems, LLC, is released from its responsibility to provide monthly reports and monthly targeted email searches to Class Counsel. Ordered by Magistrate Judge James Orenstein on 4/10/2018. (Drake, Shaw) (Entered: 04/10/2018) | 04/10/2018 |
| 7185 | STATUS REPORT / Joint Status Report by All Parties by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 04/12/2018) | 04/12/2018 |
| 7186 | NOTICE of Appearance by Robert Joseph O'Loughlin, III on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (O'Loughlin, Robert) (Entered: 04/16/2018) | 04/16/2018 |
| 7187 | Letter to the Honorable James Orenstein Regarding Request to Cancel Status Conference by Visa Inc., Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/17/2018) | 04/17/2018 |
| 7188 | Letter to The Honorable James Orenstein regarding the April 19, 2018 status conference and request for oral argument by Wells Fargo & Company, Wells Fargo Bank N.A. (LoBue, Robert) (Entered: 04/17/2018) | 04/17/2018 |
| 7189 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 04/17/2018) | 04/17/2018 |
| | ORDER re 7187 Letter, 7188 Letter -- I will hear argument on the motion to quash at the next status conference. Only the parties to that motion need attend; all others are welcome but not required to appear. Ordered by Magistrate Judge James Orenstein on 4/17/2018. (Drake, Shaw) (Entered: 04/17/2018) | 04/17/2018 |
| 7190 | First MOTION for Leave to Appear Pro Hac Vice Karen P. Anderson Filing fee $ 150, receipt number 0207-10365673. by Verifone, Inc.. (Attachments: # 1 Affidavit Affidavit of Karen P. Anderson, # 2 Exhibit Certificate of Standing) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Anderson, Karen) (Entered: 04/18/2018) | 04/18/2018 |
| 7191 | NOTICE of Appearance by Karen P. Anderson on behalf of Verifone, Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Anderson, Karen) (Entered: 04/18/2018) | 04/18/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7192 | Letter to the Clerk of the Court Re: ECF Notifications by National Retail Federation, Retail Industry Leaders Association (Celli, Andrew) (Entered: 04/18/2018) | 04/18/2018 |
| | ORDER re 7189 Stipulation filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. -- The stipulation and proposed order, docket entry 7189 , is so ordered. The deadline for completing discovery of non-parties shall be extended to June 8, 2018. Except for the banks that are defendants in the Rule 23(b)(3) Class Complaint and Rule 23(b)(2) Class Complaint but not in the Direct Action Plaintiffs actions, or unless otherwise agreed in any other stipulation with a specific plaintiff, the deadline for completing depositions shall also be extended to June 8, 2018 with respect to (a) all previously identified but unscheduled party witnesses that were identified by March 31, 2018 and (b) employees and former employees of the Rule 23(b)(2) class representatives. The April 30, 2018 fact discovery deadline shall not apply to the service of contention interrogatories or requests for admission. Defendants may serve contention interrogatories and requests for admission between August 31, 2018 and October 30, 2018, and plaintiffs may serve contention interrogatories and requests for admission between February 28, 2019 and April 30, 2019. Each side may also serve additional contention interrogatories and additional requests for admission on each plaintiff or defendant no earlier than May 31, 2019. Ordered by Magistrate Judge James Orenstein on 4/18/2018. (Drake, Shaw) (Entered: 04/18/2018) | 04/18/2018 |
| | ORDER granting (7190) Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Karen Anderson is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 4/18/2018. 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Drake, Shaw) (Entered: 04/18/2018) | 04/18/2018 |
| 7193 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 4/19/2018. Court Reporter: Georgette Betts. Tel. (718) 804-2777. As set forth on the record, I heard argument on the motion by Wells Fargo to quash a subpoena and granted the motion. I respectfully direct all parties to confer through counsel and submit a joint proposal by May 3, 2018, for the date of the next status conference. (Orenstein, James) (Entered: 04/19/2018) | 04/19/2018 |
| | ORDER granting 7178 Motion to Quash -- see docket entry 7193 . Ordered by Magistrate Judge James Orenstein on 4/19/2018. (Orenstein, James) (Entered: 04/19/2018) | 04/19/2018 |
| 7194 | Letter Regarding Plaintiffs Motion to Compel The Clearing House by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 04/26/2018) | 04/26/2018 |
| 7195 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 04/27/2018) | 04/27/2018 |
| 7196 | STIPULATION of Dismissal WITHOUT PREJUDICE AS TO CRYSTAL ROCK, LLC by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 04/27/2018) | 04/27/2018 |
| 7197 | STIPULATION AND ORDER OF DISMISSAL: The claims and actions of Crystal Rock, LLC (but not any of the remaining named plaintiffs) be, and hereby are, dismissed without prejudice and with each side to bear its own attorneys' fees and costs. In the event that Crystal Rock, LLC, or any of its respective related or affiliated entities, files any action that relates to the subject matter of claims asserted in MDL 1720, such action will be filed in federal court. Further, each plaintiff in such filed action will consent to, and not oppose, the inclusion of that action in MDL 1720 (if the action is filed in this Court) or the transfer of that action to MDL 1720 for coordinated or consolidated pre-trial proceedings (if the action is filed in any other federal court). All discovery taken of Crystal Rock, LLC, including all documents, interrogatory responses, and deposition transcripts, will remain in the factual record of MDL 1720. Ordered by Judge Margo K. Brodie on 4/27/2018. Associated Cases: 1:05-md-01720-MKB-JO, 1:05-cv-05880-MKB-JO (Brucella, Michelle) (Entered: 04/27/2018) | 04/27/2018 |
| | ORDER re 7195 Stipulation -- The stipulation and proposed order, docket entry 7195 , is so ordered. Group 1 (b)(3) Plaintiffs will substantially complete their production of documents responsive to defendants document requests from all agreed-upon custodians by April 30, 2018. The deadline for obtaining fact discovery of the Group 1 (b)(3) Plaintiffs, including taking 30(b)(6) depositions, shall be extended to the earlier of (a) June 29, 2018, or (b) 60 days after the date defendants receive notice from counsel for the (b)(3) Plaintiffs that the production of documents is substantially complete for all of the Group1 (b)(3) Plaintiffs. Group 2 (b)(3) Plaintiffs will commence rolling productions of documents responsive to defendants document requests by April 30, 2018, with additional rolling productions to be provided at least every thirty days thereafter. The Group 2 (b)(3) Plaintiffs will substantially complete their production of documents responsive to defendants document requests from all agreed-upon custodians by July 20, 2018. The deadline for obtaining fact discovery of the Group 2 (b)(3) Plaintiffs, including taking 30(b)(6) depositions, shall be extended to the earlier of (a) October 18, 2018, or (b) 90 days after the date defendants receive notice from counsel for the (b)(3) Plaintiffs that the production of documents is substantially complete for all of the Group 2 (b)(3) Plaintiffs. All other case deadlines ordered by the Court, including without limitation the April 30, 2018 deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged. Ordered by Magistrate Judge James Orenstein on 4/27/2018. (Drake, Shaw) (Entered: 04/27/2018) | 04/27/2018 |
| 7198 | MOTION to Withdraw as Attorney Cameron A. Tepfer by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A.. (Attachments: # 1 Proposed Order of Withdrawal of Cameron A. Tepfer) (Baehr, Robert) (Entered: 05/02/2018) | 05/02/2018 |
| 7199 | AFFIDAVIT/DECLARATION in Support re 7198 MOTION to Withdraw as Attorney Cameron A. Tepfer filed by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A.. (Baehr, Robert) (Entered: 05/02/2018) | 05/02/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7198 Motion to Withdraw as Attorney -- The application is granted; attorney Cameron A. Tepfer terminated. Ordered by Magistrate Judge James Orenstein on 5/2/2018. (Drake, Shaw) (Entered: 05/02/2018) | 05/02/2018 |
| 7200 | Letter to the Honorable James Orenstein re: Proposed Status Conference Dates by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/03/2018) | 05/03/2018 |
| | SCHEDULING ORDER re 7200 Letter -- A status conference will be held on June 5, 2018 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 5/4/2018. (Drake, Shaw) (Entered: 05/04/2018) | 05/04/2018 |
| 7201 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/07/2018) | 05/07/2018 |
| | ORDER re 7201 Stipulation -- The stipulation and proposed order, docket entry 7201 , is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents in response to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including August 10, 2018. The deadline for obtaining fact discovery of each remaining plaintiff in the Delta Action shall be extended to and including September 28, 2018. All other case deadlines ordered by the Court, including without limitation the deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged. No party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 5/7/2018. (Drake, Shaw) (Entered: 05/07/2018) | 05/07/2018 |
| 7202 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/08/2018) | 05/08/2018 |
| | ORDER re 7202 Stipulation -- The stipulation and proposed order, docket entry 7202 , is so ordered. The deadline for obtaining fact discovery of the Plaintiffs (Sunoco Retail LLC, Aloha Petroleum, Ltd., and Susser Holdings Corporation) shall be extended to and including September 28, 2018. All other case deadlines ordered by the Court, including without limitation the deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged. No party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 5/8/2018. (Drake, Shaw) (Entered: 05/08/2018) | 05/08/2018 |
| 7203 | STIPULATION of Dismissal Without Prejudice Of All Claims by The Wet Seal, Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Butler, Keith) (Entered: 05/16/2018) | 05/16/2018 |
| 7204 | MOTION to Withdraw as Attorney Michael Y. Scudder by JP Morgan Chase & Co.. (Attachments: # 1 Proposed Order of Withdrawal of Michael Y. Scudder) (Scudder, Michael) (Entered: 05/16/2018) | 05/16/2018 |
| 7205 | AFFIDAVIT/DECLARATION in Support re 7204 MOTION to Withdraw as Attorney Michael Y. Scudder filed by JP Morgan Chase & Co.. (Scudder, Michael) (Entered: 05/16/2018) | 05/16/2018 |
| 7206 | STIPULATION AND ORDER OF DISMISSAL: It is hereby Ordered, Adjudged, and Decreed that the claims and action of Wet Seal be, and hereby are, dismissed without prejudice and with each side to bear its own attorneys' fees and costs. In the event that Wet Seal refiles any action that relates to the subject matter of claims asserted in MDL 1720, Wet Seal will file that action in federal court and will consent to, and not oppose, the inclusion of that action in MDL 1720 (if the action is filed in this Court) or the transfer of that action to MDL 1720 for coordinated or consolidated pre-trial proceedings (if the action is filed in any other federal court). Defendants will not assert as to such a refiled action a statute of limitations defense based on the pendency of this action or this dismissal. Nothing in this stipulation or order shall preclude Wet Seal from pursuing claims as a member of any litigation or settlement class in MDL 1720 or from opting out of any future litigation or settlement class certified in MDL 1720 if opt-out rights are afforded to that class. Ordered by Judge Margo K. Brodie on 5/16/2018. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Brucella, Michelle) (Entered: 05/17/2018) | 05/17/2018 |
| | ORDER granting 7204 Motion to Withdraw as Attorney -- The application is granted; attorney Michael Y. Scudder terminated. Ordered by Magistrate Judge James Orenstein on 5/17/2018. (Drake, Shaw) (Entered: 05/17/2018) | 05/17/2018 |
| 7207 | NOTICE of Appearance by Joshua Barton Gray on behalf of Herc Rentals Inc., Hertz Corporation, Roundy's Supermarkets, Inc., Royal Caribbean Cruises LTD. (aty to be noticed) (Gray, Joshua) (Entered: 05/18/2018) | 05/18/2018 |
| | ORDER granting 7155 Motion to Compel. I agree with the movants that the subpoenaed records are relevant to the defenses in this litigation, and are therefore discoverable. To the extent the respondent relies on differences between the RTP payment system and those forms of payment at issue in this litigation, such arguments may ultimately prove persuasive, but do not render the information at issue irrelevant. Because I conclude that the subpoenaed records are relevant, I cannot agree with the respondent that any burden in complying with the subpoena is unwarranted. Accordingly, I cannot conclude that the subpoena at issue imposes an undue burden on the respondent or one that is disproportionate to the needs of the litigation. I therefore grant the motion to compel. Ordered by Magistrate Judge James Orenstein on 5/18/2018. (Orenstein, James) (Entered: 05/18/2018) | 05/18/2018 |
| 7208 | STATUS REPORT for June 2018 on behalf of all parties by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Broz, Alycia) (Entered: 05/29/2018) | 05/29/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7209 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-10474171. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing - AD3, # 3 Certificate of Good Standing - DC) (Dagnew, Lina) (Entered: 05/31/2018) | 05/31/2018 |
| 7210 | NOTICE of Appearance by Lina Dagnew on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Dagnew, Lina) (Entered: 06/01/2018) | 06/01/2018 |
| 7211 | Letter by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit Proposed Stipulation and Order) (Kaminsky, Blair) (Entered: 06/01/2018) | 06/01/2018 |
| | ORDER granting 7209 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Tihitina M. Dagnew is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 6/1/2018. (Drake, Shaw) (Entered: 06/01/2018) | 06/01/2018 |
| | ORDER re 7211 Letter -- The conference previously scheduled for June 5, 2018 is cancelled. Ordered by Magistrate Judge James Orenstein on 6/1/2018. (Drake, Shaw) (Entered: 06/01/2018) | 06/01/2018 |
| 7212 | Notice of MOTION to Withdraw as Attorney and Motion to Withdraw as Attorney Nicolas W. Steenland by Suntrust Bank. (Steenland, Nicolas) (Entered: 06/04/2018) | 06/04/2018 |
| 7213 | Letter dated June 4, 2018 from (b)(3) Class Counsel requesting approval of the 2018 2Q Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Davidoff, Merrill) (Entered: 06/04/2018) | 06/04/2018 |
| 7214 | Letter MOTION to Compel Non-Party American Express Companys Production of Documents by Equitable Relief Class. (Attachments: # 1 Exhibits A-D) (Freed, Michael) (Entered: 06/04/2018) | 06/04/2018 |
| | ORDER re 7211 Letter -- The stipulation, docket entry 7211 , is so ordered. The deadline for completing the depositions enumerated in Appendix A shall be extended to July 13, 2018 (with two exceptions noted in Appendix A). Ordered by Magistrate Judge James Orenstein on 6/4/2018. (Drake, Shaw) (Entered: 06/04/2018) | 06/04/2018 |
| | SCHEDULING ORDER: A status conference will be held on July 17, 2018 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 6/4/2018. (Drake, Shaw) (Entered: 06/04/2018) | 06/04/2018 |
| 7215 | NOTICE of Appearance by Rory Ann Leraris on behalf of American Express Co., American Express Travel Related Services Company, Inc. (aty to be noticed) (Leraris, Rory) (Entered: 06/05/2018) | 06/05/2018 |
| 7216 | NOTICE of Change of Firm Affiliation by Jason S. Hartley (Hartley, Jason) (Entered: 06/05/2018) | 06/05/2018 |
| 7217 | NOTICE of Change of Firm Affiliation of Jason M. Lindner by Jason S. Hartley (Hartley, Jason) (Entered: 06/05/2018) | 06/05/2018 |
| | ORDER re 7213 Letter -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 6/5/2018. (Drake, Shaw) (Entered: 06/05/2018) | 06/05/2018 |
| | ORDER re 7214 Letter MOTION to Compel -- Non-party American Express Company is respectfully directed to respond to the plaintiffs' letter motion, docket entry 7214 , by June 7, 2018. Ordered by Magistrate Judge James Orenstein on 6/5/2018. (Drake, Shaw) (Entered: 06/05/2018) | 06/05/2018 |
| | ORDER granting 7212 Motion to Withdraw as Attorney -- The application is granted; attorney Nicolas W. Steenland terminated. Ordered by Magistrate Judge James Orenstein on 6/5/2018. (Drake, Shaw) (Entered: 06/05/2018) | 06/05/2018 |
| 7218 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Motion To Compel, # 2 Exhibits A through K) (Shinder, Jeffrey) (Entered: 06/07/2018) | 06/07/2018 |
| 7219 | RESPONSE in Opposition re 7214 Letter MOTION to Compel Non-Party American Express Companys Production of Documents filed by American Express Co., American Express Travel Related Services Company, Inc.. (Attachments: # 1 Exhibit A) (Leraris, Rory) (Entered: 06/07/2018) | 06/07/2018 |
| 7220 | STIPULATION re: Dollar General Action by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/08/2018) | 06/08/2018 |
| 7221 | Letter MOTION to Compel by 7-Eleven Inc.. (Attachments: # 1 Exhibits A through K) (Shinder, Jeffrey) (Entered: 06/08/2018) | 06/08/2018 |
| | ORDER granting 7218 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 6/8/2018. (Drake, Shaw) (Entered: 06/08/2018) | 06/08/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER re 7220 Stipulation -- The stipulation, docket entry 7220 , is so ordered. (a) The deadline for fact discovery of the plaintiffs in the Dollar General Action shall be extended to and including August 17, 2018; (b) the deadline for the plaintiffs in the Dollar General Action to seek from defendants written information and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to the plaintiffs in the Dollar General Action, shall be extended to and including August 17, 2018; (c) all other case deadlines, including without limitation the deadline for fact discovery not otherwise addressed in clause (b) of the defendants in the Dollar General Action, shall remain unchanged; and (d) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 6/8/2018. (Drake, Shaw) (Entered: 06/08/2018) | 06/08/2018 |
|  | ORDER re 7221 Letter MOTION to Compel filed by 7-Eleven Inc -- Capital One Financial Corporation is respectfully directed to respond to the plaintiffs' letter motion, docket entry 7221 , by June 13, 2018. Ordered by Magistrate Judge James Orenstein on 6/11/2018. (Drake, Shaw) (Entered: 06/11/2018) | 06/11/2018 |
| 7222 | Letter to Judge Orenstein regarding motion to compel ECF No. 7221 by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 06/12/2018) | 06/12/2018 |
|  | ORDER terminating 7221 Motion to Compel - The motion is terminated. See docket entry 7222 . Ordered by Magistrate Judge James Orenstein on 6/12/2018. (Drake, Shaw) (Entered: 06/12/2018) | 06/12/2018 |
| 7223 | MOTION to Seal Letter by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Letter) (Vizas, Robert) (Entered: 06/26/2018) | 06/26/2018 |
| 7224 | Letter by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 06/27/2018) | 06/27/2018 |
| 7225 | STIPULATION by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 06/27/2018) | 06/27/2018 |
| 7226 | MOTION to Withdraw as Attorney from Receiving Electronic Filings Related to Cases by Keila Ravelo. (Sadow, Steven) (Entered: 06/27/2018) | 06/27/2018 |
|  | ORDER granting 7223 Motion to Seal -- The application to file under seal is granted. Ordered by Magistrate Judge James Orenstein on 6/27/2018. (Drake, Shaw) (Entered: 06/27/2018) | 06/27/2018 |
|  | ORDER re 7225 Stipulation -- The stipulation and proposed order, docket entry ("DE") 7225 , is so ordered. The parties agree to endeavor to reach an agreement before the next status conference on July 17, 2018 on reciprocal reasonable limits on the number of requests for admission and contention interrogatories that may be served during the time periods described in the Stipulation and Order dated April 17, 2018, DE 7189 . The parties agree to provide the Court with an update regarding this issue in the July 10, 2018 status report. All other case deadlines ordered by the Court shall remain unchanged, and no party may use this stipulation and extension of time as a basis to extend any other case deadline. Ordered by Magistrate Judge James Orenstein on 6/27/2018. (Drake, Shaw) (Entered: 06/27/2018) | 06/27/2018 |
|  | CORRECTED ORDER granting 7226 Motion -- The application is granted; the Clerk of Court is respectfully directed to update the docket in this action so that attorney STEVEN H. SADOW no longer receive electronic filings in this case. Ordered by Magistrate Judge James Orenstein on 6/27/2018. (Drake, Shaw) Modified on 6/28/2018 (Guy, Alicia). (Entered: 06/27/2018) | 06/27/2018 |
| 7227 | MOTION to Withdraw as Attorney by Metropolitan Transportation Authority. (Russo, Daniel) (Entered: 07/02/2018) | 07/02/2018 |
|  | ORDER granting 7227 Motion to Withdraw as Attorney -- The application is granted; attorney Helene Fromm terminated. Ordered by Magistrate Judge James Orenstein on 7/2/2018. (Drake, Shaw) (Entered: 07/02/2018) | 07/02/2018 |
| 7228 | Letter MOTION for Extension of Time to File Status Report (On Consent) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 07/10/2018) | 07/10/2018 |
|  | ORDER granting 7228 Motion for Extension of Time to File -- The application is granted; the parties shall file a joint status report by July 12, 2018. Ordered by Magistrate Judge James Orenstein on 7/10/2018. (Drake, Shaw) (Entered: 07/10/2018) | 07/10/2018 |
| 7229 | STATUS REPORT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 07/12/2018) | 07/12/2018 |
|  | ORDER re 7229 Status Report -- The status conference previously scheduled for July 17, 2018 is cancelled. The requested extension is granted on consent: plaintiffs' expert reports and class certification motions, including any expert report(s) in support of class certification, to be served by October 5, 2018; defendants' expert reports, and all parties' expert reports in opposition to class certification, to be served by April 4, 2019; plaintiffs' rebuttal expert reports, including any expert report(s) in support of class certification, to be served by July 5, 2019; and all expert depositions to be completed by October 4, 2019. Ordered by Magistrate Judge James Orenstein on 7/13/2018. (Drake, Shaw) (Entered: 07/13/2018) | 07/13/2018 |
| 7230 | STIPULATION AND PROPOSED ORDER by 7-Eleven Inc. (Glist, Adam) (Entered: 07/19/2018) | 07/19/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7230 Stipulation -- The stipulation and proposed order, docket entry 7230 , is so ordered. The deadline for completing the depositions enumerated in Appendix A shall be extended to August 17, 2018 (with two exceptions noted in Appendix A). The inclusion of a deposition in Appendix A does not indicate the parties assent to that deposition, and the parties preserve all objections to any such deposition. Plaintiffs shall be permitted to supplement calculations in tables attached to their opening expert reports utilizing 2017 data for up to 60 days after receipt of that data, regardless of whether they do so after the October 5, 2018 deadline for service of those reports. This Order does not permit any other changes to plaintiffs opening expert reports after the October 5, 2018 deadline. This Order does not affect the parties duty to supplement under Fed. R. Civ. P. 26. All expert depositions shall be limited to one deposition per expert without waiver to any partys right to seek a multiple-day deposition. Ordered by Magistrate Judge James Orenstein on 7/19/2018. (Drake, Shaw) (Entered: 07/19/2018) | 07/19/2018 |
| 7231 | Letter re Proposed Status Conference Dates by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Shuster, Michael) (Entered: 07/20/2018) | 07/20/2018 |
| | SCHEDULING ORDER re 7231 Letter -- I will hold status conferences (with joint status report due five business days in advance) as follows: September 13, 2018, at 1:00 p.m.; November 1, 2018, at 1:00 p.m.; December 13, 2018, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 7/23/2018. (Drake, Shaw) (Entered: 07/23/2018) | 07/23/2018 |
| 7232 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Notice of Withdrawal as Counsel of Record (Lawyer, Stanton) (Entered: 08/03/2018) | 08/03/2018 |
| | ORDER re 7232 Notice(Other) -- The application is granted; attorney Stanton M.B. Lawyer terminated. Ordered by Magistrate Judge James Orenstein on 8/3/2018. (Drake, Shaw) (Entered: 08/03/2018) | 08/03/2018 |
| 7233 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/09/2018) | 08/09/2018 |
| | ORDER re 7233 Stipulation -- The stipulation, docket entry 7233 , is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents in response to targeted document request, and to commence production of documents in response to non-targeted documents requests, shall be extended to and including October 10, 2018. The deadline for obtaining fact discovery of each remaining plaintiff in the Delta Action shall be extended to and including November 28, 2018. All other case deadlines ordered by the Court, including without limitation the deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged. No party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 8/9/2018. (Drake, Shaw) (Entered: 08/09/2018) | 08/09/2018 |
| 7234 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated / Notice of Withdrawal as Counsel of Record for Sasha Freedman (Attachments: # 1 Declaration of Sasha Freedman) (Freedman, Sasha) (Entered: 08/10/2018) | 08/10/2018 |
| 7235 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/10/2018) | 08/10/2018 |
| | ORDER re 7234 Notice(Other) -- The application is granted; attorney Sasha Freedman terminated. Ordered by Magistrate Judge James Orenstein on 8/10/2018. (Drake, Shaw) (Entered: 08/10/2018) | 08/10/2018 |
| | ORDER re 7235 Stipulation -- The stipulation, docket entry 7235 , is so ordered. The deadline for obtaining fact discovery of the Plaintiffs (Sunoco Retail LLC, Aloha Petroleum, Ltd., and Susser Holdings Corporation) shall be extended to and including November 28, 2018. All other case deadlines ordered by the Court, including without limitation the deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged. No party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 8/10/2018. (Drake, Shaw) (Entered: 08/10/2018) | 08/10/2018 |
| 7236 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/15/2018) | 08/15/2018 |
| | ORDER re 7236 Stipulation -- The stipulation, docket entry 7236 , is so ordered. (a) The deadline for fact discovery of the plaintiffs in the Dollar General Action shall be extended to and including September 21, 2018; (b) the deadline for the plaintiffs in the Dollar General Action to seek from defendants written information and documents from existing collections in MDL 1720 and other discrete documents that can be readily located without email searches, and which information and documents related specifically to the plaintiffs in the Dollar General Action, shall be extended to and including September 21, 2018; (c) all other case deadlines, including without limitation the deadline for completion of fact discovery not otherwise addressed in clause (b) of the defendants in the Dollar General Action, shall remain unchanged; (d) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 8/15/2018. (Drake, Shaw) (Entered: 08/15/2018) | 08/15/2018 |
| 7237 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 08/17/2018) | 08/17/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7238 | MOTION to Withdraw as Attorney (Tracy N. LeRoy) by Citibank N A, Citicorp, Citigroup Inc, Citibank N.A.. (Attachments: # 1 Declaration of Tracy N. LeRoy) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Nagin, Benjamin) (Entered: 08/17/2018) | 08/17/2018 |
| 7239 | Letter re Subpoena to ALDI Inc. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:18-cv-04568-MKB-JO (Kaminsky, Blair) (Entered: 08/17/2018) | 08/17/2018 |
| | ORDER granting 7238 Motion to Withdraw as Attorney -- The application is granted; attorney Tracy N. LeRoy terminated. Ordered by Magistrate Judge James Orenstein on 8/20/2018. (Drake, Shaw) (Entered: 08/20/2018) | 08/20/2018 |
| 7240 | NOTICE of Change of Firm Name and Address by H. Laddie Montague (Montague, H.) (Entered: 08/28/2018) | 08/28/2018 |
| 7241 | NOTICE of Change of Firm Name and Address by Michael J. Kane (Kane, Michael) (Entered: 08/28/2018) | 08/28/2018 |
| 7242 | NOTICE of Change of Firm Name and Address by Merrill G. Davidoff (Davidoff, Merrill) (Entered: 08/28/2018) | 08/28/2018 |
| 7243 | Letter dated August 28, 2018 from (b)(3) Class Counsel requesting approval of the 2018 3Q Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 08/28/2018) | 08/28/2018 |
| | ORDER re 7243 Letter -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 8/28/2018. (Drake, Shaw) (Entered: 08/28/2018) | 08/28/2018 |
| 7244 | MEMORANDUM AND ORDER: The Court finds that the amendments to the Class Complaint relate back to the original pleadings, and that American Pipe tolling applies to the amended claims by Direct Action Plaintiffs. The Court sets aside Judge Orenstein's decision to the contrary. Ordered by Judge Margo K. Brodie on 8/29/2018. (Brucella, Michelle) (Entered: 08/30/2018) | 08/30/2018 |
| 7245 | NOTICE of Appearance by Mitchell A. Tobias on behalf of Chico's FAS, Inc., Abercrombie & Fitch Co., American Signature, Inc., Ascena Retail Group, Inc., Big Lots Stores, Inc., Bon-Ton Stores, Inc., J.C. Penney Corporation, Inc., Kohl's Corporation, L Brands, Inc., Luxottica U.S. Holdings Corp., Macy's, Inc., Office Depot, Inc., OfficeMax Incorporated, Saks Incorporated, Staples, Inc., TJX Companies, Inc., Target Corporation (aty to be noticed) (Tobias, Mitchell) (Entered: 09/04/2018) | 09/04/2018 |
| 7246 | Letter MOTION for Extension of Time to File Status Report (On Consent) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 09/06/2018) | 09/06/2018 |
| 7247 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on April 19, 2018, before Judge James Orenstein. Court Reporter/Transcriber Georgette K. Betts, Telephone number 718-804-2777. Email address: Georgette_Betts@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/28/2018. Redacted Transcript Deadline set for 10/8/2018. Release of Transcript Restriction set for 12/6/2018. (Betts, Georgette) (Entered: 09/07/2018) | 09/07/2018 |
| 7248 | Letter MOTION for Leave to Electronically File Document under Seal by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Letter) (Vizas, Robert) (Entered: 09/07/2018) | 09/07/2018 |
| 7249 | STATUS REPORT Joint Status Report by All Parties by 7-Eleven Inc. (Glist, Adam) (Entered: 09/07/2018) | 09/07/2018 |
| | ORDER granting 7246 Motion for Extension of Time to File -- The motion is granted. The parties' joint status report is due September 7, 2018. Ordered by Magistrate Judge James Orenstein on 9/7/2018. (Drake, Shaw) (Entered: 09/07/2018) | 09/07/2018 |
| 7250 | Letter filed under seal by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 09/10/2018) | 09/10/2018 |
| | ORDER granting 7248 Motion for Leave to Electronically File Document under Seal -- The application to file under seal is granted. Ordered by Magistrate Judge James Orenstein on 9/10/2018. (Drake, Shaw) (Entered: 09/10/2018) | 09/10/2018 |
| 7251 | Letter MOTION to Adjourn Conference by all parties re: September 13, 2018 Status Conference by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 09/11/2018) | 09/11/2018 |
| | ORDER granting 7251 Motion to Adjourn Conference -- The status conference previously scheduled for September 13, 2018, is cancelled. Ordered by Magistrate Judge James Orenstein on 9/11/2018. (Drake, Shaw) (Entered: 09/11/2018) | 09/11/2018 |
| 7252 | Letter MOTION for Extension of Time to File Answer by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 09/13/2018) | 09/13/2018 |
| 7253 | NOTICE by PNC Bank National Association of Assignment (Snyder, Jennifer) (Entered: 09/14/2018) | 09/14/2018 |
| | ORDER granting 7252 Motion for Extension of Time to Answer -- The application is granted on consent; the defendants shall answer, move, or otherwise respond to those pending complaints and amended complaints to which a response is due by October 11, 2018. Ordered by Magistrate Judge James Orenstein on 9/14/2018. (Guy, Alicia) (Entered: 09/14/2018) | 09/14/2018 |
| 7254 | Letter from Class Counsel Requesting Approval of Settlement Administrative Costs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 09/17/2018) | 09/17/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7254 Letter -- The Class Administrator's request for funding from the Payment Interchange Class I Qualified Settlement Fund and the Class Settlement Interchange Escrow Account is so ordered. Ordered by Magistrate Judge James Orenstein on 9/17/2018. (Roantree, Bronwyn) (Entered: 09/17/2018) | 09/17/2018 |
| 7255 | MEMORANDUM AND ORDER: For the reasons set forth in the attached, the Court adopts the Report and Recommendation and denies Plaintiff's motion to remand the case to state court. Ordered by Judge Margo K. Brodie on 9/18/2018. Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Brucella, Michelle) (Entered: 09/18/2018) | 09/18/2018 |
| 7256 | Letter MOTION for Leave to File Excess Pages by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 09/18/2018) | 09/18/2018 |
| 7257 | MOTION for Settlement [Rule 23(b)(3) Class Plaintiffs' Motion for Class Settlement Preliminary Approval] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1_Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants and Appendices A-J, # 3 Declaration of K. Craig Wildfang in support thereof and Exhibits 1-7, # 4 Declaration of Eric Green in support thereof, # 5 Declaration of the Honorable Edward A. Infante in support thereof) (Bernay, Alexandra) (Entered: 09/18/2018) | 09/18/2018 |
| 7258 | STIPULATION and PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 09/21/2018) | 09/21/2018 |
| | ORDER granting 7256 Motion for Leave to File Excess Pages. Ordered by Judge Margo K. Brodie on 9/21/2018. (Brucella, Michelle) (Entered: 09/21/2018) | 09/21/2018 |
| | ORDER re 7258 Stipulation -- The stipulation, docket entry 7258 , is so ordered. (a) The deadline for fact discovery of the plaintiffs NATM Buying Corporation and Expedia in the Dollar General Action shall be extended to and including October 30, 2018; (b) all other deadlines shall remain unchanged; (c) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 09/24/2018. (Roantree, Bronwyn) (Entered: 09/24/2018) | 09/24/2018 |
| 7259 | Letter from Class Counsel regarding entry of order with respect to certain third-party claims filing entities by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Proposed Order Regarding Third-Party Claims Filing Services) (Bernay, Alexandra) (Entered: 09/25/2018) | 09/25/2018 |
| 7260 | ORDER approving 7259 Letter regarding third-party claims filing services. Ordered by Judge Margo K. Brodie on 9/26/2018. (Brucella, Michelle) (Entered: 09/26/2018) | 09/26/2018 |
| 7261 | STIPULATION AND [PROPOSED] ORDER by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Barry's Cut Rate Stores Inc., Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC, Town Kitchen, LLC d/b/a Town Kitchen & Bar (Eisler, Robert) (Entered: 10/03/2018) | 10/03/2018 |
| 7262 | MOTION to Withdraw as Attorney by Wal-Mart Stores, Inc.. (Attachments: # 1 Proposed Order) (Hansen, Drew) (Entered: 10/03/2018) | 10/03/2018 |
| | ORDER re 7261 The stipulation is so ordered. The plaintiffs' class certification motion, and any materials in support thereof, and the plaintiffs' initial expert reports as to class certification, are to be served by November 1, 2018. The defendants' answers, motions or other responses to the complaint are to be filed by November 1, 2018. Ordered by Magistrate Judge James Orenstein on 10/3/2018. (Roantree, Bronwyn) (Entered: 10/03/2018) | 10/03/2018 |
| | ORDER granting 7262 Motion to Withdraw as Attorney -- The motion is granted; attorney Drew Hansen terminated. Ordered by Magistrate Judge James Orenstein on 10/3/2018. (Roantree, Bronwyn) (Entered: 10/03/2018) | 10/03/2018 |
| 7263 | Letter from Matthew Eisenstein Attaching Declarations of Services of the Notices Required by the Class Action Fairness Act on Behalf of All Defendants. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) (Mason, Robert) (Entered: 10/04/2018) | 10/04/2018 |
| 7264 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/08/2018) | 10/08/2018 |
| 7265 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/09/2018) | 10/09/2018 |
| 7266 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/09/2018) | 10/09/2018 |
| | ORDER re 7264 Stipulation -- The stipulation, docket entry 7264 , is so ordered. Ordered by Magistrate Judge James Orenstein on 10/9/2018. (Roantree, Bronwyn) (Entered: 10/09/2018) | 10/09/2018 |
| | ORDER re 7266 Stipulation -- The stipulation, docket entry 7266 , is so ordered; the deadline for obtaining fact discovery of the plaintiffs Sunoco Retail LLC, Aloha Petroleum, Ltd., and Susser Holdings Corporation shall be extended to January 29, 2019. Ordered by Magistrate Judge James Orenstein on 10/9/2018. (Roantree, Bronwyn) (Entered: 10/09/2018) | 10/09/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7265 Stipulation -- The stipulation, docket entry 7265 , is so ordered. The time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents in response to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including December 10, 2018. The deadline for obtaining fact discovery of each remaining plaintiff in the Delta Action shall be extended to and including January 28, 2019. Ordered by Magistrate Judge James Orenstein on 10/9/2018. (Roantree, Bronwyn) (Entered: 10/09/2018) | 10/09/2018 |
| 7267 | ANSWER to (7115 in 1:05-md-01720-MKB-JO) Amended Complaint, by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-04766-MKB-JO (Gallo, Kenneth) (Entered: 10/11/2018) | 10/11/2018 |
| 7268 | ANSWER to (7112 in 1:05-md-01720-MKB-JO) 1 - Sealed Document CV,, Amended Complaint, by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Gallo, Kenneth) (Entered: 10/11/2018) | 10/11/2018 |
| 7269 | Letter to the court, dated October 11, 2018 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 10/11/2018) | 10/11/2018 |
| 7270 | Letter to the Court, dated October 11, 2018 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/11/2018) | 10/11/2018 |
| 7271 | Letter MOTION for pre motion conference to Honorable Margo K. Brodie by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citigroup Inc, FIA Card Services, N.A., Citicorp Payments Services, Inc., Bank Of America, N.A., Bank of America Corporation, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A.. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:16-cv-05507-MKB-JO, 1:17-cv-03531-MKB-JO, 1:17-cv-05988-MKB-JO (Greene, Peter) (Entered: 10/11/2018) | 10/11/2018 |
| | ORDER: In response to Defendants' request for a pre-motion conference, plaintiffs shall file a response no later than October 18, 2018. Consistent with the Court's rules, Defendants are not required to file an answer at this time. Ordered by Judge Margo K. Brodie on 10/12/2018. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:16-cv-05507-MKB-JO, 1:17-cv-03531-MKB-JO, 1:17-cv-05988-MKB-JO (Brucella, Michelle) (Entered: 10/12/2018) | 10/12/2018 |
| 7272 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on October 19, 2017, before Judge Orenstein. Court Reporter/Transcriber Charleane M. Heading, Telephone number 718-613-2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 11/8/2018. Redacted Transcript Deadline set for 11/19/2018. Release of Transcript Restriction set for 1/16/2019. (Heading, Charleane) (Entered: 10/18/2018) | 10/18/2018 |
| 7273 | Letter Joint Motion Requesting Extension of Time to Respond to Defendants' Request for Pre-Motion Conference by Dollar General Corporation, Expedia, Inc., Natm Buying Corporation, Tractor Supply Company (Germaine, David) (Entered: 10/18/2018) | 10/18/2018 |
| | ORDER re 7273 Letter Requesting Extension of Time to Respond to Defendants' Request for Pre-Motion Conference until November 8, 2018: The application is granted. Ordered by Judge Margo K. Brodie on 10/18/2018. (Brucella, Michelle) (Entered: 10/18/2018) | 10/18/2018 |
| 7274 | MOTION to Appear Pro Hac Vice as to Kara F. Kennedy; Fee: $150, Receipt No. ANYEDC-10850968 by Suntrust Bank, Suntrust Banks Inc. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Proposed Order, # 4 Receipt of Payment) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Lee, Tiffeny) (Entered: 10/19/2018) | 10/19/2018 |
| 7275 | Letter MOTION for Extension of Time to File Answer (Request to Extend deadline to November 26, 2018) by HSBC Finance Corporation, HSBC North America Holdings Inc. (Lesser, David) (Entered: 10/19/2018) | 10/19/2018 |
| | ORDER granting (7274) Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Kara F. Kennedy is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 10/22/2018. (Roantree, Bronwyn) (Entered: 10/22/2018) | 10/22/2018 |
| | ORDER granting 7275 Motion for Extension of Time to Answer -- The application is granted on consent; all defendants shall answer or otherwise respond to the complaint by November 26, 2018. Ordered by Magistrate Judge James Orenstein on 10/22/2018. (Roantree, Bronwyn) (Entered: 10/22/2018) | 10/22/2018 |
| | SCHEDULING ORDER: A Status Conference is set for November 1, 2018 at 1:00 PM in Courtroom 6F North before Judge Margo K. Brodie. Ordered by Judge Margo K. Brodie on 10/24/2018. (Brucella, Michelle) (Entered: 10/24/2018) | 10/24/2018 |
| 7276 | STATUS REPORT / Joint Status Report by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 10/25/2018) | 10/25/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7277 | NOTICE of Appearance by Kara Kennedy on behalf of Suntrust Bank, Suntrust Banks Inc (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Kennedy, Kara) (Entered: 10/26/2018) | 10/26/2018 |
| 7278 | STIPULATION re: deadlines for November submissions by Equitable Relief Class (Nussbaum, Linda) (Entered: 10/29/2018) | 10/29/2018 |
| 7279 | NOTICE of Appearance by Steve W. Berman on behalf of Fikes Wholesale, Inc., Reid Petroleum Corp., Sampson-Bladen Oil Company, Inc., Vintners Distributors, Inc. (aty to be noticed) (Berman, Steve) (Entered: 10/30/2018) | 10/30/2018 |
| 7280 | Letter by Fikes Wholesale, Inc., Reid Petroleum Corp., Sampson-Bladen Oil Company, Inc., Vintners Distributors, Inc. (Berman, Steve) (Entered: 10/30/2018) | 10/30/2018 |
| | ORDER re 7278 Stipulation -- The stipulation is so ordered; in the Barry's Action the following shall be served no later than November 15, 2018: the plaintiffs' class certification motion and any materials in support thereof, the plaintiffs' initial expert reports as to class certification, and the defendants' answers, motions or other responses to the complaint. Ordered by Magistrate Judge James Orenstein on 10/30/2018. (Roantree, Bronwyn) (Entered: 10/30/2018) | 10/30/2018 |
| 7281 | Letter MOTION to Stay by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Barry's Cut Rate Stores Inc., Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC, Town Kitchen, LLC d/b/a Town Kitchen & Bar. (Eisler, Robert) (Entered: 10/31/2018) | 10/31/2018 |
| 7282 | NOTICE of Appearance by Steve W. Berman on behalf of Fikes Wholesale, Inc., Reid Petroleum Corp., Sampson-Bladen Oil Company, Inc., Vintners Distributors, Inc. (notification declined or already on case) (Berman, Steve) (Entered: 10/31/2018) | 10/31/2018 |
| 7283 | Letter On behalf of the Bank Defendants by Citibank (South Dakota), N.A., Citibank N A, Citicorp, Citigroup Inc (Attachments: # 1 Exhibit A) (Nagin, Benjamin) (Entered: 10/31/2018) | 10/31/2018 |
| 7284 | RESPONSE in Opposition re 7281 Letter MOTION to Stay Class Certification Briefing filed by Target Corporation. (Broz, Alycia) (Entered: 10/31/2018) | 10/31/2018 |
| 7285 | Corrected Minute Entry for proceedings held before Judge Margo K. Brodie and Magistrate Judge James Orenstein: Status Conference held on 11/1/2018. SCHEDULING: (1) A hearing on the motion for preliminary approval of a proposed class settlement, if necessary, will be held on November 29, 2018, at 1:00 p.m. (2) The next status conference will be held on December 13, 2018, at 1:00 p.m. SUMMARY: (1)The Rule 23(b)(3) Class Plaintiffs will submit a letter response to the Branded Operators' objections to preliminary approval of the proposed class settlement by November 15, 2018. In the event the court decides to convene a hearing on the motion, the parties will submit a status report no later than November 27, 2018, so that any outstanding discovery matters can be addressed on the same date. (2) The motion by Barry's Cut Rate Stores to stay class certification briefing for six months was granted. (3) The plaintiffs' motion to compel non-party American Express to disclose its experts' reports was denied. (4) The parties to the cross-motions relating to defendant Visa's subpoena to non-party ALDI will confer and submit a proposed argument date. (Court Reporter Sophie Nolan (718) 613-2622.) (Attachments: # 1 Appearances) (Guy, Alicia) (Main Document 7285 replaced on 11/2/2018) (Guy, Alicia). Modified on 11/2/2018 to correct the error made to the ruling on the motion to compel (Guy, Alicia). (Entered: 11/01/2018) | 11/01/2018 |
| | ORDER denying 7214 Motion to Compel non-party American Express to disclose its experts' reports; granting 7281 Motion to Stay class certification briefing for six months -- See docket entry 7285 . Ordered by Magistrate Judge James Orenstein on 11/1/2018. (Guy, Alicia) Modified in accordance with the correction made to the ruling on the motion to compel (DE 7214) on 11/2/2018 (Guy, Alicia). (Entered: 11/01/2018) | 11/01/2018 |
| 7286 | Letter re Proposed Argument Dates by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:18-cv-04568-MKB-JO (Kaminsky, Blair) (Entered: 11/06/2018) | 11/06/2018 |
| | ORDER re 7280 : Any objections to the proposed class settlement for preliminary approval must be filed, in writing, on or before November 20, 2018. Ordered by Judge Margo K. Brodie on 11/6/2018. (Brucella, Michelle) (Entered: 11/06/2018) | 11/06/2018 |
| 7287 | Letter MOTION for pre motion conference by Capital One Bank, (USA), N.A., Capital One Financial Corp, Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank (South Dakota), N.A., Citibank N A, Citicorp, Citigroup Inc, BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Wells Fargo & Company. (Greene, Peter) (Entered: 11/07/2018) | 11/07/2018 |
| | SCHEDULING ORDER: re 7286 Letter -- A motion hearing will be held on November 30, 2018 at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on 11/6/2018. (Roantree, Bronwyn) (Entered: 11/07/2018) | 11/07/2018 |
| 7288 | Letter Joint Motion Requesting Extension of Time to Respond to Defendants' Request for Pre-Motion Conference by Dollar General Corporation, Expedia, Inc., Natm Buying Corporation, Tractor Supply Company (Germaine, David) (Entered: 11/08/2018) | 11/08/2018 |
| 7289 | ANSWER to Complaint / Answer to Sunoco, Inc. Plaintiff's Second Amended Complaint by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 11/08/2018) | 11/08/2018 |
| 7290 | Letter to the Court, dated November 8, 2018, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 11/08/2018) | 11/08/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7291 | Letter to the Court, dated November 8, 2018 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/08/2018) | 11/08/2018 |
| | ORDER re 7288 Letter -- The application is granted; the parties in the 7-Eleven, Roundy's, Hertz, Dollar General, and Home Depot actions that are subject to the defendants' letter request for a pre-motion conference, docket entry 7271 , shall answer or otherwise respond to the defendants' request by November 30, 2018. Ordered by Magistrate Judge James Orenstein on 11/8/2018. (Roantree, Bronwyn) (Entered: 11/08/2018) | 11/08/2018 |
| | ORDER: Plaintiffs in Barry's Cut Rate Stores Inc., et al. v. Visa, Inc., et al., shall file any response to the bank defendants' request for a pre-motion conference 7287 , in writing, on or before November 14, 2018. Ordered by Judge Margo K. Brodie on 11/8/2018. (Borochoff-Porte, Alison) (Entered: 11/08/2018) | |
| 7292 | RESPONSE in Opposition re 7287 Letter MOTION for pre motion conference filed by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Barry's Cut Rate Stores Inc., Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC, Town Kitchen, LLC d/b/a Town Kitchen & Bar. (Thomas, Frazar) (Entered: 11/14/2018) | 11/14/2018 |
| 7293 | ANSWER to 6892 Complaint,,,, by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 11/15/2018) | 11/15/2018 |
| 7294 | Letter Rule 23(b)(3) Class Counsel's response to Branded Operators' letter of October 30 (Dkt. 7280) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Montague, H.) (Entered: 11/15/2018) | 11/15/2018 |
| 7295 | Letter MOTION TO COMPEL by Rule 23(b)(3) Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Kane, Michael) (Entered: 11/15/2018) | 11/15/2018 |
| 7296 | ANSWER to 6892 Complaint,,,, by Visa Inc.. (Mason, Robert) (Entered: 11/15/2018) | 11/15/2018 |
| 7297 | Letter from Rule 23(b)(3) Class Plaintiffs re Withdrawal of Motion to Compel (Dkt. 7295) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Kane, Michael) (Entered: 11/16/2018) | 11/16/2018 |
| | ORDER re 7295 Letter -- Third party Global Payments Direct, Inc. is respectfully directed to respond to class plaintiffs' letter, docket entry 7295 , by November 19, 2018. Plaintiffs are respectfully directed to serve a copy of this order on Global Payments Direct, Inc. Ordered by Magistrate Judge James Orenstein on 11/16/2018. (Roantree, Bronwyn) (Entered: 11/16/2018) | 11/16/2018 |
| | CORRECTED ORDER re 7295 Letter -- Third party Global Payments Direct, Inc. is respectfully directed to respond to class plaintiffs' letter, docket entry 7295 , by November 20, 2018. Plaintiffs are respectfully directed to serve a copy of this order on Global Payments Direct, Inc. Ordered by Magistrate Judge James Orenstein on 11/16/2018. (Roantree, Bronwyn) (Entered: 11/16/2018) | 11/16/2018 |
| | ORDER withdrawing 7295 Letter Motion to Compel filed by Rule 23(b)(3) Class Plaintiffs by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- See docket entry 7297 . Ordered by Magistrate Judge James Orenstein on 11/16/2018. (Roantree, Bronwyn) (Entered: 11/16/2018) | 11/16/2018 |
| 7298 | STIPULATION [JOINT] AND [PROPOSED] ORDER CONCERNING INFORMATION PROVIDED BY PAYMENTECH, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 11/20/2018) | 11/20/2018 |
| 7299 | Objection to Class Action Settlement filed by Leathers Enterprises, Inc.. (Henderson, Nicholas) (Entered: 11/20/2018) | 11/20/2018 |
| 7300 | Objection to 7257 MOTION for Settlement [Rule 23(b)(3) Class Plaintiffs' Motion for Class Settlement Preliminary Approval] Class Action Settlement filed by Fikes Wholesale, Inc., Midwest Petroleum Company, Slidell Oil Company, LLC. (Attachments: # 1 Declaration of Steve W. Berman, # 2 Exhibit A, # 3 Exhibit B, # 4 Declaration of Tate A. Seideman, # 5 Exhibit B, # 6 Declaration of Brian Baker, # 7 Declaration of Donald W. McNutt) (Berman, Steve) (Attachment 2 identified as malformed and replaced on 9/2/2021) (Lee, Tiffeny). (Entered: 11/20/2018) | 11/20/2018 |
| 7301 | Objection to 7257 MOTION for Settlement [Rule 23(b)(3) Class Plaintiffs' Motion for Class Settlement Preliminary Approval] Class Action Settlement filed by National Association of Shell Marketers, Inc., Petroleum Marketers Association of America, Society of Independent Gasoline Marketers of America. (Berman, Steve) (Entered: 11/20/2018) | 11/20/2018 |
| | ORDER re 7298 Stipulation -- The stipulation and order concerning information provided by Paymentech, LLC, docket entry 7298 , is so ordered. Ordered by Magistrate Judge James Orenstein on 11/20/2018. (Roantree, Bronwyn) (Entered: 11/20/2018) | 11/20/2018 |
| 7302 | MOTION to Appear Pro Hac Vice Related Actions 05-cv-5207, 05-cv-5319, 05-cv-5868, 05-cv-4520, 05-cv-4521, 05-cv-5071 and 17-cv-4555 Filing fee $ 150, receipt number ANYEDC-10959891. by Suntrust Bank, Suntrust Banks Inc. (Attachments: # 1 Affidavit of Austin Lomax, # 2 Certificate of Good Standing, # 3 Proposed Order) (Lomax, Austin) (Entered: 11/21/2018) | 11/21/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7302 Motion for Leave to Appear Pro Hac Vice -- Attorney Austin L. Lomax, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate, and shall file a notice of appearance. Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Ordered by Magistrate Judge James Orenstein on 11/21/2018. (Roantree, Bronwyn) (Entered: 11/21/2018) | 11/21/2018 |
| 7303 | Letter Rule 23(b)(3) Class Counsel's Response to Objections to Class Settlement Dkts. 7299, 7300, 7301 and in further support of Dkt. 7257 and 7294 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/23/2018) | 11/23/2018 |
| 7304 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 9-23-14, before Judge Orenstein. Court Reporter/Transcriber M.Nardone, Telephone number 718-613-2601. Email address: mishrpr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 12/17/2018. Redacted Transcript Deadline set for 12/27/2018. Release of Transcript Restriction set for 2/25/2019. (Nardone, Michele) (Entered: 11/26/2018) | 11/26/2018 |
| 7305 | Notice of MOTION to Appear Pro Hac Vice Jana Eisinger Filing fee $ 150, receipt number ANYEDC-10966998. by Fikes Wholesale, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit) (Eisinger, Jana) (Entered: 11/26/2018) | 11/26/2018 |
| 7306 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-10969639. by National Association of Shell Marketers, Inc.. (Taylor, William) (Entered: 11/27/2018) | 11/27/2018 |
| 7307 | NOTICE of Appearance by Jana Eisinger on behalf of Fikes Wholesale, Inc. (notification declined or already on case) (Eisinger, Jana) (Entered: 11/27/2018) | 11/27/2018 |
| 7308 | NOTICE of Appearance by Austin Lomax on behalf of Suntrust Bank, Suntrust Banks Inc (notification declined or already on case) (Lomax, Austin) (Entered: 11/27/2018) | 11/27/2018 |
| | ORDER granting 7305 Motion for Leave to Appear Pro Hac Vice -- Attorney Jana Eisinger, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate, and shall file a notice of appearance. Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Ordered by Magistrate Judge James Orenstein on 11/27/2018. (Roantree, Bronwyn) (Entered: 11/27/2018) | 11/27/2018 |
| | SCHEDULING ORDER: The Court will hold a class settlement preliminary approval hearing on Thursday, December 6, 2018 at 2:00 p.m. No hearing will be held on the tentatively scheduled date of November 29, 2018. The parties should be prepared to discuss the Memorandum in Support of Class Settlement Preliminary Approval [7257-1] and the terms of the Superseding and Amended Definitive Class Settlement Agreement [7257-2]. In particular, the parties should be prepared to discuss the terms of the Release and Covenant Not to Sue, and whether those terms comport with (1) the Second Circuit's "identical factual predicate" test, and (2) public policy against the prospective waiver of antitrust claims. The parties should also be prepared to discuss the objections raised by the Branded Operators in their Memorandum in Opposition to Preliminary Approval of Class Settlement 7300 .Ordered by Judge Margo K. Brodie on 11/27/2018. (ABP) (Entered: 11/27/2018) | 11/27/2018 |
| 7309 | NOTICE of Appearance by William L Taylor on behalf of National Association of Shell Marketers, Inc. (notification declined or already on case) (Taylor, William) (Entered: 11/30/2018) | 11/30/2018 |
| 7310 | STIPULATION Joint Stipulation and [Proposed] Order Concerning Information Provided by First Data Corporation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 11/30/2018) | 11/30/2018 |
| 7311 | STIPULATION re (88 in 1:17-cv-04555-MKB-JO) Amended Complaint by Mastercard Incorporated, Mastercard International Incorporated Associated Cases: 1:05-md-01720-MKB-JO, 1:17-cv-04555-MKB-JO (Gallo, Kenneth) (Entered: 11/30/2018) | 11/30/2018 |
| 7312 | RESPONSE to Motion re 7271 Letter MOTION for pre motion conference to Honorable Margo K. Brodie Joint Request for Extension of Time filed by Dollar General Corporation, Expedia, Inc., Natm Buying Corporation, Tractor Supply Company. (Germaine, David) (Entered: 11/30/2018) | 11/30/2018 |
| | ORDER granting 7306 Motion for Leave to Appear Pro Hac Vice -- Attorney William L. Taylor Esq. is permitted to argue or try this case in whole or in part as counsel or advocate, and shall file a notice of appearance. Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Ordered by Magistrate Judge James Orenstein on 11/30/2018. (Roantree, Bronwyn) (Entered: 11/30/2018) | 11/30/2018 |
| | SCHEDULING ORDER -- The status conference previously scheduled for December 13, 2018 is rescheduled for December 6, 2018, immediately following the 2:00 p.m. class settlement preliminary approval hearing. The parties are respectfully directed to submit a status report by December 4, 2018. The conference set for November 30, 2018 will proceed as scheduled. Ordered by Magistrate Judge James Orenstein on 11/30/2018. (Roantree, Bronwyn) (Entered: 11/30/2018) | 11/30/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7310 Stipulation Concerning Information Provided by First Data Corporation -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 11/30/2018. (Roantree, Bronwyn) (Entered: 11/30/2018) | 11/30/2018 |
| | ORDER re 7311 Stipulation -- The stipulation is so ordered: the deadline for the defendants to answer, move, or otherwise respond to the Second Amended Complaint shall be December 21, 2018; the parties will meet and confer about fact discovery; and no other deadlines established in this court's previous orders shall be affected by this order. Ordered by Magistrate Judge James Orenstein on 11/30/2018. (Roantree, Bronwyn) (Entered: 11/30/2018) | 11/30/2018 |
| | ORDER re 7312 : Plaintiffs' response to the defendants' request is extended and continued until December 21, 2018. Ordered by Judge Margo K. Brodie on 11/30/2018. (Brucella, Michelle) (Entered: 11/30/2018) | 11/30/2018 |
| 7313 | Letter to Judge Brodie from the Equitable Relief Plaintiffs re Language in Settlement Agreement by Barry's Cut Rate Stores Inc. (Eisler, Robert) (Entered: 12/03/2018) | 12/03/2018 |
| 7314 | Letter to The Honorable Margo K. Brodie and The Honorable James Orenstein re Hearing by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/04/2018) | 12/04/2018 |
| 7315 | STATUS REPORT / Joint Status Report by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 12/04/2018) | 12/04/2018 |
| 7316 | Letter To Honorable Margo K. Brodie and The Honorable James Orenstein from Class Plaintiffs re Hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/05/2018) | 12/05/2018 |
| 7317 | Letter dated December 5, 2018 from (b)(3) Class Counsel requesting approval of the 2018 4Q Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 12/05/2018) | 12/05/2018 |
| 7318 | Letter to The Honorable Judge Margo K. Brodie and Magistrate Judge James Orenstein from (b)(3) Class Counsel in response to [DE 7313] (b)(2) Class Counsel's Dec 5, 2018 Letter by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 12/05/2018) | 12/05/2018 |
| 7319 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-10999489. by PNC Bank, National Association, The PNC Financial Services Group, Inc.. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Shaffer, Conor) (Entered: 12/06/2018) | 12/06/2018 |
| 7320 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-11001057. by PNC Bank National Association, The PNC Financial Services Group, Inc.. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Mantine, Michelle) (Entered: 12/06/2018) | 12/06/2018 |
| 7327 | Minute Entry for hearing on a motion by (b)(3) class 7257 for preliminary approval of superseding settlement agreement and class certification for purposes of settlement, PMC request 7287 by Bank Defendants, and discovery extension request 7315 held before District Judge Margo K. Brodie and Magistrate Judge James Orenstein on December 6, 2018 at 2:00 p.m. Class Counsel will work with the Equitable Relief Plaintiffs to resolve the issue raised by the Equitable Relief Plaintiffs 7313 concerning the reference to injunctive, declaratory, and equitable relief in the release provisions of the superseding settlement agreement. In response to the Bank Defendants' PMC request, the Bank Defendants and Equitable Relief Plaintiffs will confer and submit a proposed briefing schedule for the motion to dismiss. The Court heard arguments from the Branded Operators on their objections [7299, 7300, 7301] to the superseding settlement agreement. Interim Class Counsel for the (b)(3) class will provide notice of the settlement to the Branded Operators. In addition, any persons, businesses, or entities that have had any claims excluded from this action will receive notice of their exclusion. The Court discussed with the parties its concerns about the release provision of the superseding settlement agreement. For the reasons discussed on the record, the parties will draft clarifying language to be included in the notice. The Court reviewed the relevant Rule 23(a), (b) and (e) factors and a summary of its reasons for finding that it is likely that it will approve the settlement and certify a class for the purposes of settlement. Interim Class Counsel will submit all relevant updated documents to the Court for review. The parties reported no discovery disputes ripe for resolution and will confer to submit proposed dates for further status conferences before Judge Orenstein. (Court Reporter Charleane Heading.) (Attachments: # 1 Appearances) (Guy, Alicia) (Entered: 12/13/2018) | 12/06/2018 |
| 7321 | MOTION to Withdraw as Attorney from ECF notifications by Keila Ravelo. Associated Cases: 1:05-md-01720-MKB-JO et al. (Lustberg, Lawrence) (Entered: 12/07/2018) | 12/07/2018 |
| | ORDER granting 7319 Motion for Leave to Appear Pro Hac Vice -- Attorney Conor M. Shaffer, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 14, 2018, Mr. Shaffer shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Shaffer shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Shaffer shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/7/2018. (Roantree, Bronwyn) (Entered: 12/07/2018) | 12/07/2018 |
| | ORDER granting 7320 Motion for Leave to Appear Pro Hac Vice -- Attorney Michelle A. Mantine, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By December 14, 2018, Ms. Mantine shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Mantine shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Mantine shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 12/7/2018. (Roantree, Bronwyn) (Entered: 12/07/2018) | 12/07/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting (180) Motion to Withdraw as Attorney in case 1:05-cv-03800-MKB-JO; granting (186) Motion to Withdraw as Attorney in case 1:05-cv-03924-MKB-JO; granting (181) Motion to Withdraw as Attorney in case 1:05-cv-03925-MKB-JO; granting (175) Motion to Withdraw as Attorney in case 1:05-cv-04131-MKB-JO; granting (203) Motion to Withdraw as Attorney in case 1:05-cv-04194-MKB-JO; granting (242) Motion to Withdraw as Attorney in case 1:05-cv-04521-MKB-JO; granting (243) Motion to Withdraw as Attorney in case 1:05-cv-04520-MKB-JO; granting (226) Motion to Withdraw as Attorney in case 1:05-cv-04650-MKB-JO; granting (162) Motion to Withdraw as Attorney in case 1:05-cv-04677-MKB-JO; granting (216) Motion to Withdraw as Attorney in case 1:05-cv-04728-MKB-JO; granting (227) Motion to Withdraw as Attorney in case 1:05-cv-04799-MKB-JO; granting (7321) Motion to Withdraw as Attorney in case 1:05-md-01720-MKB-JO; granting (169) Motion to Withdraw as Attorney in case 1:05-cv-04974-MKB-JO; granting (191) Motion to Withdraw as Attorney in case 1:05-cv-05077-MKB-JO; granting (203) Motion to Withdraw as Attorney in case 1:05-cv-05075-MKB-JO; granting (216) Motion to Withdraw as Attorney in case 1:05-cv-05073-MKB-JO; granting (193) Motion to Withdraw as Attorney in case 1:05-cv-05071-MKB-JO; granting (193) Motion to Withdraw as Attorney in case 1:05-cv-05069-MKB-JO; granting (192) Motion to Withdraw as Attorney in case 1:05-cv-05081-MKB-JO; granting (195) Motion to Withdraw as Attorney in case 1:05-cv-05083-MKB-JO; granting (192) Motion to Withdraw as Attorney in case 1:05-cv-05082-MKB-JO; granting (196) Motion to Withdraw as Attorney in case 1:05-cv-05080-MKB-JO; granting (187) Motion to Withdraw as Attorney in case 1:05-cv-05078-MKB-JO; granting (195) Motion to Withdraw as Attorney in case 1:05-cv-05076-MKB-JO; granting (192) Motion to Withdraw as Attorney in case 1:05-cv-05074-MKB-JO; granting (194) Motion to Withdraw as Attorney in case 1:05-cv-05070-MKB-JO; granting (190) Motion to Withdraw as Attorney in case 1:05-cv-05072-MKB-JO; granting (171) Motion to Withdraw as Attorney in case 1:05-cv-05153-MKB-JO; granting (238) Motion to Withdraw as Attorney in case 1:05-cv-05207-MKB-JO; granting (232) Motion to Withdraw as Attorney in case 1:05-cv-05319-MKB-JO; granting (175) Motion to Withdraw as Attorney in case 1:05-cv-05352-MKB-JO; granting (189) Motion to Withdraw as Attorney in case 1:05-cv-05866-MKB-JO; granting (127) Motion to Withdraw as Attorney in case 1:05-cv-05885-MKB-JO; granting (128) Motion to Withdraw as Attorney in case 1:05-cv-05883-MKB-JO; granting (127) Motion to Withdraw as Attorney in case 1:05-cv-05881-MKB-JO; granting (117) Motion to Withdraw as Attorney in case 1:05-cv-05869-MKB-JO; granting (123) Motion to Withdraw as Attorney in case 1:05-cv-05871-MKB-JO; granting (122) Motion to Withdraw as Attorney in case 1:05-cv-05879-MKB-JO; granting (123) Motion to Withdraw as Attorney in case 1:05-cv-05880-MKB-JO; granting (125) Motion to Withdraw as Attorney in case 1:05-cv-05870-MKB-JO; granting (129) Motion to Withdraw as Attorney in case 1:05-cv-05868-MKB-JO; granting (127) Motion to Withdraw as Attorney in case 1:05-cv-05884-MKB-JO; granting (127) Motion to Withdraw as Attorney in case 1:05-cv-05882-MKB-JO; granting (120) Motion to Withdraw as Attorney in case 1:05-cv-05878-MKB-JO; granting (126) Motion to Withdraw as Attorney in case 1:06-cv-00039-MKB-JO; granting (80) Motion to Withdraw as Attorney in case 1:06-cv-00078-MKB-JO; granting (80) Motion to Withdraw as Attorney in case 1:06-cv-01829-MKB-JO; granting (80) Motion to Withdraw as Attorney in case 1:06-cv-01830-MKB-JO; granting (80) Motion to Withdraw as Attorney in case 1:06-cv-01831-MKB-JO; granting (80) Motion to Withdraw as Attorney in case 1:06-cv-01832-MKB-JO; granting (86) Motion to Withdraw as Attorney in case 1:06-cv-02532-MKB-JO; granting (87) Motion to Withdraw as Attorney in case 1:06-cv-02534-MKB-JO; granting (69) Motion to Withdraw as Attorney in case 1:06-cv-05583-MKB-JO; granting (81) Motion to Withdraw as Attorney in case 1:06-cv-05765-MKB-JO; granting (79) Motion to Withdraw as Attorney in case 1:07-cv-00592-MKB-JO; granting (60) Motion to Withdraw as Attorney in case 1:09-cv-02264-MKB-JO; granting (60) Motion to Withdraw as Attorney in case 1:09-cv-03225-MKB-JO; granting (164) Motion to Withdraw as Attorney in case 1:13-cv-04766-MKB-JO; granting (54) Motion to Withdraw as Attorney in case 1:13-cv-05352-MKB-JO; granting (140) Motion to Withdraw as Attorney in case 1:13-cv-05745-MKB-JO; granting (128) Motion to Withdraw as Attorney in case 1:13-cv-05746-MKB-JO; granting (51) Motion to Withdraw as Attorney in case 1:14-cv-00261-MKB-JO; granting (56) Motion to Withdraw as Attorney in case 1:14-cv-05800-MKB-JO; granting (19) Motion to Withdraw as Attorney in case 1:14-cv-06450-MKB-JO; granting (26) Motion to Withdraw as Attorney in case 1:14-cv-07018-MKB-JO; granting (45) Motion to Withdraw as Attorney in case 1:16-cv-05507-MKB-JO; granting (11) Motion to Withdraw as Attorney in case 1:17-cv-03531-MKB-JO; granting (55) Motion to Withdraw as Attorney in case 1:17-cv-04362-MKB-JO; granting (90) Motion to Withdraw as Attorney in case 1:17-cv-04555-MKB-JO; granting (14) Motion to Withdraw as Attorney in case 1:17-cv-05988-MKB-JO; granting (32) Motion to Withdraw as Attorney in case 1:18-cv-04568-MKB-JO -- The application is granted; attorney Lawrence Lustberg terminated. Ordered by Magistrate Judge James Orenstein on 12/7/2018. Associated Cases: 1:05-md-01720-MKB-JO et al. (Roantree, Bronwyn) (Entered: 12/07/2018) | 12/07/2018 |
| 7322 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/10/2018) | 12/10/2018 |
| 7323 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/10/2018) | 12/10/2018 |
| 7324 | NOTICE of Appearance by Michelle Ann Mantine on behalf of PNC Bank National Association, The PNC Financial Services Group, Inc. (notification declined or already on case) (Attachments: # 1 Certificate of Service) (Mantine, Michelle) (Entered: 12/11/2018) | 12/11/2018 |
| 7325 | NOTICE of Appearance by Conor Michael Shaffer on behalf of PNC Bank, National Association, The PNC Financial Services Group, Inc. (notification declined or already on case) (Attachments: # 1 Certificate of Service) (Shaffer, Conor) (Entered: 12/11/2018) | 12/11/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER re 7322 Stipulation -- The stipulation is so ordered: (1) the time for each remaining plaintiff in the Delta Action (a) to provide written responses and objections to all document requests, interrogatories, and requests for admission, and (b) to produce organizational charts or other documents sufficient to show its organizational structure in relevant areas, to provide proposed custodian lists, search terms, and/or other search and review methodology for the non-targeted document requests, to produce documents inresponse to targeted document requests, and to commence production of documents in response to non-targeted document requests, shall be extended to and including February 8, 2019; (2) the deadline for obtaining fact discovery of each remaining plaintiff in the Delta Action shall be extended to and including March 21, 2019; (3) all other case deadlines ordered by the Court, including without limitation the deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged; and (4) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 12/11/2018. (Roantree, Bronwyn) (Entered: 12/11/2018) | 12/11/2018 |
|  | ORDER re 7323 Stipulation -- The stipulation is so ordered: (1) the deadline for obtaining fact discovery of the Plaintiffs (Sunoco Retail LLC, Aloha Petroleum, Ltd., and Susser Holdings Corporation) shall be extended to and including March 21, 2019; (2) all other case deadlines ordered by the Court, including without limitation the deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged; and(3) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports. Ordered by Magistrate Judge James Orenstein on 12/11/2018. (Roantree, Bronwyn) (Entered: 12/11/2018) | 12/11/2018 |
| 7326 | MOTION to Withdraw as Attorney re Frederick N. Egler by PNC Bank, National Association, The PNC Financial Services Group, Inc.. (Attachments: # 1 Certificate of Service) (Shaffer, Conor) (Entered: 12/12/2018) | 12/12/2018 |
|  | ORDER granting 7326 Motion to Withdraw as Attorney -- The application is granted; attorney Frederick N. Egler terminated. Ordered by Magistrate Judge James Orenstein on 12/12/2018. (Roantree, Bronwyn) (Entered: 12/12/2018) | 12/12/2018 |
| 7328 | MOTION to Withdraw /REMOVE COUNSEL FROM ELECTRONIC CASE FILING NOTIFICATION LIST IN ALL CASES by rue21, Inc.. Associated Cases: 1:05-md-01720-MKB-JO et al. (Robinson, Paul) (Entered: 12/13/2018) | 12/13/2018 |
|  | ORDER granting (7328) Motion to Withdraw; granting (27) Motion to Withdraw -- The motion is granted; attorney Paul R. Robinson terminated. Ordered by Magistrate Judge James Orenstein on 12/13/2018. Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-07018-MKB-JO (Roantree, Bronwyn) (Entered: 12/13/2018) | 12/13/2018 |
|  | ORDER in case 1:05-cv-03800-MKB-JO; granting (187) Motion to Withdraw in case 1:05-cv-03924-MKB-JO; granting (182) Motion to Withdraw in case 1:05-cv-03925-MKB-JO; granting (176) Motion to Withdraw in case 1:05-cv-04131-MKB-JO; granting (204) Motion to Withdraw in case 1:05-cv-04194-MKB-JO; granting (243) Motion to Withdraw in case 1:05-cv-04521-MKB-JO; granting (244) Motion to Withdraw in case 1:05-cv-04520-MKB-JO; granting (227) Motion to Withdraw in case 1:05-cv-04650-MKB-JO; granting (163) Motion to Withdraw in case 1:05-cv-04677-MKB-JO; granting (217) Motion to Withdraw in case 1:05-cv-04728-MKB-JO; granting (228) Motion to Withdraw in case 1:05-cv-04799-MKB-JO; granting (170) Motion to Withdraw in case 1:05-cv-04974-MKB-JO; granting (192) Motion to Withdraw in case 1:05-cv-05077-MKB-JO; granting (204) Motion to Withdraw in case 1:05-cv-05075-MKB-JO; granting (217) Motion to Withdraw in case 1:05-cv-05073-MKB-JO; granting (194) Motion to Withdraw in case 1:05-cv-05071-MKB-JO; granting (194) Motion to Withdraw in case 1:05-cv-05069-MKB-JO; granting (193) Motion to Withdraw in case 1:05-cv-05081-MKB-JO; granting (196) Motion to Withdraw in case 1:05-cv-05083-MKB-JO; granting (193) Motion to Withdraw in case 1:05-cv-05082-MKB-JO; granting (197) Motion to Withdraw in case 1:05-cv-05080-MKB-JO; granting (188) Motion to Withdraw in case 1:05-cv-05078-MKB-JO; granting (196) Motion to Withdraw in case 1:05-cv-05076-MKB-JO; granting (193) Motion to Withdraw in case 1:05-cv-05074-MKB-JO; granting (195) Motion to Withdraw in case 1:05-cv-05070-MKB-JO; granting (191) Motion to Withdraw in case 1:05-cv-05072-MKB-JO; granting (172) Motion to Withdraw in case 1:05-cv-05153-MKB-JO; granting (239) Motion to Withdraw in case 1:05-cv-05207-MKB-JO; granting (233) Motion to Withdraw in case 1:05-cv-05319-MKB-JO; granting (176) Motion to Withdraw in case 1:05-cv-05352-MKB-JO; granting (190) Motion to Withdraw in case 1:05-cv-05866-MKB-JO; granting (128) Motion to Withdraw in case 1:05-cv-05885-MKB-JO; granting (129) Motion to Withdraw in case 1:05-cv-05883-MKB-JO; granting (128) Motion to Withdraw in case 1:05-cv-05881-MKB-JO; granting (118) Motion to Withdraw in case 1:05-cv-05869-MKB-JO; granting (124) Motion to Withdraw in case 1:05-cv-05871-MKB-JO; granting (123) Motion to Withdraw in case 1:05-cv-05879-MKB-JO; granting (124) Motion to Withdraw in case 1:05-cv-05880-MKB-JO; granting (126) Motion to Withdraw in case 1:05-cv-05870-MKB-JO; granting (130) Motion to Withdraw in case 1:05-cv-05868-MKB-JO; granting (128) Motion to Withdraw in case 1:05-cv-05884-MKB-JO; granting (128) Motion to Withdraw in case 1:05-cv-05882-MKB-JO; granting (121) Motion to Withdraw in case 1:05-cv-05878-MKB-JO; granting (127) Motion to Withdraw in case 1:06-cv-00039-MKB-JO; granting (81) Motion to Withdraw in case 1:06-cv-00078-MKB-JO; granting (81) Motion to Withdraw in case 1:06-cv-01829-MKB-JO; granting (81) Motion to Withdraw in case 1:06-cv-01830-MKB-JO; granting (81) Motion to Withdraw in case 1:06-cv-01831-MKB-JO; granting (81) Motion to Withdraw in case 1:06-cv-01832-MKB-JO; granting (87) Motion to Withdraw in case 1:06-cv-02532-MKB-JO; granting (88) Motion to Withdraw in case 1:06-cv-02534-MKB-JO; granting (70) Motion to Withdraw in case 1:06-cv-05583-MKB-JO; granting (82) Motion to Withdraw in case 1:06-cv-05765-MKB-JO; granting (80) Motion to Withdraw in case 1:07-cv-00592-MKB-JO; granting (61) Motion to Withdraw in case 1:09-cv-02264-MKB-JO; granting (61) Motion to Withdraw in case 1:09-cv-03225-MKB-JO; granting (165) Motion to Withdraw in case 1:13-cv-04766-MKB-JO; granting (55) Motion to Withdraw in case 1:13-cv-05352-MKB-JO; granting (141) Motion to Withdraw in case 1:13-cv-05745-MKB-JO; granting (129) Motion to Withdraw in case 1:13-cv-05746-MKB-JO; granting (52) Motion to Withdraw in case 1:14-cv-00261-MKB-JO; granting (57) Motion to Withdraw in case 1:14-cv-05800-MKB-JO; granting (20) Motion to Withdraw in case 1:14-cv-06450-MKB-JO; granting (46) Motion to Withdraw in case 1:16-cv-05507-MKB-JO; granting (12) Motion to Withdraw in case 1:17-cv-03531-MKB-JO; granting (56) Motion to Withdraw in case 1:17-cv-04362-MKB-JO; granting (94) Motion to Withdraw in case 1:17-cv-04555-MKB-JO; granting (15) Motion to Withdraw in case 1:17-cv-05988-MKB-JO; granting (33) Motion to Withdraw in case 1:18-cv-04568-MKB-JO. The motion is granted; attorney Paul R. Robinson terminated. Ordered by Magistrate Judge James Orenstein on 12/13/2018. Associated Cases: 1:05-md-01720-MKB-JO et al. (Guy, Alicia) (Entered: 12/19/2018) | 12/13/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7329 | MOTION to Withdraw /REMOVE COUNSEL FROM ELECTRONIC CASE FILING NOTIFICATION LIST IN ALL CASES by rue 21, inc. Associated Cases: 1:05-md-01720-MKB-JO et al. (Brandenstein, Edward) (Entered: 12/14/2018) | 12/14/2018 |
| 7330 | Letter to The Honorable Magistrate Judge James Orenstein from Rule 23(b)(3) Class Plaintiffs to update the Court regarding status of production from First Data Corporation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/14/2018) | 12/14/2018 |
|  | ORDER granting (7329) Motion to Withdraw; granting (28) Motion to Withdraw -- The motion is granted; attorney Edward G. Brandenstein terminated. I respectfully remind all counsel that "[a]ll submissions should be filed... only in the Master File [i.e., the 05-MD-1720 (MKB) (JO) docket]. To avoid duplicate filings and notice of filings, counsel are instructed to select NO when prompted whether to spread text." Docket Entry 160 at 2. Ordered by Magistrate Judge James Orenstein on 12/14/2018. Associated Cases: 1:05-md-01720-MKB-JO, 1:14-cv-07018-MKB-JO (Roantree, Bronwyn) (Entered: 12/14/2018) | 12/14/2018 |
|  | ORDER re 7317 Letter -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is so ordered. Ordered by Magistrate Judge James Orenstein on 12/14/2018. (Roantree, Bronwyn) (Entered: 12/14/2018) | 12/14/2018 |
|  | ORDER granting (182) Motion to Withdraw in case 1:05-cv-03800-MKB-JO; granting (188) Motion to Withdraw in case 1:05-cv-03924-MKB-JO; granting (183) Motion to Withdraw in case 1:05-cv-03925-MKB-JO; granting (177) Motion to Withdraw in case 1:05-cv-04131-MKB-JO; granting (205) Motion to Withdraw in case 1:05-cv-04194-MKB-JO; granting (244) Motion to Withdraw in case 1:05-cv-04521-MKB-JO; granting (245) Motion to Withdraw in case 1:05-cv-04520-MKB-JO; granting (228) Motion to Withdraw in case 1:05-cv-04650-MKB-JO; granting (164) Motion to Withdraw in case 1:05-cv-04677-MKB-JO; granting (218) Motion to Withdraw in case 1:05-cv-04728-MKB-JO; granting (229) Motion to Withdraw in case 1:05-cv-04799-MKB-JO; granting (171) Motion to Withdraw in case 1:05-cv-04974-MKB-JO; granting (193) Motion to Withdraw in case 1:05-cv-05077-MKB-JO; granting (205) Motion to Withdraw in case 1:05-cv-05075-MKB-JO; granting (218) Motion to Withdraw in case 1:05-cv-05073-MKB-JO; granting (195) Motion to Withdraw in case 1:05-cv-05071-MKB-JO; granting (195) Motion to Withdraw in case 1:05-cv-05069-MKB-JO; granting (194) Motion to Withdraw in case 1:05-cv-05081-MKB-JO; granting (197) Motion to Withdraw in case 1:05-cv-05083-MKB-JO; granting (194) Motion to Withdraw in case 1:05-cv-05082-MKB-JO; granting (198) Motion to Withdraw in case 1:05-cv-05080-MKB-JO; granting (189) Motion to Withdraw in case 1:05-cv-05078-MKB-JO; granting (197) Motion to Withdraw in case 1:05-cv-05076-MKB-JO; granting (194) Motion to Withdraw in case 1:05-cv-05074-MKB-JO; granting (196) Motion to Withdraw in case 1:05-cv-05070-MKB-JO; granting (192) Motion to Withdraw in case 1:05-cv-05072-MKB-JO; granting (173) Motion to Withdraw in case 1:05-cv-05153-MKB-JO; granting (240) Motion to Withdraw in case 1:05-cv-05207-MKB-JO; granting (234) Motion to Withdraw in case 1:05-cv-05319-MKB-JO; granting (177) Motion to Withdraw in case 1:05-cv-05352-MKB-JO; granting (191) Motion to Withdraw in case 1:05-cv-05866-MKB-JO; granting (129) Motion to Withdraw in case 1:05-cv-05885-MKB-JO; granting (130) Motion to Withdraw in case 1:05-cv-05883-MKB-JO; granting (129) Motion to Withdraw in case 1:05-cv-05881-MKB-JO; granting (119) Motion to Withdraw in case 1:05-cv-05869-MKB-JO; granting (125) Motion to Withdraw in case 1:05-cv-05871-MKB-JO; granting (124) Motion to Withdraw in case 1:05-cv-05879-MKB-JO; granting (125) Motion to Withdraw in case 1:05-cv-05880-MKB-JO; granting (127) Motion to Withdraw in case 1:05-cv-05870-MKB-JO; granting (131) Motion to Withdraw in case 1:05-cv-05868-MKB-JO; granting (129) Motion to Withdraw in case 1:05-cv-05884-MKB-JO; granting (129) Motion to Withdraw in case 1:05-cv-05882-MKB-JO; granting (122) Motion to Withdraw in case 1:05-cv-05878-MKB-JO; granting (128) Motion to Withdraw in case 1:06-cv-00039-MKB-JO; granting (82) Motion to Withdraw in case 1:06-cv-00078-MKB-JO; granting (82) Motion to Withdraw in case 1:06-cv-01829-MKB-JO; granting (82) Motion to Withdraw in case 1:06-cv-01830-MKB-JO; granting (82) Motion to Withdraw in case 1:06-cv-01831-MKB-JO; granting (82) Motion to Withdraw in case 1:06-cv-01832-MKB-JO; granting (88) Motion to Withdraw in case 1:06-cv-02532-MKB-JO; granting (89) Motion to Withdraw in case 1:06-cv-02534-MKB-JO; granting (71) Motion to Withdraw in case 1:06-cv-05583-MKB-JO; granting (83) Motion to Withdraw in case 1:06-cv-05765-MKB-JO; granting (81) Motion to Withdraw in case 1:07-cv-00592-MKB-JO; granting (62) Motion to Withdraw in case 1:09-cv-02264-MKB-JO; granting (62) Motion to Withdraw in case 1:09-cv-03225-MKB-JO; granting (166) Motion to Withdraw in case 1:13-cv-04766-MKB-JO; granting (56) Motion to Withdraw in case 1:13-cv-05352-MKB-JO; granting (142) Motion to Withdraw in case 1:13-cv-05745-MKB-JO; granting (130) Motion to Withdraw in case 1:13-cv-05746-MKB-JO; granting (53) Motion to Withdraw in case 1:14-cv-00261-MKB-JO; granting (58) Motion to Withdraw in case 1:14-cv-05800-MKB-JO; granting (21) Motion to Withdraw in case 1:14-cv-06450-MKB-JO; granting (47) Motion to Withdraw in case 1:16-cv-05507-MKB-JO; granting (13) Motion to Withdraw in case 1:17-cv-03531-MKB-JO; granting (57) Motion to Withdraw in case 1:17-cv-04362-MKB-JO; granting (95) Motion to Withdraw in case 1:17-cv-04555-MKB-JO; granting (16) Motion to Withdraw in case 1:17-cv-05988-MKB-JO; granting (34) Motion to Withdraw in case 1:18-cv-04568-MKB-JO. The motion is granted; attorney Edward G. Brandenstein terminated. Ordered by Magistrate Judge James Orenstein on 12/14/2018. Associated Cases: 1:05-md-01720-MKB-JO et al. (Guy, Alicia) (Entered: 12/19/2018) | 12/14/2018 |
| 7331 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on December 6, 2018, before Judge Brodie. Court Reporter/Transcriber Charleane M. Heading, Telephone number 718-613-2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 1/10/2019. Redacted Transcript Deadline set for 1/21/2019. Release of Transcript Restriction set for 3/20/2019. (Heading, Charleane) (Entered: 12/20/2018) | 12/20/2018 |
| 7332 | NOTICE of Appearance by Grace Jheeyoung Lee on behalf of Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation (aty to be noticed) (Lee, Grace) (Entered: 12/20/2018) | 12/20/2018 |
| 7333 | Joint MOTION for Extension of Time to File Response/Reply to Defendants' Request for Pre-Motion Conference by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/21/2018) | 12/21/2018 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7334 | NOTICE of Appearance by Richard F. Schwed on behalf of Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation (aty to be noticed) (Schwed, Richard) (Entered: 12/21/2018) | 12/21/2018 |
| 7335 | ANSWER to Complaint Answer to Amended Complaint re: 17cv4555 by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2018) | 12/21/2018 |
| 7336 | Letter to the Court dated December 21, 2018, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 12/21/2018) | 12/21/2018 |
| 7337 | Letter from Boris Bershteyn to the Honorable Margo K. Brodie and the Honorable James Orenstein, dated December 21, 2018 by Chase Bank USA, N.A., JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Bershteyn, Boris) (Entered: 12/21/2018) | 12/21/2018 |
| 7338 | Letter to the Court, dated December 21, 2018 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/21/2018) | 12/21/2018 |
| 7339 | Letter from James Sulentic to the Honorable Margo K. Brodie and the Honorable James Orenstein, dated December 21, 2018 by First National Bank of Omaha (Sulentic, James) (Entered: 12/21/2018) | 12/21/2018 |
| 7340 | ANSWER to 7148 1 - Sealed Document CV,,,,, Amended Complaint,,,, by Barclays Bank Delaware. (Schwed, Richard) (Entered: 12/21/2018) | 12/21/2018 |
| 7341 | ANSWER to Complaint Answer to Second Amended Complaint re: 17cv4555 by Fifth Third Bancorp. (Hicks, Drew) (Entered: 12/21/2018) | 12/21/2018 |
| 7342 | Letter to the Honorable Margo K. Brodie and the Honorable James Orenstein by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation (Miller, Michael) (Entered: 12/21/2018) | 12/21/2018 |
| 7343 | ANSWER to Complaint to Second Amended Complaint re: 17-cv-4555 by Wells Fargo & Company, Wells Fargo Merchant Services, LLC. (LoBue, Robert) (Entered: 12/21/2018) | 12/21/2018 |
| 7344 | Letter notifying the Court of Submission of Answer to Second Amended Complaint by HSBC Finance Corporation, HSBC North America Holdings Inc (Lesser, David) (Entered: 12/21/2018) | 12/21/2018 |
| 7345 | ANSWER to Complaint / Answer to Second Amended Complaint re: 17-cv-4555 by Barclays Bank Delaware. (Schwed, Richard) (Entered: 12/21/2018) | 12/21/2018 |
| 7346 | ANSWER to Complaint re: 17-cv-4555 by Citibank N A, Citicorp, Citigroup Inc. (Nagin, Benjamin) (Entered: 12/21/2018) | 12/21/2018 |
|  | ORDER granting 7333 : Plaintiffs' response to the Defendants' request is extended and continued until January 18, 2019. Ordered by Judge Margo K. Brodie on 12/21/2018. (ABP) (Entered: 12/21/2018) | 12/21/2018 |
| 7347 | MOTION to Withdraw as Attorney (Motion to Remove Counsel from Electronic Case Filing Notification) by Heartland Payment Systems, Inc.. (Harrington, Seth) (Entered: 12/26/2018) | 12/26/2018 |
|  | ORDER granting 7347 Motion to Withdraw as Attorney -- The motion is granted; attorney Seth C. Harrington terminated. Ordered by Magistrate Judge James Orenstein on 12/27/2018. (Roantree, Bronwyn) (Entered: 12/27/2018) | 12/27/2018 |
| 7348 | MOTION to Withdraw as Attorney by Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation. (Attachments: # 1 Proposed Order) (Tallon, James) (Entered: 01/02/2019) | 01/02/2019 |
| 7349 | DECLARATION re 7348 MOTION to Withdraw as Attorney by Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation (Tallon, James) (Entered: 01/02/2019) | 01/02/2019 |
|  | ORDER granting 7348 Motion to Withdraw as Attorney -- The motion is granted; attorney James P. Tallon terminated. Ordered by Magistrate Judge James Orenstein on 1/3/2019. (Roantree, Bronwyn) (Entered: 01/03/2019) | 01/03/2019 |
| 7350 | NOTICE of Change of Firm Affiliation (Vanek, Joseph) (Entered: 01/04/2019) | 01/04/2019 |
| 7353 | NOTICE of Change of Address filed by Steve D. Shadowen. (Piper, Francine) (Entered: 01/08/2019) | 01/08/2019 |
| 7351 | Letter from Boris Bershteyn to Honorable Margo K. Brodie dated January 9, 2019 re: Proposed Briefing Schedule for Bank Defendants' Motion to Dismiss, filed by Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Bershteyn, Boris) (Entered: 01/09/2019) | 01/09/2019 |
| 7352 | Letter MOTION to Compel First Data Corporation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bernay, Alexandra) (Entered: 01/10/2019) | 01/10/2019 |
|  | ORDER approving 7351 proposed briefing schedule for Bank Defendants motion to dismiss. The Bank Defendants opening brief is due January 16, 2019. Plaintiffs opposition brief is due March 18, 2019. The Bank Defendants reply brief is due April 18, 2019. Ordered by Judge Margo K. Brodie on 1/10/2019. (ABP) (Entered: 01/10/2019) | 01/10/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7352 Letter MOTION to Compel First Data Corporation -- Third party First Data Corporation is respectfully directed to respond to the plaintiffs' letter motion by January 15, 2019. Ordered by Magistrate Judge James Orenstein on 1/11/2019. (Roantree, Bronwyn) (Entered: 01/11/2019) | 01/11/2019 |
| | ORDER -- On December 6, 2018, I directed the parties to confer and submit proposed dates for further status conferences before me. See DE 7327 . I respectfully direct the parties to submit these dates by January 18, 2019. Ordered by Magistrate Judge James Orenstein on 1/11/2019. (Roantree, Bronwyn) (Entered: 01/11/2019) | 01/11/2019 |
| 7354 | Letter To Honorable Margo K. Brodie and The Honorable James Orenstein from Rule 23(b)(3) Class Plaintiffs and Defendants with attached proposed Preliminary Approval Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 proposed revised Rule 23(b)(3) Class Settlement Preliminary Approval Order and Exhibits, # 2 redlined version of proposed revised Rule 23(b)(3) Class Settlement Preliminary Approval Order and Exhibits) (Wildfang, K.) (Entered: 01/15/2019) | 01/15/2019 |
| 7355 | RESPONSE in Opposition re 7352 Letter MOTION to Compel First Data Corporation filed by First Data Corporation. (Chiappetta, David) (Entered: 01/15/2019) | 01/15/2019 |
| 7356 | Letter from Boris Bershteyn to Robert G. Eisler, Michael J. Freed, Steve D. Shadowen, and Linda P. Nussbaum dated January 16, 2019 re: Bank Defendants' Motion to Dismiss, filed by Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Bershteyn, Boris) (Entered: 01/16/2019) | 01/16/2019 |
| 7357 | Letter to the Honorable James Orenstein re: Proposed Status Conference Dates by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/17/2019) | 01/17/2019 |
| 7358 | Letter MOTION for Extension of Time to File Response to Defendants' Request for Pre-Motion Conference by 7-Eleven Inc.. (Glist, Adam) (Entered: 01/18/2019) | 01/18/2019 |
| 7359 | Letter to The Honorable Margo K. Brodie and The Honorable James Orenstein by Equitable Relief Class (Nussbaum, Linda) (Entered: 01/18/2019) | 01/18/2019 |
| | SCHEDULING ORDER: I will hold status conferences (with joint status report due five business days in advance) as follows: February 6, 2019 at 1:00 p.m.; March 13, 2019 at 1:00 p.m.; May 8, 2019 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 1/18/2019. (Roantree, Bronwyn) (Entered: 01/18/2019) | 01/18/2019 |
| | ORDER granting 7358 : Plaintiffs' response to the Defendants' request is extended and continued until February 1, 2019. Ordered by Judge Margo K. Brodie on 1/18/2019. (ABP) (Entered: 01/18/2019) | 01/18/2019 |
| 7360 | STIPULATION Joint Stipulation and Proposed Order Extending Expert Discovery Deadlines by 7-Eleven Inc. (Glist, Adam) (Entered: 01/24/2019) | 01/24/2019 |
| 7361 | ORDER: The Court hereby preliminarily approves Rule 23(b)(3) Class Plaintiffs and Defendants entering into the Superseding Settlement Agreement, which amends, modifies, and supersedes the Definitive Class Settlement Agreement, dated October 19, 2012. In addition, the Court has considered whether the Superseding Settlement Agreement preliminarily satisfies the class action settlement requirements of Rule 23 of the Federal Rules of Civil Procedure. Based on its consideration, the Court hereby also preliminarily approves the Superseding Settlement Agreement for class action settlement purposes, including specifically the Plan of Administration and Distribution contained in Appendix I of the Superseding Settlement Agreement, as within the range of a fair, reasonable, and adequate settlement within the meaning of Rule 23 and applicable law, and consistent with due process. (See attached doc. for further details) Ordered by Judge Margo K. Brodie on 1/24/2019. (Brucella, Michelle) (Entered: 01/24/2019) | 01/24/2019 |
| 7362 | Letter MOTION to Compel 7-Eleven, Target, and Home Depot direct action plaintiff groups to produce material cited in the October 5, 2018 expert report of Maria Blanco by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Bershteyn, Boris) (Entered: 01/24/2019) | 01/24/2019 |
| | ORDER re 7360 Stipulation and Proposed Order Modifying Case Schedule -- The stipulation is so ordered. The defendants' rebuttal experts shall be served by May 6, 2019. The plaintiffs' reply expert reports shall be served by September 6, 2019. All expert depositions, with a limit of one deposition per expert and without waiver of any party's right to seek a multiple-day deposition, shall be completed by December 6, 2019. After the defendants serve their rebuttal expert reports, the parties shall meet and confer regarding the plaintiffs' proposed schedule for summary judgment and Daubert motions, with the understanding that if the parties cannot agree on a schedule by May 24, 2019, they shall submit their respective positions to the Court for resolution. Ordered by Magistrate Judge James Orenstein on 1/24/2019. (Roantree, Bronwyn) (Entered: 01/24/2019) | 01/24/2019 |
| | ORDER re 7362 Letter MOTION to Compel 7-Eleven, Target, and Home Depot direct action plaintiff groups to produce material cited in the October 5, 2018 expert report of Maria Blanco -- I respectfully direct the 7-Eleven, Target and Home Depot direct action plaintiffs to respond to the Bank of America, Chase, Citi, Wells Fargo, Visa, and Mastercard defendants' letter motion by January 29, 2019. Ordered by Magistrate Judge James Orenstein on 1/25/2019. (Roantree, Bronwyn) (Entered: 01/25/2019) | 01/25/2019 |
| 7363 | MEMORANDUM AND ORDER explaining the Court's Order of January 24, 2019 7361 , granting Rule 23(b)(3) Class Plaintiffs' Motion for Class Settlement Preliminary Approval7257. Ordered by Judge Margo K. Brodie on 1/28/2019. Ordered by Judge Margo K. Brodie on 1/28/2019. (Borochoff-Porte, Alison) (Entered: 01/28/2019) | 01/28/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7364 | Letter from Boris Bershteyn and David A. Scupp to Honorable James Orenstein, respectfully withdrawing the Letter MOTION to Compel 7-Eleven, Target, and Home Depot direct action plaintiff groups to produce material cited in the October 5, 2018 expert report of Maria Blanco by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Bershteyn, Boris) (Entered: 01/29/2019) | 01/29/2019 |
| 7365 | MOTION to Withdraw as Attorney Terra Hittson as counsel for Wells Fargo Defendants by Wells Fargo & Company, Wells Fargo Bank N.A.. (LoBue, Robert) (Entered: 01/30/2019) | 01/30/2019 |
| 7366 | STATUS REPORT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 01/30/2019) | 01/30/2019 |
| | ORDER withdrawing 7362 Motion to Compel -- The motion to compel 7-Eleven, Target, and Home Depot direct action plaintiff groups to produce material cited in the October 5, 2018 expert report of Maria Blanco is withdrawn. Ordered by Magistrate Judge James Orenstein on 1/30/2019. (Roantree, Bronwyn) (Entered: 01/30/2019) | 01/30/2019 |
| | ORDER re 7366 Status Report -- The status conference scheduled for February 6, 2019, is cancelled. Ordered by Magistrate Judge James Orenstein on 1/31/2019. (Roantree, Bronwyn) (Entered: 01/31/2019) | 01/31/2019 |
| | ORDER granting 7365 Motion to Withdraw as Attorney -- The motion is granted; attorney Terra Hittson terminated. Ordered by Magistrate Judge James Orenstein on 1/31/2019. (Roantree, Bronwyn) (Entered: 01/31/2019) | 01/31/2019 |
| 7367 | STIPULATION and Proposed Order by 7-Eleven Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:16-cv-05507-MKB-JO, 1:17-cv-03531-MKB-JO, 1:17-cv-05988-MKB-JO (Scupp, David) (Entered: 02/01/2019) | 02/01/2019 |
| | ORDER: Defendants' pre-motion conference request 7271 of October 11, 2018 is withdrawn without prejudice as to renewal. The Stipulation and Proposed Order 7367 of February 1, 2019 is granted. Defendants' deadline to file answers to the operative complaints in 7-Eleven, Inc. et al. v. Visa Inc. et al., No. 13- cv-5746; Roundy's Supermarkets, Inc. v. Visa Inc., No. 13-cv-5746; Hertz Corp. et al. v. Visa U.S.A. Inc. et al., No. 17-cv-3531; Dollar General Corp. et al. v. Visa U.S.A. Inc., No. 17-cv-5988; and Home Depot, Inc. et al. v. Visa Inc. et al., No. 16-cv-5507, is hereby tolled for each action until (a) 30 days after the filing of an amended complaint; (b) 30 days after the parties reach agreement that no amendment is required to resolve the issues set forth in Defendants' October 11, 2018 letter; or (c) in the event Defendants renew their request for a pre-motion conference, 30 days following the Court's order granting or denying Defendants' Rule 12(b)(1) motion. Ordered by Judge Margo K. Brodie on 2/1/2019. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:16-cv-05507-MKB-JO, 1:17-cv-03531-MKB-JO, 1:17-cv-05988-MKB-JO (Borochoff-Porte, Alison) (Entered: 02/01/2019) | 02/01/2019 |
| 7368 | Letter from (b)(3) Class Counsel dated February 8, 2019 to Judge Brodie and Magistrate Judge Orenstein re Payment of Miller Kaplan Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 02/08/2019) | 02/08/2019 |
| | ORDER re 7368 Letter from (b)(3) Class Counsel dated February 8, 2019 to Judge Brodie and Magistrate Judge Orenstein re Payment of Miller Kaplan Arase LLP's Invoices -- Class Plaintiffs' request for approval of Miller Kaplan's invoices for the tax return preparation of the two escrow funds established in connection with the Class Settlement in this matter is granted, and docket entry 7368 is so ordered. Ordered by Magistrate Judge James Orenstein on 2/11/2019. (Roantree, Bronwyn) (Entered: 02/11/2019) | 02/11/2019 |
| 7369 | NOTICE of Change of Address (Buchman, Michael) (Entered: 02/14/2019) | 02/14/2019 |
| 7370 | NOTICE of Change of Address Corrected Notice of Change of Address (Buchman, Michael) (Entered: 02/14/2019) | 02/14/2019 |
| 7371 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated Notice of Withdrawal as Counsel of Record (Klorfein, Jarred) Modified on 2/25/2019 (Guy, Alicia). (Entered: 02/25/2019) | 02/25/2019 |
| 7372 | Letter from Rule 23(b)(3) Class Counsel regarding Letter Motion to Compel First Data Corporation (ECF No. 7352) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration of Nicole Hamann in Support of Motion to Compel) (Bernay, Alexandra) (Entered: 02/25/2019) | 02/25/2019 |
| | ORDER granting 7371 Motion to Withdraw as Attorney -- The motion is granted; attorney Jarred A. Klorfein terminated. Ordered by Magistrate Judge James Orenstein on 2/25/2019. (Roantree, Bronwyn) (Entered: 02/25/2019) | 02/25/2019 |
| | SCHEDULING ORDER: re 7372 Letter -- A telephone conference will be held on February 28, 2019, at 4:00 p.m. to discuss plaintiffs' motion to compel First Data Corporation, docket entry 7352 . Counsel for plaintiffs shall initiate the call and conference in chambers when all parties are on the line. All parties are directed to use landlines rather than mobile telephones in order to reduce potential interference. Ordered by Magistrate Judge James Orenstein on 2/26/2019. (Roantree, Bronwyn) (Entered: 02/26/2019) | 02/26/2019 |
| 7373 | MOTION to Appear Pro Hac Vice Jonathan Marcus Filing fee $ 150, receipt number ANYEDC-11242207. by Chase Bank USA, N.A., JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Attachments: # 1 Affidavit of Jonathan Marcus in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Certificate of Good Standing - Court of Appeals District of Columbia, # 3 Certificate of Good Standing - Court of Appeals of Maryland) (Marcus, Jonathan) (Entered: 02/28/2019) | 02/28/2019 |
| 7374 | Letter dated February 28, 2019 from (b)(3) Class Counsel requesting approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Montague, H.) (Entered: 02/28/2019) | 02/28/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7375 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 2/28/2019. Scheduling: (1) The next status conference will be held on March 13, 2019, at 1:00 p.m. (2) A further status conference will be held on May 8, 2019, at 1:00 p.m. Summary: Respondent First Data has no objection to the Rule 23(b)(3) Class's subpoena, but asserts that it has already fully complied, an assertion that Class counsel disputes. The parties shall meet and confer to promptly ensure that First Data has fully satisfied its obligations and then submit a status report by March 8, 2019. Should further efforts to enforce the subpoena prove necessary, I will convene an in-person conference on a motion for contempt sanctions. (Orenstein, James) (Entered: 02/28/2019) | 02/28/2019 |
| | ORDER granting 7352 Motion to Compel -- see docket entry 7375 . Ordered by Magistrate Judge James Orenstein on 2/28/2019. (Orenstein, James) (Entered: 02/28/2019) | 02/28/2019 |
| | ORDER re 7374 Letter -- The Class Plaintiffs' request for approval of the Settlement Administrator's request for funding in the amount of $7,244,820.00 from the Cash Settlement Escrow Account to pay for costs associated with publication and mail notice is granted. Ordered by Magistrate Judge James Orenstein on 2/28/2019. (Roantree, Bronwyn) (Entered: 02/28/2019) | 02/28/2019 |
| 7376 | STATUS REPORT Joint Status Report by 7-Eleven Inc. (Scupp, David) (Entered: 03/06/2019) | 03/06/2019 |
| | ORDER granting 7373 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Jonathan Marcus is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 3/6/2019. (Roantree, Bronwyn) (Entered: 03/06/2019) | 03/06/2019 |
| 7377 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/07/2019) | 03/07/2019 |
| 7378 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/07/2019) | 03/07/2019 |
| | ORDER re 7376 Status Report -- The status conference scheduled for March 13, 2019, is cancelled. Ordered by Magistrate Judge James Orenstein on 3/7/2019. (Roantree, Bronwyn) (Entered: 03/07/2019) | 03/07/2019 |
| | ORDER re 7377 Stipulation -- The stipulation is so ordered: (1) All discovery and other proceedings in the Delta Action shall be stayed until andincluding August 30, 2019. (2) The foregoing stay shall be without prejudice to the right of any party to the Delta Action (a) to lift the stay upon providing notice to the Court and the parties to the Delta Action, in which case the stay shall be lifted five business days thereafter, and (b) to seek to maintain thestay if another party lifts the stay. (3) The remaining two plaintiffs in the Delta Action shall not (a) seek any additional discovery from any defendant in MDL 1720 or any current or former employee of any defendant in MDL 1720, or (b) seek to re-depose the expert of any defendant in MDL 1720 who is deposed prior to the lifting of the stay (except as provided in paragraph 4b below). (4) In the event that the foregoing stay is lifted: (a) The remaining two plaintiffs in the Delta Action each shall produce promptly: (i) written responses and objections to all document requests, interrogatories, and requests for admission, (ii) organizational charts or other documents sufficient to show theplaintiffs organizational structure in relevant areas, and proposed custodian lists, search terms, and/or other search and review methodology, (iii) documents and information responsive to all discovery requests, and (iv) employees or former employees within the plaintiffs control for any deposition that a defendant in the Delta Action may reasonably request. (b) The defendants in the Delta Action reserve the right to supplement their expert reports with any discovery produced by the remaining two plaintiffs in the Delta Action,including as to damages, in which case the remaining two plaintiffs in the Delta Action may, if reasonably necessary, depose those experts in the Delta Action as to the supplements to their expert reports only. (5) All other deadlines ordered by the Court in MDL 1720 shall remain unchanged, and no party shall use this stipulation and order as a basis to extend any other deadline in MDL 1720. Ordered by Magistrate Judge James Orenstein on 3/7/2019. (Roantree, Bronwyn) (Entered: 03/07/2019) | 03/07/2019 |
| | ORDER re 7378 Stipulation -- The stipulation is so ordered: (1) All discovery and other proceedings in the Sunoco Action shall be stayed until and including August 30, 2019, and all discovery and other proceedings in the E-Z Mart Action as they pertain to Plaintiffs and Defendants shall be stayed until and including August 30, 2019. (2) The foregoing stay shall be without prejudice to the right of any of the Plaintiffs or Defendants (a) to lift the stay upon providing notice to the Court, Plaintiffs, and Defendants, in which case the stay shall be lifted five business days thereafter, and (b) to seek to maintain the stay if another party lifts the stay. (3) Plaintiffs shall not (a) seek any additional discovery from any defendant in MDL 1720 or any current or former employee of any defendant in MDL 1720, or (b) seek to re-depose the expert of any defendant in MDL 1720 who is deposed prior to the lifting of the stay (except as provided in paragraph 4b below). (4) In the event that the foregoing stay is lifted: (a) Plaintiffs each shall produce promptly and to the extent not previously produced: (i) written responses and objections to all document requests, interrogatories, and requests for admission, (ii) organizational charts or other documents sufficient to show the plaintiffs organizational structure in relevant areas, and proposed custodian lists, search terms, and/or other search and review methodology, (iii) documents and information responsive to all discovery requests, and (iv) employees or former employees within the plaintiffs control for any deposition that a defendant may reasonably request. (b) Defendants in the Sunoco Action and the E-Z Mart Action reserve the right to supplement their expert reports with any discovery produced by Plaintiffs, including as to damages, in which case Plaintiffs may, if reasonably necessary, depose those experts in the Sunoco Action and the E-Z Mart Action as to the supplements to their expert reports only. (5) All other deadlines ordered by the Court in MDL 1720 shall remain unchanged, and no party shall use this stipulation and order as a basis to extend any other deadline in MDL 1720. Ordered by Magistrate Judge James Orenstein on 3/7/2019. (Roantree, Bronwyn) (Entered: 03/07/2019) | 03/07/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7379 | Notice of MOTION to Withdraw as Attorney as to Elizabeth Papez, by Discover Financial Services. (Attachments: # 1 Declaration) (Meenan, Sean) (Entered: 03/08/2019) | 03/08/2019 |
| 7380 | STATUS REPORT regarding First Data by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1-6) (Bernay, Alexandra) (Entered: 03/08/2019) | 03/08/2019 |
| | ORDER granting 7379 Motion to Withdraw as Attorney -- The motion is granted; attorney Elizabeth P. Papez terminated. Ordered by Magistrate Judge James Orenstein on 3/11/2019. (Roantree, Bronwyn) (Entered: 03/11/2019) | 03/11/2019 |
| | STATUS REPORT ORDER & SCHEDULING ORDER re 7380 Status Report -- I respectfully direct counsel for the Rule 23(b)(3) Class and for First Data to submit a further joint status report by March 12, 2019. Should counsel report that any disputes remain, they shall appear in person before me on March 18, 2019, at 2:30 p.m., together with the First Data official who has sufficient knowledge and authority to explain and remedy any remaining failure by First Data to discharge its disclosure obligations. To the extent any matters remain in dispute, I will consider both prospective remedies and retrospective sanctions. Ordered by Magistrate Judge James Orenstein on 3/11/2019. (Roantree, Bronwyn) (Entered: 03/11/2019) | 03/11/2019 |
| 7381 | Notice of MOTION to Appear Pro Hac Vice of Mallory Duncan Filing fee $ 150, receipt number ANYEDC-11278681. by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Duncan, Mallory) (Entered: 03/12/2019) | 03/12/2019 |
| 7382 | STATUS REPORT regarding First Data by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/12/2019) | 03/12/2019 |
| | ORDER re 7382 Status Report -- The status conference tentatively scheduled for March 18, 2019, is cancelled. Ordered by Magistrate Judge James Orenstein on 3/12/2019. (Roantree, Bronwyn) (Entered: 03/12/2019) | 03/12/2019 |
| | ORDER granting 7381 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Mallory B. Duncan is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 3/13/2019. (Roantree, Bronwyn) (Entered: 03/13/2019) | 03/13/2019 |
| 7383 | Letter dated March 14, 2019 from Rule 23(b)(3) Class Counsel requesting approval of the Settlement Administrator's request for partial funding of the class settlement notice program by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Montague, H.) (Entered: 03/14/2019) | 03/14/2019 |
| 7384 | NOTICE of Appearance by Mallory B. Duncan on behalf of Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (aty to be noticed) (Duncan, Mallory) (Entered: 03/14/2019) | 03/14/2019 |
| 7385 | NOTICE of Appearance by Jonathan Marcus on behalf of Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (aty to be noticed) (Marcus, Jonathan) (Entered: 03/14/2019) | 03/14/2019 |
| 7386 | NOTICE of Appearance by Michael Mary Powell on behalf of Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (aty to be noticed) (Powell, Michael) (Entered: 03/14/2019) | 03/14/2019 |
| 7387 | NOTICE of Appearance by Vincent Martin Chiappini on behalf of Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (aty to be noticed) (Chiappini, Vincent) (Entered: 03/14/2019) | 03/14/2019 |
| 7388 | NOTICE of Appearance by Dan Michael Karmel on behalf of Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (aty to be noticed) (Karmel, Dan) (Entered: 03/15/2019) | 03/15/2019 |
| | ORDER re 7383 Letter -- Rule 23(b) Class Plaintiffs' request for partial funding of the class settlement notice program in the amount of $12,480,000.00 from the Cash Settlement Escrow Account to pay for the costs associated with printing and postage for the long form mail notice is granted, and docket entry 7383 is so ordered. Ordered by Magistrate Judge James Orenstein on 3/15/2019. (Roantree, Bronwyn) (Entered: 03/15/2019) | 03/15/2019 |
| 7389 | Letter from Steve Shadowen to Boris Bershteyn re: Bank Defendants' Motion to Dismiss by DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC (Thomas, Frazar) (Entered: 03/19/2019) | 03/18/2019 |
| | ORDER re 7389 : the Court requests that the Rule 23(b)(2) Plaintiffs and the Bank Defendants in Barrys Cut Rate Stores Inc., et al. v. Visa, Inc., et al., 05-MD-1720 (E.D.N.Y), submit one courtesy copy each of the Bank Defendants' motion to dismiss and Plaintiffs' opposition, along with any supporting memoranda and exhibits. As a courtesy to the Court, the parties are requested to file the motion papers with the Court when the motion is fully briefed. Ordered by Judge Margo K. Brodie on 3/19/2019. (Borochoff-Porte, Alison) (Entered: 03/19/2019) | 03/19/2019 |
| 7390 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/25/2019) | 03/25/2019 |
| 7391 | Letter in Opposition to Stipulation and Proposed Order by Visa Inc. Dock. 7390 by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Wilson, James) (Entered: 03/25/2019) | 03/25/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7390 Stipulation -- In light of the objection, see docket entry 7391 , I will not so order the proposed stipulation. The parties are free to revise it so that it can be presented to the court with unanimous consent for approval. Should the parties be unable to reach agreement, I respectfully direct them to meet and confer and then jointly propose a schedule to exchange letter briefs on the scheduling dispute. Ordered by Magistrate Judge James Orenstein on 3/26/2019. (Gustafson, Kaelyn) (Entered: 03/26/2019) | 03/26/2019 |
| 7392 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/27/2019) | 03/27/2019 |
| | ORDER re 7392 Stipulation -- The stipulation is so ordered: (1) Plaintiff shall produce to defendants by April 19, 2019, or within such time as the parties in the Lubys Action may otherwise agree, and to the extent not already produced: (a) all contracts or agreements relating to plaintiffs acceptance or processing of payment card transactions; (b) the assignments of claims to plaintiff referenced in plaintiffs second amended complaint; (c) reasonably available documents sufficient to show for each year from 2004 to 2018 the net sales and interchange (or merchant discount) attributable to Visa- and Mastercard-branded card transactions at the store locations that plaintiff has identified; and (d) electronically stored information for agreed-upon custodian(s) and search terms; (2) The Visa defendants shall produce to plaintiff by April 10, 2019, or within such time as plaintiff and the Visa defendants may otherwise agree, the Visa defendants reasonably available annual net sales and interchange data for each year from 2004 to 2018 attributable totransactions at the store locations that plaintiff has identified; (3) The Mastercard defendants shall produce to plaintiff by April 10, 2019, or withinsuch time as plaintiff and the Mastercard defendants may otherwise agree, the Mastercard defendants reasonably available annual net sales and interchange data for each year from 2004 to 2018 attributable to transactions at the store locations that plaintiff has identified; (4) Except as provided in paragraphs 1-3 above, all discovery and other proceedings in the Lubys Action shall be stayed until and including August 30, 2019; (5) The foregoing stay shall be without prejudice to the right of any party to the Lubys Action (a) to lift the stay upon providing notice to the Court and the parties to the Lubys Action, in which case the stay shall be lifted five business days thereafter, and (b) to seek to maintain the stay if another party lifts the stay; (6) Plaintiff shall not (a) seek any additional discovery from any defendant in MDL 1720 or any current or former employee of any defendant in MDL 1720 (except throughcontention interrogatories or requests for admission as provided in paragraph 7b below), or (b) seek to re-depose the expert of any defendant in MDL 1720 who is deposed prior to the lifting of the stay (except as provided in paragraph 7c below); (7) In the event that the foregoing stay is lifted: (a) Plaintiff shall produce promptly and to the extent not previously produced: (i) written responses and objections to all document requests, interrogatories, and requests for admission, (ii) organizational charts or other documents sufficient to show plaintiffs organizational structure in relevant areas, (iii) documents and information responsive to reasonable discovery requests (consistent with agreed-upon custodian lists and search terms), and (iv) employees or former employees within the plaintiffs control for any deposition that a defendant may reasonably request, (b) Plaintiff and defendants may serve contention interrogatories and requests for admission on each other, and shall respond thereto, on the same terms and schedule to which defendants have agreed with other plaintiffs in MDL 1720, or, in the event the stay is lifted afterthat time, on an alternative schedule as agreed by the parties to the Lubys Action or permitted by the Court, (c) Defendants reserve the right to supplement their expert reports with any discovery produced by plaintiff, including as to damages, in which case the plaintiff in the Lubys Action may, if reasonably necessary, depose those experts in the Lubys Action as to thesupplements to their expert reports only; (8) All other deadlines ordered by the Court in MDL 1720 shall remain unchanged, and no party shall use this stipulation and order as a basis to extend any other deadline in MDL1720. Ordered by Magistrate Judge James Orenstein on 3/28/2019. (Roantree, Bronwyn) (Entered: 03/28/2019) | 03/28/2019 |
| | ORDER re March 19, 2019 Order: the Court has received a courtesy copy of the Bank Defendants' memorandum in support of its motion to dismiss, and requests that the Rule 23(b)(2) Plaintiffs in Barrys Cut Rate Stores Inc., et al. v. Visa, Inc., et al., 05-MD-1720 (E.D.N.Y) submit one courtesy copy of Plaintiffs' opposition, along with any supporting memoranda and exhibits. Ordered by Judge Margo K. Brodie on 4/2/2019. (Borochoff-Porte, Alison) (Entered: 04/02/2019) | 04/02/2019 |
| 7393 | Statement of Objections filed by Susan Taylor Oliver. (Piper, Francine) (Entered: 04/09/2019) | 04/09/2019 |
| 7394 | Statement of Objections filed by Richard D. Stackert, D.D.S. (Piper, Francine) (Entered: 04/09/2019) | 04/09/2019 |
| 7395 | Letter dated April 10, 2019 from (b)(3) Class Counsel requesting approval of the 2018 Tax Payments and the 2019 1st Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/10/2019) | 04/10/2019 |
| 7396 | STIPULATION AND [PROPOSED] ORDER, Filed by Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Bershteyn, Boris) (Entered: 04/10/2019) | 04/10/2019 |
| | ORDER re 7395 Letter -- Class Plaintiffs' request for approval of 2018 tax payments and first quarter 2019 estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is so ordered. Ordered by Magistrate Judge James Orenstein on 4/11/2019. (Roantree, Bronwyn) (Entered: 04/11/2019) | 04/11/2019 |
| | ORDER re 7396 Stipulation -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 4/12/2019. (Roantree, Bronwyn) (Entered: 04/12/2019) | 04/12/2019 |
| 7397 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/17/2019) | 04/17/2019 |
| 7398 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/17/2019) | 04/17/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7399 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction filed by Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Attachments: # 1 Memorandum of Law in Support of Bank Defendants' Motion to Dismiss, # 2 Declaration of Kamali P. Willett in Support of Bank Defendants' Motion to Dismiss, # 3 Exhibit A - Visa-10-K, # 4 Exhibit B - Mastercard-10-K, # 5 Exhibit C - Visa-Prospectus, # 6 Exhibit D - Mastercard-Prospectus) (Bershteyn, Boris) (Entered: 04/18/2019) | 04/18/2019 |
| 7400 | REPLY in Support re 7399 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed filed by Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Bershteyn, Boris) (Entered: 04/18/2019) | 04/18/2019 |
|  | ORDER re 7397 Stipulation and 7398 Stipulation -- The stipulation, Docket Entry 7397 , is so ordered. The parties' expert reports are not required at this time, or until further order of the Court, to include expert recitations and opinions directed at the scope and form of any appropriate injunctive relief. In the event of a subsequent finding of liability, the parties shall confer regarding a schedule for the serving of expert reports directed at the scope and form of any proposed injunctive relief and report to the Court within twenty-eight days following any such liability determination. The stipulation, Docket Entry 7398 , is so ordered. The deadline for plaintiffs to serve their class certification motion and any supporting materials, including any initial expert reports in support of such a motion, is extended to November 1, 2019, unless that date is further extended by a further order of the Court. The deadline for all parties to file any papers (including any expert reports) in opposition to the motion, and for the plaintiffs in the Barry's Action to file papers in reply, shall be set forth in a further order. No other deadlines established in the Court's previous orders shall be affected by these Orders. Nor shall any party use the extensions set forth in these Orders as a basis for arguing to delay the briefing or determination of any summary judgment motion in any action. Ordered by Magistrate Judge James Orenstein on 4/18/2019. (Gustafson, Kaelyn) (Entered: 04/18/2019) | 04/18/2019 |
| 7401 | First MOTION to Withdraw as Attorney by Equitable Relief Class. (Attachments: # 1 Proposed Order) (Sandler, Hugh) (Entered: 04/20/2019) | 04/20/2019 |
| 7402 | RESPONSE in Opposition re 7399 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed filed by Equitable Relief Class. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Nussbaum, Linda) (Entered: 04/22/2019) | 04/22/2019 |
| 7403 | MOTION for Leave to Electronically File Document under Seal Exhibit C to Memorandum in Opposition to the Bank Defendants Motion to Dismiss by Equitable Relief Class. (Attachments: # 1 Exhibit A) (Nussbaum, Linda) (Entered: 04/22/2019) | 04/22/2019 |
| 7404 | Statement of Objections filed by Rickey E. Bradberry. (Piper, Francine) (Entered: 04/23/2019) | 04/22/2019 |
|  | ORDER granting 7401 Motion to Withdraw as Attorney -- The motion is granted; attorney Hugh Sandler terminated. Ordered by Magistrate Judge James Orenstein on 4/22/2019. (Roantree, Bronwyn) (Entered: 04/22/2019) | 04/22/2019 |
| 7405 | Statement of Objections filed by Carl Arena. (Piper, Francine) (Entered: 04/23/2019) | 04/23/2019 |
| 7406 | Letter from Boris Bershteyn, dated April 23, 2019 in accordance with Rules 1.D. and 3.D. of Your Honors Individual Practices and Rules by Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Bershteyn, Boris) (Entered: 04/23/2019) | 04/23/2019 |
|  | ORDER granting 7403 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry, and file a redacted version of the original document publicly as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 4/23/2019. (Borochoff-Porte, Alison) (Entered: 04/23/2019) | 04/23/2019 |
| 7407 | NOTICE of Intention to Appear by James A. Holmes. (Fernandez, Erica) (Entered: 04/24/2019) | 04/24/2019 |
| 7408 | RESPONSE in Opposition re 7399 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed 4/18/2019 filed by CMP Consulting Serv., Inc., DDMB 2, LLC d/b/a Emporium Logan Square, DDMB, Inc. d/b/a Emporium Arcade Bar, Boss Dental Care PLLC, Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Thomas, Frazar) (Entered: 04/25/2019) | 04/25/2019 |
| 7409 | Statement of Objections filed by Helen Harkness (Piper, Francine) (Entered: 04/26/2019) | 04/25/2019 |
| 7410 | Statement of Objections filed by Thomas Gadbois. (Piper, Francine) (Entered: 04/26/2019) | 04/25/2019 |
| 7411 | NOTICE of Change of Address filed by William J. Lawrence, Esq. (Piper, Francine) (Entered: 04/29/2019) | 04/25/2019 |
| 7412 | Statement of Objections filed by H. David Burns, Jr. (Piper, Francine) (Entered: 04/29/2019) | 04/26/2019 |
| 7413 | Statement of Objections of Class Member Standard Petroleum Company (Piper, Francine) (Entered: 04/30/2019) | 04/29/2019 |
| 7415 | Statement of Objections of Class Member as to Mckenzie Oil Co. Inc., (Piper, Francine) (Entered: 04/30/2019) | 04/29/2019 |
| 7416 | Statement of Objections of Class Member Newcomb Oil Co., LLC. (Piper, Francine) (Entered: 04/30/2019) | 04/29/2019 |
| 7417 | Statement of Objections of Class Member Herndon Oil Corp. (Piper, Francine) (Entered: 04/30/2019) | 04/29/2019 |
| 7418 | Statement of Objections of Class Member Buffalo Services, Inc. (Piper, Francine) (Entered: 04/30/2019) | 04/29/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7419 | Statement of Objections of Class Member L.S. & J.M. Gravelle, Inc. (Piper, Francine) (Entered: 04/30/2019) | 04/29/2019 |
| 7420 | Statement of Objections of Class Member White Oil Company, LLC. (Piper, Francine) (Entered: 04/30/2019) | 04/29/2019 |
| 7414 | RESPONSE in Opposition re 7399 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed 4/18/2019 filed by Equitable Relief Class. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Shadowen, Steve) (Entered: 04/30/2019) | 04/30/2019 |
| 7421 | STATUS REPORT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/01/2019) | 05/01/2019 |
| 7422 | Statement of Objections of Class Member Albert Daigle's Oil Company Inc. (Piper, Francine) (Entered: 05/03/2019) | 05/01/2019 |
| 7423 | Statement of Objections of Class Member W.H. Emmart & Son Inc. (Piper, Francine) (Entered: 05/03/2019) | 05/01/2019 |
| 7424 | Letter dated April 25, 2019 from David A. King, Sr. to Clerk of Court, advising the court of the new business name and address. (Piper, Francine) (Entered: 05/03/2019) | 05/01/2019 |
|  | ORDER re 7421 Status Report -- The status conference previously scheduled for May 8, 2019, is canceled. Ordered by Magistrate Judge James Orenstein on 5/2/2019. (Roantree, Bronwyn) (Entered: 05/02/2019) | 05/02/2019 |
| 7425 | Statement of Objections of Class Member as to Truck World Inc. (Piper, Francine) (Entered: 05/06/2019) | 05/03/2019 |
| 7426 | Statement of Objections of Class Member Rally Stores, Inc. (Piper, Francine) (Entered: 05/07/2019) | 05/06/2019 |
| 7427 | Statement of Objections of Class Member Risser Oil Corporation. (Piper, Francine) (Entered: 05/07/2019) | 05/06/2019 |
| 7428 | Statement of Objections of Class Member Pine River Mini Marts, Inc. (Piper, Francine) (Entered: 05/08/2019) | 05/07/2019 |
| 7429 | Statement of Objections of Class Member Pine River Mini Marts, Inc. (Piper, Francine) (Entered: 05/08/2019) | 05/07/2019 |
| 7430 | Statement of Objections of Class Member Crawford Oil Co., Inc. (Piper, Francine) (Entered: 05/08/2019) | 05/07/2019 |
| 7431 | Statement of Objections of Class Member Taylor Oil, Inc. (Piper, Francine) (Entered: 05/08/2019) | 05/07/2019 |
| 7432 | MOTION to Withdraw as Attorney by Bank Of America, N.A.. (Attachments: # 1 Proposed Order) (Rosenberg, Jeffrey) (Entered: 05/08/2019) | 05/08/2019 |
| 7433 | AFFIDAVIT/DECLARATION in Support re 7432 MOTION to Withdraw as Attorney filed by Bank Of America, N.A.. (Rosenberg, Jeffrey) (Entered: 05/08/2019) | 05/08/2019 |
| 7434 | Statement of Objections of Class Member Pumpelly Oil Acquisition, LLC. (Piper, Francine) (Entered: 05/09/2019) | 05/09/2019 |
| 7435 | Statement of Objections of Class Member GP Holdings of Louisiana, LLC (formerly Pumpelly Oil Company, LLC) (Piper, Francine) (Entered: 05/09/2019) | 05/09/2019 |
| 7437 | Statement of Objections of Class Member Reisner Distributor, Inc. (Piper, Francine) (Entered: 05/13/2019) | 05/09/2019 |
| 7438 | Statement of Objections filed by Sharbani Dasgupta. (Piper, Francine) (Entered: 05/13/2019) | 05/09/2019 |
| 7439 | Statement of Objections of Class Member Maverick, Inc. (Piper, Francine) (Entered: 05/13/2019) | 05/09/2019 |
| 7440 | Statement of Objections of Class Member Cox Oil Company, Inc. (Piper, Francine) (Entered: 05/13/2019) | 05/09/2019 |
|  | ORDER granting 7432 Motion to Withdraw as Attorney -- The motion is granted; attorney Jeffrey K. Rosenberg terminated. Ordered by Magistrate Judge James Orenstein on 5/9/2019. (Roantree, Bronwyn) (Entered: 05/09/2019) | 05/09/2019 |
| 7436 | Letter re: Joint proposed dates for the next three status conferences by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 05/10/2019) | 05/10/2019 |
| 7441 | Statement of Objections of Class Member Russell Oil Co., Inc. (Piper, Francine) (Entered: 05/14/2019) | 05/13/2019 |
| 7442 | Statement of Objections of Class Member Farmers Union Oil Company of Beulah. (Piper, Francine) (Entered: 05/14/2019) | 05/13/2019 |
| 7443 | Statement of Objections of Class Member Star Fuel of Oklahoma, LLC. (Piper, Francine) (Entered: 05/14/2019) | 05/13/2019 |
| 7444 | Statement of Objections of Class Member Leathers Enterprises, Inc. (Piper, Francine) (Entered: 05/14/2019) | 05/13/2019 |
|  | SCHEDULING ORDER: re 7436 -- I will hold status conferences (with joint status report due five business days in advance) as follows: July 9, 2019, at 1:00 p.m.; September 5, 2019, at 1:00 p.m.; November 7, 2019, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 5/13/2019. (Roantree, Bronwyn) (Entered: 05/13/2019) | 05/13/2019 |
| 7445 | Statement of Objections of Class Member Wheels of CT, Inc. (Fernandez, Erica) (Entered: 05/20/2019) | 05/17/2019 |
| 7446 | Statement of Objections of Class Member Verc Enterprises, Inc. (Fernandez, Erica) (Entered: 05/20/2019) | 05/17/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7447 | Statement of Objections of Class Member Stacie D. Wooten. (Fernandez, Erica) (Entered: 05/20/2019) | 05/20/2019 |
| 7448 | Statement of Objections of Class Member Mid South Petroleum Corporation d/b/a MidStates Petroleum Company, LLC. (Piper, Francine) (Entered: 05/21/2019) | 05/20/2019 |
| 7449 | Statement of Objections of Class Member Southern Oil Co., Inc. (Piper, Francine) (Entered: 05/21/2019) | 05/20/2019 |
| 7450 | Statement of Objections of Class Member Community Service Stations, Inc. (Piper, Francine) (Entered: 05/21/2019) | 05/20/2019 |
| 7451 | Letter dated May 15, 2019 from Antonio Suarez Cora, Bar Restaurant El Barril Re: Member of the 23(b)(3) settlement class. (Piper, Francine) (Entered: 05/21/2019) | 05/20/2019 |
| 7453 | Letter dated May 15, 2019 from America Rivera Re: Member of the 23(b)(3) settlement class. (Piper, Francine) (Main Document 7453 replaced on 5/22/2019) (Piper, Francine). (Entered: 05/22/2019) | 05/20/2019 |
| 7455 | Letter dated May 15, 2019 from Jesus Lind, Re: Member of the 23(b)(3) settlement class. (Piper, Francine) (Entered: 05/22/2019) | 05/20/2019 |
| 7452 | MOTION to Withdraw as Attorney by Chase Bank USA, N.A., JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Attachments: # 1 Declaration of Peter E. Greene) (Greene, Peter) (Entered: 05/21/2019) | 05/21/2019 |
| 7454 | Statement of Objections of Class Member Davenport Energy, Inc. (Fernandez, Erica) (Entered: 05/22/2019) | 05/22/2019 |
| | ORDER granting 7452 Motion to Withdraw as Attorney -- The motion is granted; attorney Peter E. Greene terminated. Ordered by Magistrate Judge James Orenstein on 5/22/2019. (Roantree, Bronwyn) (Entered: 05/22/2019) | 05/22/2019 |
| 7456 | Statement of Objections of Class Member Aranosian Oil Co., Inc. (Piper, Francine) (Entered: 05/28/2019) | 05/23/2019 |
| 7457 | Statement of Objections of Class Member D&D Machine. (Fernandez, Erica) (Entered: 05/28/2019) | 05/28/2019 |
| 7458 | Letter dated 5/18/19 from Michael Davis re "Visa and Mastercard increase price again after 6.24 billion settlement". (Fernandez, Erica) (Entered: 05/28/2019) | 05/28/2019 |
| 7460 | Statement of Objections of Class Member Hough Petroleum Corp, (Piper, Francine) (Entered: 05/30/2019) | 05/28/2019 |
| 7459 | MOTION to Withdraw as Attorney by Home Depot U.S.A Inc. (Attachments: # 1 Declaration of Benjamin W. Thorpe) Associated Cases: 1:05-md-01720-MKB-JO et al. (Thorpe, Benjamin) (Entered: 05/29/2019) | 05/29/2019 |
| 7464 | Statement of Objections of Class Member J.H. Reaben Oil & Supply Co., Inc. and Four Seasons Triangle, Inc. (Piper, Francine) (Entered: 06/03/2019) | 05/29/2019 |
| | ORDER granting 7459 Motion to Withdraw as Attorney -- The motion is granted; attorney Benjamin W. Thorpe terminated. Ordered by Magistrate Judge James Orenstein on 5/29/2019. (Roantree, Bronwyn) (Entered: 05/29/2019) | 05/29/2019 |
| 7461 | STIPULATION and Proposed Order by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 05/30/2019) | 05/30/2019 |
| 7462 | MOTION to Withdraw as Attorney by Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation. (Attachments: # 1 Proposed Order) (Calandra, Brian) (Entered: 05/30/2019) | 05/30/2019 |
| 7463 | AFFIDAVIT/DECLARATION in Support re 7462 MOTION to Withdraw as Attorney filed by Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation. (Calandra, Brian) (Entered: 05/30/2019) | 05/30/2019 |
| | ORDER re 7461 Stipulation -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 5/30/2019. (Roantree, Bronwyn) (Entered: 05/30/2019) | 05/30/2019 |
| | ORDER granting 7462 Motion to Withdraw as Attorney -- The motion is granted; attorney Brian Calandra terminated. Ordered by Magistrate Judge James Orenstein on 5/31/2019. (Roantree, Bronwyn) (Entered: 05/31/2019) | 05/31/2019 |
| 7468 | Statement of Objections of Class Member Douglas Gordan Wallace. (Piper, Francine) (Entered: 06/05/2019) | 06/03/2019 |
| 7465 | Letter dated June 4, 2019 from (b)(3) Class Counsel requesting approval of the 2019 2nd Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 06/04/2019) | 06/04/2019 |
| 7466 | Notice of MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-11542710. by Home Depot U.S.A Inc, The Home Depot Inc.. Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Chen, Jeffrey) (Entered: 06/04/2019) | 06/04/2019 |
| 7467 | Letter MOTION for Leave to File Excess Pages - Rule 23(b)(3) Class Plaintiffs' briefs on Motion for Class Settlement Final Approval and Motion for Attorneys' Fees and Reimbursement of Expenses by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 06/04/2019) | 06/04/2019 |
| | ORDER re 7465 Letter -- Class Plaintiffs' request for approval of estimated tax payments for the Class I Cash Settlement Fund and the Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge James Orenstein on 6/4/2019. (Roantree, Bronwyn) (Entered: 06/04/2019) | 06/04/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7466 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Jeffrey W. Chen is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 6/5/2019. (Roantree, Bronwyn) (Entered: 06/05/2019) | 06/05/2019 |
| | ORDER granting 7467 Letter Motion for Leave to File Excess Pages. Rule 23(b)(3) Class Plaintiffs may file briefs of up to forty (40) pages for Class Plaintiffs' Motion for Class Settlement Final Approval and Class Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses. Ordered by Judge Margo K. Brodie on 6/6/2019. (Borochoff-Porte, Alison) (Entered: 06/06/2019) | 06/06/2019 |
| 7469 | MOTION for Settlement Rule 23(b)(3) Class Plaintiffs' Notice of Motion and Motion for Final Approval of Class-Action Settlement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support of Final Approval of Rule 23(b)(3) Class Plaintiffs' Class-Action Settlement, # 2 Proposed Order Rule 23(b)(3) Class Settlement Order and Final Judgment, # 3 Declaration K. Craig Wildfang in Support of Rule 23(b)(3) Class Plaintiffs' Motion for Final Approval of Settlement, # 4 Declaration of The Honorable H. Lee Sarokin, # 5 Declaration Export Report of Michael A. Williams, Ph.D., # 6 Declaration of Cameron R. Azari, # 7 Declaration of Nicole Hamann) (Wildfang, K.) (Entered: 06/07/2019) | 06/07/2019 |
| 7470 | Notice of MOTION to Intervene by Gary Friedman. (Attachments: # 1 Memorandum in Support, # 2 Exhibit [Proposed] Complaint-In-Intervention, # 3 Declaration of Gary B. Friedman, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7) (Friedman, Gary) (Entered: 06/07/2019) | 06/07/2019 |
| 7471 | MOTION for Attorney Fees by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support of Rule 23(b)(3) Class Plaintiffs' Motion For Attorneys' Fees and Reimbursement of Expenses, # 2 Exhibit 1_Declaration of Thomas J. Undlin in Support of Rule 23(b)(3) Class Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursements of Expenses, # 3 Exhibit 2_Declaration of H. Laddie Montague, Jr. On Behalf of Berger & Montague PC, # 4 Exhibit 3_Declaration of Alexandra S. Bernay in Support of Rule 23(b)(3) Class Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses, # 5 Exhibit 4_Second Declaration of Charles Silver Concerning The Reasonableness of Class Counsel's Request for An Award of Attorneys' Fees, # 6 Proposed Order 5_Final Judgment Awarding Attorneys' Fees, # 7 Proposed Order 6_Final Judgment Awarding Expenses) (Bernay, Alexandra) (Entered: 06/07/2019) | 06/07/2019 |
| 7472 | MOTION for Settlement [Rule 23(b)(3) Plaintiffs' Notice of Motion and Motion for Class Representative Service Awards] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support of Motion for Class Representative Service Awards, # 2 Exhibit 1_Supplemental Declaration of Michael O'Connor Regarding Estimated Rule 23(b)(3) Class Plaintiff Awards, # 3 Exhibit 2_Declaration of Vincent Archer of Leon's Transmission Service, Inc. [Redacted], # 4 Exhibit 3_Declaration of Mitchell Goldstone of ScanMyPhotos.com [Redacted], # 5 Exhibit 4_Declaration of Abraham Harari [Redacted], # 6 Exhibit 5_Declaration of Malcolm McDonald of CHS Inc. [Redacted], # 7 Exhibit 6_Declaration of Jared Opper in Support of Plaintiffs' Motion for Fees, Costs and Service Awards [Redacted], # 8 Exhibit 7_Declaration of Ramona Palmer-Eason, Esq. [Redacted], # 9 Exhibit 8_Declaration of Michael Schumann of Traditions Ltd. [Redacted], # 10 Exhibit 9_Third Declaration of Howard Trachtman, # 11 Proposed Order Granting Rule 23(b)(3) Class Plaintiffs' Motion for Class Representative Service Awards) (Bernay, Alexandra) (Entered: 06/07/2019) | 06/07/2019 |
| 7473 | MOTION for Leave to Electronically File Document under Seal [supplemental Class Representative declarations submitted as Exhibits 2-8 in support of Rule 23(b)(3) Class Plaintiffs' Memorandum of Law In Support of Motion For Class Representative Service Awards] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 2_Declaration of Vincent Archer of Leon's Transmission Service, Inc. [Filed Under Seal], # 2 Exhibit 3_Declaration of Mitchell Goldstone of ScanMyPhotos.com [Filed Under Seal], # 3 Exhibit 4_Declaration of Abraham Harari [Filed Under Seal], # 4 Exhibit 5_Declaration of Malcolm McDonald of CHS Inc. [Filed Under Seal], # 5 Exhibit 6_Declaration of Jared Opper in Support of Plaintiffs' Motion for Fees, Costs and Service Awards [Filed Under Seal], # 6 Exhibit 7_Declaration of Ramona Palmer-Eason, Esq. [Filed Under Seal], # 7 Exhibit 8_Declaration of Michael Schumann of Traditions Ltd. [Filed Under Seal]) (Bernay, Alexandra) (Entered: 06/07/2019) | 06/07/2019 |
| 7474 | MOTION for Attorney Fees , Reimbursement of Expenses, and Service Awards by R&M Objectors. (Attachments: # 1 Exhibit 1 - Memorandum in Support of R&M Objectors' Motion for Award of Attorneys' Fees, Expenses, and Service Awards, # 2 Exhibit 2 - ECF No. 1588 (Mem. of Undstg.), # 3 Exhibit 3 - ECF No. 1653 (Objection to Settlement), # 4 Exhibit 4 - ECF No. 2281 (Objection to Final Approval), # 5 Exhibit 5 - ECF No. 2421 (Objection to Final Approval), # 6 Exhibit 6 - ECF No. 1621 (Letter to Court), # 7 Exhibit 7 - ECF No. 1657 (Letter to Court), # 8 Exhibit 8 - ECF No. 1668 (Order Regarding Preliminary Approval), # 9 Exhibit 9 - ECF No. 1732 (Preliminary Hr'g Excerpts), # 10 Exhibit 10 - ECF No. 5873 (Order Appointing Prof. Sykes), # 11 Exhibit 11 - ECF No. 5948 (Letter to Prof. Sykes), # 12 Exhibit 12 - ECF No. 2422 (Notice of Conditional Opt-Outs), # 13 Exhibit 13 - ECF No. 2618 (Notice of Conditional Opt-Outs), # 14 Exhibit 14 - ECF No. 6094 (Excerpts from Final App'l Hrg.), # 15 Exhibit 15 - ECF No. 1703 (Objection to Preliminary Approval), # 16 Exhibit 16 - R&M Objectors' 2d Circuit Opening Brief, # 17 Exhibit 17 - R&M Objectors' 2d Circuit Reply Brief) (Breakstone, Jay) (Entered: 06/07/2019) | 06/07/2019 |
| | ORDER granting 7473 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original documents under seal as a separate entry. Counsel is further directed to file redacted versions of the original documents publicly as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 6/7/2019. (Borochoff-Porte, Alison) (Entered: 06/07/2019) | 06/07/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7475 | DECLARATION re Order on Motion for Leave to Electronically File Document under Seal, 7472 MOTION for Settlement [Rule 23(b)(3) Plaintiffs' Notice of Motion and Motion for Class Representative Service Awards] Exhibit 2_Declaration of Vincent Archer of Leons Transmission Service, Inc. [Filed Under Seal] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 3_Declaration of Mitchell Goldstone of ScanMyPhotos.com [Filed Under Seal], # 2 Exhibit 4_Declaration of Abraham Harari [Filed Under Seal], # 3 Exhibit 5_Declaration of Malcolm McDonald of CHS Inc. [Filed Under Seal], # 4 Exhibit 6_Declaration of Jared Opper in Support of Plaintiffs Motion for Fees, Costs and Service Awards [Filed Under Seal], # 5 Exhibit 7_Declaration of Ramona Palmer-Eason, Esq. [Filed Under Seal], # 6 Exhibit 8_Declaration of Michael Schumann of Traditions Ltd. [Filed Under Seal]) (Bernay, Alexandra) (Entered: 06/10/2019) | 06/10/2019 |
| 7476 | REDACTION to Order on Motion for Leave to Electronically File Document under Seal, 7472 MOTION for Settlement [Rule 23(b)(3) Plaintiffs' Notice of Motion and Motion for Class Representative Service Awards] Exhibit 2_Declaration of Vincent Archer of Leons Transmission Service, Inc. [Redacted] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 3_Declaration of Mitchell Goldstone of ScanMyPhotos.com [Redacted], # 2 Exhibit 4_Declaration of Abraham Harari [Redacted], # 3 Exhibit 5_Declaration of Malcolm McDonald of CHS Inc. [Redacted], # 4 Exhibit 6_Declaration of Jared Opper in Support of Plaintiffs Motion for Fees, Costs and Service Awards [Redacted], # 5 Exhibit 7_Declaration of Ramona Palmer-Eason, Esq. [Redacted], # 6 Exhibit 8_Declaration of Michael Schumann of Traditions Ltd. [Redacted]) (Bernay, Alexandra) (Entered: 06/10/2019) | 06/10/2019 |
| 7477 | Letter to Judge Brodie enclosing courtesy copies by Gary Friedman (Friedman, Gary) (Entered: 06/10/2019) | 06/10/2019 |
| 7478 | Letter from Counsel for Merchant Objectors by Goldstein & Russell, P.C. (Citron, Eric) (Entered: 06/10/2019) | 06/10/2019 |
| 7479 | MOTION to Withdraw as Attorney by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Declaration) (McMurray Roe, Amanda) (Entered: 06/11/2019) | 06/11/2019 |
| 7482 | Statement of Objections of Class Member Allen Wishman (Piper, Francine) (Entered: 06/12/2019) | 06/11/2019 |
| 7483 | Statement of Objections of Class Member Sadler Brothers Oil Company, Inc. (Piper, Francine) (Entered: 06/12/2019) | 06/11/2019 |
| 7484 | Statement of Objections of Class Member HN Funkhouser & Co. (Piper, Francine) (Entered: 06/12/2019) | 06/11/2019 |
| 7485 | Statement of Objections of Class Member Lott Oil Co., Inc. (Piper, Francine) (Entered: 06/12/2019) | 06/11/2019 |
|  | ORDER granting 7479 Motion to Withdraw as Attorney -- The motion is granted; attorney Amanda McMurray Roe terminated. Ordered by Magistrate Judge James Orenstein on 6/11/2019. (Roantree, Bronwyn) (Entered: 06/11/2019) | 06/11/2019 |
| 7480 | Letter by R&M Objectors (Breakstone, Jay) (Entered: 06/12/2019) | 06/12/2019 |
| 7481 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-11567323. by R&M Objectors. (Bozeman, Marcus) (Entered: 06/12/2019) | 06/12/2019 |
|  | SCHEDULING ORDER -- I will hold a pre-motion conference as to Mr. Friedman's motion to intervene, docket entry ("DE") 7470 ; the R&M objectors' motion for attorneys' fees, DE 7474 ; and the merchant objectors' letter, DE 7478 , immediately following the status conference currently scheduled for July 9, 2019, at 1:00 p.m. I respectfully direct the pertinent parties to confer and submit a proposed briefing schedule for the motions in advance of the conference. The proposals should provide for each motion to be briefed, argued, and resolved before the final approval hearing scheduled for November 7, 2019, at 10:00 a.m. Ordered by Magistrate Judge James Orenstein on 6/12/2019. (Roantree, Bronwyn) (Entered: 06/12/2019) | 06/12/2019 |
| 7486 | NOTICE of Appearance by Marcus Neil Bozeman on behalf of R&M Objectors (notification declined or already on case) (Bozeman, Marcus) (Entered: 06/13/2019) | 06/13/2019 |
| 7487 | NOTICE of Appearance by Jeffrey W Chen on behalf of Home Depot U.S.A Inc, The Home Depot Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Chen, Jeffrey) (Entered: 06/13/2019) | 06/13/2019 |
| 7488 | Statement of Objections of Class Member Burch Oil Company, Inc. (Piper, Francine) (Entered: 06/18/2019) | 06/13/2019 |
|  | ORDER granting 7481 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Marcus N. Bozeman is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 6/13/2019. (Roantree, Bronwyn) (Entered: 06/13/2019) | 06/13/2019 |
| 7490 | Statement of Objections of Class Member Adams Custom Wheels & ACC. (Piper, Francine) (Entered: 06/18/2019) | 06/14/2019 |
| 7491 | Statement of Objections of Class Member Audio Wizards. (Piper, Francine) (Entered: 06/18/2019) | 06/14/2019 |
| 7492 | Statement of Objections of Class Member Adams Custom Wheels (Piper, Francine) (Entered: 06/18/2019) | 06/14/2019 |
| 7493 | Statement of Objections of Class Member Ace Tires and Wheels (Piper, Francine) (Entered: 06/18/2019) | 06/14/2019 |
| 7494 | Statement of Objections of Class Member Mall of GA Rims & Tires. (Piper, Francine) (Entered: 06/18/2019) | 06/14/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7500 | Statement of Objections to Fees, Expenses,Service Awards and Statement of Objections to the Settlement and Settlement Allocations as to Gemstone Homes and Properties. (Piper, Francine) (Entered: 06/25/2019) | 06/14/2019 |
| 7489 | Letter dated June 14, 2019 from The Biz Filings Team to Clerk of Court, advising that according to the records of the State of Louisiana, it has been determined that Business Filings Incorporated (Biz Filings), is not the registered agent for the entity by the name of Baton Rouge Residential Cleaning LLC. (Piper, Francine) (Entered: 06/18/2019) | 06/18/2019 |
| 7495 | MOTION to Appear Pro Hac Vice of Jonathan Eser Filing fee $ 150, receipt number NYEDC-11587351. by Home Depot U.S.A Inc, The Home Depot Inc.. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Certificates of Good Standing, # 3 Proposed Order) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Eser, Jonathan) (Entered: 06/18/2019) | 06/18/2019 |
| 7496 | Statement of Objections of Class Member Berlin Oil Products, Inc. (Piper, Francine) (Entered: 06/24/2019) | 06/20/2019 |
|  | ORDER granting 7495 Motion for Leave to Appear Pro Hac Vice -- Attorney Jonathan C. Eser, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate, and shall file a notice of appearance. Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Ordered by Magistrate Judge James Orenstein on 6/20/2019. (Roantree, Bronwyn) (Entered: 06/20/2019) | 06/20/2019 |
| 7497 | Statement of Objections of Class Member Ira Phillips, Inc. (Piper, Francine) (Entered: 06/24/2019) | 06/24/2019 |
| 7498 | Letter MOTION for Order to Show Cause regarding Business Refunds of America by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Alexandra S. Bernay, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Bernay, Alexandra) (Entered: 06/24/2019) | 06/24/2019 |
| 7499 | Letter enclosing Business Refunds of America's video by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/24/2019) | 06/24/2019 |
| 7501 | Letter from Rule 23(b)(3) Class Counsel submitting proposed order pursuant to Court's Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order to Show Cause) (Bernay, Alexandra) (Entered: 06/25/2019) | 06/25/2019 |
| 7503 | Statement of Objections of Class Member JLA, Inc. (Piper, Francine) (Entered: 06/27/2019) | 06/25/2019 |
| 7504 | Statement of Objections of Class Member Parker Oil Company, Inc. (Piper, Francine) (Entered: 06/27/2019) | 06/25/2019 |
|  | ORDER granting 7498 Motion for Order to Show Cause -- The motion is granted. Class Counsel shall promptly submit a proposed order. Ordered by Magistrate Judge James Orenstein on 6/25/2019. (Roantree, Bronwyn) (Entered: 06/25/2019) | 06/25/2019 |
| 7502 | ORDER re 7501 Letter -- On June 24, 2019, Class Counsel sought an Order to Show Cause regarding the conduct of a third-party-claims filing entity, Business Refunds of America ("BRA"), as well as its founder, Jason Baril (collectively with BRA, the "Respondents"). Having reviewed the submitted materials I now grant the application. I respectfully direct each of the Respondents to show cause in writing by July 3, 2019, why they should not provide Class Counsel with a list of any and all class members who have signed up for claims-filing services with BRA or any associated entity, and provide written notice to any such class members so that they may cancel any contract entered into with BRA for claims-filing or other services related to these actions. I further respectfully direct the Respondents to include in their submission full details of their efforts to remove false and misleading statements regarding these actions from their websites and social media accounts and to demonstrate that such statements are no longer available to the public. In addition, the Respondents shall disclose whether and to what extent they have engaged in any telemarketing campaigns to sign up class members, using inside or outside sales agents. Finally, I respectfully direct counsel for the Respondents to appear in person at the next status conference in these actions scheduled for July 9, 2019, at 1:00 p.m. I respectfully direct Class Counsel to promptly send a copy of this order to each of the Respondents in the manner most likely to constitute timely and effective notice.Ordered by Magistrate Judge James Orenstein on 6/26/2019. (Roantree, Bronwyn) (Entered: 06/26/2019) | 06/26/2019 |
| 7505 | Letter regarding summary judgment briefing schedule by Target Corporation (Broz, Alycia) (Entered: 06/28/2019) | 06/28/2019 |
| 7506 | STATUS REPORT Joint Status Report by 7-Eleven Inc. (Scupp, David) (Entered: 07/01/2019) | 07/01/2019 |
| 7507 | Statement of Objections of Class Member S.L.F. Inc. (Piper, Francine) (Entered: 07/02/2019) | 07/01/2019 |
| 7508 | Statement of Objections of Class Member Maine Energy, Inc. (Fernandez, Erica) (Entered: 07/03/2019) | 07/02/2019 |
| 7509 | Statement of Objections of Class Member Calloway Oil Company. (Fernandez, Erica) (Entered: 07/03/2019) | 07/02/2019 |
|  | ORDER re 7505 Letter -- The summary judgment briefing schedule is so ordered: Summary judgment and Daubert motions are due April 1, 2020. Summary judgment and Daubert opposition memoranda are due July 1, 2020. Summary judgment and Daubert reply memoranda due by September 1, 2020. The requirement of filing pre-motion letters before submitting these motions is waived. Ordered by Magistrate Judge James Orenstein on 7/2/2019. (Roantree, Bronwyn) (Entered: 07/02/2019) | 07/02/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7510 | RESPONSE TO ORDER TO SHOW CAUSE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Letter from Jason Baril on behalf of Business Refunds of America in response to Order to Show Cause re. ECF No. 7502) (Bernay, Alexandra) (Entered: 07/03/2019) | 07/03/2019 |
| 7511 | Letter from Rule 23(b)(3) Class Counsel reporting BRA's status and consent for BRA to be excused from the July 9, 2019 status conference by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/08/2019) | 07/08/2019 |
| 7513 | Statement of Objections of Class Member St. Joe Petroleum Co. (Piper, Francine) (Entered: 07/10/2019) | 07/08/2019 |
| 7514 | Statement of Objections of Class Member Van Zeeland Oil Co. Inc. (Piper, Francine) (Entered: 07/10/2019) | 07/08/2019 |
| 7515 | Statement of Objections of Class Member Freedom Oil LLC. (Piper, Francine) (Entered: 07/10/2019) | 07/08/2019 |
| 7516 | Statement of Objections of Class Member Ramco, Inc. d/b/a Minit Mart Inc. and Pine Belt Oil Company (Piper, Francine) (Entered: 07/10/2019) | 07/08/2019 |
| 7517 | Statement of Objections of Class Member ASAP Energy (Piper, Francine) (Entered: 07/10/2019) | 07/08/2019 |
|  | ORDER re 7510 Response to Order to Show Cause -- I respectfully direct Class Counsel to file a letter forthwith reporting whether they consent to Business Refunds of America's request to be excused from the July 9, 2019, status conference, or in the alternative, to appear by telephone, see Docket Entry 7510 , and whether they seek any further relief with respect to Mr. Baril or Business Refunds of America. Ordered by Magistrate Judge James Orenstein on 7/8/2019. (Roantree, Bronwyn) (Entered: 07/08/2019) | 07/08/2019 |
|  | ORDER re 7511 Letter -- Business Refunds of America (BRA), as well as its founder, Jason Baril, (collectively with BRA, the "Respondents") are excused from attending the status conference scheduled for July 9, 2019. I respectfully direct Class Counsel to promptly send a copy of this order to each of the Respondents in the manner most likely to constitute timely and effective notice. Ordered by Magistrate Judge James Orenstein on 7/8/2019. (Roantree, Bronwyn) (Entered: 07/08/2019) | 07/08/2019 |
| 7512 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 7/9/2019. Scheduling: (1) The next status conference will be held on September 5, 2019, at 1:00 p.m. (2) A further status conference will be held on November 7, 2019, at 1:00 p.m. Summary: (1) I discussed with the parties the dispute arising from the substitution of plaintiff's former expert witness Maria Blanco. The parties will take the deposition of substitute expert witness Reto Kohler and confer as to whether there is any need for further testimony by Ms. Blanco. (2) The parties will take appropriate step to provide notices to all non-party Branded Marketer objectors to the pending proposed settlement who report that they have not received a copy of the notice. (3) I approved the proposed briefing schedules for pending and anticipate motions. The Merchant Objectors will file their initial motion papers by July 23, 2019. Responses to that motion, as well as to Mr. Friedman's motion to intervene and the R&M Objectors' motion for attorneys' fees will be due by July 31, 2019. Reply briefs on all three motions will be due by August 14, 2019. The court will hear argument on or after September 5, 2019. (Attachments: # 1 Appearances) (Orenstein, James) (Court Reporter: Charleane Heading, 718-613-2643) (Entered: 07/09/2019) | 07/09/2019 |
| 7518 | Statement of Objections of Class Member Classic Convenience LLC. (Piper, Francine) Modified on 7/10/2019 to change filing date (Piper, Francine). (Entered: 07/10/2019) | 07/09/2019 |
| 7519 | Statement of Objections of Class Member Laurel Oil, LLC. (Piper, Francine) (Entered: 07/10/2019) | 07/09/2019 |
| 7521 | Statement of Objections of Class Member Home Oil Co., Inc dba West End Food Mart. (Piper, Francine) (Entered: 07/10/2019) | 07/09/2019 |
| 7520 | Statement of Objections of Class Member Rackley Oil, Inc. (Piper, Francine) (Entered: 07/10/2019) | 07/10/2019 |
| 7522 | Statement of Objections of Class Member Aranosian Oil Co., Inc. (Piper, Francine) (Entered: 07/10/2019) | 07/10/2019 |
| 7523 | Statement of Objections of Class Member John C. Berry & Sons, Inc. (Piper, Francine) (Entered: 07/11/2019) | 07/10/2019 |
| 7524 | Statement of Objections of Class Member Express Stop, Inc.. (Fernandez, Erica) (Entered: 07/11/2019) | 07/11/2019 |
| 7525 | Statement of Objections of Class Member Arizona Trails, Inc. (Fernandez, Erica) (Entered: 07/15/2019) | 07/12/2019 |
| 7527 | Letter dated 7/9/2019 from Paul Carter to US District Court for the Eastern District of New York in regards to the preliminary approval of the $6.24 billion settlement in the consolidated payment card interchange fee class action case. (Marziliano, August) (Entered: 07/15/2019) | 07/12/2019 |
| 7526 | Statement of Objections of Class Member Norman G. Sharber.. (Fernandez, Erica) (Entered: 07/15/2019) | 07/15/2019 |
| 7528 | Statement of Objections of Class Member Walters-Dimmick Petroleum, Inc. (Tavarez, Jennifer) (Entered: 07/16/2019) | 07/15/2019 |
| 7533 | Objection to Class Action Settlement filed by WDS Ventures, LLC. (Ramesar, Thameera) (Entered: 07/17/2019) | 07/15/2019 |
| 7534 | Objection to Class Action Settlement filed by Atlantis Management Group II LLC. (Ramesar, Thameera) (Entered: 07/17/2019) | 07/15/2019 |
| 7535 | Objection to Class Action Settlement filed by Tumay Basaranlar. (Ramesar, Thameera) (Entered: 07/17/2019) | 07/15/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7529 | Statement of Objections of Class Member Jose Montero. (Tavarez, Jennifer) (Entered: 07/16/2019) | 07/16/2019 |
| 7530 | MOTION to Withdraw as Attorney by Plaintiffs in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiffs in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO. (Burns, Erin) (Entered: 07/16/2019) | 07/16/2019 |
| 7531 | Letter Motion dated July 12, 2019 filed by Jose Leyva, requesting to be included in the Visa/Mastercard Settlement. (Piper, Francine) (Entered: 07/17/2019) | 07/16/2019 |
| 7536 | Statement of Objections of Class Member Mystic Oil Company. (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7537 | Statement of Objections of Class Member Denmar Corporation. (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7538 | Statement of Objections of Class Member St. Romain Oil Company, LLC (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7539 | Statement of Objections of Class Member J&H Oil Company and Exit 76 Corporation (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7540 | Statement of Objections of Class Member Herriges Oil Inc. (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7541 | Statement of Objections of Class Member Vulcan Oil Company, Inc. (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7542 | Statement of Objections of Class Member Orton Motor, Inc. (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7543 | Statement of Objections of Class Member Wakeland Oil Company (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7544 | Statement of Objections of Class Member Bjornson Oil Company Inc. (Piper, Francine) (Entered: 07/18/2019) | 07/16/2019 |
| 7532 | Statement of Objections of Class Member Jimmy Kochisarli. (Tavarez, Jennifer) (Entered: 07/17/2019) | 07/17/2019 |
|  | ORDER granting (7530) Motion to Withdraw as Attorney -- The motion is granted; attorney Erin C. Burns terminated. Ordered by Magistrate Judge James Orenstein on 7/17/2019. Associated Cases: 1:05-md-01720-MKB-JO, 1:05-cv-05882-MKB-JO, 1:05-cv-05883-MKB-JO (Gustafson, Kaelyn) (Entered: 07/17/2019) | 07/17/2019 |
| 7545 | Statement of Objections of Class Member Kramer's Wedge Store (Piper, Francine) (Entered: 07/19/2019) | 07/19/2019 |
| 7546 | Statement of Objections of Class Member A-B Petroleum, Inc. (Piper, Francine) (Entered: 07/22/2019) | 07/19/2019 |
| 7547 | Statement of Objections of Class Member Wilson Baker, Inc. (Piper, Francine) (Entered: 07/22/2019) | 07/19/2019 |
| 7548 | Statement of Objections of Class Member Short Stop Inc. (Piper, Francine) (Entered: 07/22/2019) | 07/19/2019 |
| 7550 | Statement of Objections of Class Member Nejat Kohan, Esq. d/b/a The Law Offices of Nejat Kohan, Inc (Piper, Francine) (Entered: 07/22/2019) | 07/19/2019 |
| 7551 | Law Office of Nejat Kohan, Inc.'s Notice of Intention to Appear at Fairness Hearing. (Piper, Francine) (Entered: 07/22/2019) | 07/19/2019 |
| 7591 | Notice to be involved in this action filed by Cecil Watson, Owner of Cutting Edge Shop. (Piper, Francine) (Entered: 07/25/2019) | 07/19/2019 |
| 7549 | Statement of Objections of Class Member Cain Petroleum Inc. (Attachments: # 1 Letter) (Piper, Francine) (Entered: 07/22/2019) | 07/22/2019 |
| 7552 | Letter from Class Counsel by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/22/2019) | 07/22/2019 |
| 7553 | NOTICE by Fikes Wholesale, Inc. to appear by counsel (Eisinger, Jana) (Entered: 07/22/2019) | 07/22/2019 |
| 7554 | Letter to Magistrate Judge James Orenstein from Michael J. Kane (Berger Montague PC) re Rule 23(b)(3) Co-Lead Counsel's Compliance with Court Order Concerning Notices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Kane, Michael) (Entered: 07/22/2019) | 07/22/2019 |
| 7556 | Statement of Objection of Class Member Cattoor Oil Co. Inc. (Herrera, Isaiah) (Entered: 07/23/2019) | 07/22/2019 |
| 7557 | Statement of Objections of Class Member Smith Petroleum, Inc. (Herrera, Isaiah) (Entered: 07/23/2019) | 07/22/2019 |
| 7564 | Objection to Class Action Settlement filed by Thompson-Kenny, LLC. (Ramesar, Thameera) (Entered: 07/23/2019) | 07/22/2019 |
| 7565 | Objection to Class Action Settlement filed by 6 & 13 Quick Mart LLC. (Ramesar, Thameera) (Main Document 7565 replaced on 7/24/2019) (Piper, Francine). (Entered: 07/23/2019) | 07/22/2019 |
| 7566 | Statement of Objections of Class Member Land O' Lakes Oil Company. (Tavarez, Jennifer) (Entered: 07/23/2019) | 07/22/2019 |
| 7567 | Statement of Objections of Class Member Mercury Fuel Service. (Tavarez, Jennifer) (Entered: 07/23/2019) | 07/22/2019 |
| 7568 | Statement of Objections of Class Member Parsch Inc. dba Parschs Automotive Service and Repair. (Tavarez, Jennifer) (Entered: 07/23/2019) | 07/22/2019 |
| 7578 | Statement of Objections of Class Member Whatley Convenience Stores, L.L.C. (Piper, Francine) (Entered: 07/24/2019) | 07/22/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7579 | Statement of Objections of Class Member Whatley Oil & Auto Parts Co., Inc. (Piper, Francine) (Entered: 07/24/2019) | 07/22/2019 |
| 7580 | Statement of Objections of Class Member Lakhani Oil Co Inc. (Piper, Francine) (Entered: 07/24/2019) | 07/22/2019 |
| 7582 | Statement of Objections of Class Member Swallow Oil Co. (Piper, Francine) (Entered: 07/24/2019) | 07/22/2019 |
| 7585 | Letter dated 7/10/19 from Lake Tawakoni Wind Point Park to Clerk of the Court, objecting to class counsel's request for attorney's fees and expenses and/or to the request for service awards to the Rule 23(b)(3) Class Pltffs. (Galeano, Sonia) (Entered: 07/24/2019) | 07/22/2019 |
| 7586 | Statement of Objections of Class Member Baltus Oil Company, Inc. (Piper, Francine) (Entered: 07/25/2019) | 07/22/2019 |
| 7587 | Statement of Objections of Class Member Mutch Oil Company of Grand Forks, Inc. (Piper, Francine) (Entered: 07/25/2019) | 07/22/2019 |
| 7555 | Objection to Class Action Settlement and Request for Attorneys Fees and Incentive Awards filed by Pets USA LLC, Unlimited Vacations and Cruises Inc. (Attachments: # 1 Exhibit) Associated Cases: 1:05-md-01720-MKB-JO, 1:05-cv-05075-MKB-JO (Pentz, John) (Entered: 07/23/2019) | 07/23/2019 |
| 7558 | OBJECTIONS to Answer to Writ by Easy Breathe Inc., The Mattress Firm Inc., Watsco Inc (Cahen, Geoffrey) (Entered: 07/23/2019) | 07/23/2019 |
| 7559 | Objection to Class Action Settlement filed by Fikes Wholesale, Inc., Midwest Petroleum Company, Slidell Oil Company, LLC. (Attachments: # 1 Declaration of Tate A. Seidman, # 2 Declaration of Brian Baker, # 3 Declaration of Donald W. McNutt, # 4 Declaration of Steve W. Berman, # 5 Exhibit 1) (Berman, Steve) (Entered: 07/23/2019) | 07/23/2019 |
| 7560 | NOTICE by Fikes Wholesale, Inc., Midwest Petroleum Company, Slidell Oil Company, LLC Notice of Intention to Appear (Berman, Steve) (Entered: 07/23/2019) | 07/23/2019 |
| 7561 | Objection to Class Action Settlement filed by National Association of Shell Marketers, Inc., Petroleum Marketers Association of America, Society of Independent Gasoline Marketers of America. (Berman, Steve) (Entered: 07/23/2019) | 07/23/2019 |
| 7562 | Statement Of Objections Of Class Member WAG A BAG, LLC. (Layne, Monique) (Entered: 07/23/2019) | 07/23/2019 |
| 7563 | Statement Of Objections Of Class Member filed by Trev Oil, Inc.. (Layne, Monique) (Entered: 07/23/2019) | 07/23/2019 |
| 7569 | Letter from Class Counsel by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Coughlin, Patrick) (Entered: 07/23/2019) | 07/23/2019 |
| 7570 | Objection to Class Action Settlement filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 07/23/2019) | 07/23/2019 |
| 7571 | Objection to Class Action Settlement and Notice of Intent to Appear filed by Kevan McLaughlin. (Davis, John) (Entered: 07/23/2019) | 07/23/2019 |
| 7572 | Objection to Class Action Settlement filed by Coulson Oil Company, Inc., Diamond State Oil, LLC, Port Cities Oil, LLC. (Bozeman, Marcus) (Entered: 07/23/2019) | 07/23/2019 |
| 7573 | NOTICE by Coulson Oil Company, Inc., Diamond State Oil, LLC, Port Cities Oil, LLC of Intent to Appear at Final Fairness Hearing (Bozeman, Marcus) (Entered: 07/23/2019) | 07/23/2019 |
| 7574 | Objection to Class Action Settlement and Class Counsels Request for Attorneys Fees; and Notice of Intent to Appear filed by Jack Rabbit. (Bacharach, N.) (Entered: 07/23/2019) | 07/23/2019 |
| 7575 | Objection to Class Action Settlement filed by R&M Objectors. (Bozeman, Marcus) (Entered: 07/23/2019) | 07/23/2019 |
| 7576 | NOTICE by R&M Objectors of Intent to Appear at Final Fairness Hearing (Bozeman, Marcus) (Entered: 07/23/2019) | 07/23/2019 |
| 7577 | Statement of Objections of Class Member Perry Brothers Oil Company Inc. (Piper, Francine) (Entered: 07/24/2019) | 07/23/2019 |
| 7584 | Statement of Objection of Class Member Thompson Energy, LLC. (Galeano, Sonia) (Entered: 07/24/2019) | 07/23/2019 |
| 7588 | Statement of Objections of Class Member Huffman Oil Company, Inc. (Piper, Francine) (Entered: 07/25/2019) | 07/23/2019 |
| 7581 | NOTICE of Change of Firm Affiliation Once the filing has been made, you must login to www.pacer.gov and update your account. (Stewart, Dennis) (Entered: 07/24/2019) | 07/24/2019 |
| 7583 | Objection to Class Action Settlement letter dated 7/15/19 submitted by Douglas Gall, President on behalf of Super Sales USA, Inc. (Guzzi, Roseann) (Entered: 07/24/2019) | 07/24/2019 |
| 7589 | Statement of Objections of Class Member E.J. Pope & Son, Inc. (Piper, Francine) (Entered: 07/25/2019) | 07/24/2019 |
| 7590 | Statement of Objections of Class Member Croix Oil Company. (Piper, Francine) (Entered: 07/25/2019) | 07/24/2019 |
| 7615 | STATEMENT OF OBJECTIONS OF CLASS MEMBER Diamond Gasoline Stations, Inc. (Marziliano, August) (Entered: 07/29/2019) | 07/24/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7617 | OBJECTION OF GNARLYWOOD LLC, AND QUINCY WOODRIGHTS, LLC, TO CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, and CLASS PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES. (Marziliano, August) (Entered: 07/29/2019) | 07/24/2019 |
| | ORDER REFERRING MOTIONS: The following motions are respectfully referred to Magistrate Judge James Orenstein for a report and recommendation: (1) 7470 Notice of Motion to Intervene by Gary Friedman; and (2) 7474 Motion for Attorney Fees, Reimbursement of Expenses, and Service Awards by R&M Objectors. Ordered by Judge Margo K. Brodie on 7/24/2019. (Borochoff-Porte, Alison) (Entered: 07/24/2019) | 07/24/2019 |
| 7592 | Statement of Objections of Class Member Aldin Associates Limited Partnership. (Piper, Francine) (Entered: 07/25/2019) | 07/25/2019 |
| 7593 | Notice of Related Case (Davis, Kimberly) (Entered: 07/25/2019) | 07/25/2019 |
| 7594 | Letter dated July 17, 2019 from Phil Tetterton to Clerk of Court, requesting that Sunoco, Marathon, BP, and RBS Worldpay pledge that the portion of the settlement they will receive will be passed on, pro rata, to their branded jobbers. (Piper, Francine) (Entered: 07/26/2019) | 07/25/2019 |
| 7595 | Statement of Objections of Class Member Schierl Inc and Team Schierl Companies Charitable Giving Fund. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7596 | Statement of Objections of Class Member Davis Oil Company. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7597 | Statement of Objections of Class Member Johnson Oil Company. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7598 | Statement of Objections of Class Member Spies Corporation. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7599 | Statement of Objections of Class Member 4 Amigos, LLC Previously 3 Amigos, LLC and 4 Caballeros (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7600 | Statement of Objections of Class Member Anderson Management Co. Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7601 | Statement of Objections of Class Member Denson Oil Company, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7602 | Statement of Objections of Class Member AMC Huron Co., Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7603 | Statement of Objections of Class Member CC&F Retail, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7604 | Statement of Objections of Class Member Jack's Oil Distributing, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7605 | Statement of Objections of Class Member Staples Oil Co., Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7606 | Statement of Objections of Class Member BP of Brookings Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7607 | Statement of Objections of Class Member C and S, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7608 | Statement of Objections of Class Member Maria Gibertoni (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7609 | Statement of Objections of Class Member Dickerson Petroleum, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7610 | Statement of Objections of Class Member Gnarlywood LLC, and Quincy Woodrights LLC. (Piper, Francine) (Entered: 07/29/2019) | 07/25/2019 |
| 7630 | Statement of Objections filed by Gary Joseph Bonas, II. (Piper, Francine) (Entered: 07/30/2019) | 07/25/2019 |
| 7611 | Statement of Objections of Class Member Chambers Oil Company, Inc. (hereinafter "Company") (Piper, Francine) (Main Document 7611 replaced on 7/31/2019) (Piper, Francine). (Entered: 07/29/2019) | 07/26/2019 |
| 7612 | Statement of Objections of Class Member Edward H. Wolf & Sons, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/26/2019 |
| 7613 | Statement of Objections of Class Member Burkette Oil Company, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/26/2019 |
| 7614 | Statement of Objections of Class Member DBA Shop'N Cart. (Piper, Francine) (Entered: 07/29/2019) | 07/26/2019 |
| 7616 | Statement of Objections of Class Member Agora X, Inc. dba Sams bp. (Piper, Francine) (Entered: 07/29/2019) | 07/26/2019 |
| 7618 | Statement of Objections of Class Member Tri J, Inc. (Piper, Francine) (Entered: 07/29/2019) | 07/26/2019 |
| 7628 | Statement of Objections of Class Member Broad Street BP. (Piper, Francine) (Entered: 07/30/2019) | 07/26/2019 |
| 7629 | Statement of Objections of Class Member Kelley Fuels, Inc. (Piper, Francine) (Entered: 07/30/2019) | 07/26/2019 |
| 7619 | Letter dated 7/16/2019 from TKO Barber Shop. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7620 | STATEMENT OF OBJECTIONS OF CLASS MEMBER Farmers Union Oil of Southern Valley/Farmers Union Oil Company. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7621 | STATEMENT OF OBJECTIONS OF CLASS MEMBER Walthall Oil Company (hereinafter "Company"). (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7622 | STATEMENT OF OBJECTIONS OF CLASS MEMBER PENCE OIL COMPANY. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7623 | STATEMENT OF OBJECTIONS OF CLASS MEMBER C&E Enterprises, Inc. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7624 | STATEMENT OF OBJECTIONS OF CLASS MEMBER TD&C Inc. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7625 | STATEMENT OF OBJECTIONS OF CLASS MEMBER Colvin Oil I LLC d.b.a. GP Energy. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7626 | Claims as to The Dancers Barre and B & B Automotive. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7627 | STATEMENT OF OBJECTIONS OF CLASS MEMBER ADDISON OIL CO INC, CHICAGO OIL CO INC, WOOD DALE OIL CO INC and KARIM OIL CO INC. (Marziliano, August) (Entered: 07/30/2019) | 07/29/2019 |
| 7631 | NOTICE of Appearance by Regina Marie Calcaterra on behalf of Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Calcaterra, Regina) (Entered: 07/30/2019) | 07/30/2019 |
| 7632 | NOTICE of Appearance by Kevin Gilbert Cooper on behalf of Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Cooper, Kevin) (Entered: 07/30/2019) | 07/30/2019 |
| 7633 | STATEMENT OF OBJECTIONS OF CLASS MEMBER Cross Petroleum and Mountain Counties Suppl Company. (Marziliano, August) (Entered: 07/30/2019) | 07/30/2019 |
| 7634 | STATEMENT OF OBJECTIONS OF CLASS MFMBER BP Short Stop. (Marziliano, August) (Entered: 07/31/2019) | 07/30/2019 |
| 7635 | MEMORANDUM in Opposition re 7474 MOTION for Attorney Fees , Reimbursement of Expenses, and Service Awards filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 07/31/2019) | 07/31/2019 |
| 7636 | MEMORANDUM in Opposition re 7470 Notice of MOTION to Intervene of Gary B. Friedman and Friedman Law Group filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Ryan W. Marth, # 2 Exhibit 1 to Declaration of Ryan W. Marth) (Wildfang, K.) (Entered: 07/31/2019) | 07/31/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER terminating (183) Motion to Withdraw as Attorney. in case 1:05-cv-03800-MKB-JO; terminating (189) Motion to Withdraw as Attorney. in case 1:05-cv-03924-MKB-JO; terminating (184) Motion to Withdraw as Attorney. in case 1:05-cv-03925-MKB-JO; terminating (178) Motion to Withdraw as Attorney. in case 1:05-cv-04131-MKB-JO; terminating (206) Motion to Withdraw as Attorney. in case 1:05-cv-04194-MKB-JO; terminating (245) Motion to Withdraw as Attorney. in case 1:05-cv-04521-MKB-JO; terminating (246) Motion to Withdraw as Attorney. in case 1:05-cv-04520-MKB-JO; terminating (229) Motion to Withdraw as Attorney. in case 1:05-cv-04650-MKB-JO; terminating (165) Motion to Withdraw as Attorney. in case 1:05-cv-04677-MKB-JO; terminating (219) Motion to Withdraw as Attorneye. in case 1:05-cv-04728-MKB-JO; terminating (230) Motion to Withdraw as Attorney. in case 1:05-cv-04799-MKB-JO; terminating (172) Motion to Withdraw as Attorney. in case 1:05-cv-04974-MKB-JO; terminating (194) Motion to Withdraw as Attorney. in case 1:05-cv-05077-MKB-JO; terminating (206) Motion to Withdraw as Attorney. in case 1:05-cv-05075-MKB-JO; terminating (219) Motion to Withdraw as Attorney. in case 1:05-cv-05073-MKB-JO; terminating (196) Motion to Withdraw as Attorney. in case 1:05-cv-05071-MKB-JO; terminating (196) Motion to Withdraw as Attorney. in case 1:05-cv-05069-MKB-JO; terminating (195) Motion to Withdraw as Attorney. in case 1:05-cv-05081-MKB-JO; terminating (198) Motion to Withdraw as Attorney. in case 1:05-cv-05083-MKB-JO; terminating (195) Motion to Withdraw as Attorney. in case 1:05-cv-05082-MKB-JO; terminating (199) Motion to Withdraw as Attorney. in case 1:05-cv-05080-MKB-JO; terminating (190) Motion to Withdraw as Attorney. in case 1:05-cv-05078-MKB-JO; terminating (198) Motion to Withdraw as Attorney. in case 1:05-cv-05076-MKB-JO; terminating (195) Motion to Withdraw as Attorney. in case 1:05-cv-05074-MKB-JO; terminating (197) Motion to Withdraw as Attorney. in case 1:05-cv-05070-MKB-JO; terminating (193) Motion to Withdraw as Attorney. in case 1:05-cv-05072-MKB-JO; terminating (174) Motion to Withdraw as Attorney. in case 1:05-cv-05153-MKB-JO; terminating (241) Motion to Withdraw as Attorney. in case 1:05-cv-05207-MKB-JO; terminatign (235) Motion to Withdraw as Attorney. in case 1:05-cv-05319-MKB-JO; terminating (178) Motion to Withdraw as Attorney. in case 1:05-cv-05352-MKB-JO; terminating (192) Motion to Withdraw as Attorney. in case 1:05-cv-05866-MKB-JO; terminating (130) Motion to Withdraw as Attorney. in case 1:05-cv-05885-MKB-JO; terminating (131) Motion to Withdraw as Attorney. in case 1:05-cv-05883-MKB-JO; terminating (130) Motion to Withdraw as Attorney. in case 1:05-cv-05881-MKB-JO; terminating (120) Motion to Withdraw as Attorney. in case 1:05-cv-05869-MKB-JO; terminating (126) Motion to Withdraw as Attorney. in case 1:05-cv-05871-MKB-JO; terminating (125) Motion to Withdraw as Attorney. in case 1:05-cv-05879-MKB-JO; terminating (126) Motion to Withdraw as Attorney. in case 1:05-cv-05880-MKB-JO; terminating (128) Motion to Withdraw as Attorney. in case 1:05-cv-05870-MKB-JO; terminating (132) Motion to Withdraw as Attorney. in case 1:05-cv-05868-MKB-JO; terminating (130) Motion to Withdraw as Attorney. in case 1:05-cv-05884-MKB-JO; terminating (130) Motion to Withdraw as Attorney. in case 1:05-cv-05882-MKB-JO; terminating (123) Motion to Withdraw as Attorney. in case 1:05-cv-05878-MKB-JO; terminating (129) Motion to Withdraw as Attorney. in case 1:06-cv-00039-MKB-JO; terminating (83) Motion to Withdraw as Attorney. in case 1:06-cv-00078-MKB-JO; terminating (83) Motion to Withdraw as Attorney. in case 1:06-cv-01829-MKB-JO; terminating (83) Motion to Withdraw as Attorney. in case 1:06-cv-01830-MKB-JO; terminating (83) Motion to Withdraw as Attorney. in case 1:06-cv-01831-MKB-JO; terminating (83) Motion to Withdraw as Attorney. in case 1:06-cv-01832-MKB-JO; terminating (89) Motion to Withdraw as Attorney. in case 1:06-cv-02532-MKB-JO; terminating (90) Motion to Withdraw as Attorney. in case 1:06-cv-02534-MKB-JO; terminating (72) Motion to Withdraw as Attorney. in case 1:06-cv-05583-MKB-JO; terminating (84) Motion to Withdraw as Attorney. in case 1:06-cv-05765-MKB-JO; terminating (82) Motion to Withdraw as Attorney. in case 1:07-cv-00592-MKB-JO; terminating (63) Motion to Withdraw as Attorney. in case 1:09-cv-02264-MKB-JO; terminating (63) Motion to Withdraw as Attorney. in case 1:09-cv-03225-MKB-JO; terminating (167) Motion to Withdraw as Attorney. in case 1:13-cv-04766-MKB-JO; terminating (57) Motion to Withdraw as Attorney. in case 1:13-cv-05352-MKB-JO; terminating (143) Motion to Withdraw as Attorney. in case 1:13-cv-05745-MKB-JO; terminating (132) Motion to Withdraw as Attorney. in case 1:13-cv-05746-MKB-JO; terminating (54) Motion to Withdraw as Attorney. in case 1:14-cv-00261-MKB-JO; terminating (59) Motion to Withdraw as Attorney. in case 1:14-cv-05800-MKB-JO; terminating (22) Motion to Withdraw as Attorney. in case 1:14-cv-06450-MKB-JO; terminating (29) Motion to Withdraw as Attorney. in case 1:14-cv-07018-MKB-JO; terminating (49) Motion to Withdraw as Attorney. in case 1:16-cv-05507-MKB-JO; terminating (15) Motion to Withdraw as Attorney. in case 1:17-cv-03531-MKB-JO; terminating (58) Motion to Withdraw as Attorney. in case 1:17-cv-04362-MKB-JO; terminating (117) Motion to Withdraw as Attorney. in case 1:17-cv-04555-MKB-JO; terminating (18) Motion to Withdraw as Attorney. in case 1:17-cv-05988-MKB-JO; terminating (35) Motion to Withdraw as Attorney. in case 1:18-cv-04568-MKB-JO. Ordered by Magistrate Judge James Orenstein on 7/31/2019. Associated Cases: 1:05-md-01720-MKB-JO et al. (Roantree, Bronwyn) (Entered: 07/31/2019) | 07/31/2019 |
| 7637 | Statement of Objections of Class Member Brown Oil Distributors LLC. (Piper, Francine) (Entered: 08/02/2019) | 08/01/2019 |
| 7638 | Statement of Objections of Class Member Buckeye Energy Services. (Piper, Francine) (Entered: 08/06/2019) | 08/06/2019 |
| 7639 | Corporate Disclosure Statement by Bank Of America, N.A., Bank of America Corporation identifying Other Affiliate Berkshire Hathaway Inc. for Bank of America Corporation; Corporate Parent Bank of America Corporation, Corporate Parent BANA Holding Corporation, Corporate Parent BAC North America Holding Company, Corporate Parent NB Holdings Corporation for Bank Of America, N.A.. (Fleming Nolen, Natalie) (Entered: 08/06/2019) | 08/06/2019 |
| 7640 | MOTION for Leave to Electronically File Document under Seal [Exhibit A to the 2019 Report of the Class Administrator and related digital media] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A to the 2019 Report of the Class Administrator) (Medici, Carmen) (Entered: 08/07/2019) | 08/07/2019 |
| 7641 | Letter Pursuant to Paragraph 23 of the Preliminary Approval Order (ECF No. 7361) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 2019 Report of the Class Administrator and Exhibit A, thereto, # 2 Supplemental Declaration of Cameron R. Azari, Esq., on Implementation and Adequacy of Settlement Notice Plan) (Medici, Carmen) (Entered: 08/07/2019) | 08/07/2019 |
| | ORDER granting 7640 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 8/8/2019. (Roantree, Bronwyn) (Entered: 08/08/2019) | 08/08/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7642 | MOTION to Withdraw as Attorney Withdrawal of Appearance of Donald Sean Nation by Boss Dental Care PLLC. (Shadowen, Steve) (Entered: 08/09/2019) | 08/09/2019 |
| 7647 | Statement of Objections of Class Member Pamela J. Davidson-Wilson (Mary Kay Cosmetics). (Piper, Francine) (Entered: 08/14/2019) | 08/09/2019 |
| | ORDER granting 7642 Motion to Withdraw as Attorney -- The motion is granted; attorney Donald S. Nation terminated. Ordered by Magistrate Judge James Orenstein on 8/9/2019. (Roantree, Bronwyn) (Entered: 08/09/2019) | 08/09/2019 |
| 7643 | Attached is a certified copy of CTO - 29 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 19 CV 4188 must be transferred to the Eastern District of New York. Our case number 19 CV 5616(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 08/12/2019) | 08/12/2019 |
| 7644 | JPMDL Conditional Transfer Order CTO-29 : Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 08/12/2019) | 08/12/2019 |
| 7645 | NOTICE of Change of Firm Affiliation, Address, and Contact Information Once the filing has been made, you must login to www.pacer.gov and update your account. (Bozeman, Marcus) (Entered: 08/12/2019) | 08/12/2019 |
| 7646 | STIPULATION of Dismissal by Alon USA, L.P., Alon USA Energy, Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Glist, Adam) (Entered: 08/13/2019) | 08/13/2019 |
| 7648 | REPLY in Support re 7470 Notice of MOTION to Intervene Reply Brief filed by Gary Friedman. (Attachments: # 1 Reply Declaration of Gary Friedman, # 2 Reply Decl., Ex. 1) (Friedman, Gary) (Entered: 08/14/2019) | 08/14/2019 |
| 7649 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/14/2019) | 08/14/2019 |
| 7650 | REPLY in Support filed by R&M Objectors. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Certificate of Service) (Breakstone, Jay) (Entered: 08/14/2019) | 08/14/2019 |
| | ORDER re 7649 Stipulation -- The stipulation is so ordered.The defendants in the Accor Action shall answer or otherwise respond to the complaint by September 27, 2019. Ordered by Magistrate Judge James Orenstein on 8/14/2019. (Gutmann, Joseph) (Entered: 08/14/2019) | 08/14/2019 |
| 7651 | STRICKEN Letter by R&M Objectors (Breakstone, Jay) (Piper, Francine) STRICKEN pursuant to Magistrate Judge James Orenstein's Order Dated August 16, 2019. Modified on August 19, 2019 to indicate that the letter has been stricken. (Entered: 08/15/2019) | 08/15/2019 |
| 7652 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/16/2019) | 08/16/2019 |
| 7653 | Letter Motion dated August 12, 2019 filed by Jose Leyva, requesting to be included in the Visa/Mastercard Settlement. (Piper, Francine) (Entered: 08/19/2019) | 08/16/2019 |
| | ORDER re 7651 Letter -- I respectfully direct the Clerk to strike the letter submitted by R&M Objectors. Counsel is reminded that pursuant to Rule II.B of my Individual Practice Rules, correspondence between counsel shall not be filed or sent to the Court. Ordered by Magistrate Judge James Orenstein on 8/16/2019. (Gutmann, Joseph) (Entered: 08/16/2019) | 08/16/2019 |
| 7654 | Letter Motion dated August 15, 2019 filed by Eric J. Manager, requesting to be included in the Visa/Mastercard Settlement. (Attachments: # 1 Mailing Envelope) (Piper, Francine) (Entered: 08/20/2019) | 08/19/2019 |
| | ORDER re 7652 Stipulation -- The stipulation is so ordered. The defendants in the MTA Action shall answer or otherwise respond to the complaint by September 27, 2019. Ordered by Magistrate Judge James Orenstein on 8/19/2019. (Gutmann, Joseph) (Entered: 08/19/2019) | 08/19/2019 |
| 7655 | Letter from Class Counsel by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bernay, Alexandra) (Entered: 08/20/2019) | 08/20/2019 |
| | ORDER: The Stipulation of Dismissal 7646 is so ordered. The action 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-CV-5746 (E.D.N.Y.) is hereby dismissed without prejudice as to Plaintiff Alon USA, LP. Ordered by Judge Margo K. Brodie on 8/20/2019. Associated Cases: 1:05-MD-01720-MKB-JO, 1:13-CV-05746-MKB-JO. (Borochoff-Porte, Alison) (Entered: 08/20/2019) | 08/20/2019 |
| 7658 | General Civil Case Final Disposition Form (Non-Domestic) filed by Eric Felton Davis. (Piper, Francine) (Entered: 08/27/2019) | 08/22/2019 |
| 7656 | Letter MOTION for Leave to File Excess Pages for Rule 23(b)(3) Class Plaintiffs' Reply Memorandum in Further Support of Settlement Final Approval; and Rule 23(b)(3) Class Plaintiffs' Reply Memorandum in Further Support of Motion for Attorneys' Fees and Reimbursement of Expenses and for Class Representative Service Awards by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 08/23/2019) | 08/23/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7656 Motion for Leave to File Excess Pages. Ordered by Judge Margo K. Brodie on 8/23/2019. (Borochoff-Porte, Alison) (Entered: 08/23/2019) | 08/23/2019 |
| 7657 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-11793513. by Gnarlyood LLC. (Attachments: # 1 Affidavit in Support, # 2 Certificate of Good Standing) (Jan, Kendrick) (Entered: 08/26/2019) | 08/26/2019 |
| 7659 | MOTION to Appear Pro Hac Vice of John S. Gibson Filing fee $ 150, receipt number ANYEDC-11798000. by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Gibson, John) (Entered: 08/27/2019) | 08/27/2019 |
| | ORDER granting 7657 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Kendrick Jan is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 8/27/2019. (Gutmann, Joseph) (Entered: 08/27/2019) | 08/27/2019 |
| 7660 | STATUS REPORT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/28/2019) | 08/28/2019 |
| | ORDER granting 7659 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney John S. Gibson is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 8/28/2019. (Gutmann, Joseph) (Entered: 08/28/2019) | 08/28/2019 |
| 7661 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/29/2019) | 08/29/2019 |
| 7662 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/29/2019) | 08/29/2019 |
| 7663 | NOTICE of Appearance by Daniel A. Sasse on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (notification declined or already on case) (Sasse, Daniel) (Entered: 08/29/2019) | 08/29/2019 |
| | ORDER re 7661 Stipulation -- The Stipulation and Proposed Order, Docket Entry 7661 , is so ordered. All discovery and other proceedings in the Delta Action shall be stayed until and including December 6, 2019. Ordered by Magistrate Judge James Orenstein on 8/29/2019. (Gutmann, Joseph) (Entered: 08/29/2019) | 08/29/2019 |
| | ORDER re 7662 Stipulation -- The stipulation and proposed order, Docket Entry 7662 , is so ordered. All discovery and other proceedings in the Sunoco Action shall be stayed until and including December 6, 2019, and all discovery and other proceedings in the E-Z Mart Action as they pertain to Plaintiffs and Defendants shall be stayed until and including December 6, 2019. Ordered by Magistrate Judge James Orenstein on 8/29/2019. (Gutmann, Joseph) (Entered: 08/29/2019) | 08/29/2019 |
| 7664 | REPLY in Support re 7471 MOTION for Attorney Fees , 7472 MOTION for Settlement [Rule 23(b)(3) Plaintiffs' Notice of Motion and Motion for Class Representative Service Awards] filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 08/30/2019) | 08/30/2019 |
| 7665 | NOTICE of Appearance by John Samuel Gibson on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (notification declined or already on case) (Gibson, John) (Entered: 08/30/2019) | 08/30/2019 |
| 7666 | NOTICE of Appearance by Deborah E. Arbabi on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (aty to be noticed) (Arbabi, Deborah) (Entered: 08/30/2019) | 08/30/2019 |
| 7667 | REPLY in Support re 7469 MOTION for Settlement Rule 23(b)(3) Class Plaintiffs' Notice of Motion and Motion for Final Approval of Class-Action Settlement filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration of Ryan W. Marth in Support of Rule 23(b)(3) Class Plaintiffs' Reply Memorandum in Further Support of Settlement Final Approval, # 2 Declaration of Alexandra S. Bernay in Support of Rule 23(b)(3) Class Plaintiffs' Reply Memorandum in Further Support of Settlement Final Approval) (Wildfang, K.) (Entered: 08/30/2019) | 08/30/2019 |
| 7668 | STIPULATION and Proposed Order by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 08/30/2019) | 08/30/2019 |
| 7669 | NOTICE of Appearance by Betsy C. Manifold on behalf of Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Manifold, Betsy) (Entered: 08/30/2019) | 08/30/2019 |
| 7670 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/30/2019) | 08/30/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7671 | NOTICE of Appearance by Kendrick Jan on behalf of Gnarlyood LLC (notification declined or already on case) (Jan, Kendrick) (Entered: 08/30/2019) | 08/30/2019 |
| 7672 | Letter to The Honorable Margo K. Brodie and The Honorable James Orenstein re: 7-Eleven plaintiffs' objections to class settlement agreement by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/03/2019) | 09/03/2019 |
| | ORDER re 7668 Stipulation -- The stipulation and proposed order, Docket Entry 7668 , is so ordered. All pending discovery in the Dollar General Action is suspended until December 6, 2019, as set forth within the stipulation and proposed order. Ordered by Magistrate Judge James Orenstein on 9/3/2019. (Gutmann, Joseph) (Entered: 09/03/2019) | 09/03/2019 |
| | ORDER re 7670 Stipulation -- The stipulation and proposed order, Docket Entry 7670 , is so ordered. All discovery and other proceedings in the Luby's Action shall be stayed until and including December 6, 2019, with exceptions as set forth within the stipulation and proposed order. Ordered by Magistrate Judge James Orenstein on 9/3/2019. (Gutmann, Joseph) (Entered: 09/03/2019) | 09/03/2019 |
| 7674 | Letter Withdrawing Objection Doc. 7570 by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 09/04/2019) | 09/04/2019 |
| 7675 | Letter dated September 5, 2019 from (b)(3) Class Counsel requesting approval of the 2019 3rd Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 09/05/2019) | 09/05/2019 |
| 7676 | NOTICE of Appearance by Tiffani B Figueroa on behalf of BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A. (aty to be noticed) (Figueroa, Tiffani) (Entered: 09/05/2019) | 09/05/2019 |
| 7677 | MOTION to Appear Pro Hac Vice Shane Wagman Romero Filing fee $ 150, receipt number ANYEDC-11819764. by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Romero, Shane) (Entered: 09/05/2019) | 09/05/2019 |
| 7678 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 9/5/2019. Scheduling The next status conference will be held on November 7, 2019, at 1:00 p.m. Summary: I heard argument on the Retailers and Merchants Objectors' motion for attorneys' fees and will issue a report and recommendation in due course. I heard argument on the Friedman Law Group's motion to intervene. The parties to the latter motion will confer about possible settlement and submit a status report by September 12, 2019. In the absence of a consensual resolution, I will issue a report and recommendation in due course. (Court Reporter: Linda Marino)(Attachments: # 1 Appearances) (Orenstein, James) (Entered: 09/05/2019) | 09/05/2019 |
| | ORDER granting 7673 Motion for Leave to Electronically File Document under Seal -- The request to file a motion under seal is granted. I respectfully direct moving counsel to file ex parte and under seal the circumstances giving rise to the motion. Ordered by Magistrate Judge James Orenstein on 9/5/2019. (Gutmann, Joseph) (Entered: 09/05/2019) | 09/05/2019 |
| | ORDER re 7675 Letter -- The motion is granted. The estimated tax payments for the 3rd quarter of 2019, as set forth in Docket Entry 7675 , are approved. Ordered by Magistrate Judge James Orenstein on 9/5/2019. (Gutmann, Joseph) (Entered: 09/05/2019) | 09/05/2019 |
| 7680 | NOTICE of Appearance by Shane Wagman Romero on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (notification declined or already on case) (Romero, Shane) (Entered: 09/06/2019) | 09/06/2019 |
| | ORDER granting 7677 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Shane Wagman Romero is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 9/6/2019. (Gutmann, Joseph) (Entered: 09/06/2019) | 09/06/2019 |
| | ORDER -- At oral argument on the Retailers and Merchants Objectors' motion for attorneys' fees, I asked the movants' counsel about what I perceived to be a lack of contemporaneous billing records supporting the motion on the docket. Counsel corrected me and asserted that the record includes such records and specified that the docket includes billing records that identify the particular tasks for which counsel billed on particular days. When, upon searching the docket again after oral argument, I remained unable to find the documents to which counsel referred, I asked my law clerk to contact counsel's office to obtain assistance in locating the cited records on the docket. Counsel responded with emails to my law clerk that provided information other than that which I had requested; copies of the emails have not been sent to all counsel of record. To avoid an incomplete record or any appearance of substantive, ex parte communication, I respectfully direct the movants' counsel to file a letter that includes a copy of his emails to my law clerk (with email addresses redacted) and any elaboration of the answer that counsel wishes to include. Ordered by Magistrate Judge James Orenstein on 9/6/2019. (Gutmann, Joseph) (Entered: 09/06/2019) | 09/06/2019 |
| 7681 | Letter to Honorable Judge Orenstein by R&M Objectors (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3) (Breakstone, Jay) (Entered: 09/09/2019) | 09/09/2019 |
| 7682 | Letter dated September 10, 2019 from Rule 23(b)(3) Class Counsel requesting approval of the Settlement Administrator's request for funding of the class settlement notice program by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 09/10/2019) | 09/10/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7683 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 5, 2019, before Judge James Orenstein. Court Reporter/Transcriber Linda A. Marino, Telephone number 718-613-2484. Email address: lindacsr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 10/2/2019. Redacted Transcript Deadline set for 10/14/2019. Release of Transcript Restriction set for 12/10/2019. (Marino, Linda) (Entered: 09/11/2019) | 09/11/2019 |
| | ORDER re 7682 Letter -- The motion is granted. The Settlement Administrator's funding request from the Cash Settlement Escrow Account is so ordered. Ordered by Magistrate Judge James Orenstein on 9/11/2019. (Gutmann, Joseph) (Entered: 09/11/2019) | 09/11/2019 |
| | ORDER re 7681 Letter -- To the extent that the Retailers and Merchants Objectors (R&M Objectors) would like me to consider any further records in support of their motion for attorneys' fees, such records would constitute judicial documents that must normally be filed on the public docket. See, e.g., Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006); United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir. 1995). I grant the R&M Objectors leave to file the attachments to its email on the public docket by September 13, 2019. Ordered by Magistrate Judge James Orenstein on 9/11/2019. (Gutmann, Joseph) (Entered: 09/11/2019) | 09/11/2019 |
| | SCHEDULING ORDER: re 7679 Declaration -- I will discuss the motion to withdraw at a conference on September 19, 2019 at 3:00 p.m. in Courtroom 11D South. In addition to moving counsel, I respectfully direct a representative or principal officer for each of Transform Holdco, LLC and OZ Management to appear in person. Other parties are invited but not required to attend. There does not appear to be a valid basis to maintain under seal the entirety of the motion papers. I respectfully direct the movant to submit a letter by September 17, 2019, specifying the particular portions of the motion papers that it contends should be redacted from the public docket and the basis for any such redaction. I respectfully direct moving counsel to timely serve a copy of this order on Transform Holdco, LLC and OZ Management. Ordered by Magistrate Judge James Orenstein on 9/11/2019. (Gutmann, Joseph) (Entered: 09/11/2019) | 09/11/2019 |
| 7684 | First MOTION for Leave to Electronically File Document under Seal by R&M Objectors. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Breakstone, Jay) (Entered: 09/12/2019) | 09/12/2019 |
| 7685 | Letter from Wildfang to Mag. Orenstein Regarding Extension for Filing Joint Status Update by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/12/2019) | 09/12/2019 |
| 7686 | NOTICE of Appearance by Gayle Rosenstein Klein on behalf of Sears Holdings Corporation (aty to be noticed) (Klein, Gayle) (Entered: 09/12/2019) | 09/12/2019 |
| 7687 | NOTICE of Appearance by James Hartmann Smith on behalf of Sears Holdings Corporation (aty to be noticed) (Smith, James) (Entered: 09/12/2019) | 09/12/2019 |
| 7688 | NOTICE of Appearance by John C. Briody on behalf of Sears Holdings Corporation (aty to be noticed) (Briody, John) (Entered: 09/13/2019) | 09/13/2019 |
| 7689 | NOTICE of Appearance by John B. Orenstein on behalf of Sears Holdings Corporation, 7-Eleven Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Orenstein, John) (Entered: 09/13/2019) | 09/13/2019 |
| 7690 | MOTION for Leave to File Document by R&M Objectors. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Certificate of Service) (Breakstone, Jay) (Entered: 09/13/2019) | 09/13/2019 |
| 7691 | MOTION to Appear Pro Hac Vice of Chahira Solh Filing fee $ 150, receipt number ANYEDC-11847190. by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Certificate of Good Standing) (Solh, Chahira) (Entered: 09/13/2019) | 09/13/2019 |
| | ORDER denying 7684 Motion for Leave to Electronically File Document under Seal -- The request to seal the documents entirely is denied. The movants assert that the documents at issue "contain material which may be subject to attorney-client or work-product privilege." Docket Entry 7684 at 1-2 (emphasis added). It is up to the movants to determine if the documents actually do contain any such material, and, if so, to identify them and explain why they should be redacted from public view notwithstanding settled law that records submitted in support of a motion are judicial documents that must normally be filed on the public docket. See, e.g., Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006); United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir. 1995). Accordingly, for the second time this week, I grant the movants leave to file their records supporting their fee application on the public docket, or not at all, by 5:00 p.m. today. Ordered by Magistrate Judge James Orenstein on 9/13/2019. (Gutmann, Joseph) (Entered: 09/13/2019) | 09/13/2019 |
| | ORDER re 7685 Letter -- The request is granted. The time to file either a joint status update or stipulation and proposed order is extended to September 17, 2019. Ordered by Magistrate Judge James Orenstein on 9/13/2019. (Gutmann, Joseph) (Entered: 09/13/2019) | 09/13/2019 |
| | ORDER granting 7690 Motion for Leave to File -- The motion for leave to file is granted. Ordered by Magistrate Judge James Orenstein on 9/13/2019. (Gutmann, Joseph) (Entered: 09/13/2019) | 09/13/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7691 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Chahira Solh is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 9/13/2019. (Gutmann, Joseph) (Entered: 09/13/2019) | 09/13/2019 |
| 7692 | STIPULATION re 7471 MOTION for Attorney Fees and [Proposed Order] by Rule 23(b)(3) Class Plaintiffs' by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration (Supplemental Declaration of Thomas J. Undlin)) (Wildfang, K.) (Entered: 09/16/2019) | 09/16/2019 |
| 7693 | NOTICE of Appearance by Chahira Solh on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (notification declined or already on case) (Solh, Chahira) (Entered: 09/16/2019) | 09/16/2019 |
| 7694 | MOTION to Intervene by Jack Rabbit LLC. Associated Cases: 1:05-md-01720-MKB-JO, 1:05-cv-05075-MKB-JO (Rothstein, Paul) (Entered: 09/16/2019) | 09/16/2019 |
| 7695 | Letter Joint Letter re: Constantine Cannon LLP's Motion for Leave to Withdraw As Counsel for Sears Holdings Corporation by 7-Eleven Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shinder, Jeffrey) (Entered: 09/16/2019) | 09/16/2019 |
| 7696 | Letter dated September 9, 2019 from Carl Lenard to Clerk, requesting a claim form to receive payment as a member of the class action suit. (Piper, Francine) (Entered: 09/17/2019) | 09/16/2019 |
| 7697 | Letter from Rule 23(b)(3) Class Counsel re. proposed curative notice to NATA members by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Bernay, Alexandra) (Entered: 09/17/2019) | 09/17/2019 |
| 7698 | Letter Joint Letter Providing Redacted Version of Motion for Leave to Withdraw As Counsel for Sears Holdings Corporation by 7-Eleven Inc. (Attachments: # 1 Exhibit 1, J. Shinder Declaration with Exs. (Redacted)) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shinder, Jeffrey) (Entered: 09/17/2019) | 09/17/2019 |
| | ORDER re 7692 Stipulation; ORDER withdrawing 7470 Motion to Intervene -- The stipulation and proposed order, Docket Entry 7692 , is so ordered. As set forth therein, the Friedman motion to intervene, Docket Entry 7470 , is withdrawn. Ordered by Magistrate Judge James Orenstein on 9/17/2019. (Gutmann, Joseph) (Entered: 09/17/2019) | |
| | ORDER re 7695 Letter -- In the absence of consent to cancel the hearing currently scheduled for September 19, 2019, it will proceed as scheduled. Ordered by Magistrate Judge James Orenstein on 9/17/2019. (Gutmann, Joseph) (Entered: 09/17/2019) | |
| 7699 | Joint MOTION for Extension of Time to File [By the Settling Parties to Extend the Deadline for Resolving Any Disputes Regarding the Class Exclusion Takedown Payments] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 09/18/2019) | 09/18/2019 |
| 7700 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 9/19/2019 (Attachments: # 1 Appearances). SCHEDULING: The next status conference will be held on November 7, 2019, at 1:00 p.m. SUMMARY: (1) As set forth on the record, the pertinent parties agree that the Clerk may terminate Constantine Cannon LLC as counsel of record for Sears and its successor in interest, and I respectfully direct the Clerk to do so. The termination of counsel does not prejudice any party's position with respect to the validity of Constantine Cannon's asserted charging lien. (2) As set forth on the record, no party currently seeks to have this court determine the validity of the asserted lien. (3) Constantine Cannon consents to undoing the redaction of dollar amounts in the redacted version of its motion to withdraw to be filed on the public docket. Elgin Recovery, LLC will submit a letter by September 26, 2019, as to whether it also consents to that change. (4) In referring to the range of possible outcomes of this litigation, I mistakenly used the number 14,000,005 instead of 14,000,605. I respectfully request that the court reporter correct the error should a transcript be prepared.(Court Reporter: Stacy Mace) (Orenstein, James) Modified on 9/20/2019 (Rocco, Christine). (Entered: 09/19/2019) | 09/19/2019 |
| 7701 | NOTICE of Appearance by Christy A Markos on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (aty to be noticed) (Markos, Christy) (Entered: 09/20/2019) | 09/20/2019 |
| 7702 | NOTICE of Appearance by Katherine Rose Sass on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (aty to be noticed) (Sass, Katherine) (Entered: 09/25/2019) | 09/25/2019 |
| 7703 | ORDER to MDL parties. On September 9, 2019, the Court received the attached letter motion in Salveson v. JP Morgan Chase & Co., No. 14-CV-3529, requesting that the Court grant leave to the Salveson plaintiffs to brief whether they are entitled to any relief in their previously terminated action in light of the Supreme Court's decision in Ohio v. American Express Co., --- U.S. ---, 138 S. Ct. 2274 (2018), and the Court's August 29, 2018 Memorandum and Order 7244 regarding MDL Plaintiffs' motions for leave to amend their complaints. Any objections to the request must be filed by October 2, 2019. Ordered by Judge Margo K. Brodie on 9/25/2019. (Borochoff-Porte, Alison) (Entered: 09/25/2019) | 09/25/2019 |
| 7704 | Letter to Judge Orenstein by Sears Holdings Corporation Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Orenstein, John) (Entered: 09/25/2019) | 09/25/2019 |
| 7705 | NOTICE of Appearance by Jordan Lee Ludwig on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (aty to be noticed) (Ludwig, Jordan) (Entered: 09/25/2019) | 09/25/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7706 | DECLARATION re (30 in 1:14-cv-06450-MKB-JO, 7698 in 1:05-md-01720-MKB-JO, 141 in 1:13-cv-05746-MKB-JO) Letter, Declaration in Support of Motion for Leave to Withdraw As Counsel for Sears Holdings Corporation (Redacted per 9/19/19 Order) by 7-Eleven Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shinder, Jeffrey) (Entered: 09/25/2019) | 09/25/2019 |
| 7707 | FILING FEE: $ 150.00, receipt number 4653143967 (Piper, Francine) (Entered: 09/26/2019) | 09/26/2019 |
| 7708 | Proposed Scheduling Order by Jack Rabbit LLC (Rothstein, Paul) (Entered: 09/27/2019) | 09/27/2019 |
| 7709 | FILING FEE: $ 150.00, receipt number 4653144015 (Piper, Francine) (Entered: 09/27/2019) | 09/27/2019 |
| 7710 | Objection to Class Action Settlement (Amended) filed by R&M Objectors. (Attachments: # 1 Certificate of Service) (Breakstone, Jay) (Entered: 09/27/2019) | 09/27/2019 |
| 7711 | ANSWER to Complaint Answer to Complaint in 19cv4256 by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 09/27/2019) | 09/27/2019 |
| 7712 | Letter to the Court dated September 27, 2019 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 09/27/2019) | 09/27/2019 |
| 7713 | ANSWER to Complaint Answer to Complaint in 19cv4616 by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 09/27/2019) | 09/27/2019 |
| 7714 | Letter to the Court dated September 27, 2019 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 09/27/2019) | 09/27/2019 |
| 7715 | NOTICE of Appearance by Blair Eden Kaminsky on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc, (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-04616-MKB-JO (Kaminsky, Blair) (Entered: 09/27/2019) | 09/27/2019 |
| 7716 | Letter Dated September 27, 2019 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 09/27/2019) | 09/27/2019 |
| 7717 | NOTICE of Appearance by Blair Eden Kaminsky on behalf of Visa International Service Association, Visa U.S.A., Inc., Visa, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-04256-MKB-JO (Kaminsky, Blair) (Entered: 09/27/2019) | 09/27/2019 |
|  | ORDER approving 7708 Proposed Scheduling Order for Motion to Intervene by Jack Rabbit LLC. Opposition affidavits and memoranda shall be served by October 3, 2019. Replies, if any, shall be served by October 8, 2019. Ordered by Judge Margo K. Brodie on 9/30/2019. (Borochoff-Porte, Alison) (Entered: 09/30/2019) | 09/30/2019 |
|  | ORDER granting 7699 Joint Motion for Extension of Time for Resolving Any Disputes Regarding the Class Exclusion Takedown Payments. The deadline by which any disputes must be resolved is extended to October 7, 2019. Ordered by Judge Margo K. Brodie on 9/30/2019. (Borochoff-Porte, Alison) (Entered: 09/30/2019) | 09/30/2019 |
|  | ORDER approving [7697-1] Proposed Curative Notice to NATA Members. Rule 23(b)(3) Class Counsel are instructed to disseminate the proposed curative notice to the affected putative class members. The Court also approves Class Counsel's 7697 suggestion that affected class members be afforded thirty (30) days to determine whether to nullify their exclusion requests and opt back in to the class. If any of the opt-out NATA members seek to rejoin the class, Class Counsel shall instruct the Class Administrator to modify its exclusion report and submit a corrected report to the Court. Ordered by Judge Margo K. Brodie on 9/30/2019. (Borochoff-Porte, Alison) (Entered: 09/30/2019) | 09/30/2019 |
| 7718 | JPMDL Conditional Transfer Order CTO-30: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 10/02/2019) | 10/02/2019 |
| 7719 | Attached is a certified copy of CTO from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 19 CV 02752 must be transferred to the Eastern District of New York. Our case number 19 CV 5567(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 10/02/2019) | 10/02/2019 |
| 7720 | NOTICE of Appearance by Kelly T. Currie on behalf of Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (aty to be noticed) (Currie, Kelly) (Entered: 10/02/2019) | 10/02/2019 |
| 7721 | Letter to the Honorable Margo K. Brodie, dated October 2, 2019 by Capital One Bank, Capital One F S B, Capital One Financial Corp, Bank Of America, N.A., Bank of America Corporation, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC Holdings PLC, HSBC North America Holdings Inc, JP Morgan Chase & Co. (Bershteyn, Boris) (Entered: 10/02/2019) | 10/02/2019 |
| 7722 | MOTION for Hearing by Sears Holdings Corporation. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 10/03/2019) | 10/03/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re (33 in 1:14-cv-06450-MKB-JO) MOTION for Hearing -- Any party wishing to be heard in response to the motion may submit a letter by October 8, 2019. I will discuss the matter further with the parties' counsel at a conference on October 11, 2019 at 10:00 a.m. Ordered by Magistrate Judge James Orenstein on 10/3/2019. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Gutmann, Joseph) (Entered: 10/03/2019) | 10/03/2019 |
| 7723 | Letter to Judges Brodie and Orenstein in response to R&M Objectors' "amended" objection by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/04/2019) | 10/04/2019 |
| 7724 | RESPONSE in Opposition re (33 in 1:14-cv-06450-MKB-JO) MOTION for Hearing filed by Equitable Relief Class. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shadowen, Steve) (Entered: 10/08/2019) | 10/08/2019 |
| 7725 | RESPONSE to Motion re 7722 MOTION for Hearing filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Kaminsky, Blair) (Entered: 10/08/2019) | 10/08/2019 |
| 7726 | REPLY to Response to Motion re 7694 MOTION to Intervene MEMORANDUM OF LAW IN RESPONSE TO THE RULE 23(b)(3) CLASS PLAINTIFFS MEMORANDUM filed by Jack Rabbit LLC. (Rothstein, Paul) (Entered: 10/08/2019) | 10/08/2019 |
| 7727 | RESPONSE to Motion re (7722 in 1:05-md-01720-MKB-JO) MOTION for Hearing regarding extension of case schedule filed by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Wilson, James) (Entered: 10/08/2019) | 10/08/2019 |
| 7728 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Exhibit A. 7-11 RESPONSE in Opposition re Sears MOTION for Hearing Dkt. No. 7722) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shinder, Jeffrey) (Entered: 10/08/2019) | 10/08/2019 |
| 7729 | RESPONSE in Opposition re (7722 in 1:05-md-01720-MKB-JO, 33 in 1:14-cv-06450-MKB-JO, 144 in 1:13-cv-05746-MKB-JO) MOTION for Hearing [REDACTED] filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shinder, Jeffrey) (Entered: 10/08/2019) | 10/08/2019 |
| | ORDER re 7694 Motion to Intervene by Jack Rabbit LLC. The parties are instructed to file on the docket proposed intervenors' motion and opening memorandum of law, and the Rule 23(b)(3) class opposition. Ordered by Judge Margo K. Brodie on 10/9/2019. (Borochoff-Porte, Alison) (Entered: 10/09/2019) | 10/09/2019 |
| 7730 | NOTICE by Jack Rabbit LLC Motion to Intervene with Memorandum of Law in Support, Declaration and [Proposed] Complaint (Attachments: # 1 Memorandum in Opposition) (Rothstein, Paul) (Entered: 10/10/2019) | 10/10/2019 |
| | ORDER granting 7728 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Ordered by Magistrate Judge James Orenstein on 10/10/2019. (Gutmann, Joseph) (Entered: 10/10/2019) | 10/10/2019 |
| 7731 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 10/11/2019. Scheduling: The next status conference will be held on November 7, 2019, at 1:00 p.m. Summary: Counsel for Elgin will promptly file a motion to substitute for its predecessor in interest Sears. See Fed. R. Civ. P. 25(c). In light of the concerns raised by Elgin about the circumstances in which Constantine Cannon was allowed to withdraw as counsel for Sears Holding Corp, I vacated the earlier order allowing Constantine Cannon to withdraw. Upon the renewed motion of Constantine Cannon to withdraw, after hearing from the parties I granted the motion over Elgin's objection. As set forth on the record, I discussed with the parties Elgin's motion to compel Constantine Cannon to take or refrain from certain actions with respect to the experts engaged by the 7-Eleven Plaintiffs or in the alternative to allow time for Elgin to retain an affirmative expert for issues specifically relating to Sears' claim. For the reasons set forth on the record I denied the motion without prejudice to the parties' right to agree on an amended schedule that will allow Elgin to engage a new expert without altering the overall deadline for completing discovery. (Attachments: # 1 Appearances) (Orenstein, James) (Entered: 10/11/2019) | 10/11/2019 |
| 7732 | NOTICE of Appearance by Paul S. Rothstein on behalf of Jack Rabbit LLC (aty to be noticed) (Rothstein, Paul) (Entered: 10/11/2019) | 10/11/2019 |
| 7733 | MOTION for Hearing by Jack Rabbit LLC. (Rothstein, Paul) (Entered: 10/11/2019) | 10/11/2019 |
| 7734 | REPORT AND RECOMMENDATIONS re 7474 MOTION for Attorney Fees , Reimbursement of Expenses, and Service Awards filed by R&M Objectors. For the reasons set forth in the attached document, I respectfully recommend that the court deny the R&M Objectors' motion. Any objections to this Report and Recommendation are due by October 25, 2019. Failure to file objections within this period designating the particular issues to be reviewed waives the right to appeal the district court's order. Ordered by Magistrate Judge James Orenstein on 10/11/2019. (Orenstein, James) (Entered: 10/11/2019) | 10/11/2019 |
| | ORDER denying 7722 Motion for Hearing -- see docket entry 7731 . Ordered by Magistrate Judge James Orenstein on 10/11/2019. (Orenstein, James) (Entered: 10/11/2019) | 10/11/2019 |
| 7735 | Letter to Judges Brodie and Orenstein re: Jack Rabbit, LLC and 280 Station LLC's Motion to Intervene Docket Issues by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/14/2019) | 10/14/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7736 | *SEALED* TRANSCRIPT of Proceedings held on October 11, 2019, before Judge Orenstein. Court Transcriber: Fiore Reporting and Transcription Service, Inc., Telephone number 203-929-9992. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 11/5/2019. Redacted Transcript Deadline set for 11/15/2019. Release of Transcript Restriction set for 1/13/2020. (Rocco, Christine) Modified on 10/15/2019 (Rocco, Christine). Modified on 1/23/2020 to seal the transcript pursuant to Magistrate Judge Orenstein's 1/23/2020 Order. (Guy, Alicia). (Entered: 10/15/2019) | 10/15/2019 |
| 7737 | RESPONSE in Opposition re 7694 MOTION to Intervene of Jack Rabbit, LLC and 280 Station LLC filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/16/2019) | 10/16/2019 |
| 7738 | Letter to Judges Brodie and Orenstein re: courtesy copies of motion papers which relate to Proposed Interveners' Motion to Intervene by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 10/16/2019) | 10/16/2019 |
|  | ORDER re 7735 Letter -- The motion is granted. The Class Plaintiffs' proposal is accepted and I respectfully request that the Class Plaintiffs provide me with a hard copy set of the motion papers for Jack Rabbit, LLC and 280 Station LLC's motion to intervene. Ordered by Magistrate Judge James Orenstein on 10/16/2019. (Gutmann, Joseph) (Entered: 10/16/2019) | 10/16/2019 |
| 7739 | Notice of MOTION to Withdraw as Attorney [Laura J. Butte] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Butte, Laura) (Entered: 10/18/2019) | 10/18/2019 |
| 7740 | STIPULATION AND PROPOSED ORDER by Equitable Relief Class (Eisler, Robert) (Entered: 10/18/2019) | 10/18/2019 |
| 7741 | MOTION to Substitute Party and Amend Caption by Sears Holdings Corporation. (Attachments: # 1 Exhibit 1-Declaration, # 2 Exhibit 2-Proposed Order) (Briody, John) (Entered: 10/18/2019) | 10/18/2019 |
|  | ORDER granting 7739 Motion to Withdraw as Attorney -- The motion is granted; attorney Laura J. Butte is terminated. Ordered by Magistrate Judge James Orenstein on 10/21/2019. (Walker, Anna) (Entered: 10/21/2019) | 10/21/2019 |
|  | ORDER re (7741 in 1:05-md-01720-MKB-JO) MOTION to Substitute Party and Amend Caption -- Any party opposing the proposed substitution may submit a letter brief by October 24, 2019. Ordered by Magistrate Judge James Orenstein on 10/21/2019. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Walker, Anna) (Entered: 10/21/2019) | 10/21/2019 |
|  | ORDER re 7740 Stipulation and Proposed Order. The Stipulation is so ordered. The deadline for plaintiffs to serve their class certification motion and any supporting materials in the Rule 23(b)(2) action, including any initial expert reports in support of such a motion, shall be extended up to and including April 15, 2020. Opposition papers shall be served by July 15, 2020. Replies, if any, are due September 15, 2020. No other deadlines established in the Court's previous orders shall be affected by this Order. Nor shall any party use the extension set forth in this Order as a basis for arguing to delay the briefing or determination of any summary judgment motion in any action. Ordered by Judge Margo K. Brodie on 10/21/2019. (Borochoff-Porte, Alison) (Entered: 10/21/2019) | 10/21/2019 |
| 7742 | Notice of Withdrawal of Objection Pursuant to Rule 23 (e)(5)(A) Settlement, Voluntary Dismissal, or Compromise Class-Member Objections by Leisure Landing RV Park, Storage World Limited Partnership, LLC, The Grady Corporation (Bentonville Location) d/b/a Whole Hog Barbeque, The Grady Corporation II (Fayetteville Location) d/b/a Whole Hog Barbeque, The Tennis Shoppe, Inc. (Bozeman, Marcus) (Entered: 10/24/2019) | 10/24/2019 |
| 7743 | Letter MOTION for Extension of Time to File Response/Reply as to 7741 MOTION to Substitute Party and Amend Caption by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Kaminsky, Blair) (Entered: 10/24/2019) | 10/24/2019 |
| 7744 | OBJECTION to 7734 Report and Recommendations filed by R&M Objectors. (Attachments: # 1 Certificate of Service) (Breakstone, Jay) (Entered: 10/24/2019) | 10/24/2019 |
|  | ORDER in case 1:05-md-01720-MKB-JO; granting (40) Motion for Extension of Time to File Response/Reply -- The motion is granted on consent; the deadline to respond to the proposed substitution of Elgin Ave. Recovery, LLC ("Elgin") for Sears Holdings Corporation is extended to October 31, 2019. Ordered by Magistrate Judge James Orenstein on 10/24/2019. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Gutmann, Joseph) (Entered: 10/24/2019) | 10/24/2019 |
| 7745 | NOTICE of Appearance by Gayle Rosenstein Klein on behalf of Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC (aty to be noticed) (Klein, Gayle) (Entered: 10/25/2019) | 10/25/2019 |
| 7746 | NOTICE of Appearance by John C. Briody on behalf of Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC (aty to be noticed) (Briody, John) (Entered: 10/25/2019) | 10/25/2019 |
| 7747 | NOTICE of Appearance by James Hartmann Smith on behalf of Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC (aty to be noticed) (Smith, James) (Entered: 10/25/2019) | 10/25/2019 |
| 7748 | MOTION for Leave to Electronically File Document under Seal by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 10/25/2019) | 10/25/2019 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 7749 | MEMORANDUM in Support re (7731 in 1:05-md-01720-MKB-JO) Status Conference,,,,, Sears Holding Corporation's Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw as Counsel filed by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC. (Attachments: # 1 Declaration in Support of Objection) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 10/25/2019) | 10/25/2019 |
| | ORDER granting 7743 Motion for Extension of Time to File Response/Reply -- See Order of Magistrate Judge James Orenstein dated October 24, 2019. Ordered by Magistrate Judge James Orenstein on 10/25/2019. (Gutmann, Joseph) (Entered: 10/25/2019) | 10/25/2019 |
| | ORDER granting 7748 Motion for Leave to Electronically File Document under Seal -- The motion is granted. I respectfully direct the filing parties to additionally file a suitably redacted version on the public docket. Ordered by Magistrate Judge James Orenstein on 10/28/2019. (Gutmann, Joseph) (Entered: 10/28/2019) | 10/28/2019 |
| 7750 | STIPULATION of Dismissal and Order of Dismissal with Prejudice of all Claims by Verizon Corporate Services Group, Inc., Verizon Services Corp., Verizon Sourcing LLC (Rooney, Gavin) (Entered: 10/29/2019) | 10/29/2019 |
| 7751 | Letter MOTION to Take Deposition from Professor Jerry Hausman by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Vizas, Robert) (Entered: 10/29/2019) | 10/29/2019 |
| 7752 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 7471 MOTION for Attorney Fees , 7664 Reply in Support, Rule 23(b)(3) Class Plaintiffs' Supplementation to Their Motion for Attorneys' Fees and Reimbursement of Expenses (Attachments: # 1 Exhibit A) (Davidoff, Merrill) (Entered: 10/29/2019) | 10/29/2019 |
| | ORDER re 7751 Letter MOTION to Take Deposition from Professor Jerry Hausman -- I respectfully direct the 7-Eleven and The Home Depot plaintiffs to respond to the defendants' letter motion, Docket Entry 7751 , by November 1, 2019. Ordered by Magistrate Judge James Orenstein on 10/29/2019. (Gutmann, Joseph) (Entered: 10/29/2019) | 10/29/2019 |
| 7753 | Letter to Judges Brodie and Orenstein re: Objection filed in B&R Supermarkets Inc. v. Visa re: by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Marth, Ryan) (Entered: 10/30/2019) | 10/30/2019 |
| 7754 | MEMORANDUM in Opposition re 7744 Objection to Report and Recommendations filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 10/30/2019) | 10/30/2019 |
| 7755 | ORDER denying 7694 Motion to Intervene and 7733 Motion for Hearing. For the reasons set forth in the attached Memorandum and Order, the Court denies the motions. Ordered by Judge Margo K. Brodie on 10/30/2019. (Borochoff-Porte, Alison) (Entered: 10/30/2019) | 10/30/2019 |
| 7756 | Letter to Judge Brodie regarding response to Sears Holdings Corporation's Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw as Counsel by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 10/31/2019) | 10/31/2019 |
| 7757 | Second MOTION for Extension of Time to File Response/Reply as to 7741 MOTION to Substitute Party and Amend Caption by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Kaminsky, Blair) (Entered: 10/31/2019) | 10/31/2019 |
| 7758 | Letter MOTION for Extension of Time to File Response/Reply as to 7741 MOTION to Substitute Party and Amend Caption by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Kaminsky, Blair) (Entered: 10/31/2019) | 10/31/2019 |
| 7759 | STATUS REPORT in advance of November 7 hearing (Joint) by Target Corporation Associated Cases: 1:05-md-01720-MKB-JO et al. (Wilson, James) (Entered: 10/31/2019) | 10/31/2019 |
| | ORDER re 7750 . The Stipulation is so ordered. Ordered by Judge Margo K. Brodie on 10/31/2019. (Borochoff-Porte, Alison) (Entered: 10/31/2019) | |
| | ORDER denying (7757) Motion for Extension of Time to File Response/Reply in case 1:05-md-01720-MKB-JO; denying (157) Motion for Extension of Time to File Response/Reply in case 1:13-cv-05746-MKB-JO; denying (46) Motion for Extension of Time to File Response/Reply in case 1:14-cv-06450-MKB-JO -- The motion for an extension, filed in the late afternoon on the day the response at issue is due, does not allow for meaningful consideration of the request for relief. It does not make clear whether the movant seeks relief to which Elgin does not consent, only that there are circumstances in which Elgin would withhold its consent. Under the circumstances, I do not have sufficient information to grant on consent and allowing time for a response (and holding the deadline at issue in abeyance pending resolution of the motion) effectively gives the movants almost all of the relief they seek even if I ultimately disagree with them. Because the last-minute nature of the motion precludes meaningful review, I deny it without prejudice to renewal on unequivocal consent. Ordered by Magistrate Judge James Orenstein on 10/31/2019. (Gutmann, Joseph) (Entered: 10/31/2019) | 10/31/2019 |
| 7760 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated (Notice of Withdrawal as Counsel of Record of Zachary A. Dietert) (Dietert, Zachary) Modified on 11/1/2019 (Guy, Alicia). (Entered: 11/01/2019) | 11/01/2019 |
| 7761 | RESPONSE to Motion re 7751 Letter MOTION to Take Deposition from Professor Jerry Hausman (Joint Response by the 7-Eleven Plaintiffs and The Home Depot) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 11/01/2019) | 11/01/2019 |
| 7762 | MOTION to Set Aside Judgment Salveson Plaintiffs' Notice of Motion and Motion for Relief from Final Judgment by Melvin Salveson. (Attachments: # 1 Memorandum in Support) (Alioto, Joseph) (Entered: 11/01/2019) | 11/01/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7763 | Letter MOTION to Appear by Telephone re: Hearing scheduled for November 7, 2019 by Joshua Tucker. (Kadosh, Samuel) (Entered: 11/01/2019) | 11/01/2019 |
| 7764 | NOTICE Of WITHDRAWAL re: Notice Of Intention to Appear at Fairness Hearing by Nejat Kohan, esq. Associated Cases: 1:05-md-01720-MKB-JO, 1:05-cv-05075-MKB-JO (Tavarez, Jennifer) (Entered: 11/04/2019) | 11/01/2019 |
| | ORDER granting (7758) Motion for Extension of Time to File Response/Reply in case 1:05-md-01720-MKB-JO; granting (158) Motion for Extension of Time to File Response/Reply in case 1:13-cv-05746-MKB-JO; granting (47) Motion for Extension of Time to File Response/Reply in case 1:14-cv-06450-MKB-JO -- The motion is granted on consent; the deadline to respond to the proposed substitution of Elgin Ave. Recovery, LLC ("Elgin") for Sears Holdings Corporation is extended to November 7, 2019. Ordered by Magistrate Judge James Orenstein on 11/1/19. (Gutmann, Joseph) (Entered: 11/01/2019) | 11/01/2019 |
| | Order granting 7753 request to respond to 7748 objections. Constantine Cannon shall file a response by November 8, 2019. Ordered by Judge Margo K. Brodie on 11/1/2019. (Borochoff-Porte, Alison) (Entered: 11/01/2019) | 11/01/2019 |
| | ORDER granting 7760 Motion to Withdraw as Attorney -- The motion is granted; attorney Zachary A. Dietert is terminated. Ordered by Magistrate Judge James Orenstein on 11/1/2019. (Gutmann, Joseph) (Entered: 11/01/2019) | 11/01/2019 |
| | ORDER granting 7763 Motion to Appear by Telephone. Mr. Tucker is directed to call chambers at (718) 613-2140 on or before 10:00 AM. Ordered by Judge Margo K. Brodie on 11/4/2019. (Valentin, Winnethka) (Entered: 11/04/2019) | 11/04/2019 |
| 7765 | NOTICE of Appearance by Cynthia M. Jordano on behalf of Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC (aty to be noticed) (Jordano, Cynthia) (Entered: 11/05/2019) | 11/05/2019 |
| 7766 | MOTION to Redact Transcript 7736 Transcript,,, by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC. (Klein, Gayle) (Entered: 11/05/2019) | 11/05/2019 |
| 7767 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-12017738. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit in Support, # 2 Proposed Order, # 3 Certificate of Good Standing, # 4 Certificate of Good Standing) (Morton, Jessica) (Entered: 11/06/2019) | 11/06/2019 |
| 7768 | DECLARATION of Jack W. Kidd by Jack Rabbit LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:05-cv-05075-MKB-JO (Bacharach, N.) (Entered: 11/06/2019) | 11/06/2019 |
| 7769 | MOTION to Redact Transcript 7736 Transcript,,, by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC. (Klein, Gayle) (Entered: 11/06/2019) | 11/06/2019 |
| 7770 | NOTICE of Appearance by Jessica A. Morton on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Morton, Jessica) (Entered: 11/06/2019) | 11/06/2019 |
| 7771 | MOTION for Leave to Electronically File Document under Seal [Exhibit A to the 2019 Supplemental Report of Class Administrator and related digital media] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A to the 2019 Supplemental Report of Class Administrator) (Bernay, Alexandra) (Entered: 11/06/2019) | 11/06/2019 |
| 7772 | Letter Pursuant to Paragraph 23 of the Preliminary Approval Order (ECF No. 7361) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 2019 Supplemental Report of the Class Administrator and Exhibit A, thereto) (Bernay, Alexandra) (Entered: 11/06/2019) | 11/06/2019 |
| | ORDER re 7766 motion to redact transcript. The moving party is ordered to submit the correct attachment to the Court. Ordered by Judge Margo K. Brodie on 11/6/2019. (Borochoff-Porte, Alison) (Entered: 11/06/2019) | 11/06/2019 |
| | ORDER granting 7767 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Jessica A. Morton is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 11/6/2019. (Gutmann, Joseph) (Entered: 11/06/2019) | 11/06/2019 |
| 7773 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 11/7/2019. As set forth on the record, I granted the defendants' motion to depose Prof. Hausman for three days as well as Elgin's motion for substitution and to amend the caption. The parties shall confer and submit by November 21, 2019, a proposed schedule for further status conferences. (Court Reporter Anthony Frisolone, Tel: (718) 613-2487) (Attachments: # 1 Appearances) (Orenstein, James) (Entered: 11/07/2019) | 11/07/2019 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 7774 | Minute entry for proceedings held before District Judge Margo K. Brodie and Magistrate Judge James Orenstein on November 7, 2019 at 10:00 AM. The Court heard argument from the parties and multiple objectors on Rule 23(b)(3) Class Plaintiffs motions for 7469 final approval of the Superseding Settlement Agreement, 7471 attorneys fees and reimbursement of expenses, and 7472 class representative service awards. The Court reserved decision. The parties shall submit by November 12, 2019, a draft proposed notice to be sent to merchants that previously received a notice of exclusion from the class based on their relationship with a third party which third party settled its claims. No later than a week from today, the parties shall submit the names of three potential candidates for special master as well as a suggested procedure for the special master to follow. In addition, Class Counsel and Defendants shall respond to the argument raised by the Branded Operators that allowing merchants previously excluded to submit claims should impact the opt-out reductions and expense takedowns from the settlement fund. (Court Reporter Anthony Frisolone, Tel: (718) 613-2487) Ordered by Judge Margo K. Brodie on 11/7/2019 (Borochoff-Porte, Alison) (Entered: 11/07/2019) | 11/07/2019 |
| 7775 | EXHIBIT A to the 2019 Supplemental Report of the Class Administrator [Filed Under Seal] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Related document: Order on Motion for Leave to Electronically File Document under Seal, 7772 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 11/07/2019) | 11/07/2019 |
| 7776 | REDACTION to Order on Motion for Leave to Electronically File Document under Seal, 7772 Letter, [Exhibit A to 2019 Supplemental Report of the Class Administrator [Redacted]] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 11/07/2019) | 11/07/2019 |
| 7777 | Letter from Sophia Lacy, regarding objection deadline date. (Piper, Francine) (Entered: 11/08/2019) | 11/07/2019 |
| | ORDER granting 7771 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original documents under seal as a separate entry. Counsel is further directed to file redacted versions of the original documents publicly as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 11/7/2019. (Borochoff-Porte, Alison) (Entered: 11/07/2019) | 11/07/2019 |
| 7778 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Constantine Cannon's Opposition to Sears Holdings Corporation's Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw as Counsel) (Shinder, Jeffrey) (Entered: 11/08/2019) | 11/08/2019 |
| | ORDER granting 7778 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Counsel is further directed to file a redacted version of the original document publicly as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 11/9/2019. (Borochoff-Porte, Alison) (Entered: 11/09/2019) | 11/09/2019 |
| 7779 | MEMORANDUM in Opposition Constantine Cannon's Opposition to Sears Holdings Corporation's Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw as Counsel [Filed Under Seal] filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 11/11/2019) | 11/11/2019 |
| 7780 | MEMORANDUM in Opposition Constantine Cannon's Opposition to Sears Holdings Corporation's Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw as Counsel [Redacted] filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 11/11/2019) | 11/11/2019 |
| 7781 | Letter MOTION for Extension of Time to File Response/Reply as to 7774 Motion Hearing,,,, by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Coughlin, Patrick) (Entered: 11/11/2019) | 11/11/2019 |
| 7782 | MOTION for Leave to File Document seeking permission to file a reply brief in support of plaintiffs objections to Magistrate Orensteins order by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 11/11/2019) | 11/11/2019 |
| | ORDER granting 7782 Motion for Leave to File Reply. Elgin and Transform shall submit a reply no longer than five pages in length by November 15, 2019. Ordered by Judge Margo K. Brodie on 11/12/2019. (Borochoff-Porte, Alison) (Entered: 11/12/2019) | 11/12/2019 |
| | ORDER granting 7781 Motion for Extension of Time to File. The parties shall submit the information requested in the November 7, 2019 minute entry 7774 by November 21, 2019. Ordered by Judge Margo K. Brodie on 11/12/2019. (Borochoff-Porte, Alison) (Entered: 11/12/2019) | 11/12/2019 |
| 7783 | Notice of Related Case (Davis, Kimberly) (Entered: 11/13/2019) | 11/13/2019 |
| 7784 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-12063823. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit of Jeannie S. Rhee, # 2 Certificate of Good Standing, # 3 Proposed Order) (Rhee, Jeannie) (Entered: 11/14/2019) | 11/14/2019 |
| 7785 | NOTICE of Appearance by Jeannie S. Rhee on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Rhee, Jeannie) (Entered: 11/14/2019) | 11/14/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7784 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Jeannie S. Rhee is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 11/14/2019. (Gutmann, Joseph) (Entered: 11/14/2019) | 11/14/2019 |
| 7786 | REPLY in Support re (7731 in 1:05-md-01720-MKB-JO) Status Conference,,,,, filed by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC. (Attachments: # 1 Memorandum in Support in Further Support of Sears Holdings Corporations Objections to Magistrate Judge Orensteins Order Granting Constantine Cannons Motion to Withdraw as Counsel, # 2 Declaration of Blair Wallace in further support of Objections, # 3 Declaration Luke Valentino in further support of objections) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 11/15/2019) | 11/15/2019 |
| 7787 | Letter regarding the Reply Memorandum of Law in Further Support of Sears Holdings Corporation's Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw as Counsel by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 11/18/2019) | 11/18/2019 |
| | ORDER granting 7787 request to file sur reply. Constantine Cannon shall submit a sur reply no longer than three pages in length by November 22, 2019. Ordered by Judge Margo K. Brodie on 11/19/2019. (Borochoff-Porte, Alison) (Entered: 11/19/2019) | 11/19/2019 |
| 7788 | Attached is a certified copy of CTO 31 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 19 CV 7273 must be transferred to the Eastern District of New York. Our case number 19 CV 6555(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 11/20/2019) | 11/20/2019 |
| 7789 | JPMDL Conditional Transfer Order CTO-31: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 11/20/2019) | 11/20/2019 |
| 7790 | ORDER denying 7399 motion to dismiss for failure to state a claim and for lack of jurisdiction. For the reasons set forth in the accompanying Memorandum and Order, the Court denies Bank Defendants' motion to dismiss. The Court's Memorandum and Order is filed under seal, and the parties are instructed to jointly propose necessary redactions, if any, to the Memorandum and Order by November 25, 2019, to allow for public filing of the decision. Ordered by Judge Margo K. Brodie on 11/20/2019. (Borochoff-Porte, Alison) (Entered: 11/20/2019) | 11/20/2019 |
| | NOTICE Due to technical issues, all the Plaintiffs in member case 19-cv-06555(MKB)(JO) could not be added to the Main docket. I created a generic name titles All Plaintiffs 19-cv-06555. Further, the restriction for document 7790 has been changed to Case Participant and is available to view. (Marziliano, August) (Entered: 11/20/2019) | 11/20/2019 |
| 7791 | Letter from Rule 23(b)(3) Class Counsel and Defendants in response to the Court's minute entry, ECF No. 7774 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A_Draft Notice Regarding Class Action Settlement, # 2 Exhibit B_Curriculum Vitaes of Hon. Elizabeth Laporte (Ret.), Hon. A. Howard Matz (Ret.) and Professor Francis McGovern, # 3 Exhibit C_[Proposed] Order Appointing Special Master) (Coughlin, Andrew) (Entered: 11/21/2019) | 11/21/2019 |
| 7792 | Letter to the Honorable James Orenstein re: Proposed Status Conference Date by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/21/2019) | 11/21/2019 |
| 7793 | REPLY in Opposition re (7786 in 1:05-md-01720-MKB-JO, 7786 in 1:05-md-01720-MKB-JO) 1 - Sealed Document CV,,, Reply in Support,, Constantine Cannons Sur-Reply in Further Support of Its Opposition to Sears Holdings Corporation's Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw as Counsel filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shinder, Jeffrey) (Entered: 11/22/2019) | 11/22/2019 |
| | SCHEDULING ORDER -- I will hold a status conference on January 16, 2020, at 2:00 p.m. in Courtroom 11D South. Any party that seeks relief sooner than that may, after conferring with all counsel in an effort to avoid the need for additional appearances, file a motion specifying the relief they seek and the reason they will be prejudiced if the matter is not heard before January 16, 2020. Ordered by Magistrate Judge James Orenstein on 11/22/2019. (Gutmann, Joseph) (Entered: 11/22/2019) | 11/22/2019 |
| 7799 | Letter dated November 7, 2019 from Annamalai Annamalai a/k/a Swamiji Sri Selvam Siddhar, in reply to the response of attorney Ryan W. Marth. (Piper, Francine) (Entered: 12/02/2019) | 11/25/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER re [7772-1] 2019 Supplemental Report of the Class Administrator and Exhibit A. Pursuant to the November 7, 2019 final fairness hearing, the Court understands the Rule 23(b)(3) opt-out number to be 675. Class Counsel is directed to clarify whether the Court is to consider both timely and untimely, as well as incomplete, exclusion requests in determining whether to finally approve the Rule 23(b)(3) class settlement, i.e., whether for the purposes of settlement the parties consider all 675 exclusion requests as resulting in exclusion. Class Counsel shall respond by November 26, 2019. In addition, on or before November 27, 2019, Class Counsel shall submit a revised version of [7469-2] Proposed Order Rule 23(b)(3) Class Settlement Order and Final Judgment, containing (1) a draft Exhibit 1; (2) a draft Exhibit 2; (3) a completed paragraph 7; and (4) a new draft proposed paragraph as recommended in the last paragraph of 7791 Letter from Rule 23(b)(3) Class Counsel and Defendants in response to the Court's minute entry. Ordered by Judge Margo K. Brodie on 11/25/2019. (Borochoff-Porte, Alison) (Entered: 11/25/2019) | 11/25/2019 |
| 7794 | Letter dated November 26, 2019 from Rule 23(b)(3) Class Counsel requesting approval of the Settlement Administrator's request for funding of the class settlement notice program by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 11/26/2019) | 11/26/2019 |
| 7795 | Letter from Rule 23(b)(3) Class Counsel re. exclusion requests in response to Court's November 25, 2019 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Coughlin, Patrick) (Entered: 11/26/2019) | 11/26/2019 |
| 7796 | Letter from Rule 23(b)(3) Class Counsel re. revised Rule 23(b)(3) Class Settlement Order and Final Judgment and draft exhibits 1 and 2 in response to the Court's November 25, 2019 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Revised Rule 23(b)(3) Class Settlement Order and Final Judgment, # 2 Exhibit 1 [Draft], # 3 Exhibit 2 [Draft]) (Bernay, Alexandra) (Entered: 11/26/2019) | 11/26/2019 |
|  | ORDER re 7790 . Having received no request for redactions in response to the Court's November 20, 2019 Order, the Court unseals the decision denying 7399 Bank Defendants' motion to dismiss for failure to state a claim and for lack of jurisdiction. Ordered by Judge Margo K. Brodie on 11/26/2019. (Borochoff-Porte, Alison) (Entered: 11/26/2019) | 11/26/2019 |
| 7797 | Letter dated November 27, 2019 from (b)(3) Class Counsel requesting approval of the 2019 4th Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 11/27/2019) | 11/27/2019 |
| 7798 | NOTICE OF APPEAL as to (7755 in 1:05-md-01720-MKB-JO, 7755 in 1:05-md-01720-MKB-JO) Order on Motion to Intervene, Order on Motion for Hearing by Jack Rabbit LLC. Filing fee $ 505, receipt number NYEDC-12110431. (Bacharach, N.) Modified on 12/3/2019 (Marziliano, August). (Entered: 11/27/2019) | 11/27/2019 |
|  | ORDER re 7794 Letter -- The Settlement Administrator's funding request is so ordered. Ordered by Magistrate Judge James Orenstein on 12/2/2019. (Gutmann, Joseph) (Entered: 12/02/2019) | 12/02/2019 |
|  | ORDER re 7797 Letter -- The 2019 4th quarter estimated tax payments are so ordered. Ordered by Magistrate Judge James Orenstein on 12/2/2019. (Gutmann, Joseph) (Entered: 12/02/2019) | 12/02/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7800 | Notice of MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-12120347. by 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Bon-Ton Distribution, Inc., Boston Proper, Inc., C.S. Ross Company, Carson Pirie Scott II, Inc., Catherine Partners - Indiana, L.L.P., Catherine Partners - Washington, G.P., Catherine Stores Corporation, Catherines Partners-Texas, L.P., Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of California, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Sales Co. One, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Mastercard Incorporated, Mastercard International Incorporated, Maurices Incorporated, McRil, L.L.C., Medical Arts Press, Inc., New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., Outlet Division Store Co. Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Smilemakers, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Bon-Ton Department Stores, Inc., The Bon-Ton Stores of Lancaster, Inc., The Bon-Ton Stores, Inc., The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., White House-Black Market, Inc.. (Attachments: # 1 Certificate of Good Standing) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Patrick, Kathy) (Entered: 12/03/2019) | 12/03/2019 |
| 7801 | MOTION to Amend/Correct/Supplement (7800 in 1:05-md-01720-MKB-JO) Notice of MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-12120347. by 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Bon-Ton Distribution, Inc., Boston Proper, Inc., C.S. Ross Company, Carson Pirie Scott II, Inc., Catherine Partners - Indiana, L.L.P., Catherine Partners - Washington, G.P., Catherine Stores Corporation, Catherines Partners-Texas, L.P., Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of California, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Sales Co. One, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Mastercard Incorporated, Mastercard International Incorporated, Maurices Incorporated, McRil, L.L.C., Medical Arts Press, Inc., New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., Outlet Division Store Co. Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Smilemakers, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Bon-Ton Department Stores, Inc., The Bon-Ton Stores of Lancaster, Inc., The Bon-Ton Stores, Inc., The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., White House-Black Market, Inc.. (Attachments: # 1 Certificate of Good Standing) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Patrick, Kathy) (Entered: 12/03/2019) | 12/03/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Appeal Terminated: (180 in 1:05-cv-05352-MKB-JO, 197 in 1:05-cv-05081-MKB-JO, 122 in 1:05-cv-05869-MKB-JO, 11 in 1:19-cv-05567-MKB-JO, 199 in 1:05-cv-05070-MKB-JO, 20 in 1:17-cv-05988-MKB-JO, 248 in 1:05-cv-04520-MKB-JO, 197 in 1:05-cv-05074-MKB-JO, 198 in 1:05-cv-05069-MKB-JO, 180 in 1:05-cv-04131-MKB-JO, 215 in 1:05-cv-05075-MKB-JO, 37 in 1:18-cv-04568-MKB-JO, 61 in 1:14-cv-05800-MKB-JO, 169 in 1:13-cv-04766-MKB-JO, 176 in 1:05-cv-05153-MKB-JO, 15 in 1:19-cv-04256-MKB-JO, 127 in 1:05-cv-05879-MKB-JO, 91 in 1:06-cv-02532-MKB-JO, 147 in 1:13-cv-05745-MKB-JO, 92 in 1:06-cv-02534-MKB-JO, 133 in 1:05-cv-05883-MKB-JO, 119 in 1:17-cv-04555-MKB-JO, 200 in 1:05-cv-05076-MKB-JO, 243 in 1:05-cv-05207-MKB-JO, 198 in 1:05-cv-05071-MKB-JO, 174 in 1:05-cv-04974-MKB-JO, 85 in 1:06-cv-01829-MKB-JO, 84 in 1:07-cv-00592-MKB-JO, 85 in 1:06-cv-00078-MKB-JO, 208 in 1:05-cv-04194-MKB-JO, 59 in 1:13-cv-05352-MKB-JO, 167 in 1:05-cv-04677-MKB-JO, 185 in 1:05-cv-03800-MKB-JO, 237 in 1:05-cv-05319-MKB-JO, 74 in 1:06-cv-05583-MKB-JO, 67 in 1:19-cv-04616-MKB-JO, 200 in 1:05-cv-05083-MKB-JO, 131 in 1:06-cv-00039-MKB-JO, 53 in 1:14-cv-06450-MKB-JO, 125 in 1:05-cv-05878-MKB-JO, 191 in 1:05-cv-03924-MKB-JO, 186 in 1:05-cv-03925-MKB-JO, 194 in 1:05-cv-05866-MKB-JO, 128 in 1:05-cv-05880-MKB-JO, 132 in 1:05-cv-05884-MKB-JO, 128 in 1:05-cv-05871-MKB-JO, 85 in 1:06-cv-01830-MKB-JO, 132 in 1:05-cv-05881-MKB-JO, 86 in 1:06-cv-05765-MKB-JO, 134 in 1:05-cv-05868-MKB-JO, 17 in 1:17-cv-03531-MKB-JO, 232 in 1:05-cv-04799-MKB-JO, 65 in 1:09-cv-03225-MKB-JO, 85 in 1:06-cv-01831-MKB-JO, 56 in 1:14-cv-00261-MKB-JO, 196 in 1:05-cv-05077-MKB-JO, 221 in 1:05-cv-04728-MKB-JO, 54 in 1:16-cv-05507-MKB-JO, 247 in 1:05-cv-04521-MKB-JO, 26 in 1:19-cv-06555-MKB-JO, 231 in 1:05-cv-04650-MKB-JO, 132 in 1:05-cv-05885-MKB-JO, 201 in 1:05-cv-05080-MKB-JO, 130 in 1:05-cv-05870-MKB-JO, 192 in 1:05-cv-05078-MKB-JO, 31 in 1:14-cv-07018-MKB-JO, 195 in 1:05-cv-05072-MKB-JO, 85 in 1:06-cv-01832-MKB-JO, 197 in 1:05-cv-05082-MKB-JO, 164 in 1:13-cv-05746-MKB-JO, 65 in 1:09-cv-02264-MKB-JO, 8 in 2:19-cv-05882-MKB-JO, 7798 in 1:05-md-01720-MKB-JO, 221 in 1:05-cv-05073-MKB-JO, 132 in 1:05-cv-05882-MKB-JO, 60 in 1:17-cv-04362-MKB-JO) Notice of Appeal filed by Jack Rabbit LLC. Associated Cases: 1:05-md-01720-MKB-JO et al. (Marziliano, August) (Entered: 12/03/2019) | 12/03/2019 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7798 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 12/03/2019) | 12/03/2019 |
| 7802 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-12123731. by 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Bon-Ton Distribution, Inc., Boston Proper, Inc., C.S. Ross Company, Carson Pirie Scott II, Inc., Catherine Partners - Indiana, L.L.P., Catherine Partners - Washington, G.P., Catherine Stores Corporation, Catherines Partners-Texas, L.P., Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of California, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Sales Co. One, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Mastercard Incorporated, Mastercard International Incorporated, Maurices Incorporated, McRil, L.L.C., Medical Arts Press, Inc., New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., Outlet Division Store Co. Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Smilemakers, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Bon-Ton Department Stores, Inc., The Bon-Ton Stores of Lancaster, Inc., The Bon-Ton Stores, Inc., The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., White House-Black Market, Inc.. (Attachments: # 1 Certificate of Good Standing) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Reasoner, Barrett) (Entered: 12/04/2019) | 12/04/2019 |
| 7803 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/04/2019) | 12/04/2019 |
| 7804 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/04/2019) | 12/04/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7800 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Kathy D. Patrick is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 12/4/2019. (Gutmann, Joseph) (Entered: 12/04/2019) | 12/04/2019 |
| | ORDER terminating 7801 Motion to Amend/Correct/Supplement -- See order dated December 4, 2019 regarding docket entry 7800 . Ordered by Magistrate Judge James Orenstein on 12/4/2019. (Gutmann, Joseph) (Entered: 12/04/2019) | 12/04/2019 |
| | ORDER granting 7802 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Barrett H. Reasoner is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 12/4/2019. (Gutmann, Joseph) (Entered: 12/04/2019) | 12/04/2019 |
| | ORDER re 7803 Stipulation -- The stipulation is so ordered. All discovery and other proceedings in the Delta Action shall be stayed until and including March 6, 2020. Ordered by Magistrate Judge James Orenstein on 12/4/2019. (Gutmann, Joseph) (Entered: 12/04/2019) | 12/04/2019 |
| | ORDER re 7804 Stipulation -- The stipulation is so ordered. All discovery and other proceedings in the Sunoco Action shall be stayed until and including March 6, 2020, and all discovery and other proceedings in the E-Z Mart Action as they pertain to plaintiffs and defendants shall be stayed until and including March 6, 2020. Ordered by Magistrate Judge James Orenstein on 12/4/2019. (Gutmann, Joseph) (Entered: 12/04/2019) | 12/04/2019 |
| 7805 | Notice of Misprision Report filed by Gary Joseph Bonas II (Attachments: # 1 My Service Highlights, # 2 Misprision Major Crimes Report) (Piper, Francine) (Entered: 12/05/2019) | 12/05/2019 |
| 7806 | CD Filed by Gary Joseph Bonas II, Re: Visa Filing Misprision Filed with Document 7805 . CD Forwarded to Judge Brodie's Chambers. (Piper, Francine) (Entered: 12/05/2019) | 12/05/2019 |
| 7807 | MOTION for Leave to File Document Letter Motion in Response to 7774 Motion Hearing and 7791 joint response by Class Counsel and Defendants. by Jack Rabbit LLC. (Attachments: # 1 Proposed Order re 2 Special Masters, # 2 Exhibit CV Kemper Arnold) Associated Cases: 1:05-md-01720-MKB-JO et al. (Bacharach, N.) (Entered: 12/05/2019) | 12/05/2019 |
| 7808 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-12127273. 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Bon-Ton Distribution, Inc., Boston Proper, Inc., C.S. Ross Company, Carson Pirie Scott II, Inc., Catherine Partners - Indiana, L.L.P., Catherine Partners - Washington, G.P., Catherine Stores Corporation, Catherines Partners-Texas, L.P., Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of California, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Sales Co. One, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Mastercard Incorporated, Mastercard International Incorporated, Maurices Incorporated, McRil, L.L.C., Medical Arts Press, Inc., New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., Outlet Division Store Co. Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Smilemakers, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Bon-Ton Department Stores, Inc., The Bon-Ton Stores of Lancaster, Inc., The Bon-Ton Stores, Inc., The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., White House-Black Market, Inc.. (Attachments: # 1 Certificate of Good Standing) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Drake, Denise) (Entered: 12/05/2019) | 12/05/2019 |
| 7809 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/06/2019) | 12/06/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7810 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-12133267. by 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Bon-Ton Distribution, Inc., Boston Proper, Inc., C.S. Ross Company, Carson Pirie Scott II, Inc., Catherine Partners - Indiana, L.L.P., Catherine Partners - Washington, G.P., Catherine Stores Corporation, Catherines Partners-Texas, L.P., Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of California, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Sales Co. One, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc, Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Mastercard Incorporated, Mastercard International Incorporated, Maurices Incorporated, McRil, L.L.C., Medical Arts Press, Inc., New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., Outlet Division Store Co. Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Smilemakers, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Bon-Ton Department Stores, Inc., The Bon-Ton Stores of Lancaster, Inc., The Bon-Ton Stores, Inc., The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., White House-Black Market, Inc.. (Attachments: # 1 Certificate of Service) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Sheeren, David) (Entered: 12/06/2019) | 12/06/2019 |
| 7811 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-12133378. by 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Bon-Ton Distribution, Inc., Boston Proper, Inc., C.S. Ross Company, Carson Pirie Scott II, Inc., Catherine Partners - Indiana, L.L.P., Catherine Partners - Washington, G.P., Catherine Stores Corporation, Catherines Partners-Texas, L.P., Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of California, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Sales Co. One, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc, Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Mastercard Incorporated, Mastercard International Incorporated, Maurices Incorporated, McRil, L.L.C., Medical Arts Press, Inc., New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., Outlet Division Store Co. Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Smilemakers, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Bon-Ton Department Stores, Inc., The Bon-Ton Stores of Lancaster, Inc., The Bon-Ton Stores, Inc., The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., White House-Black Market, Inc.. (Attachments: # 1 Certificate of Good Standing) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Smith, Shannon) (Entered: 12/06/2019) | 12/06/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7807 MOTION for Leave to File Document -- I respectfully remind Mr. Bacharach that submissions should only be docketed on the master docket 05-MD-1720 and that in filing documents counsel should opt not to spread text across the individual actions. See Docket Entry 160 (Pretrial Order 2) at 2 ("To avoid duplicate filings and notice of filings, counsel are instructed to select NO when prompted whether to spread text"). Ordered by Magistrate Judge James Orenstein on 12/6/2019. (Gutmann, Joseph) (Entered: 12/06/2019) | 12/06/2019 |
| | ORDER granting 7808 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Denise L. Drake is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 12/6/2019. (Gutmann, Joseph) (Entered: 12/06/2019) | 12/06/2019 |
| | ORDER re 7809 Stipulation -- The stipulation is so ordered. All discovery and other proceedings in the Luby's Action shall be stayed until and including March 6, 2020, subject to the conditions set forth in the so ordered stipulation. Ordered by Magistrate Judge James Orenstein on 12/6/2019. (Gutmann, Joseph) (Entered: 12/06/2019) | 12/06/2019 |
| 7812 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-12139034. by 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Boston Proper, Inc., C.S. Ross Company, Catherine Stores Corporation, Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Sales Co. One, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Maurices Incorporated, New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., Outlet Division Store Co. Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Smilemakers, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., Visa Inc., White House-Black Market, Inc.. (Attachments: # 1 Certificate of Good Standing) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Krennerich, Erica) (Entered: 12/09/2019) | 12/09/2019 |
| | ORDER approving [7791-1] Notice Regarding Class Action Settlement. Ordered by Judge Margo K. Brodie on 12/9/2019. (Schindler, Emma) (Entered: 12/09/2019) | 12/09/2019 |
| 7814 | Letter dated December 10, 2019 from (b)(3) Class Counsel in response to 7807 Letter filed by Objector Jack Rabbit LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Montague, H.) (Entered: 12/10/2019) | 12/10/2019 |
| | ORDER granting 7810 Motion for Leave to Appear Pro Hac Vice; granting 7811 Motion for Leave to Appear Pro Hac Vice; granting 7812 Motion for Leave to Appear Pro Hac Vice -- -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorneys David M. Sheeren, Shannon N. Smith, and Erica L. Krennerich are deemed admitted pro hac vice, and shall file notices of appearance. Ordered by Magistrate Judge James Orenstein on 12/10/2019. (Gutmann, Joseph) (Entered: 12/10/2019) | 12/10/2019 |
| 7815 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-12145428. by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Affidavit, # 2 Certificates of Good Standing, # 3 Proposed Order) (Anderson, Justin) (Entered: 12/11/2019) | 12/11/2019 |
| 7816 | MOTION to Withdraw as Attorney by Verizon Corporate Services Group, Inc., Verizon Services Corp., Verizon Sourcing LLC. (Rooney, Gavin) (Entered: 12/11/2019) | 12/11/2019 |
| 7817 | NOTICE of Appearance by Justin Anderson on behalf of Mastercard Incorporated, Mastercard International Incorporated (notification declined or already on case) (Anderson, Justin) (Entered: 12/11/2019) | 12/11/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 7815 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Justin A. Anderson is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 12/11/2019. (Gutmann, Joseph) (Entered: 12/11/2019) | 12/11/2019 |
| | ORDER granting 7816 Motion to Withdraw as Attorney -- The motion is granted; attorney Gavin J. Rooney is terminated. Ordered by Magistrate Judge James Orenstein on 12/11/2019. (Gutmann, Joseph) (Entered: 12/11/2019) | 12/11/2019 |
| 7818 | ORDER granting 7469 Rule 23(b)(3) Class Plaintiffs' Motion for Final Approval of Class-Action Settlement. For the reasons stated in a forthcoming Memorandum and Order, the Court approves the Superseding Settlement Agreement as fair, reasonable, and adequate. Ordered by Judge Margo K. Brodie on 12/13/2019. (Attachments: # 1 Exhibit, # 2 Exhibit) Associated Cases: 1:05-md-01720-MKB-JO et al. (Valentin, Winnethka) (Entered: 12/13/2019) | 12/13/2019 |
| 7819 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number BNYEDC-12158105. by Boss Dental Care PLLC. (Attachments: # 1 Affidavit Affidavit in Support of the Motion, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order) (Brunell, Richard) (Entered: 12/16/2019) | 12/16/2019 |
| 7820 | Letter to the Honorable Margo K. Brodie from Boris Bershteyn, dated December 16, 2019 re: Opposition to the Salveson Plaintiffs' Motion for Relief from Final Judgment by Capital One Bank, Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp, Chase Bank USA, N.A., Bank Of America, N.A., Bank of America Corporation, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC Holdings PLC, HSBC North America Holdings Inc, HSBC North America Holdings, Inc, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (Bershteyn, Boris) (Entered: 12/16/2019) | 12/16/2019 |
| 7821 | MEMORANDUM AND ORDER explaining the Court's 7818 Order dated December 13, 2019, granting 7469 Rule 23(b)(3) Class Plaintiffs' Motion for Final Approval of Class-Action Settlement. Ordered by Judge Margo K. Brodie on 12/16/2019. Associated Cases: 1:05-md-01720-MKB-JO et al. (Valentin, Winnethka) (Entered: 12/16/2019) | 12/16/2019 |
| 7822 | MEMORANDUM AND ORDER granting 7471 Motion for Attorneys' Fees. Ordered by Judge Margo K. Brodie on 12/16/2019. Associated Cases: 1:05-md-01720-MKB-JO et al. (Valentin, Winnethka) (Entered: 12/16/2019) | 12/16/2019 |
| 7823 | ORDER granting 7472 Motion for Class Representative Service Awards. Ordered by Judge Margo K. Brodie on 12/16/2019. Associated Cases: 1:05-md-01720-MKB-JO et al. (Valentin, Winnethka) (Entered: 12/16/2019) | 12/16/2019 |
| | ORDER granting 7819 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Richard M. Brunell is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 12/16/2019. (Gutmann, Joseph) (Entered: 12/16/2019) | 12/16/2019 |
| 7824 | NOTICE of Appearance by Richard Brunell on behalf of Boss Dental Care PLLC (notification declined or already on case) (Brunell, Richard) (Entered: 12/17/2019) | 12/17/2019 |
| 7825 | MEMORANDUM in Opposition re 7762 MOTION to Set Aside Judgment Salveson Plaintiffs' Notice of Motion and Motion for Relief from Final Judgment filed by Capital One Bank, (USA), N.A., Capital One Financial Corp, Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation, HSBC Bank USA, N.A., HSBC Finance Corporation, HSBC Holdings PLC, HSBC North America Holdings, Inc, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Bershteyn, Boris) (Entered: 12/17/2019) | 12/17/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7826 | NOTICE of Appearance by Kathy D. Patrick on behalf of 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Boston Proper, Inc., C.S. Ross Company, Catherine Stores Corporation, Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America, Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Maurices Incorporated, New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., White House-Black Market, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Patrick, Kathy) (Entered: 12/17/2019) | 12/17/2019 |
| 7827 | NOTICE of Appearance by Barrett Reasoner on behalf of 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Boston Proper, Inc., C.S. Ross Company, Catherine Stores Corporation, Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America, Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Maurices Incorporated, New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., White House-Black Market, Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Reasoner, Barrett) (Entered: 12/17/2019) | 12/17/2019 |

9/2/25, 11:11 AM
app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 7828 | NOTICE of Appearance by Denise Drake on behalf of 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Boston Proper, Inc., C.S. Ross Company, Catherine Stores Corporation, Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Maurices Incorporated, New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., White House-Black Market, Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Drake, Denise) (Entered: 12/17/2019) | 12/17/2019 |
| 7829 | NOTICE of Appearance by David Sheeren on behalf of 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Boston Proper, Inc., C.S. Ross Company, Catherine Stores Corporation, Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Maurices Incorporated, New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., White House-Black Market, Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Sheeren, David) (Entered: 12/17/2019) | 12/17/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7830 | NOTICE of Appearance by Shannon Nicole Smith on behalf of 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Boston Proper, Inc., C.S. Ross Company, Catherine Stores Corporation, Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Maurices Incorporated, New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., White House-Black Market, Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Smith, Shannon) (Entered: 12/17/2019) | 12/17/2019 |
| 7831 | NOTICE of Appearance by Erica Krennerich on behalf of 4sure.com, Inc., Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., Air Sun, American Signature, Inc., Ascena Retail Group, Inc., Bath & Body Works Direct, Inc., Bath & Body Works, LLC, Big Lots Stores, Inc., Bizmart (Texas), Inc., Bizmart, Inc., Bloomingdale's By Mail, Ltd., Bloomingdale's The Outlet Store, Inc., Bloomingdales, Inc., Boston Proper, Inc., C.S. Ross Company, Catherine Stores Corporation, Catherines Woman Delaware, Inc., Catherines Woman Michigan, Inc., Catherines of Nevada, Inc., Catherines of Pennsylvania, Inc., Catherines, Inc., Charming Direct, Inc., Charming Shopping Outlet Stores, L.L.C., Chico's FAS, Inc., Closeout Distribution, Inc., Club Libby Lu, Inc., Cole Vision Services, Inc., Computers4sure.com, Inc., Concord Buying Group Inc., Derailed, L.L.C., Eye Safety Systems, Inc., Eyemed Vision Care L.L.C., Eyexam of California, Inc., Figi's Inc., Gilly Hicks, L.L.C., Henri Bendel, Inc., Homegoods, Inc., J.C. Penney Corporation, Inc., J.M. Hollister, L.L.C., Kohl's Corporation, Kohl's Department Stores Inc., Kohl's Illinois, Inc., Kohl's Indiana L.P., Kohl's Michigan, L.P., Kohl's Value Services, Inc., L Brands, Inc., Lane Bryant, Inc., Lenscrafters International, Inc., Limited Brands Direct Fulfillment, Inc., Lord & Taylor LLC, Lunettes California, Inc., Lunettes, Inc., Luxottica North America Distribution L.L.C., Luxottica Retail North America Inc., Luxottica U.S. Holdings Corp., Luxottica USA L.L.C., MACY'S Retail Holdings, Inc., MY-OP (NY), L.L.C., Macy's Florida Stores, L.L.C., Macy's Inc., Macy's Puerto Rico, Inc., Macy's West Stores Inc., Macys.com, Inc., Marmaxx Operating Corp., Marshalls of Beacon, VA., Inc., Marshalls of CA, L.L.C., Marshalls of Calumet City, IL., Inc., Marshalls of Chicago-Clark, IL., Inc., Marshalls of Elizabeth, NJ, Inc., Marshalls of Glen Burnie, MD, Inc., Marshalls of IL, L.L.C., Marshalls of Laredo, TX., Inc., Marshalls of MA, Inc., Marshalls of Matteson, IL., Inc., Marshalls of Richfield, MN, Inc., Maurices Incorporated, New York Department Stores de Puerto Rico, Inc., Newton Buying Company of CA, Inc., Oakley Air, Oakley Sales Corp., Oakley, Inc., Office Depot, Inc., OfficeMax Incorporated, Officemax North America, Inc., Oliver Peoples, Inc., PNS Stores, Inc., Pearle VisionCare, Inc., Quill Corporation, Quill Lincolnshire, Inc., RUEHL No. 925, L.L.C., Rays Houston, SCCA Store Holdings, Inc., Saks & Company, Saks Direct, L.L.C., Saks Fifth Avenue Texas, L.L.C., Saks Fifth Avenue, Inc., Saks Incorporated, Schoolkidz.com L.L.C., Sierra Trading Post, Inc., Solutions4sure.com, Inc., Soma Intimates, L.L.C., Staples Contract & Commercial, Inc., Staples Inc., Staples The Office Superstore East, Inc., Staples the Office Superstore, LLC, Sunglass Hut Trading, L.L.C., T.J. Maxx of CA, L.L.C., T.J. Maxx of IL, LLC, TCC Cooking Co., TJX Incentive Sales, Inc., Target Commercial Interiors, Inc., Target Corporation, The Door Store, L.L.C., The Dress Barn, Inc., The Optical Shop Of Aspen, The TJX Companies Inc., Thrive Networks, Inc., Tween Brands Direct, L.L.C., Tween Brands, Inc., Victoria's Secret Stores Puerto Rico, L.L.C., Victoria's Secret Stores, LLC, Viking Office Products, Inc., White House-Black Market, Inc. (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Krennerich, Erica) (Entered: 12/17/2019) | 12/17/2019 |
|  | ORDER finding as moot 7807 Motion to Appoint Separate Special Master for Branded and Unbranded Gas Station Owners' Claims. On December 13, 2019, the Court denied Jack Rabbit LLC's application. (Mem. and Order dated Dec. 13, 2019 44 n.16, Docket Entry No. 7821.) In light of the Court's ruling, the Court terminates Jack Rabbit LLC's motion as moot. Ordered by Judge Margo K. Brodie on 12/17/2019. (Schindler, Emma) (Entered: 12/17/2019) | 12/17/2019 |
| 7832 | CLERK'S JUDGMENT, This Rule 23(b)(3) Class Settlement Order and Final Judgment terminates and disposes of all claims against the Defendants in the Class Actions in MDL 1720, except for the injunctive relief claims alleged by the named plaintiffs in Barrys.Signed by Douglas C. Palmer, Clerk of Court by Jalitza Poveda, Deputy Clerk on 12/20/2019. (Piper, Francine) (Entered: 12/20/2019) | 12/20/2019 |
| 7833 | MOTION for Reconsideration re 7822 Order on Motion for Attorney Fees Or For Clarification by Gary Friedman. (Attachments: # 1 Memorandum in Support) (Friedman, Gary) (Entered: 12/30/2019) | 12/30/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7834 | MOTION to Withdraw as Attorney for David F. Graham by Citibank (South Dakota), N.A., Citibank N A. (Attachments: # 1 Declaration of David F. Graham) (Graham, David) (Entered: 12/30/2019) | 12/30/2019 |
| | ORDER re 7833 Motion for Clarification and/or Partial Reconsideration. The Court directs Rule (23)(b)(3) Class Counsel to respond to Friedman Law Group's motion on or before January 6, 2020. Ordered by Judge Margo K. Brodie on 12/30/2019. (Schindler, Emma) (Entered: 12/30/2019) | 12/30/2019 |
| 7835 | Letter Letter from (b)(3) Class Counsel dated December 31, 2019 to Judge Brodie and Magistrate Judge Orenstein re Payment of Miller, Kaplan & Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 12/31/2019) | 12/31/2019 |
| 7836 | ORDER ADOPTING REPORT AND RECOMMENDATIONS. On December 16, 2019, the Court adopted the report and recommendation in its entirety and denied 7474 R&M Objectors' Motion for Attorneys' fees, Expenses, and Service awards. The Court now explains its reasons for denying the motion. Ordered by Judge Margo K. Brodie on 1/2/2020. (Valentin, Winnethka) (Main Document 7836 replaced on 1/2/2020) (Valentin, Winnethka). (Entered: 01/02/2020) | 01/02/2020 |
| | ORDER granting 7834 Motion to Withdraw as Attorney -- The motion is granted; attorney David F. Graham is terminated. Ordered by Magistrate Judge James Orenstein on 1/2/2020. (Gutmann, Joseph) (Entered: 01/02/2020) | 01/02/2020 |
| | ORDER re 7835 Letter -- The motion is granted; the funding request is so ordered. Ordered by Magistrate Judge James Orenstein on 1/2/2020. (Gutmann, Joseph) (Entered: 01/02/2020) | 01/02/2020 |
| 7837 | NOTICE OF APPEAL as to 7821 Memorandum & Opinion, 7818 Order on Motion for Settlement, 7832 Clerk's Judgment, 7822 Order on Motion for Attorney Fees by Jack Rabbit LLC. Filing fee $ 505, receipt number ANYEDC-12215318. Appeal Record due by 12/13/2019. (Bacharach, N.) (Entered: 01/03/2020) | 01/03/2020 |
| 7838 | RESPONSE in Opposition re 7833 MOTION for Reconsideration re 7822 Order on Motion for Attorney Fees Or For Clarification filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Montague, H.) (Entered: 01/06/2020) | 01/06/2020 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7837 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/06/2020) | 01/06/2020 |
| 7839 | NOTICE OF APPEAL as to 7818 Order on Motion for Settlement, 7823 Order on Motion for Settlement, 7832 Clerk's Judgment, 7822 Order on Motion for Attorney Fees, 7836 Order Adopting Report and Recommendations, 7821 Memorandum & Opinion, by R&M Objectors. Filing fee $ 505, receipt number ANYEDC-12225030. (Attachments: # 1 Docket Report, # 2 Certificate of Service) (Breakstone, Jay) (Entered: 01/07/2020) | 01/07/2020 |
| 7840 | Subsequent NOTICE OF APPEAL as to 7818 Order on Motion for Settlement, 7823 Order on Motion for Settlement, 7832 Clerk's Judgment, 7822 Order on Motion for Attorney Fees, 7821 Memorandum & Opinion, by R&M Objectors AMENDED. (Attachments: # 1 Docket Report, # 2 Certificate of Service) (Breakstone, Jay) (Entered: 01/07/2020) | 01/07/2020 |
| 7841 | REPLY in Support re 7833 MOTION for Reconsideration re 7822 Order on Motion for Attorney Fees Or For Clarification filed by Gary Friedman. (Friedman, Gary) (Entered: 01/07/2020) | 01/07/2020 |
| 7842 | REPLY in Support of motion to reconsider CORRECTED filed by Gary Friedman. (Friedman, Gary) (Entered: 01/07/2020) | 01/07/2020 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7839 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/07/2020) | 01/07/2020 |
| 7843 | NOTICE OF APPEAL by Falls Auto Gallery dba Falls Car Collection. Filing fee $ 505, receipt number ANYEDC-12227839. Appeal Record due by 1/20/2020. (Cannata, Sam) (Entered: 01/08/2020) | 01/08/2020 |
| 7844 | NOTICE OF APPEAL by Gnarlyood LLC. (Attachments: # 1 Certificate of Service) (Jan, Kendrick) (Entered: 01/08/2020) | 01/08/2020 |
| 7845 | NOTICE OF APPEAL as to 7818 Order on Motion for Settlement, 7823 Order on Motion for Settlement, 7832 Clerk's Judgment, 7822 Order on Motion for Attorney Fees, 7821 Memorandum & Opinion, by Kevan McLaughlin. Filing fee $ 505, receipt number ANYEDC-12232829. (Attachments: # 1 Certificate of Service) (Davis, John) (Entered: 01/08/2020) | 01/08/2020 |
| | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals 7840 Subsequent Notice of Appeal. (McGee, Mary Ann) (Entered: 01/08/2020) | 01/08/2020 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7843 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/08/2020) | 01/08/2020 |
| 7846 | Subsequent NOTICE OF APPEAL as to 7818 Order on Motion for Settlement, 7832 Clerk's Judgment, 7822 Order on Motion for Attorney Fees, 7821 Memorandum & Opinion, by Gnarlyood LLC and Quincy Woodrights, LLC. (Attachments: # 1 Certificate of Service) (Jan, Kendrick) (Entered: 01/09/2020) | 01/09/2020 |
| 7847 | STATUS REPORT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 01/09/2020) | 01/09/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7845 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/09/2020) | 01/09/2020 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7844 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/09/2020) | 01/09/2020 |
| 7848 | NOTICE OF APPEAL as to (137 in 1:05-cv-05881-MKB-JO, 70 in 1:09-cv-02264-MKB-JO, 205 in 1:05-cv-05076-MKB-JO, 179 in 1:05-cv-04974-MKB-JO, 202 in 1:05-cv-05074-MKB-JO, 174 in 1:13-cv-04766-MKB-JO, 185 in 1:05-cv-04131-MKB-JO, 199 in 1:05-cv-05866-MKB-JO, 181 in 1:05-cv-05153-MKB-JO, 203 in 1:05-cv-05071-MKB-JO, 236 in 1:05-cv-04650-MKB-JO, 252 in 1:05-cv-04521-MKB-JO, 65 in 1:17-cv-04362-MKB-JO, 159 in 1:13-cv-05745-MKB-JO, 22 in 1:17-cv-03531-MKB-JO, 206 in 1:05-cv-05080-MKB-JO, 90 in 1:06-cv-01829-MKB-JO, 204 in 1:05-cv-05070-MKB-JO, 90 in 1:06-cv-00078-MKB-JO, 137 in 1:05-cv-05882-MKB-JO, 202 in 1:05-cv-05081-MKB-JO, 133 in 1:05-cv-05880-MKB-JO, 124 in 1:17-cv-04555-MKB-JO, 205 in 1:05-cv-05083-MKB-JO, 253 in 1:05-cv-04520-MKB-JO, 64 in 1:13-cv-05352-MKB-JO, 97 in 1:06-cv-02534-MKB-JO, 90 in 1:06-cv-01830-MKB-JO, 61 in 1:14-cv-00261-MKB-JO, 169 in 1:13-cv-05746-MKB-JO, 59 in 1:16-cv-05507-MKB-JO, 242 in 1:05-cv-05319-MKB-JO, 13 in 2:19-cv-05882-MKB-JO, 226 in 1:05-cv-05073-MKB-JO, 72 in 1:19-cv-04616-MKB-JO, 237 in 1:05-cv-04799-MKB-JO, 70 in 1:09-cv-03225-MKB-JO, 190 in 1:05-cv-03800-MKB-JO, 226 in 1:05-cv-04728-MKB-JO, 90 in 1:06-cv-01831-MKB-JO, 89 in 1:07-cv-00592-MKB-JO, 196 in 1:05-cv-03924-MKB-JO, 79 in 1:06-cv-05583-MKB-JO, 133 in 1:05-cv-05871-MKB-JO, 191 in 1:05-cv-03925-MKB-JO, 96 in 1:06-cv-02532-MKB-JO, 7823 in 1:05-md-01720-MKB-JO, 197 in 1:05-cv-05078-MKB-JO, 136 in 1:06-cv-00039-MKB-JO, 66 in 1:14-cv-05800-MKB-JO, 135 in 1:05-cv-05870-MKB-JO, 90 in 1:06-cv-01832-MKB-JO, 130 in 1:05-cv-05878-MKB-JO, 200 in 1:05-cv-05072-MKB-JO, 138 in 1:05-cv-05883-MKB-JO, 185 in 1:05-cv-05352-MKB-JO, 201 in 1:05-cv-05077-MKB-JO, 58 in 1:14-cv-06450-MKB-JO, 137 in 1:05-cv-05884-MKB-JO, 127 in 1:05-cv-05869-MKB-JO, 132 in 1:05-cv-05879-MKB-JO, 25 in 1:17-cv-05988-MKB-JO, 36 in 1:14-cv-07018-MKB-JO, 172 in 1:05-cv-04677-MKB-JO, 202 in 1:05-cv-05082-MKB-JO, 31 in 1:19-cv-06555-MKB-JO, 139 in 1:05-cv-05868-MKB-JO, 42 in 1:18-cv-04568-MKB-JO, 91 in 1:06-cv-05765-MKB-JO, 203 in 1:05-cv-05069-MKB-JO, 16 in 1:19-cv-05567-MKB-JO, 20 in 1:19-cv-04256-MKB-JO, 248 in 1:05-cv-05207-MKB-JO, 213 in 1:05-cv-04194-MKB-JO, 137 in 1:05-cv-05885-MKB-JO, 220 in 1:05-cv-05075-MKB-JO) Order on Motion for Settlement, (64 in 1:17-cv-04362-MKB-JO, 203 in 1:05-cv-05070-MKB-JO, 21 in 1:17-cv-03531-MKB-JO, 132 in 1:05-cv-05880-MKB-JO, 89 in 1:06-cv-01832-MKB-JO, 134 in 1:05-cv-05870-MKB-JO, 136 in 1:05-cv-05884-MKB-JO, 88 in 1:07-cv-00592-MKB-JO, 41 in 1:18-cv-04568-MKB-JO, 89 in 1:06-cv-00078-MKB-JO, 202 in 1:05-cv-05071-MKB-JO, 69 in 1:09-cv-03225-MKB-JO, 132 in 1:05-cv-05871-MKB-JO, 12 in 2:19-cv-05882-MKB-JO, 235 in 1:05-cv-04650-MKB-JO, 78 in 1:06-cv-05583-MKB-JO, 71 in 1:19-cv-04616-MKB-JO, 178 in 1:05-cv-04974-MKB-JO, 24 in 1:17-cv-05988-MKB-JO, 201 in 1:05-cv-05082-MKB-JO, 236 in 1:05-cv-04799-MKB-JO, 205 in 1:05-cv-05080-MKB-JO, 252 in 1:05-cv-04520-MKB-JO, 90 in 1:06-cv-05765-MKB-JO, 195 in 1:05-cv-03924-MKB-JO, 57 in 1:14-cv-06450-MKB-JO, 19 in 1:19-cv-04256-MKB-JO, 35 in 1:14-cv-07018-MKB-JO, 219 in 1:05-cv-05075-MKB-JO, 225 in 1:05-cv-05073-MKB-JO, 126 in 1:05-cv-05869-MKB-JO, 89 in 1:06-cv-01830-MKB-JO, 225 in 1:05-cv-04728-MKB-JO, 136 in 1:05-cv-05885-MKB-JO, 241 in 1:05-cv-05319-MKB-JO, 189 in 1:05-cv-03800-MKB-JO, 204 in 1:05-cv-05076-MKB-JO, 96 in 1:06-cv-02534-MKB-JO, 65 in 1:14-cv-05800-MKB-JO, 204 in 1:05-cv-05083-MKB-JO, 137 in 1:05-cv-05883-MKB-JO, 212 in 1:05-cv-04194-MKB-JO, 199 in 1:05-cv-05072-MKB-JO, 131 in 1:05-cv-05879-MKB-JO, 30 in 1:19-cv-06555-MKB-JO, 158 in 1:13-cv-05745-MKB-JO, 60 in 1:14-cv-00261-MKB-JO, 196 in 1:05-cv-05078-MKB-JO, 136 in 1:05-cv-05882-MKB-JO, 95 in 1:06-cv-02532-MKB-JO, 138 in 1:05-cv-05868-MKB-JO, 63 in 1:13-cv-05352-MKB-JO, 69 in 1:09-cv-02264-MKB-JO, 15 in 1:19-cv-05567-MKB-JO, 129 in 1:05-cv-05878-MKB-JO, 173 in 1:13-cv-04766-MKB-JO, 184 in 1:05-cv-05352-MKB-JO, 171 in 1:05-cv-04677-MKB-JO, 7822 in 1:05-md-01720-MKB-JO, 247 in 1:05-cv-05207-MKB-JO, 89 in 1:06-cv-01831-MKB-JO, 184 in 1:05-cv-04131-MKB-JO, 190 in 1:05-cv-03925-MKB-JO, 201 in 1:05-cv-05081-MKB-JO, 135 in 1:06-cv-00039-MKB-JO, 168 in 1:13-cv-05746-MKB-JO, 123 in 1:17-cv-04555-MKB-JO, 251 in 1:05-cv-04521-MKB-JO, 200 in 1:05-cv-05077-MKB-JO, 58 in 1:16-cv-05507-MKB-JO, 198 in 1:05-cv-05866-MKB-JO, 201 in 1:05-cv-05074-MKB-JO, 180 in 1:05-cv-05153-MKB-JO, 89 in 1:06-cv-01829-MKB-JO, 136 in 1:05-cv-05881-MKB-JO, 202 in 1:05-cv-05069-MKB-JO) Order on Motion for Attorney Fees, (7832 in 1:05-md-01720-MKB-JO) Clerk's Judgment, by Pets USA LLC, Unlimited Vacations and Cruises Inc. Filing fee $ 505, receipt number NYEDC-12239597. (Pentz, John) (Entered: 01/10/2020) | 01/10/2020 |
| 7849 | Letter to the Court, dated January 10, 2020 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/10/2020) | 01/10/2020 |
| 7850 | ANSWER to Complaint in 19cv06555 by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 01/10/2020) | 01/10/2020 |
| 7851 | Letter re: Answer of Mastercard Defendants filed in 19cv06555 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 01/10/2020) | 01/10/2020 |
| 7852 | REPLY to Response to Motion re 7762 MOTION to Set Aside Judgment Salveson Plaintiffs' Notice of Motion and Motion for Relief from Final Judgment filed by Melvin Salveson. (Alioto, Joseph) (Entered: 01/10/2020) | 01/10/2020 |
| | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 7846 Subsequent Notice of Appeal. (McGee, Mary Ann) (Entered: 01/10/2020) | 01/10/2020 |
| | ORDER finding as moot 7741 Motion to Substitute Party. In light of Judge Orenstein's November 7, 2019 Order granting the motion (Docket Entry No. 7773), the Court terminates the motion to substitute party as moot. Ordered by Judge Margo K. Brodie on 1/10/2020. (Schindler, Emma) (Entered: 01/10/2020) | 01/10/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER finding as moot 7766 Motion to Redact 7736 Transcript. The moving party filed the incorrect attachment and subsequently filed the correct attachment, (see Docket Entry No. 7769 ). Accordingly, the 7766 Motion to Redact is terminated as moot. Ordered by Judge Margo K. Brodie in 1/10/2020.(Schindler, Emma) (Entered: 01/10/2020) | 01/10/2020 |
| 7853 | NOTICE OF APPEAL as to 7821 Memorandum & Opinion, 7818 Order on Motion for Settlement, 7832 Clerk's Judgment, by Fikes Wholesale, Inc., Midwest Petroleum Company, National Association of Shell Marketers, Inc., Petroleum Marketers Association of America, Slidell Oil Company, LLC, Society of Independent Gasoline Marketers of America. (Berman, Steve) (Entered: 01/13/2020) | 01/13/2020 |
| 7870 | USCA Appeal Fees received $ 505.00 receipt number BNYEDC-12246904 re 7853 Notice of Appeal, filed by Petroleum Marketers Association of America, Slidell Oil Company, LLC, Fikes Wholesale, Inc., Midwest Petroleum Company, National Association of Shell Marketers, Inc., Society of Independent Gasoline Marketers of America. (McGee, Mary Ann) (Entered: 02/06/2020) | 01/13/2020 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7853 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/13/2020) | 01/13/2020 |
| 7854 | USCA Appeal Fees received $ 505.00 receipt number 4653147122 re 7844 Notice of Appeal filed by Gnarlyood LLC. (Attachments: # 1 Letter file dated 1/13/20 from Attorney Kendrick Jan to Clerk re: payment of fee and misspelling of Appellant's name.) (McGee, Mary Ann) (Entered: 01/14/2020) | 01/14/2020 |
| | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals 7844 Notice of Appeal 7854 Receipt for payment of Notice of Appeal.. (McGee, Mary Ann) (Entered: 01/14/2020) | 01/14/2020 |
| 7856 | Letter MOTION to Adjourn Conference by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 01/15/2020) | 01/15/2020 |
| | ORDER granting 7856 Motion to Adjourn Conference -- The motion is granted; the status conference scheduled for January 16, 2020, is canceled. Ordered by Magistrate Judge James Orenstein on 1/15/2020. (Gutmann, Joseph) (Entered: 01/15/2020) | 01/15/2020 |
| 7857 | STIPULATION of Dismissal With Prejudice by Herc Rentals Inc., Hertz Corporation, Roundy's Supermarkets, Inc., Royal Caribbean Cruises LTD. (Attachments: # 1 Proposed Order Stipulation for Dismissal for Hertz Action, # 2 Proposed Order Stipulation for Dismissal for Roundy's Action) (Blechman, William) (Entered: 01/21/2020) | 01/21/2020 |
| 7858 | Letter to Hon. Margo K. Brodie (with Plaintiff's Stipulations and Orders of Dismissal) by Dollar General Corporation, Expedia, Inc., Tractor Supply Company, Westgate Resorts, LTD. (Vanek, Joseph) (Entered: 01/21/2020) | 01/21/2020 |
| 7859 | Letter (Corrected) to Hon. Margo K. Brodie (with Stipulations and Orders of Dismissal) by Dollar General Corporation, Expedia, Inc., Natm Buying Corporation, Tractor Supply Company, Westgate Resorts, LTD. (Vanek, Joseph) (Entered: 01/21/2020) | 01/21/2020 |
| | ORDER re 7833 Motion for Clarification and/or Partial Reconsideration. The Court's attorneys' fees order dated December 16, 2019 (the "Court's Order") clearly states its reasons for excluding Friedman Law Group's lodestar submitted for the second phase of litigation from its lodestar calculation. The Court's Order is equally clear that this was not the basis for reducing the fee awarded to Class Counsel. If the parties are unable to resolve this issue, the parties must submit an audit of Friedman Law Group's phase two hours to the Court on or before February 4, 2020. Ordered by Judge Margo K. Brodie on 1/21/2020. (Schindler, Emma) (Entered: 01/21/2020) | 01/21/2020 |
| 7860 | STIPULATION AND ORDER of Dismissal with Prejudice of all Claims filed by Plaintiffs Westgate Resorts, Ltd. and Alaska Airlines, Inc. against All Defendants. Ordered by Judge Margo K. Brodie on 1/21/2020. (Piper, Francine) (Entered: 01/22/2020) | 01/22/2020 |
| 7861 | STIPULATION AND ORDER of Dismissal With Prejuduce filed by Plaintiffs Dollar General Corporation Expedia, Inc., Expedia Inc., NATM Buying Corporation, and Tractor Supply Company against defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association and Mastercard International Incorporated and Mastercard Incorporated. Ordered by Judge Margo K. Brodie on 1/21/2020. (Piper, Francine) (Entered: 01/22/2020) | 01/22/2020 |
| 7862 | STIPULATION AND ORDER of Dismissal With Prejudice filed by Plaintiff Roundy's Supermarket against defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Mastercard Incorporated, MasterCard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JP Morgan Chase & Co., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase Bank, N.A., Citigroup Inc., Citibank, N.A., Citicorp Payment Services, Inc., Wells Fargo Company, and Wells Fargo Bank, N.A. Ordered by Judge Margo K. Brodie on 1/21/2020. (Piper, Francine) (Entered: 01/22/2020) | 01/22/2020 |
| 7863 | STIPULATION AND ORDER of Dismissal with Prejudice by Plaintiffs The Hertz Corporation, Herc Rentals and Royal Caribbean Cruises Ltd. against defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association and Mastercard International and Mastercard Incorporated. Ordered by Judge Margo K. Brodie on 1/21/2020. (Piper, Francine) (Entered: 01/22/2020) | 01/22/2020 |
| 7864 | MOTION to Seal Document 7855 on the docket by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC. (Klein, Gayle) (Entered: 01/22/2020) | 01/22/2020 |
| 7865 | NOTICE by Elgin Ave. Recovery, LLC, Sears Holdings Corporation, Transform SR Holdings LLC of Proposed Redacted Transcript From October 11, 2019 Conference (Attachments: # 1 Exhibit 1) (Klein, Gayle) (Entered: 01/23/2020) | 01/23/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7866 | REDACTED TRANSCRIPT of Proceedings held on October 11, 2019, before Judge James Orenstein, United States Magistrate Judge. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc., Telephone number 203-929-9992. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 11/5/2019. Redacted Transcript Deadline set for 11/15/2019. Release of Transcript Restriction set for 1/13/2020. (Guy, Alicia) (Entered: 01/23/2020) | 01/23/2020 |
| | ORDER re 7769 MOTION to Redact Transcript -- I respectfully direct the movant to file a proposed redacted transcript of the October 11, 2019 conference by January 30, 2020. Ordered by Magistrate Judge James Orenstein on 1/23/2020. (Gutmann, Joseph) (Entered: 01/23/2020) | 01/23/2020 |
| | ORDER granting 7769 Motion to Redact 7736 -- The motion is granted; I respectfully direct the clerk of court to seal the transcript of the October 11, 2019 conference, Docket Entry 7736 , and replace it with the proposed redacted transcript as submitted by the movant, Exhibit 1 to Docket Entry 7865 . Ordered by Magistrate Judge James Orenstein on 1/23/2020. (Gutmann, Joseph) (Entered: 01/23/2020) | 01/23/2020 |
| 7867 | REDACTED MEMORANDUM AND ORDER: By 7855 Sealed Memorandum and Order dated January 13, 2020, the Court denied the [7748-1] Objections to Magistrate Judge Orenstein's Order Granting Constantine Cannon's Motion to Withdraw. The Court now files the attached redacted Memorandum and Order. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO,, 14-cv-6450-MKB-JO. (Valentin, Winnethka) (Entered: 01/24/2020) | 01/24/2020 |
| 7868 | STIPULATION re CenturyLink response date by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 01/29/2020) | 01/29/2020 |
| | ORDER re 7868 Stipulation -- The stipulation is so ordered; the defendants in the CenturyLink Action shall answer or otherwise respond to the complaint in the CenturyLink Action by February 18, 2020. Ordered by Magistrate Judge James Orenstein on 1/29/2020. (Gutmann, Joseph) (Entered: 01/29/2020) | 01/29/2020 |
| 7869 | Letter from Class Counsel to Hon. Margo K. Brodie re Friedman Resolution by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 02/04/2020) | 02/04/2020 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals 7870 Receipt of payment for Notice of Appeal. (McGee, Mary Ann) (Entered: 02/06/2020) | 02/06/2020 |
| | ORDER finding as moot 7833 Motion for Reconsideration. The Court terminates as moot the 7833 Motion for Reconsideration in light of the 7869 Letter from Class Counsel re Friedman Resolution. Ordered by Judge Margo K. Brodie on 2/11/2020. (Schindler, Emma) (Entered: 02/11/2020) | 02/11/2020 |
| 7871 | NOTICE of Appearance by Jennifer A. Yasko on behalf of Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications, LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc. (aty to be noticed) (Yasko, Jennifer) (Entered: 02/17/2020) | 02/17/2020 |
| 7872 | STIPULATION by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit A - Proposed Second Amended Complaint) (Kaminsky, Blair) (Entered: 02/18/2020) | 02/18/2020 |
| | ORDER re 7872 Stipulation -- The stipulation is so ordered; the time for the defendants in the CenturyLink Action to move, answer, or otherwise respond to the Second Amended Complaint in the CenturyLink Action shall be extended to thirty days after the plaintiffs' filing of the Second Amended Complaint. Ordered by Magistrate Judge James Orenstein on 2/18/2020. (Gutmann, Joseph) (Entered: 02/18/2020) | 02/18/2020 |
| 7873 | NOTICE of Appearance by Kristin A. Gore on behalf of Comcast Cable Communications, LLC, BFC, Inc., Basic Properties LP, Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications, LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., DISH Network, L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc., NBCUniversal Media, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-06318-MKB-JO (Gore, Kristin) (Entered: 02/21/2020) | 02/21/2020 |

9/2/25, 11:11 AM

app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 7874 | AMENDED COMPLAINT (Second) against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Comcast Cable Communications, LLC, BFC, Inc., Basic Properties LP, Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications, LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., DISH Network, L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc., NBCUniversal Media, LLC. (Attachments: # 1 Exhibit A-1 - CenturyLink, # 2 Exhibit A-2 - Level 3, # 3 Exhibit B - DISH Network, # 4 Exhibit C - Cary Oil, # 5 Exhibit D - Clipper Petroleum, # 6 Exhibit E - Energy North, # 7 Exhibit F - Reid, # 8 Exhibit G - WOW, # 9 Exhibit H - Sodexo, # 10 Exhibit Comcast Cable, # 11 Exhibit NBCUniversal)Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-06318-MKB-JO (Yasko, Jennifer) (Entered: 02/21/2020) | 02/21/2020 |
| 7875 | NOTICE of Change of Address (Effective March 2, 2020) Once the filing has been made, you must login to www.pacer.gov and update your account. (Bershteyn, Boris) (Entered: 02/24/2020) | 02/24/2020 |
| 7876 | NOTICE of Appearance by Dean Morande on behalf of Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, BFC, INC, Basic Properties LP, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc. (aty to be noticed) (Morande, Dean) (Entered: 02/24/2020) | 02/24/2020 |
| 7877 | NOTICE of Appearance by Stephen A. Cohen on behalf of Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, BFC, INC, Basic Properties LP, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc. (aty to be noticed) (Cohen, Stephen) (Entered: 02/25/2020) | 02/25/2020 |
| 7878 | NOTICE of Appearance by Casey McGowan on behalf of Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, BFC, INC, Basic Properties LP, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc. (aty to be noticed) (McGowan, Casey) (Entered: 02/25/2020) | 02/25/2020 |
| 7879 | NOTICE of Appearance by Scott Abeles on behalf of Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, BFC, INC, Basic Properties LP, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc. (aty to be noticed) (Abeles, Scott) (Entered: 02/25/2020) | 02/25/2020 |
| 7880 | NOTICE of Appearance by Amanda R. Jesteadt on behalf of Breeze Thru Markets, LLC, CGS Sales, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, BFC, INC, Basic Properties LP, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc. (aty to be noticed) (Jesteadt, Amanda) (Entered: 02/27/2020) | 02/27/2020 |
| 7881 | NOTICE of Appearance by David Bedford Esau on behalf of Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, BFC, INC, Basic Properties LP, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc. (aty to be noticed) (Esau, David) (Entered: 02/27/2020) | 02/27/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7882 | Letter to the Honorable James Orenstein re: Proposed Status Conference Date by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 02/28/2020) | 02/28/2020 |
| 7883 | MOTION to Withdraw as Attorney by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Attachments: # 1 Declaration of Dan M. Karmel) (Karmel, Dan) (Entered: 02/28/2020) | 02/28/2020 |
|  | SCHEDULING ORDER: re 7882 Letter -- I will hold a status conference on March 11, 2020, at 2:00 p.m. in Courtroom 11D South. Ordered by Magistrate Judge James Orenstein on 3/1/2020. (Gutmann, Joseph) (Entered: 03/01/2020) | 03/01/2020 |
|  | ORDER granting 7883 Motion to Withdraw as Attorney -- The motion is granted; attorney Dan M. Karmel is terminated. Ordered by Magistrate Judge James Orenstein on 3/1/2020. (Gutmann, Joseph) (Entered: 03/01/2020) | 03/01/2020 |
| 7884 | STIPULATION of Dismissal by Dell, Technologies, Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:20-cv-00695-MKB-JO (Moran, David) (Entered: 03/02/2020) | 03/02/2020 |
| 7885 | STIPULATION of Dismissal by Equilon Enterprise LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:20-cv-00619-MKB-JO (Moran, David) (Entered: 03/02/2020) | 03/02/2020 |
| 7886 | STIPULATION of Dismissal by Blarney Castle Oil Company, Ricker Oil Company Inc Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-04766-MKB-JO (Norman, Richard) (Entered: 03/02/2020) | 03/02/2020 |
| 7887 | STIPULATION of Dismissal by All Plaintiffs in Case No. 1:20cv593 Associated Cases: 1:05-md-01720-MKB-JO, 1:20-cv-00593-MKB-JO (Norman, Richard) (Entered: 03/02/2020) | 03/02/2020 |
| 7888 | STIPULATION of Dismissal by Sunoco, Inc. (R&M) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05352-MKB-JO, 1:14-cv-05800-MKB-JO (Moran, David) (Entered: 03/02/2020) | 03/02/2020 |
|  | Susser Holdings Corporation terminated. Ordered by Judge Margo K. Brodie on 3/3/2020. (Valentin, Winnethka) (Entered: 03/04/2020) | 03/03/2020 |
| 7889 | Letter to the Honorable James Orenstein re: Request to extend deadline to file the status conference joint report to March 6, 2020 by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 03/04/2020) | 03/04/2020 |
| 7890 | Letter to the Court from Rule 23(b)(3) Class Counsel regarding the Payment Card Settlement website being non-operational by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 03/04/2020) | 03/04/2020 |
|  | ORDER: On March 4, 2020, the Court received a phone call bringing to its attention that the Payment Card Settlement website is not operational and is currently displaying an error message. The Court directs Class Counsel to file a letter informing the Court of any issues with the website and how soon they will be resolved. Ordered by Judge Margo K. Brodie on 3/4/2020. (Schindler, Emma) (Entered: 03/04/2020) | 03/04/2020 |
|  | ORDER re 7889 Letter -- The motion is granted; the deadline to file a joint status report is extended to March 6, 2020. Ordered by Magistrate Judge James Orenstein on 3/4/2020. (Gutmann, Joseph) (Entered: 03/04/2020) | 03/04/2020 |
| 7891 | STATUS REPORT on Behalf of All Parties by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Broz, Alycia) (Entered: 03/06/2020) | 03/06/2020 |
|  | ORDER -- The status conference scheduled for March 11, 2020, is converted to a telephone conference. The call-in number is 877-336-1839 and the access code is 391-4302. I respectfully request that the parties be prepared to discuss scheduling changes for the duration of the COVID-19 pandemic that will allow all counsel, witnesses, and others to avoid needless travel and work remotely as needed. Ordered by Magistrate Judge James Orenstein on 3/9/2020. (Gutmann, Joseph) (Entered: 03/09/2020) | 03/09/2020 |
| 7892 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 3/11/2020. Scheduling: There are no further conferences scheduled before me at this time.Summary: The parties will continue to confer and update the schedule relating to Elgin's expert reports and submit an updated status report by March 25, 2020. The parties to the opt-out cases will submit a proposed scheduling order reflecting the deadlines to which they have agreed and that I approved. The parties will submit a proposed order adjourning deadlines for the anticipated motions for class certification, summary judgment, and exclusion of opinion testimony. Counsel for the Rule 26(b)(3) class provided a status report on the recent ransomware attack on Epiq; no party currently seeks any judicial intervention relating to that matter. The parties will confer and submit proposed dates for the next telephone conference. (Court Reporter Denise Parisi.) (Gutmann, Joseph) (Entered: 03/11/2020) | 03/11/2020 |
| 7893 | Proposed Scheduling Order Letter to Judge Orenstein with attached Proposed Order by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555 (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 03/12/2020) | 03/12/2020 |
| 7894 | SCHEDULING ORDER -- With respect to discovery in the newly-filed opt-out cases identified above, the parties have agreed to, and the Court hereby approves, the schedule as set forth in the attached scheduling order. SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 3/12/2020. (Gutmann, Joseph) (Entered: 03/12/2020) | 03/12/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7895 | Attached is a certified copy of CTO 32 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 20-20778 must be transferred to the Eastern District of New York. Our case number 20 CV 1325(MKB)(JO). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 03/12/2020) | 03/12/2020 |
| 7896 | Letter MOTION to Amend/Correct/Supplement schedule by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 03/12/2020) | 03/12/2020 |
| | ORDER granting 7896 Motion to Amend/Correct/Supplement -- The motion is granted. The schedule for summary judgment and Daubert motions, as well as the schedule for class certification in the Barry's Action, are modified as set forth in Docket Entry 7896 . Ordered by Magistrate Judge James Orenstein on 3/12/2020. (Gutmann, Joseph) (Entered: 03/12/2020) | 03/12/2020 |
| 7897 | Letter to the Honorable James Orenstein re: Proposed Status Conference Date by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 03/13/2020) | 03/13/2020 |
| | SCHEDULING ORDER -- I will hold the next telephone status conference on May 13, 2020 at 2:00 p.m. The call-in number is 877-336-1839 and the access code is 391-4302. Ordered by Magistrate Judge James Orenstein on 3/13/2020. (Gutmann, Joseph) (Entered: 03/13/2020) | 03/13/2020 |
| 7898 | Letter from Rule 23(b)(3) Class Plaintiffs requesting the Court's approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 03/18/2020) | 03/18/2020 |
| | ORDER re 7898 Letter -- The motion is granted; the Settlement Administrator's funding request is approved. Ordered by Magistrate Judge James Orenstein on 3/18/2020. (Gutmann, Joseph) (Entered: 03/18/2020) | 03/18/2020 |
| 7899 | MOTION for Leave to Electronically File Document under Seal Exhibit A to Rule 23(b)(3) Class Counsel's update regarding Epiq and its response to a ransomware attack by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 03/19/2020) | 03/19/2020 |
| 7900 | Letter from Rule 23(b)(3) Class Counsel to provide the Court with a brief update regarding Epiq and its response to a ransomware attack by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 03/19/2020) | 03/19/2020 |
| 7901 | STATUS REPORT Exhibit A to Rule 23(b)(3) Class Counsel's update regarding Epiq and its response to a ransomware attack [Filed Under Seal] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/20/2020) | 03/20/2020 |
| | ORDER granting 7899 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 3/20/2020. (Schindler, Emma) (Entered: 03/20/2020) | 03/20/2020 |
| 7902 | Letter to Hon. Margo Brodie and Hon. James Orenstein re filing of Answer in CenturyLink Action by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Kaminsky, Blair) (Entered: 03/23/2020) | 03/23/2020 |
| 7903 | ANSWER to 7874 Amended Complaint,,,,, by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 03/23/2020) | 03/23/2020 |
| 7904 | Letter Re: Answer to Second Amended Complaint in Case No. 19-cv-6318 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 03/23/2020) | 03/23/2020 |
| 7905 | STIPULATION and Proposed Order by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555 (Attachments: # 1 Exhibit A- Redline of Amended Complaint, # 2 Exhibit B-Amended Complaint) (Wilson, James) (Entered: 03/24/2020) | 03/24/2020 |
| | ORDER re 7905 Stipulation -- The stipulation is so ordered; The Grubhub plaintiffs may file in the Grubhub Action the Amended Complaint attached to their stipulation as Exhibit B. Ordered by Magistrate Judge James Orenstein on 3/24/2020. (Gutmann, Joseph) (Entered: 03/24/2020) | 03/24/2020 |
| 7906 | AMENDED COMPLAINT First Amended Complaint and Demand for Jury against Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., filed by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555. (Wilson, James) (Entered: 03/25/2020) | 03/25/2020 |
| 7907 | Letter regarding Status Update by Elgin Ave. Recovery, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 03/25/2020) | 03/25/2020 |
| | ORDER re 7907 Letter filed by Elgin Ave. Recovery, LLC -- The request is granted. The parties shall file their next status report by April 3, 2020. Ordered by Magistrate Judge James Orenstein on 3/25/2020. (Gutmann, Joseph) (Entered: 03/25/2020) | 03/25/2020 |
| 7908 | Letter regarding Status Update by Elgin Ave. Recovery, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 04/03/2020) | 04/03/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 7908 Letter -- I respectfully direct the parties to provide a further status update by April 10, 2020. Ordered by Magistrate Judge James Orenstein on 4/5/2020. (Gutmann, Joseph) (Entered: 04/05/2020) | 04/05/2020 |
| 7909 | Letter MOTION for Extension of Time to File Motions for Summary Judgment and Daubert Motions by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 04/07/2020) | 04/07/2020 |
| | ORDER granting 7909 Motion for Extension of Time to File -- The motion is granted on consent. The summary judgment and Daubert motion deadlines are extended to June 1, 2020. The deadlines for opposition and reply briefs are extended to September 1, 2020 and November 1, 2020 respectively. The deadline to move for class certification in the Barry's injunctive relief action is extended to June 15, 2020. Ordered by Magistrate Judge James Orenstein on 4/7/2020. (Gutmann, Joseph) (Entered: 04/07/2020) | 04/07/2020 |
| 7910 | Corporate Disclosure Statement by Comcast Cable Communications, LLC, NBCUniversal Media, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-06318-MKB-JO (Cohen, Stephen) (Entered: 04/08/2020) | 04/08/2020 |
| 7911 | Letter from Rule 23(b)(3) Class Counsel regarding class member request to rescind opt-out by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/09/2020) | 04/09/2020 |
| 7912 | Notice of MOTION to Withdraw as Attorney (Notice of Motion and Motion to Withdraw as Counsel of Ron A. Ghatan) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ghatan, Ron) (Entered: 04/10/2020) | 04/10/2020 |
| 7913 | Letter regarding Status Update by Elgin Ave. Recovery, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 04/10/2020) | 04/10/2020 |
| 7914 | MOTION to Substitute Attorney by Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority. Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-04256-MKB-JO (Calcaterra, Regina) (Entered: 04/10/2020) | 04/10/2020 |
| 7915 | MOTION for Leave to Electronically File Document under Seal report regarding ransomware attack on Epiq by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A [Filed Under Seal]) (Bernay, Alexandra) (Entered: 04/10/2020) | 04/10/2020 |
| 7916 | STATUS REPORT regarding ransomware attack on Epiq [Filed Under Seal] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/10/2020) | 04/10/2020 |
| | ORDER granting 7911 Letter from Rule 23(b)(3) Class Counsel regarding class member request to rescind opt-out. The Court grants the application and permits Rule 23(b)(3) class member Paulina Guzman to rejoin the class. Ordered by Judge Margo K. Brodie on 4/10/2020. (Schindler, Emma) (Entered: 04/10/2020) | 04/10/2020 |
| | ORDER re 7913 Letter -- I respectfully direct the parties to provide a further status report by April 24, 2020. Ordered by Magistrate Judge James Orenstein on 4/10/2020. (Walker, Anna) (Entered: 04/10/2020) | 04/10/2020 |
| | ORDER granting (7914) Motion to Substitute Attorney in case 1:05-md-01720-MKB-JO; granting (22) Motion to Substitute Attorney in case 1:19-cv-04256-MKB-JO -- The motion is granted. Attorney Betsy C. Manifold, Jeffrey G. Smith, Thomas Hamilton Burt, and Kevin Gilbert Cooper of the law firm Wolf Haldenstein Adler Freeman & Herz LLP are terminated. Attorney Regina M. Calcaterra of the law firm Calcaterra Law Group LLP is substituted as attorney of record for the plaintiffs Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority. Ordered by Magistrate Judge James Orenstein on 4/10/2020. Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-04256-MKB-JO (Walker, Anna) (Entered: 04/10/2020) | 04/10/2020 |
| | ORDER granting 7915 Motion for Leave to Electronically File Document under Seal -- The motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 4/10/2020. (Walker, Anna) (Entered: 04/10/2020) | 04/10/2020 |
| | ORDER granting 7912 Motion to Withdraw as Attorney -- The motion is granted; attorney Ron Ghatan is terminated. Ordered by Magistrate Judge James Orenstein on 4/11/2020. (Gutmann, Joseph) (Entered: 04/11/2020) | 04/11/2020 |
| | ORDER granting 7912 Motion to Withdraw as Attorney -- The motion is granted; attorney Ron Ghatan is terminated. Ordered by Magistrate Judge James Orenstein on 4/11/2020. (Gutmann, Joseph) (Entered: 04/11/2020) | 04/11/2020 |
| 7917 | STIPULATION of Dismissal of Plaintiff United Airlines, Inc. and (Proposed) Order of Dismissal with Prejudice of All Claims by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (Sasse, Daniel) (Entered: 04/20/2020) | 04/20/2020 |
| 7918 | Letter regarding Status Update by Elgin Ave. Recovery, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 04/24/2020) | 04/24/2020 |
| 7919 | Letter from Thomas E. Blair, PhD to Judge Brodie, requesting that the court order that all claims be collected so that disbursements could happen easily and quickly. (Piper, Francine) (Entered: 04/27/2020) | 04/27/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| | SCHEDULING ORDER: re 7918 Letter -- The requests are granted. I respectfully direct Elgin and the defendants to file a joint status report by May 1, 2020. I will hold a telephone status conference on May 5, 2020 at 2:00 p.m. The call-in information for the telephone conference is 1-877-336-1839 and the access code is 391-4302. I respectfully direct all counsel to call in to the telephone conference five minutes before the conference begins. If any party has any difficulty accessing the telephone conference, please contact chambers at Orenstein_Chambers@nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 4/27/2020. (Gutmann, Joseph) (Entered: 04/27/2020) | 04/27/2020 |
| 7920 | STATUS REPORT Joint Status Report by Elgin Ave. Recovery, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 05/01/2020) | 05/01/2020 |
| | ORDER terminating (186) Motion for Leave to File in case 1:05-cv-03800-MKB-JO; terminating (192) Motion for Leave to File in case 1:05-cv-03924-MKB-JO; terminating (187) Motion for Leave to File in case 1:05-cv-03925-MKB-JO; terminating (181) Motion for Leave to File in case 1:05-cv-04131-MKB-JO; terminating (209) Motion for Leave to File in case 1:05-cv-04194-MKB-JO; terminating (248) Motion for Leave to File in case 1:05-cv-04521-MKB-JO; terminating (249) Motion for Leave to File in case 1:05-cv-04520-MKB-JO; terminating (232) Motion for Leave to File in case 1:05-cv-04650-MKB-JO; terminating (168) Motion for Leave to File in case 1:05-cv-04677-MKB-JO; terminating (222) Motion for Leave to File in case 1:05-cv-04728-MKB-JO; terminating (233) Motion for Leave to File in case 1:05-cv-04799-MKB-JO; terminating (175) Motion for Leave to File in case 1:05-cv-04974-MKB-JO; terminating (197) Motion for Leave to File in case 1:05-cv-05077-MKB-JO; terminating (216) Motion for Leave to File in case 1:05-cv-05075-MKB-JO; terminating (222) Motion for Leave to File in case 1:05-cv-05073-MKB-JO; terminating (199) Motion for Leave to File in case 1:05-cv-05071-MKB-JO; terminating (199) Motion for Leave to File in case 1:05-cv-05069-MKB-JO; terminating (198) Motion for Leave to File in case 1:05-cv-05081-MKB-JO; terminating (201) Motion for Leave to File in case 1:05-cv-05083-MKB-JO; terminating (198) Motion for Leave to File in case 1:05-cv-05082-MKB-JO; terminating (202) Motion for Leave to File in case 1:05-cv-05080-MKB-JO; terminating (193) Motion for Leave to File in case 1:05-cv-05078-MKB-JO; terminating (201) Motion for Leave to File in case 1:05-cv-05076-MKB-JO; terminating (198) Motion for Leave to File in case 1:05-cv-05074-MKB-JO; terminating (200) Motion for Leave to File in case 1:05-cv-05070-MKB-JO; terminating (196) Motion for Leave to File in case 1:05-cv-05072-MKB-JO; terminating (177) Motion for Leave to File in case 1:05-cv-05153-MKB-JO; terminating (244) Motion for Leave to File in case 1:05-cv-05207-MKB-JO; terminating (238) Motion for Leave to File in case 1:05-cv-05319-MKB-JO; terminating (181) Motion for Leave to File in case 1:05-cv-05352-MKB-JO; terminating (195) Motion for Leave to File in case 1:05-cv-05866-MKB-JO; terminating (133) Motion for Leave to File in case 1:05-cv-05885-MKB-JO; terminating (134) Motion for Leave to File in case 1:05-cv-05883-MKB-JO; terminating (133) Motion for Leave to File in case 1:05-cv-05881-MKB-JO; terminating (123) Motion for Leave to File in case 1:05-cv-05869-MKB-JO; terminating (129) Motion for Leave to File in case 1:05-cv-05871-MKB-JO; terminating (128) Motion for Leave to File in case 1:05-cv-05879-MKB-JO; terminating (129) Motion for Leave to File in case 1:05-cv-05880-MKB-JO; terminating (131) Motion for Leave to File in case 1:05-cv-05870-MKB-JO; terminating (135) Motion for Leave to File in case 1:05-cv-05868-MKB-JO; temporarily denying (133) Motion for Leave to File in case 1:05-cv-05884-MKB-JO; terminating (133) Motion for Leave to File in case 1:05-cv-05882-MKB-JO; terminating (126) Motion for Leave to File in case 1:05-cv-05878-MKB-JO; terminating (132) Motion for Leave to File in case 1:06-cv-00039-MKB-JO; terminating (86) Motion for Leave to File in case 1:06-cv-00078-MKB-JO; terminating (86) Motion for Leave to File in case 1:06-cv-01829-MKB-JO; terminating (86) Motion for Leave to File in case 1:06-cv-01830-MKB-JO; terminating (86) Motion for Leave to File in case 1:06-cv-01831-MKB-JO; terminating (86) Motion for Leave to File in case 1:06-cv-01832-MKB-JO; terminating (92) Motion for Leave to File in case 1:06-cv-02532-MKB-JO; terminating (75) Motion for Leave to File in case 1:06-cv-05583-MKB-JO; terminating (87) Motion for Leave to File in case 1:06-cv-05765-MKB-JO; terminating (85) Motion for Leave to File in case 1:07-cv-00592-MKB-JO; terminating (66) Motion for Leave to File in case 1:09-cv-02264-MKB-JO; terminating (66) Motion for Leave to File in case 1:09-cv-03225-MKB-JO; terminating (60) Motion for Leave to File in case 1:13-cv-05352-MKB-JO; terminating (151) Motion for Leave to File in case 1:13-cv-05745-MKB-JO; terminating (165) Motion for Leave to File in case 1:13-cv-05746-MKB-JO; terminating (57) Motion for Leave to File in case 1:14-cv-00261-MKB-JO; terminating (54) Motion for Leave to File in case 1:14-cv-06450-MKB-JO; terminating (55) Motion for Leave to File in case 1:16-cv-05507-MKB-JO; terminating (61) Motion for Leave to File in case 1:17-cv-04362-MKB-JO; terminating (120) Motion for Leave to File in case 1:17-cv-04555-MKB-JO; terminating (38) Motion for Leave to File in case 1:18-cv-04568-MKB-JO; terminating (16) Motion for Leave to File in case 1:19-cv-04256-MKB-JO; terminating (68) Motion for Leave to File in case 1:19-cv-04616-MKB-JO; terminating (12) Motion for Leave to File in case 1:19-cv-05567-MKB-JO; terminating (9) Motion for Leave to File in case 2:19-cv-05882-MKB-JO; terminating (27) Motion for Leave to File in case 1:19-cv-06555-MKB-JO. Associated Cases: 1:05-md-01720-MKB-JO et al. See Judge Brodie's Order dated December 17, 2019 in MDL 05-1720 finding the motion moot. (Almonte, Kelly) (Entered: 05/01/2020) | 05/01/2020 |
| 7921 | STIPULATION of Dismissal and Order by Luby's Fuddruckers Restaurants, LLC, Luby's Inc. (Wynne, David) (Entered: 05/04/2020) | 05/04/2020 |
| 7922 | STIPULATION of Dismissal by Boyd Gaming Corporation Associated Cases: 1:05-md-01720-MKB-JO, 1:20-cv-01325-MKB-JO (Love, Kevin) (Entered: 05/04/2020) | 05/04/2020 |
| 7923 | STIPULATION of Dismissal AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS by Fareway Stores, Inc., Find a Grave, Inc., Ancestry.com DNA, LLC, Ancestry.com Operations Inc., Iarchvies, Inc., TGN Services, LLC (Eisinger, Jana) (Entered: 05/04/2020) | 05/04/2020 |
| 7924 | Letter MOTION to Adjourn Conference scheduled for May 5, 2020 by Elgin Ave. Recovery, LLC. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 05/05/2020) | 05/05/2020 |
| 7925 | Stipulation of Dismissal with Prejudice of All Claims. Party Luby's Fuddruckers Restaurants, LLC terminated. Ordered by Judge Margo K. Brodie on 5/4/2020. (Piper, Francine) (Entered: 05/05/2020) | 05/05/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7926 | Letter MOTION to Adjourn Conference scheduled for May 5, 2020 by Elgin Ave. Recovery, LLC. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Klein, Gayle) (Entered: 05/05/2020) | 05/05/2020 |
| 7927 | Stipulation and Order of Dismissal with Prejudice of All Claims. Party Creative Hairdressers Inc., MGM Resorts International, Ratner Companies, L.C., Seminole Hard Rock Entertainment, Inc., Seminole Tribe of Florida, TGI Friday's, Inc., Boyd Gaming Corporation and Briad Restaurant Group, LLC terminated.Ordered by Judge Margo K. Brodie on 5/4/2020. (Piper, Francine) (Entered: 05/05/2020) | 05/05/2020 |
| 7928 | Stipulation of Dismissal with Prejudice of All Claims. Party Fareway Stores, Inc., Find a Grave, Inc., Iarchvies, Inc., TGN Services, LLC, Ancestry.com DNA, LLC and Ancestry.com Operations Inc. terminated.Ordered by Judge Margo K. Brodie on 5/4/2020. (Piper, Francine) (Entered: 05/05/2020) | 05/05/2020 |
| | ORDER denying 7924 Motion to Adjourn Conference -- The motion is denied without prejudice to renewal after seeking consent of the 7-Eleven plaintiffs. Ordered by Magistrate Judge James Orenstein on 5/5/2020. (Gutmann, Joseph) (Entered: 05/05/2020) | 05/05/2020 |
| | ORDER granting 7926 Motion to Adjourn Conference -- The motion is granted on consent. The telephone status conference previously scheduled for May 5, 2020 is canceled. Ordered by Magistrate Judge James Orenstein on 5/5/2020. (Gutmann, Joseph) (Entered: 05/05/2020) | |
| | ORDER terminating 6706 Motion to Intervene; terminating 6706 Motion to Unseal Document ; terminating 7751 Motion to Take Deposition ; terminating 2160 Motion for Leave to Electronically File Document under Seal. See Orders entered on 4/8/13 and 11/4/16 and Docket Entry 7773 . Ordered by Magistrate Judge James Orenstein on 5/5/2020. (Almonte, Kelly) (Entered: 05/05/2020) | 05/05/2020 |
| 7929 | STATUS REPORT Joint Status Conference Statement Conference Date: May 13, 2020 by Visa Inc. (Mason, Robert) (Entered: 05/06/2020) | 05/06/2020 |
| 7930 | Letter Motion regarding page limits by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 05/11/2020) | 05/11/2020 |
| | ORDER re: 7930 Letter Regarding Defendants' Summary Judgment and Daubert Motions. The Court grants defendants' application to collectively submit memoranda supporting their summary judgment motions not to exceed 160 pages and to proceed with their Daubert motions in the manner discussed in the application. Ordered by Judge Margo K. Brodie on 5/12/2020. (Schindler, Emma) (Entered: 05/12/2020) | 05/12/2020 |
| 7931 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held by telephone on 5/13/2020. The parties shall confer and submit a status report by May 20, 2020, with a further update on their attempt to resolve on consent the issue relating to the expert discovery on Elgin's claims. I further respectfully direct the parties to include in their submission proposed dates for further status conferences. (Orenstein, James) (Entered: 05/13/2020) | 05/13/2020 |
| 7932 | MANDATE of USCA as to 7798 Notice of Appeal, filed by Jack Rabbit LLC and Cahaba Heights Service Center, Inc. The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. The stipulation is hereby "So Ordered". Issued as Mandate: 5/14/2020. USCA #19-4065. (McGee, Mary Ann) (Entered: 05/15/2020) | 05/15/2020 |
| 7933 | TRANSCRIPT of Proceedings held on May 13, 2020, before Judge Orenstein. Court Transcriber: Fiore Reporting and Transcription Services, Inc., Telephone number 203-929-9992. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/8/2020. Redacted Transcript Deadline set for 6/18/2020. Release of Transcript Restriction set for 8/17/2020. (Rocco, Christine) (Entered: 05/18/2020) | 05/18/2020 |
| 7934 | ANSWER to 6892 Complaint,,,, by Wells Fargo & Company. (LoBue, Robert) (Entered: 05/18/2020) | 05/18/2020 |
| 7935 | ANSWER to 6892 Complaint,,,, by Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp.. (Schwed, Richard) (Entered: 05/18/2020) | 05/18/2020 |
| 7936 | ANSWER to 6892 Complaint,,,, by Citibank (South Dakota), N.A., Citibank N A, Citicorp, Citigroup Inc. (Nagin, Benjamin) (Entered: 05/18/2020) | 05/18/2020 |
| 7937 | ANSWER to 6892 Complaint,,,, by Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Bershteyn, Boris) (Entered: 05/18/2020) | 05/18/2020 |
| 7938 | ANSWER to 6892 Complaint,,,, by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 05/18/2020) | 05/18/2020 |
| 7939 | STIPULATION And [Proposed] Order by the Parties, filed by Chase Bank USA NA, Chase Paymentech Solutions, LLC, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Bershteyn, Boris) (Entered: 05/18/2020) | 05/18/2020 |
| 7940 | NOTICE of Appearance by David Du Leray on behalf of The Home Depot Inc., Home Depot U.S.A., Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Leray, David) (Entered: 05/19/2020) | 05/19/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7941 | NOTICE of Appearance by Andrew Tiessen Sutton on behalf of Home Depot U.S.A Inc, The Home Depot Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Sutton, Andrew) (Entered: 05/19/2020) | 05/19/2020 |
| | ORDER re 7939 Stipulation -- The stipulation is so ordered. The defendants' deadline to respond to the Sixth Amended Complaint is extended until June 26, 2020. Ordered by Magistrate Judge James Orenstein on 5/19/2020. (Gutmann, Joseph) (Entered: 05/19/2020) | 05/19/2020 |
| 7942 | Letter from (b)(3) Class Counsel dated May 20, 2020 to Judge Brodie and Magistrate Judge Orenstein re Payment of Miller Kaplan Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 05/20/2020) | 05/20/2020 |
| 7943 | Letter regarding Status Update by Elgin Ave. Recovery, LLC (Klein, Gayle) (Entered: 05/20/2020) | 05/20/2020 |
| 7944 | Motion to Withdraw as Attorney by Verifone, Inc. ( Filing fee $ 400 receipt number NYEDC-12825024) Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Anderson, Karen) Modified on 5/21/2020 to reflect that this is not a Notice of Removal, but a Motion to Withdraw (Almonte, Kelly). (Entered: 05/21/2020) | 05/21/2020 |
| 7945 | Letter from Counsel for Anchorage re: class member request for clarification or limited recission of opt-out by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration) (Germaine, David) (Entered: 05/21/2020) | 05/21/2020 |
| | ORDER re 7942 Letter -- The motion is granted; Miller Kaplan Arase LLP's funding request is approved. Ordered by Magistrate Judge James Orenstein on 5/21/2020. (Gutmann, Joseph) (Entered: 05/21/2020) | 05/21/2020 |
| | SCHEDULING ORDER: re 7943 Letter -- The request is granted. I respectfully direct Elgin, the 7-Eleven plaintiffs, and the defendants to file a stipulation by May 26, 2020. I will hold a telephone status conference on July 21, 2020 at 2:00 p.m. The call-in information for the telephone conference is 1-877-336-1839 and the access code is 391-4302. I respectfully direct all counsel to call in to the telephone conference five minutes before the conference begins. If any party has any difficulty accessing the telephone conference, please contact chambers at Orenstein_Chambers@nyed.uscourts.gov. (Gutmann, Joseph) (Entered: 05/21/2020) | 05/21/2020 |
| | ORDER granting 7944 Motion to Withdraw -- The motion is granted; Karen P. Anderson is terminated. Ordered by Magistrate Judge James Orenstein on 5/21/2020. (Gutmann, Joseph) (Entered: 05/21/2020) | 05/21/2020 |
| 7946 | Letter from Rule 23(b)(3) Co-Lead Class Counsel regarding United Processing Association by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 05/22/2020) | 05/22/2020 |
| 7947 | Letter MOTION for Refund of Fees Paid Electronically re: Dk 7944 by Verifone, Inc.. (Attachments: # 1 Exhibit Kelly Almonte email) (Anderson, Karen) (Entered: 05/23/2020) | 05/23/2020 |
| 7948 | APPLICATION 7947 Motion for Refund of Fees Paid Electronically Ordered by Clerk of Court on 5/26/2020. (Marziliano, August) (Entered: 05/26/2020) | 05/26/2020 |
| 7949 | Letter regarding Status Update and Stipulation by Elgin Ave. Recovery, LLC (Attachments: # 1 Stipulation) (Klein, Gayle) (Entered: 05/26/2020) | 05/26/2020 |
| 7950 | NOTICE of Appearance by Evan Kreiner on behalf of Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (aty to be noticed) (Kreiner, Evan) (Entered: 05/27/2020) | 05/27/2020 |
| 7951 | Letter from Rule 23(b)(3) Co-Lead Class Counsel regarding update on United Processing Association by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 05/27/2020) | 05/27/2020 |
| | ORDER re 7949 Letter -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 5/27/2020. (Gutmann, Joseph) (Entered: 05/27/2020) | 05/27/2020 |
| | ORDER re: 7945 Letter re: class member request for clarification or limited recission of opt-out. The Court grants the application and orders that Premier Grocery, Inc. be included as a member of the Rule 23(b)(3) settlement class. Ordered by Judge Margo K. Brodie on 5/27/2020. (Schindler, Emma) (Entered: 05/27/2020) | 05/27/2020 |
| | ORDER re 7951 Letter -- I respectfully direct the parties to provide a status report by June 3, 2020. Ordered by Magistrate Judge James Orenstein on 5/28/2020. (Gutmann, Joseph) (Entered: 05/28/2020) | 05/28/2020 |
| 7952 | Letter from J. Wilson regarding Partial Motion for Summary Judgment and Daubert Motions by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05745-MKB-JO (Wilson, James) (Entered: 06/01/2020) | 06/01/2020 |
| 7953 | Letter re: service of motion papers by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 06/01/2020) | 06/01/2020 |
| 7954 | Letter re: Service of Partial Motion for Summary Judgment and Daubert Motions by 7-Eleven Inc. (Scupp, David) (Entered: 06/01/2020) | 06/01/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7955 | Letter re: Service of Partial Motion for Summary Judgment and Daubert Motions by Home Depot U.S.A Inc, The Home Depot Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:16-cv-05507-MKB-JO (Olson, Steig) (Entered: 06/01/2020) | 06/01/2020 |
| 7956 | Letter re Service of Partial Motion Summary Judgment and Daubert Motions by Elgin Ave. Recovery, LLC (Klein, Gayle) (Entered: 06/01/2020) | 06/01/2020 |
| 7957 | NOTICE of Appearance by Marissa Alter-Nelson on behalf of Citibank (South Dakota), N.A., Citibank N A, Citicorp, Citigroup Inc (aty to be noticed) (Alter-Nelson, Marissa) (Entered: 06/01/2020) | 06/01/2020 |
| 7958 | ANSWER to 6892 Complaint,,,, /Answer of Capital One Bank (USA), N.A., and Capital One Financial Corporation to Plaintiffs' Equitable Relief Class Action Complaint by Capital One Bank, (USA), N.A., Capital One Financial Corp. (Frackman, Andrew) (Entered: 06/01/2020) | 06/01/2020 |
| 7959 | NOTICE of Appearance by Sophia Qasir on behalf of Home Depot U.S.A Inc, The Home Depot Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Qasir, Sophia) (Entered: 06/01/2020) | 06/01/2020 |
| 7960 | Letter re: Motion for Partial Summary Judgment by Equitable Relief Class (Shadowen, Steve) (Entered: 06/01/2020) | 06/01/2020 |
| 7961 | Letter regarding status report from Rule 23(b)(3) Co-Lead Class Counsel and United Processing Association by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 06/03/2020) | 06/03/2020 |
| 7962 | Letter MOTION to Amend/Correct/Supplement Schedule by Equitable Relief Class. (Eisler, Robert) (Entered: 06/08/2020) | 06/08/2020 |
| 7963 | Letter on behalf of Direct Action Plaintiffs opposing extension of Rule 23(b)(2) deadline by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 06/08/2020) | 06/08/2020 |
| 7964 | MEMORANDUM in Opposition re 7962 Letter MOTION to Amend/Correct/Supplement Schedule filed by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555. (Broz, Alycia) (Entered: 06/08/2020) | 06/08/2020 |
|  | ORDER granting 7962 Motion to Amend/Correct/Supplement -- The proposed delay will not cause undue cognizable prejudice to the opposing parties. The motion is granted. Ordered by Magistrate Judge James Orenstein on 6/9/2020. (Gutmann, Joseph) (Entered: 06/09/2020) | 06/09/2020 |
| 7965 | STIPULATION of Dismissal AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS by New Avon Company (Eisinger, Jana) (Entered: 06/11/2020) | 06/11/2020 |
| 7966 | STIPULATION of Dismissal with Prejudice of All Claims by Exxon Mobile Corporation (Wynne, David) (Entered: 06/12/2020) | 06/12/2020 |
| 7967 | STIPULATION of Dismissal With Prejudice of All Claims by Outrigger Hotels Hawaii (Vanek, Joseph) (Entered: 06/12/2020) | 06/12/2020 |
| 7968 | Letter regarding Sears claim by 7-Eleven Inc. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO, 1:14-cv-06450-MKB-JO (Shinder, Jeffrey) (Entered: 06/12/2020) | 06/12/2020 |
| 7969 | Plaintiff's Stipulation and Order of Dismissal With Prejudice of all Claims. Party Exxon Mobile Corporation terminated. Ordered by Judge Margo K. Brodie on 6/15/2020. (Piper, Francine) (Entered: 06/16/2020) | 06/16/2020 |
| 7970 | Plaintiff's Stipulation and Order of Dismissal With Prejudice of all Claims Party Outrigger Hotels Hawaii (A Hawaii limited partnership) terminated. Ordered by Judge Margo K. Brodie on 6/15/2020. (Piper, Francine) (Entered: 06/16/2020) | 06/16/2020 |
| 7971 | Plaintiff's Stipulation and Order of Dismissal With Prejudice of all Claims. Party New Avon Company terminated. Ordered by Judge Margo K. Brodie on 6/15/2020. (Piper, Francine) (Entered: 06/16/2020) | 06/16/2020 |
| 7972 | STIPULATION And [Proposed] Order by the Parties, filed by Chase Bank USA NA, Chase Paymentech Solutions, LLC, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Bershteyn, Boris) (Entered: 06/24/2020) | 06/24/2020 |
|  | ORDER TO ANSWER re 7972 Stipulation -- The stipulation is so ordered. The defendants' deadline to answer or otherwise respond to the Sixth Amended Complaint is extended until July 31, 2020. Ordered by Magistrate Judge James Orenstein on 6/25/2020. (Gutmann, Joseph) (Entered: 06/25/2020) | 06/25/2020 |
| 7973 | Letter dated July 1, 2020 from (b)(3) Class Counsel requesting approval of the 2019 tax payments and the 2020 1Q 2Q estimated tax payments for the Class I/Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 07/01/2020) | 07/01/2020 |
|  | ORDER re 7973 Letter -- The request is granted and the tax payments are approved. Ordered by Magistrate Judge James Orenstein on 7/1/2020. (Gutmann, Joseph) (Entered: 07/01/2020) | 07/01/2020 |
| 7974 | STATUS REPORT Joint Status Report by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 07/14/2020) | 07/14/2020 |
|  | ORDER re 7974 Status Report -- The parties' request is granted. The status conference previously scheduled for July 21, 2020 is canceled. Ordered by Magistrate Judge James Orenstein on 7/15/2020. (Gutmann, Joseph) (Entered: 07/15/2020) | 07/15/2020 |

| # | Docket Text | Date Filed |
|---|-------------|------------|
| 7975 | MEMORANDUM AND ORDER: For the reasons stated in the attached Memorandum and Order, the Court denies the Salveson plaintiffs' 7762 Motion to Set Aside Judgment. Ordered by Judge Margo K. Brodie on 7/16/2020. (Valentin, Winnethka) (Entered: 07/16/2020) | 07/16/2020 |
| 7976 | MOTION to Withdraw as Attorney Conor M. Shaffer by PNC Bank National Association, PNC Bank, National Association, PNC Financial Services Group, Inc.. (Mantine, Michelle) (Entered: 07/17/2020) | 07/17/2020 |
| 7977 | NOTICE of Appearance by Alejo R. Cabranes on behalf of PNC Bank National Association, PNC Bank, National Association, PNC Financial Services Group, Inc. (aty to be noticed) (Cabranes, Alejo) (Entered: 07/17/2020) | 07/17/2020 |
|  | ORDER granting 7976 Motion to Withdraw as Attorney -- The motion is granted; attorney Conor M. Shaffer is terminated. Ordered by Magistrate Judge James Orenstein on 7/19/2020. (Gutmann, Joseph) (Entered: 07/19/2020) | 07/19/2020 |
| 7978 | Letter MOTION for Leave to Electronically File Document under Seal Exhibit A to Declaration of Daniel A. Sasse In Support of Accor Plaintiffs Motion to Modify Final Approval Order and Final Judgment and for Leave to File Amended Complaint by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). (Attachments: # 1 Exhibit Sealed Exhibit A, Part 1, # 2 Exhibit Sealed Exhibit A, Part 2) (Sasse, Daniel) (Entered: 07/21/2020) | 07/21/2020 |
| 7979 | Letter MOTION to Amend/Correct/Supplement 7818 Order on Motion for Settlement, 7832 Clerk's Judgment, (Motion to Modify Final Approval Order), Letter MOTION for Leave to File Document (Amended Complaint) by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). (Attachments: # 1 Proposed Order, # 2 Declaration of Daniel A. Sasse In Support of Accor Plaintiffs Motion to Modify Final Approval Order and Final Judgment and for Leave to File Amended Complaint, # 3 Exhibit A - Sealed, # 4 Exhibit B Redline of Amended Complaint, # 5 Exhibit C Amended Complaint) (Sasse, Daniel) (Entered: 07/21/2020) | 07/21/2020 |
| 7980 | ORDER granting 7979 ACCOR PLAINTIFFS' motion to modify final approval order and final judgment and for leave to file amended Complaint. Ordered by Judge Margo K. Brodie on 7/22/2020. (Valentin, Winnethka) (Entered: 07/22/2020) | 07/22/2020 |
| 7981 | AMENDED COMPLAINT against All Defendants, filed by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). (Attachments: # 1 Exhibit A.1 - T) (Sasse, Daniel) (Attachment 1 replaced on 3/24/2021) (Lee, Tiffeny). (Entered: 07/22/2020) | 07/22/2020 |
|  | ORDER granting 7978 Motion for Leave to Electronically File Document under Seal -- The motion is granted; plaintiffs are granted leave to file Exhibit A to the Declaration of Daniel A. Sasse in Support of Letter Motion to Modify Final Approval Order and Final Judgment and Leave to File Amended Complaint under seal. Ordered by Magistrate Judge James Orenstein on 7/22/2020. (Gutmann, Joseph) (Entered: 07/22/2020) | 07/22/2020 |
| 7982 | EXHIBIT A to Declaration of Daniel A. Sasse In Support of Accor Plaintiffs Motion to Modify Final Approval Order and Final Judgment and for Leave to File Amended Complaint (Sealed) by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). (Attachments: # 1 Exhibit A, Part 2) (Sasse, Daniel) (Entered: 07/23/2020) | 07/23/2020 |
| 7983 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 11, 2020, before Judge Orenstein. Court Reporter/Transcriber Denise Parisi, Telephone number 7186132605. Email address: deniseparisi72@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/14/2020. Redacted Transcript Deadline set for 8/24/2020. Release of Transcript Restriction set for 10/22/2020. (Parisi, Denise) (Entered: 07/24/2020) | 07/24/2020 |
| 7984 | STIPULATION And [Proposed] Order by the Parties, filed by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Bershteyn, Boris) (Entered: 07/27/2020) | 07/27/2020 |
| 7985 | MOTION to Withdraw as Attorney Lisl J Dunlop by Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp.. (Dunlop, Lisl) (Entered: 07/28/2020) | 07/28/2020 |
|  | ORDER re 7984 Stipulation -- The stipulation is so ordered. The defendants' deadline to respond to the Sixth Amended Complaint is extended until September 30, 2020. Ordered by Magistrate Judge James Orenstein on 7/28/2020. (Gutmann, Joseph) (Entered: 07/28/2020) | 07/28/2020 |
|  | ORDER granting 7985 Motion to Withdraw as Attorney -- The motion is granted; attorney Lisl J. Dunlop is terminated. Ordered by Magistrate Judge James Orenstein on 7/28/2020. (Gutmann, Joseph) (Entered: 07/28/2020) | 07/28/2020 |
| 7986 | Letter Re: Answer to First Amended Complaint in Case No. 16-cv-05507 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Jonat, Jayme) (Entered: 07/30/2020) | 07/30/2020 |
| 7987 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/30/2020) | 07/30/2020 |
| 7988 | ANSWER to Complaint in 16cv5507 by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/30/2020) | 07/30/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 7989 | Letter re: Answer of Mastercard Defendants filed in 16cv5507 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 07/30/2020) | 07/30/2020 |
| 7990 | STIPULATION AND PROPOSED ORDER by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 07/31/2020) | 07/31/2020 |
| | ORDER re 7987 Stipulation -- The stipulation is so ordered. The time for each defendant in the Accor Action to move, answer, or otherwise respond to the complaint in the Accor Action is extended to September 2, 2020. Ordered by Magistrate Judge James Orenstein on 7/31/2020. (Gutmann, Joseph) (Entered: 07/31/2020) | 07/31/2020 |
| | ORDER re 7990 Stipulation -- The stipulation is so ordered; the time for each defendant to move, answer, or otherwise respond to the Complaint in the Old Jericho Action is extended to November 20, 2020. Ordered by Magistrate Judge James Orenstein on 8/3/2020. (Gutmann, Joseph) (Entered: 08/03/2020) | 08/03/2020 |
| 7991 | NOTICE of Appearance by Sharon Kunjumon Robertson on behalf of Koehnens Standard Service, Inc., Mox LLC, Old Jericho Enterprise, Inc., Pointe Service Center LLC, W.L.F. Automotive, Inc., Wesco, Inc. (aty to be noticed) (Robertson, Sharon) (Entered: 08/04/2020) | 08/04/2020 |
| 7992 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-13167145. by Bucks, Inc., Koehnens Standard Service, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pointe Service Center LLC, W.L.F. Automotive, Inc., Wesco, Inc.. (Attachments: # 1 Affidavit in Support, # 2 Proposed Order, # 3 Certificate of Good Standing) (Dominguez, Manuel) (Entered: 08/05/2020) | 08/05/2020 |
| 7993 | NOTICE of Appearance by Richard A. Koffman on behalf of Bucks, Inc., Koehnens Standard Service, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pointe Service Center LLC, W.L.F. Automotive, Inc., Wesco, Inc. (aty to be noticed) (Koffman, Richard) (Entered: 08/06/2020) | 08/06/2020 |
| | ORDER granting 7992 Motion for Leave to Appear Pro Hac Vice -- Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, Docket Entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Manuel J. Dominguez is deemed admitted pro hac vice, and shall file a notice of appearance. Ordered by Magistrate Judge James Orenstein on 8/6/2020. (Gutmann, Joseph) (Entered: 08/06/2020) | 08/06/2020 |
| 7994 | Letter MOTION for Extension of Time to File Response/Reply re: Daubert and summary judgment motions by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 08/07/2020) | 08/07/2020 |
| 7995 | NOTICE OF APPEAL as to 7975 Order on Motion to Set Aside Judgment by Melvin Salveson. (Alioto, Joseph) (Entered: 08/07/2020) | 08/07/2020 |
| 7996 | Letter MOTION to Amend/Correct/Supplement Schedule by Equitable Relief Class. (Eisler, Robert) (Entered: 08/07/2020) | 08/07/2020 |
| | ORDER granting 7994 Motion for Extension of Time to File Response/Reply -- The motion is granted on consent. The deadline to oppose Daubert and summary judgment motions is extended to September 22, 2020. The deadline to reply is extended to November 23, 2020. Ordered by Magistrate Judge James Orenstein on 8/7/2020. (Gutmann, Joseph) (Entered: 08/07/2020) | 08/07/2020 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 7995 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 08/07/2020) | 08/07/2020 |
| | ORDER granting 7996 Motion to Amend/Correct/Supplement -- The motion is granted. The schedule for class certification in the Barry's action is modified as set forth in Docket Entry 7996 . Ordered by Magistrate Judge James Orenstein on 8/9/2020. (Gutmann, Joseph) (Entered: 08/09/2020) | 08/09/2020 |
| 7997 | NOTICE of Appearance by Boris Bershteyn on behalf of Paymentech, LLC (aty to be noticed) (Bershteyn, Boris) (Entered: 08/24/2020) | 08/24/2020 |
| 7998 | NOTICE of Appearance by Kamali P Willett on behalf of Paymentech, LLC (aty to be noticed) (Willett, Kamali) (Entered: 08/24/2020) | 08/24/2020 |
| 7999 | Corporate Disclosure Statement by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC identifying Corporate Parent No Corporate Parent for JP Morgan Chase & Co.; Corporate Parent JPMorgan Chase & Co. for JP Morgan Chase Bank, N.A.; Corporate Parent JPMorgan Chase Bank, N.A. for Paymentech, LLC. (Bershteyn, Boris) (Entered: 08/24/2020) | 08/24/2020 |
| 8000 | Corporate Disclosure Statement by JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. identifying Corporate Parent No Corporate Parent for JPMorgan Chase & Co.; Corporate Parent JPMorgan Chase Bank, N.A. for Paymentech, LLC; Corporate Parent JPMorgan Chase & Co. for JPMorgan Chase Bank, N.A.. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Bershteyn, Boris) (Entered: 08/24/2020) | 08/24/2020 |
| 8001 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by Plaintiffs in civil action Accor Management US Inc., et al. v. Visa Inc., et al., No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO) (Sasse, Daniel) (Entered: 08/24/2020) | 08/24/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8002 | STIPULATION AND [PROPOSED] ORDER by Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 08/24/2020) | 08/24/2020 |
| | ORDER -- The stipulation is so ordered. The time for each defendant in the Pizzabov Action to move, answer, or otherwise respond to the Complaint in the Pizzabov Action shall be extended to and including October 26, 2020, unless the plaintiffs elect to file an amended complaint before that date, in which case the defendants' time to move, answer, or otherwise respond to the amended complaint shall be extended to sixty days after the filing of the amended complaint. Ordered by Magistrate Judge James Orenstein on 8/25/2020. (Gutmann, Joseph) (Entered: 08/25/2020) | 08/25/2020 |
| 8003 | PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS. Accor Management US Inc., et al. v. Visa Inc.,et al., No. 19-cv-04616. Ordered by Judge Margo K. Brodie on 8/26/2020. (Valentin, Winnethka) (Entered: 08/26/2020) | 08/26/2020 |
| 8004 | STIPULATION of Dismissal With Prejudice of All Claims and Proposed Order by Dunhill Asset Services V LLC (Eisinger, Jana) (Entered: 09/02/2020) | 09/02/2020 |
| 8005 | Letter dated September 3, 2020 from (b)(3) Class Counsel requesting approval of the 2020 3rd Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 09/03/2020) | 09/03/2020 |
| 8006 | STIPULATION of Dismissal With Prejudice of All Claims and Proposed Order by Anchorage Illiquid Opportunities Offshore Master V, L.P. (Vanek, Joseph) (Entered: 09/03/2020) | 09/03/2020 |
| | ORDER re 8005 Letter -- The proposed tax payments as set forth in the Class Plaintiffs' letter, Docket Entry 8005 , are so ordered. Ordered by Magistrate Judge James Orenstein on 9/3/2020. (Gutmann, Joseph) (Entered: 09/03/2020) | 09/03/2020 |
| 8007 | Plantiff's Stipulation and Order of Dismissal with Prejudice of All Claims by Plaintiff Anchorage Illiquid Opportunities Offshore Master V, L.P. against defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants"). So Ordered by Judge Margo K. Brodie on 9/4/2020. (Piper, Francine) (Entered: 09/04/2020) | 09/04/2020 |
| 8008 | Plantiff's Stipulation and Order of Dismissal with Prejudice of all Claims by Plaintiff Dunhill Asset Services V LLC. against defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants"). Party Dunhill Asset Services V LLC terminated. Ordered by Judge Margo K. Brodie on 9/4/2020. (Piper, Francine) (Entered: 09/04/2020) | 09/04/2020 |
| 8009 | MOTION to Amend/Correct/Supplement Schedule by Equitable Relief Class. (Eisler, Robert) (Entered: 09/08/2020) | 09/08/2020 |
| 8010 | Letter from the Direct Action Plaintiffs regarding Class Certification Briefing Deadlines by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 09/08/2020) | 09/08/2020 |
| | ORDER granting 8009 Motion to Amend/Correct/Supplement -- The motion is granted on consent; the schedule for class certification in the Barry's action is modified as set forth in Class Plaintiffs' letter motion, Docket Entry 8009 . Ordered by Magistrate Judge James Orenstein on 9/8/2020. (Gutmann, Joseph) (Entered: 09/08/2020) | 09/08/2020 |
| 8011 | Letter MOTION for Leave to File Excess Pages by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 09/11/2020) | 09/11/2020 |
| 8012 | RESPONSE to Motion re 8011 Letter MOTION for Leave to File Excess Pages / Letter in Opposition to Plaintiffs' Motion for Leave to File Excess Pages filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 09/14/2020) | 09/14/2020 |
| 8013 | Letter MOTION for Leave to File Excess Pages by Equitable Relief Class. (Shadowen, Steve) (Entered: 09/14/2020) | 09/14/2020 |
| 8014 | NOTICE of Appearance by Matthew Fox on behalf of Home Depot U.S.A Inc, The Home Depot Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JO, 1:16-cv-05507-MKB-JO (Fox, Matthew) (Entered: 09/15/2020) | 09/15/2020 |
| 8015 | Letter MOTION for Leave to File Excess Pages by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 09/15/2020) | 09/15/2020 |
| | ORDER granting 8011 Motion for Leave to File Excess Pages -- the Motion is granted without prejudice to the objecting defendants' right to seek a comparable increase of page limits for their reply brief(s). Ordered by Magistrate Judge James Orenstein on 9/15/2020. (Oliner, Daniel) (Entered: 09/15/2020) | 09/15/2020 |
| | ORDER granting 8013 Motion for Leave to File Excess Pages-- the Motion is granted without prejudice to defendants' right to seek leave to file a reply brief with excess pages. Ordered by Magistrate Judge James Orenstein on 9/15/2020. (Oliner, Daniel) (Entered: 09/15/2020) | 09/15/2020 |
| 8016 | MANDATE of USCA as to 7995 Notice of Appeal filed by Melvin Salveson. Appellants Wendy M. Adams, Dianna Lawrence, Edward Lawrence and Melvin Salveson move to withdraw the appeal pursuant to FRAP 42. IT IS HEREBY ORDERED that the motion is GRANTED. Issued as Mandate: 9/16/20. USCA #20-2742. (McGee, Mary Ann) (Entered: 09/16/2020) | 09/16/2020 |
| | ORDER granting 8015 Motion for Leave to File Excess Pages -- the motion is granted. Ordered by Magistrate Judge James Orenstein on 9/16/2020. (Oliner, Daniel) (Entered: 09/16/2020) | 09/16/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8017 | Letter re Service of Oppositions to Motions for Summary Judgment and Daubert Motions by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 09/22/2020) | 09/22/2020 |
| 8018 | Letter transmitting Summary Judgment Materials and Daubert Oppositions by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 09/22/2020) | 09/22/2020 |
| 8019 | Letter re Service of Oppositions to Motions for Summary Judgment and Daubert Motions by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 09/23/2020) | 09/22/2020 |
| 8020 | Letter Regarding Service of ERP's Daubert Oppositions by Equitable Relief Class (Eisler, Robert) (Entered: 09/23/2020) | 09/23/2020 |
| 8021 | Letter Regarding ERP Summary Judgment Opposition by Equitable Relief Class (Eisler, Robert) (Entered: 09/23/2020) | 09/23/2020 |
| 8022 | Letter regarding CSUF Transmittal by Equitable Relief Class (Eisler, Robert) (Entered: 09/24/2020) | 09/24/2020 |
| 8023 | Letter regarding Amended CSUF Transmittal by Equitable Relief Class (Eisler, Robert) (Entered: 09/24/2020) | 09/24/2020 |
| 8024 | STIPULATION And [Proposed] Order by the Parties, filed by JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Bershteyn, Boris) (Entered: 09/30/2020) | 09/30/2020 |
| 8025 | ORDER granting 8024 STIPULATION And [Proposed] Order by the Parties, filed by JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC. The defendants' deadline to respond to the Sixth Amended Complaint is extended until October 14, 2020 Ordered by Judge Margo K. Brodie on 9/30/2020. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Valentin, Winnethka) (Entered: 09/30/2020) | 09/30/2020 |
| 8026 | Letter from Rule 23(b)(3) Class Plaintiffs requesting the Court's approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 10/05/2020) | 10/05/2020 |
|  | ORDER re 8026 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge James Orenstein on 10/6/2020. (Oliner, Daniel) (Entered: 10/06/2020) | 10/06/2020 |
| 8027 | STIPULATION And [Proposed] Order by the Parties, filed by JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Bershteyn, Boris) (Entered: 10/14/2020) | 10/14/2020 |
| 8028 | STIPULATION AND ORDER, Defendants' deadline to answer the Sixth Amended Complaint in the above-captioned action is hereby extended until November 16, 2020. Ordered by Judge Margo K. Brodie on 10/14/2020. (Piper, Francine) (Entered: 10/15/2020) | 10/15/2020 |
| 8029 | ORDER granting 8027 STIPULATION And [Proposed] Order by the Parties, filed by JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC. The defendants' deadline to respond to the Sixth Amended Complaint is extended until November 16, 2020. Ordered by Judge Margo K. Brodie on 10/14/2020. Associated Cases: 1:05-md-01720-MKB-JO, 1:13-cv-05746-MKB-JO (Valentin, Winnethka) (Entered: 10/16/2020) | 10/16/2020 |
| 8030 | Letter MOTION for Extension of Time to File Response/Reply by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 10/22/2020) | 10/22/2020 |
|  | ORDER granting 8030 Motion for Extension of Time to File Response/Reply. The Court grants Defendants' consent motion to extend the deadline for parties to file reply memoranda in support of their summary judgment and Daubert motions. Defendants will reply on or before December 18, 2020. Ordered by Judge Margo K. Brodie on 10/22/2020. (Carrero, Jacquellena) (Entered: 10/22/2020) | 10/22/2020 |
| 8031 | STIPULATION and Order of Dismissal with Prejudice of all Claims by Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority (Calcaterra, Regina) (Entered: 10/28/2020) | 10/28/2020 |
| 8032 | ORDER granting 831 and[ 23] STIPULATION and Order of Dismissal with Prejudice of all Claims by Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority. Ordered by Judge Margo K. Brodie on 10/28/2020. Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-04256-MKB-JO (Valentin, Winnethka) (Entered: 10/29/2020) | 10/29/2020 |
| 8033 | MOTION to Withdraw as Attorney by Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation. (Collins, Dale) (Entered: 10/30/2020) | 10/30/2020 |
| 8034 | Letter to Judge Orenstein regarding revised discovery schedule by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555 (Attachments: # 1 Proposed Order Scheduling Order) Associated Cases: 1:05-md-01720-MKB-JO, 1:19-cv-06318-MKB-JO, 1:19-cv-06555-MKB-JO (Broz, Alycia) (Entered: 10/30/2020) | 10/30/2020 |
|  | ORDER granting 8033 Motion to Withdraw as Attorney -- The motion is granted; Attorney Wayne Collins is terminated. Ordered by Magistrate Judge James Orenstein on 10/30/2020. (Oliner, Daniel) (Entered: 10/30/2020) | 10/30/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8036 | Notice of General Case Final Disposition Form (Non-Domestic) submitted by Gemstone Homes & Properties (Eric Felton Davis). (Piper, Francine) (Entered: 11/13/2020) | 11/02/2020 |
| | ORDER re 8034 Letter, filed by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555 -- The motion is granted. The proposed schedule is so ordered. Ordered by Magistrate Judge James Orenstein on 11/2/2020. (Oliner, Daniel) (Entered: 11/02/2020) | 11/02/2020 |
| 8035 | Letter from (b)(3) Class Counsel dated November 3, 2020 to Judge Brodie and Magistrate Judge Orenstein re Payment of Miller Kaplan Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 11/03/2020) | 11/03/2020 |
| | ORDER re 8035 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The proposed payments for tax return preparation, as set forth in the Class Plaintiffs' letter, Docket Entry 8035, are so ordered. Ordered by Magistrate Judge James Orenstein on 11/3/2020. (Oliner, Daniel) (Entered: 11/03/2020) | 11/03/2020 |
| | Case Reassigned to Magistrate Judge Vera M. Scanlon. Magistrate Judge James Orenstein no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 11/06/2020) | 11/06/2020 |
| 8037 | ANSWER to Complaint / 7-Eleven Plaintiffs' Sixth Amended Complaint in 13cv5746 by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Carney, Gary) (Entered: 11/16/2020) | 11/16/2020 |
| 8038 | Letter re: Answer of Mastercard Defendants filed in 13cv5746 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 11/16/2020) | 11/16/2020 |
| 8039 | Letter re: filing of answer in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-05746 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 11/16/2020) | 11/16/2020 |
| 8040 | Letter Regarding Filing of Answer to Sixth Amended Complaint in 7-Eleven, Inc., et al. v. Visa, Inc., et al.; Case No. 1:13-cv-05746 by FIA Card Services, N.A., Bank Of America, N.A., Bank of America Corporation (Miller, Michael) (Entered: 11/16/2020) | 11/16/2020 |
| 8041 | ANSWER to Complaint as to 7-Eleven Plaintiffs' Sixth Amended Complaint in 13-cv-5746 by Wells Fargo & Company, Wells Fargo Bank N.A.. (LoBue, Robert) (Entered: 11/16/2020) | 11/16/2020 |
| 8042 | Letter regarding the filing of an Answer to 7-Eleven Plaintiffs' Sixth Amended Complaint in 13-cv-5746 by Wells Fargo & Company, Wells Fargo Bank N.A. (LoBue, Robert) (Entered: 11/16/2020) | 11/16/2020 |
| 8043 | Letter , dated November 16, 2020 re: filing of answer in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-05746 by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC (Bershteyn, Boris) (Entered: 11/16/2020) | 11/16/2020 |
| 8044 | ANSWER to Complaint 7-Eleven Plaintiffs' Sixth Amended Complaint by Citibank N A, Citigroup Inc. (Nagin, Benjamin) (Entered: 11/16/2020) | 11/16/2020 |
| 8045 | Letter Regarding Filing of Answer to Sixth Amended Complaint by Citibank N A, Citigroup Inc (Nagin, Benjamin) (Entered: 11/16/2020) | 11/16/2020 |
| 8046 | MOTION to Amend/Correct/Supplement Schedule by Equitable Relief Class. (Eisler, Robert) (Entered: 11/17/2020) | 11/17/2020 |
| 8047 | Letter regarding Stipulation by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Stipulation and Proposed Order) (Kaminsky, Blair) (Entered: 11/17/2020) | 11/17/2020 |
| 8048 | STIPULATION AND PROPOSED ORDER REGARDING ELGIN EXPERTS. Ordered by Judge Margo K. Brodie on 11/18/2020. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Valentin, Winnethka) (Entered: 11/18/2020) | 11/18/2020 |
| | ORDER granting (8046) Motion to Amend/Correct/Supplement. The Parties joint motion for extension of briefing schedule on a motion for class certification is granted. On or before 12/18/2020, Plaintiffs shall serve their moving papers; oppositions due 3/26/2021; reply papers due 4/16/2021. Only the fully briefed motion shall be filed on the docket by Plaintiffs no more than two days after the reply briefs are served. The Parties shall refer to the Individual Rules. Ordered by Magistrate Judge Vera M. Scanlon on 11/18/2020. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 11/18/2020) | 11/18/2020 |
| 8049 | Letter re: filing of answer in Old Jericho Enterprise, Inc., et al. v. Visa Inc., et al., No. 20-cv-02394 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/20/2020) | 11/20/2020 |
| 8050 | ANSWER to Complaint in 20cv2394 by Mastercard, Inc., Mastercard Incorporated.Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Gallo, Kenneth) (Entered: 11/20/2020) | 11/20/2020 |
| 8051 | Letter re: Answer in 20cv2394 by Mastercard Incorporated (Carney, Gary) (Entered: 11/20/2020) | 11/20/2020 |
| 8052 | Letter dated December 4, 2020 from (b)(3) Class Counsel requesting approval of the 2020 4th Qtr Tax Payment for the Class I Cash Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 12/04/2020) | 12/04/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8053 | Letter MOTION for Hearing regarding filing, service, and courtesy copies of Summary Judgment and Daubert Motions by Home Depot U.S.A Inc, The Home Depot Inc., Home Depot U.S.A., Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Olson, Steig) (Entered: 12/04/2020) | 12/04/2020 |
| | ORDER granting (8053) Motion. The Court adopts the parties' proposal set forth in 8053 regarding filing, service, and courtesy copies of the summary judgment and Daubert motions. Ordered by Judge Margo K. Brodie on 12/4/2020. Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Carrero, Jacquellena) (Entered: 12/04/2020) | 12/04/2020 |
| 8054 | Letter MOTION for Leave to File Excess Pages by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/07/2020) | 12/07/2020 |
| 8055 | Letter MOTION for Leave to File Excess Pages by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/07/2020) | 12/07/2020 |
| | ORDER granting 8054 and 8055 Motions for Leave to File Excess Pages. The Court grants both Defendants' and Direct Action Plaintiffs' motions for leave to file excess pages. Ordered by Judge Margo K. Brodie on 12/7/2020. (Carrero, Jacquellena) (Entered: 12/07/2020) | 12/07/2020 |
| 8056 | NOTICE of Change of Office Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Fleming Nolen, Natalie) (Entered: 12/09/2020) | 12/09/2020 |
| 8057 | STIPULATION and Proposed Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) Modified on 12/11/2020 (Lozar, Ryan). (Entered: 12/09/2020) | 12/09/2020 |
| 8058 | AMENDED COMPLAINT against Mastercard Incorporated, Visa Inc., filed by Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc., 32T, LLC. (Robertson, Sharon) Modified on 12/14/2020 to add Plaintiff's name (Piper, Francine). (Entered: 12/11/2020) | 12/11/2020 |
| | ORDER re 8052 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 4th quarter 2020 tax payments for the Class I Cash Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 12/11/2020. (Lozar, Ryan) (Entered: 12/11/2020) | 12/11/2020 |
| | ORDER granting 8057 Motion for Stipulated Extension of Time to Answer through 2/15/2020. Ordered by Magistrate Judge Vera M. Scanlon on 12/11/2020. (Lozar, Ryan) (Entered: 12/11/2020) | 12/11/2020 |
| 8059 | Letter Regarding Class Certification Page Limits by Equitable Relief Class (Eisler, Robert) (Entered: 12/15/2020) | 12/15/2020 |
| | ORDER re 8059 Letter filed by Equitable Relief Class Plaintiffs. The Court grants the Equitable Relief Class Plaintiffs' application for leave to submit an opening brief in support of class certification of 50 pages. Ordered by Judge Margo K. Brodie on 12/16/2020. (Carrero, Jacquellena) (Entered: 12/16/2020) | 12/16/2020 |
| 8060 | Letter transmitting Summary Judgment Replies and and Daubert Replies by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Wilson, James) (Entered: 12/18/2020) | 12/18/2020 |
| 8061 | Letter re: transmitting of Summary Judgment Replies and Daubert Replies by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 12/18/2020) | 12/18/2020 |
| 8062 | Letter regarding service of reply memoranda in support of summary judgment motions and Daubert motions by The Home Depot Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Olson, Steig) (Entered: 12/18/2020) | 12/18/2020 |
| 8063 | Letter transmitting Summary Judgment and Daubert Replies by Elgin Ave. Recovery, LLC (Klein, Gayle) (Entered: 12/18/2020) | 12/18/2020 |
| 8064 | Letter re Service of Motion Papers by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 12/18/2020) | 12/18/2020 |
| 8065 | Letter Regarding Service of Motion for Class Certification by Equitable Relief Class (Eisler, Robert) (Entered: 12/18/2020) | 12/18/2020 |
| 8066 | Letter re: Service of Summary Judgment Reply by Equitable Relief Class (Shadowen, Steve) (Entered: 12/21/2020) | 12/21/2020 |
| 8067 | MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8068 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8069 | AFFIDAVIT/DECLARATION in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8070 | MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8071 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (Under Ohio v. American Express) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8072 | MEMORANDUM in Support re 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8073 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (Based on Mastercard's Lack of Market Power) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8074 | MOTION in Limine / Exclude in Part the Opinions of Professor Joseph E. Stiglitz by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8075 | MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8076 | MEMORANDUM in Support re 8074 MOTION in Limine / Exclude in Part the Opinions of Professor Joseph E. Stiglitz filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8077 | MOTION in Limine / Exclude Opinions of Mansour Karimzadeh by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8078 | MEMORANDUM in Support re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8079 | MEMORANDUM in Support re 8077 MOTION in Limine / Exclude Opinions of Mansour Karimzadeh filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8080 | MOTION in Limine / Exclude Opinions of Stephen C. Mott by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8081 | MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8082 | MEMORANDUM in Support re 8080 MOTION in Limine / Exclude Opinions of Stephen C. Mott filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8083 | MEMORANDUM in Support re 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8084 | MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8085 | MEMORANDUM in Support re 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8086 | MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 12/21/2020) | 12/21/2020 |
| 8087 | MEMORANDUM in Support re 8086 MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton filed by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 12/21/2020) | 12/21/2020 |
| 8088 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [VISA AND BANK DEFENDANTS MEMORANDUM IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS MONOPOLIZATION CLAIMS] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8089 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [DEFENDANTS MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS POST-IPO CONSPIRACY CLAIMS] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8090 | Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8091 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [VISA AND BANK DEFENDANTS REPLY MEMORANDUM IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS MONOPOLIZATION CLAIMS] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8092 | MEMORANDUM in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8093 | AFFIDAVIT/DECLARATION in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8094 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [DEFENDANTS REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS POST-IPO CONSPIRACY CLAIMS] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8095 | REPLY in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8096 | AFFIDAVIT/DECLARATION in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey (SUPPLEMENTAL) filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8097 | Notice of MOTION for Partial Summary Judgment by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8098 | MEMORANDUM in Support re 8097 Notice of MOTION for Partial Summary Judgment filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8099 | RULE 56.1 STATEMENT re 8097 Notice of MOTION for Partial Summary Judgment filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8100 | AFFIDAVIT/DECLARATION in Support re 8097 Notice of MOTION for Partial Summary Judgment filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8101 | MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citigroup Inc, Bank Of America, N.A., Bank of America Corporation, First National Bank of Omaha, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Texas Independent Bancshares, Inc, Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A.. (Bershteyn, Boris) (Entered: 12/21/2020) | 12/21/2020 |
| 8102 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT), 8073 1 - Sealed Document CV,, Memorandum in Support, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8103 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [DEFENDANTS REPLY IN SUPPORT OF DEFENDANTS STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8104 | MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Certificate of Service) (Ordway, Demian) (Entered: 12/21/2020) | 12/21/2020 |
| 8105 | MEMORANDUM in Support re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 12/21/2020) | 12/21/2020 |
| 8106 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [DEFENDANTS CONSOLIDATED RESPONSE TO PLAINTIFFS STATEMENTS OF ADDITIONAL MATERIAL FACTS] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8107 | REPLY in Support re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 12/21/2020) | 12/21/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8108 | Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8109 | MEMORANDUM in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8110 | AFFIDAVIT/DECLARATION in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8111 | AFFIDAVIT/DECLARATION in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [SECOND TRANSMITTAL DECLARATION OF ROSEMARY SZANYI IN CONNECTION WITH DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8112 | REPLY in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8113 | AFFIDAVIT/DECLARATION in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard (SUPPLEMENTAL) filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8114 | Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8115 | MEMORANDUM in Support re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) filed by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, Citibank N A, Citigroup Inc, Bank Of America, N.A., Bank of America Corporation, First National Bank of Omaha, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Texas Independent Bancshares, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A.. (Bershteyn, Boris) (Entered: 12/21/2020) | 12/21/2020 |
| 8116 | MEMORANDUM in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8117 | AFFIDAVIT/DECLARATION in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8118 | REPLY in Support re 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE) [VISA AND BANK DEFENDANTS REPLY MEMORANDUM IN SUPPORT OF THE MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8119 | REPLY in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8120 | AFFIDAVIT/DECLARATION in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8121 | Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8122 | MEMORANDUM in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8123 | REPLY in Support re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) [REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8124 | AFFIDAVIT/DECLARATION in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8125 | REPLY in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8126 | AFFIDAVIT/DECLARATION in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner (SUPPLEMENTAL) filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8127 | REPLY in Support re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 12/21/2020) | 12/21/2020 |
| 8128 | REPLY in Support re 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN [DEFENDANTS REPLY IN SUPPORT OF THE MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8129 | Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8130 | MEMORANDUM in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8131 | REPLY in Support re 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) [VISA AND BANK DEFENDANTS REPLY IN SUPPORT OF THE MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8132 | AFFIDAVIT/DECLARATION in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8133 | REPLY in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8134 | AFFIDAVIT/DECLARATION in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy (SUPPLEMENTAL) filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8135 | Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8136 | MEMORANDUM in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8137 | AFFIDAVIT/DECLARATION in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8138 | MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 12/21/2020) | 12/21/2020 |
| 8139 | MEMORANDUM in Opposition re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 12/21/2020) | 12/21/2020 |
| 8140 | MEMORANDUM in Support re 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT, 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 12/21/2020) | 12/21/2020 |
| 8141 | REPLY in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8142 | REPLY in Support re 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT, 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 12/21/2020) | 12/21/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8143 | AFFIDAVIT/DECLARATION in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece (SUPPLEMENTAL) filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8144 | REPLY in Support re 8086 MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton filed by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 12/21/2020) | 12/21/2020 |
| 8145 | MEMORANDUM in Opposition re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) by Direct Action Plaintiffs filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8146 | AFFIDAVIT/DECLARATION in Opposition re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) on behalf of Direct Action Plaintiffs filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8147 | MEMORANDUM in Opposition re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) by Target Plaintiffs filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8148 | AFFIDAVIT/DECLARATION in Opposition re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) on behalf of Target Plaintiffs filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8149 | MEMORANDUM in Opposition re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) by Target Plaintiffs filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8150 | Notice of MOTION for Partial Summary Judgment by Equitable Relief Class. (Shadowen, Steve) (Entered: 12/21/2020) | 12/21/2020 |
| 8151 | AFFIDAVIT/DECLARATION in Opposition re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) on behalf of Target Plaintiffs filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 12/21/2020) | 12/21/2020 |
| 8152 | MEMORANDUM in Support re 8150 Notice of MOTION for Partial Summary Judgment filed by Equitable Relief Class. (Attachments: # 1 Proposed Order Proposed Order) (Shadowen, Steve) (Entered: 12/21/2020) | 12/21/2020 |
| 8153 | RULE 56.1 STATEMENT in Support re 8150 Notice of MOTION for Partial Summary Judgment filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 12/21/2020) | 12/21/2020 |
| 8154 | AFFIDAVIT/DECLARATION in Support re 8150 Notice of MOTION for Partial Summary Judgment filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 12/21/2020) | 12/21/2020 |
| 8155 | REPLY in Support re 8150 Notice of MOTION for Partial Summary Judgment filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 12/21/2020) | 12/21/2020 |
| 8156 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (Under Ohio v. American Express) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8157 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (Based on Mastercard's Lack of Market Power) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8158 | REPLY in Support re 8074 MOTION in Limine / Exclude in Part the Opinions of Professor Joseph E. Stiglitz filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8159 | REPLY in Support re 8077 MOTION in Limine / Exclude Opinions of Mansour Karimzadeh filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8160 | REPLY in Support re 8080 MOTION in Limine / Exclude Opinions of Stephen C. Mott filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/21/2020) | 12/21/2020 |
| 8161 | NOTICE by Auriemma Consulting Group, Inc. Notice of Withdrawal (Wright, Lita) (Entered: 12/21/2020) | 12/21/2020 |
| 8162 | NOTICE of Appearance by Benjamin R. Nagin on behalf of Citicorp Credit Services, Inc. (USA), Citicorp LLC (aty to be noticed) (Nagin, Benjamin) (Entered: 12/21/2020) | 12/21/2020 |
| 8163 | RESPONSE in Opposition re 8074 MOTION in Limine / Exclude in Part the Opinions of Professor Joseph E. Stiglitz filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8164 | RESPONSE in Opposition re 8086 MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8165 | AFFIDAVIT/DECLARATION in Opposition re 8086 MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8166 | Corporate Disclosure Statement by Citibank N A, Citicorp Credit Services, Inc. (USA), Citicorp LLC, Citigroup Inc identifying Corporate Parent Citigroup Inc. for Citicorp LLC; Corporate Parent Citibank, N.A. for Citicorp Credit Services, Inc. (USA); Corporate Parent Citicorp LLC for Citibank N A. (Nagin, Benjamin) (Entered: 12/21/2020) | 12/21/2020 |
| 8167 | RESPONSE in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS POST-IPO CONSPIRACY CLAIMS filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8168 | RESPONSE in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Under Ohio v. American Express] filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8169 | RESPONSE in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) ERCP OPPOSITION TO VISA AND BANK DEFENDANTS MEMORANDUM IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS MONOPOLIZATION CLAIMS filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8170 | RESPONSE in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) Based on Mastercard's Lack of Market Power filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8171 | AFFIDAVIT/DECLARATION in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8172 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) ERCP'S COUNTERSTATEMENT OF FACTS IN RESPONSE TO DEFENDANTS STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED filed by Equitable Relief Class. (Eisler, Robert) (Entered: 12/21/2020) | 12/21/2020 |
| 8173 | Corporate Disclosure Statement by Citibank N.A., Citicorp Credit Services, Inc. (USA), Citigroup Inc identifying Corporate Parent Citicorp LLC for Citibank N.A.; Corporate Parent Citibank, N.A. for Citicorp Credit Services, Inc. (USA). Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Nagin, Benjamin) (Entered: 12/21/2020) | 12/21/2020 |
| 8174 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) : (Under Illinois Brick Co. v. Illinois) filed by Citibank N A, Citicorp Credit Services, Inc. (USA), Citigroup Inc. (Nagin, Benjamin) (Entered: 12/21/2020) | 12/21/2020 |
| 8175 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) : (Under Illinois Brick Co. v. Illinois) filed by Citibank N A, Citicorp Credit Services, Inc. (USA), Citigroup Inc. (Nagin, Benjamin) (Entered: 12/21/2020) | 12/21/2020 |
| 8176 | NOTICE of Appearance by Marissa Alter-Nelson on behalf of Citicorp Credit Services, Inc. (USA), Citicorp LLC (aty to be noticed) (Alter-Nelson, Marissa) (Entered: 12/21/2020) | 12/21/2020 |
| 8177 | NOTICE of Appearance by Thomas Andrew Paskowitz on behalf of Citicorp Credit Services, Inc. (USA), Citicorp LLC (aty to be noticed) (Paskowitz, Thomas) (Entered: 12/21/2020) | 12/21/2020 |
| 8178 | MOTION for Joinder of the memorandum of law in support of the 7-Eleven Plaintiffs and the Home Depots Motion for Partial Summary Judgment and Supporting Evidence Regarding Same by Elgin Ave. Recovery, LLC. (Klein, Gayle) (Entered: 12/21/2020) | 12/21/2020 |
| 8179 | MOTION for Joinder in the memoranda of law and supporting evidence to exclude the reports and opinions of defense experts by Elgin Ave. Recovery, LLC. (Klein, Gayle) (Entered: 12/21/2020) | 12/21/2020 |
| 8180 | MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) by Home Depot U.S.A., Inc.. (Attachments: # 1 Proposed Order) (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8181 | MEMORANDUM in Support re 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8182 | AFFIDAVIT/DECLARATION in Support re 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) (DECLARATION OF STEIG D. OLSON) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8183 | REPLY in Support re 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) (REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE HOME DEPOT, THE 7-ELEVEN PLAINTIFFS, AND ELGIN AVE. RECOVERY, LLC'S MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8184 | MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) by Home Depot U.S.A., Inc.. (Attachments: # 1 Proposed Order) (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8185 | MEMORANDUM in Support re 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8186 | RULE 56.1 STATEMENT re 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8187 | AFFIDAVIT/DECLARATION in Support re 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (DECLARATION OF ALICIA COBB) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8188 | REPLY in Support re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8189 | RULE 56.1 STATEMENT re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COMBINED COUNTER-STATEMENT AND RESPONSES TO DEFENDANTS' STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8190 | AFFIDAVIT/DECLARATION in Support re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (REPLY DECLARATION OF ALICIA COBB) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8191 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO MASTERCARD AND BANK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO MASTERCARD'S MARKET POWER) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8192 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' DAMAGES CLAIMS UNDER FEDERAL ANTITRUST LAWS BASED ON ILLINOIS BRICK CO. V. ILLINOIS) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8193 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' POST-IPO CONSPIRACY CLAIMS) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8194 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER OHIO V. AMERICAN EXPRESS) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8195 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' RESPONSES TO DEFENDANTS' RULE 56.1 STATEMENT) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8196 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' COUNTERSTATEMENT OF MATERIAL FACTS) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |
| 8197 | Letter (7-Eleven and THD's Letter re Visa-Plaid re Docket No. 8067) by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 12/22/2020) | 12/22/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8198 | MEMORANDUM in Opposition re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey [DEFENDANTS MEMORANDUM IN OPPOSITION TO DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT R. GARRISON HARVEY] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/22/2020) | 12/22/2020 |
| 8199 | MEMORANDUM in Opposition re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn [DEFENDANTS MEMORANDUM IN OPPOSITION TO DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT BARBARA E. KAHN] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/22/2020) | 12/22/2020 |
| 8200 | Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8201 | MEMORANDUM re 8180 Notice of MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY), 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 12/22/2020) | 12/22/2020 |
| 8202 | MEMORANDUM in Opposition re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece [THE VISA DEFENDANTS MEMORANDUM IN OPPOSITION TO THE DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID J. TEECE] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/22/2020) | 12/22/2020 |
| 8203 | MEMORANDUM in Support re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8204 | AFFIDAVIT/DECLARATION in Support re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) filed by 7-Eleven Inc.. (Attachments: # 1 Proposed Order) (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8205 | MEMORANDUM in Opposition re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner [DEFENDANTS MEMORANDUM IN OPPOSITION TO TARGET PLAINTIFFS MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT ANDRES LERNER] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/22/2020) | 12/22/2020 |
| 8206 | MEMORANDUM in Opposition re 8150 Notice of MOTION for Partial Summary Judgment filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 12/22/2020) | 12/22/2020 |
| 8207 | Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8208 | RULE 56.1 STATEMENT re 8150 Notice of MOTION for Partial Summary Judgment (RESPONSE IN OPPOSITION TO RULE 23(B)(2) CLASS PLAINTIFFS STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1) filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 12/22/2020) | 12/22/2020 |
| 8209 | MEMORANDUM in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8210 | MEMORANDUM in Opposition re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) [DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO THE 7-ELEVEN PLAINTIFFS AND THE HOME DEPOTS MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/22/2020) | 12/22/2020 |
| 8211 | AFFIDAVIT/DECLARATION in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) filed by 7-Eleven Inc.. (Attachments: # 1 Proposed Order) (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8212 | MEMORANDUM in Opposition re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) [DEFENDANTS MEMORANDUM IN OPPOSITION TO DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/22/2020) | 12/22/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8213 | AFFIDAVIT/DECLARATION in Opposition re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn, 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN), 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE), 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey, 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece, 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard, 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner, 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY), 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy [TRANSMITTAL DECLARATION OF ROSEMARY SZANYI IN CONNECTION WITH DEFENDANTS OPPOSITIONS TO THE MOTIONS TO EXCLUDE CERTAIN OPINIONS OF MARC CLEVEN, STUART J. FISKE, R. GARRISON HARVEY, GLENN HUBBARD, BARBARA E. KAHN, DAVID P. KAPLAN, ANDRES LERNER, KEVIN M. MURPHY, AND DAVID J. TEECE] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/22/2020) | 12/22/2020 |
| 8214 | NOTICE of Appearance by Haichuan Luo on behalf of JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Luo, Haichuan) (Entered: 12/22/2020) | 12/22/2020 |
| 8215 | MOTION to Withdraw as Attorney by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Attachments: # 1 Declaration) (Marcus, Jonathan) (Entered: 12/22/2020) | 12/22/2020 |
| 8216 | MEMORANDUM in Opposition re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/22/2020) | 12/22/2020 |
| 8217 | AFFIDAVIT/DECLARATION in Opposition re 8086 MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton, 8080 MOTION in Limine / Exclude Opinions of Stephen C. Mott, 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS, 8077 MOTION in Limine / Exclude Opinions of Mansour Karimzadeh, 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler), 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL), 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT, 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE), 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN), 8074 MOTION in Limine / Exclude in Part the Opinions of Professor Joseph E. Stiglitz, 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) (Transmittal Declaration of Gary Carney) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/22/2020) | 12/22/2020 |
| 8218 | AFFIDAVIT/DECLARATION in Opposition re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (Transmittal Declaration of Gary Carney) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/22/2020) | 12/22/2020 |
| 8219 | AFFIDAVIT/DECLARATION in Support re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS), 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL), 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT, 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE), 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN, 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) (Second Transmittal Declaration of Gary R. Carney) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/22/2020) | 12/22/2020 |
| 8220 | RULE 56.1 STATEMENT re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (Defendants' Combined Counter-Statement Pursuant to Rule 56.1 (b)) filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 12/22/2020) | 12/22/2020 |
| 8221 | Letter re Substitution of Exhibit by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 12/22/2020) | 12/22/2020 |
| 8222 | MOTION for Leave to Electronically File Document under Seal by Elgin Ave. Recovery, LLC. (Attachments: # 1 Exhibit A - Elgin's Amended Complaint) (Klein, Gayle) (Entered: 12/22/2020) | 12/22/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8223 | MEMORANDUM in Opposition re 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN) (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLCS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8224 | MEMORANDUM in Opposition re 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO VISA AND BANK DEFENDANTS' MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8225 | MEMORANDUM in Opposition re 8080 MOTION in Limine / Exclude Opinions of Stephen C. Mott (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF STEPHEN C. MOTT filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8226 | MEMORANDUM in Opposition re 8077 MOTION in Limine / Exclude Opinions of Mansour Karimzadeh (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF MANSOUR KARIMZADEH) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8227 | MEMORANDUM in Opposition re 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE) (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO VISA'S AND BANK DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISA'S FIXED ACQUIRER NETWORK FEE) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8228 | MEMORANDUM in Opposition re 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT (7-ELEVEN PLAINTIFFS AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8229 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO VISA AND BANK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' MONOPOLIZATION CLAIMS) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8230 | AFFIDAVIT/DECLARATION in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DECLARATION OF JEFFREY I. SHINDER IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8231 | AFFIDAVIT/DECLARATION in Opposition re 8080 MOTION in Limine / Exclude Opinions of Stephen C. Mott, 8077 MOTION in Limine / Exclude Opinions of Mansour Karimzadeh, 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE), 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN), 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) (DECLARATION OF JEFFREY I. SHINDER IN SUPPORT OF OPPOSITIONS TO DEFENDANTS' DAUBERT MOTIONS) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8232 | REPLY in Support re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) (REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE 7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8233 | REPLY in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) (REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8234 | AFFIDAVIT/DECLARATION in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) ( SUPPLEMENTAL DECLARATION OF JEFFREY I. SHINDER IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8235 | Letter to The Honorable Margo K. Brodie re: transmitting electronic copies of all papers associated with the the parties summary judgment and Daubert motions by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8236 | Letter to The Clerk of the Court re: transmitting of electronic copies of all declarations and exhibits associated with the parties summary judgment and Daubert motions, to be docketed as filed under seal by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 12/22/2020) | 12/22/2020 |
| 8237 | ANSWER to 8058 Amended Complaint,, [ANSWER OF DEFENDANT VISA INC. TO PLAINTIFFS FIRST AMENDED COMPLAINT] by Visa Inc.. (Mason, Robert) (Entered: 12/23/2020) | 12/23/2020 |
| 8238 | Letter re: filing of Answer to Amended Complaint in Old Jericho Enterprise, Inc., et al. v. Visa Inc., et al., No. 20-cv-02394 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 12/23/2020) | 12/23/2020 |
| 8239 | ANSWER to 8058 Amended Complaint,, by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 12/23/2020) | 12/23/2020 |
| 8240 | Letter re: filing of Answer to First Amended Complaint in Old Jericho Enterprise, Inc., et al. v. Visa Inc., et al., No. 20-cv-02394 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 12/23/2020) | 12/23/2020 |
|  | ORDER granting (8215) Motion to Withdraw as Attorney. Attorney Jonathan L. Marcus terminated in case 1:05-md-01720-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 12/23/2020. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 12/23/2020) | 12/23/2020 |
|  | ORDER granting (8215) Motion to Withdraw as Attorney. Attorney Jonathan L. Marcus terminated in case 1:05-md-01720-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 12/23/2020. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 12/23/2020) | 12/23/2020 |
|  | ORDER granting (8222) Motion for Leave to Electronically File Document under Seal. Plaintiff Elgin shall file an unredacted version of its Amended Complaint under seal and a redacted version on the public docket. This shall be done on the docket for the individual member case and not on the master docket bearing docket number 05 MD 1720. Ordered by Magistrate Judge Vera M. Scanlon on 12/23/2020. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 12/23/2020) | 12/23/2020 |
| 8241 | MOTION to Withdraw as Attorney by Defendants iiin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A., MBNA America Bank, N.A., BA Merchant Services LLC. (Attachments: # 1 Proposed Order of Withdrawal of Mark P. Ladner, Esq.) Associated Cases: 1:05-md-01720-MKB-VMS, 1:05-cv-04520-MKB-VMS, 1:05-cv-04521-MKB-VMS, 1:05-cv-05071-MKB-VMS (Ladner, Mark) (Entered: 12/28/2020) | 12/28/2020 |
| 8242 | AFFIDAVIT/DECLARATION in Support re (8241 in 1:05-md-01720-MKB-VMS, 254 in 1:05-cv-04521-MKB-VMS, 205 in 1:05-cv-05071-MKB-VMS, 255 in 1:05-cv-04520-MKB-VMS) MOTION to Withdraw as Attorney filed by Defendants iiin civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG -JO, Defendants in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Bank Of America, N.A., Bank of America Corporation, MBNA America Bank, N.A., MBNA America Bank, N.A., BA Merchant Services LLC. Associated Cases: 1:05-md-01720-MKB-VMS, 1:05-cv-04520-MKB-VMS, 1:05-cv-04521-MKB-VMS, 1:05-cv-05071-MKB-VMS (Ladner, Mark) (Entered: 12/28/2020) | 12/28/2020 |
|  | ORDER in case 1:05-cv-03800-MKB-VMS; granting (254) Motion to Withdraw as Attorney. Attorney Mark P. Ladner terminated in case 1:05-cv-04521-MKB-VMS; granting (255) Motion to Withdraw as Attorney. Attorney Mark P. Ladner terminated in case 1:05-cv-04520-MKB-VMS; granting (8241) Motion to Withdraw as Attorney. Attorney Mark P. Ladner terminated in case 1:05-md-01720-MKB-VMS; granting (205) Motion to Withdraw as Attorney. Attorney Mark P. Ladner terminated in case 1:05-cv-05071-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 12/29/2020. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 12/29/2020) | 12/29/2020 |
| 8243 | MOTION to Withdraw as Attorney of Record (Attorney Mark R. Merley) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/30/2020) | 12/30/2020 |
| 8244 | AFFIDAVIT/DECLARATION in Support re 8243 MOTION to Withdraw as Attorney of Record (Attorney Mark R. Merley) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 12/30/2020) | 12/30/2020 |
| 8245 | MOTION to Withdraw as Attorney Jamie L. Miller by Wendy M. Adams, Dianna Lawrence, Edward Lawrence, Melvin Salveson. (Attachments: # 1 Declaration of Jamie L. Miller, # 2 Proposed Order) (Alioto, Joseph) (Entered: 12/31/2020) | 12/31/2020 |
|  | ORDER in case 1:05-cv-03800-MKB-VMS; granting (8243) Motion to Withdraw as Attorney. Attorney Mark R. Merley and Jamie Lynne Miller terminated; granting (8245) Motion to Withdraw as Attorney. Attorney Mark R. Merley and Jamie Lynne Miller terminated in case 1:05-md-01720-MKB-VMS Ordered by Magistrate Judge Vera M. Scanlon on 1/4/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 01/04/2021) | 01/04/2021 |
| 8246 | NOTICE of Appearance by Christopher Bateman on behalf of Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Mineral Spring Avenue Getty, Inc., Pit Row, Inc., Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., Zarco USA, Inc. (aty to be noticed) (Bateman, Christopher) (Entered: 01/07/2021) | 01/07/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8247 | NOTICE of Appearance by Richard A. Koffman on behalf of Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Mineral Spring Avenue Getty, Inc., Pit Row, Inc., Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., Zarco USA, Inc. (aty to be noticed) (Koffman, Richard) (Entered: 01/07/2021) | 01/07/2021 |
| 8248 | NOTICE of Appearance by Manuel Juan Dominguez on behalf of Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Mineral Spring Avenue Getty, Inc., Pit Row, Inc., Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., Zarco USA, Inc. (aty to be noticed) (Dominguez, Manuel) (Entered: 01/07/2021) | 01/07/2021 |
| 8249 | MOTION to Withdraw as Attorney (Ripa, Sarah) Modified on 1/13/2021 to add motion. (Quinlan, Krista). (Entered: 01/12/2021) | 01/12/2021 |
| 8250 | NOTICE of Appearance by Matthew S. Wild on behalf of Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (aty to be noticed) (Wild, Matthew) (Entered: 01/13/2021) | 01/13/2021 |
| 8251 | MOTION to Withdraw as Attorney Lisl J. Dunlop by Defendants in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendants in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendants in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Juniper Financial Corporation, Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp.. (Attachments: # 1 Proposed Order) Associated Cases: 1:05-md-01720-MKB-VMS, 1:05-cv-04520-MKB-VMS, 1:05-cv-04521-MKB-VMS, 1:05-cv-05071-MKB-VMS (Dunlop, Lisl) (Entered: 01/13/2021) | 01/13/2021 |
| 8252 | MOTION to Withdraw as Attorney Regina Calcaterra by Long Island Rail Road Company, MTA Bus Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Declaration, # 2 Proposed Order) (Calcaterra, Regina) (Entered: 01/13/2021) | 01/13/2021 |
| | ORDER in case 1:05-cv-03800-MKB-VMS; granting (8249) Motion to Withdraw as Attorney. Attorney Sarah Ripa terminated in case 1:05-md-01720-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 1/13/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 01/13/2021) | 01/13/2021 |
| 8253 | Letter request by W. Merrill and A. Subramanian to be removed from electronic case notifications by Buc-ee's Ltd (Merrill, William) (Entered: 01/14/2021) | 01/14/2021 |
| | ORDER in case 1:05-cv-03800-MKB-VMS; granting (256) Motion to Withdraw as Attorney. Attorney Regina Marie Calcaterra and Lisl J. Dunlop terminated in case 1:05-cv-04521-MKB-VMS; granting (257) Motion to Withdraw as Attorney. Attorney Regina Marie Calcaterra and Lisl J. Dunlop terminated in case 1:05-cv-04520-MKB-VMS; granting (8251) Motion to Withdraw as Attorney. Attorney Regina Marie Calcaterra and Lisl J. Dunlop terminated; granting (8252) Motion to Withdraw as Attorney. Attorney Regina Marie Calcaterra and Lisl J. Dunlop terminated in case 1:05-md-01720-MKB-VMS; granting (207) Motion to Withdraw as Attorney. Attorney Regina Marie Calcaterra and Lisl J. Dunlop terminated in case 1:05-cv-05071-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 1/14/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 01/14/2021) | 01/14/2021 |
| 8254 | Letter MOTION for Extension of Time to File public, redacted versions of Summary Judgment and Daubert briefing. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/15/2021) | 01/15/2021 |
| | ORDER granting 8254 Motion for Extension of Time to File. The deadline to file the redacted papers associated with the Daubert and summary judgment motions is extended to February 19, 2021. Ordered by Judge Margo K. Brodie on 1/15/2021. (Carrero, Jacquellena) (Entered: 01/15/2021) | 01/15/2021 |
| | ORDER denying letter 8253 requesting removal from ECF Notices of Electronic Filings (NEF). The District's Local Rules requires NEF for appearing attorneys in order to avoid disputes regarding receipt of notices of Court activity in a case. The moving attorneys may address difficulties presented by the volume of notices through the use of technology assistance on the receiving end of the transmissions (e.g., through email filters and the use of folders, or through the use of a case-specific email address). For assistance in updating contact information with the Court generally or for a specific case, attorneys may consult: https://img.nyed.uscourts.gov/files/local_rules/Maintaining_Your_CSO_Account.pdf. Ordered by Magistrate Judge Vera M. Scanlon on 1/19/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 01/19/2021) | 01/19/2021 |
| 8255 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated (Morton, Jessica) Modified on 1/22/2021 to add motion. (Quinlan, Krista). (Entered: 01/21/2021) | 01/21/2021 |
| | ORDER in case 1:05-cv-03800-MKB-VMS; granting (8255) Motion to Withdraw as Attorney. Attorney Jessica A. Morton terminated in case 1:05-md-01720-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 1/22/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 01/22/2021) | 01/22/2021 |
| 8256 | AFFIDAVIT of Service for the Class Action Complaint on Behalf of Indirect-Purchaser Gasoline Retailers and the First Amended Class Action Complaint on Behalf of Indirect-Purchaser Gasoline Retailers served on the Attorney General of Arizona, filed by Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Wild, Matthew) (Entered: 01/29/2021) | 01/29/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8257 | AFFIDAVIT of Service for the Class Action Complaint on Behalf of Indirect-Purchaser Gasoline Retailers and the First Amended Class Action Complaint on Behalf of Indirect-Purchaser Gasoline Retailers served on the Attorney General of Rhode Island, filed by Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Wild, Matthew) (Entered: 01/29/2021) | 01/29/2021 |
| 8258 | MOTION to Withdraw as Attorney (Attachments: # 1 Declaration) Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:14-cv-06450-MKB-VMS (Klein, Gayle) Modified on 2/4/2021 to add motion. (Quinlan, Krista). (Entered: 02/03/2021) | 02/03/2021 |
| | ORDER in case 1:05-cv-03800-MKB-VMS; granting (8258) Motion to Withdraw as Attorney. Attorney Gayle Rosenstein Klein terminated in case 1:05-md-01720-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 2/4/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 02/04/2021) | 02/04/2021 |
| | ORDER in case 1:05-cv-03800-MKB-VMS; granting (8258) Motion to Withdraw as Attorney. Attorney Gayle Rosenstein Klein terminated in case 1:05-md-01720-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 2/4/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 02/04/2021) | 02/04/2021 |
| 8259 | NOTICE of Appearance by Megan Michelle Howe on behalf of Elgin Ave. Recovery, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:14-cv-06450-MKB-VMS (Howe, Megan) (Entered: 02/08/2021) | 02/08/2021 |
| 8260 | MOTION to Withdraw as Attorney by Elgin Ave. Recovery, LLC. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:14-cv-06450-MKB-VMS (Jordano, Cynthia) (Entered: 02/09/2021) | 02/09/2021 |
| 8261 | MOTION for Extension of Time to File Answer by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) Modified on 2/11/2021 to add motion. (Quinlan, Krista). (Entered: 02/10/2021) | 02/10/2021 |
| | ORDER in case 1:05-cv-03800-MKB-VMS; granting (8260) Motion to Withdraw as Attorney. Attorney Cynthia M. Jordano terminated in case 1:05-md-01720-MKB-VMS; granting (219) Motion to Withdraw as Attorney. Attorney Cynthia M. Jordano terminated in case 1:13-cv-05746-MKB-VMS; granting (72) Motion to Withdraw as Attorney. Attorney Cynthia M. Jordano terminated in case 1:14-cv-06450-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 2/10/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 02/10/2021) | 02/10/2021 |
| | ORDER granting 8261 stipulation to enlarged time to file answer or otherwise respond. On or before 5/17/2021, Defendants in the action 20cv1517 Pizzabov, Inc., et al., v. Visa International Service Assn, et al., shall answer or otherwise respond. This shall be done on the docket for the individual member case and not on the master docket bearing docket number 05 MD 1720. Ordered by Magistrate Judge Vera M. Scanlon on 2/11/2021. (Quinlan, Krista) (Entered: 02/11/2021) | 02/11/2021 |
| 8262 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) previously filed under seal as 8068 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8263 | REPORT of Rule 26(f) Planning Meeting (Attachments: # 1 Proposed Order) (Koffman, Richard) (Entered: 02/19/2021) | 02/19/2021 |
| 8264 | AFFIDAVIT/DECLARATION in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) previously filed under seal as 8069 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8265 | MEMORANDUM in Support re 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE) previously filed under seal as 8072 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8266 | MEMORANDUM in Support re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) previously filed under seal as 8078 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8267 | MEMORANDUM in Support re 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN) previously filed under seal as 8083 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8268 | MEMORANDUM in Support re 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) previously filed under seal as 8085 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8269 | MEMORANDUM in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey previously filed under seal as 8092 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8270 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Visa and Bank Defendants' Memorandum in Support of the Motion for Summary Judgment on Plaintiffs' Monopolization Claims] previously filed under seal as 8088 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8271 | AFFIDAVIT/DECLARATION in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey previously filed under seal as 8093 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8272 | REPLY in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey previously filed under seal as 8095 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8273 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Defendants' Memorandum of Law in Support of their Motion for Summary Judgment on Plaintiffs' Post-IPO Conspiracy Claims] previously filed under seal as 8089 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8274 | AFFIDAVIT/DECLARATION in Support re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey (SUPPLEMENTAL) previously filed under seal as 8096 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8275 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Visa and Bank Defendants' Reply Memorandum in Support of the Motion for Summary Judgment on Plaintiffs' Monopolization Claims] previously filed under seal as 8091 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8276 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Defendants' Reply Memorandum of Law in Support of their Motion for Summary Judgment on Plaintiffs' Post-IPO Conspiracy Claims] previously filed under seal as 8094 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8277 | REDACTION to 8071 1 - Sealed Document CV,, Memorandum in Support, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8278 | REDACTION to 8073 1 - Sealed Document CV,, Memorandum in Support, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8279 | REDACTION to 8076 1 - Sealed Document CV, Memorandum in Support by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8280 | REDACTION to 8079 1 - Sealed Document CV, Memorandum in Support by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8281 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Defendants' Reply in Support of Defendants' Statement of Material Facts as to which there is No Genuine Issue to be Tried] previously filed under seal as 8103 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8282 | REDACTION to 8082 1 - Sealed Document CV, Memorandum in Support by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8283 | REDACTION to 8156 1 - Sealed Document CV, Reply in Support by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8284 | REDACTION to 8157 1 - Sealed Document CV,, Reply in Support, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8285 | REDACTION to 8158 1 - Sealed Document CV, Reply in Support by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8286 | REDACTION to 8159 1 - Sealed Document CV, Reply in Support by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8287 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Defendants' Consolidated Response to Plaintiffs' Statements of Additional Material Facts] previously filed under seal as 8106 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8288 | REDACTION to 8160 1 - Sealed Document CV, Reply in Support by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8289 | REDACTION to 8216 1 - Sealed Document CV,, Memorandum in Opposition, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8290 | REDACTION to 8217 1 - Sealed Document CV,,,,,, Affidavit in Opposition to Motion,,,,,, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8291 | MEMORANDUM in Support re 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) (REDACTION - previously filed under seal at Dkt. 8181) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8292 | REDACTION to 8218 1 - Sealed Document CV,, Affidavit in Opposition to Motion, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8293 | REDACTION to 8219 1 - Sealed Document CV,,,,, Affidavit in Support of Motion,,,, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8294 | MEMORANDUM in Support re 8150 Notice of MOTION for Partial Summary Judgment , 8152 1 - Sealed Document CV, Memorandum in Support filed by Equitable Relief Class. (Attachments: # 1 Proposed Order) (Shadowen, Steve) (Entered: 02/19/2021) | 02/19/2021 |
| 8295 | REDACTION to 8220 1 - Sealed Document CV,, Rule 56.1 Statement, by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8296 | AFFIDAVIT/DECLARATION in Support re 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) (DECLARATION OF STEIG D. OLSON) (REDACTED - previously filed under seal at Dkt. 8182) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8297 | REPLY in Support re 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) (REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE HOME DEPOT, THE 7-ELEVEN PLAINTIFFS, AND ELGIN AVE. RECOVERY, LLC'S MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY) (REDACTED - previously filed under seal at Dkt. 8183) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8298 | RULE 56.1 STATEMENT re 8150 Notice of MOTION for Partial Summary Judgment previously filed under seal as 8153 filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 02/19/2021) | 02/19/2021 |
| 8299 | AFFIDAVIT/DECLARATION in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) [Second Transmittal Declaration of Rosemary Szanyi in Connection with Defendants' Motions for Summary Judgment and Statement of Material Facts as to which there is No Genuine Issue to be Tried] previously filed under seal as 8111 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8300 | MEMORANDUM in Support re 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (REDACTED - previously filed under seal at Dkt. 8185) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8301 | AFFIDAVIT/DECLARATION in Support re 8150 Notice of MOTION for Partial Summary Judgment originally filed under seal as 8154 filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 02/19/2021) | 02/19/2021 |
| 8302 | REPLY in Support re 8150 Notice of MOTION for Partial Summary Judgment , 8155 1 - Sealed Document CV, Reply in Support filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 02/19/2021) | 02/19/2021 |
| 8303 | RULE 56.1 STATEMENT re 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (REDACTED - previously filed under seal at Dkt. 8186) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8304 | REPLY in Support re 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE) [Visa and Bank Defendants' Reply Memorandum in Support of the Motion to Exclude Expert Testimony Concerning Visa's Fixed Acquirer Network Fee] previously filed under seal as 8118 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8305 | RESPONSE in Opposition re 8074 MOTION in Limine / Exclude in Part the Opinions of Professor Joseph E. Stiglitz originally filed under seal as 8163 filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 02/19/2021) | 02/19/2021 |
| 8306 | AFFIDAVIT/DECLARATION in Support re 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (DECLARATION OF ALICIA COBB) (REDACTED - previously filed under seal at Dkt. 8187) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8307 | RESPONSE in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) Under Ohio v. American Express, originally filed under seal as 8168 filed by Equitable Relief Class. (Shadowen, Steve) (Entered: 02/19/2021) | 02/19/2021 |
| 8308 | REPLY in Support re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) [Reply Memorandum in Support of Defendants' Motion to Exclude the Opinions of David P. Stowell] previously filed under seal as 8123 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8309 | REPLY in Support re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT) (REDACTED - previously filed under seal at Dkt. 8188) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8310 | MEMORANDUM in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard REDACTED-previously filed under seal as 8109 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8311 | MEMORANDUM in Support re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) previously filed under seal at Dkt. No. 8105 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 02/19/2021) | 02/19/2021 |
| 8312 | RULE 56.1 STATEMENT re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COMBINED COUNTER-STATEMENT AND RESPONSES TO DEFENDANTS' STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS) (REDACTED - previously filed under seal at Dkt. 8189) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8313 | REPLY in Support re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) previously filed under seal at Dkt. No. 8107 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 02/19/2021) | 02/19/2021 |
| 8314 | AFFIDAVIT/DECLARATION in Support re 8097 Notice of MOTION for Partial Summary Judgment , 8184 MOTION for Partial Summary Judgment ( NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (REPLY DECLARATION OF ALICIA COBB) (REDACTED - previously filed under seal at Dkt. 8190) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8315 | REPLY in Support re 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN) [Defendants' Reply in Support of the Motion to Exclude in Part the Section 1 Opinions of Professor Jerry Hausman] previously filed under seal as 8128 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8316 | AFFIDAVIT/DECLARATION in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard previously filed under seal as 8110 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8317 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO MASTERCARD AND BANK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO MASTERCARD'S MARKET POWER) (REDACTED - previously filed under seal at Dkt. 8191) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8318 | MEMORANDUM in Support re 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT previously filed under seal at Dkt. No. 8140 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 02/19/2021) | 02/19/2021 |
| 8319 | REPLY in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard Redacted-previously filed under seal as 8112 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8320 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' DAMAGES CLAIMS UNDER FEDERAL ANTITRUST LAWS BASED ON ILLINOIS BRICK CO. V. ILLINOIS) (REDACTED - previously filed under seal at Dkt. 8192) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8321 | AFFIDAVIT/DECLARATION in Support re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard (SUPPLEMENTAL) previously filed under seal as 8113 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8322 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' POST-IPO CONSPIRACY CLAIMS) (REDACTED - previously filed under seal at Dkt. 8193) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8323 | REPLY in Support re 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT previously filed under seal at Dkt. No. 8142 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8324 | REPLY in Support re 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) [Visa and Bank Defendants' Reply in Support of the Motion to Exclude in Part the Section 2 and Debit Opinions of Professor Jerry Hausman] previously filed under seal as 8131 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8325 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER OHIO V. AMERICAN EXPRESS) (REDACTED - previously filed under seal at Dkt. 8194) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8326 | Letter , dated February 19, 2021 re: filing of answer in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-05746 by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC (Bershteyn, Boris) (Entered: 02/19/2021) | 02/19/2021 |
| 8327 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' RESPONSES TO DEFENDANTS' RULE 56.1 STATEMENT) (REDACTED - previously filed under seal at Dkt. 8195) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8328 | MEMORANDUM in Opposition re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey [Defendants' Memorandum in Opposition to Direct Action Plaintiffs' Motion to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey] previously filed under seal as 8198 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8329 | RULE 56.1 STATEMENT re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DIRECT ACTION PLAINTIFFS' COUNTERSTATEMENT OF MATERIAL FACTS) (REDACTED - previously filed under seal at Dkt. 8196) filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8330 | Letter (7-Eleven and THD's Letter re Visa-Plaid re Docket No. 8067) (REDACTED - previously filed under seal at Dkt. 8197) by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 02/19/2021) | 02/19/2021 |
| 8331 | MEMORANDUM in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn REDACTED previously filed under seal as 8116 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8332 | REPLY in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) ERCP Opposition to Visa and Bank Defendants' Motion for Summary Judgment on Plaintiffs' Monopolization Claims previously filed under seal as (8169) filed by Equitable Relief Class. (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8333 | MEMORANDUM in Opposition re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn [Defendants' Memorandum in Opposition to Direct Action Plaintiffs' Motion to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn] previously filed under seal as 8199 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8334 | AFFIDAVIT/DECLARATION in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn REDACTED previously filed under seal as 8117 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8335 | REPLY in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn REDACTED previously filed under seal as 8119 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8336 | MEMORANDUM in Opposition re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece [The Visa Defendants' Memorandum in Opposition to the Direct Action Plaintiffs' Motion to Exclude the Report and Opinions of Defense Expert David J. Teece] previously filed under seal as 8202 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8337 | AFFIDAVIT/DECLARATION in Support re 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn (Supplemental) previously filed under seal as 8120 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8338 | MEMORANDUM in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner previously filed under seal as 8122 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8339 | AFFIDAVIT/DECLARATION in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner previously filed under seal as 8124 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8340 | MEMORANDUM in Opposition re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner [Defendants' Memorandum in Opposition to Target Plaintiffs' Motion to Exclude the Report and Opinions of Defense Expert Andres Lerner] previously filed under seal as 8205 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8341 | REPLY in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner previously filed under seal as 8125 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8342 | AFFIDAVIT/DECLARATION in Support re 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner (Supplemental) previously filed under seal as 8126 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8343 | MEMORANDUM in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy REDACTED previously filed under seal as 8130 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8344 | MEMORANDUM in Opposition re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) [Defendants' Memorandum of Law in Opposition to the 7-Eleven Plaintiffs' and the Home Depot's Motion to Exclude Portions of the Reports and Opinions of Defense Experts Marc Cleven and Stuart J. Fiske] previously filed under seal as 8210 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8345 | AFFIDAVIT/DECLARATION in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy previously filed under seal as 8132 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8346 | MEMORANDUM in Opposition re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) [Defendants' Memorandum in Opposition to Direct Action Plaintiffs' Motion to Exclude Portions of the Report and Opinions of Defense Expert David P. Kaplan] previously filed under seal as 8212 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8347 | REPLY in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy previously filed under seal as 8133 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8348 | AFFIDAVIT/DECLARATION in Support re 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy (Supplemental) previously filed under seal as 8134 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8349 | MEMORANDUM in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece previously filed under seal as 8136 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8350 | MEMORANDUM in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) :(Under Illinois Brick Co. v. Illinois), previously filed under seal as 8174 filed by Citibank N A, Citicorp Credit Services, Inc. (USA), Citigroup Inc. (Nagin, Benjamin) (Entered: 02/19/2021) | 02/19/2021 |
| 8351 | AFFIDAVIT/DECLARATION in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece previously filed under seal as 8137 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8352 | REPLY in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece previously filed under seal as 8141 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8353 | AFFIDAVIT/DECLARATION in Support re 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece (Supplemental) previously filed under seal as 8143 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8354 | AFFIDAVIT/DECLARATION in Opposition re 8090 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey, 8135 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert David J. Teece, 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY), 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions of The Report and Opinions of Defense Expert Kevin M. Murphy, 8114 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn, 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN), 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE), 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard, 8121 Notice of MOTION in Limine by the Target Plaintiffs' to Exclude the Report and Opinions of Defense Expert Andres V. Lerner [Transmittal Declaration of Rosemary Szanyi in Connection with Defendants' Oppositions to the Motions to Exclude Certain Opinions of Marc Cleven, Stuart J. Fiske, R. Garrison Harvey, Glenn Hubbard, Barbara E. Kahn, David P. Kaplan, Andres Lerner, Kevin M. Murphy, and David J. Teece] ] previously filed under seal as 8213 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8355 | MEMORANDUM in Support re 8097 Notice of MOTION for Partial Summary Judgment REDACTED previously filed under seal as 8098 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8356 | RULE 56.1 STATEMENT re 8097 Notice of MOTION for Partial Summary Judgment REDACTED previously filed under seal as 8099 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8357 | AFFIDAVIT/DECLARATION in Support re 8097 Notice of MOTION for Partial Summary Judgment REDACTED previously filed under seal as 8100 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8358 | REDACTION to 8089 1 - Sealed Document CV,, Memorandum in Support, by Equitable Relief Class (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8359 | MEMORANDUM in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT), 8073 1 - Sealed Document CV,, Memorandum in Support, REDACTED previously filed under seal as 8102 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8360 | MEMORANDUM in Opposition re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) previously filed under seal as 8145 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8361 | REDACTION to 8193 1 - Sealed Document CV,, Memorandum in Opposition, Equitable Relief Plaintiffs' Memorandum of Law In Opposition to Defendants' Motion For Summary Judgment on Plaintiffs' Post-IPO Conspiracy Claims previously filed under seal as (8193) by Equitable Relief Class (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8362 | MEMORANDUM in Support re 8086 MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton ; Redacted Version of Document Previously Filed Under Seal as D.E. 8087 filed by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 02/19/2021) | 02/19/2021 |
| 8363 | REPLY in Support re 8086 MOTION in Limine ; Defendants' Notice of Motion to Exclude the Report and Testimony of the 23(b)(2) Plaintiffs' Expert Dennis W. Carlton ; Redacted Version of Document Previously Filed Under Seal as D.E. 8144 filed by BA Merchant Services LLC, Bank Of America, N.A., Bank of America Corporation. (Miller, Michael) (Entered: 02/19/2021) | 02/19/2021 |
| 8364 | AFFIDAVIT/DECLARATION in Opposition re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) By Direct Action Plaintiffs previously filed under seal as 8146 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8365 | REPLY in Support re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) : (Under Illinois Brick Co. v. Illinois), previously filed under seal as 8175 filed by Citibank N A, Citicorp Credit Services, Inc. (USA), Citigroup Inc. (Nagin, Benjamin) (Entered: 02/19/2021) | 02/19/2021 |
| 8366 | MEMORANDUM in Opposition re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS By Target Plaintiffs, REDACTED previously filed under seal as 8147 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8367 | AFFIDAVIT/DECLARATION in Opposition re 8104 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS) on behalf of Target Plaintiffs, REDACTED previously filed under seal as 8148 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8368 | MEMORANDUM in Opposition re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) by Target Plaintiffs previously filed under seal as 8149 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8369 | AFFIDAVIT/DECLARATION in Opposition re 8075 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL) on behalf of Target Plaintiffs previously filed under seal as 8151 filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Wilson, James) (Entered: 02/19/2021) | 02/19/2021 |
| 8370 | MEMORANDUM in Support re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) previously filed under seal as 8203 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8371 | AFFIDAVIT/DECLARATION in Support re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) previously filed under seal as 8204 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8372 | MEMORANDUM in Support re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) previously filed under seal as 8115 filed by Citibank N A, Citigroup Inc, Bank Of America, N.A., Bank of America Corporation, First National Bank of Omaha, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Paymentech, LLC, Texas Independent Bancshares, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A.. (Bershteyn, Boris) (Entered: 02/19/2021) | 02/19/2021 |
| 8373 | Letter Regarding Filing of Answer to Elgin Amended Complaint in 7-Eleven, Inc., et al. v. Visa, Inc., et al.; Case No. 1:13-cv-05746 by FIA Card Services, N.A., Bank Of America, N.A., Bank of America Corporation (Miller, Michael) (Entered: 02/19/2021) | 02/19/2021 |
| 8374 | REPLY in Support re 8101 MOTION in Limine (Defendants' Notice of Motion to Exclude the Opinions of Dr. Reto Kohler) previously filed under seal as 8127 filed by C & B Warehouse Distributing, Inc., Citibank N A, Citigroup Inc, Bank Of America, N.A., Bank of America Corporation, First National Bank of Omaha, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Paymentech, LLC, Texas Independent Bancshares, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A.. (Bershteyn, Boris) (Entered: 02/19/2021) | 02/19/2021 |
| 8375 | MEMORANDUM in Opposition re 8108 Notice of MOTION in Limine by the Direct Action Plaintiffs to Exclude The Report and Opinions of Defense Expert Glenn Hubbard previously filed under seal as 8139 filed by J & R Quick Stop, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 02/19/2021) | 02/19/2021 |
| 8376 | MEMORANDUM in Opposition re 8180 MOTION in Limine (NOTICE OF THE HOME DEPOT'S AND THE 7-ELEVEN PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY), 8129 Notice of MOTION in Limine by the Target Plaintiffs to Exclude Portions Of The Report and Opinions of Defense Expert Kevin M. Murphy previously filed under seal as 8201 filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 02/19/2021) | 02/19/2021 |
| 8377 | MEMORANDUM in Opposition re 8150 Notice of MOTION for Partial Summary Judgment previously filed under seal as 8206 filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 02/19/2021) | 02/19/2021 |
| 8378 | RULE 56.1 STATEMENT re 8150 Notice of MOTION for Partial Summary Judgment (RESPONSE IN OPPOSITION TO RULE 23(B)(2) CLASS PLAINTIFFS STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1) previously filed under seal as 8208 filed by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 02/19/2021) | 02/19/2021 |
| 8379 | REDACTION to 8172 1 - Sealed Document CV,, Rule 56.1 Statement, Equitable Relief Plaintiffs' Counterstatement of Facts In Response To Defendants' Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried previously filed under seal (8172) by Equitable Relief Class (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8380 | REDACTION to 8170 1 - Sealed Document CV, Response in Opposition to Motion Memorandum of Law In Opposition To Mastercard And Bank Defendants' Motion For Summary Judgment Based on Mastercard's Lack of Market Power previously filed under seal (8170) by Equitable Relief Class (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8381 | AFFIDAVIT/DECLARATION in Support re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) (Corrected Version with Proposed Order) previously filed under seal as 8204 filed by 7-Eleven Inc.. (Attachments: # 1 Proposed Order) (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8382 | MEMORANDUM in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) previously filed under seal as 8209 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8383 | AFFIDAVIT/DECLARATION in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) previously filed under seal as 8211 filed by 7-Eleven Inc.. (Attachments: # 1 Proposed Order) (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8384 | REDACTION to 8164 1 - Sealed Document CV, Response in Opposition to Motion Equitable Relief Plaintiffs' Opposition To Defendants's Motion To Exclude The Report And Testimony of Dennis W. Carlton previously filed under seal (8164) by Equitable Relief Class (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |

9/2/25, 11:11 AM
app.pacerpro.com/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 8385 | MEMORANDUM in Opposition re 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN) previously filed under seal as 8223 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8386 | ANSWER to Complaint (Answer to Amended Complaint in 7-Eleven, Inc. et al v. Visa Inc. et.al., No. 13-cv-5746) by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 02/19/2021) | 02/19/2021 |
| 8387 | Letter re: filing of Answer to Amended Complaint in 7-Eleven, Inc. et al v. Visa Inc. et.al., No. 13-cv-5746 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 02/19/2021) | 02/19/2021 |
| 8388 | MEMORANDUM in Opposition re 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) previously filed under seal as 8224 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8389 | MEMORANDUM in Opposition re 8080 MOTION in Limine / Exclude Opinions of Stephen C. Mott previously filed under seal as 8225 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8390 | Letter Regarding Answer to Elgin's Amended Complaint and Jury Demand by Citibank N.A., Citicorp Credit Services, Inc. (USA), Citigroup Inc Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Nagin, Benjamin) (Entered: 02/19/2021) | 02/19/2021 |
| 8391 | MEMORANDUM in Opposition re 8077 MOTION in Limine / Exclude Opinions of Mansour Karimzadeh previously filed under seal as 8226 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8392 | MEMORANDUM in Opposition re 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE) previously filed under seal as 8227 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8393 | MEMORANDUM in Opposition re 8138 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE PLAINTIFFS EXPERTS OPINIONS ON EMV CHARGEBACKS AND FOR PARTIAL SUMMARY JUDGMENT previously filed under seal as 8228 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8394 | Letter re filing of Answer to Elgin's Amended Complaint in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-05746 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 02/19/2021) | 02/19/2021 |
| 8395 | MEMORANDUM in Opposition for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO VISA AND BANK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' MONOPOLIZATION CLAIMS) previously filed under seal as 8229 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8396 | REDACTION Dennis Carlton Daubert Opposition Declaration previously filed under seal (8165) by Equitable Relief Class (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8397 | AFFIDAVIT/DECLARATION in Opposition re 8067 MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) (DECLARATION OF JEFFREY I. SHINDER IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS OPPOSITIONS TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT) previously filed under seal as 8230 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8398 | REDACTION Robert Eisler Declaration in Opposition to Motion For Summary Judgment previously filed under seal (8171) by Equitable Relief Class (Eisler, Robert) (Entered: 02/19/2021) | 02/19/2021 |
| 8399 | AFFIDAVIT/DECLARATION in Opposition re 8080 MOTION in Limine / Exclude Opinions of Stephen C. Mott, 8077 MOTION in Limine / Exclude Opinions of Mansour Karimzadeh, 8070 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY CONCERNING VISAS FIXED ACQUIRER NETWORK FEE), 8081 MOTION in Limine (DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 1 OPINIONS OF PROFESSOR JERRY HAUSMAN), 8084 MOTION in Limine (VISA AND BANK DEFENDANTS NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN) (DECLARATION OF JEFFREY I. SHINDER IN SUPPORT OF OPPOSITIONS TO DEFENDANTS DAUBERT MOTIONS) previously filed under seal as 8231 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8400 | REPLY in Support re 8200 Notice of MOTION in Limine (NOTICE OF THE 7-ELEVEN PLAINTIFFS' AND THE HOME DEPOT'S MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) (REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE 7-ELEVEN PLAINTIFFS, THE HOME DEPOT, AND ELGIN AVE. RECOVERY, LLCS MOTION TO EXCLUDE PORTIONS OF THE REPORTS AND OPINIONS OF DEFENSE EXPERTS MARC CLEVEN AND STUART J. FISKE) previously filed under seal as 8232 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8401 | Joint MOTION for Extension of Time to Complete Discovery by Mastercard Incorporated, Mastercard International Incorporated. (Ioffredo, Donna) (Entered: 02/19/2021) | 02/19/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8402 | REPLY in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) (REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) previously filed under seal as 8233 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8403 | AFFIDAVIT/DECLARATION in Support re 8207 Notice of MOTION in Limine (NOTICE OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) (SUPPLEMENTAL DECLARATION OF JEFFREY I. SHINDER IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID P. KAPLAN) previously filed under seal as 8234 filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 02/19/2021) | 02/19/2021 |
| 8404 | Letter regarding Answer to Elgin's Amended Complaint by Wells Fargo & Company, Wells Fargo Bank N.A. (LoBue, Robert) (Entered: 02/19/2021) | 02/19/2021 |
|  | ORDER granting (8401) Motion for Extension of Time to Complete Discovery in case 1:05-md-01720-MKB-VMS. On or before 2/26/2021, the parties will submit any issues to the Court. Ordered by Magistrate Judge Vera M. Scanlon on 2/22/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 02/22/2021) | 02/22/2021 |
| 8405 | Letter regarding Deposition Protocol by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555 (Attachments: # 1 Proposed Order) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 02/26/2021) | 02/26/2021 |
| 8406 | Attached is a certified copy of CTO from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district. Pursuant to this order, your case number 21 CV 1234 must be transferred to the Eastern District of New York. Our case number 21 CV 01175(MKB)(VMS). Please file the attached, certified copy of the CTO in the affected case, and close the case. Please transmit the record of this case to the Eastern District of New York using the CM/ECF Transfer Case utility. (Marziliano, August) (Entered: 03/05/2021) | 03/05/2021 |
| 8407 | JPMDL Conditional Transfer Order CTO-33 - Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (Marziliano, August) (Entered: 03/05/2021) | 03/05/2021 |
| 8408 | MOTION for Extension of Time to File Answer re: Complaint in 21cv1175 (Intuit Inc., et al. v. Visa Inc., et al.) by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 03/15/2021) | 03/15/2021 |
| 8409 | NOTICE of Change of Firm Name and Email Address of Jayne A. Goldstein Once the filing has been made, you must login to www.pacer.gov and update your account. (Goldstein, Jayne) (Entered: 03/16/2021) | 03/16/2021 |
|  | ORDER granting 8408 Motion for Extension of Time to Answer as to the Intuit Action. Defendants' deadline to answer the Complaint or otherwise move is extended to 3/31/2021. Ordered by Magistrate Judge Vera M. Scanlon on 3/16/2021. (Quinlan, Krista) (Entered: 03/16/2021) | 03/16/2021 |
| 8410 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated (Notice of Withdrawal of Counsel) (Parikh, Michelle) (Entered: 03/26/2021) | 03/26/2021 |
| 8411 | Letter re: Direct Action Plaintiffs' Opposition to Equitable Relief Plaintiffs' Motion for Class Certification by 7-Eleven Inc. (Scupp, David) (Entered: 03/26/2021) | 03/26/2021 |
| 8412 | Letter RE: Grubhub Plaintiffs' Opposition to Equitable Relief Plaintiffs' Motion for Class Certification by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555 (Wilson, James) (Entered: 03/26/2021) | 03/26/2021 |
| 8413 | Letter re Motion to Intervene by Wal-Mart Stores, Inc. (Schoeman, Paul) (Entered: 03/26/2021) | 03/26/2021 |
| 8414 | NOTICE of Appearance by Debra L. Greenberger on behalf of National Retail Federation, Retail Industry Leaders Association (aty to be noticed) (Greenberger, Debra) (Entered: 03/26/2021) | 03/26/2021 |
| 8415 | NOTICE of Appearance by Noel Leon on behalf of National Retail Federation, Retail Industry Leaders Association (aty to be noticed) (Leon, Noel) (Entered: 03/26/2021) | 03/26/2021 |
| 8416 | NOTICE by National Retail Federation, Retail Industry Leaders Association Re: Letter Notice of File & Serve for Motion to Intervene on behalf of Proposed Intervenors Merchant Trade Groups (Leon, Noel) (Entered: 03/26/2021) | 03/26/2021 |
| 8417 | Letter re: filing of Answer to Complaint in Intuit, et al. v. Visa Inc., et al., No. 21-cv-01175 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/31/2021) | 03/31/2021 |
| 8418 | Corporate Disclosure Statement by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC identifying Other Affiliate The Vanguard Group, Inc. for JP Morgan Chase & Co.; Corporate Parent JP Morgan Chase & Co. for JP Morgan Chase Bank, N.A., Paymentech, LLC. (Bershteyn, Boris) (Entered: 03/31/2021) | 03/31/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8419 | Letter re: filing of Answer to Complaint in Intuit Inc., et al. v. Visa Inc., et al., No. 21-cv-01175 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 03/31/2021) | 03/31/2021 |
| 8420 | ANSWER to Complaint in Intuit Inc., et al. v. Visa Inc., et al., No. 21-cv-01175 by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 03/31/2021) | 03/31/2021 |
| 8421 | STIPULATION of Dismissal and Order by Contrarian Funds, L.L.C. Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-01519-MKB-VMS (Clarick, Gregory) (Entered: 04/02/2021) | 04/02/2021 |
| 8422 | ORDER granting 8421 PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITHPREJUDICE OF ALL CLAIMS. Ordered by Chief Judge Margo K. Brodie on 4/2/2021. (Valentin, Winnethka) (Entered: 04/02/2021) | 04/02/2021 |
| 8423 | Letter MOTION for Extension of Time to File Response/Reply by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 04/05/2021) | 04/05/2021 |
|  | The Defendants' proposed briefing schedule for the motion for class certification and motions to intervene is adopted. Oppositions to motions to intervene due 4/16/2021; reply papers on motions to intervene due 4/30/2021; reply papers on motion for class certification extended from 4/16/2021 to 4/30/2021. On or before 5/4/2021, the fully briefed motions shall be filed on the docket by Plaintiffs. Ordered by Magistrate Judge Vera M. Scanlon on 4/6/2021. (Quinlan, Krista) (Entered: 04/06/2021) | 04/06/2021 |
| 8424 | Letter dated April 9, 2021 from (b)(3) Class Counsel requesting approval of the 2021 1st Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/09/2021) | 04/09/2021 |
|  | ORDER re 8424 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 1st quarter 2021 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 4/12/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 04/12/2021) | 04/12/2021 |
| 8425 | MOTION for Hearing on Case Management by Visa Inc.. (Vizas, Robert) (Entered: 04/14/2021) | 04/14/2021 |
| 8426 | Letter re: Omnibus Memorandum of Law in Opposition to Motions to Intervene by Equitable Relief Plaintiffs (Freed, Michael) (Entered: 04/16/2021) | 04/16/2021 |
|  | RESPONSE to Motion re 8425 MOTION for Hearing on Case Management filed by Home Depot U.S.A., Inc.. (Olson, Steig) (Entered: 04/19/2021) | 04/19/2021 |
| 8428 | REPORT of Rule 26(f) Planning Meeting (Attachments: # 1 Proposed Scheduling Order) Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-01175-MKB-VMS (Wolfson, Adam) (Entered: 04/20/2021) | 04/20/2021 |
| 8429 | MOTION to Withdraw as Attorney by All Plaintiffs in 13 CV 5745. (Attachments: # 1 Proposed Order, # 2 Certificate of Service) Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Clarick, Gregory) (Entered: 04/22/2021) | 04/22/2021 |
| 8430 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-14406928. by Home Depot U.S.A Inc, The Home Depot Inc.. (Attachments: # 1 Affidavit in Support of William Price, # 2 Exhibit A-Certificate of Good Standing, # 3 Proposed Order) Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Price, William) (Entered: 04/23/2021) | 04/23/2021 |
| 8431 | MOTION to Withdraw as Attorney by Citibank N A, Citicorp, Citigroup Inc. (Attachments: # 1 Declaration of Samuel S. Choi) (Choi, Samuel) (Entered: 04/23/2021) | 04/23/2021 |
| 8432 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-14406994. by Home Depot U.S.A Inc, The Home Depot Inc.. (Attachments: # 1 Affidavit in Support of Douglas F. Post, # 2 Exhibit A-Certificate of Good Standing, # 3 Proposed Order) Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Post, Douglas) (Entered: 04/23/2021) | 04/23/2021 |
|  | ORDER granting (8429) Motion to Withdraw as Attorney. Attorney Nicole L. Gueron; Isaac Berkman Zaur; Gregory A. Clarick and Gregory Alan Clarick terminated in case 1:05-md-01720-MKB-VMS; granting (168) Motion to Withdraw as Attorney. Attorney Nicole L. Gueron; Isaac Berkman Zaur; Gregory A. Clarick and Gregory Alan Clarick terminated in case 1:13-cv-05745-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 4/23/2021. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Quinlan, Krista) (Entered: 04/23/2021) | 04/23/2021 |
| 8433 | Letter MOTION for Leave to File Document - Omnibus Reply in further support of Class Certification by Equitable Relief Class. (Eisler, Robert) (Entered: 04/26/2021) | 04/26/2021 |
| 8434 | Letter MOTION for Leave to File Excess Pages by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Mason, Robert) (Entered: 04/26/2021) | 04/26/2021 |
|  | ORDER granting 8431 Motion to Withdraw as Attorney. Attorney Samuel Sung-Ook Choi terminated. Ordered by Magistrate Judge Vera M. Scanlon on 4/26/2021. (Quinlan, Krista) (Entered: 04/26/2021) | 04/26/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER in case 1:05-cv-03800-MKB-VMS; granting (8432) Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event Pro Hac Vice Filing fee. in case 1:05-md-01720-MKB-VMS; granting (71) Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee.; granting (72) Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. in case 1:16-cv-05507-MKB-VMS Ordered by Magistrate Judge Vera M. Scanlon on 4/26/2021. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Quinlan, Krista) (Entered: 04/26/2021) | 04/26/2021 |
| | ORDER granting 8433 Motion for Leave to File. The Court grants the Equitable Relief Class Plaintiffs' application for leave to file one omnibus reply brief of up to 20 pages. Ordered by Chief Judge Margo K. Brodie on 4/26/2021. (Carrero, Jacquellena) (Entered: 04/26/2021) | 04/26/2021 |
| 8435 | Letter from (b)(3) Class Counsel dated April 27, 2020 to Judge Brodie and Magistrate Judge Scanlon re Payment of Miller Kaplan Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 04/27/2021) | 04/27/2021 |
| 8436 | NOTICE of Appearance by Douglas Francis Post on behalf of Home Depot U.S.A Inc, The Home Depot Inc., Home Depot U.S.A., Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Post, Douglas) (Entered: 04/28/2021) | 04/28/2021 |
| 8437 | NOTICE of Appearance by William Charlie Price on behalf of Home Depot U.S.A Inc, The Home Depot Inc., Home Depot U.S.A., Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Price, William) (Entered: 04/28/2021) | 04/28/2021 |
| 8438 | Letter Merchant Trade Groups' Reply Memorandum of Law in Further Support of Motion to Intervene by National Retail Federation, Retail Industry Leaders Association (Greenberger, Debra) (Entered: 04/30/2021) | 04/30/2021 |
| 8439 | Letter Regarding Service of Reply in Further Support of Motion for Class Certification by Equitable Relief Class (Eisler, Robert) (Entered: 04/30/2021) | 04/30/2021 |
| 8440 | Corporate Disclosure Statement by Wal-Mart Stores, Inc. (Schoeman, Paul) (Entered: 04/30/2021) | 04/30/2021 |
| 8441 | Letter re Walmart's Reply in Support of Its Motion to Intervene by Wal-Mart Stores, Inc. (Schoeman, Paul) (Entered: 04/30/2021) | 04/30/2021 |
| | ORDER granting 8434 Motion for Leave to File Excess Pages. The Court grants Defendants' request to file a single reply memorandum of up to 25 pages regarding the Rule 23(b)(2) Plaintiffs' motion for class certification. Ordered by Chief Judge Margo K. Brodie on 4/30/2021. (Carrero, Jacquellena) (Entered: 04/30/2021) | 04/30/2021 |
| | ORDER denying 8425 Motion for Hearing. The Court is aware of the pending summary judgment motions and the motions in limine as well as the anticipated class certification motion and motions to intervene. The Court will decide the proper order and the merits of the motions in due course. Ordered by Chief Judge Margo K. Brodie on 4/30/2021. (Carrero, Jacquellena) (Entered: 04/30/2021) | 04/30/2021 |
| 8442 | Letter MOTION for Leave to File Document certain documents relating to the Class Certification Briefing Under Seal by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8443 | Letter MOTION for Leave to File Document Direct Action Plaintiffs' letter motion to file sur-reply by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 05/04/2021) | 05/04/2021 |
| 8444 | MOTION to Certify Class Notice of Motion by Equitable Relief Class. (Attachments: # 1 Proposed Order) (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8445 | MOTION for Leave to File Document - Request for Leave to File Responsive Brief and for Extension of Deadline by National Retail Federation, Retail Industry Leaders Association. (Greenberger, Debra) (Entered: 05/04/2021) | 05/04/2021 |
| 8446 | MEMORANDUM in Support re 8444 MOTION to Certify Class Notice of Motion Redacted Version filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8447 | MEMORANDUM in Support re 8444 MOTION to Certify Class Notice of Motion Under Seal Version filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8448 | DECLARATION re 8447 1 - Sealed Document CV, Memorandum in Support --Declaration of Robert Eisler-- by Equitable Relief Class (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8449 | RESPONSE to Motion re 8444 MOTION to Certify Class Notice of Motion --Response of Defendants to Motion for Class Certification-- filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8450 | MEMORANDUM in Opposition re 8444 MOTION to Certify Class Notice of Motion --by the Direct Action Plaintiffs-- filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8451 | DECLARATION re 8450 Memorandum in Opposition --Declaration of Jeffrey I. Shinder by the Direct Action Plaintiffs-- filed by Equitable Relief Class (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8452 | EXHIBIT --Exhibits to Declaration of Jeffrey I. Shinder by the Direct Action Plaintiffs-- by Equitable Relief Class. Related document: 8451 1 - Sealed Document CV, Declaration filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8453 | MEMORANDUM in Opposition re 8444 MOTION to Certify Class Notice of Motion -- Redacted Version by the Grubhub Plaintiffs-- filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8454 | MEMORANDUM in Opposition re 8444 MOTION to Certify Class Notice of Motion --Under Seal Version by the Grubhub Plaintiffs-- filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8455 | DECLARATION re 8454 1 - Sealed Document CV, Memorandum in Opposition --Declaration of James A. Wilson by the Grubhub Plaintiffs-- by Equitable Relief Class (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8456 | EXHIBIT --Exhibits to the Declaration of James A. Wilson by the Grubhub Plaintiffs-- by Equitable Relief Class. Related document: 8455 1 - Sealed Document CV, Declaration filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8457 | REPLY in Support re 8444 MOTION to Certify Class Notice of Motion --Under Seal Version-- filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8458 | DECLARATION re 8457 1 - Sealed Document CV, Reply in Support --Declaration of Steve Shadowen-- by Equitable Relief Class (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8459 | EXHIBIT --Exhibits to Declaration of Steve Shadowen-- by Equitable Relief Class. Related document: 8458 1 - Sealed Document CV, Declaration filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8460 | REPLY to Response to Motion re 8444 MOTION to Certify Class Notice of Motion --By Defendants-- filed by Equitable Relief Class. (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8461 | DECLARATION re 8460 Reply to Response to Motion --Declaration of Robert C. Mason by Defendants-- by Equitable Relief Class (Attachments: # 1 Exhibits) (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8462 | Letter to The Honorable Margo K. Brodie from Robert Eisler regarding Courtesy Copies of Motion for Class Certification filings by Equitable Relief Class (Eisler, Robert) (Entered: 05/04/2021) | 05/04/2021 |
| 8463 | NOTICE by Walmart Inc. of Motion to Intervene -- filed by Equitable Relief Class Plaintiffs (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8464 | MEMORANDUM in Support re 8463 Notice(Other) of Walmart's Motion to Intervene filed by Equitable Relief Class Plaintiffs. (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8465 | DECLARATION of Paul H. Schoeman, attaching Walmart's [Proposed] Memorandum of Law in Opposition to Equitable Relief Plaintiffs' Motion for Class Certification -- filed by Equitable Relief Class Plaintiffs (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8466 | NOTICE by Merchant Trade Groups of Motion to Intervene for the Limited Purpose of Opposing Class Certification -- filed by Equitable Relief Class Plaintiffs (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8467 | MEMORANDUM in Support re 8466 Notice(Other) of Merchant Trade Groups' Motion to Intervene for the Limited Purpose of Opposing Class Certification -- filed by Equitable Relief Class Plaintiffs. (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8468 | DECLARATION of Debra L. Greenberger in Support of Merchant Trade Groups' Motion to Intervene and Oppose Class Certification as Proposed -- filed by Equitable Relief Class Plaintiffs (Attachments: # 1 Ex. 1 - Merchant Trade Groups' Memorandum of Law in Opposition to Equitable Relief Class Plaintiffs' Motion for Class Certification as Proposed, # 2 Ex. 2 - RILA Objection to 2012 Proposed Class Settlement (Dkt. 2469), # 3 Ex. 3 - NRF Objection to 2012 Proposed Class Settlement (Dkt. 2538), # 4 Ex. 4 - Merchant Trade Groups' Brief in Support of Their Appeal of Final Approval of the 2012 Settlement, # 5 Ex. 5 - Merchant Trade Groups' Memorandum of Law in Support of Appointment of Alternative Counsel (Dkt. 6697), # 6 Ex. 6 - RILA Exclusioin Request from 2019 Rule 23(b)(3) Settlement, # 7 Ex. 7 - NRF Exclusion Request from 2019 Rule 23(b)(3) Settlement) (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8469 | Corporate Disclosure Statement by Merchant Trade Groups (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8470 | MEMORANDUM in Opposition re 8466 Notice(Other), 8463 Notice(Other) Omnibus Memorandum of Law in Opposition to Motions to Intervene filed by Equitable Relief Class Plaintiffs. (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8471 | REPLY in Support re 8463 Notice(Other) of Walmart's Motion to Intervene -- filed by Equitable Relief Class Plaintiffs. (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |
| 8472 | REPLY in Support re 8466 Notice(Other) of Merchant Trade Groups' Motion to Intervene for the Limited Purpose of Opposing Class Certification -- filed by Equitable Relief Class Plaintiffs. (Freed, Michael) (Entered: 05/04/2021) | 05/04/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 8443 Motion for Leave to File. The Court grants the Direct Action Plaintiffs' request to file a single sur-reply brief of up to 15 pages by May 14, 2021. Ordered by Chief Judge Margo K. Brodie on 5/4/2021. (Carrero, Jacquellena) (Entered: 05/04/2021) | 05/04/2021 |
| | ORDER granting 8445 Motion for Leave to File. The Court grants the Merchant Trade Groups' request for leave to file a single sur-reply brief of no more than 15 pages on or before May 14, 2021. The Court also grants the Merchant Trade Groups' request for an extension of time to file the motions and for sending courtesy copies until May 18, 2021. Ordered by Chief Judge Margo K. Brodie on 5/4/2021. (Carrero, Jacquellena) (Entered: 05/04/2021) | 05/04/2021 |
| | ORDER granting 8442 Motion for Leave to File. The Court adopts the Equitable Relief Class Plaintiffs' proposal set forth in 8442 regarding filing of certain papers related to the class certification motion under seal. Consistent with the filing plan set forth for the summary judgment and Daubert motions, the parties shall submit the hard drive containing all the exhibits to the Clerk of Court to be docketed as a filing under seal. Ordered by Chief Judge Margo K. Brodie on 5/5/2021. (Carrero, Jacquellena) (Entered: 05/05/2021) | 05/05/2021 |
| 8473 | Letter to The Honorable Margo K. Brodie regarding Courtesy Copies of Walmart, Inc.s Motion to Intervene by Walmart Inc. (Schoeman, Paul) (Entered: 05/06/2021) | 05/06/2021 |
| 8474 | NOTICE by Equitable Relief Class of Service of Hard Drive of Exhibits to Clerk's Office pursuant to this Court's May 5, 2021 Order (Eisler, Robert) (Additional attachment(s) added on 5/7/2021: # 1 Exhibit 1 - Expert Liability Report of Dennis W. Carlton (10-5-18), # 2 Exhibit 2 - Expert Report of Joseph Stiglitz (10-5-18), # 3 Exhibit 3 - Report of Keith Leffler, # 4 Exhibit 4 VISA00109997-final, # 5 Exhibit 5 - MCW_MDL_01411992, # 6 Exhibit 6 - DFS0877488- The Economic Effects Of Interchange Fee- Frankel pdf-a, # 7 Exhibit 7 - VUSAMDL1-06308785, at VUSAMDL-06308789 Inter - Overview, # 8 Exhibit 8 - Van Ryn Ex. 2- 5.7 & 5.8 - Mastercard rules 2016- excerpts sm pdf-a, # 9 Exhibit 9 - VUSAMDL1-06180107-110 pdf-a, # 10 Exhibit 10 - Amy Bridge Dep Tr EXCERPT, # 11 Exhibit 11 - Bill Sheedy Dep Tr EXCERPT, # 12 Exhibit 12 - Sheedy 30b6 Ex. 4, # 13 Exhibit 13 - Excerpts from Kathy Hanna Dep 9.3, # 14 Exhibit 14 - Gary Flood Dep Tr EXCERPT, # 15 Exhibit 15 - VISA14MDL1-15989771, # 16 Exhibit 16 - Dittrich Dep Tr EXCERPT 2 days, # 17 Exhibit 17 - Visa-Core Rules- 2020, # 18 Exhibit 18 - mastercard-rules-2020, # 19 Exhibit 19 - Van Ryn Dep Tr EXCERPT - 2 days) (Marziliano, August). (Additional attachment(s) added on 5/7/2021: # 20 Exhibit 20 - WFINTCHG001588318_Part1, # 21 Exhibit 20 - WFINTCHG001588318_Part2, # 22 Exhibit 20 - WFINTCHG001588318_Part3, # 23 Exhibit 20 - WFINTCHG001588318_Part4, # 24 Exhibit 20 - WFINTCHG001588318_Part5, # 25 Exhibit 20 - WFINTCHG001588318_Part6, # 26 Exhibit 20 - WFINTCHG001588318_Part7, # 27 Exhibit 20 - WFINTCHG001588318_Part8, # 28 Exhibit 20 - WFINTCHG001588318_Part9, # 29 Exhibit 20 - WFINTCHG001588318_Part10) (Marziliano, August). (Additional attachment(s) added on 5/7/2021: # 30 Exhibit 21 - MCI_MDL02_00018358_Part1, # 31 Exhibit 21 - MCI_MDL02_00018358_Part2, # 32 Exhibit 21 - MCI_MDL02_00018358_Part3, # 33 Exhibit 22 - Will Sheedy Dep Tr EXCERTP - 2 day, # 34 Exhibit 23 - 2019.10.11 - Reply Report of Joseph Stiglitz, # 35 Exhibit 24 - Billy Knupp Dep Tr EXCERPT, # 36 Exhibit 25 - PeterZuercherVisa_52, # 37 Exhibit 26 - VDOJAMEX00367202, # 38 Exhibit 27 - WFINTCHG000035066, # 39 Exhibit 28 - MCI_MDL02_11423231) pdf-a, # 40 Exhibit 29 - MCW_MDL_02739111 -Edward McLaughlin_Ex 23, # 41 Exhibit 30 - VISA14MDL1-01748158 pdf-a, # 42 Exhibit 31 - Thom Dep Tr EXCERPT, # 43 Exhibit 32 - Excerpt Sheedy, William - Nov. 21. 08, # 44 Exhibit 33 - Bruce McElhinney Dep Tr EXCERPT, # 45 Exhibit 34 - Kresge Dep Tr EXCERPT, # 46 Exhibit 35 - CO0003-00033287 pdf-a, # 47 Exhibit 36 - Anderson-excerpt 4-24-2018, # 48 Exhibit 37 - Jonathon King Dep Tr EXCERPT, # 49 Exhibit 38 - Frank Christian Dep Tr EXCERPT, # 50 Exhibit 39 - Ralph Andretta Dep Tr EXCERPT 6-29-17, # 51 Exhibit 40 - MCI_MDL02_10638645 pdf-a, # 52 Exhibit 41 - MCI_MDL02_10138647_Part1, # 53 Exhibit 41 - MCI_MDL02_10138647_Part2, # 54 Exhibit 41 - MCI_MDL02_10138647_Part3) (Marziliano, August). (Additional attachment(s) added on 5/7/2021: # 55 Exhibit 42 - Craig Petersen Dep Tr EXCERPT 2-16-18, # 56 Exhibit 43 - Doug Hambry Dep Tr Excerpt 3-28-17, # 57 Exhibit 44 - DFS045603 pdf-a, # 58 Exhibit 45 - Elizabeth Buse Dep Tr EXCERPT, # 59 Exhibit 46 - MCW_MDL_08226153 pdf-a, # 60 Exhibit 47 - 2007.10.08 Expert report of G. Hubbard (Discover), # 61 Exhibit 48 - MCI_MDL03_00022242 pdf-a, # 62 Exhibit 49 - AmerExpMDL1720_00300683 pdf-a, # 63 Exhibit 50 - VISASUPP00007657 pdf-a, # 64 Exhibit 51 - Towne-excerpt (9-5-2008), # 65 Exhibit 52 - Baxter-excerpts (5-29-2008), # 66 Exhibit 53 - 2008-04-28 Dep Tr (EXCERPT)of Paul Gallo, # 67 Exhibit 54 - VISA14MDL1-00058033 pdf-a, # 68 Exhibit 55 - 2008-07-29 Dep Tr EXCERPT of McElhinney, Bruce, # 69 Exhibit 56 - VISASUPP00007657 pdf-a, # 70 Exhibit 57 - 2017-03-28 Dep Tr of Douglas Hambry (EXCERPT)) (Marziliano, August). (Additional attachment(s) added on 5/7/2021: # 71 3. [confidential] Exhibits to Final Declaration of Steve Shadowen in Support of Rep, # 72 3. Exhibits to Mason declaration in support of Reply, # 73 4. [confidential] Exhibits to Declaration of Wilson, # 74 C:\SDNY\3. [confidential] 2021-03-26 Exhibits to Shinder Declaration.pdf) (Marziliano, August). (Entered: 05/06/2021) | 05/06/2021 |
| 8475 | MOTION for Joinder in Direct Action Plaintiffs' Memorandum of Law in Opposition to Class Certification by Breeze Thru Markets, LLC, CGS Sales, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications, LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, BFC, INC, Basic Properties LP, Level 3 Communications, LLC, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc.. (Yasko, Jennifer) (Entered: 05/07/2021) | 05/07/2021 |
| | ORDER granting 8430 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 5/10/2021. (Quinlan, Krista) (Entered: 05/10/2021) | 05/10/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER: re 8435 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payments for Miller Kaplans tax return preparation, as set forth in the Class Plaintiffs' letter, Docket Entry 8435 , are so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 5/11/2021. (Quinlan, Krista) (Entered: 05/11/2021) | 05/11/2021 |
| 8476 | REPLY in Opposition re 8460 Reply to Response to Motion, 8457 1 - Sealed Document CV, Reply in Support Direct Action Plaintiffs Sur-Reply to Defendants and Equitable Relief Plaintiffs Replies in further support of Equitable Relief Plaintiffs Motion to Certify Class (Dkt. No. 8444) filed by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 05/14/2021) | 05/14/2021 |
| 8477 | REDACTION to 8457 1 - Sealed Document CV, Reply in Support of Motion for Class Certification by Equitable Relief Class (Eisler, Robert) (Entered: 05/14/2021) | 05/14/2021 |
| 8478 | STIPULATION of Dismissal by Breadberry, Inc., CSSY, East New York Kosler, Corp., Farm Fresh of Lakewood, Inc., Glasses Unlimited, Glatt Western Kosher, Inc., 1Sale, 1SaleADay, Ben's Outlet, Heartland Kosher Products, Inc., Hollandale Farmers Market, LLC, M&M Chow, LLC, Kol Tuv Grocery, Inc., Kollel Food, Inc., LKWD Restaurant, LLC, Max Binik 2'L Corp., Moishas Kosher Discount Supermarket, Mountain Kosher Food Corp., Octagon Commerce, LLC, Oh Nuts of Monsey, Oh Nuts, Inc., Online Express Manufacturers, Pizzabov, Inc., Renegade Furniture Group, Inc., Seven Mile Food Market, LLC, Shadora, Shnoop, LLC, Shnoop.com, Corp., Shnoop.com, LLC, Shnoopcom, Corp., Shnoopcom, Corp., Therapy Depot, Inc., US Airmotive Worldwide Corp., YGSL Holdings, LLC (Schlanger, Daniel) (Entered: 05/14/2021) | 05/14/2021 |
| 8479 | RESPONSE to Motion re 8444 MOTION to Certify Class Notice of Motion Merchant Trade Groups' Response to Defendants' and ERPs' Reply Memorandum in Response to Oppositions to Class Certification filed by National Retail Federation, Retail Industry Leaders Association. (Greenberger, Debra) (Entered: 05/14/2021) | 05/14/2021 |
| 8480 | Letter Joining the Sur-Replies filed by Direct Action Plaintiffs (Doc. 8476) and Merchant Trade Groups (Doc. 8479) by Walmart Inc. (Schoeman, Paul) (Entered: 05/14/2021) | 05/14/2021 |
| | ORDER: The Court is in receipt of the hard drives containing exhibits pertaining to the summary judgment motions and motions in limine. The Court orders the parties to file the exhibits pertaining to these motions on the docket as filings under seal. The Court also clarifies that moving forward, while hard drives are permissible for courtesy copies, all parties are responsible for uploading sealed filings on ECF. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Chief Judge Margo K. Brodie on 5/14/2021. (Carrero, Jacquellena) (Entered: 05/14/2021) | 05/14/2021 |
| | ORDER: The Court is in receipt of the proposed stipulated deposition protocol filed at 8405 by the parties to opt-out associated cases CenturyLink Communications, LLC, et al., v. Visa, Inc., et al. 19 Civ. 6318 (MKB) (VMS), and Grubhub Holdings, Inc., et al., v. Visa, Inc., et al., No. 19 CV. 6555 (MKB) (VMS). The Court will address the proposed stipulation on the dockets specific to those opt-out associated cases. The parties are asked to file documents specific to those opt-out associated cases on their dockets and not on the master docket bearing docket number 05 MD 1720. Ordered by Magistrate Judge Vera M. Scanlon on 5/14/2021. (Quinlan, Krista) (Entered: 05/14/2021) | 05/14/2021 |
| 8481 | Letter Merchant Trade Groups' Motion to Intervene to Oppose Class Certification as Proposed Courtesy Copies (May 18,2021) by National Retail Federation, Retail Industry Leaders Association (Greenberger, Debra) (Entered: 05/18/2021) | 05/18/2021 |
| 8482 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (O'Loughlin, Robert) (Entered: 05/21/2021) | 05/21/2021 |
| | ORDER granting 8482 Motion to Withdraw as Attorney. Attorney Robert Joseph O'Loughlin, III terminated. Ordered by Magistrate Judge Vera M. Scanlon on 5/24/2021. (Quinlan, Krista) (Entered: 05/24/2021) | 05/24/2021 |
| 8483 | EXHIBIT Notice of Filing, Under Seal, Exhibits 1-95 to the Declaration of Kimberly Webner Herlihy In Support of the Target Plaintiffs' Motion for Partial Summary Judgment by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8357 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-38, # 2 Exhibit 39-59, # 3 Exhibit 60-94, # 4 Exhibit 95) (Wilson, James) (Entered: 06/01/2021) | 06/01/2021 |
| 8484 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS 96-109 TO THE DECLARATION OF KIMBERLY WEBER HERLIHY IN SUPPORT OF THE TARGET PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8357 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 96, # 2 Exhibit 96 Cont, # 3 Exhibit 97-109) (Wilson, James) (Entered: 06/01/2021) | 06/01/2021 |
| 8485 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS 110-130 TO THE DECLARATION OF KIMBERLY WEBER HERLIHY IN SUPPORT OF THE TARGET PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8357 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 110-116, # 2 Exhibit 117-123, # 3 Exhibit 124, # 4 Exhibit 124 cont-130) (Wilson, James) (Entered: 06/01/2021) | 06/01/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8486 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of A. Owen Glist in Support of the 7-Eleven Plaintiffs and the Home Depots Motion to Exclude Portions of the Reports and Opinions of Defense Experts Marc Cleven and Stuart J. Fiske by 7-Eleven Inc.. Related document: 8204 1 - Sealed Document CV,, Affidavit in Support of Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, Part 1, # 19 Exhibit 18, Part 2, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22) (Shinder, Jeffrey) (Entered: 06/01/2021) | 06/01/2021 |
| 8487 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS 131-151 TO THE DECLARATION OF KIMBERLY WEBER HERLIHY IN SUPPORT OF THE TARGET PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8357 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 131-132, # 2 Exhibit 132 cont-133, # 3 Exhibit 134-147, # 4 Exhibit 148-151) (Wilson, James) (Entered: 06/01/2021) | 06/01/2021 |
| 8489 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I Shinder in Support of the Direct Action Plaintiffs Motion to Exclude Portions of the Report and Opinions of Defense Expert David P. Kaplan by 7-Eleven Inc.. Related document: 8211 1 - Sealed Document CV,, Affidavit in Support of Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit 1, Part 1, # 2 Exhibit 1, Part 2, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, Part 1, # 10 Exhibit 8, Part 2, # 11 Exhibit 9, # 12 Exhibit 10) (Shinder, Jeffrey) (Entered: 06/01/2021) | 06/01/2021 |
| 8490 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Supplemental Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs Reply Memorandum of Law in Further Support of their Motion to Exclude Portions of the Report and Opinions of Defense Expert David P. Kaplan by 7-Eleven Inc.. Related document: 8234 1 - Sealed Document CV,, Affidavit in Support of Motion,, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15) (Shinder, Jeffrey) (Entered: 06/01/2021) | 06/01/2021 |
| 8491 | EXHIBIT / EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS 1-18 TO THE SUPPLEMENTAL DECLARATION OF ALICIA COBB TO 56.1 REPLY STATEMENT by Home Depot U.S.A., Inc.. Related document: 8306 Affidavit in Support of Motion, filed by Home Depot U.S.A., Inc.. (Attachments: # 1 Exhibits 1-18) (Olson, Steig) (Entered: 06/01/2021) | 06/01/2021 |
| 8492 | EXHIBIT / NOTICE OF FILING, UNDER SEAL, EXHIBITS 1-65 TO THE DECLARATION OF ALICIA COBB IN SUPPORT OF THE 7-ELEVEN PLAINTIFFS AND THE HOME DEPOTS MOTION FOR PARTIAL SUMMARY JUDGEMENT by Home Depot U.S.A., Inc.. Related document: 8187 1 - Sealed Document CV,, Affidavit in Support of Motion, filed by Home Depot U.S.A., Inc.. (Attachments: # 1 Exhibits 1-43, # 2 Exhibits 44-53, # 3 Exhibits 54-65) (Olson, Steig) (Entered: 06/01/2021) | 06/01/2021 |
| 8493 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT R. GARRISON HARVEY by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8271 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-4) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8494 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JAMES A. WILSON IN SUPPORT OF DIRECT ACTION PLAINTIFFS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT R. GARRISON HARVEY by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8274 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 5) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8495 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT GLENN HUBBARD by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8316 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-9) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8496 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JAMES A. WILSON IN SUPPORT OF DIRECT ACTION PLAINTIFFS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT GLENN HUBBARD by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8321 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 10-15) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8497 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT BARBARA E. KAHN by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8334 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-12) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8498 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JAMES A. WILSON IN SUPPORT OF DIRECT ACTION PLAINTIFFS REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT BARBARA E. KAHN by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8337 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 13-14) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8499 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF TARGET PLAINTIFFS MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT ANDRES V. LERNER by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8339 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-2) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8500 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBIT TO THE SUPPLEMENTAL DECLARATION OF JAMES A. WILSON IN SUPPORT OF TARGET PLAINTIFFS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT ANDRES V. LERNER by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8342 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 3) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8501 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF TARGET PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE REPORT AND OPINIONS OF DEFENSE EXPERT KEVIN M. MURPHY by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8345 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-4) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8502 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of Oppositions to Defendants' Daubert Motions by 7-Eleven Inc.. Related document: 8231 1 - Sealed Document CV,,,, Affidavit in Opposition to Motion,,, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit JAH 1, # 2 Exhibit JAH 2, # 3 Exhibit JAH 3, # 4 Exhibit JAH 1 4, # 5 Exhibit JAH 1 5, # 6 Exhibit JAH 2 1, # 7 Exhibit JAH 2 2, # 8 Exhibit JAH 2 3, # 9 Exhibit JAH 2 4, # 10 Exhibit JAH 2 5, Part 1, # 11 Exhibit JAH 2 5, Part 2, # 12 Exhibit JAH 2 6, # 13 Exhibit JAH 2 7, Part 1, # 14 Exhibit JAH 2 7, Part 2, # 15 Exhibit JAH 2 7, Part 3, # 16 Exhibit JAH 2 7, Part 4, # 17 Exhibit JAH 2 8, # 18 Exhibit JAH 2 9, # 19 Exhibit JAH 2 10, # 20 Exhibit MAK 1, # 21 Exhibit MAK 2, # 22 Exhibit MAK 3, # 23 Exhibit MAK 4, # 24 Exhibit MAK 5, # 25 Exhibit MAK 6, # 26 Exhibit MAK 7, # 27 Exhibit MAK 8, # 28 Exhibit MAK 9, # 29 Exhibit MAK 10, # 30 Exhibit MAK 11, # 31 Exhibit MAK 12, # 32 Exhibit MAK 13, # 33 Exhibit MAK 14, # 34 Exhibit MAK 15, Part 1, # 35 Exhibit MAK 15, Part 2, # 36 Exhibit MAK 16, # 37 Exhibit MAK 17, # 38 Exhibit MAK 18, # 39 Exhibit MAK 19, # 40 Exhibit MAK 20, # 41 Exhibit MAK 21, # 42 Exhibit MAK 22, # 43 Exhibit MAK 23, # 44 Exhibit MAK 24, # 45 Exhibit MAK 25, # 46 Exhibit MAK 26, # 47 Exhibit MAK 27, # 48 Exhibit MAK 28, # 49 Exhibit MAK 29, # 50 Exhibit MAK 30, # 51 Exhibit MAK 31, # 52 Exhibit MAK 32) (Shinder, Jeffrey) (Entered: 06/02/2021) | 06/02/2021 |
| 8503 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID J. TEECE by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8351 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-5) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8504 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE REPORT AND OPINIONS OF DEFENSE EXPERT DAVID J. TEECE by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8353 Affidavit in Support of Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 6-7) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8505 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF TIMOTHY B. MCGRANOR IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF DR. RETO KOHLER by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8364 Affidavit in Opposition to Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-5, # 2 Exhibit 6, # 3 Exhibit 7) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8506 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS TO THE DECLARATION OF ALYCIA N. BROZ IN SUPPORT OF THE TARGET PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION TO EXCLUDE THE OPINIONS OF DAVID P. STOWELL by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8369 Affidavit in Opposition to Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1-3, # 2 Exhibit 4) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8507 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS 1-4 TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE TARGET PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8367 Affidavit in Opposition to Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 1, # 2 Exhibit 1 cont - 4) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8508 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBIT 5 TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE TARGET PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8367 Affidavit in Opposition to Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 5 (part 1), # 2 Exhibit 5 (part 2), # 3 Exhibit 5 (part 3)) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8509 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of Oppositions to Defendants' Daubert Motions by 7-Eleven Inc.. Related document: 8231 1 - Sealed Document CV,,,, Affidavit in Opposition to Motion,,, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit SCM 1, # 2 Exhibit SCM 2, Part 1, # 3 Exhibit SCM 2, Part 2, # 4 Exhibit FANF 1, # 5 Exhibit FANF 2, Part 1, # 6 Exhibit FANF 2, Part 2, # 7 Exhibit FANF 2, Part 3, # 8 Exhibit FANF 3, # 9 Exhibit FANF 4, # 10 Exhibit FANF 5, # 11 Exhibit FANF 6, # 12 Exhibit FANF 7, # 13 Exhibit FANF 8, # 14 Exhibit FANF 9, # 15 Exhibit FANF 10, # 16 Exhibit FANF 11, # 17 Exhibit FANF 12, # 18 Exhibit FANF 13, # 19 Exhibit FANF 14, # 20 Exhibit FANF 15, # 21 Exhibit FANF 16, # 22 Exhibit FANF 17, # 23 Exhibit FANF 18, Part 1, # 24 Exhibit FANF 18, Part 2, # 25 Exhibit FANF 19, # 26 Exhibit FANF 20, # 27 Exhibit FANF 21, # 28 Exhibit FANF 22, # 29 Exhibit FANF 23, # 30 Exhibit FANF 24, # 31 Exhibit FANF 25, # 32 Exhibit FANF 26, # 33 Exhibit FANF 27, # 34 Exhibit FANF 28, # 35 Exhibit FANF 29, # 36 Exhibit FANF 30, # 37 Exhibit FANF 31, # 38 Exhibit FANF 32, # 39 Exhibit FANF 33, # 40 Exhibit FANF 34, # 41 Exhibit FANF 35, # 42 Exhibit FANF 36, # 43 Exhibit FANF 37) (Shinder, Jeffrey) (Entered: 06/02/2021) | 06/02/2021 |
| 8510 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBIT 6 TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE TARGET PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8367 Affidavit in Opposition to Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 6 part 1, # 2 Exhibit 6 part 2) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8511 | EXHIBIT NOTICE OF FILING, UNDER SEAL, EXHIBITS 7-35 TO THE DECLARATION OF JAMES A. WILSON IN SUPPORT OF THE TARGET PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION TO EXCLUDE IN PART THE OPINIONS OF PROFESSOR ROBERT G. HARRIS by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. Related document: 8367 Affidavit in Opposition to Motion, filed by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477. (Attachments: # 1 Exhibit 7-8, # 2 Exhibit 9-26, # 3 Exhibit 27-35) (Wilson, James) (Entered: 06/02/2021) | 06/02/2021 |
| 8512 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1, # 2 Exhibit PX 2, Part 1, # 3 Exhibit PX 2, Part 2, # 4 Exhibit PX 3 to PX 5, # 5 Exhibit PX 6, Part 1, # 6 Exhibit PX 6, Part 2, # 7 Exhibit PX 6, Part 3, # 8 Exhibit PX 6, Part 4, # 9 Exhibit PX 6, Part 5, # 10 Exhibit PX 6, Part 6, # 11 Exhibit PX 6, Part 7, # 12 Exhibit PX 7, # 13 Exhibit PX 8, Part 1, # 14 Exhibit PX 8, Part 2, # 15 Exhibit PX 9, Part 1, # 16 Exhibit PX 9, Part 2, # 17 Exhibit PX 9, Part 3, # 18 Exhibit PX 9, Part 4, # 19 Exhibit PX 10 to PX 16, # 20 Exhibit PX 17, # 21 Exhibit PX 18 to PX 39, # 22 Exhibit PX 40, # 23 Exhibit PX 41 to PX 45) (Shinder, Jeffrey) (Entered: 06/02/2021) | 06/02/2021 |
| 8513 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 46, Part 1, # 2 Exhibit PX 46, Part 2, # 3 Exhibit PX 46, Part 3, # 4 Exhibit PX 47 to PX 52, # 5 Exhibit PX 53, # 6 Exhibit PX 54 to PX 58, # 7 Exhibit PX 59, # 8 Exhibit PX 60 to PX 67, # 9 Exhibit PX 68, # 10 Exhibit PX 69 to PX 85, # 11 Exhibit PX 86, # 12 Exhibit PX 87 to PX 96, # 13 Exhibit PX 97, # 14 Exhibit PX 98 to PX 111, # 15 Exhibit PX 112, # 16 Exhibit PX 113 to PX 125, # 17 Exhibit PX 126, # 18 Exhibit PX 127 to PX 133, # 19 Exhibit PX 134, # 20 Exhibit PX 135 to PX 141, # 21 Exhibit PX 142, # 22 Exhibit PX 143, Part 1, # 23 Exhibit PX 143, Part 2, # 24 Exhibit PX 144, # 25 Exhibit PX 145 to PX 147, # 26 Exhibit PX 148, # 27 Exhibit PX 149 to PX 161, # 28 Exhibit PX 162, # 29 Exhibit PX 163 to PX 174, # 30 Exhibit PX 175, # 31 Exhibit PX 176 to PX 186, # 32 Exhibit PX 187, # 33 Exhibit PX 188 to PX 194, # 34 Exhibit PX 195, # 35 Exhibit PX 196 to PX 203, # 36 Exhibit PX 204, # 37 Exhibit PX 205 to PX 212, # 38 Exhibit PX 213, # 39 Exhibit PX 214 to PX 226, # 40 Exhibit PX 227, # 41 Exhibit PX 228 to PX 233, # 42 Exhibit PX 234, # 43 Exhibit PX 235 to PX 239, # 44 Exhibit PX 240, # 45 Exhibit PX 241 to PX 250, # 46 Exhibit PX 251, # 47 Exhibit PX 252 to PX 260, # 48 Exhibit PX 261, # 49 Exhibit PX 262 to PX 276, # 50 Exhibit PX 277, # 51 Exhibit PX 278 to PX 284, # 52 Exhibit PX 285, # 53 Exhibit PX 286 to PX 293, # 54 Exhibit PX 294, # 55 Exhibit PX 295 to PX 302) (Shinder, Jeffrey) (Entered: 06/03/2021) | 06/03/2021 |
| 8514 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX751-A, # 2 Exhibit-SJDX751-B, # 3 Exhibit-SJDX752-SJDX753, # 4 Exhibit-SJDX754-A, # 5 Exhibit-SJDX754-B, # 6 Exhibit-SJDX755, # 7 Exhibit-SJDX756, # 8 Exhibit-SJDX757-SJDX762, # 9 Exhibit-SJDX763-SJDX765, # 10 Exhibit-SJD766-SJDX769, # 11 Exhibit-SJDX770-SJDX771-1, # 12 Exhibit-SJDX772-A, # 13 Exhibit-SJDX772-B, # 14 Exhibit-SJDX773, # 15 Exhibit-SJDX774-A, # 16 Exhibit-SJDX774-B, # 17 Exhibit-SJDX775-SJDX780, # 18 Exhibit-SJDX781-SJDX785, # 19 Exhibit-SJDX786-SJDX787) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |
| 8515 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX788-A, # 2 Exhibit-SJDX788-B, # 3 Exhibit-SJDX788-C, # 4 Exhibit-SJDX789-SJDX793, # 5 Exhibit-SJDX794-SJDX805, # 6 Exhibit-SJDX806, # 7 Exhibit-SJDX807-SJDX812, # 8 Exhibit-SJDX813-SJDX814, # 9 Exhibit-SJDX815-SJDX817, # 10 Exhibit-SJDX818-SJDX828, # 11 Exhibit-SJDX829-A, # 12 Exhibit-SJDX829-B, # 13 Exhibit-SJDX830-SJDX831, # 14 Exhibit-SJDX832-SJDX834, # 15 Exhibit-SJDX835-SJDX836, # 16 Exhibit-SJDX837-SJDX840, # 17 Exhibit-SJDX841-SJDX844) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8516 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX845-SJDX848, # 2 Exhibit-SJDX849-SJDX850, # 3 Exhibit-SJDX851-SJDX852, # 4 Exhibit-SJDX853, # 5 Exhibit-SJDX854, # 6 Exhibit-SJDX855-SJDX859, # 7 Exhibit-SJDX860-SJDX862, # 8 Exhibit-SJDX863-SJDX871, # 9 Exhibit-SJDX872-SJDX879, # 10 Exhibit-SJDX880-SJDX881, # 11 Exhibit-SJDX882-SJDX887, # 12 Exhibit-SJDX888-SJDX891, # 13 Exhibit-SJDX892-A, # 14 Exhibit-SJDX892-B, # 15 Exhibit-SJDX893-SJDX898, # 16 Exhibit-SJDX899-A, # 17 Exhibit-SJDX899-B, # 18 Exhibit-SJDX900-SJDX906, # 19 Exhibit-SJDX907-SJDX913) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |
| 8517 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 303, # 2 Exhibit PX 304 to PX 307, # 3 Exhibit PX 308, # 4 Exhibit PX 309 to PX 321, # 5 Exhibit PX 322, # 6 Exhibit PX 323 to PX 333, # 7 Exhibit PX 334, # 8 Exhibit PX 335 to PX 340, # 9 Exhibit PX 341, # 10 Exhibit PX 342 to PX 346, # 11 Exhibit PX 347, # 12 Exhibit PX 348 to PX 359, # 13 Exhibit PX 360, # 14 Exhibit PX 361 to PX 371, # 15 Exhibit PX 372, # 16 Exhibit PX 373 to PX 384, # 17 Exhibit PX 385, # 18 Exhibit PX 386 to PX 392, # 19 Exhibit PX 393, # 20 Exhibit PX 394 to PX 403, # 21 Exhibit PX 404, # 22 Exhibit PX 405 to PX 410, # 23 Exhibit PX 411, # 24 Exhibit PX 412 to PX 421, # 25 Exhibit PX 422, # 26 Exhibit PX 423 to PX 430, # 27 Exhibit PX 431, # 28 Exhibit PX 432, Part 1, # 29 Exhibit PX 432, Part 2, # 30 Exhibit PX 433 to PX 435, # 31 Exhibit PX 436, # 32 Exhibit PX 437 to PX 441, # 33 Exhibit PX 442, # 34 Exhibit PX 443 to PX 455, # 35 Exhibit PX 456 to PX 464, # 36 Exhibit PX 465, Part 1, # 37 Exhibit PX 465, Part 2, # 38 Exhibit PX 466 to PX 469) (Shinder, Jeffrey) (Entered: 06/03/2021) | 06/03/2021 |
| 8518 | EXHIBIT by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc. (Herrera, Isaiah) (Entered: 06/03/2021) | 06/03/2021 |
| 8519 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX914-A, # 2 Exhibit-SJDX914-B, # 3 Exhibit-SJDX914-C, # 4 Exhibit-SJDX914-D, # 5 Exhibit-SJDX914-E, # 6 Exhibit-SJDX914-F, # 7 Exhibit-SJDX914-G, # 8 Exhibit-SJDX914-H, # 9 Exhibit-SJDX914-I, # 10 Exhibit-SJDX914-J, # 11 Exhibit-SJDX914-K, # 12 Exhibit-SJDX914-L, # 13 Exhibit-SJDX915-A, # 14 Exhibit-SJDX915-B, # 15 Exhibit-SJDX915-C, # 16 Exhibit-SJDX916-SJDX918) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |
| 8520 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX1-8, # 2 Exhibit SJDX9-A, # 3 Exhibit SJDX9-B, # 4 Exhibit SJDX10-19, # 5 Exhibit SJDX20-28, # 6 Exhibit SJDX29-47, # 7 Exhibit SJDX48-69, # 8 Exhibit SJDX70-93, # 9 Exhibit SJDX94-152, # 10 Exhibit SJDX153-214, # 11 Exhibit SJDX272-322, # 12 Exhibit SJDX323-325, # 13 Exhibit SJDX326-329, # 14 Exhibit SJDX330-332) (Mason, Robert) (Entered: 06/03/2021) | 06/03/2021 |
| 8521 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX333-A, # 2 Exhibit SJDX333-B, # 3 Exhibit SJDX333-C, # 4 Exhibit SJDX334, # 5 Exhibit SJDX335-A, # 6 Exhibit SJDX335-B, # 7 Exhibit SJDX335-C, # 8 Exhibit SJDX336-342, # 9 Exhibit SJDX343-A, # 10 Exhibit SJDX343-B, # 11 Exhibit SJDX343-C, # 12 Exhibit SJDX343-D, # 13 Exhibit SJDX344-351, # 14 Exhibit SJDX352-354) (Mason, Robert) (Entered: 06/03/2021) | 06/03/2021 |
| 8522 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX919-A, # 2 Exhibit-SJDX919-B, # 3 Exhibit-SJDX920-SJDX927, # 4 Exhibit-SJDX928-SJDX931, # 5 Exhibit-SJDX932-SJDX940, # 6 Exhibit-SJDX941-SJDX954, # 7 Exhibit-SJDX955-SJDX966, # 8 Exhibit-SJDX967-SJDX976, # 9 Exhibit-SJDX978-SJDX986, # 10 Exhibit-SJDX987-A, # 11 Exhibit-SJDX987-B, # 12 Exhibit-SJDX988-SJDX1007, # 13 Exhibit-SJDX1008-SJD1009, # 14 Exhibit-SJDX1010-A, # 15 Exhibit-SJDX1010-B, # 16 Exhibit-SJDX1010-C, # 17 Exhibit-SJDX1010-D, # 18 Exhibit-SJDX1010-E, # 19 Exhibit-SJDX1010-F, # 20 Exhibit-SJDX1010-G) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |
| 8523 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX1011-A, # 2 Exhibit-SJDX1011-B, # 3 Exhibit-SJDX1011-C, # 4 Exhibit-SJDX1011-D, # 5 Exhibit-SJDX1011-E, # 6 Exhibit-SJDX1011-F, # 7 Exhibit-SJDX1011-G, # 8 Exhibit-SJDX1012-A, # 9 Exhibit-SJDX1012-B, # 10 Exhibit-SJDX1012-C, # 11 Exhibit-SJDX1012-D, # 12 Exhibit-SJDX1012-E, # 13 Exhibit-SJDX1012-F, # 14 Exhibit-SJDX1013-SJDX1014) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |
| 8524 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX1015-A, # 2 Exhibit-SJDX1015-B, # 3 Exhibit-SJDX1015-C, # 4 Exhibit-SJDX1015-D, # 5 Exhibit-SJDX1015-E, # 6 Exhibit-SJDX1016-SJDX1021, # 7 Exhibit-SJDX1022-A, # 8 Exhibit-SJDX1022-B, # 9 Exhibit-SJDX1022-C, # 10 Exhibit-SJDX1022-D, # 11 Exhibit-SJDX1022-E, # 12 Exhibit-SJDX1022-F, # 13 Exhibit-SJDX1023-SJDX1028) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8525 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 470, Part 1, # 2 Exhibit PX 470, Part 2, # 3 Exhibit PX 471 to PX 479, # 4 Exhibit PX 480, # 5 Exhibit PX 481 to PX 483, # 6 Exhibit PX 484, # 7 Exhibit PX 485 to PX 487, # 8 Exhibit PX 488, Part 1, # 9 Exhibit PX 488, Part 2, # 10 Exhibit PX 489 to PX 492, # 11 Exhibit PX 493, Part 1, # 12 Exhibit PX 493, Part 2, # 13 Exhibit PX 494 to PX 495, # 14 Exhibit PX 496, Part 1, # 15 Exhibit PX 496, Part 2, # 16 Exhibit PX 497 to PX 498, # 17 Exhibit PX 499, Part 1, # 18 Exhibit PX 499, Part 2, # 19 Exhibit PX 500, Part 1, # 20 Exhibit PX 500, Part 2, # 21 Exhibit PX 501 to PX 503) (Shinder, Jeffrey) (Entered: 06/03/2021) | 06/03/2021 |
| 8526 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX355-356, # 2 Exhibit SJDX357, # 3 Exhibit SJDX358, # 4 Exhibit SJDX359-363, # 5 Exhibit SJDX364-378_Part1, # 6 Exhibit SJDX364-378_Part2, # 7 Exhibit SJDX379-381_Part1, # 8 Exhibit SJDX379-381_Part2, # 9 Exhibit SJDX379-381_Part3, # 10 Exhibit SJDX379-381_Part4, # 11 Exhibit SJDX382-387 (reprint), # 12 Exhibit SJDX388-393, # 13 Exhibit SJDX394-A, # 14 Exhibit SJDX394-B_Part1, # 15 Exhibit SJDX394-B_Part2, # 16 Exhibit SJDX394-C, # 17 Exhibit SJDX395-401, # 18 Exhibit SJDX402-408, # 19 Exhibit SJDX409-419 (reprint), # 20 Exhibit SJDX420-421) (Mason, Robert) (Entered: 06/03/2021) | 06/03/2021 |
| 8527 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX422, # 2 Exhibit SJDX423-426, # 3 Exhibit SJDX427-A, # 4 Exhibit SJDX427-B, # 5 Exhibit SJDX428-434, # 6 Exhibit SJDX435-439, # 7 Exhibit SJDX440-444, # 8 Exhibit SJDX445-452, # 9 Exhibit SJDX453-455, # 10 Exhibit SJDX456-475, # 11 Exhibit SJDX476-478, # 12 Exhibit SJDX479) (Mason, Robert) (Entered: 06/03/2021) | 06/03/2021 |
| 8528 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 504, # 2 Exhibit PX 505 to PX 511, # 3 Exhibit PX 512 to PX 514, # 4 Exhibit PX 515, # 5 Exhibit PX 516 to PX 524, # 6 Exhibit PX 525, Part 1, # 7 Exhibit PX 525, Part 2, # 8 Exhibit PX 525, Part 3, # 9 Exhibit PX 525, Part 4, # 10 Exhibit PX 526 to PX 536, # 11 Exhibit PX 537, Part 1, # 12 Exhibit PX 537, Part 2, # 13 Exhibit PX 538, # 14 Exhibit PX 539, Part 1, # 15 Exhibit PX 539, Part 2, # 16 Exhibit PX 540 to PX 543, # 17 Exhibit PX 544, # 18 Exhibit PX 545 to PX 548) (Shinder, Jeffrey) (Entered: 06/03/2021) | 06/03/2021 |
| 8529 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX1029-A, # 2 Exhibit-SJDX1029-B, # 3 Exhibit-SJDX1029-C, # 4 Exhibit-SJDX1029-D, # 5 Exhibit-SJDX1029-E, # 6 Exhibit-SJDX1030-SJDX1031, # 7 Exhibit-SJDX1032-A, # 8 Exhibit-SJDX1032-B, # 9 Exhibit-SJDX1032-C, # 10 Exhibit-SJDX1032-D, # 11 Exhibit-SJDX1032-E, # 12 Exhibit-SJDX1032-F, # 13 Exhibit-SJDX1032-G, # 14 Exhibit-SJDX1033-SJDX1052, # 15 Exhibit-SJDX1053-SJDX1059, # 16 Exhibit-SJDX1060-SJDX1064, # 17 Exhibit-SJDX1065, # 18 Exhibit-SJDX1066, # 19 Exhibit-SJDX1067, # 20 Exhibit-SJDX1068, # 21 Exhibit-SJDX1069, # 22 Exhibit-SJDX1070, # 23 Exhibit-SJDX1071, # 24 Exhibit-SJDX1072, # 25 Exhibit-SJDX1073, # 26 Exhibit-SJDX1074, # 27 Exhibit-SJDX1075, # 28 Exhibit-SJDX1076) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |
| 8530 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX480-A, # 2 Exhibit SJDX480-B, # 3 Exhibit SJDX480-C, # 4 Exhibit SJDX480-D, # 5 Exhibit SJDX480-E, # 6 Exhibit SJDX480-F, # 7 Exhibit SJDX480-G, # 8 Exhibit SJDX480-H, # 9 Exhibit SJDX481-486, # 10 Exhibit SJDX487-489, # 11 Exhibit SJDX490-492, # 12 Exhibit SJDX493, # 13 Exhibit SJDX494-497, # 14 Exhibit SJDX498-500, # 15 Exhibit SJDX501-502) (Mason, Robert) (Entered: 06/03/2021) | 06/03/2021 |
| 8531 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX1077, # 2 Exhibit-SJDX1078, # 3 Exhibit-SJDX1079, # 4 Exhibit-SJDX1080, # 5 Exhibit-SJDX1081-SJDX1087, # 6 Exhibit-SJDX1088, # 7 Exhibit-SJDX1089, # 8 Exhibit-SJDX1090, # 9 Exhibit-SJDX1091-SJDX1127, # 10 Exhibit-SJDX1128-SJDX1135, # 11 Exhibit-SJDX1136-SJDC1140) (Carney, Gary) (Entered: 06/03/2021) | 06/03/2021 |
| 8532 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX503, # 2 Exhibit SJDX504-507, # 3 Exhibit SJDX508-510, # 4 Exhibit SJDX511-514, # 5 Exhibit SJDX515-A, # 6 Exhibit SJDX515-B, # 7 Exhibit SJDX515-C, # 8 Exhibit SJDX516-517, # 9 Exhibit SJDX518, # 10 Exhibit SJDX519-527_Part1, # 11 Exhibit SJDX519-527_Part2, # 12 Exhibit SJDX528-530, # 13 Exhibit SJDX531-532_Part1, # 14 Exhibit SJDX531-532_Part2, # 15 Exhibit SJDX533-537, # 16 Exhibit SJDX538-539, # 17 Exhibit SJDX540-546_Part1, # 18 SJDX540-546_Part2) (Mason, Robert) (Entered: 06/03/2021) | 06/03/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8533 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 549, Part 1, # 2 Exhibit PX 549, Part 2, # 3 Exhibit PX 550, Part 1, # 4 Exhibit PX 550, Part 2, # 5 Exhibit PX 551 to PX 563, # 6 Exhibit PX 564, # 7 Exhibit PX 565 to PX 568, # 8 Exhibit PX 569, # 9 Exhibit PX 570 to PX 574, # 10 Exhibit PX 575, # 11 Exhibit PX 576 to PX 579, # 12 Exhibit PX 580, # 13 Exhibit PX 581 to PX 588, # 14 Exhibit PX 589, Part 1, # 15 Exhibit PX 589, Part 2, # 16 Exhibit PX 590 to PX 595, # 17 Exhibit PX 596, Part 1, # 18 Exhibit PX 596, Part 2, # 19 Exhibit PX 596, Part 3, # 20 Exhibit PX 597 to PX 602, # 21 Exhibit PX 603, # 22 Exhibit PX 604 to PX 607, # 23 Exhibit PX 608) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |
| 8534 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8218 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by Mastercard International Incorporated, Mastercard Incorporated. (Attachments: # 1 Exhibit-SJDX1141-SJDX1181, # 2 Exhibit-SJDX1182-A, # 3 Exhibit-SJDX1182-B, # 4 Exhibit-SJDX1182-C, # 5 Exhibit-SJDX1182-D, # 6 Exhibit-SJDX1182-E, # 7 Exhibit-SJDX1182-F, # 8 Exhibit-SJDX1182-G, # 9 Exhibit-SJDX1182-H, # 10 Exhibit-SJDX1182-I, # 11 Exhibit-SJDX1182-J, # 12 Exhibit-SJDX1182-K, # 13 Exhibit-SJDX1182-L, # 14 Exhibit-SJDX1182-M, # 15 Exhibit-SJDX1182-N, # 16 Exhibit-SJDX1182-O) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |
| 8535 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8218 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by Mastercard International Incorporated, Mastercard Incorporated. (Attachments: # 1 Exhibit-SJDX1182-P, # 2 Exhibit-SJDX1183-SJDX1185, # 3 Exhibit-SJDX1186-A, # 4 Exhibit-SJDX1186-B, # 5 Exhibit-SJDX1186-C, # 6 Exhibit-SJDX1187-SJD1194, # 7 Exhibit-SJDX1195, # 8 Exhibit-SJDX1196, # 9 Exhibit-SJDX1197-SJDX1199, # 10 Exhibit-SJDX1200, # 11 Exhibit-SJDX1201-A, # 12 Exhibit-SJDX1201-B) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |
| 8536 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 609 to PX 617, # 2 Exhibit PX 618, # 3 Exhibit PX 619 to PX 628, # 4 Exhibit PX 629, # 5 Exhibit PX 630 to PX 635, # 6 Exhibit PX 636, # 7 Exhibit PX 637 to PX 641, # 8 Exhibit PX 642, # 9 Exhibit PX 643, Part 1, # 10 Exhibit PX 643, Part 2, # 11 Exhibit PX 644 to PX 654, # 12 Exhibit PX 655, # 13 Exhibit PX 656 to PX 671, # 14 Exhibit PX 672, # 15 Exhibit PX 673 to PX 681, # 16 Exhibit PX 682, # 17 Exhibit PX 683 to PX 685, # 18 Exhibit PX 686, # 19 Exhibit PX 687, # 20 Exhibit PX 688, Part 1, # 21 Exhibit PX 688, Part 2, # 22 Exhibit PX 689 to PX 692, # 23 Exhibit PX 693) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |
| 8537 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8218 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by Mastercard International Incorporated, Mastercard Incorporated. (Attachments: # 1 Exhibit-SJDX1202-A, # 2 Exhibit-SJDX1202-B, # 3 Exhibit-SJDX1202-C, # 4 Exhibit-SJDX1202-D, # 5 Exhibit-SJDX1202-E, # 6 Exhibit-SJDX1202-F, # 7 Exhibit-SJDX1202-G, # 8 Exhibit-SJDX1202-H, # 9 Exhibit-SJDX1202-I, # 10 Exhibit-SJDX1202-J, # 11 Exhibit-SJDX1203, # 12 Exhibit-SJDX1204-A, # 13 Exhibit-SJDX1204-B, # 14 Exhibit-SJDX1205-SJDX1211, # 15 Exhibit-SJDX1212) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |
| 8538 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 694, Part 1, # 2 Exhibit PX 694, Part 2, # 3 Exhibit PX 694, Part 3, # 4 Exhibit PX 695 to PX 702, # 5 Exhibit PX 703, Part 1, # 6 Exhibit PX 703, Part 2, # 7 Exhibit PX 704, # 8 Exhibit PX 705, Part 1, # 9 Exhibit PX 705, Part 2, # 10 Exhibit PX 706 to PX 708, # 11 Exhibit PX 709, # 12 Exhibit PX 710, # 13 Exhibit PX 711, # 14 Exhibit PX 712 to PX 730, # 15 Exhibit PX 731, # 16 Exhibit PX 732 to PX 741, # 17 Exhibit PX 742, # 18 Exhibit PX 743 to PX 749, # 19 Exhibit PX 750, # 20 Exhibit PX 751 to PX 756) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |
| 8539 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8218 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by Mastercard International Incorporated, Mastercard Incorporated. (Attachments: # 1 Exhibit-SJDX1213-A, # 2 Exhibit-SJDX1213-B, # 3 Exhibit-SJDX1213-C, # 4 Exhibit-SJDX1214-SJDX1224, # 5 Exhibit-SJDX1225-SJDX1226, # 6 Exhibit-SJDX1227-SJDX1229, # 7 Exhibit-SJDX1230-SJDX1232) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |
| 8540 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX547-559, # 2 Exhibit SJDX560-564, # 3 Exhibit SJDX565-A, # 4 Exhibit SJDX565-B, # 5 Exhibit SJDX565-C, # 6 Exhibit SJDX566-568, # 7 Exhibit SJDX569-572, # 8 Exhibit SJDX573, # 9 Exhibit SJDX574-578, # 10 Exhibit SJDX579, # 11 Exhibit SJDX580-A, # 12 Exhibit SJDX580-B, # 13 Exhibit SJDX581-585, # 14 Exhibit SJDX586-A, # 15 Exhibit SJDX586-B) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8541 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8111 1 - Sealed Document CV,, Affidavit in Support of Motion, filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Revised SJDX Exhibits, # 2 Exhibit-SJDX1233-SJDX1240, # 3 Exhibit-SJDX1241-A, # 4 Exhibit-SJDX1241-B, # 5 Exhibit-SJDX1241-C, # 6 Exhibit-SJDX1241-D, # 7 Exhibit-SJDX1241-E, # 8 Exhibit-SJDX1241-F, # 9 Exhibit-SJDX1241-G, # 10 Exhibit-SJDX1241-H, # 11 Exhibit-SJDX1241-I, # 12 Exhibit-SJDX1241-J, # 13 Exhibit-SJDX1241-K, # 14 Exhibit-SJDX1241-L, # 15 Exhibit-zSJDX1241a-SJDX1245) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8542 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8111 1 - Sealed Document CV,, Affidavit in Support of Motion, filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-SJDX1246-SJDX1256, # 2 Exhibit-SJDX1257-SJDX1264, # 3 Exhibit-SJDX1265, # 4 Exhibit-SJDX1266-SJDX1270, # 5 Exhibit-SJDX1271-SJDX1273, # 6 Exhibit-SJDX1274-SJDX1275, # 7 Exhibit-SJDX1276-SJDX1285, # 8 Exhibit-SJDX1286-SJDX1288, # 9 Exhibit-SJDX1289-SJDX1292) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |
| 8543 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX587-A, # 2 Exhibit SJDX587-B, # 3 Exhibit SJDX588-592, # 4 Exhibit SJDX593-595_Part1, # 5 Exhibit SJDX593-595_Part2, # 6 Exhibit SJDX596-600, # 7 Exhibit SJDX601-607, # 8 Exhibit SJDX608-A, # 9 Exhibit SJDX608-B, # 10 Exhibit SJDX609-610, # 11 Exhibit SJDX611-A, # 12 Exhibit SJDX611-B, # 13 Exhibit SJDX612, # 14 Exhibit SJDX613, # 15 Exhibit SJDX614-615) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8544 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8217 1 - Sealed Document CV,,,,,, Affidavit in Opposition to Motion,,,,, filed by Mastercard International Incorporated, Mastercard Incorporated. (Attachments: # 1 Exhibit-DDX1-DDX6, # 2 Exhibit-DDX7-DDX16, # 3 Exhibit-DDX17-DDX24, # 4 Exhibit-DDX25-DDX36, # 5 Exhibit-DDX37-DDX48, # 6 Exhibit-DDX49-DDX70, # 7 Exhibit-DDX71-DDX84, # 8 Exhibit-DDX85-DDX88, # 9 Exhibit-DDX89-DDX92, # 10 Exhibit-DDX93-A, # 11 Exhibit-DDX93-B, # 12 Exhibit-DDX93-C, # 13 Exhibit-DDX94-A, # 14 Exhibit-DDX94-B, # 15 Exhibit-DDX95-DDX101, # 16 Exhibit-DDX102-DDX111) (Carney, Gary) (Main Document 8544 and Attachments 1-16 identified as malformed and replaced on 1/5/2022) (Lee, Tiffeny) (Entered: 06/04/2021) | 06/04/2021 |
| 8545 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX616-A, # 2 Exhibit SJDX616-B, # 3 Exhibit SJDX617-A, # 4 Exhibit SJDX617-B, # 5 Exhibit SJDX618-620, # 6 Exhibit SJDX621-622, # 7 Exhibit SJDX623-628, # 8 Exhibit SJDX629-644, # 9 Exhibit SJDX645-653) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8546 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 757, Part 1, # 2 Exhibit PX 757, Part 2, # 3 Exhibit PX 758, Part 1, # 4 Exhibit PX 758, Part 2, # 5 Exhibit PX 759 to PX 766, # 6 Exhibit PX 767, # 7 Exhibit PX 768, # 8 Exhibit PX 769, Part 1, # 9 Exhibit PX 769, Part 2, # 10 Exhibit PX 769, Part 3, # 11 Exhibit PX 770 to PX 783, # 12 Exhibit PX 784, # 13 Exhibit PX 785 to PX 787, # 14 Exhibit PX 788, # 15 Exhibit PX 789, Part 1, # 16 Exhibit PX 789, Part 2, # 17 Exhibit PX 790 to PX 796, # 18 Exhibit PX 797, # 19 Exhibit PX 798 to PX 802, # 20 Exhibit PX 803, # 21 Exhibit PX 804 to PX 807, # 22 Exhibit PX 808, # 23 Exhibit PX 809 to PX 826) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |
| 8547 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8213 1 - Sealed Document CV,,,,,,, Affidavit in Opposition to Motion,,,,,, filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit-DDX112-DDX113, # 2 Exhibit-DDX114-DDX116, # 3 Exhibit-DDX117-DDX132, # 4 Exhibit-DDX133-DDX135, # 5 Exhibit-DDX136-A, # 6 Exhibit-DDX136-B, # 7 Exhibit-DDX137-DDX147, # 8 Exhibit-DDX148, # 9 Exhibit-DDX149-DDX158, # 10 Exhibit-DDX159-DDX165, # 11 Exhibit-DDX166-DDX168, # 12 Exhibit-DDX169-A, # 13 Exhibit-DDX169-B) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |
| 8548 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Mastercard Incorporated, Mastercard International Incorporated. Related document: 8219 1 - Sealed Document CV,,,, Affidavit in Support of Motion,,,, filed by Mastercard International Incorporated, Mastercard Incorporated. (Attachments: # 1 Revised DDX Exhibits, # 2 Exhbit-DDX170-DDX175, # 3 Exhibit-DDX176-A, # 4 Exhibit-DDX176-B, # 5 Exhibit-DDX177-DDX189) (Carney, Gary) (Entered: 06/04/2021) | 06/04/2021 |
| 8549 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX654-A, # 2 Exhibit SJDX654-B, # 3 Exhibit SJDX654-C, # 4 Exhibit SJDX654-D, # 5 Exhibit SJDX654-E, # 6 Exhibit SJDX654-F, # 7 Exhibit SJDX654-G, # 8 Exhibit SJDX654-H, # 9 Exhibit SJDX654-I, # 10 Exhibit SJDX655, # 11 Exhibit SJDX656, # 12 Exhibit SJDX657-659, # 13 Exhibit SJDX660-667, # 14 Exhibit SJDX668-671) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8550 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX672-A, # 2 Exhibit SJDX672-B, # 3 Exhibit SJDX673-A, # 4 Exhibit SJDX673-B, # 5 Exhibit SJDX674-A, # 6 Exhibit SJDX674-B, # 7 Exhibit SJDX674-C, # 8 Exhibit SJDX675-A, # 9 Exhibit SJDX675-B, # 10 Exhibit SJDX675-C, # 11 Exhibit SJDX675-D, # 12 Exhibit SJDX676-A, # 13 Exhibit SJDX676-B, # 14 Exhibit SJDX676-C, # 15 SJDX676-D) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8551 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 827, # 2 Exhibit PX 828 to PX 832, # 3 Exhibit PX 833, # 4 Exhibit PX 834 to PX 838, # 5 Exhibit PX 839, # 6 Exhibit PX 840 to PX 841, # 7 Exhibit PX 842, Part 1, # 8 Exhibit PX 842, Part 2, # 9 Exhibit PX 843 to PX 844, # 10 Exhibit PX 845, Part 1, # 11 Exhibit PX 845, Part 2, # 12 Exhibit PX 846 to PX 851, # 13 Exhibit PX 852, # 14 Exhibit PX 853 to PX 863, # 15 Exhibit PX 864, Part 1, # 16 Exhibit PX 864, Part 2, # 17 Exhibit PX 865, Part 1, # 18 Exhibit PX 865, Part 2, # 19 Exhibit PX 866 to PX 879, # 20 Exhibit PX 880, Part 1, # 21 Exhibit PX 880, Part 2, # 22 Exhibit PX 881, Part 1, # 23 Exhibit PX 881, Part 2, # 24 Exhibit PX 882 to PX 896, # 25 Exhibit PX 897, # 26 Exhibit PX 898 to PX 901) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8552 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX677-A, # 2 Exhibit SJDX677-B, # 3 Exhibit SJDX677-C, # 4 Exhibit SJDX678-A, # 5 Exhibit SJDX678-B, # 6 Exhibit SJDX678-C, # 7 Exhibit SJDX679-A, # 8 Exhibit SJDX679-B, # 9 Exhibit SJDX679-C, # 10 Exhibit SJDX680-A, # 11 Exhibit SJDX680-B, # 12 Exhibit SJDX680-C, # 13 Exhibit SJDX681-A, # 14 Exhibit SJDX681-B, # 15 Exhibit SJDX681-C) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8553 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX682-A, # 2 Exhibit SJDX682-B, # 3 Exhibit SJDX682-C, # 4 Exhibit SJDX683-A, # 5 Exhibit SJDX683-B, # 6 Exhibit SJDX683-C, # 7 Exhibit SJDX684-A, # 8 Exhibit SJDX684-B, # 9 Exhibit SJDX684-C, # 10 Exhibit SJDX685-A, # 11 Exhibit SJDX685-B, # 12 Exhibit SJDX685-C, # 13 Exhibit SJDX686-691) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8554 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX692-A, # 2 Exhibit SJDX692-B, # 3 Exhibit SJDX692-C, # 4 Exhibit SJDX692-D, # 5 Exhibit SJDX692-E, # 6 Exhibit SJDX692-F, # 7 Exhibit SJDX692-G, # 8 Exhibit SJDX692-H, # 9 Exhibit SJDX692-I, # 10 Exhibit SJDX693-A, # 11 Exhibit SJDX693-B, # 12 Exhibit SJDX693-C, # 13 Exhibit SJDX693-D, # 14 Exhibit SJDX693-E, # 15 Exhibit SJDX694) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8555 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX695, # 2 Exhibit SJDX696, # 3 Exhibit SJDX697-A, # 4 Exhibit SJDX697-B, # 5 Exhibit SJDX698-A, # 6 Exhibit SJDX698-B, # 7 Exhibit SJDX699-A, # 8 Exhibit SJDX699-B, # 9 Exhibit SJDX700-A, # 10 Exhibit SJDX700-B, # 11 Exhibit SJDX701-A, # 12 Exhibit SJDX701-B, # 13 Exhibit SJDX702-A, # 14 Exhibit SJDX702-B) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8556 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 902, Part 1, # 2 Exhibit PX 902, Part 2, # 3 Exhibit PX 903, Part 1, # 4 Exhibit PX 903, Part 2, # 5 Exhibit PX 904 to PX 905, # 6 Exhibit PX 906, # 7 Exhibit PX 907, # 8 Exhibit PX 908, # 9 Exhibit PX 909 to PX 911, # 10 Exhibit PX 912, # 11 Exhibit PX 913 to PX 916, # 12 Exhibit PX 917, # 13 Exhibit PX 918, Part 1, # 14 Exhibit PX 918, Part 2, # 15 Exhibit PX 919 to PX 928, # 16 Exhibit PX 929, Part 1, # 17 Exhibit PX 929, Part 2, # 18 Exhibit PX 930 to PX 941, # 19 Exhibit PX 942, # 20 Exhibit PX 943 to PX 945, # 21 Exhibit PX 946, Part 1, # 22 Exhibit PX 946, Part 2, # 23 Exhibit PX 947 to PX 952, # 24 Exhibit PX 953, # 25 Exhibit PX 954 to PX 957) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |
| 8557 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX703-A, # 2 Exhibit SJDX703-B, # 3 Exhibit SJDX704-A, # 4 Exhibit SJDX704-B, # 5 Exhibit SJDX705-A, # 6 Exhibit SJDX705-B, # 7 Exhibit SJDX706-A, # 8 Exhibit SJDX706-B, # 9 Exhibit SJDX707-A, # 10 Exhibit SJDX707-B, # 11 Exhibit SJDX708-719, # 12 Exhibit SJDX720-722, # 13 Exhibit SJDX723-724, # 14 Exhibit SJDX725-726, # 15 Exhibit SJDX727-729) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8558 | EXHIBIT (Notice of Filing of Exhibits Under Seal) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. Related document: 8069 1 - Sealed Document CV, Affidavit in Support of Motion filed by Visa International Service Association, Visa U.S.A. Inc., Visa Inc.. (Attachments: # 1 Exhibit SJDX730-731, # 2 Exhibit SJDX732-A, # 3 Exhibit SJDX732-B, # 4 Exhibit SJDX733-737, # 5 Exhibit SJDX738-739, # 6 Exhibit SJDX740, # 7 Exhibit SJDX741-A, # 8 Exhibit SJDX741-B, # 9 Exhibit SJDX742-743, # 10 Exhibit SJDX744-A, # 11 Exhibit SJDX744-B, # 12 Exhibit SJDX745-748, # 13 Exhibit SJDX749, # 14 Exhibit SJDX750-A, # 15 Exhibit SJDX750-B) (Mason, Robert) (Entered: 06/04/2021) | 06/04/2021 |
| 8559 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 958, Part 1, # 2 Exhibit PX 958, Part 2, # 3 Exhibit PX 958, Part 3, # 4 Exhibit PX 958, Part 4, # 5 Exhibit PX 959 to PX 961, # 6 Exhibit PX 962, # 7 Exhibit PX 963 to PX 964, # 8 Exhibit PX 965, Part 1, # 9 Exhibit PX 965, Part 2, # 10 Exhibit PX 965, Part 3, # 11 Exhibit PX 965, Part 4, # 12 Exhibit PX 965, Part 5, # 13 Exhibit PX 966 to PX 972, # 14 Exhibit PX 973, Part 1, # 15 Exhibit PX 973, Part 2, # 16 Exhibit PX 974 to PX 986, # 17 Exhibit PX 987, # 18 Exhibit PX 988, # 19 Exhibit PX 989, # 20 Exhibit PX 990 to PX 996, # 21 Exhibit PX 997, # 22 Exhibit PX 998 to PX 1004, # 23 Exhibit PX 1005, # 24 Exhibit PX 1006) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8560 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1007, # 2 Exhibit PX 1008, # 3 Exhibit PX 1009, # 4 Exhibit PX 1010, # 5 Exhibit PX 1011, # 6 Exhibit PX 1012, # 7 Exhibit PX 1013, # 8 Exhibit PX 1014, # 9 Exhibit PX 1015, # 10 Exhibit PX 1016, # 11 Exhibit PX 1017, # 12 Exhibit PX 1018, # 13 Exhibit PX 1019, # 14 Exhibit PX 1020, # 15 Exhibit PX 1021, # 16 Exhibit PX 1022, # 17 Exhibit PX 1023, # 18 Exhibit PX 1024, # 19 Exhibit PX 1025, # 20 Exhibit PX 1026, # 21 Exhibit PX 1027, # 22 Exhibit PX 1028 to PX 1031, # 23 Exhibit PX 1032, Part 1, # 24 Exhibit PX 1032, Part 2, # 25 Exhibit PX 1033 to PX 1037, # 26 Exhibit PX 1038, Part 1, # 27 Exhibit PX 1038, Part 2, # 28 Exhibit PX 1039, # 29 Exhibit PX 1040 to PX 1041, # 30 Exhibit PX 1042, Part 1, # 31 Exhibit PX 1042, Part 2, # 32 Exhibit PX 1043 to PX 1046, # 33 Exhibit PX 1047, Part 1, # 34 Exhibit PX 1047, Part 2, # 35 Exhibit PX 1048 to PX 1056, # 36 Exhibit PX 1057, # 37 Exhibit PX 1058 to PX 1065, # 38 Exhibit PX 1066, Part 1, # 39 Exhibit PX 1066, Part 2, # 40 Exhibit PX 1066, Part 3, # 41 Exhibit PX 1067 to PX 1071) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |
| 8561 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1072, # 2 Exhibit PX 1073, Part 1, # 3 Exhibit PX 1073, Part 2, # 4 Exhibit PX 1074, Part 1, # 5 Exhibit PX 1074, Part 2, # 6 Exhibit PX 1074, Part 3, # 7 Exhibit PX 1075 to PX 1088, # 8 Exhibit PX 1089, # 9 Exhibit PX 1090 to PX 1101, # 10 Exhibit PX 1102, # 11 Exhibit PX 1103 to PX 1121, # 12 Exhibit PX 1122, Part 1, # 13 Exhibit PX 1122, Part 2, # 14 Exhibit PX 1123 to PX 1128, # 15 Exhibit PX 1129, Part 1, # 16 Exhibit PX 1129, Part 2, # 17 Exhibit PX 1130 to PX 1132, # 18 Exhibit PX 1133, Part 1, # 19 Exhibit PX 1133, Part 2, # 20 Exhibit PX 1134 to PX 1139, # 21 Exhibit PX 1140, # 22 Exhibit PX 1141 to PX 1155, # 23 Exhibit PX 1156, # 24 Exhibit PX 1157 to PX 1177, # 25 Exhibit PX 1178) (Shinder, Jeffrey) (Entered: 06/04/2021) | 06/04/2021 |
| 8562 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1179 to PX 1189, # 2 Exhibit PX 1190, Part 1, # 3 Exhibit PX 1190, Part 2, # 4 Exhibit PX 1191 to PX 1197, # 5 Exhibit PX 1198, Part 1, # 6 Exhibit PX 1198, Part 2, # 7 Exhibit PX 1199 to PX 1200, # 8 Exhibit PX 1201, # 9 Exhibit PX 1202 to PX 1208, # 10 Exhibit PX 1209, # 11 Exhibit PX 1210 to PX 1212, # 12 Exhibit PX 1213, Part 1, # 13 Exhibit PX 1213, Part 2, # 14 Exhibit PX 1213, Part 3, # 15 Exhibit PX 1213, Part 4, # 16 Exhibit PX 1214 to PX 1219, # 17 Exhibit PX 1220, # 18 Exhibit PX 1221 to PX 1231, # 19 Exhibit PX 1232, # 20 Exhibit PX 1233 to PX 1242, # 21 Exhibit PX 1243, # 22 Exhibit PX 1244 to PX 1247, # 23 Exhibit PX 1248, # 24 Exhibit PX 1249 to PX 1250) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8563 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1251, # 2 Exhibit PX 1252 to PX 1259, # 3 Exhibit PX 1260, # 4 Exhibit PX 1261, # 5 Exhibit PX 1262, Part 1, # 6 Exhibit PX 1262, Part 2, # 7 Exhibit PX 1263, # 8 Exhibit PX 1264, # 9 Exhibit PX 1265 to PX 1271, # 10 Exhibit PX 1272, # 11 Exhibit PX 1273 to PX 1277, # 12 Exhibit PX 1278, # 13 Exhibit PX 1279 to PX 1282, # 14 Exhibit PX 1283, Part 1, # 15 Exhibit PX 1283, Part 2, # 16 Exhibit PX 1284 to PX 1286) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8564 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1287, Part 1, # 2 Exhibit PX 1287, Part 2, # 3 Exhibit PX 1287, Part 3, # 4 Exhibit PX 1287, Part 4, # 5 Exhibit PX 1287, Part 5, # 6 Exhibit PX 1287, Part 6, # 7 Exhibit PX 1287, Part 7, # 8 Exhibit PX 1287, Part 8, # 9 Exhibit PX 1288 to PX 1296, # 10 Exhibit PX 1297, # 11 Exhibit PX 1298 to PX 1303, # 12 Exhibit PX 1304, # 13 Exhibit PX 1305 to PX 1312, # 14 Exhibit PX 1313, # 15 Exhibit PX 1314) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8565 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1315, Part 1, # 2 Exhibit PX 1315, Part 2, # 3 Exhibit PX 1315, Part 3, # 4 Exhibit PX 1315, Part 4, # 5 Exhibit PX 1315, Part 5, # 6 Exhibit PX 1315, Part 6, # 7 Exhibit PX 1316 to PX 1321, # 8 Exhibit PX 1322, Part 1, # 9 Exhibit PX 1322, Part 2, # 10 Exhibit PX 1323 to PX 1329, # 11 Exhibit PX 1330, # 12 Exhibit PX 1331 to PX 1340, # 13 Exhibit PX 1341, Part 1, # 14 Exhibit PX 1341, Part 2, # 15 Exhibit PX 1342 to PX 1357, # 16 Exhibit PX 1358, # 17 Exhibit PX 1359 to PX 1362, # 18 Exhibit PX 1363, # 19 Exhibit PX 1364 to PX 1375) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8566 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1376, # 2 Exhibit PX 1377 to PX 1403, # 3 Exhibit PX 1404, # 4 Exhibit PX 1405 to PX 1412, # 5 Exhibit PX 1413, # 6 Exhibit PX 1414 to PX 1419, # 7 Exhibit PX 1420, # 8 Exhibit PX 1421 to PX 1429, # 9 Exhibit PX 1430, # 10 Exhibit PX 1431, Part 1, # 11 Exhibit PX 1431, Part 2, # 12 Exhibit PX 1431, Part 3, # 13 Exhibit PX 1431, Part 4, # 14 Exhibit PX 1431, Part 5, # 15 Exhibit PX 1432 to PX 1441, # 16 Exhibit PX 1442, Part 1, # 17 Exhibit PX 1442, Part 2, # 18 Exhibit PX 1443 to PX 1453, # 19 Exhibit PX 1454, # 20 Exhibit PX 1455 to PX 1463, # 21 Exhibit PX 1464, # 22 Exhibit PX 1465 to PX 1485, # 23 Exhibit PX 1486, # 24 Exhibit PX 1487 to PX 1490) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8567 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1491, Part 1, # 2 Exhibit PX 1491, Part 2, # 3 Exhibit PX 1491, Part 3, # 4 Exhibit PX 1491, Part 4, # 5 Exhibit PX 1492 to PX 1502, # 6 Exhibit PX 1503, Part 1, # 7 Exhibit PX 1503, Part 2, # 8 Exhibit PX 1504, Part 1, # 9 Exhibit PX 1504, Part 2, # 10 Exhibit PX 1505 to PX 1523, # 11 Exhibit PX 1524, # 12 Exhibit PX 1525, # 13 Exhibit PX 1526, # 14 Exhibit PX 1527 to PX 1564, # 15 Exhibit PX 1565, # 16 Exhibit PX 1566 to PX 1572, # 17 Exhibit PX 1573, # 18 Exhibit PX 1574 to PX 1589, # 19 Exhibit PX 1590, # 20 Exhibit PX 1591 to PX 1595, # 21 Exhibit PX 1596, # 22 Exhibit PX 1597 to PX 1605, # 23 Exhibit PX 1606, # 24 Exhibit PX 1607 to PX 1610) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8568 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1611, Part 1, # 2 Exhibit PX 1611, Part 2, # 3 Exhibit PX 1611, Part 3, # 4 Exhibit PX 1612 to PX 1623, # 5 Exhibit PX 1624, # 6 Exhibit PX 1625 to PX 1629, # 7 Exhibit PX 1630, # 8 Exhibit PX 1631 to PX 1640, # 9 Exhibit PX 1641, # 10 Exhibit PX 1642 to PX 1656, # 11 Exhibit PX 1657, # 12 Exhibit PX 1658 to PX 1661, # 13 Exhibit PX 1662, # 14 Exhibit PX 1663 to PX 1671, # 15 Exhibit PX 1672, # 16 Exhibit PX 1673 to PX 1678, # 17 Exhibit PX 1679, # 18 Exhibit PX 1680 to PX 1684, # 19 Exhibit PX 1685, # 20 Exhibit PX 1686 to PX 1707, # 21 Exhibit PX 1708, # 22 Exhibit PX 1709 to PX 1721, # 23 Exhibit PX 1722, # 24 Exhibit PX 1723 to PX 1751, # 25 Exhibit PX 1752, # 26 Exhibit PX 1753 to PX 1766) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8569 | MOTION to Withdraw as Attorney by Boss Dental Care PLLC. (Attachments: # 1 Declaration Declaration) (Thomas, Frazar) (Entered: 06/07/2021) | 06/07/2021 |
| 8570 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1767, # 2 Exhibit PX 1768 to PX 1781, # 3 Exhibit PX 1782, # 4 Exhibit PX 1783 to PX 1789, # 5 Exhibit PX 1790, # 6 Exhibit PX 1791 to PX 1799, # 7 Exhibit PX 1800, Part 1, # 8 Exhibit PX 1800, Part 2, # 9 Exhibit PX 1800, Part 3, # 10 Exhibit PX 1800, Part 4, # 11 Exhibit PX 1801 to PX 1802, # 12 Exhibit PX 1803, Part 1, # 13 Exhibit PX 1803, Part 2, # 14 Exhibit PX 1803, Part 3, # 15 Exhibit PX 1803, Part 4, # 16 Exhibit PX 1804 to PX 1816, # 17 Exhibit PX 1817, # 18 Exhibit PX 1818 to PX 1834, # 19 Exhibit PX 1835, # 20 Exhibit PX 1836) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8571 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1837, Part 1, # 2 Exhibit PX 1837, Part 2, # 3 Exhibit PX 1837, Part 3, # 4 Exhibit PX 1837, Part 4, # 5 Exhibit PX 1837, Part 5, # 6 Exhibit PX 1837, Part 6, # 7 Exhibit PX 1837, Part 7, # 8 Exhibit PX 1837, Part 8, # 9 Exhibit PX 1837, Part 9, # 10 Exhibit PX 1837, Part 10, # 11 Exhibit PX 1837, Part 11, # 12 Exhibit PX 1838 to PX 1843) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8572 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1844, Part 1, # 2 Exhibit PX 1844, Part 2, # 3 Exhibit PX 1844, Part 3, # 4 Exhibit PX 1844, Part 4, # 5 Exhibit PX 1844, Part 5, # 6 Exhibit PX 1844, Part 6, # 7 Exhibit PX 1844, Part 7, # 8 Exhibit PX 1844, Part 8, # 9 Exhibit PX 1844, Part 9, # 10 Exhibit PX 1845 to PX 1853, # 11 Exhibit PX 1854, # 12 Exhibit PX 1855 to PX 1857, # 13 Exhibit PX 1858, # 14 Exhibit PX 1859 to PX 1860, # 15 Exhibit PX 1861, Part 1, # 16 Exhibit PX 1861, Part 2, # 17 Exhibit PX 1862 to PX 1872, # 18 Exhibit PX 1873, # 19 Exhibit PX 1874 to PX 1899, # 20 Exhibit PX 1900) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8573 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 1901 to PX 1916, # 2 Exhibit PX 1917, # 3 Exhibit PX 1918 to PX 1923, # 4 Exhibit PX 1924, # 5 Exhibit PX 1925 to PX 1953, # 6 Exhibit PX 1954, # 7 Exhibit PX 1955 to PX 1973, # 8 Exhibit PX 1974, # 9 Exhibit PX 1975 to PX 2002, # 10 Exhibit PX 2003, # 11 Exhibit PX 2004 to PX 2007, # 12 Exhibit PX 2008, # 13 Exhibit PX 2009 to PX 2022, # 14 Exhibit PX 2023, # 15 Exhibit PX 2024 to PX 2034, # 16 Exhibit PX 2035, # 17 Exhibit PX 2036 to PX 2044, # 18 Exhibit PX 2045, # 19 Exhibit PX 2046, Part 1, # 20 Exhibit PX 2046, Part 2, # 21 Exhibit PX 2046, Part 3, # 22 Exhibit PX 2047 to PX 2049, # 23 Exhibit PX 2050, Part 1, # 24 Exhibit PX 2050, Part 2, # 25 Exhibit PX 2051 to PX 2064, # 26 Exhibit PX 2065) (Shinder, Jeffrey) (Entered: 06/07/2021) | 06/07/2021 |
| 8574 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 2066 to PX 2098, # 2 Exhibit PX 2099, # 3 Exhibit PX 2100 to PX 2118, # 4 Exhibit PX 2119, # 5 Exhibit PX 2120 to PX 2125, # 6 Exhibit PX 2126, # 7 Exhibit PX 2127 to PX 2128, # 8 Exhibit PX 2129, # 9 Exhibit PX 2130 to PX 2132, # 10 Exhibit PX 2133, # 11 Exhibit PX 2134 to PX 2139, # 12 Exhibit PX 2140, # 13 Exhibit PX 2141 to PX 2148, # 14 Exhibit PX 2149, # 15 Exhibit PX 2150 to PX 2155, # 16 Exhibit PX 2156, # 17 Exhibit PX 2157 to PX 2167, # 18 Exhibit PX 2168, # 19 Exhibit PX 2169 to PX 2178) (Shinder, Jeffrey) (Entered: 06/08/2021) | 06/08/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8575 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 2179, Part 1, # 2 Exhibit PX 2179, Part 2, # 3 Exhibit PX 2179, Part 3, # 4 Exhibit PX 2179, Part 4, # 5 Exhibit PX 2179, Part 5, # 6 Exhibit PX 2179, Part 6, # 7 Exhibit PX 2179, Part 7, # 8 Exhibit PX 2179, Part 8, # 9 Exhibit PX 2179, Part 9, # 10 Exhibit PX 2179, Part 10, # 11 Exhibit PX 2179, Part 11, # 12 Exhibit PX 2179, Part 12, # 13 Exhibit PX 2179, Part 13, # 14 Exhibit PX 2179, Part 14) (Shinder, Jeffrey) (Entered: 06/08/2021) | 06/08/2021 |
| 8576 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 2179, Part 15, # 2 Exhibit PX 2179, Part 16, # 3 Exhibit PX 2179, Part 17, # 4 Exhibit PX 2179, Part 18, # 5 Exhibit PX 2179, Part 19, # 6 Exhibit PX 2179, Part 20, # 7 Exhibit PX 2179, Part 21, # 8 Exhibit PX 2179, Part 22, # 9 Exhibit PX 2179, Part 23, # 10 Exhibit PX 2179, Part 24, # 11 Exhibit PX 2179, Part 25, # 12 Exhibit PX 2179, Part 26, # 13 Exhibit PX 2179, Part 27) (Shinder, Jeffrey) (Entered: 06/08/2021) | 06/08/2021 |
| 8577 | EXHIBIT Notice of Filing, Under Seal, Exhibits to the Declaration of Jeffrey I. Shinder in Support of the Direct Action Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment by 7-Eleven Inc.. Related document: 8230 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by 7-Eleven Inc.. (Attachments: # 1 Exhibit PX 2180 to PX 2194, # 2 Exhibit PX 2195, # 3 Exhibit PX 2196 to PX 2198, # 4 Exhibit PX 2199, Part 1, # 5 Exhibit PX 2199, Part 2, # 6 Exhibit PX 2199, Part 3, # 7 Exhibit PX 2199, Part 4, # 8 Exhibit PX 2200 to PX 2210, # 9 Exhibit PX 2211, Part 1, # 10 Exhibit PX 2211, Part 2, # 11 Exhibit PX 2211, Part 3, # 12 Exhibit PX 2211, Part 4, # 13 Exhibit PX 2212 to PX 2217, # 14 Exhibit PX 2218, # 15 Exhibit PX 2219, Part 1, # 16 Exhibit PX 2219, Part 2, # 17 Exhibit PX 2220, # 18 Exhibit PX 2221, # 19 Exhibit PX 2222 to PX 2233, # 20 Exhibit PX 2234, # 21 Exhibit PX 2235 to PX 2240, # 22 Exhibit PX 2241, # 23 Exhibit PX 2242 to PX 2245) (Shinder, Jeffrey) (Entered: 06/08/2021) | |
| | ORDER granting 8569 Motion to Withdraw as Attorney. Attorney Frazar Wright Thomas terminated. Ordered by Magistrate Judge Vera M. Scanlon on 6/8/2021. (Lozar, Ryan) (Entered: 06/08/2021) | 06/08/2021 |
| 8578 | EXHIBIT Exhibits 1-10 by Equitable Relief Class. Related document: 8154 1 - Sealed Document CV, Affidavit in Support of Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8579 | EXHIBIT Exhibits 1-11 by Equitable Relief Class. Related document: 8165 1 - Sealed Document CV,, Affidavit in Opposition to Motion, filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8580 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Rhee, Jeannie) (Entered: 06/09/2021) | 06/09/2021 |
| 8581 | EXHIBIT Exhibits 1-9 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8582 | EXHIBIT Exhibits 10-15 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8583 | EXHIBIT Exhibits 16-26 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8584 | EXHIBIT Exhibits 27-29 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8585 | EXHIBIT Exhibits 30-38 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8586 | EXHIBIT Exhibit 39-53 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8587 | EXHIBIT Exhibits 54-69 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8588 | EXHIBIT Exhibits 70-81 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8589 | EXHIBIT Exhibits 82-90 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8590 | EXHIBIT Exhibits 91-102 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8591 | EXHIBIT Exhibits 103-119 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8592 | EXHIBIT Exhibits 120-135 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8593 | EXHIBIT Exhibits 136-171 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8594 | EXHIBIT Exhibits 172-193 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8595 | EXHIBIT Exhibits 194-214 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8596 | EXHIBIT Exhibits 215-232 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8597 | EXHIBIT Exhibits 233-254 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8598 | EXHIBIT Exhibits 255-281 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8599 | EXHIBIT Exhibits 282-293 by Equitable Relief Class. Related document: 8171 1 - Sealed Document CV, Affidavit in Opposition to Motion filed by Equitable Relief Class. (Eisler, Robert) (Entered: 06/09/2021) | 06/09/2021 |
| 8600 | Letter dated June 10, 2021 from (b)(3) Class Counsel requesting approval of the 2021 2nd Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 06/10/2021) | 06/10/2021 |
|  | ORDER granting 8580 Motion to Withdraw as Attorney. Attorney Jeannie S. Rhee terminated. Ordered by Magistrate Judge Vera M. Scanlon on 6/10/2021. (Lozar, Ryan) (Entered: 06/10/2021) | 06/10/2021 |
|  | ORDER re 8600 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 2nd quarter 2021 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 6/10/2021. (Lozar, Ryan) (Entered: 06/10/2021) | 06/10/2021 |
| 8601 | Letter re: filing of Answer to Complaint in Lanning, et al. v. Visa, Inc., et al., No. 21-cv-02360 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 06/11/2021) | 06/11/2021 |
| 8602 | ANSWER to Complaint in Lanning et al v. Visa, et al, No. 21-cv-2360 by Mastercard Incorporated. (Gallo, Kenneth) (Entered: 06/11/2021) | 06/11/2021 |
| 8603 | Letter re: filing of answer to complaint in Lanning et al v. Visa, Inc. et al, No. 21-cv-2360 by Mastercard Incorporated (Carney, Gary) (Entered: 06/11/2021) | 06/11/2021 |
| 8604 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Hyman, Alex) (Entered: 06/25/2021) | 06/25/2021 |
| 8605 | MEMORANDUM AND ORDER re 8466 and 8463 Motions to Intervene. For the reasons stated in the attached Memorandum and Order, the Court grants Proposed Intervenors' motions for permissive intervention for the limited purpose of opposing the Rule 23(b)(2) Class Plaintiffs' motion for class certification. The Court directs the parties to submit a proposed schedule for Proposed Intervenors' supplemental briefing within seven days of this Memorandum and Order. Ordered by Chief Judge Margo K. Brodie on 6/28/2021. (Carrero, Jacquellena) (Entered: 06/28/2021) | 06/28/2021 |
| 8606 | Letter Regarding Alston Decision from the Direct Action Plaintiffs by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 06/28/2021) | 06/28/2021 |
| 8607 | Letter [Corrected] Regarding the Alston Decision from the Direct Action Plaintiffs by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 06/28/2021) | 06/28/2021 |
|  | ORDER granting 8604 Motion to Withdraw as Attorney. Attorney Alex Michael Hyman terminated. Ordered by Magistrate Judge Vera M. Scanlon on 6/28/2021. (Lozar, Ryan) (Entered: 06/28/2021) | 06/28/2021 |
| 8608 | Letter from Rule 23(b)(3) Class Plaintiffs requesting the Court's approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 06/30/2021) | 06/30/2021 |
| 8609 | Letter regarding recent summary judgment order from Second Circuit (Salveson) by Citibank N A, Citicorp Credit Services, Inc. (USA), Citigroup Inc (Nagin, Benjamin) (Entered: 07/01/2021) | 07/01/2021 |
| 8610 | Letter [entry text corrected] regarding recent summary order from Second Circuit (Salveson) by Citibank N A, Citicorp Credit Services, Inc. (USA), Citigroup Inc (Nagin, Benjamin) (Entered: 07/01/2021) | 07/01/2021 |
| 8611 | Letter re: Response to Plaintiffs' Letter Regarding the Alston Decision by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 07/02/2021) | 07/02/2021 |
| 8612 | Letter responding to Defendants letter [Dkt. No. 8609] concerning Salveson Summary Order by Home Depot U.S.A., Inc. (Olson, Steig) (Entered: 07/02/2021) | 07/02/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 8608 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 7/2/2021. (Scully, Nicole) (Entered: 07/02/2021) | 07/02/2021 |
| 8613 | Letter re Briefing Schedule for Class Certification by Equitable Relief Class Plaintiffs (Shadowen, Steve) (Entered: 07/06/2021) | 07/06/2021 |
| | ORDER granting 8613 proposed briefing schedule. The Court grants the parties' proposed briefing schedule for supplemental briefing on the Rule 23(b)(2) Class Plaintiffs' motion for class certification. Intervenors shall file any supplemental response or opposition on or before July 30, 2021, and the Rule 23(b)(2) Class Plaintiffs shall file any reply on or before August 27, 2021. Ordered by Chief Judge Margo K. Brodie on 7/6/2021. (Carrero, Jacquellena) (Entered: 07/06/2021) | 07/06/2021 |
| 8614 | MOTION to Intervene and Objection To All The Settlement Appeals and To All Settlement Appeals Allocations (Eric Felton Davis) by Gemstone Homes & Properties. (Piper, Francine) (Entered: 07/29/2021) | 07/28/2021 |
| 8615 | Notice of Prejudicial Delay Motion to Civil Intervene All Settlement Appellants for All The Settlement Appeals for All Settlement Appeals Allocutions by Gemstone Homes Properties (Eric Felton Davis). (Piper, Francine) (Entered: 07/29/2021) | 07/28/2021 |
| 8616 | Letter MOTION for Leave to Electronically File Document under Seal by Walmart Inc.. (Attachments: # 1 Declaration of Paul H. Schoeman in Support of Walmart Inc.'s Supplemental Memorandum, # 2 Ex. A - Walmarts Memorandum of Law in Opposition to Equitable Relief Plaintiffs Motion for Class Certification, # 3 Ex. B - Dennis W. Carlton Dep. Tr. Excerpt, # 4 Ex. C - Keith B. Leffler Dep. Tr. Excerp, # 5 Ex. D - Joseph B. Stiglitz Expert Report, # 6 Ex. E - William Sheedy Dep. Tr. Excerpt, # 7 Ex. F - Keith B. Leffler Expert Report, # 8 Walmarts Supplemental Memorandum of Law in Further Opposition to Equitable Relief Plaintiffs Motion for Class Certification) (Schoeman, Paul) (Entered: 07/30/2021) | 07/30/2021 |
| 8617 | MEMORANDUM in Opposition Walmarts Supplemental Memorandum of Law in Further Opposition to Equitable Relief Plaintiffs Motion for Class Certification (REDACTED) filed by Walmart Inc.. (Schoeman, Paul) (Entered: 07/30/2021) | 07/30/2021 |
| 8618 | MOTION for Leave to Electronically File Document under Seal by National Retail Federation, Retail Industry Leaders Association. (Attachments: # 1 Exhibit (A: Merchant Trade Groups' Supplemental Opposition To Equitable Relief Plaintiffs' Motion For Class Certification (Unredacted)), # 2 Exhibit (1: Merchant Trade Grps.' Mem. of Law in Opp'n to ERPs' Mot. for Class Cert. as Proposed, Dkt. 8468-1)), # 3 Exhibit (2: Merchant Trade Grps.' Resp. to Defs.' and ERPs' Reply in Resp. to Opp'ns to Class Cert., Dkt. 8479))) (Greenberger, Debra) (Entered: 07/30/2021) | 07/30/2021 |
| 8619 | MEMORANDUM in Opposition re 8468 Declaration,,, Merchant Trade Groups' Supplemental Opposition To Equitable Relief Plaintiffs' Motion For Class Certification (Redacted) filed by National Retail Federation, Retail Industry Leaders Association. (Greenberger, Debra) (Entered: 07/30/2021) | 07/30/2021 |
| 8620 | DECLARATION re 8444 MOTION to Certify Class Notice of Motion, 8617 Memorandum in Opposition Declaration of Paul H. Schoeman in Support of Walmart Inc.'s Supplemental Memorandum in Opposition to Class Certification by Walmart Inc. (Attachments: # 1 Exhibit A - Walmarts Memorandum of Law in Opposition to Equitable Relief Plaintiffs Motion for Class Certification) (Schoeman, Paul) (Entered: 08/02/2021) | 08/02/2021 |
| 8621 | EXHIBIT /Exhibits Under Seal; Exhibit B - Dennis W. Carlton Dep. Tr. Excerpt by Walmart Inc.. Related document: 8620 Declaration, filed by Walmart Inc.. (Attachments: # 1 Exhibit C - Keith B. Leffler Dep. Tr. Excerpt, # 2 Exhibit D - Joseph B. Stiglitz Expert Report, # 3 Exhibit E - William Sheedy Dep. Tr. Excerpt, # 4 Exhibit F - Keith B. Leffler Dep. Tr. Excerpt Re) (Schoeman, Paul) (Entered: 08/02/2021) | 08/02/2021 |
| 8622 | MEMORANDUM in Opposition re 8620 Declaration, 8621 Exhibit,, 1 - Sealed Document CV, 8444 MOTION to Certify Class Notice of Motion, 8617 Memorandum in Opposition Under Seal - Supplemental Memorandum of Law in Further Opposition to Equitable Relief Plaintiffs Motion for Class Certification filed by Walmart Inc.. (Schoeman, Paul) (Entered: 08/02/2021) | 08/02/2021 |
| 8623 | MEMORANDUM in Opposition re 8619 Memorandum in Opposition, Merchant Trade Groups' Supplemental Opposition To Equitable Relief Plaintiffs' Motion For Class Certification (Unredacted and Under Seal) filed by National Retail Federation, Retail Industry Leaders Association. (Attachments: # 1 Exhibit (1: Merchant Trade Grps.' Mem. of Law in Opp'n to ERPs' Mot. for Class Cert. as Proposed (Dkt. 8468-1)), # 2 Exhibit (2: Merchant Trade Grps.' Resp. to Defs.' and ERPs' Reply in Resp. to Opp'ns to Class Cert. (Dkt. 8479))) (Greenberger, Debra) (Entered: 08/02/2021) | 08/02/2021 |
| 8624 | MOTION to Withdraw as Attorney by JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Luo, Haichuan) (Entered: 08/02/2021) | 08/02/2021 |
| 8625 | AFFIDAVIT/DECLARATION in Support re (8624 in 1:05-md-01720-MKB-VMS, 229 in 1:13-cv-05746-MKB-VMS) MOTION to Withdraw as Attorney filed by JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Paymentech, LLC. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Luo, Haichuan). (Main Document 8625 replaced on 8/3/2021 per atty's request) (Layne, Monique). (Entered: 08/02/2021) | 08/02/2021 |
| | ORDER granting 8616 , 8618 motions for leave to electronically file documents under seal. The Court grants Intervenors' requests to file their supplemental briefing and certain supporting documents related to the Rule 23(b)(2) Plaintiffs' motion for class certification under seal. Counsel are directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. The parties are also to file publicly the redacted memoranda when they file the sealed documents. Ordered by Chief Judge Margo K. Brodie on 8/2/2021. (Carrero, Jacquellena) (Entered: 08/02/2021) | 08/02/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting (8624) Motion to Withdraw as Attorney. Attorney Haichuan Luo terminated in case 1:05-md-01720-MKB-VMS; granting (229) Motion to Withdraw as Attorney. Attorney Haichuan Luo terminated in case 1:13-cv-05746-MKB-VMS. Ordered by Magistrate Judge Vera M. Scanlon on 8/3/2021. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Lozar, Ryan) (Entered: 08/03/2021) | 08/03/2021 |
| 8626 | Letter MOTION to Compel non-party Klarna, Inc. by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555. (Attachments: # 1 Declaration of Alycia Broz, # 2 Exhibit A-I) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 08/04/2021) | 08/04/2021 |
| 8627 | NOTICE of Appearance by Abby Faith Rudzin on behalf of Klarna Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Rudzin, Abby) (Entered: 08/09/2021) | 08/09/2021 |
| 8628 | Corporate Disclosure Statement by Klarna Inc. identifying Corporate Parent Klarna Bank AB for Klarna Inc., Klarna.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Rudzin, Abby) (Entered: 08/09/2021) | 08/09/2021 |
| 8629 | RESPONSE to Motion re (39 in 1:19-cv-06555-MKB-VMS, 8626 in 1:05-md-01720-MKB-VMS) Letter MOTION to Compel non-party Klarna, Inc. filed by Klarna.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Rudzin, Abby) (Entered: 08/09/2021) | 08/09/2021 |
| 8630 | MOTION to Appoint Counsel Notice of Motion to Appoint Interim Class Counsel by Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration in Support, # 3 Proposed Order) (Koffman, Richard) (Entered: 08/16/2021) | 08/16/2021 |
| | ORDER re (8630 in 1:05-md-01720-MKB-VMS) MOTION to Appoint Counsel. The Court orders all parties to respond to the indirect-purchaser gasoline retailer Plaintiffs' motion to appoint class counsel in Old Jericho Enterprise, Inc. v. Visa, Inc., 2:20-cv-02394, on or before August 30, 2021. Ordered by Chief Judge Margo K. Brodie on 8/16/2021. Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Carrero, Jacquellena) (Entered: 08/16/2021) | 08/16/2021 |
| 8631 | Equitable Relief Plaintiffs' REPLY to 8622 Walmarts and 8623 Merchant Trade Groups' Oppositions to 8444 Motion for Class Certification; filed by Equitable Relief Class. (Eisler, Robert) Modified. (Latka-Mucha, Wieslawa) (Entered: 08/27/2021) | 08/27/2021 |
| 8632 | RESPONSE to Motion re (8630 in 1:05-md-01720-MKB-VMS) MOTION to Appoint Counsel Notice of Motion to Appoint Interim Class Counsel filed by Energy Marketers of America, Fikes Wholesale, Inc., Midwest Petroleum Company, National Association of Shell Marketers, Inc., Slidell Oil Company, LLC, Society of Independent Gasoline Marketers of America. Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Berman, Steve) (Entered: 08/30/2021) | 08/30/2021 |
| 8633 | RESPONSE to Motion re (33 in 2:20-cv-02394-MKB-VMS) MOTION to Appoint Counsel Notice of Motion to Appoint Interim Class Counsel, (8630 in 1:05-md-01720-MKB-VMS) MOTION to Appoint Counsel Notice of Motion to Appoint Interim Class Counsel (Letter Response re Defendants' Position on Old Jericho Interim Class Counsel) filed by Mastercard, Inc., Visa, Inc., Mastercard Incorporated, Mastercard International Incorporated, Visa, Inc., Visa International Service Association, Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Carney, Gary) (Entered: 08/30/2021) | 08/30/2021 |
| 8634 | Letter dated Sept. 2, 2021 from (b)(3) Class Counsel requesting approval of the 2021 3rd Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 09/02/2021) | 09/02/2021 |
| 8635 | REPLY in Support re 8630 MOTION to Appoint Counsel Notice of Motion to Appoint Interim Class Counsel filed by Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Robertson, Sharon) (Entered: 09/07/2021) | 09/07/2021 |
| | ORDER re 8634 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 3rd quarter 2021 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 9/8/2021. (Scully, Nicole) (Entered: 09/08/2021) | 09/08/2021 |
| 8636 | Letter MOTION for Leave to File Document Sur-Reply in Further Response to Cohen Milstein's Motion for Appointment as Class Counsel for a Class of Indirect Purchaser Gasoline Retailers by Energy Marketers of America, Fikes Wholesale, Inc., Midwest Petroleum Company, National Association of Shell Marketers, Inc., Slidell Oil Company, LLC, Society of Independent Gasoline Marketers of America. (Attachments: # 1 Sur-Reply, # 2 Exhibit 1 to Sur-Reply, # 3 Exhibit 2 to Sur-Reply, # 4 Exhibit 3 to Sur-Reply, # 5 Exhibit 4 to Sur-Reply) Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Berman, Steve) (Entered: 09/15/2021) | 09/15/2021 |
| 8637 | NOTICE of Appearance by Jeffrey A. Koncius on behalf of 803 Kava LLC, Camp Grounds Coffee, LLC, Maureen Roxberry, Shen Shu Acupuncture, PLLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-02360-MKB-VMS, 1:21-cv-03401-MKB-VMS (Koncius, Jeffrey) (Entered: 09/15/2021) | 09/15/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8638 | NOTICE of Appearance by Nicholas Brancolini on behalf of 803 Kava LLC, Camp Grounds Coffee, LLC, Maureen Roxberry, Shen Shu Acupuncture, PLLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-02360-MKB-VMS, 1:21-cv-03401-MKB-VMS (Brancolini, Nicholas) (Entered: 09/15/2021) | 09/15/2021 |
| 8639 | RESPONSE to Motion re (33 in 2:20-cv-02394-MKB-VMS) MOTION to Appoint Counsel Notice of Motion to Appoint Interim Class Counsel, (8630 in 1:05-md-01720-MKB-VMS) MOTION to Appoint Counsel Notice of Motion to Appoint Interim Class Counsel Sur-Reply in Further Response to Cohen Milstein's Motion for Appointment as Class Counsel for a Class of Indirect Purchaser Gasoline Retailers filed by Energy Marketers of America, Fikes Wholesale, Inc., Midwest Petroleum Company, National Association of Shell Marketers, Inc., Slidell Oil Company, LLC, Society of Independent Gasoline Marketers of America. (Attachments: # 1 Exhibit 1 to Sur-Reply, # 2 Exhibit 2 to Sur-Reply, # 3 Exhibit 3 to Sur-Reply, # 4 Exhibit 4 to Sur-Reply) Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Berman, Steve) (Entered: 09/16/2021) | 09/16/2021 |
| 8640 | NOTICE of Appearance by Benjamin Ernest Shiftan on behalf of 803 Kava LLC, Camp Grounds Coffee, LLC, Maureen Roxberry, Shen Shu Acupuncture, PLLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (notification declined or on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-02360-MKB-VMS, 1:21-cv-03401-MKB-VMS (Shiftan, Benjamin) (Entered: 09/16/2021) | 09/16/2021 |
| 8641 | NOTICE of Appearance by Daniel L. Warshaw on behalf of 803 Kava LLC, Camp Grounds Coffee, LLC, Maureen Roxberry, Shen Shu Acupuncture, PLLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-02360-MKB-VMS, 1:21-cv-03401-MKB-VMS (Warshaw, Daniel) (Entered: 09/16/2021) | 09/16/2021 |
| 8642 | Letter from Rule 23(b)(3) Co-Lead Class Counsel regarding Rebel Payments LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/16/2021) | 09/16/2021 |
|  | ORDER granting (8636) Motion for Leave to File in case 1:05-md-01720-MKB-VMS. The Court grants the Branded Operators and Associations' request for leave to file a sur-reply. Ordered by Chief Judge Margo K. Brodie on 9/16/2021. Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Carrero, Jacquellena) (Entered: 09/16/2021) | 09/16/2021 |
| 8643 | ORDER TO SHOW CAUSE re 8462 Letter filed by Equitable Relief Class. Having reviewed 8462 Class Counsel's letter, it is ORDERED that: (1) Rebel Payments LLC show cause, in writing, on or before September 27, 2021, why the Court should not (1) bar Rebel from using the Rule 23(b)(3) class settlement in any of its business and (2) order Rebel to send corrective notice at its expense to all class members so that class members may cancel any contract entered into with Rebel as a result of any misleading statements. In its submission, Rebel shall disclose whether and to what extent it has engaged in any marketing campaigns to sign up class members through contractors or employees of Rebel. Rebel shall also include full details of its efforts to ensure agents and contractors no longer conduct improper solicitations, to contact merchants that Rebel signed up who relied on false and misleading statements and provide them with the ability to void their contracts, to remove false and misleading statements from its websites, and to demonstrate that such statements are no longer available to the public. (2) Class Counsel shall serve a copy of this order on Rebel and file proof of service on the docket. Ordered by Chief Judge Margo K. Brodie on 9/20/2021. (Carrero, Jacquellena) (Entered: 09/20/2021) | 09/20/2021 |
| 8644 | Letter from Rule 23(b)(3) Co-Lead Class Counsel regarding Service of Order to Show Cause on Counsel for Rebel Payments LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/20/2021) | 09/20/2021 |
| 8645 | Letter from Rule 23(b)(3) Co-lead Class Counsel regarding update on Rebel Payments LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/22/2021) | 09/22/2021 |
| 8646 | NOTICE of Appearance by Nina Mikhaylovna Kovalenko on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Kovalenko, Nina) (Entered: 09/22/2021) | 09/22/2021 |
| 8647 | MEMORANDUM AND ORDER. For the reasons stated in the attached Memorandum and Order, the Court grants Plaintiffs' motion for class certification in part and denies it in part. The Court certifies a Rule 23(b)(2) class consisting of all persons, businesses, and other entities that accept Visa and/or Mastercard credit and/or debit cards in the United States at any time during the period between December 18, 2020 and the date of entry of Final Judgment in this case. The Court dismisses DDMB and DDMB2 as class representatives. The Court appoints Hilliard & Shadowen LLP, Grant & Eisenhofer, P.A., Freed Kanner London & Millen LLP, and Nussbaum Law Group, P.C. to serve as co-lead Rule 23(b)(2) Class Counsel. The Court has filed the attached Memorandum and Order under seal and directs the parties to identify on or before October 4, 2021, which portions, if any, should be redacted prior to a public filing. Ordered by Chief Judge Margo K. Brodie on 9/27/2021. (Valentin, Winnethka) (Entered: 09/27/2021) | 09/27/2021 |
| 8648 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 8643 Order to Show Cause,,,,, [Rebel Payments LLC's Response to Order to Show Cause - Filed on Behalf of Rebel Payments LLC] (Bernay, Alexandra) (Entered: 09/27/2021) | 09/27/2021 |
| 8649 | Letter from Rule 23(b)(3) Co-Lead Class Counsel regarding Rebel Payments LLC's Response to Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/28/2021) | 09/28/2021 |
| 8650 | NOTICE of Change of E-Mail address Once the filing has been made, you must login to www.pacer.gov and update your account. (Campbell, Dennis) (Entered: 09/29/2021) | 09/29/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8651 | NOTICE of Appearance by Marco Minichiello on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Minichiello, Marco) (Entered: 09/30/2021) | 09/30/2021 |
| 8652 | NOTICE by Fifth Third Bancorp of Withdrawal of Counsel (Drew M. Hicks, Brenna L. Penrose, Charles M. Miller, and Trenton B. Douthett) (Hicks, Drew) Modified on 10/4/2021 (Scully, Nicole). (Entered: 10/01/2021) | 10/01/2021 |
| 8653 | ORDER denying (8630) Motion to Appoint Counsel in case 1:05-md-01720-MKB-VMS. For the reasons stated in the attached Order, the Court declines to appoint interim class counsel in view of the pending Second Circuit appeal. Ordered by Chief Judge Margo K. Brodie on 10/1/2021. Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Carrero, Jacquellena) (Entered: 10/01/2021) | 10/01/2021 |
| | ORDER terminating motions 2429 , 2655 , 5764 , 6030 , 6140 , 6150 , 6367 , 6407 , 6513 , 6546 , 6558 , 6563 , 7474 , 7734 , 7864 The Court has reviewed the docket and terminated the motions as they are moot or have already been decided. Ordered by Chief Judge Margo K. Brodie on 10/1/2021. (Valentin, Winnethka) (Entered: 10/01/2021) | 10/01/2021 |
| 8654 | Letter regarding redactions to public filing of Memorandum and Order (ECF No. 8647) by Rule 23(b)(2) Class Plaintiffs (Freed, Michael) (Entered: 10/04/2021) | 10/04/2021 |
| | ORDER granting 8652 Motion to Withdraw as Attorney. Attorneys Charles M. Miller; Brenna L. Penrose; Trenton B. Douthett and Drew M. Hicks terminated. Ordered by Magistrate Judge Vera M. Scanlon on 10/4/2021. (Scully, Nicole) (Entered: 10/04/2021) | 10/04/2021 |
| | ORDER unsealing Memorandum and Order 8647 . Ordered by Chief Judge Margo K. Brodie on 10/6/2021. (Valentin, Winnethka) (Entered: 10/06/2021) | 10/06/2021 |
| 8655 | MOTION to Withdraw as Attorney by Comcast Cable Communications, LLC, BFC, Inc., Basic Properties LP, Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications, LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., DISH Network, L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., WideOpenWest, Inc., NBCUniversal Media, LLC. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS (McGowan, Casey) (Entered: 10/07/2021) | 10/07/2021 |
| | ORDER re 8263 . The parties' proposed scheduling order at [8263-1] is approved. Within two weeks of a decision from the Court of Appeals, the parties are to submit a revised joint proposed scheduling order and proposed dates for a conference. Ordered by Magistrate Judge Vera M. Scanlon on 10/7/2021. Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (Scully, Nicole) (Entered: 10/07/2021) | 10/07/2021 |
| 8656 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Chaffin, Paul) (Entered: 10/08/2021) | 10/08/2021 |
| | ORDER granting 8655 Motion to Withdraw as Attorney. Attorney Casey McGowan terminated. Ordered by Magistrate Judge Vera M. Scanlon on 10/12/2021. (Scully, Nicole) (Entered: 10/12/2021) | 10/12/2021 |
| | ORDER granting 8656 Motion to Withdraw as Attorney. Attorney Paul Eric Chaffin terminated. Ordered by Magistrate Judge Vera M. Scanlon on 10/12/2021. (Scully, Nicole) (Entered: 10/12/2021) | 10/12/2021 |
| 8657 | MOTION to Withdraw as Attorney Adam S. Mocciolo by Texas Independent Bancshares, Inc.. (Mocciolo, Adam) (Entered: 10/21/2021) | 10/21/2021 |
| 8658 | Letter MOTION to Appear Pro Hac Vice Dylan Young Filing fee $ 150, receipt number ANYEDC-14959031. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Boccanfuso, Anthony) (Entered: 10/22/2021) | 10/22/2021 |
| 8659 | Letter MOTION to Appear Pro Hac Vice Andrew Talbot Filing fee $ 150, receipt number ANYEDC-14959154. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Boccanfuso, Anthony) (Entered: 10/22/2021) | 10/22/2021 |
| 8660 | MOTION for Refund of Fees Paid Electronically Amount: $150.00 Tracking Id: ANYEDC-14958928 Date/Time: 10/22/2021 12:41:35 ET by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Boccanfuso, Anthony) (Entered: 10/22/2021) | 10/22/2021 |
| 8661 | ORDER granting 8660 Motion for Refund of Fees Paid Electronically Ordered by Clerk of Court on 10/26/2021. (Marziliano, August) (Entered: 10/26/2021) | 10/26/2021 |
| 8662 | MOTION to Withdraw as Attorney by CMP Consulting Serv., Inc., Generic Depot 3, Inc. d/b/a Prescription Depot, PureOne, LLC d/b/a Salon Pure, Runcentral, LLC. (Nussbaum, Linda) (Entered: 10/27/2021) | 10/27/2021 |
| 8663 | NOTICE of Appearance by Andrew Talbot on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Talbot, Andrew) (Entered: 10/29/2021) | 10/29/2021 |
| 8664 | NOTICE of Appearance by Dylan Young on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Young, Dylan) (Entered: 10/29/2021) | 10/29/2021 |

9/2/25, 11:11 AM

app.pacerpro/cases/8537/print?q=

| # | Docket Text | Date Filed |
|---|---|---|
| 8665 | Letter MOTION to Appear Pro Hac Vice Anne P. Davis Filing fee $ 150, receipt number ANYEDC-14983085. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Boccanfuso, Anthony) (Entered: 10/29/2021) | 10/29/2021 |
| 8666 | MOTION for Refund of Fees Paid Electronically Tracking Id ANYEDC-14982841 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Boccanfuso, Anthony) (Entered: 10/29/2021) | 10/29/2021 |
| | ORDER granting 8657 Motion to Withdraw as Attorney. Attorney Adam S. Mocciolo terminated. Ordered by Magistrate Judge Vera M. Scanlon on 10/29/2021. (Scully, Nicole) (Entered: 10/29/2021) | 10/29/2021 |
| | ORDER granting 8658 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 10/29/2021. (Scully, Nicole) (Entered: 10/29/2021) | 10/29/2021 |
| | ORDER granting 8659 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 10/29/2021. (Scully, Nicole) (Entered: 10/29/2021) | 10/29/2021 |
| | ORDER denying 8662 Motion to Withdraw as Attorney. Bart D. Cohen is not listed as attorney of record for either RunCentral LLC, CMP Consulting Serv. Inc, Generic Depot 3, Inc., PureOne, LLC (d/b/a Salon Pure), or the Equitable Relief Class. Bart D. Cohen appears as attorney for Boss Dental Care PLLC, and if he seeks to withdraw as its attorney, a motion with respect to same should be filed. Ordered by Magistrate Judge Vera M. Scanlon on 10/29/2021. (Scully, Nicole) (Entered: 10/29/2021) | 10/29/2021 |
| 8667 | ORDER granting 8666 Motion for Refund of Fees Paid Electronically Ordered by Clerk of Court on 11/1/2021. (Marziliano, August) (Entered: 11/01/2021) | 11/01/2021 |
| 8668 | MOTION to Withdraw as Attorney of Bart D. Cohen by Boss Dental Care PLLC. (Nussbaum, Linda) (Entered: 11/01/2021) | 11/01/2021 |
| | ORDER granting 8665 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 11/1/2021. (Scully, Nicole) (Entered: 11/01/2021) | 11/01/2021 |
| | ORDER granting 8668 Motion to Withdraw as Attorney. Attorney Bart D. Cohen terminated. Ordered by Magistrate Judge Vera M. Scanlon on 11/1/2021. (Scully, Nicole) (Entered: 11/01/2021) | 11/01/2021 |
| 8669 | NOTICE of Appearance by Anne P. Davis on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Davis, Anne) (Entered: 11/10/2021) | 11/10/2021 |
| 8670 | NOTICE of Appearance by Maia Usui on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Usui, Maia) (Entered: 11/29/2021) | 11/29/2021 |
| | SCHEDULING ORDER: A Telephone Conference is set for 12/8/2021 at 3:30 PM before Magistrate Judge Vera M. Scanlon to discuss the Order to Show Cause with respect to Rebel Payments LLC and the request for injunctive relief. The parties are to call 877-336-1829 and dial the access code 3581283. Counsel should be prepared to discuss the impact of Rebel's alleged conduct on putative class members, and Rebel's counsel should be prepared to describe to the Court all actions taken by Rebel, both before and after the alleged improper conduct. Counsel should also be prepared to schedule a hearing with witnesses, if necessary.An initial Hearing session is tentatively scheduled for 12/13/2021 at 11:00 AM before Magistrate Judge Vera M. Scanlon via ZoomGov. The Court will provide connection information to counsel prior to the appearance. Ordered by Magistrate Judge Vera M. Scanlon on 11/29/2021. (Scully, Nicole) (Entered: 11/29/2021) | 11/29/2021 |
| 8671 | Letter dated Dec. 3, 2021 from (b)(3) Class Counsel requesting approval of the 2021 4th Qtr estimated tax payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 12/03/2021) | 12/03/2021 |
| 8672 | MOTION to Appear Pro Hac Vice Christopher R. Dryden Filing fee $ 150, receipt number ANYEDC-15099224. by Rebel Payments LLC. (Attachments: # 1 Affidavit Affidavit in Support of Motion to admit counsel pro hac vice) (Dryden, Christopher) (Entered: 12/08/2021) | 12/08/2021 |
| | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Telephone Conference held on 12/8/2021. Alexandra S. Bernay appearing for Class Counsel. Christopher Dryden appearing for Rebel Payments LLC. Mr. Dryden is to file a notice of appearance. See separate docket entry for Order issuing from this proceeding. (FTR Log #3:34-3:54.) (Scully, Nicole) (Entered: 12/08/2021) | 12/08/2021 |

| # | Docket Text | Date Filed |
|---|---|---|
| | SCHEDULING ORDER: As discussed at the 12/8/2021 Telephone Conference, Class Counsel and counsel for Rebel Payments LLC are continuing to meet and confer to resolve their dispute. The 12/13/2021 Evidentiary Hearing is rescheduled for 1/5/2022 at 10:00 AM before Magistrate Judge Vera M. Scanlon via ZoomGov. ZoomGov connection information will be provided to counsel in advance of the appearance. By 12:00 PM EST on 1/3/2022, counsel to submit their witness lists and documentary exhibits to Chambers via email to Scanlon_Chambers@nyed.uscourts.gov. If counsel resolve their dispute prior to the hearing, they may submit a joint letter requesting an adjournment. Ordered by Magistrate Judge Vera M. Scanlon on 12/8/2021. (Scully, Nicole) (Entered: 12/08/2021) | 12/08/2021 |
| 8673 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by Plaintiff in civil action Halcyon Loan Trading Fund LLC v. Visa Inc., et al., No. 21-cv-06708 (E.D.N.Y.) (MKB) (VMS) by Halcyon Loan Trading Fund LLC (Currie, Kelly) (Entered: 12/09/2021) | 12/09/2021 |
| 8674 | Letter from (b)(3) Class Counsel dated Dec. 9 2021 to Judge Brodie and Magistrate Judge Scanlon re Payment of Miller Kaplan Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 12/09/2021) | 12/09/2021 |
| | ORDER denying 8672 Motion for Leave to Appear Pro Hac Vice. Counsel should refile the application, attaching a Certificate of Good Standing from California issued within the past thirty (30) days, as required by Local Rule 1.3(c). Ordered by Magistrate Judge Vera M. Scanlon on 12/9/2021. (Scully, Nicole) (Entered: 12/09/2021) | 12/09/2021 |
| 8675 | MOTION to Appear Pro Hac Vice Christopher R. Dryden filed by Rebel Payments LLC. Filing fee $ 150, receipt number ANYEDC-15099224. (Attachments: # 1 Affidavit in Support of Motion to admit counsel pro hac vice with Certificate of Good Standing.) (Dryden, Christopher) Modified. (Entered: 12/10/2021) | 12/10/2021 |
| | ORDER granting 8675 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 12/13/2021. (Scully, Nicole) (Entered: 12/13/2021) | 12/13/2021 |
| 8676 | STIPULATION of Dismissal with Prejudice of All Claims by Cheney Bros., Inc., Plaid Pantries, Inc., WideOpenWest, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS (Esau, David) (Entered: 12/15/2021) | 12/15/2021 |
| | ORDER re 8671 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 4th quarter 2021 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 12/15/2021. (Scully, Nicole) (Entered: 12/15/2021) | 12/15/2021 |
| | ORDER re 8674 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payments for Miller Kaplan's tax return preparation, as set forth in the Class Plaintiffs' letter, Docket Entry 8674 , are so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 12/15/2021. (Scully, Nicole) (Entered: 12/15/2021) | 12/15/2021 |
| 8677 | Letter from Rule 23(b)(3) Class Plaintiffs requesting the Court's approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 12/22/2021) | 12/22/2021 |
| | ORDER re 8677 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 12/23/2021. (Scully, Nicole) (Entered: 12/23/2021) | 12/23/2021 |
| 8678 | Letter from Rule 23(b)(3) Co-Lead Class Counsel requesting short extension regarding Rebel Payments LLC's evidentiary hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/27/2021) | 12/27/2021 |
| 8679 | NOTICE of Appearance by Christopher R Dryden on behalf of Rebel Payments LLC (notification declined or already on case) (Dryden, Christopher) (Entered: 12/28/2021) | 12/28/2021 |
| | SCHEDULING ORDER: The Court grants Class Counsel's unopposed request to reschedule the 1/5/2022 Evidentiary Hearing in order to allow time for further investigation, as discussed in 8678 . The Evidentiary Hearing is rescheduled for 2/7/2022 at 10:00 AM before Magistrate Judge Vera M. Scanlon via ZoomGov. ZoomGov connection information will be provided to counsel in advance of the appearance. By 12:00 PM EST on 2/4/2022, counsel to submit their witness lists and documentary exhibits to Chambers via email to Scanlon_Chambers@nyed.uscourts.gov. If counsel resolve their dispute prior to the hearing, they may submit a joint letter requesting an adjournment. Ordered by Magistrate Judge Vera M. Scanlon on 12/29/2021. (Scully, Nicole) (Entered: 12/29/2021) | 12/29/2021 |
| 8680 | NOTICE of Appearance by Ariana Bloom on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Bloom, Ariana) (Entered: 12/30/2021) | 12/30/2021 |
| 8681 | MOTION to Withdraw as Attorney Deborah A. Elman by Boss Dental Care PLLC, Equitable Relief Class. (Attachments: # 1 Proposed Order) (Eisler, Robert) (Entered: 01/14/2022) | 01/14/2022 |
| | ORDER granting 8681 Motion to Withdraw as Attorney. Attorney Deborah A. Elman terminated. Ordered by Magistrate Judge Vera M. Scanlon on 1/18/2022. (Quinlan, Krista) (Entered: 01/18/2022) | 01/18/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8682 | Letter from Rule 23(b)(3) Class Counsel and Rebel Payments LLC regarding proposed resolution of dispute and requesting adjournment of February 7, 2022 Evidentiary Hearing by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1 - Declaration of Jacob Putnam-Smart, # 2 Exhibit 2 - Declaration of Anthony Wong, # 3 Exhibit 3 - Declaration of Jason Mayoral) (Bernay, Alexandra) (Entered: 02/03/2022) | 02/03/2022 |
|  | ORDER: In light of the letter at ECF No. 8682 , the evidentiary hearing scheduled for 2/7/2022 at 10:00 AM is cancelled. The Court will hold a telephone status conference at 11:00 AM. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Ordered by Magistrate Judge Vera M. Scanlon on 2/4/2022. (Quinlan, Krista) (Entered: 02/04/2022) | 02/04/2022 |
|  | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Telephone Conference held on 2/7/2022. Alexandra S. Bernay appearing for Class Counsel. Christopher Dryden appearing for Rebel Payments LLC. Gary Carney appearing for defendants Mastercard Incorporated and Mastercard International Incorporated. Blair Eden Kaminsky appearing for Visa International Service Association. Boris Bershteyn appearing for Chase Paymentech Solutions, LLC. Joey Hodges appearing as in interested non-party. See separate docket entry for Order issuing from this proceeding. (FTR Log #11:10-11:17.) (Quinlan, Krista) (Entered: 02/07/2022) | 02/07/2022 |
|  | ORDER re 8682 . The Court has reviewed Class Counsel and Rebel Payments LLC's proposed resolution to their dispute concerning the allegedly misleading communications sent to class members from Rebel Payments LLC. This proposed resolution includes: (i) sending corrective notices to certain class members who contracted with Rebel Payments LLC during the time the allegedly misleading sales pitch was used, (ii) sending corrective notices to merchants who were contacted when the allegedly misleading sales pitch was used, (iii) removal of Rebel Payments LLC websites regarding the settlement at issue, (iv) an agreement that Rebel Payments LLC will voluntarily and permanently enjoin itself from any conduct related to 05-md-1720 and the settlement, and (v) submission by Rebel Payments LLC to a monitoring program for at least six months. As the parties have resolved their dispute and no longer request the Court's intervention, the request for relief at 8642 and the associated Order to Show Cause at 8643 are moot. Ordered by Magistrate Judge Vera M. Scanlon on 2/7/2022. (Quinlan, Krista) (Entered: 02/07/2022) | 02/07/2022 |
| 8683 | NOTICE of Appearance by Nicole Ramirez on behalf of 803 Kava LLC, Camp Grounds Coffee, LLC, Maureen Roxberry, Shen Shu Acupuncture, PLLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-02360-MKB-VMS, 1:21-cv-03401-MKB-VMS (Ramirez, Nicole) (Entered: 02/11/2022) | 02/11/2022 |
| 8684 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Minichiello, Marco) (Entered: 03/01/2022) | 03/01/2022 |
|  | ORDER granting 8684 Motion to Withdraw as Attorney. Attorney Marco Minichiello terminated. Ordered by Magistrate Judge Vera M. Scanlon on 3/2/2022. (Quinlan, Krista) (Entered: 03/02/2022) | 03/02/2022 |
| 8685 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by Amazon Plaintiffs as to Visa Defendants in 7-Eleven, Inc., et al. v. Visa Inc., et al. by Amazon.com, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 03/03/2022) | 03/03/2022 |
| 8686 | STIPULATION and [Proposed] Expert Discovery Scheduling Order by GrubHub Holdings Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS, 1:19-cv-06655-MKB-VMS (Wilson, James) (Entered: 03/16/2022) | 03/16/2022 |
| 8687 | MANDATE of USCA as to 7839 Notice of Appeal, filed by R&M Objectors. Objector-Appellant R & M Objectors and Rule 23(b)(3) Class Plaintiffs-Appellees Photos Etc. Corporation DBA ScanMyPhotos,Com; Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Discount Optics, Inc.; Leons Transmission Service, Inc.; Parkway Corporation; and Payless, Inc. stipulate pursuant to Fed. R. App. P. 42(b) to dismiss the appeal docketed under 20-304, with each party to bear its own costs, fees, and expenses. The stipulation is SO ORDERED. Issued as Mandate: 3/21/2022. USCA# 20-304. (Jones, Vasean) (Entered: 03/22/2022) | 03/21/2022 |
| 8688 | MOTION to Withdraw as Attorney by Mastercard Incorporated, Mastercard International Incorporated. (Garcia, Kelly) (Entered: 04/04/2022) | 04/04/2022 |
|  | ORDER granting 8688 Motion to Withdraw as Attorney. Attorney Kelly Dodge Garcia terminated. Ordered by Magistrate Judge Vera M. Scanlon on 4/5/2022. (Quinlan, Krista) (Entered: 04/05/2022) | 04/05/2022 |
| 8689 | Letter dated April 6, 2021 from (b)(3) Class Counsel requesting approval of the 2022 1st Qtr estimated tax payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/06/2022) | 04/06/2022 |
| 8690 | Letter from 7-Eleven Plaintiffs, The Home Depot, and Elgin providing supplemental authority by 7-Eleven Inc. (Attachments: # 1 Exhibit A.) (Shinder, Jeffrey) (Entered: 04/08/2022) | 04/08/2022 |
| 8691 | Letter Response to Letter providing supplemental authority (ECF No. 8690) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 04/12/2022) | 04/12/2022 |
|  | ORDER re 8689 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 1st quarter 2022 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 4/14/2022. (Scully, Nicole) (Entered: 04/14/2022) | 04/14/2022 |

| # | Docket Text | Date Filed |
|---|-------------|------------|
| 8692 | MOTION to Withdraw as Attorney Peter Abraham Nelson by Wells Fargo & Company, Wells Fargo Bank N.A.. (LoBue, Robert) (Entered: 05/05/2022) | 05/05/2022 |
|  | ORDER granting 8692 Motion to Withdraw as Attorney. Attorney Peter Abraham Nelson terminated. Ordered by Magistrate Judge Vera M. Scanlon on 5/11/2022. (Lozar, Ryan) (Entered: 05/11/2022) | 05/11/2022 |
| 8693 | NOTICE of Appearance by Jana Eisinger on behalf of CenturyLink Communications, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS (Eisinger, Jana) (Entered: 05/12/2022) | 05/12/2022 |
| 8694 | NOTICE of Appearance by Jana Eisinger on behalf of Comcast Cable Communications, LLC, BFC, Inc., Basic Properties LP, Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, Clipper Petroleum, Inc., DISH Network, L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc., NBCUniversal Media, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS (Eisinger, Jana) (Entered: 05/13/2022) | 05/13/2022 |
| 8695 | Letter from (b)(3) Class Counsel dated May 16, 2022 to Judge Brodie and Magistrate Judge Scanlon re Payment of Miller Kaplan Arase LLP's Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Davidoff, Merrill) (Entered: 05/16/2022) | 05/16/2022 |
|  | ORDER re 8695 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payments for Miller Kaplan's tax return preparation, as set forth in the Class Plaintiffs' letter, Docket Entry 8695 , are so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 5/17/2022. (Lozar, Ryan) (Entered: 05/17/2022) | 05/17/2022 |
| 8696 | Letter MOTION to Withdraw as Attorney by ATMIA. (Staltari, Anthony) (Entered: 05/25/2022) | 05/25/2022 |
|  | ORDER granting 8696 Motion to Withdraw as Attorney. Attorney Anthony J. Staltari terminated. Ordered by Magistrate Judge Vera M. Scanlon on 5/26/2022. (Lozar, Ryan) (Entered: 05/26/2022) | 05/26/2022 |
| 8697 | Letter dated May 31, 2022 from (b)(3) Class Counsel requesting approval of the 2022 2nd Qtr estimated tax payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 05/31/2022) | 05/31/2022 |
|  | ORDER re 8697 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 2nd quarter 2022 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 6/1/2022. (Lozar, Ryan) (Entered: 06/01/2022) | 06/01/2022 |
|  | ORDER: The Court is in receipt of the proposed stipulated deposition protocol filed at 8686 by the parties to opt-out associated cases CenturyLink Communications, LLC, et al. v. Visa, Inc., et al., No. 19 Civ. 6318 (MKB) (VMS), and GrubHub Holdings, Inc., et al. v. Visa, Inc., et al., No. 19 Civ. 6555 (MKB) (VMS). The Court will address the proposed stipulation on the dockets specific to those opt-out associated cases. The parties are asked to file documents specific to those opt-out associated cases on their dockets and not on the master docket bearing docket number 05 MD 1720.ORDER terminating motion at 8626 as already decided on the docket for Grubhub Holdings Inc., et al. v. Visa, Inc., et al., No. 19 Civ. 6555 (MKB) (VMS). Ordered by Magistrate Judge Vera M. Scanlon on 6/2/2022. (Scully, Nicole) (Entered: 06/02/2022) | 06/02/2022 |
| 8698 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by Costco Wholesale Corp. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 06/17/2022) | 06/17/2022 |
| 8699 | Letter MOTION to Appear Pro Hac Vice Sophia Gonzalez Filing fee $ 150, receipt number ANYEDC-15695701. by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Boccanfuso, Anthony) (Entered: 06/27/2022) | 06/27/2022 |
| 8700 | NOTICE of Appearance by Sophia Gonzalez on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Gonzalez, Sophia) (Entered: 06/28/2022) | 06/28/2022 |
|  | ORDER granting 8699 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 6/28/2022. (Scully, Nicole) (Entered: 06/28/2022) | 06/28/2022 |
| 8701 | NOTICE of Appearance by Nicolas Vernon Siebert on behalf of Home Depot U.S.A Inc, The Home Depot Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Siebert, Nicolas) (Entered: 07/07/2022) | 07/07/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8702 | USCA ORDER: The District Court intends to appoint a special master to decide which, as between the integrated oil companies and their branded service stations, shall be deemed to have accepted payment cards, and thus is within the certified settlement class. In order to obviate any complications regarding appellate jurisdiction that might otherwise arise from this unresolved issue, we remand pursuant to the procedure set out in United States v. Jacobson, 15 F.3d 19 (2d Cir. 1994), for the District Court to consider whether, in the event the courts disposition of the dispute between the service stations and oil companies is deemed not a final Judgment, there is no just reason for delay in the appeal of all other issues. If the court so concludes, it should provide a reasoned, even if brief, explanation of its conclusion and certify that the Judgment previously entered and appealed from should be considered a partial final judgment in accordance with Rule 54(b) of the Federal Rules of Civil Procedure. The District Court should advise us of its response within 30 days, and we will resume consideration of this appeal. Certified Copy Issued: 7/12/2022. USCA# 20-339. (Jones, Vasean) (Entered: 07/12/2022) | 07/12/2022 |
| 8703 | Letter from Rule 23(b)(3) Class Plaintiffs requesting the Court's approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 07/14/2022) | 07/14/2022 |
| 8704 | MEMORANDUM AND ORDER: For the reasons stated in the attached Memorandum and Order, the Court finds, in response to 8702 USCA Order, that if its disposition of the dispute between the service stations and oil companies is deemed not a final Judgment, there is no just reason for delay in the appeal of all other issues. The Court certifies 7818 Order Granting Final Approval of Class Action Settlement as a partial final judgment in accordance with Rule 54(b) of the Federal Rules of Civil Procedure. Ordered by Chief Judge Margo K. Brodie on 7/18/2022. (Collins, Natalie) (Entered: 07/18/2022) | 07/18/2022 |
|  | ORDER re 8703 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 8/2/2022. (Scully, Nicole) (Entered: 08/02/2022) | 08/02/2022 |
| 8705 | STIPULATION of Dismissal with Prejudice of all Claims by The Walt Disney Company Associated Cases: 1:05-md-01720-MKB-VMS, 1:22-cv-04489-MKB-VMS (Litvack, Sanford) (Entered: 08/03/2022) | 08/03/2022 |
| 8706 | ORDER granting Stipulation of Dismissal filed by The Walt Disney Company (22-cv-04489) Ordered by Chief Judge Margo K. Brodie on 8/5/2022. Associated Cases: 1:05-md-01720-MKB-VMS, 1:22-cv-04489-MKB-VMS (Valentin, Winnethka) (Entered: 08/05/2022) | 08/05/2022 |
| 8707 | Letter dated August 15, 2022 from (b)(3) Class Counsel requesting approval of the 2022 3rd Qtr estimated tax payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 08/15/2022) | 08/15/2022 |
|  | ORDER re 8707 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 3rd quarter 2022 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 8/19/2022. (Scully, Nicole) (Entered: 08/19/2022) | 08/19/2022 |
| 8708 | MOTION to Withdraw as Attorney by Citibank (South Dakota), N.A., Citibank N A, Citicorp, Citicorp Credit Services, Inc. (USA), Citicorp LLC, Citigroup Inc. (Attachments: # 1 Declaration of Marissa Alter-Nelson) (Alter-Nelson, Marissa) (Entered: 09/08/2022) | 09/08/2022 |
| 8709 | Letter Pursuant to Chief Judge Brodies Individual Practices and Rules, subpart 3, governing motions, Re : PROPOSED INTERVENORS, JACK RABBIT, LLC, AND 280 STATION LLC (D/B/A/ COWBOYS), RENEWED MOTION FOR LEAVE TO INTERVENE AND MEMORANDUM IN SUPPORT PURSUANT TO FED. R. CIV. P. 24 by Jack Rabbit LLC (Bacharach, N.) (Entered: 09/08/2022) | 09/08/2022 |
|  | ORDER granting 8708 Motion to Withdraw as Attorney. Attorney Marissa Alter-Nelson terminated. Ordered by Magistrate Judge Vera M. Scanlon on 9/12/2022. (Scully, Nicole) (Entered: 09/12/2022) | 09/12/2022 |
| 8710 | Letter from Rule 23(b)(3) Co-Lead Class Counsel re Proposed Intervenors Jack Rabbit, LLC and 280 Station LLC (d/b/a Cowboys) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Coughlin, Patrick) (Entered: 09/15/2022) | 09/15/2022 |
| 8711 | MOTION to Withdraw as Attorney Motion to Withdraw Brian M. Hogan as Attorney by Boss Dental Care PLLC. (Wozniak, Robert) (Entered: 09/16/2022) | 09/16/2022 |
|  | ORDER granting 8711 Motion to Withdraw as Attorney. Attorney Brian M. Hogan terminated. Ordered by Magistrate Judge Vera M. Scanlon on 9/19/2022. (Scully, Nicole) (Entered: 09/19/2022) | 09/19/2022 |
| 8712 | Letter to Honorable Margo K. Brodie from Rule 23(b)(3) class action Defendants regarding motion to intervene, filed by Citibank N A, Citigroup Inc, First National Bank of Omaha, Bank Of America, Inc., Bank of America Corporation, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Mastercard Incorporated, Mastercard International Incorporated, Paymentech, LLC, Texas Independent Bancshares, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A. (Bershteyn, Boris) (Entered: 09/22/2022) | 09/22/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8713 | Letter MOTION to Amend/Correct/Supplement 7818 Order on Motion for Settlement, 7832 Clerk's Judgment, Motion to Modify Final Approval Order, Letter MOTION for Leave to File Document Third Amended Complaint by Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Clipper Petroleum, Inc., Comcast Cable Communications, LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, BFC, INC, Basic Properties LP, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, NBCUniversal Media, LLC, Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc.. (Attachments: # 1 Proposed Order, # 2 Declaration of David B. Esau, # 3 Exhibit A - Amended Exclusion List, # 4 Exhibit B - Redlined Third Amended Complaint, # 5 Exhibit C - Third Amended Complaint) (Esau, David) (Entered: 09/30/2022) | 09/30/2022 |
| 8715 | MEMORANDUM AND ORDER re 1821 and 1829 Motions to Exclude. For the reasons stated in the attached Memorandum and Order, the Court denies 1821 Motion to Exclude Report and Opinions of Defense Expert Andres V. Lerner and 1829 Motion to Exclude Portions of Report and Opinions of Defense Expert Kevin M. Murphy.Ordered by Chief Judge Margo K. Brodie on 10/8/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (BBM) (Entered: 10/08/2022) | 10/08/2022 |
|  | The Court has filed Memoranda and Orders 8714 , 8715 , 8716 , 8717 , 8718 , 8719 , and 8720 under seal and directs the parties to identify on or before October 24, 2022, which portions, if any, should be redacted prior to a public filing. Ordered by Chief Judge Margo K. Brodie on 10/9/2022. (NC) (Entered: 10/09/2022) | 10/09/2022 |
| 8721 | NOTICE by Payless Shoe Source, Inc. Notice of Withdrawal of Counsel Michelle C. Clerkin (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw) (Buchman, Michael) (Entered: 10/12/2022) | 10/12/2022 |
| 8722 | ORDER in case 19-cv-06138 re 8713 Granting CenturyLink Plaintiffs Motion to Modify Final Approval Order and Final Judgment and for Leave to File Amended Complaint. Comcasts amended exclusion request list of entities amends and supersedes its prior exclusion list. All entities in the amended exclusion request list are hereby excluded from the Rule 23(b)(3) Settlement Class. All entities, if any, no longer on the amended exclusion list are members of the Rule 23(b)(3) Settlement Class unless they were timely and validly excluded from the Rule 23(b)(3) Settlement Class by a member other than Comcast and provided that they qualify as class members. The Court grants CenturyLink Plaintiffs leave to file their Third Amended Complaint with its amended exhibit. Such complaint should be filed only in case 19-CV-06138. Ordered by Chief Judge Margo K. Brodie on 10/14/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (AB) (Entered: 10/14/2022) | 10/14/2022 |
|  | ORDER re 8709 Letter re Proposed Intervenors, Jack Rabbit, LLC, and 280 Station LLC (D/B/A/ Cowboys), Renewed Motion for Leave to Intervene and Memorandum in Support Pursuant to Fed. R. Civ. P. 24. The Court directs the proposed intervenors and parties to confer and file a proposed briefing schedule for the motion to intervene on or before October 24, 2022. Ordered by Judge Margo K. Brodie on 10/14/2022. (AB) Ordered by Chief Judge Margo K. Brodie on 10/14/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (AB) (Entered: 10/14/2022) | 10/14/2022 |
| 8723 | Letter MOTION for Extension of Time to Amend 8709 Letter, Order,, Unopposed by Jack Rabbit LLC. (Attachments: # 1 Proposed Order Granting the Proposed Intervenors request to serve an Amended Renewed Motion for Leave to Intervene and Memorandum in Support Pursuant to FED. R. CIV. P. 24 and Approving the Proposed Briefing Schedule) (Bacharach, N.) (Entered: 10/24/2022) | 10/24/2022 |
| 8724 | Letter to The Honorable Margo Brodie re redactions of Motions to Exclude by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 Exhibit 1c, # 4 Exhibit 1d, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6a, # 10 Exhibit 6b) (Eisenstein, Matthew) (Entered: 10/24/2022) | 10/24/2022 |
| 8725 | Letter [Exhibits 7-12] Letter to The Honorable Margo Brodie re redactions of Motions to Exclude [Related to DKT 8724] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12) (Eisenstein, Matthew) (Entered: 10/24/2022) | 10/24/2022 |
|  | ORDER granting 8723 Letter re Proposed Intervenors' request to withdraw their Renewed Motion to Intervene and Memorandum in Support Pursuant to Fed. R. Civ. P. 24, request to file an amended version of the motion and proposed briefing schedule. The Proposed Intervenors shall serve their amended motion on or before November 3, 2022; parties shall serve any opposition on or before November 18, 2022; Proposed Intervenors shall serve their reply, if any, and file the motion on or before December 2, 2022. Ordered by Chief Judge Margo K. Brodie on 10/24/2022. (AB) (Entered: 10/24/2022) | 10/24/2022 |
| 8726 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Shiftan, Benjamin) (Entered: 10/26/2022) | 10/26/2022 |
| 8727 | MEMORANDUM AND ORDER (Redaction of Doc. 8714) re 8101, 8104, 8081, and 8074 Motions to Exclude. For the reasons stated in the attached Memorandum and Order, the Court denies 8101 Motion to Exclude Opinions of Dr. Reto Kohler, grants in part and denies in part 8104 Motion to Exclude Opinions of Professor Robert G. Harris, grants in part and denies in part 8081 Motion to Exclude in Part Section 1 Opinions of Professor Jerry Hausman, and grants in part and denies in part 8074 Motion to Exclude in Part Opinions of Professor Joseph E. Stiglitz. Ordered by Chief Judge Margo K. Brodie on 10/7/2022. (TL) (Entered: 10/26/2022) | 10/26/2022 |
| 8728 | MEMORANDUM AND ORDER (Redaction of Document 8716) re 8084 and 8070 Motions to Exclude. For the reasons stated in the attached Memorandum and Order, the Court denies 8084 Motion to Exclude in Part Section 2 and Debit Opinions of Professor Jerry Hausman and 8070 Motion to Exclude Testimony Concerning Visa's Fixed Acquirer Network Fee.Ordered by Chief Judge Margo K. Brodie on 10/8/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (TL) (Entered: 10/26/2022) | 10/26/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8729 | MEMORANDUM AND OPINION (Redaction of Document 8717) re 8181 and 8200 Motions to Exclude and 8179 Motion for Joinder. For the reasons stated in the attached Memorandum and Order, the Court denies 8181 Motion to Exclude Portions of Report & Opinions of Defense Expert Kevin M. Murphy, grants in part and denies in part 8200 Motion to Exclude Portions of Reports & Opinions of Defense Experts Marc Cleven & Stuart J. Fiske, and grants 8179 Motion for Joinder.Ordered by Chief Judge Margo K. Brodie on 10/8/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (TL) (Entered: 10/26/2022) | 10/26/2022 |
| 8730 | MEMORANDUM AND ORDER (Redaction of Document 8718) re 8077, 8086, 8080, and 8075 Motions to Exclude. For the reasons stated in the attached Memorandum and Order, the Court grants in part and denies in part 8077 Motion to Exclude Opinions of Mansour Karimzadeh, 8086 Motion to Exclude Report and Testimony of Dennis W. Carlton, 8080 Motion to Exclude Opinions of Stephen C. Mott, and 8075 Motion to Exclude Opinions of David P. Stowell.Ordered by Chief Judge Margo K. Brodie on 10/8/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (TL) (Entered: 10/26/2022) | 10/26/2022 |
| 8731 | MEMORANDUM AND ORDER (Redaction of Document 8719) re 8090, 8108, 8114, 8135, and 8207 Motions to Exclude. For the reasons stated in the attached Memorandum and Order, the Court denies 8090 Motion to Exclude Portions of Report and Opinions of Defense Expert R. Garrison Harvey, grants in part and denies in part 8108 Motion to Exclude Report and Opinions of Defense Expert Glenn Hubbard, denies 8114 Motion to Exclude Report and Opinions of Defense Expert Barbara E. Kahn, denies 8135 Motion to Exclude Report and Opinions of Defense Expert David J. Teece, and grants in part and denies in part 8207 Motion to Exclude Portions of Report and Opinions of Defense Expert David P. Kaplan.Ordered by Chief Judge Margo K. Brodie on 10/9/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (TL) (Entered: 10/26/2022) | 10/26/2022 |
| 8732 | MEMORANDUM AND ORDER (Redaction of Document 8720) re 8138. Motions to Exclude. For the reasons stated in the attached Memorandum and Order, the Court denies 8138 Motion to Exclude Plaintiffs Expert Opinions on EMV Chargebacks and for Partial Summary Judgment.Ordered by Chief Judge Margo K. Brodie on 10/9/2022. Associated Cases: 1:05-md-01720-MKB-VMS et al. (TL) (Entered: 10/26/2022) | 10/26/2022 |
|  | ORDER directing the Clerk of Court to unseal Memorandum and Order 8715. Ordered by Chief Judge Margo K. Brodie on 10/26/2022. (AB) (Entered: 10/26/2022) | 10/26/2022 |
|  | Email Notification Test - DO NOT REPLY (WL) (Entered: 10/27/2022) | 10/27/2022 |
| 8733 | STIPULATION of Dismissal with Prejudice of All Claims by Comcast Cable Communications, LLC, NBCUniversal Media, LLC Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS (Esau, David) (Entered: 11/03/2022) | 11/03/2022 |
| 8734 | Letter Pursuant to Chief Judge Brodies Individual Practices and Rules, subpart 3, governing motions. by Jack Rabbit LLC Associated Cases: 1:05-md-01720-MKB-VMS et al. (Bacharach, N.) (Entered: 11/03/2022) | 11/03/2022 |
| 8735 | Letter Pursuant to Chief Judge Brodies Individual Practices and Rules, subpart 3, governing motions. by Jack Rabbit LLC Associated Cases: 1:05-md-01720-MKB-VMS et al. (Bacharach, N.) (Entered: 11/03/2022) | 11/03/2022 |
| 8736 | NOTICE by Long Island Rail Road Company, Manhattan and Bronx Surface Transit Operating Authority, Metro-North Commuter Railroad Company, Metropolitan Suburban Bus Authority, Metropolitan Transportation Authority, New York City Transit Authority, Staten Island Rapid Transit Operating Authority, Triborough Bridge and Tunnel Authority (Calcaterra, Regina) (Entered: 11/04/2022) |  |
| 8737 | STIPULATION AND ORDER, Plaintiffs Comcast Cable Communications, LLC and NBC Universal Media, LLC (collectively the "Plaintiffs"), which are some of the remaining plaintiffs in the action CenturyLink Communications, LLC, et al. v. Visa Inc., et al., No. 19-cv-06318 (E.D.N.Y.), which action is included in In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, No. I:05-md-01720(E.D.N.Y.), having fully settled all of their respective claims against all of the defendants in the CenturyLink Communications action i.e., Visa Inc. Visa U.S.A. Inc.and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants") by and through their undersigned counsel, hereby) stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute. That (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs. (Ordered by Chief Judge Margo K. Brodie on 11/4/2022) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS (SG) (Entered: 11/07/2022) | 11/07/2022 |
| 8738 | NOTICE of Appearance by Amy Neda Vegari on behalf of Wells Fargo & Company, Wells Fargo Bank N.A. (aty to be noticed) (Vegari, Amy) (Entered: 11/07/2022) | 11/07/2022 |
| 8739 | Letter dated 11/8/22 from Sara Van Deusen to Clerk of the Court, requesting that Wheeler Trigg O'Donnell LLP and its attorneys be removed from the Electronic Case Filing notification list related to 1:05-md-01720-MKB-VMS. The attorneys who need to be removed are: Michiko Brown, John Vaught, Kelly Laudenslager, and Michael Alper. (SG) (Entered: 11/16/2022) | 11/15/2022 |
| 8740 | STIPULATION of Dismissal with Prejudice of All Claims by Elgin Ave. Recovery, LLC (Briody, John) (Entered: 11/17/2022) | 11/17/2022 |
| 8741 | STIPULATION of Dismissal [PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 11/17/2022) | 11/17/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8742 | STIPULATION AND ORDER re 8740 , Plaintiff Elgin Ave. Recovery, LLC, which is one of the plaintiffs in the action 7-Eleven, Inc. et al. v. Visa Inc. et al., No. 13-CV-05756 (E.D.N.Y.), a member case included in In re Payment Interchange Fee and Merchant Discount Antitrust Litigation, No. 05-MD-01720 (E.D.N.Y.), stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Defendants be dismissed with prejudice and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability. The Courts orders that (1) it will retain continuing and exclusive jurisdiction to resolve any matter relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability, and (2) that the claims and action of the Plaintiff are dismissed with prejudice, with each side to bear its own attorneys' fees and costs. Ordered by Chief Judge Margo K. Brodie on 11/18/2022. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (AB) (Entered: 11/18/2022) | 11/18/2022 |
| 8743 | STIPULATION AND ORDER re 8740 , Plaintiffs Visa U.S.A. Inc., and Visa International Service Association ("Plaintiffs"), which are the only plaintiffs in the action Visa U.S.A. Inc., et al. v. Sears Holdings Corp., No. 14-CV-06450, which action is included in In re Payment Interchange Fee and Merchant Discount Antitrust Litigation, No. 05-MD-01720 (E.D.N.Y.), stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Defendant be dismissed with prejudice and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability. The Courts orders that (1) it will retain continuing and exclusive jurisdiction to resolve any matter relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability, and (2) that the claims and action of the Plaintiffs are dismissed with prejudice, with each side to bear its own attorneys' fees and costs. Ordered by Chief Judge Margo K. Brodie on 11/18/2022. Associated Cases: 1:05-md-01720-MKB-VMS, 1:14-cv-06450-MKB-VMS (AB) (Entered: 11/18/2022) | 11/18/2022 |
| 8744 | Letter MOTION to Withdraw as Attorney by Home Depot U.S.A Inc, The Home Depot Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Qasir, Sophia) (Entered: 11/18/2022) | 11/18/2022 |
|  | ORDER granting 8744 Motion to Withdraw as Attorney. Attorney Sophia Qasir terminated. Ordered by Magistrate Judge Vera M. Scanlon on 11/30/2022. (GS) (Entered: 11/30/2022) | 11/30/2022 |
| 8745 | MOTION to Intervene RENEWED MOTION FOR LEAVE TO INTERVENE AND MEMORANDUM IN SUPPORT by Jack Rabbit LLC. (Rothstein, Paul) (Entered: 12/02/2022) | 12/02/2022 |
| 8746 | MOTION to Intervene RENEWED MOTION FOR LEAVE TO INTERVENE AND MEMORANDUM IN SUPPORT by Jack Rabbit LLC. (Attachments: # 1 Exhibit [Proposed] Complaint) (Rothstein, Paul) (Entered: 12/02/2022) | 12/02/2022 |
| 8747 | NOTICE by Jack Rabbit LLC NOTICE OF MOTION (Rothstein, Paul) (Entered: 12/02/2022) | 12/02/2022 |
| 8748 | Letter LETTER TO PARTIES CONCERNING BRIEFS AND PAPERS by Jack Rabbit LLC (Rothstein, Paul) (Entered: 12/02/2022) | 12/02/2022 |
| 8749 | Amended MOTION to Intervene AMENDED RENEWED MOTION FOR LEAVE TO INTERVENE AND MEMORANDUM IN SUPPORT by Jack Rabbit LLC. (Rothstein, Paul) (Entered: 12/02/2022) | 12/02/2022 |
| 8750 | REPLY to Response to Motion re 8749 Amended MOTION to Intervene AMENDED RENEWED MOTION FOR LEAVE TO INTERVENE AND MEMORANDUM IN SUPPORT REPLY TO CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION filed by Jack Rabbit LLC. (Attachments: # 1 Exhibit CORRESPONDENCES BETWEEN COUNSEL FOR JACK RABBIT AND SPECIAL MASTER ROBIN WILCOX, # 2 Exhibit CORRESPONDENCES BETWEEN COUNSEL FOR JACK RABBIT AND CLASS COUNSEL JEFFREY SHINDER, # 3 Exhibit AMENDED DECLARATION BY JACK W. KIDD, # 4 Exhibit Cover Sheet to Documents Filed) (Rothstein, Paul) (Entered: 12/02/2022) | 12/02/2022 |
| 8751 | RESPONSE in Opposition re 8749 Amended MOTION to Intervene AMENDED RENEWED MOTION FOR LEAVE TO INTERVENE AND MEMORANDUM IN SUPPORT ; RULE 23(b)(3) CLASS PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO JACK RABBIT, LLC AND 280 STATION LLCS AMENDED RENEWED MOTION TO INTERVENE filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Marth, Ryan) (Entered: 12/02/2022) | 12/02/2022 |
| 8752 | Letter to Honorable Margo K. Brodie from the Rule 23(b)(3) class action Defendants regarding joinder in opposition to the motion to intervene, by Citibank N A, Citicorp, First National Bank of Omaha, Bank Of America, N.A., Bank of America Corporation, JP Morgan Chase & Co., JP Morgan Chase Bank, n.a., Mastercard Incorporated, Mastercard International Incorporated, Paymentech, LLC, Texas Independent Bancshares, Inc., Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Wells Fargo & Company, Wells Fargo Bank N.A. (Bershteyn, Boris) (Entered: 12/05/2022) | 12/05/2022 |
| 8753 | Letter dated December 8, 2022 from (b)(3) Class Counsel requesting approval of the 2022 4th Qtr estimated tax payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 12/08/2022) | 12/08/2022 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8754 | STIPULATION of Dismissal with Prejudice of All Claims by BFC, Inc., Basic Properties LP, Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications, LLC, Clipper Petroleum, Inc., DISH Network, L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, Level 3 Communications, LLC, Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc., United Energy, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06318-MKB-VMS (Esau, David) (Entered: 12/09/2022) | 12/09/2022 |
| 8755 | NOTICE by Jack Rabbit LLC re 8749 Amended MOTION to Intervene AMENDED RENEWED MOTION FOR LEAVE TO INTERVENE AND MEMORANDUM IN SUPPORT, 8750 Reply to Response to Motion,, NOTICE OF SUPPLEMENTAL AUTHORITY (Rothstein, Paul) (Entered: 12/13/2022) | 12/13/2022 |
|  | ORDER re 8753 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of 4th quarter 2022 tax payments for the Class I Cash Settlement Fund and Class II Interchange Settlement Fund is granted. Ordered by Magistrate Judge Vera M. Scanlon on 12/13/2022. (GS) (Entered: 12/13/2022) | 12/13/2022 |
| 8756 | Letter from Rule 23(b)(3) Class Plaintiffs requesting the Court's approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 12/19/2022) | 12/19/2022 |
| 8757 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-16242187. by Fifth Third Bancorp. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Verticchio, Anthony) (Entered: 12/19/2022) | 12/19/2022 |
|  | ORDER re 8756 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 12/23/2022. (GS) (Entered: 12/23/2022) | 12/23/2022 |
|  | ORDER granting 8757 Motion for Leave to Appear Pro Hac Vice. Ordered by Magistrate Judge Vera M. Scanlon on 12/23/2022. (GS) (Entered: 12/23/2022) | 12/23/2022 |
| 8758 | MOTION to Withdraw as Attorney by PNC Bank National Association, PNC Bank, National Association, PNC Financial Services Group, Inc.. (Cabranes, Alejo) (Entered: 12/27/2022) | 12/27/2022 |
| 8759 | MOTION to Withdraw as Attorney by Wachovia Bank, NA., Wachovia Corporation, Wells Fargo & Company, Wells Fargo Bank N.A.. (LoBue, Robert) (Entered: 01/03/2023) | 01/03/2023 |
| 8760 | NOTICE of Change of Firm Name and E-Mail Addresses Once the filing has been made, you must login to www.pacer.gov and update your account. Associated Cases: 1:05-md-01720-MKB-VMS et al. (Warshaw, Daniel) (Entered: 01/04/2023) | 01/04/2023 |
|  | ORDER granting 8758 Motion to Withdraw as Attorney. Attorney Alejo R. Cabranes terminated. Ordered by Magistrate Judge Vera M. Scanlon on 1/4/2023. (GS) (Entered: 01/04/2023) | 01/04/2023 |
|  | ORDER granting 8759 Motion to Withdraw as Attorney. Attorney Robert P. LoBue terminated. Ordered by Magistrate Judge Vera M. Scanlon on 1/4/2023. (GS) (Entered: 01/04/2023) | 01/04/2023 |
| 8761 | MOTION to Withdraw as Attorney Carmen A. Medici by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order to Withdraw Carmen A. Medici as Attorney of Record) (Bernay, Alexandra) (Entered: 01/17/2023) | 01/17/2023 |
| 8762 | NOTICE of Appearance by William Jay Blechman on behalf of Michaels Stores, Inc. (aty to be noticed) (Blechman, William) (Entered: 01/18/2023) | 01/18/2023 |
| 8763 | NOTICE of Appearance by Richard A. Arnold on behalf of Michaels Stores, Inc. (aty to be noticed) (Arnold, Richard) (Entered: 01/18/2023) | 01/18/2023 |
| 8764 | STIPULATION of Dismissal With Prejudice Against Defendants by Michaels Stores, Inc. (Blechman, William) (Entered: 01/18/2023) | 01/18/2023 |
| 8765 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-16321298. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing - PA, # 3 Certificate of Good Standing - NY, # 4 Proposed Order) (Cramer, Eric) (Entered: 01/19/2023) | 01/19/2023 |
|  | ORDER granting 8761 Motion to Withdraw as Attorney. Attorney Carmen A. Medici terminated. Ordered by Magistrate Judge Vera M. Scanlon on 1/19/2023. (GS) (Entered: 01/19/2023) | 01/19/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8766 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE. Plaintiff Michaels Stores, Inc., which is one of the plaintiffs in the action 7-Eleven, Inc. et al. v. Visa Inc. et al, No. 13-CV-5746 (E.D.N.Y.), a member case included in In re Payment Interchange Fee and Merchant Discount Antitrust Litigation, No. 05MD1720 (E.D.N.Y), stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against Defendants be dismissed with prejudice and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute. The Court orders that (1) it will retain continuing and exclusive jurisdiction to resolve any matter out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding or dispute, and (2) that the claims and the action of the Plaintiff are dismissed with prejudice, with each side to bear it own attorneys' fees and costs. So Ordered by Chief Judge Margo K. Brodie on 1/18/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (FP) (Entered: 01/20/2023) | 01/20/2023 |
| | ORDER granting 8765 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 1/21/2023. (GS) (Entered: 01/21/2023) | 01/21/2023 |
| 8767 | STIPULATION of Dismissal by Rum Point Recovery LLC (Briody, John) (Entered: 01/23/2023) | 01/23/2023 |
| 8768 | STIPULATION of Dismissal by Pacific Sunwear of California, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 01/24/2023) | 01/24/2023 |
| 8769 | STIPULATION of Dismissal by PETCO Animal supplies Inc., Petco Animal Supplies, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 01/24/2023) | 01/24/2023 |
| 8770 | STIPULATION of Dismissal by Gulf Oil Limited Partnership Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 01/25/2023) | 01/25/2023 |
| 8771 | STIPULATION of Dismissal by American Multi-Cinema, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 01/25/2023) | 01/25/2023 |
| 8772 | First MOTION for Refund of Fees Paid Electronically by Jack Rabbit LLC. (Attachments: # 1 Exhibit Receipt for fee payment) (Rothstein, Paul) (Entered: 01/25/2023) | 01/25/2023 |
| 8773 | APPROVAL re 8772 Motion for Refund of Fees Paid Electronically. The 12/2/2022 payment has been confirmed and the $402 filing fee, Receipt No. ANYEDC-16192331 is to be refunded. Signed Brenna B. Mahoney, Clerk of Court by Tiffeny Lee-Harris, Case Administration Manager on 1/26/2023. (fwd'd for processing) (TL) (Entered: 01/26/2023) | 01/26/2023 |
| 8774 | MOTION to Withdraw as Attorney by National Retail Federation, Retail Industry Leaders Association. (Leon, Noel) (Entered: 02/08/2023) | 02/08/2023 |
| 8775 | MOTION to Withdraw as Attorney Michael M. Powell by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Attachments: # 1 Declaration of Michael M. Powell) (Powell, Michael) (Entered: 02/09/2023) | 02/09/2023 |
| 8776 | JPMDL Conditional Transfer Order (CTO-34), Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 19, 2005, and, with the consent of that court, assigned to the Honorable Margo K. Brodie. (TL) (Entered: 02/13/2023) | 02/10/2023 |
| | ORDER granting 8774 Motion to Withdraw as Attorney. Attorney Noel Leon is terminated as counsel of record for National Retail Federation and Retail Industry Leaders Association. Ordered by Magistrate Judge Vera M. Scanlon on 2/10/2023. (MG) (Entered: 02/10/2023) | 02/10/2023 |
| | ORDER granting 8775 Motion to Withdraw as Attorney. Attorney Michael Mary Powell is terminated as counsel of record for Defendants Chase Bank USA, N.A.,JPMorgan Chase & Co., Chase Paymentech Solutions, LLC, and JPMorgan Chase Bank, N.A. Ordered by Magistrate Judge Vera M. Scanlon on 2/10/2023. (MG) (Entered: 02/10/2023) | 02/10/2023 |
| 8777 | Letter re: filing of Answer in John Palladino, et al. v. JPMorgan Chase & Co., et al., No. 23-cv-1215 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 02/15/2023) | 02/15/2023 |
| 8778 | Joint MOTION for Extension of Time to File Response/Reply to the First Amended Class Action Complaint by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Bershteyn, Boris) (Entered: 02/16/2023) | 02/16/2023 |
| | Order granting 8778 Stipulation Accepting Service of Plaintiffs' Amended Complaint and Joint Motion for Extension of Time to File Response/Reply to Amended Complaint. In accordance with the parties' stipulation and agreement, Defendants accept service of the Amended Complaint, without prejudice to or waiver of any of their defenses, objections or arguments, except as to the sufficiency of service of the Amended Complaint; and Defendants' deadline to answer or otherwise respond to the Amended Complaint is extended to 45 days after Plaintiffs' forthcoming motion to remand this action to the California Superior Court is resolved. Ordered by Chief Judge Margo K. Brodie on 2/21/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (AB) (Entered: 02/21/2023) | 02/21/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8779 | NOTICE of Appearance by Eric Cramer on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (notification declined or already on case) (Cramer, Eric) (Entered: 03/06/2023) | 03/06/2023 |
| 8780 | MEMORANDUM AND ORDER, the Court lacks jurisdiction over the issues raised in the Proposed Intervenors' Renewed Motion to Intervene and therefore denies the motion. So Ordered by Chief Judge Margo K. Brodie on 3/6/2023. (FP) (Entered: 03/08/2023) | 03/06/2023 |
| 8781 | NOTICE of Appearance by Brette Morgan Tannenbaum on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Tannenbaum, Brette) (Entered: 03/09/2023) | 03/09/2023 |
| 8782 | NOTICE of Appearance by Thomas Andrew Paskowitz on behalf of Citibank N.A., Citigroup Inc (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Paskowitz, Thomas) (Entered: 03/10/2023) | 03/10/2023 |
| 8783 | NOTICE of Appearance by Benjamin R. Nagin on behalf of Citibank N.A., Citigroup Inc (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Nagin, Benjamin) (Entered: 03/10/2023) | 03/10/2023 |
| 8784 | NOTICE of Appearance by Michael B. Miller on behalf of Bank of America Corporation, Bank of America N.A. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Miller, Michael) (Entered: 03/10/2023) | 03/10/2023 |
| 8785 | NOTICE of Appearance by Natalie Fleming Nolen on behalf of Bank of America Corporation, Bank of America N.A. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Fleming Nolen, Natalie) (Entered: 03/10/2023) | 03/10/2023 |
| 8786 | Letter from 7-Eleven Plaintiffs and Target Plaintiffs providing supplemental authority by 7-Eleven Inc. (Attachments: # 1 Exhibit A) (Shinder, Jeffrey) (Entered: 03/13/2023) | 03/13/2023 |
| 8787 | NOTICE of Appearance by Robert M. Rothman on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Rothman, Robert) (Entered: 03/14/2023) | 03/14/2023 |
| 8788 | NOTICE of Appearance by Kenneth A. Gallo on behalf of Mastercard, Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Gallo, Kenneth) (Entered: 03/14/2023) | 03/14/2023 |
| 8789 | NOTICE of Appearance by Gary R. Carney, Jr on behalf of Mastercard, Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Carney, Gary) (Entered: 03/14/2023) | 03/14/2023 |
| 8790 | NOTICE of Appearance by Donna M. Ioffredo on behalf of Mastercard, Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Ioffredo, Donna) (Entered: 03/14/2023) | 03/14/2023 |
| 8791 | NOTICE of Appearance by Abby Faith Rudzin on behalf of Capital One Bank, Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp, Capital One Bank (USA), National Association (COBNA), Capital One F.S.B., Capital One Financial Corporation, Capital One, National Association (CONA) (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Rudzin, Abby) (Entered: 03/16/2023) | 03/16/2023 |
| 8792 | NOTICE of Appearance by Andrew J. Frackman on behalf of Capital One Bank, Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp, Capital One Bank (USA), National Association (COBNA), Capital One F.S.B., Capital One Financial Corporation, Capital One, National Association (CONA) (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Frackman, Andrew) (Entered: 03/16/2023) | 03/16/2023 |
| 8793 | NOTICE of Appearance by Kara Kennedy on behalf of U S Bank National Association, U.S. Bancorp (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Kennedy, Kara) (Entered: 03/16/2023) | 03/16/2023 |
| 8794 | Letter in Response to 8786 Letter from 7-Eleven Plaintiffs and Target Plaintiffs by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 03/17/2023) | 03/17/2023 |
| 8795 | NOTICE of Appearance by Lee Ross Crain on behalf of Bank of the West (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Crain, Lee) (Entered: 03/17/2023) | 03/17/2023 |
| 8796 | Corporate Disclosure Statement by Bank of the West identifying Corporate Parent Bank of Montreal, Other Affiliate BMO Financial Corp., Other Affiliate BNP Paribas S.A., Other Affiliate BMO Harris Bank National Association for Bank of the West. Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Crain, Lee) (Entered: 03/17/2023) | 03/17/2023 |
| 8797 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number NYEDC-16510585. by Bank of the West. (Attachments: # 1 Declaration of Elizabeth Papez in Support, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order to admit Elizabeth Papez Pro Hac Vice) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Papez, Elizabeth) (Entered: 03/17/2023) | 03/17/2023 |
| 8798 | Corporate Disclosure Statement by U S Bank National Association, U.S. Bancorp identifying Corporate Parent U.S. Bancorp for U S Bank National Association. Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Kennedy, Kara) (Entered: 03/20/2023) | 03/20/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8799 | Corporate Disclosure Statement by Citibank N.A., Citigroup Inc identifying Corporate Parent Citigroup Inc., Corporate Parent Citicorp LLC for Citibank N.A.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Nagin, Benjamin) (Entered: 03/20/2023) | 03/20/2023 |
| | ORDER granting 8797 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Ordered by Magistrate Judge Vera M. Scanlon on 3/20/2023. (GS) (Entered: 03/20/2023) | 03/20/2023 |
| 8800 | Letter to Clerk Requesting Removal of Carlton Fields Attorneys from ECF Notifications by Breeze Thru Markets, LLC, CGS Sales Corporation, Cary Oil Co., Inc., Casey's General Stores, Inc., Casey's Marketing Company, Casey's Retail Company, Casey's Services Company, CenturyLink Communications LLC, Cheney Bros., Inc., Clipper Petroleum, Inc., Comcast Cable Communications, LLC, Dish Network L.L.C., Energy North, Inc., Epping Forest Yacht Club, Inc., Fastrip Oil Company, Gate Fuel Service, Inc., Gate North Carolina, Inc., Gate Petroleum Company, BFC, INC, Basic Properties LP, Jaco Hill Company, Jaco Oil Company, Jamieson Hill Company, United Energy, Inc., WideOpenWest, Inc., Level 3 Communications, LLC, NBCUniversal Media, LLC, Plaid Pantries, Inc., Ponte Vedra Corporation, Ponte Vedra Lodge, Reid Petroleum Corp., Reid Stores, Inc., Sampson-Bladen Oil Company, Inc., Sodexo, Inc., The River Club, Inc. (Gore, Kristin) (Entered: 03/21/2023) | 03/21/2023 |
| 8801 | Letter PROPOSED INTERVENORS, JACK RABBIT, LLC, AND 280 STATION LLC (D/B/A/ COWBOYS), POST SECOND CIRCUIT AFFIRMATION MOTION FOR LEAVE TO INTERVENE FOR PURPOSES OF BECOMING SUBCLASS COUNSEL AND MEMORANDUM IN SUPPORT by Jack Rabbit LLC (Rothstein, Paul) (Entered: 03/22/2023) | 03/22/2023 |
| | SCHEDULING ORDER: In view of the Second Circuit's decision affirming the class settlement of the damages class action, Judge Margo K. Brodie and Magistrate Judge Vera M. Scanlon will hold a joint status conference on May 11, 2023 at 2:00 PM in Courtroom 6F. The parties are directed to submit a joint status report on or before April 21, 2023, regarding proposed next steps. Ordered by Chief Judge Margo K. Brodie on 3/23/2023. Associated Cases: 1:05-md-01720-MKB-VMS et al. (AB) (Entered: 03/23/2023) | 03/23/2023 |
| 8802 | MOTION to Withdraw as Attorney Arun Subramanian by Gielen Enterprises,Inc., Wal-Mart Stores, Inc., Walmart Inc., Rice Palace,Inc.;, T-Mobile USA, Inc., Tobacco Plus,Inc.;. (Attachments: # 1 Declaration in Support of Motion to Withdraw as Counsel, # 2 Proposed Order Granting Motion to Withdraw as Counsel) Associated Cases: 1:05-md-01720-MKB-VMS et al. (Subramanian, Arun) (Entered: 03/24/2023) | 03/24/2023 |
| 8803 | Letter from Rule 23(b)(3) Co-Lead Class Counsel regarding Proposed Intervenors Jack Rabbit, LLC and 280 Station LLC (d/b/a Cowboys) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/24/2023) | 03/24/2023 |
| 8804 | NOTICE of Appearance by Elizabeth P Papez on behalf of Bank of the West (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Papez, Elizabeth) (Entered: 03/27/2023) | 03/27/2023 |
| 8805 | Corporate Disclosure Statement by Wells Fargo & Company, Wells Fargo Bank N.A. identifying Corporate Parent Wells Fargo & Company for Wells Fargo Bank N.A.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Vegari, Amy) (Entered: 03/28/2023) | 03/28/2023 |
| 8806 | Proposed Scheduling Order Joint Status Report and Proposed Scheduling Order by Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 03/29/2023) | 03/29/2023 |
| 8807 | Corporate Disclosure Statement by Mastercard Incorporated, Mastercard International Incorporated identifying Corporate Parent Mastercard Incorporated for Mastercard International Incorporated. Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Gallo, Kenneth) (Entered: 03/30/2023) | 03/30/2023 |
| | ORDER re 8806 Proposed Scheduling Order. The Court grants the parties' request to submit their positions on the next steps regarding the above-captioned case in the MDL status report due on April 21, 2023, in advance of the May 11, 2023 status conference. Ordered by Chief Judge Margo K. Brodie on 3/30/2023. (AB) (Entered: 03/30/2023) | 03/30/2023 |
| 8808 | STIPULATION of Dismissal by Lowe's Companies, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Glist, Adam) (Entered: 04/03/2023) | 04/03/2023 |
| 8809 | Stipulation and Order of Dismissal, re 8808 Plaintiff's Lowe's Companies Inc's Dismissal with Prejudice of All Claims against the Visa Defendants. So Ordered by Chief Judge Margo K. Brodie on 4/4/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (FP) (Entered: 04/04/2023) | 04/04/2023 |
| 8810 | NOTICE of Appearance by Teresa T. Bonder on behalf of U.S Bank National Association, U.S. Bancorp (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Bonder, Teresa) (Entered: 04/04/2023) | 04/04/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8811 | Letter Regarding Proposed Intervenors Jack Rabbit, LLC and 280 Station LLC (d/b/a Cowboys) by Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., 32T, LLC, H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 04/05/2023) | 04/05/2023 |
| | ORDER granting (207) Motion to Withdraw as Attorney in case 1:05-cv-03800-MKB-VMS; granting (213) Motion to Withdraw as Attorney in case 1:05-cv-03924-MKB-VMS; granting (208) Motion to Withdraw as Attorney in case 1:05-cv-03925-MKB-VMS; granting (202) Motion to Withdraw as Attorney in case 1:05-cv-04131-MKB-VMS; granting (230) Motion to Withdraw as Attorney in case 1:05-cv-04194-MKB-VMS; granting (272) Motion to Withdraw as Attorney in case 1:05-cv-04521-MKB-VMS; granting (273) Motion to Withdraw as Attorney in case 1:05-cv-04520-MKB-VMS; granting (253) Motion to Withdraw as Attorney in case 1:05-cv-04650-MKB-VMS; granting (189) Motion to Withdraw as Attorney in case 1:05-cv-04677-MKB-VMS; granting (244) Motion to Withdraw as Attorney in case 1:05-cv-04728-MKB-VMS; granting (254) Motion to Withdraw as Attorney in case 1:05-cv-04799-MKB-VMS; granting (8802) Motion to Withdraw as Attorney in case 1:05-md-01720-MKB-VMS; granting (196) Motion to Withdraw as Attorney in case 1:05-cv-04974-MKB-VMS; granting (218) Motion to Withdraw as Attorney in case 1:05-cv-05077-MKB-VMS; granting (237) Motion to Withdraw as Attorney in case 1:05-cv-05075-MKB-VMS; granting (243) Motion to Withdraw as Attorney in case 1:05-cv-05073-MKB-VMS; granting (223) Motion to Withdraw as Attorney in case 1:05-cv-05071-MKB-VMS; granting (220) Motion to Withdraw as Attorney in case 1:05-cv-05069-MKB-VMS; granting (219) Motion to Withdraw as Attorney in case 1:05-cv-05081-MKB-VMS; granting (222) Motion to Withdraw as Attorney in case 1:05-cv-05083-MKB-VMS; granting (219) Motion to Withdraw as Attorney in case 1:05-cv-05082-MKB-VMS; granting (223) Motion to Withdraw as Attorney in case 1:05-cv-05080-MKB-VMS; granting (214) Motion to Withdraw as Attorney in case 1:05-cv-05078-MKB-VMS; granting (222) Motion to Withdraw as Attorney in case 1:05-cv-05076-MKB-VMS; granting (219) Motion to Withdraw as Attorney in case 1:05-cv-05074-MKB-VMS; granting (221) Motion to Withdraw as Attorney in case 1:05-cv-05070-MKB-VMS; granting (217) Motion to Withdraw as Attorney in case 1:05-cv-05072-MKB-VMS; granting (198) Motion to Withdraw as Attorney in case 1:05-cv-05153-MKB-VMS; granting (265) Motion to Withdraw as Attorney in case 1:05-cv-05207-MKB-VMS; granting (259) Motion to Withdraw as Attorney in case 1:05-cv-05319-MKB-VMS; granting (202) Motion to Withdraw as Attorney in case 1:05-cv-05352-MKB-VMS; granting (216) Motion to Withdraw as Attorney in case 1:05-cv-05866-MKB-VMS; granting (154) Motion to Withdraw as Attorney in case 1:05-cv-05885-MKB-VMS; granting (155) Motion to Withdraw as Attorney in case 1:05-cv-05883-MKB-VMS; granting (154) Motion to Withdraw as Attorney in case 1:05-cv-05881-MKB-VMS; granting (144) Motion to Withdraw as Attorney in case 1:05-cv-05869-MKB-VMS; granting (150) Motion to Withdraw as Attorney in case 1:05-cv-05871-MKB-VMS; granting (149) Motion to Withdraw as Attorney in case 1:05-cv-05879-MKB-VMS; granting (150) Motion to Withdraw as Attorney in case 1:05-cv-05880-MKB-VMS; granting (152) Motion to Withdraw as Attorney in case 1:05-cv-05870-MKB-VMS; granting (156) Motion to Withdraw as Attorney in case 1:05-cv-05868-MKB-VMS; granting (154) Motion to Withdraw as Attorney in case 1:05-cv-05884-MKB-VMS; granting (154) Motion to Withdraw as Attorney in case 1:05-cv-05882-MKB-VMS; granting (147) Motion to Withdraw as Attorney in case 1:05-cv-05878-MKB-VMS; granting (153) Motion to Withdraw as Attorney in case 1:06-cv-00039-MKB-VMS; granting (107) Motion to Withdraw as Attorney in case 1:06-cv-00078-MKB-VMS; granting (107) Motion to Withdraw as Attorney in case 1:06-cv-01829-MKB-VMS; granting (107) Motion to Withdraw as Attorney in case 1:06-cv-01830-MKB-VMS; granting (107) Motion to Withdraw as Attorney in case 1:06-cv-01831-MKB-VMS; granting (107) Motion to Withdraw as Attorney in case 1:06-cv-01832-MKB-VMS; granting (113) Motion to Withdraw as Attorney in case 1:06-cv-02532-MKB-VMS; granting (114) Motion to Withdraw as Attorney in case 1:06-cv-02534-MKB-VMS; granting (96) Motion to Withdraw as Attorney in case 1:06-cv-05583-MKB-VMS; granting (108) Motion to Withdraw as Attorney in case 1:06-cv-05765-MKB-VMS; granting (106) Motion to Withdraw as Attorney in case 1:07-cv-00592-MKB-VMS; granting (87) Motion to Withdraw as Attorney in case 1:09-cv-02264-MKB-VMS; granting (87) Motion to Withdraw as Attorney in case 1:09-cv-03225-MKB-VMS; granting (83) Motion to Withdraw as Attorney in case 1:13-cv-05352-MKB-VMS; granting (184) Motion to Withdraw as Attorney in case 1:13-cv-05745-MKB-VMS; granting (263) Motion to Withdraw as Attorney in case 1:13-cv-05746-MKB-VMS; granting (78) Motion to Withdraw as Attorney in case 1:14-cv-00261-MKB-VMS; granting (90) Motion to Withdraw as Attorney in case 1:14-cv-06450-MKB-VMS; granting (53) Motion to Withdraw as Attorney in case 1:14-cv-07018-MKB-JO; granting (92) Motion to Withdraw as Attorney in case 1:16-cv-05507-MKB-VMS; granting (41) Motion to Withdraw as Attorney in case 1:17-cv-03531-MKB-JO; granting (82) Motion to Withdraw as Attorney in case 1:17-cv-04362-MKB-VMS; granting (143) Motion to Withdraw as Attorney in case 1:17-cv-04555-MKB-JO; granting (44) Motion to Withdraw as Attorney in case 1:17-cv-05988-MKB-JO; granting (59) Motion to Withdraw as Attorney in case 1:18-cv-04568-MKB-JO; granting (40) Motion to Withdraw as Attorney in case 1:19-cv-04256-MKB-JO; granting (93) Motion to Withdraw as Attorney in case 1:19-cv-04616-MKB-VMS; granting (39) Motion to Withdraw as Attorney in case 1:19-cv-05567-MKB-JO; granting (30) Motion to Withdraw as Attorney in case 2:19-cv-05882-MKB-VMS; granting (66) Motion to Withdraw as Attorney in case 1:19-cv-06318-MKB-VMS; granting (71) Motion to Withdraw as Attorney in case 1:19-cv-06555-MKB-VMS; granting (23) Motion to Withdraw as Attorney in case 1:20-cv-01325-MKB-JO; granting (20) Motion to Withdraw as Attorney in case 1:20-cv-01483-MKB-JO; granting (47) Motion to Withdraw as Attorney in case 2:20-cv-01517-MKB-VMS; granting (20) Motion to Withdraw as Attorney in case 1:20-cv-02166-MKB-JO; granting (56) Motion to Withdraw as Attorney in case 2:20-cv-02394-MKB-JO; granting (21) Motion to Withdraw as Attorney in case 1:20-cv-02495-MKB-JO; granting (20) Motion to Withdraw as Attorney in case 1:20-cv-03791-MKB-JO; granting (46) Motion to Withdraw as Attorney in case 1:21-cv-01175-MKB-VMS; granting (24) Motion to Withdraw as Attorney in case 1:21-cv-01519-MKB-VMS; granting (42) Motion to Withdraw as Attorney in case 1:21-cv-02360-MKB-VMS; granting (36) Motion to Withdraw as Attorney in case 1:21-cv-03401-MKB-VMS; granting (21) Motion to Withdraw as Attorney in case 1:21-cv-06708-MKB-VMS; granting (30) Motion to Withdraw as Attorney in case 1:22-cv-04489-MKB-VMS; granting (7) Motion to Withdraw as Attorney in case 1:23-cv-00232-MKB-VMS; granting (34) Motion to Withdraw as Attorney in case 1:23-cv-01215-MKB-VMS. Attorney Arun Srinivas Subramanian terminated. Ordered by Magistrate Judge Vera M. Scanlon on 4/11/2023. Associated Cases: 1:05-md-01720-MKB-VMS et al. (GS) (Entered: 04/11/2023) | 04/11/2023 |
| 8812 | Letter dated April 12, 2023 from (b)(3) Class Counsel requesting approval of (1) the tax payments for 2022, and (2) the 2023 1st Qtr estimated tax payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 04/12/2023) | 04/12/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8813 | STIPULATION of Dismissal Plaintiffs' Stipulation and Proposed Order of Dismissal with Prejudice of all Claims Against the Visa Defendants by Home Depot U.S.A Inc, The Home Depot Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (Olson, Steig) (Entered: 04/13/2023) | 04/13/2023 |
| 8814 | STIPULATION of Dismissal (PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 04/13/2023) | 04/13/2023 |
| 8815 | Corporate Disclosure Statement by Capital One Bank (USA), National Association (COBNA), Capital One F.S.B., Capital One Financial Corporation, Capital One, National Association (CONA), Capital One Bank, Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp identifying Corporate Parent Capital One Financial Corporation for Capital One, National Association (CONA). Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (Rudzin, Abby) (Entered: 04/13/2023) | 04/13/2023 |
| | ORDER re 8812 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of (1) the tax payments for 2022, and (2) the 2023 1st Qtr estimated tax payments for the Class I and Class II Settlement Funds is granted. Ordered by Magistrate Judge Vera M. Scanlon on 4/14/2023. (GS) (Entered: 04/14/2023) | 04/14/2023 |
| 8816 | Stipulation and Order of Dismissal, re 8814 Plaintiff's Visa U.S.A. Inc., Visa Inc., and Visa International Service Association with Prejudice of All Claims against Defendants The Home Depot, Inc. and Home Depot U.S.A. So Ordered by Chief Judge Margo K. Brodie on 4/14/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:14-cv-00261-MKB-VMS (FP) (Entered: 04/17/2023) | 04/17/2023 |
| 8817 | Stipulation and Order of Dismissal, re 8813 Plaintiff's The Home Depot, Inc. and Home Depot U.S.A., Inc. with Prejudice of All Claims against the Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association. So Ordered by Chief Judge Margo K. Brodie on 4/14/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:16-cv-05507-MKB-VMS (FP) (Entered: 04/17/2023) | 04/17/2023 |
| 8818 | NOTICE of Appearance by Benjamin Klebanoff on behalf of Barclays Bank Delaware, Barclays Bank PLC, Barclays Financial Corp., Juniper Financial Corporation (aty to be noticed) (Klebanoff, Benjamin) (Entered: 04/21/2023) | 04/21/2023 |
| 8819 | STATUS REPORT Parties' Joint Status Report by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 04/21/2023) | 04/21/2023 |
| 8820 | MOTION to Appear by Telephone/Video by Pets USA LLC, Unlimited Vacations and Cruises Inc. (Pentz, John) (Entered: 05/02/2023) | 05/02/2023 |
| 8821 | Letter MOTION to Appear by Telephone/Video by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Vizas, Robert) (Entered: 05/02/2023) | 05/02/2023 |
| 8822 | MOTION to Appear by Telephone/Video KJ_ltr to Court_request for remote appearance_05022023_a by Gnarlywood LLC, Quincy Woodrights, LLC. (Jan, Kendrick) (Entered: 05/02/2023) | 05/02/2023 |
| 8823 | MANDATE of USCA as to 7995 Notice of Appeal filed by Melvin Salveson. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the District Courts orders are AFFIRMED in all respects to the extent they constituted a final judgment, with the exception that the District Court is directed to reduce the service award to class representatives to the extent that its size was increased by time spent in lobbying efforts that would not increase the recovery of damages. Issued as Mandate: 5/2/2023. USCA# 20-339. (VJ) (Entered: 05/02/2023) | 05/02/2023 |
| | Email Notification Test - DO NOT REPLY (JC) (Entered: 05/02/2023) | 05/02/2023 |
| | ORDER granting 8820 Motion to Appear by Telephone/Video; and granting 8822 Motion to Appear by Telephone/Video. Ordered by Chief Judge Margo K. Brodie on 5/3/2023. (AB) (Entered: 05/03/2023) | 05/03/2023 |
| | ORDER granting 8821 request to listen to status conference remotely. All parties are informed that the court's public line and access code will be published on the Court's calendar. Ordered by Chief Judge Margo K. Brodie on 5/5/2023. Associated Cases: 1:05-md-01720-MKB-VMS et al. (AB) (Entered: 05/05/2023) | 05/05/2023 |
| 8824 | DECLARATION of N. ALBERT BACHARACH, JR. REGARDING FIKES WHOLESALE, INC. PURSUANT TO 28 U.S.C. § 1746 by Jack Rabbit LLC (Attachments: # 1 Exhibit Bloomberg Screenshot Re Fisk Wholesale, # 2 Exhibit Frisk Wholesale screenshots) (Bacharach, N.) (Entered: 05/09/2023) | 05/09/2023 |
| 8825 | MOTION to Appear by Telephone/Video by Fikes Wholesale, Inc.. (Eisinger, Jana) (Entered: 05/11/2023) | 05/11/2023 |
| | ORDER granting 8825 Motion to Appear by Telephone/Video. Ordered by Chief Judge Margo K. Brodie on 5/11/2023. (AB) (Entered: 05/11/2023) | 05/11/2023 |
| 8826 | NOTICE by Capital One Bank, Capital One Bank, (USA), N.A., Capital One Financial Corp of Withdrawal as Counsel of Record (Warshauer, Jordan) (Entered: 05/12/2023) | 05/12/2023 |
| 8827 | NOTICE by Capital One Bank, Capital One Bank, (USA), N.A., Capital One Financial Corp of Withdrawal as Counsel of Record (Attachments: # 1 Declaration of John Zavitsanos) (Zavitsanos, John) (Entered: 05/12/2023) | 05/12/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8828 | Minute entry for proceedings held before Chief Judge Margo K. Brodie and Magistrate Judge Vera M. Scanlon. On May 11, 2023 at 2:00 PM in Courtroom 6F North, the Court heard from the parties and objectors. Damages action:The parties will first try to resolve service awards issue in view of the Second Circuit decision, but if they are unable to do so, Class Counsel will advise the Court and file a motion and the Court will give objectors an opportunity to respond. On or before May 18, 2023, the parties shall submit the names of at least two additional potential candidates for special master as well as a proposed order regarding the role of the special master; the Court will give other parties the opportunity to respond to the proposal. The Court will consider requests from counsel to be appointed to represent the franchisees as a class; and Class Counsel will have the opportunity to explain why current counsel can fairly represent the issues to the special master and why the Court should delay any appointment of counsel to represent the franchisees. Jack Rabbit will serve a second renewed motion to intervene on or before May 18, 2023; Class Counsel and Old Jericho Plaintiffs (and any other party) will serve a response on or before June 1, 2023; Jack Rabbit will serve and file any reply on or before June 8, 2023. Equitable Relief Action, opt-out actions and actions filed after the (b)(3) settlement:On or before June 11, 2023, the parties will advise the Court as to whether they would like to supplement their response to Defendants' summary judgment motion to address the issue of direct evidence of an anticompetitive effect in the two-sided transaction market. See 1-800 Contacts, Inc., 1 F.4th 102 (2d Cir. 2021); see also Brooke Group Ltd. v. Brown & Williamson Tobacco Corp., 509 U.S. 209, 242 (1993) ("Expert testimony is useful as a guide to interpreting market facts, but it is not a substitute for them."); Virgin Atlantic Airways Ltd. V. British Airways PLC, 257 F.3d 256, 264 (2d Cir. 2001) (explaining that expert testimony rooted in hypothetical assumptions cannot substitute for "actual market data"). On or before June 12, 2023, counsel will submit a joint letter with their proposed schedule for supplemental discovery to conclude no later than November 9, 2023. If counsel believe that they need longer than the previously requested 150 days to complete discovery, they should explain their reasons for the additional time requested. To the extent counsel do not agree on the proposed schedule for supplemental discovery, they should explain with specificity the reasons their disagreement(s). Grubhub Plaintiffs will join Target's summary judgment motion and supplemental letters and Defendants will file any summary judgment motions within sixty days of Grubhubs filings; the parties will agree a briefing schedule. On or before June 11, 2023, the parties in Lanning and Camp Coffee Grounds will propose a schedule for discovery. (Court Reporter Sophie Nolan.) Associated Cases: 1:05-md-01720-MKB-VMS et al. (AB) (Entered: 05/13/2023) | 05/13/2023 |
| 8829 | NOTICE by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555 re 8097 Notice of MOTION for Partial Summary Judgment Notice of Joinder In Target Plaintiffs' Motion for Partial Summary Judgment (Wilson, James) (Entered: 05/15/2023) | 05/15/2023 |
| 8830 | NOTICE by CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (Notice of Withdrawal of Attorney Benjamin E. Shiftan) (Warshaw, Daniel) (Entered: 05/15/2023) | 05/15/2023 |
| 8831 | Letter from Rule 23(b)(3) Class Counsel in response to the Court's minute entry, ECF No. 8828 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - Proposed Order Appointing Special Master, # 2 Exhibit B - Curriculum Vitaes) (Bernay, Alexandra) (Entered: 05/18/2023) | 05/18/2023 |
| 8832 | Second MOTION to Intervene and Memorandum in Support by Jack Rabbit LLC. (Attachments: # 1 Exhibit [PROPOSED] COMPLAINT IN INTERVENTION) (Bacharach, N.) (Entered: 05/18/2023) | 05/18/2023 |
| | ORDER re 8831 Letter from Rule 23(b)(3) Class Counsel in response to the Court's minute entry. The Court directs parties and objectors to submit any objection to the proposed special masters or special master procedures on or before May 26, 2023. Ordered by Chief Judge Margo K. Brodie on 5/19/2023. Associated Cases: 1:05-md-01720-MKB-VMS et al. (AB) (Entered: 05/19/2023) | 05/19/2023 |
| 8833 | Letter to Hon. Margo K. Brodie seeking modification of paragraph 4 of the [Proposed] Order Appointing Special Master (ECF 8831-1) by Certain Absent Class Members (Arbabi, Deborah) (Entered: 05/23/2023) | 05/23/2023 |
| 8834 | STIPULATION of Dismissal by Lowe's Companies, Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Glist, Adam) (Entered: 05/24/2023) | 05/24/2023 |
| 8835 | Stipulation and Order of Dismissal, re 8834 by Plaintiff Lowe's Companies with prejudice of all claims against the Non-Visa Defendants. So Ordered by Chief Judge Margo K. Brodie on 5/25/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (FP) (Entered: 05/25/2023) | 05/25/2023 |
| 8836 | Letter re Objection to Rule 23(b)(3) Class Plaintiffs Proposed Order Appointing Special Master by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 05/26/2023) | 05/26/2023 |
| 8837 | Letter by Fikes Wholesale, Inc. (Eisinger, Jana) (Entered: 05/26/2023) | 05/26/2023 |
| 8838 | Letter in response to Minute Orders by Jack Rabbit LLC (Attachments: # 1 Exhibit A. Amended declaration of Jack W Kidd, # 2 Exhibit Declaration of N. Albert Bacharach, Jr. # 3 Exhibit Declaration of Paul S. Rothstein, # 4 Exhibit [Purposed Alternative] Order re Special Master - Redlined Copy, # 5 Exhibit [Purposed Alternative] Order re Special Master - Clean Copy) (Bacharach, N.) (Entered: 05/26/2023) | 05/26/2023 |
| 8839 | MEMORANDUM in Opposition re 8832 Second MOTION to Intervene and Memorandum in Support by Rule 23(b)(3) Class Plaintiffs' filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 06/01/2023) | 06/01/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8840 | Letter from Rule 23(b)(3) Class Counsel in response to the Court's May 13, 2023 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/01/2023) | 06/01/2023 |
| 8841 | MEMORANDUM in Opposition re 8832 Second MOTION to Intervene and Memorandum in Support Old Jericho Plaintiffs' Opposition to Jack Rabbit Objectors' Motion for Appointment as Lead Counsel filed by Old Jericho Enterprise, Inc.. (Bateman, Christopher) (Entered: 06/01/2023) | 06/01/2023 |
| 8842 | Letter dated June 7, 2023 from (b)(3) Class Counsel requesting approval of the 2023 2nd Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 06/07/2023) | 06/07/2023 |
| 8843 | REPLY in Support re 8840 Letter, 8839 Memorandum in Opposition, 8841 Memorandum in Opposition, filed by Jack Rabbit LLC. (Attachments: # 1 Declaration Jack W Kidd, # 2 Exhibit Jack Rabbit - Superior Contract 2016) (Bacharach, N.) (Entered: 06/08/2023) | 06/08/2023 |
| 8844 | Letter (Joint Letter re: Proposed Schedules for Supplemental Discovery and Supplemental Briefing) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 06/09/2023) | 06/09/2023 |
|  | ORDER re 8842 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of the 2023 2nd Quarter estimated tax payments for the Class I and Class II Settlement Funds is granted. Ordered by Magistrate Judge Vera M. Scanlon on 6/9/2023. (GS) (Entered: 06/09/2023) | 06/09/2023 |
| 8845 | STIPULATION re: Discovery Scheduling Order in Lanning, et al. v. Visa, Inc., et al., No. 21- cv-2360 and Camp Grounds Coffee, LLC v. Visa, Inc., et al., No. 21-cv-03401- by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 06/12/2023) | 06/12/2023 |
| 8846 | Letter re Old Jericho Plaintiffs' Motion to Intervene by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 06/12/2023) | 06/12/2023 |
| 8847 | Letter to Judge Brodie re Intervention Briefing Schedule by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 06/12/2023) | 06/12/2023 |
|  | ORDER granting 8844 Proposed Briefing Schedule. The Court grants the parties' proposed briefing schedule. Plaintiffs shall serve their supplemental oppositions on or before June 26, 2023; Defendants shall serve their replies on or before August 4, 2023; Plaintiffs shall serve and file sur-replies on or before August 18, 2023. Ordered by Chief Judge Margo K. Brodie on 6/12/2023. Associated Cases: 1:05-md-01720-MKB-VMS et al. (AB) (Entered: 06/12/2023) | 06/12/2023 |
|  | ORDER re 8067 Defendants' Motion for Summary Judgment. The Court directs Direct Action Plaintiffs to supplement their opposition to Defendants' Illinois Brick memorandum on or before June 27, 2023 to further address and distinguish Paycom Billing Servs., Inc., v. Mastercard Intl., Inc., 467 F.3d 283, 291 (2d Cir. 2006), as Plaintiffs devoted less than a paragraph to the case in their opposition brief. Further, the Court directs the parties to address on or before June 27, 2023, Judge Leval's concurring opinion in the Second Circuit's recent decision, Fikes Wholesale, Inc. v. HSBC Bank USA, N.A., 62 F.4th 704, 732-733 (2d Cir. 2023), and to explain whether the acquiring banks/processors and merchants are joint direct purchasers. Ordered by Chief Judge Margo K. Brodie on 6/13/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (AB) (Entered: 06/13/2023) | 06/13/2023 |
| 8848 | Letter re: motions for franchisee counsel by Fikes Wholesale, Inc. (Eisinger, Jana) (Entered: 06/14/2023) | 06/14/2023 |
|  | ORDER re 8846 Old Jericho Plaintiffs' Motion to Intervene. The Court directs Old Jericho to send a courtesy copy of the unredacted motion to the Court. Ordered by Chief Judge Margo K. Brodie on 6/14/2023. (AB) (Entered: 06/14/2023) | 06/14/2023 |
| 8849 | Letter in Response to Ms. Eisingers Letter of June 14, 2023 [ECF No. 8848] by Jack Rabbit LLC (Bacharach, N.) (Entered: 06/15/2023) | 06/15/2023 |
|  | ORDER. The proposed schedule for supplemental fact discovery at 8844 is granted. The parties will complete supplemental fact discovery by 11/9/2023 and must submit a joint letter by that date confirming that supplemental discovery is complete. Any discovery dispute must be raised in accordance with this Court's Individual Rules. Ordered by Magistrate Judge Vera M. Scanlon on 6/15/2023. (GS) Modified on 6/15/2023 (GS). (Entered: 06/15/2023) | 06/15/2023 |
|  | ORDER. The stipulation and proposed discovery scheduling order at 8845 is so-ordered, with the following modifications: The following sentence is added to Paragraph 2: "Nothing in this provision limits any person's right to move to quash a subpoena." In Paragraph 5, the words "Plaintiffs believe" are replaced with "any party believes." Ordered by Magistrate Judge Vera M. Scanlon on 6/15/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-02360-MKB-VMS, 1:21-cv-03401-MKB-VMS (GS) (Entered: 06/15/2023) | 06/15/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8850 | Letter from Rule 23(b)(3) Class Counsel in response to June 14, 2023 Letter (ECF 8848) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/16/2023) | 06/16/2023 |
|  | ORDER re 8848 Fikes Wholesale, Inc.'s Letter re: motions for franchisee counsel. The Court grants Fikes Wholesale, Inc.'s request to provide a status update in 30 days.Ordered by Chief Judge Margo K. Brodie on 6/16/2023. (AB) (Entered: 06/16/2023) | 06/16/2023 |
| 8851 | Letter dated June 20, 2023 from (b)(3) Class Counsel re Payment of Miller Kaplan Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - Miller Kaplan-Payment Card Class I Invoice #567036, # 2 Exhibit B - Miller Kaplan-Payment Card Class II Invoice #567031) (Cramer, Eric) (Entered: 06/20/2023) | 06/20/2023 |
| 8852 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-16828074 by Restoration Hardware, Inc.. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order) (Virji, Arif) (Entered: 06/23/2023) | 06/23/2023 |
| 8853 | NOTICE of Appearance by Arif Virji on behalf of Restoration Hardware, Inc. (notification declined or already on case) (Virji, Arif) (Entered: 06/23/2023) | 06/23/2023 |
| 8854 | Letter re Intervention Motion Briefing Schedule by H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 06/26/2023) | 06/26/2023 |
| 8855 | Letter re Service of Memorandum regarding Proof of Anticompetitive Pricing by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Wilson, James) (Entered: 06/26/2023) | 06/26/2023 |
| 8856 | Letter regarding plaintiffs' response to the Court's questions concerning defendants' motion for summary judgment under Amex by 7-Eleven Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 06/26/2023) | 06/26/2023 |
| 8857 | Letter re: Defendants' response to the Court's June 13, 2023 Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 06/27/2023) | 06/27/2023 |
| 8858 | MOTION for Leave to Electronically File Document under Seal by 7-Eleven Inc.. (Attachments: # 1 Exhibit A (supplemental memorandum of law in opposition to defendants' motion for summary judgment under Illinois Brick)) Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 06/27/2023) | 06/27/2023 |
| 8859 | Letter in response to ECF Nos. 8848-8850 by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 06/27/2023) | 06/27/2023 |
|  | ORDER re 8854 Letter re Old Jericho's Intervention Motion Briefing Schedule. The Court grants the proposed briefing schedule. Any response to Old Jericho's motion will be served on or before July 7, 2023 and any reply will be served, and filed, on or before July 21, 2023. Ordered by Chief Judge Margo K. Brodie on 6/27/2023. (AB) (Entered: 06/27/2023) | 06/27/2023 |
|  | ORDER re 8851 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payments for Miller Kaplan's tax return preparation, as set forth in the Class Plaintiffs' letter, Docket Entry 8851 , are so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 6/27/2023. (GS) (Entered: 06/27/2023) | 06/27/2023 |
|  | ORDER granting 8852 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 6/27/2023. (MG) (Entered: 06/27/2023) | 06/27/2023 |
| 8860 | MEMORANDUM in Opposition re (8067 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) supplemental memorandum of law in opposition to defendants' motion for summary judgment under Illinois Brick [SEALED VERSION] filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 06/28/2023) | 06/28/2023 |
|  | ORDER granting 8858 Motion for Leave to Electronically File Document under Seal. Direct Action Plaintiffs may file the document under seal and file a redacted version of the document. Ordered by Chief Judge Margo K. Brodie on 6/28/2023. (AB) (Entered: 06/28/2023) | 06/28/2023 |
| 8861 | MEMORANDUM in Opposition to Old Jericho Motion to Intervene filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 07/07/2023) | 07/07/2023 |
| 8862 | REPLY in Opposition TO OLD JERICHOS MOTION TO INTERVENE filed by Jack Rabbit LLC. (Bacharach, N.) (Entered: 07/07/2023) | 07/07/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8863 | MOTION to Withdraw as Attorney Justin Anderson by Mastercard Incorporated, Mastercard International Incorporated. (Anderson, Justin) (Entered: 07/10/2023) | 07/10/2023 |
| 8864 | MOTION to Withdraw as Attorney Robert C. Mason by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Declaration of Robert C. Mason in Support) (Eisenstein, Matthew) (Entered: 07/10/2023) | 07/10/2023 |
|  | ORDER granting 8864 Motion to Withdraw as Attorney. Attorney Robert C. Mason terminated as counsel of record for Defendants Defendants Visa Inc., Visa International and Visa U.S.A. Inc. Ordered by Magistrate Judge Vera M. Scanlon on 7/11/2023. (MG) (Entered: 07/11/2023) | 07/11/2023 |
|  | ORDER granting 8863 Motion to Withdraw as Attorney. Attorney Justin Anderson terminated as counsel of record for Defendants Mastercard Incorporated and Mastercard International Incorporated. Ordered by Magistrate Judge Vera M. Scanlon on 7/11/2023. (MG) (Entered: 07/11/2023) | 07/11/2023 |
| 8865 | Joint MOTION for Extension of Time to File Response/Reply to Plaintiffs' Amended Complaint (case no. 1:23-cv-01215) by Citibank N A, Citigroup Inc. (Attachments: # 1 Exhibit A to Defendants' Letter Request for Extension of Time, # 2 Exhibit B to Defendants' Letter Request for Extension of Time) (Nagin, Benjamin) Modified on 7/20/2023 (MG). (Entered: 07/12/2023) | 07/12/2023 |
| 8866 | MEMORANDUM in Opposition re (8067 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT) supplemental memorandum of law in opposition to defendants' motion for summary judgment under Illinois Brick [REDACTED PUBLIC VERSION] filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 07/13/2023) | 07/13/2023 |
| 8867 | Letter by Fikes Wholesale, Inc. (Eisinger, Jana) (Entered: 07/14/2023) | 07/14/2023 |
| 8868 | Letter re: Service of Motion for Summary Judgment by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 07/14/2023) | 07/14/2023 |
| 8869 | Letter from Rule 23(b)(3) Class Counsel in response to ECF No. 8867 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/17/2023) | 07/17/2023 |
|  | ORDER: The extension at 8865 is granted. The time for Defendants Citigroup Inc. and Citibank N.A. to answer or otherwise respond to the amended complaint is extended to 8/28/2023. On or before 8/11/2023, the parties will file a joint status letter with regards to the arbitration agreements. Ordered by Magistrate Judge Vera M. Scanlon on 7/20/2023. (MG) (Entered: 07/20/2023) | 07/20/2023 |
| 8870 | Letter in Response to ECF 8869 and ECF 8867 by Jack Rabbit LLC Associated Cases: 1:05-md-01720-MKB-VMS et al. (Rothstein, Paul) (Entered: 07/21/2023) | 07/21/2023 |
| 8871 | MOTION for Leave to Electronically File Document under Seal Old Jericho Pls.' Motion to Intervene by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Old Jericho Pls.' Notice of Motion to Intervene, # 2 Old Jericho Pls.' Memorandum of Law in Support of Motion to Intervene, # 3 Declaration of Christopher J. Bateman in Support of Old Jericho Pls.' Motion to Intervene, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7) (Bateman, Christopher) (Entered: 07/21/2023) | 07/21/2023 |
| 8872 | Joint MOTION for Extension of Time to File Response/Reply to Plaintiffs' Amended Complaint by JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Bershteyn, Boris) (Entered: 07/21/2023) | 07/21/2023 |
| 8873 | MOTION to Intervene Old Jericho Pls.' Motion to Intervene [SEALED] by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Old Jericho Pls.' Memorandum of Law in Support of Motion to Intervene, # 2 Declaration of Christopher J. Bateman in Support of Old Jericho Pls.' Motion to Intervene, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7) (Bateman, Christopher) (Entered: 07/21/2023) | 07/21/2023 |
| 8874 | RESPONSE in Opposition re 8873 MOTION to Intervene Old Jericho Pls.' Motion to Intervene [SEALED] Defendants' Response in Opposition to Old Jericho Pls.' Motion to Intervene filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 07/21/2023) | 07/21/2023 |
| 8875 | RESPONSE in Opposition re 8873 MOTION to Intervene Old Jericho Pls.' Motion to Intervene [SEALED] Rule 23(b)(3) Class Plaintiffs' Opposition to Old Jericho's Motion to Intervene filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 07/21/2023) | 07/21/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8876 | RESPONSE in Opposition re 8873 MOTION to Intervene Old Jericho Pls.' Motion to Intervene [SEALED] Jack Rabbit's Opposition to Old Jericho's Motion to Intervene filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 07/21/2023) | 07/21/2023 |
| 8877 | REPLY in Support re 8873 MOTION to Intervene Old Jericho Pls.' Motion to Intervene [SEALED] Old Jericho Pls.' Reply in Support of Motion to Intervene filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 07/21/2023) | 07/21/2023 |
| 8878 | RESPONSE in Opposition re 8873 MOTION to Intervene Old Jericho Pls.' Motion to Intervene [SEALED] filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 07/21/2023) | 07/21/2023 |
|  | ORDER granting 8871 Motion for Leave to Electronically File Document under Seal. Old Jericho may file the documents under seal and file a redacted version of the documents. Ordered by Chief Judge Margo K. Brodie on 7/21/2023. (AB) (Entered: 07/21/2023) | 07/21/2023 |
| 8879 | Letter from Rule 23(b)(3) Class Plaintiffs requesting the Court's approval of the Settlement Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 07/24/2023) | 07/24/2023 |
|  | ORDER: The request at 8872 is granted. The time for all defendants to answer or otherwise respond to the amended complaint is extended to 8/25/2023. Ordered by Magistrate Judge Vera M. Scanlon on 7/25/2023. (MG) (Entered: 07/25/2023) | 07/25/2023 |
| 8880 | MOTION to Intervene , MOTION to Certify Class Subclass of Franchisees, MOTION to Appoint Counsel and Incorporated Memorandum of Law by Calloway Oil Company, Fikes Wholesale, Inc., Slidell Oil Company, LLC. (Attachments: # 1 Declaration of Jana Eisinger, # 2 Declaration, # 3 Declaration of Ronald Gardner) (Eisinger, Jana) (Entered: 07/28/2023) | 07/28/2023 |
| 8881 | MOTION to Appear Pro Hac Vice Ronald K. Gardner Filing fee $ 150, receipt number ANYEDC-16948569 by Calloway Oil Company, Fikes Wholesale, Inc., Slidell Oil Company, LLC. (Attachments: # 1 Affidavit Aff. of R. Gardner) (Gardner, Ronald) (Entered: 08/01/2023) | 08/01/2023 |
| 8882 | Letter MOTION for Leave to File Excess Pages (On Consent) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 08/02/2023) | 08/02/2023 |
| 8883 | ORDER APPOINTING Special Master re 8831 Letter from Rule 23(b)(3) Class Counsel re Proposed Order Appointing Special Master; 8833 Certain Absent Class Members' Letter Seeking Modification of Proposed Order; 8836 Old Jericho's Letter Objecting to Proposed Order; 8837 Fikes Wholesale's Letter Regarding Special Master Procedures; 8838 Jack Rabbit's Letter in Response to Minute Orders. The Court finds that appointment of a Special Master is warranted and appoints the Honorable James Orenstein (Ret.) as Special Master to resolve any disputes or matters arising out of or relating to the Plan of Administration, including the proper scope of a requested exclusion from the Rule23(b)(3) Settlement Class and the resolution of claims made to the Net Cash Settlement Fund as well as any other matters the Court refers to the Special Master. As set forth in the attached order, the Court adopts the modification to Class Counsel's Proposed Order regarding confidentiality requested by Certain Class Members but otherwise adopts the procedures set forth in Class Counsels Proposed Order, except as to the manner of review by the Court of the Special Master's reports and recommendations. The Court denies Certain Class Members request that the Court shorten the time frames for filings; Old Jericho and Jack Rabbit's objection that the disputes regarding franchisees and franchisors should be resolved in the first instance by the special master; and Jack Rabbit's objections that the order should clarify that the parties are required to put any approval of ex parte contact in writing and that any financial information must be filed under seal. The Court reserves decision as to whether to certify a subclass and appoint subclass counsel. So Ordered by Chief Judge Margo K. Brodie on 8/2/2023. Associated Cases: 1:05-md-01720-MKB-VMS et al. (TLH) (Entered: 08/03/2023) | 08/03/2023 |
| 8884 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-16959277 by Equitable Relief Class Plaintiffs. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order to Admit Counsel Pro Hac Vice) (Faridifar, Sherwin) (Entered: 08/03/2023) | 08/03/2023 |
| 8885 | NOTICE of Appearance by Sherwin Faridifar on behalf of Equitable Relief Class Plaintiffs (notification declined or already on case) (Faridifar, Sherwin) (Entered: 08/03/2023) | 08/03/2023 |
|  | ORDER granting 8882 Motion for Leave to File Excess Pages. Defendants may file a response to Plaintiffs' memoranda not to exceed 35 pages. Ordered by Chief Judge Margo K. Brodie on 8/3/2023. (AB) (Entered: 08/03/2023) | 08/03/2023 |
| 8886 | Letter re: Defendants Supplemental Reply by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 08/04/2023) | 08/04/2023 |
|  | ORDER granting 8884 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 8/7/2023. (MG) (Entered: 08/07/2023) | 08/07/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 8881 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Vera M. Scanlon on 8/7/2023. (MG) (Entered: 08/07/2023) | 08/07/2023 |
| 8887 | Letter Settling Parties' letter re Status Conference Request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 08/08/2023) | 08/08/2023 |
| 8888 | NOTICE of Appearance by Ronald K. Gardner, Jr on behalf of Calloway Oil Company, Fikes Wholesale, Inc., Slidell Oil Company, LLC (notification declined or already on case) (Gardner, Ronald) (Entered: 08/09/2023) | 08/09/2023 |
| 8889 | Letter MOTION for Leave to File Excess Pages and Extension of Time (On Consent) by 7-Eleven Inc.. (Shinder, Jeffrey) (Entered: 08/09/2023) | 08/09/2023 |
| | SCHEDULING ORDER granting 8887 Parties' Letter re Status Conference Request. Judge Margo K. Brodie and Magistrate Judge Vera M. Scanlon will hold a joint status conference on September 7, 2023 at 2:00 PM in Courtroom 6F. Ordered by Chief Judge Margo K. Brodie on 8/9/2023. (WV) (Entered: 08/09/2023) | 08/09/2023 |
| 8890 | Letter to Court requesting briefing schedule by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 08/10/2023) | 08/10/2023 |
| | ORDER granting 8889 Motion for Extension of Time and Leave to File Excess Pages. Plaintiffs may file their sur-replies of up to 15 pages each on or before August 25, 2023. Ordered by Chief Judge Margo K. Brodie on 8/10/2023. (AB) (Entered: 08/10/2023) | 08/10/2023 |
| | ORDER granting 8890 Proposed Briefing Schedule. Any oppositions to the Fikes Plaintiffs' motions to intervene, certify a subclass and appoint subclass counsel shall be served on September 8, 2023. Any replies to the oppositions shall be served on, and all papers filed by, September 29, 2023. Ordered by Chief Judge Margo K. Brodie on 8/10/2023. (AB) (Entered: 08/10/2023) | 08/10/2023 |
| 8891 | STATUS REPORT submitted jointly in Palladino v. JP Morgan (1:23-cv-01215) by Citibank N A, Citigroup Inc (Nagin, Benjamin) Modified on 10/26/2023 (GS). (Entered: 08/11/2023) | 08/11/2023 |
| 8892 | Letter regarding Court's Order Appointing Special Master by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 08/21/2023) | 08/21/2023 |
| 8893 | Letter to Court Responding to Letter from Old Jericho Counsel (ECF No. 8883) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K. Craig) (Entered: 08/23/2023) | 08/23/2023 |
| 8894 | Letter from Defendants Requesting Pre-Motion Conference or Order to Submit Briefing Schedule by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Vizas, Robert) (Entered: 08/24/2023) | 08/24/2023 |
| 8895 | Letter dated August 24, 2023 from (b)(3) Class Counsel requesting approval of the 2023 3rd Qtr Estimated Tax Payments for the Class I and Class II Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 08/24/2023) | 08/24/2023 |
| 8896 | Joint MOTION to Seal copies of the supplemental briefing and accept our proposed schedule by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Ordway, Demian) (Entered: 08/24/2023) | 08/24/2023 |
| 8897 | MEMORANDUM in Opposition re (8071 in 1:05-md-01720-MKB-VMS, 8071 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Target Plaintiffs' Supplemental Memorandum Regarding Proof of Anticompetitive Effects filed by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Wilson, James) (Entered: 08/25/2023) | 08/25/2023 |
| 8898 | MEMORANDUM in Support re 8897 1 - Sealed Document CV,, Memorandum in Opposition, Defendants Reply to Plaintiffs Supplemental Memoranda Regarding Proof of Anticompetitive Effects filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 08/25/2023) | 08/25/2023 |
| 8899 | MEMORANDUM in Opposition re (8071 in 1:05-md-01720-MKB-VMS, 8071 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Direct Action Plaintiffs and Equitable Relief Class Plaintiffs Supplemental Memorandum Regarding Proof of Anticompetitive Effects filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 08/25/2023) | 08/25/2023 |
| 8900 | NOTICE of Appearance by Manisha M. Sheth on behalf of Block, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-05377-MKB-VMS (Sheth, Manisha) (Entered: 08/25/2023) | 08/25/2023 |
| 8901 | REPLY in Support re (8898 in 1:05-md-01720-MKB-VMS, 8898 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Target Plaintiffs' Surreply Memorandum Regarding Proof of Anticompetitive Effects filed by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Wilson, James) (Entered: 08/25/2023) | 08/25/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8902 | REPLY in Support re (8898 in 1:05-md-01720-MKB-VMS, 8898 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Direct Action Plaintiffs and Equitable Relief Class Plaintiffs Surreply Memorandum Regarding Proof of Anticompetitive Effects filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 08/25/2023) | 08/25/2023 |
| 8903 | STIPULATION of Dismissal with Prejudice of All Claims by Barnes & Noble, Inc., Nook Digital LLC Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 08/25/2023) | 08/25/2023 |
|  | ORDER granting 8896 Motion to Seal. The Court grants the parties' joint motion to: file the supplemental briefing under seal on August 25, 2023; provide the Court with courtesy copies on or before August 29, 2023; and file the redacted versions of the briefing on or before September 1, 2023. Ordered by Chief Judge Margo K. Brodie on 8/25/2023. (AB) (Entered: 08/25/2023) | 08/25/2023 |
|  | ORDER re 8894 Letter from Defendants Requesting Pre-Motion Conference or Order to Submit Briefing Schedule. The Court directs Intuit Inc. and Intuit Payment Solutions, LLC and and Block Inc., f/k/a Square, Inc., to file a response to Defendant's motion on or before September 1, 2023. Ordered by Chief Judge Margo K. Brodie on 8/25/2023. (AB) (Entered: 08/25/2023) | 08/25/2023 |
| 8904 | Letter regarding schedule for any pre-motion conference concerning Payment Facilitator claims by Block, Inc., Intuit Inc., Intuit Payment Solutions, LLC (Sheth, Manisha) (Entered: 08/28/2023) | 08/28/2023 |
| 8905 | Letter from Rule 23(b)(3) Class Counsel regarding Order for administration of Settlement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/28/2023) | 08/28/2023 |
| 8906 | NOTICE of Appearance by Justin T. Reinheimer on behalf of Block, Inc. (aty to be noticed) (Reinheimer, Justin) (Entered: 08/28/2023) | 08/28/2023 |
|  | ORDER re 8895 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - Class Plaintiffs' request for approval of the 2023 3rd Quarter estimated tax payments for the Class I and Class II Settlement Funds is granted. Ordered by Magistrate Judge Vera M. Scanlon on 8/28/2023. (GS) (Entered: 08/28/2023) | 08/28/2023 |
| 8907 | STIPULATION AND ORDER of Dismissal with Prejudice of All Claims by Plaintiffs' Barnes & Noble, Inc. and Nook Digital LLC against all defendants in the 7-Eleven action. So Ordered by Chief Judge Margo K. Brodie on 8/28/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (FP) (Entered: 08/29/2023) | 08/29/2023 |
| 8908 | STATUS REPORT [Joint Status Report in Advance of September 7, 2023 Status Conference] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1- Proposed Claim Form) (Bernay, Alexandra) (Entered: 08/29/2023) | 08/29/2023 |
|  | ORDER re 8905 Letter from Rule 23(b)(3) Class Counsel regarding Order for Administration of Settlement. As set forth in paragraphs 24 and 25 of theSuperseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants, the Court authorizes the Escrow Agent to transfer the contents of the Class Settlement Interchange Escrow Account to the Class Settlement Cash Escrow Account. Ordered by Chief Judge Margo K. Brodie on 8/29/2023. (AB) (Entered: 08/29/2023) | 08/29/2023 |
| 8909 | MEMORANDUM in Opposition re (8071 in 1:05-md-01720-MKB-VMS, 8071 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Target Plaintiffs' Supplemental Memorandum Regarding Proof of Anticompetitive Effects previously filed under seal as 8897 filed by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Herlihy, Kimberly) (Entered: 09/01/2023) | 09/01/2023 |
| 8910 | MEMORANDUM in Opposition re (8071 in 1:05-md-01720-MKB-VMS, 8071 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Direct Action Plaintiffs and Equitable Relief Class Plaintiffs Supplemental Memorandum Regarding Proof of Anticompetitive Effects [Redacted Version] filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 09/01/2023) | 09/01/2023 |
| 8911 | Letter in response to Defendants' letter [ECF No. 8894] requesting a pre-motion conference by CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (Burt, Thomas) (Entered: 09/01/2023) | 09/01/2023 |
| 8912 | REPLY in Support (Redacted Defendants' Reply to Plaintiffs' Supplemental Memoranda Regarding Proof of Anticompetitive Effects) Filed under Seal Dkt 8898 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/01/2023) | 09/01/2023 |
| 8913 | REPLY in Support re (8898 in 1:05-md-01720-MKB-VMS, 8898 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Target Plaintiffs' Surreply Memorandum Regarding Proof of Anticompetitive Effects previously filed under seal as 8901 filed by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Wilson, James) (Entered: 09/01/2023) | 09/01/2023 |
| 8914 | REPLY in Support re (8898 in 1:05-md-01720-MKB-VMS, 8898 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Direct Action Plaintiffs and Equitable Relief Class Plaintiffs Surreply Memorandum Regarding Proof of Anticompetitive Effects [Redacted Version] filed by 7-Eleven Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS, 1:16-cv-05507-MKB-VMS (Shinder, Jeffrey) (Entered: 09/01/2023) | 09/01/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8915 | REPLY in Support re (8898 in 1:05-md-01720-MKB-VMS, 8898 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Support, Target Plaintiffs' Surreply Memorandum Regarding Proof of Anticompetitive Effects previously filed under seal as 8901 filed by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05745-MKB-VMS (Wilson, James) (Entered: 09/01/2023) | 09/01/2023 |
| 8916 | Letter in response to Defendants' letter [ECF No. 8894] requesting a pre-motion conference by Intuit Inc., Intuit Payment Solutions, LLC (Wolfson, Adam) (Entered: 09/01/2023) | 09/01/2023 |
| 8917 | Letter Responding to Defendants' August 24 Letter Request for Pre-Motion Conference by Block, Inc. (Sheth, Manisha) (Entered: 09/01/2023) | 09/01/2023 |
| 8918 | Letter Requesting Permission to Appear Telephonically at the September 7th Joint Status Conference by Jack Rabbit LLC (Bacharach, N.) (Entered: 09/01/2023) | 09/01/2023 |
| 8919 | Letter MOTION to Appear by Telephone/Video by Fikes Wholesale, Inc.. (Eisinger, Jana) (Entered: 09/05/2023) | 09/05/2023 |
| 8920 | Letter MOTION to Appear by Telephone/Video by Gnarlywood LLC, Quincy Woodrights, LLC. (Jan, Kendrick) (Entered: 09/05/2023) | 09/05/2023 |
| | ORDER granting 8919 Motion to Appear by Telephone; granting 8918 Motion to Appear by Telephone. Ordered by Chief Judge Margo K. Brodie on 9/5/2023. (AB) (Entered: 09/05/2023) | 09/05/2023 |
| 8921 | Letter MOTION to Compel Supplemental Discovery from Capital One by Equitable Relief Class Plaintiffs. (Attachments: # 1 Declaration of S. Faridifar, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Shadowen, Steve) (Entered: 09/06/2023) | 09/06/2023 |
| | ORDER granting 8920 Motion to Appear by Telephone. Ordered by Chief Judge Margo K. Brodie on 9/6/2023. (AB) (Entered: 09/06/2023) | 09/06/2023 |
| | ORDER. Capital One Defendants are directed to respond to the motion to compel at ECF No. 8921 by 9/14/2023. Ordered by Magistrate Judge Vera M. Scanlon on 9/7/2023. (GS) (Entered: 09/07/2023) | 09/07/2023 |
| 8922 | Minute entry for proceedings held before Chief Judge Margo K. Brodie and Magistrate Judge Vera M. Scanlon. On September 7, 2023 at 2:00 PM in Courtroom 6F North, the Court heard from the parties and objectors on the damages class settlement action. Class Counsel will file a proposed briefing schedule on the issue of the service awards. The Court denied Jack Rabbit's request to amend the form and approved the form. The Court will determine whether Class Counsel can include the Court seal on the claim form envelope. Class Counsel's proposed timelines for the claims administration process were objected to by Old Jericho. The timelines are approved. The Court did not find any objection to Class Counsels decision to hire a PR firm to assist with claims outreach and education. For the reasons stated on the record, the Court denied Jack Rabbit's and Fikes Wholesale's motions to intervene, to certify a subclass, and for appointment as subclass counsel, without prejudice to renewal. The Court grants Old Jericho's motion to intervene for the limited purpose of defending its interests in the special master proceeding where the special master is deciding issues raised by gas retailers who claim an interest in the settlement funds. The Court denied the applications to refer the franchisee dispute directly to the special master. Claimants must first file a claim and any dispute will be decided by the special master and the special masters decision will be reviewed de novo by the Court. (Court Reporter Anthony Frisolone.) (AB) (Entered: 09/08/2023) | 09/08/2023 |
| 8923 | Letter re: Service of Summary Judgment Replies by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 09/08/2023) | 09/08/2023 |
| 8924 | Letter re: filing of Answer to Complaint in Block, Inc. v. Visa Inc., et al., No. 23-cv-05377 by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 09/11/2023) | 09/11/2023 |
| | ORDER granting 8894 Letter requesting a pre-motion conference filed by Visa International Service Association. Telephone conference set for October 4, 2023 at 2:00 PM. The parties are directed to call 1-888-684-8852 using access code 9801036. If any party has any difficulty accessing the telephone conference, please contact chambers at 718-613-2140. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Ordered by Chief Judge Margo K. Brodie on 9/11/2023. (WV) (Entered: 09/11/2023) | 09/11/2023 |
| 8925 | MOTION for Summary Judgment (Defendants) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/12/2023) | 09/12/2023 |
| 8926 | Letter from Rule 23(b)(3) Class Counsel regarding Court's approval of funding request (ECF 8879) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/12/2023) | 09/12/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8927 | AFFIDAVIT/DECLARATION in Support re 8925 MOTION for Summary Judgment (Defendants) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Exhibit SJDX1293, # 2 Exhibit SJDX1294, # 3 Exhibit SJDX1295, # 4 Exhibit SJDX1296, # 5 Exhibit SJDX1297, # 6 Exhibit SJDX1298, # 7 Exhibit SJDX1299, # 8 Exhibit SJDX1300, # 9 Exhibit SJDX1301, # 10 Exhibit SJDX1302, # 11 Exhibit SJDX1303, # 12 Exhibit SJDX1304, # 13 Exhibit SJDX1305, # 14 Exhibit SJDX1306, # 15 Exhibit SJDX1307, # 16 Exhibit SJDX1308, # 17 Exhibit SJDX1309, # 18 Exhibit SJDX1310, # 19 Exhibit SJDX1311, # 20 Exhibit SJDX1312, # 21 Exhibit SJDX1313, # 22 Exhibit SJDX1314, # 23 Exhibit SJDX1315, # 24 Exhibit SJDX1316, # 25 Exhibit SJDX1317, # 26 Exhibit SJDX1318, # 27 Exhibit SJDX1319, # 28 Exhibit SJDX1320, # 29 Exhibit SJDX1321, # 30 Exhibit SJDX1322, # 31 Exhibit SJDX1323, # 32 Exhibit SJDX1324, # 33 Exhibit SJDX1325, # 34 Exhibit SJDX1326, # 35 Exhibit SJDX1327, # 36 Exhibit SJDX1328, # 37 Exhibit SJDX1329, # 38 Exhibit SJDX1330, # 39 Exhibit SJDX1331, # 40 Exhibit SJDX1332 Pt. 1, # 41 Exhibit SJDX1332 Pt. 2, # 42 Exhibit SJDX1332 Pt. 3, # 43 Exhibit SJDX1332 Pt. 4, # 44 Exhibit SJDX1332 Pt. 5, # 45 Exhibit SJDX1333, # 46 Exhibit SJDX1334, # 47 Exhibit SJDX1335, # 48 Exhibit SJDX1336, # 49 Exhibit SJDX1337, # 50 Exhibit SJDX1338, # 51 Exhibit SJDX1339, # 52 Exhibit SJDX1340, # 53 Exhibit SJDX1341, # 54 Exhibit SJDX1342, # 55 Exhibit SJDX1343, # 56 Exhibit SJDX1344, # 57 Exhibit SJDX1345, # 58 Exhibit SJDX1346, # 59 Exhibit SJDX1347, # 60 Exhibit SJDX1348, # 61 Exhibit SJDX1349, # 62 Exhibit SJDX1350, # 63 Exhibit SJDX1351, # 64 Exhibit SJDX1352, # 65 Exhibit SJDX1353, # 66 Exhibit SJDX1354, # 67 Exhibit SJDX1355, # 68 Exhibit SJDX1356, # 69 Exhibit SJDX1357, # 70 Exhibit SJDX1358, # 71 Exhibit SJDX1359, # 72 Exhibit SJDX1360, # 73 Exhibit SJDX1361, # 74 Exhibit SJDX1362, # 75 Exhibit SJDX1363, # 76 Exhibit SJDX1364, # 77 Exhibit SJDX1365, # 78 Exhibit SJDX1366, # 79 Exhibit SJDX1367 Pt. 1, # 80 Exhibit SJDX1367 Pt. 2, # 81 Exhibit SJDX1367 Pt. 3, # 82 Exhibit SJDX1368, # 83 Exhibit SJDX1369, # 84 Exhibit SJDX1370, # 85 Exhibit SJDX1371, # 86 Exhibit SJDX1372, # 87 Exhibit SJDX1373, # 88 Exhibit SJDX1374, # 89 Exhibit SJDX1375, # 90 Exhibit SJDX1376, # 91 Exhibit SJDX1377, # 92 Exhibit SJDX1378, # 93 Exhibit SJDX1379, # 94 Exhibit SJDX1380, # 95 Exhibit SJDX1381, # 96 Exhibit SJDX1382, # 97 Exhibit SJDX1383, # 98 Exhibit SJDX1384, # 99 Exhibit SJDX1385) (Jonat, Jayme) (Entered: 09/12/2023) | 09/12/2023 |
| 8928 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/12/2023) | 09/12/2023 |
| 8929 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/12/2023) | 09/12/2023 |
| 8930 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/12/2023) | 09/12/2023 |
| 8931 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/12/2023) | 09/12/2023 |
| 8932 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/12/2023) | 09/12/2023 |
| 8933 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Memorandum in Opposition to Defendants' Motion for Summary Judgment Under Ohio v. American Express filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8934 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Memorandum in Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' Post-IPO Conspiracy Claims filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8935 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Memorandum in Opposition to Defendants' Motion for Summary Judgment On Plaintiffs' Damages Claims Under Federal Antitrust Laws Based on Illinois Brick Co. v. Illinois, filed under seal filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8936 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Memorandum in Opposition to Mastercard's Motion for Summary Judgment Based on Mastercard's Market Power, filed under seal filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8937 | RULE 56.1 STATEMENT GrubHub Plaintiffs' Counterstatement of Material Facts (filed under seal) re 8925 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8938 | RULE 56.1 STATEMENT GrubHub Plaintiffs' Responses to Defendants' Incorporation of Certain Paragraphs of Defendants' 2020 Statement of Material Facts (filed under seal) re: 8925 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8939 | RULE 56.1 STATEMENT GrubHub Plaintiffs' Response to Defendants' Rule 56.1 Statement (filed under seal), re: 8925 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8940 | ANSWER to Complaint in Block, Inc. v. Visa Inc., et al., No. 23-cv-05377 by Mastercard Incorporated, Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 09/12/2023) | 09/12/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8941 | Letter re: filing of answer to complaint in Block, Inc. v. Visa Inc., et al., No. 23-cv-05377 by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 09/12/2023) | 09/12/2023 |
| 8942 | DECLARATION re (8937 in 1:05-md-01720-MKB-VMS, 8937 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV, Rule 56.1 Statement, (8935 in 1:05-md-01720-MKB-VMS, 8935 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, (8939 in 1:05-md-01720-MKB-VMS, 8939 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV, Rule 56.1 Statement, (8933 in 1:05-md-01720-MKB-VMS, 8933 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, (8938 in 1:05-md-01720-MKB-VMS, 8938 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Rule 56.1 Statement, (8934 in 1:05-md-01720-MKB-VMS, 8934 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, (8936 in 1:05-md-01720-MKB-VMS, 8936 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, DECLARATION OF JAMES A. WILSON IN SUPPORT OF GRUBHUB PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT GPX001-GPX171 (FILED UNDER SEAL) by GrubHub Holdings Inc. (Attachments: # 1 Exhibit GPX001-GPX015, # 2 Exhibit GPX016, # 3 Exhibit GPX017-GPX022, # 4 Exhibit GPX023-GPX031, # 5 Exhibit GPX032-GPX049, # 6 Exhibit GPX050-GPX101, # 7 Exhibit GPX102-GPX124, # 8 Exhibit GPX125-GPX149, # 9 Exhibit GPX150-GPX160, # 10 Exhibit GPX161-GPX171) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8943 | DECLARATION re (8937 in 1:05-md-01720-MKB-VMS, 8937 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV, Rule 56.1 Statement, (8935 in 1:05-md-01720-MKB-VMS, 8935 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, (8939 in 1:05-md-01720-MKB-VMS, 8939 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV, Rule 56.1 Statement, (8933 in 1:05-md-01720-MKB-VMS, 8933 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, (8938 in 1:05-md-01720-MKB-VMS, 8938 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Rule 56.1 Statement, (8934 in 1:05-md-01720-MKB-VMS, 8934 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, (8936 in 1:05-md-01720-MKB-VMS, 8936 in 1:05-md-01720-MKB-VMS) 1 - Sealed Document CV,, Memorandum in Opposition, DECLARATION OF JAMES A. WILSON IN SUPPORT OF GRUBHUB PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT GPX172-GPX233 (FILED UNDER SEAL) by GrubHub Holdings Inc. (Attachments: # 1 Exhibit GPX172-GPX181, # 2 Exhibit GPX182-GPX189, # 3 Exhibit GPX190-GPX192, # 4 Exhibit GPX193-GPX200, # 5 Exhibit GPX201a, # 6 Exhibit GPX201b, # 7 Exhibit GPX201c, # 8 Exhibit GPX202-GPX223, # 9 Exhibit GPX224-GPX233) Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8944 | Letter re: GrubHub Plaintiffs' Filing of Exhibits Under Seal Per Order Dated August 25, 2023 by GrubHub Holdings Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/12/2023) | 09/12/2023 |
| 8945 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) Response of Defendants to Grubhub Plaintiff's Statement of Additional Material Facts filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/12/2023) | 09/12/2023 |
| 8946 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) Reply of Defendants in Support of Defendants' Statement of Material Facts filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/12/2023) | 09/12/2023 |
| 8947 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) Reply of Defendants in Support of Defendants' Incorporation of Certain Paragraphs of Defendants' 2020 Statement of Material Facts filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/12/2023) | 09/12/2023 |
| 8948 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Reply Memorandum of Law re: Summary Judgment Under Ohio v. American Express filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/12/2023) | 09/12/2023 |
| 8949 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Reply Memorandum of Law re: Post-IPO Conspiracy Claims filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/12/2023) | 09/12/2023 |
| 8950 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Reply Memorandum of Law re: Damages Claims Based on Illinois Brick v. Illinois filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/12/2023) | 09/12/2023 |
| 8951 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Mastercard's Reply Memorandum of Law re: Mastercard's Lack of Market Power filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/12/2023) | 09/12/2023 |
| | ORDER terminating 8832 , 8873 and 8880 . See Minute Entry dated September 7, 2023. Ordered by Chief Judge Margo K. Brodie on 9/12/2023. (WV) (Entered: 09/12/2023) | 09/12/2023 |
| | Terminating 8880 Motion to Intervene. (WV) (Entered: 09/12/2023) | 09/12/2023 |
| | ORDER re 8879 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 9/12/2023. (GS) (Entered: 09/12/2023) | 09/12/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER re September 7, 2023 Status Conference. The Court has confirmed that Class Counsel may not use the Court seal on the claim form envelope. Class Counsel may instead use the other envelope shown to the Court at the status conference. Ordered by Chief Judge Margo K. Brodie on 9/13/2023. (AB) (Entered: 09/13/2023) | 09/13/2023 |
| 8952 | RESPONSE to Motion re 8921 Letter MOTION to Compel Supplemental Discovery from Capital One filed by Capital One Bank, Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp. (Attachments: # 1 Declaration of Abby F. Rudzin in Support of Capital One's Opposition to Plaintiffs' Motion to Compel, # 2 Exhibit 1) (Rudzin, Abby) (Entered: 09/14/2023) | 09/14/2023 |
| 8953 | Letter Requesting Pre-Motion Conference by Fikes Wholesale, Inc. (Eisinger, Jana) (Entered: 09/18/2023) | 09/18/2023 |
| 8954 | Letter to the Court re: ECF 8953 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K. Craig) (Entered: 09/18/2023) | 09/18/2023 |
| 8955 | Letter re Stipulated Briefing Schedule by Unlimited Vacations and Cruises Inc (Pentz, John) (Entered: 09/19/2023) | 09/19/2023 |
| 8956 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 09/19/2023) | 09/19/2023 |
|  | SCHEDULING ORDER: The Court adopts the parties' 8955 proposed briefing schedule on the issue of the service awards for representative plaintiffs. Plaintiffs shall serve their motion on or before October 1, 2023; Objectors/Appellants shall serve their response on or before October 23, 2023; plaintiffs shall serve their reply, if any, on or before November 7, 2023. Ordered by Chief Judge Margo K. Brodie on 9/19/2023. (STS) (Entered: 09/19/2023) | 09/19/2023 |
| 8957 | Letter responding to ECF No 8953 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 09/20/2023) | 09/20/2023 |
| 8958 | NOTICE of Appearance by Mahnam Ghorbani on behalf of 803 Kava LLC, Camp Grounds Coffee, LLC, Maureen Roxberry, Shen Shu Acupuncture, PLLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-VMS, 1:21-cv-02360-MKB-VMS, 1:21-cv-03401-MKB-VMS (Ghorbani, Mahnam) (Entered: 09/21/2023) | 09/21/2023 |
|  | ORDER denying 8953 Fikes Wholesale, Inc.'s request for a pre-motion conference as moot in light of 8957 Class Plaintiffs' letter stating that a sufficient portion of the attorney-fee award will be held back to account for potential issues related to allocations. Ordered by Chief Judge Margo K. Brodie on 9/22/2023. (STS) (Entered: 09/22/2023) | 09/22/2023 |
| 8959 | AFFIDAVIT/DECLARATION in Support re 8925 MOTION for Summary Judgment (Defendants) Redacted Transmittal Declaration of Jayme Jonat Previously Filed Under Seal as dkt. 8927 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/28/2023) | 09/28/2023 |
| 8960 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) Redacted--Previously Filed Under Seal as dkt. 8928 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/28/2023) | 09/28/2023 |
| 8961 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) Redacted Memorandum of Law in Support of Summary Judgment Under Ohio v. American Express Previously Filed Under Seal as dkt. 8929 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/28/2023) | 09/28/2023 |
| 8962 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) Memorandum of Law in Support of Summary Judgment on Post IPO Conspiracy Claims Previously Filed Under Seal as dkt. 8930 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/28/2023) | 09/28/2023 |
| 8963 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) Redacted Memorandum of Law in Support of Summary Judgment Under Illinois Brick Co. v. Illinois Previously Filed Under Seal as dkt. 8931 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/28/2023) | 09/28/2023 |
| 8964 | MEMORANDUM in Support re 8925 MOTION for Summary Judgment (Defendants) Redacted Memorandum of Law in Support of Summary Judgment Based on Mastercard's Lack of Market Power Previously Filed Under Seal as dkt. 8932 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Jonat, Jayme) (Entered: 09/28/2023) | 09/28/2023 |
| 8965 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Redacted GrubHub Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment Under Ohio v. American Express Previously Filed Under Seal as dkt. 8933 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |
| 8966 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Redacted GrubHub Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' Post-IPO Conspiracy Claims Previously Filed Under Seal as dkt. 8934 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8967 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Redacted GrubHub Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' Damages Claims Under Federal Antitrust Laws Based on Illinois Brick Co. v. Illinois Previously Filed Under Seal as 8935 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |
| 8968 | MEMORANDUM in Opposition re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Redacted GrubHub Plaintiffs' Memorandum in Opposition to Mastercard's Motion for Summary Judgment Based on Mastercard's Market Power Previously Filed Under Seal as 8936 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |
| 8969 | RULE 56.1 STATEMENT re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Redacted GrubHub Plaintiffs' Counterstatement of Material Facts Previously Filed Under Seal as 8937 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |
| 8970 | RULE 56.1 STATEMENT re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Redacted GrubHub Plaintiffs' Responses to Defendants' Incorporation of Certain Paragraphs of Defendants' 2020 Statement of Material Facts Previously Filed Under Seal as 8938 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |
| 8971 | RULE 56.1 STATEMENT re (8925 in 1:05-md-01720-MKB-VMS) MOTION for Summary Judgment (Defendants) Redacted GrubHub Plaintiffs' Response to Defendants' Rule 56.1 Statement Previously Filed Under Seal as 8939 filed by GrubHub Holdings Inc.. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |
| 8972 | DECLARATION re (8968 in 1:05-md-01720-MKB-VMS) Memorandum in Opposition, (8970 in 1:05-md-01720-MKB-VMS) Rule 56.1 Statement, (8969 in 1:05-md-01720-MKB-VMS) Rule 56.1 Statement, (8966 in 1:05-md-01720-MKB-VMS) Memorandum in Opposition, (8965 in 1:05-md-01720-MKB-VMS) Memorandum in Opposition, (8967 in 1:05-md-01720-MKB-VMS) Memorandum in Opposition, (8971 in 1:05-md-01720-MKB-VMS) Rule 56.1 Statement, REDACTED DECLARATION OF JAMES A. WILSON IN SUPPORT OF GRUBHUB PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT Previously Filed Under Seal as 8942 AND 8943 by GrubHub Holdings Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:19-cv-06555-MKB-VMS (Wilson, James) (Entered: 09/28/2023) | 09/28/2023 |
| 8973 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) Redacted Response of Defendants to Grubhub Plaintiffs' Statement of Additional Material Facts Previously Filed Under Seal as dkt. 8945 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/28/2023) | 09/28/2023 |
| 8974 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) Redacted Reply of Defendants in Support of Defendants' Statement of Material Facts Previously Filed Under Seal as dkt. 8946 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/28/2023) | 09/28/2023 |
| 8975 | RULE 56.1 STATEMENT re 8925 MOTION for Summary Judgment (Defendants) Redacted Reply of Defendants in Support of Defendants' Incorporation of Certain Paragraphs of Defendants' 2020 Statement of Material Facts, Previously Filed Under Seal as dkt. 8947 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/28/2023) | 09/28/2023 |
| 8976 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Redacted Reply Memorandum of Law re: Summary Judgment Under Ohio v. American Express Previously Filed Under Seal as dkt. 8948 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/28/2023) | 09/28/2023 |
| 8977 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Reply Memorandum of Law re: Post-IPO Conspiracy Claims Previously Filed Under Seal as dkt. 8949 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/28/2023) | 09/28/2023 |
| 8978 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Redacted Reply Memorandum of Law re: Damages Claims Based on Illinois Brick v. Illinois Previously Filed Under Seal as dkt. 8950 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/28/2023) | 09/28/2023 |
| 8979 | REPLY in Support re 8925 MOTION for Summary Judgment (Defendants) Redacted Reply Memorandum of Law re: Mastercard's Lack of Market Power Previously Filed Under Seal as dkt. 8951 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 09/28/2023) | 09/28/2023 |
| | ORDER re 8956 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 9/28/2023. (GS) (Entered: 09/28/2023) | 09/28/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8980 | MOTION for Disbursement of Funds Rule 23(b)(3) Class Plaintiffs' Notice of Motion and Renewed Motion for Class Representative Service Awards by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support Rule 23(b)(3) Class Plaintiffs' Memorandum of Law in Support of Renewed Motion for Class Representative Service Awards, # 2 Proposed Order Granting Class Representative Service Awards to TRADITIONS, # 3 Proposed Order Granting Class Representative Service Awards to SCANMYPHOTOS.COM / Photos Etc Corporation, # 4 Proposed Order Granting Class Representative Service Awards to DISCOUNT OPTICS, INC., # 5 Proposed Order Granting Class Representative Service Awards to PAYLESS INC., # 6 Proposed Order Granting Class Representative Service Awards to CHS INC., # 7 Proposed Order Granting Class Representative Service Awards to PARKWAY CORPORATION, # 8 Proposed Order Granting Class Representative Service Awards to LEON'S TRANSMISSION SERVICE, INC., # 9 Proposed Order Granting Class Representative Service Awards to CAPITAL AUDIO ELECTRONICS, INC.) (Marth, Ryan) (Entered: 09/29/2023) | 09/29/2023 |
|  | MINUTE ORDER. A pre-motion conference was held on October 4, 2023, to discuss Defendants' anticipated motion to enforce the Class Settlement Agreement with respect to certain claims brought by Intuit Inc. and Intuit Payment Solutions, LLC (collectively, "Intuit") and Block Inc., f/k/a Square, Inc. ("Square"). Mark Rifkin, Marc Greenwald, and Justin Reinheimer appeared on behalf of Square; Adam Wolfson appeared on behalf of Intuit; Thomas Burt appeared on behalf of the plaintiff class in Lanning et al. v. Visa, Inc. et al., No. 21-CV-2360, and Camp Grounds Coffee, LLC et al. v. Visa, Inc. et al., 21-CV-3401; Patrick Coughlin and Alexandra Bernay appeared on behalf of the settlement class; Matthew Eisenstein and Robert Vizas appeared on behalf of the Visa Defendants; and Gary Carney appeared on behalf of the Mastercard Defendants. The Court directs the parties to meet and confer to agree on whether a motion to enforce will be filed along with cross-motions for summary judgment. The Court further directs the parties to submit a proposed briefing schedule on or before October 11, 2023. (Court Reporter Victoria Torres-Butler.) (STS) (Entered: 10/04/2023) | 10/04/2023 |
| 8981 | Letter dated October 5, 2023 from (b)(3) Class Counsel re Payment of Miller Kaplan Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - Miller Kaplan Invoice # 571434, # 2 Exhibit B - Miller Kaplan Invoice # 571435) (Cramer, Eric) (Entered: 10/05/2023) | 10/05/2023 |
| 8982 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/05/2023) | 10/05/2023 |
| 8983 | Proposed Scheduling Order and Stipulation by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 10/10/2023) | 10/10/2023 |
| 8984 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 10/10/2023) | 10/10/2023 |
|  | SCHEDULING ORDER: The Court adopts the parties' 8983 proposed briefing schedule for defendants' motion to enforce the Rule 23(b)(3) Class Settlement Agreement, or in the alternative for summary judgment, and for cross-motions for summary judgment by plaintiffs in Intuit, Inc., et al. v. Visa Inc., et al., No. 1:21-CV-1175, Block, Inc. v. Visa, Inc., et al. No. 23-CV-5377, Camp Grounds Coffee, LLC et al. v. Visa, Inc. et al., No. 21-CV-3401, and Lanning et al. v. Visa, Inc. et al., No. 21-CV-2360. Defendants shall serve their motion on or before November 1, 2023; plaintiffs shall serve their opposition and any cross-motions for summary judgment on or before December 4, 2023; defendants shall serve their reply and opposition to any cross-motions for summary judgment on or before January 8, 2024; and plaintiffs shall serve their reply on or before January 29, 2024. Ordered by Chief Judge Margo K. Brodie on 10/10/2023. (TSR) (Entered: 10/10/2023) | 10/10/2023 |
|  | ORDER re 8981 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payments for Miller Kaplan's tax return preparation, as set forth in the Class Plaintiffs' letter, Docket Entry 8981 , are so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 10/10/2023. (GS) (Entered: 10/10/2023) | 10/10/2023 |
|  | ORDER re 8984 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payments for Wright On Communications, Inc.'s funding request, as set forth in the Class Counsel's letter, Docket Entry 8984 , are so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 10/12/2023. (GS) (Entered: 10/12/2023) | 10/12/2023 |
| 8985 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by 7-Eleven, Inc. and Speedway LLC as to Visa Defendants in 7-Eleven, Inc., et al. v. Visa Inc., et al. by 7-Eleven Inc. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS (Shinder, Jeffrey) (Entered: 10/18/2023) | 10/18/2023 |
| 8986 | STIPULATION AND ORDER of Dismissal with Prejudice of All Claims by Plaintiffs 7-Eleven, Inc. and Speedway LLC against Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively, the "Visa Defendants") in the 7-Eleven action. So Ordered by Chief Judge Margo K. Brodie on 10/18/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:13-cv-05746-MKB-VMS. (TSR) (Entered: 10/18/2023) | 10/18/2023 |
| 8987 | MEMORANDUM in Opposition re 8980 MOTION for Disbursement of Funds Rule 23(b)(3) Class Plaintiffs' Notice of Motion and Renewed Motion for Class Representative Service Awards filed by Petsmart LLC, Unlimited Vacations and Cruises Inc. (Attachments: # 1 Proposed Order, # 2 Proposed Order, # 3 Proposed Order, # 4 Proposed Order, # 5 Proposed Order, # 6 Proposed Order, # 7 Proposed Order, # 8 Proposed Order) (Pentz, John) (Entered: 10/23/2023) | 10/23/2023 |
| 8988 | RESPONSE in Opposition re 8980 MOTION for Disbursement of Funds Rule 23(b)(3) Class Plaintiffs' Notice of Motion and Renewed Motion for Class Representative Service Awards filed by Kevan McLaughlin. (Davis, John) (Entered: 10/23/2023) | 10/23/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8989 | Letter MOTION to Continue Hearing on Plaintiffs' Motion to Compel by Capital One Bank, Capital One Bank, (USA), N.A., Capital One F S B, Capital One Financial Corp. (Rudzin, Abby) (Entered: 10/26/2023) | 10/26/2023 |
| | ORDER. The Court is in receipt of the letter at 8891 , in which Defendants in 23 Civ. 1215 request, on consent, that their deadline to respond to the amended complaint be stayed pending resolution of Plaintiffs' appeal of the Court's denial of Plaintiffs' motion to remand. The request is granted. The parties in 23 Civ. 1215 are to file a joint status report within five days of the appeal's resolution. Ordered by Magistrate Judge Vera M. Scanlon on 10/26/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 1:23-cv-01215-MKB-VMS (GS) (Entered: 10/26/2023) | 10/26/2023 |
| | SCHEDULING ORDER: The Court is in receipt of Equitable Relief Class Plaintiffs' ("ERCPs'") 8921 motion to compel supplemental responses to document requests directed to Defendants Capital One Bank, Capital One Bank (USA), N.A., Capital One F.S.B. and Capital One Financial Corporation ("Capital One"), as well as Capital One's 8952 opposition. A Motion Hearing will be held via Zoom videoconference on 10/31/2023 at 12:00 PM before Magistrate Judge Vera M. Scanlon. Counsel for ECRPs and Capital One must attend, but other counsel need not attend. The Court will provide counsel for ERCPs and Capital One with the connection information for the Zoom videoconference by email. Other counsel and members of the public may attend the hearing by telephone by dialing (646) 828-7666 and using Meeting ID 1617397461 and Passcode 079899 to connect. Ordered by Magistrate Judge Vera M. Scanlon on 10/26/2023. (GS) (Entered: 10/26/2023) | 10/26/2023 |
| 8990 | STIPULATION and Proposed Scheduling Order (Joint) by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 10/27/2023) | 10/27/2023 |
| | ORDER. The motion at 8989 is granted, on consent. The 10/31/2023 Motion Hearing is rescheduled for 11/1/2023 at 3:45 PM before Magistrate Judge Vera M. Scanlon. The hearing will be held via Zoom videoconference. The Court provided counsel for ERCPs and Capital One with the Zoom connection information, which will remain the same for the rescheduled hearing. Other counsel and members of the public may attend the hearing by telephone by dialing (646) 828-7666 and using Meeting ID 1617397461 and Passcode 079899 to connect. Ordered by Magistrate Judge Vera M. Scanlon on 10/27/2023. (GS) (Entered: 10/27/2023) | 10/27/2023 |
| | ORDER denying without prejudice 8990 the parties' stipulation and proposed scheduling order. The Court reiterates its view that the best way to address the direct/indirect purchaser issue is through the claims administration process, with review by the Special Master. Sept. 7, 2023 Status Conf. Tr. at 20:3-14. Old Jericho Plaintiffs were granted approval to intervene, and therefore to appear before the Special Master, specifically to protect their interests with respect to this issue. Id. at 40:17-23. As stated at the September 7 conference, id. at 43:14-25, the Court invites the Old Jericho Plaintiffs to submit a letter brief to the Court explaining why intervention in the claims administration process is insufficient to adequately protect their interests. So Ordered by Judge Margo K. Brodie on 10/30/2023. Associated Cases: 1:05-md-01720-MKB-VMS, 2:20-cv-02394-MKB-VMS (TSR). (Entered: 10/30/2023) | 10/30/2023 |
| 8991 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 11/01/2023) | 11/01/2023 |
| 8992 | Letter re: service of motion papers by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 11/01/2023) | 11/01/2023 |
| | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Motion Hearing held via ZoomGov videoconference on 11/1/2023 re 8921 Letter MOTION to Compel Supplemental Discovery from Capital One filed by Equitable Relief Class Plaintiffs. Sherwin Farfdiar appeared for Equitable Relief Class Plaintiffs. Abby F. Rudzin appeared for Capital One Defendants. See separate docket entry for Order. (FTR Log #402-442.) (GS) Modified on 11/2/2023 (GS). (Entered: 11/02/2023) | 11/01/2023 |
| | ORDER re 8991 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion for approval is granted; the request is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 11/2/2023. (GS) (Entered: 11/02/2023) | 11/02/2023 |
| 8993 | TRANSCRIPT of Proceedings held on November 1, 2023, before Judge Scanlon. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 11/24/2023. Redacted Transcript Deadline set for 12/4/2023. Release of Transcript Restriction set for 2/1/2024. (LH) (Entered: 11/03/2023) | 11/03/2023 |
| 8994 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (Bernay, Alexandra) (Entered: 11/03/2023) | 11/03/2023 |
| 8995 | REPLY in Support re 8980 MOTION for Disbursement of Funds Rule 23(b)(3) Class Plaintiffs' Notice of Motion and Renewed Motion for Class Representative Service Awards Rule 23(b)(3) Class Plaintiffs' Reply Memorandum of Law in Further Support of Renewed Motion for Class Representative Service Awards filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Marth, Ryan) (Entered: 11/07/2023) | 11/07/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 8996 | Letter MOTION for Order to Show Cause regarding the website settlement2023.org by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Proposed Order Regarding Settlement2023.Org Website) (Bernay, Alexandra) Modified on 11/28/2023 (AM). Modified on 11/28/2023 (AM). (Entered: 11/07/2023) | 11/07/2023 |
| | ORDER. During the 11/1/2023 Motion Hearing, the Court heard argument on Equitable Relief Class Plaintiffs' ("ERCPs") motion to compel at ECF No. 8921 . The parties will meet and confer to discuss whether the scope of the requests can be narrowed and whether the discovery dispute can be resolved without the need for Court intervention. Counsel for Capital One Defendants will confer with her clients to determine what categories of documents can be readily produced. By 12/1/2023, ERCPs and Capital One Defendants will file a joint status report regarding the status of their efforts to resolve the issues and identifying any outstanding disputes. The motion at 8921 is closed but may be reopened by a letter motion requesting that the Court consider the motion to compel. Ordered by Magistrate Judge Vera M. Scanlon on 11/7/2023. (GS) (Entered: 11/07/2023) | 11/07/2023 |
| 8997 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 11/08/2023) | 11/08/2023 |
| 8998 | Letter to the Court regarding supplemental discovery by 7-Eleven Inc. (Shinder, Jeffrey) (Entered: 11/09/2023) | 11/09/2023 |
| | ORDER re 8997 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payment for Wright On Communications, Inc.'s funding request, as set forth in the Class Counsel's letter, Docket Entry 8997 , is so ordered. Ordered by Magistrate Judge Vera M. Scanlon on 11/9/2023. (GS) (Entered: 11/09/2023) | 11/09/2023 |
| 8999 | MOTION to Withdraw as Attorney by Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.. (Attachments: # 1 Declaration of Vincent M. Chiappini, # 2 Proposed Order) (Chiappini, Vincent) (Entered: 11/10/2023) | 11/10/2023 |
| 9000 | ORDER entered 8996 Motion for Order to Show Cause. As set forth in the attached order, dated November 10, 2023, it is hereby ordered that: (1) the Settlement2023.org Entity shall show cause on or before November 27, 2023 as to why Magistrate Judge Joseph A. Marutollo should not issue a Report and Recommendation to United States District Judge Margo K. Brodie ordering the Settlement2023.org Entity to: (a) provide a list of all class members that signed up for services with settlement2023.org; (b) provide written notice to all class members that signed up for services with settlement2023.org that any contract entered into is now void; (c) immediately take down the website settlement2023.org and all associated pages that mirror the Court's approved settlement website; and (d) identify by name the owners or operators of the settlement2023.org website and provide contact information of the same; and (2) On or before November 14, 2023, Class Counsel shall serve a copy of this order on the Settlement2023.org Entity. Class Counsel shall file proof of service on the docket on or before November 14, 2023. In that proof of service, Class Counsel shall describe the steps taken to inform the Settlement2023.org Entity of this Order. Ordered by Magistrate Judge Joseph A. Marutollo on 11/10/2023. (Entered: 11/10/2023) | 11/10/2023 |
| | Case Reassigned to Magistrate Judge Joseph A. Marutollo. Magistrate Judge Vera M. Scanlon no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (BBM) (Entered: 11/10/2023) | 11/10/2023 |
| | ORDER granting 8999 Motion to Withdraw as Attorney. Attorney Vincent Martin Chiappini is terminated as counsel of record for Defendants Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A. Ordered by Magistrate Judge Joseph A. Marutollo on 11/10/2023. (KAR) (Entered: 11/10/2023). (Entered: 11/10/2023) | 11/10/2023 |
| | ORDER granting in part and denying in part 8996 Motion for Order to Show Cause, for the reasons set forth in the Court's order at Docket Entry No. 9000. Ordered by Magistrate Judge Joseph A. Marutollo on 11/10/2023. (Marutollo, Joseph) (Entered: 11/10/2023) | 11/10/2023 |
| 9001 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 9000 Order on Motion for Order to Show Cause,,,,, [Proof of Service] (Bernay, Alexandra) (Entered: 11/13/2023) | 11/13/2023 |
| 9002 | Letter Brief in Response to October 30, 2023 Order by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 11/13/2023) | 11/13/2023 |
| 9003 | Letter to Judge Brodie by Plaintiffs in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO (Reinhardt, Mark) (Entered: 11/14/2023) | 11/14/2023 |
| 9004 | Letter in response to Doc. 9003 by Gary Friedman (Attachments: # 1 Exhibit) (Friedman, Gary) (Entered: 11/14/2023) | 11/14/2023 |
| 9005 | Letter to Judge Brodie by Plaintiffs in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO (Reinhardt, Mark) (Entered: 11/15/2023) | 11/15/2023 |
| | ORDER: The Court is in receipt of 9002 Old Jericho Plaintiffs' letter brief in response to the Court's October 30, 2023 order. The parties in Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al., No. 2:20-CV-02394, may file a renewed proposed scheduling order. Ordered by Judge Margo K. Brodie on 11/16/2023. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-VMS. (TSR) (Entered: 11/16/2023) | 11/16/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9006 | Letter MOTION for Extension of Time to File Motion for a Protective Order by UnionPay. (Dunning, Brian) (Entered: 11/21/2023) | 11/21/2023 |
| 9007 | Letter from Rule 23(b)(3) Class Counsel regarding the website settlement2023.org by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 11/21/2023) | 11/21/2023 |
| 9008 | Letter Brief in Response to November 16, 2023 Order by Jack Rabbit LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) Associated Cases: 1:05-md-01720-MKB-JAM et al. (Rothstein, Paul) (Entered: 11/22/2023) | 11/22/2023 |
| | ORDER granting 9006 Motion for Extension of Time to File Motion for a Protective Order. The deadline for non-party UnionPay International (USA) LLC to file a motion for protective order is extended to December 4, 2023. Ordered by Magistrate Judge Joseph A. Marutollo on 11/22/2023. (KAR) (Entered: 11/22/2023) | 11/22/2023 |
| 9009 | SUA SPONTE REPORT AND RECOMMENDATION: For the reasons stated in the attached Report and Recommendation, the Court respectfully recommends that, first, the District Judge order that the Settlement2023.org Entity: (a) provide a list of all class members that signed up for services using the settlement2023.org website; (b) provide written notice to all class members that signed up for services using the settlement2023.org website that any contract entered into is now void; (c) immediately take down any and all remaining webpages (should any exist) that either attempt to mirror the official Court-authorized settlement website or spread misleading information related to the settlement in this case; and (d) identify by name the owners or operators of the settlement2023.org website and provide contact information for the same. Should the Settlement2023.org Entity fail to adequately respond to the above four directives within thirty (30) days of the District Judges Order, this Court respectfully recommends that the District Judge permanently enjoin the Settlement2023.org Entity from taking any further role in the settlement in this action. Next, this Court respectfully recommends that the District Judge order Class Counsel to promptly inform the Court of any newly-detected websites, social media accounts, online marketplace accounts, or product listings that attempt to engage in false and misleading sales activities that attempt to mirror the Court-authorized website or contravene the Courts prior orders. Finally, this Court respectfully recommends that, should the District Judge adopt this Report and Recommendation, that such an Order be posted on the Court-authorized website to help alert those who may have been deceived by the settlement2023.org website and/or to protect merchants from misleading or false information in the future. Any objections to this Report and Recommendation must be filed within 14 days of the date of this Order. Failure to file objections within this period designating the particular issues to be reviewed waives the right to appeal the district courts order. See 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(2); Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C., 596 F.3d 84, 92 (2d Cir. 2010); Kotlyarsky v. United States Dept of Just., No. 22-2750, 2023 WL 7648618 (2d Cir. Nov. 15, 2023). By November 30, 2023, Class Counsel shall file proof of service regarding all efforts made to serve this Order on the Settlement2023 Entity. Class Counsel shall also serve this Order on Hostinger International Limited, including via electronic mail to support@hostinger.com and abuse-tracker@hostinger.com and to file proof of service of same, by November 30, 2023. Objections to R&R due by 12/12/2023.Ordered by Magistrate Judge Joseph A. Marutollo on 11/28/2023. (KAR) (Entered: 11/28/2023) | 11/28/2023 |
| | ORDER on 9008 Jack Rabbit's letter brief. The Court grants Plaintiff Jack Rabbit's application to participate in the briefing as to partial summary judgment in Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al., No. 2:20-CV-2394. (See Nov. 16, 2023 Order permitting Old Jericho Plaintiffs to file renewed proposed scheduling order). The Old Jericho parties and Jack Rabbit are directed to confer as to the scope of the proposed motions for partial summary judgment and file a proposed briefing schedule by December 8, 2023. To the extent that Fikes Wholesale, Inc. ("Fikes") wishes to participate in the proceedings, Fikes should also confer with Jack Rabbit and the Old Jericho parties to agree on a briefing schedule and scope of motions. Jack Rabbit's application is denied without prejudice in all other respects. Ordered by Judge Margo K. Brodie on 11/28/2023. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-VMS. (STS) (Entered: 11/28/2023) | 11/28/2023 |
| 9010 | Letter MOTION to Reassign Case Jonathan David v. Friedman Law Group LLP, et al., 23-cv-08364(PKC)(VMS) to Chief Judge Brodie under Rule 3 of the Rules for the Division of Business for the Eastern District of New York by Jonathan David. (Bonner, James) (Entered: 11/29/2023) | 11/29/2023 |
| 9011 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 9009 SUA SPONTE REPORT AND RECOMMENDATIONS re 8996 Letter MOTION for Order to Show Cause regarding the website settlement2023.org filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Bernay, Alexandra) (Entered: 11/30/2023) | 11/30/2023 |
| 9012 | STATUS REPORT Equitable Relief Class Plaintiffs and Defendant Capital One's Joint Status Report Regarding Discovery Dispute by Equitable Relief Class Plaintiffs (Shadowen, Steve) (Entered: 12/01/2023) | 12/01/2023 |
| 9013 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 12/01/2023) | 12/01/2023 |
| 9014 | Letter from Rule 23(b)(3) Class Counsel regarding follow-up to ECF 9011 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/01/2023) | 12/01/2023 |
| 9015 | Letter dated December 4, 2023 from (b)(3) Class Counsel requesting approval of the 2023 4th Qtr Estimated Tax Payments for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 12/04/2023) | 12/04/2023 |
| 9016 | Letter re: service of cross-motion papers by Hayley Lanning, Camp Grounds Coffee, LLC, 803 Kava LLC, CryoServices, Inc.,, Dell Fox Jewelry LLC, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 12/04/2023) | 12/04/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9017 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by The Bon-Ton Stores, Inc. as to all Defendants in Target Corp., et al. v. Visa Inc., et al. by Bon-Ton Stores, Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM (Wilson, James) (Entered: 12/04/2023) | 12/04/2023 |
| 9018 | Letter re service of motion papers by Intuit Inc., Intuit Payment Solutions, LLC (Wolfson, Adam) (Entered: 12/04/2023) | 12/04/2023 |
| 9019 | Letter re: Service of Motion Papers by Block, Inc. (Greenwald, Marc) (Entered: 12/04/2023) | 12/04/2023 |
|  | ORDER re 9012 Status Report. By 1/15/2024, ERCPs and Capital One Defendants will file a joint status report regarding the status of their efforts to resolve the issues related to the scope of ERCPs' discovery requests and Capital One's identification of the categories of documents that it can readily produce. The status report shall identify any remaining discovery disputes between the parties. Ordered by Magistrate Judge Joseph A. Marutollo on 12/4/2024. (EG) (Entered: 12/04/2023) | 12/04/2023 |
| 9020 | STIPULATION AND ORDER of Dismissal with Prejudice as to All Claims by Plaintiff The Bon-Ton Stores, Inc. against Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively, the "Visa Defendants") and Defendants Mastercard International Incorporated and Mastercard Incorporated (collectively, the "Mastercard Defendants") in Target Corp., et al. v. Visa Inc., et al. , No. 13-cv-05745 (E.D.N.Y.). Ordered by Judge Margo K. Brodie on 12/5/2023. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM (TSR) (Entered: 12/05/2023) | 12/05/2023 |
|  | ORDER re 9015 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Class Plaintiffs' request for approval of the estimated tax payments for the 4th quarter of 2023 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 12/5/2023. (KAR) (Entered: 12/05/2023) | 12/05/2023 |
|  | ORDER re 9013 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payment for Wright On Communications, Inc.'s funding request, as set forth in the Class Counsel's letter is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 12/5/2023. (KAR) (Entered: 12/05/2023) | 12/05/2023 |
| 9021 | NOTICE of Appearance by Kevin Yoshiwo Teruya on behalf of Intuit Inc., Intuit Payment Solutions, LLC (notification declined or already on case) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Teruya, Kevin) (Entered: 12/07/2023) | 12/07/2023 |
| 9022 | MOTION to Appear Pro Hac Vice for Claire Hausman. Filing fee $ 150, receipt number NYEDC-17356495 by Intuit Inc., Intuit Payment Solutions, LLC. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Wolfson, Adam) (Entered: 12/07/2023) | 12/07/2023 |
| 9023 | MOTION to Appear Pro Hac Vice for Deven Parmar. Filing fee $ 150, receipt number NYEDC-17356769 by Intuit Inc., Intuit Payment Solutions, LLC. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Wolfson, Adam) (Entered: 12/07/2023) | 12/07/2023 |
| 9024 | MOTION to Appear Pro Hac Vice for Danielle Shrader-Frechette. Filing fee $ 150, receipt number NYEDC-17356873 by Intuit Inc., Intuit Payment Solutions, LLC. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Wolfson, Adam) (Entered: 12/07/2023) | 12/07/2023 |
| 9025 | MOTION to Appear Pro Hac Vice for Zak Randell. Filing fee $ 150, receipt number NYEDC-17356925 by Intuit Inc., Intuit Payment Solutions, LLC. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Wolfson, Adam) (Entered: 12/07/2023) | 12/07/2023 |
|  | ORDER granting 9022 Motion for Leave to Appear Pro Hac Vice; granting 9023 Motion for Leave to Appear Pro Hac Vice; granting 9024 Motion for Leave to Appear Pro Hac Vice; granting 9025 Motion for Leave to Appear Pro Hac Vice. Each attorney shall register for ECF. Registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 12/7/2023. (JAM) (Entered: 12/07/2023) | 12/07/2023 |
| 9026 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/08/2023) | 12/08/2023 |
| 9027 | Letter to the Court Regarding Briefing Schedule by Jack Rabbit LLC Associated Cases: 1:05-md-01720-MKB-JAM et al. (Rothstein, Paul) (Entered: 12/08/2023) | 12/08/2023 |
| 9028 | Letter regarding Renewed Proposed Scheduling Order by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Attachments: # 1 Renewed Proposed Scheduling Order) (Bateman, Christopher) (Entered: 12/08/2023) | 12/08/2023 |
|  | ORDER - Class Counsel is directed to file a letter by December 15, 2023 regarding any updates related to the allegedly false and/or misleading statements made by J.E. Lawrence and Company, LLC, that are referenced in Class Counsel's December 8, 2023 status report regarding third-party entities 9026 . Class Counsel is directed to serve a copy of its December 8, 2023 status report and this Order on J.E. Lawrence and Company, LLC by December 11, 2023. Class Counsel shall also provide updates (if any) to the two new issues raised on pages 3-4 of their December 8, 2023 status report 9026 in their letter that will be filed on December 15, 2023. Ordered by Magistrate Judge Joseph A. Marutollo on 12/8/2023. (JAM) (Entered: 12/08/2023) | 12/08/2023 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9029 | Letter re: service of cross-motion papers by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC(dba Goldfine Jewelry), Shen Shu Acupuncture, PLLC (Burt, Thomas) (Entered: 12/11/2023) | 12/11/2023 |
| | ORDER on 9027 Jack Rabbit's Letter Regarding Briefing Schedule and 9028 Old Jericho's Letter regarding Renewed Proposed Scheduling Order. The Court intends to decide all referenced motions together, and the Court accordingly adopts Old Jericho's 9028 Renewed Proposed Scheduling Order on its motion for partial summary judgment. The Parties are entitled to engage in limited discovery pertaining to the applicability of the Rule 23(b)(3) class settlement release; Old Jericho Plaintiffs will file their motion on or before February 26, 2024; Defendants will have 45 days from the date of Old Jericho's filing to respond; Fikes and Jack Rabbit will have 14 days from the date of Defendants' filing to respond; and Old Jericho Plaintiffs will have 28 days from the date of Defendants' filing to file a reply, if any. Jack Rabbit is directed to comply with this schedule. Ordered by Judge Margo K. Brodie on 12/11/2023. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM. (STS) (Entered: 12/11/2023) | 12/11/2023 |
| 9030 | Letter to Judge Brodie regarding Scheduling Order by Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 12/12/2023) | 12/12/2023 |
| 9031 | ORDER ADOPTING SUA SPONTE REPORT AND RECOMMENDATIONS: The Court has reviewed the unopposed R&R 9009 and, finding no clear error, adopts the R&R pursuant to 28 U.S.C. § 636(b)(1). So ordered by Chief Judge Margo K. Brodie on 12/14/2023. (JP) (Entered: 12/14/2023) | 12/14/2023 |
| 9032 | Letter from Rule 23(b)(3) Class Counsel regarding updates to Court pursuant to 12/8/23 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/15/2023) | 12/15/2023 |
| | ORDER - The Court is in receipt of Class Counsel's December 15, 2023 status report. Class Counsel shall provide updates to the Court on the issues raised in their December 15, 2023 status report by no later than January 12, 2024; these updates can be included in the next scheduled status report due to be filed on January 12, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 12/15/2023. (JAM) (Entered: 12/15/2023) | 12/15/2023 |
| 9033 | NOTICE of Appearance by Claire Disston Hausman on behalf of Intuit Inc., Intuit Payment Solutions, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Hausman, Claire) (Entered: 12/20/2023) | 12/20/2023 |
| 9034 | STIPULATION of Dismissal with Prejudice of All Claims by Express, LLC, GNC Holdings, Inc., Hat World, Inc., New York & Company, Inc., Stein Mart, Inc., The Children's Place Retail Stores, Inc., The William Carter Company Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Glist, Adam) (Entered: 12/21/2023) | 12/21/2023 |
| 9035 | NOTICE of Appearance by Danielle Marie Shrader-Frechette on behalf of Intuit Inc., Intuit Payment Solutions, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Shrader-Frechette, Danielle) (Entered: 12/21/2023) | 12/21/2023 |
| 9036 | STIPULATION AND ORDER of Dismissal with Prejudice as to All Claims by Plaintiffs Express, LLC, GNC Holdings, Inc. (successor in interest, GNC Holdings, LLC), Hat World Inc., New York & Company, Inc. (now known as RTW Retailwinds, Inc.), Stein Mart, Inc., The Childrens Place, Inc. and The William Carter Company (collectively the "Plaintiffs") against Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Mastercard Incorporated, Mastercard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Defendants") in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-05746 (E.D.N.Y.). Ordered by Chief Judge Margo K. Brodie on 12/21/2023. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (TSR) (Entered: 12/21/2023) | 12/21/2023 |
| 9037 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by 7-Eleven, Inc. and Speedway LLC as to the Remaining Defendants by 7-Eleven Inc., Speedway LLC Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Glist, Adam) (Entered: 01/02/2024) | 01/02/2024 |
| 9038 | STIPULATION AND ORDER of Dismissal with Prejudice as to All Claims by Plaintiffs 7-Eleven, Inc. and Speedway, LLC against Defendants Mastercard Incorporated, Mastercard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Non-Visa Defendants") in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-05746 (E.D.N.Y.). Ordered by Judge Margo K. Brodie on 1/3/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (TSR) (Entered: 01/03/2024) | 01/03/2024 |
| 9039 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 01/03/2024) | 01/03/2024 |
| 9040 | Letter to Judge Brodie requesting resolution of summary judgment motions by Plaintiffs in Civil Action 7-Eleven, Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Shinder, Jeffrey) (Entered: 01/03/2024) | 01/03/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER re 9039 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payment for Wright On Communications, Inc.'s funding request, as set forth in Class Counsel's letter, is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 1/3/2024. (KAR) (Entered: 01/03/2024) | 01/03/2024 |
| 9041 | NOTICE of Appearance by Deven Parmar on behalf of Intuit Inc., Intuit Payment Solutions, LLC (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Parmar, Deven) (Entered: 01/05/2024) | 01/05/2024 |
| 9042 | MEMORANDUM AND ORDER re 8067 , 8925 Motions for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court denies in part and grants in part 8067 Defendants' motion "under Ohio v. American Express" for summary judgment against Direct Action Plaintiffs and Equitable Relief Class Plaintiffs and denies Defendants Mastercard's and Bank Defendants' motion for summary judgment as to Mastercard's lack of market power; and denies in part and grants in part 8925 Defendants' motion "under Ohio v. American Express" for summary judgment against Grubhub Plaintiffs and denies Defendants Mastercard's and Bank Defendants' motion for summary judgment as to Mastercard's lack of market power. The parties are directed to confer and submit proposed redactions on or before January 22, 2024. So Ordered by Judge Margo K. Brodie on 1/8/2024. (TSR, STS) (Entered: 01/08/2024) | 01/08/2024 |
| 9043 | Letter re: Service of Motion Papers by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 01/08/2024) | 01/08/2024 |
| 9044 | Letter Joint Letter re: filing, redaction, and courtesy copies of motion papers by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 01/12/2024) | 01/12/2024 |
| 9045 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/12/2024) | 01/12/2024 |
| | STATUS REPORT ORDER - The next status report regarding third-party claims filers shall be filed by February 16, 2024. Status Report due by 2/16/2024.Ordered by Magistrate Judge Joseph A. Marutollo on 1/14/2024. (JAM) (Entered: 01/14/2024) | 01/14/2024 |
| 9046 | STATUS REPORT Equitable Relief Class Plaintiffs and Defendant Capital One's Second Joint Status Report Regarding Discovery Dispute by Equitable Relief Class Plaintiffs (Shadowen, Steve) (Entered: 01/15/2024) | 01/15/2024 |
| | ORDER - On November 1, 2023, the Court heard argument on the Equitable Relief Class Plaintiffs ("ERCPs") letter-motion to compel supplemental responses to document requests directed to Defendants Capital One Bank, Capital One Bank (USA), N.A., Capital One F.S.B. and Capital One Financial Corporation ("Capital One"). See Dkt. No. 8921. On November 7, 2023, the Court ordered the ERCPs and Capitol One to "meet and confer to discuss whether the scope of the requests can be narrowed and whether the discovery dispute can be resolved without the need for Court intervention." See Text Order, dated November 7, 2024. The Court also ordered Capital One to "determine what categories of documents can be readily produced." Id. The Court further ordered the parties to submit, by December 1, 2023, a joint status report regarding the status of their efforts. The parties' submitted a joint status report on that date (Dkt. No. 9012). On December 4, 2023, the Court ordered ERCPs and Capital One to file a joint status report regarding the status of their efforts to resolve the issues related to the scope of ERCPs' discovery requests and Capital One's identification of the categories of documents that it can readily produce, as well as any remaining discovery disputes between the parties. See Text Order, dated December 4, 2024. The Court set a January 15, 2024 deadline for the next status report. The Court is in receipt of the January 15, 2024 status report from the ERCPs and Capital One. Per the status report, "ERCPs and Capital One are negotiating the scope of ERCPs' requests, and Capital One is working to identify the categories of documents that it can readily produce. However, in order to resolve their dispute without further Court intervention, the parties require additional time." ERCPs and Capital One shall file a joint status report regarding the discovery dispute by no later than February 15, 2024. The Court is not inclined to grant additional extensions for status reports related to the November 1, 2023 order; the parties shall work to promptly address any outstanding issues. Ordered by Magistrate Judge Joseph A. Marutollo on 1/15/2024. (JAM) (Entered: 01/15/2024) | 01/15/2024 |
| | ORDER approving schedule as set forth in 9044 Joint Letter. The Court adopts the parties' proposed schedule for filing motion papers, provision of courtesy copies, and filing of redacted materials. Ordered by Judge Margo K. Brodie on 1/16/2024. (STS) (Entered: 01/16/2024) | 01/16/2024 |
| 9047 | NOTICE of Appearance by William F. Cavanaugh on behalf of Wells Fargo & Company, Wells Fargo Bank N.A. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JAM, 1:23-cv-01215-MKB-JAM (Cavanaugh, William) (Entered: 01/18/2024) | 01/18/2024 |
| 9048 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Wozniak, Robert) (Entered: 01/22/2024) | 01/22/2024 |
| 9049 | Letter to Honorable Margo K. Brodie re: Redactions to Memorandum and Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1 - Redacted Memorandum and Order) (Ordway, Demian) (Entered: 01/22/2024) | 01/22/2024 |
| 9050 | Letter (Memorandum and Order) to Honorable Margo K. Brodie re: Redactions (Related Dkt 9049) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Ordway, Demian) (Entered: 01/22/2024) | 01/22/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9051 | ORDER re: 9049 9050 Letter to the Court re: Redactions to Memorandum and Order. The Court is in receipt of the parties' proposed redactions to 8042 the Court's January 8, 2024 Memorandum and Order on Defendants' motions for summary judgment. The Court accepts many of the proposed redactions, but is inclined to reject proposed redactions on pages 43 and 54, where the proposed redactions are to publicly-available information. When protected discovery materials are used in court filings, the Court must weigh the parties' interests in protecting trade secrets and sensitive commercial information, see Federal Rule of Civil Procedure 26(c)(1)(g), against the common law right of the public "to inspect and copy... judicial records and documents" and the concomitant presumption of access to judicial documents, see Nixon v. Warner Communications, Inc., 435 U.S. 589, 597 (1978); see also Strauss v. Credit Lyonnais, S.A., No. 06-CV-702, 2011 WL 4736359, at *2 (E.D.N.Y. Oct. 6, 2011) ("The presumption of access unquestionably applies at this juncture since documents submitted in connection with a 'motion for summary judgment are -- as a matter of law -- judicial documents to which a strong presumption of access attaches, under both the common law and the First Amendment.'" (emphasis in original) (quoting Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 121 (2d Cir. 2006))). Where information is publicly known, the "interests that justify sealing... [are] diluted by public knowledge of the documents' contents." In re Terrorist Attacks on Sept. 11, 2001, No. 03-MD-1570, 2019 WL 3296959, at *6 (S.D.N.Y. July 22, 2019). Any party with objections to the Court's redactions is ordered to respond in writing no later than 5 P.M. on Thursday, January 25, 2024, and may demonstrate why such redactions are "essential to preserve higher values and [are] narrowly tailored to serve that interest." Bernstein v. Bernstein Litowitz Berger & Grossmann LLP, 814 F.3d 132, 144 (2d Cir. 2016). So Ordered. Ordered by Judge Margo K. Brodie on 01/24/2024. (TSR) (Entered: 01/24/2024) | 01/24/2024 |
| 9052 | MEMORANDUM AND ORDER (Redaction of 9042 ) re 8067 , 8925 Motions for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court denies in part and grants in part 8067 Defendants' motion "under Ohio v. American Express" for summary judgment against Direct Action Plaintiffs and Equitable Relief Class Plaintiffs and denies Defendants Mastercard's and Bank Defendants' motion for summary judgment as to Mastercard's lack of market power; and denies in part and grants in part 8925 Defendants' motion "under Ohio v. American Express" for summary judgment against Grubhub Plaintiffs and denies Defendants Mastercard's and Bank Defendants' motion for summary judgment as to Mastercard's lack of market power. So Ordered by Judge Margo K. Brodie on 1/8/2024. (TSR, STS) (Entered: 01/25/2024) (Entered: 01/25/2024) | 01/25/2024 |
| 9053 | Letter re service of reply papers by Intuit Inc., Intuit Payment Solutions, LLC (Wolfson, Adam) (Entered: 01/29/2024) | 01/29/2024 |
| 9054 | Letter re. service of cross-motion reply papers by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 01/29/2024) | 01/29/2024 |
| 9055 | Letter re Service of Reply Papers by Block, Inc. (Greenwald, Marc) (Entered: 01/29/2024) | 01/29/2024 |
|  | ORDER denying as moot 9010 Motion to Reassign Case. On January 29, 2024, Plaintiff David filed a notice of voluntary dismissal in David v. Friedman, et al., No. 23-CV-8364 (E.D.N.Y. Jan. 29, 2024) (Docket Entry No. 19). Also on January 29, 2024, the case was terminated. (See Docket Entry dated Jan. 29, 2024.) Plaintiff's motion is therefore denied as moot because the case has been dismissed. So Ordered by Judge Margo K. Brodie on 1/30/2024. (TSR) (Entered: 01/30/2024) | 01/30/2024 |
| 9056 | MOTION to Enforce Judgment , MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9057 | MEMORANDUM in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9058 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9059 | AFFIDAVIT/DECLARATION in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] [DECLARATION OF ROSEMARY SZANYI IN CONNECTION WITH DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9, # 10 Exhibit Ex. 10, # 11 Exhibit Ex. 11, # 12 Exhibit Ex. 12, # 13 Exhibit Ex. 13, # 14 Exhibit Ex. 14, # 15 Exhibit Ex. 15, # 16 Exhibit Ex. 16, # 17 Exhibit Ex. 17, # 18 Exhibit Ex. 18, # 19 Exhibit Ex. 19, # 20 Exhibit Ex. 20, # 21 Exhibit Ex. 21, # 22 Exhibit Ex. 22-A, # 23 Exhibit Ex. 22-B, # 24 Exhibit Ex. 22-C, # 25 Exhibit Ex. 22-D, # 26 Exhibit Ex. 22-E, # 27 Exhibit Ex. 24, # 28 Exhibit Ex. 25, # 29 Exhibit Ex. 26, # 30 Exhibit Ex. 27, # 31 Exhibit Ex. 28, # 32 Exhibit Ex. 29, # 33 Exhibit Ex. 30, # 34 Exhibit Ex. 31, # 35 Exhibit Ex. 32, # 36 Exhibit Ex. 33, # 37 Exhibit Ex. 34, # 38 Exhibit Ex. 35, # 39 Exhibit Ex. 36) (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9060 | MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9061 | MEMORANDUM in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , MEMORANDUM in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9062 | RULE 56.1 STATEMENT re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9063 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] [Intuit Response to Defendants' Rule 56.1 Statement] filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9064 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , AFFIDAVIT/DECLARATION in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing [Declaration of Jennifer Maddux] filed by Intuit Inc., Intuit Payment Solutions, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9065 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , AFFIDAVIT/DECLARATION in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing [Declaration of Adam B. Wolfson] filed by Intuit Inc., Intuit Payment Solutions, LLC. (Attachments: # 1 Exhibit 7, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 14, # 9 Exhibit 15, # 10 Exhibit 16, # 11 Exhibit 17, # 12 Exhibit 18, # 13 Exhibit 19, # 14 Exhibit 20, # 15 Exhibit 21, # 16 Exhibit 22, # 17 Exhibit 23, # 18 Exhibit 24, # 19 Exhibit 25, # 20 Exhibit 26, # 21 Exhibit 27, # 22 Exhibit 28, # 23 Exhibit 29, # 24 Exhibit 30, # 25 Exhibit 31, # 26 Exhibit 32, # 27 Exhibit 33, # 28 Exhibit 34, # 29 Exhibit 35, # 30 Exhibit 36, # 31 Exhibit 37, # 32 Exhibit 38, # 33 Exhibit 39, # 34 Exhibit 40) (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9066 | MEMORANDUM in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Block, Inc.'s (1) Opposition to Defendants' Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment and (2) Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment filed by Block, Inc.. (Greenwald, Marc) (Entered: 01/31/2024) | 01/31/2024 |
| 9067 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Block, Inc.'s Response to Defendants' Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried and Counterstatement Of Undisputed Material Facts filed by Block, Inc.. (Greenwald, Marc) (Entered: 01/31/2024) | 01/31/2024 |
| 9068 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Declaration of Martin White in Support of Block, Inc.'s (1) Opposition to Defendants' Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment and (2) Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment filed by Block, Inc.. (Greenwald, Marc) (Entered: 01/31/2024) | 01/31/2024 |
| 9069 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Declaration of Marc L. Greenwald in Support of Block, Inc.'s (1) Opposition to Defendants' Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment and (2) Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment filed by Block, Inc.. (Attachments: # 1 Exhibit S1, # 2 Exhibit S2, # 3 Exhibit S3, # 4 Exhibit S4, # 5 Exhibit S5, # 6 Exhibit S6, # 7 Exhibit S7, # 8 Exhibit S8, # 9 Exhibit S9, # 10 Exhibit S10, # 11 Exhibit S11, # 12 Exhibit S12, # 13 Exhibit S13, # 14 Exhibit S14, # 15 Exhibit S15, # 16 Exhibit S16, # 17 Exhibit S17, # 18 Exhibit S18, # 19 Exhibit S19) (Greenwald, Marc) (Entered: 01/31/2024) | 01/31/2024 |
| 9070 | Cross MOTION for Summary Judgment by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9071 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by Academy, Ltd. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Glist, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9072 | MEMORANDUM in Support re 9070 Cross MOTION for Summary Judgment - Corrected Memorandum filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9073 | RULE 56.1 STATEMENT re 9070 Cross MOTION for Summary Judgment filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9074 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of Dell Fox filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9075 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of Glenn Sieverson filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9076 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of Hayley Lanning filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9077 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of John Saric filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9078 | STIPULATION AND ORDER of Dismissal with Prejudice as to All Claims by Plaintiff Academy, Ltd. against Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Mastercard Incorporated, Mastercard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-5746 (E.D.N.Y.). Ordered by Judge Margo K. Brodie on 1/31/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (STS) (Entered: 01/31/2024) | 01/31/2024 |
| 9079 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of Maureen Roxberry filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9080 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of Norva J. Bennett filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9081 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of Pamela Murphy filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9082 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment - Declaration of Sara Beth Goldfine Baratz filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9083 | REPLY in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , REPLY in Opposition re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing, 9070 Cross MOTION for Summary Judgment filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9084 | RULE 56.1 STATEMENT re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing, 9070 Cross MOTION for Summary Judgment [Defendants' Counter-Statement of Undisputed Material Facts in Opposition to Cross-Motions for Partial Summary Judgment] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9085 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment], 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing [Defendants' Response in Opposition to Intuit's Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9086 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment], 9070 Cross MOTION for Summary Judgment [Defendants' Response in Opposition to Block, Inc.'s Counterstatement of Undisputed Material Facts] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9087 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment], 9070 Cross MOTION for Summary Judgment [Defendants' Response in Opposition to Lanning and Camp Grounds Plaintiffs' Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9088 | AFFIDAVIT/DECLARATION in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , AFFIDAVIT/DECLARATION in Opposition re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing, 9070 Cross MOTION for Summary Judgment filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Exhibit Ex. 37, # 2 Exhibit Ex. 38, # 3 Exhibit Ex. 39, # 4 Exhibit Ex. 40, # 5 Exhibit Ex. 41, # 6 Exhibit Ex. 42, # 7 Exhibit Ex. 43, # 8 Exhibit Ex. 44, # 9 Exhibit Ex. 45, # 10 Exhibit Ex. 46, # 11 Exhibit Ex. 47, # 12 Exhibit Ex. 48, # 13 Exhibit Ex. 49, # 14 Exhibit Ex. 50, # 15 Exhibit Ex. 51-A, # 16 Exhibit Ex. 51-B, # 17 Exhibit Ex. 52, # 18 Exhibit Ex. 53, # 19 Exhibit Ex. 54, # 20 Exhibit Ex. 55, # 21 Exhibit Ex. 56, # 22 Exhibit Ex. 57, # 23 Exhibit Ex. 58, # 24 Exhibit Ex. 59, # 25 Exhibit Ex. 60, # 26 Exhibit Ex. 61, # 27 Exhibit Ex. 62, # 28 Exhibit Ex. 63, # 29 Exhibit Ex. 64, # 30 Exhibit Ex. 65, # 31 Exhibit Ex. 66, # 32 Exhibit Ex. 67) (Eisenstein, Matthew) (Entered: 01/31/2024) | 01/31/2024 |
| 9089 | REPLY in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9090 | RULE 56.1 STATEMENT re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing [Intuit's Response to Defendants' Counter-Statement of Undisputed Material Facts in Opposition to Cross-Motion for Partial Summary Judgment] filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 01/31/2024) | 01/31/2024 |
| 9091 | REPLY in Support re 9070 Cross MOTION for Summary Judgment Block, Inc.'s Reply in Support of Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment filed by Block, Inc.. (Greenwald, Marc) (Entered: 01/31/2024) | 01/31/2024 |
| 9092 | RULE 56.1 STATEMENT re 9070 Cross MOTION for Summary Judgment Block, Inc.'s Response to Defendants' Counter-Statement of Undisputed Material Facts in Opposition to Cross-Motions for Partial Summary Judgment filed by Block, Inc.. (Greenwald, Marc) (Entered: 01/31/2024) | 01/31/2024 |
| 9093 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment Declaration of Marc L. Greenwald in Support of Block, Inc.'s Reply in Support of Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment filed by Block, Inc.. (Attachments: # 1 Exhibit S20, # 2 Exhibit S21, # 3 Exhibit S22, # 4 Exhibit S23, # 5 Exhibit S24, # 6 Exhibit S25, # 7 Exhibit S26, # 8 Exhibit S27, # 9 Exhibit S28, # 10 Exhibit S29, # 11 Exhibit S30, # 12 Exhibit S31, # 13 Exhibit S32, # 14 Exhibit S33, # 15 Exhibit S34, # 16 Exhibit S35, # 17 Exhibit S36, # 18 Exhibit S37, # 19 Exhibit S38, # 20 Exhibit S39, # 21 Exhibit S40, # 22 Exhibit S41, # 23 Exhibit S42, # 24 Exhibit S43, # 25 Exhibit S44, # 26 Exhibit S45, # 27 Exhibit S46, # 28 Exhibit S47, # 29 Exhibit S48, # 30 Exhibit S49, # 31 Exhibit S50, # 32 Exhibit S51, # 33 Exhibit S52, # 34 Exhibit S53, # 35 Exhibit S54, # 36 Exhibit S55, # 37 Exhibit S56, # 38 Exhibit S57, # 39 Exhibit S58, # 40 Exhibit S59, # 41 Exhibit S60, # 42 Exhibit S61) (Greenwald, Marc) (Entered: 01/31/2024) | 01/31/2024 |
| 9094 | REPLY in Support re 9070 Cross MOTION for Summary Judgment filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9095 | RULE 56.1 STATEMENT re 9070 Cross MOTION for Summary Judgment - Response to Defendants' Counter-Statement of Undisputed Material Facts in Further Support of Motion for Partial Summary Judgment filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 01/31/2024) | 01/31/2024 |
| 9096 | Order Dismissing Parties, Party Academy, Ltd. terminated. So ordered by Chief Judge Margo K. Brodie on 1/31/2024. (JP) (Entered: 02/01/2024) | 01/31/2024 |
| 9097 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/02/2024) | 02/02/2024 |
|  | ORDER re 9097 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payment for Wright On Communications, Inc.'s funding request, as set forth in Class Counsel's letter, is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 2/2/2024. (Marutollo, Joseph) (Entered: 02/02/2024) | 02/02/2024 |
| 9098 | NOTICE by American Express Travel Related Services Company, Inc. WITHDRAWAL OF APPEARANCE (Jacobson, Jonathan) (Entered: 02/09/2024) | 02/09/2024 |
| 9099 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/12/2024) | 02/12/2024 |
|  | ORDER re 9099 - Class Plaintiffs' request for approval of the funding request from Epiq regarding December 2023 activities is SO ORDERED. The parties are reminded to address letters to the Court to the currently assigned judges. Ordered by Magistrate Judge Joseph A. Marutollo on 2/12/2024. (JAM) (Entered: 02/12/2024) | 02/12/2024 |
| 9100 | MEMORANDUM in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] previously filed under seal at Dkt. No. 9057 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9101 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] previously filed under seal at Dkt No. 9058 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9102 | AFFIDAVIT/DECLARATION in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] [Declaration of Rosemary Szanyi] previously filed under seal at Dkt No. 9059 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9103 | REPLY in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , REPLY in Opposition re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing, 9070 Cross MOTION for Summary Judgment previously filed under seal at Dkt No. 9083 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9104 | RULE 56.1 STATEMENT re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing, 9070 Cross MOTION for Summary Judgment [Defendants' Counter-Statement of Undisputed Material Facts in Opposition to Cross-Motions for Partial Summary Judgment] previously filed under seal at Dkt No. 9084 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9105 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment], 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing [Defendants' Response in Opposition to Intuit's Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried] previously filed under seal at Dkt No. 9085 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9106 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment], 9070 Cross MOTION for Summary Judgment [Defendants' Response in Opposition to Block, Inc.'s Counterstatement of Undisputed Material Facts] previously filed under seal at Dkt No. 9086 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9107 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment], 9070 Cross MOTION for Summary Judgment [Defendants' Response in Opposition to Lanning and Camp Grounds Plaintiffs' Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried] previously filed under seal at Dkt No. 9087 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9108 | AFFIDAVIT/DECLARATION in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , AFFIDAVIT/DECLARATION in Opposition re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing, 9070 Cross MOTION for Summary Judgment [Declaration of Andrew Talbot] previously filed under seal at Dkt No. 9088 filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9109 | AFFIDAVIT/DECLARATION in Support re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , AFFIDAVIT/DECLARATION in Opposition re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing, 9070 Cross MOTION for Summary Judgment [Declaration of R. Garrison Harvey] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 02/14/2024) | 02/14/2024 |
| 9110 | MEMORANDUM in Support re 9070 Cross MOTION for Summary Judgment - Corrected Memorandum filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9111 | RULE 56.1 STATEMENT re 9070 Cross MOTION for Summary Judgment filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9112 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of Dell Fox by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9113 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of Glenn Sieverson by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9114 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of Hayley Lanning by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9115 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of John Saric by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9116 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of Maureen Roxberry by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9117 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of Norva J. Bennett by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9118 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of Pamela Murphy by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9119 | DECLARATION re 9070 Cross MOTION for Summary Judgment - Declaration of Sara Beth Goldfine Baratz by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9120 | REPLY in Support re 9070 Cross MOTION for Summary Judgment filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9121 | RULE 56.1 STATEMENT re 9070 Cross MOTION for Summary Judgment - Response to Defendants' Counter-Statement of Undisputed Material Facts in Further Support of Motion for Partial Summary Judgment [previously filed under seal at ECF No. 9095] filed by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Rifkin, Mark) (Entered: 02/14/2024) | 02/14/2024 |
| 9122 | MEMORANDUM in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , MEMORANDUM in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing previously filed under seal at Dkt No. 9061 filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 02/14/2024) | 02/14/2024 |
| 9123 | RULE 56.1 STATEMENT re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing previously filed under seal at Dkt No. 9062 filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 02/14/2024) | 02/14/2024 |
| 9124 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] previously filed under seal at Dkt No. 9063 filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 02/14/2024) | 02/14/2024 |
| 9125 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , AFFIDAVIT/DECLARATION in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing [Declaration of Jennifer Maddux] previously filed under seal at Dkt No. 9064 filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 02/14/2024) | 02/14/2024 |
| 9126 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] , AFFIDAVIT/DECLARATION in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing [Declaration of Adam B. Wolfson] previously filed under seal at Dkt No. 9065 filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 02/14/2024) | 02/14/2024 |
| 9127 | REPLY in Support re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing previously filed under seal at Dkt No. 9089 filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 02/14/2024) | 02/14/2024 |
| 9128 | RULE 56.1 STATEMENT re 9060 MOTION for Partial Summary Judgment Intuit's Notice of Cross-Motion for Partial Summary Judgment re Standing previously filed under seal at Dkt No. 9090 filed by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 02/14/2024) | 02/14/2024 |
| 9129 | MEMORANDUM in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Block, Inc.'s (1) Opposition to Defendants' Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment and (2) Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment [Redacted], previously filed under seal at DE 9066 filed by Block, Inc.. (Greenwald, Marc) (Entered: 02/14/2024) | 02/14/2024 |
| 9130 | RULE 56.1 STATEMENT re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Block, Inc.'s Response to Defendants' Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried and Counterstatement Of Undisputed Material Facts [Redacted], previously filed under seal at DE 9067 filed by Block, Inc.. (Greenwald, Marc) (Entered: 02/14/2024) | 02/14/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9131 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Declaration of Martin White in Support of Block, Inc.'s (1) Opposition to Defendants' Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment and (2) Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment [Redacted], previously filed under seal at DE 9068 filed by Block, Inc.. (Greenwald, Marc) (Entered: 02/14/2024) | 02/14/2024 |
| 9132 | AFFIDAVIT/DECLARATION in Opposition re 9056 MOTION to Enforce Judgment MOTION for Summary Judgment [Defendants' Notice of Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment] Declaration of Marc L. Greenwald in Support of Block, Inc.'s (1) Opposition to Defendants' Motion to Enforce Settlement Agreement or, in the Alternative, for Summary Judgment and (2) Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment [Redacted], previously filed under seal at DE 9069 filed by Block, Inc.. (Greenwald, Marc) (Entered: 02/14/2024) | 02/14/2024 |
| 9133 | REPLY in Support re 9070 Cross MOTION for Summary Judgment Block, Inc.'s Reply in Support of Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment [Redacted], previously filed under seal at DE 9091 filed by Block, Inc.. (Greenwald, Marc) (Entered: 02/14/2024) | 02/14/2024 |
| 9134 | RULE 56.1 STATEMENT re 9070 Cross MOTION for Summary Judgment Block, Inc.'s Response to Defendants' Counter-Statement of Undisputed Material Facts in Opposition to Cross-Motions for Partial Summary Judgment [Redacted], previously filed under seal at DE 9092 filed by Block, Inc.. (Greenwald, Marc) (Entered: 02/14/2024) | 02/14/2024 |
| 9135 | AFFIDAVIT/DECLARATION in Support re 9070 Cross MOTION for Summary Judgment Declaration of Marc L. Greenwald in Support of Block, Inc.'s Reply in Support of Joinder in Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment [Redacted], previously filed under seal at DE 9093 filed by Block, Inc.. (Greenwald, Marc) (Entered: 02/14/2024) | 02/14/2024 |
| 9136 | STATUS REPORT Equitable Relief Class Plaintiffs and Defendant Capital One's Third Joint Status Report Regarding Discovery Dispute by Equitable Relief Class Plaintiffs (Shadowen, Steve) (Entered: 02/15/2024) | 02/15/2024 |
| 9137 | Letter Proposing Pre-Trial Schedule by Target Corporation, 7-Eleven Inc. (Attachments: # 1 Exhibit A) Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM (Shinder, Jeffrey) (Entered: 02/15/2024) | 02/15/2024 |
| 9138 | ORDER granting 8980 Motion for Disbursement of Funds. For the reasons stated in the attached Order, the Court grants 8980 Rule 23(b)(3) Class Plaintiffs' Renewed Motion for Class Representative Service Awards. Ordered by Judge Margo K. Brodie on 2/15/2024. (TSR) (Entered: 02/15/2024) | 02/15/2024 |
|  | ORDER re 9098 Notice by American Express Travel Related Services Company, Inc. Attorneys who seek to withdraw as attorney of record for a party must comply with Local Civil Rule 1.4, which requires the attorney to seek leave of the Court. Counsel is directed to consult Local Civil Rule 1.4 and re-file their notice as a motion for leave by February 16, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 2/15/2024. (KAR) (Entered: 02/15/2024) |  |
|  | ORDER re 9137 Letter Proposing Pre-Trial Schedule. The Court denies without prejudice Direct Action Plaintiffs' request for a conference to establish a final pretrial schedule. Direct Action Plaintiffs may renew their request once the pending motions for summary judgment are resolved. Ordered by Judge Margo K. Brodie on 2/15/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM (STS) (Entered: 02/15/2024) |  |
|  | ORDER re 9136 Status Report. In light of 9136 , the Court notes that Equitable Relief Class Plaintiffs [ERCPs] and Capital One have resolved the discovery dispute raised in ERCPs' letter motion to compel. Accordingly, ERCP's letter motion to compel at 8921 is fully resolved.Ordered by Magistrate Judge Joseph A. Marutollo on 2/15/2024. (JAM) (Entered: 02/15/2024) |  |
| 9139 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/16/2024) | 02/16/2024 |
| 9140 | MEMORANDUM AND ORDER re 8067 , 8097 , 8184 , and 8925 Motions for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court denies in part 8067 and denies 8925 Defendants' motions for summary judgment based on Illinois Brick standing and on Plaintiffs' post-IPO claims. The Court also denies 8097 and 8184 Direct Action Plaintiffs' motions for partial summary judgment. The parties are directed to confer and submit proposed redactions on or before March 7, 2024. The portion of 8067 Defendants' motion for summary judgment regarding Plaintiffs' monopolization claims is not addressed in this Memorandum and Order and remains under consideration. Ordered by Judge Margo K. Brodie on 2/22/2024. (TSR, STS) (Entered: 02/22/2024) | 02/22/2024 |
| 9141 | Letter re Old Jericho Plaintiffs' Motion for Partial Summary Judgment by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 02/26/2024) | 02/26/2024 |
| 9142 | MOTION for Attorney Fees by Gnarlywood LLC, Pets USA LLC, Quincy Woodrights, LLC, Unlimited Vacations and Cruises Inc. (Attachments: # 1 Affidavit in Support, # 2 Affidavit in Support) (Pentz, John) (Entered: 02/28/2024) | 02/28/2024 |
| 9143 | MOTION to Appear Pro Hac Vice Chad Holtzman as Counsel for Equitable Relief Class Plaintiffs Filing fee $ 200, receipt number ANYEDC-17616643 by Equitable Relief Class Plaintiffs. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Proposed Order to Admit Counsel Pro Hac Vice) (Holtzman, Chad) (Entered: 02/28/2024) | 02/28/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9144 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/28/2024) | 02/28/2024 |
| | ORDER re: 9142 Motion for Award of Attorneys' Fees. Parties are directed to file objections, memoranda in opposition, or memoranda in support on or before March 13, 2024. Counsel for Objectors Gnarlywood LLC, Pets USA LLC, Quincy Woodrights, LLC, and Unlimited Vacations and Cruises Inc., may file a reply, if any, on or before March 20, 2024. Ordered by Judge Margo K. Brodie on 2/28/2024. (TSR) (Entered: 02/28/2024) | 02/28/2024 |
| 9145 | STIPULATION of Dismissal and (Proposed) Order of Dismissal with Prejudice of All Claims by Amazon.com, Inc. as to the Remaining Defendants by Amazon, Mrs. Gooch's Natural Food Markets, Inc., WFM Southern Nevada, Inc., WFM Hawaii, Inc., WFM Nothern Nevada, Inc., WFM-WO, Inc., Whole Food Company, Whole Food Market Rocky Mountain/Southwest, L.P., Whole Foods Company, Inc., Whole Foods Market California, Inc., Whole Foods Market Group, Inc., Whole Foods Market Pacific Northwest, Inc., Zappos.com, Inc., Amazon.com, Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Glist, Adam) (Entered: 02/29/2024) | 02/29/2024 |
| 9146 | NOTICE of Appearance by Chad Holtzman on behalf of Equitable Relief Class Plaintiffs (notification declined or already on case) (Holtzman, Chad) (Entered: 02/29/2024) | 02/29/2024 |
| | ORDER granting 9143 Motion to Appear Pro Hac Vice Chad Holtzman as Counsel for Equitable Relief Class Plaintiffs . The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 2/29/2024. (EG) (Entered: 02/29/2024) | 02/29/2024 |
| | ORDER re 9144 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payment for Epiq's invoice, as set forth in Class Counsel's letter, is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 2/29/2024. (EG) (Entered: 02/29/2024) | 02/29/2024 |
| 9147 | STIPULATION AND ORDER of Dismissal with Prejudice as to all claims by Amazon Plaintiffs, as defined in the attached Stipulation and Order, against Defendants Mastercard Incorporated, Mastercard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Non-Visa Defendants") in 7-Eleven, Inc., et al. v. Visa Inc., et al., No. 13-cv-05746 (E.D.N.Y.). Ordered by Chief Judge Margo K. Brodie on 3/1/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (TSR) (Entered: 03/01/2024) | 03/01/2024 |
| 9148 | MOTION to Withdraw as Attorney by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Declaration of Nina Kanovitch Schiffer in Support, # 2 Proposed Order) Associated Cases: 1:05-md-01720-MKB-JAM, 1:18-cv-04568-MKB-VMS (Kanovitch Schiffer, Nina) (Entered: 03/06/2024) | 03/06/2024 |
| 9149 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright OnCommunications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 03/06/2024) | 03/06/2024 |
| 9150 | Letter to Honorable Margo K. Brodie re: Redactions to Memorandum and Order by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Attachments: # 1 Redacted Memorandum and Order) (Shinder, Jeffrey) (Entered: 03/07/2024) | 03/07/2024 |
| | ORDER re 9149 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. The proposed payment for Wright On Communications, Inc.'s funding request, as set forth in Class Counsel's letter, is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 3/7/2024. (KAR) (Entered: 03/07/2024) | 03/07/2024 |
| | ORDER granting (9148) Motion to Withdraw as Attorney. Attorney Nina Rachel Kanovitch Schiffer terminated in case 1:05-md-01720-MKB-JAM. Ordered by Magistrate Judge Joseph A. Marutollo on 3/7/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:18-cv-04568-MKB-VMS (KAR) (Entered: 03/07/2024) | 03/07/2024 |
| 9151 | MEMORANDUM AND ORDER (previously filed under seal as 9140 ) re 8067 , 8097 , 8184 , and 8925 Motions for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court denies in part 8067 and denies 8925 Defendants' motions for summary judgment based on Illinois Brick standing and on Plaintiffs' post-IPO claims. The Court also denies 8097 and 8184 Direct Action Plaintiffs' motions for partial summary judgment. The portion of 8067 Defendants' motion for summary judgment regarding Plaintiffs' monopolization claims is not addressed in this Memorandum and Order and remains under consideration. Ordered by Judge Margo K. Brodie on 2/22/2024. (TSR, STS) (Entered: 02/22/2024; filed publicly 03/08/2024) | 03/08/2024 |
| 9152 | MEMORANDUM AND ORDER re 8150 Motion for Partial Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court denies 8150 Equitable Relief Class Plaintiffs' motion for partial summary judgment. The parties are directed to confer and submit proposed redactions before noon on Friday, March 15, 2024. Ordered by Judge Margo K. Brodie on 3/11/2024. (TSR) (Entered: 03/11/2024) | 03/11/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9153 | MEMORANDUM in Opposition re 9142 MOTION for Attorney Fees filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 03/13/2024) | 03/13/2024 |
| | ORDER. Rule 23(b)(3) Class Counsel is directed to file a letter with the Court explaining Class Counsel's position on 9056 Defendants' Motion to Enforce the Settlement Agreement, 9060 Intuit's Cross-Motion for Partial Summary Judgment, and 9070 Lanning and Camp Grounds Plaintiffs' Cross-Motion for Partial Summary Judgment. Specifically, Class Counsel is directed to address its position regarding whether Square and Intuit's merchant-customers (e.g., "Square Sellers") are members of the Settlement Class as defined by [7257-2] the Superseding Class Settlement Agreement. Class Counsel may also address its views on the cross-motions for partial summary judgment. Class Counsel is directed to file its letter on or before March 20, 2024. Ordered by Judge Margo K. Brodie on 3/13/2024. (TSR) (Entered: 03/13/2024) | 03/13/2024 |
| | ORDER re: Order dated December 11, 2023 Adopting 9028 Renewed Scheduling Order. Old Jericho Plaintiffs are directed to file with the Court the briefing served on opposing counsel as indicated in 9141 Old Jericho Plaintiffs' letter re: motion for partial summary judgment. Parties in Old Jericho are further directed to file all subsequent briefing with the Court at such time as it is served on opposing counsel as set forth in the Court's Order dated December 11, 2023. Ordered by Judge Margo K. Brodie on 3/13/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM. (STS) (Entered: 03/13/2024) | 03/13/2024 |
| 9154 | MOTION for Leave to Electronically File Document under Seal Old Jericho Pls.' Motion for Partial Summary Judgment by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Old Jericho Pls.' Notice of Motion for Partial Summary Judgment, # 2 Old Jericho Pls.' Memorandum of Law in Support of Motion for Partial Summary Judgment, # 3 Old Jericho Pls.' Rule 56.1 Statement of Facts, # 4 Declaration of Christopher J. Bateman, # 5 Exhibits 1-8, # 6 Exhibits 9-16, # 7 Exhibits 17-20, # 8 Exhibits 21-24, # 9 Exhibits 25-32, # 10 Exhibits 33-40, # 11 Exhibits 41-46, # 12 Declaration of Atul Patel, # 13 Declaration of David Miller (32T), # 14 Declaration of David Miller (Chandler), # 15 Declaration of David Simendinger, # 16 Declaration of Hayssam Tohme, # 17 Declaration of Laurence Ancker, # 18 Declaration of Andy Harris) (Bateman, Christopher) (Entered: 03/14/2024) | 03/14/2024 |
| 9155 | MEMORANDUM AND ORDER (previously filed under seal as 9152 ) re 8150 Motion for Partial Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court denies 8150 Equitable Relief Class Plaintiffs' motion for partial summary judgment. Ordered by Chief Judge Margo K. Brodie on 3/11/2024. (TSR) (Entered: 03/15/2024) | 03/15/2024 |
| 9156 | MOTION for Partial Summary Judgment [SEALED] by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Old Jericho Pls.' Memorandum of Law in Support of Motion for Partial Summary Judgment, # 2 Old Jericho Pls.' Rule 56.1 Statement of Facts, # 3 Declaration of Christopher J. Bateman, # 4 Exhibits 1-8, # 5 Exhibits 9-16, # 6 Exhibits 17-20, # 7 Exhibits 21-24, # 8 Exhibits 25-32, # 9 Exhibits 33-40, # 10 Exhibits 41-46, # 11 Declaration of Atul Patel, # 12 Declaration of David Miller (32T), # 13 Declaration of David Miller (Chandler), # 14 Declaration of David Simendinger, # 15 Declaration of Hayssam Tohme, # 16 Declaration of Laurence Ancker, # 17 Declaration of Andy Harris) (Bateman, Christopher) (Entered: 03/15/2024) | 03/15/2024 |
| | ORDER granting (9154) Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. The parties are reminded to comply with paragraph 28(b) of the Fourth Amended Protective Order, requiring the submitting party to file a redacted, public copy within ten calendar days of filing under seal. (See Fourth Am. Prot. Order ¶ 28(b), Docket Entry No. 1312-2.) Ordered by Judge Margo K. Brodie on 3/15/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (TSR) (Entered: 03/15/2024) | 03/15/2024 |
| 9157 | Letter from Rule 23(b)(3) Class Counsel re Order dated February 15, 2024 [Docket 9138] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 03/19/2024) | 03/19/2024 |
| 9158 | Letter from Rule 23(b)(3) Class Counsel re Order dated March 13, 2024 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 03/19/2024) | 03/19/2024 |
| | Incorrect Docket Text Information 9157 . Please Disregard. (IH) (Entered: 03/19/2024) | 03/19/2024 |
| 9159 | REPLY in Support re 9142 MOTION for Attorney Fees filed by Gnarlywood LLC, Pets USA LLC, Quincy Woodrights, LLC, Unlimited Vacations and Cruises Inc. (Attachments: # 1 Exhibit, # 2 Exhibit) (Pentz, John) (Entered: 03/20/2024) | 03/20/2024 |
| 9160 | MOTION for Leave to Electronically File Document under Seal by Block, Inc.. (Attachments: # 1 Exhibit A - Response to Class Counsel's Letter (ECF 9158)) (Greenwald, Marc) (Entered: 03/22/2024) | 03/22/2024 |
| 9161 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/22/2024) | 03/22/2024 |
| 9162 | MOTION for Leave to Electronically File Document under Seal by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Attachments: # 1 Exhibit A - Square Seller Plaintiffs' Response to Class Counsel's Letter (ECF No. 9158)) (Rifkin, Mark) (Entered: 03/22/2024) | 03/22/2024 |
| 9163 | MOTION for Leave to File Document Response to Class Counsel's March 19, 2024 letter (ECF 9158) by Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 03/22/2024) | 03/22/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | STATUS REPORT ORDER - The Court is in receipt of the Fed. R. Civ. P. 23(b)(3) class counsel's monthly report regarding third-party entities. The next status report shall be filed by April 26, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 3/22/2024. (JAM) (Entered: 03/22/2024) | 03/22/2024 |
|  | ORDER granting 9160 , 9162 , 9163 Letter motions for leave to file responses to 9158 Class Counsel's letter dated March 19, 2024. The Court grants 9160 and 9162 motions for leave to file responses under seal, with public versions to be filed in accordance with the Fourth Amended Protective Order, and grants 9163 motion for leave to file a response to Class Counsel's letter. Ordered by Judge Margo K. Brodie on 3/24/2024. (TSR) (Entered: 03/24/2024) | 03/24/2024 |
| 9164 | Letter - Square Seller Plaintiffs' Response to Class Counsel's Letter (ECF No. 9158) by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 03/25/2024) | 03/25/2024 |
| 9165 | Letter - Square Seller Plaintiffs' Response to Class Counsel's Letter (ECF No. 9158) [this document previously filed under seal at ECF No. 9164] by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 03/25/2024) | 03/25/2024 |
| 9166 | MEMORANDUM in Support re 9156 MOTION for Partial Summary Judgment [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9167 | RULE 56.1 STATEMENT re 9156 MOTION for Partial Summary Judgment [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9168 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of Christopher J. Bateman filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibits 1-12 [SEALED], # 2 Exhibit 13, # 3 Exhibits 14-45 [SEALED], # 4 Exhibit 46) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9169 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of Andy Harris [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9170 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of Atul Patel [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9171 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of David Miller (32T) [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9172 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of David Miller (Chandler) [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9173 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of David Simendinger [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9174 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of Hayssam Tohme [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9175 | AFFIDAVIT/DECLARATION in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of Laurence Ancker [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/25/2024) | 03/25/2024 |
| 9176 | Letter Block, Inc.'s Response to Letter from Rule 23(b)(3) Class Counsel by Block, Inc. (Greenwald, Marc) (Entered: 03/25/2024) | 03/25/2024 |
| 9177 | Letter Block, Inc.'s Response to Letter from Rule 23(b)(3) Class Counsel (Redacted) [previously filed under seal at ECF 9176] by Block, Inc. (Greenwald, Marc) (Entered: 03/25/2024) | 03/25/2024 |
| 9178 | MOTION for Leave to File Excess Pages Equitable Relief Class Plaintiffs Class Counsel's Letter regarding Excess Pages by Equitable Relief Class Plaintiffs. (Eisler, Robert) (Entered: 03/26/2024) | 03/26/2024 |
| 9179 | MOTION for Hearing re 9178 MOTION for Leave to File Excess Pages Equitable Relief Class Plaintiffs Class Counsel's Letter regarding Excess Pages, 9052 Order,,, Order,,, , MOTION for Settlement Notice of Motion and Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement by Equitable Relief Class Plaintiffs. (Attachments: # 1 Memorandum in Support Memorandum of Law in Support of Motion, # 2 Exhibit Settlement Agreement with attachments, # 3 Exhibit Declaration of Class Counsel, # 4 Exhibit Declaration of Liz Lambert, # 5 Exhibit Declaration of Joseph E. Stiglitz, # 6 Exhibit Declaration of Keith Leffler [Redacted], # 7 Exhibit Declaration of Eric D. Green, # 8 Proposed Order Proposed Order-Preliminary Approval Order) (Eisler, Robert) (Entered: 03/26/2024) | 03/26/2024 |
| 9180 | MOTION for Leave to Electronically File Document under Seal Seal Declaration of Keith Leffler by Equitable Relief Class Plaintiffs. (Attachments: # 1 Exhibit Sealed Version of Declaration of Keith LefflerDocument) (Eisler, Robert) (Entered: 03/26/2024) | 03/26/2024 |
| 9181 | Letter regarding Service of Motion Papers by Plaintiffs in Civil Action Grubhub Holdings, Inc., et al. v. Visa, et al., 1:19-cv-06555 Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (Wilson, James) (Entered: 03/26/2024) | 03/26/2024 |
| 9182 | MOTION for Leave to File Document in Response to March 22, 2024 Letters filed by Intuit, Block, and Lanning and Camp Grounds Plaintiffs (9160, 9162, 9163) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 03/26/2024) | 03/26/2024 |
| 9183 | MOTION to Remand by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555. (Attachments: # 1 Memorandum in Support of Grubhub Plaintiffs' Motion for A Suggestion of Remand, # 2 Exhibit 1 to the Memorandum in Support) Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (Wilson, James) (Entered: 03/27/2024) | 03/27/2024 |
| 9184 | Letter requesting conference concerning claims process by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Bateman, Christopher) (Entered: 03/27/2024) | 03/27/2024 |
| | ORDER granting 9182 letter motion for leave to file response to March 22, 2024 letters filed by Intuit, Block, and Lanning and Camp Grounds Plaintiffs ( 9160 , 9162 , 9163 ). Ordered by Judge Margo K. Brodie on 3/27/2024. (TSR) (Entered: 03/27/2024) | 03/27/2024 |
| | ORDER re 9181 Letter regarding Service of Motion Papers in Grubhub Holdings, Inc. v. Visa Inc. Plaintiffs are directed to file with the Court the briefing served on opposing counsel as indicated in 9181 Letter regarding Service of Motion Papers. Parties in the Grubhub action are further directed to file all subsequent briefing with the Court at such time as it is served on opposing counsel. Ordered by Judge Margo K. Brodie on 3/27/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (TSR) (Entered: 03/27/2024) | 03/27/2024 |
| | ORDER re 9184 Old Jericho Plaintiffs' request for a conference. The request is denied. The Court will decide the Old Jericho Plaintiffs' motion for partial summary judgment once fully briefed. The Court sees no need to take any further action at this time. Ordered by Judge Margo K. Brodie on 3/28/2024. (STS) (Entered: 03/28/2024) | 03/28/2024 |
| 9185 | Letter re Proposed Briefing Schedule on Motion of the Equitable Relief Class Plaintiffs for Preliminary Approval of Settlement by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO, Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555, Plaintiffs in Civil Action Target Corporation, et al. v. Visa Inc. et al., 13-cv-4442 (Wilson, James) (Entered: 03/29/2024) | 03/29/2024 |
| 9186 | MOTION for Hearing on Defendants Motion to Dismiss by John Palladino. (Alioto, Joseph) (Entered: 04/01/2024) | 04/01/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | SCHEDULING ORDER re 9179 Motion for hearing re Motion for Preliminary Approval of Settlement by Equitable Relief Class Plaintiffs. The Court will hold a class settlement preliminary approval hearing on Thursday, June 13, 2024, at 2:00 PM in Courtroom 6F. Parties are directed to file any objections to preliminary approval of the class settlement agreement on or before April 26, 2024, and any replies to objections on or before May 13, 2024. Ordered by Judge Margo K. Brodie on 4/1/2024. (STS) (Entered: 04/01/2024) | 04/01/2024 |
| | ORDER re 9183 Grubhub Plaintiffs' Motion to Remand. Parties are directed to file responses in opposition to, or in support of, Grubhub Plaintiffs' motion on or before April 15, 2024; Grubhub Plaintiffs are directed to file a reply, if any, on or before April 22, 2024. Ordered by Judge Margo K. Brodie on 4/1/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (STS) (Entered: 04/01/2024) | 04/01/2024 |
| 9187 | MEMORANDUM AND ORDER re 8067 Motion for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court grants in part and denies in part Defendants' motion for summary judgment on the 7-Eleven and Home Depot Plaintiffs' Section 2 monopolization claims. The Court denies Defendants' motion as to the 7-Eleven and Home Depot Plaintiffs' debit monopolization claim and attempted monopolization claim and grants Defendants' motion as to the 7-Eleven and Home Depot Plaintiffs' conspiracy to monopolize claim. The Court grants Defendants' motion as to Equitable Relief Class Plaintiffs' debit and credit monopolization claims. The parties are directed to confer and submit proposed redactions on or before April 9, 2024. Ordered by Judge Margo K. Brodie on 4/2/2024. (STS, TSR) (Entered: 04/02/2024) | 04/02/2024 |
| 9188 | Letter MOTION for Hearing for Pretrial Status Conference by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Shinder, Jeffrey) (Entered: 04/03/2024) | 04/03/2024 |
| 9189 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated (Notice and [Proposed] Order of Withdrawal of Michelle Katherine Parikh) (Ioffredo, Donna) (Entered: 04/04/2024) | 04/04/2024 |
| 9190 | Letter dated April 4, 2024 from (b)(3) Class Counsel requesting approval of the 2024 1st Qtr Estimated Tax Payments for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 04/04/2024) | 04/04/2024 |
| 9191 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright OnCommunications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 04/04/2024) | 04/04/2024 |
| 9192 | Letter MOTION for Hearing for Pretrial Status Conference by All Plaintiffs in 13 CV 5745. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM (Wilson, James) (Entered: 04/04/2024) | 04/04/2024 |
| 9193 | Letter from Matthew A. Eisenstein Attaching Declaration of Service of the Notices Required by the Class Action Fairness Act by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Declaration of Matthew A. Eisenstein) (Eisenstein, Matthew) (Entered: 04/05/2024) | 04/05/2024 |
| 9194 | RESPONSE to Motion re (9188 in 1:05-md-01720-MKB-JAM, 299 in 1:13-cv-05746-MKB-JAM) Letter MOTION for Hearing for Pretrial Status Conference, (9192 in 1:05-md-01720-MKB-JAM, 204 in 1:13-cv-05745-MKB-JAM) Letter MOTION for Hearing for Pretrial Status Conference filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A) Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM (Gallo, Kenneth) (Entered: 04/05/2024) | 04/05/2024 |
| 9195 | REPLY in Support re (9188 in 1:05-md-01720-MKB-JAM) Letter MOTION for Hearing for Pretrial Status Conference filed by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Shinder, Jeffrey) (Entered: 04/08/2024) | 04/08/2024 |
| 9196 | REPLY in Support re (9192 in 1:05-md-01720-MKB-JAM) Letter MOTION for Hearing for Pretrial Status Conference filed by All Plaintiffs in 13 CV 5745. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM (Wilson, James) (Entered: 04/08/2024) | 04/08/2024 |
| 9197 | Letter to Honorable Margo K. Brodie re: Redactions to Memorandum and Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1 - Opinion and Order) (Eisenstein, Matthew) (Entered: 04/09/2024) | 04/09/2024 |
| 9198 | Letter (Memorandum and Order) to Honorable Margo K. Brodie re: Redactions (Related to Dkt. No. 9197) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1 - Opinion and Order) (Eisenstein, Matthew) (Entered: 04/09/2024) | 04/09/2024 |
| 9199 | RESPONSE to Motion re 9183 MOTION to Remand filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Vizas, Robert) (Entered: 04/10/2024) | 04/10/2024 |
| 9200 | MEMORANDUM AND ORDER (previously filed under seal as 9187 ) re 8067 Motion for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court grants in part and denies in part Defendants' motion for summary judgment on the 7-Eleven and Home Depot Plaintiffs' Section 2 monopolization claims. The Court denies Defendants' motion as to the 7-Eleven and Home Depot Plaintiffs' debit monopolization claim and attempted monopolization claim and grants Defendants' motion as to the 7-Eleven and Home Depot Plaintiffs' conspiracy to monopolize claim. The Court grants Defendants' motion as to Equitable Relief Class Plaintiffs' debit and credit monopolization claims. Ordered by Judge Margo K. Brodie on 4/2/2024. (STS, TSR) (Entered: 04/10/2024) | 04/10/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9201 | RESPONSE to Motion re (299 in 1:13-cv-05746-MKB-JAM, 9188 in 1:05-md-01720-MKB-JAM) Letter MOTION for Hearing for Pretrial Status Conference, (9192 in 1:05-md-01720-MKB-JAM, 204 in 1:13-cv-05745-MKB-JAM) Letter MOTION for Hearing for Pretrial Status Conference (Letter in Further Response to the Motions) filed by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM (Gallo, Kenneth) (Entered: 04/10/2024) | 04/10/2024 |
| | ORDER re 9190 and 9191 . Class Counsel's estimated tax payment and proposed payment for Wright On Communications, Inc.'s funding request are approved. Ordered by Magistrate Judge Joseph A. Marutollo on 4/10/2024. (EG) (Entered: 04/10/2024) | 04/10/2024 |
| 9202 | MOTION to Seal by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Exhibit 1--Memorandum of Law in Opposition, # 2 Exhibit 2--Declaration of Jayme Jonat, # 3 Exhibit 1 to Jonat Declaration, # 4 Exhibit 2 to Jonat Declaration, # 5 Exhibit 3 to Jonat Declaration, # 6 Exhibit 4 to Jonat Declaration, # 7 Exhibit 5 to Jonat Declaration, # 8 Exhibit 6 to Jonat Declaration, # 9 Exhibit 7 to Jonat Declaration, # 10 Exhibit 8 to Jonat Declaration, # 11 Exhibit 9 to Jonat Declaration, # 12 Exhibit 10 to Jonat Declaration, # 13 Exhibit 11 to Jonat Declaration, # 14 Exhibit 12 to Jonat Declaration, # 15 Exhibit 13 to Jonat Declaration, # 16 Exhibit 14 to Jonat Declaration, # 17 Exhibit 15 to Jonat Declaration, # 18 Exhibit 16 to Jonat Declaration, # 19 Exhibit 17 to Jonat Declaration, # 20 Exhibit 18 to Jonat Declaration, # 21 Exhibit 19 to Jonat Declaration, # 22 Exhibit 20 to Jonat Declaration, # 23 Exhibit 21 to Jonat Declaration, # 24 Exhibit 22 to Jonat Declaration, # 25 Exhibit 23 to Jonat Declaration, # 26 Exhibit 24 to Jonat Declaration, # 27 Exhibit 25 to Jonat Declaration, # 28 Exhibit 26 to Jonat Declaration, # 29 Exhibit 27 to Jonat Declaration, # 30 Exhibit 28 to Jonat Declaration, # 31 Exhibit 29 to Jonat Declaration, # 32 Exhibit 30 to Jonat Declaration, # 33 Exhibit 31 to Jonat Declaration, # 34 Exhibit 32 to Jonat Declaration, # 35 Exhibit 33 to Jonat Declaration, # 36 Exhibit 34 to Jonat Declaration, # 37 Exhibit 35 to Jonat Declaration, # 38 Exhibit 36 to Jonat Declaration, # 39 Exhibit 37 to Jonat Declaration, # 40 Exhibit 38 to Jonat Declaration, # 41 Exhibit 3--Rule 56.1 Counter-Statement) (Shuster, Michael) (Entered: 04/11/2024) | 04/11/2024 |
| | SCHEDULING ORDER granting 9188 , 9192 letter motions for hearing for pretrial status conference. The Court will hold a pretrial status conference in Courtroom 6F on Thursday, June 13, 2024, following the class settlement preliminary approval hearing scheduled for the same day. The parties are directed to submit a joint status report on or before June 6, 2024, regarding the issues raised in: 9188 , 9192 Plaintiffs' letter motions for pretrial status conference; and 9194 , 9201 Defendants' responses to Plaintiffs' letter motions. Ordered by Judge Margo K. Brodie on 4/11/2024. (STS) (Entered: 04/11/2024) | 04/11/2024 |
| 9203 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 04/15/2024) | 04/15/2024 |
| | ORDER re 9203 . Class counsel's funding request for Epiq is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 4/15/2024. (EG) (Entered: 04/15/2024) | 04/15/2024 |
| 9204 | Letter from Kenneth E. Finkbeiner of Game One to the Court re: "Please accept this letter as a statement of objection in relation to the Payment CardInterchange Fee and Merchant Discount Antitrust Litigation identified as No. 05-MD-1720 (MKB)(JAM)." See letter for details. (JP) (Entered: 04/17/2024) | 04/17/2024 |
| 9205 | REPLY in Support re (9183 in 1:05-md-01720-MKB-JAM) MOTION to Remand Grubhub Plaintiffs' Reply in Support of Motion for a Suggestion of Remand filed by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555. (Attachments: # 1 Declaration of J. Wilson) Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (Wilson, James) (Entered: 04/22/2024) | 04/22/2024 |
| 9206 | Letter re: Filing of Defendants' Redacted Opposition Papers in Response to the Old Jericho Plaintiffs' Motion for Partial Summary Judgment by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Jonat, Jayme) (Entered: 04/22/2024) | 04/22/2024 |
| 9207 | AFFIDAVIT/DECLARATION in Opposition re 9156 MOTION for Partial Summary Judgment [SEALED] Declaration of Jayme Jonat (Redacted) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Exhibits 1-38 to Jonat Declaration) (Jonat, Jayme) (Entered: 04/22/2024) | 04/22/2024 |
| 9208 | MEMORANDUM in Opposition re 9156 MOTION for Partial Summary Judgment [SEALED] (Redacted) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 04/22/2024) | 04/22/2024 |
| 9209 | RULE 56.1 STATEMENT re 9156 MOTION for Partial Summary Judgment [SEALED] Defendants' Counter-Statement to Old Jericho Plaintiffs' Rule 56.1 Statement (Redacted) filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Shuster, Michael) (Entered: 04/22/2024) | 04/22/2024 |
| 9210 | NOTICE re: Statement of Objections by Alex Weatherall. (JP) (Entered: 04/23/2024) | 04/22/2024 |
| 9278 | NOTICE re: Statement of Objections by Clyde J Boehm. (JP) (Entered: 05/07/2024) | 04/22/2024 |
| 9279 | NOTICE re: Statement of Objections by Scot Kinne. (JP) (Entered: 05/07/2024) | 04/22/2024 |
| 9280 | NOTICE re: Statement of Objections by Jarret W. Copheranham. (JP) (Entered: 05/07/2024) | 04/22/2024 |
| 9211 | STIPULATION of Dismissal with Prejudice of All Claims by Home Depot U.S.A Inc, The Home Depot Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:16-cv-05507-MKB-JAM (Olson, Steig) (Entered: 04/23/2024) | 04/23/2024 |
| 9212 | NOTICE re: Statement of Objections by Beth Laborie. (JP) (Entered: 04/23/2024) | 04/23/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9213 | NOTICE re: Statement of Objections by Steven K. Dickerson. (JP) (Entered: 04/24/2024) | 04/24/2024 |
| 9214 | NOTICE re: Statement of Objections by Mike Wilson. (JP) (Entered: 04/24/2024) | 04/24/2024 |
| 9215 | MOTION to Withdraw as Attorney by First National Bank of Omaha, First National of Nebraska, Inc.. (Attachments: # 1 Declaration James Sulentic, # 2 Proposed Order) Associated Cases: 1:05-md-01720-MKB-JAM et al. (Sulentic, James) (Entered: 04/24/2024) | 04/24/2024 |
| 9216 | MOTION to Withdraw as Attorney by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Declaration of Andrew Talbot, # 2 Proposed Order) (Talbot, Andrew) (Entered: 04/24/2024) | 04/24/2024 |
|  | Order Dismissing Parties. Party Home Depot U.S.A., Inc. terminated. Ordered by Chief Judge Margo K. Brodie on 4/24/2024. (WV) (Entered: 04/24/2024) | 04/24/2024 |
|  | ORDER granting 9216 Motion to Withdraw as Attorney. Attorney Andrew Talbot terminated. Ordered by Magistrate Judge Joseph A. Marutollo on 4/24/2024. (KAR) (Entered: 04/24/2024) | 04/24/2024 |
|  | ORDER granting 9215 Motion to Withdraw as Attorney. Attorney James M. Sulentic terminated. Ordered by Magistrate Judge Joseph A. Marutollo on 4/24/2024. (KAR) (Entered: 04/24/2024) | 04/24/2024 |
| 9217 | MEMORANDUM in Opposition re 9166 Memorandum in Support,, 9156 MOTION for Partial Summary Judgment [SEALED] filed by Fikes Wholesale, Inc.. (Eisinger, Jana) (Entered: 04/25/2024) | 04/25/2024 |
| 9218 | MEMORANDUM in Opposition re (66 in 2:20-cv-02394-MKB-JAM) Letter,, (9141 in 1:05-md-01720-MKB-JAM) Letter,, THE OLD JERICHO PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Jack Rabbit LLC. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (Bacharach, N.) (Entered: 04/25/2024) | 04/25/2024 |
| 9219 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/26/2024) | 04/26/2024 |
| 9220 | Objection to Class Action Settlement The Target Plaintiffs' Statement of Objections to Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement filed by All Plaintiffs in 13 CV 5745. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM (Wilson, James) (Entered: 04/26/2024) | 04/26/2024 |
| 9221 | Objection to Class Action Settlement The Grubhub Plaintiffs' Statement of Objections To Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement filed by Plaintiffs in Civil Action Grubhub Holdings Inc., et al. v. Visa, et al., 1:19-cv-06555. Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (Wilson, James) (Entered: 04/26/2024) | 04/26/2024 |
| 9222 | Objection to Class Action Settlement filed by National Retail Federation, Retail Industry Leaders Association. (Greenberger, Debra) (Entered: 04/26/2024) | 04/26/2024 |
| 9223 | Objection to Class Action Settlement filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 04/26/2024) | 04/26/2024 |
| 9224 | MOTION for Leave to Electronically File Document under Seal by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO. (Attachments: # 1 7-ELEVEN PLAINTIFFS' OBJECTION TO EQUITABLE RELIEF CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, # 2 Declaration of Jeffrey I. Shinder, # 3 Exhibit (s) A - L, # 4 Exhibit (s) M - U, # 5 of Ketan R. Patel Ph.D) (Shinder, Jeffrey) (Entered: 04/26/2024) | 04/26/2024 |
| 9225 | Objection to Class Action Settlement Walmart's Opposition to Plaintiffs' Motion for Preliminary Approval of Proposed Mandatory Settlement filed by Walmart Inc.. (Schoeman, Paul) (Entered: 04/26/2024) | 04/26/2024 |
|  | STATUS REPORT ORDER - The Court is in receipt of the Fed. R. Civ. P. 23(b)(3) class counsel's monthly report regarding third-party entities. The next status report shall be filed by May 24, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 4/26/2024. (KAR) (Entered: 04/26/2024) | 04/26/2024 |
| 9233 | NOTICE re: Statement of Objections by Sandra Garza. (JP) (Entered: 05/03/2024) | 04/29/2024 |
|  | ORDER granting 9224 Motion for Leave to Electronically File Document under Seal. The Court grants 9224 7-Eleven Plaintiffs' motion for leave to file under seal. Ordered by Judge Margo K. Brodie on 4/29/2024. (TSR) (Entered: 04/29/2024) | 04/29/2024 |
| 9226 | Letter MOTION for Leave to File Excess Pages (On Consent) by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Dominguez, Manuel) (Entered: 04/30/2024) | 04/30/2024 |
| 9227 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-17824165 by Equitable Relief Class Plaintiffs. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A Certificate of Good Standing, # 3 Proposed Order to Admit Counsel Pro Hac Vice) (Mather, H Melissa) (Entered: 04/30/2024) | 04/30/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9228 | NOTICE of Appearance by H Melissa Mather on behalf of Equitable Relief Class Plaintiffs (notification declined or already on case) (Mather, H Melissa) (Entered: 04/30/2024) | 04/30/2024 |
| 9234 | NOTICE re: Statement of Objections by Jon Frank Clark. (JP) (Entered: 05/03/2024) | 04/30/2024 |
| 9235 | NOTICE re: Statement of Objections by Robert Razowsky. (JP) (Entered: 05/03/2024) | 04/30/2024 |
| 9236 | NOTICE re: Statement of Objections by John A. Milazzo of Low Octane, Inc. (JP) (Entered: 05/03/2024) | 04/30/2024 |
| 9237 | NOTICE re: Statement of Objections by John A. Milazzo of Truckstop of Louisiana LLC (JP) (Entered: 05/03/2024) | 04/30/2024 |
| 9238 | NOTICE re: Statement of Objections by John A. Milazzo of C-Store Operating LLC. (JP) (Entered: 05/03/2024) | 04/30/2024 |
| 9240 | NOTICE re: Statement of Objections by Nidhi Hegde, Sumit Sharma, Chuck Bell & Ed Mierzwinski. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9241 | NOTICE re: Statement of Objections by John A. Milazzo LOC Holdings LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9242 | NOTICE re: Statement of Objections by John Anthony Milazzo Fast Food Partners LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9243 | NOTICE re: Statement of Objections by John Anthony Milazzo Strategic Fuel Investments LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9244 | NOTICE re: Statement of Objections by Johnny A. Milazzo Jiffy Mart LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9245 | NOTICE re: Statement of Objections by Johnny A. Milazzo Champions Express Mart LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9246 | NOTICE re: Statement of Objections by John A. Milazzo GB Investments Oak Grove LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9248 | NOTICE re: Statement of Objections by John A. Milazzo GB Investments of Gonzales LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9249 | NOTICE re: Statement of Objections by John A. Milazzo Sr. RL Restaurant LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9250 | NOTICE re: Statement of Objections by John A. Milazzo Sr. RL C-Store LLC. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9251 | NOTICE re: Statement of Objections by Paker Lipscomb. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9252 | NOTICE re: Statement of Objections by Monica Muns. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9253 | NOTICE re: Statement of Objections by Perry Rackley. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9254 | NOTICE re: Statement of Objections by Gilbert D. Moyle III. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9255 | NOTICE re: Statement of Objections by Kevin Bailey. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9256 | NOTICE re: Statement of Objections by John A. Milazzo Lard Oil Company Inc. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9257 | NOTICE re: Statement of Objections by Stephen P. Garrett. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9258 | NOTICE re: Statement of Objections by NATSO and SIGMA. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9259 | NOTICE re: Statement of Objections by David Grogan. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9260 | NOTICE re: Statement of Objections by Majida Rimawi Colonial Gas Inc. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9261 | NOTICE re: Statement of Objections by Majida Rimawi Northvale Gas Inc. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9262 | NOTICE re: Statement of Objections by Majida Rimawi Laguna Mini Mart Inc. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9263 | NOTICE re: Statement of Objections by Sarah Mckinnon. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9264 | NOTICE re: Statement of Objections by Amy Bogue. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9265 | NOTICE re: Statement of Objections by Anne Gauthier. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9266 | NOTICE re: Statement of Objections by David Craddock. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9267 | NOTICE re: Statement of Objections by Bob Burke. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9268 | NOTICE re: Statement of Objections by Catherine R.J. Witterson on behalf of Robert S. and Ian M. Coleman. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9269 | NOTICE re: Statement of Objections by Jim Emmart. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9270 | NOTICE re: Statement of Objections by Raymond Huff. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9271 | NOTICE re: Statement of Objections by Stephen F. White. (JP) (Entered: 05/07/2024) | 04/30/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9272 | NOTICE re: Statement of Objections by Stephanie Harris. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9273 | NOTICE re: Statement of Objections by Thomas W. Foster. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9274 | NOTICE re: Statement of Objections by John Foster. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9275 | NOTICE re: Statement of Objections by Nancy K. Borgacz. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9276 | NOTICE re: Statement of Objections by Howard Kaminsky. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9277 | NOTICE re: Statement of Objections by Matthew Bryson Bogue. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9282 | NOTICE re: Statement of Objections by Jenny Osner. (JP) (Entered: 05/07/2024) | 04/30/2024 |
| 9229 | NOTICE of Change of Firm Name and EMAIL Addresses Once the filing has been made, you must login to www.pacer.gov and update your account. Associated Cases: 1:05-md-01720-MKB-JAM et al. (Schwed, Richard) (Entered: 05/01/2024) | 05/01/2024 |
| 9230 | Objection to Class Action Settlement (Redacted) filed by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO. (Attachments: # 1 Declaration of Jeffrey I. Shinder (Redacted), # 2 Exhibit (s) A - L, # 3 Exhibit (s) M - U, # 4 Declaration of Ketan R. Patel Ph.D (Redacted)) (Shinder, Jeffrey) (Entered: 05/01/2024) | 05/01/2024 |
| 9231 | NOTICE of Appearance by Jonathan Baker on behalf of First National Bank of Omaha, First National of Nebraska, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-MKB-JAM et al. (Baker, Jonathan) (Entered: 05/01/2024) | 05/01/2024 |
| | ORDER granting 9226 Motion for Leave to File Excess Pages. The Old Jericho plaintiffs may file a single reply brief of no more than 15 pages in response to the briefs in opposition to their summary judgment motion. Ordered by Judge Margo K. Brodie on 5/1/2024. (STS) (Entered: 05/01/2024) | 05/01/2024 |
| | ORDER granting 9227 Motion to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee.. Ordered by Magistrate Judge Joseph A. Marutollo on 5/1/2024. (EG) (Entered: 05/01/2024) | 05/01/2024 |
| 9232 | MEMORANDUM AND ORDER re 9142 Objectors' Motion for Attorneys' Fees. For the reasons stated in the attached Memorandum and Order, the Court grants in part and denies in part Objectors' motion. The Court denies Objectors' motion with respect to attorneys' fees and grants Objectors' motion with respect to reimbursement of costs, subject to Objectors' re-filing of sworn declarations accounting for the breakdown of Objectors' costs. Ordered by Judge Margo K. Brodie on 5/1/2024. (TSR, STS) (Entered: 05/02/2024) | 05/02/2024 |
| 9281 | NOTICE re: Statement of Objections by M. Preston Hawkins, Philip J. Drewes & Carolyn Maddaloni. (JP) (Entered: 05/07/2024) | 05/02/2024 |
| 9239 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright OnCommunications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 05/03/2024) | 05/03/2024 |
| 9286 | Letter from Douglas Seligson to the Court dated 05/3/2024 re: Submit a claim and receive the proportionate settlement. See letter for details. (JP) (Entered: 05/10/2024) | 05/06/2024 |
| | ORDER: Class Counsel's proposed payment for Wright On Communications, Inc.'s funding request 9239 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 5/6/2024. (KAR) (Entered: 05/06/2024) | 05/06/2024 |
| 9247 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of invoice related to work by Special Master James Orenstein by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 05/07/2024) | 05/07/2024 |
| | Email Notification Test - DO NOT REPLY (MLR) (Entered: 05/07/2024) | 05/07/2024 |
| 9283 | MOTION for Leave to Electronically File Document under Seal Old Jericho Pls.' Reply in Support of Motion for Partial Summary Judgment by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Old Jericho Pls.' Reply Memorandum of Law in Support of Motion for Partial Summary Judgment, # 2 Old Jericho Pls.' Response to Defs.' Counter-Statement of Additional Facts, # 3 Declaration of Christopher J. Bateman, # 4 Exhibit 47, # 5 Exhibit 48) (Bateman, Christopher) (Entered: 05/09/2024) | 05/09/2024 |
| 9284 | MOTION for Attorney Fees Supplemental Declaration in support of costs by Pets USA LLC, Unlimited Vacations and Cruises Inc. (Pentz, John) (Entered: 05/09/2024) | 05/09/2024 |
| 9285 | MOTION for Attorney Fees Supplemental Declaration in support of costs by Gnarlywood LLC, Quincy Woodrights, LLC. (Pentz, John) (Entered: 05/09/2024) | 05/09/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9287 | Letter to The Honorable Margo K. Brodie regarding Courtesy Copies of Old Jericho Plaintiffs' Motion for Partial Summary Judgment by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 05/10/2024) | 05/10/2024 |
| 9288 | Letter to Court per Order dated 5/13/2024 by Gnarlywood LLC (Jan, Kendrick) (Entered: 05/13/2024) | 05/13/2024 |
| 9289 | MOTION for Leave to Electronically File Document under Seal by Equitable Relief Class Plaintiffs. (Attachments: # 1 Equitable Relief Class Plaintiffs' Reply Memorandum of Law ISO Motion for Preliminary Approval of Settlement, # 2 Appendix A, # 3 Declaration of Steve D. Shadowen ISO Reply ISO Motion for Preliminary Settlement Approval, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T, # 24 Exhibit U) (Shadowen, Steve) (Entered: 05/13/2024) | 05/13/2024 |
| 9290 | MOTION for Leave to File Excess Pages Equitable Relief Class Plaintiffs Class Counsel's Letter regarding Excess Pages by Equitable Relief Class Plaintiffs. (Shadowen, Steve) (Entered: 05/13/2024) | 05/13/2024 |
| 9291 | Letter to Judge responding to ECF No 9286 from Rule 23(b)(3) Class Counsel by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 05/13/2024) | 05/13/2024 |
| 9292 | MEMORANDUM in Support re 9179 MOTION for Hearing re 9178 MOTION for Leave to File Excess Pages Equitable Relief Class Plaintiffs Class Counsel's Letter regarding Excess Pages, 9052 Order,,, Order,,, MOTION for Settlement Notice of Motion and Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 05/13/2024) | 05/13/2024 |
| | ORDER granting 9283 Motion for Leave to Electronically File Document under Seal. The Court grants 9283 Old Jericho Plaintiffs' motion for leave to file under seal. Ordered by Judge Margo K. Brodie on 5/13/2024. (STS) (Entered: 05/13/2024) | 05/13/2024 |
| | ORDER re: 9284 , 9285 John J. Pentz's and Kendrick Jan's Supplemental Declarations in support of costs. The Court understands the parties to be referring to work done in connection with Second Circuit Appeal No. 20-339, rather than No. 20-399. The parties are directed to confirm that the reference to a different docket number was in error. Ordered by Judge Margo K. Brodie on 5/13/2024. (STS) (Entered: 05/13/2024) | 05/13/2024 |
| | ORDER re: 9286 Douglas Seligson's letter concerning the Rule 23(b)(3) Claims Administrator. Rule 23(b)(3) Class Counsel is directed to review Seligson's claims and take appropriate steps to resolve the issue, as necessary. Ordered by Judge Margo K. Brodie on 5/13/2024. (TSR) (Entered: 05/13/2024) | 05/13/2024 |
| | ORDER: Class Counsel's proposed payment for work performed by Special Master James Orenstein 9247 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 5/13/2024. (KAR) (Entered: 05/13/2024) | 05/13/2024 |
| 9293 | MOTION to Withdraw as Attorney by Calloway Oil Company, E-Z Stop Foodmarts, Inc., Fikes Wholesale, Inc., Slidell Oil Company, LLC. (Attachments: # 1 Declaration Declaration in Support of Motion to Withdraw, # 2 Proposed Order Proposed Order to Withdraw) (Gardner, Ronald) (Entered: 05/14/2024) | 05/14/2024 |
| 9294 | Letter from Rule 23(b)(3) Class Counsel requesting extension of claims-filing deadline by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - Declaration of Loree Kovach Regarding Claim Deadline) (Bernay, Alexandra) (Entered: 05/14/2024) | 05/14/2024 |
| 9295 | REPLY in Support re 9179 MOTION for Hearing re 9178 MOTION for Leave to File Excess Pages Equitable Relief Class Plaintiffs Class Counsel's Letter regarding Excess Pages, 9052 Order,,, Order,,, MOTION for Settlement Notice of Motion and Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement filed by Equitable Relief Class Plaintiffs. (Attachments: # 1 Appendix A, # 2 Declaration of Steve D. Shadowen ISO Reply MOL ISO Motion for Preliminary Settlement Approval, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U) (Shadowen, Steve) (Entered: 05/14/2024) | 05/14/2024 |
| | ORDER granting 9289 Motion for Leave to Electronically File Document under Seal. The Court grants 9289 Equitable Relief Class Plaintiffs' motion for leave to file under seal. Counsel is directed to file the original document(s) under seal as a separate entry. Counsel is further directed to file proposed redactions on or before Thursday, May 16, 2024. Ordered by Judge Margo K. Brodie on 5/14/2024. (TSR) (Entered: 05/14/2024) | 05/14/2024 |
| | ORDER granting 9290 Motion for Leave to File Excess Pages. The Court grants 9290 Equitable Relief Class Plaintiffs' motion for leave to file excess pages. Ordered by Judge Margo K. Brodie on 5/14/2024. (TSR) (Entered: 05/14/2024) | 05/14/2024 |
| | ORDER re 9294 Letter from Rule 23(b)(3) Class Counsel requesting extension of claims-filing deadline. The Court grants Class Counsel's request for an extension of the claims-filing deadline, and extends the deadline to August 30, 2024.Ordered by Judge Margo K. Brodie on 5/14/2024. (STS) (Entered: 05/14/2024) | 05/14/2024 |
| 9296 | NOTICE of Change of Address for Hilliard Shadowen LLP Once the filing has been made, you must login to www.pacer.gov and update your account. (Shadowen, Steve) (Entered: 05/15/2024) | 05/15/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9297 | REPLY in Support re 9179 MOTION for Hearing re 9178 MOTION for Leave to File Excess Pages Equitable Relief Class Plaintiffs' Class Counsel's Letter regarding Excess Pages, 9052 Order,,, Order,,, MOTION for Settlement Notice of Motion and Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement (REDACTED, previously filed under seal at ECF No. 9295) filed by Equitable Relief Class Plaintiffs. (Attachments: # 1 Appendix A, # 2 Declaration of Steve D. Shadowen ISO Reply MOL ISO Motion for Preliminary Settlement Approval, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U) (Shadowen, Steve) (Entered: 05/16/2024) | 05/16/2024 |
| 9298 | REPLY in Support re 9156 MOTION for Partial Summary Judgment [SEALED] Old Jericho Plaintiffs' Reply in Support of Motion for Partial Summary Judgment [REDACTED] filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 05/20/2024) | 05/20/2024 |
| 9299 | RULE 56.1 STATEMENT Old Jericho Plaintiffs' Response to Defendants' Counter-Statement of Additional Undisputed Material Facts filed by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Bateman, Christopher) (Entered: 05/20/2024) | 05/20/2024 |
| 9300 | DECLARATION re 9298 Reply in Support,, Declaration of Christopher J. Bateman by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Attachments: # 1 Exhibit 47 [REDACTED], # 2 Exhibit 48 [SEALED]) (Bateman, Christopher) (Entered: 05/20/2024) | 05/20/2024 |
| 9301 | NOTICE re: Statement of Objections by Rebecca S. Kresser of Deep River Fuel Terminals, LLC (JP) (Entered: 05/22/2024) | 05/22/2024 |
| 9302 | NOTICE re: Statement of Objections by Rebecca S. Kresser of Daniels Oil Company, Inc. (JP) (Entered: 05/22/2024) | 05/22/2024 |
| 9303 | NOTICE re: Statement of Objections by Rebecca S. Kresser of Brazos Oil, LLC. (JP) (Entered: 05/22/2024) | 05/22/2024 |
| 9304 | NOTICE re: Statement of Objections by Rebecca S. Kresser of Daniels Propane, LLC. (JP) (Entered: 05/22/2024) | 05/22/2024 |
| 9305 | NOTICE of Change of Address for Constantine Cannon LLP Once the filing has been made, you must login www.pacer.gov and update your account. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Shinder, Jeffrey) (Entered: 05/23/2024) | 05/23/2024 |
| 9306 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 05/24/2024) | 05/24/2024 |
|  | STATUS REPORT ORDER - The Court is in receipt of the Fed. R. Civ. P. 23(b)(3) class counsel's monthly report regarding third-party entities, dated May 24, 2024 9306 . In the report, Class Counsel informs the Court that the "law firm Milberg Coleman Bryson Phillips Grossman, LLC ('Milberg') has been registering clients with Epiq for third-party-filing services for certain companies which came from a referral partner and that Milberg has subsequently acknowledged are fraudulent." In the same report, Milberg states that they "have withdrawn all improper claims and [Milberg is] undertaking an audit of every claim submitted to this Court." Specifically, Milberg "has voluntarily agreed to undertake an audit of every single claim it has submitted to date to verify for accuracy. This process includes contacting every merchant to verify they still want Milberg to handle their claim. To the extent a merchant declines, Milberg will withdraw from handling that merchant's claim. Milberg anticipates this entire process will take approximately two weeks. Milberg is not submitting any further claims in connection with this action and will continue to cooperate with Class Counsel should any further issues arise." By June 6, 2024, Class Counsel shall file a status report regarding the allegedly false documents filed with Epiq. In the status report, Class Counsel shall include a response from Milberg as to the status of the above-described process. Additionally, in their May 24, 2024 status report 9306 , Class Counsel notes that "since August 18, 2023, Epiq has been performing specific outreach efforts to known third-party claims filers." Class Counsel notes that "[w]ork continues, including the development of processes to efficiently handle the expected increase in third-party claims." In the status report to be filed by June 6, 2024, Class Counsel shall also provide more detail as to the development of processes to efficiently handle the expected increase in third-party claims. Ordered by Magistrate Judge Joseph A. Marutollo on 5/26/2024. (JAM) (Entered: 05/26/2024) | 05/26/2024 |
| 9307 | NOTICE of Appearance by Priyanka Timblo on behalf of Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (aty to be noticed) (Timblo, Priyanka) (Entered: 05/28/2024) | 05/28/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9308 | MEMORANDUM AND ORDER re 9056 Defendants' Motion to Enforce the Settlement Agreement, 9060 Intuit's Motion for Partial Summary Judgment, 9070 Lanning and Camp Grounds Plaintiffs' Motion for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court grants Defendants' motion to enforce the Settlement Agreement and finds that Square's merchant-customers and Intuit's merchant-customers "accepted" payment cards and are therefore members of the Rule 23(b)(3) Class, denies the Lanning and Camp Grounds Plaintiffs' cross-motion for summary judgment, and denies Intuit's cross-motion for summary judgment. The parties are directed to confer and submit proposed redactions on or before May 31, 2024. Ordered by Judge Margo K. Brodie on 5/28/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:21-cv-02360-MKB-JAM, 1:21-cv-03401-MKB-JAM, 1:23-cv-05377-MKB-JAM (STS, TSR) (Entered: 05/28/2024) | 05/28/2024 |
| | ORDER re 9142 Objectors' Motion for Attorneys' Fees. In light of 9288 the parties' letter confirming that the references to a different docket number in 9284 , 9285 supplemental declarations in support of costs was in error, the Court grants the motion for attorneys' fees with respect to reimbursement of costs, in accordance with 9232 the Court's Memorandum and Order ruling on 9142 Objectors' Motion for Attorneys' Fees. Ordered by Judge Margo K. Brodie on 5/28/2024. (STS, TSR) (Entered: 05/28/2024) | 05/28/2024 |
| 9311 | NOTICE re: Statement of Objections by Rebecca S. Kresser of Reliable Energy of Colchester, LLC. (JP) (Entered: 05/31/2024) | 05/29/2024 |
| 9309 | MOTION to Withdraw as Attorney (Motion to Remove Counsel from Electronic Case Filing Notification) by Heartland Payment Systems, Inc.. (Brown, Jason) (Entered: 05/30/2024) | 05/30/2024 |
| 9310 | NOTICE of Appearance by Lara A. Flath on behalf of JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., Paymentech, LLC (aty to be noticed) (Flath, Lara) (Entered: 05/30/2024) | 05/30/2024 |
| 9312 | Letter to Honorable Margo K. Brodie re: Redactions to Memorandum and Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Memorandum and Order) (Eisenstein, Matthew) (Entered: 05/31/2024) | 05/31/2024 |
| 9314 | MEMORANDUM AND ORDER (previously filed under seal as 9308 ) re 9056 Defendants' Motion to Enforce the Settlement Agreement, 9060 Intuit's Motion for Partial Summary Judgment, 9070 Lanning and Camp Grounds Plaintiffs' Motion for Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court grants Defendants' motion to enforce the Settlement Agreement and finds that Square's merchant-customers and Intuit's merchant-customers "accepted" payment cards and are therefore members of the Rule 23(b)(3) Class, denies the Lanning and Camp Grounds Plaintiffs' cross-motion for summary judgment, and denies Intuit's cross-motion for summary judgment. Ordered by Judge Margo K. Brodie on 5/28/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:21-cv-02360-MKB-JAM, 1:21-cv-03401-MKB-JAM, 1:23-cv-05377-MKB-JAM (TSR, STS) (Entered: 05/28/2024) (Entered: 06/03/2024) | 06/03/2024 |
| 9315 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 06/05/2024) | 06/05/2024 |
| 9316 | Letter dated June 5, 2024 from (b)(3) Class Counsel requesting approval of the 2024 2nd Qtr Estimated Tax Payments for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 06/05/2024) | 06/05/2024 |
| 9319 | Letter from Carlton X. Mathews to the Court re: request to know status of pending case and to be provided with Claim Administrative address. (JP) (Entered: 06/07/2024) | 06/05/2024 |
| | ORDER re 9315 : Class Counsel's funding request on behalf of Wright on Communications Inc. for services rendered in May 2024 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 6/5/2024. (EG) (Entered: 06/05/2024) | 06/05/2024 |
| | ORDER re 9316 - Class Counsel's estimated tax payment request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 6/5/2024. (JAM) (Entered: 06/05/2024) | 06/05/2024 |
| | ORDER denying 9309 Motion to Withdraw as Attorney. Heartland Payment Systems, Inc.'s motion is denied without prejudice, as 9309 does not comply with the Local Civil Rules. Ordered by Magistrate Judge Joseph A. Marutollo on 6/5/2024. (JAM) (Entered: 06/05/2024) | 06/05/2024 |
| 9317 | STATUS REPORT Parties' Joint Status Report by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Attachments: # 1 Exhibit A) Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM, 1:19-cv-06555-MKB-JAM (Shinder, Jeffrey) (Entered: 06/06/2024) | 06/06/2024 |
| 9318 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Response to the Court's May 26, 2024 Order] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/06/2024) | 06/06/2024 |
| 9320 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Rudzin, Abby) (Entered: 06/07/2024) | 06/07/2024 |
| 9321 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Frackman, Andrew) (Entered: 06/07/2024) | 06/07/2024 |
| 9322 | Letter from Rule 23(b)(3) Class Counsel confirming service of Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/07/2024) | 06/07/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - In light of the response (Dkt. No. 9318 ) to the Court's May 26, 2024 order, further inquiry by the Court is required to assure the integrity of the claims process. The law firm Milberg Coleman Bryson Phillips Grossman, LLC ("Milberg") states that it has withdrawn all claims submitted through the referral source that purportedly submitted fraudulent claims to Milberg. See Dkt. No. 9318 at 4-6. In the May 24, 2024 status report, Class Counsel noted that they were "informed of 30 instances where [] the proof of authorization document was withdrawn, either because of a conflict or for unknown reasons that all came from the same referral partner." Dkt. No. 9306 at 3. In the June 6, 2024 status report, Milberg noted that "[s]ince May 24, 2024, Milberg has withdrawn its registration of authorities to represent 116 entities that were submitted to [Epiq Systems, Inc. ('Epiq')]. Each of these 116 entities was submitted to Milberg by the same problematic third-party referral source." Dkt. No. 9318 at 6. While Milberg states that it has "ceased advertising for clients in connection with this matter as of April 1, 2024, and has not retained any new clients since that date from any source" (Dkt. No. 9318 at 6), a number of questions remain regarding the claims that Milberg has already submitted to Epiq, including for clients in which Milberg is "working to secure signatures that are missing from the retainer agreements," as well as the "782 merchant clients with conflicted claims" (Dkt. No. 9318 at 7). Accordingly, Milberg shall file, by June 17, 2024, a letter providing a more detailed overview of their claims review process, including updates on all claims submitted to Epiq. Milberg shall attach declarations or affidavits where appropriate. To the extent any spreadsheets or service agreements need to be filed under seal, Milberg shall comply with the Local Civil Rules as well as Magistrate Judge Marutollo's rules regarding sealed filings. In its letter, Milberg shall also address, with citations to applicable law, whether, as Class Counsel suggests, Milberg should be ordered to "reimburse Epiq for the time spent related to these fake submissions, which has come at the expense of the class." Dkt. No. 9318 at 5. Additionally, Milberg shall address whether a referral should be made to the Department of Justice regarding Ms. Laverne Hallak, the referring source at issue. See Dkt. No. 9306 at 6, see also Dkt. No. 9318 at 5. Class Counsel shall respond to Milberg's letter by June 24, 2024. Class Counsel shall serve a copy of this order on Milberg. Ordered by Magistrate Judge Joseph A. Marutollo on 6/7/2024. (JAM) (Entered: 06/07/2024) | 06/07/2024 |
| | ORDER granting 9293 Motion to Withdraw as Attorney. Attorney Ronald K. Gardner, Jr shall be terminated from the docket. Ordered by Magistrate Judge Joseph A. Marutollo on 6/8/2024. (JAM) (Entered: 06/08/2024) | 06/08/2024 |
| | ORDER terminating 9186 Motion for Hearing. As set forth in Palladino v. JPMorgan Chase & Co., 23-CV-1215 (MKB) (JAM), oral argument was held on May 6, 2024 before Magistrate Judge Marutollo. See Dkt. No. 84 in 23-CV-1215. The Court reserved decision. Ordered by Magistrate Judge Joseph A. Marutollo on 6/9/2024. (JAM) (Entered: 06/09/2024) | 06/09/2024 |
| 9323 | NOTICE of Appearance by Steig David Olson on behalf of Block, Inc. (aty to be noticed) (Olson, Steig) (Entered: 06/10/2024) | 06/10/2024 |
| | ORDER re: 9319 Letter from Carlton X. Mathews. The Court directs Rule 23(b)(3) Class Counsel to review Carlton X. Mathews' letter and take appropriate steps with respect to his inquiry. The Court further directs Rule 23(b)(3) Class Counsel to review and respond to future filings on the docket from potential claimants with inquiries about their claims or the claims administration process. Ordered by Judge Margo K. Brodie on 6/10/2024. (TSR, STS) (Entered: 06/10/2024) | 06/10/2024 |
| 9324 | Letter re motion for clarification by Block, Inc., Intuit Inc., Intuit Payment Solutions, LLC (Wolfson, Adam) (Entered: 06/11/2024) | 06/11/2024 |
| 9325 | NOTICE by Block, Inc., Intuit Inc., Intuit Payment Solutions, LLC of Motion for Clarification (Attachments: # 1 Memorandum in Support, # 2 Proposed Order) (Wolfson, Adam) (Entered: 06/11/2024) | 06/11/2024 |
| | ORDER re: 9324 , 9325 . The Court denies the request to approve a briefing schedule as set forth in 9324 Intuit and Block Plaintiffs' letter. The Court's Memorandum and Order dated May 28, 2024 9308 , speaks for itself. The Court did not dismiss any claims or any portion of claims brought by Intuit or Block, including any claims for damages based on transactions for which Intuit or Block served as a payment facilitator. Ordered by Judge Margo K. Brodie on 6/11/2024. (STS) (Entered: 06/11/2024) | 06/11/2024 |
| 9326 | NOTICE of Appearance by Marc L. Greenwald on behalf of Block, Inc. (aty to be noticed) (Greenwald, Marc) (Entered: 06/12/2024) | 06/12/2024 |
| 9327 | NOTICE OF APPEAL as to (9314 in 1:05-md-01720-MKB-JAM) Memorandum & Opinion,,, (9308 in 1:05-md-01720-MKB-JAM, 9308 in 1:05-md-01720-MKB-JAM, 9308 in 1:05-md-01720-MKB-JAM, 9308 in 1:05-md-01720-MKB-JAM, 9308 in 1:05-md-01720-MKB-JAM, 9308 in 1:05-md-01720-MKB-JAM, 9308 in 1:05-md-01720-MKB-JAM, 9308 in 1:05-md-01720-MKB-JAM) Order on Motion for Summary Judgment,,,,,,,, Order on Motion to Enforce Judgment,,,,,,,, Order on Motion for Partial Summary Judgment,,,,,,,, 1 - Appealable Party Document CV,,,, Memorandum & Opinion,,, by 803 Kava LLC, Camp Grounds Coffee, LLC, Maureen Roxberry, Shen Shu Acupuncture, PLLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, SBG Designs, LLC. Filing fee $ 605, receipt number NYEDC-17970626. (Attachments: # 1 Exhibit A - Memorandum & Order) (Rifkin, Mark) (Entered: 06/12/2024) | 06/12/2024 |
| | ORDER re: SCHEDULING ORDER dated April 1, 2024 scheduling a hearing for Thursday, June 13, 2024 at 2:00 PM regarding Preliminary Approval of the Rule 23(b)(2) Class Action Settlement. The hearing will take place in person in Courtroom 6F. Members of the public may listen to the hearing via a teleconference line by calling (571) 353-2301 and using access code 554788898#. Members of the public, interested parties, and objectors are advised that individuals using the remote access line will not be heard in court. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Ordered by Judge Margo K. Brodie on 6/12/2024. (TSR, STS) (Entered: 06/12/2024) | 06/12/2024 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 9327 Notice of Appeal,,, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 06/12/2024) | 06/12/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Minute Entry for proceedings held before Chief Judge Margo K. Brodie and Magistrate Judge Joseph A. Marutollo. On June 13, 2024, at 2:00 PM in Courtroom 6F North, the Court heard from the parties and objectors regarding (1) preliminary approval of the Rule 23(b)(2) Class Settlement Agreement; (2) the status of Direct Action Plaintiffs' opt out actions; and (3) remand of Grubhub Plaintiffs' action. The Court heard from Steve Shadowen on behalf of the Rule 23(b)(2) Class Plaintiffs; Jeffrey Shinder on behalf of the Direct Action Plaintiffs; Kathy Patrick on behalf of the Target Plaintiffs; Christopher Bateman on behalf of the Old Jericho Plaintiffs; James Wilson on behalf of the Grubhub Plaintiffs; Brette Tannenbaum and Kenneth Gallo on behalf of the Mastercard Defendants; and Robert Vizas and Michael Shuster on behalf of the Visa Defendants. The Court will issue a written decision, but informed the parties that it will likely not approve the Settlement. Defendants will notify the Court on or before June 30, 2024, whether they intend to waive their Lexecon rights. The Court will remand the Grubhub Plaintiffs' action to the Northern District of Illinois and will issue a written decision to the same effect. (Court Reporter Kristi Cruz.) Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM, 1:19-cv-06555-MKB-JAM (TSR, STS) (Entered: 06/13/2024) | 06/13/2024 |
| 9328 | Letter from Rule 23(b)(3) Class Counsel re courtesy filing on behalf of Milberg Coleman Bryson Phillips Grossman, LLC enclosing their response to the Court's June 7, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A_Milberg Response to June 7, 2024 Order and Declaration of Austin Camp) (Bernay, Alexandra) (Entered: 06/17/2024) | 06/17/2024 |
| 9329 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 06/18/2024) | 06/18/2024 |
| | ORDER re 9329 . Class counsel's funding request to Epiq is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 6/18/2024. (KAR) (Entered: 06/18/2024) | 06/18/2024 |
| 9330 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 6/13/24, before Judge Brodie. Court Reporter/Transcriber Kristi Cruz, Telephone number 718-613-2676. Email address: kristi.edny@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 7/12/2024. Redacted Transcript Deadline set for 7/22/2024. Release of Transcript Restriction set for 9/19/2024. (Cruz, Kristi) (Entered: 06/21/2024) | 06/21/2024 |
| 9331 | Letter providing authority for transferee courts to resolve MDL litigation through trial by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM (Shinder, Jeffrey) (Entered: 06/21/2024) | 06/21/2024 |
| 9332 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Response to Milberg Coleman Bryson Phillips Grossman, LLC's Response to June 7, 2024 Order] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/24/2024) | 06/24/2024 |
| 9333 | MEMORANDUM AND ORDER re 9179 Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement. For the reasons stated in the attached Memorandum and Order, the Court finds that it is not likely to grant final approval to the Settlement and accordingly denies Plaintiffs' motion for preliminary settlement approval. The parties are directed to confer and submit proposed redactions on or before noon on Friday, June 28, 2024. In addition, the parties are directed to explain why such redactions are warranted. Ordered by Judge Margo K. Brodie on 6/25/2024. (TSR, STS) (Entered: 06/25/2024) | 06/25/2024 |
| 9334 | MEMORANDUM AND ORDER granting 9183 Grubhub Plaintiffs' Motion for a Suggestion of Remand. For the reasons stated in the attached Memorandum and Order, the Court grants Grubhub Plaintiffs' motion and suggests that the Judicial Panel on Multidistrict Litigation remand this action to the United States District Court for the Northern District of Illinois. The Clerk of Court is directed to transmit a copy of the attached Suggestion of Remand and Memorandum and Order to the Judicial Panel on Multidistrict Litigation. Ordered by Judge Margo K. Brodie on 6/25/2024. (Attachments: # 1 Suggestion of Remand) Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (STS, TSR) (Entered: 06/25/2024) | 06/25/2024 |
| 9335 | NOTICE OF APPEAL as to 9314 Memorandum & Opinion,,, 9308 Order on Motion for Summary Judgment,,,,,,,, Order on Motion to Enforce Judgment,,,,,,, Order on Motion for Partial Summary Judgment,,,,,,, 1 - Applicable Party Document CV,,,, Memorandum & Opinion,,, by Jack Rabbit LLC. Filing fee $ 605, receipt number ANYEDC-18020218. Appeal Record due by 7/29/2024. (Bacharach, N.) (Entered: 06/27/2024) | 06/27/2024 |
| 9346 | JPMDL Conditional Remand Order, The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate. IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s). IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of New York. IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of New York with a stipulation or designation of the contents of the record to be remanded. Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (TLH) (Entered: 07/08/2024) | 06/27/2024 |
| 9336 | Letter from Defendants re: Remand by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 06/28/2024) | 06/28/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9337 | Letter from Target Plaintiffs Regarding Remand by Plaintiffs in Target Corporation, et al. v. Visa Inc., et al., 13-cv-03477 (Rubin, Kenneth) (Entered: 06/28/2024) | 06/28/2024 |
| 9338 | Letter to Honorable Margo K. Brodie re: Redactions to Memorandum and Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Redacted Memorandum and Order) (Eisenstein, Matthew) (Entered: 06/28/2024) | 06/28/2024 |
| 9340 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/28/2024) | 06/28/2024 |
| 9341 | Letter Regarding Remand by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05746-MKB-JAM (Shinder, Jeffrey) (Entered: 06/28/2024) | 06/28/2024 |
| 9342 | MEMORANDUM AND ORDER (previously filed under seal as 9333 ) re 9179 Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement. For the reasons stated in the attached Memorandum and Order, the Court finds that it is not likely to grant final approval to the Settlement and accordingly denies Plaintiffs' motion for preliminary settlement approval. Ordered by Judge Margo K. Brodie on 6/25/2024. (TSR, STS) (Entered: 06/25/2024) (Entered: 06/28/2024) | 06/28/2024 |
| 9343 | Letter from Rule 23(b)(3) Class Counsel confirming service of June 28, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/28/2024) | 06/28/2024 |
|  | Electronic Index to Record on Appeal sent to US Court of Appeals. 9335 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 06/28/2024) | 06/28/2024 |
|  | SCHEDULING ORDER: The court will hold a Zoom conference on July 22, 2024 at 4:45 p.m. before Magistrate Judge Marutollo to discuss the issues raised in Class Counsel's status reports pertaining to the law firm Milberg Coleman Bryson Phillips Grossman, LLC (Milberg). See, e.g. Dkt. No. 9306 . Class counsel and an attorney representative from Milberg shall appear at the conference. The Court will email the parties a Zoom link. The public may access the audio of the video conference by dialing toll free number 571-353-2301 and entering meeting code 190170369. Persons granted remote access to proceedings are reminded that photographing, recording, or rebroadcasting of any Court proceeding or communication with the Court is prohibited. Class counsel is directed to serve a copy of this order on Milberg and file proof of service by July 1, 2024. In addition, by July 10, 2024, Class Counsel shall file a letter providing the Court with case law on the Court's authority to assess costs against a non-party. See Dkt. No. 9332 , at 5-8. Milberg may file a letter in response to Class Counsel's letter by July 17, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 6/28/2024. (KAR) Modified on 6/28/2024 (KAR). (Entered: 06/28/2024) | 06/28/2024 |
| 9344 | SUGGESTION OF REMAND re Mirage Wine + Spirits, Inc. v. Apple, Inc., No. 24-CV-4053. For the reasons stated in the attached Suggestion of Remand, the Court suggests that the Judicial Panel on Multidistrict Litigation remand this action to the United States District Court for the Southern District of Illinois. The Clerk of Court is directed to transmit a copy of the attached Suggestion of Remand to the Judicial Panel on Multidistrict Litigation. Ordered by Judge Margo K. Brodie on 7/1/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:24-cv-04053-MKB-JAM (STS, TSR) (Entered: 07/01/2024) | 07/01/2024 |
| 9345 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 07/02/2024) | 07/02/2024 |
|  | ORDER regarding 9345 : Class Counsel's funding request on behalf of Wright on Communications Inc. for services rendered in June 2024 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 7/2/2024. (JAM) (Entered: 07/02/2024) | 07/02/2024 |
| 9352 | JPMDL Conditional Remand Order, The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate. IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s). IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of New York. IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of New York with a stipulation or designation of the contents of the record to be remanded. Associated Cases: 1:05-md-01720-MKB-JAM, 1:24-cv-04053-MKB-JAM (TLH) (Entered: 07/12/2024) | 07/03/2024 |
| 9347 | SUGGESTION OF REMAND re Target Corp. v. Visa Inc., No. 13-CV-5745; 7-Eleven, Inc. v. Visa Inc., No. 13-CV-5746. For the reasons stated in the attached Suggestion of Remand, the Court suggests that the Judicial Panel on Multidistrict Litigation remand these actions to the United States District Court for the Southern District of New York. The Clerk of Court is directed to transmit a copy of the attached Suggestion of Remand to the Judicial Panel on Multidistrict Litigation. Ordered by Judge Margo K. Brodie on 7/8/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-5745-MKB-JAM; 1:13-cv-5746-MKB-JAM (TSR, STS) (Entered: 07/08/2024) | 07/08/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9357 | JPMDL CONDITIONAL REMAND ORDER, The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate. IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s). IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of New York. IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of New York with a stipulation or designation of the contents of the record to be remanded. Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM (TLH) (Entered: 07/18/2024) | 07/09/2024 |
| 9348 | Letter from Rule 23(b)(3) Class Counsel pursuant to Court's June 28, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/10/2024) | 07/10/2024 |
| 9349 | Letter from Rule 23(b)(3) Class Counsel regarding service of ECF 9348 on Milberg Coleman Bryson Phillips Grossman, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/10/2024) | 07/10/2024 |
| 9350 | STIPULATION of Contents of Record to be Remanded by GrubHub Holdings Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (Wilson, James) (Entered: 07/11/2024) | 07/11/2024 |
| 9351 | FINALIZED (CERTIFIED) JPMDL Conditional Remand Order, IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s). Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-06555-MKB-JAM (TLH) (Entered: 07/12/2024) | 07/12/2024 |
| 9353 | STIPULATION re Scheduling Order,,,, [Joint Stipulation Between Rule 23(b)(3) Class Counsel and Milberg Coleman Bryson Phillips Grossman, PLLC Regarding Cost Payment to Class Administrator Epiq] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/12/2024) | 07/12/2024 |
| 9354 | ORDER regarding 9353 - For the reasons set forth in the attached Opinion and Order, the Court declines to sanction Milberg at this time. The Court adjourns the July 22, 2024 conference and Milberg's corresponding July 17, 2024 deadline sine die. Milberg shall file a status report by July 26, 2024 regarding any pending claims submitted to Epiq. Class Counsel shall serve a copy of this order on Milberg by July 15, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 7/13/2024. (JAM) (Modified on 7/13/2024) (JAM). (Entered: 07/13/2024) | 07/13/2024 |
| 9355 | Letter from Rule 23(b)(3) Class Counsel regarding service of ECF 9354 on Milberg Coleman Bryson Phillips Grossman, LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/15/2024) | 07/15/2024 |
| 9359 | FINALIZED JPMDL Conditional Remand Order, IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/theirrespective transferor court(s). Associated Cases: 1:05-md-01720-MKB-JAM, 1:13-cv-05745-MKB-JAM, 1:13-cv-05746-MKB-JAM (TLH) (Entered: 07/22/2024) | 07/17/2024 |
| 9356 | FINALIZED (CERTIFIED) JPMDL Conditional Remand Order, IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s). Associated Cases: 1:05-md-01720-MKB-JAM, 1:24-cv-04053-MKB-JAM (TLH) (Entered: 07/18/2024) | 07/18/2024 |
| 9358 | Letter MOTION to Stay May 28, 2024 Order by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC. (Burt, Thomas) (Entered: 07/19/2024) | 07/19/2024 |
| 9360 | STIPULATION of Contents of Record to be Remanded by All Plaintiffs in 13 CV 5745 (Wilson, James) (Entered: 07/23/2024) | 07/23/2024 |
| 9361 | RESPONSE in Opposition re 9358 Letter MOTION to Stay May 28, 2024 Order filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 07/25/2024) | 07/25/2024 |
| 9362 | Letter re Interchange Trial Schedule by Equitable Relief Class Plaintiffs (Shadowen, Steve) (Entered: 07/26/2024) | 07/26/2024 |
| 9363 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/26/2024) | 07/26/2024 |
| 9364 | Letter regarding Defendants' joinder in Rule 23(b)(3) Class Counsel's Opposition to Motion to Stay May 28, 2024 Order [Dkt.9361] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 07/26/2024) | 07/26/2024 |
| | Order: The Court is in receipt of the Fed. R. Civ. P. 23(b)(3) class counsel's monthly report regarding third-party entities, dated July 26, 2024. 9363 . With respect to the issue raised regarding the National Processing Alliance Inc. ( 9363 , at 2-3), Class Counsel shall file a proposed order to show cause regarding this entity by July 30, 2024 at 5 p.m. Class Counsel shall also file a letter by the same date and time with any additional information known about this entity and the allegations set forth in the status report, including National Processing Alliance Inc.'s contact information. Class Counsel shall file its next monthly report by August 27, 2024. Milberg shall file a status report by August 27, 2024 regarding any pending claims submitted to Epiq. The status report shall be made part of Class Counsel's August 27, 2024 status report filing. Class Counsel shall serve a copy of this order on Milberg by July 29, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 7/26/2024. (KAR) (Entered: 07/26/2024) | 07/26/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9365 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's July 26, 2024 text-only Order on Milberg Coleman Bryson Phillips Grossman by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/29/2024) | 07/29/2024 |
| 9366 | STIPULATION of Dismissal with Prejudice by Airbnb Payments, Inc., Airbnb, Inc., Hotel Tonight LLC Associated Cases: 1:05-md-01720-MKB-JAM, 1:24-cv-05251-MKB-JAM (Greenwald, Marc) (Entered: 07/29/2024) | 07/29/2024 |
| 9367 | Letter re: service of motion papers by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 07/29/2024) | 07/29/2024 |
| 9368 | STIPULATION AND ORDER of Dismissal with Prejudice as to all claims by Plaintiffs Airbnb, Inc., Airbnb Payments, Inc. and Hotel Tonight, LLC against Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively, "Defendants") in Airbnb, Inc., et al. v. Visa, Inc., et al., No. 1:24-cv-5251 (E.D.N.Y.). Ordered by Judge Margo K. Brodie on 7/29/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:24-cv-05251-MKB-JAM (TSR) (Entered: 07/29/2024) | 07/29/2024 |
| 9369 | Letter from Rule 23(b)(3) Class Counsel regarding National Processing Alliance Inc. pursuant to the Court's July 26, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) (Bernay, Alexandra) (Entered: 07/30/2024) | 07/30/2024 |
| 9370 | Letter Re Defendants' Motion for Injunction by Block, Inc., Intuit Inc., Intuit Payment Solutions, LLC (Attachments: # 1 Exhibit A) (Wolfson, Adam) (Entered: 07/30/2024) | 07/30/2024 |
| 9371 | Letter Re Defendants' Motion for Injunction [REDACTED] by Block, Inc., Intuit Inc., Intuit Payment Solutions, LLC (Attachments: # 1 Exhibit A) (Wolfson, Adam) (Entered: 07/30/2024) | 07/30/2024 |
| | ORDER re: 9367 Defendants' letter re: service of motion papers, and 9370 Square and Intuit's letter re: Defendants' motion for injunction. Having reviewed Defendants' memorandum of law (attached as Exhibit A to Intuit's letter), Defendants are ordered to comply with Rule 3.A of the Court's Individual Practices and Rules and shall file a letter not to exceed three pages in length setting forth the basis for the anticipated motion. Ordered by Judge Margo K. Brodie on 7/31/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:21-cv-02360-MKB-JAM, 1:21-cv-03401-MKB-JAM, 1:23-cv-05377-MKB-JAM (TSR) (Entered: 07/31/2024) | 07/31/2024 |
| 9372 | ORDER re 9369 . Class Counsel and the National Processing Alliance Inc. ("NPA") are ORDERED to comply with the attached Order to Show Cause. Ordered by Magistrate Judge Joseph A. Marutollo on 8/1/2024. (KAR) (Entered: 08/01/2024) | 08/01/2024 |
| 9373 | Letter from Rule 23(b)(3) Class Counsel regarding service of ECF 9372 on National Processing Alliance Inc. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/02/2024) | 08/02/2024 |
| 9374 | Letter regarding proposed Motion for Injunction Compelling Dismissal of Released Claims and for an Interim Stay by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 08/02/2024) | 08/02/2024 |
| 9375 | Letter Requesting the Court Delay Scheduling a Trial in the Equitable Relief Class Action by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Shinder, Jeffrey) (Entered: 08/02/2024) | 08/02/2024 |
| 9376 | Letter re. response to letter seeking permission to file motion for an injunction (ECF No. 9374) by 803 Kava LLC, Camp Grounds Coffee, LLC, CryoServices, Inc., Dell Fox Jewelry LLC, Hayley Lanning, Maureen Roxberry, SBG Designs, LLC, Shen Shu Acupuncture, PLLC (Rifkin, Mark) (Entered: 08/05/2024) | 08/05/2024 |
| 9377 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Special Master's retainer invoice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - JAMS Retainer) (Bernay, Alexandra) (Entered: 08/05/2024) | 08/05/2024 |
| 9378 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 08/05/2024) | 08/05/2024 |
| 9379 | Letter Responding to Request that the Court Delay Scheduling a Trial by Equitable Relief Class Plaintiffs (Shadowen, Steve) (Entered: 08/05/2024) | 08/05/2024 |
| | ORDER re 9377 . Class Counsel's funding request to JAMS is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 8/5/2024. (KAR) (Entered: 08/05/2024) | 08/05/2024 |
| | ORDER re 9378 . Class Counsel's funding request on behalf of Wright on Communications Inc. for services rendered in July 2024 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 8/5/2024. (KAR) (Entered: 08/05/2024) | 08/05/2024 |
| 9380 | Letter from Rule 23(b)(3) Class Counsel regarding extension of claims-filing deadline by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1 - Declaration of Loree Kovach Regarding Claim Deadline) (Bernay, Alexandra) (Entered: 08/06/2024) | 08/06/2024 |
| 9381 | Letter from James P. Sammon on behalf client Jenne Corp & Jenne Inc. to Judge Brodie re: In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, issue with claims administration process. See attached letter for details. (JP) (Entered: 08/07/2024) | 08/07/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9382 | Letter in response to ECF 9374 re Defendants' proposed Motion for Injunction by Block, Inc., Intuit Inc., Intuit Payment Solutions, LLC (Wolfson, Adam) (Entered: 08/07/2024) | 08/07/2024 |
| 9383 | Letter Response to Rule 23(b)(3) Class Counsel's August 6, 2024 letter (ECF 9380) Requesting Use of Square's Opt-Out Data by Block, Inc. (Greenwald, Marc) (Entered: 08/08/2024) | 08/08/2024 |
| 9384 | MEMORANDUM AND ORDER re 9358 Motion to Stay in case 1:05-md-01720-MKB-JAM. For the reasons stated in the attached Memorandum and Order, the Court finds that a stay is unwarranted and denies Lanning Plaintiffs' motion. Class Counsel is directed to establish and fund a trust account with settlement funds owed to merchants who used the services of payment facilitators such as Square and Intuit, pending the Second Circuit's resolution of the appeal. Ordered by Judge Margo K. Brodie on 8/8/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:21-cv-02360-MKB-JAM, 1:21-cv-03401-MKB-JAM, 1:23-cv-05377-MKB-JAM (STS, TSR) (Entered: 08/08/2024) | 08/08/2024 |
| | ORDER re: 9380 Letter from Rule 23(b)(3) Class Counsel requesting extension of claims-filing deadline. The Court grants in part and denies in part Class Counsel's requests. The Court grants the requested 180-day extension of the claims-filing deadline and extends the deadline to Tuesday, February 4, 2025. The Court denies as moot Class Counsel's request for the Court to order Square to permit Epiq to use its data. (See 9383 Letter Response to Rule 23(b)(3) Class Counsel's August 6, 2024 Letter Requesting Use of Square's Opt-Out Data.) The Court denies without prejudice Class Counsel's request for a $25 minimum payment option. Class Counsel may renew their application prior to the February 4, 2025 claims-filing deadline, providing, inter alia, relevant authorities for the Court to order such a modification of the Settlement Agreement. Ordered by Judge Margo K. Brodie on 8/8/2024. (TSR, STS) (Entered: 08/08/2024) | 08/08/2024 |
| | ORDER: Class Counsel is ordered to appear for a virtual status conference on August 13, 2024 at 5:30 p.m. ET before Magistrate Judge Joseph A. Marutollo. Class Counsel shall come prepared to discuss the issues raised by individual class members in Dkt. Nos. 9286 , 9319 , and 9381 , which concern Epiq and the claims administration process. Class counsel can access the Zoom by https://nyed.zoomgov.com/j/1604566930?pwd=BbRSqG6vRSu1SbPV6VCCaWDWC7lCui.1 (Meeting ID: 160 456 6930; Passcode: 184248). Ordered by Magistrate Judge Joseph A. Marutollo on 8/8/2024. (KAR) (Entered: 08/08/2024) | 08/08/2024 |
| 9385 | Letter re: Response to the 7-Eleven Plaintiffs' 8/2/24 Letter 9375 by Mastercard Incorporated, Mastercard International Incorporated (Gallo, Kenneth) (Entered: 08/09/2024) | 08/09/2024 |
| 9386 | Letter from Bernadette Harper to Chief Judge Brodie re: "..my claim for the Interchange Fees for Master Card and VISA, according to the Claims Administrator; they cannot send me a claim form because they do not know which is my EIN number out of thousands they have received." See attached letter for details. (JP) (Entered: 08/12/2024) | 08/12/2024 |
| 9387 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Status Report to the Court's August 1, 2024 Order to Show Cause] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/12/2024) | 08/12/2024 |
| | ORDER: Class Counsel is directed to inform, via email if possible, the parties or attorneys representing the entities identified in the letters filed at Dkt. Nos. 9286, 9319, 9381, and 9386 of the August 13, 2024 virtual status conference. Class Counsel shall provide these parties or entities with the following Zoom link: https://nyed.zoomgov.com/j/1604566930?pwd=BbRSqG6vRSu1SbPV6VCCaWDWC7lCui.1 (Meeting ID: 160 456 6930; Passcode: 184248). Ordered by Magistrate Judge Joseph A. Marutollo on 8/12/2024. (JAM) (Entered: 08/12/2024) | 08/12/2024 |
| 9388 | Letter from Rule 23(b)(3) Class Counsel with additional information regarding the Order to Show Cause as to National Processing Alliance Inc. by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 08/13/2024) | 08/13/2024 |
| | Minute Entry for Proceedings held before Magistrate Judge Joseph A. Marutollo: A status conference was held on Zoom on August 13, 2024. Class Counsel Alexandra Bernay, Michael Kane, and Ryan Marth appeared, along with other interested parties and counsel for represented parties.Discussions were held regarding the issues raised in Dkt. Nos. 9286 , 9319 , 9363 , 9381 , 9386 , 9387 , and 9388 . Class Counsel confirmed that the issues raised in Dkt. Nos. 9286 and 9319 have been resolved. Regarding the issues identified with National Processing Alliance ("NPA") in Dkt. Nos. 9363 , 9387 , and 9388 , Class Counsel shall, by August 16, 2024, file a letter that addresses the Court's authority to (1) order NPA to provide written notice to class members who have retained NPAs services that they may cancel any contract entered into with NPA for claims-filing or other services related to the current litigation; and (2) bar NPA from taking any further role in this settlement. As set forth in previous orders, Class Counsel's next monthly status report shall be filed on August 27, 2024. That status report shall include an update on the issues raised by Ms. Bernadette Harper in Dkt. No. 9386 and Mr. James P. Sammon in Dkt. No. 9381 . Class Counsel shall give Mr. Sammon an opportunity to provide his input in the joint status report. Class Counsel shall serve Mr. Sammon and Ms. Harper with a copy of this order.As discussed on the record, the Court is committed to protecting the integrity of the settlement and claims' submission process. Going forward, Class Counsel's monthly status report shall address any letters received by the Court regarding the settlement or claims' submission process; however, Class Counsel shall promptly raise matters of urgent concern, including any claims of potentially fraudulent activity. Ordered by Magistrate Judge Joseph A. Marutollo on 8/13/2024. (FTR Log #5:30-6:20) (KAR) (Entered: 08/13/2024) | 08/13/2024 |
| 9389 | TRANSCRIPT of Proceedings held on August 13, 2024, before Judge Marutollo. Court Transcriber: Abba Reporting. Email address: abbareporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/5/2024. Redacted Transcript Deadline set for 9/16/2024. Release of Transcript Restriction set for 11/13/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:19-cv-04616-MKB-JAM (RC) (Entered: 08/15/2024) | 08/15/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9390 | Letter from Rule 23(b)(3) Class Counsel providing authority regarding the Court's power to sanction third parties by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/16/2024) | 08/16/2024 |
| 9391 | Letter from Rule 23(b)(3) Class Counsel regarding Brownstone Recovery Group by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) (Bernay, Alexandra) (Entered: 08/19/2024) | 08/19/2024 |
| 9392 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 6/13/24, for hearing type Settlement Hearing, before Judge Brodie. Court Reporter/Transcriber Kristi Cruz, Telephone number 718-613-2676. Email address: kristi.edny@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 9/10/2024. Redacted Transcript Deadline set for 9/20/2024. Release of Transcript Restriction set for 11/18/2024. (Cruz, Kristi) (Entered: 08/20/2024) | 08/20/2024 |
| 9393 | MOTION to Intervene by Optium Capital LLC. (Attachments: # 1 Memorandum in Support Motion to Intervene) (Sasse, Daniel) (Entered: 08/20/2024) | 08/20/2024 |
| 9394 | MOTION for Preliminary Injunction by Optium Capital LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Daniel A. Sasse, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D) (Sasse, Daniel) (Entered: 08/20/2024) | 08/20/2024 |
| 9395 | ORDER re 9391 . Class Counsel and Polly Bauer are ORDERED to comply with the attached Order to Show Cause. Ordered by Magistrate Judge Joseph A. Marutollo on 8/20/2024. (KAR) (Entered: 08/20/2024) | 08/20/2024 |
| 9396 | Letter from Rule 23(b)(3) Class Counsel regarding service of ECF 9395 on Polly Bauer and Brownstone Recovery Group by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/20/2024) | 08/20/2024 |
| | ORDER REFERRING MOTION: 9393 Motion to Intervene by Optium Capital LLC. The motion is respectfully referred to Magistrate Judge Joseph A. Marutollo. Ordered by Judge Margo K. Brodie on 8/22/2024. (STS) (Entered: 08/22/2024) | 08/22/2024 |
| | ORDER REFERRING MOTION: 9394 Motion for Preliminary Injunction by Optium Capital LLC. The motion is respectfully referred to Magistrate Judge Joseph A. Marutollo. Ordered by Judge Margo K. Brodie on 8/22/2024. (STS) (Entered: 08/22/2024) | 08/22/2024 |
| | ORDER re 9393 and 9394 . Any party that wishes to be heard on Optium's Motion to Intervene 9393 may submit a response by September 16, 2024. If a response is filed, Optium is permitted to file a reply by September 23, 2024.Optium is ordered to serve a copy of its Motion for a Preliminary Injunction 9394 and this order on Cascade Settlement Services LLC by August 26, 2024. Cascade shall file a response to 9394 by September 16, 2024. If any other party wishes to be heard on 9394 , they too shall file a response by September 16, 2024. Optium shall file a reply by September 23, 2024. The Court will hold oral argument on 9393 and 9394 on October 1, 2024 at 2:30 p.m. EST via Zoom. The parties may access the Zoom using the following link: https://nyed.zoomgov.com/j/1604895200?pwd=5xFG0WvbRLyzNyuNCVIzFE5daa9xcB.1. Ordered by Magistrate Judge Joseph A. Marutollo on 8/22/2024. Associated Cases: 1:05-md-01720-MKB-JAM et al. (EG) (Entered: 08/22/2024) | 08/22/2024 |
| 9397 | CERTIFICATE OF SERVICE by Optium Capital LLC re Scheduling Order,,,, 9394 MOTION for Preliminary Injunction (Sasse, Daniel) (Entered: 08/23/2024) | 08/23/2024 |
| 9398 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 08/23/2024) | 08/23/2024 |
| | ORDER: Per Class Counsel's letter (Dkt. No. 9390 ), National Processing Alliance Inc. ("NPA") "agrees to provide Class Counsel with a list of merchants that signed up for claims-filing services with them and provide those merchants notice that they may cancel their contract with NPA and file their own claims." Because this was the relief sought by Class Counsel, the Order to Show Cause (Dkt. No. 9372 ) is now moot. Class Counsel's next monthly status report, due on August 27, 2024, shall include an update on the resolution of the issues raised in Dkt. No. 9369 . Ordered by Magistrate Judge Joseph A. Marutollo on 8/23/2024. (EG) (Entered: 08/23/2024) | 08/23/2024 |
| | ORDER - With respect to 9398 , Class Counsel shall file, by August 28, 2024, more information and/or documentation from Epiq to support the request for pre-payment of fees for the printing and mailing of Claim Forms approved by the Court on August 8, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 8/23/2024. (JAM) (Entered: 08/23/2024) | 08/23/2024 |
| 9399 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/27/2024) | 08/27/2024 |
| 9400 | Letter from Rule 23(b)(3) Class Counsel requesting additional information in support of pre-payment of fees for printing and mailing claim forms by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Declaration) (Marth, Ryan) (Entered: 08/28/2024) | 08/28/2024 |
| | ORDER regarding Dkt. No. 9399 . Based on Class Counsel's representations, it appears that the issues with Brownstown Recovery Group and Polly Bauer are in the process of being resolved. Class Counsel shall promptly alert the Court if the parties are unable to reach a resolution. Additionally, by September 4, 2024, Class Counsel shall file a proposed order to show cause against Certificate Clearing Corporation and a second proposed order to show cause against National Processing Alliance. Class Counsel's next monthly status report shall be filed by September 27, 2024.Ordered by Magistrate Judge Joseph A. Marutollo on 8/28/2024. (JAM) (Entered: 08/28/2024) | 08/28/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
|  | ORDER - Class Counsel's funding request set forth at 9398 is approved in light of the filing at 9400 .Ordered by Magistrate Judge Joseph A. Marutollo on 8/28/2024. (JAM) (Entered: 08/28/2024) | 08/28/2024 |
| 9401 | Letter dated August 30, 2024 from Rule 23(b)(3) Counsel requesting approval of the 2024 3rd Qtr Estimated Tax Payment(s) for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 08/30/2024) | 08/30/2024 |
|  | ORDER regarding 9401 - Class Counsel's estimated tax payment request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 8/30/2024. (JAM) (Entered: 08/30/2024) | 08/30/2024 |
| 9402 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 09/03/2024) | 09/03/2024 |
| 9403 | ORDER REVISING 8883 ORDER Appointing Special Master. In accordance with the attached Revised Order, the Clerk of Court is directed to establish a master miscellaneous docket (In re MDL 1720 damages class settlement disputes, No. 24-MC-XXXX (E.D.N.Y.)) for disputes over claims made to the Net Cash Settlement Fund as well as any other matters the Court refers to the Special Master. In addition, upon receipt of a report and recommendation from the Special Master, the Clerk of Court shall establish a dispute-specific miscellaneous docket (e.g., In re MDL 1720 damages class settlement dispute no. [X], No. 24-MC-XXXX (E.D.N.Y.)), to which the relevant entities will be added as parties, and on which the Clerk of Court shall file the underlying report and recommendation. Ordered by Judge Margo K. Brodie on 9/3/2024. (STS) (Entered: 09/03/2024) | 09/03/2024 |
|  | ORDER re 9402 . Class Counsel's funding request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 9/3/2024. (EG) (Entered: 09/03/2024) | 09/03/2024 |
| 9404 | Letter from Rule 23(b)(3) Class Counsel regarding Certificate Clearing Corporation pursuant to Court's August 28, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 09/04/2024) | 09/04/2024 |
| 9405 | Letter from Rule 23(b)(3) Class Counsel regarding National Processing Alliance Inc. pursuant to Court's August 28, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 09/04/2024) | 09/04/2024 |
|  | SCHEDULING ORDER: The start time for the oral argument in connection with Optium's Motion to Intervene is now 12:00 p.m. EST on October 1, 2024. All Zoom log-in information remains the same. Ordered by Magistrate Judge Joseph A. Marutollo on 9/4/2024. (JAM) (Entered: 09/04/2024) | 09/04/2024 |
| 9406 | MEMORANDUM AND ORDER re 9156 Old Jericho Plaintiffs' Motion for Partial Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court finds that Old Jericho Plaintiffs "accepted" payment cards within the meaning of the Settlement Agreement, and that Old Jericho Plaintiffs are bound by the 2019 Rule 23(b)(3) Class Settlement's Release. Accordingly, the Court denies Old Jericho Plaintiffs' motion for partial summary judgment. The parties are directed to confer and submit proposed redactions on or before Tuesday, September 10, 2024. In addition, the parties are directed to explain why such redactions are warranted. Ordered by Judge Margo K. Brodie on 9/5/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (STS, TSR) (Entered: 09/05/2024) | 09/05/2024 |
| 9407 | Letter from Rule 23(b)(3) Class Counsel regarding Betz & Baril, Certainty Management, and LenCred by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order) (Bernay, Alexandra) (Entered: 09/05/2024) | 09/05/2024 |
| 9408 | ORDER TO SHOW CAUSE - As set forth in the attached, Betz & Baril, Certainty Management, and LenCred shall respond to the Court's Order to Show Cause by September 16, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 9/7/2024. (JAM) (Entered: 09/07/2024) | 09/07/2024 |
| 9409 | ORDER TO SHOW CAUSE - As set forth in the attached, Certificate Clearing Corporation shall respond to the Court's Order to Show Cause by September 16, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 9/7/2024. (JAM) (Entered: 09/07/2024) | 09/07/2024 |
| 9410 | ORDER TO SHOW CAUSE - As set forth in the attached, National Processing Alliance Inc., and its principal, Thomas Fuhrman, shall respond to the Court's Order to Show Cause by September 16, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 9/7/2024. (JAM) Modified on 9/25/2024 (AM). (Entered: 09/07/2024) | 09/07/2024 |
| 9411 | Letter from Rule 23(b)(3) Class Counsel regarding service of ECFs 9408, 9409, and 9410 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/09/2024) | 09/09/2024 |
| 9412 | Letter from Rule 23(b)(3) Class Counsel enclosing LenCred's request for an extension to respond to Court's Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment - September 9, 2024 Letter from LenCred Founder & CEO, Thomas Gazaway) (Bernay, Alexandra) (Entered: 09/10/2024) | 09/10/2024 |
| 9413 | Letter from Rule 23(b)(3) Class Counsel enclosing Betz & Baril's request for an extension to respond to Court's Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment - September 10, 2024 Letter from Betz & Baril Founder, Jason Baril) (Bernay, Alexandra) (Entered: 09/10/2024) | 09/10/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9414 | Letter from Rule 23(b)(3) Class Counsel enclosing Certainty Management's request for an extension to respond to Court's Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment - September 10, 2024 Letter from Certainty Management Founder and CEO, Patrick Laing) (Bernay, Alexandra) (Entered: 09/10/2024) | 09/10/2024 |
| 9415 | Letter to The Honorable Margo K. Brodie regarding proposed redactions of Memorandum and Order by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Attachments: # 1 Proposed Redactions) (Bateman, Christopher) (Entered: 09/10/2024) | 09/10/2024 |
| | ORDER re 9412 and 9413. The deadline for Betz & Baril and LenCred to respond to the Order to Show Cause (Dkt. No. 9408) is extended to September 23, 2024. Class Counsel shall serve a copy of this order on Betz & Baril and LenCred. Ordered by Magistrate Judge Joseph A. Marutollo on 9/10/2024. (EG) (Entered: 09/10/2024) | 09/10/2024 |
| | ORDER re: 9414 . The deadline for Certainty Management to respond to the Order to Show Cause (Dkt. No. 9408) is extended to September 23, 2024. Class Counsel shall serve a copy of this order on Certainty Management. Ordered by Magistrate Judge Joseph A. Marutollo on 9/10/2024. (JAM) (Entered: 09/10/2024) | 09/10/2024 |
| | ORDER re: 9415 Old Jericho Plaintiffs' letter re: proposed redactions to 9406 Memorandum and Order filed under seal. The parties are directed to re-file proposed redactions on or before Monday, September 16, 2024. Counsel is directed to communicate this deadline to the third parties referenced in Old Jericho Plaintiffs' letter. Ordered by Judge Margo K. Brodie on 9/11/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (TSR) (Entered: 09/11/2024) | 09/11/2024 |
| 9416 | Letter from Rule 23(b)(3) Class Counsel regarding additional information on Betz & Baril and Certainty Management by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - transcript of video) (Bernay, Alexandra) (Entered: 09/12/2024) | 09/12/2024 |
| | Order - Per 9416 , Betz & Baril and Certainty Management are ordered to remove -- from their website or any website of which they have control -- the video referenced at Dkt. No. [9416-1] by September 13, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 9/12/2024. (KAR) (Entered: 09/12/2024) | 09/12/2024 |
| 9417 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-18277971 by Cascade Settlement Services LLC. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Proposed Order) (Nassiri, Kassra) (Entered: 09/13/2024) | 09/13/2024 |
| 9418 | NOTICE of Appearance by Kassra Nassiri on behalf of Cascade Settlement Services LLC (notification declined or already on case) (Nassiri, Kassra) (Entered: 09/13/2024) | 09/13/2024 |
| | ORDER granting 9417 Motion to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 9/13/2024. (EG) (Entered: 09/13/2024) | 09/13/2024 |
| 9419 | Letter from Rule 23(b)(3) Class Counsel providing the response from Certificate Clearing Corporation pursuant to ECF 9409 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 09/16/2024) | 09/16/2024 |
| 9420 | Letter from Rule 23(b)(3) Class Counsel enclosing the response from National Processing Alliance pursuant to ECF 9410 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 09/16/2024) | 09/16/2024 |
| 9421 | NOTICE of Appearance by Anthony M Capozzolo on behalf of Cascade Settlement Services LLC (aty to be noticed) (Capozzolo, Anthony) (Entered: 09/16/2024) | 09/16/2024 |
| 9422 | RESPONSE in Opposition re 9394 MOTION for Preliminary Injunction filed by Cascade Settlement Services LLC. (Attachments: # 1 Declaration Kassra P. Nassiri, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I) (Nassiri, Kassra) (Entered: 09/16/2024) | 09/16/2024 |
| 9423 | RESPONSE in Opposition re 9393 MOTION to Intervene filed by Cascade Settlement Services LLC. (Capozzolo, Anthony) (Entered: 09/16/2024) | 09/16/2024 |
| 9424 | Letter to The Honorable Margo K. Brodie regarding proposed redactions of Memorandum and Order by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 09/17/2024) | 09/17/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9425 | MEMORANDUM AND OPINION (previously filed under seal as 9406 ) re 9156 Old Jericho Plaintiffs' Motion for Partial Summary Judgment. For the reasons stated in the attached Memorandum and Order, the Court finds that Old Jericho Plaintiffs "accepted" payment cards within the meaning of the Settlement Agreement, and that Old Jericho Plaintiffs are bound by the 2019 Rule 23(b) (3) Class Settlement's Release. Accordingly, the Court denies Old Jericho Plaintiffs' motion for partial summary judgment. Ordered by Judge Margo K. Brodie on 9/05/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (RLS, TSR, STS) (Entered: 09/18/2024) | 09/18/2024 |
| 9426 | Letter from Rule 23(b)(3) Class Counsel re courtesy filing on behalf of Betz & Baril requesting additional time to respond to the Court's Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 09/18/2024) | 09/18/2024 |
|  | Order regarding 9426 - Betz & Baril shall respond to the Court's order by September 26, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 9/18/2024. (KAR) Modified on 9/18/2024 (KAR). (Entered: 09/18/2024) | 09/18/2024 |
| 9427 | Letter from Rule 23(b)(3) Class Counsel re courtesy filing on behalf of LenCred requesting additional time to respond to the Court's Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 09/20/2024) | 09/20/2024 |
| 9428 | Letter Rule 23(b)(3) Class Counsel re courtesy filing on behalf of Certainty Management requesting additional time to respond to the Court's Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 09/20/2024) | 09/20/2024 |
| 9433 | Letter MOTION to Compel the Court's Administration re: obtaining/issuing Mr. Robert Jay Davis' settlement check, filed by Robert Jay Davis. (w/Envelope attached). (SG) (Entered: 09/26/2024) | 09/20/2024 |
|  | SCHEDULING ORDER: re 9427 9428 - Certainty Management and LenCred shall respond to the Order to Show Cause by September 26, 2024. There will be no further extensions. Ordered by Magistrate Judge Joseph A. Marutollo on 9/20/2024. (JAM) (Entered: 09/20/2024) | 09/20/2024 |
| 9429 | REPLY in Support re 9393 MOTION to Intervene filed by Optium Capital LLC. (Sasse, Daniel) (Entered: 09/23/2024) | 09/23/2024 |
| 9430 | REPLY in Support re 9394 MOTION for Preliminary Injunction filed by Optium Capital LLC. (Attachments: # 1 Declaration of Daniel A. Sasse, # 2 Exhibit A to Sasse Declaration, # 3 Exhibit B to Sasse Declaration, # 4 Exhibit C to Sasse Declaration, # 5 Declaration of Tim Walker, # 6 Exhibit A to Walker Declaration, # 7 Exhibit B to Walker Declaration, # 8 Declaration of Kindel Nuno, # 9 Exhibit A to Nuno Declaration, # 10 Exhibit B to Nuno Declaration, # 11 Exhibit C to Nuno Declaration, # 12 Declaration of Eugene Chang, # 13 Exhibit A to Chang Declaration, # 14 Exhibit B to Chang Declaration) (Sasse, Daniel) (Entered: 09/23/2024) | 09/23/2024 |
| 9431 | SUA SPONTE REPORT AND RECOMMENDATION: For the reasons stated in the attached Report and Recommendation, the Court respectfully recommends that Chief Judge Brodie GRANT the relief set forth in the Court's September 7, 2024 Order to Show Cause (Dkt. No. 9410 ). Class Counsel is directed to serve a copy of this Order on National Processing Alliance by September 26, 2024 and file proof of service on the same date. Ordered by Magistrate Judge Joseph A. Marutollo on 9/25/2024. (EG) (Entered: 09/25/2024) | 09/25/2024 |
| 9432 | Letter from Rule 23(b)(3) Class Counsel regarding service of ECF 9431 on National Processing Alliance by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/25/2024) | 09/25/2024 |
| 9434 | RESPONSE to Motion re 9394 MOTION for Preliminary Injunction filed by Claims Compensation Bureau, LLC. (Graifman, Brian) (Entered: 09/26/2024) | 09/26/2024 |
| 9435 | Letter from Rule 23(b)(3) Class Counsel regarding Robert Jay Davis's letter (ECF 9433) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/26/2024) | 09/26/2024 |
| 9436 | Letter from Rule 23(b)(3) Class Counsel re courtesy filing on behalf of Certainty Management re response to Order to Show Cause (ECF 9408) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 09/26/2024) | 09/26/2024 |
| 9437 | Letter from Rule 23(b)(3) Class Counsel re courtesy filing on behalf of LenCred re response to Order to Show Cause (ECF 9408) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 09/26/2024) | 09/26/2024 |
| 9438 | Letter MOTION for Order to Show Cause /Letter Opposition to Order to Show Cause by Betz & Baril. (Attachments: # 1 Exhibit Ex A - Email from Happy Class Member, # 2 Exhibit Ex B - Betz & Baril Standard Class Member Engagement Letter Agreement, # 3 Exhibit Ex C - Betz & Baril Class Member list from Certainty, # 4 Exhibit Ex D - Proposed Letter to Clients, # 5 Exhibit Ex E - Betz & Baril Master Class Action Member List) (DeCristofaro, James) (Entered: 09/26/2024) | 09/26/2024 |
| 9439 | MOTION for Leave to File Document by Cascade Settlement Services LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit A) (Nassiri, Kassra) (Entered: 09/26/2024) | 09/26/2024 |
| 9440 | RESPONSE to Motion re 9394 MOTION for Preliminary Injunction addressed to MJ Marutollo filed by Claims Compensation Bureau, LLC. (Graifman, Brian) (Entered: 09/26/2024) | 09/26/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER granting 9439 - The Court permits non-party Cascade Settlement Services LLC to file its four-page sur-reply in opposition to nonparty Optium Capital LLC's Motion for a Preliminary Injunction. Ordered by Magistrate Judge Joseph A. Marutollo on 9/26/2024. (JAM) (Entered: 09/26/2024) | 09/26/2024 |
| | ORDER denying 9438 as improperly docketed. By September 27, 2024, Betz & Baril shall re-file its response to the September 7, 2024 Order to Show Cause as a "letter" on the docket, not as a "motion." Betz & Baril shall also re-file the attached exhibits.Ordered by Magistrate Judge Joseph A. Marutollo on 9/26/2024. (JAM) (Entered: 09/26/2024) | 09/26/2024 |
| | ORDER: In light of the representations in Class Counsel's letter (Dkt. No. 9435 ), including that the movant, Mr. Davis, has been provided with information about the claims submissions process, the February 4, 2025 claims filing deadline, and the proof of authority requirements for submitting a claim, the motion to compel (Dkt. No. 9433 ) is DENIED without prejudice to renew. Mr. Davis is reminded that information about the settlement and claims filing process can also be found on the official Court-authorized settlement website, www.paymentcardsettlement.com.Class Counsel shall serve a copy of this order on Mr. Davis and file proof of service by September 27, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 9/26/2024. (JAM) (Entered: 09/26/2024) | 09/26/2024 |
| 9441 | MOTION for Leave to File Document Old Jericho Plaintiffs' Motion for Entry of Judgment by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc.. (Attachments: # 1 Memorandum in Support of Motion for Entry of Judgment) (Bateman, Christopher) (Entered: 09/27/2024) | 09/27/2024 |
| 9442 | Letter to The Honorable Margo K. Brodie Regarding Settlement Trust Account by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Bateman, Christopher) (Entered: 09/27/2024) | 09/27/2024 |
| 9443 | REPLY in Opposition re 9394 MOTION for Preliminary Injunction Sur-Reply filed by Cascade Settlement Services LLC. (Attachments: # 1 Exhibit A) (Nassiri, Kassra) (Entered: 09/27/2024) | 09/27/2024 |
| 9444 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/27/2024) | 09/27/2024 |
| 9445 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's September 26, 2024 Order and related documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 09/27/2024) | 09/27/2024 |
| 9446 | REPLY to Response to Motion re 9394 MOTION for Preliminary Injunction filed by Optium Capital LLC. (Sasse, Daniel) (Entered: 09/27/2024) | 09/27/2024 |
| | Order re 9441 Old Jericho Plaintiffs' Motion for Entry of Judgment; 9442 Letter requesting approval of a trust account. The Court directs Old Jericho Plaintiffs to submit a proposed order for 9441 Old Jericho Plaintiffs' Motion for Entry of Judgment. Old Jericho Plaintiffs are further directed to a submit proposed order for 9442 Old Jericho Plaintiffs' request the Court approve a trust account for Old Jericho Plaintiffs. Ordered by Judge Margo K. Brodie on 9/27/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (TSR, RLS) (Entered: 09/27/2024) | 09/27/2024 |
| 9447 | Letter Opposition to Order to Show Cause by Betz & Baril (Attachments: # 1 Exhibit Ex A - Email from Happy Class Member, # 2 Exhibit Ex B - Betz & Baril Standard Class Member Engagement Letter Agreement, # 3 Exhibit Ex C - Betz & Baril Class Member list from Certainty, # 4 Exhibit Ex D - Proposed Letter to Clients, # 5 Exhibit Ex E - Betz & Baril Master Class Action Member List) (DeCristofaro, James) (Entered: 09/30/2024) | 09/30/2024 |
| 9448 | Letter to The Honorable Margo K. Brodie Regarding Proposed Orders for ECF Nos. 9441 & 9442 by 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Old Jericho Enterprise, Inc., Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc. (Attachments: # 1 Proposed Order Granting Motion for Entry of Judgment, # 2 Proposed Order Granting Approval of Settlement Trust Account) (Bateman, Christopher) (Entered: 09/30/2024) | 09/30/2024 |
| | ORDER finding as moot 9433 in light of the Court's September 26, 2024 Order. Ordered by Magistrate Judge Joseph A. Marutollo on 9/30/2024. (JAM) (Entered: 09/30/2024) | 09/30/2024 |
| 9449 | ORDER granting 9441 Old Jericho Plaintiffs' Motion for Entry of Judgment. Ordered by Judge Margo K. Brodie on 10/1/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (RLS) (Entered: 10/01/2024) | 10/01/2024 |
| 9450 | ORDER re 9442 Letter requesting approval of a trust account. Old Jericho Plaintiffs' Motion for the creation of a settlement trust is granted. Ordered by Judge Margo K. Brodie on 10/1/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 2:20-cv-02394-MKB-JAM (RLS) (Entered: 10/01/2024) | 10/01/2024 |
| 9451 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 10/01/2024) | 10/01/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9452 | Letter dated October 1, 2024 from Rule 23(b)(3) Class Counsel regarding class member request to withdraw opt out by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Kane, Michael) (Entered: 10/01/2024) | 10/01/2024 |
| | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: Oral argument was held on October 1, 2024 on Optium's Motion to Intervene (Dkt. No. 9393 ) and Optium's Motion for a Preliminary Injunction (Dkt. No. 9394 ). Counsel for the parties appeared via Zoom. The Court reserved judgment, and a written report and recommendation will follow. As discussed at the conference, the parties are ordered to request an expedited transcript of the conference and provide it to the judge who is presiding over the parties' case pending in the Northern District of California. (ZoomGov Log #12:03-1:06.) (EG) (Entered: 10/01/2024) | 10/01/2024 |
| | ORDER re 9444 : As stated in Class Counsel's monthly status report and Certificate Clearing Corporation's response to the Order to Show Cause (Dkt. No. 9419-1), the parties have been in discussions regarding the appropriate resolution of the September 7, 2024 Order to Show Cause (Dkt. No. 9409 ). Certificate Clearing Corporation has since agreed to send a notice to the 463 merchants that contracted with Certificate Clearing Corporation and to copy Class Counsel on the agreed communications. The Order to Show Cause (Dkt. No. 9409 ) regarding the Certificate Clearing Corporation is therefore DENIED as moot. Class Counsel shall promptly alert the Court to any further issues related to the Order to Show Cause. Class Counsel's next monthly status report is due on October 28, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 10/1/2024. (EG) (Entered: 10/01/2024) | 10/01/2024 |
| | ORDER re 9451 . Class Counsel's funding request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 10/1/2024. (EG) (Entered: 10/01/2024) | 10/01/2024 |
| 9453 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on October 1, 2024, before Judge Marutollo. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc.. Email address: cmfiore17@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 10/23/2024. Redacted Transcript Deadline set for 11/4/2024. Release of Transcript Restriction set for 12/31/2024. (LH) (Entered: 10/02/2024) | 10/02/2024 |
| | ORDER re 9393 and 9394 . The Court reserves ruling on the motions until the jurisdictional issues are resolved in the case pending in the Northern District of California, Cascade Settlement Services LLC v. Optium Capital LLC et al (24-CV-05372-LB). The parties shall file a joint status report within 24 hours of a ruling on Cascade's motion to remand. In addition, the parties shall file a joint status report by October 11, 2024 to update the Court on the oral arguments scheduled for October 10, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 10/2/2024. (KAR) (Entered: 10/02/2024) | 10/02/2024 |
| 9454 | MOTION to Dismiss with Prejudice of All Claims by Airbnb Payments, Inc., Airbnb, Inc., Hotel Tonight LLC. (Greenwald, Marc) (Entered: 10/03/2024) | 10/03/2024 |
| 9455 | ORDER granting 9454 Motion to Dismiss with Prejudice as to all claims by Plaintiffs Airbnb, Inc., Airbnb Payments, Inc., and Hotel Tonight, LLC against Mastercard Incorporated and Mastercard International Incorporated in Airbnb, Inc. v. Mastercard Incorporated, No. 1:24-cv-6989 (E.D.N.Y.). Ordered by Judge Margo K. Brodie on 10/3/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:24-cv-06989-MKB-JAM (RLS) (Entered: 10/03/2024) | 10/03/2024 |
| 9456 | Letter from Rule 23(b)(3) Class Counsel re courtesy filing on behalf of Certainty Management requesting to file an additional response to the Court's Order to Show Cause (ECF 9408) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 10/04/2024) | 10/04/2024 |
| 9457 | Letter Undated to Magistrate Judge Marutollo from Robert Jay Davis, seeking to inquire on class action settlement. (DLMP) (Entered: 10/09/2024) | 10/09/2024 |
| 9458 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's October 10, 2024 Order on Betz & Baril, Certainty Management, and LenCred by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/10/2024) | 10/10/2024 |
| | SCHEDULING ORDER: The Court will hold a status conference on the Order to Show Cause (Dkt. No. 9408 ) on October 17, 2024 at 12:45 p.m. ET before Magistrate Judge Joseph A. Marutollo. The parties can access the conference by dialing (646) 828-7666, Meeting ID: 161 321 1716, Password: 013149. Attorneys for Betz & Baril, Certainty Management, and LenCred are ordered to attend the conference. Class Counsel shall serve a copy of this order on Betz & Baril, Certainty Management, and LenCred and file proof of service by October 11, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 10/10/2024. (EG) (Entered: 10/10/2024) | 10/10/2024 |
| | ORDER re 9457 . Class Counsel shall file a response by October 17, 2024 and serve Mr. Davis with a copy on the same date. Ordered by Magistrate Judge Joseph A. Marutollo on 10/10/2024. (EG) (Entered: 10/10/2024) | 10/10/2024 |
| 9459 | Letter MOTION for Discovery Schedule by Intuit Inc., Intuit Payment Solutions, LLC. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Wolfson, Adam) (Entered: 10/11/2024) | 10/11/2024 |
| 9460 | Letter re: Defendants' Response to Intuit's Letter Motion for Discovery Schedule (Dkt. No. 9459) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Vizas, Robert) (Entered: 10/11/2024) | 10/11/2024 |
| 9461 | STATUS REPORT Joint Status Report from Optium and Cascade re Hearing by Optium Capital LLC (Attachments: # 1 Exhibit Transcript) (Sasse, Daniel) (Entered: 10/11/2024) | 10/11/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9462 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's October 10, 2024 Order on Robert J. Davis by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 10/15/2024) | 10/15/2024 |
|  | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: The Court held a telephonic status conference on the Order to Show Cause (Dkt. No. 9408 ) on October 17, 2024. Class Counsel, counsel for Betz & Baril, and representatives from LenCred and Certainty Management appeared.As stated on the record, Class Counsel and LenCred have resolved the issues in the Order to Show Cause, and as such, the Order to Show Cause (Dkt. No. 9408 ) is moot as it pertains to LenCred. Class Counsel and Betz & Baril reported that they have been working to resolve the issues raised in the Order to Show Cause pertaining to Betz & Baril. By October 18, 2024, the parties shall file a stipulation to be so-ordered that sets forth the items and deadlines agreed upon by Class Counsel and Betz & Baril. The parties agree that once the stipulation is so-ordered, the Order to Show Cause will be moot as it pertains to Betz & Baril. Class Counsel and Certainty Management are ordered to confer regarding a potential resolution of the issues raised in the Order to Show Cause. Class Counsel shall file a joint status report regarding the parties' discussions and whether the issues raised in the Order to Show Cause have been resolved by October 24, 2024.Class Counsel shall serve a copy of this minute entry and order on LenCred, Betz & Baril, and Certainty Management. (ZoomGov Log #12:50-1:18.) (EG) (Entered: 10/17/2024) | 10/17/2024 |
| 9463 | Joint MOTION for Leave to File Document Joint Stipulation and Proposed Order Between Rule 23(b)(3) Class Counsel and Betz & Baril Regarding Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 10/18/2024) | 10/18/2024 |
| 9464 | ORDER ADOPTING SUA SPONTE REPORT AND RECOMMENDATIONS: The Court has reviewed the unopposed R&R 9431 and, finding no clear error, adopts the R&R pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the Court also grants 9410 Motion for Order to Show Cause. Ordered by Judge Margo K. Brodie on 10/18/2024.(RLS) (Entered: 10/18/2024) | 10/18/2024 |
| 9465 | ORDER granting 9463 . The joint stipulation is so ordered, per the attached. Per the order, by November 18, 2024, Betz & Baril will provide the Court with an update regarding the sending of the communication, responses received, and the number of contracts cancelled. Ordered by Magistrate Judge Joseph A. Marutollo on 10/18/2024. (EG) (Entered: 10/18/2024) | 10/18/2024 |
|  | ORDER granting, in part 9459 . A status conference regarding Intuit's request for a discovery schedule 9459 will be held, via Zoom, on November 4, 2024 at 3:00 p.m. EST before Magistrate Judge Joseph A. Marutollo. During the November 4, 2024 conference, the Court will also address a potential briefing schedule for Defendants' proposed Motion for Injunction Compelling Dismissal of Released Claims and for an Interim Stay (Dkt. No. 9374 ). The parties can access the Zoom conference using the following link: https://nyed.zoomgov.com/j/1605826847?pwd=VSgZQlUB7ql5QpE97fb0NKVAl9jT71.1 (Meeting ID: 160 582 6847; Password: 404236). Ordered by Magistrate Judge Joseph A. Marutollo on 10/18/2024. (JAM) (Entered: 10/18/2024) | 10/18/2024 |
| 9466 | TRANSCRIPT of Proceedings held on October 17, 2024, before Judge Marutollo. Court Transcriber: Fiore Reporting and Transcription Service, Inc.. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 11/11/2024. Redacted Transcript Deadline set for 11/21/2024. Release of Transcript Restriction set for 1/20/2025. (RC) (Entered: 10/21/2024) | 10/21/2024 |
| 9467 | Letter from Rule 23(b)(3) Class Counsel seeking Order to Show Cause regarding third-party claims filing company Renaissance Business Advisory by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order to Show Cause) (Bernay, Alexandra) (Entered: 10/22/2024) | 10/22/2024 |
| 9468 | MOTION to Withdraw as Attorney Maia Usui by Mastercard Incorporated, Mastercard International Incorporated. (Usui, Maia) (Entered: 10/22/2024) | 10/22/2024 |
| 9469 | STATUS REPORT Joint Status Report from Optium and Cascade re Order by Optium Capital LLC (Attachments: # 1 Exhibit A - Order) (Sasse, Daniel) (Entered: 10/22/2024) | 10/22/2024 |
| 9471 | Letter Dated 10/16/2024 to Judge Brodie from Daniel M. Sivilich Regarding Never Receiving Notice to Object. (DLMP) (Entered: 10/24/2024) | 10/23/2024 |
| 9470 | Joint MOTION for Leave to File Document Joint Stipulation and Proposed Order Between Rule 23(b)(3) Class Counsel, Certainty Management, and LenCred Regarding Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Bernay, Alexandra) (Entered: 10/24/2024) | 10/24/2024 |
| 9472 | EXHIBIT Filed by Earl Mims. (DLMP) (Entered: 10/24/2024) | 10/24/2024 |
| 9473 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement Fund Administrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Bernay, Alexandra) (Entered: 10/24/2024) | 10/24/2024 |
|  | ORDER granting 9473 . Class Counsel's funding request is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 10/24/2024. (KAR) (Entered: 10/24/2024) | 10/24/2024 |
|  | ORDER: Class Counsel shall file a letter responding to the claims made in Dkt. No. 9471 by October 31, 2024. Class Counsel is ordered to serve a copy of this Order and its forthcoming letter on Daniel Sivilich. Ordered by Magistrate Judge Joseph A. Marutollo on 10/24/2024. (KAR) (Entered: 10/24/2024) | 10/24/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9474 | Letter from Rule 23(b)(3) Class Counsel pursuant to the Court's October 24, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Rule 23(b)(3) Class Counsel 's Response to ECF 9471) (Bernay, Alexandra) (Entered: 10/25/2024) | 10/25/2024 |
| 9475 | ORDER TO SHOW CAUSE regarding third-party claims filing company Renaissance Business Advisory. Ordered by Magistrate Judge Joseph A. Marutollo on 10/26/2024. (JAM) (Entered: 10/26/2024) | 10/26/2024 |
| 9476 | ORDER granting 9470 - The joint stipulation is so ordered, per the attached. Ordered by Magistrate Judge Joseph A. Marutollo on 10/26/2024. (JAM) (Entered: 10/26/2024) | 10/26/2024 |
| | ORDER granting 9468 Motion to Withdraw as Attorney. Attorney Maia Usui terminated. Ordered by Magistrate Judge Joseph A. Marutollo on 10/26/2024. (JAM) (Entered: 10/26/2024) | 10/26/2024 |
| | ORDER - In light of Dkt. No. 9474 , the Court takes no further action with regard to Mr. Sivilich's request (Dkt. No. 9471 ). Class Counsel shall serve a copy of this text order on Mr. Sivilich by October 28, 2024 at 12:00 p.m. EST. Ordered by Magistrate Judge Joseph A. Marutollo on 10/26/2024. (JAM) (Entered: 10/26/2024) | 10/26/2024 |
| | SCHEDULING ORDER: Due to a change in the Court's calendar, the status conference regarding Intuit's request for a discovery schedule is rescheduled from November 4, 2024 to November 6, 2024 at 12:00 p.m. EST before Magistrate Judge Joseph A. Marutollo. The Zoom log-in information remains the same. Ordered by Magistrate Judge Joseph A. Marutollo on 10/27/2024. (JAM) (Entered: 10/27/2024) | 10/27/2024 |
| 9477 | Letter from Rule 23(b)(3) Class Counsel re service to Renaissance Business Advisory with ECF 9475 Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/28/2024) | 10/28/2024 |
| 9478 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 10/28/2024) | 10/28/2024 |
| | ORDER: The status conference regarding Intuit's request for a discovery schedule will now commence at 4 p.m. EST on November 6, 2024. The parties can access the Zoom conference using the following link: https://nyed.zoomgov.com/j/1605826847?pwd=VSgZQlUB7ql5QpE97fb0NKVAl9jT71.1. Ordered by Magistrate Judge Joseph A. Marutollo on 10/28/2024. (EG) (Entered: 10/28/2024) | 10/28/2024 |
| | ORDER re 9478 . Class Counsel shall file their next monthly status report regarding third party entities on December 6, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 10/28/2024. (KAR) (Entered: 10/28/2024) | 10/28/2024 |
| 9479 | Letter from Rule 23(b)(3) Class Counsel re courtesy filing on behalf of Renaissance Business Advisory re response to Order to Show Cause (ECF 9475) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 10/31/2024) | 10/31/2024 |
| 9480 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 11/04/2024) | 11/04/2024 |
| 9481 | REPORT AND RECOMMENDATION re 9393 Motion to Intervene and 9394 Motion for Preliminary Injunction filed by Optium Capital LLC. For the reasons set forth in the attached, the undersigned respectfully recommends that Optium's motions be DENIED. Ordered by Magistrate Judge Joseph A. Marutollo on 11/5/2024. (KAR) (Entered: 11/05/2024) | 11/05/2024 |
| | ORDER: Due to a change in the Court's calendar, the status conference regarding Intuit's request for a discovery schedule is adjourned to November 12, 2024 at 3:00 p.m. EST before Magistrate Judge Joseph A. Marutollo. The Zoom log-in information remains the same. Ordered by Magistrate Judge Joseph A. Marutollo on 11/5/2024. (EG) (Entered: 11/05/2024) | 11/05/2024 |
| | ORDER re 9480 . Class Counsel's funding request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 11/5/2024. (EG) (Entered: 11/05/2024) | 11/05/2024 |
| | ORDER re 9479 . The Court has received Renaissance Business Advisory's response to the Order to Show Cause (Dkt. No. 9475 ). Renaissance reports that it has removed the false or misleading information from its website and has also taken several additional steps to remove any false or misleading information from its marketing communications. See Dkt. No. 9479-1. Renaissance and Class Counsel have also reached an agreement on the language of the email that Renaissance will send to its clients regarding their right to cancel their claim-filing contracts without consequence. See id. Class Counsel has therefore indicated that it is not seeking to have Renaissance's claim-filing contracts cancelled, nor is it seeking to bar the company from taking any further role in the MDL settlement at this time. Accordingly, Dkt. No. 9475 is denied as moot. Class Counsel's next monthly status report, due on December 6, 2024, shall include an update on the resolution of the issues raised in Dkt. No. 9467 . Ordered by Magistrate Judge Joseph A. Marutollo on 11/5/2024. (EG) (Entered: 11/05/2024) | 11/05/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: The Court held a conference on Intuit's request for a discovery schedule 9459 and Defendants' request for a pre-motion conference 9374 . Defendants shall serve their Motion for Injunction on Intuit and Square by November 16, 2024. By December 9, 2024, Intuit and Square shall file a joint letter with the Court advising whether they intend to file a joint opposition to Defendants' motion. Intuit and Square shall serve their opposition on Defendants by December 13, 2024. Defendants shall serve their reply by December 20, 2024. Defendants shall file the fully-briefed motion on ECF on December 20, 2024. Each paper shall be clearly denominated on ECF as a motion, memorandum, affidavit, opposition, etc.Discovery on Intuit and Square's payment facilitator claims is stayed. Fact discovery on Intuit and Square's non-payment facilitator claims will close on June 23, 2025. The parties in Intuit and Square shall file a joint status report on discovery by December 16, 2024.(ZoomGov Log #3:00-3:48.) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (EG) Modified on 11/12/2024 to revise reply deadline (KAR). (Entered: 11/12/2024) | 11/12/2024 |
| 9482 | Letter re: service of motion papers by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 11/15/2024) | 11/15/2024 |
| 9483 | Letter Report pursuant to October 18, 2024 "So Ordered" Stipulation by Betz & Baril (DeCristofaro, James) (Entered: 11/18/2024) | 11/18/2024 |
| | ORDER re 9483 . Class Counsel shall promptly notify the Court of any further issues pertaining to Betz & Baril. Ordered by Magistrate Judge Joseph A. Marutollo on 11/18/2024. (KAR) (Entered: 11/18/2024) | 11/18/2024 |
| 9484 | Letter from Rule 23(b)(3) Class Counsel re courtesy to Certainty Management and LenCred re Court's October 26, 2024 Order (ECF 9476) by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 11/25/2024) | 11/25/2024 |
| 9485 | Letter Dated 11/7/2024 to Clerk of the Court from Valeria Smith: "Regarding the Repayment Card Interchange Fee and Merchant Discount." (DLMP) (Entered: 11/25/2024) | 11/25/2024 |
| 9486 | Letter from Rule 23(b)(3) Class Counsel regarding ECF 9485 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 11/25/2024) | 11/25/2024 |
| | ORDER re 9485 : Per Class Counsel's filing (Dkt. No. 9486 ), Class Counsel has advised Ms. Smith that the deadline for objecting to the Rule 23(b)(3) settlement has passed. The Court therefore considers this issue resolved. Ordered by Magistrate Judge Joseph A. Marutollo on 11/26/2024. (EG) (Entered: 11/26/2024) | 11/26/2024 |
| | ORDER re 9484 . Class Counsel shall promptly notify the Court of any further issues pertaining to Certainty Management or LenCred. Ordered by Magistrate Judge Joseph A. Marutollo on 11/27/2024. (EG) (Entered: 11/27/2024) | 11/27/2024 |
| 9487 | Letter dated December 3, 2024 from Rule 23(b)(3) Class Counsel requesting approval of the 2024 4th Qtr Estimated Tax Payment(s) for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 12/03/2024) | 12/03/2024 |
| | ORDER re: 9487 - Class Plaintiffs' request for approval of the estimated tax payments for the 4th quarter of 2024 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 12/3/2024. (JAM) (Entered: 12/03/2024) | 12/03/2024 |
| 9488 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 12/04/2024) | 12/04/2024 |
| 9489 | Letter from Rule 23(b)(3) Class Counsel seeking an Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/04/2024) | 12/04/2024 |
| 9490 | Letter Joint Letter re: filing, redaction, and courtesy copies of motion papers by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 12/05/2024) | 12/05/2024 |
| 9491 | Letter from Rule 23(b)(3) Class Counsel attaching a Proposed Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 12/05/2024) | 12/05/2024 |
| | ORDER re 9488. Class counsel's funding request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 12/5/2024. (EG) (Entered: 12/05/2024) | 12/05/2024 |
| | ORDER re 9489 . Class Counsel shall file a proposed order to show cause by December 9, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 12/5/2024. (EG) (Entered: 12/05/2024) | 12/05/2024 |
| 9492 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/06/2024) | 12/06/2024 |
| 9493 | ORDER TO SHOW CAUSE regarding cardsettlement.org and Merchant Stronghold. Ordered by Magistrate Judge Joseph A. Marutollo on 12/7/2024. (JAM) (Entered: 12/07/2024) | 12/07/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - In the joint status report (Dkt. No. 9492 ), Class Counsel reports that Betz & Baril was referenced in a YouTube video that was improperly pitching third-party claims services. By December 13, 2024, Betz & Baril shall file a letter with the Court, or, alternatively, provide a letter for Class Counsel to file with the Court, that addresses what occurred with this YouTube video and what steps (if any) were taken to address the improprieties. Class Counsel shall file their next status report by January 7, 2025.Ordered by Magistrate Judge Joseph A. Marutollo on 12/7/2024. (JAM) (Entered: 12/07/2024) | 12/07/2024 |
| | ORDER approving schedule as set forth in Dkt. No. 9490 Joint Letter. The Court adopts the parties' proposed schedule for filing motion papers, provision of courtesy copies, and filing of redacted materials. The parties shall also provide courtesy copies to Magistrate Judge Marutollo's chambers. Ordered by Magistrate Judge Joseph A. Marutollo on 12/7/2024. (JAM) (Entered: 12/07/2024) | 12/07/2024 |
| 9494 | Letter Joint Letter of Plaintiffs Intuit and Square Responding to Court's November 12 Order, Advising Court of Intent to File Joint Opposition and Requesting Approval of Agreed-Upon Page Extensions for Opposition and Reply Briefs by Intuit Inc., Intuit Payment Solutions, LLC (Wolfson, Adam) (Entered: 12/09/2024) | 12/09/2024 |
| 9495 | Letter from Rule 23(b)(3) Class Counsel attaching a Second Proposed Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Second [Proposed] Order To Show Cause) (Bernay, Alexandra) (Entered: 12/09/2024) | 12/09/2024 |
| 9496 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's December 9, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/09/2024) | 12/09/2024 |
| | ORDER re 9494 Joint Letter of Plaintiffs Intuit and Square Responding to Judge Marutollo's November 12 Order. The Court grants the parties' request to enlarge the page limits to thirty pages for Plaintiffs' joint opposition brief, and fifteen pages for Defendants' omnibus reply brief. Ordered by Judge Margo K. Brodie on 12/9/2024. (RLS) (Entered: 12/09/2024) | 12/09/2024 |
| | SCHEDULING ORDER: The Court will hold a status conference on the proposed order to show cause (Dkt. No. 9495 ) on December 11, 2024 at 12:30 p.m. ET before Magistrate Judge Joseph A. Marutollo. The parties can access the conference by dialing (646) 828-7666, Meeting ID: 160 253 4817; Password: 402200. Counsel for cardsettlement.org is ordered to attend the conference. Class Counsel shall serve a copy of this order on counsel for cardsettlement.org and file proof of service by December 10, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 12/9/2024. (KAR) (Entered: 12/09/2024) | 12/09/2024 |
| 9497 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's December 10, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/10/2024) | 12/10/2024 |
| 9498 | STIPULATION Regarding Transfer of Record to Remand Court by Plaintiffs in Civil Action 7-Eleven Inc., et al. v. Visa Inc. et al, 1:13-cv-05746-JG-JO (Glist, Adam) (Entered: 12/10/2024) | 12/10/2024 |
| | ORDER At the December 11, 2024 status conference, in addition to addressing the issues raised in Dkt. No. 9495 , counsel for cardsettlement.org shall also be prepared to discuss the issues raised in Dkt. No. 9489 , including, inter alia, Class Counsel's assertion that "Epiq contacted Class Counsel about several proof of authority documents that cardsettlement.org had submitted to it that appeared to be fraudulent." See Dkt. No. 9495 at 2 ("For example, a proof of authority for author J.K. Rowling was submitted and was signed by a character in the Harry Potter books. There were other names that used profanity. Class Counsel contacted cardsettlement.org about these plainly fake submissions. Counsel for cardsettlement.org explained that one had been a test account, but did not have an explanation for others."). Class Counsel shall serve a copy of this order on counsel for cardsettlement.org. Additionally, Class Counsel is directed to serve a copy of the Courts December 9, 2024 scheduling order on Merchant Stronghold. Class Counsel shall file proof of service by December 10, 2024 at 6:00 p.m. EST. Ordered by Magistrate Judge Joseph A. Marutollo on 12/10/2024. (JAM) (Entered: 12/10/2024) | 12/10/2024 |
| 9499 | NOTICE of Change of Address for Quinn Emanuel Urquhart & Sullivan LLP, 295 5th Avenue, New York, NY 10016 Once the filing has been made, you must login to www.pacer.gov and update your account. Associated Cases: 1:05-md-01720-MKB-JAM, 1:23-cv-05377-MKB-JAM (Sheth, Manisha) (Entered: 12/11/2024) | 12/11/2024 |
| 9500 | NOTICE of Change of Address for Quinn Emanuel Urquhart & Sullivan LLP, 295 5th Avenue, New York, NY 10016 Once the filing has been made, you must login to www.pacer.gov and update your account. Associated Cases: 1:05-md-01720-MKB-JAM, 1:23-cv-05377-MKB-JAM (Greenwald, Marc) (Entered: 12/11/2024) | 12/11/2024 |
| 9501 | NOTICE of Change of Address for Quinn Emanuel Urquhart & Sullivan LLP, 295 5th Avenue, New York, NY 10016 Once the filing has been made, you must login to www.pacer.gov and update your account. Associated Cases: 1:05-md-01720-MKB-JAM, 1:23-cv-05377-MKB-JAM (Olson, Steig) (Entered: 12/11/2024) | 12/11/2024 |
| 9502 | Letter from Rule 23(b)(3) Class Counsel attaching a Second Amended [Proposed] Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order Second Amended [Proposed] Order to Show Cause) (Bernay, Alexandra) (Entered: 12/11/2024) | 12/11/2024 |
| 9503 | ORDER TO SHOW CAUSE related to the alleged fraudulent activity associated with the website cardsettlement.org and its referral partner, Merchant Stronghold, as set forth in the attached. Ordered by Magistrate Judge Joseph A. Marutollo on 12/11/2024. (JAM) (Entered: 12/11/2024) | 12/11/2024 |
| 9504 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's December 11, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/11/2024) | 12/11/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: The Court held a conference on the issues raised in Dkt. Nos. 9495 and 9489 . Class Counsel appeared. James DeCristofaro, counsel for cardsettlement.org, appeared. Class Counsel shall file an updated proposed order to show cause, including all information deemed relevant and appropriate, by December 11, 2024 at 5:00 p.m. EST. Class Counsel shall also submit a Word version of the updated proposed order to show cause to Judge Marutollo's chambers via email (marutollo_chambers@nyed.uscourts.gov) at the time of filing. Class Counsel is directed to serve a copy of this order on Mr. DeCristofaro and on Merchant Stronghold. (ZoomGov Log #12:33-1:13.) (EG) (Entered: 12/11/2024) | 12/11/2024 |
| 9505 | TRANSCRIPT of Proceedings held on December 11, 2024, before Judge Marutollo. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 1/2/2025. Redacted Transcript Deadline set for 1/13/2025. Release of Transcript Restriction set for 3/12/2025. (RC) (Entered: 12/12/2024) | 12/12/2024 |
| 9506 | Letter addressing the YouTube video referred to in the joint status report dated December 6, 2024 (Dkt. No. 9492), and responding to the Courts directive to address what occurred with this YouTube video and what steps (if any) were taken to address the improprieties. by Betz & Baril (DeCristofaro, James) (Entered: 12/13/2024) | 12/13/2024 |
| 9507 | STATUS REPORT (Joint) Pursuant to the Courts November 12, 2024 Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Shuster, Michael) (Entered: 12/16/2024) | 12/16/2024 |
| 9508 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of the Settlement FundAdministrator's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 12/16/2024) | 12/16/2024 |
| 9509 | ORDER: The Court received the attached letter from a verified MDL claimant. Class Counsel is directed to respond to this letter in their next monthly status report. Ordered by Magistrate Judge Joseph A. Marutollo on 12/16/2024. (EG) (Entered: 12/16/2024) | 12/16/2024 |
| 9510 | Letter Opposition to Order to Show Cause by CardSettlement.org LLC (Attachments: # 1 Declaration Mike Hall Declaration, # 2 Declaration Greg Frierson Declaration (with exhibits), # 3 Declaration Lawrence Rapoport Declaration (with exhibits)) (DeCristofaro, James) (Entered: 12/16/2024) | 12/16/2024 |
| | ORDER - In light of their December 16, 2024 status report, the parties in Intuit and Block (d/b/a "Square") shall file a joint status report on discovery by January 15, 2024. Ordered by Magistrate Judge Joseph A. Marutollo. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (EG) (Entered: 12/16/2024) | 12/16/2024 |
| | ORDER regarding 9508 - The request is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 12/16/2024. (EG) (Entered: 12/16/2024) | 12/16/2024 |
| 9511 | MOTION for Permanent Injunction , MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 12/20/2024) | 12/20/2024 |
| 9512 | MEMORANDUM in Support re 9511 MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 12/20/2024) | 12/20/2024 |
| 9513 | AFFIDAVIT/DECLARATION in Support re 9511 MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] [Declaration of Rosemary Szanyi in Connection with Defendants' Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28) (Eisenstein, Matthew) (Entered: 12/20/2024) | 12/20/2024 |
| 9514 | MEMORANDUM in Opposition re (30 in 1:23-cv-05377-MKB-JAM, 30 in 1:23-cv-05377-MKB-JAM) MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay], (9511 in 1:05-md-01720-MKB-JAM, 9511 in 1:05-md-01720-MKB-JAM) MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay], (72 in 1:21-cv-01175-MKB-JAM, 72 in 1:21-cv-01175-MKB-JAM) MOTION for Permanent Injunction MOTION to Stay Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] filed by Intuit Inc., Intuit Payment Solutions, LLC, Block, Inc.. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Wolfson, Adam) (Entered: 12/20/2024) | 12/20/2024 |
| 9515 | Letter from Rule 23(b)(3) Class Counsel in response to cardsettlement.org's opposition (ECF 9510) to the Court's Order to Show Cause and addressing Merchant Stronghold's failure to respond to the Court's Order to Show Cause by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 12/20/2024) | 12/20/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9516 | DECLARATION re (33 in 1:23-cv-05377-MKB-JAM, 33 in 1:23-cv-05377-MKB-JAM, 75 in 1:21-cv-00175-MKB-JAM, 75 in 1:21-cv-00175-MKB-JAM, 9514 in 1:05-md-01720-MKB-JAM, 9514 in 1:05-md-01720-MKB-JAM) 1 - Sealed Document CV,,,, Memorandum in Opposition,,, (Declaration of Adam B. Wolfson in Support of Plaintiffs' Opposition to Defendants' Motion for Injunction Compelling Dismissal of Plaintiffs' Claims) by Intuit Inc., Intuit Payment Solutions, LLC, Block, Inc. (Attachments: # 1 Exhibit A to Wolfson Declaration) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Wolfson, Adam) (Entered: 12/20/2024) | 12/20/2024 |
| 9517 | REPLY in Support re 9511 MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 12/20/2024) | 12/20/2024 |
| | SCHEDULING ORDER: The Court agrees with Class Counsel (Dkt. No. 9515 ) that Cardsettlement.org's December 16, 2024 submission Dkt. No. 9510 "raises more questions than it answers," particularly as Class Counsel points to new evidence that cardsettlement.org is continuing to work with referral partners engaged in improper practices. Upon review of 9510 and 9515 , the Court remains deeply concerned that cardsettlement.org has submitted contracts and claims that are fraudulent. As per Class Counsel's suggestion (Dkt. No. 9515 at 7), the Court will permit expedited discovery into cardsettlement.org's practices to ensure that the Court has sufficient information to rule on Class Counsel's proposed sanctions motion. By December 30, 2024, Class Counsel shall serve any discovery requests on Cardsettlement.org. By January 6, 2025, Cardsettlement.org shall provide its responses to Class Counsel. Discovery requests and responses need not be filed on the docket. By January 13, 2025, Class Counsel shall file a motion for sanctions against Cardsettlement.org and Merchant Stronghold, which shall include a notice of motion and a memorandum of law. In Class Counsel's motion for sanctions, Class Counsel shall also elaborate on its proposed procedure whereby "the class members' claims that have been submitted to date by cardsettlement.org remain but cardsettlement.org does not financially benefit from those contracts." Dkt. No. 9515 at 7. By January 21, 2025, Cardsettlement.org shall file its response to Class Counsel's motion. The Court reserves its right to hold an evidentiary hearing as necessary. The Court will not extend the aforementioned deadlines, especially given the alleged fraud. The Court reiterates that per 9503 , until further order of the Court, cardsettlement.org shall not submit any new claims or contracts to Epiq. Further, Merchant Stronghold shall not submit any new claims or contracts to Epiq. Class Counsel shall serve a copy of this order on Mr. DeCristofaro, counsel for cardsettlement.org, and on Merchant Stronghold. Class Counsel shall file proof of service by December 23, 2024 at 12:00 p.m. EST. Ordered by Magistrate Judge Joseph A. Marutollo on 12/21/2024. (JAM) (Entered: 12/21/2024) | 12/21/2024 |
| 9518 | Letter Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's December 21, 2024 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 12/22/2024) | 12/22/2024 |
| 9519 | MOTION for Leave to Electronically File Document under Seal Request by Intuit & Square for Leave to File Response, And to File Response Under Seal by Intuit Inc., Intuit Payment Solutions, LLC, Block, Inc.. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Wolfson, Adam) (Entered: 12/23/2024) | 12/23/2024 |
| 9520 | MOTION for Leave to Electronically File Document under Seal Request by Defendants for Leave to File Reply, And to File Reply Under Seal [Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 12/24/2024) | 12/24/2024 |
| | ORDER granting 9519 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Counsel is further directed to file a publicly-available redacted version of the document with all other motion papers on January 6, 2025. Ordered by Judge Margo K. Brodie on 12/27/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (RLS) (Entered: 12/27/2024) | 12/27/2024 |
| | ORDER granting 9520 Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Counsel is further directed to file a publicly-available redacted version of the document with all other motion papers on January 6, 2025. Ordered by Judge Margo K. Brodie on 12/27/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (RLS) (Entered: 12/27/2024) | 12/27/2024 |
| 9521 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: The Court has reviewed the unopposed R&R re 9393 Motion to Intervene and 9394 Motion for Preliminary Injunction filed by Optium Capital LLC and, finding no clear error, adopts the R&R pursuant to 28 U.S.C. § 636(b)(1). Ordered by Judge Margo K. Brodie on 12/28/2024. (RLS) (Entered: 12/28/2024) | 12/28/2024 |
| | ORDER REFERRING MOTION: 9511 MOTION for Permanent Injunction, MOTION to Stay. The motion is respectfully referred to Magistrate Judge Joseph A. Marutollo. Ordered by Judge Margo K. Brodie on 12/30/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (RLS) (Entered: 12/30/2024) | 12/30/2024 |
| | ORDER REFERRING MOTION: 9511 MOTION for Permanent Injunction, MOTION to Stay. The motion is respectfully referred to Magistrate Judge Joseph A. Marutollo. Ordered by Judge Margo K. Brodie on 12/30/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (RLS) (Entered: 12/30/2024) | 12/30/2024 |
| | ORDER REFERRING MOTION: 9511 MOTION for Permanent Injunction, MOTION to Stay. The motion is respectfully referred to Magistrate Judge Joseph A. Marutollo. Ordered by Judge Margo K. Brodie on 12/30/2024. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (RLS) (Entered: 12/30/2024) | 12/30/2024 |
| 9522 | Letter from Adam Wolfson addressed to the Honorable Margo K. Brodie, response to Defendants' December 20, 2024 Reply in Support of their Motion for Injunction Compelling Dismissal of Plaintiffs' claims (ECF 9517) by Intuit Inc., Intuit Payment Solutions, LLC, Block, Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-00175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Wolfson, Adam) (Entered: 12/31/2024) | 12/31/2024 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9523 | Letter from Matthew Eisenstein addressed to the Honorable Margo K. Brodie and the Honorable Joseph A. Marutollo, Reply to Intuit and Square's December 23, 2024 Letter (ECF 9522) [Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 12/31/2024) | 12/31/2024 |
| 9524 | Letter dated January 3, 2025 from (b)(3) Class Counsel re Payment of Miller Kaplan Invoices by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - Miller Kaplan Invoice No. 712767, # 2 Exhibit B - Miller Kaplan Invoice No. 712768) (Cramer, Eric) (Entered: 01/03/2025) | 01/03/2025 |
| | ORDER - The funding request at 9524 is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 1/3/2025. (JAM) (Entered: 01/03/2025) | 01/03/2025 |
| 9525 | MEMORANDUM in Support re 9511 MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] [previously filed under seal at Dkt. No. 9512] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/06/2025) | 01/06/2025 |
| 9526 | AFFIDAVIT/DECLARATION in Support re 9511 MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] Declaration of Rosemary Szanyi in Connection with Defendants' Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] [previously filed under seal at Dkt. No. 9513] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/06/2025) | 01/06/2025 |
| 9527 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 01/06/2025) | 01/06/2025 |
| 9528 | MEMORANDUM in Opposition re (9511 in 1:05-md-01720-MKB-JAM, 9511 in 1:05-md-01720-MKB-JAM) MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] Plaintiffs Intuit & Block's Redacted Joint Opposition to Defendants' Motion for Injunction (Previously Filed Under Seal at DE# 9514) filed by Intuit Inc., Intuit Payment Solutions, LLC, Block, Inc.. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Wolfson, Adam) (Entered: 01/06/2025) | 01/06/2025 |
| 9529 | AFFIDAVIT/DECLARATION in Opposition re (9511 in 1:05-md-01720-MKB-JAM, 9511 in 1:05-md-01720-MKB-JAM) MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] Declaration of Adam B. Wolfson in Support of Plaintiffs' Opposition to Defendants' Motion for Injunction Compelling Dismissal of Plaintiffs' Claims (Previously Filed Under Seal at DE# 9516) filed by Intuit Inc., Intuit Payment Solutions, LLC, Block, Inc.. (Attachments: # 1 Exhibit A) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Wolfson, Adam) (Entered: 01/06/2025) | 01/06/2025 |
| 9530 | REPLY in Support re 9511 MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For an Interim Stay] [previously filed under seal at Dkt. No. 9517] filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Eisenstein, Matthew) (Entered: 01/06/2025) | 01/06/2025 |
| 9531 | Letter from Plaintiffs Intuit & Block regarding Defendants' December 20, 2024 Reply in Support of their Motion for Injunction (Previously Filed Under Seal at DE# 9522) by Intuit Inc., Intuit Payment Solutions, LLC, Block, Inc.. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Wolfson, Adam) (Entered: 01/06/2025) | 01/06/2025 |
| 9532 | Letter from Matthew Eisenstein addressed to the Honorable Margo K. Brodie and the Honorable Joseph A. Marutollo, Reply to Intuit and Square's December 23, 2024 Letter (ECF 9522) [Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM] [previously filed under seal at Dkt. No. 9523] by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 01/06/2025) | 01/06/2025 |
| 9533 | Letter Request to Resume Claims Filing Services, and, if Necessary, to Conduct Bilateral Discovery by CardSettlement.org LLC (Attachments: # 1 Declaration Declaration of Greg Frierson) (DeCristofaro, James) (Entered: 01/06/2025) | 01/06/2025 |
| 9534 | Letter Declaration for Letter Filed 1/6/2025 9533 ; Disregard Document Filed as Declaration for 9533 - Was Filed in ERROR by CardSettlement.org LLC (DeCristofaro, James) (Entered: 01/06/2025) | 01/06/2025 |
| 9535 | Letter Dated 12/20/2024 to Judge from Robert Jay Davis re: "Requesting to obtain documents to file a claim before February 2025." (DLMP) (Entered: 01/07/2025) | 01/06/2025 |
| | ORDER - Dkt. No. 9527 is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 1/6/2025. (JAM) (Entered: 01/06/2025) | 01/06/2025 |
| 9536 | Letter from Rule 23(b)(3) Class Counsel regarding cardsettlement.org's and Merchant Stronghold's responses to discovery by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1 - Combined discovery responses from cardsettlement.org) (Bernay, Alexandra) (Entered: 01/07/2025) | 01/07/2025 |
| 9537 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/07/2025) | 01/07/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - Cardsettlement.org shall respond to Class Counsel's letter 9536 by 6:00 p.m. on January 8, 2025. In its response, Cardsettlement.org shall address the alleged discovery deficiencies and also advise as to its response to Class Counsel's subpoena for a single deposition. Class Counsel and Cardsettlment.org shall comply with Rule V.B of Magistrate Judge Marutollo's Individual Practices and Rules for any future discovery disputes. Class Counsel shall serve a copy of this order on Mr. DeCristofaro, counsel for cardsettlement.org, and shall file proof of service by January 8, 2025 at 9:00 a.m. EST. Ordered by Magistrate Judge Joseph A. Marutollo on 1/7/2025. (JAM) (Entered: 01/07/2025) | 01/07/2025 |
| | ORDER - Cardsettlement.org shall respond to Class Counsel's letter 9536 by 6:00 p.m. on January 8, 2025. In its response, Cardsettlement.org shall address the alleged discovery deficiencies and also advise as to its response to Class Counsel's subpoena for a single deposition. Class Counsel and Cardsettlment.org shall comply with Rule V.B of Magistrate Judge Marutollo's Individual Practices and Rules for any future discovery disputes. Class Counsel shall serve a copy of this order on Mr. DeCristofaro, counsel for cardsettlement.org, and shall file proof of service by January 8, 2025 at 9:00 a.m. EST. Ordered by Magistrate Judge Joseph A. Marutollo on 1/7/2025. (JAM) (Entered: 01/07/2025) | 01/07/2025 |
| | ORDER regarding 9537 - Class Counsel shall provide an update regarding the contracts submitted by CardNet Settlement (as discussed in 9537 ) by January 15, 2025. Class Counsel shall also provide an update regarding the letter filed on January 7, 2025 9535 by Mr. Robert Jay Davis by January 15, 2025. Class Counsel shall serve a copy of this order on Mr. Davis and file proof of service by January 8, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/7/2025. (JAM) (Entered: 01/07/2025) | 01/07/2025 |
| | ORDER regarding 9537 - Class Counsel shall provide an update regarding the contracts submitted by CardNet Settlement (as discussed in 9537 ) by January 15, 2025. Class Counsel shall also provide an update regarding the letter filed on January 7, 2025 9535 by Mr. Robert Jay Davis by January 15, 2025. Class Counsel shall serve a copy of this order on Mr. Davis and file proof of service by January 8, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/7/2025. (JAM) (Entered: 01/07/2025) | 01/07/2025 |
| 9538 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's January 7, 2025 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/08/2025) | 01/08/2025 |
| 9539 | Letter from Rule 23(b)(3) Class Counsel regarding service of the Court's January 7, 2025 text-entry order re Robert Jay Davis by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/08/2025) | 01/08/2025 |
| 9540 | Letter initially responding to Class Counsel's letter by CardSettlement.org LLC (DeCristofaro, James) (Entered: 01/08/2025) | 01/08/2025 |
| | ORDER - The Court is in receipt of 9540 . Cardsettlement.org shall supplement its response to Class Counsel's letter 9536 by 6:00 p.m. on January 9, 2025. In its response, the Court again directs Cardsettlement.org to address the alleged discovery deficiencies and also advise as to its response to Class Counsel's subpoena for a single deposition. Ordered by Magistrate Judge Joseph A. Marutollo on 1/8/2025. (JAM) (Entered: 01/08/2025) | 01/08/2025 |
| 9541 | Letter Supplemental Letter Responding to Alleged Discovery Deficiencies and Deposition Subpoena by CardSettlement.org LLC (DeCristofaro, James) (Entered: 01/09/2025) | 01/09/2025 |
| | ORDER - The Court is in receipt of Cardsettlement.org's January 9, 2025 letter 9541 . Cardsettlement.org argues that an order is needed to "protect the 17,826 claimants that have contracted with Cardsettlement.org for claims filing services [] given the upcoming claims February 4, 2025 deadline." Class Counsel shall respond to this assertion from Cardsettlement.org, and particularly, its proposal regarding the alleged claimants, by 5:00 p.m. EST on January 10, 2025. In light of Cardsettlement.org's arguments in 9541 , the Court also slightly amends the schedule for Class Counsel's anticipated motion for sanctions. Class Counsel's motion shall now be filed by 5:00 p.m. EST on January 13, 2025. Cardsettlement.org's response to the motion shall now be filed by 5:00 p.m. EST on January 17, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/9/2025. (JAM) (Entered: 01/09/2025) | 01/09/2025 |
| 9542 | Letter from Rule 23(b)(3) Class Counsel regarding the Courts text-only Order dated January 9, 2025 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/10/2025) | 01/10/2025 |
| 9543 | TRANSCRIPT of Proceedings held on November 12, 2024, before Judge Marutollo. Court Reporter/Transcriber ARIA SERVICES, INC.. Email address: aria@leinen.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/3/2025. Redacted Transcript Deadline set for 2/13/2025. Release of Transcript Restriction set for 4/14/2025. (LH) (Entered: 01/13/2025) | 01/13/2025 |
| 9544 | MOTION for Sanctions Against Third-Parties cardsettlement.org and Merchant Stronghold by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Alexandra S. Bernay in support thereof, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D) (Bernay, Alexandra) (Entered: 01/13/2025) | 01/13/2025 |
| 9545 | Letter to Judge Marutollo from Rule 23(b)(3) Class Counsel re Court's Order of January 7, 2025 re Robert Jay Davis Update by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Marth, Ryan) (Entered: 01/14/2025) | 01/14/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - In [9544-1], Class Counsel reports that "Class Counsel and cardsettlement.org have had two meet-and-confer sessions over the weekend to discuss the various issues before the Court and cardsettlement.org's discovery responses. Based on those meetings and the receipt of information, Class Counsel may provide additional information this week regarding a suggested resolution." Class Counsel and Cardsettlement.org shall file a joint status report by 5:00 p.m. EST on January 15, 2025 outlining whether there has been any development towards a suggested resolution. The Court notes that Cardsettlement.org's response to Class Counsel's motion remains due to be filed by 5:00 p.m. EST on January 17, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/14/2025. (JAM) (Entered: 01/14/2025) | 01/14/2025 |
| | ORDER - The Court is in receipt of 9545 Class Counsel's letter regarding Robert Jay Davis. Class Counsel is directed to file a status update letter concerning Robert Jay Davis by January 23, 2025 at 5:00 p.m. Ordered by Magistrate Judge Joseph A. Marutollo on 1/14/2025. (EG) (Entered: 01/14/2025) | 01/14/2025 |
| 9546 | STATUS REPORT [Rule 23(b)(3) Class Counsel and cardsettlement.org's Joint Status Report] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/15/2025) | 01/15/2025 |
| 9547 | Letter from Rule 23(b)(3) Class Counsel in response to the Court's January 7, 2025 Order re CardNet Settlement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/15/2025) | 01/15/2025 |
| 9548 | STATUS REPORT (Intuit and Square Joint) Pursuant to the Courts December 16, 2024 Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Shuster, Michael) (Entered: 01/15/2025) | 01/15/2025 |
| | ORDER - In light of the agreement set forth in Dkt. No. 9546 , Cardsettlement.org's deadline to respond to Class Counsel's motion for sanctions 9544 is adjourned sine die. The Court will address Class Counsel's motion 9544 in a separate order. Ordered by Magistrate Judge Joseph A. Marutollo on 1/15/2025. (EG) (Entered: 01/15/2025) | 01/15/2025 |
| 9549 | SUA SPONTE REPORT AND RECOMMENDATION re 9544 - As set forth in the attached, it is sua sponte respectfully recommended that Chief Judge Brodie grant Class Counsel's motion to permanently enjoin Merchant Stronghold from any role in the settlement in this action. The Court also respectfully recommends that, in light of Class Counsel and Cardsettlement.org's agreement, Class Counsel's motion for sanctions against Cardsettlement.org be denied as moot, subject to the additional conditions set forth in the attached. Ordered by Magistrate Judge Joseph A. Marutollo on 1/17/2025. (JAM) (Entered: 01/17/2025) | 01/17/2025 |
| 9550 | Letter from Rule 23(b)(3) Class Counsel re service of the Court's January 17, 2025 Order (ECF 9549) on cardsettlmenet.org and Merchant Stronghold by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/17/2025) | 01/17/2025 |
| 9551 | STATUS REPORT from Rule 23(b)(3) Counsel re Robert Jay Davis by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 01/23/2025) | 01/23/2025 |
| 9552 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Status Report Regarding Cardsettlement.org's Compliance with Their Agreement] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/24/2025) | 01/24/2025 |
| | ORDER - Class Counsel and Cardsettlement.org shall file a joint status report by January 31, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/24/2025. (EG) (Entered: 01/24/2025) | 01/24/2025 |
| | ORDER - Class Counsel and Cardsettlement.org shall file a joint status report by January 31, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/24/2025. (EG) (Entered: 01/24/2025) | 01/24/2025 |
| 9560 | Letter Undated from Robert Jay Davis to Judge Joseph A. Marutollo re: "A text-entry order issued in response to a letter" (DLMP) (Entered: 02/13/2025) | 01/30/2025 |
| 9553 | Letter Joint Letter to Court re Claims by Milberg Coleman Bryson Phillips Grossman PLLC (Klinger, Gary) (Entered: 01/31/2025) | 01/31/2025 |
| 9553 | Letter Joint Letter to Court re Claims by Milberg Coleman Bryson Phillips Grossman PLLC (Klinger, Gary) (Entered: 01/31/2025) | 01/31/2025 |
| 9554 | STATUS REPORT [Rule 23(b)(3) Class Counsel and cardsettlement.org's Joint Status Report] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/31/2025) | 01/31/2025 |
| 9554 | STATUS REPORT [Rule 23(b)(3) Class Counsel and cardsettlement.org's Joint Status Report] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 01/31/2025) | 01/31/2025 |
| | ORDER regarding Dkt. No. 9554 - Class Counsel's next update regarding Cardsettlement.org shall be filed as part of Class Counsel's monthly report due to be filed on February 7, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/31/2025. (EG) (Entered: 01/31/2025) | 01/31/2025 |
| | ORDER regarding Dkt. No. 9554 - Class Counsel's next update regarding Cardsettlement.org shall be filed as part of Class Counsel's monthly report due to be filed on February 7, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/31/2025. (EG) (Entered: 01/31/2025) | 01/31/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg") shall be permitted to "register [the] approximately 382 claims with Epiq," as requested in 9553 , that pertain to claimants who retained Milberg prior to its agreement with Class Counsel not to register further clients with Epiq. Dkt. No. 9553. Class Counsel shall provide an update in its next monthly submission to the Court. Ordered by Magistrate Judge Joseph A. Marutollo on 1/31/2025. (EG) (Entered: 01/31/2025) | 01/31/2025 |
| 9555 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/03/2025) | 02/03/2025 |
| 9555 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/03/2025) | 02/03/2025 |
| | ORDER - The Court is in receipt of 9555 Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. in January 2025. Class Counsel's funding request is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 2/3/2025. (EG) (Entered: 02/03/2025) | 02/03/2025 |
| | ORDER - The Court is in receipt of 9555 Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. in January 2025. Class Counsel's funding request is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 2/3/2025. (EG) (Entered: 02/03/2025) | 02/03/2025 |
| 9556 | Letter from Rule 23(b)(3) Class Counsel regarding third-party claims-filing companies' withdrawal of representation of class members by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/04/2025) | 02/04/2025 |
| 9556 | Letter from Rule 23(b)(3) Class Counsel regarding third-party claims-filing companies' withdrawal of representation of class members by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/04/2025) | 02/04/2025 |
| | ORDER - The Court is in receipt of 9556 Letter from Class Counsel regarding withdrawals of representation of class members. It is hereby ORDERED that any third-party claims filing companies comply with Epiq's requests for information regarding withdrawals of representation of class members that have occurred since January 21, 2025, including the: (1) names; (2) contact information; and (3) TINs of such class members, in a spreadsheet. Such third-party claims filing companies shall also provide Epiq with copies of any communication sent to the class member regarding the withdrawals. The Court will permit a 30-day grace period within which class members terminated since January 21, 2025 may file their claims. Such claims must be filed by March 6, 2025. Further, any third-party claims filer who has withdrawn any class member representation in the past 14 days (since January 21, 2025) shall send - at its own expense - a communication to those class members that alerts them to such 30-day grace period (ending March 6, 2025) in which to file their claims. Ordered by Magistrate Judge Joseph A. Marutollo on 2/4/2025. (EG) (Entered: 02/04/2025) | 02/04/2025 |
| | ORDER - The Court is in receipt of 9556 Letter from Class Counsel regarding withdrawals of representation of class members. It is hereby ORDERED that any third-party claims filing companies comply with Epiq's requests for information regarding withdrawals of representation of class members that have occurred since January 21, 2025, including the: (1) names; (2) contact information; and (3) TINs of such class members, in a spreadsheet. Such third-party claims filing companies shall also provide Epiq with copies of any communication sent to the class member regarding the withdrawals. The Court will permit a 30-day grace period within which class members terminated since January 21, 2025 may file their claims. Such claims must be filed by March 6, 2025. Further, any third-party claims filer who has withdrawn any class member representation in the past 14 days (since January 21, 2025) shall send - at its own expense - a communication to those class members that alerts them to such 30-day grace period (ending March 6, 2025) in which to file their claims. Ordered by Magistrate Judge Joseph A. Marutollo on 2/4/2025. (EG) (Entered: 02/04/2025) | 02/04/2025 |
| 9557 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Special Master James Orenstein's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/05/2025) | 02/05/2025 |
| 9557 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Special Master James Orenstein's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 02/05/2025) | 02/05/2025 |
| 9558 | Letter dated January 24, 2025 from Robert Davis to Judge Marutollo. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| 9558 | Letter dated January 24, 2025 from Robert Davis to Judge Marutollo. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| | ORDER - Class Counsel's request at 9557 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2025. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| | ORDER - Class Counsel's request at 9557 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2025. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| | ORDER - Class Counsel's request at 9557 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2025. (EG) (Entered: 02/05/2025) | 02/05/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - The Court is in receipt of 9558 Letter dated January 24, 2025 from Robert Jay Davis. Class Counsel is directed to respond to such letter in its monthly report due to be filed on February 7, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2025. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| | ORDER - The Court is in receipt of 9558 Letter dated January 24, 2025 from Robert Jay Davis. Class Counsel is directed to respond to such letter in its monthly report due to be filed on February 7, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2025. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| | ORDER - Class Counsel's request at 9557 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2025. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| | ORDER - The Court is in receipt of 9558 Letter dated January 24, 2025 from Robert Jay Davis. Class Counsel is directed to respond to such letter in its monthly report due to be filed on February 7, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2025. (EG) (Entered: 02/05/2025) | 02/05/2025 |
| 9559 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/07/2025) | 02/07/2025 |
| 9559 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/07/2025) | 02/07/2025 |
| | STATUS REPORT ORDER: Class Counsel shall file a status report about CardNet Settlement and LenCred by February 18, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/7/2025. (JAM) (Entered: 02/07/2025) | 02/07/2025 |
| | STATUS REPORT ORDER: Class Counsel shall file a status report about CardNet Settlement and LenCred by February 18, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/7/2025. (JAM) (Entered: 02/07/2025) | 02/07/2025 |
| | STATUS REPORT ORDER: Class Counsel shall file a status report about CardNet Settlement and LenCred by February 18, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/7/2025. (JAM) (Entered: 02/07/2025) | 02/07/2025 |
| | STATUS REPORT ORDER: Class Counsel shall file a status report about CardNet Settlement and LenCred by February 18, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/7/2025. (JAM) (Entered: 02/07/2025) | 02/07/2025 |
| | ORDER - The Court is in receipt of 9560 correspondence from Robert Jay Davis. Class Counsel shall respond to the statements made in such letter in its February 18, 2025 status report regarding CardNet Settlement and LenCred. Ordered by Magistrate Judge Joseph A. Marutollo on 2/13/2025. (EG) (Entered: 02/13/2025) | 02/13/2025 |
| 9561 | Letter from Rule 23(b)(3) Class Counsel seeking an Order to Show Cause re JAM3STRO by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Proposed Order to Show Cause regarding JAM3STRO) (Bernay, Alexandra) (Entered: 02/14/2025) | 02/14/2025 |
| 9562 | Letter from Rule 23(b)(3) Class Counsel re service of the Court's February 14, 2025 text-only Order on JAM3STRO by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/14/2025) | 02/14/2025 |
| | ORDER - The Court is in receipt of Class Counsel's letter 9561 seeking an Order to Show Cause regarding third-party entity JAM3STRO. Upon careful review of Class Counsel's submission 9561 , the Court so-orders the proposed Order to Show Cause [9561-2]. JAM3STRO shall provide a written response to the Court explaining why JAM3STRO should not have all 2,184 purported proofs of authority it has submitted to Epiq withdrawn and be required to pay the expenses related to disentangling fraudulent submissions made to Epiq. Class Counsel shall send a copy of this order and its submission 9561 to JAM3STRO in the manner most likely to constitute timely and effective notice. Class Counsel shall file proof of service on JAM3STRO by February 14, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/14/2025. (PCM) (Entered: 02/14/2025) | 02/14/2025 |
| 9563 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Status Report Regarding LenCred, CardNet Settlement, and Robert Jay Davis] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Bernay, Alexandra) (Entered: 02/18/2025) | 02/18/2025 |
| | ORDER - Class Counsel shall file a status report regarding any further developments involving LenCred by February 24, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/18/2025. (JAM) (Entered: 02/18/2025) | 02/18/2025 |
| 9564 | ORDER ADOPTING SUA SPONTE REPORT AND RECOMMENDATIONS: The Court has reviewed the unopposed R&R 9459 and, finding no clear error, adopts the R&R pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the Court (1) grants Class Counsel's motion 9544 to permanently enjoin Merchant Stronghold from any role in the Settlement, and (2) denies Class Counsel's motion 9544 for sanctions against CardSettlement.org as moot. The Court orders Class Counsel to post a PDF of, or link to, this Order on the Court-authorized settlement website, https://www.paymentcardsettlement.com, as well as to CardSettlement.org. Ordered by Judge Margo K. Brodie on 2/21/2025. (RLS) (Entered: 02/21/2025) | 02/21/2025 |
| 9567 | NOTICE of Withdraw as Counsel Filed by Karl Cambronne. (DLMP) (Entered: 02/26/2025) | 02/21/2025 |
| 9565 | Letter from Rule 23(b)(3) Class Counsel pursuant to Court's February 18, 2025 Order regarding LenCred update by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/24/2025) | 02/24/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9565 | Letter from Rule 23(b)(3) Class Counsel pursuant to Court's February 18, 2025 Order regarding LenCred update by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/24/2025) | 02/24/2025 |
| 9566 | Letter from Rule 23(b)(3) Class Counsel regarding JAM3STRO by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order regarding JAM3STRO) (Bernay, Alexandra) (Entered: 02/24/2025) | 02/24/2025 |
| 9566 | Letter from Rule 23(b)(3) Class Counsel regarding JAM3STRO by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order regarding JAM3STRO) (Bernay, Alexandra) (Entered: 02/24/2025) | 02/24/2025 |
|  | ORDER - The Court is in receipt of 9566 Class Counsel's letter regarding JAM3STRO. By February 28, 2025, Class Counsel shall file a letter indicating whether it believes legitimate merchants or claims may have formed any part of JAM3STRO's 2,184 proofs of authority, including the bases on which Class Counsel makes these assertions. Should Class Counsel contend that legitimate merchants or claims may have formed any part of JAM3STRO's 2,184 proofs of authority, Class Counsel shall then propose measures the Court could take to ensure such merchants are not unfairly prejudiced by JAM3STRO's conduct or any order of the Court prohibiting further involvement of JAM3STRO in this action. Ordered by Magistrate Judge Joseph A. Marutollo on 2/25/2025. (EG) (Entered: 02/25/2025) | 02/25/2025 |
|  | ORDER - The Court is in receipt of 9566 Class Counsel's letter regarding JAM3STRO. By February 28, 2025, Class Counsel shall file a letter indicating whether it believes legitimate merchants or claims may have formed any part of JAM3STRO's 2,184 proofs of authority, including the bases on which Class Counsel makes these assertions. Should Class Counsel contend that legitimate merchants or claims may have formed any part of JAM3STRO's 2,184 proofs of authority, Class Counsel shall then propose measures the Court could take to ensure such merchants are not unfairly prejudiced by JAM3STRO's conduct or any order of the Court prohibiting further involvement of JAM3STRO in this action. Ordered by Magistrate Judge Joseph A. Marutollo on 2/25/2025. (EG) (Entered: 02/25/2025) | 02/25/2025 |
|  | ORDER - The Court is in receipt of 9567 . Mr. Cambronne is hereby terminated as counsel for Plaintiffs. The Clerk of Court is respectfully directed to remove Mr. Cambronne from the docket. Ordered by Magistrate Judge Joseph A. Marutollo on 2/26/2025. (EG) (Entered: 02/26/2025) | 02/26/2025 |
| 9568 | Letter from Rule 23(b)(3) Class Counsel pursuant to Court's February 25, 2025 Order regarding JAM3STRO by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 02/28/2025) | 02/28/2025 |
| 9569 | EXHIBIT(S) Filed by Prospective Class member, Edward W. Orr. (DLMP) (Entered: 03/03/2025) | 02/28/2025 |
|  | ORDER - The Court is in receipt of 9569 Exhibits filed by Edward W. Orr. Class Counsel is directed to respond to such letter in its next monthly report. Ordered by Magistrate Judge Joseph A. Marutollo on 3/3/2025. (PCM) (Entered: 03/03/2025) | 03/03/2025 |
|  | ORDER - The Court is in receipt of 9569 Exhibits filed by Edward W. Orr. Class Counsel is directed to respond to such letter in its next monthly report. Ordered by Magistrate Judge Joseph A. Marutollo on 3/3/2025. (PCM) (Entered: 03/03/2025) | 03/03/2025 |
| 9570 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 03/04/2025) | 03/04/2025 |
|  | ORDER - The Court is in receipt of 9570 Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. Class Counsel's funding request is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 3/4/2025. (PCM) (Entered: 03/04/2025) | 03/04/2025 |
| 9571 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/07/2025) | 03/07/2025 |
| 9572 | SUA SPONTE REPORT AND RECOMMENDATION regarding Dkt. No. 9566 - As set forth in the attached Opinion and Order, it is sua sponte respectfully recommended that Chief Judge Brodie grant Class Counsel's letter-motion at Dkt. No. 9566 and order Epiq to withdraw (1) JAM3STRO's 2,184 fraudulent proofs of authority; and (2) assess against JAM3STRO the costs of remediating the fraudulent submissions made to Epiq. Ordered by Magistrate Judge Joseph A. Marutollo on 3/7/2025. (JAM) (Entered: 03/07/2025) | 03/07/2025 |
|  | STATUS REPORT ORDER: The Court is in receipt of 9571 . Class Counsel shall file a status report by March 20, 2025. In that status report, Class Counsel shall provide updates regarding:(1) Any further communications from JAM3STRO or any updates regarding JAM3STRO's fraudulently submitted proofs of authority; (2) Any updates regarding LenCred;(3) Any updates regarding Certificate Clearing Corporation; and (4) any other updates related to solicitations, as described in 9571 . Ordered by Magistrate Judge Joseph A. Marutollo on 3/7/2025. (JAM) (Entered: 03/07/2025) | 03/07/2025 |
| 9573 | Letter from Rule 23(b)(3) Class Counsel re service of March 7, 2025 Order (ECF 9572) on JAM3STRO by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/10/2025) | 03/10/2025 |
| 9574 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Epiq's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 03/10/2025) | 03/10/2025 |
|  | ORDER - The Court is in receipt of 9574 Class Counsel's funding request on behalf of Epiq. Class Counsel's funding request is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 3/10/2025. (PCM) (Entered: 03/10/2025) | 03/10/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9575 | Letter from Rule 23(b)(3) Class Counsel reqarding ECF 9572 concerning third-party entity JAM3STRO by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/11/2025) | 03/11/2025 |
| 9576 | Letter from Rule 23(b)(3) Class Counsel seeking Order regarding third-party claims filing services by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 03/18/2025) | 03/18/2025 |
| 9577 | ORDER - As set forth in the attached, Dkt. No. [9576-1] is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 3/18/2025. (JAM) (Entered: 03/18/2025) | 03/18/2025 |
| 9578 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Status Report] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/20/2025) | 03/20/2025 |
|  | ORDER - As noted in 9578 , Class Counsel shall file its next monthly status report by April 11, 2025. (PCM) (Entered: 03/21/2025) | 03/21/2025 |
| 9580 | Letter dated March 25, 2025 from Rule 23(b)(3) Class Counsel requesting approval of the 2025 1st Qtr Estimated Tax Payment(s) for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 03/25/2025) | 03/25/2025 |
|  | ORDER - The request at 9580 is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 3/25/2025. (JAM) (Entered: 03/25/2025) | 03/25/2025 |
| 9581 | Letter to Honorable Joseph A. Marutollo re: Redactions to Report & Recommendation by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Eisenstein, Matthew) (Entered: 03/27/2025) | 03/27/2025 |
| 9582 | REPORT AND RECOMMENDATION: For the reasons stated in the attached Report and Recommendation, the Court respectfully recommends denial of 9511 the Motion for Permanent Injunction and a Stay. Ordered by Magistrate Judge Joseph A. Marutollo on 3/27/2025. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (PCM) (Entered: 03/27/2025) | 03/27/2025 |
| 9583 | Letter Joint Letter re Stipulated Briefing Schedule for Motion to Enforce the Rule 23(b)(3) Class Settlement Agreement and Final Judgment by Compelling the Rule 23(b)(3) Class Members to Dismiss Released Claims by Visa Inc. (Eisenstein, Matthew) (Entered: 03/28/2025) | 03/28/2025 |
| 9584 | Letter re Service of Motion Papers by Visa Inc. (Eisenstein, Matthew) (Entered: 03/28/2025) | 03/28/2025 |
| 9585 | Letter from Rule 23(b)(3) Class Counsel regarding third-party Pacific Travel and Services LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 03/31/2025) | 03/31/2025 |
| 9586 | Letter from Rule 23(b)(3) Class Counsel re service of ECF 9585 and the Court's March 31, 2025 text-entry Order on Pacific Travel and Services LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 03/31/2025) | 03/31/2025 |
| 9587 | Letter from Rule 23(b)(3) Class Counsel regarding LenCred by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 03/31/2025) | 03/31/2025 |
|  | ORDER - The Court is in receipt of Class Counsel's letter 9585 seeking an Order to Show Cause regarding third-party entity Pacific Travel and Services LLC ("Pacific Travel"). Upon careful review of Class Counsel's submission, Pacific Travel is ORDERED TO SHOW CAUSE by April 7, 2025 regarding issues raised in 9585 . Specifically, Pacific Travel shall: (1) provide a written response to the Court explaining why it should not be required to refund all monies paid to it by class members; (2) explain why it should not be required to provide, at its expense, information to each class member for whom it purports to act explaining that: (i) Pacific Travel failed to include Court-ordered disclaimer language; (ii) it lacks authority to file these claims, (iii) that the Class Administrator, Epiq, can assist class member at no cost; and (iv) Pacific Travel will refund the money it took from class members as the amounts charged were not based on their expected recovery; (3) ensure that any communication to the affected class members be made in both English and Vietnamese; and (4) explain why Epiq should not administratively file these claims Class Counsel shall file proof of service on Pacific Travel by March 31, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 3/31/2025. (EG) (Entered: 03/31/2025) | 03/31/2025 |
|  | ORDER - In light of 9587 , by April 4, 2025, LenCred shall file a letter with the Court explaining: (1) The process and procedure LenCred employs in signing up agents, as well as any processes in place to monitor its agents; and (2) An explanation to the Court as to why any contracts entered into with any referral partner that provided false and/or misleading information should not be voided, with the class members' claim(s) to be filed by Epiq administratively, with all costs charged to LenCred. By April 4, 2025, LenCred shall also provide Class Counsel with all materials that it provides to referral partners, including any scripts. Class Counsel shall file a letter in response to LenCred's submission by April 9, 2025 at 5:00 p.m. EST. Ordered by Magistrate Judge Joseph A. Marutollo on 3/31/2025. (JAM) (Entered: 03/31/2025) | 03/31/2025 |
|  | ORDER - Class Counsel shall file proof of service of the relevant March 31, 2025 Order on LenCred by April 1, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 3/31/2025. (PCM) (Entered: 03/31/2025) | 03/31/2025 |
| 9588 | Letter from Rule 23(b)(3) Class Counsel re service of the Court's March 31, 2025 text-entry Order and ECF 9587 on LenCred by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/01/2025) | 04/01/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9589 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 04/01/2025) | 04/01/2025 |
| | ORDER re 9583 Proposed Briefing Schedule. The Court adopts the parties' proposed briefing schedule. Plaintiffs shall serve their opposition to Visa's motion on or before May 8, 2025, and Visa shall serve their reply, if any, and file the fully briefed motion on or before May 29, 2025. Ordered by Judge Margo K. Brodie on 4/1/2025. (RLS) (Entered: 04/01/2025) | 04/01/2025 |
| | ORDER - The Court is in receipt of 9589 Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. Class Counsel's funding request is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 4/1/2025. (EG) (Entered: 04/01/2025) | 04/01/2025 |
| 9590 | Letter from Rule 23(b)(3) Class Counsel re courtesy to LenCred re Courts text-entry Order dated March 31, 2025 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 04/04/2025) | 04/04/2025 |
| | ORDER - The Court is in receipt of LenCred's response 9590 to the Court's March 31, 2025 Text Order. LenCred's response does not comply with the Court's order. By April 8, 2025, LenCred is ordered to provide the Court with a more detailed explanation of any processes it utilizes to monitor its agents, including referral partners. LenCred shall also provide the Court with all materials it provides to referral partners (including any scripts), as the Court originally requested. See March 31, 2025 Text Order. Class Counsel shall serve this order on LenCred by April 5, 2025 and file proof of service by the same date. Ordered by Magistrate Judge Joseph A. Marutollo on 4/4/2025. (JAM) (Entered: 04/04/2025) | 04/04/2025 |
| 9591 | Letter from Rule 23(b)(3) Class Counsel re service of the Court's April 4, 2025 text-entry Order on LenCred and service of LenCred materials to Court by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6) (Bernay, Alexandra) (Entered: 04/05/2025) | 04/05/2025 |
| 9592 | Letter from Rule 23(b)(3) Class Counsel re courtesy to LenCred re Court's text-entry Order dated April 4, 2025 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 04/07/2025) | 04/07/2025 |
| 9593 | OBJECTION to (9582 in 1:05-md-01720-MKB-JAM, 91 in 1:21-cv-01175-MKB-JAM, 48 in 1:23-cv-05377-MKB-JAM) Report and Recommendations filed by Visa Inc., Visa International Service Association, Visa U.S.A. Inc., Visa International Service Association, Visa U.S.A Inc.. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Eisenstein, Matthew) (Entered: 04/07/2025) | 04/07/2025 |
| 9594 | Letter from Rule 23(b)(3) Class Counsel re courtesy to Pacific Travel and Services LLC re Court's text-entry Order dated March 31, 2025 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 04/07/2025) | 04/07/2025 |
| | ORDER - Class Counsel shall file a letter in response to the arguments raised by Pacific Travel and Services LLC [9594-1] and LenCred [9592-1] by 5 p.m. EST on April 9, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 4/7/2025. (JAM) (Entered: 04/07/2025) | 04/07/2025 |
| 9595 | NOTICE of Appearance by Matthew S. Tripolitsiotis on behalf of Yabla, Inc. (aty to be noticed) (Tripolitsiotis, Matthew) (Entered: 04/08/2025) | 04/08/2025 |
| 9596 | Letter from Rule 23(b)(3) Class Counsel in response to the Court's April 7, 2025 text-entry Order re Pacific Travel & Sales LLC and LenCred by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order) (Bernay, Alexandra) (Entered: 04/08/2025) | 04/08/2025 |
| 9597 | Letter from Rule 23(b)(3) Class Counsel re service of the Court's April 9, 2025 Scheduling Order and ECF 9596 on Pacific Travel & Services LLC and LenCred by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/09/2025) | 04/09/2025 |
| | SCHEDULING ORDER: A telephonic status conference will be held on April 24, 2025 at 10:15 a.m. EST before Magistrate Judge Joseph A. Marutollo. Dkt. Nos. 9585 , 9587 , 9596 , and related filings pertaining to Pacific Travel & Sales LLC and LenCred will be discussed. Pacific Travel & Sales LLC and LenCred are directed to appear at the conference. To participate in the conference, the parties shall dial (646) 828-7666; Meeting ID: 160 498 2484; Passcode: 133940 at the scheduled date and time. Class Counsel is ordered to serve a copy of this Order on Pacific Travel & Sales LLC and LenCred and file proof of the same by April 10, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 4/9/2025. (EG) (Entered: 04/09/2025) | 04/09/2025 |
| 9598 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 04/11/2025) | 04/11/2025 |
| | ORDER - Class Counsel shall file its next monthly status report by May 7, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 4/11/2025. (PCM) (Entered: 04/11/2025) | 04/11/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9599 | ORDER ADOPTING SUA SPONTE REPORT AND RECOMMENDATIONS: The Court has reviewed the unopposed R&R 9572 and, finding no clear error, adopts the R&R pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the Court orders Epiq to withdraw (1) JAM3STRO's 2,184 fraudulent proofs of authority; and (2) assess against JAM3STRO the costs of remediating the fraudulent submissions made to Epiq. Ordered by Judge Margo K. Brodie on 4/14/2025. (RLS) (Entered: 04/14/2025) | 04/14/2025 |
| 9600 | REPLY in Support re 9582 REPORT AND RECOMMENDATIONS re (30 in 1:23-cv-05377-MKB-JAM, 30 in 1:23-cv-05377-MKB-JAM) MOTION for Permanent Injunction MOTION to Stay [Defendants' Notice of Motion for Injunction Compelling Dismissal of Released Claims and For a, 9593 Objection to Report and Recommendations, Response by Plaintiffs Block and Intuit to Defendants' Objections to Report and Recommendation That Defendants' Motion for Injunction Be Denied filed by Block, Inc., Intuit Inc., Intuit Payment Solutions, LLC. (Wolfson, Adam) (Entered: 04/21/2025) | 04/21/2025 |
| | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: A telephonic status conference was held before Magistrate Judge Joseph A. Marutollo on April 24, 2025. Respective counsel for the Fed. R. Civ. P. 23(b)(3) settlement class, LenCred, and Epiq Class Action & Claims Solutions, Inc. appeared. Mr. Tri Nguyen, owner of Pacific Travel and Services LLC, was present. Dkt. Nos. 9585 , 9587 , 9596 , and related filings pertaining to Pacific Travel and LenCred were discussed.As stated on the record, Class Counsel and LenCred have stipulated that LenCred will pay the reasonable expenses incurred by Epiq regarding remediation of the false and misleading referral partner social media posts. LenCred is strongly cautioned that, while the Court does not recommend at this time that LenCred be barred from all settlement related services, should further issues arise, the Court may take such a step. As further stated on the record, the Court reserves ruling regarding Pacific Travel's alleged misconduct. The Court remains steadfastly committed to protecting the integrity of the settlement and claims-submission process. A Report and Recommendation regarding the above is forthcoming. (ZoomGov Log #10:19-10:45.) (EG) (Entered: 04/24/2025) | 04/24/2025 |
| 9601 | NOTICE by Mastercard Incorporated, Mastercard International Incorporated (Notice of Withdrawal of Gary R. Carney as Counsel of Record) (Carney, Gary) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| | ORDER - Granting 9601 Withdrawal of Gary R. Carney. The Clerk of Court is respectfully directed to remove Gary R. Carney as counsel and terminate his information from this docket. Ordered by Magistrate Judge Joseph A. Marutollo on 4/25/2025. (EG) (Entered: 04/25/2025) | 04/25/2025 |
| 9602 | MOTION to Withdraw as Attorney Bruce Birenboim by Mastercard Incorporated, Mastercard International Incorporated. (Birenboim, Bruce) (Entered: 04/28/2025) | 04/28/2025 |
| 9603 | TRANSCRIPT of Proceedings held on April 24, 2025, before Judge Marutollo. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/19/2025. Redacted Transcript Deadline set for 5/29/2025. Release of Transcript Restriction set for 7/28/2025. (RC) (Entered: 04/28/2025) | 04/28/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - Class Counsel shall file a letter by April 30, 2025 at 5:00 p.m. EST providing further support for their request for the assessment of the reasonable costs against Pacific Travel and Services LLC regarding Epiq's remediation of related issues and the administrative filing of its 80 claims. Class Counsel's letter shall include, among other things, an estimate as to such costs and the bases for such an estimate. Ordered by Magistrate Judge Joseph A. Marutollo on 4/28/2025. (EG) (Entered: 04/28/2025) | 04/28/2025 |
| | ORDER granting 9602 - Bruce Birenboim terminated. Ordered by Magistrate Judge Joseph A. Marutollo on 4/28/2025. (EG) (Entered: 04/28/2025) | 04/28/2025 |
| 9604 | Letter from Rule 23(b)(3) Class Counsel re Pacific Travel & Services LLC pursuant to the Court's April 28, 2025 Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1) (Bernay, Alexandra) (Entered: 04/30/2025) | 04/30/2025 |
| 9605 | Letter from Rule 23(b)(3) Class Counsel Requesting an Extension to File Monthly Status Report by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Kane, Michael) (Entered: 05/05/2025) | 05/05/2025 |
| 9606 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 05/05/2025) | 05/05/2025 |
| | ORDER - Granting 9605 and 9606 . Class Counsel shall file its next monthly status report by May 16, 2025. The Court extends is best wishes to Counselor Bernay. Additionally, Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. 9606 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 5/5/2025. (PCM) (Entered: 05/05/2025) | 05/05/2025 |
| 9607 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-19031550 by Yabla, Inc., R&N Productions LLC. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Proposed Order) (Johnson, Brent) (Entered: 05/08/2025) | 05/08/2025 |
| 9608 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-19031689 by R&N Productions LLC, Yabla, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Proposed Order) (McCuaig, Daniel) (Entered: 05/08/2025) | 05/08/2025 |
| 9609 | NOTICE of Appearance by Daniel Paul Weick on behalf of R&N Productions LLC, Yabla, Inc. (aty to be noticed) (Weick, Daniel) (Entered: 05/08/2025) | 05/08/2025 |
| 9610 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-19031960 by R&N Productions LLC, Yabla, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Proposed Order) (Zapala, Adam) (Entered: 05/08/2025) | 05/08/2025 |
| 9611 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-19032013 by R&N Productions LLC, Yabla, Inc.. (Attachments: # 1 Declaration of Christopher L. Lebsock, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order) (Lebsock, Christopher) (Entered: 05/08/2025) | 05/08/2025 |
| 9612 | SUA SPONTE REPORT AND RECOMMENDATION regarding Dkt. No. 9596 - As set forth in the attached Report and Recommendation, it is sua sponte respectfully recommended that Chief Judge Brodie grant Class Counsel's letter-motion at Dkt. No. 9596 . Ordered by Magistrate Judge Joseph A. Marutollo on 5/8/2025. (JAM) (Entered: 05/08/2025) | 05/08/2025 |
| | ORDER - Granting 9607 , 9608 , 9610 , and 9611 Motions to Appear Pro Hac Vice. Counsel shall register for ECF; registration is available online at www.pacer.gov. Once registered, counsel shall file notices of appearance and ensure that they receive electronic notification of activity in this case. Also, counsel shall ensure their respective $200 admission fees are submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 5/8/2025. (PCM) (Entered: 05/08/2025) | 05/08/2025 |
| | ORDER - Granting 9607 , 9608 , 9610 , and 9611 Motions to Appear Pro Hac Vice. Counsel shall register for ECF; registration is available online at www.pacer.gov. Once registered, counsel shall file notices of appearance and ensure that they receive electronic notification of activity in this case. Also, counsel shall ensure their respective $200 admission fees are submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 5/8/2025. (PCM) (Entered: 05/08/2025) | 05/08/2025 |
| | ORDER - Granting 9607 , 9608 , 9610 , and 9611 Motions to Appear Pro Hac Vice. Counsel shall register for ECF; registration is available online at www.pacer.gov. Once registered, counsel shall file notices of appearance and ensure that they receive electronic notification of activity in this case. Also, counsel shall ensure their respective $200 admission fees are submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 5/8/2025. (PCM) (Entered: 05/08/2025) | 05/08/2025 |
| 9613 | Letter from Rule 23(b)(3) Class Counsel re service of the Court's May 8, 2025 Sua Sponte Report and Recommendation (ECF 9612) on Pacific Travel & Services LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 05/09/2025) | 05/09/2025 |
| 9614 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-19036795 by Yabla, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit A - Certificates of Good Standing, # 3 Proposed Order) (Cormier, Christopher) (Entered: 05/09/2025) | 05/09/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - Granting 9614 Motion to Appear Pro Hac Vice. Counsel shall register for ECF; registration is available online at www.pacer.gov. Once registered, counsel shall file a notice of appearance and ensure that he or she receive electronic notification of activity in this case. Also, counsel shall ensure the $200 admission fee is submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 5/9/2025. (PCM) (Entered: 05/09/2025) | 05/09/2025 |
| 9615 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-19041862 by Yabla, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order) (Baize, Ian) (Entered: 05/12/2025) | 05/12/2025 |
| | ORDER - Granting 9615 Motion to Appear Pro Hac Vice. Counsel shall register for ECF; registration is available online at www.pacer.gov. Once registered, counsel shall file a notice of appearance and ensure that he or she receive electronic notification of activity in this case. Also, counsel shall ensure the $200 admission fee is submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 5/12/2025. (PCM) (Entered: 05/12/2025) | 05/12/2025 |
| 9616 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-19046866 by Yabla, Inc.. (Attachments: # 1 Affidavit in support of pro hac motion, # 2 Exhibit Certificate of Good Standing from MO, # 3 Exhibit Certificate of Good Standing from DC, # 4 Exhibit Certificate of Good Standing from VA, # 5 Proposed Order) (Strauser, Matthew) (Entered: 05/13/2025) | 05/13/2025 |
| | ORDER - Granting 9616 Motion to Appear Pro Hac Vice. Counsel shall register for ECF; registration is available online at www.pacer.gov. Once registered, counsel shall file a notice of appearance and ensure that he or she receive electronic notification of activity in this case. Also, counsel shall ensure the $200 admission fee is submitted to the Clerk's Office via filing the event Pro Hac Vice Filing Fee. Ordered by Magistrate Judge Joseph A. Marutollo on 5/13/2025. (PCM) (Entered: 05/13/2025) | 05/13/2025 |
| 9617 | NOTICE of Appearance by Matthew Ross Strauser on behalf of Yabla, Inc. (notification declined or already on case) (Strauser, Matthew) (Entered: 05/15/2025) | 05/15/2025 |
| 9618 | NOTICE of Appearance by Ian Baize on behalf of Yabla, Inc. (notification declined or already on case) (Baize, Ian) (Entered: 05/15/2025) | 05/15/2025 |
| 9619 | NOTICE of Appearance by Christopher J. Cormier on behalf of Yabla, Inc. (notification declined or already on case) (Cormier, Christopher) (Entered: 05/15/2025) | 05/15/2025 |
| 9620 | NOTICE of Appearance by Daniel McCuaig on behalf of R&N Productions LLC, Yabla, Inc. (notification declined or already on case) (McCuaig, Daniel) (Entered: 05/15/2025) | 05/15/2025 |
| 9621 | NOTICE of Appearance by Brent W. Johnson on behalf of R&N Productions LLC, Yabla, Inc. (notification declined or already on case) (Johnson, Brent) (Entered: 05/15/2025) | 05/15/2025 |
| 9622 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 05/16/2025) | 05/16/2025 |
| | STATUS REPORT ORDER - Class Counsel shall file its next monthly report on June 13, 2025, as indicated in 9622 . Ordered by Magistrate Judge Joseph A. Marutollo on 5/16/2025. (PCM) (Entered: 05/16/2025) | 05/16/2025 |
| | STATUS REPORT ORDER - Class Counsel shall file its next monthly report on June 13, 2025, as indicated in 9622 . Ordered by Magistrate Judge Joseph A. Marutollo on 5/16/2025. (PCM) (Entered: 05/16/2025) | 05/16/2025 |
| 9623 | MOTION to Enforce Judgment [DEFENDANT VISA INC.'S NOTICE OF MOTION TO ENFORCE THE RULE 23(B)(3) CLASS SETTLEMENT AGREEMENT AND FINAL JUDGMENT BY COMPELLING RULE 23(B)(3) CLASS MEMBERS TO DISMISS RELEASED CLAIMS] by Visa Inc.. (Eisenstein, Matthew) (Entered: 05/29/2025) | 05/29/2025 |
| 9624 | MEMORANDUM in Support re 9623 MOTION to Enforce Judgment [DEFENDANT VISA INC.'S NOTICE OF MOTION TO ENFORCE THE RULE 23(B)(3) CLASS SETTLEMENT AGREEMENT AND FINAL JUDGMENT BY COMPELLING RULE 23(B)(3) CLASS MEMBERS TO DISMISS RELEASED CLAIMS] filed by Visa Inc.. (Attachments: # 1 Exhibit A) (Eisenstein, Matthew) (Entered: 05/29/2025) | 05/29/2025 |
| 9625 | RESPONSE in Opposition re 9623 MOTION to Enforce Judgment [DEFENDANT VISA INC.'S NOTICE OF MOTION TO ENFORCE THE RULE 23(B)(3) CLASS SETTLEMENT AGREEMENT AND FINAL JUDGMENT BY COMPELLING RULE 23(B)(3) CLASS MEMBERS TO DISMISS RELEASED CLAIMS] filed by Yabla, Inc.. (Attachments: # 1 Exhibit A) (Tripolitsiotis, Matthew) (Entered: 05/29/2025) | 05/29/2025 |
| 9626 | REPLY in Support re 9623 MOTION to Enforce Judgment [DEFENDANT VISA INC.'S NOTICE OF MOTION TO ENFORCE THE RULE 23(B)(3) CLASS SETTLEMENT AGREEMENT AND FINAL JUDGMENT BY COMPELLING RULE 23(B)(3) CLASS MEMBERS TO DISMISS RELEASED CLAIMS] filed by Visa Inc.. (Eisenstein, Matthew) (Entered: 05/29/2025) | 05/29/2025 |
| 9627 | NOTICE of Appearance by Adam John Zapala on behalf of R&N Productions LLC, Yabla, Inc. (notification declined or already on case) (Zapala, Adam) (Entered: 05/29/2025) | 05/29/2025 |
| 9628 | Letter dated May 30, 2025 from Rule 23(b)(3) Class Counsel requesting approval of the 2025 2nd Qtr Estimated Tax Payment(s) for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 05/30/2025) | 05/30/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9629 | STIPULATION (Joint Stipulation and Proposed Order to Set Discovery Schedule) by Visa Inc., Visa International Service Association, Visa U.S.A Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM (Szanyi, Rosemary) (Entered: 05/30/2025) | 05/30/2025 |
| 9630 | STIPULATION (Joint Stipulation and Proposed Order to Set Discovery Schedule) by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:23-cv-05377-MKB-JAM (Szanyi, Rosemary) (Entered: 05/30/2025) | 05/30/2025 |
|  | ORDER regarding 9628 - Class Counsel's estimated tax payment request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 5/31/2025. (JAM) (Entered: 05/31/2025) | 05/31/2025 |
|  | ORDER - The proposed discovery deadlines in 9629 and 9630 are so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 5/31/2025. (JAM) (Entered: 05/31/2025) | 05/31/2025 |
| 9631 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 06/02/2025) | 06/02/2025 |
| 9632 | Letter from Rule 23(b)(3) Class Counsel regarding Pacific Travel & Services LLC's failure to comply with ECF 9612 by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/02/2025) | 06/02/2025 |
|  | ORDER - The Court approves 9631 Ordered by Magistrate Judge Joseph A. Marutollo on 6/2/2025. (JAM) (Entered: 06/02/2025) | 06/02/2025 |
|  | ORDER regarding 9632 - Pacific Travel & Services LLC shall respond to Class Counsel's letter by June 6, 2025. Class Counsel shall serve a copy of 9632 and this order on Pacific Travel and file proof of service on the docket by June 3, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 6/2/2025. (JAM) (Entered: 06/02/2025) | 06/02/2025 |
| 9633 | Letter from Rule 23(b)(3) Class Counsel re service of the Court's June 2, 2025 text-entry Order and ECF 9632 on Pacific Travel & Services LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 06/03/2025) | 06/03/2025 |
| 9634 | NOTICE of Change of Firm Name and Email Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Schoeman, Paul) (Entered: 06/04/2025) | 06/04/2025 |
|  | ORDER - On June 2, 2025, the Court directed Pacific Travel and Services LLC to respond to Class Counsel's letter 9632 by June 6, 2025. See June 2, 2025 Text Order. Pacific Travel and Services LLC was served with a copy of the June 2, 2025 Order. See Dkt. No. 9633. Pacific Travel and Services LLC has failed to respond to the Court's Orders. In its next monthly status report, due June 13, 2025, Class Counsel shall recommend a course of action for Pacific Travel and Services LLC, including a proposed order, if necessary. Ordered by Magistrate Judge Joseph A. Marutollo on 6/9/2025. (EG) (Entered: 06/09/2025) | 06/09/2025 |
| 9635 | Letter dated June 10, 2025 from (b)(3) Class Counsel re Payment of Miller Kaplan Invoice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - Miller Kaplan Invoice No. 717664) (Cramer, Eric) (Entered: 06/10/2025) | 06/10/2025 |
|  | ORDER - The funding request at 9635 is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 6/10/2025. (EG) (Entered: 06/10/2025) | 06/10/2025 |
| 9636 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Bernay, Alexandra) (Entered: 06/13/2025) | 06/13/2025 |
|  | STATUS REPORT ORDER - As noted in 9636 , Class Counsel shall file its next monthly status report by July 18, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 6/13/2025. (PCM) (Entered: 06/13/2025) | 06/13/2025 |
| 9637 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Epiq's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 06/26/2025) | 06/26/2025 |
|  | ORDER - The Court is in receipt of 9637 , Class Counsel's funding request in connection with services rendered by Epiq. Class Counsel's funding request is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 6/26/2025. (EG) (Entered: 06/26/2025) | 06/26/2025 |
| 9638 | ORDER ADOPTING SUA SPONTE REPORT AND RECOMMENDATIONS: The Court has reviewed the unopposed R&R 9612 and, finding no clear error, adopts the R&R pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the Court orders orders Pacific Travel to (1) refund all funds paid to it by class members and (2) notify the eighty class members for whom it purports to act, via mail or e-mail in English and Vietnamese, that (a) Pacific Travel failed to include or require to be included Court-Ordered disclaimer language; (b) Pacific Travel lacks authority to file claims; (c) Epiq will assist class members at no cost; and (d) Pacific Travel will refund the money it took from class members as the amounts charged were not based on their expected recovery. The Court also directs (1) Epiq to attempt to administratively file the claims on behalf of the eighty class members Pacific Travel purported to represent, and submit all costs to Pacific Travel and (2) orders Pacific Travel to provide to Class Counsel and Epiq all necessary information regarding its marketers and class member clients, including contact information. Ordered by Judge Margo K. Brodie on 6/27/2025. (RLS) (Entered: 06/27/2025) | 06/27/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9639 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 07/02/2025) | 07/02/2025 |
| | ORDER - Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. 9639 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 7/2/2025. (EG) (Entered: 07/02/2025) | 07/02/2025 |
| 9640 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Special Master James Orenstein's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 07/07/2025) | 07/07/2025 |
| | ORDER - Class Counsel's funding request in connection with services rendered by Special Master James Orenstein 9640 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 7/7/2025. (PCM) (Entered: 07/07/2025) | 07/07/2025 |
| | ORDER - Class Counsel's funding request in connection with services rendered by Special Master James Orenstein 9640 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 7/7/2025. (PCM) (Entered: 07/07/2025) | 07/07/2025 |
| 9641 | STATUS REPORT [Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities] by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Bernay, Alexandra) (Entered: 07/18/2025) | 07/18/2025 |
| 9642 | Letter from Rule 23(b)(3) Class Counsel re service of Court's July 18, 2025 Scheduling Order and ECF 9461 on Pacific Travel and Services LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 07/18/2025) | 07/18/2025 |
| | SCHEDULING ORDER - A telephonic status conference will occur on July 22, 2025, at 10:30 a.m. before Magistrate Judge Joseph A. Marutollo. Class Counsel and Pacific Travel and Services LLC, as well as its proprietor, Mr. Tri Nguyen, are directed to attend the conference. To participate in the conference, the parties shall dial (646) 828-7666; Meeting ID: 160 3637 2020; Passcode: 861287. Pacific Travel and Services LLC and Mr. Tri Nguyen are cautioned that failure to attend the conference may result in the imposition of monetary and other sanctions, which may include attorneys' fees. Class Counsel shall serve a copy of this Order on Pacific Travel and file proof of service on the docket by July 19, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 7/18/2025. (PCM) (Entered: 07/18/2025) | 07/18/2025 |
| | Minute Entry for Proceedings held before Magistrate Judge Joseph A. Marutollo: A status conference was held telephonically on July 22, 2025. Counsel for the Fed. R. Civ. P. 23(b)(3) settlement class and Epiq Class Action & Claims Solutions, Inc., among others, appeared. Neither Pacific Travel and Services LLC nor Mr. Tri Nguyen, its proprietor, appeared. Discussions were held on the record. As stated, Class Counsel is directed to continue its efforts to communicate with Pacific Travel and Services LLC and Mr. Nguyen. By August 15, 2025, Class Counsel shall file a status report providing an update on those efforts. Class Counsel may also raise additional arguments in their status report regarding their request that the Court impose monetary sanctions against Pacific Travel and Services LLC and Mr. Nguyen. (ZoomGov Log #10:37-10:44.) (EG) (Entered: 07/22/2025) | 07/22/2025 |
| 9643 | TRANSCRIPT of Proceedings held on July 22, 2025, before Judge Marutollo. Court Transcriber: Superior Reporting Services LLC. Email address: transcripts@superiorreporter.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/22/2025. Redacted Transcript Deadline set for 9/1/2025. Release of Transcript Restriction set for 10/30/2025. (RC) (Entered: 08/01/2025) | 08/01/2025 |
| 9644 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Special Master James Orenstein's funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 08/05/2025) | 08/05/2025 |
| | ORDER - 9644 is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 8/5/2025. (EG) (Entered: 08/05/2025) | 08/05/2025 |
| 9645 | Letter from Rule 23(b)(3) Class Counsel requesting Court's approval of Wright On Communications, Inc.'s funding request by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 08/06/2025) | 08/06/2025 |
| | ORDER - Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. 9645 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 8/7/2025. (EG) (Entered: 08/07/2025) | 08/07/2025 |
| | ORDER - Class Counsel's funding request in connection with services rendered by (W)right On Communications, Inc. 9645 is granted. Ordered by Magistrate Judge Joseph A. Marutollo on 8/7/2025. (EG) (Entered: 08/07/2025) | 08/07/2025 |
| 9646 | Letter from Rule 23(b)(3) Class Counsel providing an update regarding Pacific Travel & Sales LLC by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A) (Bernay, Alexandra) (Entered: 08/15/2025) | 08/15/2025 |
| | ORDER - In consideration of Class Counsel's update regarding Pacific Travel and Services LLC 9646 , the Court directs Epiq Class Action & Claims Solutions, Inc. to attempt to contact the approximately 80 class members who signed up for claims filing services with Pacific Travel and determine whether such claims can be filed. Class Counsel shall include an update in this regard in its next monthly status report. Ordered by Magistrate Judge Joseph A. Marutollo on 8/18/2025. (EG) (Entered: 08/18/2025) | 08/18/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| 9647 | MEMORANDUM AND ORDER. For the reasons stated in the attached Memorandum and Order, the Court finds that Visa Debit Plaintiffs are not bound by the 2019 Rule 23(b)(3) Class Settlement's Release. Accordingly, the Court denies 9623 Defendant's motion to enforce the settlement agreement. Ordered by Judge Margo K. Brodie on 8/20/2025. (RLS) (Entered: 08/20/2025) | 08/20/2025 |
| 9648 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation of Motion and Motion for Partial Distribution (Attachments: # 1 Memorandum in Support Motion for Initial, Partial Distribution of Settlement, # 2 Declaration of Cameron R. Azari, Esq., # 3 Declaration of Loree Kovach, # 4 Proposed Order) (Marth, Ryan) (Entered: 08/20/2025) | 08/20/2025 |
| 9649 | NOTICE OF APPEAL as to 9647 Order on Motion to Enforce Judgment,, Memorandum & Opinion, by Visa Inc.. Filing fee $ 605, receipt number ANYEDC-19369256. (Eisenstein, Matthew) (Entered: 08/20/2025) | 08/20/2025 |
| 9650 | Letter dated August 21, 2025 from Rule 23(b)(3) Class Counsel requesting approval of the 2025 3rd Qtr Estimated Tax Payment(s) for the Class I Settlement Fund by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cramer, Eric) (Entered: 08/21/2025) | 08/21/2025 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 9649 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 08/21/2025) | 08/21/2025 |
| | Electronic Index to Record on Appeal sent to US Court of Appeals. 9649 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 08/21/2025) | 08/21/2025 |
| | ORDER re 9648 Motion for Partial Distribution. The Court directs any party that opposes the Motion for Partial Distribution to file their objection on or before August 29, 2025. Ordered by Judge Margo K. Brodie on 8/21/2025. (RLS) (Entered: 08/21/2025) | 08/21/2025 |
| | ORDER re 9648 Motion for Partial Distribution. The Court directs any party that opposes the Motion for Partial Distribution to file their objection on or before August 29, 2025. Ordered by Judge Margo K. Brodie on 8/21/2025. (RLS) (Entered: 08/21/2025) | 08/21/2025 |
| | ORDER regarding 9650 - Class Plaintiffs' estimated tax payment request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 8/21/2025. (EG) (Entered: 08/21/2025) | 08/21/2025 |
| | ORDER regarding 9650 - Class Plaintiffs' estimated tax payment request is approved. Ordered by Magistrate Judge Joseph A. Marutollo on 8/21/2025. (EG) (Entered: 08/21/2025) | 08/21/2025 |
| 9651 | STATUS REPORT Rule 23(b)(3) Class Counsel's Monthly Report Regarding Third-Party Entities by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra) (Entered: 08/22/2025) | 08/22/2025 |
| 9652 | MOTION for Disbursement of Funds - Rule 23(b)(3) Class Counsel's Notice of Motion and Motion for Initial, Partial Distribution of Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum in Support of Rule 23(b)(3) Class Counsel's Motion for Initial, Partial Distribution of Settlement Funds, # 2 Declaration of Cameron R. Azari, Esq., on Implementation of Claim Phase Notice (with CORRECTED attachments), # 3 Declaration of Loree Kovach Regarding Ongoing Claims Process and Initial Partial Distribution, # 4 Proposed Order Granting Motion for Initial, Partial Distribution of Settlement Funds) (Marth, Ryan) (Entered: 08/22/2025) | 08/22/2025 |
| 9653 | Letter to Judge Brodie regarding re-filing Rule 23(b)(3) Class Plaintiff's Motion for Initial, Partial Distribution of Settlement Funds by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Marth, Ryan) (Entered: 08/22/2025) | 08/22/2025 |
| 9654 | ORDER ADOPTING REPORT AND RECOMMENDATIONS. The Court has reviewed 9579 the R&R re Defendants' Motion for Injunction Compelling Dismissal of Released Claims and for an Interim Stay. For the reasons stated in the attached Memorandum and Order, the Court adopts the R&R and denies Defendants' motion for an injunction pursuant to the All Writs Act. The Court respectfully requests Judge Marutollo lift the stay of discovery on Plaintiffs' PayFac claims. The parties are directed to confer and submit proposed redactions on or before Friday, August 29, 2025. In addition, the parties are directed to explain why such redactions are warranted. Ordered by Chief Judge Margo K. Brodie on 8/22/2025. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (RLS) (RLS) Modified on 8/22/2025 (AM). (Entered: 08/22/2025) | 08/22/2025 |
| | STATUS REPORT ORDER - As indicated in 9651 , Class Counsel shall file its next monthly status report by September 26, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 8/22/2025. (EG) (Entered: 08/22/2025) | 08/22/2025 |
| | ORDER - In light of the Court's Order 9654 adopting the Report and Recommendation 9579 , the stay of discovery on Plaintiffs' Payment Facilitator ("PayFac") claims, see November 12, 2024 Minute Entry and Order, is hereby lifted. The parties are directed to meet and confer regarding PayFac discovery and file a joint status report regarding the same by August 29, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 8/22/2025. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (PCM) (Entered: 08/22/2025) | 08/22/2025 |
| 9655 | Letter from Rule 23(b)(3) Class Counsel on behalf of class member Jimmy Sigona by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment) (Bernay, Alexandra) (Entered: 08/26/2025) | 08/26/2025 |

| # | Docket Text | Date Filed |
|---|---|---|
| | ORDER - The Court is in receipt of Class Member Jimmy Sigona's letter to the Court 9655 . Class Counsel, with input as may be needed from Epiq Class Action & Claims Solutions, Inc., is directed to respond to such letter by September 5, 2025. Such response shall include analysis of the feasibility, additional costs, and administrative burden of accounting for inflation in the ratable distribution of the settlement fund, as proposed by Mr. Sigona. Ordered by Magistrate Judge Joseph A. Marutollo on 8/26/2025. (PCM) (Entered: 08/26/2025) | 08/26/2025 |
| 9656 | Letter dated August 27, 2025 from (b)(3) Class Counsel re Payment of Miller Kaplan Invoice by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A - Miller Kaplan Invoice No. 721701) (Cramer, Eric) (Entered: 08/27/2025) | 08/27/2025 |
| 9657 | Letter to Honorable Margo K. Brodie re: Redactions to Memorandum and Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Memorandum and Order) Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Eisenstein, Matthew) (Entered: 08/28/2025) | 08/28/2025 |
| | ORDER - The funding request at 9656 is so ordered. Ordered by Magistrate Judge Joseph A. Marutollo on 8/28/2025. (EG) (Entered: 08/28/2025) | 08/28/2025 |
| 9659 | ORDER ADOPTING REPORT AND RECOMMENDATIONS (previously filed under seal as 9654 ). The Court has reviewed 9579 the R&R re Defendants' Motion for Injunction Compelling Dismissal of Released Claims and for an Interim Stay. For the reasons stated in the attached Memorandum and Order, the Court adopts the R&R and denies Defendants' motion for an injunction pursuant to the All Writs Act. Ordered by Judge Margo K. Brodie on 8/22/2025. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (RLS) (Entered: 08/29/2025) | 08/29/2025 |
| 9660 | RESPONSE in Opposition re (9652 in 1:05-md-01720-MKB-JAM) MOTION for Disbursement of Funds - Rule 23(b)(3) Class Counsel's Notice of Motion and Motion for Initial, Partial Distribution of Settlement Funds filed by Jack Rabbit LLC. Associated Cases: 1:05-md-01720-MKB-JAM et al. (Rothstein, Paul) (Entered: 08/29/2025) | 08/29/2025 |
| 9661 | STATUS REPORT Joint Status Report Pursuant to the Court's August 22, 2025 Order by Visa Inc., Visa International Service Association, Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (Shuster, Michael) (Entered: 08/29/2025) | 08/29/2025 |
| | STATUS REPORT ORDER - By September 30, 2025, the parties to Intuit Inc., et al. v. Visa Inc., et al., No. 21-cv-01175 and Block, Inc. v. Visa Inc., et al., No. 23-cv-05377, shall file a joint status report regarding discovery. The Court is not inclined to extend discovery deadlines. Ordered by Magistrate Judge Joseph A. Marutollo on 8/29/2025. Associated Cases: 1:05-md-01720-MKB-JAM, 1:21-cv-01175-MKB-JAM, 1:23-cv-05377-MKB-JAM (PCM) (Entered: 08/29/2025) | 08/29/2025 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

IN RE PAYMENT CARD INTERCHANGE FEE
AND MERCHANT DISCOUNT ANTITRUST
LITIGATION

**MEMORANDUM & ORDER**

05-MD-1720 (MKB)

This document refers to: ALL ACTIONS

-------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

On May 29, 2025, Defendant Visa Inc. ("Visa") moved to enforce the Rule 23(b)(3)

Class Settlement Agreement and for an injunction pursuant to the All Writs Act, seeking an order

"compelling members of the Rule 23(b)(3) Settlement Class to dismiss related claims in a

separate action entitled *In re Visa Debit Card Antitrust Litigation*, No. 24-CV-7435 (S.D.N.Y.)

("*In re Visa Debit*")."[1]  (Def.'s Mem. 1.)  The *In re Visa Debit* Plaintiffs (the "*Visa Debit*

Plaintiffs") opposed the motion.[2]

For the reasons discussed below, the Court denies Defendant's motion.

**I.    Background**

The Court assumes familiarity with the facts and extensive procedural history as set forth

in prior decisions.  *See In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 986

F. Supp. 2d 207 (E.D.N.Y. 2013) (*Interchange Fees I*), *rev'd and vacated*, 827 F.3d 223 (2d Cir.

2016) (*Interchange Fees II*); *In re Payment Card Interchange Fee & Merch. Disc. Antitrust*

---

[1]  (Def.'s Mot. to Enforce the Rule 23(b)(3) Class Settlement Agreement and Final J. ("Def.'s Mot."), Docket Entry No. 9623; Def.'s Mem. in Supp. of Def.'s Mot. ("Def.'s Mem."), Docket Entry No. 9624; Def.'s Reply in Supp. of Def.'s Mot. ("Def.'s Reply"), Docket Entry No. 9626.)

[2]  (Pls.' Mem. in Opp'n to Def.'s Mot. ("Pls.' Opp'n"), Docket Entry No. 9625.)

*Litig.*, 330 F.R.D. 11 (E.D.N.Y. 2019) (*Interchange Fees III*); *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 714 F. Supp. 3d. 65 (E.D.N.Y. 2024) (*Interchange Fees IV*); *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, No. 05-MD-1720, 2024 WL 1014159 (E.D.N.Y. Feb. 22, 2024) (*Interchange Fees V*); *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 729 F. Supp. 3d. 298 (E.D.N.Y. 2024) (*Interchange Fees VI*); *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 735 F. Supp. 3d 249 (E.D.N.Y. 2024) (*Interchange Fees VII*); *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 2024 WL 3236614 (E.D.N.Y June 28, 2024) (*Interchange Fees VIII*).  The Court provides only a summary of the pertinent issues.

### a. Procedural history

#### i. Procedural history of the Rule 23(b)(3) Class

In October of 2005, several complaints asserting similar antitrust claims against Visa, Mastercard, and various issuing banks were consolidated for pretrial purposes and transferred to the Eastern District of New York, where they were joined by other similar cases.  *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, No. 05-MD-1720, 2008 WL 115104, at *1 (E.D.N.Y. Jan. 8, 2008).  The consolidated cases included both class actions and individual actions.  *Id.*  In April of 2006, plaintiffs in the putative class actions ("Class Plaintiffs") filed a consolidated amended class complaint that defined two classes: one seeking damages and the other seeking equitable relief.  *Id.* at *1–2.  In November of 2012, the Court provisionally certified a class and preliminarily approved a class settlement agreement between Class Plaintiffs and Defendants.  *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, No. 05-MD-1720, 2012 WL 12929536, at *1–2 (E.D.N.Y. Nov. 27, 2012).  In 2013, the Court approved the settlement, *Interchange Fees I*, 986 F. Supp. 2d at 241, but, in 2016, the Second Circuit

vacated certification of the class and reversed approval of the settlement, *Interchange Fees II*, 827 F.3d at 240.[3]

In November of 2016, the Court appointed counsel to two putative classes under Rule 23(b)(2) (the "Equitable Relief Class") and Rule 23(b)(3) (the "Damages Class"). *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, No. 05-MD-1720, 2016 WL 8138988, at *1 (E.D.N.Y. Nov. 30, 2016). In December of 2019, the Court granted final approval to a settlement agreement between Defendants and the Damages Class (the "Settlement Agreement"). *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, No. 05-MD-1720, 2019 WL 6875472, at *36 (E.D.N.Y. Dec. 16, 2019). The Settlement Agreement defines the Settlement Class as "all persons, businesses, and other entities that have accepted any Visa-Branded Cards and/or Mastercard-Branded Cards in the United States at any time from January 1, 2004 to the Settlement Preliminary Approval Date [of January 24, 2019]." (Settlement Agreement ¶ 4, annexed to Rule 23(b)(3) Class Pls.' Mot. for Class Settlement Preliminary Approval as Ex. 1, Docket Entry No. 7257-2.) The Settlement Agreement further provides that each class member who files a claim will receive a *pro rata* share of the settlement fund "in accordance with the relative economic interests of the [class member] as measured by the Interchange Fee amounts attributable to their Visa- and Mastercard-Branded Card transactions during the Class Period." (*Id.* § I-2.) In addition, each class member would release specified claims against the Defendants (the "Release"). (*Id.* ¶ 31(a).) The Release specified that members of the Settlement Class would release "any claims arising out of or relating to" the allegations of the Class, (*id.* ¶ 31(b)), including as to "any interchange fees, interchange rates, or

---

[3] The case was reassigned to the undersigned on December 17, 2014. (Order Reassigning Case, Docket Entry No. 6359.)

any Rule of any Visa Defendant or Mastercard Defendant relating to interchange fees," (*id.*

¶ 31(b)(i)), "any . . . 'honor all cards' rules . . . [or] rules or conduct relating to routing options

regarding acceptance technology for mobile, e-commerce, or online payments, or development

and implementation of tokenization standards," (*id.* ¶ 31(b)(iii)).  It further specified that

reference to these rules "mean[t] those rules as they are or were in place on or before the

Settlement Preliminary Approval Date and rules in place thereafter that are *substantially*

*similar*."  (*Id.* ¶ 31(c) (emphasis added).)

In March of 2023, the Second Circuit affirmed in all material respects the Court's

decision certifying the Settlement Class and approving the Settlement Agreement.  *Fikes*

*Wholesale, Inc. v. HSBC Bank USA, N.A.*, 62 F.4th 704, 727 (2d Cir. 2023).  In relevant part, the

Court affirmed that the class was sufficiently ascertainable, because "[t]he only relevant inquiry

is whether determinations as to class membership are 'objectively *possible*.'"  *Id.* at 717 (citation

omitted).  The Second Circuit also affirmed the Court's decision to refer any disputes over class

membership to a special master, subject to *de novo* review by this Court.  *Id.* at 719.

### ii.    Procedural history of the *In re Visa Debit* action

In November of 2024, Judge John G. Koeltl consolidated several cases asserting similar

antitrust claims against Visa in the Southern District of New York, where they were joined by

other related cases for pretrial purposes.  (*See* Order Granting Plaintiffs' Motion for

Consolidation, *In re Visa Debit*, No. 24-CV-7435 (S.D.N.Y. Nov. 26, 2024), Docket Entry No.

35.)  Judge Koeltl noted that the plaintiffs "in each case seek to represent classes of persons and

other entities that have accepted Visa-branded debit cards or paid Visa's fees for debit card

transaction routing services."  (*Id.* ¶ 3.)  In December of 2024, Judge Koeltl consolidated

additional cases "asserting similar claims against defendant Visa Inc. for engaging in the same

alleged misconduct but on behalf of cardholders" rather than on behalf of merchants.  (*See* Order Granting Cardholder Plaintiffs' Motion for Consolidation, *In re Visa Debit*, No. 24-CV-7435 (S.D.N.Y. Dec. 16, 2024), Docket Entry No. 37.)  In the Consolidated Class Action Complaint, *Visa Debit* Plaintiffs allege that "Visa has unlawfully entrenched its monopoly" in the debit network "by using a multi-faceted exclusionary strategy to stifle competition and innovation in the United States debit market, resulting in enormous financial harms" to merchants and cardholders.  (Consolidated Class Action Compl. ("CCAC") ¶ 2, *In re Visa Debit*, No. 24-CV-7435 (S.D.N.Y. Dec. 16, 2024), Docket Entry No. 38.)  On February 24, 2025, Defendant filed a letter requesting a stay of litigation as to two putative class action representatives, Yabla, Inc. and R&N Productions LLC d/b/a/ SewRobQnE, as well "as to all released claims asserted by the card-acceptor Plaintiffs." [4]  (*See* Consent Mot. for Partial Stay of Litigation, *In re Visa Debit*, No. 24-CV-7435 (S.D.N.Y. Feb. 24, 2025), Docket Entry No. 108.)  Defendant argued that "some of the claims the card-acceptor plaintiffs have asserted" violate the release in the Rule 23(b)(3) Settlement Agreement, which released all claims asserted by or on behalf of entities that accepted Visa-branded cards from January 1, 2004 to January 25, 2019.  (*Id.* at 1–3.)  Defendant argued that the Court "retains exclusive jurisdiction to resolve the scope of the release claims under the [Settlement Agreement]," and indicated that they planned move to enforce the Settlement Agreement with the Court.  (*Id.* at 2.)  Judge Koeltl granted the stay.  (Order granting Consent Mot. for Partial Stay of Litigation, *In re Visa Debit*, No. 24-CV-7435 (S.D.N.Y. Feb. 24, 2025), Docket Entry No. 110.)

---

[4]  On February 24, 2025, Defendant moved to dismiss the *Visa Debit* Cardholder Plaintiffs' claims.  (Mot. to Dismiss Pls.' Am. Consolidated Cardholder Compl., *In re Visa Debit*, No. 24-CV-7435 (S.D.N.Y. Feb. 24, 2025), Docket Entry No. 112.)  While the motion is pending before Judge Koeltl, the parties are proceeding with discovery.

b.   **Factual background**

Typically, merchants who wish to accept payment cards enter into agreements with acquiring banks ("Acquirers").[5]  Acquirers facilitate merchants' acceptance of payment cards by, among other things, providing the hardware necessary to accept payment cards, transmitting payment information across the payment card network (*e.g.*, Visa, Mastercard, American Express, or Discover), and settling funds received on behalf of merchants from issuing banks ("Issuers").  For these services, merchants pay a fee known as the "merchant discount fee" or "merchant discount," which is typically a per-transaction fee that includes the full amount of any applicable interchange fees and network fees, in addition to the Acquirer's own fees.  *See generally Interchange Fees V*, 2024 WL 1014159, at *4–5.

According to *Visa Debit* Plaintiffs, Visa accounts for more than 60% of all debit transactions in the United States, (CCAC ¶ 1), and "leverage[s] its monopoly power in non-contestable debit transactions to foreclose entry and competition in contestable debit transactions," (*id.* ¶ 21).  "Non-contestable transactions" are those "for which Visa has no competition," allowing Visa to "coerce [Acquirers] to enter into routing agreements or face high rack rates," which are "listed pricing for network fees and interchange" fees.  (*Id.* ¶¶ 15, 94.)  Rival networks "in contestable transactions" thus cannot "gain[] the necessary scale and network to compete" because many merchants are "bound by a Visa routing agreement."  (*Id.* ¶¶ 15–16.)  Visa "also took deliberate action to prevent emerging technologies from contesting Visa's control over debit transactions," including "offering incentives, sometimes worth hundreds of

---

[5]  The background provided in this section is for the benefit of the reader and is drawn from, unless otherwise noted, the *In re Visa Debit* Consolidated Class Action Complaint ("CCAC").  (*See In re Visa Debit*, No. 24-CV-7435 (S.D.N.Y. Dec. 16, 2024), Docket Entry No. 38.)

millions of dollars annually, to . . . potential competitors [such as Apple Pay, PayPal, and Cash App] conditioned upon their agreement not to compete with Visa." (*Id.* ¶¶ 18–19.) Visa also attempted to purchase at least one competitor, Plaid, which had "emerged as a likely competitor to Visa in the online segment of the domestic debit network." (*Id.* ¶ 20.)

## II. Discussion

### a. Standards of review

#### i. Motion to enforce a settlement agreement

"A settlement agreement is a contract that is interpreted according to general principles of contract law." *Contant v. AMA Cap., LLC*, 66 F.4th 59, 66 (2d Cir. 2023) (quoting *Omega Eng'g, Inc. v. Omega, S.A.*, 432 F.3d 437, 443 (2d Cir. 2005)); *see also In re World Trade Ctr. Disaster Site Litig.*, 754 F.3d 114, 121 (2d Cir. 2014) (*In re WTC*) (citing *Collins v. Harrison-Bode*, 303 F.3d 429, 433 (2d Cir. 2002)). As a question of contract law, the court sits in diversity jurisdiction and "must apply the choice of law rules of the state in which it is located."[6] *Benicorp Ins. Co. v. Nat'l Med. Health Card Sys., Inc.*, 447 F. Supp. 2d 329, 335 (S.D.N.Y. 2006) (citing *Schwimmer v. Allstate Ins. Co.*, 176 F.3d 648, 650 (2d Cir. 1999)); *see also Revitalizing Auto Cmtys. Env't Response Tr. v. Nat'l Grid USA*, 92 F.4th 415, 441 (2d Cir. 2024) ("We look to state law for guidance on contract interpretation principles." (citing *Schurr v. Austin Galleries of Ill., Inc.*, 719 F.2d 571, 575 (2d Cir. 1983))); *Omega Eng'g*, 432 F.3d at 443 (applying "the substantive law of the forum state" to interpretation of settlement agreement); *Waldman ex rel. Elliot Waldman Pension Tr. v. Riedinger*, 423 F.3d 145 (2d Cir. 2005) (applying New York and Delaware law to dispute over interpretation of settlement agreement).

---

[6] The parties do not dispute that the Settlement Agreement provides that it "shall be governed, construed, enforced, and administered in accordance with the laws of the State of New York without reference to its conflict of laws principles." (Settlement Agreement ¶ 79.)

In the context of enforcing settlement agreements, a court is empowered to find the facts necessary to determine the intent of the parties. *Serby v. First Alert, Inc.*, 664 F. App'x 105, 108–09 (2d Cir. 2016), *as amended* (Dec. 22, 2016) (finding term in settlement agreement ambiguous and remanding to district court "to consider and weigh the parties' extrinsic evidence as to the meaning of the" ambiguous term); *Collins*, 303 F.3d at 433–34 (finding term in settlement agreement ambiguous and remanding "for the trial court to consider and weigh extrinsic evidence to determine what the parties intended" (citing *Seiden Assocs., Inc. v. ANC Holdings, Inc.*, 959 F.2d 425, 430 (2d Cir. 1992))).

### ii. All Writs Act

"The All Writs Act authorizes federal courts to 'issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.'" *Wyly v. Weiss*, 697 F.3d 131, 137 (2d Cir. 2012) (citation omitted) (quoting 28 U.S.C. § 1651(a)); *Higgins Ave., LLC v. Stathakis*, 711 F. App'x 54, 55 (2d Cir. 2017) (quoting *Wyly*, 697 F.3d at 137). "[W]hile the Act authorizes a federal court to issue commands that are 'necessary or appropriate to effectuate or prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained,' the remedies permitted under the Act are 'extraordinary.'" *Citigroup, Inc. v. Abu Dhabi Inv. Auth.*, 776 F.3d 126, 130 (2d Cir. 2015) (citation omitted) (first quoting *Sheet Metal Contractors Ass'n of N. N.J. v. Sheet Metal Workers' Int'l Ass'n*, 157 F.3d 78, 82 (2d Cir.1998); and then quoting *United States v. Int'l Bhd. of Teamsters, Chauffeurs, Warehousemen & Helpers of Am., AFL–CIO*, 907 F.2d 277, 280 (2d Cir.1990)); *see Eletson Holdings Inc. v. Levona Holdings Ltd.*, No. 23-CV-7331, 2025 WL 1617460, at *1 (S.D.N.Y. June 6, 2025) ("The All Writs Act, 28 U.S.C. § 1651, authorizes a federal court 'to issue such commands . . . as may be necessary or appropriate to effectuate and

prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained.'" (alteration in original) (quoting *Pa. Bureau of Corr. v. U.S. Marshals Serv.*, 474 U.S. 34, 40 (1985))); *United States v. Kaplan*, No. 23-CR-293, 2023 WL 5718901, at *4 (E.D.N.Y. Sept. 5, 2023) ("The All Writs Act is a source of extraordinary relief and is not ordinarily called upon for routine matters." (citations omitted)); *see also Allen v. Koenigsmann*, No. 19-CV-8173, 2023 WL 6292648, at *2 (S.D.N.Y. Sept. 27, 2023) ("The All Writs Act invests a court with a power essentially equitable and, as such, not generally available to provide alternatives to other, adequate remedies at law." (quoting *Clinton v. Goldsmith*, 526 U.S. 529, 537 (1999))). Injunctions issued under the All Writs Act must "be specific and definite enough to apprise those within its scope of the conduct that is being proscribed." *Ronnie Van Zant, Inc. v. Cleopatra Records, Inc.*, 906 F.3d 253, 258 (2d Cir. 2018) (quoting *In re Baldwin-United Corp.*, 770 F.2d 328, 339 (2d Cir. 1985)).

      **b.**   ***Visa Debit* Plaintiffs are not bound by the Release**

      In order to rule on Defendant's motion, the Court must first determine whether the *Visa Debit* Plaintiffs are members of the Settlement Class. The Court addresses that question before turning to the applicability of the Release.

      **i.**   ***Visa Debit* Plaintiffs are members of the Settlement Class**

      In construing the Settlement Agreement, as a contract, "the court's general objective should be to determine . . . the intention of the parties . . . from the language employed." *Flynn v. McGraw Hill LLC*, 120 F.4th 1157, 1164 (2d Cir. 2024) (internal quotation marks omitted) (quoting *Hartford Accident & Indemnity Co. v. Wesolowski*, 33 N.Y.2d 169, 171–72 (1973)); *In re WTC*, 754 F.3d at 122 (explaining that the role of the court is to construe a contract "in accordance with the parties' intent" (quoting *Greenfield v. Philles Recs., Inc.*, 98 N.Y.2d 562, 569 (2002))); *Williams v. Buffalo Pub. Schs.*, No. 22-2810, 2024 WL 1460134, at *1 (2d Cir.

Apr. 4, 2024) ("[I]t is well-settled that a court's role 'is to ascertain the intention of the parties at the time they entered into the contract.'" (quoting *Evans v. Famous Music Corp.*, 1 N.Y.3d 452, 458 (2004))). "The best evidence of what the parties intended 'is what they say in their writing.'" *In re WTC*, 754 F.3d at 122 (quoting *Greenfield*, 98 N.Y.2d at 569). "'[T]he key inquiry at the initial stage of interpreting a contract' is therefore 'whether it is ambiguous with respect to the issue disputed by the parties.'" *Glob. Reins. Corp. of Am. v. Century Indem. Co.*, 22 F.4th 83, 94 (2d Cir. 2021) (alteration in original) (quoting *Bank of N.Y. v. First Millennium, Inc.*, 607 F.3d 905, 914 (2d Cir. 2010)); *Gary Friedrich Enters. v. Marvel Characters, Inc.*, 716 F.3d 302, 313 (2d Cir. 2013) ("At the outset, the court must determine whether the language the parties have chosen is ambiguous, after giving all 'words and phrases . . . their plain meaning.'" (alteration in original and citations omitted)).

"A contract is unambiguous if its language has 'a definite and precise meaning,' providing 'no reasonable basis for a difference of opinion.'" *Revitalizing Auto Cmtys. Env't Response Tr.*, 92 F.4th at 441 (quoting *Greenfield*, 98 N.Y.2d at 569); *Lockheed Martin Corp. v. Retail Holdings, N.V.*, 639 F.3d 63, 69 (2d Cir. 2011) (recognizing that a contract provision is unambiguous "if the language it uses has a definite and precise meaning, as to which there is no reasonable basis for a difference of opinion" (citing *White v. Cont'l Cas. Co.*, 9 N.Y.3d 264, 267 (2007))). "The language of a contract is not made ambiguous simply because the parties urge different interpretations." *Glob. Reins.*, 22 F.4th at 94 (quoting *Seiden Assocs.*, 959 F.2d at 428). Rather, a contract term is ambiguous if it "suggest[s] more than one meaning when viewed objectively by a reasonably intelligent person." *In re WTC*, 754 F.3d at 122 (quoting *L. Debenture Tr. Co. of N.Y. v. Maverick Tube Corp.*, 595 F.3d 458, 466 (2d Cir. 2010)); *see also Glob. Reins.*, 22 F.4th at 94 ("[A]n ambiguity exists where the . . . contract could suggest more

than one meaning when viewed objectively by a reasonably intelligent person who has examined the context of the entire integrated agreement and who is cognizant of the customs, practices, usages and terminology as generally understood in the particular trade or business." (second alteration in original and internal quotation marks omitted) (quoting *Morgan Stanley Grp. Inc. v. New Eng. Ins. Co.*, 225 F.3d 270, 275 (2d Cir. 2000))); *Lockheed Martin*, 639 F.3d at 69 ("[T]he language of a contract is ambiguous if it is capable of more than one meaning when viewed objectively by a reasonably intelligent person who has examined the context of the entire integrated agreement." (citing *Krumme v. WestPoint Stevens Inc.*, 238 F.3d 133, 138–39 (2d Cir. 2000))). In determining whether a contract provision is unambiguous, a court must consider the contract as a whole. *See Flynn*, 120 F.4th at 1166–67 ("The contract should be 'read as a whole,' with every part 'interpreted with reference to the whole' in order, *inter alia*, 'to give effect to its general purpose,' 'to safeguard against adopting an interpretation that would render any individual provision superfluous,' and to ensure that particular words and phrases do not receive 'under emphasis'" (citations omitted)); *Glob. Reins.*, 22 F.4th at 95 ("When ascertaining the meaning of contractual language, 'it is important for the court to read the integrated agreement as a whole.'" (internal quotation marks omitted) (quoting *Lockheed Martin*, 639 F.3d at 69)). "If the document as a whole 'makes clear the parties' over-all intention, courts examining isolated provisions should then choose that construction which will carry out the plain purpose and object of the agreement.'" *Id.* (quoting *Lockheed Martin*, 639 F.3d at 69); *see also In re Westmoreland Coal Co. v. Entech, Inc.*, 100 N.Y.2d 352, 358 (2003) (stating contracts should be read "as a harmonious and integrated whole" and each part should be "interpreted with reference to the whole . . . to give effect to its general purpose" (quoting *Empire Props. Corp. v. Mfrs. Tr. Co.*, 288 N.Y. 242, 248 (1942))).

11

The Settlement Agreement provides that the parties intended the Settlement Class to consist of "all persons, businesses, and other entities that have *accepted* any Visa-Branded Cards and/or Mastercard-Branded Cards in the United States at any time from January 1, 2004 to the Settlement Preliminary Approval Date [of January 24, 2019]."  (Settlement Agreement ¶ 4 (emphasis added).)  The parties do not appear to dispute that the *Visa Debit* Plaintiffs "accepted" payment cards.[7] (*See* CCAC ¶ 30 ("Plaintiff Yabla, Inc. . . . accepted debit payments routed on Visa's network starting in 2005."); *id.* ¶ 33 ("Plaintiff R&N Productions LLC d/b/a SewRobQnE . . . accepted debit payments routed on Visa's network starting in 2013.")).  The Court accordingly concludes there is no ambiguity that the *Visa Debit* Plaintiffs "accepted" payment cards within the meaning intended by the parties at the time they reached the Settlement Agreement.  *Williams*, 2024 WL 1460134, at *1 ("[I]t is well-settled that a court's role is 'to ascertain the intention of the parties at the time they entered into the contract.'" (quoting *Evans*, 1 N.Y.3d at 458)).  Accordingly, the Court finds that *Visa Debit* Plaintiffs are members of the Settlement Class.

---

[7]  While the Court previously concluded that the Settlement Agreement was ambiguous when applied to other parties, *see Interchange Fees VII*, 735 F. Supp. 3d at 249; *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, No. 05-MD-1720, 2024 WL 4224160 (E.D.N.Y. Sept. 18, 2024), the Court interprets the Settlement Agreement "as applied to the facts that furnish the basis of the suit."  *Orlander v. Staples, Inc.*, 802 F.3d 289, 295 (2d Cir. 2015) (internal brackets omitted) (quoting *Eternity Glob. Master Fund Ltd. v. Morgan Guar. Trust Co. of N.Y.*, 375 F.3d 168, 178 (2d Cir. 2004)); *P & L Dev., LLC v. Gerber Prods. Co.*, 715 F. Supp. 3d 435, 467 (E.D.N.Y. 2024) (explaining that in interpreting a contract, "a court must determine whether a contract is unambiguous as to the issue disputed by the parties"); *AGCS Marine Ins. Co. v. Hymel & Assocs., LLC*, No. 16-CV-6899, 2017 WL 2729093, at *7 (S.D.N.Y. June 22, 2017) (same).  In deciding prior motions, the parties disputed which party "accepted" payment cards for purposes of the Settlement Agreement, and the Court accordingly concluded that the meaning of "accepted" was ambiguous under those sets of facts.  *Interchange Fees VII*, 735 F. Supp. 3d at 262 ("The Court finds that the term 'accepted' is ambiguous because Sellers, Square, and Intuit can all credibly claim to have 'accepted' payment cards."); *In re Payment Card*, 2024 WL 4224160, at *10 (concluding that the term "accepted" was ambiguous because "suppliers and gas stations can both credibly claim to have 'accepted' payment cards).

ii.  ***Visa Debit* Plaintiffs' claims are not subject to the Release provisions**

Defendant argues that the *Visa Debit* Plaintiffs' proposed class and certain class representatives "sweep[] in millions of merchants that released claims as members of the Rule 23(b)(3) Settlement Class."  (Def.'s Mem. 8.)  First, Defendant argues that the claims in the *In re Visa Debit* litigation arise from the "same factual predicate as that underlying the settled litigation — *i.e.*, that Visa, in fact, exercised market power to impose supracompetitive interchange and network fees regarding the same debit transactions."  (*Id.* at 17–18; *see also* Def.'s Reply 2–10.)  In support, Defendant argues that the *Visa Debit* Plaintiffs allege damages and transactions that "overlap" with the claims in the Release, and "challenges the same conduct in the same debit markets that has been litigated (or at a minimum could have been litigated)" in *In re Payment Card.*  (Def.'s Mem. 18; *see also* Def.'s Reply 2.)  Defendant also argues "given that the two complaints allege the same damages from interchange fees and network fees based on the same transactions arising from the same conduct, the identical factual predicate test is met regardless of any differences in the legal theories on which the complaints rely."  (*Id.* at 20.)  Defendant further contends that "[t]o the extent the CCAC contains allegations of post-January 2019 facts, those allegations are nothing more than the continuation of substantially similar conduct at issue prior to that date" that was subject to the Release.  (*Id.* at 22.)  Second, Defendant argues that "[t]he interests of Plaintiffs Yabla and R&N Productions — as well as Rule 23(b)(3) Settlement Class members that are putative absent class members in the CCAC — are aligned with the interests of the Rule 23(b)(3) Settlement Class and were adequately advanced."  (*Id.* at 24.)  Defendant concludes that "adequacy of representation does not appear in dispute."  (*Id.*)

*Visa Debit* Plaintiffs argue that their claims were not released by the Settlement Agreement.  First, they argue that *In re Visa Debit* depends "upon a different legal theory" and

"will require 'proof of further facts,'" and therefore *In re Visa Debit* and *In re Payment Card* do

not have identical factual predicates. (Pls.' Opp'n 12 (quoting *TBK Partners, Ltd. v. W. Union*

*Corp.*, 675 F.2d 456, 462 (2d Cir. 1982).) In support, they argue that *Visa Debit* Plaintiffs "seek

to prove that Visa, acting alone, used agreements or partnerships with potential competitors to

restrain trade and prevent them from introducing products that would disintermediate Visa and

encroach on its monopoly or attempted monopoly of the debit network services market," while

the *In re Payment Card* claims depended on proving that "Visa, working with Mastercard and

their member banks, both fixed prices as to the interchange fees and imposed various

anticompetitive rules that made it impossible for merchants to escape those anticompetitive

charges," (*id.*). They argue that their claims arise from a different set of "core" facts than those

underlying the allegations in *In re Payment Card*, (*id.* at 13–14), that Defendant overgeneralizes

the allegations in their complaint, (*id.* at 14), and incorrectly implies that *Visa Debit* Plaintiffs

must "base their entire damages claim on facts" and legal theories that post-date the Settlement

Agreement, (*id.*). Second, they argue that the overlap in facts between *In re Visa Debit* and *In re*

*Payment Card* do not amount to an "identical factual predicate" because the facts "overlap most

on their least important issues," (*id.* at 15–19), and *In re Visa Debit* relies on facts that were

"peripheral" to the allegations in *In re Payment Card*, (*id.* at 19–21). Third, *Visa Debit* Plaintiffs

argue Defendant's interpretation of the Release is "virtually limitless" and would "immunize

Visa from any antitrust exposure." (*Id.* at 22.) They argue that Defendant's interpretation would

expand the scope of the Release and bar claims without sufficient notice, (*id.* at 22–23), and that

a broad interpretation of the Release would "encourage . . . Visa to not only continue its prior

anticompetitive conduct but expand it through August 8, 2028," (*id.* at 24).

A settled class action may release claims "not presented directly in [the class action]

14

complaint" if the subsequent claims are "based on the identical factual predicate as that underlying the claims in the settled class action." *In re Literary Works in Elec. Databases Copyright Litig.*, 654 F.3d 242, 248 (2d Cir. 2011) (quoting *TBK Partners, Ltd.*, 675 F.2d at 460); *In re WorldCom, Inc. Sec. Litig.*, No. 02-CV-3288, 2005 WL 2495554, at *3 (S.D.N.Y. Oct. 11, 2005) ("[A] class action settlement may 'prevent class members from subsequently asserting claims relying on a legal theory different from that relied on in the class action complaint, but depending upon the very same set of facts.'" (quoting *Nat'l Super Spuds, Inc. v. N.Y. Mercantile Exch.*, 660 F.2d 9, 18 n.7 (2d Cir. 1981))); *see also Bank v. ICOT Holdings, LLC*, No. 18-CV-2554, 2020 WL 10224833, at *2 (E.D.N.Y. Sept. 29, 2020) (quoting the same). The authority to release claims "is limited by the 'identical factual predicate' and 'adequacy of representation' doctrines." *Interchange Fees II*, 827 F.3d at 236–37 (quoting *Wal-Mart Stores, Inc. v. Visa U.S.A., Inc.*, 396 F.3d 96, 106 (2d Cir. 2005)); *BNP Paribas v. N.M. State Inv. Council*, No. 24-635-CV, 2025 WL 1443654, at *3 (2d Cir. May 20, 2025) ("The identical factual predicate and adequate representation doctrines allow class action plaintiffs 'to release claims that share the same integral facts as settled claims, provided that the released claims are adequately represented prior to settlement.'" (quoting *Wal-Mart*, 396 F.3d at 106)). "This rule of law serves the important policy interest of judicial economy by permitting parties to enter into comprehensive settlements that prevent relitigation of settled questions at the core of a class action." *In re Currency Conversion Fee Antitrust Litig.*, 264 F.R.D. 100, 119 (S.D.N.Y. 2010) (internal quotation marks omitted); *TBK Partners*, 675 F.2d at 460 ("[I]n order to achieve a comprehensive settlement that would prevent relitigation of settled questions at the core of a class action, a court may permit the release of a claim based on the identical factual predicate as that underlying the claims in the settled class action even though the claim was not presented and

15

might not have been presentable in the class action.").  "[W]hether a class claim pleaded in a separate lawsuit is predicated on sufficiently similar facts as the class action claim to be barred by a class action settlement release is inherently an individualized, fact-specific [inquiry]."  *In re Credit Default Swaps Antitrust Litig.*, No. 13-MD-2476, 2016 WL 2731524, at *15 (S.D.N.Y. Apr. 26, 2016) (internal quotation marks and citation omitted).  In addition, "[a]dequate representation of a particular claim is established mainly by showing an alignment of interests between class members, not by proving vigorous pursuit of that claim."  *Wal-Mart Stores*, 396 F.3d at 106–07; *BNP Paribas*, 2025 WL 1443654, at *3 (quoting same).  Thus, "[c]laims arising from a shared set of facts will not be precluded where class plaintiffs have not adequately represented the interests of class members."  *Id.* at 109.

The Court finds that *Visa Debit* Plaintiffs' claims were not released by the Settlement Agreement because they do not satisfy the "identical factual predicate" test.  First, *Visa Debit* Plaintiffs do not allege the same facts as the Rule 23(b)(3) Class.  They allege Visa wielded and protected its monopoly power in the debit network by (1) requiring merchants to enter into loyalty contracts or face high network fees and other penalties, (CCAC ¶ 6); (2) stifling competition by offering incentives to Apple, PayPal, and Square not to compete with Visa, (*id.* ¶ 19); and (3) attempting to acquire potential debit network competitors such as Plaid, (*id.* ¶ 20).  The Rule 23(b)(3) Class alleged that Visa and Mastercard conspired to impose supracompetitive interchange fees on merchants, (Third Consol. Am. Class Action Compl. of the Rule 23(b)(3) Class ("Class Compl.") ¶ 326, Docket Entry No. 7118), and, with respect to the debit card network in particular, that Visa and Mastercard leveraged their dominance in the credit card network to become the dominant debit card networks, (*id.* ¶¶ 131–39).  The *In re Payment Card* allegations center on "the fees [America's largest banks have] imposed on [m]erchants for

transactions processed over the dominant Visa and MasterCard Networks," the "restrictions on

[m]erchants that prevent them from protecting themselves against those fees," and Visa's,

MasterCard's, and their banks' "attempts to avoid antitrust liability by re-structuring the Visa

and MasterCard corporate entities." (Class Compl. ¶ 1); *see also Interchange Fees IV*, 714 F.

Supp. 3d at 77–78 ("At the center of [the *In re Payment Card*] litigation are two networks: Visa

and Mastercard," which "own and operate the systems that facilitate card transactions and set the

rules regarding those transactions," including the Honor All Cards rule and various anti-steering

rules). The allegations in *In re Visa Debit* center on "Visa's anticompetitive conduct" leveraging

"its monopoly power in non-contestable debit transactions to foreclose entry and competition in

contestable debit transactions through, among other things, its volume commitment agreements

with acquiring banks," leading to "high fees, limit[ed] choices, and stifle[d] innovation."

(CCAC ¶¶ 21–22.) Although the facts in both cases overlap to some extent,[8] the facts *Visa Debit*

Plaintiffs allege are materially different from the facts alleged by the Rule 23(b)(3) Class. For

example, Visa offered "incentives, sometimes worth hundreds of millions of dollars" to Apple

"not to compete" with Visa. (CCAC ¶ 19.) The Court was broadly aware of this agreement and

referenced it in one *In re Payment Card* decision without assessing the agreement or whether it

violated antitrust law. *See Interchange Fees IV*, 714 F. Supp. 3d at 117 n.40 ("Finally, in

response to perceived competition from mobile wallets like Apple Pay, [Visa and MasterCard]

entered into bilateral agreements with Apple to prevent it from developing a competing payment

network."). As the Court has previously noted, beyond this "brief acknowledgment that these

---

[8] Similar to *In re Payment Card*, *In re Visa Debit* alleges that Visa's anticompetitive conduct has harmed merchants in the two-sided market for debit transactions by forcing them to pay supracompeitive network fees. (*Compare* CCAC ¶¶ 5, 47–50, 59–60, 123–26, 221–27, 235 *with* Class Compl. ¶¶ 1, 59–60, 90.) However, as discussed above, the facts at the core of the actions are not sufficiently similar to satisfy the "identical factual predicate" test.

agreements existed and restrained Apple's ability to enter the market for payment card network services, the Court neither inquired into the substance of these agreements nor considered (or even saw) evidence of the effects of these agreements on the market for payment processing services." *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, No. 24-CV-4053, 2024 WL 3249365, at *5 (E.D.N.Y. July 1, 2024). The Court did not assess Visa's agreement with Apple in *In re Payment Card* because that agreement and others like it were not core to the Rule 23(b)(3) Class's allegations. (*See* Class Compl. ¶ 1 (explaining the alleged harm to merchants as a result of "significant overcharges on Visa and MasterCard branded [c]redit and [d]ebit card transactions.)) Stated differently, Visa's agreement with Apple was tangentially related to the allegations in *In re Payment Card*, but forms the core of the allegations in *In re Visa Debit*. The two cases therefore do not arise out of an "identical factual predicate." *See Dennis v. JPMorgan Chase & Co.*, No. 16-CV-6496, 2021 WL 1893988, at *5 (S.D.N.Y. May 11, 2021) (explaining that claims that are "broadly relate[d]" but have "very little factual overlap" do not satisfy the identical factual predicate test); *Deylii v. Novartis Pharms. Corp.*, No. 13-CV-6669, 2014 WL 2757470, at *6 (S.D.N.Y. June 16, 2014) (concluding plaintiff's age and race discrimination claims did not satisfy the "identical factual predicate" standard where the release covered claims related to gender and pregnancy discrimination); *In re Lehman Bros. Sec. & Erisa Litig.*, No. 08-CV-5523, 2012 WL 2478483, at *6 (S.D.N.Y. June 29, 2012) (concluding that claims did not satisfy the "identical factual predicate" test even though they had "some common factual elements" because they would "require proof of entirely different facts").

Second, contrary to Defendant's claim, *Visa Debit* Plaintiffs do not merely assert a different legal theory based on the same facts alleged in *In re Payment Card*. (Def.'s Mem. 20; Def.'s Reply 6.) *Visa Debit* Plaintiffs do not only or primarily allege that they are harmed by

Defendant's imposition of supracompetitive interchange fees,[9] but allege harm based on Visa's "contractual penalties and punitively high network fees," (CCAC ¶ 6), and "reduced choice and innovation in the market," (*id.* ¶ 10), all resulting from *Visa*'s "multi-faceted exclusionary strategy" to "unlawfully entrench[] its monopoly," (*id.* ¶ 2). *Visa Debit* Plaintiffs' allegations depend upon "proof of further facts," *Burgess v. Citigroup Inc.*, 624 F. App'x 6, 8–9 (2d Cir. 2015) (quoting *TBK Partners*, 675 F.2d at 462), namely, facts proving that "Visa, acting alone, used agreements or partnerships with potential competitors to restrain trade and prevent them from introducing products that would disintermediate Visa and encroach on its monopoly or attempted monopoly of the debit network services market," (Pls.' Opp'n 12 (citing CCAC ¶¶ 134–83)). *Visa Debit* Plaintiffs therefore rely on facts related to Visa's market power, "disintermediation" strategy, and agreements with companies like Apple, PayPal, and Square, (*see generally* CCAC ¶¶ 134–83), none of which were "presented directly" in *In re Payment Card*. *See In re Literary Works in Elec. Databases Copyright Litig.*, 654 F.3d at 248. The Court therefore concludes that *Visa Debit* Plaintiffs' claims are not only based on a different legal theory but also on a different set of core facts that were not subject to the Release. *See In re Nat'l Life Ins. Co.*, No. 97-CV-314, 2014 WL 4715880, at *5 (D. Vt. Sept. 19, 2014) (denying motion to enforce a settlement agreement because a "common factual predicate [wa]s absent"); *In re Lehman Bros. Sec. & Erisa Litig.*, 2012 WL 2478483, at *7–8 (finding the "identical factual predicate" test was not satisfied because "the only connection to the class action complaint is the fact that the same securities are at issue and the same defendant is named" but the "'core' of the class action" has "nothing to do with the [present] claims"); *In re Digit. Music*

---

[9]  (Class Compl. ¶ 4 ("The contracts, combinations, conspiracies, and understandings entered into by the Defendants harm competition and impose upon Plaintiffs and Class Members supracompetitive . . . prices . . . .").)

*Antitrust Litig.*, 812 F. Supp. 2d 390, 400 (S.D.N.Y. 2011) (concluding that the claims did not

arise out of an "identical factual predicate" because the "source of the alleged antitrust

conspiracy here is wholly different from the source of the alleged antitrust conspiracy" in the

prior case); *In re Currency Conversion Fee*, 264 F.R.D. at 119–20 (denying motion to amend an

answer where the moving party advocated for "a broad reading [that] would violate the identical

factual predicate doctrine by releasing claims that do no arise out of the same core nucleus of

fact" (citations omitted)); *cf. In re WorldCom, Inc. Sec. Litig.*, 2005 WL 2495554, at *3 ("[A]

class action settlement may 'prevent class members from subsequently asserting claims relying

on a legal theory different from that relied on in the class action complaint, but depending upon

the very same set of facts.'" (quoting *Nat'l Super Spuds*, 660 F.2d at 18 n.7)).[10]

### III. Conclusion

For the foregoing reasons, the Court finds that *Visa Debit* Plaintiffs are not bound by the

2019 Rule 23(b)(3) Class Settlement's Release.  Accordingly, the Court denies Defendant's

motion to enforce the settlement agreement.

Dated: August 20, 2025
      Brooklyn, New York

               SO ORDERED:


               _____ s/ MKB _____
               MARGO K. BRODIE
               United States District Judge

---

[10]  Based on the Court's conclusion that the Release does not apply to the *In re Visa Debit*
allegations, the Court declines to reach Defendant's arguments that the *In re Visa Debit*
complaint "contains allegations of post-January 2019 facts" based on "the continuation of
substantially similar conduct at issue prior to that date" that was subject to the Release, (Def.'s
Mem. 21), or that Plaintiffs were adequately represented in the Rule 23(b)(3) Class, (*id.* at 24).

Form C, Add. B. on behalf of Appellant Visa Inc.        Case No.: 25-02073

## ADDENDUM "B" (for Form C)

**Issue Proposed to be Raised on Appeal:**

Whether the District Court erred in denying Visa Inc.'s motion to enforce the Rule 23(b)(3) Class Settlement Agreement (ECF No. 7257-2) and Final Judgement (ECF No. 7832) by compelling members of the Rule 23(b)(3) Settlement Class to dismiss released claims in a separate action entitled *In re Visa Debit Card Antitrust Litigation*, No. 1:24-cv-07435 (S.D.N.Y.).

**Applicable Appellate Standard of Review:**

This Court "review[s] *de novo* a district court's legal conclusions with respect to its interpretation of the terms of a settlement agreement." *Omega Engineering, Inc. v. Omega, S.A.*, 432 F.3d 437, 443 (2d Cir. 2005).